# **EXHIBIT C**

| Utility Company Name Address/Telephone Number | Type of Service | Account Number |
|---|---|---|
| Access Point Inc.<br>1100 Crescent Green Suite 109<br>Cary, NC 27518-8105<br>Tel: 800-957-6468<br>Fax: 800-488-8859 | Phone | 289906 |
| Allegheny Power Co<br>800 Cabin Hill Dr.<br>Greensburg, PA 15606-001<br>Tel: 800-255-3443 | Electricity (Yard) | |
| Ameren UE<br>P.O. Box 66529<br>St Louis, MO<br>Tel: 63166-6526 | Electricity (Yard) | |
| American Electric Power<br>P.O. Box 24418<br>Canton, OH 44701-4418<br>Tel: 800-277-2177 | Electricity (Yard) | |
| Aqua Pennsylvania<br>762 W. Lancaster Ave.<br>Bryn Mawr, PA 19010-3489<br>Tel: 877-987-2782 | Water | 00105459407640 |
| Archbold Refuse Service<br>200 Taylor Parkway<br>Archbold, OH 43502<br>Tel: 419-445-5391<br>Fax: 419-455-8378 | Trash Removal | 202292001 |
| Arizona Public Service<br>P.O. Box 2907<br>Phoenix, AZ 85062-2907 | Electricity (Yard) | |
| Armstrong Cable Services<br>437 North Main Street<br>Butler, PA 16001<br>Tel: (814) 336-3171 | Internet | 0413318-01 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019<br>Tel: 877-212-9500<br>Fax: 866-359-7637 | Telephone T-1 | 831-000-0858-101 |
| AT&T<br>PO Box 13148<br>Newark, NJ 07101-5648<br>Tel: 877-212-9500 | Telephone T-1 | 8002-005-7502 |
| AT&T<br>P.O. Box 13146<br>Newark, NJ 07101-5646 | Phone (Yard) | |
| AT&T<br>P.O. Box 78045<br>Phoenix, AZ 85062<br>Tel: 800-235-7524 | Internet DSL | |
| AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100<br>Tel: 800-660-3000 | Telephone | 260-347-0818-462-2<br>260-347-6360-360-7<br>260-347-1820-903-0<br>260R10-720-102-9 |

| Utility Company Name Address/Telephone Number | Type of Service | Account Number |
|---|---|---|
| Avaya Financial Services<br>P.O. Box 93000<br>Chicago, IL 60673-3000<br>Tel: 800-527-9876 | Phone Lease | |
| Avaya Inc.<br>P.O. Box 5125<br>Carol Stream, IL 60197-5125 | Phone Maintenance | |
| Badger Mining<br>P.O. Box 328<br>Berlin, WI 54923<br>Tel: 800-285-0038 | Waste Hauling | |
| Bell South<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Phone (Yard) | |
| Black Hills Energy<br>PO Box 4660<br>Carol Stream, IL 60197<br>Tel: 402-935-4889 | Natural Gas | |
| Browning–Ferris Ind, Houston Comm Dist.<br>P.O. Box 78701<br>Phoenix, AZ 85062-8701<br>Tel: 713-635-6666 | Waste Collection (Yard) | |
| Century Link<br>PO Box 660068<br>Dallas, TX 75266-0068<br>Tel: 877-436-2277<br>Fax: 800-927-8535 | Telephone | 574-267-8111-811 |
| Century Link (Embarq)<br>P.O. Box 4300<br>Carol Stream, IL  60197<br>Tel: 877-813-7604<br>Fax: 866-689-5582 | Phone | 302137025 |
| Center Point Energy<br>P.O. Box 4671<br>Houston, TX 77210-4671 | Electricity (Yard) | |
| Cincinnati Bell<br>P.O. Box 741811<br>Cincinnati, OH 45274-1811 | Phone (Yard) | |
| Columbia Gas of Penn<br>P.O. Box 742537<br>Cincinnati, OH 45274-2537<br>Tel: 888-460-4332 | Natural Gas (Yard) | |
| Columbus Water & Sewer<br>P.O. Box 182882<br>Columbus, OH 43218-2882 | Water & Sewer (Yard) | |
| Com Ed<br>P.O. Box 6111<br>Chicago, IL 60197-6111 | Electricity (Yards - 2) | |
| Constellation Energy<br>15246 Collect Cnt Dr.<br>Chicago, IL 60693<br>Tel: 800-470-9331 | Natural Gas | |

