# EXHIBIT A

## LIST OF INSURANCE POLICIES

## List of Insurance Policies for Neenah Enterprises, Inc. and Affiliates

| Insurance Policy No. | Insurance Carrier | Annual Premium | Expiration Date | Type of Insurance | Premium Due/ Date of Next Payment |
|---|---|---|---|---|---|
| KTJCMB4243N304 | Travelers | $790,168 | 6/1/2010 | Property/Boiler | Monthly |
| QT-660-9503L405-TIL-09 | Travelers | $17,288 | 1/1/2011 | Inland Marine/Cargo | Annual / 2/1/2010 |
| GL-4573135 | Chartis | $94,889 | 1/1/2011 | General Liability | 2/1/2010 Premium financed by AICCO |
| CA0934578 | Chartis | $251,759 | 1/1/2011 | Business Auto | 2/1/2010 Premium financed by AICCO |
| 013765804 | Illinois National Insurance Co. (AIG) | $91,001 | 12/3/2010 | Directors & Officers Liability | Annual / 12/17/2010 |
| ELU11498109 | XL Specialty Insurance Co. | $70,000 | 12/3/2010 | Excess Directors & Officers Liability | Annual / 12/17/2010 |
| 82094020 | Federal Insurance Co. (Chubb) | $59,500 | 12/3/2010 | Excess Directors & Officers Liability | Annual / 12/17/2010 |
| ELU11497909 | Indian Harbor Insurance Co. (XL) | $82,400 | 12/3/2010 | Employment Practices Liability | Annual / 12/17/2010 |
| 81199135 | Federal Insurance Co. (Chubb) | $27,806 | 12/3/2010 | Fiduciary Liability, Crime, Special | Annual / 12/17/2010 |
| QK01800459 | St. Paul Fire & Marine Insurance Co. (Travelers) | $120,220 | 1/1/2011 | Umbrella Liability | 2/1/2010 Premium financed by AFCO |
| L2090921393 | Continental Casualty Co. | $50,729 | 1/1/2011 | Excess Umbrella Liability | 2/1/2010 Premium financed by AFCO |
| NHA051579 | RSUI Indemnity Co. | $31,000 | 1/1/2011 | Excess Umbrella Liability | 2/1/2010 Premium financed by AFCO |
| SHX 00072207657 | Fireman's Fund Insurance Co. | $16,500 | 1/1/2011 | Excess Umbrella Liability | 2/1/2010 Premium financed by AFCO |
| PHFD37076132 | ACE American Insurance Co. | $11,000 | 1/1/2011 | Foreign Liability | 2/1/2010 Premium financed by AFCO |