# **EXHIBIT A**

