# **EXHIBIT B**

In re: Neenah Enterprises, Inc., et al. Cash Management System Bank Accounts

### Bank of America Integrated Bank Accounts

| Debtor | Bank Name | Bank Address | Account Number | Purpose |
|---|---|---|---|---|
| Neenah Foundry Co. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****7023 | CDA |
| Neenah Foundry Co. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****2321 | Deposit Account |
| Neenah Foundry Co. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****2318 | Concentration Account |
| Deeter Foundry, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9367 | CDA |
| Deeter Foundry, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3252 | Deposit Account |
| Mercer Forge Corp. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9375 | CDA |
| Mercer Forge Corp. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3236 | Deposit Account |
| Advanced Cast Products, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9342 | CDA |
| Advanced Cast Products, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****5056 | Deposit Account |
| Dalton Corp. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****7031 | CDA |
| Dalton Corp., Warsaw Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9318 | CDA |
| Dalton Corp., Warsaw Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****5069 | Deposit Account |
| Dalton Corp., Kendallville Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9334 | CDA |
| Dalton Corp., Kendallville Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****5072 | Deposit Account |
| Dalton Corp., Stryker Machining Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9326 | CDA |
| Dalton Corp., Stryker Machining Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****5030 | Deposit Account |
| Morgan's Welding, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****0127 | CDA |
| Morgan's Welding, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3249 | Deposit Account |
| Gregg Industries, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9359 | CDA |
| Gregg Industries, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3168 | Deposit Account |

### Local Banking Institution Bank Accounts

| Debtor | Bank Name | Bank Address | Account Number | Purpose |
|---|---|---|---|---|
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****6064 | Hourly Payroll |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****1388 | Salary Payroll |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****6722 | Insurance Disbursement |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2034 | ****6714 | General Account / ZBA |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2035 | ****2315 | General Account /Concentration |
| Neenah Transport, Inc. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2036 | ****6330 | Misc Deposit Account |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****6633 | General Account |
| Deeter Foundry, Inc. | Pinnacle Bank | 7000 Adams St, Lincoln, NE 68507 | ****4182 | Payroll |
| Mercer Forge Corp. | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 15212-5356 | ****0864 | General Account |
| Mercer Forge Corp. | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 15212-5356 | ****3364 | Salary Payroll |
| Mercer Forge Corp. | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 15212-5356 | ****3508 | Hourly Payroll |
| A & M Specialties | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 15212-5356 | ****9903 | General Account |
| Advanced Cast Products, Inc. | First National Bank | 4140 E State Street, Hermitage, PA 16148 | ****9061 | Payroll |
| Advanced Cast Products, Inc. | First National Bank | 4140 E State Street, Hermitage, PA 16148 | ****9062 | Dental Account |
| Advanced Cast Products, Inc. | First National Bank | 4140 E State Street, Hermitage, PA 16148 | ****9063 | Flex Spending Account |
| Dalton Corp., Kendallville Mfg. Facility | Tower Bank | PO Box 2581, Fort Wayne, IN 465801-2581 | ****4077 | Hourly Payroll |
| Dalton Corp., Warsaw Mfg. Facility | Tower Bank | PO Box 2581, Fort Wayne, IN 465801-2581 | ****4069 | Hourly Payroll |
| Dalton Corp., Warsaw Mfg. Facility | Tower Bank | PO Box 2581, Fort Wayne, IN 465801-2581 | ****4051 | Cashiers Fund |
| Dalton Corp. | Tower Bank | PO Box 2581, Fort Wayne, IN 465801-2581 | ****4119 | Salaried Payroll |
| Dalton Corp., Stryker Machining Facility | Farmers & Merchants State Bank | 300 S Defiance St, Stryker, OH 43557 | ****2301 | Stryker Cashiers Fund |
| Dalton Corp., Kendallville Mfg. Facility | Bank One | 831 N Lima Rd, Kendallville, IN 46755 | ****3676 | Kendallville Cashiers Fund |
| Morgan's Welding, Inc. | First National Bank of Fredericksburg | 3016 S Pine Grove St, Fredericksburg, PA 17026 | ****1646 | General Account |
| Morgan's Welding, Inc. | First National Bank of Fredericksburg | 3016 S Pine Grove St, Fredericksburg, PA 17026 | ****1638 | Payroll |
| Gregg Industries, Inc. | Bank of America | 10426 Lower Azusa Rd, El Monte, CA 91731 | ****8786 | Payroll |