UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Joint Administration Requested |

## NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on February 3, 2010, Neenah Enterprises, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings on **February 4, 2010 at 3:00 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801:

## FIRST DAY PLEADINGS

1. Motion of the Debtors for an Order Directing Joint Administration of Their Related Chapter 11 Cases [D.I. 2, 2/3/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

2. Motion for an Order Granting Debtors Additional Time to File Schedules and Statements of Financial Affairs [D.I. 3, 2/3/10]

3. Motion of the Debtors for an Order Authorizing the Retention of the Garden City Group, Inc. as Official Claims, Noticing and Balloting Agent to the Debtors and Debtors-In-Possession as of the Petition Date [D.I. 4, 2/3/10]

4. Motion of the Debtors for an Interim Order and a Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 5, 2/3/10]

5. Motion of the Debtors for an Order Authorizing the Payment of Prepetition Sales, Use, Property, Franchise and Other Taxes and Governmental Charges [D.I. 8, 2/3/10]

6. Motion of the Debtors for an Order Authorizing the Debtors to (I) Pay Installments Under Prepetition Insurance Premium Financing Agreements, (II) Continue Prepetition Insurance Policies, and (III) Pay All Prepetition Obligations in Respect Thereof [D.I. 10, 2/3/10]

7. Motion of the Debtors for an Order Authorizing the Payment of Prepetition Claims of Shippers, Warehousemen, Customs Brokers and Other Lien Claimants [D.I. 11, 2/3/10]

8. Motion of the Debtors for an Order Authorizing the Debtors to Honor Their Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [D.I. 6, 2/3/10]

9. Motion of the Debtors for an Order Authorizing the Debtors (I) to Pay Prepetition Claims of Certain Critical Vendors and (II) to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors Within the Twenty-Day Period Prior to the Petition Date [D.I. 7, 2/3/10]

10. Motion of the Debtors for an Order (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, Commissions and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Sales Reps and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (E) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtors' Payroll Accounts to Make the Foregoing Payments [D.I. 9, 2/3/10]

DB02:9224457.1                                                                                                                                069152.1001

11. Motion of the Debtors for an Order (I) Approving Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Post-Petition Intercompany Transactions [D.I. 12, 2/3/10]

12. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral of Prepetition Secured Parties, (II) Granting Adequate Protection to Prepetition Secures Parties, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 5001(b) and 4001(c), And (IV) Granting Related Relief [D.I. 13, 2/3/10]

13. Motion of the Debtors for Authority to File Fee Letters for Proposed Post-Petition Financing Facilities Under Seal [D.I. 14, 2/3/10]

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Interim Order approving the DIP Motion (without exhibits) is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that copies of all motions and the application referenced above will be mailed to you subsequent to the hearing and are currently available on the Court's website: www.deb.uscourts.gov or can be requested by calling Troy Bollman, paralegal, at 302-573-7796. All parties wishing to participate in the hearing telephonically must make arrangements with Court Call ((888) 882-6878; www.courtcall.com) prior to the hearing.

Dated: Wilmington, Delaware
       February 3, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS-IN POSSESSION