# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, Inc., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Joint Administration Requested |
| | Ref. Docket No.: 15 |

## NOTICE OF FILING AMENDED EXHIBIT C TO THE AFFIDAVIT OF ROBERT E. OSTENDORF, JR., PRESIDENT AND CHIEF EXECUTIVE OFFICER OF NEENAH ENTERPRISES, INC., IN SUPPORT OF FIRST DAY MOTIONS

   **PLEASE TAKE NOTICE** that, on February 3, 2010, debtors and debtors in possession in the above-captioned chapter 11 cases (each a "Debtor" and collectively, the "Debtors"), by and through their undersigned counsel, filed the *Affidavit of Robert E. Ostendorf, Jr., President and Chief Executive Officer of Neenah Enterprises, Inc., In Support of First Day Motions* [D.I 15] (the "First Day Affidavit").

   **PLEASE TAKE FURTHER NOTICE** that Exhibit C to the First Day Affidavit (the "Lock-up Agreement") inadvertently omitted (i) Exhibit A to the Lock-up Agreement (the "Plan Term Sheet") and (ii) the signature pages for Golden Tree Capital Opportunities, LP and Golden Tree Master Master Fund, Ltd. The Debtors hereby file the amended Exhibit C, attached hereto as Exhibit A, which includes the Plan Term Sheet and the omitted signature pages and supersedes in its entirety the previously filed Lock-up Agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Dated: Wilmington, Delaware
February 4, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION