**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et</u> <u>al</u>., | Case No. 10-10360-MFW |
| Debtors. | (Joint Administration Requested ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

The undersigned hereby provides notice that William J. Barrett is hereby entering his appearance on behalf of Tontine Capital Partners, L.P. a creditor herein, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures and Sections 342 and 1109(b) of the Bankruptcy Code. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

> William J. Barrett, Esq.
> Barack Ferrazzano Kirschbaum
>   & Nagelberg LLP
> 200 West Madison Street, Suite 3900
> Chicago, IL 60606
> Telephone:    (312) 629-5188
> Facsimile:    (312) 984-3150
> william.barrett@bfkn.com

Dated: February 4, 2010        Respectfully submitted,

>     /s/ William J. Barrett
> William J. Barrett, Esq.
> (Illinois State Bar No. 6206424)
> Barack Ferrazzano Kirschbaum
>   & Nagelberg LLP
> 200 West Madison Street, Suite 3900
> Chicago, IL 60606
> Telephone:    (312) 629-5170
> Facsimile:    (312) 984-3150
> william.barrett@bfkn.com
>
> *Attorney for Tontine Capital Partners, L.P.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was duly served on all parties receiving electronic notification in this case from the Court ECF system as well as by U.S. Mail, postage prepaid, upon the parties listed on the Service List below on this 4$^{h}$ day of February, 2010.

## SERVICE LIST

| | |
|---|---|
| Edmon L. Morton<br>Kenneth J. Enos<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Larry J. Nyhan<br>Sidley & Austin LLP<br>One South Dearborn St.<br>Chicago, Illinois 60603 | |

        /s/ William J. Barrett
         William J. Barrett