# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | Case No. 10-10360 (MFW) |
| Debtors. | Joint Administration Requested |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the Ad Hoc Committee of Senior Secured Noteholders (the "Ad Hoc Committee") and the prospective Term Loan DIP Lenders hereby appear in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses:

| | |
|---|---|
| Daniel J. DeFranceschi, Esq. | Kristopher M. Hansen, Esq. |
| Kristine G. Manoukian, Esq. | Erez Gilad, Esq. |
| Richards, Layton & Finger, P.A. | Lori E. Kata, Esq. |
| One Rodney Square | Stroock & Stroock & Lavan LLP |
| 920 North King Street | 180 Maiden Lane |
| Wilmington, Delaware 19801 | New York, NY 10038-4982 |
| Telephone: (302)-651 7700 | Telephone: (212) 806-5400 |
| Facsimile: (302)-498-7701 | Facsimile: (212) 806-6006 |
| defranceschi@RLF.com | khansen@stroock.com |
| manoukian@RLF.com | egilad@stroock.com |
| | lkata@stroock.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or

conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

Dated: February 4, 2010

RICHARDS, LAYTON & FINGER, P.A.

_____
Daniel J. DeFranceschi, Esq.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302)-651 7700

and

Kristopher M. Hansen, Esq.
Erez Gilad, Esq.
Lori E. Kata, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400

*Attorneys for the Ad Hoc Committee and the prospective Term Loan DIP Lenders*

2