# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | Case No. 10-10360 (MFW) |
| Debtors. | Joint Administration Requested |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SCOTT WELKIS PURSUANT TO DEL. BANKR. L.R. 9010-1

1.  Daniel J. DeFranceschi, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Scott Welkis (the "Admittee") of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038, to represent (i) the members of the Ad Hoc Committee of Senior Secured Noteholders (the "Ad Hoc Committee") and (ii) the prospective Term Loan DIP Lenders, in the above-captioned cases.

The Admittee is a member in good standing of the Bar of the State of New York, and is admitted to practice law in all state courts of the State of New York and the United States District Court for the Southern and Eastern Districts of New York.

Dated: February 4, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Daniel J. DeFranceschi
Daniel J. DeFranceschi (No. 2732)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for the Ad Hoc Committee and the prospective Term Loan DIP Lenders*

2. Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with them. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

/s/ Scott Welkis
Scott Welkis
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-6056
Facsimile: (212) 806-9056
swelkis@stroock.com

3. Motion granted.

Dated: February ___, 2010
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2