# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10360 (MFW) |
| In re:<br><br>NFC CASTINGS, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10361 (MFW) |
| In re:<br><br>NEENAH FOUNDRY COMPANY,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10362 (MFW) |
| In re:<br><br>CAST ALLOYS, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10363 (MFW) |
| In re:<br><br>NEENAH TRANSPORT, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10364 (MFW) |
| In re:<br><br>ADVANCED CAST PRODUCTS, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10365 (MFW) |

| | |
|---|---|
| In re:<br><br>GREGG INDUSTRIES, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10366 (MFW) |
| In re:<br><br>MERCER FORGE CORPORATION,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10367 (MFW) |
| In re:<br><br>DEETER FOUNDRY, INC.<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10368 (MFW) |
| In re:<br><br>DALTON CORPORATION,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10369 (MFW) |
| In re:<br><br>BELCHER CORPORATION,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10370 (MFW) |
| In re:<br><br>PEERLESS CORPORATION,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10371 (MFW) |

| | |
|---|---|
| In re:<br><br>A&M SPECIALTIES, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10372 (MFW) |
| In re:<br><br>DALTON CORPORATION, WARSAW MANUFACTURING FACILITY,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10373 (MFW) |
| In re:<br><br>DALTON CORPORATION, ASHLAND MANUFACTURING FACILITY,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10374 (MFW) |
| In re:<br><br>DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10375 (MFW) |
| In re:<br><br>DALTON CORPORATION, STRYKER MACHINING FACILITY CO.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10376 (MFW) |

DB02:9225018.3　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　069152.1001

| | |
|---|---|
| In re:<br><br>MORGAN'S WELDING, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-10377 (MFW)<br><br>Ref. Docket No. 2 |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned Debtors for entry of an order directing the joint administration of these chapter 11 cases pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1 and the consolidation thereof for procedural purposes only; and upon consideration of the Motion and all pleadings related thereto, including the Ostendorf Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that the relief requested in the Motion will reduce the administrative burdens on the Court; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtors' chapter 11 cases shall be (i) jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and (ii) consolidated for procedural purposes only; and it is further

ORDERED, that the Clerk of the Court shall maintain a single file and a single docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Neenah Enterprises, Inc., Case No. 10-10360 (MFW); and it is further

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED, that all pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

and it is further

ORDERED, that the Clerk of the Court shall make a docket entry in each of the above-captioned chapter 11 cases, other than in Neenah Enterprise, Inc.'s case, substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases commenced concurrently by Neenah Enterprises, Inc. and the above-captioned debtors. The docket in the chapter 11 case of Neenah Enterprises, Inc., Case No. 10-10360 (MFW) should be consulted for all matters affecting this case.

and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       February 4, 2010

                                                          MARY F. WALRATH
                                                          UNITED STATES BANKRUPTCY JUDGE