# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

**Debtor:** Neenah Enterprises, Inc.
**Case Number:** 10-10360-MFW       **Chapter:** 11
**Date / Time / Room:** THURSDAY, FEBRUARY 04, 2010 03:00 PM   CRT#4, 5TH FL.
**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

### *Matter:*

First Day Motions
**R / M #:** 17 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
  Item 3 - Order entered
  Item 4 - Order entered
  Item 5 - Order entered
  Item 6 - Order entered
  Item 7 - Order entered
  Item 8 - Order entered
  Item 9 - Order entered
  Item 10 - Order entered
  Item 11 - Order entered
  Item 12 - Order entered
  Item 13 - Order entered
  Item 14 - Order entered
  Item 15 - Denied
  Second day hearing set for 3/9/10 at 1:00 pm