# SIGN-IN SHEET

**CASE NAME:** Neenah Enterprises, Inc.   **COURTROOM NUMBER:** 4

**CASE NUMBER:** 10-10360 (MFW)   **DATE:** 2/4/10 at 3:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Larry Nyhan | Sidley Austin LLP | Debtors |
| Bojan Guzina | " | " |
| Kerriann Mills | " | " |
| Ed Morton | Loura Consult-g | " |
| John Hutchinson | Sidley | " |
| Ronald Barliant | Goldberg Kohn | Bank of America, N.A. |
| Daniel Zirkler | " | " |
| Eric Schwartz | Morris, Nichols, Arsht & Tunnell | " |
| Patrick Taylor | U.S. Trustee | U.S. Trustee |
| Richard Robinson | Bennett ~~Jones~~ of Reed Smith | Bennett Management |
| Kris Hansen | Stroock | DIP Lenders & |
| Scott Welkis | Stroock | Ad Hoc Committees |
| Lori Kata | Stroock | Ad Hoc Cmte + DIP Lenders |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Mary F. Walrath**

**#4**

Calendar Date: 02/04/2010
Calendar Time: 03:00 PM

Amended Calendar 02/04/2010 10:49 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3334922 | Joseph Bon-Meister | (203) 353-3101 | Bennett Management | Interested Party, Bennett Management / LISTEN ONLY |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3335417 | Tarik Dalton | (212) 538-0519 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3334951 | Erez Gilad | 212-806-5881 ext. 00 | Stroock & Stroock & Lavan LLP | Creditor, Ad Hoc Committee of Senior Noteholders / LIVE |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3335511 | James R. Irving | (312) 368-7234 | DLA Piper U.S., LLP - Chicago | Interested Party, James R. Irving / LISTEN ONLY |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3335029 | Brett Myrick | (312) 853-1049 | Sidley Austin LLP | Debtor, Neenah Enterprises, Inc. / LIVE |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3334955 | Mark Somerstein | 212-841-8814 | Ropes & Gray LLP | Interested Party, Mark Somerstein / LIVE |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3335792 | Sarah Taub | 404-572-2706 | King & Spalding | Creditor, G.E. Credit / LIVE |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3335022 | Alison Triggs | (312) 853-7184 | Sidley Austin LLP | Debtor, Neenah Enterprises, Inc. / LIVE |
| | | Neenah Enterprises, Inc. | 10-10360 | Hearing | 3334953 | ~~Nila Williams~~ Dena Myers | 212-497-3637 | Ropes & Gray LLP | Interested Party, Nila Williams / LIVE |