**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **NEENAH ENTERPRISES, INC.** ) | |
| ) | **10-10360-MFW** |
| **Debtor.** ) | |
| | **Joint Administration Pending** |

**CERTIFICATE OF SERVICE**

      I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of the within **Entry of Appearance, Request for a Matrix Entry and Request for Service of Notice and Documents** to be sent on February 4, 2010 in the manner indicated to the following:

<u>Via Hand Delivery</u>
Edmon L. Morton, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE 19899

DATED:  February 4, 2010        Cooch and Taylor, P.A.

                                                   */s/ Susan E. Kaufman*
                                                   Susan E. Kaufman, (DSB#3381)
                                                   1000 West Street, 10th Floor
                                                   The Brandywine Building
                                                   Wilmington, DE 19899
                                                   (302) 984-3893 / (302) 984-3939 Fax
                                                   Skaufman@coochtaylor.com