# EXHIBIT C

## APPROVED BUDGET

NY 72505352v11

Neenah Enterprises, Inc.
Cash Flow Forecast
(000's)

DRAFT - FOR DISCUSSION PURPOSES ONLY

Post-petition

| | 1 W/E 02/05/10 | 2 W/E 02/12/10 | 3 W/E 02/19/10 | 4 W/E 02/26/10 | 5 W/E 03/05/10 | 6 W/E 03/12/10 | 7 W/E 03/19/10 | 8 W/E 03/26/10 | 9 W/E 04/02/10 | 10 W/E 04/09/10 | 11 W/E 04/16/10 | 12 W/E 04/23/10 | 13 W/E 04/30/10 | M/E May-10 | M/E Jun-10 | M/E Jul-10 | M/E Aug-10 | M/E Sep-10 | M/E Oct-10 | Post Petition Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | | | | |
| A/R Collections | 2,125 | 4,254 | 4,195 | 1,580 | 2,329 | 4,721 | 5,067 | 6,179 | 5,179 | 5,069 | 5,919 | 6,069 | 5,069 | 24,124 | 42,227 | 36,651 | 37,472 | 38,050 | 31,011 | 271,411 |
| Asset sales | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other cash receipts | 10 | 160 | 10 | 10 | 89 | 89 | 89 | 89 | 89 | 135 | 135 | 135 | 135 | 558 | 571 | 579 | 590 | 593 | 520 | 4,585 |
| **Total Receipts** | 2,135 | 4,414 | 4,205 | 1,590 | 2,418 | 4,810 | 5,156 | 6,268 | 5,268 | 5,204 | 6,054 | 6,204 | 5,204 | 24,683 | 42,798 | 37,241 | 38,062 | 38,643 | 31,532 | 275,996 |
| **Disbursements** | | | | | | | | | | | | | | | | | | | | |
| Iron / steel / raw materials | 1,553 | 686 | 810 | 697 | 544 | 846 | 1,580 | 1,016 | 1,150 | 3,265 | 3,265 | 3,265 | 3,265 | 13,523 | 13,822 | 14,036 | 14,299 | 14,365 | 12,607 | 104,755 |
| Freight out | 85 | 170 | 100 | 125 | 140 | 165 | 140 | 155 | 170 | 239 | 239 | 239 | 239 | 992 | 1,014 | 1,029 | 1,048 | 1,053 | 925 | 8,265 |
| Utilities | 794 | 230 | 378 | 125 | 597 | 215 | 363 | 60 | 779 | 411 | 411 | 411 | 411 | 1,998 | 2,068 | 2,114 | 2,147 | 2,187 | 2,196 | 18,251 |
| All Other Accounts Payable | 1,982 | 3,076 | 2,291 | 3,003 | 2,075 | 3,067 | 1,872 | 2,672 | 1,844 | 617 | 517 | 617 | 617 | 2,432 | 2,559 | 2,515 | 2,387 | 2,383 | 1,873 | 17,599 |
| Capital Expenditures | 330 | 330 | 390 | 330 | 265 | 265 | 265 | 265 | 265 | 332 | 332 | 332 | 332 | 1,329 | 1,327 | 1,340 | 1,336 | 1,336 | 1,437 | 12,063 |
| Critical Vendor Payment Benefit | | (1,500) | (1,500) | (1,500) | (1,500) | (1,500) | (1,500) | | | | | | | | | | | | | (9,000) |
| Shippers and Lien Claimants Payment Benefit | | (340) | (340) | (340) | (340) | (340) | | | | | | | | | | | | | | (1,700) |
| 503(b)(9) Claimants | | | | | (250) | (250) | (250) | (250) | | | | | | | | | | | | (1,000) |
| Hourly Payroll | 221 | 699 | 830 | 708 | 635 | 698 | 842 | 727 | 887 | 1,444 | 1,444 | 1,444 | 1,444 | 5,893 | 6,113 | 6,210 | 6,326 | 6,351 | 5,578 | 45,788 |
| Salary Payroll | | 475 | 58 | 688 | 25 | 487 | 56 | | 700 | | 640 | | 640 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 11,458 |
| P/R tax : Fed Hourly | 221 | 201 | 317 | 206 | 249 | 198 | 319 | 207 | 256 | 452 | 452 | 452 | 452 | 1,870 | 1,912 | 1,941 | 1,978 | 1,985 | 1,744 | 15,412 |
| P/R tax : Fed Salary | 11 | 165 | 37 | 165 | 37 | 168 | 33 | | 169 | | 217 | | 217 | 434 | 434 | 434 | 434 | 434 | 434 | 3,627 |
| P/R tax : State Hourly & Salary | 5 | 67 | 6 | 57 | 5 | 68 | 5 | | 69 | | 80 | | 80 | 161 | 161 | 161 | 151 | 161 | 161 | 1,420 |
| Profit Sharing & Incentive | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Hospital Insurance | 830 | 150 | 256 | 130 | 1,010 | 293 | 290 | 135 | 890 | 353 | 353 | 353 | 1,763 | 2,902 | 2,955 | 2,993 | 3,040 | 3,049 | 2,740 | 24,514 |
