**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491    FAX (302) 573-6497**

ROBERTA A. DEANGELIS                                WILLIAM K. HARRINGTON
ACTING U.S. TRUSTEE                                  ASSISTANT U.S. TRUSTEE

REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT
TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting of creditors for the following case(s):

**DEBTORS:**        Neenah Enterprises, Inc., *et al.*

**CASE NO:**        10-10360 (MFW)

**DATE:**           March 9, 2010

**TIME:**           9:30 a.m.

**LOCATION:**       **J. Caleb Boggs Federal Building, 2nd Floor, Room 2112**

By:     /s/ T. Patrick Tinker
        T. Patrick Tinker

Dated: February 5, 2010

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**