IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.* | ) |
| | ) Case No. 10-10360 (MFW) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY,
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** Airgas, Inc. and its related entities ("Airgas"), a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Smith, Katzenstein & Furlow LLP, and such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and telecopy and telephone number:

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier: 19801
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
Telephone No.: 610-902-6028
Email: David.boyle@airgas.com

Dated: February 5, 2010    SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Airgas, Inc. and related entities

## CERTIFICATE OF SERVICE

I hearby certify that on this 5th day of **February, 2010** a copy of the foregoing **Notice of Appearance, Request For Matrix Entry, and Request for Service of Notices and Documents** was served on following parties by first class mail:

Edmon L. Morton
Young, Conaway, Stargatt
& Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Counsel for Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

                              */s/ Kathleen M. Miller*
                              Kathleen M. Miller (I.D. 2898)