**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| NEENAH ENTERPRISES, INC. et al[1] | Case No. 10-10360(MFW) |
| | Jointly Administered |
| Debtors. | Chapter 11 |
| _____/ | Hon. Mary F. Walrath |

**APPEARANCE**
**AND REQUEST FOR NOTICE**

NOW COMES, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., by Susan M. Cook, and hereby enters its Appearance and hereby requests that they be put on the matrix for Notice on behalf of Linamar Corporation and any of its affiliates and/or subsidiaries in the above-entitled action.

                                    LAMBERT, LESER, ISACKSON,
                                    COOK & GIUNTA, P.C.

Dated: February 5, 2010.
                              /s/ Susan M. Cook
                      By: _____
                              SUSAN M. COOK (P31514)
                              Attorney for Linamar Corporation
                              916 Washington Avenue, Suite 309
                              Bay City, Michigan 48708
                              Telephone: (989) 893-3518
                              scook@lambertleser.com

---

{00052113}[1] The Jointly Administered Debtors are as follows: Neenah Enterprises, Inc.; NFC Castings, Inc.; Neenah Foundry Company; Cast Alloys, Inc.; Neenah Transport, Inc.; Advanced Cast Products, Inc.; Gregg Industries, Inc.; Mercer Forge Corporation; Deeter Foundry, Inc.; Dalton Corporation; Belcher Corporation; Peerless Corporation; A&M Specialties, Inc.; Dalton Corporation; Warsaw Manufacturing Facility; Dalton Corporation; Ashland Manufacturing Facility; Dalton Corporation; Kendallville Manufacturing Facility; Dalton Corporation; Stryker Machining Facility Co.; and Morgan's Welding, Inc.