# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*, | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE that Bank of America, N.A., by and through its undersigned counsel, hereby appears in the above-captioned cases pursuant to 11 U.S.C. §§ 101, *et seq.*, including 11 U.S.C. 1109(b), and requests, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1, and 9006-1, that copies of all notices, orders, pleadings, papers or the like given or filed in the above-captioned cases be given and served upon the undersigned counsel at the following addresses:

| | |
|---|---|
| Eric D. Schwartz, Esq.<br>Matthew B. Harvey, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: eschwartz@mnat.com<br>      mharvey@mnat.com | Ronald Barliant, Esq.<br>Danielle Wildern Juhle, Esq.<br>GOLDBERG KOHN LTD<br>55 East Monroe Street, Suite 3300<br>Chicago, Illinois 60603-5792<br>Telephone: (312) 201-4000<br>Facsimile: (312) 332-2196<br>Email: ronald.barliant@goldbergkohn.com<br>      danielle.juhle@goldbergkohn.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by

mail, electronic mail, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, Request for All Notices and Demand for Service of All Papers is not intended, and shall not be deemed or construed, to be a consent or waiver by Bank of America, N.A.: (1) of the right to have final orders in non-core matters entered only after *de novo* review by a District Court judge or otherwise; (2) of the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) of the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other interests, rights, claims, actions, defenses, setoffs, recoupments or the like to which Bank of America, N.A., is or may be entitled in law or in equity, all of which interests, rights, claims, actions, defenses, setoffs, recoupments and the like Bank of America, N.A., expressly reserves.

Dated: February 5, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Eric D. Schwartz

Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

Ronald Barliant
Danielle Wildern Juhle
GOLDBERG KOHN LTD
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792
Telephone: (312) 201-4000
Facsimile: (312) 332-2196

*Counsel for Bank of America, N.A.*