## CERTIFICATE OF SERVICE

I, Matthew B. Harvey, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Appearance And Request For All Notices And Demand For Service Of All Papers** was caused to be made on February 5, 2010, in the manner indicated upon the entities identified below:

Dated: February 5, 2010

Matthew B. Harvey (No. 5186)

### VIA HAND DELIVERY

Edmon L. Morton, Esq.
Kenneth J. Enos Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Florr
P.O. Box 391
Wilmington, DE  19899

Thomas Patrick Tinker, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

### VIA FIRST CLASS MAIL

Larry J. Nyhan, Esq.
Bojan Guzina, Esq.
Kerriann S. Mills, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, Illinois 60603

3386585.1