IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEENAH ENTERPRISES, INC., et al., | § | Case No. 10-10360 (MFW) |
| | § | |
| Debtors. | § | Joint Administration Requested |
| | § | RE: D.I. 26 |

----------------------------------------X

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Matthew B. Harvey, a member of the bar of this Court, moves the admission *pro hac vice* of Ronald Barliant of the law firm of Goldberg Kohn, 55 East Monroe Street, Suite 3700, Chicago, IL 60603 to represent Bank of America, N.A., a party in interest in the above-captioned cases.

Dated: February 4, 2010
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Eric D. Schwartz (Del. No. 3134)
Matthew B. Harvey (Del. No. 5186)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989
eschwartz@mnat.com
mharvey@mnat.com

*Co-Counsel for Bank of America, N.A.*

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and that I am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and admitted, practicing, and in good standing in the United States District Court for the Northern District of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk of Court for the District Court.

Dated: February 4, 2010

Ronald Barliant (Illinois ARDC# 0112984)
Goldberg Kohn
55 East Monroe Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 201-3880
Facsimile: (312) 863-7880
ronald.barliant@goldbergkohn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: February 4, 2010

The Honorable Mary F. Walrath
United States Bankruptcy Judge

3384710.1