# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,1 | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 13 and 38 |

## NOTICE OF FILING EXECUTED CREDIT AGREEMENTS

**PLEASE TAKE NOTICE** that on February 3, 2010, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral of Prepetition Secured Parties, (II) Granting Adequate Protection to Prepetition Secures Parties, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 5001(b) and 4001(c), And (IV) Granting Related Relief* [Docket No. 13] (the "Motion"). On February 4, 2010, the Court entered an Order (the "Interim Order") [Docket No. 38] approving the Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed an Executed Postpetition Agreement and Executed Term Loan Agreement, copies of which are attached hereto as Exhibits A(i) and B(i). For the convenience of the Court and parties in interest, a blackline comparing the Executed Postpetition Agreement against the Postpetition Agreement

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

filed with the Motion is attached hereto as <u>Exhibit A(ii)</u>, and a blackline comparing the Executed Term Loan Agreement against the Term Loan Agreement filed with the Motion is attached hereto as <u>Exhibit B(ii)</u>.

Dated: Wilmington, Delaware
February 8, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS-IN POSSESSION