## THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER |
| | ) | |
| ADVANCED CAST PRODUCTS, INC., | ) | CASE NO. 10-10360-MPW |
| | ) | |
| Debtor. | ) | |

### COMBINED NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned hereby appears as counsel for: **Azcon Corporation.**

Pursuant to Rule 2002 of the Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, the undersigned respectfully requests that all notice hereafter given or required to be given, all notices of adversary matters, and all papers served or required to be served in this case, be given to and served upon:

> Joel A. Kunin
> The Kunin Law Offices, LLC
> 412 Missouri Avenue
> East St. Louis, IL 62201-3016
> Telephone: 618 / 274-0434
> Fax: 618 / 274-8369
> E-Mail: jkunin@kuninlaw.com

**PLEASE BE ADVISED AND TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way creditors' rights or interests.

**THE KUNIN LAW OFFICES, LLC**

BY: /s/ *Joel A. Kunin*
**JOEL A. KUNIN, #01548050**
**412 MISSOURI AVENUE**
**EAST ST. LOUIS, IL 62201-3016**
**618 / 274-0434 - FAX: 274-8369**
**E-MAIL: jkunin@kuninlaw.com**

2

**CERTIFICATE OF SERVICE**

       I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List this 8th day of February 2010.

       /s/ Jacqueline B. Racener
       **Jacqueline B. Racener**