**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: March 9, 2010 at 1:00 p.m. (ET)**<br>**Objection Deadline: March 2, 2010 at 4:00 p.m. (ET)** |
| | Ref. Docket Nos. 10 and 34 |

**NOTICE OF ENTRY OF ORDER AND FINAL HEARING ON DEBTORS' MOTION FOR ORDER AUTHORIZING THE DEBTORS TO PAY INSTALLMENTS UNDER PREPETITION INSURANCE PREMIUM FINANCE AGREEMENTS, CONTINUE PREPETITION INSURANCE POLICIES AND PAY ALL PREPETITION OBLIGATIONS IN RESPECT THEREOF**

TO:   (A) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (C) THE INTERNAL REVENUE SERVICE; (D) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (E) THE CREDITORS LISTED ON THE DEBTORS' LIST OF 30 LARGEST UNSECURED CREDITORS, AS FILED WITH THE DEBTORS' CHAPTER 11 PETITION; (F) COUNSEL TO THE ADMINISTRATIVE AGENT FOR THE PREPETITION WORKING CAPITAL LENDERS; (G) COUNSEL TO THE AGENTS FOR THE PROPOSED POST-PETITION LENDERS; (H) COUNSEL TO THE AD HOC COMMITTEE; (I) COUNSEL TO THE HOLDERS OF THE SUBORDINATED NOTES; AND (J) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

   **PLEASE TAKE NOTICE** that on February 3, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the **Motion for an Order Authorizing the Debtors to (I) Pay Installments Under Prepetition Insurance Premium Finance Agreements, (II) to Continue Prepetition Insurance Policies, and (III) Pay All Prepetition Obligations in Respect Thereof** [Docket No. 10] (the "Motion"). You were previously served with a copy of the Motion. On February 4, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 34] (the "Order") approving the Motion on a limited basis. A copy of the Order is attached hereto as Exhibit A.

   **PLEASE TAKE FURTHER NOTICE** that any objections to the entry of a final order approving the Motion must be filed on or before **March 2, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response so as to be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

received on or before the Objection Deadline upon the following parties: (a) the Debtors, Neenah Enterprises, Inc., 2121 Brooks Avenue, Neenah, WI 54957; (b) the Office of the United States Trustee, 844 King Street, J. Caleb Boggs Federal Building, Room 2201, Lockbox 35, Wilmington, Delaware 19801, Attn: T. Patrick Tinker, Esq.; (c) proposed co-counsel for the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, Attn: Bojan Guzina, Esq. and Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Edmon L. Morton, Esq.; and (d) counsel to any statutory committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING ON THE MOTION WILL BE HELD ON **MARCH 9, 2010 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the final relief requested in the Motion without further notice or hearing.

Dated:  Wilmington, Delaware
        February 8, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION