IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Objection Deadline: March 2, 2010 at 4:00 p.m. (ET)<br>Hearing Date: March 9, 2010 at 1:00 p.m. (ET)<br><br>Ref. Docket Nos. 13 and 38 |

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING

TO:  (A) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (C) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (D) THE CREDITORS LISTED ON THE DEBTORS' LIST OF 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS, AS FILED WITH THE DEBTORS' CHAPTER 11 PETITIONS; (E) COUNSEL TO THE WORKING CAPITAL DIP AGENT; (F) COUNSEL TO THE WORKING CAPITAL AGENT; (G) COUNSEL TO THE AD HOC COMMITTEE OF SECURED NOTEHOLDERS; (H) COUNSEL TO THE TERM LOAN DIP AGENT; (I) THE SECURED NOTES INDENTURE TRUSTEE; AND (J) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that on February 3, 2010, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the **Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), And (IV) Granting Related Relief** [Docket No. 13] (the "Motion"). You were previously served with a copy of the Motion. On February 4, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 38] (the "Interim Order") approving the Motion on an interim basis. A copy of the Interim Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that any objections to the entry of a final order approving the Motion must be filed on or before **March 2, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response so as to be received on or before the Objection Deadline upon the following parties: (a) proposed co-counsel for the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Larry J. Nyhan and Bojan Guzina, Esq.) and Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, (Attn: Edmon L. Morton, Esq.); (b) the U.S. Trustee, 844 King Street, J. Caleb Boggs Federal Building, Room 2201, Lockbox 35, Wilmington, Delaware 19801 (Attn: T. Patrick Tinker, Esq.); (c) counsel to the Term Loan DIP Lenders and the Ad Hoc Group of Secured Noteholders, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038 (Attn: Kristopher M. Hansen, Esq. and Lori E. Kata, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Daniel J. DeFranceschi, Esq.); (d) counsel to the Working Capital DIP Agent and the Prepetition Working Capital Agent, Goldberg Kohn Ltd., 55 East Monroe Street, Suite 3300 Chicago, Illinois 60603 (Attn: Michael C. Hainen, Esq. and Ronald Barliant, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Eric Schwartz, Esq.);(e) counsel to the Secured Notes Indenture Trustee, Emmett, Marvin & Martin, LLP, 120 Broadway, 32nd Floor, New York, NY 10271 (Attn: Edward P. Zujkowski); and (f) counsel to any Committee appointed in the case.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING ON THE MOTION WILL BE HELD ON **MARCH 9, 2010 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the final relief requested in the Motion without further notice or hearing.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 8, 2010 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Bojan Guzina<br>Kerriann S. Mills<br>Jillian K. Ludwig<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_____<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE<br>DEBTORS AND DEBTORS-IN POSSESSION |