UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF KERRIANN S. MILLS PURSUANT TO LOCAL RULE 9010-1

Pursuant to Local Bankruptcy Court Rule 9010-1(b) and the attached certification, counsel moves the court for pro hac vice admission of Kerriann S. Mills of Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, to represent Neenah Enterprises, Inc. in the above-captioned cases.

Dated: February 8, 2010
Wilmington, Delaware

/s/ Kenneth J. Enos
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## CERTIFICATION

Pursuant to Local Bankruptcy Court Rule 9010-1(b), I certify that I am eligible for admission to this court. I further certify I am admitted, practicing, and a member in good standing of the Bar of Illinois. Pursuant to Local Bankruptcy Court Rule 9010-1(b), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 5, 2010
Wilmington, Delaware

Respectfully Submitted,

_____
Kerriann S. Mills
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-0036
Facsimile: (312) 853-7036

PROPOSED ATTORNEY FOR DEBTORS

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Dated: _____, 2010
Wilmington, Delaware

_____
Mary F. Walrath
United States Bankruptcy Judge