IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEENAH ENTERPRISES, INC., et al., | § | Case No. 10-10360 (MFW) |
| | § | |
| Debtors. | § | Joint Administration Requested |
| | § | |

------------------------------------------------------------X

## SUPPLEMENTAL NOTICE OF SERVICE [RE: D.I. 47]

PLEASE TAKE NOTICE that on February 8, 2010, copies of the **Notice Of Appearance, Request For All Notices And Demand For Service Of All Papers** (D.I. 47, Entered 2/5/10) were served in the manner indicated upon the entities on the attached list.

Dated: February 8, 2010
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Eric D. Schwartz (Del. No. 3134)
Matthew B. Harvey (Del. No. 5186)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: 302.658.9200
Facsimile: 302.658.3989
eschwartz@mnat.com
mharvey@mnat.com

-and-

Ronald Barliant, Esq.
Danielle Wildern Juhle, Esq.
Goldberg Kohn
55 East Monroe Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 863-7131
Facsimile: (312) 863-7831
ronald.barlian@goldbergkohn.com
danielle.juhle@goldbergkohn.com

*Co-Counsel for Bank of America, N.A.*

3389248.1