# SERVICE LIST

**BY HAND DELIVERY:**

Beau Biden Esquire
DE Attorney General's Office
Carvel State Office Bldg.
820 N. French Street
Wilmington, DE  19801

Daniel J. DeFranceschi
Kristine G. Manoukian Esquire
Richards Layton & Finger PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Susan E. Kaufman Esquire
Cooch and Taylor PA
1000 West St. 10th Fl.
Wilmington, DE  19801

Kathleen M. Miller Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE  19801

Ellen W. Slights Esquire
Assistant US Attorney
US Dept. of Justice
1007 Orange St.
Suite 700
Wilmington, DE  19801

Patrick Tinker
Office of the US Trustee
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE  19801

**BY FIRST CLASS MAIL:**

Attn: Don Donner
Modern Equipment Company
PO Box 993
Port Washington, WI  53074

Attn: Franchise Tax Division
Secretary of State
Division of Corporations
PO Box 7040
Dover, DE  19903

George Johnson
American Colloid Company
NW 520
P.O. Box 1450
Minneapolis, MN  55485

Taylor Bryce
Caterpillar Inc.
P.O. Box 93344
Chicago, IL  60673

Rob Fox
American Colloid Company
P.O. Box 726
Neenah, WI  54957

Tim Wuest
Badger Mining Corp.
P.O. Box 328
Berlin, WI  54923

Tim DeLong
Dana Corporation
P.O. Box 4097
Kalamazoo, MI  49003

Harold Fernandez
Gerdau Ameristeel US Inc.
P.O. Box 116660
Atlanta, GA  30368

Jack Struyk
Holmes Murphy & Associates Inc.
P.O. Box 9207
Des Moines, IA  50306

Evan Gilliam
Louis Padnos Iron & Metal Co.
Slot 303113
P.O. Box 66973
Chicago, IL  60666

Rita Lewis
Lewis Salvage Corporation
P.O. Box 1785
Warsaw, IN  46581

Lisa Starks
State of Michigan
Tax Division
P.O. Box 30140
Lansing, MI  48909

Traci Luther
Sadoff Iron & Metal Co.
P.O. Box 681121
Milwaukee, WI  53268

Rich White
Sandmold Systems Inc.
P.O. Box 488
Newaygo, MI  49337

Randy Sabel
WE Energies
P.O. Box 2046
Milwaukee, WI  53201

Chi P. Cheung
The Timken Corporation
P.O. Box 751580
Charlotte, NC  28275

Bob Bloom
Tonawanda Coke
P.O. Box 5007
Tonawanda, NY  14151

David Boyle Esqurie
Airgas, Inc.
259 Radnor Chester Road
Suite 100
PO Box 6675
Radnor, PA  19087-8675

Centralized Insolvency Operation
Internal Revenue Service
11601 Roosevelt Blvd. Mail Drop N781
Philadelphia, PA  19255

Susan M. Cook Esquire
Lambert Leser Isackson Cook & Giunta PC
916 Washington Avenue
Suite 309
Bay City, MI  48708

Kristopher Hansen
Erez Gilad Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

David R. Jury Asst Gen Counsel
United Steelworkers
Five Gateway Center
Room 807
Pittsburgh, PA  15222

William J. Barrett Esquire
Kimberly J. Robinson Esquire
Barack Ferrazzano Kirschbaum
 & Nagelberg LLP
200 W. Madison Street
Suite 3900
Chicago, IL  60606

Larry J. Nyhan Esquire
Kerriann S. Mills
Jessica C.K. Boelter Esquire
D'Lisia E. Bergeron Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Mark Schonfeld Regional Director
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY  10279

Jay Murthy
Atmosphere Annealing Inc.
209 W Mt. Hope Avenue
Lansing, MI  48910

Ronald Barliant Esquire
Danielle Wildern Juhle Esquire
David E. Morrison Esquire
Goldberg Kohn Ltd.
55 East Monroe Street
Suite 3700
Chicago, IL  60603

Gregg Hemis
Erie Bearings Company
959 Bessemer Street
Meadville, PA  16335

Roger Cooke
Foseco Metallurgical Inc.
20200 Sheldon Road
Cleveland, OH  44142

Chris Wyrzer
Green Bay Pattern
1026 Centennial Drive
Green Bay, WI  54304

Steve Krahn
Faith Technologies
2662 American Drive
Appleton, WI  54914

Dennis Ziegler
HA International LLC
630 Oakmont Lane
Westmont, IL  60559

Nancy Wabley
Nucor Steel Auburn Inc.
25 Quarry Road
Auburn, NY  13021

James Chase
Nedrow Refractories
150 Landrow Drive
Wixom, MI  48393

Jerry Boylan
Oudenhoven Company Inc.
2300 Tower Drive
Kaukauna, WI  54130

Mark Lasky
Sadoff Iron & Metal Co.
P.O. Box 1138
Fond du Lac, WI  54935

Deb Walter
Steel Dynamics Bar
36655 Treasury Center
Chicago, IL  60694

TA Services Inc.
Attn:   Accounting
241 Regency Parkway
Mansfield, TX  76063

Jeffrey L. Gendell
Tonite Capital Partners L.P.
c/o Tonite Capital Management L.L.C.
55 Railroad Avenue
1st Floor
Greenwich, CT  06830

John Keyes
Tube City Inc.
363 Marbury Road
Bethel Park, PA  15102