**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| **NEENAH ENTERPRISES, INC.,** *et al.*, | Case No. 10-10360 (Jointly Administered) |
| Debtors. _____/ | Hon. Mary F. Walrath |

**Notice Of Appearance, Request For Service Of**
**Papers, And Request To Be Added To Debtors' Matrix**

Honigman Miller Schwartz and Cohn LLP ("Honigman") appears in this case as counsel for General Engine Products LLC, and requests that all notices in the case, and all papers served in the case, be served on the undersigned at the following address and that Honigman be added to the Debtors' mailing matrix:

> Adam K. Keith
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7460
> Facsimile:  (313) 465-7461
> Email:  akeith@honigman.com

This request includes all notices required to be served under the Bankruptcy Code and Bankruptcy Rules.

> Respectfully submitted,
>
> HONIGMAN MILLER SCHWARTZ AND COHN LLP
> Counsel for General Engine Products LLC

Dated:  February 9, 2010         By:     /s/ Adam K. Keith
                                         Adam K. Keith (Michigan Bar No. P71167)
                                     2290 First National Building
                                     660 Woodward Avenue
                                     Detroit, MI  48226
                                     Telephone:  (313) 465-7460
                                     Facsimile:  (313) 465-7461
                                     Email:  akeith@honigman.com

DETROIT.4057461.1