IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NEENAH ENTERPRISES, Inc., et al.,[1] | ) ) ) | Case No. 10-10360 (MFW) |
| Debtors. | ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS       )
                        ) ss
COUNTY OF COOK          )

I, Paul V. Kinealy, being duly sworn, depose and state:

1.  I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned case. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.  On February 8, 2010, at the direction of Sidley Austin LLP ("Sidley") and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), proposed co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the Master Service List parties set forth on the service list annexed hereto as Exhibit A:

    •   Order Directing Joint Administration of Chapter 11 Cases [Docket No. 28];

    •   Order Granting the Debtors Additional Time to File Schedules and Statements of Financial Affairs [Docket No. 31];

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtors is 2121 Brooks Avenue, Neenah, WI 54957.

- Order Authorizing the Payment of Prepetition Sales, Use, Property, Franchise, and Other Taxes and Governmental Charges [Docket No. 33];

- Order Authorizing the Payment of Prepetition Claims of Shippers, Warehousemen, Customs Brokers, and Lien Claimants [Docket No. 36];

- Order Authorizing the Retention of the Garden City Group, Inc. as Official Claims, Noticing and Balloting Agent as of the Petition Date [Docket No. 39];

- Order (I) Approving Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Post-Petition Intercompany Transactions [Docket No. 42];

- Notice of Entry of Order and Final Hearing on Debtors' Motion for Order Authorizing the Debtors to Honor Their Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Docket No. 55]; and Order Authorizing the Debtors to Honor Their Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Docket No. 35];

- Notice of Entry of Order and Final Hearing on Debtors' Motion for Order Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors and Approving Procedures Related Thereto [Docket No. 57]; and Interim Order Authorizing the Debtors to (I) Pay Prepetition Claims of Certain Critical Vendors; and (II) to Pay Certain Obligations Arising In Connection With Goods Received by the Debtors Within the Twenty-Day Period Prior to the Petition Date [Docket No. 40];

- Notice of Entry of Order and Hearing, Solely With Respect to Severance Plan and SERP, on Debtors' Motion for Order Authorizing (I) (A) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Sales Reps and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (E) Contributions to Prepetition Employee Benefit Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtors' Payroll Accounts to Make the Foregoing Payments [Docket No. 58]; and Order Authorizing (A) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Sales Reps and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (E) Contributions to Prepetition Employee Benefit

        Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtors' Payroll Accounts to Make the Foregoing Payments [Docket No. 29];

- Notice of Entry of Order and Final Hearing on Debtors' Motion for Order Authorizing the Debtors to Pay Installments Under Prepetition Insurance Premium Finance Agreements, Continue Prepetition Insurance Policies and Pay All Prepetition Obligations In Respect Thereof [Docket No.59]; and Order Authorizing the Debtors to (I) Pay Installments Under Prepetition Insurance Premium Finance Agreements, (II) Continue Prepetition Insurance Policies, and (III) Pay All Prepetition Obligations in Respect Thereof [Docket No. 34];

- Notice of Entry of Interim Order and Final Hearing [Docket No. 60]; and Interim Order Pursuant to Sections 105(a) and 366(b) of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 41];

- Notice of Entry of Interim Order and Final Hearing [Docket No. 61] for Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 354(c), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (IV) Granting Related Relief.

3. On February 8, 2010, also at the direction of Sidley and Young Conaway, I caused a true and correct copy of the following document to be served by first class mail on the Bank parties as set forth on the service list annexed hereto as Exhibit B:

- Order (I) Approving Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Post-Petition Intercompany Transactions [Docket No. 42].

4. On February 8, 2010, also at the direction of Sidley and Young Conaway, I caused a true and correct copy of the following document to be served by first class mail on the Utility parties as set forth on the service list annexed hereto as Exhibit C:

- Notice of Entry of Interim Order and Final Hearing [Docket No. 60] for Interim Order Pursuant to Sections 105(a) and 366(b) of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment.

