UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:                              | Chapter 11                |
|-------------------------------------|---------------------------|
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW)   |
| Debtors.                            | Jointly Administered      |

NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES,
MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On **February 3, 2010**, the above-captioned debtors and debtors-in-possession (each a "**Debtor**" and collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"). The Debtors and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| Neenah Enterprises, Inc | 2121 Brooks Avenue, Neenah, WI 54957 | 10-10360 | 25-1618281 |
| NFC Castings, Inc | 2121 Brooks Avenue, Neenah, WI 54957 | 10-10361 | 39-1887913 |
| Neenah Foundry Company | 2121 Brooks Avenue, Neenah, WI 54957 | 10-10362 | 39-1580331 |
| Cast Alloys, Inc. | 9000 Winnetka Avenue, Northridge, CA 91311 | 10-10363 | 33-0071223 |
| Neenah Transport, Inc. | 2121 Brooks Avenue, Neenah, WI 54957 | 10-10364 | 39-1378433 |
| Advanced Cast Products, Inc. | 18700 Mill Street, Meadville, PA 16335 | 10-10365 | 25-1607691 |
| Gregg Industries, Inc. | 10460 Hickson, El Monte, CA 91731 | 10-10366 | 95-1498664 |
| Mercer Forge Corporation | 200 Brown Street, Mercer, PA 16137 | 10-10367 | 25-1511711 |
| Deeter Foundry, Inc. | 5945 N. 70th Street, Lincoln, NE 68529 | 10-10369 | 47-0355148 |
| Dalton Corporation | 3755 Lake City Highway, Warsaw, IN 46581 | 10-10370 | 35-0259770 |
| Belcher Corporation | 558 Foundry Street, South Easton, MA 02375 | 10-10371 | 52-1643193 |
| Peerless Corporation | 250 S. Third Street, Ironton, OH 45638 | 10-10372 | 52-164462 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| A&M Specialties, Inc. | 101 First Street<br>Wheatland, PA 16161 | 10-10373 | 25-1741756 |
| Dalton Corporation, Warsaw Manufacturing Facility | Lincoln & Jefferson Streets<br>Warsaw, IN 46581 | 10-10374 | 35-2054775 |
| Dalton Corporation, Ashland Manufacturing Facility | 1681 Orange Road<br>Ashland, OH 44805 | 10-10375 | 34-1873079 |
| Dalton Corporation, Kendallville Manufacturing Facility | 200 W. Ohio Street<br>Kendalville, IN 46755 | 10-10376 | 35-2054777 |
| Dalton Corporation, Stryker Machining Facility Co. | 310 Ellis Street<br>Stryker, OH 43577 | 10-10377 | 34-1873080 |
| Morgan's Welding, Inc. | 1941 Camp Swatara Road<br>Myerstown, PA 17067 | 10-10378 | 26-3091300 |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS.** MARCH 9, 2010 AT 9:30 A.M. (ET), J. CALEB BOGGS FEDERAL BUILDING, 844 NORTH KING STREET, 2ND FLOOR, ROOM 2112, WILMINGTON, DELAWARE 19801.

**MEETING OF CREDITORS.** The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time-to-time by notice at the meeting, without further written notice to the creditors.

**COMMENCEMENT OF CASES.** Petitions under chapter 11 of the Bankruptcy Code have been filed in the United States Bankruptcy Court for the District of Delaware (the "**Court**") by each of the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, are or will be available for inspection at the Office of the Clerk of the Court (the "**Clerk's Office**"). In addition, such documents may be available at www.deb.uscourts.gov or www.accurideinfo.com.

**DEADLINE TO FILE A PROOF OF CLAIM.** Notice of this deadline will be sent by and through a separate notice.

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.** None appointed to date.

**PROPOSED COUNSEL FOR THE DEBTORS.**

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

**PURPOSE OF CHAPTER 11 FILING.** Chapter 11 of the Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their businesses unless a trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.** A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protections against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors or the Debtors' property should review section 362 of the Bankruptcy Code and may wish to seek legal advice. **The staff of the Clerk's Office is not permitted to give legal advice.**

**CLAIMS.** Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim, which is not listed as disputed, contingent, or unliquidated as to amount, may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedules of creditors has the responsibility for determining that its claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proofs of claim forms will be provided to the Debtors' known creditors.** Proofs of claim forms are also available in the clerk's office of any bankruptcy court, from the Court's web site at www.deb.uscourts.gov and from the website of The Garden City Group, Inc., the Debtors' noticing and claims agent, at www.accurideinfo.com.

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 case may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the Debtors, except as provided in the plan.

Dated: February 12, 2010          For the Court: David D. Bird
                                  Clerk of the United States Bankruptcy Court for the District of Delaware