**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:

NEENAH ENTERPRISES, INC. et al[1]    Case No. 10-10360(MFW)
                                                                            Jointly Administered
             Debtors.                            Chapter 11
_____/     Hon. Mary F. Walrath

**APPEARANCE**
**AND REQUEST FOR NOTICE**

NOW COMES, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., by Susan M. Cook, and hereby enters its Appearance and hereby requests that they be put on the matrix for Notice on behalf of Linamar Corporation and any of its affiliates and/or subsidiaries in the above-entitled action.

                                                    LAMBERT, LESER, ISACKSON,
                                                    COOK & GIUNTA, P.C.

Dated: February 15, 2010.              /s/ Susan M. Cook
                              By:  _____
                                                    SUSAN M. COOK (P31514)
                                                    Attorney for Linamar Corporation
                                                    916 Washington Avenue, Suite 309
                                                    Bay City, Michigan 48708
                                                    Telephone: (989) 893-3518
                                                    scook@lambertleser.com

---

{00052113}[1] The Jointly Administered Debtors are as follows: Neenah Enterprises, Inc.; NFC Castings, Inc.; Neenah Foundry Company; Cast Alloys, Inc.; Neenah Transport, Inc.; Advanced Cast Products, Inc.; Gregg Industries, Inc.; Mercer Forge Corporation; Deeter Foundry, Inc.; Dalton Corporation; Belcher Corporation; Peerless Corporation; A&M Specialties, Inc.; Dalton Corporation; Warsaw Manufacturing Facility; Dalton Corporation; Ashland Manufacturing Facility; Dalton Corporation; Kendallville Manufacturing Facility; Dalton Corporation; Stryker Machining Facility Co.; and Morgan's Welding, Inc.