IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : |
| Neenah Enterprises, Inc., *et al.,* | : Case No. 10-10360 (MFW) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**

NOTICE IS HEREBY GIVEN that the undersigned hereby enters an appearance on behalf of Wisconsin Power Electric Company d/b/a WE Energies ("WE"), a creditor and/or party in interest in the above case, and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, hereby requests that all notices given or required to be given and all papers served or required to be served be directed to the following:

> Richard M. Kremen, Esquire
> Dale K. Cathell, Esquire
> DLA Piper LLP (US)
> 6225 Smith Avenue
> Baltimore, MD 21209
> Telephone: (410) 580-3000
> Facsimile: (410) 580-3001
> Richard.kremen@dlapiper.com
> Dale.cathell@dlapiper.com
>
> David L. Finger
> Finger & Slanina, LLC
> One Commerce Center
> 1201 N. Orange St., 7th floor
> Wilmington, Delaware 19801-1186
> (302) 573-2525
> dfinger@delawgroup.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above,

but also includes, without limitation, all notices and/or orders relating to any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of WE.

NOTICE IS FURTHER GIVEN that, in accordance with Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization which may be filed in this case.

NOTICE IS FURTHER GIVEN that the filing of this pleading is intended to constitute only a special appearance to the extent that a general appearance would constitute a waiver of any right. The filing of this pleading is not intended to be, nor shall it be deemed, a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court to adjudicate any matter, including, without limitation, any non-core matter, which right is hereby expressly reserved. Furthermore, the filing of this pleading is not intended to be, nor shall it be deemed, a consent to or waiver of any right to a jury trial, should such right be available at any time during the course of these proceedings, which right is hereby expressly reserved.

         Respectfully submitted,

Date: February 17, 2010     /s/ David L. Finger
             David L. Finger (DE Bar ID #2556)
             Finger & Slanina, LLC
             One Commerce Center
             1201 N. Orange St., 7th floor
             Wilmington, Delaware 19801-1186
             (302) 573-2525

             and

             Richard M. Kremen, Esquire
             Dale K. Cathell, Esquire
             DLA Piper LLP (US)
             The Marbury Building
             6225 Smith Avenue
             Baltimore, Maryland 21209-3600
             Telephone: (410) 580-3000
             Facsimile: (410) 580-3001

             Counsel to Wisconsin Power Electric Company
             d/b/a WE Energies

# CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 17th day of February, 2010, the foregoing *Entry of Appearance and Request for Service* was served via first class mail, postage prepaid and through the Court's ECF system, if applicable, to the following:

| | |
|---|---|
| Edmon L. Morton, Esq.<br>Kenneth J. Enos, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Larry J. Nyhan, Esq.<br>Bojan Guzina, Esq.<br>Kerriann S. Mills, Esq.<br>Jillian K. Ludwig, Esq.<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, Illinois 60603 |
| Thomas Patrick Tinker<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | |
| | |
| | |
| | |
| | |
| | |

Date: February 17, 2010         /s/ David L. Finger
                                            David L. Finger (DE Bar ID #2556)
                                            Finger & Slanina, LLC
                                            One Commerce Center
                                            1201 N. Orange St., 7th floor
                                            Wilmington, Delaware 19801-1186
                                            (302) 573-2525