## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is proposed counsel for the Official Committee of Unsecured Creditors, and on the 17 day of February 2010, I caused copies of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon attached 2002 Service List via First Class, United States Mail.

Dated: February 17, 2010

Sandra G. M. Selzer (No. 4283)

Edmon Morton, Esq.
Kenneth Enos, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(Debtors Counsel)

Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903

Eric D. Schwartz, Esq.
Matthew B. Harvey, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Bank of America, N.A.)

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279

Larry J. Nyhan, Esq
Kerriann S. Mills
Jessica C.K. Boelter, Esq.
D'Lisia E. Bergeron, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th FL
P.O. Box 410
Wilmington, DE 19899
(Airgas)

Joel A. Kunin, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East St. Louis, IL 62201
Azcon Corporation

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building, 6600 Woodward Avenue,
Suite 2290
Detroit, MI 48226
(General Engine Products LLC)

| | |
|---|---|
| Susan E. Kaufman, Esq<br>Cooch and Taylor, P.A.<br>1000 West Street, 10th Floor<br>P.O. Box 1680<br>Wilmington, DE 19899<br>(United Steelworkers) | David R. Jury, Esq<br>Assistant General Counsel<br>United Steelworkers<br>Five Gateway Center, Room 807<br>Pittsburgh, PA 15222<br>(Counsel for United Steelworkers) |
| Internal Revenue Service<br>Insolvency Section<br>11601 Roosevelt Blvd., Mail Drop N781<br>PO Box 21126<br>Philadelphia, PA 19114 | Kristopher Hansen<br>Erez Gilad, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(Ad Hoc Committee) |
| Daniel J. DeFranceschi<br>Kristine G. Manoukian, Esq<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(Ad Hoc Committee) | Susan M. Cook, Esquire<br>Lambert, Leser, Isackson, Cook & Giunta, P.C.<br>916 Washington Avenue, Suite 309<br>Bay City, MI 48708<br>(Linamar Corporation) |
| David Boyle, Esq<br>Airgas, Inc.<br>259 Radnor Chester Rd., Ste 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675<br>(Airgas) | Beau Biden<br>State of Delaware Attorney General Office<br>Carvel State Office Building<br>820 N. French St<br>Wilmington, DE 19801 |
| William J. Barrett, Esq.<br>Kimberly J. Robinson, Esq.<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>Tontine Capital Partners, L.P. | Ronald Barliant, Esq.<br>Danielle Wildern Juhle, Esq.<br>David E. Morrison, Esq.<br>Goldberg Kohn Ltd.<br>55 East Monroe Street, Sutie 3700<br>Chicago, IL 60603<br>(Bank of America, N.A.) |