**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Neenah Enterprises, Inc., *et al.* | : | Case No. 10-10360 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

-----------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Gerdau Ameristeel**, Attn: Harold Fernandez, 4221 W Boy Scout Blvd., Ste. 4600, Tampa, FL 33607, Phone: 813-207-2249, Fax: 813-207-2319

2. **Wisconsin Electric Power Company**, Attn: Tim Brown, 231 W. Michigan St., Milwaukee, WI 53203, Phone: 414-221-3792, Fax: 414-221-4093

3. **The Timken Co.**, Attn: Michael Hart, 1835 Dueber Ave. SW, PO Box 6927, Canton, OH 44708, Phone: 330-471-4904, Fax: 330-458-6967

4. **Sadoff & Rudoy Industries, LLP**, Attn: Frank Villaire, PO Box 1138, Fond Du Lac, WI 54936, Phone: 920-921-2070, Fax: 920-921-4773

5. **Dana Holding Corporation**, Attn: Charles Stevens, 6201 Trust Dr., Holland, OH 43528, Phone: 419-866-2627, Fax: 419-866-7291

                                         ROBERTA A. DEANGELIS
                                         Acting United States Trustee, Region 3

                                         /s/ T. Patrick Tinker for
                                         WILLIAM K. HARRINGTON
                                         ASSISTANT UNITED STATES TRUSTEE

Date Appointed: February 12, 2010

Attorney assigned to this Case: T. Patrick Tinker, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Edmon L. Morton, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253