**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | ) | Case No. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF**
**DOCUMENTS PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that pursuant to sections 342(a) and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, the undersigned hereby enters an appearance in the above-captioned cases on behalf of Sadoff & Rudoy Industries, LLP ("Sadoff"), one of the 30 largest unsecured creditors of the above-captioned debtors and debtors in possession, and requests that an entry be made on the Clerk's Matrix in these cases, and that all papers, pleadings, notices, motions and orders served or required to be served, in these cases, be served upon counsel for Sadoff at the following address::

> Scott N. Opincar
> Sean D. Malloy
> McDonald Hopkins LLC
> 600 Superior Avenue, East
> Suite 2100
> Cleveland, Ohio 44114
> Phone: (216) 348-5400
> Fax: (216) 348-5474
> E-mail: sopincar@mcdonaldhopkins.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

{2043762:}

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

Dated: February 18, 2010

Respectfully submitted,

/s/ Scott N. Opincar
Scott N. Opincar (OH-0064027)
Sean D. Malloy (OH-0073157)
MCDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: sopincar@mcdonaldhopkins.com
smalloy@mcdonaldhopkins.com

COUNSEL FOR SADOFF& RUDOY
INDUSTRIES, LLP

{2043762:}