# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al.,[1] | ) | Case No. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Service of Documents Pursuant to Fed. R. Bankr. P. 2002, Docket No. 78, was served via the Court's CM/ECF system to the following, who are listed on the Court's Electric Mail Notice List:

Willliam J. Barrett on behalf of Creditor Tontine Capital Partners, L.P.
william.barrett@bfkn.com

Susan M. Cook on behalf of Creditor Linamar Corporation
scook@lambertleser.com, smcook@lambertleser.com

Daniel J. DeFranceschi on behalf of Creditor Ad Hoc Committee of Senior Secured Noteholders
defranceschi@rlf.com, RBGroup@rlf.com

Kenneth J. Enos on behalf of Debtor Advanced Cast Products, Inc.
bankfilings@ycst.com

David L. Finger on behalf of Creditor Wisconsin Power Electric Company d/b/a WE Energies
dfinger@delawgroup.com

Matthew B. Harvey on behalf of Interested Party BANK OF AMERICA, N.A.
mharvey@mnat.com, aconway@mnat.com;ecampbell@mnat.com;rfusco@mnat.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

{2044130:}

Susan E. Kaufman on behalf of Interested Party The United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers")
skaufman@coochtaylor.com

Adam K. Keith on behalf of Interested Party General Engine Products LLC
akeith@honigman.com

Joel A. Kunin on behalf of Creditor Azcon Corp., Div. of Blue Tee Corp.
jkunin@kuninlaw.com

Kathleen M. Miller on behalf of Interested Party Airgas, Inc.
kmiller@skfdelaware.com, dlm@skfdelaware.com

Edmon L. Morton on behalf of Debtor A&M Specialties, Inc.
bankfilings@ycst.com

Sandra G.M. Selzer on behalf of Creditor Committee Official Committee of Unsecured Creditors
selzers@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com

Thomas Patrick Tinker
thomas.p.tinker@usdoj.gov

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: sopincar@mcdonaldhopkins.com

COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS