# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF Delaware

In re Neenah Enterprises, Inc.
Debtor

Case No. 10-10360 (MFW)

## INITIAL MONTHLY OPERATING REPORT
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) | Attached | |
| Certificates of Insurance: | | |
| Workers Compensation | Attached | |
| Property | Attached | |
| General Liability | Attached | |
| Vehicle | Attached | |
| Other: Foreign Liability | Attached | |
| Identify areas of self-insurance w/liability caps | None | None |
| Evidence of Debtor in Possession Bank Accounts | | |
| Tax Escrow Account | See Attached Order | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3.  Refer to | | |
| http://www.deb.uscourts.gov/ | | |
| Other: | | |
| Retainers Paid (Form IR-2) | Attached | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_Robert J. Gitter_
Signature of Authorized Individual*

_2/17/10_
Date

Robert J. Gitter
Printed Name of Authorized Individual

VP - Corp. Controller
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

# Cash Flow Projection (Form IR-1)

Case No. 10-10360 (MFW)

In re: Neenah Enterprises, Inc.
Debtor

CASH FLOW PROJECTIONS FOR THE 9-MONTH PERIOD: FEBRUARY 2010 THROUGH OCTOBER 2010

This schedule must be filed with the Court and a copy submitted to the Unites States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary

| (in thousands) | M/E Feb-10 | M/E Mar-10 | M/E Apr-10 | M/E May-10 | M/E Jun-10 | M/E Jul-10 | M/E Aug-10 | M/E Sep-10 | M/E Oct-10 |
|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | |
| A/R Collections | 12,264 | 25,475 | 24,126 | 24,124 | 42,227 | 36,661 | 37,472 | 38,050 | 31,011 |
| Asset sales | | | | 0 | | 0 | 0 | 0 | 0 |
| Other cash receipts | 190 | 444 | 539 | 558 | 571 | 579 | 590 | 593 | 520 |
| **Total Receipts** | 12,454 | 25,919 | 24,666 | 24,683 | 42,798 | 37,241 | 38,062 | 38,643 | 31,532 |
| **Disbursements** | | | | | | | | | |
| Iron / steel / raw materials | 4,126 | 4,936 | 13,060 | 13,523 | 13,822 | 14,036 | 14,299 | 14,355 | 12,607 |
| Freight out | 475 | 770 | 958 | 992 | 1,014 | 1,029 | 1,049 | 1,053 | 925 |
| Utilities | 1,518 | 2,414 | 1,646 | 1,998 | 2,068 | 2,114 | 2,147 | 2,187 | 2,196 |
| All Other Accounts Payable | 9,451 | 11,831 | 2,467 | 2,432 | 2,559 | 2,515 | 2,387 | 2,383 | 1,873 |
| Capital Expenditures | 1,324 | 1,324 | 1,327 | 1,329 | 1,327 | 1,340 | 1,339 | 1,339 | 1,437 |
| Critical Vendor Payment Benefi | (4,500) | (4,500) | | | | | | | |
| Shippers and Lien Claimants Payment Benefi | (1,020) | (680) | | | | | | | |
| 503(b)(9) Claimants | | (1,000) | | | | | | | |
| Hourly Payroll | 2,456 | 3,969 | 5,778 | 5,983 | 6,115 | 6,210 | 6,326 | 6,351 | 5,578 |
| Salary Payroll | 1,231 | 1,263 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 |
| P/R tax : Fed Hourly | 945 | 1,231 | 1,806 | 1,870 | 1,912 | 1,941 | 1,978 | 1,985 | 1,744 |
| P/R tax : Fed Salary | 378 | 469 | 434 | 434 | 434 | 434 | 434 | 434 | 434 |
| P/R tax: State Hourly & Salary | 145 | 148 | 161 | 161 | 161 | 161 | 161 | 161 | 161 |
| Profit Sharing & Incentive | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Hospital Insurance | 1,396 | 2,618 | 2,820 | 2,902 | 2,955 | 2,993 | 3,040 | 3,049 | 2,740 |
| Property Taxes | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| State Unemployment Comp | | | 300 | 0 | 0 | 100 | 0 | 0 | 0 |
| Income Taxes : Federal | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Taxes : State | (138) | 150 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Hourly Pension | 125 | 349 | 503 | 55 | 3,255 | 503 | 55 | 55 | 55 |
| Federal Unemployment Comp | | | 75 | 0 | 0 | 25 | 0 | 0 | 0 |
| Casualty Insurance | 320 | 640 | 431 | 431 | 431 | 431 | 431 | 431 | 431 |
| 401 K Deductions | 185 | 208 | 314 | 323 | 329 | 333 | 339 | 340 | 305 |
| Commissions | 50 | 50 | 109 | 113 | 116 | 118 | 120 | 120 | 106 |
| Lease Obligation | 109 | 109 | 96 | 96 | 96 | 96 | 96 | 96 | 96 |
| Property Insurance | 109 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Other | 400 | 500 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| **Reorganization Costs** | | | | | | | | | |
| DIP Interest/Fees (including adequate protection) | 2,600 | 1,425 | 811 | 858 | 977 | 956 | 968 | 980 | 1,972 |
| Professional Fees | 400 | 2,837 | 2,112 | 1,566 | 1,566 | 1,566 | 1,566 | 1,566 | 6,024 |
| Creditor Advisor and Legal Fees - Closing Date | | | | | | | | | |
| Prepetition claims | | | | | | | | | |
| Critical Vendor | 9,000 | | | | 0 | 0 | 0 | 0 | 0 |
| Shippers and Lien Claimants | 1,700 | | | | 0 | 0 | 0 | 0 | 0 |
| 503(b)(9) Claimants | 1,000 | | | | 0 | | | | 0 |
| Utilities Deposits | 10 | | | | 0 | | | | 0 |
| Taxes | 10 | 113 | 200 | | | 200 | | | 400 |
| Management Incentives | | | | | | | | | 400 |
| **Total Disbursements** | 34,854 | 31,184 | 37,279 | 36,938 | 41,008 | 38,972 | 38,604 | 38,757 | 40,954 |
| **Net Cash Flow** | (22,400) | (5,264) | (12,614) | (12,256) | 1,789 | (1,731) | (542) | (114) | (9,422) |

