# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF LARRY J. NYHAN IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE, AND DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329**

STATE OF ILLINOIS    )
                     )  ss:
COUNTY OF COOK       )

Larry J. Nyhan, being duly sworn, deposes and says:

1. I am a partner in the law firm of Sidley Austin LLP ("Sidley" or the "Firm") and a resident in its office located at One South Dearborn Street in Chicago, Illinois 60603. This affidavit (the "Affidavit") is submitted in support of the proposed employment and retention of Sidley by each of the above-captioned entities, all of which are debtors and debtors-in-possession herein (collectively, the "Debtors"), as their general reorganization and bankruptcy counsel in the above-referenced chapter 11 cases pursuant to sections 327(a) and 1107(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), *nunc pro tunc* to February 3, 2010 (the "Petition Date"). This Affidavit is also intended to provide the disclosure of compensation required under section 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b). Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein.

2.  Sidley has conducted a series of searches of its conflicts databases to identify representations of creditors and other parties in interest (or potential parties in interest) in these chapter 11 cases. Specifically, Sidley has searched its databases to identify, in each case at any time during the last five (5) years, any (i) circumstances in which Sidley has represented clients other than the Debtors in matters involving the Debtors, (ii) representations by Sidley of holders of more than 5% of the common stock of Neenah Enterprises, Inc., a Debtor herein and the ultimate parent company of each of the other Debtors, (iii) current and former directors and officers of the Debtors, (iv) representations by Sidley of the Debtors' 30 largest unsecured creditors, including the members of the official committee of unsecured creditors, (v) representations by Sidley of the Debtors' prepetition secured lenders, (vi) representations by Sidley of the administrative agent for the Debtors' prepetition secured lenders, (vii) representations by Sidley of professionals retained by the administrative agent for the Debtors' prepetition secured lenders, (viii) representations by Sidley of the members of the ad hoc committee of secured noteholders, (ix) representations by Sidley of the indenture trustee for the secured noteholders, (x) representations by Sidley of the professionals retained by the ad hoc committee of secured noteholders, (xi) representations by Sidley of the Debtors' major insurance carriers, reinsurance carriers, agents and brokers, (xii) representations by Sidley of the Debtors' post-petition lenders, (xiii) representations by Sidley of the agents for the Debtors' post-petition lenders, (xiv) representations by Sidley of the professionals retained by the agents for the Debtors' post-petition lenders, (xv) representations by Sidley of the other professionals retained by the Debtors in connection with these chapter 11 cases, (xvi) representations by Sidley of parties to litigation with the Debtors, (xvii) representations by Sidley of unions representing employees of the Debtors, (xviii) representations by Sidley of judges on the United States

Bankruptcy Court for the District of Delaware, (xix) representations by Sidley of attorneys employed by the office of the United States Trustee for Region 3, District of Delaware, (xx) representations by Sidley of the landlords for properties leased by the Debtors, and (xxi) representations by Sidley of the subordinated noteholders.

3. Attached hereto as Exhibit A is a list of all persons and entities that Sidley reviewed for potential connections. The charts set forth in Exhibit B hereto summarize the results of the foregoing review. As set forth in greater detail in Exhibit B, and subject to any explanations and/or exceptions set forth therein, Sidley (a) does not hold or represent any interest adverse to the Debtors' estates in matters upon which it is to be engaged, and (b) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

4. To the best of my knowledge and information, Sidley has no connections with the Office of the United States Trustee or any person employed by the Office of the United States Trustee for Region 3 or the United States Bankruptcy Court for the District of Delaware. Names of the attorneys employed by the Office of the United States Trustee for Region 3 and judges of the United States Bankruptcy Court for the District of Delaware were included in the conflicts search described herein.

5. In light of the extensive number of creditors and other parties in interest in these chapter 11 cases, and because definitive lists of all such creditors and other parties-in-interest have not yet been prepared, neither I nor Sidley are able to conclusively identify all potential relationships. To the extent that I become aware of any additional relationships that may be relevant to Sidley's representation of the Debtors, I will file a supplemental affidavit.

## DISCLOSURE OF COMPENSATION

6. Sidley has represented the Debtors since March 2009. Prior to the Petition

Date, on November 12, 2009, Sidley received an advance payment retainer from the Debtors in the amount of $500,000 (the "Advance Payment Retainer")[1] in connection with the preparations for the filing of these chapter 11 cases and for its proposed post-petition representation of the Debtors. On February 2, 2010, the Advance Payment Retainer was further increased by $225,000. The Advance Payment Retainer was a payment in advance by the Debtors for services to be rendered by Sidley and was treated as such by both the Debtors and Sidley. As of the Petition Date, the amount of Sidley's unpaid fees and expenses that were incurred during the ninety (90) period prior to the Petition Date exceeded the aggregate Advance Payment Retainer by approximately $49,698.41. Sidley has agreed to waive and forego the payment of its unpaid prepetition fees and expenses.

