# EXHIBIT B

## Rule 2016 Statement

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**STATEMENT UNDER RULE 2016 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE
AND SECTION 329 OF THE BANKRUPTCY CODE**

1.  Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and section 329 of chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), states that the undersigned is counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in these cases.

2.  Compensation agreed to be paid by the Debtors to Young Conaway is to be for legal services rendered in connection with these bankruptcy cases. The Debtors have agreed to pay Young Conaway for the legal services rendered or to be rendered on the Debtors' behalf in connection with these cases by Young Conaway's various attorneys and paralegals.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

The Debtors have also agreed to reimburse Young Conaway for its actual and necessary expenses incurred in connection with these cases.

3. Young Conaway was retained on or about January 12, 2010, pursuant to the terms of an engagement agreement executed subsequently thereto by the Debtors. On or about January 22, 2010, Young Conaway received a retainer in the amount of $50,000 in connection with the planning and preparation of initial documents and its proposed post-petition representation of the Debtors. In addition, the Firm received an additional retainer payment of $15,000 on February 2, 2010.[2] A portion of the retainer was applied to outstanding balances existing as of the Petition Date. The remainder will constitute a general retainer as security for post-petition services and expenses, which will be applied to the fees and expenses initially incurred in these cases until it is exhausted.

4. Prior to the Petition Date, Young Conaway has received no other payments or promises of payment from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with these cases. At all times, the Retainer exceeded the amounts due to Young Conaway on account of its prepetition fees and expenses.

5. Young Conaway will seek approval of payment of compensation upon its filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable Orders of this Court.

6. The entire filing fees in these cases have been paid.

7. The services to be rendered include all those services set forth in the Debtors' *Application For An Order Authorizing The Debtors To Retain And Employ Young*

---

[2] The Debtors also received a payment of $18,702 on January 26, 2010 to cover the filing fees assessed by the Court in connection with the filing of the Debtors' petitions.

*Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors Nunc Pro Tunc To The Petition Date.*

8. Young Conaway further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Young Conaway, or (b) any compensation another person or party has received or may receive.

Dated: Wilmington, Delaware
February 19, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed counsel to the Debtors and Debtors in Possession