# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Hearing Date: March 9, 2010 at 1:00 p.m. (ET)<br>Objection Deadline: March 2, 2010 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:  (I) THE U.S. TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE AGENT FOR THE LENDERS UNDER THE PREPETITION CREDIT FACILITY; (IV) COUNSEL TO THE AGENTS FOR THE LENDERS UNDER THE PROPOSED POST-PETITION CREDIT FACILITIES; (V) COUNSEL TO THE AD HOC COMMITTEE OF THE HOLDERS OF 9.5% SECURED NOTES; (VI) THE INDENTURE TRUSTEE FOR THE 9.5% SECURED NOTES; (VII) COUNSEL TO THE HOLDERS OF THE 12.5% SUBORDINATED NOTES; AND (VIII) ALL OTHER PARTIES REQUIRED TO RECEIVE SERVICE UNDER RULE 2002-1(B)

**PLEASE TAKE NOTICE** that on the date hereof, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the attached *Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be filed on or before **March 2, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 9, 2010 at 1:00 p.m. (ET)** before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

    **IF YOU FAIL TO OBJECT TO THE RELIEF REQUESTED IN THE MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
   February 19, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

   -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION