# **EXHIBIT A**

## ORDINARY COURSE PROFESSIONALS

| Firm | Services Provided |
| --- | --- |
| Barnes & Thornburg LLP | Environmental Attorneys, Indiana |
| Bugbee & Conkle | Employment Attorneys, Ohio |
| Calfee, Halter & Griswold LLP | Environmental Attorneys, Ohio |
| Crowe Horwath LLP | Benefit Plan Auditor |
| Eide Bailly LLP | CPA firm for Alliance Pensions |
| Floyd Allen & Associates | Labor Attorneys, Michigan |
| Gill & Gill | Labor Attorneys, Wisconsin |
| Ginger Dwyer | Accounting Services |
| Hallett Associates, Inc. | Pension Actuary |
| Harding Shultz and Downs | Labor Attorneys, Nebraska |
| Hill Barth & King, LLC | Pension/401K Auditors |
| Knox McLaughlin Gornall & Sennett | Pension Attorney, Pennsylvania |
| Kozloff Stoudt Attorneys | Real Estate Attorneys, Pennsylvania |
| Krieg DeVault LLP | Intellectual Property Attorneys |
| Jeffer, Mangels, Butler & Marmaro LLP | Real Estate Attorneys, California |
| Kelley Drye & Warren LLP | Attorney, Washington, D.C. for Municipal Castings |
| The Legal Department PLLC | Corporate Counsel, Michigan |
| Mark Longhetti | Corporate Counsel, Pennsylvania |
| Ogletree, Deakins, Nash, Smoak and Stewart P.C. | Pension Attorneys for the multiemployer pension plans |
| Pine & Co. | Business Consultant, Michigan |
| Remley Sensenbrenner | Corporate Counsel, Wisconsin |
| Robert W. Baird & Co. | Investment Advisor, 401k Plan |
| Schenck & Associates | Accounting assistance, benefit plan audits, and salary payroll, Wisconsin |