# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No.:_____ |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ERNST & YOUNG LLP AS TAX SERVICES PROVIDERS TO THE DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) *NUNC PRO TUNC* TO THE PETITION DATE

Upon the Application[2] of the above-captioned Debtors for an order authorizing the employment and retention of Ernst & Young LLP ("E&Y LLP") as tax services provider to the Debtors pursuant to 11 U.S.C. § 327(a), nunc pro tunc to February 3, 2010, and upon consideration of the Application and all pleadings related thereto, including the Hellmer Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application was due and proper under the circumstances; and it appearing that E&Y LLP neither holds nor represents any interest adverse to the Debtors' estates; and this Court finding that E&Y LLP is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates and creditors; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, Wisconsin 54957.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.
DB02:9281353.1

ORDERED, that the Application is granted; and it is further

ORDERED, that in accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ, compensate, and reimburse E&Y LLP on the terms set forth in the Engagement Letter, which is hereby approved, nunc pro tunc to February 3, 2010; and it is further

ORDERED, that E&Y LLP shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and Local Rules of this Court, and such procedures as may be fixed by order of this Court; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: Wilmington, Delaware
       March ___, 2010

                                              MARY F. WALRATH
                                              UNITED STATES BANKRUPTCY JUDGE