# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## DECLARATION OF RICHARD D. CARUSO

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Richard D. Caruso, under penalty of perjury, declares as follows:

1.    I am a Managing Director of Huron Consulting Services LLC ("Huron") and I am authorized to submit this declaration (the "Declaration") on behalf of Huron. I submit this Declaration in accordance with section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 2014(a) in support of the application (the "Application") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the Debtors to retain and employ Huron as their financial advisors, *nunc pro tunc* to the Petition Date, and designating myself as the Chief Restructuring Advisor to the Debtors. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## HURON'S RELATIONSHIP WITH THE DEBTORS

2.    Since August 2009, Huron has provided financial advisory services to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54956.

Debtors. During the course of their work with the Debtors, Huron's professionals have become familiar with the Debtors' business and operations and are well qualified to function as the Debtors' financial advisors in a cost-effective and efficient manner.

**DISINTERESTEDNESS OF PROFESSIONAL**

3.      In connection with its retention by the Debtors, Huron researched its client list to determine whether it had any relationships with the entities listed in Schedule 1 attached to this Declaration. Huron's review consisted of an examination of individuals and entities that are present or recent former clients of Huron in order to identify potential relationships. A summary of such recent representations is attached hereto as Schedule 2.

4.      Except as set forth on Schedule 2, to the best of my knowledge, no services have been provided to these creditors or potential parties-in-interest which relate to the Debtors or these chapter 11 cases.

5.      The Debtors have many creditors. From time to time, Huron may perform or may have performed services for, or maintained other commercial or professional relationships with, certain creditors of the Debtors and various other parties adverse to the Debtors, in each case in matters unrelated to these cases.

6.      Based on the results of the conflicts search conducted to date, to the best of my knowledge, neither Huron, nor any principal or employee thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, equity holders, or any other parties-in-interest (as reasonably known to Huron) or their respective attorneys and accountants, or the United States Trustee, or any person employed in the Office of the United States Trustee, except as disclosed or otherwise described herein.

7.      To the best of my knowledge, information and belief, Huron has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct

connection with, these chapter 11 cases. If Huron's proposed retention by the Debtors is approved by this Court, Huron will not accept any engagement or perform any service for any entity or person other than the Debtors in these chapter 11 cases.

8.    To the best of my knowledge, Huron is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that, Huron (and its officers and employees):

(a) is not a creditor, equity security holder or an insider of the Debtors;

(b) is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

(c) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship with, or interest in, the Debtors or for any other reason.

9.    As part of its diverse practice, Huron participates in numerous cases, proceedings and transactions involving many different professionals, including attorneys, accountants, investment bankers and financial consultants, some of which may represent claimants and parties-in-interest in these chapter 11 cases. Further, Huron has in the past, and may in the future, be represented by several attorneys and law firms in the legal community, some of whom may be involved in these proceedings. In addition, Huron has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors herein in matters upon which Huron is to be employed, and none are in connection with these chapter 11 cases.

10.    Huron currently, and has in the past represented, and likely in the future

will represent, creditors or equity security holders of the Debtors in matters unrelated to these cases. To the best of my knowledge, Huron has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these chapter 11 cases. To the best of my knowledge and belief, no Huron principal is a holder of any of the Debtors' common or preferred units.

11.    Huron will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Huron will use reasonable efforts to identify such further developments and will promptly amend this Affidavit to the extent that further disclosure is required.

## PROFESSIONAL SERVICES COMPENSATION

12.    Pursuant to the Engagement Letter dated August 14, 2009 (the "Engagement Letter"), attached to the Application as Exhibit C, Huron will serve as financial advisors to the Debtors (the "Advisory Services") in the course of these chapter 11 cases, which generally includes advising the Debtors by forecasting operating needs and capability; planning operations going forward; aiding in the sale of assets if necessary; and will provide strategic advisory services with respect to industry consolidation as necessary. All of the services Huron will provide to the Debtors will be at the request of the Debtors and appropriately directed by the Debtors so as to avoid duplicative efforts among the professionals retained in these cases. Huron will carry out specific functions and will coordinate with the Debtors' other retained professionals to avoid unnecessary duplication of services.

