IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al.,[1] | ) | Case No. 10-10360 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Mary F. Walrath |

## CERTIFICATION OF GOVERNMENT ATTORNEY

The following attorney is employed by the Pension Benefit Guaranty Corporation ("PBGC") and represents the PBGC, a creditor in this case. The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2006).

I certify that I am a member in good standing of the bar of the District of Columbia. I further state that I will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

DATED: February 24, 2010
             Washington, D.C.

Respectfully submitted,

/s/ Gennice D. Brickhouse
Gennice D. Brickhouse (GB 9470)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Ph: 202-326-4020, ext. 3446
Fax: 202-326-4112
E-mails: brickhouse.gennice@pbgc.gov
          and efile@pbgc.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialites, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah WI 54957.