## CERTIFICATE OF SERVICE

I hereby certify, that on this 24th day of January 2010, the foregoing Notice of Appearance for United States Government Attorney Gennice D. Brickhouse and Certification of Government Attorney was served electronically or by First-Class Mail on the following:

Neenah Enterprises, Inc.
2121 Brooks Avenue
Neenah, WI 54957
***Debtor***

Edmon L. Morton
Kenneth J. Enos
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE 19899
***Debtors' Counsel***

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801
***U.S. Trustee***

Sandra G. M. Selzer
Greenberg Traurig, LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
***Creditors' Committee***

/s/ Gennice D. Brickhuse
Gennice D. Brickhouse