UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | ) Case No. 10-10360 (MFW) <br> ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that on this day of February 25, 2010, I caused a true and correct copy of the *Objection Of Certain Utility Companies To Motion Of The Debtors For An Interim Order And A Final Order Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment* to be served upon the following parties as indicated below:

**Counsel for Debtors via E-mail:**

Bojan Guzina, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
E-mail: bguzina@sidley.com

1

**Counsel for Debtors via E-mail through the Court's ECF System:**

Edmon L. Morton, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, Delaware 19801
E-mail: bankfilings@ycst.com; emorton@ycst.com

**The United States Trustee Via E-mail through the Court's ECF System:**

T. Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: USTPREGION03.WL.ECF@USDOJ.GOV

**All other parties entitled to notice via the Court's ECF System.**

McCARTER & ENGLISH, LLP

William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399