**Moore&VanAllen**

February 22, 2010

Luis Lluberas-Oliver
Attorney at Law

T 704 331 3548
F 704 409 5675
lluisluberas@mvalaw.com

**VIA FACSIMILE AND OVERNIGHT DELIVERY**

Moore & Van Allen PLLC

Morgan's Welding, Inc.
1941 Camp Swatara Road
Myerstown, PA 17067
Attention: Mr. Marlin Doutrich
Facsimile: (717) 933-5508

Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003

RE: **Notice and Demand Nucor Steel Auburn, Inc.; In re Neenah Enterprises, Inc., et al., Case No. 10-10360 (MFW) (Jointly Administered)**

Dear Mr. Doutrich:

This firm has been retained by Nucor Steel Auburn, Inc. ("Nucor") with respect to certain indebtedness owed by Morgan's Welding, Inc. (the "Debtor") to Nucor. We have been informed that the Debtor received goods on credit from Nucor while insolvent.

Pursuant to the provisions of Section 546(c)(1) of chapter 11 of the United States Code ("Bankruptcy Code") and, to the extent applicable, Section 2-702(2) of the Uniform Commercial Code (the "UCC"), Nucor hereby reclaims the goods shipped by Nucor to the Debtor that were received by the Debtor within the 45 day period immediately preceding the filing of the Debtor's bankruptcy petition (the "Reclaimed Goods"). The Reclaimed Goods were shipped by Nucor to the Debtor under the following invoice numbers, copies of which are attached hereto (along with the corresponding bills of lading):

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| 122556 | 1/04/10 | $ 17,901.47 |
| 122670 | 1/06/10 | $ 18,021.65 |
| 122857 | 1/11/10 | $ 17,967.23 |
| 123091 | 1/18/10 | $ 18,124.87 |
| 123201 | 1/19/10 | $ 18,274.21 |
| 123564 | 1/27/10 | $ 18,438.00 |
| **TOTAL** | | **$108,727.43** |

Nucor hereby demands that the Debtor identify and segregate the Reclaimed Goods and that the Debtor refrain from using the Reclaimed Goods pending the return of the Reclaimed Goods to Nucor or until this matter has been otherwise resolved. If the Debtor's records of the property received from Nucor during the applicable periods are different, please promptly provide an accounting within 10 days. Otherwise, we will assume that the above list properly identifies the Reclaimed Goods received by the

Debtor during the applicable periods and that all of the Reclaimed Goods are in the Debtor's possession and have been identified and segregated.

In accordance with the provisions of Section 546(c)(1) of the Bankruptcy Code and 2-702(2) of the UCC, Nucor requests that the Debtor return the Reclaimed Goods to Nucor. Nucor reserves all rights and remedies available to it under applicable law.

Please contact the undersigned or Ron Kessel, Controller at Nucor Auburn, Inc. (315-253-4561) to discuss the return of the goods to Nucor and any questions or suggestions you might have regarding these matters.

Very truly yours,

Moore & Van Allen PLLC

Luis M. Lluberas-Oliver

Enclosures


cc:

U.S. Bankruptcy Court
District of Delaware
Clerk of Courts
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Edmon L. Morton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Office of the United States Trustee for the District of Delaware
Thomas P. Tinker
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

## NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **122556**
Invoice Date: 01/04/2010
Page: 1

**Discount does not apply to freight charges.**
A discount in the amount of $86.75 is available if your check for payment in full for this invoice is postmarked on or before *January 14, 2010*.

Please Remit To:   NBMG-03   Oct 20, 2008
Lockbox #6811 - PO Box 8500
PHILADELPHIA, PA 19178-6811 USA

