IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al., | ) | CASE NO. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF RECLAMATION DEMAND OF NUCOR STEEL AUBURN, INC.

PLEASE TAKE NOTICE that, by and through its undersigned counsel, Nucor Steel

Auburn, Inc. ("Nucor"), hereby files this notice of delivery of a written demand, pursuant to

sections 503 and 546 of title 11 of the United States Code and applicable non-bankruptcy law, on

Morgan's Welding, Inc. (the "Debtor"), a debtor-in-possession whose case is to be jointly

administered along with the cases of the above-captioned debtors and debtors-in-possession, to

reclaim certain assets (the "Goods") that are subject to reclamation.  The Goods were sold in the

ordinary course of Nucor's business and delivered on credit terms to, and received by, the Debtor

during the 45 days prior to the filing of the Debtor's bankruptcy case. Nucor believes that the

Debtor was insolvent at the time it received delivery of the Goods. Nucor attaches as Exhibit A

and incorporates by reference herein a copy of its formal reclamation demand letter dated February

22, 2010, which has been delivered to the Debtor.  Nucor hereby reserves all rights and interests

with respect to the Goods

Dated: February 22, 2010

Respectfully Submitted:

Moore & Van Allen PLLC

By: /s/ Luis M. Lluberas-Oliver
Luis M. Lluberas-Oliver (NC SBN 38320)
100 North Tryon Street, Floor 47
Charlotte, North Carolina 2820
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al., | ) | CASE NO. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, as of February 22, 2010, I caused a copy of the NOTICE OF
RECLAMATION DEMAND OF NUCOR STEEL AUBURN, INC. to be served on the individuals
listed below as noted.

Luis M. Lluberas-Oliver

VIA OVERNIGHT DELIVERY, (With Enclosure)
        U.S. Bankruptcy Court
        District of Delaware
        Clerk of Courts
        824 North Market Street
        3rd Floor
        Wilmington, Delaware 19801

VIA FIRST-CLASS MAIL, POSTAGE PREPAID (With Enclosure)
        Edmon L. Morton
        Young, Conaway, Stargatt & Taylor
        The Brandywine Bldg.
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899

        Office of the United States Trustee for the District of Delaware
        Thomas P. Tinker
        844 King Street, Room 2207
        Lockbox #35
        Wilmington, DE 19899-0035

# EXHIBIT A

**Moore&VanAllen**

February 22, 2010

Luis Lluberas-Oliver
Attorney at Law

T 704 331 3548
F 704 409 5675
luislluberas@mvalaw.com

Moore & Van Allen PLLC

Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003

**VIA FACSIMILE AND OVERNIGHT DELIVERY**

Morgan's Welding, Inc.
1941 Camp Swatara Road
Myerstown, PA 17067
Attention: Mr. Marlin Doutrich
Facsimile: (717) 933-5508

**RE:    Notice and Demand Nucor Steel Auburn, Inc.; In re Neenah Enterprises, Inc., et al., Case No. 10-10360 (MFW) (Jointly Administered)**

Dear Mr. Doutrich:

This firm has been retained by Nucor Steel Auburn, Inc. ("Nucor") with respect to certain indebtedness owed by Morgan's Welding, Inc. (the "Debtor") to Nucor. We have been informed that the Debtor received goods on credit from Nucor while insolvent.

Pursuant to the provisions of Section 546(c)(1) of chapter 11 of the United States Code ("Bankruptcy Code") and, to the extent applicable, Section 2-702(2) of the Uniform Commercial Code (the "UCC"), Nucor hereby reclaims the goods shipped by Nucor to the Debtor that were received by the Debtor within the 45 day period immediately preceding the filing of the Debtor's bankruptcy petition (the "Reclaimed Goods"). The Reclaimed Goods were shipped by Nucor to the Debtor under the following invoice numbers, copies of which are attached hereto (along with the corresponding bills of lading):

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| 122556 | 1/04/10 | $ 17,901.47 |
| 122670 | 1/06/10 | $ 18,021.65 |
| 122857 | 1/11/10 | $ 17,967.23 |
| 123091 | 1/18/10 | $ 18,124.87 |
| 123201 | 1/19/10 | $ 18,274.21 |
| 123564 | 1/27/10 | $ 18,438.00 |
| **TOTAL** | | **$108,727.43** |

Nucor hereby demands that the Debtor identify and segregate the Reclaimed Goods and that the Debtor refrain from using the Reclaimed Goods pending the return of the Reclaimed Goods to Nucor or until this matter has been otherwise resolved. If the Debtor's records of the property received from Nucor during the applicable periods are different, please promptly provide an accounting within 10 days. Otherwise, we will assume that the above list properly identifies the Reclaimed Goods received by the

Debtor during the applicable periods and that all of the Reclaimed Goods are in the Debtor's possession and have been identified and segregated.

In accordance with the provisions of Section 546(c)(1) of the Bankruptcy Code and 2-702(2) of the UCC, Nucor requests that the Debtor return the Reclaimed Goods to Nucor. Nucor reserves all rights and remedies available to it under applicable law.

Please contact the undersigned or Ron Kessel, Controller at Nucor Auburn, Inc. (315-253-4561) to discuss the return of the goods to Nucor and any questions or suggestions you might have regarding these matters.

