**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
_____
                               )
In re:                         ) Chapter 11
                               )
NEENAH ENTERPRISES, INC.,      ) Case No. 10-10360 (MFW)
et al.,                        ) Jointly Administered
                               )
        Debtors.               ) Re:  Docket Nos. 5, 41, 60 & 93
                               ) Objection Due: 03/02/10 at 4:00 p.m.
                               ) Hearing Date: 03/09/10 at 1:00 p.m.
_____)
```

**JOINDER OF SOUTHERN CALIFORNIA EDISON COMPANY TO OBJECTION OF CERTAIN UTILITY COMPANIES TO MOTION OF THE DEBTORS FOR AN INTERIM ORDER AND A FINAL ORDER PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES, (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

Southern California Edison Company ("SCE"), by its undersigned counsel, hereby joins in the *Objection Of Certain Utility Companies To Motion Of The Debtors For An Interim Order And A Final Order Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment* (the "Objection") [Docket No. 93], and sets forth the following:

**Introduction**

1.   SCE adopts and incorporates by reference herein the

Introduction section set forth in the Objection.

### Procedural Facts

2.  SCE adopts and incorporates by reference herein the Procedural Facts section set forth in the Objection.

### Facts Concerning The Utility Motion

3.  SCE adopts and incorporates by reference herein the facts concerning the Utility Motion set forth in the Objection.

### Facts Concerning SCE

4.  SCE provided the Debtors with utility goods and services prior to the petition date of February 3, 2010.

5.  SCE continues to provide post-petition utility goods and services to the Debtors through five (5) accounts.

6.  The normal billing in a monthly cycle and follow-up procedures and practices for SCE are as follows: Meters are read monthly at intervals of approximately 27 to 33 days.  The meter reading date for each meter normally depends on its geographic location.  The log date for all meters read on any particular day is corrected and processed, and every customer whose meter was read on that day normally receives its bill by first-class mail approximately five to six days following the meter reading date.  Bills are due when rendered, but SCE's tariffs require that each customer be afforded at least 20 days after rendition of the bill to make payment without being considered in default.  Non-payment by a customer of the preceding month's bill is normally not

2

discovered and acted upon until the billing for the current month is in the process of preparation.

7. After discovery of non-payment, the applicable tariffs/regulations require that the normal customer receive at least eight (8) days notice before SCE denies further service by cutting a customer off. Due to the fact that SCE allows about two (2) days in addition to the eight (8) days notice while payment is assumed to be in the mail, as well as the time required to process a disconnection notice, approximately ten (10) days usually lapses between the time SCE issues a written notice to disconnect and the time service is actually cut off. The number of unpaid service days in a situation where a meter is read and billed monthly to the time of disconnection ranges from between 65 to 72 days. Therefore, under ideal circumstances, SCE would be forced to incur significant post-petition debt (more, in fact, than a two month deposit will protect against) before being able to disconnect service.

8. In order to avoid the need to bring witnesses and have lengthy testimony regarding its billing cycles, SCE respectfully requests that this Court, pursuant to Rule 201 of the Federal Rules of Evidence, take judicial notice of its billing cycles. Pursuant to the foregoing request and based on the voluminous size of the applicable documents, SCE is providing the following web-site link to the applicable tariffs and/or state laws,

regulations and/or ordinances (collectively, the "Tariffs"): http://www.sce.com/AboutSCE/Regulatory/tariffbooks/ratespricing/businessrates.htm.

9. Prior to the Petition Date, SCE maintained a deposit on the Debtors' accounts totaling $412,736.52 ($362,815 principal deposit plus $49,921.52 accrued interest in accordance with the Tariffs) that SCE will recoup against the Debtors' prepetition debt pursuant to Section 366(c)(4). SCE estimates that the amount of pre-petition debt owed by the Debtors for the five (5) pre-petition accounts in which SCE provided utility goods and/or services to the Debtors is $77,000.00.

10. Subject to a reservation of SCE's rights to supplement its post-petition deposit request if additional accounts belonging to the Debtors are subsequently identified, SCE's two-month post-petition deposit request for the five (5) identified accounts is $285,810.00 (the "Request").

## Discussion

11. SCE adopts and incorporates by reference herein the legal and factual arguments set forth in the Discussion Section of the Objection.

**WHEREFORE**, and for the foregoing reasons, SCE respectfully requests that this Court enter an order:

(I) Denying the Utility Motion;

(II) Awarding SCE with the post-petition adequate assurance of payment requested herein; and,

(III) Providing such other and further relief as the Court deems just and proper.

Dated: March 2, 2010

McCARTER & ENGLISH, LLP

/s/ *William F. Taylor, Jr.*

_____
William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

And

Russell R. Johnson III
John M. Merritt
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russj4478@aol.com

*Counsel For Southern California Edison Company*