

IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234

Phone: 214-258-4481
FAX: 1-845-432-0869
email: vnamken@us.ibm.com

February 18, 2010

## UNITED STATES BANKRUPTCY COURT
### District of Delaware

RE: Neenah Enterprises Inc               CHAPTER: 11
                                          CASE# 10-10360

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that International Business Machines Credit LLC (ICC), a creditor and party-in-interest herein, hereby appears in the Chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234

INTERNATIONAL BUSINESS MACHINES CORPORATION

BY: /s/ Vicky Namken
Vicky Namken
Bankruptcy Coordinator

TO: Clerk of the Court
    US Bankruptcy Court
    District of Delaware
    Marine Midland Plaza Bldg
    824 Market St
    Wilmington, DE 19801