IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              Chapter 11

NEENAH ENTERPRISES, INC., et al.,[1]                Case No. 10-10360 (MFW)

        Debtors.                                    Jointly Administered

                                                  Ref. Docket Nos.: 13 & 38

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                            ) SS:
NEW CASTLE COUNTY   )

       Elizabeth Taraboletti, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors, in the above captioned matter, and that on the 19th day of February, 2010 she caused a copy of the following to be served in the manner described upon the parties on the attached service list.

1) Application to Employ and Retain Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date [D.I. 81]

2) Application to Employ and Retain Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date [D.I. 82]

3) Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 83]

4) Motion to Authorize the Debtors to Retain, Employ and Compensate Certain Professionals in the Ordinary Course of Business, Nunc Pro Tunc to the Petition Date [D.I. 84]

5) Application to Employ and Retain Ernst & Young LLP as Tax Services Providers to the Debtors, Nunc Pro Tunc to the Petition Date [D.I. 85]

6) Application to Employ and Retain Rothschild Inc. as Financial Advisor and Investment Banker, Nunc Pro Tunc to the Petition Date [D.I. 86]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

DB02:9256079.1                                                                                                                    068347.1001

7) Application to Employ and Retain Huron Consulting Services LLC as Financial Advisors to the Debtors, Nunc Pro Tunc to the Petition Date [D.I. 87]

8) Application to Employ and Retain Mercer (US) Inc. as Compensation Consultant to the Debtors, Nunc Pro Tunc to the Petition Date [D.I. 88]

_____
Elizabeth Taraboletti

SWORN TO AND SUBSCRIBED before me this ___ day of March, 2010.

_____
Notary Public

My commission expires _____

*[Notary Seal: KASSANDRA ANN RIDDLE, MY COMMISSION EXPIRES JULY 10, 2010, NOTARY PUBLIC, STATE OF DELAWARE]*

# 2002 SERVICE LIST

## 2/19/2010

Ronald Barliant, Esq.
Danielle Wildern Juhle, Esq.
David E. Morrison, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Sutie 3700
Chicago, IL 60603
(Bank of America, N.A.)
*First Class Mail*

William J. Barrett, Esq.
Kimberly J. Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
(Tontine Capital Partners, L.P.)
*First Class Mail*

Beau Biden
State of Delaware Attorney General Office
Carvel State Office Building
820 N. French St
Wilmington, DE 19801
*Hand Delivery*

David Boyle, Esq
Airgas, Inc.
259 Radnor Chester Rd., Ste 100
P.O. Box 6675
Radnor, PA 19087-8675
(Airgas)
*First Class Mail*

Susan M. Cook, Esquire
Lambert, Leser, Isackson, Cook & Giunta, P.C.
916 Washington Avenue, Suite 309
Bay City, MI 48708
(Linamar Corporation)
*First Class Mail*

Scott D. Cousins, Esq
Donald J. Detweiler, Esq.
Dennis A. Meloro, Esq.
Greenburg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Daniel J. DeFranceschi
Kristine G. Manoukian, Esq
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Ad Hoc Committee)
*Hand Delivery*

Delaware Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
(Wisconsin Power Electric Company d/b/a WE Energies)
*First Class Mail*

Kristopher Hansen
Erez Gilad, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Ad Hoc Committee)
*First Class Mail*


# 2002 SERVICE LIST

## 2/19/2010

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*First Class Mail*

Susan E. Kaufman, Esq
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899
(United Steelworkers)
*Hand Delivery*

Richard M. Kremen, Esq
Dale K. Cathell, Esq
Jodie Buchman
DLA Piper LLP
6225 Smith Avenue
Baltimore, MD 21209
(Wisconsin Power Electric Company d/b/a WE Energies)
*First Class Mail*

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th FL
P.O. Box 410
Wilmington, DE 19899
(Airgas)
*Hand Delivery*

Scott N. Opincar, Esq.
Sean D. Malloy
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
(Sadoff & Rudoy Industries, LLP)
*First Class Mail*

David R. Jury, Esq
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
(Counsel for United Steelworkers)
*First Class Mail*

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building, 6600 Woodward Avenue,
Suite 2290
Detroit, MI 48226
(General Engine Products LLC)
*First Class Mail*

Joel A. Kunin, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East St. Louis, IL 62201
(Azcon Corporation)
*First Class Mail*

Larry J. Nyhan, Esq
Kerriann S. Mills
Jessica C.K. Boelter, Esq.
D'Lisia E. Bergeron, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)
*First Class Mail*

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
*First Class Mail*

## 2002 SERVICE LIST

### 2/19/2010

Eric D. Schwartz, Esq.
Matthew B. Harvey, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Bank of America, N.A.)
*Hand Delivery*

Securities & Exchange Commission
New York Regional Office
3 World Financial Ctr., Suite 400
New York, NY 10281
*First Class Mail*

Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*