IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al., | ) | CASE NO. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF RECLAMATION DEMAND OF NUCOR STEEL AUBURN, INC.

Nucor Steel Auburn, Inc. ("Nucor"), by and through undersigned counsel, hereby withdraws its written demand made pursuant to sections 503 and 546 of title 11 of the United States Code and applicable non-bankruptcy law on Morgan's Welding, Inc. (the "Debtor"), a debtor-in-possession whose case is jointly administered along with the cases of the above-captioned debtors and debtors-in-possession, to reclaim certain assets subject to reclamation, a notice of delivery of which Nucor filed on February 23, 2010 (Docket No. 95).

Dated: March 3, 2010

Respectfully Submitted:

Moore & Van Allen PLLC

By: /s/ Luis M. Lluberas-Oliver
Luis M. Lluberas-Oliver (NC SBN 38320)
100 North Tryon Street, Floor 47
Charlotte, North Carolina 2820
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

CHAR2\1231687v1