IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al., | ) | CASE NO. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2010, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF RECLAMATION DEMAND OF NUCOR STEEL AUBURN, INC. with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties entitled to notice.

By: /s/ Luis M. Lluberas-Oliver
Luis M. Lluberas-Oliver

CHAR2\1231687v1