**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on Wednesday, March 3, 2010, I served this *Notice of Appearance and Request for Service of Documents* to those parties receiving electronic notice in the above-captioned case through the Court's ECF/CM system and upon the individuals listed on the following Service List by first-class United States mail, postage prepaid.

                                                    /s/ Aaron L. Hammer, Esq.

**SERVICE LIST**

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Willliam J. Barrett    william.barrett@bfkn.com
Adam D. Bruski    abruski@lambertleser.com
Susan M. Cook    scook@lambertleser.com, smcook@lambertleser.com
Daniel J. DeFranceschi    defranceschi@rlf.com, rbgroup@rlf.com
Kenneth J. Enos    bankfilings@ycst.com
David L. Finger    dfinger@delawgroup.com
Matthew B. Harvey    mharvey@mnat.com, aconway@mnat.com, ecampbell@mnat.com, rfusco@mnat.com
Susan E. Kaufman    skaufman@coochtaylor.com
Adam K. Keith    akeith@honigman.com
Joel A. Kunin    jkunin@kuninlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Kathleen M. Miller     kmiller@skfdelaware.com, dlm@skfdelaware.com
Edmon L. Morton     bankfilings@ycst.com
Scott N. Opincar     sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Sandra G.M. Selzer     selzers@gtlaw.com, bankruptcydel@gtlaw.com, thomase@gtlaw.com
Thomas Patrick Tinker     thomas.p.tinker@usdoj.gov
United States Trustee     ustpregion03.wl.ecf@usdoj.gov

**Via U.S. Mail**

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Thomas Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903

Eric D. Schwartz, Esq.
Matthew B. Harvey, Esq.
Morris, Nichols, Arsht & Tunell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Larry J. Nyhan, Esq.
Kerrian S. Mils, Esq.
Jessica C.K. Boelter, Esq.
D'Lisia E. Bergeron, Esq.
Sidley Austin LLP
One South Dearborn Street

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114

David R Jury, Esq.
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

David Boyle, Esq.
Airgas, Inc.
259 Radnor Chester Rd., Ste 100
P.O. Box 6675
Radnor, PA 19087-8675

Kristopher Hansen
Erez Gilad, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

David L. Finger, Esq.
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Gennice D. Brickhouse
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street
Suite 340
Washington, DC 20005-4026

Scott N. Opincar, Esq.
McDonald Hopkins LLC
600 Superior Ave., E
Suite #2100
Cleveland, OH 44114

Beau Biden, Esq.
State of Delaware Attorney General Office
Carvel State Office Building
820 N. French St
Wilmington, DE 19801

Tontine Capital Partners, L.P.
Ronald Barliant, Esq.
Danielle Wildern Juhle, Esq.
David E. Morrison, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL 60603