

**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In Re:   Morgan's Welding, Inc.

|  |  |  |
|---|---|---|
| Debtor | : | 10-10360 |
|  | : | Bankruptcy No. 10-10378-MFW |
|  | : | Chapter 11 |

## REQUEST FOR NOTICES

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Joseph W. Kots, hereby requests that a copy of all notices and papers in this action be served at the agent's office at below captioned address.

Dated:  February 26, 2010

By: _____
Joseph W. Kots
U.C. Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street - Room 203
Reading, PA 19602-1184
Telephone No.: (610) 378-4460
Fax No.: (610) 378-4459
E-mail: ra-li-ucts-bankrupt@state.pa.us

Department of Labor & Industry | Harrisburg, PA 17121-0750 | www.dli.state.pa.us

*Auxiliary aids and services are available upon request to individuals with disabilities.*
*Equal Opportunity Employer/Program*