

**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:   Mercer Forge Corporation

   Debtor    :
          :  Bankruptcy No.  10-10367-MFW
          :
          :  Chapter 11

### REQUEST FOR NOTICES

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Joseph W. Kots, hereby requests that a copy of all notices and papers in this action be served at the agent's office at below captioned address.

Dated:  February 26, 2010

              By: _____
              Joseph W. Kots
              U.C. Tax Agent/Bankruptcy Representative
              Commonwealth of Pennsylvania
              Department of Labor and Industry
              Reading Bankruptcy & Compliance Unit
              625 Cherry Street - Room 203
              Reading, PA 19602-1184
              Telephone No.:  (610) 378-4460
              Fax No.: (610) 378-4459
              E-mail: ra-li-ucts-bankrupt@state.pa.us

Department of Labor & Industry  |  Harrisburg, PA 17121-0750  |  www.dli.state.pa.us

*Auxiliary aids and services are available upon request to individuals with disabilities.
Equal Opportunity Employer/Program*