**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos.: 6 and 29 |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING**
**CONTINUATION OF THE EMPLOYEE SEVERANCE PLAN**
**IN THE ORDINARY COURSE OF BUSINESS**

On February 3, 2010, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the *Motion of the Debtors for an Order (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, Commissions and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Sales Reps and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions were Made; (E) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtors' Payroll Accounts to Make the Foregoing Payments* (the "Motion") [Docket No. 6]. On February 4, 2010, the Court entered an Order [Docket No. 29] approving the relief requested in the Motion; provided however, that the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Severance Plan and SERP addressed in the Motion were to be noticed on parties in interest and considered at the omnibus hearing scheduled for March 9, 2010. The objection deadline with respect to the Severance Plan and the SERP was March 2, 2010 (the "Objection Deadline"). No objections to the Severance Plan or the SERP were received prior to the Objection Deadline.

Attached hereto as Exhibit A is a revised form of order (the "Revised Order") with respect to the Severance Plan and the SERP. The revisions to the Revised Order reflect the addition of the relief requested with respect to the SERP to the proposed form of Order originally filed with the Motion.[2] For the Court's convenience, attached hereto as Exhibit B, is a blackline of the Revised Order.

The undersigned certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Motion were filed or served on or before the Objection Deadline.

---

[2] The Debtors initially intended that the Court consider the SERP at the February 4, 2010 hearing.

WHEREFORE, the Debtors respectfully request that the Court, at its earliest convenience, enter the Revised Order, attached hereto as Exhibit A.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 5, 2010 | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Bojan Guzina<br>Kerriann S. Mills<br>Brett H. Myrick<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_____<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE<br>DEBTORS AND DEBTORS IN POSSESSION |