# EXHIBIT B

**Blackline**

DB02:9338326.1

069152.1001

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Neenah Enterprises, Inc., et al.,[1] | Case No. ——10-10360 (—MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No.___ |

## ORDER AUTHORIZING CONTINUATION OF THE EMPLOYEE SEVERANCE PLAN AND THE SERP IN THE ORDINARY COURSE OF BUSINESS

Upon the Motion[2] of the above-captioned Debtors for entry of an order authorizing the Debtors, in accordance with their prepetition policies and practices to, among other things, make all contributions to prepetition benefit programs and continue such programs in the ordinary course of business, including the Employee Severance Plan and the SERP; and upon consideration of the Motion and any and all responses or objections or other pleadings related thereto, including the Ostendorf Affidavit; and due and proper notice of this Motion having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in the best interest of the Debtors, their estates, and creditors and after due deliberation, and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that the Motion is granted with respect to the relief requested in connection with the Severance Plan; and it is further

ORDERED, that the Motion is granted with respect to the relief requested in connection with the SERP; and it is further

ORDERED, that the Debtors are authorized, in accordance with their prepetition policies and practices, to continue the Severance Plan in the ordinary course of business and to make any and all payments and contributions required thereunder in the ordinary course of business; and it is further

ORDERED, that the Debtors are authorized, in accordance with their prepetition policies and practices, to continue the SERP in the ordinary course of business and to make any and all payments and contributions required thereunder in the ordinary course of business; and it is further

ORDERED, that the Debtors' banks and financial institutions are authorized to process and honor all other checks and transfers issued for payments approved by this Order and/or reissue checks for any payments approved by this Order where checks may be dishonored postpetition; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: ————March___, 2010

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2