# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos.: 10 & 34** |

### CERTIFICATION OF COUNSEL REGARDING FINAL ORDER AUTHORIZING THE DEBTORS TO (I) PAY INSTALLMENTS UNDER PREPETITION INSURANCE PREMIUM FINANCING AGREEMENTS, (II) CONTINUE PREPETITION INSURANCE POLICIES, AND (III) PAY ALL PREPETITION OBLIGATIONS IN RESPECT THEREOF

On February 3, 2010, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the *Motion of the Debtors for an Order Authorizing the Debtors to (i) Pay Installments Under Prepetition Insurance Premium Financing Agreements, (ii) Continue Prepetition Insurance Policies, and (iii) Pay All Prepetition Obligations in Respect Thereof* (the "Motion") [D.I. 10]. On February 4, 2010, the Court entered an order (the "Interim Order") [D.I. 34] granting the relief requested on an interim basis. The Court set a final hearing on the matter (the "Final Hearing") for March 9, 2010 at 1:00 p.m. (ET) with objections due on or before March 2, 2010 at 4:00 p.m. (ET) (the "Objection Deadline").

The undersigned certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Motion were filed or served on or before the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

WHEREFORE, the Debtors respectfully request that the Court, at its earliest convenience, enter the proposed final order (the "Final Order"), attached hereto as Exhibit A, which grants the relief requested on a final basis.

Dated: Wilmington, Delaware
      March 5, 2010

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Brett H. Myrick
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION