**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 81</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. § 327(a) and 1107, Nunc Pro Tunc to the Petition Date* (the "<u>Application</u>") [Docket No. 81], filed on February 19, 2010, has been received.

The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by March 2, 2010 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

It is hereby respectfully requested that the Order attached to the Application be

entered at the earliest convenience of the Court.

Dated:  Wilmington, Delaware          Respectfully submitted,
        March 5, 2010

                                        SIDLEY AUSTIN LLP
                                        Larry J. Nyhan
                                        Bojan Guzina
                                        Kerriann S. Mills
                                        Jillian K. Ludwig
                                        One South Dearborn Street
                                        Chicago, Illinois 60603
                                        Telephone:  (312) 853-7000
                                        Facsimile:  (312) 853-7036

                                            -and-

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ Donald J. Bowman, Jr.
                                        Robert S. Brady (No. 2847)
                                        Edmon L. Morton (No. 3856)
                                        Donald J. Bowman, Jr. (No. 4383)
                                        Kenneth J. Enos (No. 4544)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        P.O. Box 391
                                        Wilmington, Delaware 19899-0391
                                        Telephone:  (302) 571-6600
                                        Facsimile:  (302) 571-1253

                                        PROPOSED ATTORNEYS FOR THE
                                        DEBTORS AND DEBTORS-IN POSSESSION