UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

  Elizabeth Taraboletti, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on February 3, 2010, she caused a copy of the following pleading(s):

**Notice of Hearing to Consider First Day Pleadings [Docket No. 16]**

**Notice of Agenda of Matters Scheduled for Hearing [Docket No. 17]**

to be served upon the parties identified on the attached service list as indicated.

_____
Elizabeth Taraboletti

SWORN TO AND SUBSCRIBED before me this _3_ day of March, 2010.

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| FROM: | Troy Bollman, Paralegal | DATE: | FEBRUARY 3, 2010 |
|---|---|---|---|
| PHONE: | 302-573-7796 | CLIENT MATTER: | 69152.1001 |

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| American Colloid Company | Attn: George Johnson | 800-426-5564 | 847-851-1799 |
| American Colloid Company | Attn: Rob Fox | 920-722-7754 | 920-722-7148 |
| Atmosphere Annealing, Inc. | Attn: Jay Murthy | 517-485-5246 | 517-485-5422 |
| Badger Mining Corp | Attn: Tim Wuest | 800-285-0038 | 920-921-2826 |
| Beau Biden | State of Delaware Attorney General Office | 302-577-6630 | 302-577-6630 |
| Caterpillar, Inc. | Attn: Taylor Bryce | 309-675-1000 | 309-675-5086 |
| Dana Corporation | Attn: Tim DeLong | 269-567-1000 | 269-567-1563 |
| Erie Bearings Company | Attn: Gregg Hemis | 814-724-7717 | 814-337-5537 |
| Faith Technologies | Attn: Steve Krahn | 920-738-1500 | 920-738-1515 |
| Foseco Metallurgical Inc | Attn: Roger Cooke | 800-244-5153 | 440-826-3434 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

Message: *

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| **FROM:** Troy Bollman, Paralegal | | **DATE:** | FEBRUARY 3, 2010 |
| **PHONE:** 302-573-7796 | | **CLIENT MATTER:** | 69152.1001 |

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Gerdau Ameristeel US Inc. | Attn: Harold Fernandez | 972-775-8241 | 972-299-5212 |
| Green Bay Pattern | Attn: Chris Wyrzer | 920-336-5764 | 920-336-0575 |
| HA International LLC | Attn: Dennis Ziegler | 630-575-5734 | 630-575-5815 |
| Holmes Murphy & Associates, Inc. | Attn: Jack Struyk | 800-247-7756 | 515-223-6944 |
| Lewis Salvage Corporation | Attn: Rita Lewis | | 574-268-1162 |
| Louis Padnos Iron & Metal Co. | Attn: Evan Gilliam | 616-396-6521 | 616-396-7789 |
| Modern Equipment Company | Attn: Don Donner | 262-284-9431 | 262-284-9433 |
| Nedrow Refractories | Attn: James Chase | 248-669-2500 | 248-669-3433 |
| Nucor Steel, Auburn, Inc. | Attn: Nancy Wabley | 315-253-4561 | 315-253-8841 |
| Oudenhoven Company, Inc. | Attn: Jerry Boylan | 920-766-5516 | 920-766-9580 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

**Message:** *

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| FROM: Troy Bollman, Paralegal | | DATE: | FEBRUARY 3, 2010 |
| PHONE: 302-573-7796 | | CLIENT MATTER: | 69152.1001 |

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Sadoff Iron & Metal Co. | Attn: Traci Luther | 920-921-2070 | 920-921-1283 |
| Sadoff Iron & Metal Co. | Attn: Mark Lasky | 920-921-2070 | 920-921-1283 |
| Sandmold Systems, Inc. | Attn: Rich White | 231-652-1623 | 231-652-1629 |
| Mark Schonfeld | Securities and Exchange Commission | 646-428-1500 | 646-428-1980 |
| Secretary of State | Division of Corporations | | 302-739-3811 |
| Ellen W. Slights, Esq. | United States Dept. of Justice | 302-573-6277 Ex. 158 | 302-573-6431 |
| State of Michigan | Attn: Lisa Starks | 517-373-3200 | 517-636-4156 |
| Steel Dynamics Bar | Attn: Deb Walter | 317-892-7134 | 317-892-7285 |
| TA Services, Inc. | Attn: Accounting | 800-626-2185 | 817-539-8599 |
| The Timken Corporation | Attn: Chi P. Cheung | 330-438-3000 | 330-458-6006 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

Message: *

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

---

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| **FROM:** Troy Bollman, Paralegal | | **DATE:** | FEBRUARY 3, 2010 |
| **PHONE:** 302-573-7796 | | **CLIENT MATTER:** | 69152.1001 |

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Patrick Tinker | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| Tonawanda Coke | Attn: Bob Bloom | 716-876-6222 | 716-876-4400 |
| Tonite Capital Partners, L.P. | Attn: Jeffrey L. Gendell | | 203-769-2010 |
| Tube City, Inc. | Attn: John Keyes | 412-678-6141 | 412-678-2210 |
| WE Energies | Attn: Randy Sabel | 800-242-9137 | 920-380-3506 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

**Message:** *

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*