UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEENAH ENTERPRISES, INC., et al., | ) Case No. 10-10360 (MFW) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

VERIFIED STATEMENT PURSUANT TO
RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm Of Russell R. Johnson III, PLC, files this Verified Statement of his firm's multiple representations in this case:

1.    The names and addresses of the creditors represented by the Law Firm of Russell R. Johnson III, PLC are:

A.    Metropolitan Edison Company
      The Toledo Edison Company
      Pennsylvania Power Company
      Pennsylvania Electric Company
      FirstEnergy Solutions Corp.
      Attn: Christine M. Weber, Esq.
      FirstEnergy Corp.
      76 S. Main Street
      A-GO-15
      Akron, OH  44308

B.    Southern California Edison Company
      Attn: Cecilia Baesa
      300 N. Lone Hill Ave.
      San Dimas, CA  91773

2.    The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

     (a)   Metropolitan Edison Company, The Toledo Edison Company, Pennsylvania Power Company, Pennsylvania Electric Company and FirstEnergy Solutions Corp. have unsecured claims against the above-referenced debtors arising from pre-petition utility usage.

     (b)   Southern California Edison Company provided the above-referenced debtors with pre-petition utility goods and/or services but held pre-petition security that may exceed the amount of their unsecured claim.

     (c)   For more information regarding the foregoing utility companies' interests and claims in this case, refer to the *Objection Of Certain Utility Companies To Motion Of The Debtors For An Interim Order And A Final Order Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment* that was filed in this bankruptcy case on February 25, 2010 (Case Docket No. 93) and the *Joinder Of Southern California Edison Company To Objection Of Certain Utility Companies To Motion Of The Debtors For An Interim Order And A Final Order Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility*

2

*Services, (II) Deeming Utility Providers Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment* that will be filed in connection with this pleading.

3.    Russell R. Johnson III was retained to represent the foregoing creditors in February 2010.

LAW FIRM OF RUSSELL R. JOHNSON III, PLC

By: _____
        Russell R. Johnson III

Russell R. Johnson III appeared before me this 2nd day of March 2010, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

My commission expires: Oct 31, 2011