## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., | ) | Case No. 10-10360 (MFW) |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that on this day of March 5th 2010, I caused a true and correct copy of: (1) the *Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure*; and, (2) *Motion And Order For Admission Pro Hac Vice Of Russell R. Johnson III* along with the *Certification of Russell R. Johnson III* attached thereto to be served upon the following parties as indicated below:

**Counsel for Debtors via E-mail:**

Bojan Guzina, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
E-mail: bguzina@sidley.com

**Counsel for Debtors via E-mail through the Court's ECF System:**

Edmon L. Morton, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, Delaware 19801
E-mail: bankfilings@ycst.com; emorton@ycst.com

1

ME1 9695585v.1

**The United States Trustee Via E-mail through the Court's ECF System:**

T. Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: USTPREGION03.WL.ECF@USDOJ.GOV

**All other parties entitled to notice via the Court's ECF System.**

Dated: March 5, 2010

McCARTER & ENGLISH, LLP

William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com

*Co-Counsel For Metropolitan Edison Company, The Toledo Edison Company, Pennsylvania Power Company, Pennsylvania Electric Company, FirstEnergy Solutions Corp. and Southern California Edison Company*