UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No.: 84 |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE DEBTORS TO RETAIN, EMPLOY, AND COMPENSATE CERTAIN PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS PURSUANT TO SECTIONS 105(a), 327 AND 330 OF THE BANKRUPTCY CODE, *NUNC PRO TUNC* TO THE PETITION DATE

On February 19, 2010, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the *Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals in the Ordinary Course of Business Pursuant to Sections 105(a), 327 and 330 of the Bankruptcy Code, Nunc Pro Tunc to the Petition Date* (the "Motion") [D.I. 84]. The deadline for filing objections to the relief sought in the Motion was March 2, 2010 (the "Objection Deadline").[2] Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the Office of the United States Trustee (the "Trustee") and the Committee.

As a result of subsequent discussions with the Trustee and the Committee, the parties have reached a consensual resolution, the terms of which are embodied in the consensual

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] By agreement between the Debtors and the Official Committee of Unsecured Creditors (the "Committee"), the Objection Deadline was extended to March 5, 2010 at 12:00 p.m. (ET) for the Committee.

form of order (the "Revised Order"), attached hereto as Exhibit A. For the Court's convenience, attached hereto as Exhibit B, is a blackline of the Revised Order.

The undersigned certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Motion were filed or served on or before the Objection Deadline.

WHEREFORE, the Debtors respectfully request that the Court, at its earliest convenience, enter the Revised Order, attached hereto as Exhibit A.

Dated: Wilmington, Delaware
March 8, 2010

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Brett H. Myrick
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION

DB02:9336278.1                                                                                          069152.1001