UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., | ) | Case No. 10-10360 (MFW) |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

William F. Taylor, Jr., a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103, to represent Metropolitan Edison Company, The Toledo Edison Company, Pennsylvania Power Company, Pennsylvania Electric Company, FirstEnergy Solutions Corp. and Southern California Edison Company in the above-captioned bankruptcy case.

Dated: March 5, 2010

McCARTER & ENGLISH, LLP

William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com

*Co-Counsel For Metropolitan Edison Company, The Toledo Edison Company, Pennsylvania Power Company, Pennsylvania Electric Company, FirstEnergy Solutions Corp. and Southern California Edison Company*

ME1 9695538v.1

122
3·5·10

## CERTIFICATION OF RUSSELL R. JOHNSON III

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the bars of the Commonwealth of Virginia, the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia, the United States District Court for the Eastern District of Michigan, and the U.S. Court of Appeals for the Fourth and Sixth Circuits; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: _____
Russell R. Johnson III, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, Virginia  23103
Phone: (804) 749-8861
Fax:   (804) 749-8862

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March 8, 2010

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE