# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | |
| Neenah Enterprises, Inc., *et al.*, : | Case No. 10-10360 (MFW) |
| : | |
| Debtors. : | Jointly Administered |
| : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

David L. Finger, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Dale K. Cathell, Esquire, of DLA Piper LLP (US), Baltimore, MD 21209, to represent: Wisconsin Electric Power Company in the above-captioned matter. The admittee is admitted, practicing and in good standing in the jurisdiction indicated in their attached certification.

Dated: March 8, 2010          /s/ David L. Finger
                              David L. Finger (#2556)
                              Finger & Slanina, LLC
                              One Commerce Center
                              1201 N. Orange St., 7th floor
                              Wilmington, DE 19801-1186
                              (302) 573-2525

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

                                        _____
                                        Walrath, J.

Dated: _____

EAST\42830143.1

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 8th day of March, 2010, the foregoing *Entry of Appearance and Request for Service* was served via first class mail, postage prepaid and through the Court's ECF system, if applicable, to the following:

| | |
|---|---|
| Edmon L. Morton, Esq.<br>Kenneth J. Enos, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Larry J. Nyhan, Esq.<br>Bojan Guzina, Esq.<br>Kerriann S. Mills, Esq.<br>Jillian K. Ludwig, Esq.<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, Illinois 60603 |
| Thomas Patrick Tinker<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | |
| | |
| | |
| | |
| | |
| | |

Date: March 8, 2010

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, Delaware 19801-1186
(302) 573-2525

EAST\42830143.1