# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

**Debtor:** Neenah Enterprises, Inc.
**Case Number:** 10-10360-MFW **Chapter:** 11
**Date / Time / Room:** TUESDAY, MARCH 09, 2010 01:00 PM   CRT#4, 5TH FL.
**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

### *Matter:*

Second Day Motions
**R / M #:**   127 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
 Items 1 through 12 - Orders entered under CNOs or Certifications of Counsel
 Item 13 - Order entered
 Item 14 - Order entered