# SIGN-IN SHEET

**CASE NAME:** Neenah  
**CASE NUMBER:** 10-10360 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** 3/9/10 at 1:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Donald Detweiler | Greenberg Traurig | Committee |
| Scott Cousins | " | " |
| Kenneth Pasquale | Goldberg Kahn | Bank of America N.A. Agent |
| Kenneth June | " | " |
| Gregory Werkheiser | Morris Nichols | Debtors |
| Bojan Guzina | Sidley Austin | " |
| Edmon Morton | YCST | Debtors |
| Donald Bowman | " | " |
| Erez Gilad | SSL | " |
| Scott Welkis | SSL | DIP Term Lenders |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Susan Cook | Lambert Leser | Linamar Corp. |
| Jillian Ludwig | Sidley Austin | Debtor |
| Brett Myrick (telephonic) | " | " |
| Alison Triggs (telephonic) | " | " |
| Dana Meyers | Ropes & Gray | |