# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS   )
                    ) ss
COUNTY OF COOK      )

I, Paul V. Kinealy, being duly sworn, depose and state:

1.  I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.  On March 9, 2010, at the direction of Sidley Austin LLP ("Sidley") and Young Conaway Stargatt & Taylor, LLP ("Young"), co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the parties set forth on Exhibit A, comprised of the Master Service List and certain additional parties:

    - Final Order Authorizing the Debtors to Honor Their Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Docket No. 130];

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

- Final Order Authorizing the Debtors (I) to Pay Prepetition Claims of Certain Critical Vendors; and (II) to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors Within the Twenty-Day Period Prior to the Petition Date [Docket No. 131];

- Order Authorizing Continuation of the Employee Severance Plan in the Ordinary Course of Business [Docket No. 132];

- Final Order Authorizing the Debtors to (I) Pay Installments Under Prepetition Insurance Premium Finance Agreements, (II) Continue Prepetition Insurance Policies, and (III) Pay All Prepetition Obligations in Respect Thereof [Docket No. 133];

- Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors-In-Possession Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date [Docket No. 134];

- Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors [Docket No. 135];

- Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 [Docket No. 136];

- Authorizing the Employment and Retention of Ernst & Young LLP as Tax Services Providers to the Debtors Pursuant to 11 U.S.C. §§ 327(a) *Nunc Pro Tunc* to the Petition Date [Docket No. 137];

- Order (I) Authorizing the Employment and Retention of Huron Consulting Services LLC as Financial Advisors to the Debtors *Nunc Pro Tunc* to the Petition Date, and (II) Designating Richard D. Caruso as the Chief Restructuring Advisor to the Debtors [Docket No. 138];

- Order Authorizing the Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date, and Granting a Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g) [Docket No. 139];

- Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals in the Ordinary Course of Business [Docket No. 143];

- Oder Authorizing the Debtors and Debtors-In-Possession to Employ and Retain Rothschild Inc. as Financial Advisor and Investment Banker Pursuant to 11

U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date, and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g) [Docket No. 144];

- Final Order Pursuant to Sections 105(a) and 366(b) of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 145]; and

- Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities, and (III) Granting Related Relief [Docket No. 146].

3. On March 9, 2010, also at the direction of Sidley and Young, I caused a true and correct copy of the following document to be served by first class mail on the parties (Utilities) as set forth on the service list annexed hereto as Exhibit B:

- Final Order Pursuant to Sections 105(a) and 366(b) of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 145].

Paul V. Kinealy

Sworn to before me this 10th day of March, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

| | |
|---|---|
| AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR, PA 19087-8675 | AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS, MN 55485 |
| AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 | ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 |
| BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 |
| CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 | COOCH AND TAYLOR PA<br>SUSAN KAUFMAN (USW)<br>1000 WEST STREET, 10TH FLOOR<br>PO BOX 1680<br>WILMINGTON, DE 19899 |
| DANA CORPORATION<br>ATTN: TIM DELONG<br>PO BOX 4097<br>KALAMAZOO, MI 49003 | DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 |
| DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 |
| ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 | FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON, WI 54914 |
| FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 | GERDAU AMERISTEEL US INC.<br>ATTN: HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA, GA 30368 |
| GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO, IL 60603 | GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL DRIVE<br>CLEVELAND, OH 44142 |
| GREENBERG TRAURIG, LLP<br>ATTN: SEAN BEZARK<br>77 W. WACKER DRIVE<br>SUITE 3100<br>CHICAGO, IL 60601 | GREENBERG TRAURIG, LLP<br>S COUSINS,D DETWEILER,S SELZER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST, STE 1200<br>WILMINGTON, DE 19801 |

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT, IL 60559

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES, IA 50266

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

LAMBERT, LESER, ISACKSON, COOK ETAL
SUSAN M. COOK
916 WASHINGTON AVE., STE 309
(LINAMAR CORPORATION)
BAY CITY, MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

