U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware  19801
Tel. (302) 573-6491          Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: Neenah Enterprises, Inc., et al.

CASE NUMBER: 10-10360 (PJW)

DATE PETITION FILED: 2/3/10

TIME OF MEETING : 9:30 a.m. on 3/9/10

PLACE OF MEETING:  U. S. Federal Bldg.; 844 King Street, Room 2112, Wilmington, DE 19801

ORIGINAL 341 (a) 3/9/10

ADJOURNED 341 (a) meeting:  to 4/27/10 @ 11:30 a.m., Rm. 2112

DEBTORS ATTORNEY: Bojan Guzina of Sidley Austin; Edmon Morton of Young Conaway et al. .

COUNSEL/CRED/COMM.: Sandra Selzer of Greenberg Traurig LLP.

WITNESS (NAME & TITLE): Dale Parker, Chief Financial Officer

SCHEDULES FILED: No, not at the time of the original 341 meeting.

WHY HAVE SCHEDULES NOT BEEN FILED:  Extension granted by Court.

WHEN WILL SCHEDULES BE FILED: April 5, 2010.

HAS DEBTOR FILED INTERIM REPORTS:      YES (X  )              NO ( )

IF NO, WHY NOT:                    N/A

WERE QUARTERLY FEES EXPLAINED:      YES (X)              NO (  )


                                        /s/ T. Patrick Tinker
                                         Patrick Tinker
                                        Trial Attorney


DATE March 11, 2010              CONCLUDED ( )      CONTINUED ( X )