Case 10-10360-MFW    Doc 151    Filed 03/11/10    Page 1 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 10-10360 (MFW) |
| | ) | |
| NEENAH ENTERPRISES, INC., *et al.*[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR ALL NOTICES**

**PLEASE TAKE NOTICE**, that, pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Rebecca K. McMahon of the Central States Law Department located at the address listed below, hereby enters her appearance in the above-captioned, jointly administered Chapter 11 cases (the "Bankruptcy Cases") as counsel for the Central States, Southeast and Southwest Areas Pension Fund ("Central States"), a creditor and party in interest.

Pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given and all papers served or required to be served in the Bankruptcy Cases by the Debtors, the Court or any other party in interest be given to and served on:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A & M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

-2-

>Rebecca K. McMahon, Esq.
>Central States Law Dept.
>9377 West Higgins Road
>Rosemont, IL 60018-4938
>(847) 518-9800, Ext. 3441
>Fax: (847) 518-9797
>rmcmahon@centralstatesfunds.org

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made in the Bankruptcy Cases.

Pursuant to Bankruptcy Rule 3017(a), Central States specifically requests that copies of all plans and disclosure statements filed herein by any party be served upon its attorney at the address indicated above.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for All Notices shall not be deemed or construed to be a waiver of Central States' right: (1) to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Central States is or may be entitled

-3-

under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Central States expressly reserves.

| | |
|---|---|
| March 11, 2010 | s/ Rebecca K. McMahon<br>Rebecca K. McMahon<br>Attorney for Creditor<br>Central States Law Department<br>9377 West Higgins Road<br>Rosemont, Illinois 60018-4938<br>(847) 518-9800, Ext. 3441<br>rmcmahon@centralstatesfunds.org |

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund certify that on March 11, 2010, I served the foregoing Notice of Appearance and Request for All Notices on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed on the below Service List, I served the forgoing Notice by sending said documents via United States mail, postage prepaid.

 s/ Rebecca K. McMahon
Rebecca K. McMahon
One of Central States' Attorneys

## SERVICE LIST

Larry J. Nyhan
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

Edmon L. Mortin
Kenneth J. Enos
Young, Conaway, Starrgatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Sandra G.M. Selzer
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Thomas Patrick Tinker
United States Trustee
844 King Street, Room 2207
Wilmington, DE 19899