**Exhibit B**
**Neenah Expense Details for the Period of February 3, 2010 through February 28, 2010**

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF FEBRUARY 3, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/4/2010 | Richard D. Caruso | Airfare | Midwest Airlines - Feb. 11, 2010 - Appleton to Pittsburgh: Midwest: ATW to PIT on 02/11/2010. | 212.90 |
| 2/8/2010 | Richard D. Caruso | Airfare | United Airlines - Feb. 8, 2010 - Pittsburgh to Appleton: United: PIT to ATW on 02/08/2010. | 219.40 |
| 2/9/2010 | Richard D. Caruso | Airfare | Return airfare from Appleton: Midwest: Appleton-PIT on 03/18/2010. | 118.90 |
| 2/9/2010 | Richard D. Caruso | Airfare | Flight to Appleton for visit to Neenah: Midwest: Pit-Appleton-Pit 02/15/2010 to 02/17/2010 | 312.60 |
| 2/9/2010 | Richard D. Caruso | Airfare | Flight to Appleton for visit to Neenah: Midwest: Pit-Appleton-Pit 02/22/2010 to 02/25/2010 | 237.80 |
| 2/9/2010 | Richard D. Caruso | Airfare | Flight to Appleton for visit to Neenah: Midwest: Pit-Milwaukee on 03/08/2010. | .67.70 |
| 2/9/2010 | Richard D. Caruso | Airfare | Roundtrip travel to Neenah. Midwest/Frontier Airlines. 03/11/2010 to 03/14/2010 | 312.60 |
| 2/9/2010 | Richard D. Caruso | Airfare | Flight to Appleton for visit to Neenah: Midwest: Pit-Appleton-Pit 03/01/2010 to 03/04/2010 | 230.80 |
| 2/25/2010 | Richard D. Caruso | Airfare | Airfare for return trip from Neenah-Midwest flight problems.: AirTran: Mil-Pit on 02/25/2010. | 183.20 |
| 2/26/2010 | Fernando Pena-Alfaro | Airfare | Assist in Dalton evaluation: Best Travel: IAH-SBN 03/01/2010 to 03/05/2010. | 753.09 |
| 2/8/2010 | Richard D. Caruso | Ground Transportation | Cab fare from Appleton Airport to Neenah Office: Cab Co.: Appleton / Neenah | 25.00 |
| 2/5/2010 | Omer F. Ozgozukara | Hotel/Lodging | Neenah Foundries - Client site work: Best Western: Neenah 02/01/2010 to 02/05/2010. | 435.40 |
| 2/5/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western: Neenah, WI | 10.00 |
| 2/5/2010 | Brent Johnson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/01/2010 to 02/05/2010 | 435.40 |
| 2/5/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/01/2010 to 02/05/2010 | 435.40 |
| 2/11/2010 | Richard D. Caruso | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/08/2010 to 02/11/2010. | 244.05 |
| 2/12/2010 | Brent Johnson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/08/2010 to 02/12/2010. | 325.40 |
| 2/12/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western: Neenah, WI | 10.00 |
| 2/12/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/08/2010 to 02/12/2010. | 325.40 |
| 2/15/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/08/2010 to 02/12/2010. | 325.40 |
| 2/17/2010 | Richard D. Caruso | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/15/2010 to 02/17/2010. | 184.70 |
| 2/18/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/15/2010 to 02/18/2010. | 277.05 |
| 2/18/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/15/2010 to 02/18/2010. | 277.05 |
| 2/18/2010 | Brett Anderson | Hotel/Lodging | Gratuity for housekeeping: Best Western: Neenah, WI | 10.00 |
| 2/19/2010 | Brent Johnson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/15/2010 to 02/19/2010. | 369.40 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF FEBRUARY 3, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/25/2010 | Richard D. Caruso | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/22/2010 to 02/25/2010. | 244.05 |
| 2/25/2010 | Brent Johnson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/22/2010 to 02/25/2010. | 244.05 |
| 2/26/2010 | Brett Anderson | Hotel/Lodging | Gratuity for housekeeping: Best Western: Neenah, WI | 10.00 |
| 2/26/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/22/2010 to 02/26/2010. | 325.40 |
| 2/26/2010 | Brent Johnson | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/25/2010 to 02/26/2010. | 81.35 |
| 2/26/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging during work week at out-of town-client site: Bridgewood Best Western: Neenah 02/22/2010 to 02/26/2010. | 325.40 |
