# Exhibit A

# Detweiler Affidavit

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF DONALD J. DETWEILER PURSUANT TO BANKRUPTCY RULE 2014(a) IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREENBERG TRAURIG, LLP AS COUNSEL TO THE COMMITTEE, *NUNC PRO TUNC* TO FEBRUARY 12, 2010**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

I, Donald J. Detweiler, being duly sworn, depose and say:

1.    I am a shareholder at the law firm of Greenberg Traurig, LLP ("**Greenberg Traurig**"), which maintains offices throughout the United States, including at The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801. I submit this affidavit on behalf of Greenberg Traurig in support of the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Cases**") of Neenah Enterprises, Inc., *et al.* (the "**Debtors**"), for entry of an Order, pursuant to sections 328(a) and 1103(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2]    Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

"**Bankruptcy Code**") and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing the retention and employment of Greenberg Traurig, as counsel for the Committee, *nunc pro tunc* to February 12, 2010 (the "**Affidavit**"). Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[3]

## QUALIFICATIONS OF GREENBERG TRAURIG, LLP

2.     Greenberg Traurig maintains an office for the practice of law in Wilmington, Delaware, where these Cases are pending and has extensive experience appearing before courts in this District.   In addition, Greenberg Traurig has substantial experience representing committees in complex reorganization cases.   Given the nature of these Cases, I believe Greenberg Traurig has the resources and experience necessary to represent the Committee in these Cases.

## GREENBERG TRAURIG'S LACK OF ADVERSE INTEREST

3.     Except as disclosed herein, to the best of my knowledge and information after due inquiry, Greenberg Traurig has no connection with the Debtors, their creditors, any other party-in-interest herein or their respective attorneys or professionals, and does not hold or represent any entity having an adverse interest in connection with these Cases.   For so long as Greenberg Traurig represents the Committee, and absent further order of this Court, Greenberg Traurig will not represent any entity other than the Committee in connection with these Cases.

4.     As more fully described hereinafter, Greenberg Traurig maintains a computer client database (the "**Client Database**") containing the names of all of Greenberg Traurig's current and former clients and, where practical, the known affiliates of those clients.   In

---

[3] Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Greenberg Traurig.

connection with preparing this Affidavit, I caused to be submitted to, and checked against, that Client Database all of the following information: (a) those parties provided to the Committee by Debtors' counsel, Young Conaway Stargatt & Taylor LLP, on February 15, 2010; (b) the members of the Committee; (c) other miscellaneous parties; and (d) certain parties-in-interest in these Cases, including those parties filing a Notice of Appearance (as of March 1, 2010) (collectively, the "**Potentially Interested Parties**"). A list of the Potentially Interested Parties is attached hereto as **Exhibit 1**. Greenberg Traurig compared the names of the Potentially Interested Parties against a list of Greenberg Traurig's current and former engagements, clients and adverse parties (the "**Client Database**").

5. This inquiry revealed that certain of the Potentially Interested Parties are current or former Greenberg Traurig clients (the list of such clients is attached hereto as **Exhibit 2** and is incorporated herein by reference, and is referred to herein as the "**Client Match List**"). Through the information generated from the above-mentioned computer inquiry, and to the extent necessary, through follow-up inquiries with Greenberg Traurig attorneys responsible for certain clients listed on the Client Match List, except as disclosed herein, Greenberg Traurig determined that the representation of those clients on the Client Match List concerned matters unrelated to the Debtors or these Cases.

6. Through a firm wide e-mail, Greenberg Traurig also solicited information from its attorneys to determine if any attorneys employed by Greenberg Traurig are related to the Honorable Mary F. Walrath, the Bankruptcy Judge presiding over these Cases, the United States Trustee for Region 3, or any person employed in the Wilmington Office of the United States Trustee. Greenberg Traurig further solicited information from its attorneys to determine if any attorneys employed by Greenberg Traurig (i) are investors in any of the Debtors or (ii) were,

within two years of the Petition Date, a director, officer, or employee of any of the Debtors. No such connections have yet been discovered. In the event that any information in this regard is received, Greenberg Traurig will supplement this Affidavit to the extent necessary.

