IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NEENAH ENTERPRISES, INC., ET AL., | ) Case No. BK: 10-10360 |
| | ) Chapter 11 |
| Debtor. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

> GRETCHEN CRAWFORD,
> Assistant District Attorney
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 307
> Oklahoma City, Okla. 73102
> (405)-713-1685

Dated: MARCH 16, 2010

> Respectfully submitted,
>
> OKLAHOMA COUNTY TREASURER
> By:
>
> s/Gretchen Crawford
> Gretchen Crawford, OBA #14651
> Assistant District Attorney
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 307
> Oklahoma City, Okla. 73102
> (405)-713-1685

## CERTIFICATE OF SERVICE

I hereby certify that on the ___16TH___ day of ___MARCH___, 2010, I electronically transmitted the foregoing NOTICE to the Clerk of Court and upon the following Registrants using the CM/EFC System for filing and transmittal of Notice of Electronic Filing.

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN ST
CHICAGO, IL 60603

YOUNG CONAWAY STARGATT & TAYLOR LLP
THE BRANDYWINE BLDG
1000 WEST ST, 17TH FLOOR
PO BOX 391
WILMINGTON, DE 19899-0391

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N MARKET ST, 3RD FLOOR
WILMINGTON, DE 19801

                                                       s/Gretchen Crawford
                                                       Gretchen Crawford