# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEENAH ENTERPRISES, INC., *et al.*, | § | Case No. 10-10360 (MFW) |
| | § | |
| Debtors. | § | Jointly Administered |

## REQUEST FOR ALL NOTICES, PAPERS AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned counsel Constellation NewEnergy – Gas Division, LLC a creditor and party-in-interest in the above-captioned case, and hereby requests copies of all notices and pleadings in this proceeding pursuant to all applicable rules, including, without limitation, Fed.R.Bankr.P. 2002(a),(b),(f) and (g), 2018 and 3015(d) and (g). All such notices should be addressed as follows:

> Bruce J. Ruzinsky
> D. Elaine Conway
> JACKSON WALKER L.L.P.
> 1401 McKinney Street, Suite 1900
> Houston, Texas 77010
> (713) 752-4200 (Telephone)
> (713) 754-6704 (Facsimile)
> econway@jw.com (e-mail)

> Heather M. Forrest
> JACKSON WALKER L.L.P.
> 901 Main Street, Suite 6000
> Dallas, TX 75202
> (214) 953-6000 (Telephone)
> (214) 953-5822 (Facsimile)
> hforrest@jw.com (e-mail)

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and documents referred to in the Rules specified above but also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed with regard to the referenced case and the proceedings. Additionally, request is made for a copy of any plan and disclosure statement filed in this case.

5755071v.1 125210/00012

This Request for Notice and Service shall not be deemed or construed to be a waiver of the rights of Constellation NewEnergy – Gas Division, LLC (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which Constellation NewEnergy – Gas Division, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 16th day of March, 2010.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: /s/ *D. Elaine Conway*
    Bruce J. Ruzinsky
    State Bar No. 17469425
    D. Elaine Conway
    State Bar No. 24062674
    1401 McKinney, Suite 1900
    Houston, TX 77010
    (713) 752-4200 (Telephone)
    (713) 754-6704 (Facsimile)
    econway@jw.com (e-mail)

    Heather M. Forrest
    State Bar No. 24040918
    901 Main Street, Suite 6000
    Dallas, TX 75202
    (214) 953-6000 (Telephone)
    (214) 953-5822 (Facsimile)
    hforrest@jw.com (e-mail)

    CONSTELLATION NEWENERGY – GAS DIVISION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2010, a true and correct copy of the foregoing instrument was transmitted electronically, via facsimile or via First Class United States Mail to the parties listed below:

| **DEBTOR** | **COUNSEL FOR DEBTORS** |
|---|---|
| Neenah Enterprises, Inc. | Edmon L. Morton |
| 2121 Brooks Avenue | Young, Conaway, Stargatt & Taylor |
| Neenah, WI 54957 | The Brandywine Bldg. |
| | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| | Wilmington, DE 19899 |
| **U.S. TRUSTEE** | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| Thomas Patrick Tinker | Donald J. Detweiler |
| Office of the U.S. Trustee | Greenberg Traurig, LLP |
| 844 King Street Suite 2207 | 1007 North Orange Street |
| Wilmington, DE 19801 | The Nemours Building |
| | Wilmington, DE 19801 |

                                            /s/ *D. Elaine Conway*
                                            D. Elaine Conway