## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | |
| | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Billie Terry, hereby declare:

1.    I am over the age of eighteen years and not a party to the within action.  My business address is 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

2.    At the direction of Joel J. Berman, on March 16, 2010, I caused to be served, as indicated below, the following document in the above-captioned case:   AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL, on the parties in interest listed on the attached Service List.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2010, at Los Angeles, California.

_____
Billie Terry

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

6885182v1

SERVICE LIST

**Via First Class Mail**
Counsel to Debtors
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn: Kerriann S. Mills

Counsel for Debtors
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Attn: Morgan Seward

Counsel for The Ad Hoc Committee of Holders
of 9.5% Secured Notes
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Attn: Lori E. Kata

Counsel to Agent for the PrePetition Revolving
Lenders
Goldberg Kohn Ltd.
55 East Monroe Street
Chicago, IL 60603
Attn: Ronald Barliant

Counsel to the U.S. Trustee
T. Patrick Tinker
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Counsel to the Committee
Greenberg & Traurig
1007 N. Orange Street
Wilmington, DE 19801
Attn: Don Detweiler

**All other parties entitled to notice via the Court's ECF System**

- Wililiam J. Barrett   william.barrett@bfkn.com
- Robert S. Brady   bankfilings@ycst.com
- Gennice D. Brickhouse   brickhouse.gennice@pbgc.gov, efile@pbgc.gov
- Adam D. Bruski   abruski@lambertleser.com
- D Elaine Conway   econway@jw.com
- Susan M. Cook   scook@lambertleser.com, smcook@lambertleser.com
- Hillary B. Crabtree   hillarycrabtree@mvalaw.com
- Gretchen A. Crawford   grecra@oklahomacounty.org, tammik@oklahomacounty.org
- Daniel J. DeFranceschi   defranceschi@rlf.com, RBGroup@rlf.com
- Donald J. Detweiler   bankruptcydel@gtlaw.com, detweilerd@gtlaw.com;thomase@gtlaw.com
- Kenneth J. Enos   bankfilings@ycst.com
- David L. Finger   dfinger@delawgroup.com
- Aaron L. Hammer   ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
- Matthew B. Harvey   mharvey@mnat.com, aconway@mnat.com;ecampbell@mnat.com;rfusco@mnat.com

- Susan E. Kaufman   skaufman@coochtaylor.com
- Adam K. Keith   akeith@honigman.com
- Joel A. Kunin   jkunin@kuninlaw.com
- Rebecca K. McMahon   rmcmahon@centralstatesfunds.org
- Kathleen M. Miller   kmiller@skfdelaware.com, dlm@skfdelaware.com
- Edmon L. Morton   bankfilings@ycst.com
- Scott N. Opincar   sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Sandra G.M. Selzer   selzers@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com
- Karen Beth Shaer   kenneth_freda@gardencitygroup.com, jennifer.keough@gardencitygroup.com;PACERTeam@gardencitygroup.com
- James M. Sullivan   sullivan.james@arentfox.com, constantino.nova@arentfox.com
- William F. Taylor   bankruptcydel@mccarter.com
- Thomas Patrick Tinker   thomas.p.tinker@usdoj.gov
- United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV

2

6885182v1