IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., *et al.* | ) | Case No. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Werb & Sullivan, as counsel for the South Coast Air Quality Management District (AQMD), hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010-1(b); and such counsel hereby requests, pursuant to bankruptcy Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| Duane D. Werb, Esq. | Kurt Wiese, Esq. |
| Julia B. Klein, Esq. | SOUTH COAST AIR QUALITY |
| WERB & SULLIVAN | MANAGEMENT DISTRICT |
| 300 Delaware Ave., Suite 1300 | District Prosecutor's Office |
| P.O. Box 25046 | 21865 Copely Drive |
| Wilmington, DE 19899 | Diamond Bar, CA 91765 |
| Telephone: (302) 652-1100 | kwiese@aqmd.gov |
| Facsimile: (302) 652-1111 | |
| dwerb@werbsullivan.com | |
| jklein@werbsullivan.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, disclosure statement, plan of organization, or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopy, or otherwise filed with regard to the above case or proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Entry of Appearance and Request for Special Notice and Service of Papers, or any subsequent appearance, pleading or claim, does not waive any rights to which the subject party is entitled, including but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupment to which it is or may be entitled to under agreements or in law or in equity, all of which are expressly reserved.

Dated: March 17, 2010

Duane D. Werb (No. 1042)
Julia B. Klein (No. 5198)
**WERB & SULLIVAN**
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2010, a true and correct copy of the foregoing Notice of Entry of Appearance and Request for Special Notice and Service of Papers was served upon counsel of record electronically via the CM/ECF filing system and via First Class United States Mail to the parties listed below:

Edmon L. Morton
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington DE 119899

Thomas Patrick Tinker
OFFICE OF THE U.S. TRUSTEE
844 King Street, Suite 2207
Wilmington DE 19801

Donald J. Detweiler
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street
Wilmington DE 19801

Julia B. Klein