**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NEENAH ENTERPRISES, INC., | ) Case No. 10-10360-MFW |
| | ) Chapter 11 |
| Debtor(s) | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**PLEADINGS, NOTICES AND DOCUMENTS**

    The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.
    All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or by mail at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Sheryl L. Moreau, PO Box 475, Jefferson City, MO  65105-0475.
    **This pleading constitutes a written and specific request for the disclosure statement and plan.**

                                                Chris Koster, Attorney General
                                                State of Missouri

                                                By: /s/ Sheryl L. Moreau
                                                Sheryl L. Moreau, Mo. Bar #34690
                                                Special Assistant Attorney General
                                                Missouri Department of Revenue
                                                General Counsel's Office
                                                301 W. High Street, Room 670
                                                PO Box 475
                                                Jefferson City, MO  65105-0475
                                                (573) 751-5531  FAX (573) 751-7232
                                                Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served upon all those who receive electronic notification on March 17, 2010.

/s/ Sheryl L. Moreau