# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: Brandon | Date Created: 3/17/2010 |
| Case: 10–10360–MFW | Form ID: ntcBK | Total: 6 |

**Recipients of Notice of Electronic Filing:**

ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Neenah Enterprises, Inc.      2121 Brooks Avenue      Neenah, WI 54957
ust      Thomas Patrick Tinker      Office of the U.S. Trustee      844 King Street Suite 2207      Wilmington, DE 19801
aty      Edmon L. Morton      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      P.O. Box 391      Wilmington, DE 19899
aty      Kenneth J. Enos      Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty      Robert S. Brady      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899–0391

TOTAL: 5