# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Neenah Enterprises, Inc. | Case No. 10-10360 |
| Debtor | Hon. Mary F. Walrath |
| _____ / | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that General Motors LLC, a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, such counsel hereby enter their appearance in the above-captioned case pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby request, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone, and facsimile numbers indicated:

>Robert B. Weiss
>Honigman Miller Schwartz and Cohn LLP
>660 Woodward Avenue
>2290 First National Building
>Detroit, Michigan 48226
>Telephone: (313) 465-7596
>Facsimile: (313) 465-7597
>Email: rweiss@honigman.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the above-named party-in-interest's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding to triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Robert B. Weiss
Robert B. Weiss (Mich. Id. No. P28249)
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Telephone: (313) 465-7596
Facsimile: (313) 465-7597
Email: rweiss@honigman.com

Attorneys for General Motors LLC

Dated: March 18, 2010

DETROIT.4109650.1