UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                              Chapter 11

Neenah Enterprises, Inc.                            Case No. 10-10360

    Debtor
                                                    Hon. Mary F. Walrath
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2010, I caused to be electronically filed with the Clerk of the Court *Notice of Appearance and Demand for Notices and Papers* using the ECF system which will send notification of such filing to the following:

    Willliam J. Barrett on behalf of Creditor Tontine Capital Partners, L.P.
william.barrett@bfkn.com

Robert S. Brady on behalf of Debtor Neenah Enterprises, Inc.
bankfilings@ycst.com

Gennice D. Brickhouse on behalf of Creditor Pension Benefit Guaranty Corporation
brickhouse.gennice@pbgc.gov, efile@pbgc.gov

Adam D. Bruski on behalf of Creditor Linamar Corporation
abruski@lambertleser.com

D Elaine Conway on behalf of Attorney Constellation NewEnergy - Gas Division, LLC
econway@jw.com

Susan M. Cook on behalf of Creditor Linamar Corporation
scook@lambertleser.com, smcook@lambertleser.com

Hillary B. Crabtree on behalf of Creditor Nucor Steel Auburn, Inc.
hillarycrabtree@mvalaw.com

Gretchen A. Crawford on behalf of Creditor Oklahoma County Treasurer
grecra@oklahomacounty.org, tammik@oklahomacounty.org

Daniel J. DeFranceschi on behalf of Creditor Ad Hoc Committee of Senior Secured Noteholders
defranceschi@rlf.com, RBGroup@rlf.com

Donald J. Detweiler on behalf of Creditor Committee Official Committee of Unsecured

Creditors
bankruptcydel@gtlaw.com, detweilerd@gtlaw.com;thomase@gtlaw.com

Caroline R. Djang on behalf of Attorney c/o Joel J. Berman Jeffer, Mangels, Butler & Marmaro LLP
crd@jmbm.com

Kenneth J. Enos on behalf of Debtor Advanced Cast Products, Inc.
bankfilings@ycst.com

David L. Finger on behalf of Creditor Wisconsin Power Electric Company d/b/a WE Energies
dfinger@delawgroup.com

Aaron L. Hammer on behalf of Other Prof. Mercer (US) Inc.
ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

Matthew B. Harvey on behalf of Interested Party BANK OF AMERICA, N.A.
mharvey@mnat.com, aconway@mnat.com;ecampbell@mnat.com;rfusco@mnat.com

Susan E. Kaufman on behalf of Interested Party The United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers")
skaufman@coochtaylor.com

Adam K. Keith on behalf of Interested Party General Engine Products LLC
akeith@honigman.com

Joel A. Kunin on behalf of Creditor Azcon Corp., Div. of Blue Tee Corp.
jkunin@kuninlaw.com

Rebecca K. McMahon on behalf of Creditor Central States, Southeast and Southwest Areas Pension Fund
rmcmahon@centralstatesfunds.org

Kathleen M. Miller on behalf of Interested Party Airgas, Inc.
kmiller@skfdelaware.com, dlm@skfdelaware.com

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Edmon L. Morton on behalf of Debtor A&M Specialties, Inc.
bankfilings@ycst.com

Scott N. Opincar on behalf of Creditor Sadoff & Rudoy Industries LLP
sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Sandra G.M. Selzer on behalf of Creditor Committee Official Committee of Unsecured Creditors
selzers@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com

Karen Beth Shaer on behalf of Claims Agent The Garden City Group, Inc.
kenneth_freda@gardencitygroup.com,
jennifer.keough@gardencitygroup.com;PACERTeam@gardencitygroup.com

James M. Sullivan on behalf of Creditor The Timken Company
sullivan.james@arentfox.com, constantino.nova@arentfox.com

William F. Taylor on behalf of Interested Party FirstEnergy Solutions Corp.
bankruptcydel@mccarter.com

Thomas Patrick Tinker
thomas.p.tinker@usdoj.gov

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Robert Benjamin Weiss on behalf of Interested Party General Motors LLC
rweiss@honigman.com

Duane David Werb on behalf of Interested Party South Coast Air Quality Management District
maustria@werbsullivan.com;riorii@werbsullivan.com

     I further certify that on March 18, 2010, I electronically filed with the Clerk of the Court *Notice of Appearance and Demand for Notices and Papers* using the ECF system, a copy of which will be served upon the following individuals/companies via first class mail, postage prepaid:

IKON Financial Services
PO Box 13708
Mancon, GA 31208-3708

International Business Machines Credit LLC(ICC)
Attn: Vicky Namken
13800 Diplomat Dr
Dallas, TX 75234

Luis M Lluberas-Oliver on behalf of Creditor Morgan's Welding, Inc.
Moore & Van Allen PLLC
Suite 4700
106 N Tryon St
Charlotte, NC 28202-4003

Luis M Lluberas-Oliver on behalf of Creditor Nucor Steel Auburn, Inc.
Moore & Van Allen PLLC
Suite 4700
106 N Tryon St
Charlotte, NC 28202-4003

Pennsylvania Department of Labor & Industry
Reading Compliance & Bankruptcy Unit
625 Cherry St Rm 203
Reading, PA 19602-1184

                        HONIGMAN MILLER SCHWARTZ AND COHN LLP

                        By:_____/s/ Robert B. Weiss_____
                              Robert B. Weiss (Mich. Id. No. P28249)
                        660 Woodward Avenue
                        2290 First National Building
                        Detroit, Michigan 48226
                        Telephone: (313) 465-7596
                        Facsimile: (313) 465-7597
                        Email: rweiss@honigman.com

                        Attorneys for General Motors LLC

Dated: March 18, 2010

DETROIT.4109650.1