Barry W. Sawtelle, Esquire
Attorney No.: 42936
Pamela J. Cala, Esquire
Attorney No.: 45068
KOZLOFF STOUDT
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
(610) 670-2552                                      *Ordinary Course Professional*
                                                    *Counsel for Debtors*

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | : |
|  | : Case No. 10-10360 (MFW) |
| Debtors. | : |
|  | : Jointly Administered |
|  | : |

---

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
---

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance as ordinary course professional counsel for the Debtors, pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rule 9010(b), 9001 and 2002 of the Federal Rules of Bankruptcy Procedure and the undersigned hereby request that copies of all notices and pleadings given or required to be given and filed in this case or proceeding herein, and all papers served in this case or in any proceeding here to be given to and served upon the undersigned at the following office address and telephone numbers:

Barry W. Sawtelle, Esquire
KOZLOFF STOUDT
2640 Westview Drive
P.O. Box P.O. Box 6286
Wyomissing, PA 19610
(610) 670-2552
(610) 670-2591 (fax)
bsawtelle@kozloffstoudt.com

        Pamela Cala, Esquire
        KOZLOFF STOUDT
        2640 Westview Drive
        P.O. Box P.O. Box 6286
        Wyomissing, PA 19610
        (610) 670-2552
        (610) 670-2591 (fax)
        pcala@kozloffstoudt.com

    PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the said Code, the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight mail or courier, hand delivery, telecopies, or otherwise, filed or made with regard to the referenced cases and proceedings herein.

        KOZLOFF STOUDT


        /s/ *Barry W. Sawtelle*
        Barry W. Sawtelle, Esquire
        Attorney No.: 42936
        *Ordinary Course Professional*
        *Counsel for Debtors*

        KOZLOFF STOUDT


        /s/ *Pamela J. Cala*
        Pamela J. Cala, Esquire
        Attorney No.:  45068
        *Ordinary Course Professional*
        *Counsel for Debtors*