**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF  PENNSYLVANIA    )
                                                   )    ss:
COUNTY OF BERKS                  )

PAMELA J. CALA, ESQUIRE, being duly sworn, deposes and says:

1. I am a Shareholder of Kozloff Stoudt (the "Firm"), which maintains offices at 2640 Westview Drive, P. O. Box 6286, Wyomissing, PA 19610.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about March 8, 2010, authorizing the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as Pennsylvania real estate counsel with respect to certain aspects of the Debtors' business operations. The Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are $240.00 per hour. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

6. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these chapter 11 cases.

7. Neither I nor [any principal, partner, director, officer, etc.] of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors owe the Firm $1,260.61 for prepetition services.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2010

_____
PAMELA J. CALA, ESQUIRE

Sworn to and subscribed before me
this 19th day of March, 2010

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DEBRA L. HARTMAN, NOTARY PUBLIC
TOWNSHIP OF SPRING, BERKS COUNTY
MY COMMISSION EXPIRES JUNE 14, 2013

# KOZLOFF STOUDT
Professional Corporation
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
(610) 670-2552
TAX ID# 23-3022715

Neenah Foundry Company (K0994)  
Attn: Carol Creel  
P.O. Box 729  
Neenah, WI 54957

February 8, 2010

Statement # 130092

Professional Services as follows:  
Re:   205029-001  
          Asset Purchase

| Date | Init | Description |
|---|---|---|
| 12/29/09 | PJC | Prepare/Revise/Review Correspondence ; correspondence to counsel |
| 01/07/10 | PJC | Prepare/Revise/Review Correspondence ; correspondence to counsel; correspondence to client; revise UCC-3 Statement |
| 01/18/10 | PJC | Prepare/Revise/Review Correspondence ; correspondence to counsel; revise transfer documents and mortgage releases |
| 01/20/10 | PJC | Telephone conference with counsel; review file |
| 01/22/10 | PJC | Telephone conference with counsel; prepare memorandum; prepare/revise/review correspondence; correspondence to counsel |
| 01/27/10 | PJC | Prepare/Revise/Review Correspondence ; telephone conference with title company; telephone conference with counsel; correspondence to counsel |

**Total Fees & Disbursements**                                            $624.00

PLEASE REFERENCE FILE AND STATEMENT NUMBER ON REMITTANCE  
PAYABLE UPON RECEIPT

# KOZLOFF STOUDT
Professional Corporation
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
(610) 670-2552
TAX ID# 23-3022715

Neenah Foundry Company (K0994)  
Attn: Carol Creel  
P.O. Box 729  
Neenah, WI 54957

March 5, 2010

Statement # 130580

Professional Services as follows:  
Re:  205029-001  
     Asset Purchase

| Date | | Description |
|---|---|---|
| 02/01/10 | PJC | Prepare/Revise/Review Correspondence ; correspondence to counsel; review file; correspondence to engineer |
| 02/11/10 | PJC | Prepare/Revise/Review Correspondence ; correspondence to counsel; review file |
| 02/17/10 | PJC | Prepare/Revise/Review Correspondence |
| 02/18/10 | PJC | Telephone conference with counsel; correspondence to counsel; prepare/revise/review correspondence; draft instruction letter for filing |
| 02/24/10 | PJC | Prepare/Revise/Review Correspondence |

**Total Fees & Disbursements**         $441.54

PLEASE REFERENCE FILE AND STATEMENT NUMBER ON REMITTANCE  
PAYABLE UPON RECEIPT

## *KOZLOFF STOUDT*

Professional Corporation
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
(610) 670-2552
TAX ID# 23-3022715

Neenah Foundry Company (K0994)  
Attn: Carol Creel  
P.O. Box 729  
Neenah, WI 54957

March 19, 2010

Statement # 130771

Professional Services as follows:
Re:   205029-001  
       Asset Purchase

| Date | Atty | Description | |
|---|---|---|---|
| 03/03/10 | PJC | Prepare/Revise/Review Correspondence ; correspondence to counsel; review file | |
| 03/04/10 | PJC | Prepare/Revise/Review Correspondence ; correspondence to counsel | |
| | **Total Fees & Disbursements** | | **$195.07** |

PLEASE REFERENCE FILE AND STATEMENT NUMBER ON REMITTANCE  
PAYABLE UPON RECEIPT