BQ2389

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | : |
| | : Case No. 10-10360 (MFW) |
| Debtors. | : |
| | : Jointly Administered |
| | : |

**CERTIFICATE OF SERVICE**

I, Pamela J. Cala, Esquire hereby certify that a true and correct copy of the *Affidavit of Ordinary Course Professional*, was mailed on March 19, 2010 to the "Notice Parties" listed below by first class U. S. mail as follows:

Sidley Austin LLP
Attention: Kerriann S. Mills
One South Dearborn
Chicago, IL 60603

Stroock & Stroock & Lavan LLP
Attention: Lori E. Kata
180 Maiden Lane
New York, NY 10038

Young Conaway Stargatt & Taylor, LLP
Attention: Morgan Seward
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Goldberg Kohn Ltd.
Attention: Ronald Barliant
55 East Monroe Street
Chicago, IL 60603

Greenberg & Traurig
Attention: Don Detweiler
1007 N. Orange Street
Wilmington, DE 19801

Counsel to the U. S. Trustee
Attention: T. Patrick Tinker
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

This Certificate is made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

KOZLOFF STOUDT
Professional Corporation

*Pamela J. Cala*
Pamela J. Cala, Esquire