# EXHIBIT D

(Publication Notice)

DB02:9405704.1

069152.1001

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| Neenah Enterprises, Inc. | NFC Castings, Inc. |
| Neenah Foundry Company | Cast Alloys, Inc. |
| Neenah Transport, Inc. | Advanced Cast Products, Inc. |
| Gregg Industries, Inc. | Mercer Forge Corporation |
| Deeter Foundry, Inc. | Dalton Corporation |
| Belcher Corporation | Peerless Corporation |
| A&M Specialties, Inc. | Dalton Corporation, Warsaw Manufacturing Facility |
| Dalton Corporation, Ashland Manufacturing Facility | Dalton Corporation, Kendallville Manufacturing Facility |
| Dalton Corporation, Stryker Machining Facility Co. | Morgan's Welding, Inc. |

**NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING
DEADLINE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT:**

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order, dated April __, 2010 (the "Bar Date Order"), establishing certain deadlines for all persons and entities asserting claims against Neenah Enterprises, Inc. or any of its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") that arose prior to February 3, 2010 (the "Petition Date") to file a separate proof of claim with respect to each such Debtor with The Garden City Group, Inc. ("GCG"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases.

Pursuant to the terms of the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

corporation, limited liability company, estate, trust or governmental unit) that asserts a claim against any of the Debtors **must** file a proof of claim so that it is **actually received** by GCG as follows: by first-class mail to The Garden City Group, Inc., attn: Neenah Enterprises Claims Processing P.O. Box 9594, Dublin, OH 43017-4894; or via hand delivery or overnight courier must be addressed to The Garden City Group, Inc., attn: Neenah Enterprises Claims Processing 5151 Blazer Pkwy., Suite A, Dublin, OH 43017.

**Proofs of claim submitted by facsimile, telecopy, e-mail or other electronic submission will not be accepted. If you wish to assert a claim against more than one Debtor, you must file a separate proof of claim form against each applicable Debtor.**

General Bar Date. Except as otherwise provided herein, each person or entity holding or asserting a claim against the applicable Debtor(s) that arose prior to the Petition Date must file a proof of claim so that it is actually received by GCG on or before **May 21, 2010, at 4:00 p.m. (prevailing Eastern Time)**.

Governmental Unit Bar Date. Each governmental unit holding or asserting a claim against one or more of the Debtors that arose prior to the Petition Date must file a proof of claim so that it is actually received by GCG on or before **August 6, 2010 at 4:00 p.m. (prevailing Eastern Time)**.

Rejection Damages Bar Date. A proof of claim relating to a claim arising from the Debtors' rejection of an executory contract or unexpired lease pursuant to an order of the Bankruptcy Court must be filed so that it is actually received by GCG on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as of the Petition Date.

**Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim, (i) shall be forever barred, estopped, and enjoined from asserting such claim against the Debtors or thereafter filing a proof of claim with respect thereto in these chapter 11 cases; (ii) shall not, with respect to such claim, be treated as a creditor of the Debtors for the purposes of voting upon any plan of reorganization in these proceedings; and (iii) shall not receive or be entitled to receive any payment or distribution of property from the Debtors or their successors or assigns with respect to such claim.**

Dated: Wilmington, Delaware
_____, 2010

BY ORDER OF MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Brett H. Myrick
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION