IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is proposed counsel for Official Committee of Unsecured Creditors, for the above-captioned action, and that on the 19th day of March 2010, she caused copies of the following to be served upon the attached 2002 Service List via First Class Mail.

- Application for Entry of an Order Authorizing the Retention and Employment of MorrisAnderson & Associates, Ltd. as Financial Advisors to the Committee, *Nunc Pro Tunc* to February 23, 2010 [Docket No. 171]

Dated: March 23, 2010

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County
aforesaid, on the day and year aforesaid.

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. ("NEI")(8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Edmon Morton, Esq.
Kenneth Enos, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(Debtors Counsel)

Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903

Eric D. Schwartz, Esq.
Matthew B. Harvey, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Bank of America, N.A.)

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279

Larry J. Nyhan, Esq
Kerriann S. Mills
Jessica C.K. Boelter, Esq.
D'Lisia E. Bergeron, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th FL
P.O. Box 410
Wilmington, DE 19899
(Airgas)

Joel A. Kunin, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East St. Louis, IL 62201
Azcon Corporation

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
6600 Woodward Avenue, Suite 2290
Detroit, MI 48226
(General Engine Products LLC)

DEL 86,306,482v1

Susan E. Kaufman, Esq
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899
(United Steelworkers)

David R. Jury, Esq
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
(Counsel for United Steelworkers)

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114

Kristopher Hansen
Erez Gilad, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Ad Hoc Committee)

Daniel J. DeFranceschi
Kristine G. Manoukian, Esq
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Ad Hoc Committee)

Susan M. Cook, Esquire
Adam D. Bruski
Lambert, Leser, Isackson, Cook & Giunta, P.C.
916 Washington Avenue, Suite 309
Bay City, MI 48708
(Linamar Corporation)

David Boyle, Esq
Airgas, Inc.
259 Radnor Chester Rd., Ste 100
P.O. Box 6675
Radnor, PA 19087-8675
(Airgas)

Beau Biden
State of Delaware Attorney General Office
Carvel State Office Building
820 N. French St
Wilmington, DE 19801

William J. Barrett, Esq.
Kimberly J. Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Tontine Capital Partners, L.P.

Ronald Barliant, Esq.
Danielle Wildern Juhle, Esq.
David E. Morrison, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Sutie 3700
Chicago, IL 60603
(Bank of America, N.A.)

Scott N. Opincar
Sean D. Malloy
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
(Counsel for Sadoff & Rudoy Industries, LLP)

Gennice D. Brickhouse
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W., Suite 340
Washington, DC 20005-4026
(Creditor)

James M. Sullivan, Esq.
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(Attorneys for the Timken Company)

Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234
(International Business Machines Credit LLC (ICC))

Aaron L. Hammer, Esq.
Freeborn & Peters LLP
311 S Wacker Drive
Suite 3000
Chicago, IL 60606
(Counsel for Mercer (US) Inc.)

Joseph W. Kots
U.C. Tax Agent/Bankruptcy Representative
Commonwealth of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street - Room 203
Reading, PA 19602-1184

(Office of Unemployment Compensation Tax Services (UCTS))

Barry Sawtelle, Esq.
Pamela Cala, Esq.
Kozloff Stoudt
2640 Westview Drive
PO Box 6286
Wyomissing PA 19610
(OCP)

Robert Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Bldg
Detroit MI 48226
(Counsel to General Motors)

DEL 86,306,482v1