# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On March 23, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the following document to be served by overnight delivery on the parties as set forth on the service list annexed hereto as Exhibit A:

//

//

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Notice of and Motion of the Debtors for an Order Pursuant to Sections 501, 502, and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) Establishing Certain Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Docket No. 175].

_____
Paul V. Kinealy

Sworn to before me this 26th day of March, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

| | |
|---|---|
| (UCTS) DEPT OF LABOR AND INDUSTRY<br>J W KOTS re: NEENAH FOUNDRY COMPANY<br>625 CHERRY STREET<br>READING BK COMPLIANCE UNIT; RM 203<br>READING, PA 19602 | (UCTS) DEPT OF LABOR AND INDUSTRY<br>J W KOTS re: ADVANCED CAST PRODUCTS<br>625 CHERRY STREET<br>READING BK COMPLIANCE UNIT; RM 203<br>READING, PA 19602 |
| (UCTS) DEPT OF LABOR AND INDUSTRY<br>J W KOTS re: MERCER FORGE CORP<br>625 CHERRY STREET<br>READING BK COMPLIANCE UNIT; RM 203<br>READING, PA 19602 | (UCTS) DEPT OF LABOR AND INDUSTRY<br>J W KOTS re: MORGAN'S WELDING INC<br>625 CHERRY STREET<br>READING BK COMPLIANCE UNIT; RM 203<br>READING, PA 19602 |
| (UCTS) DEPT OF LABOR AND INDUSTRY<br>J W KOTS re: A&M SPECIALTIES INC.<br>625 CHERRY STREET<br>READING BK COMPLIANCE UNIT; RM 203<br>READING, PA 19602 | AIRGAS INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD<br>POBOX 6675; STE 100<br>RADNOR, PA 19087 |
| AMERICAN COLLOID CO<br>GEORGE JOHNSON<br>PO BOX 520<br>NW 520<br>MINNEAPOLIS, MN 55485 | AMERICAN COLLOID CO<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 |
| ARENT FOX LLP<br>JAMES M. SULLIVAN<br>1675 BROADWAY<br>ATTORNEY FOR THE TIMKEN COMPANY<br>NEW YORK, NY 10019 | ATMOSPHERE ANNEALING INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 |
| BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 | BARACK FERRAZZANO<br>WILLIAM J. BARRETT<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 |
| BARACK FERRAZZANO KIRSCHBAUM&NAGELB<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 | CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 |
| CENTRAL STATES LAW DEPT.<br>R MCMAHON<br>9377 WEST HIGGINS ROAD<br>S EAST & S WEST AREAS PENSION FUND<br>ROSEMONT, IL 60018 | COOCH AND TAYLOR PA<br>SUSAN KAUFMAN (USW)<br>1000 WEST STREET<br>PO BOX 1680; 10TH FLOOR<br>WILMINGTON, DE 19899 |
| DANA CORPORATION<br>ATTN: TIM DELONG<br>PO BOX 4097<br>KALAMAZOO, MI 49003 | DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 |
| DE SECRETARY OF STATE<br>DIVISION OF CORPS<br>PO BOX 7040<br>FRANCHISE TAX DIVISION<br>DOVER, DE 19903 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>820 N. FRENCH STREET<br>CARVEL STATE OFFICE BLDG<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| DLA PIPER LLP RICHARD M KREMEN ESQ<br>D CATHELL<br>6225 SMITH AVE<br>THE MARBURY BUILDING<br>BALTIMORE, MD 21209 | DLA PIPER LLP RICHARD M KREMEN ESQ<br>DAVID L. FINGER<br>1201 N. ORANGE ST<br>FINGER & SLANINA LLC; 7TH FLOOR<br>WILMINGTON, DE 19801 |
| ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 | FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON, WI 54914 |
| FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 | FREEBORN & PETERS LLP<br>AARON L. HAMMER<br>311 SOUTH WACKER DRIVE<br>COUNSEL TO MERCER US INC; STE 3000<br>CHICAGO, IL 60606 |
| GERDAU AMERISTEEL US INC.<br>HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA, GA 30368 | GOLDBERG KOHN LTD.<br>R BARLIANT; D JUHLE; D MORRISON<br>55 EAST MONROE<br>STE 3700<br>CHICAGO, IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL DRIVE<br>CLEVELAND, OH 44142 | GREENBERG TRAURIG LLP<br>S COUSINS; D DETWEILER; S SELZER<br>1007 N. ORANGE ST<br>NEMOURS BLD; STE 1200<br>WILMINGTON, DE 19801 |
| GREENBERG TRAURIG LLP<br>ATTN: SEAN BEZARK<br>77 W. WACKER DRIVE<br>SUITE 3100<br>CHICAGO, IL 60601 | GREENBERG TRAURIG LLP<br>S COUSINS; D DETWEILER; S SELZER<br>1007 NORTH ORANGE STREET<br>THE NEMOURS BLDG; STE 1200<br>WILMINGTON, DE 19801 |
| GREENBERG TRAURIG LLP<br>SEAN BEZARK<br>77 W. WACKER DRIVE<br>SUITE 3100<br>CHICAGO, IL 60601 | HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT, IL 60559 |
| HOLMES MURPHY & ASSOCIATES INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES, IA 50266 | HONGIMAN MILLER SCHWARTZ & COHN LLP<br>ATT: ROBERT B. WEISS<br>660 WOODWARD AVENUE<br>2290 FIRST NATIONAL BUILDING<br>DETROIT, MI 48226 |
| HONIGMAN MILLER SCHWARTZ<br>A KEITH; ATT. FOR GEN. ENGINE PROD.<br>660 WOODWARD AVE.<br>2290 1ST NAT. BLDG<br>DETROIT, MI 48226 | IBM CORPORATION<br>VICKY NAMKEN<br>13800 DIPLOMAT DRIVE<br>DALLAS, TX 75234 |
| IKON FINANCIAL SERVICES<br>ATT: MAIE GRINER<br>PO BOX 13708<br>MACON, GA 31208 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>11601 ROOSEVELT ROAD<br>MAIL DROP N781<br>PHILADELPHIA, PA 19114 |

