# Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF FLORIDA       )
                       )  ss:
COUNTY OF LEVY         )

GINGER DWYER, being duly sworn, deposes and says:

1. I am an independent contractor providing accounting services and operating under the name of Ginger Dwyer. I maintain offices at 1930 SE 195th Terrace, Morriston, FL 32668.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about March 8, 2010, authorizing the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. I have provided various accounting services to the Debtors with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and I have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. My current customary rate, subject to change from time to time is $332 per day. In the normal course of business, I revise my billing rates on January 1st of each year and request that, effective January 1st of each year, the aforementioned rates be revised to the regular daily rate which will be in effect at that time.

5. I may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases. To the best of my knowledge, I do not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

6. I will not share any portion of the compensation to be received from the Debtors with any other person.

7. I, insofar as I have been able to ascertain, do not hold, or represent any interest adverse to the Debtors or their estates with respect to the matter(s) upon which I am to be employed.

8. The Debtors owe me $3,652 for prepetition services.

9. I am conducting further inquiries regarding my retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of my employment, if I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2010

_____
Affiant

Sworn to and subscribed before me
this ___ day of March, 2010

_____
Notary Public

ROBERT LEVESQUE
Notary Public, State of Florida
My comm expires March 12 2012
Comm. No DD770012
WILLISTONPRINTER.COM
352) 528-0845