# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

NEENAH ENTERPRISES, INC., et al.,[1]

Debtors.

Chapter 11

Case No. 10-10360 (MFW)

Jointly Administered

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF WISCONSIN    )
                      )  ss:
COUNTY OF OUTAGAMIE   )

Gregory B. Gill, Sr., being duly sworn, deposes and says:

1. I am an attorney of Gill & Gill, S.C. (the "Firm"), which maintains offices at 128 N. Durkee Street, Appleton, Wisconsin 54911.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about March, 2010, authorizing the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as labor and employment law counsel with respect to certain aspects of the Debtors' business operations. The Firm is responsible for and conducts collective bargaining on behalf of all of the company's

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

unionized plants for all corporate locations. Additionally the Firm is responsible to supervise and defend all employment related litigation at all corporate locations. The Firm is also responsible to monitor and supervise all workers compensation claims for all corporate locations. The Firm likewise is also responsible to supervise and defend any and all OSHA or State/Federal Wage and Hour matters throughout the company's locations. Additionally the Firm provides consultation on ERISA and insurance matters for all locations. The Firm conducts annual employment law training as required at all locations. The Firm provides daily consultation to all locations in connection with all of the above for all locations.

4. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

5. The Firm's current customary rates, subject to change from time to time are $18,017.00 per month. In the normal course of its business, the Firm revises its billing rates every three (3) years and no adjustment will be required for the next eighteen (18) months.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

7. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these chapter 11 cases.

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

9. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

10. The Debtors owe the Firm $18,017.00 for prepetition services.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2010.

_____
Affiant

Sworn to and subscribed before me this 22 day of March, 2010.

_____
Amy E. Goss
Notary Public, State of Wisconsin
My commission expires: 9/9/12

GILL & GILL S.C.

128 N. DURKEE STREET
APPLETON, WI 54911

# Invoice

**Bill To**

Neenah Foundry Company
Robert Ostendorf
PO Box 729
Neenah, WI 54957-0729

| Date | Invoice # |
|---|---|
| 3/1/2010 | 1151 |

| Description | Amount |
|---|---|
| Corporate Labor/Employment Law Services<br>  April 1, 2010 through April 30, 2010 | 18,017.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 920-739-1107 | 920-739-3027 | a.goss@new.rr.com |

| | |
|---|---|
| **Total** | $18,017.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,017.00 |