UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF MAILING

STATE OF WISCONSIN    )
                     )    ss:
COUNTY OF OUTAGAMIE  )

     Amy E. Goss, being first duly sworn on oath, deposes and says that she is not a party to the above entitled action; that she is employed as a legal assistant in the offices of GILL & GILL; and that on the 22 day of March, 2010, she deposited true and correct copies of the Affidavit of Ordinary Course Professional in regard to the above captioned matter in a U.S. post office box in the City of Appleton, Wisconsin, in envelopes addressed to:

Sidley Austin LLP
Attn: Kerriann S. Mills
One South Dearborn
Chicago, IL 60603

Young Conaway Stargatt & Taylor, LLP
Attn: Morgan Seward
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Stroock & Stroock & Lavan, LLP
Attn: Lori E. Kata
180 Maiden Lane
New York, NY 10038

Goldberg Kohn Ltd.
Attn: Ronald Barliant
55 East Monroe St.
Chicago, IL 60603

Greenberg & Traurig
Attn: Don Detweiler
1007 N. Orange St.
Wilmington, DE 19801

T. Patrick Tinkler
844 King St., Suite 2207
Lockbox 35
Wilmington, DE 19801

    Said envelopes were sealed with full uncancelled U.S. postage thereon and bore the names and addresses above mentioned.

*Amy E. Goss*
Amy E. Goss, Legal Assistant
GILL & GILL, S.C.

Subscribed and sworn to before me
this 22 day of March, 2010

Notary Public, State of Wisconsin
My commission is permanent