# EXHIBIT 1

First Supplemental OCP List

## ORDINARY COURSE PROFESSIONALS

| Firm | Services Provided |
|---|---|
| Solomon L. Lowenstein, Jr. | Legal Counsel with respect to general litigation matters |