# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF [ _Pennsylvania_ ]    )
                                                        )    ss:
COUNTY OF [ _Allegheny_ ]    )

[AFFIANT], being duly sworn, deposes and says:

1.        I am a [position] of [the firm] (the "Firm"), which maintains offices at

[Address]. _2591 Wexford-Bayne Road, Suite 402, Sewickley, PA 15143_

2.        This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about March [ _ ], 2010,

authorizing the above-captioned debtors and debtors-in-possession (each a "Debtor" and

collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary

course of business during the pendency of these chapter 11 cases.

3.        The Firm has represented and advised the Debtors as [ _ACTUARIES_ ] with

respect to certain aspects of the Debtors' business operations.  The Debtors have requested, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300).  The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

9.    The Debtors owe the Firm $ [ _No outstanding invoices_ ] for prepetition services.

10.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MARCH 24_ , 2010

_Arthur J Hallett_
Affiant

Sworn to and subscribed before me
this _24_ day of _March_ , 2010

_Elaine M Rufer_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Elaine M. Rufer, Notary Public
Franklin Park Boro, Allegheny County
My Commission Expires June 2, 2012
Member, Pennsylvania Association of Notaries