**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS     )
                      ) ss
COUNTY OF COOK        )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On March 29, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the Ordinary Course Professionals parties as set forth on the service list annexed hereto as Exhibit A:

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Remley & Sensenbrenner, S.C. [Docket No. 183];

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Kozloff Stoudt [Docket No. 184];

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Schenck S.C. [Docket No. 185];

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Ginger Dwyer [Docket No. 186];

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Solomon L. Lowenstein, Jr., Attorney at Law [Docket No. 189]; and

- Notice of First Supplemental List of Ordinary Course Professionals [Docket No. 190].

_____
Paul V. Kinealy

Sworn to before me this 30th day of March, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

| | |
|---|---|
| GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO IL 60603 | GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON DE 19801 | SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGERON<br>ONE SOUTH DEARBORN STREET<br>CHICAGO IL 60603 |
| STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON DE 19899-0391 |