**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS     )
                      ) ss
COUNTY OF COOK        )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On March 30, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail, on the affected parties (Ordinary Course Professionals) as set forth on the service list annexed hereto as Exhibit A:

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Hill, Barth & King, LLC [Docket No. 194];

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Barnes and Thornburg LLP [Docket No. 195]; and

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Hallett Associates, Inc. [Docket No. 196].

_____
Paul V. Kinealy

Sworn to before me this 31st day of March, 2010

_____
Margaret A. Posa
Notary Public, State of Illinois
No. 722327
Qualified in Cook County
Commission Expires: 10/5/2013

"OFFICIAL SEAL"
Margaret A Posa
Notary Public, State of Illinois
My Commission Expires 10/5/2013

2

# EXHIBIT A

| | |
|---|---|
| GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO, IL 60603 | GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON, DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON, DE 19801 | SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGERON<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 |
| STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON, DE 19899-0391 |