# EXHIBIT A

**GoldenTree Asset Management, LP**
**(on behalf of certain funds and/or accounts managed by it)**
**300 Park Avenue, 21st Floor**
**New York, New York 10022[1]**

### Aggregate Holdings

| Aggregate Principal Amount Owned of Secured Notes as of March 31, 2010 |
| --- |
| $56,837,000 |

| Secured Notes Acquired During the One-Year Period Prior to the Petition Date and Amounts Paid Therefor [2] | | |
| --- | --- | --- |
| **Principal Amount** | **Date Acquired** | **Amount Paid Therefor** |
| 959,612.50 | 6/5/2009 | 19.25 |
| 31,762.50 | 6/5/2009 | 19.25 |
| 163,625.00 | 6/5/2009 | 19.25 |

---

[1] Claims or equity interests reflected in this Annex A are held by funds or accounts managed by such members of the Ad Hoc Committee of Secured Noteholders, or by subsidiaries of such funds or accounts. Prices and amounts are current as of March 31, 2010.

[2] As required by Rule 2019, purchases of the Secured Notes for the one year period prior to the Petition Date (and any purchases since the Petition Date) are reflected herein, rather than purchase/sale information for the aggregate principal amount beneficially owned. During the period of February 3, 2009 – June 5, 2009 funds and accounts managed by GoldenTree Asset Management LP did not purchase any additional Secured Notes.

**MacKay Shields, LLC**
**(on behalf of certain funds and/or accounts managed by it)**
**9 West 57th Street, 33rd Floor**
**New York, NY 10019**[1]

<u>**Aggregate Holdings**</u>

| Aggregate Principal Amount Owned of Secured Notes as of March 31, 2010 |
|---|
| $68,588,000 |

| Secured Notes Acquired During the One-Year Period Prior to the Petition Date and Amounts Paid Therefor [2] | | |
|---|---|---|
| **Principal Amount** | **Date Acquired** | **Amount Paid Therefor** |
| 455,000 | 8/26/2009 | 38.25 |
| 190,000 | 8/26/2009 | 38.25 |
| 265,000 | 8/26/2009 | 38.25 |
| 759,000 | 8/26/2009 | 38.25 |
| 85,000 | 8/17/2009 | 34.625 |
| 130,000 | 8/17/2009 | 34.625 |

---

[1]    Claims or equity interests reflected in this Annex A are held by funds or accounts managed by such member of the Ad Hoc Committee of Secured Noteholders. Prices and amounts are current as of March 31, 2010.

[2]    As required by Rule 2019, purchases of the Secured Notes for the one year period prior to the Petition Date (and any purchases since the Petition Date) are reflected herein, rather than purchase/sale information for the aggregate principal amount beneficially owned. During the period of February 3, 2009 – August 17, 2009 funds and accounts managed by MacKay Shields LLC did not purchase any additional Secured Notes.

7