**EXHIBIT C**

**RICHARDS
LAYTON &
FINGER**

Daniel J. DeFranceschi
302-651-7816
DeFranceschi@rlf.com

January 21, 2010

Kristopher M. Hansen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

    RE: Representation of the Ad Hoc Committee of Senior Secured Noteholders
       in Potential Filing of Neenah Enterprises, Inc., et al.

Dear Kris:

    On behalf of Richards, Layton & Finger, P.A. ("RLF"), we are pleased to be selected to serve as Delaware counsel to the Ad Hoc Committee (the "Client") of holders of 9.5% Senior Secured Notes due in 2017 issued by Neenah Enterprises, Inc. (collectively, the "Senior Secured Notes") in connection with the chapter 11 bankruptcy filing of Neenah Enterprises, Inc. and certain of its affiliates (the "Debtors"). We understand that Stroock & Stroock & Lavan LLP ("Stroock") has been retained by the Client to provide legal services in connection with the matters regarding the Debtors, the Senior Secured Notes and related matters arising therefrom. We are very pleased to be engaged to act as Delaware counsel in this matter to provide legal services to the Client in connection with all bankruptcy and restructuring matters relating to the Debtors and the outstanding obligations under the Senior Secured Notes.

    The purpose of this letter is to confirm and establish our agreement with regard to the nature and scope of our retention and to provide you and the Client with a summary of obligations in connection with our retention.

    All duties and responsibilities created and imposed by this agreement shall be owed to the Client and not to any officer, agent, partnership, other corporation, trustee, employee or third party individuals, unless expressly otherwise agreed, and then only after full and accurate disclosure to the Court and other necessary parties.

Kristopher M. Hansen, Esq.
January 21, 2010
Page 2

Our representation of the Client in this matter is limited to legal matters only. We are not qualified to give advice on non-legal matters such as accounting matters, investment prospects or other business advice, and we suggest the Client obtain professionals in those fields if it desires advice in those areas.

Our fees for this matter will be based principally on the experience and expertise of the people who are providing services to the Client, and the amount of time spent on the project. The primary RLF attorneys who will assist the Client are: (i) Daniel J. DeFranceschi, who is a director with RLF, and will be billed at a rate of $600.00 per hour, and (ii) Kristine Grigorian, who is an associate with RLF, and will be billed at a rate of $245.00 per hour. Our paraprofessionals are billed at the rate of $195.00 per hour. The hourly rates of all of our professionals and paraprofessionals are reviewed and revised from time to time and may result in rate increases for those involved in this representation. We will try to maintain a continuing awareness of the issue of cost-effectiveness, and the Client should feel free to communicate with me if the Client has questions about any of our statements.

There are various categories of charges -- for example, long distance phone charges, photocopying charges, filing fees, expert witness fees, court reporter fees, travel expenses, and charges for computerized research -- that will be billed to the Client's account in addition to our fees for services. When such charges exceed $500, we will normally arrange with third parties to bill you directly.

It is our understanding that RLF's fees will be paid by the Company through Stroock in connection with the Company's agreements to pay Stroock's fees as counsel to the Senior Secured Noteholders. Accordingly, we will direct our invoices for this matter to your review with payment by the Company. We will normally provide statements to you on a monthly basis. Each statement will include a description of the services performed and a description of any costs and expenditures incurred by us on the Client's behalf for which we expect reimbursement.

We will perform the legal services called for under this engagement, respond promptly to your inquiries and communications, and keep the Client informed of the status of this matter. It will be the Client's responsibility to keep us apprised of the facts pertinent to our representation, review and provide comments to us concerning documents we prepare in the course of the engagement, and timely make payments required by this agreement.

RLF1 3529695v.1

Kristopher M. Hansen, Esq.
January 21, 2010
Page 3

    RLF is a large law firm with a national and international practice, with many existing clients and many new clients each year. As a result, clients of the firm from time to time have business dealings, negotiations and sometimes disputes (including litigation) with other firm clients. So that we can fully serve all of our clients and prospective clients, our representation of the Client is conditioned upon the Client's agreement that the Client will not object to our representation of any other client or prospective client of our firm in any business dealing, negotiations or disputes (including litigation), provided that the matter in which we represent any party adverse to the Client is not substantially related to any matter in which we are representing or have represented the Client, and with the understanding that we will not disclose any confidential information we have received from the Client and will not use any such information on behalf of any other party. This also means that we may obtain confidential information from other clients that might be of interest to the Client but which we cannot share with the Client.

    Either of us may terminate the engagement at any time for any reason by written notice, subject on our part to applicable rules of professional conduct. We reserve the right to withdraw from our representation if our statements for services are not paid within a reasonable time after being rendered. In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect the Client's interests in the above matter (and, if the Client so requests, we will suggest to the Client possible successor counsel and provide it with whatever papers the Client has provided to us). If permission for withdrawal is required by a Court, we will promptly apply for such permission, and the Client agrees to engage successor counsel to represent the Client.

    If the Client has any questions about the foregoing, please call me. If the Client is in agreement with the foregoing, and it accurately represents your understanding of the Client's engagement agreement with RLF, please execute the enclosed copy of this letter and return it to me. If not, kindly contact me as soon as possible. Please understand that we can assume no responsibility until the signed copy has been returned. We look forward to working with the Client in this representation.

    If the Client has any questions about this matter, please feel free to let me know. Otherwise, we will assume this is satisfactory to the Client.

RLF1 3529695v.1

Kristopher M. Hansen, Esq.
January 21, 2010
Page 4

      Thank you again for selecting us to serve as Delaware counsel to the Client in connection with this matter. We look forward to working with you.

      Very truly yours,

      Daniel J. DeFranceschi

AGREED TO AND ACCEPTED BY:
Kristopher M. Hansen, Esq.
Lead Counsel to and on behalf of, the Client

By: _____
  Name: Kristopher M. Hansen, Esq.
  Title: Lead Counsel to, and on behalf of, the Client

DJD/vjl

RLF1 3529695v.1