IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 84 & 143<br>Objection Deadline: April 11, 2010 at 4:00 p.m. (ET) |

## NOTICE OF FILING OF AFFIDAVIT OF DISINTERESTEDNESS OF ORDINARY COURSE PROFESSIONAL KNOX MCLAUGHLIN GORNALL & SENNETT, P.C.

**PLEASE TAKE NOTICE** that on February 19, 2010, the Debtors filed their Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business (the "Motion") [Docket No. 84].[2]

**PLEASE TAKE FURTHER NOTICE** that on March 9, 2010, the Court entered its Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business (the "Order") [Docket No. 143], which provides that each Ordinary Course Professional must file with the Court, prior to the receipt of payment for postpetition services rendered, an Affidavit pursuant to Section 327 of the Bankruptcy Code setting forth that such professional does not represent or hold any interest adverse to the Debtors or their respective estates with respect to the matter for which such professional is engaged.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors hereby file this Affidavit of Disinterestedness of Ordinary Course Professional Knox McLaughlin Gornall & Sennett, P.C. (the "Affidavit"), which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Affidavit has been served on (i) counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, Attn: Kerriann S. Mills; and Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, PO Box 391, Wilmington, Delaware 19899-0391, Attn:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Morgan Seward; (ii) counsel to the ad hoc committee of holders of 9.5% secured notes: Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, <u>Attn</u>: Lori E. Kata; (iii) counsel to the agent for the prepetition revolving lenders: Goldberg Kohn Ltd., 55 East Monroe St., Chicago, IL 60603, <u>Attn</u>: Ronald Barliant; (iv) counsel to the Official Committee of Unsecured Creditors: Greenberg & Traurig, 1007 N. Orange St., Wilmington, Delaware 19801, <u>Attn</u>: Don Detweiler; and (v) counsel to the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, <u>Attn</u>: T. Patrick Tinker (collectively, the "<u>Notice Parties</u>").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, any party in interest may object to an Ordinary Course Professional's retention within ten (10) days of service of the Affidavit based upon lack of disinterestedness or conflict of interest. Any objection to the retention of an Ordinary Course Professional must be filed with the Court and served upon the Notice Parties and the subject Ordinary Course Professional **on or before April 11, 2010 at 4:00 p.m. (ET)**.

Dated: Wilmington, Delaware
      April 1, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

    -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Morgan L. Seward*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION