UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No.: 171 |

## CERTIFICATION OF NO OBJECTION TO APPLICATION [RE: D.I. 171]

The undersigned hereby certifies that:

1. On March 19, 2010, the Official Committee of Unsecured Creditors filed the *Application to Employ and Retain Morris Anderson & Associates Ltd. as Financial Advisors to the Committee, Nunc Pro Tunc to February 23, 2010* [Docket No. 171] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the Notice of the Application, objections were to be filed and served no later than March 31, 2010 at 4:00 pm. Personnel at Greenberg Traurig, LLP have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. As of April 5, 2010, the undersigned counsel has not received an answer, objection or other responsive pleading to the Application.

3. Therefore, I respectfully request that the Court enter the proposed form of Order filed with the Application at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Dated: April 5, 2010

**GREENBERG TRAURIG, LLP**

*/s/ S. D. M. Selzer*

Scott D. Cousins (DE Bar No. 3079)
Donald J. Detweiler, Esq. (No. 3087)
Sandra G. M. Selzer, Esq. (No. 4283)
T. Max Riffin (No. 5225)
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
telephone: (302) 661-7000
facsimile: (302) 661-7360
email: cousinss@gtlaw.com
          detweilerd@gtlaw.com
          selzers@gtlaw.com
          riffinm@gtlaw.com

*Proposed Counsel to the Official
Committee of Unsecured Creditors*

DEL 86,313,065v2 4-5-10