UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 7, 2010 AT 11:30 A.M. (ET)

UNCONTESTED MATTERS – CERTIFICATIONS TO BE FILED

1. Application for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel to the Committee, Nunc Pro Tunc to February 12, 2010 [D.I. 154; 3/12/10]

    Related Documents:             None.

    Objection Deadline:            March 31, 2010 at 4:00 p.m.

    Objections/Responses Received: None.

    Status:    To date, the Committee has received no responses regarding this matter. In accordance with the Local Rules, on April 5, 2010, the Committee intends to file a Certificate of No Objection regarding this matter.

2. Supplemental Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP as Tax Services Providers to the Debtors Pursuant to 11 U.S.C. § 327(a), Nunc Pro Tunc to the Petition Date [D.I. 170; 3/19/10]

    Related Documents:             None.

    Objection Deadline:            March 31, 2010 at 4:00 p.m.

    Objections/Responses Received: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

    Status:    To date, the Debtors have received no responses regarding this matter. In accordance with the Local Rules, on April 5, 2010, the Debtors intend to file a Certificate of No Objection regarding this matter.

3. Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Morris Anderson & Associates Ltd. as Financial Advisors to the Official Committee of Unsecured Creditors Nunc Pro Tunc to February 23, 2010 [D.I. 171; 3/22/10]

   | | |
   |---|---|
   | Related Documents: | None. |
   | Objection Deadline: | March 31, 2010 at 4:00 p.m. |
   | Objections/Responses Received: | None. |

   Status:    To date, the Committee has received no responses regarding this matter. In accordance with the Local Rules, on April 5, 2010, the Committee intends to file a Certificate of No Objection regarding this matter.

4. Motion of the Debtors for an Order Pursuant to Sections 501, 502, and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(d) Establishing Certain Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [D.I. 175; 3/23/10]

   | | |
   |---|---|
   | Related Documents: | None. |
   | Objection Deadline: | March 31, 2010 at 4:00 p.m. |
   | Objections/Responses Received: | None. |

   Status:    To date, the Debtors have received no responses regarding this matter. In accordance with the Local Rules, on April 5, 2010, the Debtors intend to file a Certificate of No Objection regarding this matter.

Dated: Wilmington, Delaware
      April 5, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN POSSESSION