## EXHIBIT 1

First Supplemental OCP List

## ORDINARY COURSE PROFESSIONALS

| Firm | Services Provided |
| --- | --- |
| Howard E. Nyhart Company Inc. d/b/a Nyhart | Investment Advisor, Pension Plans |