# Exhibit A

DB02:9461208.1

069152.1001

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MERCER FORGE CORPORATION, | Case No. |
| Debtor. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN    )
                          )ss:
COUNTY OF WAYNE    )

I, SHAUN P. AYER, being duly sworn, deposes and says:

1.      I am a shareholder of Floyd E. Allen & Associates, P.C. (the "Firm"), which maintains offices at 2500 Fisher Building, 3011 West Grand Boulevard, Detroit, Michigan 48202.

2.      This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about March 9 , 2010, authorizing the above-captioned Debtor and Debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.      The Firm has represented and advised the Debtor as ordinary course professionals with respect to certain aspects of the Debtor's business operations. The Debtor has requested, and the Firm has agreed, to continue to provide such services to the Debtor on a post petition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rate, subject to change from time to time is $225.00 per hour.  In the normal course of its business, the Firm revises its billing rates in

January of each year and requests that, effective January 1st, of each year, the aforementioned rate be revised which will be in effect at that time.

5.      The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtor's chapter 11 case. To the best of my knowledge, the Firm does not perform services for any such person in connection with this chapter 11 case, or has any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estate.

6.      As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtor, claimant, and party-in-interest in this chapter 11 case.

7.      Neither I nor [any principal, partner, director, officer, etc.] of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

8.      Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtor or its estate with respect to the matter upon which the Firm is to be employed.

9.      The Debtor owes the Firm Zero Dollars ($0.00) for prepetition services.

10.     The Firm is conducting further inquiries regarding its retention by any creditor of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its

2

employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I, Shaun P. Ayer, declare under penalty of perjury that the foregoing is true and correct.

Executed on April **5**, 2010

SHAUN P. AYER, Shareholder

Sworn to and subscribed before me
this **5th** day of April, 2010

Theresa M. Zola, Notary Public
Macomb County, Michigan
Acting in Wayne County, Michigan
My Comission Expires:  March 25, 2013

3