# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Hearing Date: April 27, 2010 at 9:30 a.m. (ET)<br>Objection Deadline: April 23, 2010 at 4:00 p.m. (ET) |

## NOTICE OF HEARING TO CONSIDER
## THE ADEQUACY OF DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE THAT** on March 26, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware the *Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries* (the "Plan") and the accompanying Disclosure Statement with respect to the Plan (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Mary F. Walrath on *April 27, 2010, at 9:30 a.m. (ET)* convened at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must: (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (c) be filed with the clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, *on or before 4:00 p.m. (prevailing Eastern Time) on April 23, 2010* (the "Objection Deadline");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

and (d) be served upon the following parties so as to be received on or before the Objection Deadline: (i) counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, <u>Attn</u>: Kerriann S. Mills; and Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, PO Box 391, Wilmington, Delaware 19899-0391, <u>Attn</u>: Morgan Seward; (ii) counsel to the official committee of unsecured creditors: Greenberg Traurig, LLP, 1007 N. Orange St., Wilmington, Delaware 19801, <u>Attn</u>: Don Detweiler; (iii) counsel to the ad hoc committee of holders of 9.5% secured notes: Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, <u>Attn</u>: Lori E. Kata; (iv) counsel to the prepetition lenders: Goldberg Kohn Ltd., 55 East Monroe St., Chicago, IL 60603, <u>Attn</u>: Ronald Barliant; and (v) counsel to the U.S. Trustee: 844 King Street, Suite 2313, Wilmington, DE 19801, <u>Attn:</u> Patrick Tinker.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and the Disclosure Statement are available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Disclosure Statement may be obtained from counsel to the Debtors by request to Troy Bollman (tbollman@ycst.com), or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware
       March 26, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

*/s/ Morgan L. Seward*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

**PACIFIC COAST CROWN, CO**
15151 Salt Lake Avenue
Industry, Ca 91746-3316
PH. (626)937-6565 FAX (626)937-6563

Invoice

Invoice #: 00332867

Bill To:
Neenah Foundry Company
2121 Brooks Avenue (P0022)
Box 729
Neenah, Wisconsin 54956

Ship To:
Neenah Foundry Company
10519 Hickson Street
El Monte, California 91734

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| Ralph - V | Manuel | 43971 | | | 3/2/2010 | Net 10 | 3/2/2010 | 1 |

| QTY. | ITEM # | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 120 | 24x24 2/Way | 24x24 Used Pallets | $5.50 | | | $660.00 | |

we accept

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

there will be a 3% convience fee

There will be a 1.5% late charge (18% per year) on all open invoices over 30 days from date of billing

| | |
|---|---|
| SALE AMOUNT | $660.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $660.00 |
| PAID TODAY | $0.00 |
| BALANCE DUE | $660.00 |

**PACIFIC COAST CROWN**
15151 Salt Lake Avenue
INDUSTRY, CALIFORNIA 91746
(626) 937-6565
FAX (626) 937-6563

DATE 3/2/10

CUSTOMER'S ORDER NO.

NAME: Manuel / Neenah Foundry Company
ADDRESS: 10519 Hickson Street
El Monte, CA 91734

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 120 | 24 x 24 used pallets | | |
| | | TAX | |
| | | TOTAL | |

RECEIVED BY: J Manuel Ortega

3/2/10   120 P5.

*Thank You*