# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| (302) 571-6600 | THE BRANDYWINE BUILDING | (302) 571-1253 FAX |
| (800) 253-2234 (DE ONLY) | 1000 WEST STREET, 17TH FLOOR | www.ycst.com |
| | WILMINGTON, DELAWARE 19801 | |

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**    Robert E. Ostendorf, Jr.                                            03/31/2010
President and Chief Executive Officer
2121 Brooks Avenue
P.O. Box 729
Neenah, WI 54927

File No. 069152.1001

For Professional Services Rendered For:                           Bill No.  40334982

**Neenah Foundry Company**
**Billing Period Through February 28, 2010**

| | | |
|---|---|---|
| Total Fees.............................................................................. | $ | 40,790.50 |
| Total Expenses........................................................................ | | 15,344.25 |
| Total................................................................ | $ | 56,134.75 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **069152.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through February 28, 2010

**AGGREGATE TIME SUMMARY BY TASK CODE**

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B000 | Prepetition | 6.00 | 810.00 |
| B001 | Case Administration | 13.10 | 3,768.50 |
| B002 | Court Hearings | 32.40 | 12,789.00 |
| B003 | Cash Collateral/DIP Financing | 9.00 | 3,880.50 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 6.00 | 2,279.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | 2.90 | 1,066.50 |
| B007 | Claims Analysis, Objections and Resolutions | 1.60 | 608.00 |
| B008 | Meetings | 5.50 | 2,075.50 |
| B012 | Plan and Disclosure Statement | 1.60 | 692.00 |
| B013 | Creditor Inquiries | 0.80 | 254.50 |
| B015 | Employee Matters | 1.00 | 279.00 |
| B017 | Retention of Professionals/Fee Issues | 30.80 | 11,209.50 |
| B020 | Utility Services | 3.30 | 1,078.50 |
| | Totals | 114.00 | $ 40,790.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through February 28, 2010

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B000**
**Prepetition**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Troy Bollman | Paralegal | 6.00 | x $ | 135.00 | = | 810.00 |
| | Totals: | 6.00 | | | $ | 810.00 |

**Task B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.90 | x $ | 350.00 | = | 665.00 |
| Edmon L. Morton | Partner | 2.70 | x $ | 530.00 | = | 1,431.00 |
| Kenneth Enos | Associate | 1.00 | x $ | 335.00 | = | 335.00 |
| Morgan Seward | Associate | 2.50 | x $ | 265.00 | = | 662.50 |
| Troy Bollman | Paralegal | 5.00 | x $ | 135.00 | = | 675.00 |
| | Totals: | 13.10 | | | $ | 3,768.50 |

**Task B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edmon L. Morton | Partner | 12.90 | x $ | 530.00 | = | 6,837.00 |
| Kenneth Enos | Associate | 10.90 | x $ | 335.00 | = | 3,651.50 |
| Morgan Seward | Associate | 1.90 | x $ | 265.00 | = | 503.50 |
| Robert S. Brady | Partner | 1.70 | x $ | 660.00 | = | 1,122.00 |
| Troy Bollman | Paralegal | 5.00 | x $ | 135.00 | = | 675.00 |
| | Totals: | 32.40 | | | $ | 12,789.00 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
Billing Period Through February 28, 2010

| **Task B003**<br>**Cash Collateral/DIP Financing** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.90 | x $ | 350.00 | = | 315.00 |
| Edmon L. Morton | Partner | 5.00 | x $ | 530.00 | = | 2,650.00 |
| Kenneth Enos | Associate | 1.90 | x $ | 335.00 | = | 636.50 |
| Morgan Seward | Associate | 0.90 | x $ | 265.00 | = | 238.50 |
| Troy Bollman | Paralegal | 0.30 | x $ | 135.00 | = | 40.50 |
| | Totals: | 9.00 | | | $ | 3,880.50 |

| **Task B004**<br>**Schedules & Statements, U.S. Trustee Reports** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.40 | x $ | 350.00 | = | 140.00 |
| Edmon L. Morton | Partner | 1.80 | x $ | 530.00 | = | 954.00 |
| Kenneth Enos | Associate | 3.10 | x $ | 335.00 | = | 1,038.50 |
| Morgan Seward | Associate | 0.40 | x $ | 265.00 | = | 106.00 |
| Troy Bollman | Paralegal | 0.30 | x $ | 135.00 | = | 40.50 |
| | Totals: | 6.00 | | | $ | 2,279.00 |

| **Task B006**<br>**Use, Sale or Lease of Property (363 issues)** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Associate | 2.00 | x $ | 335.00 | = | 670.00 |
| Morgan Seward | Associate | 0.50 | x $ | 265.00 | = | 132.50 |
| Robert S. Brady | Partner | 0.40 | x $ | 660.00 | = | 264.00 |
| | Totals: | 2.90 | | | $ | 1,066.50 |

