# EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through February 28, 2010

**AGGREGATE ITEMIZED DISBURSEMENTS**

| Description | Amount |
|---|---|
| Reproduction Charges | 1,949.90 |
| Long Distance Telephone | 130.76 |
| Federal Express | 47.27 |
| Miscellaneous | 12,614.90 |
| Delivery / Courier | 306.25 |
| Working Meals | 117.50 |
| Teleconference / Video Conference | 72.00 |
| Postage | 78.40 |
| Staff Overtime | 27.27 |
| Total Disbursements: | $15,344.25 |

UNBILLED EXPENSE DETAILS THROUGH 02/28/2010

UNBILLED EXPENSES MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/10 | S003 | 3281990 | | | EMORT | Long Distance Telephone 1(212)728-8000 6637 | 24.77 | 24.77 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/02/10 | S003 | 3269568 | | | EMORT | Long Distance Telephone 1(212)801-2203 3239 | 22.70 | 22.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/10 | S003 | 3269569 | | | EMORT | Long Distance Telephone 1(212)698-3691 3239 | 0.69 | 0.69 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/02/10 | S003 | 3269570 | | | EMORT | Long Distance Telephone 1(212)698-3691 3239 | 15.14 | 15.14 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/02/10 | S003 | 3271020 | | | EMORT | Long Distance Telephone 1(312)862-2069 0000 | 15.82 | 15.82 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/02/10 | S003 | 3281991 | | | EMORT | Long Distance Telephone 1(312)853-7323 6637 | 0.69 | 0.69 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/03/10 | 053 | 3272704 | 123867 | | JPATT | Delivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 17.50 | 17.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/03/10 | S003 | 3269571 | | | EMORT | Long Distance Telephone 1(973)525-4109 3239 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/03/10 | S003 | 3269572 | | | EMORT | Long Distance Telephone 1(973)429-2545 3239 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/03/10 | S003 | 3269573 | | | EMORT | Long Distance Telephone 1(213)896-6037 3240 | 3.44 | 3.44 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/03/10 | S003 | 3281992 | | | EMORT | Long Distance Telephone 1(312)853-7323 6637 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/03/10 | S003 | 3281993 | | | EMORT | Long Distance | 0.69 | 0.69 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Telephone 1(312)853-7323 6637 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | 053 | 3272702 | 123867 | | | JPATTDelivery / Courier - From: YCST - To: U.S. Bankruptcy Ct 4, Judge Walrath's Ctro | 17.50 | 17.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/04/10 | 053 | 3272703 | 123867 | | | JPATTDelivery / Courier - From: YCST - To: U.S. Bankruptcy Ct 4, Judge Walrath's Ctro | 17.50 | 17.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/04/10 | 053 | 3272705 | 123867 | | | JPATTDelivery / Courier - From: YCST - To: U.S. Bankruptcy Ct 4, Judge Walrath's Ctro | 20.00 | 20.00 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/04/10 | 053 | 3272706 | 123867 | | | JPATTDelivery / Courier - From: YCST - To: Morris Nichols Arsht & Tunnell | 7.50 | 7.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/04/10 | 053 | 3272707 | 123867 | | | JPATTDelivery / Courier - From: YCST - To: U.S. Bankruptcy Ct 4, Judge Walrath's Ctro | 7.50 | 7.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/04/10 | 053 | 3272708 | 123867 | | | JPATTDelivery / Courier - From: Chief Judge Mary F. Walrath - To: YCST | 7.50 | 7.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/04/10 | 053 | 3272709 | 123867 | | | JPATTDelivery / Courier - From: YCST - To: Office | 7.50 | 7.50 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | of the U.S. Trustee | | | | | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3240584 | | | TBOLL | Photocopy Charges 0968 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241836 | | | ECBRA | Photocopy Charges 1021 1021 | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241837 | | | ECBRA | Photocopy Charges 1021 1021 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241838 | | | ECBRA | Photocopy Charges 1021 1021 | 2.40 | 1.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241839 | | | ECBRA | Photocopy Charges 1021 1021 | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241840 | | | ECBRA | Photocopy Charges 1021 1021 | 2.80 | 1.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241841 | | | ECBRA | Photocopy Charges 1021 1021 | 1.60 | 0.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241842 | | | ECBRA | Photocopy Charges 1021 1021 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241843 | | | ECBRA | Photocopy Charges 1021 1021 | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241844 | | | ECBRA | Photocopy Charges 1021 1021 | 1.60 | 0.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241845 | | | ECBRA | Photocopy Charges 1021 1021 | 2.00 | 1.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241846 | | | ECBRA | Photocopy Charges 1021 1021 | 2.00 | 1.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241847 | | | DBOWM | Photocopy Charges 0820 0820 | 7.80 | 3.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241848 | | | TBOLL | Photocopy Charges 0968 | 6.00 | 3.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S001 | 3241849 | | | TBOLL | Photocopy Charges 0968 | 202.00 | 101.00 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/10 | S001 | VENDOR NAME: 3241850 | | | TBOLL | Photocopy Charges 0968 | 1.20 | 0.60 | | B | | | | | |
