## **EXHIBIT 1**

Third Supplemental OCP List

## ORDINARY COURSE PROFESSIONALS

| Firm | Services Provided |
|---|---|
| Prudential Retirement Insurance and Annuity Company | Actuary Services |