# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On April 5, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the of the following document to be served by facsimile or overnight delivery on the Master Service List as set forth on the service lists annexed hereto as Exhibits A and B, respectively:

  • Notice of Agenda of Matter Scheduled for Hearing on April 7, 2010 at 11:30 A.M. (ET) [Docket No. 208].

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

_____
Paul V. Kinealy

Sworn to before me this 7th day of
April, 2010

_____
Margaret A. Posa
Notary Public, State of Illinois
No. 722327
Qualified in Cook County
Commission Expires: 10/5/2013

"OFFICIAL SEAL"
Margaret A Posa
Notary Public, State of Illinois
My Commission Expires 10/5/2013

# EXHIBIT A

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING PA 19602
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK NY 10019
FAX: 212-484-3990

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO IL 60606
FAX: 312-984-3150

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS TX 75243
FAX: 972-643-6698

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT IL 60018
FAX: 847-518-9797

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON DE 19899
FAX: 302-984-3939

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND OH 43528
FAX: 419-866-7291

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE MD 21209
FAX: 410-580-3001

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606
FAX: 312-360-6995

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA GA 30368
FAX: 813-207-2319

| | |
|---|---|
| GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO IL 60603<br>FAX: 312-332-2196 | GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON DE 19801<br>FAX: 302-661-7360 |
| GREENBERG TRAURIG, LLP<br>S COUSINS,D DETWEILER,S SELZER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST, STE 1200<br>WILMINGTON DE 19801<br>FAX: 302-661-7360 | GREENBERG TRAURIG, LLP<br>ATTN: SEAN BEZARK<br>77 W. WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>FAX: 312-456-8435 |
| GREENBERG TRAURIG, LLP<br>SEAN BEZARK, ATTORNEY FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS<br>77 WEST WACKER DRIVE SUITE 3100<br>CHICAGO IL 60601<br>FAX: 312-456-8435 | HOLMES MURPHY & ASSOCIATES, INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES IA 50266<br>FAX: 515- 22-3 69 |
| HONIGMAN MILLER SCHWARTZ & COHN LLP<br>ATT: ROBERT B. WEISS<br>660 WOODWARD AVENUE<br>2290 FIRST NATIONAL BUILDING<br>DETROIT MI 48226<br>FAX: 313-465-7597 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ADAM K. KEITH ESQ ATTORNEY FOR<br>GENERAL ENGINE PRODUCTS LLC,<br>2290 1ST NATIONAL BLDG 660 WOODWARD AVE.<br>DETROIT MI 48226<br>FAX: 313-465-7461 |
| IBM CORPORATION<br>VICKY NAMKEN<br>13800 DIPLOMAT DRIVE<br>DALLAS TX 75234<br>FAX: 845-432-0869 | JACKSON WALKER L.L.P.<br>ATT: B.J.RUZINSKY & D.E. CONWAY<br>ATTY FOR CONSTELLATION NEW ENERGY<br>1401 MCKINNEY STREET, SUITE 1990<br>HOUSTON TX 77010<br>FAX: 713-754-6704 |
| KOZLOFF STOUDT<br>ATT: B.W. SAWTELLE & P. CALA, ESQ.<br>2640 WESTVIEW DRIVE<br>P.O. BOX 6286<br>WYOMISSING PA 19610<br>FAX: 610-670-2591 | MCDONALD HOPKINS LLC<br>SCOTT N OPINCAR & SEAN D MALLOY COUNSEL<br>FOR SADOFF & RUDOY INDUSTRIES, LLC<br>600 SUPERIOR AVENUE EAST SUITE 2100<br>CLEVELAND OH 44114<br>FAX: 216-348-5474 |
| MISSOURI DEPT. OF REVENUE<br>ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105<br>FAX: 573-751-7232 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATT: E.SCHWARTZ & M.HARVEY, ESQ.<br>1201 N. MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899<br>FAX: 302-658-3989 |

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
GENNICE D. BRICKHOUSE
1200 K STREET NW SUITE 340
WASHINGTON DC 20005-4026
FAX: 202-326-4112

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
FAX: 302-498-7701

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC WI 54936
FAX: 920-921-4773

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON DE 19899
FAX: 302-652-8405

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK NY 10038
FAX: 212-806-6006

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS IL 62201
FAX: 618-274-8369

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON OH 44708
FAX: 330-458-6967

