## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF NEBRASKA | ) |
| | )   ss: |
| COUNTY OF LANCASTER | ) |

Jack L. Shultz, being duly sworn, deposes and says:

1.      I am a shareholder of Harding & Shultz, P.C., L.L.O. (formerly Harding, Shultz & Downs) (the "Firm"), which maintains offices at 800 Lincoln Square, 121 South 13th Street, P.O. Box 82028, Lincoln, Nebraska 68501.

2.      This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about March 8, 2010, authorizing the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.      The Firm has represented and advised the Debtors as labor and employment counsel with respect to certain aspects of the Debtors' business operations. The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

Debtors have requested, and the Firm has agreed, to continue to provide such services to the

Debtors on a postpetition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time

are between $110.00 and $275.00 per hour.  In the normal course of its business, the Firm revises

its billing rates on December 1 of each year and requests that, effective December 1 of each year,

the aforementioned rates be revised to the regular hourly rates which will be in effect at that

time.

5.      The Firm may have performed services in the past, may currently perform

services, and may perform services in the future, in matters unrelated to these chapter 11 cases,

for persons that are parties-in-interest in the Debtors' chapter 11 cases. To the best of my

knowledge, the Firm does not perform services for any such person in connection with these

chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants

that would be adverse to the Debtors or their estates.

6.      As part of its customary practice, the Firm is retained in cases,

proceedings, and transactions involving many different parties, some of whom may represent or

be employed by the Debtors, claimants, and parties-in-interest in these chapter 11 cases.

7.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals

and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

8.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents

any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the

Firm is to be employed.

9.    The Debtors owe the Firm $0.00 for prepetition services.

10.    The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein,

the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22 , 2010

Jack I. Shultz

Sworn to and subscribed before me
this 22nd day of March, 2010

Notary Public

GENERAL NOTARY - State of Nebraska
SUZANNE J. RHYNALDS
My Comm. Exp. Feb. 4, 2012

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2010 he served a copy of the above and foregoing Affidavit of Ordinary Course Professional on the following Notice Parties by first class, United States mail, postage prepaid:

Kerriann S. Mills
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Morgan Seward
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street. 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Lori E. Kata
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

Ronald Barliant
Goldberg Kohn Ltd.
55 East Monroe St.
Chicago, IL  60603

Don Detweiler
Greenberg & Traurig
1007 N. Orange St.
Wilmington, DE  19801

T. Patrick Tinker
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

_____
Jack L. Shultz

I:\509\35\018\007.doc