# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Troy Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on March 11, 2010, he caused a copy of the following pleading(s):

> **First Application of Huron Consulting Services LLC for Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 3, 2010 through February 28, 2010 [Docket No. 153]**

to be served upon the parties identified on the attached service list as indicated.

_____
Troy Bollman

SWORN TO AND SUBSCRIBED before me this ___7___ day of April, 2010.

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## SERVICE LIST
## 3/11/2010

Ronald Barliant, Esq.
Danielle Wildern Juhle, Esq.
David E. Morrison, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Sutie 3700
Chicago, IL 60603
(Bank of America, N.A.)
*First Class Mail*

Lori E. Kata, Esq
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Ad Hoc Committee)
*First Class Mail*

Larry J. Nyhan, Esq
Kerriann S. Mills
Jessica C.K. Boelter, Esq.
D'Lisia E. Bergeron, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)
*First Class Mail*

Scott D. Cousins, Esq
Donald J. Detweiler, Esq.
Dennis A. Meloro, Esq.
Greenburg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Official Committee of Unsecured Creditors
*Hand Delivery*

Kerriann S. Mills, Esq
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Debtors)
*First Class Mail*

Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*