**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On April 7, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the Ordinary Course Professionals parties as set forth on the service list annexed hereto as Exhibit A:

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional The Legal Department PLLC [Docket No. 263].

Paul V. Kinealy

Sworn to before me this 8th day of April, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO, IL 60603

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007 NORTH ORANGE STREET STE1200
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK, NY 10038