# EXHIBIT 1

Fourth Supplemental OCP List

## ORDINARY COURSE PROFESSIONALS

| Firm | Services Provided |
|---|---|
| Baden Tax Management, LLC | Tax Consultants |