# **EXHIBIT A**

Ernst & Young LLP
2/3/2010 - 2/28/2010
Fee Detail

Exhibit A

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Draft communication to tax team concerning bankruptcy filing and required next steps to meet all bankruptcy, legal and quality requirements | 03-Feb-2010 | 765.00 | 0.2 | 153.00 | Fee/Employment Applications |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Analyze connections check case status | 03-Feb-2010 | 190.00 | 0.3 | 57.00 | Fee/Employment Applications |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Conversation with N. Rodriguez regarding connections check status | 03-Feb-2010 | 190.00 | 0.2 | 38.00 | Fee/Employment Applications |
| Jashinski,Jean L. (US011257292) | Administrative Intermediate (57) | Set up Global Tool for Acceptance and Continuation for the Routine On-Call Advisory Engagement establishment for bankruptcy services | 03-Feb-2010 | 190.00 | 0.4 | 76.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Updating tax files for audit committee pre-approval. | 03-Feb-2010 | 545.00 | 0.6 | 327.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Complete Global Tool for Acceptance and Continuation for the engagement codes and bankruptcy services to be provided | 03-Feb-2010 | 545.00 | 0.6 | 327.00 | Fee/Employment Applications |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Research and communcation with B. Gitter, Neenah, regarding audit committee pre-approval | 03-Feb-2010 | 615.00 | 0.7 | 430.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Connections Check as part of the Affadavit Process | 03-Feb-2010 | 190.00 | 1.4 | 266.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Conversation with B. Ingles regarding connections check status | 03-Feb-2010 | 190.00 | 0.2 | 38.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Update audit committee pre-approval documentation and spreadsheet and submit. | 04-Feb-2010 | 545.00 | 3.3 | 1,798.50 | Fee/Employment Applications |
| Leonardson,Michael J (US112258268) | Partner/Principal-Grade 1 (111) | Research and analysis of administrative procedures required for bankruptcy tax services | 04-Feb-2010 | 765.00 | 1.8 | 1,377.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Connections Check as part of the Affadavit Process | 04-Feb-2010 | 190.00 | 0.6 | 114.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Connections Check as part of the Affadavit Process | 07-Feb-2010 | 190.00 | 1.3 | 247.00 | Fee/Employment Applications |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of billing and fees to-date | 08-Feb-2010 | 615.00 | 1.5 | 922.50 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Emails on first day tax order and items to discuss with B. Gitter, Neenah | 10-Feb-2010 | 545.00 | 0.3 | 163.50 | Fee/Employment Applications |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with N. Rodriguez regarding fee application procedures | 10-Feb-2010 | 615.00 | 0.9 | 553.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Call with C. McInerny regarding fee application procedures | 10-Feb-2010 | 190.00 | 0.9 | 171.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Connections Check as part of the Affadavit Process | 10-Feb-2010 | 190.00 | 0.6 | 114.00 | Fee/Employment Applications |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis of First Day Motion Orders and documentation of next steps | 10-Feb-2010 | 765.00 | 0.5 | 382.50 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analyze time incurred to date related to pre- & post-bankruptcy filing and summary of projected hours | 11-Feb-2010 | 545.00 | 0.4 | 218.00 | Fee/Employment Applications |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of fees to-date | 11-Feb-2010 | 615.00 | 0.3 | 184.50 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with C. McInerny to discuss bankrptcy operational procedures | 12-Feb-2010 | 545.00 | 0.4 | 218.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with C. McInerny to discuss bankrptcy billing and budget issues | 12-Feb-2010 | 545.00 | 0.4 | 218.00 | Fee/Employment Applications |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Analyze and compile electronic files required for quality control in bankruptcy retention | 12-Feb-2010 | 545.00 | 0.2 | 109.00 | Fee/Employment Applications |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with D. Kinas to discuss bankrptcy operational procedures | 12-Feb-2010 | 615.00 | 0.4 | 246.00 | Fee/Employment Applications |

Ernst & Young LLP
