## **EXHIBIT B**

Ernst & Young LLP
2/3/2010 - 2/28/2010
Expense Detail

Exhibit B

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category | Code |
|---|---|---|---|---|---|---|
| Kinas, Darrelee M (US0115010033) | Manager-Grade 4 (324) | Drive to client for tax provision (state nexus & state claims) discussion \\ Home office to client and back (42 miles @ $0.50/mile) | 17-Feb-2010 | 21.00 | Mileage: Ground Trans | BK Post-Filing Tax Services (15003816) |

21.00