# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
(800) 253-2234 (DE ONLY)

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**   Robert E. Ostendorf, Jr.
President and Chief Executive Officer
2121 Brooks Avenue
P.O. Box 729
Neenah, WI 54927

04/13/2010

File No. 069152.1001

For Professional Services Rendered For:

Bill No.  40335093

**Neenah Foundry Company**
**Billing Period Through March 31, 2010**

| | | |
|---|---|---:|
| Total Fees......................................................................................... | $ | 47,768.50 |
| Total Expenses ................................................................................. | | 3,894.73 |
| Total............................................................................ | $ | 51,663.23 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **069152.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through March 31, 2010

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 6.50 | 1,636.00 |
| B002 | Court Hearings | 23.30 | 8,784.50 |
| B003 | Cash Collateral/DIP Financing | 25.30 | 12,066.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 1.30 | 362.00 |
| B005 | Lease/Executory Contract Issues | 1.80 | 477.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | 4.90 | 1,928.00 |
| B007 | Claims Analysis, Objections and Resolutions | 2.20 | 1,062.00 |
| B008 | Meetings | 10.70 | 3,648.50 |
| B012 | Plan and Disclosure Statement | 14.00 | 6,180.00 |
| B014 | General Corporate Matters | 0.60 | 81.00 |
| B015 | Employee Matters | 0.20 | 27.00 |
| B017 | Retention of Professionals/Fee Issues | 27.90 | 10,128.50 |
| B018 | Fee Application Preparation | 0.70 | 332.00 |
| B020 | Utility Services | 3.20 | 1,056.00 |
| | Totals | 122.60 | $ 47,768.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through March 31, 2010

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 4.00 | x $ | 350.00 | = | 1,400.00 |
| Elizabeth M. Taraboletti | Clerk | 0.80 | x $ | 80.00 | = | 64.00 |
| Kasey Riddle | Clerk | 0.70 | x $ | 80.00 | = | 56.00 |
| Morgan Seward | Associate | 0.10 | x $ | 265.00 | = | 26.50 |
| Patsy Petlock | Clerk | 0.40 | x $ | 55.00 | = | 22.00 |
| Troy Bollman | Paralegal | 0.50 | x $ | 135.00 | = | 67.50 |
| | Totals: | 6.50 | | | $ | 1,636.00 |

**Task B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 4.90 | x $ | 350.00 | = | 1,715.00 |
| Edmon L. Morton | Partner | 10.90 | x $ | 530.00 | = | 5,777.00 |
| Kenneth Enos | Associate | 1.40 | x $ | 335.00 | = | 469.00 |
| Troy Bollman | Paralegal | 6.10 | x $ | 135.00 | = | 823.50 |
| | Totals: | 23.30 | | | $ | 8,784.50 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
Billing Period Through March 31, 2010

| **Task B003**<br>**Cash Collateral/DIP Financing** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 3.30 | x $ | 350.00 | = | 1,155.00 |
| Edmon L. Morton | Partner | 17.80 | x $ | 530.00 | = | 9,434.00 |
| Kenneth Enos | Associate | 3.50 | x $ | 335.00 | = | 1,172.50 |
| Robert S. Brady | Partner | 0.40 | x $ | 660.00 | = | 264.00 |
| Troy Bollman | Paralegal | 0.30 | x $ | 135.00 | = | 40.50 |
| | Totals: | 25.30 | | | $ | 12,066.00 |

| **Task B004**<br>**Schedules & Statements, U.S. Trustee Reports** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Chad A. Corazza | Paralegal | 0.40 | x $ | 125.00 | = | 50.00 |
| Donald J. Bowman | Associate | 0.70 | x $ | 350.00 | = | 245.00 |
| Kenneth Enos | Associate | 0.20 | x $ | 335.00 | = | 67.00 |
| | Totals: | 1.30 | | | $ | 362.00 |

| **Task B005**<br>**Lease/Executory Contract Issues** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Morgan Seward | Associate | 1.80 | x $ | 265.00 | = | 477.00 |
| | Totals: | 1.80 | | | $ | 477.00 |

4

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through March 31, 2010

**Task B006**
**Use, Sale or Lease of Property (363 issues)**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.20 | x $ | 350.00 | = | 770.00 |
| Edmon L. Morton | Partner | 1.30 | x $ | 530.00 | = | 689.00 |
| Kenneth Enos | Associate | 1.40 | x $ | 335.00 | = | 469.00 |
| | Totals: | 4.90 | | | $ | 1,928.00 |

