# EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through March 31, 2010

**AGGREGATE ITEMIZED DISBURSEMENTS**

| Description | Amount |
|---|---|
| Reproduction Charges | 2,624.40 |
| Long Distance Telephone | 74.99 |
| Delivery / Courier | 32.50 |
| Car/Bus/Subway Travel | 192.00 |
| Working Meals | 832.40 |
| Teleconference / Video Conference | 90.00 |
| Postage | 48.44 |
| Total Disbursements: | $3,894.73 |

UNBILLED EXPENSE DETAILS THROUGH 03/31/2010

UNBILLED EXPENSES MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/10 | S001 | 3278192 | | | DBOWM | Photocopy Charges 0820 0820 | 11.20 | 5.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/01/10 | S001SCN | 3279219 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/10 | S001SCN | 3279220 | | | TBOLL 0968 | Scanning Charges | 11.40 | 5.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/01/10 | S001SCN | 3279221 | | | TBOLL 0968 | Scanning Charges | 11.60 | 5.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281978 | | | TBOLL 0968 | Photocopy Charges | 614.80 | 307.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281979 | | | BLAWS 1012 | Photocopy Charges 1012 | 12.60 | 6.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281980 | | | BLAWS 1012 | Photocopy Charges 1012 | 14.80 | 7.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281981 | | | BLAWS 1012 | Photocopy Charges 1012 | 10.60 | 5.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281982 | | | BLAWS 1012 | Photocopy Charges 1012 | 10.60 | 5.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281983 | | | BLAWS 1012 | Photocopy Charges 1012 | 12.60 | 6.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281984 | | | MSEWA 0982 | Photocopy Charges 0982 | 12.60 | 6.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281985 | | | MSEWA 0982 | Photocopy Charges 0982 | 14.80 | 7.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281986 | | | MSEWA 0982 | Photocopy Charges 0982 | 10.60 | 5.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281987 | | | MSEWA 0982 | Photocopy Charges 0982 | 8.80 | 4.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001 | 3281988 | | | MSEWA 0982 | Photocopy Charges 0982 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S001SCN | 3281989 | | | TBOLL 0968 | Scanning Charges | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/02/10 | S002 | 3286904 | | | TBOLL | Postage Postage | 38.56 | 38.56 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283236 | | | KRIDD 0971 | Photocopy Charges 0971 | 0.20 | 0.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/03/10 | S001 | 3283237 | | | KRIDD | Photocopy Charges 0971 0971 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283238 | | | KRIDD | Photocopy Charges 0971 0971 | 0.20 | 0.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283239 | | | KRIDD | Photocopy Charges 0971 0971 | 0.20 | 0.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283240 | | | KRIDD | Photocopy Charges 0971 0971 | 2.20 | 1.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283241 | | | TBOLL | Photocopy Charges 0968 | 492.60 | 246.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283242 | | | EMORT | Photocopy Charges 0425 0425 | 4.80 | 2.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283243 | | | EMORT | Photocopy Charges 0425 0425 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283244 | | | EMORT | Photocopy Charges 0425 0425 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283245 | | | EMORT | Photocopy Charges 0425 0425 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283246 | | | EMORT | Photocopy Charges 0425 0425 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283247 | | | EMORT | Photocopy Charges 0425 0425 | 1.00 | 0.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283248 | | | EMORT | Photocopy Charges 0425 0425 | 4.60 | 2.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/03/10 | S001 | 3283249 | | | EMORT | Photocopy Charges 0425 0425 | 11.40 | 5.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/04/10 | S001 | 3285138 | | | TBOLL | Photocopy Charges 0968 | 643.00 | 321.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/04/10 | S003 | 3285139 | | | EMORT | Long Distance Telephone 1(312)853-7323 6637 | 21.33 | 21.33 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CONTROL: 413422

