# EXHIBIT D

DETAIL OF EXPENSES

398390

# Invoice

**-Invoice**   0410 NAA NE1

**Date**   16 April 2010

**※ R ROTHSCHILD**

Neenah Enterprises, Inc.
Box 729
Neenah, WI 54957

**For the attention of**   Dale Parker, Chief Financial Officer

| | |
|---|---:|
| Monthly advisory fee:  February 3, 2010 – February 28, 2010 | $162,500.00 |
| Maximum interim payment @ 80%: | X 0.80 |
| | 130,000.00 |
| Out-of-pocket expenses @ 100%: | 1,532.99 |
| Less available credit for February 3, 2010 | (6,250.00) |
| **Total Due** | **$125,282.99** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE 19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# NEENAH ENTERPRISES CO.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/04/10 | Wilmington/NY - rail | New York, NY | $149.00 | Vendor | S. Antinelli |
| 02/04/10 | NY/Wilmington - rail | New York, NY | $216.00 | Vendor | S. Antinelli |
| **Total** | | | $365.00 | | |

# NEENAH ENTERPRISES CO.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/03/10 | From office to home | New York, NY | $33.17 | Vendor | A. Svoyskiy |
| 02/04/10 | From home to Penn station | Mamaroneck, NY | $146.99 | Vendor | S. Antinelli |
| 02/04/10 | From Penn station to home | Mamaroneck, NY | $148.75 | Vendor | S. Antinelli |
| 02/04/10 | From office to home | New York, NY | $12.10 | Vendor | M. Houff |
| 02/04/10 | From office to home | New York, NY | $34.07 | Vendor | A. Svoyskiy |
| 02/05/10 | From office to home | New York, NY | $32.47 | Vendor | A. Svoyskiy |
| 02/09/10 | From office to home | New York, NY | $32.77 | Vendor | A. Svoyskiy |
| **Total** | | | **$440.32** | | |

# NEENAH ENTERPRISES CO.

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Feb-20 | Presentation materials | New York, NY | $17.74 | Vendor | Various |
| **Total** | | | $17.74 | | |

# NEENAH ENTERPRISES CO.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/03/10 | Working dinner | New York, NY | $25.64 | Vendor | M. Houff |
| 02/03/10 | Working dinner | New York, NY | $25.99 | Vendor | A. Svoyskiy |
| 02/05/10 | Working dinner | New York, NY | $26.02 | Vendor | M. Houff |
| 02/11/10 | Working dinner | New York, NY | $25.93 | Vendor | M. Houff |
| 02/11/10 | Working dinner | New York, NY | $21.50 | Vendor | R. Siegel |
| 02/12/10 | Working dinner | New York, NY | $26.08 | Vendor | M. Houff |
| 02/15/10 | Working dinner - holiday | New York, NY | $25.88 | Vendor | R. Siegel |
| 02/21/10 | Working dinner (wknd) | New York, NY | $21.98 | Vendor | M. Houff |

**Total** $199.02

## NEENAH ENTERPRISES CO.

**Word Processing Expense Breakdown**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Feb-10 | Word process charge | New York, NY | $425.41 | Vendor | Various |
| **Total** | | | $425.41 | | |

## NEENAH ENTERPRISES CO.

### Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Feb-10 | Black, white & color copies | New York, NY | $85.50 | BW $0.10/pg Color $1.00/pg | Various |
| **Total** | | | $85.50 | | |

# NEENAH ENTERPRISES CO.

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ 365.00 |
| Ground Transportation/Taxis | 440.32 |
| Hotel | - |
| Legal Fees | - |
| Miscellaneous | 17.74 |
| Meals | 199.02 |
| Word Processing | 425.41 |
| Copies | 85.50 |
| Research/Database | - |
| Telephone/Communications | - |
| Courier Services | - |
| **Total** | $1,532.99 |