<u>EXHIBIT E</u>

ROTHSCHILD ACTIVITY LOG

398390

## Project Lambeau - Summary of Activity

| Professional | Job Description | Title | Hours worked from Feb 3, 2010 - Feb 28, 2010 |
|---|---|---|---|
| Neil Augustine | Investment Banker | Managing Director | 24.0 |
| Steve Antinelli | Investment Banker | Managing Director | 37.5 |
| Alex Svoyskiy | Investment Banker | Vice President | 41.0 |
| Richard Siegel | Investment Banker | Associate | 69.0 |
| Mitch Houff | Investment Banker | Analyst | 83.5 |
| Total | | | 255.0 |

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Augustine | 2/3/2010 | 3.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 2/4/2010 | 1.0 | Court Hearings/Filings | Internal discussions re: first day hearings |
| Augustine | 2/8/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Augustine | 2/11/2010 | 1.0 | Internal Meetings/Calls | Internal discussion re: exit financing process |
| Augustine | 2/11/2010 | 1.0 | Internal Meetings/Calls | Internal discussion re: weekly cast strategy call |
| Augustine | 2/15/2010 | 1.0 | Internal Meetings/Calls | Internal discussion re: operating performance |
| Augustine | 2/15/2010 | 1.0 | Valuation | Review final deal structure |
| Augustine | 2/16/2010 | 1.5 | Court Hearings/Filings | Review retention application |
| Augustine | 2/16/2010 | 0.5 | Board - Calls/Meetings/Discussions | Discussion with Board Member re: case progress |
| Augustine | 2/18/2010 | 0.5 | General | Discussion with potential interested party |
| Augustine | 2/18/2010 | 0.5 | Internal Meetings/Calls | Internal discussion on weekly strategy call |
| Augustine | 2/19/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Augustine | 2/19/2010 | 1.0 | Court Hearings/Filings | Review retention application |
| Augustine | 2/19/2010 | 0.5 | Court Hearings/Filings | Internal call re: retention application |
| Augustine | 2/23/2010 | 1.0 | Internal Meetings/Calls | Call with Board Member re: Case progress |
| Augustine | 2/24/2010 | 1.0 | Internal Meetings/Calls | Internal call and discussion |
| Augustine | 2/24/2010 | 0.5 | General | Communication re: UCC Financial Advisors fee |
| Augustine | 2/25/2010 | 1.0 | Financial and Operational Due Diligence | Review Y/E financials |
| Augustine | 2/25/2010 | 1.0 | Internal Meetings/Calls | Review weekly variance report and updated DIP budget |
| Augustine | 2/25/2010 | 1.0 | UCC - Calls / Meetings / Discussions | UCC diligence / UCC call |
| Augustine | 2/26/2010 | 1.0 | Internal Meetings/Calls | Weekly Case strategy call |
| Augustine | 2/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly DIP Lenders call |
| Augustine | 2/26/2010 | 1.0 | Internal Meetings/Calls | Review update on secured Noteholder discussion |
| Augustine | 2/27/2010 | 1.0 | Internal Meetings/Calls | Internal discussion re: Due diligence |
| Total - Feb. | | 24.0 | | |

