IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF BLACKLINED VERSIONS OF AMENDED (I) JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES AND (II) DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES**

PLEASE TAKE NOTICE that on March 26, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries* [D.I. 180] (the "Plan"),[2] and contemporaneously therewith filed the *Disclosure Statement for the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries* [D.I. 181] (the "Disclosure Statement"). On March 26, 2010, the Debtors filed and served a notice of the hearing to consider the adequacy of the Disclosure Statement [D.I. 182], which is to be held on April 27, 2010 at 9:30 a.m. (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Debtors have subsequently made certain modifications to the Plan and Disclosure Statement. Attached hereto as Exhibit A is a blackline reflecting changes made to the original Plan filed with the Court and attached hereto as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms no defined herein shall have the meanings provided to them in the Plan.

<u>Exhibit B</u> is a blackline reflecting changes made to the orginal Disclosure Statement filed with the Court.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 16, 2010 | Respectfully submitted,<br>SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Bojan Guzina<br>Kerriann S. Mills<br>Alison L. Triggs<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>    -and-<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_____<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |