**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Dalton Corporation, Warsaw Manufacturing Facility | ) ) | Case No. 10-10374 |
| **Neenah Enterprises, Inc., et al.** | ) ) | Case No. 10-10360 (Jointly Administered) |
| Debtors. | ) |  |

_____  **Claim Amount: $7,118.38**
**Schedule: F**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO FRBP RULE 3001(e)(1)

**TO:**     **TRANSFEROR:**     **Magneco/Metrel, Inc.**
P.O. Box 66235
Chicago, IL 60666-0235

PLEASE TAKE NOTICE of the transfer of all right, title and interest in the above scheduled claim against Dalton Corporation, Warsaw Manufacturing Facility in the amount of $7,118.38 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**     **Pioneer Credit Opportunities Fund, LP**
(where notices and     Attn: Adam Stein-Sapir
payments to transferee     Greeley Square Station, P.O. Box 20188
should be sent)     39 W. 31st Street
New York, NY 10001
Tel: 646-237-6969
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Magneco/Metrel, Inc., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $7,118.38 against Neenah Enterprises, et al., Case No. 10-10360 in the United States Bankruptcy Court for the District of Delaware, and the relevant portion of any and all proofs of claim (Nos. _____) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby unconditionally and explicitly waives (a) its right to raise any objection to the transfer hereto, and (b) any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. Assignor further stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 9th day of April, 2010.

ASSIGNOR: _____
(Signature)

Charles Connors
(Print Name)

Magneco-Metrel, Inc.
(Company Name)

President
(Title)

KATHRYN WEINER
MY COMMISSION EXPIRES
AUGUST 12, 2010
NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS

Kathryn Weiner

ASSIGNEE: _____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)