**Exhibit B**
**Neenah Expense Details for the Period of March 1, 2010 through March 31, 2010**

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/22/2010 | Elaine M Lane | Airfare | Economy airfare for trip to client site: Midwest Air: IND/ATW 03/23/2010 to 03/26/2010. | 684.80 |
| 3/4/2010 | Fernando Pena-Alfaro | Airfare | Assist in Dalton Assessment: Continental: South Bend to IAH 03/04/10 | 280.91 |
| 3/15/2010 | Fernando Pena-Alfaro | Airfare | Assist in Dalton Assessment: Best Travel: IAH-Appleton, WI 03/17/2010 to 03/17/2010 | 701.90 |
| 3/5/2010 | Richard D. Caruso | Airfare | Travel to/from Neenah on United.: United: SAV-ATW-SAV 03/22/2010 to 03/24/2010. | 510.30 |
| 3/30/2010 | Richard D. Caruso | Airfare | Airfare from ATW to PIT: Midwest: ATW-PIT 04/08/2010 to 04/08/2010. | 201.90 |
| 3/30/2010 | Richard D. Caruso | Airfare | Airfare from PIT to ATW (first class on first leg due to no other seats being available at time of booking).: United Airline: Pit-Appleton 04/05/2010 to 04/05/2010 | 768.40 |
| 3/24/2010 | Chicago Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - GLOBAL CROSSING CONFERENCING | 3.27 |
| 3/17/2010 | Fernando Pena-Alfaro | Ground Transportation | Assist in Dalton Assessment: Taxi Appleton, WI: airport to company | 30.00 |
| 3/17/2010 | Fernando Pena-Alfaro | Ground Transportation | Assist in Dalton Assessment: Towne Car: Home to airport | 69.00 |
| 3/17/2010 | Fernando Pena-Alfaro | Ground Transportation | Assist in Dalton Assessment: Yellow Cab: Airport to Home | 66.00 |
| 3/5/2010 | Brent Johnson | Hotel/Lodging | Lodging during work week at out-of-town client: Best Western: Neenah 03/01/2010 to 03/05/2010. | 369.40 |
| 3/11/2010 | Brent Johnson | Hotel/Lodging | Lodging during work week at out-of-town client: Fairfield Inn: Appleton 03/08/2010 to 03/11/2010. | 273.06 |
| 3/12/2010 | Brent Johnson | Hotel/Lodging | Lodging while working at out-of-town client site: Best Western: Neenah 03/11/2010 to 03/12/2010. | 81.35 |
| 3/19/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on out-of-town client: Best Western: Neenah 03/15/2010 to 03/19/2010. | 325.40 |
| 3/26/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on out-of-town client: Best Western: Neenah 03/22/2010 to 03/26/2010. | 369.40 |
| 3/5/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western: Neenah, WI | 10.00 |
| 3/5/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of town-client site: Best Western: Neenah 03/01/2010 to 03/05/2010. | 369.40 |
| 3/11/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of-town client: Fairfield Inn: Appleton 03/08/2010 to 03/11/2010 | 273.06 |
| 3/11/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Fairfield Inn: Neenah, WI | 10.00 |
| 3/19/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 3/19/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of town-client site: BRIDGEWOOD HOLDINGS INC: NEENAH 03/15/2010 to 03/19/2010 | 325.40 |
| 3/26/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 3/26/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week at out-of town-client site: BRIDGEWOOD HOLDINGS INC: NEENAH 03/22/2010 to 03/26/2010 | 369.40 |
| 3/26/2010 | Elaine M Lane | Hotel/Lodging | Lodging during work week at out-of-town client: Best Western: Neenah, WI 03/23/2010 to 03/26/2010 | 277.05 |
| 3/4/2010 | Fernando Pena-Alfaro | Hotel/Lodging | Lodging during work week at out-of town-client site for Dalton assessment: Hampton Inn: Warsaw, IN 03/01/2010 to 03/04/2010. | 366.24 |
| 3/4/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging during work week at out-of town-client site: Best Western: Neenah 03/01/2010 to 03/04/2010. | 277.05 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/11/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging during work week at out-of-town client: Fairfield Inn: Appleton 03/08/2010 to 03/11/2010 | 273.06 |
| 3/12/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging while working at out-of-town client site: Best Western: Neenah 03/11/2010 to 03/12/2010. | 81.35 |
| 3/19/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging while working at out-of-town client site: Best Western: Neenah 03/15/2010 to 03/19/2010. | 325.40 |