| Utility Company Name Address/Telephone Number | Type of Service | Account Number |
|---|---|---|
| First Communication<br>PO Box 182854<br>Columbus, IN 43218-2854<br>P 800-860-2934<br>F 888-274-1015 | Telephone | 2192678111<br>2192677771<br>2193471820 |
| First Communications<br>P.O. Box 182854<br>Columbus, OH 43218<br>Tel: 800-860-2934<br>Fax: 888-274-1015 | Phone – long distance | 20****4196826328 |
| First Energy Solutions Corp.<br>341 White Pond Drive RM B3<br>Akron, OH 44320<br>Tel: 800-977-0500 | Electric | 33947235 |
| Heartland Business Group<br>1700 Stephen Street<br>Little Chute, WI 54140 | E-mail Service | |
| Indiana American Water<br>PO Box 94551<br>Palatine, IL 60094-4551<br>P 800-492-8373<br>F 618-433-4569 | Water | 10-0501630-6<br>10-0501631-4<br>10-0501632-2<br>10-0501633-0<br>10-0567529-1<br>10-0501628-0<br>10-0501629-8 |
| Indiana Michigan Power<br>PO Box 24412<br>Canton, OH 44701-4412<br>Tel: 888-710-4237<br>Fax: 364-562-4579 | Electric | 048-201-857-1-0<br>043-532-290-2-6<br>044-728-090-1-3<br>044-866-154-1-4<br>045-948-090-1-6<br>041-628-090-1-8 |
| Indiana Power & Light<br>P.O. Box 110<br>Indianapolis, IN 46206-0110<br>Tel: 317-261-8222 | Electricity (Yard) | |
| Indianapolis Water<br>P.O. Box 1990<br>Indianapolis, IN 46206-1990<br>Tel: 317-631-1431 | Water & Sewer (Yard) | |
| City of Kendallville Utilities<br>234 S. Main St.<br>Kendallville, IN 46755<br>Tel: 260-347-0852<br>Fax: 260-347-7045 | Water/sewage | 5-14700-00<br>1-01300-00<br>5-14400-00<br>1-02430-00<br>5-14510-00 |
| Kosciusko REMC<br>PO Box 588<br>370 S. 250 E.<br>Warsaw, IN 46581<br>Tel: 574-267-6331<br>Fax: 574-267-7273 | Electric | 2073801<br>2073802 |

| Utility Company Name Address/Telephone Number | Type of Service | Account Number |
|---|---|---|
| LES<br>PO Box 80869<br>Lincoln, NE 68501<br>Tel: 402-475-4211 | Electricity | |
| Lincoln Water System<br>555 S. 10th St.<br>Lincoln NE 68508<br>Tel: 471-7551 | Water/Sewer | |
| Meadville Area Water Authority<br>18160 Rogers Ferry Road<br>Meadville, PA 16335<br>Tel: (814) 724-6057 | Water | |
| Mercer Borough Sewer Rental<br>PO Box 69<br>Mercer, PA 16137<br>Tel: 724-662-3291 | Sewer | 76400400 |
| Met Ed<br>P.O. Box 16001<br>Reading PA 19612<br>Tel: 1-800-545-7741<br>Fax: 610-939-8676 | Electric | 100075833622 |
| Mid American Natural Resources<br>2005 West 8th Street<br>Erie, PA 16505<br>Tel: (814) 455-2761 | Natural Gas Supplier | |
| National Fuel Gas Distribution Corporation<br>1100 State Street<br>Erie, PA 16512<br>Tel: (800) 365-3234<br>Fax: 716-630-6798 | Natural Gas Delivery | 3763194 |
| City of Neenah, Finance Dept.<br>P.O. Box 54957-0426<br>Tel: 920-886-6145 | Water | |
| NICOR Gas<br>Box 2020<br>Aurora, IL 60507-2020 | Natural Gas (Yard) | |
| NICOR Gas<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | Natural Gas (Yard) | |
| NIPSCO - Northern Indiana Public Serv. Co.<br>801 E. 86th Ave.<br>Merrillville, IN 46410<br>Tel: 888-689-8665<br>Fax: 219-647-4528 | Electric | 799-000-000-5<br>648-583-005-8<br>093-466-004-7<br>087-421-005-9<br>300-100-000-5<br>066-516-005-1<br>069-993-003-1<br>226-683-009-2<br>066-820-008-4<br>493-583-006-3<br>188-000-003-1 |

| Utility Company Name Address/Telephone Number | Type of Service | Account Number |
|---|---|---|
| Northern Indiana Trading Co. 1153 Auburn Drive Auburn, IN 46706 Tel: 219-853-4320 Fax: 219-853-4330 | Natural Gas | N-101-22-100 |
| OG&E P.O. Box 24990 Oklahoma City, OK 73124-0990 Tel: 405-272-9741 | Electricity (Yard) | |
| Ohio Gas Company P.O. Box 528 Bryan, OH 43506 Tel: 800-331-7396 Fax: 419-636-9837 | Natural Gas | 44757 |
| City of Oklahoma City P.O. Box 26570 Oklahoma City, OK 73126-0570 Tel: 405-297-2833 | Water & Sewer (Yard) | |
| Oklahoma Natural Gas P.O. Box 268826 Oklahoma City, OK 73126-8826 Tel: 405-551-4000 | Natural Gas (Yard) | |
| Penelec PO Box 3687 Akron, OH 44309 (800) 545-7741 | Electricity | |
| Pennsylvania-Amer Water Co P.O. Box 578 Alton, IL 62002-0578 Tel: 412-344-4400 | Water & Sewer (Yard) | |
| Penn Power 76 S. Main St. Akron, OH 44308-1890 Tel: 800-720-3600 | | 110004540016 |
| City Of Phoenix Water P.O. Box 29663 Phoenix, AZ 85038 Tel: 602-262-6251 | Water & Sewer (Yard) | |
| Quest Business Services P.O. Box 856169 Louisville, KY 40285-6169 | Long Distance | |
| Quest P.O. Box 29040 Phoenix, AZ 85038-9040 | Phone (Yards) | |
| City of Rockford 425 E. State Street Rockford, IL 61104 | Water & Sewer (Yard) | |