| Property Taxes | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| State Unemployment Comp | | | | | | | | | | | | 300 | | 0 | 0 | 100 | 0 | 0 | 0 | 400 |
| Income Taxes : Federal | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Income Taxes : State | | (258) | 70 | 50 | | | | 150 | | | | 120 | | 120 | 120 | 120 | 120 | 120 | 120 | 852 |
| Hourly Pension | 29 | 65 | | 11 | 43 | | | 11 | 295 | | 252 | | 252 | 55 | 3,255 | 503 | 55 | 56 | 56 | 4,955 |
| Federal Unemployment Comp | | | | | | | | | | | | 75 | | 0 | 0 | 25 | 0 | 0 | 0 | 100 |
| Casualty Insurance | 320 | | | | 320 | | | | 320 | | | | 431 | 431 | 431 | 431 | 431 | 431 | 431 | 3,977 |
| 401 K Deductions | 19 | 63 | 26 | 77 | 22 | 64 | 26 | 22 | 74 | 24 | 134 | 24 | 134 | 323 | 329 | 333 | 339 | 340 | 305 | 2,677 |
| Commissions | | 25 | 25 | | | 25 | 25 | | | 55 | 55 | | | 113 | 116 | 118 | 120 | 120 | 106 | 902 |
| Lease Obligation | | | 102 | 7 | | | 102 | 7 | | | 51 | 5 | | 96 | 96 | 96 | 96 | 96 | 96 | 886 |
| Property Insurance | | | 70 | | | | 70 | | | | 70 | | | 70 | 70 | 70 | 70 | 70 | 70 | 635 |
| Other | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 400 | 400 | 400 | 400 | 400 | 400 | 3,700 |
| Reorganization Costs | | | | | | | | | | | | | | | | | | | | |
| DIP Interest/Fees (including adequate protection) | 1,850 | - | - | 750 | 673 | - | - | - | 752 | - | - | - | 811 | 856 | 977 | 956 | 968 | 980 | 1,972 | 11,546 |
| Professional Fees | | - | - | - | 675 | - | - | - | 2,162 | - | - | - | 2,112 | 1,568 | 1,556 | 1,556 | 1,566 | 1,566 | 6,024 | 18,803 |
| Creditor Adviser and Legal Fees - Closing Date | 400 | | | | | | | | | | | | | | | | | | | 400 |
| Prepetition claims | | - | - | - | - | - | - | - | - | - | - | - | - | | | | | | | |
| Critical Vendor | 4,500 | 4,500 | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 9,000 |
| Shippers and Lien Claimants | | 1,700 | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 1,700 |
| 503(b)(9) Claimants | | - | - | 1,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 |
| Utilities Deposits | 1,100 | - | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 1,100 |
| Taxes | 10 | - | - | - | - | - | - | 91 | 22 | - | - | 180 | 20 | | | 200 | | | | 323 |
| Management Incentives (1) | | - | - | - | - | - | - | - | - | - | - | - | - | | | | | | 400 | 400 |
| **Total Disbursements** | 13,460 | 10,794 | 4,006 | 6,595 | 5,222 | 4,570 | 3,838 | 5,568 | 10,986 | 7,291 | 8,752 | 7,915 | 13,320 | 36,938 | 41,008 | 38,972 | 38,604 | 38,757 | 40,954 | 338,550 |
| **Net Cash Flow** | (11,325) | (6,369) | 199 | (4,905) | (2,804) | 240 | 2,318 | 700 | (4,718) | (1,087) | (2,698) | (1,712) | (7,116) | (12,256) | 1,789 | (1,731) | (542) | (114) | (9,422) | (62,554) |
| **Outstanding Loan Amounts** - Assuming Revolver Roll-up | 64,609 | 70,978 | 70,779 | 75,684 | 73,468 | 79,245 | 76,930 | 76,230 | 80,948 | 82,035 | 84,733 | 86,445 | 93,562 | 105,818 | 104,028 | 105,759 | 106,302 | 106,416 | 115,838 | 115,838 |
| Incremental Increase in DIP Financing | 11,325 | 17,594 | 17,495 | 22,400 | 25,204 | 25,954 | 23,646 | 22,946 | 27,684 | 28,751 | 31,449 | 33,162 | 40,278 | 52,534 | 50,744 | 52,475 | 53,018 | 53,132 | 62,554 | 62,554 |