_____
Paul V. Kinealy

Sworn to before me this 10th day of
February, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

# EXHIBIT A

| | |
|---|---|
| AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR, PA 19087-8675 | AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS, MN 55485 |
| AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 | ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 |
| BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 |
| CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 | COOCH AND TAYLOR PA<br>SUSAN KAUFMAN (USW)<br>1000 WEST STREET, 10TH FLOOR<br>PO BOX 1680<br>WILMINGTON, DE 19899 |
| DANA CORPORATION<br>ATTN: TIM DELONG<br>PO BOX 4097<br>KALAMAZOO, MI 49003 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 |
| FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON, WI 54914 | FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 |
| GERDAU AMERISTEEL US INC.<br>ATTN: HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA, GA 30368 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO, IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL DRIVE<br>CLEVELAND, OH 44142 | HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT, IL 60559 |
| HOLMES MURPHY & ASSOCIATES, INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES, IA 50266 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 |

| | |
|---|---|
| LAMBERT, LESER, ISACKSON, COOK ETAL<br>SUSAN M. COOK<br>916 WASHINGTON AVE., STE 309<br>(LINAMAR CORPORATION)<br>BAY CITY, MI 48708 | LEWIS SALVAGE CORPORATION<br>RITA LEWIS<br>PO BOX 1785<br>WARSAW, IN 46581 |
| LOUIS PADNOS IRON & METAL CO<br>EVAN GILLIAM<br>SLOT 303113<br>PO BOX 66973<br>CHICAGO, IL 60666 | MODERN EQUIPMENT COMPANY<br>DON DONNER<br>PO BOX 933<br>PORT WASHINGTON, WI 53074 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ERIC SCHWARTZ/MATTHEW HARVEY<br>1201 N MARKET STREET<br>PO BOX 1347<br>WILMINGTON, DE 19899 | NEDROW REFRACTORIES<br>JAMES CHASE<br>150 LANDROW DRIVE<br>WIXOM, MI 48393 |
| NUCOR STEEL, AUBURN INC.<br>NANCY WABLEY<br>25 QUARRY ROAD<br>AUBURN, NY 13021 | OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON, DE 19801 |
| OUDENHOVEN COMPANY, INC.<br>JERRY BOYLAN<br>2300 TOWER DRIVE<br>KAUKAUNA, WI 54130 | RICHARDS, LAYTON & FINGER, P.A.<br>D.J. DEFRANCESCHI & K.G. MANOUKIA<br>ONE RODNEY SQUARE<br>920 NORTH KING ST.<br>WILLMINGTON, DE 19801 |
| SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC, WI 54935 | SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE, WI 53268 |
| SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO, MI 49337 | SECURITIES AND EXCHANGE COMMISSION<br>GEORGE CANELLOS, REG DIR<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR, STE 400<br>NEW YORK, NY 10281-1022 |
| SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGERON<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 | SMITH KATZENSTIEN & FURLOW LLP<br>KATHLEEN MILLER RE AIRGAS<br>800 DELAWARE AVE, 7TH FL<br>PO BOX 410<br>WILMINGTON, DE 19899 |
| STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING, MI 48909 | STEEL DYNAMICS BAR<br>DEB WALTER<br>36655 TREASURY CENTER<br>CHICAGO, IL 60694 |
| STROOCK & STROOCK & LAVAN LLP<br>K. HANSEN & E. GILAD<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD, TX 76063 |

| | |
|---|---|
| THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE, NC 28275 | TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA, NY 14151 |
| TONITE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONITE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH, CT 06830 | TUBE CITY<br>JOHN KEYES<br>363 MARBURY RD<br>BETHEL PARK, PA 15102 |
| UNITED STEELWORKERS<br>DAVID R JURY<br>ASST GENERAL COUNSEL<br>FIVE GATEWAY CENTER, RM 807<br>PITTSBURGH, PA 15222 | US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899 |
| WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE, WI 53201 | |