FORM 1R-1 (4/07)

# Certificates of Insurance

NEENAHF-01   MCRA

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
2/12/2010

| PRODUCER (952) 945-0200 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| Associated Financial Group 12600 Whitewater Drive Minnetonka, MN 55343 | | |
| | **INSURERS AFFORDING COVERAGE** | NAIC # |
| INSURED  Neenah Enterprises, Inc. PO Box 729 Neenah, WI 54967 | INSURER A: Continental Casualty Co. | |
| | INSURER B: RSUI Indemnity Company | |
| | INSURER C: Firemans Fund Insurance | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | | **AUTOMOBILE LIABILITY** ☐ ANY AUTO | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** ☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ $ |
| A | | **EXCESS/UMBRELLA LIABILITY** ☐ OCCUR ☐ CLAIMS MADE | L4017887302 | 1/1/2010 | 1/1/2011 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | AGGREGATE **Second Layer** | $ 25,000,000 |
| | | ☐ DEDUCTIBLE ☐ RETENTION $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | **OTHER** | | | | | |
| B | | Commercial Umbrella | NHA051679 | 1/1/2010 | 1/1/2011 | 3rd Layer | $25,000,000 |
| C | | Commercial Umbrella | SHX 00072207667 | 1/1/2010 | 1/1/2011 | 4th Layer | $15,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee J. Caleb Boggs Federal Building 844 King St., Ste 2207, Lockbox 35 Wilmington, DE 19801- | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE *M Rachel McCabe* |

ACORD 25 (2001/08)                                © ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