7. During the one (1) year period prior to the Petition Date, Sidley received approximately $956,620.15 in fees and expenses from the Debtors for services rendered in contemplation of or in connection with the filing of these chapter 11 cases.

8. For purposes of illustration, below is a chart listing the payments Sidley received from the Debtors from October 9, 2009 through the Petition Date and the amount of the Advance Payment Retainer at the time such payments were made:

| DATE OF INVOICE | AMOUNT OF INVOICE AND PERIOD COVERED | DATE INVOICE PAID | AMOUNT OF ADVANCE PAYMENT RETAINER |
|---|---|---|---|
| September 25, 2009 | $33,799.00<br>August 1-31, 2009 | November 10, 2009 | $0 |
| October 16, 2009 | $61,283.00<br>September 1-30, 2009 | November 30, 2009 | $500,000 |
| November 16, 2009 | $88,842.50<br>October 1-31, 2009 | December 28, 2009 | $500,000 |

---

[1] Under Illinois law, the Advance Payment Retainer became the property of Sidley upon Sidley's receipt thereof from the Debtors, at which time it was deposited into a Sidley operating account. At no time was the Advance Payment Retainer (or any portion thereof) transferred to or held in a client trust, custodial or escrow account.

4

| December 21, 2009 | $160,128.50<br>November 1-30, 2009 | December 28, 2009 | $500,000 |
| --- | --- | --- | --- |
| January 15, 2010 | $258,526.50<br>December 1-31, 2009 | January 25, 2010 | $500,000 |

9. Subject to this Court's approval, Sidley intends to (i) charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary rates in effect on the date such services are rendered, and (ii) seek reimbursement of actual and necessary costs and expenses incurred by Sidley in connection with these cases. Sidley has informed the Debtors that its hourly rates are subject to periodic adjustment from time to time in accordance with Sidley's established billing practices and procedures. The hourly rates of Sidley's bankruptcy and other professionals and para-professionals expected to render services to the Debtors in these chapter 11 cases range from $90 to $950 per hour.

10. In addition to the hourly rates set forth above, Sidley customarily charges its clients for certain costs and expenses incurred in connection with a client's case. These charges include, among other things, long-distance telephone and telecopier charges, mail and express mail charges, special or hand delivery charges, document processing charges, filing fees, photocopying charges, color copying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as secretarial overtime. Sidley will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to Sidley's other clients and in accordance with the guidelines set forth in the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

11. Sidley is prepared to act on the Debtors' behalf at its normal and customary rates, together with reimbursement of all costs and expenses incurred by Sidley in

5

connection with its representation of the Debtors, and the Debtors have proposed to pay Sidley at such rates and to reimburse it for such expenses, subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and applicable orders of this Court.

12. Sidley has not shared or agreed to share any compensation received in connection with these chapter 11 cases with any entity other than its partners and associates in accordance with Sidley's partnership agreement and section 504(b) of the Bankruptcy Code. I declare under penalty of perjury that the foregoing is true and correct.

_____
Larry J. Nyhan

Sworn to and subscribed
before me this 19th day
of February, 2010.

_____
Notary Public

"OFFICIAL SEAL"
Diana R. Manheim
Notary Public, State of Illinois
My Commission Expires March 31, 2010

# **EXHIBIT A**

(Potential Parties-in-Interest)

## ALL DEBTOR ENTITIES
(including former names)

A&M Specialties, Inc.
ACP Holding Company
Advanced Cast Products, Inc.
Belcher Corporation
Cast Alloys, Inc.
Dalton Corporation
Dalton Corporation, Ashland Manufacturing Facility
Dalton Corporation, Kendallville Manufacturing Facility
Dalton Corporation, Stryker Machining Facility
Dalton Corporation, Warsaw Manufacturing Facility
Deeter Foundry, Inc.
Gregg Industries, Inc.
Mercer Forge Corporation
Morgan's Welding, Inc.
Neenah Corporation
Neenah Enterprises, Inc.
Neenah Foundry Company
Neenah Transport, Inc.
Neiman Porter & Co.
NFC Castings, Inc.
Peerless Corporation

## HOLDERS OF MORE THAN 5% OF COMMON STOCK OF NEI

Tontine Capital Partners, L.P.
Tontine Capital Overseas Master Fund, L.P.
Tontine Capital Overseas Master Fund II, L.P.