13.    Huron will charge its regular rates for its work in this case, the customary hourly rates, subject to periodic adjustment, charged by Huron professionals anticipated to be assigned to these cases are as follows:

| | |
|---|---|
| Managing Director | $650 - $695 |
| Directors | $525 - $590 |
| Manager | $375 - $450 |
| Associate | $300 - $375 |
| Analyst | $225 - $225 |

Mr. Caruso's currently hourly billing rate is $675. The other Huron professionals who are expected to provide financial advisory services to the Debtors during the course of these chapter 11 cases, and there respective hourly billing rates, are: Brent Johnson, Director, $575 per hour, Omer Ozgozukara, Manager, $375 per hour, Brett Anderson, Manager, $375 per hour, and such other professionals as may be required.

14.    In addition to the hourly rates set forth above, the Debtors and Huron have agreed that the Debtors shall reimburse Huron for all reasonable expenses incurred in connection with the performance of this engagement, including travel, lodging, and other appropriate expenditures but excluding normal operations and business expenses.

15.    Prior to the commencement of these chapter 11 cases, Huron received a $75,000 retainer from the Debtors, of which approximately $6,500 remained to be allocated as of the petition date. The Debtors owe Huron no additional prepetition compensation. Following is a listing of all payments Huron has received from the Debtors in the 90 days prior to the Petition Date:

| Invoice # | Date Payment Received | Payment Amount |
|---|---|---|
| Retainer | 12/15/2009 | $ 75,000.00 |
| 162915 | 12/28/2009 | 40,965.67 |
| 164080 | 12/18/2009 | 41,593.44 |
| 164081 | 12/18/2009 | 44,350.52 |
| 164082 | 12/18/2009 | 44,780.49 |
| 164256 | 12/18/2009 | 54,932.54 |
| 164619 | 12/30/2009 | 43,731.45 |
| 164710 | 12/30/2009 | 57,410.54 |
| 165089 | 1/8/2010 | 47,127.82 |
| 165208 | 1/8/2010 | 11,381.25 |
| 165388 | 1/20/2010 | 3,032.50 |
| 165585 | 1/20/2010 | 52,989.11 |
| 165671 | 1/22/2010 | 62,859.08 |
| 165730 | 1/25/2010 | 66,986.49 |
| 165961 | 1/29/2010 | 51,246.65 |
| 166074 | 2/2/2010 | 65,610.12 |
| Total Payments Received | | $ 763,997.67 |

16.     Huron will submit monthly invoices for services rendered and expenses incurred. All of Huron' fees and expenses in these chapter 11 cases relating to the Services performed for the Debtors will be subject to approval of the Court upon proper application by Huron in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the Local Rules of this Court and any orders of the Court, the fee and expense guidelines established by the United States Trustee, and all other applicable requirements.

17.     Huron's proposed compensation is consistent with and typical of compensation arrangements entered into by Huron and other comparable firms in connection with the rendering of similar services under similar circumstances.  The Debtors believe that Huron's fee structure is fair and reasonable in light of industry practice, market rates both in and out of chapter 11 cases, Huron's experience in reorganization matters, the scope of services to be performed by Huron and the importance of such services to the outcome of these cases.

_____
Richard D. Caruso

**Schedule 1 to Caruso Declaration**

**Potential Parties Searched**

## ALL DEBTOR ENTITIES
(including non-debtor affiliates and former names)

A&M Specialties, Inc.
ACP Holding Company
Advanced Cast Products, Inc.
Belcher Corporation
Cast Alloys, Inc.
Dalton Corporation
Dalton Corporation, Ashland Manufacturing Facility
Dalton Corporation, Kendallville Manufacturing Facility
Dalton Corporation, Stryker Machining Facility
Dalton Corporation, Warsaw Manufacturing Facility
Deeter Foundry, Inc.
Gregg Industries, Inc.
Mercer Forge Corporation
Morgan's Welding, Inc.
Neenah Corporation
Neenah Enterprises, Inc.
Neenah Foundry Company
Neenah Transport, Inc.
Neiman Porter & Co.
NFC Castings, Inc.
Peerless Corporation

## HOLDERS OF MORE THAN 5% OF COMMON STOCK OF NEI

Tontine Capital Partners, L.P.
Tontine Capital Overseas Master Fund, L.P.
Tontine Capital Overseas Master Fund II, L.P.