Sold To: 13870
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

Ship To: 001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372493 | | Y1/121765 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W11  953 | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|

```
01  3/8x3-1/2" Flat 21' A572 Gr50 TY2              14,901 LBS    $38.750 CWT    $5,774.14
        Bundles:  3      Pieces:  159
        Cust PO#: 32149              Cust Part:                                 SO#/Ln: 261295 / 9
              Base Price               $30.850      $4,596.96
              Grade Extra               $1.000        $149.01
              Raw Material Surcharge    $6.900      $1,028.17

02  3/4x2-1/2" Flat 25' A572 Gr50 TY2               5,100 LBS    $40.200 CWT    $2,050.20
        Bundles:  1      Pieces:   32
        Cust PO#: 32149              Cust Part:                                 SO#/Ln: 261295 / 10
              Base Price               $32.300      $1,647.30
              Grade Extra               $1.000         $51.00
              Raw Material Surcharge    $6.900        $351.90

03  1/2x2-1/2" Flat 21' A36/44W                     9,996 LBS    $37.800 CWT    $3,778.49
        Bundles:  2      Pieces:  112
        Cust PO#: 32149              Cust Part:                                 SO#/Ln: 261295 / 12
              Base Price               $30.900      $3,088.77
              Raw Material Surcharge    $6.900        $689.72

04  5/8x2-1/2" Flat 25' A36/44W                     4,782 LBS    $39.750 CWT    $1,900.85
        Bundles:  1      Pieces:   36
        Cust PO#: 32149              Cust Part:                                 SO#/Ln: 261295 / 13
              Base Price               $32.850      $1,570.89
              Raw Material Surcharge    $6.900        $329.96

05  3/8x2-1/2" Flat 21' A36/44W                    10,176 LBS    $37.800 CWT    $3,846.53
        Bundles:  2      Pieces:  152
        Cust PO#: 32149              Cust Part:                                 SO#/Ln: 261295 / 16
              Base Price               $30.900      $3,144.39
              Raw Material Surcharge    $6.900        $702.14
```

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO

**CUSTOMER ORIGINAL INVOICE**
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **122556**
Invoice Date: 01/04/2010

Page: 2

**Discount does not apply to freight charges.**
A discount in the amount of  $86.75  is available if your check for payment in full for this invoice is postmarked on or before *January 14, 2010.*

Please Remit To:  Oct 20, 2008

Lockbox #6811  - PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To: 13870

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

Ship To: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372493 | | Y1/121765 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W11   953 | |

| Ln | Description | Weight | Unit | Price | Unit | $ Amount |
|---|---|---|---|---|---|---|

```
                Total Weight      44,955     LBS     Line Totals          $17,350.21
                                                     Freight      $1.090     $490.01
           ($0.2500 per mile:245 miles)               Fuel Surcharge         $61.25
                                                     Tax                     $0.00
       (Total Raw Material Surcharge:  $3,101.89)    Invoice Total       $17,901.47
```

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
372493 Rev 0

PICKED: 01-04-2010
PRINT: 01-04-2010
SHIP: 01-04-2010

SOLD TO: 000
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO: 001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121765 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W11  953 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER.  MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 3 | 159 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER -   261295/9<br>CUSTOMER PO# -    32149<br>Tag# 1  :   AU0911094561       Heat ID:   AU0910431501    Pieces:          53<br>Tag# 2  :   AU0911094562       Heat ID:   AU0910431501    Pieces:          53<br>Tag# 3  :   AU0911094563       Heat ID:   AU0910431501    Pieces:          53 | 533753502525730 | 14,901<br><br>4,967<br>4,967<br>4,967 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER -   261295/10<br>CUSTOMER PO# -    32149<br>Tag# 4  :   AU0911094981       Heat ID:   AU0910449601    Pieces:          32 | 537502503005730 | 5,100<br><br>5,100 |
| 2 | 112 | 1/2x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER -   261295/12<br>CUSTOMER PO# -    32149<br>Tag# 5  :   AU0911096532       Heat ID:   AU0910454201    Pieces:          56<br>Tag# 6  :   AU0911096534       Heat ID:   AU0910454201    Pieces:          56 | 535002502524460 | 9,996<br><br>4,998<br>4,998 |
| 1 | 36 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER -   261295/13<br>CUSTOMER PO# -    32149<br>Tag# 7  :   AU0911095061       Heat ID:   AU0910438802    Pieces:          36 | 536252503004460 | 4,782<br><br>4,782 |
| 2 | 152 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER -   261295/16<br>CUSTOMER PO# -    32149<br>Tag# 8  :   AU0911096663       Heat ID:   AU0910454901    Pieces:          76 | 533752502524460 | 10,176<br><br>5,088 |

MUST BE TARPED

BARR TRANSPORTATION CORP

W11   953

01-04-2010  3:02 PM

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
*BAR MILL GROUP*
*NUCOR STEEL AUBURN, INC.*

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 2 of

Bill of Lading No.:
372493 Rev 0

PICKED: 01-04-2010
PRINT: 01-04-2010
SHIP: 01-04-2010

SOLD TO: 000
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

Freight Mode: Std Length Truck

To Be Prepaid

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121765 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W11  953 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | Tag# 9  :  AU0911096664      Heat ID:  AU0910454901      Pieces:      76 | | 5,088 |
| | | Total Tags:    9 | Total Pieces:   491 | 44,955 |

MUST BE TARPED

BARR TRANSPORTATION CORP.
01-04-2010  3:02 PM

W11  953

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **122670**
Invoice Date: 01/06/2010
Page: 1

**Discount does not apply to freight charges.**
A discount in the amount of **$87.35** is available if your check for payment in full for this invoice is postmarked on or before *January 16, 2010*.