Very truly yours,

Moore & Van Allen PLLC

Luis M. Lluberas-Oliver

Enclosures

cc:

U.S. Bankruptcy Court
District of Delaware
Clerk of Courts
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Edmon L. Morton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Office of the United States Trustee for the District of Delaware
Thomas P. Tinker
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

# NUCOR
**NUCOR STEEL AUBURN, INC.**

**Invoice No: 122556**
**Invoice Date: 01/04/2010**

**Page: 1**

**Discount does not apply to freight charges.**
A discount in the amount of     **$86.75**     is available
if your check for payment in full for this invoice is
postmarked on or before *January 14, 2010.*

**Please Remit To:**        NBMG-05        Oct 28, 2008

Lockbox #6811  -  PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

**Sold To:  13870**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

**Ship To:  001**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (incoterms 2000) loaded | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372493 | | Y1/121765 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | | Routing |
|---|---|---|---|
| BARR TRANSPORTATION CORP. | W11    953 | | |

| Ln Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|
| 01 3/8x3-1/2" Flat 21' A572 Gr50 TY2 | 14,901 LBS | $38.750 CWT | $5,774.14 |
|     Bundles: 3    Pieces: 159 | | | |
|     Cust PO#: 32149     Cust Part: | | | SO#/Ln: 261295 / 9 |
|         Base Price    $30.850 | $4,596.96 | | |
|         Grade Extra    $1.000 | $149.01 | | |
|         Raw Material Surcharge  $6.900 | $1,028.17 | | |
| 02 3/4x2-1/2" Flat 25' A572 Gr50 TY2 | 5,100 LBS | $40.200 CWT | $2,050.20 |
|     Bundles: 1    Pieces: 32 | | | |
|     Cust PO#: 32149     Cust Part: | | | SO#/Ln: 261295 / 10 |
|         Base Price    $32.300 | $1,647.30 | | |
|         Grade Extra    $1.000 | $51.00 | | |
|         Raw Material Surcharge  $6.900 | $351.90 | | |
| 03 1/2x2-1/2" Flat 21' A36/44W | 9,996 LBS | $37.800 CWT | $3,778.49 |
|     Bundles: 2    Pieces: 112 | | | |
|     Cust PO#: 32149     Cust Part: | | | SO#/Ln: 261295 / 12 |
|         Base Price    $30.900 | $3,088.77 | | |
|         Raw Material Surcharge  $6.900 | $689.72 | | |
| 04 5/8x2-1/2" Flat 25' A36/44W | 4,782 LBS | $39.750 CWT | $1,900.85 |
|     Bundles: 1    Pieces: 36 | | | |
|     Cust PO#: 32149     Cust Part: | | | SO#/Ln: 261295 / 13 |
|         Base Price    $32.850 | $1,570.89 | | |
|         Raw Material Surcharge  $6.900 | $329.96 | | |
| 05 3/8x2-1/2" Flat 21' A36/44W | 10,176 LBS | $37.800 CWT | $3,846.53 |
|     Bundles: 2    Pieces: 152 | | | |
|     Cust PO#: 32149     Cust Part: | | | SO#/Ln: 261295 / 16 |
|         Base Price    $30.900 | $3,144.39 | | |
|         Raw Material Surcharge  $6.900 | $702.14 | | |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO

## CUSTOMER ORIGINAL INVOICE
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **122556**
Invoice Date: 01/04/2010

Page: **2**

**Discount does not apply to freight charges.**
A discount in the amount of **$86.75** is available
if your check for payment in full for this invoice is
postmarked on or before *January 14, 2010.*

Please Remit To:

Oct 20, 2008

Lockbox #6811 - PO Box 8500
PHILADELPHIA, PA 19178-6811 USA

Sold To: 13870

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

Ship To: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | | Ship Mode |
|---|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372493 | | Y1/121765 | Prepaid | | Std Length Truck |
| **Carrier** | | Car/Trailer Number | | | Routing | |
| BARR TRANSPORTATION CORP. | | W11  953 | | | | |

| Ln | Description | Weight | Unit | Price | Unit | $ Amount |
|---|---|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| Total Weight | 44,955 | LBS  Line Totals | $17,350.21 |
| ($0.2500 per mile:245 miles) | | Freight | $490.01 |
| | | Fuel Surcharge  $1.090 | $61.25 |
| (Total Raw Material Surcharge: $3,101.89) | | Tax | $0.00 |
| | | Invoice Total | $17,901.47 |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

7507

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
**372493 Rev 0**

PICKED: 01-04-2010
PRINT: 01-04-2010
SHIP: 01-04-2010

**MUST BE TARPED**

SOLD TO:    000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

SHIP TO:    001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121765 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W11  953 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>  REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE<br>TARP IN WINTER.  MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 3 | 159 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER -  261295/9<br>CUSTOMER PO# -   32149 | 533753502525730 | 14,901 |
| | | Tag# 1  :  AU0911094561         Heat ID:   AU0910431501<br>Tag# 2  :  AU0911094562         Heat ID:   AU0910431501<br>Tag# 3  :  AU0911094563         Heat ID:   AU0910431501 | Pieces:        53<br>Pieces:        53<br>Pieces:        53 | 4,967<br>4,967<br>4,967 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER -  261295/10<br>CUSTOMER PO# -   32149 | 537502503005730 | 5,100 |
| | | Tag# 4  :  AU0911094981         Heat ID:   AU0910449601 | Pieces:        32 | 5,100 |
| 2 | 112 | 1/2x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER -  261295/12<br>CUSTOMER PO# -   32149 | 535002502524460 | 9,996 |
| | | Tag# 5  :  AU0911096532         Heat ID:   AU0910454201<br>Tag# 6  :  AU0911096534         Heat ID:   AU0910454201 | Pieces:        56<br>Pieces:        56 | 4,998<br>4,998 |
| 1 | 36 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER -  261295/13<br>CUSTOMER PO# -   32149 | 536252503004460 | 4,782 |
| | | Tag# 7  :  AU0911095061         Heat ID:   AU0910438802 | Pieces:        36 | 4,782 |
| 2 | 152 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER -  261295/16<br>CUSTOMER PO# -   32149 | 533752502524460 | 10,176 |
| | | Tag# 8  :  AU0911096663         Heat ID:   AU0910454901 | Pieces:        76 | 5,088 |

MUST BE TARPED

BARR TRANSPORTATION CORP.