MODERN EQUIPMENT COMPANY
DON DONNER
PO BOX 933
PORT WASHINGTON, WI 53074

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

RICHARDS, LAYTON & FINGER, P.A.
D.J. DEFRANCESCHI & K.G. MANOUKIA
ONE RODNEY SQUARE
920 NORTH KING ST.
WILLMINGTON, DE 19801

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC, WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SMITH KATZENSTIEN & FURLOW LLP
KATHLEEN MILLER RE AIRGAS
800 DELAWARE AVE, 7TH FL
PO BOX 410
WILMINGTON, DE 19899

| | |
|---|---|
| STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING, MI 48909 | STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD.<br>225 EAST<br>PITTSBORO R, IN 46167 |
| STROOCK & STROOCK & LAVAN LLP<br>K. HANSEN & E. GILAD<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD, TX 76063 |
| THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44708 | THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE, NC 28275 |
| TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA, NY 14151 | TONITE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONITE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH, CT 06830 |
| TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT, PA 15045 | UNITED STEELWORKERS<br>DAVID R JURY<br>ASST GENERAL COUNSEL<br>FIVE GATEWAY CENTER, RM 807<br>PITTSBURGH, PA 15222 |
| US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899 | WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE, WI 53201 |
| WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE, WI 53203 | |