| 2/3/2010 | Brett Anderson | Meals | APPLEBEES, NEENAH: Dinner for Huron team: Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 46.79 |
| 2/4/2010 | Brent Johnson | Meals | STARBUCKS, NEENAH: breakfast beverages for engagement team: Attendees: Brent Johnson, Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 7.72 |
| 2/4/2010 | Brett Anderson | Meals | SOLEA MEXICAN GRILL, NEENAH: Dinner for Huron team: Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 29.14 |
| 2/4/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Working lunch for Huron, Sidley and Neenah team: Attendees: Brett Anderson, Brian Lohan, Jillian Ludwig, Bob Gitter, Joe Harvey, Brent Johnson, Omer F. Ozgozukara | 49.61 |
| 2/5/2010 | Omer F. Ozgozukara | Meals | Starbucks, Neenah: breakfast | 9.47 |
| 2/5/2010 | Omer F. Ozgozukara | Meals | La Hacienda, Neenah: dinner | 15.85 |
| 2/5/2010 | Brett Anderson | Meals | SUBWAY, NEENAH: Working lunch for Huron team: Attendees: Brett Anderson, Brent Johnson | 7.35 |
| 2/5/2010 | Brent Johnson | Meals | MCDONALD'S, MARATHON: Dinner while en route home from Neenah | 7.18 |
| 2/8/2010 | Omer F. Ozgozukara | Meals | Zuppas, Neenah: Working lunch for engagement team: Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso | 48.57 |
| 2/8/2010 | Omer F. Ozgozukara | Meals | McDonald's, Neenah: meal while en route. | 11.24 |
| 2/8/2010 | Brett Anderson | Meals | STARBUCKS, LAKE FOREST: Breakfast while en route. | 4.38 |
| 2/8/2010 | Brett Anderson | Meals | CHIPOTLE, GRAND CHUTE: Dinner for Huron team: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso, Omer F. Ozgozukara | 32.24 |
| 2/8/2010 | Brent Johnson | Meals | McDonald's, Thorp: Breakfast while en route to NEI. | 7.44 |
| 2/8/2010 | Richard D. Caruso | Meals | Breakfast at McDonlads in O'Hare Airport: McDonalds: Chicago | 6.17 |
| 2/9/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Working lunch for Huron team: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso, Omer F. Ozgozukara | 35.75 |
| 2/9/2010 | Omer F. Ozgozukara | Meals | Ground Round, Neenah: Dinner for engagement team, Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso | 82.27 |
| 2/10/2010 | Omer F. Ozgozukara | Meals | Cranky Pat's, Neenah: Dinner for Huron and Sidley teams: Attendees: Omer F. Ozgozukara, Brian Lohan, Jillian Ludwig, Brett Anderson, Brent Johnson, Richard D. Caruso | 63.95 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF FEBRUARY 3, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/10/2010 | Omer F. Ozgozukara | Meals | Solea, Neenah: Working lunch for engagement team: Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso | 48.93 |
| 2/11/2010 | Brett Anderson | Meals | ZACATECA'S, NEENAH: Dinner for Huron team: Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 56.72 |
| 2/11/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Working lunch for Huron team: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso, Omer F. Ozgozukara | 41.89 |
| 2/12/2010 | Brett Anderson | Meals | McDonald's, Neenah: meal while en route. | 6.29 |
| 2/12/2010 | Omer F. Ozgozukara | Meals | TGI Friday's, Gurnee: meal while en route. | 16.88 |
| 2/12/2010 | Brent Johnson | Meals | McDonald's, Steven's Point: meal while en route from Neenah, WI to home. | 8.54 |
| 2/12/2010 | Omer F. Ozgozukara | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 7.72 |
| 2/15/2010 | Brett Anderson | Meals | Starbuck's, Lake Forest: breakfast while en route. | 4.38 |
| 2/15/2010 | Brent Johnson | Meals | McDonald's, Thorp: breakfast while en route to client. | 8.16 |
| 2/15/2010 | Brett Anderson | Meals | Zuppa's, Neenah: Working lunch for Huron team: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso, Omer F. Ozgozukara | 38.58 |
| 2/15/2010 | Omer F. Ozgozukara | Meals | Copps, Neenah: engagement team snacks and sundries: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson, Richard D. Caruso | 46.31 |
| 2/15/2010 | Omer F. Ozgozukara | Meals | McDonald's, Roselle: meal while en route. | 10.26 |
| 2/15/2010 | Richard D. Caruso | Meals | McDonald's, PIT Airport: meal while en route. | 5.09 |