7.     Greenberg Traurig maintains and systematically updates its Client Database in the ordinary course of business, and it is the regular practice of Greenberg Traurig to make and maintain these records. The Client Database maintained by Greenberg Traurig is designed to include every matter on which Greenberg Traurig is now or has been engaged, the entity by which Greenberg Traurig is now or has been engaged and, in each instance, the identity of related parties and adverse parties and the attorney at Greenberg Traurig that is knowledgeable about the matter. It is the policy of Greenberg Traurig that no new matter may be accepted or opened without completing and submitting to those charged with maintaining the Client Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, the Client Database is regularly updated for every new matter undertaken by Greenberg Traurig.

8.     As expected, with approximately 1,800 lawyers internationally, Greenberg Traurig necessarily has connections with certain creditors and other parties-in-interest in these Cases. To the fullest extent possible, those connections as known or discovered to date are disclosed in this Affidavit and/or **Exhibit 2** hereto. However, in addition to the connections disclosed herein and in **Exhibit 2**, Greenberg Traurig and certain of its shareholders, counsel and associates may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest of the Debtors in connection with matters unrelated to the Debtors or these Cases. Moreover, Greenberg Traurig appears in many cases, proceedings, and transactions involving different attorneys, financial consultants and investment bankers, some of

which may now or in the future represent the Debtors, the Potentially Interested Parties or other parties-in-interest in these Cases.

9.    In that regard, Greenberg Traurig has disclosed the following to the Committee:

A.    Sandra G. M. Selzer, one of the attorneys representing the Committee in these cases, worked in the Wilmington office of Pachulski Stang Ziehl Young Jones & Weintraub ("**Pachulski**") from September of 2003 until November of 2006 when she joined Greenberg Traurig.  During the period that Ms. Selzer was employed by Pachulski, Pachulski represented certain of the Debtors[4] (the "**2003 Debtors**") in their first chapter 11 filing, *In re ACP Holding Company et al.*, Cases No. 03-12414 (MFW) (the "**2003 Cases**").  The 2003 Cases were confirmed on September 25, 2003 and a Final Decree was entered on December 22, 2003.  Ms. Selzer did not  represent the 2003 Debtors or work on the 2003 Cases.

B.    Greenberg Traurig represents a party in a superfund allocation case pending in the Eastern District of Wisconsin entitled *Appleton Papers Inc. v. George A. Whiting Paper Co.*, No. 2:08-cv-16-WCG, in which one of the Debtors, Neenah Foundry Company ("**Neenah Foundry**"), is a defendant.  Neenah Foundry has resolved its liability to the United States and the State of Wisconsin by consent decree in *United States v. George A. Whiting Paper Co.*, No. 1:09-cv-692-WCG (E.D. Wis.) (the Consent Decree was entered Dec. 16, 2009), *appeal pending*, Dkt. No. 10-1367 (7th Cir. filed Feb. 12, 2010).

10.    From time to time, Greenberg Traurig will review its disclosures in these Cases and in the event that additional material connections are discovered, Greenberg Traurig will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

---

[4] The entities that are Debtors in these Cases, but which were not debtors in the 2003 Cases (as defined herein) are Morgan's Welding, Inc. and Neenah Enterprises, Inc.

5

11.    None of Greenberg Traurig's representations of parties-in-interest in these Cases comprise a material component of Greenberg Traurig's practice, nor, except as disclosed herein, does it represent such parties on any issue relating to the Debtors or their estates.  As in any complex chapter 11 case, however, it may become necessary to pursue legal action against certain parties who appear on the Client Match List.  In that event, the Committee will likely seek to retain conflicts counsel to pursue such matters.