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
1401 MCKINNEY STREET
SUITE 1990
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
901 MAIN STREET
SUITE 6000
DALLAS, TX 75202

KOZLOFF STOUDT
B W SAWTELLE; P CALA
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING, PA 19610

L PADNOS IRON & METAL CO
EVAN GILLIAM
PO BOX 66973
SLOT 303113
CHICAGO, IL 60666

LAMBERT LESER ISACKSON
ADAM D. BRUSKI
916 WASHINGTON AVENUE
SUITE 309
BAY CITY, MI 48708

LAMBERT LESER ISACKSON
SUSAN M. COOK
916 WASHINGTON AVENUE
SUITE 309
BAY CITY, MI 48708

LAMBERT LESER ISACKSON
SUSAN M. COOK
916 WASHINGTON AVENUE
SUITE 309
BAY CITY, MI 48708

LAMBERT LESER ISACKSON COOK ETAL
SUSAN M. COOK
916 WASHINGTON AVE
STE 309
BAY CITY, MI 48708

LEWIS SALVAGE CORP
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

MCDONALD HOPKINS LLC
S OPINCAR & S MALLOY
600 SUPERIOR AVENUE EAST
SUITE 2100
CLEVELAND, OH 44114

MISSOURI DEPT. OF REVENUE
ATT: S MOREAU
301 W. HIGH STREET
POBOX 475; ROOM 670
JEFFERSON CITY, MO 65105

MODERN EQUIPMENT CO
DON DONNER
PO BOX 933
PORT WASHINGTON, WI 53074

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ; MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET
LOCK BOX 35; SUITE 2313
WILMINGTON, DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
320 ROBERT S. KERR AVE
ROOM 307
OKLAHOMA CITY, OK 73102

OUDENHOVEN COMPANY INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

PENSION BENEFIT GUARANTY CORP
GENNICE D. BRICKHOUSE
1200 K STREET NW
SUITE 340
WASHINGTON, DC 20005

RICHARDS LAYTON & FINGER P.A.
D.J. DEFRANCESCHI & K.G. MANOUKIA
920 NORTH KING ST.
ONE RODNEY SQUARE
WILLMINGTON, DE 19801

| | |
|---|---|
| SADOFF & RUDOY INDUSTRIES<br>ATTN: FRANK VILLAIRE<br>PO BOX 1138<br>FOND DU LAC, WI 54936 | SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC, WI 54935 |
| SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE, WI 53268 | SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO, MI 49337 |
| SECURITIES AND EXCHANGE COMMISSION<br>GEORGE CANELLOS<br>3 WORLD FINANCIAL CENTER<br>NY REGIONAL OFFICE; STE 400<br>NEW YORK, NY 10281 | SIDLEY AUSTIN LLP<br>L NYHAN; K MILLS; J BOELTER; D BERGE<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 |
| SMITH KATZENSTIEN & FURLOW LLP<br>KATHLEEN MILLER<br>800 DELAWARE AVE<br>POBOX 410; 7TH FL<br>WILMINGTON, DE 19899 | SOUTH COAST AIR QUALITY MANAG. DIST<br>ATT: KURT WIESE<br>21865 COPELY DRIVE<br>DISTRICT PROSECUTOR'S OFFICE<br>DIAMOND BAR, CA 91765 |
| STATE OF MICHIGAN<br>LISA STARKS<br>PO BOX 30140<br>TAX DIVISION<br>LANSING, MI 48909 | STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD<br>225 EAST<br>PITTSBOROR, IN 46167 |
| STROOCK & STROOCK & LAVAN LLP<br>K. HANSEN & E. GILAD<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | TA SERVICES INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD, TX 76063 |
| THE KUNIN LAW OFFICES LLC<br>JOEL A. KUNIN<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201 | THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44708 |
| THE TIMKEN CORP.<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE, NC 28275 | TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA, NY 14151 |
| TONITE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>55 RAILROAD AVE<br>c/o TONITE CAP. MGMT LLC; 1ST FL<br>GREENWICH, CT 06830 | TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT, PA 15045 |
| UNITED STEELWORKERS<br>DAVID R JURY<br>FIVE GATEWAY CENTER<br>RM 807<br>PITTSBURGH, PA 15222 | UNITED STEELWORKERS<br>DAVID R. JURY<br>FIVE GATEWAY CENTER<br>ROOM 807<br>PITTSBURGH, PA 15222 |

| | |
|---|---|
| UNITED STEELWORKERS<br>SUSAN E. KAUFMAN<br>1000 WEST STREET<br>BRANDYWINE BLD; 10TH FL<br>WILMINGTON, DE 19899 | US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS; DAVID WEISS<br>1007 ORANGE ST<br>POBOX 2046; STE 700<br>WILMINGTON, DE 19899 |
| WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE, WI 53201 | WERB & SULLIVAN<br>ATT: D WERB & J KLEIN<br>300 DELAWARE AVE<br>POBOX 25046; SUITE 1300<br>WILMINGTON, DE 19899 |
| WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE, WI 53203 | |