4

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through February 28, 2010

| **Task  B007**<br>**Claims Analysis, Objections and Resolutions** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.90 | x $ | 350.00 | = | 315.00 |
| Edmon L. Morton | Partner | 0.30 | x $ | 530.00 | = | 159.00 |
| Kenneth Enos | Associate | 0.40 | x $ | 335.00 | = | 134.00 |
| | Totals: | 1.60 | | | $ | 608.00 |

| **Task  B008**<br>**Meetings** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.10 | x $ | 350.00 | = | 735.00 |
| Edmon L. Morton | Partner | 0.70 | x $ | 530.00 | = | 371.00 |
| Kenneth Enos | Associate | 2.50 | x $ | 335.00 | = | 837.50 |
| Robert S. Brady | Partner | 0.20 | x $ | 660.00 | = | 132.00 |
| | Totals: | 5.50 | | | $ | 2,075.50 |

| **Task  B012**<br>**Plan and Disclosure Statement** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Edmon L. Morton | Partner | 0.80 | x $ | 530.00 | = | 424.00 |
| Kenneth Enos | Associate | 0.80 | x $ | 335.00 | = | 268.00 |
| | Totals: | 1.60 | | | $ | 692.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through February 28, 2010

**Task  B013**
**Creditor Inquiries**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.50 | x $ | 350.00 | = | 175.00 |
| Morgan Seward | Associate | 0.30 | x $ | 265.00 | = | 79.50 |
| | Totals: | 0.80 | | | $ | 254.50 |

**Task  B015**
**Employee Matters**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Associate | 0.20 | x $ | 335.00 | = | 67.00 |
| Morgan Seward | Associate | 0.80 | x $ | 265.00 | = | 212.00 |
| | Totals: | 1.00 | | | $ | 279.00 |

**Task  B017**
**Retention of Professionals/Fee Issues**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 7.10 | x $ | 350.00 | = | 2,485.00 |
| Edmon L. Morton | Partner | 8.00 | x $ | 530.00 | = | 4,240.00 |
| Kenneth Enos | Associate | 7.60 | x $ | 335.00 | = | 2,546.00 |
| Morgan Seward | Associate | 6.50 | x $ | 265.00 | = | 1,722.50 |
| Troy Bollman | Paralegal | 1.60 | x $ | 135.00 | = | 216.00 |
| | Totals: | 30.80 | | | $ | 11,209.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through February 28, 2010

| Task  B020<br>Utility Services | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.50 | x $ | 350.00 | = | 175.00 |
| Edmon L. Morton | Partner | 0.30 | x $ | 530.00 | = | 159.00 |
| Kenneth Enos | Associate | 0.60 | x $ | 335.00 | = | 201.00 |
| Morgan Seward | Associate | 1.40 | x $ | 265.00 | = | 371.00 |
| Robert S. Brady | Partner | 0.20 | x $ | 660.00 | = | 132.00 |
| Troy Bollman | Paralegal | 0.30 | x $ | 135.00 | = | 40.50 |
| | Totals: | 3.30 | | | $ | 1,078.50 |
| | Aggregate Total: | 114.00 | | | $ | 40,790.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through February 28, 2010

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

| | | Total Hours | | Hourly Rate | | | Total |
|---|---|---|---|---|---|---|---|
| RBRAD | Robert S. Brady, Partner | 2.50 | $ | 660.00 | = | | 1,650.00 |
| EMORT | Edmon L. Morton, Partner | 32.50 | $ | 530.00 | = | | 17,225.00 |
| DBOWM | Donald J. Bowman, Associate | 14.30 | $ | 350.00 | = | | 5,005.00 |
| KENOS | Kenneth Enos, Associate | 31.00 | $ | 335.00 | = | | 10,385.00 |
| MSEWA | Morgan Seward, Associate | 15.20 | $ | 265.00 | = | | 4,028.00 |
| TBOLL | Troy Bollman, Paralegal | 18.50 | $ | 135.00 | = | | 2,497.50 |
| | Total: | 114.00 | | | | $ | 40,790.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40334982                    03-31-2010