| 02/04/10 | S001 | VENDOR NAME: 3241851 | | | TBOLL | Photocopy Charges 0968 | 447.60 | 223.80 | | B | | | | | |
| 02/04/10 | S001 | VENDOR NAME: 3241852 | | | TBOLL | Photocopy Charges 0968 | 332.40 | 166.20 | | B | | | | | |
| 02/04/10 | S001 | VENDOR NAME: 3241853 | | | DBOWM | Photocopy Charges 0820 | 111.20 | 55.60 | | B | | | | | |
| 02/04/10 | S001 | VENDOR NAME: 3241854 | | | ACOLS | Photocopy Charges 0588 0588 | 10.20 | 5.10 | | B | | | | | |
| 02/04/10 | S001 | VENDOR NAME: 3241855 | | | ACOLS | Photocopy Charges 0588 0588 | 5.20 | 2.60 | | B | | | | | |
| 02/04/10 | S001 | VENDOR NAME: 3241856 | | | ACOLS | Photocopy Charges 0588 0588 | 4.00 | 2.00 | | B | | | | | |
| 02/04/10 | S001 | VENDOR NAME: 3241857 | | | ACOLS | Photocopy Charges 0588 0588 | 4.60 | 2.30 | | B | | | | | |
| 02/04/10 | S001SCN | VENDOR NAME: 3241858 | | | TBOLL | Scanning Charges 0968 | 1.20 | 0.60 | | B | | | | | |
| 02/04/10 | S001SCN | VENDOR NAME: 3241859 | | | TBOLL | Scanning Charges 0968 | 1.20 | 0.60 | | B | | | | | |
| 02/04/10 | S001SCN | VENDOR NAME: 3241860 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 02/04/10 | S001SCN | VENDOR NAME: 3241861 | | | TBOLL | Scanning Charges 0968 | 10.20 | 5.10 | | B | | | | | |
| 02/04/10 | S001SCN | VENDOR NAME: 3241862 | | | TBOLL | Scanning Charges 0968 | 10.20 | 5.10 | | B | | | | | |
| 02/04/10 | S001SCN | VENDOR NAME: 3241863 | | | TBOLL | Scanning Charges 0968 | 0.20 | 0.10 | | B | | | | | |
| 02/04/10 | S003 | VENDOR NAME: 3269574 | | | EMORT | Long Distance Telephone 1(973)429-2545 3217 | 11.01 | 11.01 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S003 | 3269575 | | | EMORT | Long Distance Telephone 1(412)298-8675 3233 | 2.75 | 2.75 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S003 | 3269576 | | | EMORT | Long Distance Telephone 1(212)559-0165 3244 | 2.06 | 2.06 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S003 | 3269577 | | | EMORT | Long Distance Telephone 1(212)806-5881 3243 | 11.70 | 11.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S003 | 3269578 | | | EMORT | Long Distance Telephone 1(312)451-7051 3232 | 0.69 | 0.69 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/04/10 | S904 | 3279677 | | | EMORT | Case Num:10-10360 / CCID 3335029 Appr Atty: Brett Myrick CourtCall0210.xls Court Call | 72.00 | 72.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/05/10 | 004 | 3257730 | 123528 | | EMORT | Federal Express -- FEDERAL EXPRESS - Alan Gabbay CHICAGO, IL | 27.81 | 27.81 | | B | | | | | |
| | | VENDOR NAME: Federal Express Corporation | | | | | | | | | | | | | |
| 02/05/10 | S001 | 3243820 | | | KENOS | Photocopy Charges 0732 0732 | 26.40 | 13.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/05/10 | S001 | 3243821 | | | KENOS | Photocopy Charges 0732 0732 | 27.40 | 13.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/05/10 | S001SCN | 3243822 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/05/10 | S001SCN | 3243823 | | | TBOLL | Scanning Charges 0968 | 1.40 | 0.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | 053 | 3283690 | 123988 | | JPATT | Delivery / Courier - From: | 35.00 | 35.00 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Parcels Inc. - To: US District Ct | | | | | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/08/10 | S001 | 3252042 | | | MSEWA | Photocopy Charges 0982 0982 | 11.80 | 5.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252043 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252044 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252045 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252046 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252047 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252048 | | | TBOLL | Scanning Charges 0968 | 7.00 | 3.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252049 | | | TBOLL | Scanning Charges 0968 | 29.00 | 14.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252050 | | | TBOLL | Scanning Charges 0968 | 0.20 | 0.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252051 | | | TBOLL | Scanning Charges 0968 | 26.60 | 13.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252052 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252053 | | | PMORE | Scanning Charges 0572 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252054 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252055 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252056 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |