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT PA 15045
FAX: 412-678-2210

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH PA 15222
FAX: 412-562-2429

WERB & SULLIVAN
ATT: D.WERB & J.KLEIN, ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON DE 19899
FAX: 302-652-1111

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE WI 53203
FAX: 414-221-4093

# EXHIBIT B

| | | |
|---|---|---|
| AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR, PA 19087-8675 | AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS, MN 55485 | AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 |
| ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 | BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 | BARACK FERRAZZANO KIRSCHBAUM&NAGELB<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 |
| CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 | DANA CORPORATION<br>ATTN: TIM DELONG<br>PO BOX 4097<br>KALAMAZOO, MI 49003 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 | FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON, WI 54914 |
| FINGER & SLANINA, LLC<br>DL FINGER - WIS. PWR ELECTRIC CO<br>D/B/A WE ENERGIES<br>1 COMMERCE CTR 1201 N ORANGE ST 7FL<br>WILMINGTON, DE 19801 | FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO, IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL DRIVE<br>CLEVELAND, OH 44142 | HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT, IL 60559 | IKON FINANCIAL SERVICES<br>ATT: MAIE GRINER, BNK ADMINISTRATION<br>RECOVERY DATA COORDINATOR<br>P.O. BOX 13708<br>MACON, GA 31208 |
| INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>11601 ROOSEVELT ROAD<br>MAIL DROP N781<br>PHILADELPHIA, PA 19114 | JACKSON WALKER L.L.P.<br>ATT: HEATHER M. FORREST<br>ATTY FOR CONSTELLATION NEW ENERGY<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | LAMBERT LESER ISACKSON<br>ADAM D. BRUSKI ATTORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE SUITE 309<br>BAY CITY, MI 48708 |
| LAMBERT, LESER, ISACKSON<br>SUSAN M. COOK ESQ ATORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY, MI 48708 | LEWIS SALVAGE CORPORATION<br>RITA LEWIS<br>PO BOX 1785<br>WARSAW, IN 46581 | LOUIS PADNOS IRON & METAL CO<br>EVAN GILLIAM<br>SLOT 303113<br>PO BOX 66973<br>CHICAGO, IL 60666 |
| MODERN EQUIPMENT COMPANY<br>DON DONNER<br>PO BOX 933<br>PORT WASHINGTON, WI 53074 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ERIC SCHWARTZ/MATTHEW HARVEY<br>1201 N MARKET STREET<br>PO BOX 1347<br>WILMINGTON, DE 19899 | NEDROW REFRACTORIES<br>JAMES CHASE<br>150 LANDROW DRIVE<br>WIXOM, MI 48393 |
| NUCOR STEEL, AUBURN INC.<br>NANCY WABLEY<br>25 QUARRY ROAD<br>AUBURN, NY 13021 | OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON, DE 19801 | OKLAHOMA COUNTY TREASURER<br>ATT: GRETCHEN CRAWFORD<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 307<br>OKLAHOMA CITY, OK 73102 |

| | | |
|---|---|---|
| OUDENHOVEN COMPANY, INC.<br>JERRY BOYLAN<br>2300 TOWER DRIVE<br>KAUKAUNA, WI 54130 | SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC, WI 54935 | SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE, WI 53268 |
| SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO, MI 49337 | SAXON MORTGAGE SERVICES, INC.<br>C/O BRICE VANDER LINDEN &WERNICK PC<br>1270 NORTHLAND DRIVE SUITE 200<br>MENDOTA HEIGHTS, MN 55120 | SECURITIES AND EXCHANGE COMMISSION<br>GEORGE CANELLOS, REG DIR<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR, STE 400<br>NEW YORK, NY 10281-1022 |
| SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGE<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 | SOUTH COAST AIR QUALITY MANAG. DIST<br>ATT: KURT WIESE, ESQ.<br>DISTRICT PROSECUTOR'S OFFICE<br>21865 COPELY DRIVE<br>DIAMOND BAR, CA 91765 | STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING, MI 48909 |
| STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD.<br>225 EAST<br>PITTSBOROR, IN 46167 | TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD, TX 76063 | THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE, NC 28275 |
| TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA, NY 14151 | TONITE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONITE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH, CT 06830 | US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899 |
| WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE, WI 53201 | YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON, DE 19899-0391 | |