2/3/2010 - 2/28/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with D. Kinas to discuss billing and budget issues | 12-Feb-2010 | 615.00 | 0.4 | 246.00 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of time incurred to-date | 12-Feb-2010 | 615.00 | 0.3 | 184.50 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Research and analysis of property tax statement of work for bankruptcy court submission | 12-Feb-2010 | 615.00 | 0.2 | 123.00 | Fee/Employment Applications |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Email property tax statement of work comments to team for incorporation prior to submission to Counsel | 15-Feb-2010 | 765.00 | 0.3 | 229.50 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of property tax statement of work for bankruptcy required language and procedures | 15-Feb-2010 | 615.00 | 0.9 | 553.50 | Fee/Employment Applications |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Neenah retention legal matters - Detail review of Affidavit and retention matters | 16-Feb-2010 | 765.00 | 2.1 | 1,606.50 | Fee/Employment Applications |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with creditors and attorneys to discuss access letter protocol. | 16-Feb-2010 | 765.00 | 0.7 | 535.50 | Fee/Employment Applications |
| Rodriguez, Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Connections Check as part of the Affadavit Process | 16-Feb-2010 | 190.00 | 0.6 | 114.00 | Fee/Employment Applications |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Neenah retention legal matters - address affidavit matters and attachments | 17-Feb-2010 | 765.00 | 1.0 | 765.00 | Fee/Employment Applications |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Email to M Wichman regarding attribute reduction modeling | 17-Feb-2010 | 765.00 | 0.3 | 229.50 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call to client regarding property tax engagement and requirements | 17-Feb-2010 | 615.00 | 0.5 | 307.50 | Fee/Employment Applications |
| Witzigmann, Ryan J (US012703169) | Staff/Assistant-Grade 3 (443) | Updated statements of work and tax service agreements to meet quality standards and bankruptcy requirements | 17-Feb-2010 | 190.00 | 1.1 | 209.00 | Fee/Employment Applications |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Coordination of Quality Control review on new statements of work required to provide bankruptcy services | 18-Feb-2010 | 765.00 | 0.9 | 688.50 | Fee/Employment Applications |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Neenah retention legal matters - addressing connection checks and Affidavit matters | 18-Feb-2010 | 765.00 | 1.2 | 918.00 | Fee/Employment Applications |
| Jorgensen, Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Draft new statements of work with corrected entity name and listing for bankruptcy retention | 18-Feb-2010 | 190.00 | 0.2 | 38.00 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analyze updated statements of work per Counsel and finalize property tax review statement of work | 18-Feb-2010 | 615.00 | 1.4 | 861.00 | Fee/Employment Applications |
| Rodriguez, Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Connections Check as part of the Affadavit Process | 18-Feb-2010 | 190.00 | 0.5 | 95.00 | Fee/Employment Applications |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Neenah retention legal matters - addressing connection checks and Affidavit matters | 19-Feb-2010 | 765.00 | 2.3 | 1,759.50 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Follow-up with client on status of statements of work and items needed for bankruptcy court. | 19-Feb-2010 | 615.00 | 0.7 | 430.50 | Fee/Employment Applications |
| Rodriguez, Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Connections Check as part of the Affadavit Process | 19-Feb-2010 | 190.00 | 0.2 | 38.00 | Fee/Employment Applications |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with Counsel, Sidley, to discuss access letter requirements and permissions | 22-Feb-2010 | 765.00 | 1.2 | 918.00 | Fee/Employment Applications |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Draft and compilation of access letter to Stroock | 23-Feb-2010 | 765.00 | 0.6 | 459.00 | Fee/Employment Applications |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Bankruptcy matters with Counsel regarding court filing and retention matters | 24-Feb-2010 | 765.00 | 1.2 | 918.00 | Fee/Employment Applications |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Prepare documentation for our scope of services and fees for the tax outsourcing state return project | 25-Feb-2010 | 545.00 | 1.7 | 926.50 | Fee/Employment Applications |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Neenah attorneys to discuss access letter requirements and permissions | 25-Feb-2010 | 765.00 | 0.5 | 382.50 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Research and preparation of statement of work for compliance services per Court requirement | 25-Feb-2010 | 615.00 | 0.6 | 369.00 | Fee/Employment Applications |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Research, data analysis and compilation for meeting with Neenah Chief Financial Officer | 25-Feb-2010 | 765.00 | 1.6 | 1,224.00 | Fee/Employment Applications |

Ernst & Young LLP  
2/3/2010 - 2/28/2010  
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Draft wording for statement of work and finalize chart of hours by level by rate, to include estimate of hours to complete for tax outsourcing state return project. | 26-Feb-2010 | 545.00 | 1.8 | 981.00 | Fee/Employment Applications |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Meeting with Chief Financial Officer, Neenah, to discuss bankruptcy filing, procedures and tax issues | 26-Feb-2010 | 765.00 | 3.6 | 2,754.00 | Fee/Employment Applications |