**Task B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.10 | x $ | 350.00 | = | 35.00 |
| Edmon L. Morton | Partner | 0.30 | x $ | 530.00 | = | 159.00 |
| Kenneth Enos | Associate | 0.50 | x $ | 335.00 | = | 167.50 |
| Robert S. Brady | Partner | 1.00 | x $ | 660.00 | = | 660.00 |
| Troy Bollman | Paralegal | 0.30 | x $ | 135.00 | = | 40.50 |
| | Totals: | 2.20 | | | $ | 1,062.00 |

**Task B008**
**Meetings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.60 | x $ | 350.00 | = | 560.00 |
| Edmon L. Morton | Partner | 4.00 | x $ | 530.00 | = | 2,120.00 |
| Kenneth Enos | Associate | 1.40 | x $ | 335.00 | = | 469.00 |
| Troy Bollman | Paralegal | 3.70 | x $ | 135.00 | = | 499.50 |
| | Totals: | 10.70 | | | $ | 3,648.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through March 31, 2010

| **Task B012** **Plan and Disclosure Statement** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.40 | x $ | 350.00 | = | 490.00 |
| Edmon L. Morton | Partner | 8.00 | x $ | 530.00 | = | 4,240.00 |
| Kenneth Enos | Associate | 3.30 | x $ | 335.00 | = | 1,105.50 |
| Morgan Seward | Associate | 1.30 | x $ | 265.00 | = | 344.50 |
| | Totals: | 14.00 | | | $ | 6,180.00 |

| **Task B014** **General Corporate Matters** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Troy Bollman | Paralegal | 0.60 | x $ | 135.00 | = | 81.00 |
| | Totals: | 0.60 | | | $ | 81.00 |

| **Task B015** **Employee Matters** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Troy Bollman | Paralegal | 0.20 | x $ | 135.00 | = | 27.00 |
| | Totals: | 0.20 | | | $ | 27.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through March 31, 2010

### Task  B017
### Retention of Professionals/Fee Issues

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Chad A. Corazza | Paralegal | 2.40 | x $ | 125.00 | = | 300.00 |
| Donald J. Bowman | Associate | 7.30 | x $ | 350.00 | = | 2,555.00 |
| Edmon L. Morton | Partner | 10.10 | x $ | 530.00 | = | 5,353.00 |
| Kenneth Enos | Associate | 1.60 | x $ | 335.00 | = | 536.00 |
| Morgan Seward | Associate | 3.90 | x $ | 265.00 | = | 1,033.50 |
| Troy Bollman | Paralegal | 2.60 | x $ | 135.00 | = | 351.00 |
| | Totals: | 27.90 | | | $ | 10,128.50 |

### Task  B018
### Fee Application Preparation

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Edmon L. Morton | Partner | 0.50 | x $ | 530.00 | = | 265.00 |
| Kenneth Enos | Associate | 0.20 | x $ | 335.00 | = | 67.00 |
| | Totals: | 0.70 | | | $ | 332.00 |

### Task  B020
### Utility Services

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.20 | x $ | 350.00 | = | 770.00 |
| Kenneth Enos | Associate | 0.30 | x $ | 335.00 | = | 100.50 |
| Morgan Seward | Associate | 0.70 | x $ | 265.00 | = | 185.50 |
| | Totals: | 3.20 | | | $ | 1,056.00 |
| | Aggregate Total: | 122.60 | | | $ | 47,768.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through March 31, 2010

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| RBRAD | Robert S. Brady, Partner | 1.40 | $ | 660.00 | = | 924.00 |
| EMORT | Edmon L. Morton, Partner | 52.90 | $ | 530.00 | = | 28,037.00 |
| DBOWM | Donald J. Bowman, Associate | 27.70 | $ | 350.00 | = | 9,695.00 |
| KENOS | Kenneth Enos, Associate | 13.80 | $ | 335.00 | = | 4,623.00 |
| MSEWA | Morgan Seward, Associate | 7.80 | $ | 265.00 | = | 2,067.00 |
| TBOLL | Troy Bollman, Paralegal | 14.30 | $ | 135.00 | = | 1,930.50 |
| CCORA | Chad A. Corazza, Paralegal | 2.80 | $ | 125.00 | = | 350.00 |
| ETARA | Elizabeth M. Tarabolett, Clerk | 0.80 | $ | 80.00 | = | 64.00 |
| KRIDD | Kasey Riddle, Clerk | 0.70 | $ | 80.00 | = | 56.00 |
| PPETL | Patsy Petlock, Clerk | 0.40 | $ | 55.00 | = | 22.00 |
| | Total: | 122.60 | | | $ | 47,768.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/03/10 | Draft and efile affidavits of service docket numbers 81-88 | ETARA | B001 | 0.40 |
| 03/03/10 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| 03/05/10 | Review revised critical dates memo | DBOWM | B001 | 0.40 |
| 03/05/10 | Efile affidavits of service docket numbers 16, 17 | ETARA | B001 | 0.20 |
| 03/05/10 | Assist in preparation of binder for agenda on March 9, 2010 | KRIDD | B001 | 0.70 |
| 03/10/10 | Review and provide comments on critical dates memo | DBOWM | B001 | 1.40 |
| 03/10/10 | Review and provide comments on revised critical dates memo | DBOWM | B001 | 0.30 |
| 03/10/10 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| 03/10/10 | Update critical dates calendar | TBOLL | B001 | 0.30 |
| 03/11/10 | Further revise critical dates memo | DBOWM | B001 | 0.80 |
| 03/11/10 | Update critical dates calendar | TBOLL | B001 | 0.20 |
| 03/19/10 | Review and provide comments on updated critical dates memo | DBOWM | B001 | 0.40 |
| 03/19/10 | Review critical dates memo | MSEWA | B001 | 0.10 |
| 03/25/10 | Draft and efile affidavits of service docket number 96 | ETARA | B001 | 0.20 |
| 03/26/10 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| 03/30/10 | Review critical dates memo and discuss comments with T. Bollman | DBOWM | B001 | 0.70 |
| 03/31/10 | Coordinate docketing and filing of pleadings and correspondence | PPETL | B001 | 0.10 |
| | Sub Total | | | 6.50 |