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 182962

Page 36 (36)
RUN: 04/13/10
TIME: 10:40:35

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/10 | S003 | 3285140 | | | EMORT | Long Distance Telephone 1(312)853-7323 6637 | 4.13 | 4.13 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | 053 | 3301242 | 124552 | | JPATT | Delivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 12.50 | 12.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 03/05/10 | 096 | 3285483 | 124080 | | DBOWM | Working Meals - Payee: Sugarfoot Fine Food Lunch provided on 2/3/10 for 4 | 79.80 | 79.80 | | B | | | | | |
| | | VENDOR NAME: Sugarfoot Fine Food | | | | | | | | | | | | | |
| 03/05/10 | 096 | 3285559 | 124090 | | EMORT | Working Meals - Payee: Urban Cafe, LLC Breakfast for 8 provided for working meeting with co-counsel and client in prep for Court Hearing | 115.60 | 115.60 | | B | | | | | |
| | | VENDOR NAME: Urban Cafe, LLC | | | | | | | | | | | | | |
| 03/05/10 | S001 | 3286545 | | | TBOLL | Photocopy Charges 0968 | 218.60 | 109.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001 | 3286546 | | | TBOLL | Photocopy Charges 0968 0968 | 45.60 | 22.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001 | 3286547 | | | TBOLL | Photocopy Charges 0968 0968 | 205.80 | 102.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001 | 3286548 | | | TBOLL | Photocopy Charges 0968 0968 | 4.60 | 2.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001 | 3286549 | | | TBOLL | Photocopy Charges 0968 0968 | 5.40 | 2.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001 | 3286550 | | | ECBRA | Photocopy Charges 1021 1021 | 23.20 | 11.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001 | 3286551 | | | KRIDD | Photocopy Charges | 12.00 | 6.00 | | B | | | | | |