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Antinelli | 2/3/2010 | 3.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 2/4/2010 | 2.0 | Court Hearings/Filings | Reviewed court filings |
| Antinelli | 2/4/2010 | 2.0 | Travel Time | Travel to Delaware |
| Antinelli | 2/4/2010 | 2.0 | Court Hearings/Filings | Preparation for First Day hearing |
| Antinelli | 2/4/2010 | 2.0 | Court Hearings/Filings | Attend First Day Hearing |
| Antinelli | 2/4/2010 | 2.0 | Travel Time | Return to NY from Delaware |
| Antinelli | 2/5/2010 | 1.0 | Financial and Operational Due Diligence | Review of 10K / 2009 financials |
| Antinelli | 2/5/2010 | 2.0 | Internal Meetings/Calls | Various internal calls to discuss initial filing impact |
| Antinelli | 2/5/2010 | 1.0 | Financial and Operational Due Diligence | Reviewing financials |
| Antinelli | 2/5/2010 | 0.5 | General Presentation Preparation | Reviewing final deal summary for Board |
| Antinelli | 2/8/2010 | 1.0 | Financial Analysis/Modeling | Reviewing warrant valuation analysis |
| Antinelli | 2/8/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Antinelli | 2/9/2010 | 1.0 | Internal Meetings/Calls | Internal calls to discuss filing impact |
| Antinelli | 2/10/2010 | 1.0 | Internal Meetings/Calls | Review workplan timeline and discuss with other advisors |
| Antinelli | 2/12/2010 | 1.0 | Internal Meetings/Calls | Warrant analysis discussion |
| Antinelli | 2/16/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 2/16/2010 | 1.0 | Court Hearings/Filings | Retention Application review and discussion |
| Antinelli | 2/17/2010 | 1.0 | Court Hearings/Filings | Retention Application review and discussion |
| Antinelli | 2/18/2010 | 1.0 | Court Hearings/Filings | Retention Application review and discussion |
| Antinelli | 2/18/2010 | 1.0 | Financial and Operational Due Diligence | Review of internal financial information from 1st week after filing |
| Antinelli | 2/19/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 2/19/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 2/22/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 2/23/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 2/24/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 2/25/2010 | 1.0 | Financial and Operational Due Diligence | Review of financial results and related follow-up |
| Antinelli | 2/25/2010 | 0.5 | General | Review of weekly agenda and projection status |
| Antinelli | 2/25/2010 | 1.0 | UCC - Calls / Meetings / Discussions | UCC diligence / UCC call |
| Antinelli | 2/26/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 2/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with lenders and advisors |
| Total - Feb. | | 37.5 | | |

398390

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Svoyskiy | 2/3/2010 | 3.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 2/4/2010 | 2.0 | General Presentation Preparation | Board presentation with final recapitalization agreement overview |
| Svoyskiy | 2/4/2010 | 1.0 | Financial and Operational Due Diligence | Review of 10K / 2009 financials |
| Svoyskiy | 2/5/2010 | 1.5 | Financial Analysis/Modeling | Reviewed warrant valuation |
| Svoyskiy | 2/5/2010 | 1.0 | Internal Meetings/Calls | Internal calls to discuss initial filing impact |
| Svoyskiy | 2/5/2010 | 1.5 | Financial and Operational Due Diligence | Reviewing financials |
| Svoyskiy | 2/8/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Svoyskiy | 2/10/2010 | 0.5 | General Presentation Preparation | Reviewed draft of Board materials summarizing transaction |
| Svoyskiy | 2/10/2010 | 0.5 | General Presentation Preparation | Reviewed draft of workplan / timeline |
| Svoyskiy | 2/11/2010 | 0.5 | General Presentation Preparation | Reviewed Board materials summarizing transaction |
| Svoyskiy | 2/11/2010 | 2.0 | Financial Analysis/Modeling | Warrants valuation analysis |
| Svoyskiy | 2/11/2010 | 2.0 | General Presentation Preparation | Final agreement summary |
| Svoyskiy | 2/12/2010 | 2.0 | Financial Analysis/Modeling | Warrants valuation analysis |
| Svoyskiy | 2/12/2010 | 1.0 | Internal Meetings/Calls | Warrants valuation discussion |
| Svoyskiy | 2/12/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | General update call |
| Svoyskiy | 2/16/2010 | 1.0 | Court Hearings/Filings | Reviewed draft of the retention application and affidavit |
| Svoyskiy | 2/17/2010 | 0.5 | Court Hearings/Filings | Reviewed draft of the retention application and affidavit |
| Svoyskiy | 2/17/2010 | 0.5 | Court Hearings/Filings | Discussed results of conflict check |
| Svoyskiy | 2/18/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 2/18/2010 | 1.5 | Financial and Operational Due Diligence | Review industry and comparable company research reports |
| Svoyskiy | 2/18/2010 | 1.0 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 2/19/2010 | 0.5 | Court Hearings/Filings | Discussed results of conflict check |
| Svoyskiy | 2/19/2010 | 1.0 | Court Hearings/Filings | Reviewed draft of the retention application and affidavit |
| Svoyskiy | 2/19/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 2/19/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with lenders and advisors |
| Svoyskiy | 2/19/2010 | 1.0 | Financial and Operational Due Diligence | Reviewed cash forecast variance report |
| Svoyskiy | 2/22/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 2/23/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 2/24/2010 | 1.5 | Financial and Operational Due Diligence | Reviewed diligence materials |
| Svoyskiy | 2/24/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 2/25/2010 | 1.5 | Financial and Operational Due Diligence | Reviewed existing valuation |
| Svoyskiy | 2/25/2010 | 1.0 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 2/25/2010 | 1.0 | UCC - Calls / Meetings / Discussions | UCC diligence / UCC call |
| Svoyskiy | 2/26/2010 | 1.0 | Internal Meetings/Calls | Internal update call |
| Svoyskiy | 2/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with lenders and advisors |
| Total - Feb. | | 41.0 | | |