| 3/26/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging while working at out-of-town client site: Best Western: Neenah 03/22/2010 to 03/26/2010. | 369.40 |
| 3/4/2010 | Richard D. Caruso | Hotel/Lodging | Lodging during work week at out-of town-client site: Best Western: Neenah 03/01/2010 to 03/04/201 | 277.05 |
| 3/11/2010 | Richard D. Caruso | Hotel/Lodging | Lodging during work week at out-of-town client: Fairfield Inn: Appleton, WI 03/08/2010 to 03/11/2010 | 273.06 |
| 3/18/2010 | Richard D. Caruso | Hotel/Lodging | Lodging during work week at out-of-town client: Best Western: Neenah, WI 03/15/2010 to 03/18/2010. | 244.05 |
| 3/24/2010 | Richard D. Caruso | Hotel/Lodging | Lodging during work week at out-of-town client: Best Western: Neenah, WI 03/22/2010 to 03/24/2010 | 184.70 |
| 3/1/2010 | Brent Johnson | Meals | Breakfast at McDonald's while en route to client in Neenah, WI | 6.45 |
| 3/5/2010 | Brent Johnson | Meals | Lunch while en route from Neenah, WI to home: McDonald's: Menasha | 7.55 |
| 3/8/2010 | Brent Johnson | Meals | Breakfast while en route from home to Neenah, WI: McDonald's: Thorp | 6.22 |
| 3/12/2010 | Brent Johnson | Meals | Lunch while en route from Neenah, WI to home: McDonald's: Neenah | 7.24 |
| 3/15/2010 | Brent Johnson | Meals | Breakfast while en route from home to Neenah: McDonald's: Thorp | 7.45 |
| 3/19/2010 | Brent Johnson | Meals | Lunch while en route to Eagan, MN (home) from Neenah, WI.: Burger King: Waupaca | 7.72 |
| 3/19/2010 | Brent Johnson | Meals | Dinner while en route to Eagan, MN (home) from Neenah, WI.: McDonald's: Lake Elmo | 6.23 |
| 3/22/2010 | Brent Johnson | Meals | Working dinner for engagement team.: Zuppa's: Neenah Attendees: Brent Johnson, Richard D. Caruso, Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 52.72 |
| 3/22/2010 | Brent Johnson | Meals | Breakfast while en route from Eagan, MN (home) to Neenah, WI.: McDonald's: Thorp | 6.89 |
| 3/23/2010 | Brent Johnson | Meals | Working lunch for engagement team.: Solea: Neenah Attendees: Brent Johnson, Richard D. Caruso, Brett Anderson, Omer F. Ozgozukara | 45.08 |
| 3/26/2010 | Brent Johnson | Meals | Dinner while en route from Neenah to Home.: McDonald's: Thorp | 8.14 |
| 3/29/2010 | Brent Johnson | Meals | Working dinner while on out-of-town client.: Wendy's: Neenah | 7.54 |
| 3/29/2010 | Brent Johnson | Meals | Breakfast while en route from Home to Neenah: McDonald's: Thorp | 6.32 |
| 3/31/2010 | Brent Johnson | Meals | Working lunch while on out-of-town client.: Zuppa's: Neenah Attendees: Brent Johnson, Brett Anderson, Omer F. Ozgozukara | 36.86 |
| 3/1/2010 | Brett Anderson | Meals | CHIPOTLE, GRAND CHUTE: Travel working lunch for Huron team. Attendees: Brett Anderson, Richard D. Caruso, Omer F. Ozgozukara, Brent Johnson | 32.24 |
| 3/1/2010 | Brett Anderson | Meals | STARBUCKS, LAKE FOREST: Breakfast while en route to out-of-town client. | 4.38 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/4/2010 | Brett Anderson | Meals | CY'S ASIAN BISTRO LL NEENAH, WI: Travel working dinner for Huron team: Attendees: Brett Anderson, Brent Johnson | 56.15 |
| 3/5/2010 | Brett Anderson | Meals | Wendy's, Kenosha, WI: Travel working lunch | 4.31 |
| 3/5/2010 | Brett Anderson | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 4.10 |
| 3/8/2010 | Brett Anderson | Meals | MACHINE SHED, APPLETON, WI: Travel working dinner for Huron team: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara | 71.79 |
| 3/8/2010 | Brett Anderson | Meals | STARBUCKS, LAKE FOREST: Breakfast while en route to out-of-town client. | 4.38 |
| 3/8/2010 | Brett Anderson | Meals | Travel working lunch: Chipotle: Grand Chute Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 33.86 |
| 3/9/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Travel working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson | 40.84 |
| 3/9/2010 | Brett Anderson | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 4.10 |
| 3/10/2010 | Brett Anderson | Meals | MACHINE SHED, APPLETON, WI: Travel working dinner for Huron team: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara | 69.38 |