| Utility Company Name Address/Telephone Number | Type of Service | Account Number |
|---|---|---|
| Rock River Water Reclm.<br>P.O. Box 6207<br>Rockford, IL 61125<br>Tel: 815-387-7400 | Water & Sewer (Yard) | |
| City of St Peters<br>P.O. Box 9<br>St Peters, MO 63376 | Water & Sewer (Yard) | |
| Safety-Kleen Inc.<br>P.O. Box 382066<br>Pittsburgh, PA 15250-8066<br>Tel: 800-669-5740 | Industrial Waste Disposal | |
| SBC<br>P.O. Box 4843<br>Houston, TX 77097-0075 | Phone (Yard) | |
| SBC<br>P.O. Box 5075<br>Saginaw, MI 48605-5075 | Conference Calling | |
| Sewage Treatment Office<br>PO Box 557<br>Warsaw, IN 46581<br>Tel: 574-372-9560<br>Fax: 574-267-2025 | Sewage | 6-40850.00<br>7-22200.00<br>80-000000.03<br>90-00000.03 |
| Shakopee Public Utility<br>1030 4th Ave.<br>Shakopee, MN 55379-1843 | Electricity & Gas (Yard) | |
| Southern California Edison | Electric | |
| Sprint<br>PO Box 219100<br>Kansas City, MO 64121 | Long Distance/800 | |
| Tri-County Industries, Inc.<br>PO Box 858<br>Mars, PA 16046<br>Tel: 724-748-4705<br>Fax: 724-748-3988 | Waste Collection | 380932 |
| Toledo Edison<br>P.O. Box 3638<br>Akron, OH 44309-3638<br>Tel: 800-447-3333<br>Fax: 330-384-3866 | Electricity | 11 00 20 2747 3 1 |
| Verizon,<br>P.O. Box 646, Baltimore, MD 21265-0646 | Phone (Yard) | |
| Verizon<br>P.O. Box 15124, Albany, NY 12212-5124 | Phone (Yard) | |
| Verizon<br>P.O. Box 28000, Lehigh Valley, PA 18002-8000 | Phone (Yard) | |
| Vernon Township Sanitary<br>16678 McMath Road<br>Meadville, PA 16335<br>Tel: (814) 336-2550 | Sewer | |

| Utility Company Name Address/Telephone Number | Type of Service | Account Number |
|---|---|---|
| Village of Carol Stream<br>P.O. Box 4694<br>Carol Stream, IL 60197-4694<br>Tel: 630-871-6222 | Water & Sewer | |
| Village of Stryker<br>200 N. Defiance St.<br>P.O. Box 404<br>Stryker, OH 43557<br>Tel: 419-682-6428<br>Fax: 419-682-9402 | Water/Sewage | 301-A |
| Waste Management of AZ<br>P.O. Box 78133<br>Phoenix, AZ 85062<br>Tel: 602-268-2222 | Waste Collection (Yard) | |
| Waste Management, Valley Trail<br>P.O. Box 286,<br>Berlin, WI 54923-0286<br>Tel: 920-361-4995 | Waste Disposal | |
| Waste Management<br>P.O. Box 12560<br>Green Bay, WI 54307-2568<br>Tel: 800-621-8884 | Waste Disposal | |
| Waste Management – Milwaukee<br>W124N8924 Boundary Road<br>Menomonee Falls, WI 53051<br>Tel: 262-251-4000 | Waste Collection (Yard) | |
| Waste Management – Rockford<br>13125 N 2nd Street<br>Roscoe, IL 61073<br>Tel: 800-435-0792 | Waste Collection (Yard) | |
| Waste Management – St Louis<br>7230 Hall Street<br>St Louis, MO 63147-2606 | Waste Collection (Yard) | |
| Waste Management – Columbus<br>1006 Walnut Street<br>Canal Winchester, OH 43110<br>Tel: 614-833-9111 | Waste Collection (Yard) | |
| Waste Management – Savage<br>12448 Pennsylvania Ave S.<br>Savage, MN 55378-1199<br>Tel: 612-890-1100 | Waste Collection (Yard) | |
| Waukesha Water Utility<br>115 Delafield Street<br>Waukesha, WI 53188-3615<br>Tel: 414-521-5272 | Water & Sewer (Yard) | |
| WE Energies<br>P.O. Box 2046<br>Milwaukee, WI 53201-2046<br>Tel: 800-242-9137 | Electricity & Natural Gas | |

| Windstream<br>PO Box 9001908<br>Louisville, KY 40290<br>Tel: (800) 843-9214 | Phone Service | |
|---|---|---|