(1) Annual management incentive programs assumed to be made during November 2010, consistent with past practice.

DRAFT FOR DISCUSSION PURPOSES ONLY

# Stonehill Enterprises, Inc.
## Cash Flow Forecast
### (90%)

| | Forecasted | | | | | | | | | | | | | | | | | | | | | | Post Petition Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 WE 12/05/13 | 2 WE 12/13/10 | 3 WE 12/20/10 | 4 WE 12/27/10 | 5 WE 01/03/11 | 6 WE 01/10/11 | 7 WE 01/17/11 | 8 WE 01/24/11 | 9 WE 01/31/11 | 10 WE 02/07/11 | 11 WE 02/14/11 | 12 WE 02/21/11 | 13 WE 02/28/11 | WE Mar-11 | WE Jun-11 | WE Jun-11 | WE Jul-11 | WE Aug-11 | WE Sep-11 | WE Dec-11 | | | |
| **Borrowing Base** | | | | | | | | | | | | | | | | | | | | | | | |
| AR | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory Panamex | | | | | | | | | | | | | | | | | | | | | | | |
| WIP Kroger Panamex | | | | | | | | | | | | | | | | | | | | | | | |
| Fair as Reserve | | | | | | | | | | | | | | | | | | | | | | | |
| WIP Kroger Reserve | | | | | | | | | | | | | | | | | | | | | | | |
| Available Block | | | | | | | | | | | | | | | | | | | | | | | |
| Excess of Reserve | | | | | | | | | | | | | | | | | | | | | | | |
| Available LOC | | | | | | | | | | | | | | | | | | | | | | | |
| Wholesale LOC | | | | | | | | | | | | | | | | | | | | | | | |
| **Borrowing Base (less Wholesale LOC)** | | | | | | | | | | | | | | | | | | | | | | | |
| **Less Revolver Balance** | | | | | | | | | | | | | | | | | | | | | | | |
| **Available Funds before DIP Financing** | | | | | | | | | | | | | | | | | | | | | | | |
| Available Revolver under DIP Financing | | | | | | | | | | | | | | | | | | | | | | | |
| DIP Term Loan Draws | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Outstanding DIP Term Loan | | | | | | | | | | | | | | | | | | | | | | | |
| Ending Outstanding DIP Term Loan | | | | | | | | | | | | | | | | | | | | | | | |
| Outstanding Revolving DIP Loan, as forecasted above | | | | | | | | | | | | | | | | | | | | | | | |
| Ending Outstanding DIP Term Loan | | | | | | | | | | | | | | | | | | | | | | | |
| Outstanding Revolving DIP Loan, net of DIP Term Loan | | | | | | | | | | | | | | | | | | | | | | | |
| **Available Funds after DIP Financing** | | | | | | | | | | | | | | | | | | | | | | | |
| Extended Inventory Turnover | | | | | | | | | | | | | | | | | | | | | | | |