# EXHIBIT B

| | |
|---|---|
| BANK OF AMERICA<br>10426 LOWER AZUSA RD<br>EL MONTE, CA 91731 | BANK OF AMERICA<br>600 PEACHTREE ST. NE<br>ATLANTA, GA 30308 |
| BANK ONE<br>831 N. LIMA RD.<br>KENDALLVILLE, IN 46755 | FARMERS & MERCHANTS STATE BANK<br>300 S DEFIANCE ST.<br>STRYKER, OH 43557 |
| FIRST NATIONAL BANK<br>4140 E. STATE STREET<br>HERMITAGE, PA 16148 | FIRST NATIONAL BANK<br>4140 E. STATE STREET<br>HERMITAGE, PA 16148 |
| FIRST NATIONAL BANK OF FREDERICKSBURG<br>3016 S. PINE GROVE ST.<br>FREDERICKSBURGH, PA 17026 | JPMORGAN CHASE BANK<br>PO BOX 2033<br>MILWAUKEE, WI 53201-2033 |
| PINNACLE BANK<br>7000 ADAMS ST.<br>LINCOLN, NE 68507 | PNC BANK<br>116 ALLEGHENY CENTER<br>PITTSBURGH, PA 15212-5356 |
| PNC BANK<br>116 ALLEGHENY CENTER<br>PITTSBURGH, PA 15212-5356 | PNC BANK<br>116 ALLEGHENY CENTER<br>PITTSBURGH, PA 15212-5356 |
| TOWER BANK<br>PO BOX 2581<br>FORT WAYNE, IN 46580-2581 | TOWER BANK<br>PO BOX 2581<br>FORT WAYNE, IN 46580-2581 |
| TOWER BANK<br>PO BOX 2581<br>FORT WAYNE, IN 46580-2581 | |

# EXHIBIT C

ACCESS POINT INC
1100 CRESCENT INC. STE 109
CARY, NC 27518-8105

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR, PA 19087-8675

ALLEGHENY POWER CO
800 CABIN HILL DR ACCT# 15409061253003
GREENSBURG, PA 15606

AMEREN UE
PO BOX 66529
ST LOUIS, MO 63166

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS, MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH, WI 54957