NEENAHF-01   MCRA

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
2/12/2010

| PRODUCER (962) 945-0200<br>Associated Financial Group<br>12600 Whitewater Drive<br>Minnetonka, MN 55343 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| | **INSURERS AFFORDING COVERAGE** | NAIC # |
| INSURED Neenah Enterprises, Inc.<br>PO Box 729<br>Neenah, WI 54957 | INSURER A: National Union Fire Ins. Co. of Pittsburgh | |
| | INSURER B: St. Paul Fire & Marine Ins. Co. | |
| | INSURER C: Companion Property & Casualty Group | |
| | INSURER D: Travelers Insurance Company | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR | GL 4573135 | 1/1/2010 | 1/1/2011 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY PRO-JECT X LOC | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| A | | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | CA 0934678 | 1/1/2010 | 1/1/2011 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY**<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC<br>AUTO ONLY: AGG | $<br>$ |
| B | | **EXCESS/UMBRELLA LIABILITY**<br>X OCCUR CLAIMS MADE<br>DEDUCTIBLE<br>X RETENTION $ 10,000 | QK04800459 | 1/1/2010 | 1/1/2011 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | $ |
| | | | | | | | $ |
| C | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | CPMU10109 | 1/1/2010 | 1/1/2011 | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| D | | **OTHER**<br>Property | KTJ-CMB-4243N30-4-09 | 6/1/2009 | 6/1/2010 | Any One Occurrence | $600,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee<br>J.Caleb Boggs Federal Building<br>844 king St., Suite 2207, Lockbox 35<br>Wilmington, DE 19801- | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                                                                 © ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

NEENAHF-01    MCRA

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
2/12/2010

| PRODUCER (952) 945-0200 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

Associated Financial Group
12600 Whitewater Drive
Minnetonka, MN 55343

| | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED Neenah Enterprises, Inc. PO Box 729 Neenah, WI 54967 | INSURER A: Travelers Insurance Company | |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | GENERAL LIABILITY | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | | AUTOMOBILE LIABILITY | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| | | | | | | | $ |
| | | EXCESS/UMBRELLA LIABILITY | | | | EACH OCCURRENCE | |
| | | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | ☐ WC STATU-TORY LIMITS ☐ OTHER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |
| A | | Motor Truck Cargo - Land | QT-660-6407P865-TIL-10 | 1/1/2010 | 1/1/2011 | In/On Vehicle/Container | $150,000 |
| A | | Transportation | QT-660-6407P865-TIL-10 | 1/1/2010 | 1/1/2011 | | $160,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee J. Caleb Boggs Federal Building 844 King St., Ste 2207, Lockbox 35 Wilmington, DE 19801- | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE _M Rachel McCabe_ |

ACORD 25 (2001/08)                                                                                © ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

ACORD 25 (2001/08)

NEENAHF-01    MCRA

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
2/12/2010

| PRODUCER (952) 945-0200 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|

Associated Financial Group
12600 Whitewater Drive
Minnetonka, MN 55343

| | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED Neenah Enterprises, Inc. PO Box 729 Neenah, WI 54957 | INSURER A: ACE American | |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY | PHFD37076132 | 1/1/2010 | 1/1/2011 | EACH OCCURRENCE | $ 1,000,000 |
| | X | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 1,000,000 |
| | | CLAIMS MADE [X] OCCUR | | | | MED EXP (Any one person) | $ 10,000 |
| | X | Foreign Liability | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $ |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| A | | AUTOMOBILE LIABILITY | PHFD37076132 | 1/1/2010 | 1/1/2011 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | X | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | X | NON-OWNED AUTOS | | | | | |
| | X | Contingent Auto Liability | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| | | EXCESS/UMBRELLA LIABILITY | | | | EACH OCCURRENCE | $ |
| | | OCCUR [ ] CLAIMS MADE | | | | AGGREGATE | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | RETENTION $ | | | | | $ |
| A | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | PHFD37076132 | 1/1/2010 | 1/1/2011 | WC STATU-TORY LIMITS [ ] OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | | OTHER Foreign Liability | PHFD37076132 | 1/1/2010 | 1/1/2011 | Employee Benefits | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee J. Caleb Boggs Federal Building 844 King St., Ste 2207, Lockbox 35 Wilmington, DE 19801- | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)

© ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

# New York State Insurance Fund
**Workers' Compensation & Disability Benefits Specialists Since 1914**

1 WATERVLIET AVENUE ALBANY, NEW YORK 12206-1649
Phone: (518) 437-8979

## CERTIFICATE OF WORKERS' COMPENSATION INSURANCE

^ ^ ^ ^ ^ ^

NEENAH ENTERPRISES INC (A WI CORP)
PO BOX 729
NEENAH        WI   54957

| POLICYHOLDER | CERTIFICATE HOLDER |
|---|---|
| NEENAH ENTERPRISES INC (A WI CORP)<br>PO BOX 729<br>NEENAH        WI   54957 | UNITED STATES TRUSTEE<br>J CALEB BOGGS FED BLDG<br>844 KING ST STE 2207 LOCKBX 35<br>WILMINGTON  DE  19801 |

| POLICY NUMBER<br>A 2091 436-2 | CERTIFICATE NUMBER<br>969346 | PERIOD COVERED BY THIS CERTIFICATE<br>01/19/2010 TO 01/01/2011 | DATE<br>2/17/2010 |
|---|---|---|---|

THIS IS TO CERTIFY THAT THE POLICYHOLDER NAMED ABOVE IS INSURED WITH THE NEW YORK STATE INSURANCE FUND UNDER POLICY NO. 2091 436-2 UNTIL 01/01/2011, COVERING THE ENTIRE OBLIGATION OF THIS POLICYHOLDER FOR WORKERS' COMPENSATION UNDER THE NEW YORK WORKERS' COMPENSATION LAW WITH RESPECT TO ALL OPERATIONS IN THE STATE OF NEW YORK, EXCEPT AS INDICATED BELOW, AND, WITH RESPECT TO OPERATIONS OUTSIDE OF NEW YORK, TO THE POLICYHOLDER'S REGULAR NEW YORK STATE EMPLOYEES ONLY.

IF SAID POLICY IS CANCELLED, OR CHANGED PRIOR TO 01/01/2011 IN SUCH MANNER AS TO AFFECT THIS CERTIFICATE, 10 DAYS WRITTEN NOTICE OF SUCH CANCELLATION WILL BE GIVEN TO THE CERTIFICATE HOLDER ABOVE. NOTICE BY REGULAR MAIL SO ADDRESSED SHALL BE SUFFICIENT COMPLIANCE WITH THIS PROVISION. THE NEW YORK STATE INSURANCE FUND DOES NOT ASSUME ANY LIABILITY IN THE EVENT OF FAILURE TO GIVE SUCH NOTICE.

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS NOR INSURANCE COVERAGE UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY.

NEW YORK STATE INSURANCE FUND

*John Monetti*

DIRECTOR,INSURANCE FUND UNDERWRITING

This certificate can be validated on our web site at https://www.nysif.com/cert/certval.asp or by calling (888) 875-5790
VALIDATION NUMBER: 289431655

U-26.3

# Evidence of Debtor in Possession Bank Accounts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 12 |

ORDER (I) APPROVING CASH MANAGEMENT SYSTEM,
(II) AUTHORIZING USE OF PREPETITION BANK ACCOUNTS AND
BUSINESS FORMS, (III) WAIVING THE REQUIREMENTS OF § 11 U.S.C.
§ 345(b) ON AN INTERIM BASIS, AND (IV) GRANTING ADMINISTRATIVE
EXPENSE STATUS TO POST-PETITION INTERCOMPANY TRANSACTIONS

Upon the Motion[2] of the above-captioned Debtors for entry of an order (i) authorizing and

approving the Debtors' continued use of their existing cash management system, (ii) authorizing the

Debtors to continue using prepetition bank accounts and business forms, (iii) waiving the

requirements of section 345(b) on an interim basis; and (iv) granting administrative expense status

to post-petition intercompany claims between and among the Debtors; and upon consideration of

the Motion and all pleadings related thereto, including the Ostendorf Affidavit; and the Court

finding that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157

and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) proper and

adequate notice of the Motion and the hearing thereon has been given and that no other or further

notice is necessary; and the Court finding that the relief requested in the Motion is in the best