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF THE DEBTORS

James Ackerman
John H. Andrews
William M. Barrett
Joseph M. Cerulli
Joseph L. DeRita
Albert E. Ferrara, Jr.
Louis E. Fratarcangeli
David B. Gendell
Robert J. Gitter
Stephen E.K. Graham
Frank Headington
Jeffrey S. Jenkins
Gary W. LaChey
Joseph V. Lash
Jeffrey G. Marshall
Robert E. Ostendorf Jr.
Dale E. Parker
Joseph Varkoly

## THIRTY LARGEST UNSECURED CREDITORS

American Colloid Company
Atmosphere Annealing, Inc.
Badger Mining Corp
Caterpillar, Inc.
Dana Corporation Commercial Vehicle
Div of Allied Mineral Products, Inc.
Erie Coke Corporation
Faith Technologies
First Energy Solutions Corp.
Foseco Metallurgical Inc.
Gerdau Ameristeel US
Health Assurance PA, Inc.
Holmes Murphy & Associates, Inc.
Lewis Salvage Corporation
Louis Padnos Iron & Metal Co.
State of Michigan Tax Division
Nucor Steel, Auburn, Inc.
Oudenhoven Company, Inc.
Ryder Transportation Services
Sadoff Iron & Metal Co.
Sandmold Systems, Inc.
State of Michigan Tax Division
Steel Dynamics Bar Products Division
TA Services, Inc.
The Timken Corporation
Tonawanda Coke
Tontine Capital Partners, L.P.
Tube City, Inc.
WE Energies

2

**MEMBERS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Dana Corporation Commercial Vehicle
Gerdau Ameristeel US
Sadoff Iron & Metal Co.
The Timken Corporation
WE Energies

**PREPETITION REVOLVING LENDERS**

Banc of America Securities LLC
Bank of America, N.A.
General Electric Capital Corporation
Wachovia Capital Finance Corporation (Center)

**AGENT FOR THE PREPETITION REVOLVING LENDERS**

Bank of America, N.A.

**PROFESSIONALS RETAINED BY AGENT FOR THE PREPETITION AND POST-PETITION REVOLVING LENDERS**

Goldberg Kohn LTD
CM&D Capital Advisors LLC

**POST-PETITION REVOLVING LENDERS**

Banc of America Securities LLC
Bank of America, N.A.
General Electric Capital Corporation
Wachovia Capital Finance Corporation (Center)

**AGENT FOR THE POST-PETITION REVOLVING LENDERS**

Bank of America, N.A.

**INDENTURE TRUSTEE FOR SECURED NOTEHOLDERS**

The Bank of New York Mellon Trust Company, N.A.

**AD HOC COMMITTEE OF SECURED NOTEHOLDERS**

GoldenTree Asset Management, LP
Mackay Shields LLC

**PROFESSIONALS RETAINED BY AD HOC COMMITTEE OF SECURED NOTEHOLDERS**

Stroock & Stroock & Lavan LLP
Richards Layton & Finger
Moelis and Company

**POST-PETITION TERM LENDERS**

GoldenTree Asset Management, LP
Mackay Shields LLC

**AGENT FOR POST-PETITION TERM LENDERS**

Wilmington Trust FSB

**PROFESSIONALS RETAINED BY AGENT FOR POST-PETITION TERM LENDERS**

Ropes & Gray LLP

**MAJOR INSURANCE CARRIERS, REINSURANCE CARRIERS, AGENTS AND BROKERS**

ACE American Insurance Co.
Chartis
Continental Casualty Co.
Federal Insurance Co.
Fireman's Fund Insurance Co.
Illinois National Insurance Co. (Chartis)
Indian Harbor Insurance
RSUI Indemnity Co.
St. Paul Fire & Marine Insurance Company
Travelers

2

Case 10-10360-MFW   Doc 81-3   Filed 02/19/10   Page 11 of 16

XL Specialty Insurance Company

## PROFESSIONALS RETAINED BY THE DEBTORS

Ernst and Young LLP
Garden City Group Inc.
Huron Consulting Services, LLC
Mercer (U.S.) Inc.
Rothschild, Inc.
Sidley Austin LLP
Young Conaway Stargatt & Taylor, LLP

## PARTIES TO LITIGATION WITH THE DEBTORS

Keith Bays
Robert Birkholz
Glenn E. Coates
Fox River Group/Lower Fox River Group
Mark Howell
J.M. Weller & Associates
Jamie Latham
David Lindsay
Smitherman
Ashlee Stradford
Jessie Sullivan

## UNIONS REPRESENTING EMPLOYEES OF THE DEBTORS

Glass, Molders, Pottery, Plastics and Allied Workers International Union
United Steelworkers of America
Independent Patternmakers Union

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey

Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Christopher S. Sontchi
Mary F. Walrath
Peter J. Walsh

## ATTORNEYS EMPLOYED BY THE OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 3, DISTRICT OF DELAWARE

David Buchbinder
Roberta A. DeAngelis
William K. Harrington
Mark Kenney
David Klauder
Jane Leamy
Joseph McMahon
Richard Schepacarter
Thomas Patrick Tinker

## LANDLORDS OF THE DEBTORS

CJ&D Properties
Combs Enterprises
Fiserv Investment Support Service
Freeman Properties
Harbor Investments
John & Madeline Kosky
Prairieville LLC
Wade Frauhigher
Warehouse Specialist
Warsaw Plating Works

## HOLDERS OF THE SUBORDINATED NOTES

Tontine Capital Partners, L.P.