## DIRECTORS AND OFFICERS OF THE PAST TWO YEARS

James Ackerman
John H. Andrews
William M. Barrett
Joseph M. Cerulli
Joseph L. DeRita
Albert E. Ferrara, Jr.
Louis E. Fratarcangeli
David B. Gendell
Robert J. Gitter
Stephen E.K. Graham
Frank Headington
Jeffrey S. Jenkins
Gary W. LaChey
Joseph V. Lash
Jeffrey G. Marshall
Robert E. Ostendorf Jr.
Dale E. Parker
Joseph Varkoly

## 30 LARGEST UNSECURED CREDITORS

American Colloid Company
Atmosphere Annealing, Inc.
Badger Mining Corp
Caterpillar, Inc.
Dana Corporation Commercial Vehicle
Div of Allied Mineral Products, Inc.
Erie Coke Corporation
Faith Technologies
First Energy Solutions Corp.
Foseco Metallurgical Inc.
Gerdau Ameristeel US
Health Assurance PA, Inc.
Holmes Murphy & Associates, Inc.
Lewis Salvage Corporation
Louis Padnos Iron & Metal Co.
State of Michigan Tax Division
Nucor Steel, Auburn, Inc.
Oudenhoven Company, Inc.

Ryder Transportation Services
Sadoff Iron & Metal Co.
Sandmold Systems, Inc.
State of Michigan Tax Division
Steel Dynamics Bar Products Division
TA Services, Inc.
The Timken Corporation
Tonawanda Coke
Tontine Capital Partners, L.P.
Tube City, Inc.
WE Energies

## MEMBERS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Dana Corporation Commercial Vehicle
Gerdau Ameristeel US
Sadoff Iron & Metal Co.
The Timken Corporation
WE Energies

## PREPETITION LENDERS

Banc of America Securities LLC
Bank of America, N.A.
General Electric Capital Corporation
Wachovia Capital Finance Corporation (Center)

## ADMINISTRATIVE AGENTS FOR THE PREPETITION LENDERS

Bank of America, N.A.

## PROFESSIONALS RETAINED BY ADMINISTRATIVE AGENT FOR THE PREPETITION LENDERS

Goldberg Kohn LTD
CM&D Capital Advisors LLC

## POSTPETITION LENDERS

Banc of America Securities LLC
Bank of America, N.A.
General Electric Capital Corporation
Wachovia Capital Finance Corporation (Center)

## AGENTS FOR THE POSTPETITION LENDERS

Bank of America, N.A.

## INDENTURE TRUSTEE FOR SENIOR NOTEHOLDERS

The Bank of New York Mellon Trust
Company, N.A.

## AD HOC COMMITTEE OF SENIOR NOTEHOLDERS

Bennett Management Corporation
GoldenTree Asset Management, LP
Litespeed Management LLC
Mackay Shields LLC

## PROFESSIONALS RETAINED BY AD HOC COMMITTEE OF SENIOR NOTEHOLDERS

Stroock & Stroock & Lavan LLP
Moelis and Company

## MAJOR INSURANCE CARRIERS, REINSURANCE CARRIERS, AGENTS AND BROKERS

ACE American Insurance Co.
Chartis
Continental Casualty Co.
Federal Insurance Co.
Fireman's Fund Insurance Co.
Illinois National Insurance Co. (Chartis)
Indian Harbor Insurance
RSUI Indemnity Co.
St. Paul Fire & Marine Insurance Company
Travelers
XL Specialty Insurance Company

2

**PROFESSIONALS
RETAINED BY THE DEBTORS**

Ernst and Young LLP
Garden City Group Inc.
Huron Consulting Services, LLC
Mercer (U.S.) Inc.
Rothschild, Inc.
Sidley Austin LLP
Young Conaway Stargatt & Taylor, LLP

**PARTIES TO LITIGATION
WITH THE DEBTORS**

Keith Bays
Robert Birkholz
Glenn E. Coates
Fox River Group/Lower Fox River
Mark Howell
J.M. Weller & Associates
Jamie Latham
David Lindsay
Smitherman
Ashlee Stradford
Jessie Sullivan

**UNIONS REPRESENTING
EMPLOYEES OF THE DEBTORS**

Glass, Molders, Pottery, Plastics and Allied
Workers International Union
United Steelworkers of America
Independent Patternmakers Union

**JUDGES ON THE UNITED STATES
BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE**

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Christopher S. Sontchi
Mary F. Walrath
Peter J. Walsh

**ATTORNEYS EMPLOYED BY THE
OFFICE OF THE UNITED STATES
TRUSTEE FOR REGION 3, DISTRICT
OF DELAWARE**

David Buchbinder
Roberta A. DeAngelis
William K. Harrington
Mark Kenney
David Klauder
Jane Leamy
Joseph McMahon
Richard Schepacarter
Thomas Tinker

**OTHER PARTIES TO MATERIAL
CONTRACTS WITH THE
DEBTORS**

**LANDLORDS OF THE
DEBTORS**

CJ&D Properties
Combs Enterprises
Fiserv Investment Support Service
Freeman Properties
Harbor Investments
John & Madeline Kosky
Prairieville LLC
Wade Frauhigher
Warehouse Specialist
Warsaw Plating Works

**DIP TERM LOAN LENDERS/AGENT**

Bennett Management Corporation
GoldenTree Asset Management, LP
Litespeed Management LLC
Mackay Shields LLC
Wilmington Trust FSB
Bank of America, N.A.

3

## HOLDERS OF THE 12 ½ NOTES

Tontine Capital Partners, L.P.

## INDENTURE TRUSTEE FOR THE 12 ½ NOTES

United States Trust Company of New York

**Schedule 2 to Caruso Declaration**

**Identified Parties**

| Searched Party | Description of Contract with Searched Party |
|---|---|
| Bank of America NA | Huron currently represents and in the past has been engaged in matters involving clients of Bank of America NA or been engaged in matters adverse to Bank of America or its clients in matters entirely unrelated to the Debtors and these chapter 11 cases. Huron also maintains a banking relationship with Bank of America NA or its affiliates. Further, Huron may in the future undertake additional engagements on behalf of Bank of America or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Bank of New York Mellon Trust Company NA | Huron has in the past represented affiliates of The Bank of New York Mellon Trust in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of The Bank of New York Mellon Trust or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Continental Casualty Co. | Huron has in the past represented Continental Casualty Co. and parties adverse to Continental Casualty Co. in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Continental Casualty Co. or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Dana Corporation | Huron currently represents and in the past has represented Dana Corporation in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Dana Corporation or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Ernst and Young, LLP | Huron currently represents and in the past has been engaged in matters involving clients of Ernst and Young, LLP or been engaged in matters adverse to Ernst and Young, LLP or its clients in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Ernst and Young, LLP or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Federal Insurance Co. | Huron has in the past represented Federal Insurance Co. in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Federal Insurance Co. or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| General Electric Capital Corporation | Huron in the past has been engaged in matters involving clients of General Electric Capital Corporation or been engaged in matters adverse to General Electric Capital Corporation or its clients in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of General Electric Capital Corporation or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |

| Mackay Shields LLC | Huron in the past has been engaged in matters involving clients of Mackay Shields or been engaged in matters adverse to Mackay Shields or its clients in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Mackay Shields or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
|---|---|
| NIPSCO | Huron has in the past represented affiliates of NIPSCO in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of NIPSCO or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| United Steelworkers of America | Huron has represented Creditors Committees on which the United Steelworkers of America has served on the Committee and has represented parties adverse to the United Steel Workers of America in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of United Steelworkers of America or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Wells Fargo (as predecessor Wachovia Capital Finance Corporation) | Huron currently represents and in the past has been engaged in matters involving clients of Wachovia Capital Finance Corporation or been engaged in matters adverse to Wachovia Capital Finance Corporation or its clients in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Wachovia Capital Finance Corporation or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Wilmington Trust FNB | Huron has in the past represented Wilmington Trust FNB in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Wilmington Trust FNB or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Ace American Insurance Company | Huron has represented parties adverse to Ace American Insurance Company in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Wilmington Trust FNB or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |
| Travelers | Huron has represented parties adverse to Travelers in matters entirely unrelated to the Debtors and these chapter 11 cases. Further, Huron may in the future undertake additional engagements on behalf of Travelers or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. |