Please Remit To:   NBMG-03   Oct 20, 2008
Lockbox #6811 - PO Box 8500
PHILADELPHIA, PA 19178-6811 USA

Sold To: 13870

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

Ship To: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372604 | | Y1/121833 | Prepaid | Std Length Truck |
| Carrier | | Car/Trailer Number | | Routing | |
| C & M TRANSPORT COMPANY- | | W14   104A | | | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|
| 01 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>  Bundles: 2  Pieces: 106<br>  Cust PO#: 32149   Cust Part:<br>    Base Price         $30.850<br>    Grade Extra        $1.000<br>    Raw Material Surcharge $6.900 | 9,934 LBS | $38.750 CWT<br><br><br>$3,064.64<br>$99.34<br>$685.45 | $3,849.43<br><br>SO#/Ln: 261295 / 9 |
| 02 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>  Bundles: 1  Pieces: 32<br>  Cust PO#: 32149   Cust Part:<br>    Base Price         $32.300<br>    Grade Extra        $1.000<br>    Raw Material Surcharge $6.900 | 5,100 LBS | $40.200 CWT<br><br><br>$1,647.30<br>$51.00<br>$351.90 | $2,050.20<br><br>SO#/Ln: 261295 / 10 |
| 03 | 5/8x2-1/2" Flat 25' A36/44W<br>  Bundles: 2  Pieces: 72<br>  Cust PO#: 32149   Cust Part:<br>    Base Price         $32.850<br>    Raw Material Surcharge $6.900 | 9,564 LBS | $39.750 CWT<br><br><br>$3,141.77<br>$659.92 | $3,801.69<br><br>SO#/Ln: 261295 / 13 |
| 04 | 3/8x2-1/2" Flat 21' A36/44W<br>  Bundles: 3  Pieces: 228<br>  Cust PO#: 32357   Cust Part:<br>    Base Price         $30.900<br>    Raw Material Surcharge $6.900 | 15,264 LBS | $37.800 CWT<br><br><br>$4,716.57<br>$1,053.22 | $5,769.79<br><br>SO#/Ln: 263814 / 1 |
| 05 | 3/4x2-1/2" Flat 25' A36/44W<br>  Bundles: 1  Pieces: 32<br>  Cust PO#: 32357   Cust Part: 3<br>    Base Price         $32.300<br>    Raw Material Surcharge $6.900 | 5,100 LBS | $39.200 CWT<br><br><br>$1,647.30<br>$351.90 | $1,999.20<br><br>SO#/Ln: 263814 / 4 |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO

**CUSTOMER ORIGINAL INVOICE**

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **122670**
Invoice Date: 01/06/2010

Page: 2

***Discount does not apply to freight charges.***
A discount in the amount of   $87.35   is available if your check for payment in full for this invoice is postmarked on or before *January 16, 2010*.

Please Remit To:                                                      Oct 20, 2005
Lockbox #6811  -  PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To:  13870
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

Ship To:  001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372604 | | Y1/121833 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| C & M TRANSPORT COMPANY- | W14    104A | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|

```
                Total Weight     44,962     LBS     Line Totals          $17,470.31
                                                    Freight      $1.090    $490.09
          ($0.2500 per mile:245 miles)              Fuel Surcharge         $61.25
                                                    Tax                    $0.00
    (Total Raw Material Surcharge:   $3,102.39)     Invoice Total      $18,021.65
```

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

T5847

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
372604 Rev 0

PICKED: 01-06-2010
PRINT: 01-06-2010
SHIP: 01-06-2010

SOLD TO:  000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

Freight Mode: Std Length Truck

To Be Prepaid

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121833 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| C & M TRANSPORT COMPANY- | W14  104A | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER.  MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 2 | 106 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER -   261295/9<br>CUSTOMER PO# -    32149<br>Tag# 1  :   AU0911094564      Heat ID:  AU0910431501<br>Tag# 2  :   AU0911094565      Heat ID:  AU0910431501 | 533753502525730<br><br><br>Pieces:       53<br>Pieces:       53 | 9,934<br><br><br>4,967<br>4,967 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER -   261295/10<br>CUSTOMER PO# -    32149<br>Tag# 3  :   AU0911094979      Heat ID:  AU0910449601 | 537502503005730<br><br><br>Pieces:       32 | 5,100<br><br><br>5,100 |
| 2 | 72 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER -   261295/13<br>CUSTOMER PO# -    32149<br>Tag# 4  :   AU0911095059      Heat ID:  AU0910438802<br>Tag# 5  :   AU0911095060      Heat ID:  AU0910438802 | 536252503004460<br><br><br>Pieces:       36<br>Pieces:       36 | 9,564<br><br><br>4,782<br>4,782 |
| 3 | 228 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER -   263814/1<br>CUSTOMER PO# -    32357<br>Tag# 6  :   AU0911096665      Heat ID:  AU0910454901<br>Tag# 7  :   AU0911096667      Heat ID:  AU0910454901<br>Tag# 8  :   AU0911096668      Heat ID:  AU0910454901 | 533752502524460<br><br><br>Pieces:       76<br>Pieces:       76<br>Pieces:       76 | 15,264<br><br><br>5,088<br>5,088<br>5,088 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER -   263814/4<br>CUSTOMER PO# -    32357 | 537502503004460 | 5,100 |

MUST BE TARPED

*[signature]*

C & M TRANSPORT COMPANY-                                                                W14    104A

01-06-2010  2:59 PM

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 2 of

Bill of Lading No.:
372604  Rev 0

PICKED: 01-06-2010
PRINT: 01-06-2010
SHIP: 01-06-2010

SOLD TO:  000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121833 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| C & M TRANSPORT COMPANY- | W14   104A | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | CUSTOMER PART# ~ 3  Tag# 9 : AU0911094953    Heat ID:  AU0910438902 | Pieces:  32 | 5,100 |
| | | Total Tags:  9 | Total Pieces:  470 | 44,962 |

MUST BE TARPED

*(signature)*

C & M TRANSPORT COMPANY-              W14   104A

01-06-2010 2:59 PM

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **122857**
Invoice Date: 01/11/2010
Page: 1

***Discount does not apply to freight charges.***
A discount in the amount of $87.06 is available if your check for payment in full for this invoice is postmarked on or before *January 21, 2010.*

Please Remit To: NSMG-03  Oct 20, 2008
Lockbox #6811  - PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To: 13870
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

Ship To: 001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372791 | | Y1/122101 | Prepaid | Std Length Truck |
| Carrier | | Car/Trailer Number | | Routing | |
| BARR TRANSPORTATION CORP. | | W15-976 | | | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|
| 01 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2 | 5,100 LBS | $40.200 CWT | $2,050.20 |
|    | Bundles: 1   Pieces: 32 | | | |
|    | Cust PO#: 32149   Cust Part: | | | SO#/Ln: 261295 / 10 |
|    |   Base Price     $32.300 | $1,647.30 | | |
|    |   Grade Extra    $1.000 | $51.00 | | |
|    |   Raw Material Surcharge  $6.900 | $351.90 | | |
| 02 | 1/2x2-1/2" Flat 21' A36/44W | 14,994 LBS | $37.800 CWT | $5,667.73 |
|    | Bundles: 3   Pieces: 168 | | | |
|    | Cust PO#: 32149   Cust Part: | | | SO#/Ln: 261295 / 12 |
|    |   Base Price     $30.900 | $4,633.14 | | |
|    |   Raw Material Surcharge  $6.900 | $1,034.59 | | |
| 03 | 3/8x2-1/2" Flat 21' A36/44W | 5,088 LBS | $37.800 CWT | $1,923.26 |
|    | Bundles: 1   Pieces: 76 | | | |
|    | Cust PO#: 32357   Cust Part: | | | SO#/Ln: 263814 / 1 |
|    |   Base Price     $30.900 | $1,572.19 | | |
|    |   Raw Material Surcharge  $6.900 | $351.07 | | |
| 04 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2 | 20,056 LBS | $38.750 CWT | $7,771.70 |
|    | Bundles: 4   Pieces: 214 | | | |
|    | Cust PO#: 32357   Cust Part: | | | SO#/Ln: 263814 / 6 |
|    |   Base Price     $30.850 | $6,187.28 | | |
|    |   Grade Extra    $1.000 | $200.56 | | |
|    |   Raw Material Surcharge  $6.900 | $1,383.86 | | |

```
              Total Weight    45,238      LBS      Line Totals        $17,412.89
                                                   Freight    $1.090    $493.09
        ($0.2500 per mile:245 miles)               Fuel Surcharge        $61.25
                                                   Tax                    $0.00
        (Total Raw Material Surcharge:  $3,121.42) Invoice Total      $17,967.23
```

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

**Bill of Lading No.:**
372791 Rev 0

PICKED: 01-11-2010
PRINT: 01-11-2010
SHIP: 01-11-2010

SOLD TO: 000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000
(717) 933-5255

**MUST BE TARPED**

SHIP TO: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122101 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15-976 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | | WEIGHT |
|---|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>REC. HOURS 7AM TO 3PM; FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER. MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | | |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/10<br>CUSTOMER PO# - 32149<br>Tag# 1 : AU0911094978    Heat ID: AU0910449601 | 537502503005730<br><br><br>Pieces: 32 | | 5,100<br><br><br>5,100 |
| 3 | 168 | 1/2x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 261295/12<br>CUSTOMER PO# - 32149<br>Tag# 2 : AU0911096531    Heat ID: AU0910454201<br>Tag# 3 : AU0911096541    Heat ID: AU0910454201<br>Tag# 4 : AU0911096542    Heat ID: AU0910454201 | 535002502524460<br><br><br>Pieces: 56<br>Pieces: 56<br>Pieces: 56 | | 14,994<br><br><br>4,998<br>4,998<br>4,998 |
| 1 | 76 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 263814/1<br>CUSTOMER PO# - 32357<br>Tag# 5 : AU0911096666    Heat ID: AU0910454901 | 533752502524460<br><br><br>Pieces: 76 | | 5,088<br><br><br>5,088 |
| 4 | 214 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER - 263814/6<br>CUSTOMER PO# - 32357<br>Tag# 6 : AU0911094557    Heat ID: AU0910431601<br>Tag# 7 : AU0911094558    Heat ID: AU0910431601<br>Tag# 8 : AU0911094589    Heat ID: AU0910431601<br>Tag# 9 : AU0911094590    Heat ID: AU0910431601 | 533753502525730<br><br><br>Pieces: 54<br>Pieces: 54<br>Pieces: 53<br>Pieces: 53 | | 20,056<br><br><br>5,061<br>5,061<br>4,967<br>4,967 |
| | | Total Tags: 9 | Total Pieces: | 490 | 45,238 |

MUST BE TARPED

BARR TRANSPORTATION CORP.                                   W15-976
01-11-2010 7:14 PM

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **123091**
Invoice Date: 01/18/2010
Page: 1

**Discount does not apply to freight charges.**
A discount in the amount of **$87.85** is available if your check for payment in full for this invoice is postmarked on or before **January 28, 2010**.

Please Remit To:  NBMG-03   Oct 20, 2008
Lockbox #6811 - PO Box 8500
PHILADELPHIA, PA 19178-6811 USA

Sold To: 13870
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

Ship To: 001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373027 | | Y1/122355 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15   10347 | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|

```
01  3/8x3-1/2" Flat 21' A572 Gr50 TY2           15,183 LBS   $38.750 CWT    $5,883.41
    Bundles:  3       Pieces:  162
    Cust PO#: 32149                 Cust Part:                             SO#/Ln: 261295 / 9
                  Base Price           $30.850      $4,683.95
                  Grade Extra           $1.000        $151.83
                  Raw Material Surcharge $6.900     $1,047.63

02  3/4x2-1/2" Flat 25' A572 Gr50 TY2            5,100 LBS   $40.200 CWT    $2,050.20
    Bundles:  1       Pieces:  32
    Cust PO#: 32149                 Cust Part:                             SO#/Ln: 261295 / 10
                  Base Price           $32.300      $1,647.30
                  Grade Extra           $1.000         $51.00
                  Raw Material Surcharge $6.900       $351.90

03  3/4x2-1/2" Flat 25' A36/44W                  5,100 LBS   $39.200 CWT    $1,999.20
    Bundles:  1       Pieces:  32
    Cust PO#: 32149                 Cust Part:                             SO#/Ln: 261295 / 14
                  Base Price           $32.300      $1,647.30
                  Raw Material Surcharge $6.900       $351.90

04  3/8x2-1/2" Flat 21' A36/44W                 10,176 LBS   $37.800 CWT    $3,846.53
    Bundles:  2       Pieces:  152
    Cust PO#: 32149                 Cust Part:                             SO#/Ln: 261295 / 16
                  Base Price           $30.900      $3,144.39
                  Raw Material Surcharge $6.900       $702.14

05  1/2x2-1/2" Flat 21' A36/44W                  4,998 LBS   $37.800 CWT    $1,889.24
    Bundles:  1       Pieces:  56
    Cust PO#: 32357                 Cust Part:                             SO#/Ln: 263814 / 2
                  Base Price           $30.900      $1,544.38
                  Raw Material Surcharge $6.900       $344.86

06  5/8x2-1/2" Flat 25' A36/44W                  4,782 LBS   $39.750 CWT    $1,900.85
    Bundles:  1       Pieces:  36
    Cust PO#: 32357                 Cust Part:                             SO#/Ln: 263814 / 3
                  Base Price           $32.850      $1,570.89
                  Raw Material Surcharge $6.900       $329.96
```

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **123091**
Invoice Date: 01/18/2010

Page: 2

**Discount does not apply to freight charges.**
A discount in the amount of $87.85 is available if your check for payment in full for this invoice is postmarked on or before *January 28, 2010*.

Please Remit To:
Lockbox #6811  - PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Oct 20, 2008

Sold To: 13870
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

Ship To: 001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373027 | | Y1/122355 | Prepaid | Std Length Truck |
| Carrier | | Car/Trailer Number | | Routing | |
| BARR TRANSPORTATION CORP. | | W15    10347 | | | |

| Ln | Description | Weight | Unit | Price | Unit | $ Amount |
|---|---|---|---|---|---|---|

```
                    Total Weight    45,339    LBS     Line Totals           $17,569.43
                                                      Freight      $1.090      $494.19
            ($0.2500 per mile:245 miles)               Fuel Surcharge            $61.25
                                                      Tax                        $0.00
        (Total Raw Material Surcharge:  $3,128.39)    Invoice Total         $18,124.87
```

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

**CUSTOMER ORIGINAL INVOICE**
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

T5M7

# STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
373027 Rev 0

PICKED: 01-18-2010
PRINT: 01-18-2010
SHIP: 01-18-2010

SOLD TO: 000
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067
(717) 933-5255

Freight Mode: Std Length Truck

To Be Prepaid

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122355 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15  10347 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>REC. HOURS 7AM TO 3PM; FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER. MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 3 | 162 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/9<br>CUSTOMER PO# - 32149<br>Tag# 1 : AU0911094551    Heat ID: AU0910431601<br>Tag# 2 : AU0911094559    Heat ID: AU0910431601<br>Tag# 3 : AU0911094560    Heat ID: AU0910431601 | 533753502525730<br><br><br>Pieces:    54<br>Pieces:    54<br>Pieces:    54 | 15,183<br><br><br>5,061<br>5,061<br>5,061 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/10<br>CUSTOMER PO# - 32149<br>Tag# 4 : AU0911094960    Heat ID: AU0910449702 | 537502503005730<br><br><br>Pieces:    32 | 5,100<br><br><br>5,100 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER - 261295/14<br>CUSTOMER PO# - 32149<br>Tag# 5 : AU0911094952    Heat ID: AU0910438902 | 537502503004460<br><br><br>Pieces:    32 | 5,100<br><br><br>5,100 |
| 2 | 152 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 261295/16<br>CUSTOMER PO# - 32149<br>Tag# 6 : AU0911096657    Heat ID: AU0910454901<br>Tag# 7 : AU0911096658    Heat ID: AU0910454901 | 533752502524460<br><br><br>Pieces:    76<br>Pieces:    76 | 10,176<br><br><br>5,088<br>5,088 |
| 1 | 56 | 1/2x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 263814/2<br>CUSTOMER PO# - 32357<br>Tag# 8 : AU0911096539    Heat ID: AU0910454201 | 535002502524460<br><br><br>Pieces:    56 | 4,998<br><br><br>4,998 |

MUST BE TARPED

BARR TRANSPORTATION CORP.                                    W15   10347

01-18-2010 1:23 PM

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 2 of

Bill of Lading No.:
373027 Rev 0

PICKED: 01-18-2010
PRINT: 01-18-2010
SHIP: 01-18-2010

SOLD TO:  000
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO:  001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

Freight Mode: Std Length Truck

To Be Prepaid

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122355 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15   10347 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| 1 | 36 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER -   263814/3<br>CUSTOMER PO# -   32357<br>Tag# 9  :   AU0911095058      Heat ID:   AU0910438802 | 536252503004460<br><br><br>Pieces:         36 | 4,782<br><br><br>4,782 |
| | | Total Tags:     9 | Total Pieces:    470 | 45,339 |

MUST BE TARPED

BARR TRANSPORTATION CORP.                                              W15   10347

01-18-2010  1:23 PM

# NUCOR
*NUCOR STEEL AUBURN, INC.*

Invoice No: **123201**
Invoice Date: 01/19/2010
Page: 1

**Discount does not apply to freight charges.**
A discount in the amount of $88.57 is available if your check for payment in full for this invoice is postmarked on or before *January 29, 2010*.

Please Remit To:  NBMG-03   Oct 28, 2008
Lockbox #6811  - PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To: 13870
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

Ship To: 001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373137 | | Y1/122449 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15-10347 | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|
| 01 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2 | 20,244 LBS | $38.750 CWT | $7,844.55 |
| | Bundles:  4    Pieces:  216 | | | |
| | Cust PO#: 32149       Cust Part: | | | SO#/Ln: 261295 / 9 |
| | Base Price             $30.850 | | $6,245.27 | |
| | Grade Extra            $1.000 | | $202.44 | |
| | Raw Material Surcharge $6.900 | | $1,396.84 | |
| 02 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2 | 10,200 LBS | $40.200 CWT | $4,100.40 |
| | Bundles:  2    Pieces:  64 | | | |
| | Cust PO#: 32149       Cust Part: | | | SO#/Ln: 261295 / 10 |
| | Base Price             $32.300 | | $3,294.60 | |
| | Grade Extra            $1.000 | | $102.00 | |
| | Raw Material Surcharge $6.900 | | $703.80 | |
| 03 | 3/8x2-1/2" Flat 21' A36/44W | 15,264 LBS | $37.800 CWT | $5,769.79 |
| | Bundles:  3    Pieces:  228 | | | |
| | Cust PO#: 32149       Cust Part: | | | SO#/Ln: 261295 / 16 |
| | Base Price             $30.900 | | $4,716.57 | |
| | Raw Material Surcharge $6.900 | | $1,053.22 | |

```
                    Total Weight      45,708     LBS     Line Totals              $17,714.74
                                                         Freight        $1.090        $498.22
            ($0.2500 per mile:245 miles)                 Fuel Surcharge                $61.25
                                                         Tax                            $0.00
     (Total Raw Material Surcharge:  $3,153.86)          Invoice Total             $18,274.21
```

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

TSM2

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
373137 Rev 0

PICKED: 01-19-2010
PRINT: 01-19-2010
SHIP: 01-19-2010

SOLD TO: 000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122449 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15-10347 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>REC. HOURS 7AM TO 3PM; FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER. MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 4 | 216 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/9<br>CUSTOMER PO# - 32149 | 533753502525730 | 20,244 |
| | | Tag# 1 : AU0911094552    Heat ID: AU0910431601    Pieces: 54 | | 5,061 |
| | | Tag# 2 : AU0911094553    Heat ID: AU0910431601    Pieces: 54 | | 5,061 |
| | | Tag# 3 : AU0911094555    Heat ID: AU0910431601    Pieces: 54 | | 5,061 |
| | | Tag# 4 : AU0911094556    Heat ID: AU0910431601    Pieces: 54 | | 5,061 |
| 2 | 64 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/10<br>CUSTOMER PO# - 32149 | 537502503005730 | 10,200 |
| | | Tag# 5 : AU0911094961    Heat ID: AU0910449702    Pieces: 32 | | 5,100 |
| | | Tag# 6 : AU0911094963    Heat ID: AU0910449702    Pieces: 32 | | 5,100 |
| 3 | 228 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 261295/16<br>CUSTOMER PO# - 32149 | 533752502524460 | 15,264 |
| | | Tag# 7 : AU0911096660    Heat ID: AU0910454901    Pieces: 76 | | 5,088 |
| | | Tag# 8 : AU0911096661    Heat ID: AU0910454901    Pieces: 76 | | 5,088 |
| | | Tag# 9 : AU0911096662    Heat ID: AU0910454901    Pieces: 76 | | 5,088 |
| | | Total Tags: 9 | Total Pieces: 508 | 45,708 |

MUST BE TARPED

BARR TRANSPORTATION CORP.                                       W15-10347

01-19-2010  4:44 PM

**NUCOR**
NUCOR STEEL AUBURN, INC.

Invoice No: **123564**
Invoice Date: 01/27/2010

Page: 1

*Discount does not apply to freight charges.*
A discount in the amount of  $89.38  is available if your check for payment in full for this invoice is postmarked on or before *February 6, 2010.*

Please Remit To:    NBMG-03    Oct 20, 2008
Lockbox #6811 - PO Box 8500
PHILADELPHIA, PA 19178-6811 USA

Sold To: 13870
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

Ship To: 001
MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373494 | | Y1/122851 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W19-10343 | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|

01  3/8x3-1/2" Flat 21'  A572 Gr50 TY2           20,444 LBS    $38.750 CWT    $7,922.05
    Bundles:  4     Pieces:  218
    Cust PO#: 32149                    Cust Part:                             SO#/Ln: 261295 / 9
              Base Price            $30.850    $6,306.97
              Grade Extra            $1.000      $204.44
              Raw Material Surcharge $6.900    $1,410.64

02  3/4x2-1/2" Flat 25'  A572 Gr50 TY2           10,200 LBS    $40.200 CWT    $4,100.40
    Bundles:  2     Pieces:  64
    Cust PO#: 32149                    Cust Part:                             SO#/Ln: 261295 / 10
              Base Price            $32.300    $3,294.60
              Grade Extra            $1.000      $102.00
              Raw Material Surcharge $6.900      $703.80

03  5/8x2-1/2" Flat 25'  A36/44W                  5,051 LBS    $39.750 CWT    $2,007.77
    Bundles:  1     Pieces:  38
    Cust PO#: 32149                    Cust Part:                             SO#/Ln: 261295 / 13
              Base Price            $32.850    $1,659.25
              Raw Material Surcharge $6.900      $348.52

04  3/8x2-1/2" Flat 21'  A36/44W                 10,176 LBS    $37.800 CWT    $3,846.53
    Bundles:  2     Pieces:  152
    Cust PO#: 32149                    Cust Part:                             SO#/Ln: 261295 / 16
              Base Price            $30.900    $3,144.39
              Raw Material Surcharge $6.900      $702.14


                Total Weight    45,871     LBS       Line Totals         $17,876.75
                                                     Freight      $1.090    $500.00
        ($0.2500 per mile: 245 miles)                Fuel Surcharge          $61.25
                                                     Tax                      $0.00
        (Total Raw Material Surcharge: $3,165.10)    Invoice Total       $18,438.00

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

TSM7

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
373494 Rev 0

PICKED: 01-27-2010
PRINT: 01-27-2010
SHIP: 01-27-2010

SOLD TO: 000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**

SHIP TO: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122851 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W19-10343 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>  REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE.<br>  TARP IN WINTER.  MUST HAVE 3 X 3 VERT AND HORZ<br>  BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 4 | 218 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER -  261295/9<br>CUSTOMER PO# -   32149<br>Tag# 1  : AU1011004986     Heat ID: AU1010020101<br>Tag# 2  : AU1011004987     Heat ID: AU1010020101<br>Tag# 3  : AU1011005027     Heat ID: AU1010020101<br>Tag# 4  : AU1011005028     Heat ID: AU1010020101 | 533753502525730<br><br><br>Pieces:        54<br>Pieces:        54<br>Pieces:        50<br>Pieces:        60 | 20,444<br><br><br>5,064<br>5,064<br>4,689<br>5,627 |
| 2 | 64 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER -  261295/10<br>CUSTOMER PO# -   32149<br>Tag# 5  : AU0911094975     Heat ID: AU0910449601<br>Tag# 6  : AU0911094965     Heat ID: AU0910449702 | 537502503005730<br><br><br>Pieces:        32<br>Pieces:        32 | 10,200<br><br><br>5,100<br>5,100 |
| 1 | 38 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER -  261295/13<br>CUSTOMER PO# -   32149<br>Tag# 7  : AU1011005260     Heat ID: AU1010019201 | 536252503004460<br><br><br>Pieces:        38 | 5,051<br><br><br>5,051 |
| 2 | 152 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER -  261295/16<br>CUSTOMER PO# -   32149<br>Tag# 8  : AU0911096659     Heat ID: AU0910454901<br>Tag# 9  : AU0911096656     Heat ID: AU0910455002 | 533752502524460<br><br><br>Pieces:        76<br>Pieces:        76 | 10,176<br><br><br>5,088<br>5,088 |
| | | Total Tags:    9 | Total Pieces:   472 | 45,871 |

MUST BE TARPED

BARR TRANSPORTATION CORP.
01-27-2010  8:39 PM

W19-10343