01-04-2010 3:02 PM

W11  953

# STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
**BAR MILL GROUP**
**NUCOR STEEL AUBURN, INC.**

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY  13021
315-253-4561

Page:  2  of

Bill of Lading No.:
372493  Rev 0

PICKED: 01-04-2010
PRINT: 01-04-2010
SHIP: 01-04-2010

SOLD TO:   000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**

SHIP TO:   001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

Subject to section 7 of conditions, of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

Signature of Consignor,

Liabil: Ins: terms: 20501 waived

If charges are to be prepaid write "To be prepaid" here

**To Be Prepaid**

Bar X, _____
body in prepayment of the charges on the property transported herein.

Agent or Carrier.

Per: _____
The signature here acknowledges only the amount prepaid.

Freight Mode: Std Length Truck

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | | WEIGHT |
|---|---|---|---|---|---|
| | | Tag# 9 : AU0911096664    Heat ID: AU0910454901 | Pieces: | 76 | 5,088 |
| | | | | | |
| | | Total Tags:    8 | Total Pieces: | 491 | 44,955 |

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121765 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W11  953 | |

**MUST BE TARPED**

BARR TRANSPORTATION CORP.

01-04-2010 3:02 PM                                                      W11  953

# NUCOR
### NUCOR STEEL AUBURN, INC.

**Invoice No: 122670**
**Invoice Date: 01/06/2010**

**Page: 1**

**Discount does not apply to freight charges.**
A discount in the amount of **$87.35** is available if your check for payment in full for this invoice is postmarked on or before *January 16, 2010.*

Please Remit To:

NBMG-03     Oct 20. 2008

Lockbox #6811   -  PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To: 13870

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

Ship To:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded | Whse/Load No | Ship Terms | | Ship Mode |
|---|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372604 | | Y1/121833 | Prepaid | | Std Length Truck |

| Carrier | | Car/Trailer Number | | Routing | |
|---|---|---|---|---|---|
| C & M TRANSPORT COMPANY- | | W14    104A | | | |

| Ln Description | Weight | Unit | Price | Unit | $ Amount |
|---|---|---|---|---|---|
| 01 3/8x3-1/2" Flat 21' A572 Gr50 TY2 | 9,934 LBS | | $38.750 | CWT | $3,849.43 |
| Bundles: 2    Pieces: 106 | | | | | |
| Cust PO#: 32149 | | Cust Part: | | | SO#/Ln: 261295 / 9 |
| Base Price | | $30.850 | $3,064.64 | | |
| Grade Extra | | $1.000 | $99.34 | | |
| Raw Material Surcharge | | $6.900 | $685.45 | | |
| 02 3/4x2-1/2" Flat 25' A572 Gr50 TY2 | 5,100 LBS | | $40.200 | CWT | $2,050.20 |
| Bundles: 1    Pieces: 32 | | | | | |
| Cust PO#: 32149 | | Cust Part: | | | SO#/Ln: 261295 / 10 |
| Base Price | | $32.300 | $1,647.30 | | |
| Grade Extra | | $1.000 | $51.00 | | |
| Raw Material Surcharge | | $6.900 | $351.90 | | |
| 03 5/8x2-1/2" Flat 25' A36/44W | 9,564 LBS | | $39.750 | CWT | $3,801.69 |
| Bundles: 2    Pieces: 72 | | | | | |
| Cust PO#: 32149 | | Cust Part: | | | SO#/Ln: 261295 / 13 |
| Base Price | | $32.850 | $3,141.77 | | |
| Raw Material Surcharge | | $6.900 | $659.92 | | |
| 04 3/8x2-1/2" Flat 21' A36/44W | 15,264 LBS | | $37.800 | CWT | $5,769.79 |
| Bundles: 3    Pieces: 228 | | | | | |
| Cust PO#: 32357 | | Cust Part: | | | SO#/Ln: 263814 / 1 |
| Base Price | | $30.900 | $4,716.57 | | |
| Raw Material Surcharge | | $6.900 | $1,053.22 | | |
| 05. 3/4x2-1/2" Flat 25' A36/44W | 5,100 LBS | | $39.200 | CWT | $1,999.20 |
| Bundles: 1    Pieces: 32 | | | | | |
| Cust PO#: 32357 | | Cust Part: 3 | | | SO#/Ln: 263814 / 4 |
| Base Price | | $32.300 | $1,647.30 | | |
| Raw Material Surcharge | | $6.900 | $351.90 | | |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

# NUCOR

**NUCOR STEEL AUBURN, INC.**

**Invoice No: 122670**
**Invoice Date: 01/08/2010**

Page: 2

**Discount does not apply to freight charges.**
A discount in the amount of **$87.35** is available
if your check for payment in full for this invoice is
postmarked on or before *January 16, 2010.*

**Please Remit To:**

Oct 20, 2008

Lockbox #6811  -  PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To: 13870

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

Ship To: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | | Ship Mode |
|---|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372604 | | Y1/121833 | Prepaid | | Std Length Truck |

| Carrier | | Car/Trailer Number | | Routing | |
|---|---|---|---|---|---|
| C & M TRANSPORT COMPANY- | | W14    104A | | | |

| Ln | Description | Weight | Unit | Price | Unit | $ Amount |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Weight | 44,962 | LBS | Line Totals | | $17,470.31 |
| | | Freight | $1.090 | | $490.09 |
| ($0.2500 per mile:245 miles) | | Fuel Surcharge | | | $61.25 |
| | | Tax | | | $0.00 |
| (Total Raw Material Surcharge: | $3,102.39) | Invoice Total | | | $18,021.65 |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
*BAR MILL GROUP*
*NUCOR STEEL AUBURN, INC.*

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

**Bill of Lading No.:**
372604 Rev 0

PICKED: 01-06-2010
PRINT: 01-06-2010
SHIP: 01-06-2010

SOLD TO:   000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO:   001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121833 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | | ROUTING |
|---|---|---|---|
| C & M TRANSPORT COMPANY- | W14 | 104A | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>REC. HOURS 7AM TO 3PM; FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER. MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 2 | 106 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/9<br>CUSTOMER PO# - 32149<br>Tag# 1 : AU0911094564      Heat ID: AU0910431501    Pieces:    53<br>Tag# 2 : AU0911094565      Heat ID: AU0910431501    Pieces:    53 | 533753502525730 | 9,934<br>4,967<br>4,967 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/10<br>CUSTOMER PO# - 32149<br>Tag# 3 : AU0911094979      Heat ID: AU0910449601    Pieces:    32 | 537502503005730 | 5,100<br>5,100 |
| 2 | 72 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER - 261295/13<br>CUSTOMER PO# - 32149<br>Tag# 4 : AU0911095059      Heat ID: AU0910438802    Pieces:    36<br>Tag# 5 : AU0911095060      Heat ID: AU0910438802    Pieces:    36 | 536252503004460 | 9,564<br>4,782<br>4,782 |
| 3 | 228 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 263814/1<br>CUSTOMER PO# - 32357<br>Tag# 6 : AU0911096665      Heat ID: AU0910454901    Pieces:    76<br>Tag# 7 : AU0911096667      Heat ID: AU0910454901    Pieces:    76<br>Tag# 8 : AU0911096668      Heat ID: AU0910454901    Pieces:    76 | 533752502524460 | 15,264<br>5,088<br>5,088<br>5,088 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER - 263814/4<br>CUSTOMER PO# - 32357 | 537502503004460 | 5,100 |

**MUST BE TARPED**

*[signature]*

**C & M TRANSPORT COMPANY·**

01-06-2010 2:59 PM

W14    104A

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 2 of

**Bill of Lading No.:**
372604 Rev 0

PICKED: 01-06-2010
PRINT: 01-06-2010
SHIP: 01-06-2010

SOLD TO:  000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**
SHIP TO:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 121833 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| C & M TRANSPORT COMPANY- | W14    104A | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | CUSTOMER PART#  -   3
Tag# 9  :  AU0911094953     Heat ID:  AU0910438902 | Pieces:    32 | 5,100 |
| | | Total Tags:    9 | Total Pieces:    470 | 44,952 |

**MUST BE TARPED**

C & M TRANSPORT COMPANY-          W14    104A

01-06-2010  2:59 PM

# NUCOR
**NUCOR STEEL AUBURN, INC.**

**Invoice No: 122857**

Invoice Date: 01/11/2010

Page: 1

**Discount does not apply to freight charges.**
A discount in the amount of **$87.06** is available
if your check for payment in full for this invoice is
postmarked on or before *January 21, 2010.*

**Please Remit To:**                    NBMG-03        Oct 20, 2008

Lockbox #6811 - PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To: 13870

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

Ship To: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 372791 | | Y1/122101 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15-976 | |

| Ln | Description | Weight | Unit | Price | Unit | $ Amount |
|---|---|---|---|---|---|---|
| 01 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2 | 5,100 | LBS | $40.200 | CWT | $2,050.20 |
| | Bundles: 1    Pieces: 32 | | | | | |
| | Cust PO#: 32149              Cust Part: | | | | | SO#/Ln: 261295 / 10 |
| | Base Price            $32.300 | | | $1,647.30 | | |
| | Grade Extra           $1.000 | | | $51.00 | | |
| | Raw Material Surcharge  $6.900 | | | $351.90 | | |
| 02 | 1/2x2-1/2" Flat 21' A36/44W | 14,994 | LBS | $37.800 | CWT | $5,667.73 |
| | Bundles: 3    Pieces: 168 | | | | | |
| | Cust PO#: 32149              Cust Part: | | | | | SO#/Ln: 261295 / 12 |
| | Base Price            $30.900 | | | $4,633.14 | | |
| | Raw Material Surcharge  $6.900 | | | $1,034.59 | | |
| 03 | 3/8x2-1/2" Flat 21' A36/44W | 5,088 | LBS | $37.800 | CWT | $1,923.26 |
| | Bundles: 1    Pieces: 76 | | | | | |
| | Cust PO#: 32357              Cust Part: | | | | | SO#/Ln: 263814 / 1 |
| | Base Price            $30.900 | | | $1,572.19 | | |
| | Raw Material Surcharge  $6.900 | | | $351.07 | | |
| 04 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2 | 20,056 | LBS | $38.750 | CWT | $7,771.70 |
| | Bundles: 4    Pieces: 214 | | | | | |
| | Cust PO#: 32357              Cust Part: | | | | | SO#/Ln: 263814 / 6 |
| | Base Price            $30.850 | | | $6,187.28 | | |
| | Grade Extra           $1.000 | | | $200.56 | | |
| | Raw Material Surcharge  $6.900 | | | $1,383.86 | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Weight | 45,238 | LBS | Line Totals | | $17,412.89 |
| | | | Freight | $1.090 | $493.09 |
| ($0.2500 per mile;245 miles) | | | Fuel Surcharge | | $61.25 |
| | | | Tax | | $0.00 |
| (Total Raw Material Surcharge: $3,121.42) | | | Invoice Total | | $17,967.23 |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE IN SIZE OR ATTACHED HERETO

## CUSTOMER ORIGINAL INVOICE
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

TUMT

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
*BAR MILL GROUP*
*NUCOR STEEL AUBURN, INC.*

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
372791 Rev 0

PICKED: 01-11-2010
PRINT: 01-11-2010
SHIP: 01-11-2010

**MUST BE TARPED**

SOLD TO:  000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

SHIP TO:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

Freight Mode: Std Length Truck    To Be Prepaid

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122101 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15-976 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | **SPECIAL INSTRUCTIONS**<br>REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER.  MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/10<br>CUSTOMER PO# - 32149 | 537502503005730 | 5,100 |
| | | Tag# 1 : AU0911094978     Heat ID: AU0910449601   Pieces:   32 | | 5,100 |
| 3 | 168 | 1/2x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 261295/12<br>CUSTOMER PO# - 32149 | 535002502524460 | 14,994 |
| | | Tag# 2 : AU0911096531   Heat ID: AU0910454201   Pieces:   56 | | 4,998 |
| | | Tag# 3 : AU0911096541   Heat ID: AU0910454201   Pieces:   56 | | 4,998 |
| | | Tag# 4 : AU0911096542   Heat ID: AU0910454201   Pieces:   56 | | 4,998 |
| 1 | 76 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 263814/1<br>CUSTOMER PO# - 32357 | 533752502524460 | 5,088 |
| | | Tag# 5 : AU0911096666   Heat ID: AU0910454901   Pieces:   76 | | 5,088 |
| 4 | 214 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER - 263814/6<br>CUSTOMER PO# - 32357 | 533753502525730 | 20,056 |
| | | Tag# 6 : AU0911094557   Heat ID: AU0910431601   Pieces:   54 | | 5,061 |
| | | Tag# 7 : AU0911094558   Heat ID: AU0910431601   Pieces:   54 | | 5,061 |
| | | Tag# 8 : AU0911094589   Heat ID: AU0910431601   Pieces:   53 | | 4,967 |
| | | Tag# 9 : AU0911094590   Heat ID: AU0910431601   Pieces:   53 | | 4,967 |
| | | Total Tags:   9 | Total Pieces:   490 | 45,238 |

**MUST BE TARPED**

BARR TRANSPORTATION CORP.                               W15-976

01-11-2010 7:14 PM

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **123091**
Invoice Date: **01/18/2010**

Page: **1**

***Discount does not apply to freight charges.***
A discount in the amount of **$87.85** is available
if your check for payment in full for this invoice is
postmarked on or before *January 28, 2010*.

**Please Remit To:**     NBMG-03     Oct 20, 2008

Lockbox #6811  -  PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

**Sold To: 13870**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

**Ship To:  001**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373027 | | Y1/122355 | Prepaid | Std Length Truck |

| Carrier | | Car/Trailer Number | | Routing | |
|---|---|---|---|---|---|
| BARR TRANSPORTATION CORP. | | W15    10347 | | | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|
| 01 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>Bundles: 3    Pieces: 162<br>Cust PO#: 32149 | 15,183 LBS | $38.750 CWT | $5,883.41 |
| | Cust Part: | | | SO#/Ln: 261295 / 9 |
| | Base Price    $30.850 | | $4,683.95 | |
| | Grade Extra    $1.000 | | $151.83 | |
| | Raw Material Surcharge    $6.900 | | $1,047.63 | |
| 02 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>Bundles: 1    Pieces: 32<br>Cust PO#: 32149 | 5,100 LBS | $40.200 CWT | $2,050.20 |
| | Cust Part: | | | SO#/Ln: 261295 / 10 |
| | Base Price    $32.300 | | $1,647.30 | |
| | Grade Extra    $1.000 | | $51.00 | |
| | Raw Material Surcharge    $6.900 | | $351.90 | |
| 03 | 3/4x2-1/2" Flat 25' A36/44W<br>Bundles: 1    Pieces: 32<br>Cust PO#: 32149 | 5,100 LBS | $39.200 CWT | $1,999.20 |
| | Cust Part: | | | SO#/Ln: 261295 / 14 |
| | Base Price    $32.300 | | $1,647.30 | |
| | Raw Material Surcharge    $6.900 | | $351.90 | |
| 04 | 3/8x2-1/2" Flat 21' A36/44W<br>Bundles: 2    Pieces: 152<br>Cust PO#: 32149 | 10,176 LBS | $37.800 CWT | $3,846.53 |
| | Cust Part: | | | SO#/Ln: 261295 / 16 |
| | Base Price    $30.900 | | $3,144.39 | |
| | Raw Material Surcharge    $6.900 | | $702.14 | |
| 05 | 1/2x2-1/2" Flat 21' A36/44W<br>Bundles: 1    Pieces: 56<br>Cust PO#: 32357 | 4,998 LBS | $37.800 CWT | $1,889.24 |
| | Cust Part: | | | SO#/Ln: 263814 / 2 |
| | Base Price    $30.900 | | $1,544.38 | |
| | Raw Material Surcharge    $6.900 | | $344.86 | |
| 06 | 5/8x2-1/2" Flat 25' A36/44W<br>Bundles: 1    Pieces: 36<br>Cust PO#: 32357 | 4,782 LBS | $39.750 CWT | $1,900.85 |
| | Cust Part: | | | SO#/Ln: 263814 / 3 |
| | Base Price    $32.850 | | $1,570.89 | |
| | Raw Material Surcharge    $6.900 | | $329.96 | |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO

## CUSTOMER ORIGINAL INVOICE
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

759//

# NUCOR
**NUCOR STEEL AUBURN, INC.**

Invoice No: **123091**
Invoice Date: 01/18/2010

Page: 2

**Discount does not apply to freight charges.**
A discount in the amount of **$87.85** is available
if your check for payment in full for this invoice is
postmarked on or before *January 28, 2010.*

**Please Remit To:**                                      Oct 20, 2008

Lockbox #6811  -  PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

**Sold To:  13870**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000

**Ship To:  001**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373027 | | Y1/122355 | Prepaid | Std Length Truck |

| Carrier | | | Car/Trailer Number | Routing | |
|---|---|---|---|---|---|
| BARR TRANSPORTATION CORP. | | | W15    10347 | | |

| Ln | Description | | | Weight | Unit | Price | Unit | $ Amount |
|---|---|---|---|---|---|---|---|---|

Total Weight    45,339        LBS    Line Totals        $17,569.43

($0.2500 per mile:245 miles)    Freight    $1.090    $494.19
                                Fuel Surcharge        $61.25
(Total Raw Material Surcharge:  $3,128.39)    Tax        $0.00
                                Invoice Total    .    $18,124.87

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER  ORIGINAL  INVOICE

The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

7SM7

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
*BAR MILL GROUP*
*NUCOR STEEL AUBURN, INC.*

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

Bill of Lading No.:
373027 Rev 0

PICKED: 01-18-2010
PRINT: 01-18-2010
SHIP: 01-18-2010

**MUST BE TARPED**

SOLD TO  000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

SHIP TO:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

To Be Prepaid

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122355 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15   10347 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>  REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE.<br>  TARP IN WINTER.  MUST HAVE 3 X 3 VERT AND HORZ<br>  BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 3 | 162 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/9<br>CUSTOMER PO# - 32149<br>Tag# 1 : AU0911094551    Heat ID: AU0910431601<br>Tag# 2 : AU0911094559    Heat ID: AU0910431601<br>Tag# 3 : AU0911094560    Heat ID: AU0910431601 | 533753502525730<br><br><br>Pieces:  54<br>Pieces:  54<br>Pieces:  54 | 15,183<br><br><br>5,061<br>5,061<br>5,061 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/10<br>CUSTOMER PO# - 32149<br>Tag# 4 : AU0911094960    Heat ID: AU0910449702 | 537502503005730<br><br><br>Pieces:  32 | 5,100<br><br><br>5,100 |
| 1 | 32 | 3/4x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER - 261295/14<br>CUSTOMER PO# - 32149<br>Tag# 5 : AU0911094952    Heat ID: AU0910438902 | 537502503004460<br><br><br>Pieces:  32 | 5,100<br><br><br>5,100 |
| 2 | 152 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 261295/16<br>CUSTOMER PO# - 32149<br>Tag# 6 : AU0911096657    Heat ID: AU0910454901<br>Tag# 7 : AU0911096658    Heat ID: AU0910454901 | 533752502524460<br><br><br>Pieces:  76<br>Pieces:  76 | 10,176<br><br><br>5,088<br>5,088 |
| 1 | 56 | 1/2x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 263814/2<br>CUSTOMER PO# - 32357<br>Tag# 8 : AU0911096539    Heat ID: AU0910454201 | 535002502524460<br><br><br>Pieces:  56 | 4,998<br><br><br>4,998 |

**MUST BE TARPED**

BARR TRANSPORTATION CORP.                               W15   10347
01-18-2010 1:23 PM

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BARR MILL GROUP
NUCOR STEEL AUBURN, INC.

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY 13021
315-253-4561

**Page: 2 of**

**Bill of Lading No.:**
373027 Rev 0

PICKED: 01-18-2010
PRINT: 01-18-2010
SHIP: 01-18-2010

**MUST BE TARPED**

SOLD TO: 000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000
(717) 933-5255

SHIP TO: 001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067
(717) 933-5255

Freight Mode: Std Length Truck

To Be Prepaid

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122355 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | | ROUTING |
|---|---|---|---|
| BARR TRANSPORTATION CORP. | W15 | 10347 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| 1 | 36 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER = 263814/3<br>CUSTOMER PO# = 32357<br>Tag# 9 : AU0911095058     Heat ID: AU0910438802 | 536252503004460<br><br>Pieces:     36 | 4,782<br><br>4,782 |
| | | Total Tags:     9 | Total Pieces:     470 | 45,339 |

MUST BE TARPED

BARR TRANSPORTATION CORP.                                    W15    10347

01-18-2010 1:23 PM

NEANG-03 September 1, 2008

# NUCOR
**NUCOR STEEL AUBURN, INC.**

**Invoice No: 123201**
**Invoice Date: 01/19/2010**

**Page: 1**

***Discount does not apply to freight charges.***
A discount in the amount of **$88.57** is available
if your check for payment in full for this invoice is
postmarked on or before *January 29, 2010.*

**Please Remit To:**   NBMG-03   Oct 20, 2008

Lockbox #6811 - PO Box 8500
PHILADELPHIA, PA 19178-6811 USA

**Sold To: 13870**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

**Ship To: 001**

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373137 | | Y1/122449 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15-10347 | |

| Ln | Description | Weight / Unit | Price Unit | $ Amount |
|---|---|---|---|---|
| 01 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2 | 20,244 LBS | $38.750 CWT | $7,844.55 |
| | Bundles: 4    Pieces: 216 | | | |
| | Cust PO#: 32149    Cust Part: | | | SO#/Ln: 261295 / 9 |
| | Base Price    $30.850 | | $6,245.27 | |
| | Grade Extra    $1.000 | | $202.44 | |
| | Raw Material Surcharge  $6.900 | | $1,396.84 | |
| 02 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2 | 10,200 LBS | $40.200 CWT | $4,100.40 |
| | Bundles: 2    Pieces: 64 | | | |
| | Cust PO#: 32149    Cust Part: | | | SO#/Ln: 261295 / 10 |
| | Base Price    $32.300 | | $3,294.60 | |
| | Grade Extra    $1.000 | | $102.00 | |
| | Raw Material Surcharge  $6.900 | | $703.80 | |
| 03 | 3/8x2-1/2" Flat 21' A36/44W | 15,264 LBS | $37.800 CWT | $5,769.79 |
| | Bundles: 3    Pieces: 228 | | | |
| | Cust PO#: 32149    Cust Part: | | | SO#/Ln: 261295 / 16 |
| | Base Price    $30.900 | | $4,716.57 | |
| | Raw Material Surcharge  $6.900 | | $1,053.22 | |

|  | | | |
|---|---|---|---|
| Total Weight    45,708    LBS | Line Totals | | $17,714.74 |
| | Freight | $1.090 | $498.22 |
| (30.2500 per mile;245 miles) | Fuel Surcharge | | $61.25 |
| | Tax | | $0.00 |
| (Total Raw Material Surcharge:  $3,153.86) | Invoice Total | | $18,274.21 |

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HEREBY.

## CUSTOMER ORIGINAL INVOICE
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

T5M7

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
BAR MILL GROUP
NUCOR STEEL AUBURN, INC.

**Nucor Steel - Auburn**
25 Quarry Road
Auburn, NY 13021
315-253-4561

Page: 1 of

**Bill of Lading No.:**
373137  Rev 0

PICKED: 01-19-2010
PRINT: 01-19-2010
SHIP: 01-19-2010

SOLD TO:  000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

**MUST BE TARPED**

SHIP TO:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

Subject to section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. _____
— Signature or Consignor —
It NW Insurance 2000 lessee.
If charges are to be prepaid, write "To be prepaid" here _____
**To Be Prepaid**

Rev. $ _____ to
apply in prepayment of the charges on the property described herein.

— Agent or Carrier —

Per _____
(The signature here acknowledges only the amount prepaid.)

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122449 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W15-10347 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | **SPECIAL INSTRUCTIONS**<br>REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE.<br>TARP IN WINTER. MUST HAVE 3 X 3 VERT AND HORZ<br>BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 4 | 216 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER -  261295/9<br>CUSTOMER PO# -  32149 | 533753502525730 | 20,244 |
| | | Tag# 1  :  AU0911094552    Heat ID:  AU0910431601<br>Tag# 2  :  AU0911094553    Heat ID:  AU0910431601<br>Tag# 3  :  AU0911094555    Heat ID:  AU0910431601<br>Tag# 4  :  AU0911094556    Heat ID:  AU0910431601 | Pieces:      54<br>Pieces:      54<br>Pieces:      54<br>Pieces:      54 | 5,061<br>5,061<br>5,061<br>5,061 |
| 2 | 64 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER -  261295/10<br>CUSTOMER PO# -  32149 | 537502503005730 | 10,200 |
| | | Tag# 5  :  AU0911094961    Heat ID:  AU0910449702<br>Tag# 6  :  AU0911094963    Heat ID:  AU0910449702 | Pieces:      32<br>Pieces:      32 | 5,100<br>5,100 |
| 3 | 228 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER -  261295/16<br>CUSTOMER PO# -  32149 | 533752502524460 | 15,264 |
| | | Tag# 7  :  AU0911096660    Heat ID:  AU0910454901<br>Tag# 8  :  AU0911096661    Heat ID:  AU0910454901<br>Tag# 9  :  AU0911096662    Heat ID:  AU0910454901 | Pieces:      76<br>Pieces:      76<br>Pieces:      76 | 5,088<br>5,088<br>5,088 |
| | | Total Tags:      9 | Total Pieces:    508 | 45,708 |

**MUST BE TARPED**

BARR TRANSPORTATION CORP.                                    W16-10347

01-19-2010  4:44 PM

Received the above described property in apparent good order, except as noted, and in accordance with the conditions and terms of the issue of the bill of lading.

# NUCOR
**NUCOR STEEL AUBURN, INC.**

**Invoice No: 123564**
**Invoice Date: 01/27/2010**

**Page: 1**

*Discount does not apply to freight charges.*
A discount in the amount of    *$89.38*    is available
if your check for payment in full for this invoice is
postmarked on or before *February 6, 2010.*

Please Remit To:                    NBMG-03      Oct 20, 2008

Lockbox #6811  -  PO Box 8500
PHILADELPHIA, PA 19178-6811  USA

Sold To: 13870

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA 17067-0000

Ship To:  001

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA 17067

| Credit Terms | BOL Number | EXW (Incoterms 2000) loaded. | Whse/Load No | Ship Terms | Ship Mode |
|---|---|---|---|---|---|
| 1/2% 10 Days Net 30 | 373494 | | Y1/122851 | Prepaid | Std Length Truck |

| Carrier | Car/Trailer Number | Routing |
|---|---|---|
| BARR TRANSPORTATION CORP. | W19-10343 | |

| Ln | Description | Weight Unit | Price Unit | $ Amount |
|---|---|---|---|---|
| 01 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2 | 20,444 LBS  $38.750 CWT | | $7,922.05 |
| | Bundles: 4    Pieces: 218 | | | |
| | Cust PO#: 32149          Cust Part: | | | SO#/Ln: 261295 / 9 |
| | Base Price          $30.850 | $6,306.97 | | |
| | Grade Extra          $1.000 | $204.44 | | |
| | Raw Material Surcharge  $6.900 | $1,410.64 | | |
| 02 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2 | 10,200 LBS  $40.200 CWT | | $4,100.40 |
| | Bundles: 2    Pieces: 64 | | | |
| | Cust PO#: 32149          Cust Part: | | | SO#/Ln: 261295 / 10 |
| | Base Price          $32.300 | $3,294.60 | | |
| | Grade Extra          $1.000 | $102.00 | | |
| | Raw Material Surcharge  $6.900 | $703.80 | | |
| 03 | 5/8x2-1/2" Flat 25' A36/44W | 5,051 LBS  $39.750 CWT | | $2,007.77 |
| | Bundles: 1    Pieces: 38 | | | |
| | Cust PO#: 32149          Cust Part: | | | SO#/Ln: 261295 / 13 |
| | Base Price          $32.850 | $1,659.25 | | |
| | Raw Material Surcharge  $6.900 | $348.52 | | |
| 04 | 3/8x2-1/2" Flat 21' A36/44W | 10,176 LBS  $37.800 CWT | | $3,846.53 |
| | Bundles: 2    Pieces: 152 | | | |
| | Cust PO#: 32149          Cust Part: | | | SO#/Ln: 261295 / 16 |
| | Base Price          $30.900 | $3,144.39 | | |
| | Raw Material Surcharge  $6.900 | $702.14 | | |

Total Weight     45,871     LBS     Line Totals     $17,876.75

($0.2500 per mile:245 miles)

(Total Raw Material Surcharge:  $3,165.10)

Freight          $1.090          $500.00
Fuel Surcharge                   $61.25
Tax                              $0.00
Invoice Total                    $18,438.00

THIS INVOICE IS SUBJECT TO THE TERMS AND CONDITIONS OF SALE WHICH ARE SET FORTH ABOVE AND ON THE REVERSE SIDE HEREOF OR ATTACHED HERETO.

## CUSTOMER ORIGINAL INVOICE
The goods covered by this invoice were produced in compliance with the Fair Labor Standards Act of 1938 as amended.

75M7

## STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**NUCOR**
*NUCOR STEEL AUBURN, INC.*

Nucor Steel - Auburn
25 Quarry Road
Auburn, NY  13021
315-263-4561

Page:  1  of

Bill of Lading No.:
**373494  Rev 0**

PICKED: 01-27-2010
PRINT: 01-27-2010
SHIP: 01-27-2010

**MUST BE TARPED**

SHIP TO:  001

SOLD TO:  000

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
MEYERSTOWN, PA  17067-0000
(717) 933-5255

MORGAN'S WELDING INC
1941 CAMP SWATARA RD
FRYSTOWN, PA  17067
(717) 933-5255

**To Be Prepaid**

Freight Mode: Std Length Truck

| CUSTOMER NO. | CUSTOMER ORDER NUMBER | OUR ORDER NUMBER | SHIPPER NUMBER | TERMS |
|---|---|---|---|---|
| 13870 | See Below | See Below | Y1 - 122851 | Prepaid |

| SHIP VIA | VEHICLE NUMBER | ROUTING |
|---|---|---|
| BARR TRANSPORTATION CORP. | W19-10343 | |

| NO. OF BUNDS. | NO. OF PIECES | DESCRIPTION | PRODUCT CODE | WEIGHT |
|---|---|---|---|---|
| | | SPECIAL INSTRUCTIONS<br>    REC. HOURS 7AM TO 3PM;  FORKLIFT UNLOAD FROM SIDE.<br>    TARP IN WINTER.  MUST HAVE 3 X 3 VERT AND HORZ<br>    BLOCKING BETWEEN EACH BUNDLE EVERY LOAD | | |
| 4 | 218 | 3/8x3-1/2" Flat 21' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/9<br>CUSTOMER PO# -  32149 | 533753502525730 | 20,444 |
| | | Tag# 1  :  AU1011004986        Heat ID:  AU1010020101      Pieces:       54 | | 5,064 |
| | | Tag# 2  :  AU1011004987 -     Heat ID:  AU1010020101      Pieces:       54 | | 5,064 |
| | | Tag# 3  :  AU1011005027        Heat ID:  AU1010020101      Pieces:       50 | | 4,689 |
| | | Tag# 4  :  AU1011005028        Heat ID:  AU1010020101      Pieces:       60 | | 5,627 |
| 2 | 64 | 3/4x2-1/2" Flat 25' A572 Gr50 TY2<br>OUR ORDER NUMBER - 261295/10<br>CUSTOMER PO# -  32149 | 537502503005730 | 10,200 |
| | | Tag# 5  :  AU0911094975        Heat ID:  AU0910449601      Pieces:       32 | | 5,100 |
| | | Tag# 6  :  AU0911094965        Heat ID:  AU0910449702      Pieces:       32 | | 5,100 |
| 1 | 38 | 5/8x2-1/2" Flat 25' A36/44W<br>OUR ORDER NUMBER - 261295/13<br>CUSTOMER PO# -  32149 | 536252503004460 | 5,051 |
| | | Tag# 7  :  AU1011005260        Heat ID:  AU1010019201      Pieces:       38 | | 5,051 |
| 2 | 152 | 3/8x2-1/2" Flat 21' A36/44W<br>OUR ORDER NUMBER - 261295/16<br>CUSTOMER PO# -  32149 | 533752502524460 | 10,176 |
| | | Tag# 8  :  AU0911096659        Heat ID:  AU0910454901      Pieces:       76 | | 5,088 |
| | | Tag# 9  :  AU0911096656        Heat ID:  AU0910455002      Pieces:       76 | | 5,088 |
| | | Total Tags:     9 | Total Pieces:     472 | 45,071 |

**MUST BE TARPED**

BARR TRANSPORTATION CORP.                                      W19-10343

01-27-2010 8:39 PM