# EXHIBIT B

ACCESS POINT INC
1100 CRESCENT INC. STE 109
CARY, NC 27518-8105

ALLEGHENY POWER CO
800 CABIN HILL DR ACCT# 15409061253003
GREENSBURG, PA 15606

AMEREN UE
PO BOX 66529
ST LOUIS, MO 63166

AMERICAN ELECTRIC POWER
PO BOX 24418
CANTON, OH 44701-4418

AQUA PENNSYLVANIA
762 W. LANCASTER AVE.
BRYN MAWR, PA 19010-3489

AQUA PENNSYLVANIA
PO BOX 1229
NEWARK, NJ 07101

AQUA PENNSYLVANIA
PO BOX 281
STRUTHERS, OH 44471

ARCHBOLD REFUSE SERVICE, INC
200 TAYLOR PARKWAY
ARCHBOLD, OH 43502

ARIZONA PUBLIC SERVICE
PO BOX 2907
PHOENIX, AZ 85062-2907

ARMSTRONG CABLE SERVICE
437 NORTH MAIN STREET
BUTLER, PA 16001

ARMSTRONG CABLE SERVICE
PO BOX 747087
PITTSBURGH, PA 15274

ARMSTRONG CABLE SERVICE
PO BOX 747087
PITTSBURGH, PA 15274

AT&T
PO BOX 13146
NEWARK, NJ 07101-5646

AT&T
PO BOX 13148
NEWARK, NJ 07101-5648

AT&T
PO BOX 13148
NEWARK, NJ 07101

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

AT&T
PO BOX 8100
AURORA, IL 60507-8100

AVAYA FINANCIAL SERVICES
PO BOX 93000
CHICAGO, IL 60673-3000

AVAYA INC
PO BOX 5125
CAROL STREAM, IL 60197-5125

| | |
|---|---|
| BADGER MINING CORP<br>PO BOX 328<br>BERLIN, WI 54923 | BELL SOUTH<br>85 ANNEX<br>ATLANTA, GA 30385 |
| BELL SOUTH<br>PO BOX 105262<br>ATLANTA, GA 30348-5262 | BLACK HILLS ENERGY<br>PO BOX 4660<br>CAROL STREAM, IL 60197 |
| BROWNING-FERRIS IND<br>HOUSTON COMM DIST PO BOX 78701<br>PHOENIX, AZ 85062-8701 | CENTER POINT ENERGY<br>PO BOX 4671<br>HOUSTON, TX 77210 |
| CENTURY LINK<br>PO BOX 660068<br>DALLAS, TX 75266-0068 | CENTURYLINK (EMBARQ)<br>PO BOX 4300<br>CAROL STREAM, IL 60197 |
| CINCINNATI BELL<br>PO BOX 741811<br>CINCINNATI, OH 45274-1811 | CITY OF KENDALLVILLE UTILITIES<br>234 S MAIN ST<br>KENDALLVILLE, IN 46755 |
| CITY OF NEENAH<br>FINANCE DEPARTMENT PO BOX 426<br>NEENAH, WI 54957 | CITY OF OKLAHOMA CITY<br>PO BOX 26570<br>OKLAHOMA CITY, OK 73126-0570 |
| CITY OF PHOENIX-WTR SVCES<br>PO BOX 29663<br>PHOENIX, AZ 85038 | CITY OF ROCKFORD<br>425 E STATE ST<br>ROCKFORD, IL 61104 |
| CITY OF ST PETERS<br>PO BOX 9<br>ST PETERS, MO 63376 | COLUMBIA GAS OF PENN<br>PO BOX 742537<br>CINCINNATI, OH 45274-2537 |
| COLUMBUS WATER & SEWER<br>PO BOX 182882<br>COLUMBUS, OH 43218-2882 | COM ED<br>BILL PAYMENT CENTER PO BOX 6111<br>CHICAGO, IL 60197-6111 |
| CONSTELLATION ENERGY<br>GAS DIVISION 15246 COLLECT CNT DRIV<br>CHICAGO, IL 60693 | DLA PIPER LLP<br>COUNSEL TO WI POWER ELEC<br>ATTN: R KREMEN AND D CATHELL<br>6225 SMITH AVENUE<br>BALTIMORE, MD 21209-3600 |

FINGER & SLANINA
COUNSEL TO WI POWER ELEC
ATTN: DAVID L. FINGER
1201 N ORANGE ST, 7TH FL
WILMINGTON, DE 19801-1186

FIRST COMMUNICATIONS
PO BOX 182854
COLUMBUS, OH 43218

FIRST COMMUNICATIONS
PO BOX 182854
COLUMBUS, OH 43218

FIRST COMMUNICATIONS
PO BOX 182854
COLUMBUS, IN 43218-2845

FIRST ENERGY SOLUTIONS CORP
341 WHITE POND DRIVE RMB3
AKRON, OH 44320

FIRST ENERGY SOLUTIONS CORP
P O BOX 3622
AKRON, OH 44309

HEARTLAND BUSINESS GROUP
1700 STEPHEN ST
LITTLE CHUTE, WI 54140

INDIANA MICHIGAN POWER COMPANY
PO BOX 24412
CANTON, OH 44701-4412

INDIANA POWER & LIGHT CO
PO BOX 110
INDIANAPOLIS, IN 46206-0110

INDIANA-AMERICAN WATER CO. INC
P O BOX 94551
PALATINE, IL 60094-4551

INDIANAPOLIS WATER
PO BOX 1990
INDIANAPOLIS, IN 46206-1990

KOSCIUSKO R.E.M.C
PO BOX 588 370 S 250 EAST
WARSAW, IN 46581

L E S
PO BOX 80869
LINCOLN, NE 68501

LAW FIRM OF RUSSELL R JOHNSON III
R JOHNSON III AND J MERRITT
2258 WHEATLANDS DRIVE
MANAKIN-SABOT, VA 23103

LINCOLN WATER SYSTEM
555 S 10TH ST
LINCOLN, NE 68508

MCCARTER & ENGLISH LLP
ATTN: WILLIAM F. TAYLOR
405 N. KING STREET, 8TH FL
WILMINGTON, DE 19801

MEADVILLE AREA WATER
18160 ROGERS FERRY RD
MEADVILLE, PA 16335

MERCER BOROUGH SEWER RENTAL
P O BOX 69
MERCER, PA 16137

MET ED
PO BOX 69
MERCER, PA 16137

MID AMERICAN NATURAL RESOURCES
2005 W 8TH ST
ERIE, PA 16505

NATIONAL FUEL GAS DIST CORP
1100 STATE STREET
ERIE, PA 16512

NATIONAL FUEL GAS DIST CORP
PO BOX 4103
BUFFALO, NY 14264

NATIONAL FUEL GAS DIST CORP
PO BOX 4103
BUFFALO, NY 14264

NICOR GAS
BOX 2020
AURORA, IL 60507-2020

NICOR GAS
PO BOX 0632
AURORA, IL 60507-0632

NIPSCO BUSINESS LINK DEPT.
801 EAST 86TH AVE
MERRILLVILLE, IN 46410

NORTHERN INDIANA TRADING CO.,
1153 AUBURN DRIVE
AUBURN, IN 46706

OG&E
PO BOX 24990
OKLAHOMA CITY, OK 73124-0990

OHIO GAS COMPANY
PO BOX 528
BRYAN, OH 43506

OKLAHOMA NATURAL GAS
PO BOX 268826
OKLAHOMA CITY, OK 73126-8826

PENELEC
PO BOX 3687
AKRON, OH 44309

PENN POWER
76 S. MAIN ST.
AKRON, OH 44308-1890

PENN POWER
PO BOX 3687
AKRON, OH 44309

PENNSYLVANIA-AMER WATER CO.
PO BOX 578
ALTON, IL 62002-0578

QWEST
BUSINESS SERVICES PO BOX 856169
LOUISVILLE, KY 40285-6169

QWEST
PO BOX 29040
PHOENIX, AZ 85038-9040

ROCK RIVER WATER RECLAM
PO BOX 6207
ROCKFORD, IL 61125

SAFETY-KLEEN CORP
PO BOX 382066
PITTSBURGH, PA 15250

SAFETY-KLEEN INC
PO BOX 382066
PITTSBURGH, PA 15250-8066

SBC
PO BOX 4843
HOUSTON, TX 77097-0075

SBC
PO BOX 5075
SAGINAW, MI 48605-5075

SEWAGE TREATMENT OFFICE
PO BOX 557
WARSAW, IN 46581

SHAKOPEE PUBLIC UTILITIES
P.O. BOX 470
255 SARAZIN STREET
SHAKOPEE, MN 55379-0470

SHAKOPEE PUBLIC UTILITY
1030 4TH AVE EAST
SHAKOPEE, MN 55379

SOUTHERN CALIF EDISON COMPANY
PO BOX 300
ROSEMEAD, CA 91771

SPRINT
P O BOX 219100
KANSAS CITY, MO 64121

TOLEDO EDISON
P O BOX 3638
AKRON, OH 44309-3638

TRI-COUNTY INDUSTRIES INC
P O BOX 858
MARS, PA 16046

VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

VERIZON
PO BOX 28000
LEHIGHVALLEY, PA 18002-8000

VERIZON COMMUNICATIONS
P O BOX 646
BALTIMORE, MD 21265-0646

VERNON TOWNSHIP SANITARY
16678 MCMATH RD
MEADVILLE, PA 16335

VILLAGE OF CAROL STREAM
PO BOX 4694
CAROL STREAM, IL 60197-4694

VILLAGE OF STRYKER
200 N DEFIANCE ST
PO BOX 404
STRYKER, OH 43557

WASTE MANAGEMENT
VALLEY TRAIL RECYCLNG & DISPOSAL
PO BOX 286
BERLIN, WI 54923

WASTE MANAGEMENT OF AZ
PO BOX 78133
PHOENIX, AZ 85062

WASTE MANAGEMENT OF SAN GABRIEL
PO BOX 78251
PHOENIX, AZ 85062

WASTE MANAGEMENT-MILWAUKEE
W124N8925 BOUNDARY RD
MENOMONEE FALLS, WI 53051

WASTE MGMT - ROCKFORD
13125 N 2ND ST
ROSCOE, IL 61073

WASTE MGMT OF ST LOUIS
7230 HALL ST
ST LOUIS, MO 63147

| | |
|---|---|
| WASTE MGMT OF WI NORTHEAST<br>PO BOX 12560<br>GREEN BAY, WI 54307 | WASTE MGMT-COLUMBUS<br>1006 WALNUT ST<br>CANAL WINCHESTER, OH 43110 |
| WASTE MGMT-SAVAGE<br>12448 PENNSYLVANIA AVE S<br>SAVAGE, MN 55378 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 |
| WE ENERGIES<br>PO BOX 2046<br>MILWAUKEE, WI 53201 | WINDSTREAM<br>P O BXO 9001908<br>LOUISVILLE, KY 40290 |