| 2/15/2010 | Brett Anderson | Meals | STARBUCKS, LAKE FOREST: Breakfast while en route. | 4.38 |
| 2/15/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson | 38.58 |
| 2/15/2010 | Omer F. Ozgozukara | Meals | Fratellos, Appleton: Working dinner for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson, Richard D. Caruso | 115.08 |
| 2/16/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson | 3.41 |
| 2/16/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson | 35.91 |
| 2/16/2010 | Omer F. Ozgozukara | Meals | Solea, Neenah: working dinner for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson, Richard D. Caruso | 48.49 |
| 2/17/2010 | Omer F. Ozgozukara | Meals | Chipotle, Grand Chute: Working lunch: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 24.20 |
| 2/17/2010 | Richard D. Caruso | Meals | lunch at Milwaukee airport: HMW: Milwaukee | 11.51 |
| 2/17/2010 | Brett Anderson | Meals | PULLMANS, APPLETON: Working dinner for Huron team: Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 63.34 |
| 2/18/2010 | Brent Johnson | Meals | Wendy's, Neenah: Working dinner. | 7.53 |
| 2/18/2010 | Omer F. Ozgozukara | Meals | La Hacienda, Roselle: Working dinner. | 16.65 |
| 2/18/2010 | Brett Anderson | Meals | ZUPPAS, NEENAH: Working lunch for Huron team and Bob Gitter, NEI: Attendees: Brett Anderson, Bob Gitter, Brent Johnson, Omer F. Ozgozukara | 3.41 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF FEBRUARY 3, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/18/2010 | Brett Anderson | Meals | ZUPPAS, NEENAH: Working lunch for Huron team and Bob Gitter, NEI: Attendees: Brett Anderson, Bob Gitter, Brent Johnson, Omer F. Ozgozukara | 36.96 |
| 2/18/2010 | Omer F. Ozgozukara | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 9.47 |
| 2/19/2010 | Brent Johnson | Meals | Starbucks, Neenah: large coffee for drive home from Neenah. | 2.05 |
| 2/19/2010 | Brent Johnson | Meals | Zuppa's, Neenah: Working lunch. | 12.71 |
| 2/22/2010 | Brett Anderson | Meals | CHIPOTLE, GRAND CHUTE: Working lunch for Huron team: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara | 33.86 |
| 2/22/2010 | Omer F. Ozgozukara | Meals | McDonald's, Neenah: meal while en route. | 8.65 |
| 2/22/2010 | Brent Johnson | Meals | McDonald's, Thorp: meal while en route. | 6.92 |
| 2/22/2010 | Brett Anderson | Meals | Ground Round, Neenah: Dinner for engagement team, Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso | 56.18 |
| 2/22/2010 | Brett Anderson | Meals | STARBUCKS, LAKE FOREST: Breakfast while en route. | 4.38 |
| 2/23/2010 | Brett Anderson | Meals | PERKINS, Neenah: Working dinner for Huron team: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso | 44.02 |
| 2/23/2010 | Brent Johnson | Meals | Copps, Neenah: Engagement team snacks and beverages while at client site: Attendees: Brent Johnson, Richard D. Caruso, Brett Anderson, Omer F. Ozgozukara | 65.22 |
| 2/23/2010 | Omer F. Ozgozukara | Meals | Zuppas, Neenah: Working lunch: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson, Richard D. Caruso | 30.04 |
| 2/24/2010 | Brett Anderson | Meals | PERKINS, Neenah: Working dinner for Huron team: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso | 38.51 |
| 2/25/2010 | Brett Anderson | Meals | Working lunch for Huron team: Chipotle: Grand Chute, WI Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 24.62 |
| 2/25/2010 | Brett Anderson | Meals | CHIPOTLE, GRAND CHUTE: Working lunch for Huron team: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara | 46.64 |
| 2/26/2010 | Omer F. Ozgozukara | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 9.47 |
| 2/26/2010 | Brent Johnson | Meals | McDonald's, Mosinee: Meal while en route. | 7.32 |
| 2/26/2010 | Omer F. Ozgozukara | Meals | TGI Friday's, Gurnee: meal while en route. | 17.72 |
| 2/5/2010 | Omer F. Ozgozukara | Mileage | Mileage from Neenah to Roselle. | 116.00 |
| 2/8/2010 | Omer F. Ozgozukara | Mileage | Mileage from Roselle to Neenah. | 116.00 |
| 2/8/2010 | Richard D. Caruso | Mileage | Mileage from home to airport for flight to Neenah on 02/08/2010. | 15.00 |
| 2/11/2010 | Richard D. Caruso | Mileage | Mileage from airport to home. | 15.00 |
| 2/12/2010 | Omer F. Ozgozukara | Mileage | Mileage from Neenah to Roselle. | 116.00 |
| 2/15/2010 | Brett Anderson | Mileage | Roundtrip mileage to/from Chicago and Neenah for week 2/1/2010 through 2/5/2010. | 185.00 |
| 2/15/2010 | Brett Anderson | Mileage | Roundtrip mileage to/from Chicago and Neenah for week 2/8/2010 through 2/12/2010. | 185.00 |
| 2/15/2010 | Omer F. Ozgozukara | Mileage | Mileage from Roselle to Neenah. | 116.00 |
| 2/15/2010 | Richard D. Caruso | Mileage | Mileage from home to airport for flight to Neenah on 02/15/2010. | 15.00 |
| 2/17/2010 | Richard D. Caruso | Mileage | Mileage from airport to home. | 15.00 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF FEBRUARY 3, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/18/2010 | Omer F. Ozgozukara | Mileage | Mileage from Neenah to Roselle. | 116.00 |
| 2/22/2010 | Omer F. Ozgozukara | Mileage | Mileage from Roselle to Neenah. | 116.00 |
| 2/22/2010 | Richard D. Caruso | Mileage | Mileage from home to airport for flight to Neenah on 02/22/2010. | 15.00 |
| 2/25/2010 | Richard D. Caruso | Mileage | Mileage from airport to home. | 15.00 |
| 2/26/2010 | Brett Anderson | Mileage | Roundtrip mileage to/from Chicago and Neenah for week 2/22/2010 through 2/26/2010. | 185.00 |
| 2/26/2010 | Omer F. Ozgozukara | Mileage | Mileage from Neenah to Roselle. | 120.00 |
| 2/5/2010 | Omer F. Ozgozukara | Parking & Tolls | Highway tolls, 02/05/2010 | 4.50 |
| 2/8/2010 | Omer F. Ozgozukara | Parking & Tolls | Highway tolls, 02/08/2010 | 4.50 |
| 2/11/2010 | Richard D. Caruso | Parking & Tolls | Parking for trip to Neenah: PIT Airport: Pittsburgh 02/08/2010 to 02/11/2010 | 84.00 |
| 2/12/2010 | Omer F. Ozgozukara | Parking & Tolls | Highway tolls, 02/12/2010 | 4.50 |
| 2/15/2010 | Omer F. Ozgozukara | Parking & Tolls | Highway tolls, 02/15/2010 | 4.50 |
| 2/17/2010 | Richard D. Caruso | Parking & Tolls | Airport parking for trip to Neenah: PIT parking: Pittsburgh 02/15/2010 to 02/17/2010 | 63.00 |
| 2/18/2010 | Omer F. Ozgozukara | Parking & Tolls | Highway tolls, 02/18/2010 | 4.50 |
| 2/22/2010 | Omer F. Ozgozukara | Parking & Tolls | Highway tolls, 02/22/2010 | 4.50 |
| 2/25/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport for trip to Neenah: PIT Airport Parking: pittsburgh 02/22/2010 to 02/25/2010. | 84.00 |
| 2/26/2010 | Omer F. Ozgozukara | Parking & Tolls | Highway tolls, 02/26/2010 | 4.50 |
| 2/5/2010 | Brent Johnson | Rental Car | NATIONAL CAR RENTAL, ST. PAUL: Amount of monthly rental car charges related to 2/3/2010 through 2/5/2010. | 183.93 |
| 2/5/2010 | Brent Johnson | Rental Car | Holiday, Woodbury: Fuel top off before turning in rental car. | 14.25 |
| 2/5/2010 | Brent Johnson | Rental Car | BP, MARATHON: fuel fill up for rental car while en route home. | 37.90 |
| 2/8/2010 | Brent Johnson | Rental Car | Ace Oil Express, Thorp: fuel fill up for rental car. | 22.40 |
| 2/12/2010 | Brent Johnson | Rental Car | R Store, Steven's Point: fuel fill up for rental car. | 42.35 |
| 2/15/2010 | Brett Anderson | Rental Car | Citgo Pump N Pantry, Fond du Lac: Fuel fill up for rental car. | 33.31 |
| 2/15/2010 | Brent Johnson | Rental Car | Ace Oil Express, Thorp: fuel fill up for rental car. | 41.85 |
| 2/15/2010 | Brett Anderson | Rental Car | Citgo Pump N Pantry, Fond du Lac: Fuel fill up for rental car. | 31.22 |
| 2/18/2010 | Brent Johnson | Rental Car | Fox Point Express, Neenah: Fuel fill up for rental car. | 31.55 |
| 2/19/2010 | Brent Johnson | Rental Car | Express Pay, Baldwin: Fuel fill up for rental car. | 29.15 |
| 2/19/2010 | Brett Anderson | Rental Car | NATIONAL CAR RENTAL, CHICAGO: Rental car for travel to Neenah from 2/14/2010 to 02/19/2010. | 260.59 |
| 2/22/2010 | Brent Johnson | Rental Car | Ace Oil Express, Thorp: fuel fill up for rental car. | 22.00 |
| 2/26/2010 | Brent Johnson | Rental Car | Shell, Mosinee: Fuel fill up for rental car. | 44.00 |

**Total Expenses** $11,678.99