12.    Based on the foregoing and except as set forth herein, neither I, Greenberg Traurig, nor any shareholder, counsel, or associate thereof, insofar as I have been able to ascertain based on the information currently available to me, represents any interest adverse to the Debtors or their estates.  To the best of my knowledge, information and belief, Greenberg Traurig is a "disinterested person"[5] as that term is defined in section 101(14) of the Bankruptcy Code in that Greenberg Traurig, its shareholders, counsel and associates:

(a)    are not creditors, equity security holders or insiders of the Debtors;

(b)    are not and were not, within two years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

(c)    do not have an interest materially adverse to the interest of the estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

## SCOPE OF EMPLOYMENT

13.    The Committee anticipates that Greenberg Traurig may render the following services in these Cases:

---

[5]  Section 1103(b) of the Bankruptcy Code provides that proposed counsel to an official committee of unsecured creditors may not represent any other entity having an adverse interest in connection with the case.  Greenberg Traurig has made this disclosure with respect to disinterestedness out of an abundance of caution and to the extent required by section 328(c) of the Bankruptcy Code.

(a)  provide legal advice with respect to the Committee's rights, powers and duties in this case;

(b)  prepare all necessary applications, answers, responses, objections, orders, reports and other legal papers;

(c)  represent the Committee in any and all matters arising in these Cases including any disputes or issues with the Debtors, alleged secured creditors and other third parties;

(d)  assist the Committee in its investigation and analysis of the Debtors, including but not limited to, the review and analysis of all pleadings, claims and/or plans of reorganization that may be filed in these Cases and any negotiations or litigation that may arise out of or in connection with such matters, operations and financial affairs;

(e)  represent the Committee in all aspects of confirmation proceedings; and

(f)  perform all other legal services for the Committee that may be necessary or desirable in these proceedings.

## PROFESSIONAL COMPENSATION

14.  Greenberg Traurig intends to apply for compensation for professional services rendered in connection with these Cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Greenberg Traurig.  Greenberg Traurig has advised the Committee that the current hourly rates applicable to the principal attorneys and paralegals proposed to represent the Committee are:

| Professional | Rate Per Hour |
| --- | --- |
| Scott D. Cousins | $710 |
| Donald J. Detweiler | $665 |
| Sandra G.M. Selzer | $495 |
| T. Max Riffin | $285 |
| Elizabeth C. Thomas | $220 |

Other attorneys and paralegals will render services to the Committee as needed.  Generally, Greenberg Traurig's hourly rates are in the following ranges:

| Professional | Rate Per Hour |
|---|---|
| Shareholders | $335 to $1,050 |
| Of Counsel | $325 to $900 |
| Associates | $200 to $575 |
| Paralegals | $65 to $310 |

The Committee understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

15.    The hourly rates set forth above are Greenberg Traurig's current hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate Greenberg Traurig for its work and to cover fixed and routine overhead expenses.  It is Greenberg Traurig's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff.  Greenberg Traurig will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to Greenberg Traurig's clients.  Greenberg Traurig believes that these expenses should fairly be charged to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients.  In addition, Greenberg Traurig intends to seek compensation for all time and expenses associated with its retention in accordance with sections 330 and 331 of the Bankruptcy Code and any orders of this Court, including the preparation of the Application, this Affidavit, and related documents, as well as any monthly fee statements or interim or final fee applications.

DEL 86307908 v 1

16.    Other than as set forth herein, there is no proposed arrangement to compensate Greenberg Traurig.  Greenberg Traurig has not shared, nor agreed to share (a) any compensation it has received or may receive with any other party or person, other than with the shareholders, counsel and associates of Greenberg Traurig, or (b) any compensation another person or party has received or may receive.

## REQUEST FOR APPROVAL OF RETENTION OF
## GREENBERG TRAURIG *NUNC PRO TUNC* TO FEBRUARY 12, 2010

17.    For the reasons stated in the Application, Greenberg Traurig has requested, and the Committee has agreed, that Greenberg Traurig's retention be approved *nunc pro tunc* to February 12, 2010 in order to allow Greenberg Traurig to be compensated for the work it has performed for the Committee since such date, but prior to the Court's consideration of this Application.

[SIGNATURE PAGE FOLLOWS]

18.    By reason of the foregoing, I believe Greenberg Traurig is eligible for employment and retention by the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and the applicable Bankruptcy Rules.



Donald J. Detweiler

Sworn to and subscribed before me this
_____ day of March, 2010.

_____
Notary Public

STATE OF DELAWARE
COUNTY OF NEW CASTLE
My Commission Expires

ELIZABETH C. THOMAS
MY COMMISSION
EXPIRES
DEC. 22, 2010
NOTARY PUBLIC
STATE OF DELAWARE

10

# EXHIBIT 1

(Potentially Interested Parties)

## ALL DEBTOR ENTITIES (including non-debtor affiliates and former names)

A&M Specialties, Inc.
ACP Holding Company
Advanced Cast Products, Inc.
Belcher Corporation
Cast Alloys, Inc.
Dalton Corporation
Dalton Corporation, Ashland Manufacturing Facility
Dalton Corporation, Kendallville Manufacturing Facility
Dalton Corporation, Stryker Machining Facility
Dalton Corporation, Warsaw Manufacturing Facility
Deeter Foundry, Inc.
Gregg Industries, Inc.
Mercer Forge Corporation
Morgan's Welding, Inc.
Neenah Corporation
Neenah Enterprises, Inc.
Neenah Foundry Company
Neenah Transport, Inc.
Neiman Porter & Co.
NFC Castings, Inc.
Peerless Corporation

## HOLDERS OF MORE THAN 5% OF COMMON STOCK OF NEENAH ENTERPRISES, INC.

Tontine Capital Partners, L.P.
Tontine Capital Overseas Master Fund, L.P.
Tontine Capital Overseas Master Fund II, L.P.

## CURRENT DIRECTORS AND OFFICERS

John H. Andrews
Joseph M. Cerulli
Louis E. Fratarcangeli
David B. Gendell
Robert J. Gitter

Stephen E.K. Graham
Frank Headington
Jeffrey S. Jenkins
Joseph V. Lash
Jeffrey G. Marshall
Robert E. Ostendorf Jr.
Dale E. Parker

## 30 LARGEST UNSECURED CREDITORS

American Colloid Company
Atmosphere Annealing, Inc.
Badger Mining Corp
Caterpillar, Inc.
Dana Corporation Commercial Vehicle
Div of Allied Mineral Products, Inc.
Erie Coke Corporation
Faith Technologies
First Energy Solutions Corp.
Foseco Metallurgical Inc.
Gerdau Ameristeel US
Health Assurance PA, Inc.
Holmes Murphy & Associates, Inc.
Lewis Salvage Corporation
Louis Padnos Iron & Metal Co.
State of Michigan Tax Division
Nucor Steel, Auburn, Inc.
Oudenhoven Company, Inc.
Ryder Transportation Services
Sadoff Iron & Metal Co.
Sandmold Systems, Inc.
State of Michigan Tax Division
Steel Dynamics Bar Products Division
TA Services, Inc.
The Timken Corporation
Tonawanda Coke
Tontine Capital Partners, L.P.
Tube City, Inc.
WE Energies

## PREPETITION LENDERS

Banc of America Securities LLC
Bank of America, N.A.

General Electric Capital Corporation
Wachovia Capital Finance Corporation (Center)

## ADMINISTRATIVE AGENTS FOR THE PREPETITION LENDERS

Bank of America, N.A.

## PROFESSIONALS RETAINED BY ADMINISTRATIVE AGENT FOR THE PREPETITION LENDERS

Goldberg Kohn LTD
CM&D Capital Advisors LLC

## POSTPETITION LENDERS

Banc of America Securities LLC
Bank of America, N.A.
General Electric Capital Corporation
Wachovia Capital Finance Corporation (Center)

## AGENT FOR THE POSTPETITION LENDERS

Bank of America, N.A

## INDENTURE TRUSTEE FOR SENIOR NOTEHOLDERS

The Bank of New York Mellon Trust Company, N.A.

## AD HOC COMMITTEE OF SENIOR NOTEHOLDERS

Bennett Management Corporation
GoldenTree Asset Management, LP
Litespeed Management LLC
Mackay Shields LLC

## PROFESSIONALS RETAINED BY AD HOC COMMITTEE OF SENIOR NOTEHOLDERS

Stroock & Stroock & Lavan LLP
Moelis and Company

## MAJOR INSURANCE CARRIERS, REINSURANCE CARRIERS, AGENTS AND BROKERS

ACE American Insurance Co.
Chartis
Continental Casualty Co.
Federal Insurance Co.
Fireman's Fund Insurance Co.
Illinois National Insurance Co. (Chartis)
Indian Harbor Insurance
RSUI Indemnity Co.
St. Paul Fire & Marine Insurance Company
Travelers
XL Specialty Insurance Company

## PROFESSIONALS RETAINED BY THE DEBTORS

Ernst and Young LLP
The Garden City Group Inc.
Huron Consulting Services, LLC
Mercer (U.S.) Inc.
Rothschild, Inc.
Sidley Austin LLP
Young Conaway Stargatt & Taylor

## PARTIES TO LITIGATION WITH THE DEBTORS

NCR Corp.

## UNIONS REPRESENTING EMPLOYEES OF THE DEBTORS

Glass, Molders, Pottery, Plastics and Allied Workers International Union United
Steelworkers of America
Independent Patternmakers Union

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Christopher S. Sontchi

Mary F. Walrath
Peter J. Walsh

**ATTORNEYS EMPLOYED BY THE OFFICE OF THE
UNITED STATES TRUSTEE FOR REGION 3, DISTRICT OF
DELAWARE**

David Buchbinder
Roberta A. DeAngelis
William K. Harrington
Mark Kenney
David Klauder
Jane Leamy
Joseph McMahon
Richard Schepacarter
Thomas Tinker

**LANDLORDS OF THE DEBTORS**

CJ&D Properties
Combs Enterprises
Fiserv Investment Support Service
Freeman Properties
Harbor Investments
John & Madeline Kosky
Prairieville LLC
Wade Frauhigher
Warehouse Specialist
Warsaw Plating Works

**DIP TERM LOAN LENDERS/AGENT**

Bennett Management Corporation
GoldenTree Asset Management, LP
Litespeed Management LLC
Mackay Shields LLC
Wilmington Trust FSB
Bank of America, N.A.

**HOLDERS OF THE 12 ½ NOTES**

Tontine Capital Partners, L.P.

**INDENTURE TRUSTEE FOR THE 12 ½ NOTES**

United States Trust Company of New York

**MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Dana Holding Corporation
Gerdau Ameristeel
Sadoff & Rudoy Industries, LLP
The Timken Co.
Wisconsin Electric Power Company

**PROFESSIONALS RETAINED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

MorrisAnderson & Associates, Ltd.

**PARTIES REQUESTING NOTICE (as of 3/1/10)**

Airgas, Inc.
Linamar Corporation
Azcon Corp, Div. of Blue Tee Corp.
General Engine Products LLC
Pension Benefit Guaranty Corporation

## EXHIBIT 2

### Greenberg Traurig, LLP's Disclosure of Connections
### with Potentially Interested Parties[1]

The following names were compared to Greenberg Traurig's Client Database. As noted below, Greenberg Traurig has represented in the past or currently represents certain of the Potentially Interested Parties, including various persons or entities that may be related to or affiliated with the Potentially Interested Persons, in matters unrelated to the Debtors or their chapter 11 cases.

## Current Officers and Directors

| John H. Andrews | Greenberg Traurig has in the past represented an individual named John Andrews, Jr. John Andrews, Jr. may be the same individual as John H. Andrews, a current officer and/or director of the Debtors, although Greenberg Traurig has not been able to verify that. All matters for which Greenberg Traurig represented John Andrews, Jr. were unrelated to the Debtors or their chapter 11 cases. |
|---|---|

## 30 Largest Unsecured Creditors

| Caterpillar, Inc. | Greenberg Traurig has in the past represented and currently represents Caterpillar, Inc. and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
|---|---|
| Dana Corporation Commercial Vehicle | Greenberg Traurig has in the past represented Dana Business Credit Corporation, which may or may not be related to Dana Corporation Commercial Vehicle. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| Gerdau Ameristeel | Greenberg Traurig currently represents Metalurgica Gerdau S.A., an affiliate of Gerdau Ameristeel. All matters for which Greenberg Traurig represents this company are unrelated to the Debtors or their chapter 11 cases. |

---

[1] Capitalized terms used herein shall have the meaning set forth in the Application of the Official Committee of Unsecured Creditors for Entry of an order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel to the Committee, *Nunc Pro Tunc* to February 12, 2010 filed contemporaneously herewith.

| Nucor Steel, Auburn, Inc. | Greenberg Traurig has in the past represented Nucor Corporation, which may or may not be related to Nucor Steel Auburn, Inc.  All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| Ryder Transportation Services | Greenberg Traurig has in the past represented Ryder Transportation Services and certain of its affiliates.  All matters for which Greenberg Traurig represented these companies were unrelated to the Debtors or their chapter 11 cases. |

**Lenders**

| Bank of America, N.A. | Greenberg Traurig has in the past represented and currently represents Bank of America, N.A. and certain of its affiliates.  All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| General Electric Capital Corporation | Greenberg Traurig has in the past represented and currently represents General Electric Capital Corporation and certain of its affiliates.  All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Wachovia Capital Finance Corporation | Greenberg Traurig has in the past represented and currently represents Wachovia Capital Finance Corporation and certain of its affiliates.  All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |

**Professionals Retained by Administrative Agent for the Lenders**

| Goldberg Kohn LTD | Greenberg Traurig currently represents Goldberg Kohn. All matters for which Greenberg Traurig represents this company are unrelated to the Debtors or their chapter 11 cases. |

## Indenture Trustee for Senior Noteholders

| | |
|---|---|
| The Bank of New York Mellon Trust Company, N.A. | Greenberg Traurig has in the past represented and currently represents The Bank of New York Mellon Trust Company, N.A. and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |

## Ad Hoc Committee of Senior Noteholders

| | |
|---|---|
| GoldenTree Asset Management, LP | Greenberg Traurig has in the past represented GoldenTree Asset Management. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| Mackay Shields LLC | Greenberg Traurig has in the past represented Mackay Shields. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |

## Professionals Retained by Ad Hoc Committee of Senior Noteholders

| | |
|---|---|
| Strock & Strock & Lavan LLP | Greenberg Traurig has in the past represented Strock & Strock & Lavan. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| Moelis and Company | Greenberg Traurig currently represents Moelis and Company. All matters for which Greenberg Traurig represents this company are unrelated to the Debtors or their chapter 11 cases. |

## Major Insurance Carriers, Reinsurance Carriers, Agents and Brokers

| | |
|---|---|
| ACE American Insurance Company | Greenberg Traurig currently represents ACE American Insurance Company and has in the past represented certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Chartis | Greenberg Traurig currently represents Chartis and has in the past represented certain of its affiliates. All matters |

| | |
|---|---|
| | for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Continental Casualty Co. | Greenberg Traurig has in the past represented Continental Casualty Co., and currently represents and has in the past represented certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Federal Insurance Co. | Greenberg Traurig has in the past represented Federal Insurance Co., and currently represents and has in the past represented certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Fireman's Fund Insurance Co. | Greenberg Traurig currently represents and has in the past represented Fireman's Fund Insurance Co. All matters for which Greenberg Traurig currently represents this company, or represented this company in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Illinois National Insurance Co. (Chartis) | Greenberg Traurig currently represents Chartis and has in the past represented certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| RSUI Indemnity Co. | Greenberg Traurig has in the past represented RSUI Group, Inc., which may or may not be related to RSUI Indemnity Co. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| St. Paul Fire & Marine Insurance Company | Greenberg Traurig has in the past represented St. Paul Fire & Marine Insurance Company, and currently represents and has in the past represented certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Travelers | Greenberg Traurig currently represents and has in the past represented various Travelers entities. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, |

| | were and are unrelated to the Debtors or their chapter 11 cases. |
| --- | --- |
| XL Specialty Insurance Company | Greenberg Traurig currently represents XL Specialty Insurance Company, and currently represents and has in the past represented certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |

## Professionals Retained by the Debtors

| | |
| --- | --- |
| Ernst & Young LLP | Greenberg Traurig has in the past and currently represents Ernst & Young and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Huron Consulting Services, LLC | Greenberg Traurig currently represents Huron Consulting Group, which may or may not be related to Huron Consulting Services, LLC. All matters for which Greenberg Traurig currently represents this company are unrelated to the Debtors or their chapter 11 cases. |
| Mercer (U.S.) Inc. | Greenberg Traurig has in the past represented certain affiliates of Mercer (U.S.) Inc. All matters for which Greenberg Traurig represented these companies were unrelated to the Debtors or their chapter 11 cases. |
| Rothschild, Inc. | Greenberg Traurig has in the past represented Rothschild, Inc. and has in the past and currently represents certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| Sidley Austin LLP | Greenberg Traurig has in the past represented Sidley Austin LLP. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |

## Parties to Litigation with the Debtors

| | |
| --- | --- |
| NCR Corp. | Greenberg Traurig has in the past represented and currently represents NCR Corp. and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented |

| | these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |

### Landlords of the Debtors

| Harbor Investments | Greenberg Traurig currently represents Harbor Investments. All matters for which Greenberg Traurig represents this company are unrelated to the Debtors or their chapter 11 cases. |

### DIP Term Loan Lenders/Agent

| Bank of America, N.A. | Greenberg Traurig has in the past represented and currently represents Bank of America, N.A. and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |
| GoldenTree Asset Management, LP | Greenberg Traurig has in the past represented GoldenTree Asset Management. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| Mackay Shields LLC | Greenberg Traurig has in the past represented Mackay Shields. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| Wilmington Trust FSB | Greenberg Traurig has in the past represented and currently represents Wilmington Trust and certain of its affiliates. All matters for which Greenberg Traurig currently represents these companies, or represented these companies in the past, were and are unrelated to the Debtors or their chapter 11 cases. |

### Indenture Trustee for the 12 ½ Notes

| United States Trust Company of New York | Greenberg Traurig has in the past represented United States Trust Company of New York and certain of its affiliates. All matters for which Greenberg Traurig represented these companies were unrelated to the Debtors or their chapter 11 cases. |

## Members of the Official Committee of Unsecured Creditors

| Dana Holding Corporation | Greenberg Traurig has in the past represented Dana Business Credit Corporation, which may or may not be related to Dana Holding Corporation. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| --- | --- |
| Gerdau AmeriSteel Corporation | Greenberg Traurig currently represents Metalurgica Gerdau S.A., an affiliate of Gerdau Ameristeel. All matters for which Greenberg Traurig represents this company are unrelated to the Debtors or their chapter 11 cases. |

## Professionals Retained by the Official Committee of Unsecured Creditors

| MorrisAnderson & Associates, Ltd. | Greenberg Traurig has in the past represented MorrisAnderson & Associates, Ltd. All matters for which Greenberg Traurig represented this company were unrelated to the Debtors or their chapter 11 cases. |
| --- | --- |

## Parties Requesting Notice in the Cases (As of 3/1/10)

| Airgas, Inc. | Greenberg Traurig has in the past represented Airgas, Inc.. All matters for which Greenberg Traurig represented this company are unrelated to the Debtors or their chapter 11 cases. |
| --- | --- |
| General Engine Products LLC | Greenberg Traurig currently represents a subsidiary of General Engine Products LLC. All matters for which Greenberg Traurig represents this company are unrelated to the Debtors or their chapter 11 cases. |