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/02/10 | Assist in preparation of materials for filing of case | TBOLL | B000 | 6.00 |
| | Sub Total | | | 6.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/03/10 | Work with K. Enos, D. Bowman and Sidley team to finalize and file first day pleadings | EMORT | B001 | 1.10 |
| 02/03/10 | Assist in preparation of materials and filing of first day pleadings | TBOLL | B001 | 4.00 |
| 02/04/10 | Draft and file Notice of Amended Exhibit C to Ostendorf First Day Declaration | DBOWM | B001 | 0.80 |
| 02/04/10 | Work with co-counsel to prepare for first day hearing | MSEWA | B001 | 1.10 |
| 02/04/10 | Download orders from the docket regarding first day motions, and circulate to the group | TBOLL | B001 | 1.00 |
| 02/05/10 | Meeting with M. Seward re: Service of First Day Orders | KENOS | B001 | 0.20 |
| 02/05/10 | Teleconference with Chambers re: docketing of orders | KENOS | B001 | 0.20 |
| 02/05/10 | Work with K. Enos and T. Bollman re: drafting of first day notice | MSEWA | B001 | 0.20 |
| 02/05/10 | Draft, review and revise notices re: interim orders | MSEWA | B001 | 1.20 |
| 02/08/10 | Teleconference with K. Mills re: service of Interim Orders | KENOS | B001 | 0.20 |
| 02/08/10 | Exchange emails with Garden City and co-counsel re: service of First Day Orders | KENOS | B001 | 0.20 |
| 02/11/10 | Review and provide comments on draft critical dates memo | DBOWM | B001 | 0.50 |
| 02/12/10 | Review revised critical dates memo | DBOWM | B001 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001              Invoice No. 40334982                    03-31-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/12/10 | Review and Revise Critical Dates | KENOS | B001 | 0.20 |
| 02/16/10 | Correspondence from and to co-counsel and Committee counsel re: confidentiality agreements (includes brief review of same) | EMORT | B001 | 0.50 |
| 02/23/10 | Review draft confidentiality agreement and committee bylaws | EMORT | B001 | 0.70 |
| 02/24/10 | Review and provide comments to critical dates memo | DBOWM | B001 | 0.30 |
| 02/24/10 | Correspondence from and to B. Guzina re: Committee confidentiality agreement (includes review of revisions) | EMORT | B001 | 0.40 |
| | Sub Total | | | 13.10 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/03/10 | Conference with client and co-counsel re: first day hearing strategy | EMORT | B002 | 3.20 |
| 02/03/10 | Assist co-counsel with preparation for First Day Hearing | KENOS | B002 | 2.50 |
| 02/03/10 | Meeting with client and Sidley re: first day hearing preparation | RBRAD | B002 | 0.80 |
| 02/04/10 | Work with client and co-counsel to prepare for first day hearing (6.2); Attend/conduct hearing (1.9); Conference with co-counsel re: results of same (1.0) | EMORT | B002 | 8.90 |
| 02/04/10 | Attend and Assist with First Day Hearing | KENOS | B002 | 1.90 |
| 02/04/10 | Review, Revise and Finalize Proposed Forms of Order re: First Day Hearings | KENOS | B002 | 2.20 |
| 02/04/10 | Assist co-counsel with preparation for First Day hearing | KENOS | B002 | 2.80 |
| 02/04/10 | Review and Revise Pro Hac Motions | KENOS | B002 | 0.30 |
| 02/04/10 | Attend first day hearing | MSEWA | B002 | 1.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001              Invoice No. 40334982                    03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/04/10 | Preparation for first day hearing (review UST comments to DIP financing; review forms of order and potential revisions) | RBRAD | B002 | 0.90 |
| 02/04/10 | Assist in preparation of materials for first day hearing | TBOLL | B002 | 5.00 |
| 02/05/10 | Correspondence from and to Court, K. Enos and B. Guzina re: hearing dates | EMORT | B002 | 0.50 |
| 02/05/10 | Exchange emails (3x) with K. Mils re: Interim Order Notices | KENOS | B002 | 0.20 |
| 02/08/10 | Correspondence from and to Court, K. Enos and co-counsel re: hearing dates | EMORT | B002 | 0.30 |
| 02/15/10 | Review and Finalize B. Guzina and L. Nyhan Pro Hac Motions | KENOS | B002 | 0.20 |
| 02/19/10 | Assist co-counsel with research and preparation re: hearing dates and filing deadlines | KENOS | B002 | 0.80 |
| | Sub Total | | | 32.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/04/10 | Attention to finalizing and preparing revised DIP Order | DBOWM | B003 | 0.90 |
| 02/04/10 | Work with co-counsel re: interim DIP order | MSEWA | B003 | 0.30 |
| 02/05/10 | Work with co-counsel and lenders re: revising and finalizing credit agreements | KENOS | B003 | 0.90 |
| 02/05/10 | Exchange emails (4x) with Lender's counsel re: filing of post-petition finance agreements | KENOS | B003 | 0.20 |
| 02/05/10 | Exchange emails with M. Seward and co-counsel re: Fee Letter Seal Motion | KENOS | B003 | 0.20 |
| 02/05/10 | Review and revise notice of withdrawal of seal motion | MSEWA | B003 | 0.10 |
| 02/05/10 | Draft notice of entry of interim order and scheduling of final hearing regarding DIP motion | TBOLL | B003 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                     Invoice No. 40334982                      03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/08/10 | Exchange emails with co-counsel re: filing credit agreements | KENOS | B003 | 0.10 |
| 02/08/10 | Review and Revise Notice of DIP Order | KENOS | B003 | 0.20 |
| 02/08/10 | Review and Finalize Notice of Executed and Blackline Credit Agreements | KENOS | B003 | 0.30 |
| 02/08/10 | Review and revise notice re: interim DIP order | MSEWA | B003 | 0.50 |
| 02/23/10 | Review draft of final DIP order | EMORT | B003 | 0.50 |
| 02/24/10 | Correspondence from and to co-counsel and Committee DIP issues | EMORT | B003 | 0.30 |
| 02/25/10 | Correspondence from and to B. Guzina and Committee re: DIP/reporting issues (includes review of same) | EMORT | B003 | 0.70 |
| 02/26/10 | Review materials to prepare for call with Committee re: DIP and retention issues (1.8); Teleconference with B. Guzina (.4); Teleconference with Committee and co-counsel (.5); Correspondence from and to B. Guzina, Committee and lenders (.5) | EMORT | B003 | 3.20 |
| 02/28/10 | Correspondence from and to B. Guzina and L. Katan re: final DIP order | EMORT | B003 | 0.30 |
| | Sub Total | | | 9.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/05/10 | Exchange emails with US Trustee re: Formation Meeting and Initial Debtor Interview | KENOS | B004 | 0.10 |
| 02/05/10 | Review US Trustee initial information requests | KENOS | B004 | 0.30 |
| 02/12/10 | Correspondence from and to company and K. Enos re: initial operating reports | EMORT | B004 | 0.30 |
| 02/12/10 | Teleconference with K. Mills re: Notice of Commencement | KENOS | B004 | 0.20 |
| 02/12/10 | Review and Finalize Notice of Commencement | KENOS | B004 | 0.20 |
| 02/12/10 | Review and Revise Notice of Commencement | KENOS | B004 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40334982                    03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/12/10 | Exchange emails (4x) with Garden City re: preparation, filing and service of 341 Notice | KENOS | B004 | 0.20 |
| 02/15/10 | Conference with K. Enos re: IOR | EMORT | B004 | 0.30 |
| 02/16/10 | Correspondence from and to Huron and K. Enos re: IOR (.4); Correspondence to and from B. Guzina and company re: same (.3) | EMORT | B004 | 0.70 |
| 02/16/10 | Exchange emails with co-counsel (4x) and J. Heck (2x) re: initial debtor interview | KENOS | B004 | 0.20 |
| 02/16/10 | Exchange emails with co-counsel re: notice of commencement | KENOS | B004 | 0.10 |
| 02/17/10 | Correspondence from and to K. Enos and Huron re: IOR and UST information (.3); Conference with K. Enos re: same (.2) | EMORT | B004 | 0.50 |
| 02/17/10 | Assist co-counsel and Huron with preparation of Initial Operating Report and Response to UST Initial Request | KENOS | B004 | 0.80 |
| 02/17/10 | Exchange emails with Huron re: initial monthly operating report | KENOS | B004 | 0.10 |
| 02/17/10 | Exchange emails with co-counsel and J. Heck re: initial debtor interview | KENOS | B004 | 0.10 |
| 02/18/10 | Conference call (Preliminary Initial Debtor Interviews) with Huron and U.S. Trustee | DBOWM | B004 | 0.40 |
| 02/18/10 | Participate in Initial Debtor Interview | KENOS | B004 | 0.60 |
| 02/18/10 | Finalize for filing and coordinate service of initial operating report | TBOLL | B004 | 0.30 |
| 02/19/10 | Review binders re U.S. Trustee requested information | MSEWA | B004 | 0.40 |
| | Sub Total | | | 6.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/03/10 | Conference with Larry Nyhan re: critical vendor issues | RBRAD | B006 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001            Invoice No. 40334982            03-31-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/05/10 | Review and Revise Notice of Interim Customer Programs Order | KENOS | B006 | 0.20 |
| 02/05/10 | Review and Revise Notice of Interim Critical Vendor Order | KENOS | B006 | 0.20 |
| 02/05/10 | Review and Revise Notice of Interim Insurance Order | KENOS | B006 | 0.20 |
| 02/08/10 | Work with co-counsel re: preparation and filing First Day Orders (DIP Utilities, Employees, Customer Programs, Critical Vendor and Insurance) | KENOS | B006 | 0.70 |
| 02/08/10 | Review and Revise Notice of Insurance Order | KENOS | B006 | 0.20 |
| 02/08/10 | Review and Revise Notice of Critical Vendor Order | KENOS | B006 | 0.20 |
| 02/08/10 | Teleconference with Liquidators (3x) re: case planning issues | KENOS | B006 | 0.20 |
| 02/08/10 | Review and revise notice re: interim insurance order | MSEWA | B006 | 0.10 |
| 02/08/10 | Review and revise notice re: critical vendor interim order | MSEWA | B006 | 0.10 |
| 02/08/10 | Review and revise notice re: customer programs interim order | MSEWA | B006 | 0.10 |
| 02/08/10 | Telephone call with J. Sacks re: sale inquiry | MSEWA | B006 | 0.20 |
| 02/10/10 | Exchange emails with Advanced Cast Products re: potential asset sales | KENOS | B006 | 0.10 |
| | Sub Total | | | 2.90 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/18/10 | Telephone to co-counsel (B. Guzina) with E. Morton and K. Enos re: issues concerning the setting of a claims bar date | DBOWM | B007 | 0.30 |
| 02/18/10 | Review draft claims bar date motion (.5) and e-mail exchanges with co-counsel (B. Guzina) concerning same (.1) | DBOWM | B007 | 0.60 |

14

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001            Invoice No. 40334982            03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/18/10 | Correspondence from and to B. Guzina re: committee/bar date issues | EMORT | B007 | 0.30 |
| 02/18/10 | Meeting with D. Bowman (.2) and E. Morton (.2) re: Bar Date Motion | KENOS | B007 | 0.40 |
| | Sub Total | | | 1.60 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/04/10 | Meeting with K. Mills re: "Second Day" Issues | KENOS | B008 | 0.30 |
| 02/05/10 | Correspondence from and to UST and K. Enos re: formation meeting | EMORT | B008 | 0.30 |
| 02/09/10 | Assist co-counsel with preparation for Formation Meeting | KENOS | B008 | 0.50 |
| 02/10/10 | Correspondence to/from K. Enos re: committee formation meeting and planning | RBRAD | B008 | 0.20 |
| 02/11/10 | Review draft Notice of 341 Meeting of Creditors | DBOWM | B008 | 0.30 |
| 02/11/10 | Correspondence from and to P. Tinker and certain creditors re: formation meeting | EMORT | B008 | 0.40 |
| 02/11/10 | Assist co-counsel with preparation for Formation Meeting | KENOS | B008 | 0.60 |
| 02/11/10 | Exchange emails (4x) with co-counsel re: formation meeting | KENOS | B008 | 0.20 |
| 02/11/10 | Work with D. Bowman and T. Bollman re: preparation of 341 Notice | KENOS | B008 | 0.20 |
| 02/12/10 | Attend Formation Meeting (1.2) and follow-up meeting with co-counsel and client concerning same (.6) | DBOWM | B008 | 1.80 |
| 02/12/10 | Assist client and co-counsel with preparations for Formation Meeting | KENOS | B008 | 0.50 |
| 02/12/10 | Teleconference with D. Detweiler re: Formation Meeting | KENOS | B008 | 0.20 |
| | Sub Total | | | 5.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001            Invoice No. 40334982            03-31-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/15/10 | Teleconference with Committee and Sidley team re: plan/case issues | EMORT | B012 | 0.80 |
| 02/15/10 | Teleconference with co-counsel, committee counsel and E. Morton re: plan and outstanding issues | KENOS | B012 | 0.80 |
| | Sub Total | | | 1.60 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/05/10 | Telephone from creditor re: ADT Security | MSEWA | B013 | 0.10 |
| 02/11/10 | E-mails to and from co-counsel (B. Guzina) re: Formation Meeting | DBOWM | B013 | 0.30 |
| 02/12/10 | Follow-up e-mails to U.S. Trustee (P. Tinker) and co-counsel (B. Guzina) re: formation of Committee | DBOWM | B013 | 0.20 |
| 02/22/10 | Telephone call from creditor re: schedules inquiry | MSEWA | B013 | 0.10 |
| 02/26/10 | Call from Taisha with Air Gas re: Equipment held by Debtor Morgan Welding | MSEWA | B013 | 0.10 |
| | Sub Total | | | 0.80 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/08/10 | Review and Revise Notice of Severance Plan Hearing | KENOS | B015 | 0.20 |
| 02/08/10 | Prepare notice re: employee wage motion final hearing | MSEWA | B015 | 0.40 |
| 02/08/10 | Review and revise notice of interim employee order | MSEWA | B015 | 0.40 |
| | Sub Total | | | 1.00 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 02/04/10 | Conference with K. Enos re: retention applications | EMORT | B017 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                  Invoice No. 40334982                  03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/08/10 | Continue connections review for YCST retention affidavit | KENOS | B017 | 0.90 |
| 02/09/10 | Review and Revise Young Conaway Retention Application | KENOS | B017 | 0.90 |
| 02/15/10 | Teleconference with B. Guzina (2x) re: professional retention/Committee issues (.8); Correspondence from and to B. Guzina and YCST team re: same (1.2) | EMORT | B017 | 2.00 |
| 02/15/10 | Further connections review for YCST retention affidavit | KENOS | B017 | 0.60 |
| 02/15/10 | Exchange emails with co-counsel re: retention issues | KENOS | B017 | 0.10 |
| 02/17/10 | E-mails from and responses to co-counsel (B. Myrick) re: issues concerning waiver of Local Rule 2016 by retained professionals | DBOWM | B017 | 0.20 |
| 02/17/10 | Exchange emails with co-counsel (4x) re: preparation of retention applications | KENOS | B017 | 0.20 |
| 02/18/10 | Review and provide comments on draft Ernst & Young retention application (1.5) and Huron retention application (1.2) to co-counsel (B. Myrick) | DBOWM | B017 | 2.70 |
| 02/18/10 | Review numerous retention applications (Huron, Rothschild, YCST and Ernst & Young)(2.8); Conference with K. Enos and D. Bowman (multiple)(.7); Teleconference with co-counsel (.6) | EMORT | B017 | 4.10 |
| 02/18/10 | Review and Revise OCP Motion | KENOS | B017 | 0.50 |
| 02/18/10 | Review and Revise Interim Compensation Motion | KENOS | B017 | 0.50 |
| 02/18/10 | Meeting with D. Bowman (.2) and E. Morton (.1) re: Huron Retention Application | KENOS | B017 | 0.30 |
| 02/18/10 | Review connections reports re: Young Conaway retention | MSEWA | B017 | 4.30 |
| 02/18/10 | Review and revise Young Conaway retention application | MSEWA | B017 | 0.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                  Invoice No. 40334982                  03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/19/10 | Review and provide comments to co-counsel (B. Myrick) re: Huron retention (.6); Mercer retention (1.3); Ernst & Young retention (.7), including engagement agreements | DBOWM | B017 | 2.60 |
| 02/19/10 | Work with co-counsel (B. Guzina and B. Myrick) to finalize and file (see above and Interim Compensation, Ordinary Course Professionals Motions Sidley and YCST Applications | DBOWM | B017 | 1.60 |
| 02/19/10 | Review/finalize YCST retention pleadings | EMORT | B017 | 0.60 |
| 02/19/10 | Review/comment on Sidley and other retention pleadings | EMORT | B017 | 0.80 |
| 02/19/10 | Assist co-counsel with preparation of OCP Motion | KENOS | B017 | 0.40 |
| 02/19/10 | Review and Revise YCST Retention Application | KENOS | B017 | 0.40 |
| 02/19/10 | Review, Revise and Finalize Young Conaway Retention Application | KENOS | B017 | 0.40 |
| 02/19/10 | Review, Revise and Finalize Sidley Retention Application | KENOS | B017 | 0.40 |
| 02/19/10 | Review and Finalize OCP Motion | KENOS | B017 | 0.20 |
| 02/19/10 | Teleconference with B. Guzina re: Rothschild Retention Application | KENOS | B017 | 0.20 |
| 02/19/10 | Review, Revise and Finalize Rothschild Retention Application | KENOS | B017 | 0.40 |
| 02/19/10 | Review, Revise and Finalize Mercer Retention Application | KENOS | B017 | 0.90 |
| 02/19/10 | Exchange emails with co-counsel (8x) re: preparation of retention applications | KENOS | B017 | 0.30 |
| 02/19/10 | Review and revise Young Conaway retention application | MSEWA | B017 | 1.30 |
| 02/19/10 | Prepare notice, finalize for filing and coordinate service of application to retain and employ YCST | TBOLL | B017 | 0.30 |
| 02/19/10 | Prepare notice, finalize for filing and coordinate service of application to retain and employ Sidley Austin | TBOLL | B017 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                 Invoice No. 40334982                              03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/19/10 | Prepare notice, finalize for filing and coordinate service of application to retain and employ Mercer (US) Inc. | TBOLL | B017 | 0.10 |
| 02/19/10 | Prepare notice, finalize for filing and coordinate service of application to retain and employ Ernst & Young | TBOLL | B017 | 0.30 |
| 02/19/10 | Prepare notice, finalize for filing and coordinate service of application to retain and employ Huron Consulting Services | TBOLL | B017 | 0.30 |
| 02/19/10 | Prepare notice, finalize for filing and coordinate service of motion to retain ordinary course professionals | TBOLL | B017 | 0.10 |
| 02/19/10 | Prepare notice, finalize for filing and coordinate service of motion to establish procedures for interim compensation | TBOLL | B017 | 0.30 |
|  | Sub Total |  |  | 30.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/05/10 | Correspondence from and to R. Brady and K. Enos re: utility procedure issues | EMORT | B020 | 0.30 |
| 02/05/10 | Teleconference with Larry Nyhan re: utility motion | RBRAD | B020 | 0.20 |
| 02/05/10 | Draft notice of entry of interim order and scheduling of final hearing regarding utilities motion | TBOLL | B020 | 0.30 |
| 02/08/10 | Review and Revise Notice of Utility Order | KENOS | B020 | 0.20 |
| 02/08/10 | Review and revise notice re: interim utility order | MSEWA | B020 | 0.50 |
| 02/08/10 | Discuss with K. Enos re: notice parties for utilities | MSEWA | B020 | 0.20 |
| 02/16/10 | Review correspondence from utility provider re: adequate assurance | MSEWA | B020 | 0.20 |
| 02/22/10 | Letter from National Fuel Gas re: adequate assurance request (.2) and Objection of National Fuel Gas to Final Utility Order (.3) | DBOWM | B020 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40334982                    03-31-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 02/22/10 | Review National Fuel Adoquala Assurance Request and Draft Objection to FInal Utility Order | KENOS | B020 | 0.20 |
| 02/23/10 | Review correspondence from utility provider re: adequate assurance | MSEWA | B020 | 0.30 |
| 02/24/10 | Review (.1) National Fuel Resources Deposit Request and Discuss same with D. Bowman (.1) | KENOS | B020 | 0.20 |
| 02/25/10 | Respond to utility inquiry re: COMED account number | MSEWA | B020 | 0.20 |
| | Sub Total | | | 3.30 |