CONTROL: 408506

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 182575

RUN: 04/05/10
TIME: 16:42:59

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252057 | | | TBOLL | Scanning Charges 0968 | 12.00 | 6.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S001SCN | 3252058 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S003 | 3252059 | | | EMORT | Long Distance Telephone 1(312)853-0036 5003 | 0.69 | 0.69 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/08/10 | S003 | 3283250 | | | EMORT | Long Distance Telephone 1(224)927-5300 6559 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/09/10 | S001SCN | 3258188 | | | TBOLL | Scanning Charges 0968 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/09/10 | S003 | 3258189 | | | EMORT | Long Distance Telephone 1(212)839-5342 5003 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/12/10 | 053 | 3283689 | 123988 | | JPATT | Delivery / Courier - From: YCST - To: Office of the U.S. Trustee | 17.50 | 17.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/12/10 | 053 | 3283705 | 123988 | | KENOS | Delivery / Courier - From: Purebread Deli - To: Young Conaway Stargatt & Taylor | 27.50 | 27.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/12/10 | S001 | 3259816 | | | TBOLL | Photocopy Charges 0968 | 716.00 | 358.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/12/10 | S001 | 3259817 | | | TBOLL | Photocopy Charges 0968 0968 | 21.00 | 10.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/12/10 | S001SCN | 3259818 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/12/10 | S001SCN | 3259819 | | | TBOLL | Scanning Charges | 0.60 | 0.30 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/12/10 | S003 | 3269579 | | | EMORT | Long Distance Telephone 1(412)298-8675 3232 | 5.50 | 5.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/15/10 | S001SCN | 3261472 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/15/10 | S001SCN | 3261473 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/16/10 | 053 | 3290212 | 124207 | | JPATT | Delivery / Courier - From: YCST - To: Greenberg Traurig | 7.50 | 7.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/16/10 | 053 | 3290213 | 124207 | | JPATT | Delivery / Courier - From: Parcels Inc. - To: US District Ct | 60.00 | 60.00 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/16/10 | S001SCN | 3262654 | | | PMORE | Scanning Charges 0572 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/16/10 | S001SCN | 3262655 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/16/10 | S001SCN | 3262656 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/17/10 | S001 | 3264234 | | | TBOLL | Photocopy Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/17/10 | S001 | 3264235 | | | DBOWM | Photocopy Charges 0820 0820 | 29.80 | 14.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/17/10 | S003 | 3264236 | | | EMORT | Long Distance Telephone 1(219)647-5103 7795 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/18/10 | S001 | 3265880 | | | MSEWA | Photocopy Charges 0982 0982 | 5.00 | 2.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/18/10 | S001 | 3265881 | | | MSEWA | Photocopy Charges | 5.00 | 2.50 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0982 0982 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/18/10 | S001SCN | 3265882 | | | DBOWM | Scanning Charges 0820 | 6.00 | 3.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/18/10 | S001SCN | 3265883 | | | TBOLL | Scanning Charges 0968 | 4.60 | 2.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/18/10 | S001SCN | 3265884 | | | DBOWM | Scanning Charges 0820 | 4.40 | 2.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/18/10 | S003 | 3265885 | | | EMORT | Long Distance Telephone 1(312)853-7323 5003 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | 004 | 3283613 | 123987 | | EMORT | Federal Express -- FEDERAL EXPRESS - JEFFREY HECK WILMINGTON, DE | 19.46 | 19.46 | | B | | | | | |
| | | VENDOR NAME: Federal Express Corporation | | | | | | | | | | | | | |
| 02/19/10 | 053 | 3283714 | 123988 | | RBRAD | Delivery / Courier - From: Young Conaway Stargatt & Taylor - To: Multiple Inner City Deliveries | 56.25 | 56.25 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 02/19/10 | S001 | 3267505 | | | MSEWA | Photocopy Charges 0982 0982 | 4.60 | 2.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001 | 3267506 | | | EMORT | Photocopy Charges 0425 | 2.20 | 1.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001 | 3267507 | | | TBOLL | Photocopy Charges 0968 | 893.80 | 446.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001 | 3289545 | | | TBOLL | Photocopy Charges 0968 | 812.20 | 406.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267508 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267509 | | | TBOLL | Scanning Charges 0968 | 3.80 | 1.90 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/10 | S001SCN | VENDOR NAME: 3267510 | | | TBOLL 0968 | Scanning Charges | 0.60 | 0.30 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267511 | | | TBOLL 0968 | Scanning Charges | 3.20 | 1.60 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267512 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267513 | | | TBOLL 0968 | Scanning Charges | 1.40 | 0.70 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267514 | | | TBOLL 0968 | Scanning Charges | 1.60 | 0.80 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267515 | | | TBOLL 0968 | Scanning Charges | 0.80 | 0.40 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267516 | | | TBOLL 0968 | Scanning Charges | 0.60 | 0.30 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267517 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267518 | | | TBOLL 0968 | Scanning Charges | 1.80 | 0.90 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267519 | | | TBOLL 0968 | Scanning Charges | 1.00 | 0.50 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267520 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267521 | | | TBOLL 0968 | Scanning Charges | 1.80 | 0.90 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267522 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267523 | | | TBOLL 0968 | Scanning Charges | 0.80 | 0.40 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267524 | | | TBOLL 0968 | Scanning Charges | 1.20 | 0.60 | | B | | | | | |
| 02/19/10 | S001SCN | VENDOR NAME: 3267525 | | | TBOLL | Scanning Charges | 0.40 | 0.20 | | B | | | | | |

CONTROL: 408506

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 182575

Page 37 (37)
RUN: 04/05/10
TIME: 16:42:59

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267526 | | | TBOLL | Scanning Charges 0968 | 2.20 | 1.10 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267527 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267528 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267529 | | | TBOLL | Scanning Charges 0968 | 9.40 | 4.70 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267530 | | | TBOLL | Scanning Charges 0968 | 3.80 | 1.90 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267531 | | | TBOLL | Scanning Charges 0968 | 4.20 | 2.10 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267532 | | | TBOLL | Scanning Charges 0968 | 3.60 | 1.80 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267533 | | | TBOLL | Scanning Charges 0968 | 2.80 | 1.40 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267534 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267535 | | | TBOLL | Scanning Charges 0968 | 2.80 | 1.40 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267536 | | | TBOLL | Scanning Charges 0968 | 1.00 | 0.50 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267537 | | | TBOLL | Scanning Charges 0968 | 2.80 | 1.40 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267538 | | | TBOLL | Scanning Charges 0968 | 3.60 | 1.80 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267539 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267540 | | | TBOLL | Scanning Charges 0968 | 2.00 | 1.00 | ______ | B | __ | __ | _ | _ | __ |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CONTROL: 408506

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 182575

Page 38 (38)
RUN: 04/05/10
TIME: 16:42:59

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/10 | S001SCN | 3267541 | | | TBOLL | Scanning Charges 0968 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267542 | | | TBOLL | Scanning Charges 0968 | 2.20 | 1.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S001SCN | 3267543 | | | TBOLL | Scanning Charges 0968 | 3.20 | 1.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/19/10 | S002 | 3268091 | | | TBOLL | Postage Postage | 78.40 | 78.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/24/10 | 096 | 3271327 | 123785 | | EMORT | Working Meals - Payee: Chase Card Services Lunch at Ale House provided for working mtg. w/ co-counsel (4) | 42.00 | 42.00 | | B | | | | | |
| | | VENDOR NAME: Chase Card Services | | | | | | | | | | | | | |
| 02/24/10 | 096 | 3271328 | 123785 | | EMORT | Working Meals - Payee: Chase Card Services Dinner at Deep Blue provided for working mtg. w/ co-counsel (5) | 75.50 | 75.50 | | B | | | | | |
| | | VENDOR NAME: Chase Card Services | | | | | | | | | | | | | |
| 02/24/10 | S001 | 3272323 | | | EMORT | Photocopy Charges 0425 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/25/10 | S001SCN | 3273863 | | | PMORE | Scanning Charges 0572 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/25/10 | S003 | 3273864 | | | EMORT | Long Distance Telephone 1(630)437-3324 6559 | 1.38 | 1.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/26/10 | 040 | 3274546 | 123889 | | EMORT | Miscellaneous - Payee: Young Conaway Stargatt & Taylor, LLP move funds from uncategorized to escrow | 12,614.90 | 12,614.90 | | B | | | | | |
| | | VENDOR NAME: Young Conaway Stargatt & Taylor, LLP | | | | | | | | | | | | | |
| 02/26/10 | S003 | 3277421 | | | EMORT | Long Distance | 1.38 | 1.38 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Telephone 1(770)819-1515 6559 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 02/28/10 | S028 | 3290357 | | | EMORT | Eileen Bradley Staff Overtime | 27.27 | 27.27 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

| | RECORDED VALUE | BILLING VALUE |
|---|---|---|
| INCLUDED EXPENSES FOR MATTER: 069152.1001 | 17,294.15 | 15,344.25 |
| EXCLUDED EXPENSES (Expenses on Hold) | 0.00 | 0.00 |
| EXPENSES AFTER CUTOFF DATE | | 22,754.72 |

STATUS CODE LEGEND

| Code | Meaning | Code | Meaning | Code | Meaning |
|---|---|---|---|---|---|
| B | Billable | H | Expense on Hold (Excluded) | NB | Non-Billable |
| BNC | Bill - No Charge | X | Excluded from Instruction | BNP | Expense will not show on Statement |
| B/0 | Billable - reduce value to "0" | | | | |

EXPENSE CODE SUMMARY

| EXPENSE CODE | DESCRIPTION | RECORDED VALUE | BILLING VALUE |
|---|---|---|---|
| 004 | Federal Express | 47.27 | 47.27 |
| 040 | Miscellaneous | 12,614.90 | 12,614.90 |
| 053 | Delivery / Courier | 306.25 | 306.25 |
| 096 | Working Meals | 117.50 | 117.50 |
| S001 | Photocopy Charges | 3,707.40 | 1,853.70 |
| S001SCN | Scanning Charges | 192.40 | 96.20 |
| S002 | Postage | 78.40 | 78.40 |
| S003 | Long Distance Telephone | 130.76 | 130.76 |
| S028 | Staff Overtime | 27.27 | 27.27 |
| S904 | Teleconference / Video Conference | 72.00 | 72.00 |
| | EXPENSE TOTAL | 17,294.15 | 15,344.25 |

TOTAL EXPENSES FOR INSTRUCTION: 182575 — 17,294.15 — 15,344.25