| Jorgensen, Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Conversation with D. Kinas regarding the Q2 estimates calculations | 26-Feb-2010 | 190.00 | 0.6 | 114.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research and compilation of Q2 estimates including prior year research | 26-Feb-2010 | 190.00 | 4.1 | 779.00 | Routine On-Call Advisory |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Conversation with G. Jorgensen regarding the Q2 estimates calculations | 26-Feb-2010 | 415.00 | 0.6 | 249.00 | Routine On-Call Advisory |
| Willems, Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Assist with draft of Q2 Estimated Payments schedule | 26-Feb-2010 | 170.00 | 0.5 | 85.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Draft payment schedules to and from Neenah for state tax returns | 03-Feb-2010 | 190.00 | 0.2 | 38.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Michigan Voluntary Disclosure Assistance next steps electronic communication to D. Kinas for tax processing | 04-Feb-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Jorgensen, Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Draft payment schedules to and from Neenah for state tax returns | 04-Feb-2010 | 190.00 | 0.5 | 95.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Analysis of issues related to attribute reduction modeling | 04-Feb-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Michigan Voluntary Disclosure Assistance next steps electronic communication to D. Kinas for tax processing | 05-Feb-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Research and analysis of matters involving U.S. Real Property Holding Company support and state tax matrix | 05-Feb-2010 | 765.00 | 1.4 | 1,071.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Emails on Michigan voluntary disclosure payments and first day order tax information. | 05-Feb-2010 | 545.00 | 0.3 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Bankruptcy tax process discussion with C. McInerny | 08-Feb-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Communication to Sidley, Neenah subsidiary, regarding bankruptcy tax issues | 08-Feb-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Discussion with C. McInerny concerning meeting with B. Gitter, Neenah, regarding tax issues | 08-Feb-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Research and analysis of matters related to U.S. Real Property Holding Company calculation and their impact - if any - on bankruptcy | 08-Feb-2010 | 765.00 | 0.6 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Update Michigan tax payments and billing | 08-Feb-2010 | 545.00 | 1.2 | 654.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Bankruptcy tax process discussion with N. Flagg | 08-Feb-2010 | 615.00 | 0.3 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Discussion with N. Flagg concerning meeting with B. Gitter, Neenah, regarding tax issues | 08-Feb-2010 | 615.00 | 0.3 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Prepare talking points and agenda for meeting with B. Gitter, Neenah Controller, to discuss open items and bankruptcy tax issues | 08-Feb-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Meeting with M. Wichman to compile list of open bankruptcy tax issues | 09-Feb-2010 | 765.00 | 0.7 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Email exchange with B. Gitter, Neenah, regarding bankruptcy tax requirements | 09-Feb-2010 | 545.00 | 0.3 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Discussion with B. Gitter, Neenah Controller, concerning open items and access letter requirements | 09-Feb-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Meeting with N. Flagg to compile list of open bankruptcy tax issues | 09-Feb-2010 | 765.00 | 0.7 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Revise agenda and talking points for meeting with B. Gitter, Neenah Controller | 09-Feb-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Communication with A. Triggs, Neenah - Sidley concerning first day order copy and schedule/claims requirements | 10-Feb-2010 | 765.00 | 0.6 | 459.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
2/3/2010 - 2/28/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Communication to C. McInerny and D. Kinas regarding Michigan three factor reporting position | 10-Feb-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | State tax liability matrix discussion with D. Kinas | 10-Feb-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | State tax liability matrix discussion with M. Hellmer | 10-Feb-2010 | 545.00 | 0.5 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Research and analysis of post filing bankruptcy procedures and tax issues | 10-Feb-2010 | 615.00 | 0.4 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Tax attribute and state tax liability discussion with M. Hellmer, D. Kinas, C. McInerny, and M. Wichman | 11-Feb-2010 | 765.00 | 1.0 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with A. Johnson, Neenah - Dalton, and D. Kinas to discuss Michigan payments for the voluntary disclosure | 11-Feb-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Tax attribute and state tax liability discussion with N. Flagg, D. Kinas, C. McInerny, and M. Wichman | 11-Feb-2010 | 765.00 | 1.0 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with A. Johnson, Neenah – Dalton, and N. Flagg to discuss Michigan payments for the voluntary disclosure | 11-Feb-2010 | 545.00 | 0.3 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Tax attribute and state tax liability discussion with N. Flagg, M. Hellmer, C. McInerny, and M. Wichman | 11-Feb-2010 | 545.00 | 1.0 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Tax attribute and state tax liability discussion with N. Flagg, M. Hellmer, D. Kinas, and M. Wichman | 11-Feb-2010 | 615.00 | 1.0 | 615.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Research and analysis of post filing bankruptcy procedures and tax issues | 11-Feb-2010 | 615.00 | 0.4 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Tax attribute and state tax liability discussion with N. Flagg, M. Hellmer, D. Kinas, and C. McInerny | 11-Feb-2010 | 765.00 | 1.0 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis of attribute reduction data | 11-Feb-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with client regarding open bankruptcy tax items | 12-Feb-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with A. Johnson (Neenah-Dalton) to discuss Michigan payments for the voluntary disclosure | 12-Feb-2010 | 545.00 | 0.1 | 54.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with B. Gitter, Neenah, to discuss bankruptcy related tax items | 12-Feb-2010 | 545.00 | 0.6 | 327.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Email to Neenah - Huron regarding schedule of assets and liabilities issue | 15-Feb-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Analyze and update state summary schedule to show where taxes may be owed and refunds may be due | 15-Feb-2010 | 190.00 | 1.2 | 228.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Emails on state tax claim information and statement of financial affairs reports. | 15-Feb-2010 | 545.00 | 0.4 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Analysis of issues related to attribute reduction modeling | 15-Feb-2010 | 765.00 | 0.6 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Analyze and update state summary schedule to show where taxes may be owed and refunds may be due | 16-Feb-2010 | 190.00 | 2.3 | 437.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Emails on state tax refund summary to submit to the court. | 16-Feb-2010 | 545.00 | 0.2 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analyze and compile calculation of state tax refunds and create summary schedule | 16-Feb-2010 | 545.00 | 1.2 | 654.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Reconcile outstanding refunds to general ledger detail | 16-Feb-2010 | 545.00 | 0.8 | 436.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Meeting with B. Gitter, Neenah, to discuss state nexus issues, inventory, leases,and state refunds for state schedules for bankruptcy court. | 17-Feb-2010 | 545.00 | 1.5 | 817.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Electronic communication exchange with several subsidiaries on the status of various refunds and incorporate into summary schedule | 17-Feb-2010 | 545.00 | 1.1 | 599.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Research and analysis concerning exposure jurisdictions for bankruptcy noticing considerations and pre-petition tax information for schedules | 18-Feb-2010 | 765.00 | 0.6 | 459.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP  
2/3/2010 - 2/28/2010  
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Jorgensen, Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Analyze and update state summary schedule to show where taxes may be owed and refunds may be due | 19-Feb-2010 | 190.00 | 1.9 | 361.00 | Tax Issues: Bankruptcy, Federal & State |
| Jorgensen, Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Called New York Department of Revenue to verify the status of refund from 9/30/08 return. The amount was not refunded but was credited forward 9/30/09 return | 19-Feb-2010 | 190.00 | 0.7 | 133.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Finalize state refund summary and final documentation for follow-ups on the status of several refunds. | 19-Feb-2010 | 545.00 | 1.7 | 926.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Electronic communications with client regarding client questions related to attribute reduction modeling | 22-Feb-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analyze tax return time for preparation of statement of work for compliance services per Court requirement | 25-Feb-2010 | 615.00 | 0.8 | 492.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Meeting with D. Parker, Neenah, & B. Gitter, Neenah, to discuss bankruptcy tax issues | 26-Feb-2010 | 615.00 | 1.2 | 738.00 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | 89.90 | 50,188.00 | |