9

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                     Invoice No. 40335093                          04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/02/10 | Review draft March 9 Hearing Agenda and follow-up e-mail to co-counsel (B. Guzina) concerning same | DBOWM | B002 | 0.30 |
| 03/02/10 | Prepare draft of agenda of matters scheduled for hearing on March 9, 2010 | TBOLL | B002 | 2.00 |
| 03/03/10 | Review draft March 9, 2010 hearing agenda | DBOWM | B002 | 0.30 |
| 03/04/10 | Work with co-counsel (B. Guzina and K. Mills) and T. Bollman to revise draft March 9 hearing agenda | DBOWM | B002 | 0.90 |
| 03/04/10 | Review multiple drafts of agenda and provide comments for same | EMORT | B002 | 0.70 |
| 03/04/10 | Teleconference with B. Guzina re: strategy for hearing on DIP motion | EMORT | B002 | 0.30 |
| 03/04/10 | Meeting with D. Bowman re: Second Day Hearing | KENOS | B002 | 0.20 |
| 03/04/10 | Meeting with D. Bowman and E. Morton re: discussions with Committee and UST re: second day hearing issues | KENOS | B002 | 0.30 |
| 03/04/10 | Update agenda regarding hearing on March 9, 2010 | TBOLL | B002 | 0.50 |
| 03/05/10 | Work with co-counsel to finalize and file March 9 hearing agenda | DBOWM | B002 | 1.30 |
| 03/05/10 | Teleconference with B. Guzina (2x) re: 3/9 hearing strategy | EMORT | B002 | 0.80 |
| 03/05/10 | Work with co-counsel, K. Enos and D. Bowman to finalize 3/9 agenda | EMORT | B002 | 1.00 |
| 03/05/10 | Review and Revise Second Day Hearing Agenda | KENOS | B002 | 0.20 |
| 03/05/10 | Prepare binders for hearing on March 9, 2010 | TBOLL | B002 | 1.50 |
| 03/05/10 | Update and finalize for filing agenda of matters scheduled for hearing on March 9, 2010 | TBOLL | B002 | 0.80 |
| 03/08/10 | Work with T. Bollman to finalize and file Amended March 9 Hearing Agenda | DBOWM | B002 | 0.70 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001             Invoice No. 40335093                04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/08/10 | Review materials to prepare for hearing on DIP and retentions (1.6); Conference with B. Guzina re: same (2.0) | EMORT | B002 | 3.60 |
| 03/08/10 | Update binders for hearing on March 10, 2010 | TBOLL | B002 | 0.80 |
| 03/08/10 | Prepare and finalize for filing amended agenda of matters scheduled for hearing on March 10, 2010 | TBOLL | B002 | 0.50 |
| 03/09/10 | Attend March 9 Omnibus hearing | DBOWM | B002 | 0.70 |
| 03/09/10 | Work with co-counsel to prepare for hearing and finalize DIP negotiations (2.6); Attend/conduct same (.8); Conference with co-counsel re: results of hearing and Committee issues (.8) | EMORT | B002 | 4.20 |
| 03/09/10 | Conference with R. Brady re: results of DIP Hearing | EMORT | B002 | 0.30 |
| 03/09/10 | Assist co-counsel with preparation for Second Day Hearing | KENOS | B002 | 0.70 |
| 03/30/10 | Review draft April 7, 2010 hearing agenda and discuss comments with T. Bollman | DBOWM | B002 | 0.40 |
| 03/31/10 | Review and provide comments on draft April 7, 2010 hearing agenda | DBOWM | B002 | 0.30 |
| | Sub Total | | | 23.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/01/10 | Draft Notice of Filing Proposed Final DIP Order and file same | DBOWM | B003 | 0.70 |
| 03/01/10 | Correspondence from and to B. Guzina and YCST team re: final DIP order and filing of same | EMORT | B003 | 0.70 |
| 03/01/10 | Teleconference with B. Guzina (2x) re: Committee issues (DIP, agreements and retentions) (1.2); Review materials re: comments to same (.5) | EMORT | B003 | 1.70 |
| 03/01/10 | Finalize for filing proposed final DIP order | TBOLL | B003 | 0.30 |
| 03/02/10 | Review draft Committee objection to Final DIP Order | DBOWM | B003 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/02/10 | Review Committee/DIP issues and objection (.7); Review updated Final DIP Order (.2); Teleconference with B. Guzina (3x)(.9) | EMORT | B003 | 1.80 |
| 03/03/10 | Review materials to prepare for call with Committee re: DIP issues (.8); Teleconference with B. Guzina re: strategy for Committee DIP call (.5); Teleconference with Committee and co-counsel re: DIP issues (.5); Teleconference with D. Detweiler re: same (.2); Conference with K. Enos re: same (.3) | EMORT | B003 | 2.30 |
| 03/03/10 | Review Committee Draft Objection to Final DIP Order | KENOS | B003 | 0.20 |
| 03/04/10 | Review Committee's revisions to Final DIP Order | DBOWM | B003 | 0.50 |
| 03/04/10 | Review Committee revisions to Final DIP Order | KENOS | B003 | 0.30 |
| 03/04/10 | Review committee blackline re: Final DIP Order; conference with E. Morton re: same | RBRAD | B003 | 0.20 |
| 03/05/10 | Review Committee Objection to Final DIP Order | DBOWM | B003 | 0.40 |
| 03/05/10 | Teleconference with B. Guzina (2x) re: 3/9 hearing strategy concerning filed DIP objection by Committee (.4); Teleconference with DIP Lenders and co-counsel (1.0); Teleconference with D. Detweiler and co-counsel (1.2); Teleconference with B. Guzina and K. Enos (.3); Draft correspondence to DIP Lenders (.5); numerous correspondence (.3) | EMORT | B003 | 3.70 |
| 03/05/10 | Teleconference with E. Morton, co-counsel and DIP Lender Counsel re: Committee revisions to DIP Order | KENOS | B003 | 1.10 |
| 03/05/10 | Teleconference with Committee Counsel re: committee revisions to DIP Order | KENOS | B003 | 1.40 |
| 03/05/10 | Work with E. Morton re: Committee revisions to DIP Order | KENOS | B003 | 0.50 |
| 03/06/10 | Numerous correspondence with Committee Counsel and co-counsel re: DIP financing from Committee | EMORT | B003 | 1.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/07/10 | Correspondence to and from B. Guzina re: DIP order (.6); Teleconference with B. Guzina (2x)(.3); Teleconference with DIP Lenders (.3); Review updated DIP order (.4); Correspondence to and from Committee Counsel (.3) | EMORT | B003 | 1.90 |
| 03/08/10 | Numerous correspondence with DIP Lenders and Committee re: updates to DIP Order and reviewing issues (1.7); Teleconference with B. Guzina (multiple)(1.2); Teleconference with Committee Counsel (.5); Teleconference with Committee, DIP Lenders and co-counsel (.4); Further review of same (.3) | EMORT | B003 | 4.10 |
| 03/08/10 | Conference with E. Morton re: Committee objections to Final DIP Order | RBRAD | B003 | 0.20 |
| 03/09/10 | Prepare Final DIP Order | DBOWM | B003 | 0.90 |
| 03/09/10 | Teleconference with Committee re: DIP issues | EMORT | B003 | 0.20 |
| | Sub Total | | | 25.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/19/10 | E-mail to and from co-counsel (B. Guzina) re: February 2010 Monthly Operating Reports | DBOWM | B004 | 0.10 |
| 03/29/10 | Finalize for filing and coordinate service of Monthly Operating Report | CCORA | B004 | 0.40 |
| 03/29/10 | Review and file February 2010 Monthly Operating Reports | DBOWM | B004 | 0.50 |
| 03/29/10 | Review and finalize February Monthly Operating Report | KENOS | B004 | 0.20 |
| 03/30/10 | E-mail to/from B. Guzina re: status of Schedules and SOFA's | DBOWM | B004 | 0.10 |
| | Sub Total | | | 1.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                          Invoice No. 40335093                          04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/12/10 | Review correspondence re: creditor inquiry on leased vehicle | MSEWA | B005 | 0.30 |
| 03/15/10 | Review correspondence re: vehicle lease | MSEWA | B005 | 0.40 |
| 03/16/10 | Draft letter re: Ford truck leases | MSEWA | B005 | 1.10 |
| | Sub Total | | | 1.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/01/10 | E-mail to and from potential purchaser of assets and follow-up with co-counsel (B. Guzina) concerning same | DBOWM | B006 | 0.20 |
| 03/04/10 | Draft Certifications of Counsel re: Customer Program, Critical Vendor, and Insurance Premium orders | DBOWM | B006 | 0.90 |
| 03/04/10 | Correspondence from and to co-counsel and K. Enos re: critical vendor, customers insurance and employee orders | EMORT | B006 | 0.50 |
| 03/04/10 | Assist co-counsel with preparation of customer programs (.2) and insurance (.2) orders | KENOS | B006 | 0.40 |
| 03/05/10 | Finalize and file Certifications of Counsel including revised orders re: Customer Program, Critical Vendor and Insurance Premium orders | DBOWM | B006 | 0.90 |
| 03/05/10 | Draft Certification of Counsel and revised form of Order re: Employee Severance and Retirement Programs | KENOS | B006 | 0.60 |
| 03/09/10 | Telephone from and follow-up e-mail to M. Kalyn re: potential asset sales | DBOWM | B006 | 0.20 |
| 03/15/10 | Correspondence from and to B. Guzina re: sale issues (includes research re: same) | EMORT | B006 | 0.80 |
| 03/19/10 | Teleconference with (2x) K. Mills re: Bank Account Issues | KENOS | B006 | 0.30 |
| 03/22/10 | Exchange emails with US Trustee re: Bank Account Information | KENOS | B006 | 0.10 |
| | Sub Total | | | 4.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/11/10 | Teleconference with B. Guzina re: bar date issues | EMORT | B007 | 0.30 |
| 03/16/10 | Review Notice of Lien filed by Oklahoma County [D.I. 158] | DBOWM | B007 | 0.10 |
| 03/23/10 | Review, Revise and Finalize Bar Date Motion | KENOS | B007 | 0.40 |
| 03/23/10 | Exchange emails with co-counsel re: preparation of Bar Date Motion | KENOS | B007 | 0.10 |
| 03/23/10 | Finalize for filing Bar Date Motion | TBOLL | B007 | 0.30 |
| 03/25/10 | Teleconference with Larry Nyhan, Bojan Guzina and E. Morton re: environmental issues | RBRAD | B007 | 0.40 |
| 03/25/10 | Review memo on treatment of environmental claims in bankruptcy | RBRAD | B007 | 0.60 |
| | Sub Total | | | 2.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/02/10 | E-mail to T. Bollman re: documents needed for 341 Meeting of Creditors | DBOWM | B008 | 0.20 |
| 03/04/10 | E-mail to and from co-counsel (B. Guzina) re: Section 341 Meeting preparation | DBOWM | B008 | 0.30 |
| 03/04/10 | Conference with K. Enos re: 341 Meeting prep call (.1); Correspondence from and to B. Guzina and client (.3); Review materials (.3); Teleconference with client, co-counsel and K. Enos (.5); Follow-up Teleconference with B. Guzina (.2) | EMORT | B008 | 1.50 |
| 03/04/10 | Assist co-counsel and company with preparation for 341 Meeting | KENOS | B008 | 0.40 |
| 03/04/10 | Teleconference with company and co-counsel re: 341 Meeting Preparation | KENOS | B008 | 0.40 |
| 03/08/10 | Work with T. Bollman to prepare binder of documents needed for Section 341 Meeting | DBOWM | B008 | 0.60 |
| 03/08/10 | Prepare binders and related materials for 341 Meeting of Creditors on March 10, 2010 | TBOLL | B008 | 3.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                      Invoice No. 40335093                      04-13-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 03/09/10 | Work with T. Bollman re: 341 Meeting documents | DBOWM | B008 | 0.50 |
| 03/09/10 | Conference with client and co-counsel to prepare for 341 Meeting (1.1); Attend/conduct same (includes meeting with UST thereafter)(1.0) | EMORT | B008 | 2.10 |
| 03/09/10 | Assist co-counsel with preparation 341 Meeting | KENOS | B008 | 0.60 |
| 03/09/10 | Assist in preparation of materials for 341 Meeting of Creditors | TBOLL | B008 | 0.40 |
| 03/10/10 | Correspondence from and to P. Tinker and B. Guzina re: 341 meeting (.3); Correspondence to YCST team (.1) | EMORT | B008 | 0.40 |
| | Sub Total | | | 10.70 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 03/03/10 | Research re: pre-packaged and pre-negotiated Chapter 11 cases | KENOS | B012 | 0.90 |
| 03/10/10 | Review plan of reorganization | EMORT | B012 | 1.30 |
| 03/10/10 | Conference with K. Enos re: confirmation scheduling | EMORT | B012 | 0.30 |
| 03/12/10 | Further review with plan of reorganization (1.0); Conference with K. Enos re: same (.3) | EMORT | B012 | 1.50 |
| 03/16/10 | Review draft Disclosure Statement | DBOWM | B012 | 1.20 |
| 03/18/10 | Teleconference with B. Guzina re: plan/Committee issues | EMORT | B012 | 0.40 |
| 03/19/10 | E-mails from/to co-counsel (B. Guzina) re: Plan and Disclosure Statement | DBOWM | B012 | 0.20 |
| 03/23/10 | Correspondence from and to B. Guzina and D. Detweiler re: Committee comments to Plan | EMORT | B012 | 0.50 |
| 03/24/10 | Exchange emails with co-counsel (6x) re: preparation and filing of Disclosure Statement and Plan | KENOS | B012 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001             Invoice No. 40335093                04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/25/10 | Review Committee courts to plan (.5); Teleconference with B. Guzina (.5); Teleconference with B. Guzina and R. Brady (.7) | EMORT | B012 | 1.70 |
| 03/25/10 | Review and Revise Notice of Disclosure Statement Hearing | KENOS | B012 | 0.20 |
| 03/25/10 | Exchange emails with co-counsel (6x) re: preparation of Plan and Disclosure Statement | KENOS | B012 | 0.20 |
| 03/25/10 | Review and revise notice re: Plan and Disclosure Statement | MSEWA | B012 | 1.00 |
| 03/26/10 | Correspondence from and to co-counsel and YCST team re: updated plan and disclosure statement for filing (.5); Work with co-counsel to finalize same (.8) | EMORT | B012 | 1.30 |
| 03/26/10 | Assist co-counsel with preparation and filing of Plan | KENOS | B012 | 0.70 |
| 03/26/10 | Assist co-counsel with preparation and filing of Disclosure Statement | KENOS | B012 | 0.70 |
| 03/26/10 | Assist co-counsel with preparation of Disclosure Statement Hearing Notice | KENOS | B012 | 0.20 |
| 03/26/10 | Exchange emails with co-counsel (6x) re: preparation of Disclosure Statement and Plan | KENOS | B012 | 0.20 |
| 03/26/10 | Work with T. Bollman re: disclosure statement notice and filing of same | MSEWA | B012 | 0.30 |
| 03/29/10 | Correspondence from and to B. Guzina and D. Detweiler re: Committee Plan issues | EMORT | B012 | 0.50 |
| 03/30/10 | Teleconference with B. Guzina re: Committee Plan issues | EMORT | B012 | 0.50 |
| | Sub Total | | | 14.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/05/10 | Assist in preparation of and finalize for filing certification of counsel regarding final order for motion to continue insurance policies | TBOLL | B014 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001          Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/05/10 | Assist in preparation of and finalize for filing certification of counsel regarding final order for customer programs motion | TBOLL | B014 | 0.20 |
| 03/05/10 | Assist in preparation of and finalize for filing certification of counsel regarding final order for critical vendors motion | TBOLL | B014 | 0.20 |
| | Sub Total | | | 0.60 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/05/10 | Assist in preparation of and finalize for filing certification of counsel regarding employee severance plan | TBOLL | B015 | 0.20 |
| | Sub Total | | | 0.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/02/10 | Review draft Committee Objections to Ernst & Young retention (.2); Rothschild retention (.3); Huron retention (.4); Mercer retention(.2) and Ordinary Course Professionals (.2) | DBOWM | B017 | 1.30 |
| 03/02/10 | Telephone from U.S. Trustee (P. Tinker) with E. Morton and K. Enos re: comments concerning Ernst & Young, Sidley Austin, Huron and Ordinary Course Professionals retention orders (.5) and follow-up discussion with E. Morton and K. Enos concerning same (.2) | DBOWM | B017 | 0.70 |
| 03/02/10 | Review Ernst & Young, Sidley Austin, Huron and Ordinary Course Professionals retention applications in preparation with U.S. Trustee (P. Tinker) | DBOWM | B017 | 0.80 |
| 03/02/10 | Teleconference with P. Tinker re: comments to numerous retention applications (.5); Review applications re: UST comments (.6); Correspondence to and from co-counsel re: same (.5) | EMORT | B017 | 1.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/02/10 | Meeting with D. Bowman, US Trustee and E. Morton re: comments to Retention Application | KENOS | B017 | 0.20 |
| 03/02/10 | Review retention orders re: indemnification provisions | MSEWA | B017 | 0.60 |
| 03/03/10 | Numerous correspondence with K. Mills and P. Tinker re: OCP Motion and UST comments to order | EMORT | B017 | 0.70 |
| 03/03/10 | Correspondence from and to B. Myrick re: Ernst & Young retention issues | EMORT | B017 | 0.30 |
| 03/03/10 | Review draft Committee objections to numerous professionals (1.1); Conference with M. Seward re: research (.3); Teleconference with B. Guzina (.5); Correspondence to and from Committee counsel re: same (.5) | EMORT | B017 | 2.40 |
| 03/03/10 | Teleconference with Huron and B. Guzina re: UST/Committee issues with retention | EMORT | B017 | 0.50 |
| 03/03/10 | Exchange emails with co-counsel re: OCP Motion | KENOS | B017 | 0.10 |
| 03/04/10 | Draft Certifications of Counsel re: Mercer and Huron retention orders | DBOWM | B017 | 0.90 |
| 03/04/10 | Additional review of Committee retention objections (.5); Teleconference with Committee and B. Guzina (.6); Teleconference with B. Guzina (.2); Teleconference with K. Enos (.2) | EMORT | B017 | 1.50 |
| 03/04/10 | Correspondence from and to co-counsel re: revised retention orders (.8); Correspondence to and from P. Tinker re: same (.5); Review further updated drafts (.2); Conference with K. Enos and D. Bowman (.2) | EMORT | B017 | 1.70 |
| 03/05/10 | Finalize and file Certifications of Counsel re: Mercer and Huron retention orders | DBOWM | B017 | 0.60 |
| 03/05/10 | Draft Certification of Counsel including revised order re: Rothschild Retention Order | DBOWM | B017 | 0.60 |
| 03/05/10 | Review updated professional retention orders (.4); Correspondence to and from UST, Committee and co-counsel to finalize same (.8) | EMORT | B017 | 1.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/05/10 | Assist in preparation of and finalize for filing certificate of no objection to application to retain and employ Sidley Austin | TBOLL | B017 | 0.20 |
| 03/05/10 | Assist in preparation of and finalize for filing certificate of no objection to motion establishing interim compensation procedures | TBOLL | B017 | 0.20 |
| 03/05/10 | Assist in preparation of and finalize for filing certification of counsel to application to retain and employ Huron Consulting Services | TBOLL | B017 | 0.20 |
| 03/05/10 | Assist in preparation of and finalize for filing certification of counsel to application to retain and employ Mercer (US) Inc. | TBOLL | B017 | 0.20 |
| 03/05/10 | Assist in preparation of and finalize for filing certificate of no objection to application to retain and employ YCST | TBOLL | B017 | 0.20 |
| 03/05/10 | Assist in preparation of and finalize for filing certificate of no objection to application to retain and employ Ernst & Young | TBOLL | B017 | 0.20 |
| 03/08/10 | Finalize Certifications of Counsel and Orders re: Ordinary Course Professionals Order and Rothschild Retention Order | DBOWM | B017 | 1.30 |
| 03/08/10 | Finalize for filing and coordinate service of eradication of counsel regarding ordinary course professionals motion | TBOLL | B017 | 0.30 |
| 03/08/10 | Finalize for filing certification of counsel regarding application to employ and retain Rothschild | TBOLL | B017 | 0.30 |
| 03/10/10 | Review, Revise and Finalize Huron First Monthly Fee Application | KENOS | B017 | 0.30 |
| 03/11/10 | Review and Finalize Huron's First Fee Application | KENOS | B017 | 0.20 |
| 03/11/10 | Prepare notice and finalize for filing first monthly fee application of Huron Consulting Services | TBOLL | B017 | 0.40 |
| 03/18/10 | E-mail from and response to co-counsel (K. Mills and B. Myrick) re: Supplemental Ordinary Course Professionals List | DBOWM | B017 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/19/10 | Review, Revise and Finalize Ernst & Young Supplemental Retention Application | KENOS | B017 | 0.60 |
| 03/19/10 | Prepare notice and finalize for filing supplemental application to employ and retain Ernst & Young | TBOLL | B017 | 0.40 |
| 03/26/10 | Conference with M .Seward re: OCP affidavits (.1); Correspondence from co-counsel (.1) | EMORT | B017 | 0.20 |
| 03/26/10 | Review and revise notice re: affidavit of disinterestedness for ordinary course professionals | MSEWA | B017 | 0.30 |
| 03/26/10 | Work with T. Bollman and co-counsel re: filing ordinary course professionals affidavits and supplemental ordinary course professionals list | MSEWA | B017 | 0.80 |
| 03/29/10 | Finalize for filing and coordinate service of Affidavit of Ordinary Course Professional re: Ginger Dwyer | CCORA | B017 | 0.40 |
| 03/29/10 | Finalize for filing and coordinate service of Affidavit of Ordinary Course Professional re: Schenck S.C. | CCORA | B017 | 0.40 |
| 03/29/10 | Finalize for filing and coordinate service of Affidavit of Ordinary Course Professional re: Kozloff Stoudt | CCORA | B017 | 0.40 |
| 03/29/10 | Finalize for filing and coordinate service of Affidavit of Ordinary Course Professional re: Remley & Sensenbrenner, S.C. | CCORA | B017 | 0.40 |
| 03/29/10 | Finalize for filing and coordinate service of Affidavit of Ordinary Course Professional re: Solomon Lowenstein | CCORA | B017 | 0.40 |
| 03/29/10 | Finalize for filing and coordinate service of First Supplemental List of Ordinary Course Professionals | CCORA | B017 | 0.40 |
| 03/29/10 | Review and provide comments on draft Ordinary Course Professionals Affidavits and Notice of same to M. Seward re: Ginger Dwyer, Schneck, Kozloff, Stoudt and Remley Sensenbrenner (.2) and draft Supplemental Ordinary Course Professionals list (.1) | DBOWM | B017 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                Invoice No. 40335093                04-13-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/29/10 | Review and revise notices re: affidavits of disinterestedness for ordinary course professionals Remley, Ginger Dwyer, Schenck & Kozloff | MSEWA | B017 | 0.50 |
| 03/29/10 | Draft notices re: first supplemental ordinary course professionals list and affidavit of disinterestedness for Lowenstein | MSEWA | B017 | 0.40 |
| 03/29/10 | Telephone call with S. Lowenstein re: ordinary course professionals procedures and filing affidavit of disinterestedness | MSEWA | B017 | 0.40 |
| 03/29/10 | Review, revise and prepare for filing notice of Lowenstein affidavit and supplemental list re: ordinary course professionals | MSEWA | B017 | 0.40 |
| 03/30/10 | Review Sidley First Monthly Fee Application | DBOWM | B017 | 0.40 |
| 03/30/10 | Review Ordinary Course Professionals Affidavits re: Hill Barth; Hallet; and Barnes & Thornburg | DBOWM | B017 | 0.20 |
| 03/30/10 | Assist Sidley with preparation of First Fee Application | KENOS | B017 | 0.20 |
| 03/30/10 | Draft, review and prepare for filing notices re: Hallett Assoc., Hall Barth & King, and Barnes ordinary course professionals affidavits | MSEWA | B017 | 0.50 |
| | Sub Total | | | 27.90 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/21/10 | Work on February fee application | EMORT | B018 | 0.50 |
| 03/26/10 | Review and Revise YCST February Neenah Bill | KENOS | B018 | 0.20 |
| | Sub Total | | | 0.70 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 03/02/10 | Review Wisconsin Objection to Final Utility Order (.4) and Southern California Edison Objection to Final Utility Order (.2) | DBOWM | B020 | 0.60 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40335093                    04-13-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 03/02/10 | Exchange emails with co-counsel re: adequate assurance requests | KENOS | B020 | 0.10 |
| 03/03/10 | E-mails from co-counsel (K. Mills) re: U.S. Trustee's comments to Ordinary Course Professionals motion on potential resolutions | DBOWM | B020 | 0.40 |
| 03/04/10 | Review draft utility stipulation and provide comments on same to co-counsel (K. Mills) | DBOWM | B020 | 0.60 |
| 03/05/10 | Review settlement offer from R. Johnson re: Utility Order | KENOS | B020 | 0.10 |
| 03/05/10 | Review conflicts search re: utility providers | MSEWA | B020 | 0.30 |
| 03/08/10 | Follow-up e-mail to and from co-counsel (K. Mills) re: status of certain utility objections to Final Utility Order | DBOWM | B020 | 0.30 |
| 03/08/10 | Review emails with R. Johnson re: settlement of Utility Motion Objections | KENOS | B020 | 0.10 |
| 03/08/10 | Correspond with co-counsel re: utilities | MSEWA | B020 | 0.10 |
| 03/09/10 | Prepare Final Utility Order | DBOWM | B020 | 0.30 |
| 03/09/10 | Work with co-counsel re: adequate assurance for utility providers | MSEWA | B020 | 0.10 |
| 03/18/10 | Review correspondence re: adequate assurance | MSEWA | B020 | 0.10 |
| 03/22/10 | Review correspondence re: utilities requests for adequate assurance | MSEWA | B020 | 0.10 |
| | Sub Total | | | 3.20 |