CONTROL: 413422

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 182962

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0971 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286553 | | | TBOLL | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286554 | | | TBOLL | Scanning Charges | 0.80 | 0.40 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286555 | | | TBOLL | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286556 | | | TBOLL | Scanning Charges | 1.60 | 0.80 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286557 | | | TBOLL | Scanning Charges | 1.80 | 0.90 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286558 | | | TBOLL | Scanning Charges | 0.60 | 0.30 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286559 | | | TBOLL | Scanning Charges | 0.60 | 0.30 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286560 | | | TBOLL | Scanning Charges | 0.60 | 0.30 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286561 | | | TBOLL | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286562 | | | TBOLL | Scanning Charges | 1.00 | 0.50 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286563 | | | TBOLL | Scanning Charges | 1.00 | 0.50 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286564 | | | TBOLL | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286565 | | | TBOLL | Scanning Charges | 0.80 | 0.40 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286566 | | | TBOLL | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286567 | | | TBOLL | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | | | | | 0968 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/05/10 | S001SCN | 3286568 | | | TBOLL | Scanning Charges 0968 | 1.00 | 0.50 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286569 | | | TBOLL | Scanning Charges 0968 | 1.00 | 0.50 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S001SCN | 3286570 | | | TBOLL | Scanning Charges 0968 | 1.80 | 0.90 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/05/10 | S003 | 3286571 | | | EMORT | Long Distance Telephone 1(312)499-6917 7796 | 0.69 | 0.69 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/07/10 | S001 | 3286552 | | | TBOLL | Photocopy Charges 0968 | 667.80 | 333.90 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | 053 | 3309935 | 124708 | | JPATT | Delivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | ____ | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 03/08/10 | 096 | 3285590 | 124095 | | PSNIT | Working Meals - Payee: Troy Bollman Working Dinner: TBOLL 2/2/10 | 10.00 | 10.00 | ____ | B | | | | | |
| | | VENDOR NAME: Troy Bollman | | | | | | | | | | | | | |
| 03/08/10 | 096 | 3285591 | 124095 | | PSNIT | Working Meals - Payee: Troy Bollman Working Dinner: TBOLL 2/3/10 | 10.00 | 10.00 | ____ | B | | | | | |
| | | VENDOR NAME: Troy Bollman | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287934 | | | TBOLL | Photocopy Charges 0968 0968 | 4.60 | 2.30 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287935 | | | TBOLL | Photocopy Charges 0968 0968 | 18.40 | 9.20 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287936 | | | TBOLL | Photocopy Charges 0968 0968 | 4.60 | 2.30 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287937 | | | TBOLL | Photocopy Charges 0968 0968 | 2.40 | 1.20 | ____ | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/08/10 | S001 | 3287938 | | | TBOLL | Photocopy Charges 0968 0968 | 93.60 | 46.80 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287939 | | | TBOLL | Photocopy Charges 0968 0968 | 0.80 | 0.40 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287940 | | | MSEWA | Photocopy Charges 0982 0982 | 1.80 | 0.90 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287941 | | | ECBRA | Photocopy Charges 1021 1021 | 23.20 | 11.60 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287942 | | | ECBRA | Photocopy Charges 1021 1021 | 22.80 | 11.40 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287943 | | | TBOLL | Photocopy Charges 0968 0968 | 6.20 | 3.10 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287944 | | | TBOLL | Photocopy Charges 0968 | 42.00 | 21.00 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287945 | | | TBOLL | Photocopy Charges 0968 | 6.20 | 3.10 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287946 | | | TBOLL | Photocopy Charges 0968 | 193.40 | 96.70 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287947 | | | TBOLL | Photocopy Charges 0968 | 10.80 | 5.40 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287948 | | | TBOLL | Photocopy Charges 0968 | 162.80 | 81.40 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287949 | | | TBOLL | Photocopy Charges 0968 0968 | 21.00 | 10.50 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001 | 3287950 | | | TBOLL | Photocopy Charges 0968 0968 | 13.80 | 6.90 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287951 | | | TBOLL | Scanning Charges 0968 | 3.20 | 1.60 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287952 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287953 | | | TBOLL | Scanning Charges 0968 | 1.20 | 0.60 | ________ | B | ___ | ___ | _ | _ | ___ |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287954 | | | TBOLL | Scanning Charges 0968 | 1.40 | 0.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287955 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287956 | | | TBOLL | Scanning Charges 0968 | 1.40 | 0.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287957 | | | TBOLL | Scanning Charges 0968 | 1.40 | 0.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S001SCN | 3287958 | | | TBOLL | Scanning Charges 0968 | 1.80 | 0.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S003 | 3287959 | | | EMORT | Long Distance Telephone 1(312)853-7323 6637 | 8.26 | 8.26 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S003 | 3287960 | | | EMORT | Long Distance Telephone 1(312)799-0145 6637 | 7.57 | 7.57 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/08/10 | S003 | 3287961 | | | EMORT | Long Distance Telephone 1(312)799-0145 6637 | 12.38 | 12.38 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | 053 | 3309934 | 124708 | | JPATT | Delivery / Courier - From: YCST - To: Office of the U.S. Trustee | 12.50 | 12.50 | | B | | | | | |
| | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289546 | | | ECBRA | Photocopy Charges 1021 1021 | 94.40 | 47.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289547 | | | BLAWS | Photocopy Charges 1012 1012 | 118.00 | 59.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289548 | | | DBOWM | Photocopy Charges 0820 0820 | 11.20 | 5.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289549 | | | DBOWM | Photocopy Charges | 11.20 | 5.60 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0820 0820 | | | | | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289550 | | | ECBRA | Photocopy Charges 1021 1021 | 94.40 | 47.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289551 | | | ECBRA | Photocopy Charges 1021 1021 | 94.40 | 47.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289552 | | | ACOLS | Photocopy Charges 0588 0588 | 11.80 | 5.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289553 | | | DBOWM | Photocopy Charges 0820 0820 | 11.40 | 5.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289554 | | | DBOWM | Photocopy Charges 0820 0820 | 11.40 | 5.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289555 | | | DBOWM | Photocopy Charges 0820 0820 | 11.40 | 5.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289556 | | | DBOWM | Photocopy Charges 0820 0820 | 11.40 | 5.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S001 | 3289557 | | | EMORT | Photocopy Charges 0425 | 17.20 | 8.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S904 | 3314305 | | | EMORT | Case Num:10-10360 / CCID 3395256 Appr Atty: Alison Triggs CourtCall0310.xls Court Call | 30.00 | 30.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S904 | 3314306 | | | EMORT | Case Num:10-10360 / CCID 3395259 Appr Atty: Brett Myrick CourtCall0310.xls Court Call | 30.00 | 30.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/09/10 | S904 | 3314307 | | | EMORT | Case Num:10-10360 / CCID 3395265 Appr Atty: Jillian Ludwig CourtCall0310.xls Court Call | 30.00 | 30.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CONTROL: 413422

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 182962

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/10 | S001 | 3291999 | | | EMORT | Photocopy Charges 0425 0425 | 12.80 | 6.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001 | 3292000 | | | TBOLL | Photocopy Charges 0968 | 10.60 | 5.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001 | 3292001 | | | TBOLL | Photocopy Charges 0968 | 63.80 | 31.90 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001 | 3292002 | | | TBOLL | Photocopy Charges 0968 0968 | 10.20 | 5.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001SCN | 3292003 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001SCN | 3292004 | | | TBOLL | Scanning Charges 0968 | 3.20 | 1.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001SCN | 3292005 | | | TBOLL | Scanning Charges 0968 | 1.20 | 0.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001SCN | 3292006 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S001SCN | 3292007 | | | TBOLL | Scanning Charges 0968 | 5.00 | 2.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S002 | 3300680 | | | TBOLL | Postage Postage | 6.08 | 6.08 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/11/10 | S003 | 3292008 | | | EMORT | Long Distance Telephone 1(312)799-0145 6637 | 9.63 | 9.63 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/15/10 | S001 | 3294621 | | | ECBRA | Photocopy Charges 1021 1021 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/16/10 | 096 | 3294885 | 124361 | | EMORT | Working Meals - Payee: Crumbs Catering Working Meals - Payee: Crumbs Catering Lunch for 12 provided for working meeting with co-counsel and clients re: | 195.00 | 195.00 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Court hearing | | | | | | | | | |
| | | VENDOR NAME: Crumbs Catering | | | | | | | | | | | | | |
| 03/16/10 | 096 | 3294889 | 124361 | | EMORT | Working Meals - Payee: Crumbs Catering Breakfast for 12 provided for working meeting with co-counsel and clients re: Court hearing | 120.00 | 120.00 | ______ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: Crumbs Catering | | | | | | | | | | | | | |
| 03/22/10 | 087 | 3299224 | 124497 | | EMORT | Car/Bus/Subway Travel - Payee: The Limo Exchange, Inc. Transportation for client from YCST to PHL airport after Court hearing on 2/4/10 | 83.20 | 83.20 | ______ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: The Limo Exchange, Inc. | | | | | | | | | | | | | |
| 03/22/10 | 087 | 3299225 | 124497 | | EMORT | Car/Bus/Subway Travel - Payee: The Limo Exchange, Inc. Transportation for co-counsel from YCST to PHL Airport after Court Hearing on 2/24/10 | 108.80 | 108.80 | ______ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: The Limo Exchange, Inc. | | | | | | | | | | | | | |
| 03/22/10 | 096 | 3299257 | 124488 | | KENOS | Working Meals - Payee: Crumbs Catering Breakfast for 5 provided for working meeting with co-counsel re: Court hearing | 50.00 | 50.00 | ______ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: Crumbs Catering | | | | | | | | | | | | | |
| 03/22/10 | 096 | 3299259 | 124499 | | KENOS | Working Meals - Payee: PureBread Deli Lunch for 6 provided for | 119.50 | 119.50 | ______ | B | ___ | ___ | _ | _ | ___ |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | co-counsel and client re: Court Hearing | | | | | | | | | |
| | | VENDOR NAME: PureBread Deli | | | | | | | | | | | | | |
| 03/22/10 | S001SCN | 3300343 | | | PMORE 0572 | Scanning Charges | 3.40 | 1.70 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/10 | S001SCN | 3302192 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/10 | S001SCN | 3302193 | | | TBOLL 0968 | Scanning Charges | 2.60 | 1.30 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/10 | S001SCN | 3302194 | | | TBOLL 0968 | Scanning Charges | 1.40 | 0.70 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/10 | S001SCN | 3302195 | | | TBOLL 0968 | Scanning Charges | 0.60 | 0.30 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/10 | S001SCN | 3302196 | | | TBOLL 0968 | Scanning Charges | 1.40 | 0.70 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/23/10 | S001SCN | 3302197 | | | TBOLL 0968 | Scanning Charges | 0.80 | 0.40 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/24/10 | S001SCN | 3303211 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/25/10 | 096 | 3306150 | 124587 | | EMORT | Working Meals - Payee: Chase Card Services Dinner for 3 provided for co-counsel for working meeting re: second day Court Hearing | 132.50 | 132.50 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: Chase Card Services | | | | | | | | | | | | | |
| 03/25/10 | S001SCN | 3307031 | | | TBOLL 0968 | Scanning Charges | 0.80 | 0.40 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/26/10 | S001 | 3308140 | | | MBERT 0764 | Photocopy Charges | 708.20 | 354.10 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/26/10 | S001 | 3308141 | | | TBOLL 0968 | Photocopy Charges 0968 | 3.00 | 1.50 | ________ | B | ___ | ___ | _ | _ | ___ |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/26/10 | S001 | 3308142 | | | DBOWM | Photocopy Charges 0820 0820 | 1.40 | 0.70 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/26/10 | S001 | 3308143 | | | DBOWM | Photocopy Charges 0820 0820 | 7.00 | 3.50 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/26/10 | S001 | 3308144 | | | DBOWM | Photocopy Charges 0820 0820 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/26/10 | S001 | 3308145 | | | DBOWM | Photocopy Charges 0820 0820 | 3.20 | 1.60 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/26/10 | S001 | 3308146 | | | DBOWM | Photocopy Charges 0820 0820 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/26/10 | S001 | 3308147 | | | DBOWM | Photocopy Charges 0820 0820 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309256 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309257 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309258 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309259 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309260 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309261 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309262 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309263 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309264 | | | MSEWA | Photocopy Charges 0982 0982 | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/29/10 | S001 | 3309265 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/10 | S001 | VENDOR NAME: 3309266 | | | MSEWA | Photocopy Charges 0982 0982 | 0.80 | 0.40 | | B | | | | | |
| 03/29/10 | S001 | VENDOR NAME: 3309267 | | | MSEWA | Photocopy Charges 0982 0982 | 0.20 | 0.10 | | B | | | | | |
| 03/29/10 | S001 | VENDOR NAME: 3309268 | | | MSEWA | Photocopy Charges 0982 0982 | 0.20 | 0.10 | | B | | | | | |
| 03/29/10 | S001 | VENDOR NAME: 3309269 | | | MSEWA | Photocopy Charges 0982 0982 | 0.20 | 0.10 | | B | | | | | |
| 03/29/10 | S001 | VENDOR NAME: 3309270 | | | CCORA | Photocopy Charges 0855 0855 | 9.40 | 4.70 | | B | | | | | |
| 03/29/10 | S001 | VENDOR NAME: 3309271 | | | CCORA | Photocopy Charges 0855 0855 | 9.40 | 4.70 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309272 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309273 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309274 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309275 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309276 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309277 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309278 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309279 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309280 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309281 | | | TBOLL | Scanning Charges | 0.80 | 0.40 | | B | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0968 | | | | | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309282 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309283 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 03/29/10 | S001SCN | VENDOR NAME: 3309284 | | | TBOLL | Scanning Charges 0968 | 9.40 | 4.70 | | B | | | | | |
| 03/29/10 | S003 | VENDOR NAME: 3309285 | | | EMORT | Long Distance Telephone 1(260)422-4655 6559 | 2.06 | 2.06 | | B | | | | | |
| 03/29/10 | S003 | VENDOR NAME: 3309286 | | | EMORT | Long Distance Telephone 1(260)422-4655 6559 | 6.88 | 6.88 | | B | | | | | |
| 03/29/10 | S003 | VENDOR NAME: 3309287 | | | EMORT | Long Distance Telephone 1(260)422-4655 6559 | 2.06 | 2.06 | | B | | | | | |
| 03/30/10 | S001 | VENDOR NAME: 3310691 | | | TBOLL | Photocopy Charges 0968 | 65.80 | 32.90 | | B | | | | | |
| 03/30/10 | S001 | VENDOR NAME: 3310692 | | | TBOLL | Photocopy Charges 0968 0968 | 13.40 | 6.70 | | B | | | | | |
| 03/30/10 | S001 | VENDOR NAME: 3310693 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| 03/30/10 | S001 | VENDOR NAME: 3310694 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| 03/30/10 | S001 | VENDOR NAME: 3310695 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| 03/30/10 | S001 | VENDOR NAME: 3310696 | | | MSEWA | Photocopy Charges 0982 0982 | 0.60 | 0.30 | | B | | | | | |
| 03/30/10 | S001SCN | VENDOR NAME: 3310697 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/10 | S001SCN | 3310698 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S001SCN | 3310699 | | | TBOLL 0968 | Scanning Charges | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S001SCN | 3310700 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S001SCN | 3310701 | | | TBOLL 0968 | Scanning Charges | 0.80 | 0.40 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S001SCN | 3310702 | | | TBOLL 0968 | Scanning Charges | 0.60 | 0.30 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S001SCN | 3310703 | | | TBOLL 0968 | Scanning Charges | 0.40 | 0.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S001SCN | 3310704 | | | TBOLL 0968 | Scanning Charges | 2.40 | 1.20 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S001SCN | 3310705 | | | TBOLL 0968 | Scanning Charges | 13.60 | 6.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |
| 03/30/10 | S002 | 3312475 | | | TBOLL | Postage Postage | 3.80 | 3.80 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

| | RECORDED VALUE | BILLING VALUE |
|---|---|---|
| INCLUDED EXPENSES FOR MATTER: 069152.1001 | 6,519.13 | 3,894.73 |
| EXCLUDED EXPENSES (Expenses on Hold) | 0.00 | 0.00 |
| EXPENSES AFTER CUTOFF DATE | | 545.49 |

STATUS CODE LEGEND

| | | | | | |
|---|---|---|---|---|---|
| B | Billable | H | Expense on Hold (Excluded) | NB | Non-Billable |
| BNC | Bill - No Charge | X | Excluded from Instruction | BNP | Expense will not show on Statement |
| B/0 | Billable - reduce value to "0" | | | | |

EXPENSE CODE SUMMARY

| EXPENSE CODE | DESCRIPTION | RECORDED VALUE | BILLING VALUE |
|---|---|---|---|
| 053 | Delivery / Courier | 32.50 | 32.50 |
| 087 | Car/Bus/Subway Travel | 192.00 | 192.00 |
| 096 | Working Meals | 832.40 | 832.40 |
| S001 | Photocopy Charges | 5,139.80 | 2,569.90 |
| S001SCN | Scanning Charges | 109.00 | 54.50 |
| S002 | Postage | 48.44 | 48.44 |

CONTROL: 413422

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 182962

Page 49 (49)
RUN: 04/13/10
TIME: 10:40:46

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

| EXPENSE CODE | DESCRIPTION | RECORDED VALUE | BILLING VALUE |
|---|---|---|---|
| S003 | Long Distance Telephone | 74.99 | 74.99 |
| S904 | Teleconference / Video Conference | 90.00 | 90.00 |
| | EXPENSE TOTAL | 6,519.13 | 3,894.73 |

TOTAL EXPENSES FOR INSTRUCTION: 182962 — 6,519.13 — 3,894.73