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Siegel | 2/3/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 2/4/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 2/4/2010 | 0.5 | Court Hearings/Filings | Review documentation |
| Siegel | 2/4/2010 | 1.0 | Financial and Operational Due Diligence | Review of 10K / 2009 financials |
| Siegel | 2/5/2010 | 2.0 | General Presentation Preparation | Prepare Board material summarizing transaction |
| Siegel | 2/8/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Siegel | 2/8/2010 | 3.0 | General Presentation Preparation | Board materials summarizing transaction |
| Siegel | 2/8/2010 | 2.0 | Financial Analysis/Modeling | Warrant analysis |
| Siegel | 2/10/2010 | 2.0 | General Presentation Preparation | Board materials summarizing transaction |
| Siegel | 2/10/2010 | 2.0 | General Presentation Preparation | Workplan / timeline |
| Siegel | 2/11/2010 | 3.0 | General Presentation Preparation | Board materials summarizing transaction / Warrant analysis |
| Siegel | 2/12/2010 | 2.0 | General Presentation Preparation | Warrant analysis |
| Siegel | 2/12/2010 | 2.5 | Financial and Operational Due Diligence | Review weekly performance vs DIP budget |
| Siegel | 2/12/2010 | 3.0 | Court Hearings/Filings | Review Rothschild Retention draft |
| Siegel | 2/16/2010 | 3.0 | Financial and Operational Due Diligence | Review industry reports/research |
| Siegel | 2/17/2010 | 4.0 | Financial and Operational Due Diligence | Review comparable company research reports |
| Siegel | 2/18/2010 | 3.0 | Valuation | Preparation for updated Disclosure Statement valuation |
| Siegel | 2/18/2010 | 2.0 | Internal Meetings/Calls | Update call |
| Siegel | 2/18/2010 | 2.5 | Financial and Operational Due Diligence | Review weekly performance vs DIP budget |
| Siegel | 2/19/2010 | 3.0 | Financial and Operational Due Diligence | Review comparable company research reports |
| Siegel | 2/19/2010 | 2.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 2/22/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 2/22/2010 | 2.0 | Financial and Operational Due Diligence | Reviewed DIP covenants and other financials |
| Siegel | 2/22/2010 | 1.5 | Valuation | Preparation for updated Disclosure Statement valuation |
| Siegel | 2/23/2010 | 0.5 | Valuation | Preparation for updated Disclosure Statement valuation |
| Siegel | 2/23/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 2/24/2010 | 3.0 | Financial and Operational Due Diligence | Reviewed diligence materials |
| Siegel | 2/24/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 2/25/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 2/25/2010 | 2.0 | Financial and Operational Due Diligence | Reviewed / researched diligence requests |
| Siegel | 2/25/2010 | 2.0 | Financial and Operational Due Diligence | Review weekly performance vs DIP budget |
| Siegel | 2/25/2010 | 1.0 | UCC - Calls / Meetings / Discussions | UCC diligence / UCC call |
| Siegel | 2/26/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 2/26/2010 | 1.5 | Financial and Operational Due Diligence | Reviewed / researched diligence requests |
| Siegel | 2/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call |
| Siegel | 2/26/2010 | 2.0 | Financial and Operational Due Diligence | Reviewed reporting documents |
| Total - Feb. | | 69.0 | | |

398390

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Houff | 2/4/2010 | 2.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/4/2010 | 1.0 | Fee Applications / Monthly Invoice | Review of activity log |
| Houff | 2/4/2010 | 3.0 | Court Hearings/Filings | Reviewed court filings |
| Houff | 2/4/2010 | 3.0 | Financial and Operational Due Diligence | Reviewing financials / exhibits |
| Houff | 2/5/2010 | 1.0 | Financial and Operational Due Diligence | Review of 10K / 2009 financials |
| Houff | 2/5/2010 | 3.5 | General Presentation Preparation | Final deal summary for Board |
| Houff | 2/5/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/8/2010 | 2.5 | General Presentation Preparation | Timeline presentation |
| Houff | 2/8/2010 | 3.5 | Financial Analysis/Modeling | Warrant analysis |
| Houff | 2/8/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Houff | 2/8/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/10/2010 | 3.0 | General Presentation Preparation | Board materials summarizing transaction |
| Houff | 2/10/2010 | 2.5 | General Presentation Preparation | Workplan / timeline |
| Houff | 2/10/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/11/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/11/2010 | 5.0 | General Presentation Preparation | Board materials summarizing transaction / Warrant analysis |
| Houff | 2/12/2010 | 2.5 | General Presentation Preparation | Warrant analysis |
| Houff | 2/12/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/16/2010 | 4.0 | Valuation | Preparation for updated Disclosure Statement valuation |
| Houff | 2/16/2010 | 1.0 | Fee Applications / Monthly Invoice | Reviewed draft of the retention application and affidavit |
| Houff | 2/16/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/17/2010 | 2.0 | Valuation | Preparation for updated Disclosure Statement valuation |
| Houff | 2/17/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/17/2010 | 2.0 | Valuation | Preparation for updated Disclosure Statement valuation |
| Houff | 2/18/2010 | 3.0 | Valuation | Preparation for updated Disclosure Statement valuation |
| Houff | 2/18/2010 | 1.5 | Fee Applications / Monthly Invoice | Review of Activity Log |
| Houff | 2/19/2010 | 1.5 | Valuation | Preparation for updated Disclosure Statement valuation |
| Houff | 2/19/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 2/19/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed cash forecast variance report |
| Houff | 2/19/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/22/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/22/2010 | 2.0 | Financial and Operational Due Diligence | Reviewed DIP covenants and other financials |
| Houff | 2/22/2010 | 1.5 | Financial and Operational Due Diligence | Preparation for updated Disclosure Statement valuation |
| Houff | 2/23/2010 | 1.5 | Valuation | Preparation for updated Disclosure Statement valuation |
| Houff | 2/23/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/24/2010 | 1.0 | Financial and Operational Due Diligence | Reviewed diligence materials |
| Houff | 2/24/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/25/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/25/2010 | 2.5 | Financial and Operational Due Diligence | Reviewed / researched diligence requests |
| Houff | 2/25/2010 | 1.0 | UCC - Calls / Meetings / Discussions | UCC diligence / UCC call |
| Houff | 2/26/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 2/26/2010 | 1.5 | Financial and Operational Due Diligence | Reviewed / researched diligence requests |
| Houff | 2/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly update call with Company and advisors |
| Houff | 2/26/2010 | 2.0 | Financial and Operational Due Diligence | Reviewed reporting documents |
| Total - Feb. | | 83.5 | | |

398390