| 3/10/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Travel working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson | 37.22 |
| 3/10/2010 | Brett Anderson | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 7.72 |
| 3/11/2010 | Brett Anderson | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 7.87 |
| 3/11/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Travel working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson | 28.19 |
| 3/11/2010 | Brett Anderson | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 7.72 |
| 3/15/2010 | Brett Anderson | Meals | STARBUCKS, LAKE FOREST: Breakfast while en route to out-of-town client. | 4.38 |
| 3/15/2010 | Brett Anderson | Meals | Travel working dinner for Huron team.: Buffalo Wild Wings: Grand Chute, WI Attendees: Brett Anderson, Brent Johnson | 27.97 |
| 3/15/2010 | Brett Anderson | Meals | Travel working lunch for Huron team.: Zuppa's: Neenah, WI Attendees: Brett Anderson, Brent Johnson | 17.37 |
| 3/18/2010 | Brett Anderson | Meals | Travel working dinner for Huron team: GROUND ROUND GRILL. Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 48.16 |
| 3/18/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Travel working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Brent Johnson | 25.04 |
| 3/19/2010 | Brett Anderson | Meals | Starbucks, Neenah: breakfast for engagement team: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 7.72 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/19/2010 | Brett Anderson | Meals | Travel working lunch: MCDONALD'S NEENAH, WI | 5.13 |
| 3/22/2010 | Brett Anderson | Meals | STARBUCKS, LAKE FOREST: Breakfast while en route. | 4.38 |
| 3/22/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Travel working lunch for Huron team: Attendees: Brett Anderson, Omer F. Ozgozukara, Brent Johnson, Rich Caruso | 49.40 |
| 3/24/2010 | Brett Anderson | Meals | ZUPPA'S, NEENAH: Travel working lunch for Huron team: Attendees: Brett Anderson, Robert Gitter (NEI), Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara, Elaine M Lane | 59.70 |
| 3/25/2010 | Brett Anderson | Meals | Travel working dinner for Huron team: GROUND ROUND GRILL. Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara, Elaine M. Lane | 49.07 |
| 3/29/2010 | Brett Anderson | Meals | Breakfast: Starbuck's: Lake Forest, IL | 4.38 |
| 3/29/2010 | Brett Anderson | Meals | Travel working dinner: Subway: Neenah, WI | 8.23 |
| 3/30/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbuck's: Neenah, Wi Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 8.56 |
| 3/30/2010 | Brett Anderson | Meals | Travel working dinner for Huron team: Cannova's Pizzeria: Neenah, WI Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 96.69 |
| 3/30/2010 | Brett Anderson | Meals | Travel working lunch for Huron team: Zuppa's: Neenah, WI Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 26.77 |
| 3/31/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbuck's: Neenah, WI Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 8.56 |
| 3/31/2010 | Brett Anderson | Meals | Travel working dinner for Huron team: El Azteca: Neenah, WI Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 28.00 |
| 3/23/2010 | Elaine M Lane | Meals | Travel working breakfast during trip to client site: HMSHost: Indianapolis | 5.72 |
| 3/23/2010 | Elaine M Lane | Meals | Travel working lunch during trip to client site: Alterra Coffee: Milwaukee, WI | 12.40 |
| 3/26/2010 | Elaine M Lane | Meals | Breakfast for engagement team: Starbucks: Neenah Attendees: Elaine M Lane, Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 15.00 |
| 3/1/2010 | Fernando Pena-Alfaro | Meals | Travel working lunch: KFC: South Bend | 13.55 |
| 3/1/2010 | Fernando Pena-Alfaro | Meals | Travel working breakfast: Chili's: Chicago | 16.75 |
| 3/1/2010 | Fernando Pena-Alfaro | Meals | Travel working dinner: The Boathouse: Warsaw | 28.87 |
| 3/2/2010 | Fernando Pena-Alfaro | Meals | Travel working dinner: Noa Noa: Warsaw | 46.39 |
| 3/2/2010 | Fernando Pena-Alfaro | Meals | Travel working lunch: Bennigans: Warsaw | 14.83 |
| 3/3/2010 | Fernando Pena-Alfaro | Meals | Travel working dinner: The Boathouse: Warsaw | 33.32 |
| 3/4/2010 | Fernando Pena-Alfaro | Meals | Travel working dinner: Great Lakes: Cleveland | 19.50 |
| 3/4/2010 | Fernando Pena-Alfaro | Meals | Travel working lunch: Noa Noa: Warsaw | 19.05 |
| 3/17/2010 | Fernando Pena-Alfaro | Meals | Travel working lunch: Chili's: Chicago airport | 15.50 |
| 3/17/2010 | Fernando Pena-Alfaro | Meals | Travel working dinner: Chili's: Chicago airport | 23.25 |
| 3/1/2010 | Omer F. Ozgozukara | Meals | Breakfast: McDonald's: Roselle; meal while en route to out-of-town client. | 10.20 |
| 3/1/2010 | Omer F. Ozgozukara | Meals | Travel working dinner for engagement team: Solea, Neenah WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 47.96 |
| 3/2/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Ground Round, Neenah WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 49.94 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/2/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Zuppas, Neenah WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 47.42 |
| 3/3/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Cannova's, Neenah WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 111.92 |
| 3/3/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Zuppas, Neenah WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 52.04 |
| 3/4/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Devon: Milwaukee | 17.78 |
| 3/4/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Chipotle: Grand Chute Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 32.39 |
| 3/8/2010 | Omer F. Ozgozukara | Meals | Breakfast: McDonald's: Richfield: Breakfast while en route to out-of-town client. | 9.33 |
| 3/9/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Texas Roadhouse: Grand Chute, Attendees: Omer F. Ozgozukara, Brent Johnson, Richard D. Caruso, Brett Anderson | 51.06 |
| 3/11/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Asian Bistro, Neenah WI: Attendees: Omer F. Ozgozukara, Brent Johnson | 45.30 |
| 3/12/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Attendees: Omer F. Ozgozukara, Brent Johnson | 7.42 |
| 3/12/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: La Hacienda: Roselle IL | 15.79 |
| 3/15/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: McDonald's: Richfield IL | 9.03 |
| 3/16/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Zuppas: Neenah. Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson, Brett Anderson | 57.97 |
| 3/17/2010 | Omer F. Ozgozukara | Meals | Breakfast: Copps: Neenah. Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso | 20.76 |
| 3/17/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Chipotle: Appleton Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso, Fernando Pena-Alfaro | 34.65 |
| 3/17/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Zuppas: Neenah. Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson, Brett Anderson | 51.41 |
| 3/19/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: La Hacienda: Roselle IL | 14.85 |
| 3/22/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Roselle | 7.65 |
| 3/22/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Copps: Neenah. Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson, Brett Anderson | 57.80 |
| 3/23/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Cranky Pat's: Neenah. Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson, Brett Anderson, Elaine M Lane | 56.70 |
| 3/24/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: CY's: Neenah. Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Elaine M Lane | 90.40 |
| 3/25/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Zuppas: Neenah. Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Elaine M Lane | 40.63 |
| 3/26/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Pita Inn: Schaumburg IL | 14.57 |
| 3/26/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Zuppas: Neenah. Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Elaine M Lane | 45.79 |
| 3/29/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Zuppas: Neenah. Attendees: Omer F. Ozgozukara, Dale Parker (NEI), Angela Herm (NEI), Brent Johnson, Brett Anderson | 48.49 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/29/2010 | Omer F. Ozgozukara | Meals | Travel working lunch: Copps: Neenah. Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brent Johnson, Brett Anderson | 15.57 |
| 3/29/2010 | Omer F. Ozgozukara | Meals | Travel working dinner: Zuppas: Neenah | 11.97 |
| 3/29/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Roselle | 6.52 |
| 3/8/2010 | Richard D. Caruso | Meals | Breakfast at Pittsburgh airport prior to flight to Appleton, WI: McDonald's: Pittsburgh airport | 5.58 |
| 3/18/2010 | Richard D. Caruso | Meals | Travel working lunch at Milwaukee airport: Airport dining: Milwaukee | 9.50 |
| 3/5/2010 | Brett Anderson | Mileage | Mileage from Chicago, IL to Neenah, WI.: Chicago, IL Neenah, WI 03/01/2010 to 03/05/2010 | 185.00 |
| 3/11/2010 | Brett Anderson | Mileage | Mileage from Chicago, IL to Neenah, WI.: Chicago, IL Neenah, WI 03/08/2010 to 03/11/2010 | 185.00 |
| 3/19/2010 | Brett Anderson | Mileage | Mileage for roundtrip travel to Neenah, WI: Chicago, IL / Neenah, WI 03/15/2010 to 03/19/2010 | 185.00 |
| 3/26/2010 | Brett Anderson | Mileage | Mileage for roundtrip travel to Neenah, WI: Chicago, IL / Neenah, WI 03/22/2010 to 03/26/2010 | 185.00 |
| 3/1/2010 | Fernando Pena-Alfaro | Mileage | Dalton Assessment: West Houston to IAH airport 03/01/2010 to 03/01/2010 | 16.00 |
| 3/4/2010 | Fernando Pena-Alfaro | Mileage | Dalton Assessment: IAH airport to West Houston 03/04/2010 to 03/04/2010 | 16.00 |
| 3/1/2010 | Omer F. Ozgozukara | Mileage | Travel to Neenah from Roselle: Roselle/Neenah 03/01/2010 to 03/01/2010. | 116.00 |
| 3/4/2010 | Omer F. Ozgozukara | Mileage | Travel to Roselle from Neenah: Roselle/Neenah 03/04/2010 to 03/04/2010. | 116.00 |
| 3/8/2010 | Omer F. Ozgozukara | Mileage | Travel to Appleton from Roselle: Roselle/Appleton 03/08/2010 to 03/08/2010. | 120.00 |
| 3/12/2010 | Omer F. Ozgozukara | Mileage | Travel from Appleton to Roselle: Appleton/Roselle 03/12/2010 to 03/12/2010. | 120.00 |
| 3/15/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle to Neenah: Roselle/Neenah 03/15/2010 to 03/15/2010. | 117.50 |
| 3/19/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah to Roselle: Neenah/Roselle 03/19/2010 to 03/19/2010. | 116.00 |
| 3/22/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle to Neenah: Roselle/Neenah 03/22/2010 to 03/22/2010. | 116.00 |
| 3/26/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah to Roselle: Neenah/Roselle 03/26/2010 to 03/26/2010. | 116.00 |
| 3/29/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle to Neenah: Roselle/Neenah 03/29/2010 to 03/29/2010. | 117.50 |
| 3/4/2010 | Richard D. Caruso | Mileage | Roundtrip mileage to airport for trip to Neenah: Home-Airport-Home 03/01/2010 to 03/04/2010. | 30.00 |
| 3/8/2010 | Richard D. Caruso | Mileage | Mileage to airport for flight to Appleton: Home-PIT airport 03/08/2010 to 03/08/2010. | 15.00 |
| 3/18/2010 | Richard D. Caruso | Mileage | Mileage from airport to home: Airport-home 03/18/2010 to 03/18/2010. | 15.00 |
| 3/22/2010 | Richard D. Caruso | Mileage | Roundtrip mileage to airport (vehicle returned to residence in lieu of airport parking): Residence-Airport-Residence 03/22/2010 to 03/22/2010. | 30.00 |
| 3/24/2010 | Richard D. Caruso | Mileage | Mileage from residence to airport and back to residence (in lieu of airport parking): Residence-Airport-Residence 03/24/2010 to 03/24/2010. | 30.00 |
| 3/23/2010 | Brent Johnson | Office Supplies | 3 sets of printer cartridges, black and color.: OFFICEMAX, INC. 0166 APPLETON WI: OFFICEMAX: APPLETON | 193.12 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/11/2010 | Brent Johnson | Parking & Tolls | Parking charge incurred after picking up car used by R.Caruso (MD) to get to airport for early morning flight.: Outagamie Airport: Appleton 03/11/2010 to 03/11/2010 | 6.00 |
| 3/26/2010 | Elaine M Lane | Parking & Tolls | Airport parking during trip to client site: Parking Solutions: Indianapolis 03/23/2010 to 03/26/2010 | 80.00 |
| 3/1/2010 | Fernando Pena-Alfaro | Parking & Tolls | Dalton Assessment: Harris County Tollway Authority: Houston 03/01/2010 | 3.75 |
| 3/4/2010 | Fernando Pena-Alfaro | Parking & Tolls | Dalton Assessment: New South Garage IAH: Houston 03/04/2010 to 03/04/10 | 68.00 |
| 3/4/2010 | Fernando Pena-Alfaro | Parking & Tolls | Dalton Assessment: Harris County Tollway Authority: Houston 03/04/2010 | 3.75 |
| 3/1/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel to Neenah from Roselle: Highway Tolls: Roselle 03/01/2010 to 03/01/2010. | 4.50 |
| 3/4/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel to Roselle from Neenah: Highway Tolls: Roselle 03/04/2010 to 03/04/2010. | 4.50 |
| 3/8/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel to Neenah from Roselle: Highway Tolls: Roselle 03/08/2010 to 03/08/2010. | 4.50 |
| 3/12/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel to Roselle from Appleton: Highway Tolls: Roselle 03/12/2010 to 03/12/2010. | 4.50 |
| 3/15/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle to Neenah: Highway Tolls: Roselle 03/15/2010 to 03/15/2010. | 4.50 |
| 3/19/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah to Roselle: Highway Tolls: Roselle 03/19/2010 to 03/19/2010. | 4.50 |
| 3/22/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle to Neenah: Highway Tolls: Roselle 03/22/2010 to 03/22/2010. | 4.50 |
| 3/26/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah to Roselle: Highway Tolls: Roselle 03/26/2010 to 03/26/2010. | 4.50 |
| 3/29/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle to Neenah: Highway Tolls: Roselle 03/29/2010 to 03/29/2010. | 4.50 |
| 3/4/2010 | Richard D. Caruso | Parking & Tolls | Airport parking for trip to Neenah: Pgh Airport: Pittsburgh 03/01/2010 to 03/04/2010 | 84.00 |
| 3/11/2010 | Richard D. Caruso | Parking & Tolls | Airport Parking for trip to Neenah: PIT airport parking: Pittsburgh 03/08/2010 to 03/11/10 | 84.00 |
| 3/1/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from home to Neenah, WI: Ace Oil: Thorp 03/01/2010 to 03/01/2010. | 43.33 |
| 3/5/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from Neenah, WI to home: R Store: Mosinee 03/05/2010 to 03/05/2010. | 40.60 |
| 3/6/2010 | Brent Johnson | Rental Car | Monthly rental car charge incurred upon returning car.: National: Minneapolis 02/05/2010 to 03/06/2010. | 1,941.95 |
| 3/6/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car before returning; this charge avoided excessive fuel fill up charges from the rental car company: Holiday: 03/06/2010 to 03/06/2010. | 24.60 |
| 3/8/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from home to Neenah, WI: Ace Oil Express: Thorp 03/08/2010 to 03/08/2010. | 32.05 |
| 3/12/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from Neenah, WI to home: Wausau: WI 03/12/2010 to 03/12/2010. | 46.15 |
| 3/15/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from home to Neenah, WI: Ace Oil: Thorp 03/15/2010 to 03/15/2010. | 38.80 |
| 3/19/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route home from Neenah, WI: BP: Waupaca 03/19/2010 to 03/19/2010. | 40.30 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/22/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from Eagan, MN (home) to Neenah, WI: Ace Oil: Thorp 03/22/2010 to 03/22/2010. | 49.00 |
| 3/26/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car during trip from Neenah, WI to Eagan, MN (home): BP R Store: Mosinee 03/26/2010 to 03/26/2010. | 47.25 |
| 3/29/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car during trip from Eagan, MN (home to Neenah: Ace Oil: Thorp 03/29/2010 to 03/29/2010. | 39.75 |
| 3/4/2010 | Fernando Pena-Alfaro | Rental Car | Dalton Assessment: Mc Clure Oil. Gas: South Bend 03/01/2010 to 03/0/4/10 | 21.50 |
| 3/4/2010 | Fernando Pena-Alfaro | Rental Car | Dalton Assessment: Hertz: South Bend, IN 03/01/2010 to 03/04/2010. | 362.10 |
| 3/19/2010 | Brett Anderson | Telecom | Internet access at Chicago Midway Airport.: Boingo Wireless: Chicago, IL 03/12/2010 to 03/12/10 | 6.95 |
| 3/11/2010 | Richard D. Caruso | Telecom | Internet connection at airport to review Neenah files: Boingo: Chicago 03/18/2010 to 03/18/2010. | 7.95 |

**Total Expenses**     $16,781.85