AMERICAN ELECTRIC POWER
PO BOX 24418
CANTON, OH 44701-4418

AQUA PENNSYLVANIA
762 W. LANCASTER AVE.
BRYN MAWR, PA 19010-3489

AQUA PENNSYLVANIA
PO BOX 1229
NEWARK, NJ 07101

AQUA PENNSYLVANIA
PO BOX 281
STRUTHERS, OH 44471

ARCHBOLD REFUSE SERVICE, INC
200 TAYLOR PARKWAY
ARCHBOLD, OH 43502

ARIZONA PUBLIC SERVICE
PO BOX 2907
PHOENIX, AZ 85062-2907

ARMSTRONG CABLE SERVICE
437 NORTH MAIN STREET
BUTLER, PA 16001

ARMSTRONG CABLE SERVICE
PO BOX 747087
PITTSBURGH, PA 15274

ARMSTRONG CABLE SERVICE
PO BOX 747087
PITTSBURGH, PA 15274

AT&T
PO BOX 13146
NEWARK, NJ 07101-5646

AT&T
PO BOX 13148
NEWARK, NJ 07101

AT&T
PO BOX 13148
NEWARK, NJ 07101-5648

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

AT&T
PO BOX 78045
PHOENIX, AZ 85062

AT&T
PO BOX 8100
AURORA, IL 60507-8100

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING, MI 48910

AVAYA FINANCIAL SERVICES
PO BOX 93000
CHICAGO, IL 60673-3000

AVAYA INC
PO BOX 5125
CAROL STREAM, IL 60197-5125

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN, WI 54923

BADGER MINING CORP
PO BOX 328
BERLIN, WI 54923

BANK OF AMERICA
10426 LOWER AZUSA RD
EL MONTE, CA 91731

BANK OF AMERICA
600 PEACHTREE ST. NE
ATLANTA, GA 30308

BANK ONE
831 N. LIMA RD.
KENDALLVILLE, IN 46755

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO, IL 60606

BELL SOUTH
85 ANNEX
ATLANTA, GA 30385

BELL SOUTH
PO BOX 105262
ATLANTA, GA 30348-5262

BLACK HILLS ENERGY
PO BOX 4660
CAROL STREAM, IL 60197

BROWNING-FERRIS IND
HOUSTON COMM DIST PO BOX 78701
PHOENIX, AZ 85062-8701

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO, IL 60673

CENTER POINT ENERGY
PO BOX 4671
HOUSTON, TX 77210

CENTURY LINK
PO BOX 660068
DALLAS, TX 75266-0068

CENTURYLINK (EMBARQ)
PO BOX 4300
CAROL STREAM, IL 60197

CINCINNATI BELL
PO BOX 741811
CINCINNATI, OH 45274-1811

CITY OF KENDALLVILLE UTILITIES
234 S MAIN ST
KENDALLVILLE, IN 46755

| | |
|---|---|
| CITY OF NEENAH<br>FINANCE DEPARTMENT PO BOX 426<br>NEENAH, WI 54957 | CITY OF OKLAHOMA CITY<br>PO BOX 26570<br>OKLAHOMA CITY, OK 73126-0570 |
| CITY OF PHOENIX-WTR SVCES<br>PO BOX 29663<br>PHOENIX, AZ 85038 | CITY OF ROCKFORD<br>425 E STATE ST<br>ROCKFORD, IL 61104 |
| CITY OF ST PETERS<br>PO BOX 9<br>ST PETERS, MO 63376 | COLUMBIA GAS OF PENN<br>PO BOX 742537<br>CINCINNATI, OH 45274-2537 |
| COLUMBUS WATER & SEWER<br>PO BOX 182882<br>COLUMBUS, OH 43218-2882 | COM ED<br>BILL PAYMENT CENTER PO BOX 6111<br>CHICAGO, IL 60197-6111 |
| CONSTELLATION ENERGY<br>GAS DIVISION 15246 COLLECT CNT DRIV<br>CHICAGO, IL 60693 | COOCH AND TAYLOR PA<br>SUSAN KAUFMAN (USW)<br>1000 WEST STREET, 10TH FLOOR<br>PO BOX 1680<br>WILMINGTON, DE 19899 |
| DANA CORPORATION<br>ATTN: TIM DELONG<br>PO BOX 4097<br>KALAMAZOO, MI 49003 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 |
| FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON, WI 54914 | FARMERS & MERCHANTS STATE BANK<br>300 S DEFIANCE ST.<br>STRYKER, OH 43557 |
| FIRST COMMUNICATIONS<br>PO BOX 182854<br>COLUMBUS, OH 43218 | FIRST COMMUNICATIONS<br>PO BOX 182854<br>COLUMBUS, OH 43218 |
| FIRST COMMUNICATIONS<br>PO BOX 182854<br>COLUMBUS, IN 43218-2845 | FIRST ENERGY SOLUTIONS CORP<br>341 WHITE POND DRIVE RMB3<br>AKRON, OH 44320 |

FIRST ENERGY SOLUTIONS CORP  
P O BOX 3622  
AKRON, OH 44309

FIRST NATIONAL BANK  
4140 E. STATE STREET  
HERMITAGE, PA 16148

FIRST NATIONAL BANK  
4140 E. STATE STREET  
HERMITAGE, PA 16148

FIRST NATIONAL BANK OF FREDERICKSBURG  
3016 S. PINE GROVE ST.  
FREDERICKSBURGH, PA 17026

FOSECO METALLURGICAL INC  
ATTN: ROGER COOKE  
20200 SHELDON ROAD  
CLEVELAND, OH 44142

GERDAU AMERISTEEL US INC.  
ATTN: HAROLD FERNANDEZ  
PO BOX 116660  
ATLANTA, GA 30368

GOLDBERG KOHN LTD.  
R BARLIANT/D JUHLE/D MORRISON  
55 EAST MONROE STE 3700  
CHICAGO, IL 60603

GREEN BAY PATTERN  
ATTN: CHRIS WYRZER  
1026 CENTENNIAL DRIVE  
CLEVELAND, OH 44142

HA INTERNATIONAL LLC  
ATTN: DENNIS ZIEGLER  
630 OAKMONT LANE  
WESTMONT, IL 60559

HEARTLAND BUSINESS GROUP  
1700 STEPHEN ST  
LITTLE CHUTE, WI 54140

HOLMES MURPHY & ASSOCIATES, INC.  
ATTN: JACK STRUYK  
3001 WESTOWN PARKWAY  
DES MOINES, IA 50266

INDIANA MICHIGAN POWER COMPANY  
PO BOX 24412  
CANTON, OH 44701-4412

INDIANA POWER & LIGHT CO  
PO BOX 110  
INDIANAPOLIS, IN 46206-0110

INDIANA-AMERICAN WATER CO. INC  
P O BOX 94551  
PALATINE, IL 60094-4551

INDIANAPOLIS WATER  
PO BOX 1990  
INDIANAPOLIS, IN 46206-1990

INTERNAL REVENUE SERVICE  
INSOLVENCY SECTION  
PO BOX 21126  
PHILADELPHIA, PA 19114-0326

JPMORGAN CHASE BANK  
PO BOX 2033  
MILWAUKEE, WI 53201-2033

KOSCIUSKO R.E.M.C  
PO BOX 588 370 S 250 EAST  
WARSAW, IN 46581

L E S  
PO BOX 80869  
LINCOLN, NE 68501

LAMBERT, LESER, ISACKSON, COOK ETAL  
SUSAN M. COOK  
916 WASHINGTON AVE., STE 309  
(LINAMAR CORPORATION)  
BAY CITY, MI 48708

LEWIS SALVAGE CORPORATION  
RITA LEWIS  
PO BOX 1785  
WARSAW, IN 46581

LINCOLN WATER SYSTEM  
555 S 10TH ST  
LINCOLN, NE 68508

LOUIS PADNOS IRON & METAL CO  
EVAN GILLIAM  
SLOT 303113  
PO BOX 66973  
CHICAGO, IL 60666

MEADVILLE AREA WATER  
18160 ROGERS FERRY RD  
MEADVILLE, PA 16335

MERCER BOROUGH SEWER RENTAL  
P O BOX 69  
MERCER, PA 16137

MET ED  
PO BOX 69  
MERCER, PA 16137

MID AMERICAN NATURAL RESOURCES  
2005 W 8TH ST  
ERIE, PA 16505

MODERN EQUIPMENT COMPANY  
DON DONNER  
PO BOX 933  
PORT WASHINGTON, WI 53074

MORRIS NICHOLS ARSHT & TUNNELL LLP  
ERIC SCHWARTZ/MATTHEW HARVEY  
1201 N MARKET STREET  
PO BOX 1347  
WILMINGTON, DE 19899

NATIONAL FUEL GAS DIST CORP  
1100 STATE STREET  
ERIE, PA 16512

NATIONAL FUEL GAS DIST CORP  
PO BOX 4103  
BUFFALO, NY 14264

NATIONAL FUEL GAS DIST CORP  
PO BOX 4103  
BUFFALO, NY 14264

NEDROW REFRACTORIES  
JAMES CHASE  
150 LANDROW DRIVE  
WIXOM, MI 48393

NICOR GAS  
BOX 2020  
AURORA, IL 60507-2020

NICOR GAS  
PO BOX 0632  
AURORA, IL 60507-0632

NIPSCO BUSINESS LINK DEPT.  
801 EAST 86TH AVE  
MERRILLVILLE, IN 46410

NORTHERN INDIANA TRADING CO.,  
1153 AUBURN DRIVE  
AUBURN, IN 46706

NUCOR STEEL, AUBURN INC.  
NANCY WABLEY  
25 QUARRY ROAD  
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE  
PATRICK TINKER  
844 KING STREET, SUITE 2313  
LOCK BOX 35  
WILMINGTON, DE 19801

OG&E  
PO BOX 24990  
OKLAHOMA CITY, OK 73124-0990

| | |
|---|---|
| OHIO GAS COMPANY<br>PO BOX 528<br>BRYAN, OH 43506 | OKLAHOMA NATURAL GAS<br>PO BOX 268826<br>OKLAHOMA CITY, OK 73126-8826 |
| OUDENHOVEN COMPANY, INC.<br>JERRY BOYLAN<br>2300 TOWER DRIVE<br>KAUKAUNA, WI 54130 | PENELEC<br>PO BOX 3687<br>AKRON, OH 44309 |
| PENN POWER<br>76 S. MAIN ST.<br>AKRON, OH 44308-1890 | PENN POWER<br>PO BOX 3687<br>AKRON, OH 44309 |
| PENNSYLVANIA-AMER WATER CO.<br>PO BOX 578<br>ALTON, IL 62002-0578 | PINNACLE BANK<br>7000 ADAMS ST.<br>LINCOLN, NE 68507 |
| PNC BANK<br>116 ALLEGHENY CENTER<br>PITTSBURGH, PA 15212-5356 | PNC BANK<br>116 ALLEGHENY CENTER<br>PITTSBURGH, PA 15212-5356 |
| PNC BANK<br>116 ALLEGHENY CENTER<br>PITTSBURGH, PA 15212-5356 | QWEST<br>BUSINESS SERVICES PO BOX 856169<br>LOUISVILLE, KY 40285-6169 |
| QWEST<br>PO BOX 29040<br>PHOENIX, AZ 85038-9040 | RICHARDS, LAYTON & FINGER, P.A.<br>D.J. DEFRANCESCHI & K.G. MANOUKIA<br>ONE RODNEY SQUARE<br>920 NORTH KING ST.<br>WILLMINGTON, DE 19801 |
| ROCK RIVER WATER RECLAM<br>PO BOX 6207<br>ROCKFORD, IL 61125 | SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC, WI 54935 |
| SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE, WI 53268 | SAFETY-KLEEN CORP<br>PO BOX 382066<br>PITTSBURGH, PA 15250 |
| SAFETY-KLEEN INC<br>PO BOX 382066<br>PITTSBURGH, PA 15250-8066 | SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO, MI 49337 |

SBC  
PO BOX 4843  
HOUSTON, TX 77097-0075

SBC  
PO BOX 5075  
SAGINAW, MI 48605-5075

SECURITIES AND EXCHANGE COMMISSION  
GEORGE CANELLOS, REG DIR  
NEW YORK REGIONAL OFFICE  
3 WORLD FINANCIAL CTR, STE 400  
NEW YORK, NY 10281-1022

SEWAGE TREATMENT OFFICE  
PO BOX 557  
WARSAW, IN 46581

SHAKOPEE PUBLIC UTILITY  
1030 4TH AVE EAST  
SHAKOPEE, MN 55379

SIDLEY AUSTIN LLP  
L NYHAN/K MILLS/J BOELTER/D BERGERON  
ONE SOUTH DEARBORN STREET  
CHICAGO, IL 60603

SMITH KATZENSTIEN & FURLOW LLP  
KATHLEEN MILLER RE AIRGAS  
800 DELAWARE AVE, 7TH FL  
PO BOX 410  
WILMINGTON, DE 19899

SOUTHERN CALIF EDISON COMPANY  
PO BOX 300  
ROSEMEAD, CA 91771

SPRINT  
P O BOX 219100  
KANSAS CITY, MO 64121

STATE OF MICHIGAN  
LISA STARKS  
TAX DIVISION  
PO BOX 30140  
LANSING, MI 48909

STEEL DYNAMICS BAR  
DEB WALTER  
36655 TREASURY CENTER  
CHICAGO, IL 60694

STROOCK & STROOCK & LAVAN LLP  
K. HANSEN & E. GILAD  
180 MAIDEN LANE  
NEW YORK, NY 10038

TA SERVICES, INC.  
ACCOUNTING  
241 REGENCY PARKWAY  
MANSFIELD, TX 76063

THE TIMKEN CORPORATION  
CHI P CHEUNG  
PO BOX 751580  
CHARLOTTE, NC 28275

TOLEDO EDISON  
P O BOX 3638  
AKRON, OH 44309-3638

TONAWANDA COKE  
BOB BLOOM  
PO BOX 5007  
TONAWANDA, NY 14151

TONITE CAPITAL PARTNERS  
JEFFREY L GENDELL  
C/O TONITE CAPITAL MGMT, LLC  
55 RAILROAD AVE, 1ST FL  
GREENWICH, CT 06830

TOWER BANK  
PO BOX 2581  
FORT WAYNE, IN 46580-2581

TOWER BANK  
PO BOX 2581  
FORT WAYNE, IN 46580-2581

TOWER BANK  
PO BOX 2581  
FORT WAYNE, IN 46580-2581

| | |
|---|---|
| TRI-COUNTY INDUSTRIES INC<br>P O BOX 858<br>MARS, PA 16046 | TUBE CITY<br>JOHN KEYES<br>363 MARBURY RD<br>BETHEL PARK, PA 15102 |
| UNITED STEELWORKERS<br>DAVID R JURY<br>ASST GENERAL COUNSEL<br>FIVE GATEWAY CENTER, RM 807<br>PITTSBURGH, PA 15222 | US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899 |
| VERIZON<br>PO BOX 15124<br>ALBANY, NY 12212-5124 | VERIZON<br>PO BOX 28000<br>LEHIGHVALLEY, PA 18002-8000 |
| VERIZON COMMUNICATIONS<br>P O BOX 646<br>BALTIMORE, MD 21265-0646 | VERNON TOWNSHIP SANITARY<br>16678 MCMATH RD<br>MEADVILLE, PA 16335 |
| VILLAGE OF CAROL STREAM<br>PO BOX 4694<br>CAROL STREAM, IL 60197-4694 | VILLAGE OF STRYKER<br>200 N DEFIANCE ST<br>PO BOX 404<br>STRYKER, OH 43557 |
| WASTE MANAGEMENT<br>VALLEY TRAIL RECYCLNG & DISPOSAL<br>PO BOX 286<br>BERLIN, WI 54923 | WASTE MANAGEMENT OF AZ<br>PO BOX 78133<br>PHOENIX, AZ 85062 |
| WASTE MANAGEMENT OF SAN GABRIEL<br>PO BOX 78251<br>PHOENIX, AZ 85062 | WASTE MANAGEMENT-MILWAUKEE<br>W124N8925 BOUNDARY RD<br>MENOMONEE FALLS, WI 53051 |
| WASTE MGMT - ROCKFORD<br>13125 N 2ND ST<br>ROSCOE, IL 61073 | WASTE MGMT OF ST LOUIS<br>7230 HALL ST<br>ST LOUIS, MO 63147 |
| WASTE MGMT OF WI NORTHEAST<br>PO BOX 12560<br>GREEN BAY, WI 54307 | WASTE MGMT-COLUMBUS<br>1006 WALNUT ST<br>CANAL WINCHESTER, OH 43110 |
| WASTE MGMT-SAVAGE<br>12448 PENNSYLVANIA AVE S<br>SAVAGE, MN 55378 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 |

WE ENERGIES  
PO BOX 2046  
MILWAUKEE, WI 53201

WE ENERGIES  
RANDY SABEL  
PO BOX 2046  
MILWAUKEE, WI 53201

WINDSTREAM  
P O BXO 9001908  
LOUISVILLE, KY 40290