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (5281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

DB02:9226237.3                                                                                          069152.1001

interests of the Debtors, their estates, and creditors; and after due deliberation, and good and

sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtors are authorized, in the reasonable exercise of their

business judgment, to (i) designate, maintain and continue to use, with the same account numbers,

all of their bank accounts in existence on the Petition Date, including, without limitation, those bank

accounts identified in Exhibit B to the Motion, (ii) use, in their present form, checks and other

documents related to their bank accounts, and (iii) treat such accounts for all purposes as accounts

of the Debtors as debtors in possession; and it is further

ORDERED, that each Debtor is authorized to continue to use and re-order its

existing business and correspondence forms and checks without alteration and without designation

"Debtor in Possession" imprinted upon them; and it is further

ORDERED, that the Cash Management Banks are hereby authorized to continue to

service and administer all such accounts as accounts of the relevant Debtor as debtor-in-possession

without interruption and in the usual and ordinary course, and to receive, process, honor and pay

any and all checks and drafts drawn on, or electronic transfer requests made on, said account after

the Petition Date by the holders or makers thereof, as the case may be; provided, however, that any

check drawn or issued by the Debtors before the Petition Date may be honored by any bank only if

specifically authorized by order of this Court; and it is further

ORDERED, that notwithstanding any other provision of this Order, no Cash

Management Bank that honors a prepetition check or other item drawn on any account that is the

subject of this Order (a) at the direction of the Debtors, (b) in a good faith belief that the Court has

authorized such prepetition check or item to be honored, or (c) as the result of a good faith error

2

made despite implementation of reasonable item handling procedures, shall be deemed to be liable to the Debtors or their estates or otherwise in violation of this Order; and it is further

ORDERED, that the Cash Management Banks are (a) authorized to accept and honor all representations from the Debtors as to which checks or other items drawn on any account that is the subject of this Order should be honored or dishonored consistent with any order(s) of this Court, whether the checks or other items are dated prior to, on, or subsequent to the Petition Date, and whether or not the Cash Management Bank believes the payment is or is not authorized by an order(s) of the Court, (b) have no duty to inquire as to whether such payments are authorized by any order(s) of this Court and (c) have no liability to any party on account of following the Debtors' instructions in accordance with this Order; and it is further

ORDERED, that except for those checks that may be honored and paid to comply with any order(s) of this Court authorizing payment of certain prepetition claims, no checks or drafts issued on the bank accounts before the Petition Date but presented for payment after the Petition Date shall be honored or paid; and it is further

ORDERED, that nothing contained herein shall prevent the Debtors from opening any new bank accounts or closing any bank accounts as they may deem necessary and appropriate; and it is further

ORDERED, that the Debtors are authorized to make disbursements from the bank accounts other than by check, to the extent consistent with the Debtors' existing cash management practices; and it is further

ORDERED, that effective nunc pro tunc to the Petition Date, the Cash Management Banks shall be and hereby are authorized to receive, process, honor and pay any and all prepetition checks and electronic transfers authorized for payment by the Court and any and all post-petition checks and electronic transfers; and it is further

3

DB02:9226237.3                                                                                      069152.1001

ORDERED, that the Debtors are otherwise authorized to deposit funds in accordance with their established deposit practices in effect as of the commencement of these cases and, to the extent such deposit practices are not consistent with the requirements of section 345(b) of the Bankruptcy Code or of the U.S. Trustee Operating Guidelines for Chapter 11 Cases, such requirements are waived for forty-five (45) days, on an interim basis only, without prejudice to the Debtors' right to seek a further interim waiver; and it is further

ORDERED, that with respect to the Cash Management Banks that are a party to a Uniform Depository Agreement with the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), within fifteen (15) days from the date of entry of this Order, the Debtors shall (a) contact each Cash Management Bank, (b) provide the Cash Management Bank with each Debtors' employer identification numbers, and (c) identify each of the Bank Accounts held at such banks as being held by a debtor-in-possession; and it is further

ORDERED, that with respect to the Cash Management Banks that are not party to a Uniform Depository Agreement with the U.S. Trustee, the Debtors shall use their good-faith efforts to cause such Cash Management Bank to execute a Uniform Depository Agreement in a form prescribed by the U.S. Trustee within forty-five (45) days of the date of entry of this Order; and it is further

ORDERED, that the Debtors are authorized to continue utilizing their Cash Management Systems to manage their cash, to pay intercompany payables, if any, to extend intercompany credit, if necessary, and to continue all other Intercompany Transactions between and among the Debtors in a manner consistent with the Debtors' prepetition practices; and it is further

ORDERED, that intercompany claims created subsequent to the Petition Date through Intercompany Transactions generated between and among the Debtors are hereby granted administrative priority status pursuant to 11 U.S.C. § 507(a)(2); and it is further

4

DB02:9226237.3                                                                                    069152.1001

ORDERED, that (i) the fourteen-day stay under Fed. R. Bankr. P. 6004(h) is hereby waived with respect to this Order and (ii) the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
February 4 , 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

5

# EXHIBIT B

Cash Management Bank Accounts.XLS
2/9/2010 12:25 PM

## In re: Neenah Enterprises, Inc., et al. Cash Management System Bank Accounts

### Bank of America Integrated Bank Accounts

| Debtor | Bank Name | Bank Address | Account Number | Purpose |
|---|---|---|---|---|
| Neenah Foundry Co. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****7023 | CDA |
| Neenah Foundry Co. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****2321 | Deposit Account |
| Neenah Foundry Co. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****2318 | Concentration Account |
| Deeter Foundry, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3387 | CDA |
| Deeter Foundry, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****2252 | Deposit Account |
| Mercer Forge Corp. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9376 | CDA |
| Mercer Forge Corp. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3236 | Deposit Account |
| Advanced Cast Products, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****8342 | CDA |
| Advanced Cast Products, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****5056 | Deposit Account |
| Dalton Corp. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****7031 | Deposit Account |
| Dalton Corp., Warsaw Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3369 | Deposit Account |
| Dalton Corp., Warsaw Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****8334 | CDA |
| Dalton Corp., Kendallville Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****5072 | Deposit Account |
| Dalton Corp., Kendallville Mfg. Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3326 | CDA |
| Dalton Corp., Stryker Machining Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****5030 | Deposit Account |
| Dalton Corp., Stryker Machining Facility | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****0127 | CDA |
| Morgan's Welding, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3249 | Deposit Account |
| Morgan's Welding, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****9359 | CDA |
| Gregg Industries, Inc. | Bank of America | 600 Peachtree St NE, Atlanta, GA 30308 | ****3168 | Deposit Account |

### Local Banking Institution Bank Accounts

| Debtor | Bank Name | Bank Address | Account Number | Purpose |
|---|---|---|---|---|
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****6064 | Hourly Payroll |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****1388 | Salary Payroll |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****6722 | Insurance Disbursement |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2034 | ****6714 | General Account / ZBA |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2035 | ****2315 | General Account /Concentration |
| Neenah Foundry Co. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2036 | ****6330 | Misc Deposit Account |
| Neenah Transport, Inc. | JPMorgan Chase Bank | PO Box 2033, Milwaukee, WI 53201-2033 | ****6553 | General Account |
| Deeter Foundry, Inc. | Pinnacle Bank | 7600 Adams St, Lincoln, NE 68507 | ****4182 | Payroll |
| Mercer Forge Corp. | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 16212-5356 | ****0864 | General Account |
| Mercer Forge Corp. | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 16212-5356 | ****3864 | Salary Payroll |
| Mercer Forge Corp. | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 16212-5356 | ****3508 | Hourly Payroll |
| Mercer Forge Corp. | PNC Bank | 116 Allegheny Center, Pittsburgh, PA 16212-5356 | ****9903 | General Account |
| A & M Specialties | First National Bank | 4140 E State Street, Hermitage, PA 16148 | ****9061 | Payroll |
| Advanced Cast Products, Inc. | First National Bank | 4140 E State Street, Hermitage, PA 16148 | ****2062 | Dental Account |
| Advanced Cast Products, Inc. | First National Bank | 4140 E State Street, Hermitage, PA 16148 | ****9083 | Flex Spending Account |
| Dalton Corp, Kendallville Mfg. Facility | Tower Bank | PO Box 2561, Fort Wayne, IN 46801-2561 | ****4077 | Hourly Payroll |
| Dalton Corp., Warsaw Mfg. Facility | Tower Bank | PO Box 2561, Fort Wayne, IN 46801-2561 | ****4069 | Hourly Payroll |
| Dalton Corp., Warsaw Mfg. Facility | Tower Bank | PO Box 2561, Fort Wayne, IN 46801-2561 | ****4051 | Cashiers Fund |
| Dalton Corp. | Tower Bank | PO Box 2561, Fort Wayne, IN 46801-2561 | ****4119 | Salaried Payroll |
| Dalton Corp., Stryker Machining Facility | Farmers & Merchants State Bank | 300 S Defiance St, Stryker, OH 43557 | ****2301 | Stryker Cashiers Fund |
| Dalton Corp., Kendallville Mfg. Facility | Bank One | 831 N Lima Rd, Kendallville, IN 46755 | ****3876 | Kendallville Cashiers Fund |
| Dalton Corp. | First National Bank of Fredericksburg | 3016 S Pine Grove St, Fredericksburg, PA 17026 | ****1646 | General Account |
| Morgan's Welding, Inc. | First National Bank of Fredericksburg | 3016 S Pine Grove St, Fredericksburg, PA 17026 | ****1638 | Payroll |
| Gregg Industries, Inc. | Bank of America | 10426 Lower Azusa Rd, El Monte, CA 91731 | ****9766 | Payroll |

## Retainers Paid (Form IR-2)

In re: Neenah Enterprises, Inc.
Debtor

Case No. 10-10360 (MFW)
Reporting Period: As of filing date, February 3, 2010

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer[1])

| Payee | Check | | Name of Payor | Amount | Amount Applied to Date | Balance |
| | Date | Number | | | | |
|---|---|---|---|---|---|---|
| Sidley Austin, LLP | 11/12/09 | Wire | Neenah Foundry Co. | $500,000.00 | $500,000.00 | $0.00 |
| Sidley Austin, LLP | 02/01/10 | Wire | Neenah Foundry Co. | $225,000.00 | $225,000.00 | $0.00 |
| Huron Consulting Group | 12/11/09 | 219915 | Neenah Foundry Co. | $75,000.00 | $68,521.11 | $6,478.89 |
| Young Conaway Stargatt & Taylor, LLP | 01/22/10 | Wire | Neenah Foundry Co. | $50,000.00 | $50,000.00 | $0.00 |
| Young Conaway Stargatt & Taylor, LLP | 02/01/10 | Wire | Neenah Foundry Co. | $15,000.00 | $2,385.10 | $12,614.90 |
| Ernst & Young, LLP - Tax | 01/22/10 | Wire | Neenah Foundry Co. | $30,000.00 | $30,000.00 | $0.00 |
| Ernst & Young, LLP - Tax | 01/26/10 | Wire | Neenah Foundry Co. | $35,000.00 | $35,000.00 | $0.00 |
| Ernst & Young, LLP - Tax | 02/01/10 | Wire | Neenah Foundry Co. | $25,000.00 | $18,411.00 | $6,589.00 |
| K&L Gates, LLP | 11/30/09 | 219250 | Neenah Foundry Co. | $50,000.00 | $50,000.00 | $0.00 |
| Stroock & Stroock & Lavan, LLP | 11/25/09 | Wire | Neenah Foundry Co. | $225,000.00 | $82,655.20 | $142,344.80 |
| Mercer | 12/08/09 | 219563 | Neenah Foundry Co. | $56,000.00 | $48,102.01 | $7,897.99 |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)