# **EXHIBIT B**

## CONFLICTS SEARCH SUMMARY[2]

(i) Circumstances in which Sidley Austin LLP ("Sidley") has represented clients other than the Debtors in matters involving the Debtors:

   1. In 2006, Sidley represented the Attorney General of Canada in environmental litigation with the United States government which indirectly implicated Neenah Foundry Company, one of the Debtors. Sidley's involvement in this matter ended on June 29, 2006.

   2. Sidley currently represents NCR Corporation ("NCR") in an action NCR and Appleton Papers Inc. ("API") commenced in the United States District Court for the Eastern District of Wisconsin (the "District Court") on January 7, 2008, seeking to allocate among certain potentially responsible parties the equitable shares of response costs and damages associated with the environmental contamination of the Fox River (the "Whiting matter"). On April 14, 2008, Neenah Foundry Company ("NFC"), a subsidiary of Neenah Enterprises, Inc., was joined as a defendant in the Whiting matter. NFC signed a conflict waiver that allowed Sidley to continue representing NCR in the Whiting matter. NCR consented in writing to Sidley's representation of NFC on matters not related to the environmental contamination of the Fox River or the Whiting matter. Sidley has not represented NFC in connection with the Whiting matter. In December 2009, the District Court approved a consent decree that, in exchange for a cash payment by NFC, would resolve NFC's liability to the government relating to environmental contamination of the Fox River, and would provide NFC with contribution protection against claims by other potentially responsible parties, including NCR. Prior to the filing of the bankruptcy petition, NFC had already deposited this cash payment with the District Court. Sidley continues to represent NCR in connection with the Whiting matter.

(ii) Representations by Sidley of holders of more than 5% of the common stock of NEI:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Tontine Financial Partners, L.P. | Tontine Partners, L.P. |

(iii) Representations by Sidley of the current and former directors and officers of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(iv) Representations by Sidley of the Debtors' thirty (30) largest unsecured creditors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Caterpillar, Inc. | None |

---

[2] The information included in this Exhibit reflects Sidley's active and former engagements during the last five (5) years.

3

(v)   Representations by Sidley of the prepetition revolving lenders to the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of America N.A. | Bank of America N.A. |
| General Electric Capital Corp. | General Electric Capital Corp. |

(vi)   Representations by Sidley of the agent for the prepetition revolving lenders to the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of America, N.A. | Bank of America, N.A. |

(vii)   Representations by Sidley of professionals retained by agents for the post-petition revolving lenders to the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(viii)   Representations by Sidley of the members of the ad hoc committee of secured noteholders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(ix)   Representations by Sidley of the indenture trustee for the secured noteholders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| The Bank of New York Mellon Trust Company, N.A. | None |

(x)   Representations by Sidley of the Debtors' major insurance carriers, reinsurance carriers, agents and brokers:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| ACE American Insurance Co. | XL Specialty Insurance Company |
| Continental Casualty Co. | |

(xi)   Representations by Sidley of the post-petition revolving lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of America, N.A. | Bank of America, N.A. |
| General Electric Capital Corporation | General Electric Capital Corporation |

4

(xii) Representations by Sidley of the agent for the post-petition revolving lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of America, N.A. | Bank of America, N.A. |

(xiii) Representations by Sidley of other professionals retained by the Debtors in connection with these chapter 11 cases:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Garden City Group Inc. | None |

(xiv) Representations by Sidley of parties to litigation with the Debtors (other than NCR):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xv) Representations by Sidley of unions representing employees of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xvi) Representations by Sidley of judges on the United States Bankruptcy Court for the District of Delaware:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xvii) Representations by Sidley of attorneys employed by the office of the United States Trustee for Region 3, District of Delaware:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xiii) Representations by Sidley of the landlords of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xix)   Representations by Sidley of the holders of the subordinated notes:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xx)   Representations by Sidley of the members of the Official Committee of Unsecured Creditors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xxi) Representations by Sidley of professionals retained by the ad hoc committee of secured noteholders

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xxii) Representations by Sidley of post-petition term lenders

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xxiii) Representations by Sidley of the agent for the post-petition term lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

(xxiv) Representations by Sidley of professionals retained by the agent for post-petition term lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |