**Exhibit C**
**Neenah Invoice for the Period of March 1, 2010 through March 31, 2010**



Exhibit C

April 21, 2010

Mr. Bob Ostendorf
Neenah Enterprises, Inc.
PO Box 729
Neenah, WI 54957

Dear Mr. Ostendorf:

Enclosed please find Huron Consulting Group's statement for March 1, 2010 through March 31, 2010.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this monthly statement by May 3, 2010 (10th day following service of the Monthly Statement) the Debtors are authorized to pay 80% of the fees ($396,455.00) and 100% of the expenses ($16,781.85) for a total amount due of $413,236.85.

If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Richard Caruso, the engagement Managing Director.

Very truly yours,

*Clarissa O. Tuttle*
Clarissa Tuttle
Billing Coordinator

**Huron Consulting Group**

Exhibit C

# FEES SUMMARY

| Professional | Title | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| Richard D. Caruso | Managing Director | 134.5 | hrs | $675.0 | / hr | 90,787.50 |
| Brent Johnson | Director | 259.2 | hrs | $575.0 | / hr | 149,040.00 |
| Elaine Lane | Director | 50.7 | hrs | $575.0 | / hr | 29,152.50 |
| Fernando Pena-Alfaro | Director | 68.2 | hrs | $575.0 | / hr | 39,215.00 |
| Nick Zaccagnini | Manager | 33.6 | hrs | $375.0 | / hr | 12,600.00 |
| Brett Anderson | Manager | 309.0 | hrs | $375.0 | / hr | 115,875.00 |
| Omer Ozgozukara | Manager | 259.1 | hrs | $375.0 | / hr | 97,162.50 |
| Lisa Mays | Analyst | 7.0 | hrs | $225.0 | / hr | 1,575.00 |
| Total Professional Charges | | 1,121.3 | | | | $535,407.50 |
| | | | | Less: Travel Time Discount (50%): | | ($39,838.75) |
| | | | | Total March Fees: | | $495,568.75 |
| | | | | Blended Hourly Rate: | | $441.96 |

# EXPENSE SUMMARY

| Cost Type | Amount |
|---|---|
| Airfare | 3,148.21 |
| Conferencing (Audio, Video, Web, CATV) | 3.27 |
| Ground Transportation | 165.00 |
| Hotel/Lodging | 5,744.28 |
| Meals | 2,468.69 |
| Mileage | 1,947.00 |
| Office Supplies | 193.12 |
| Parking & Tolls | 370.00 |
| Rental Car | 2,727.38 |
| Telecom | 14.90 |
| **Total Expenses** | **$16,781.85** |



Exhibit C

Invoice Date: 4/21/10

Neenah Enterprises, Inc.
PO Box 729
Neenah, WI 54957

**DUE UPON RECEIPT**
**INVOICE #: 169481**
**JOB NUMBER: 04468-002**
**HURON TAX ID#: 01-0666114**

**STRICTLY CONFIDENTIAL**

*For Professional Services Rendered March 1, 2010 Through March 31, 2010:*

| | | |
|---|---|---|
| Total Fees | $ | 495,568.75 |
| Total Expenses | $ | 16,781.85 |
| **Total Amount Due:** | $ | **512,350.60** |

**Per Interim Compensation Order amount due after 10 day objection period is:**

| | | |
|---|---|---|
| Fees 80% | $ | 396,455.00 |
| Expenses 100% | $ | 16,781.85 |
| **Amount Due for this period** | $ | **413,236.85** |
| Holdback of 20% until final court approval | $ | 99,113.75 |

To ensure proper credit please
refer to invoice number 169481

Huron Consulting Group, Inc. TIN # 01-0666114

**REMITTANCE COPY**

**Payment by check:**
Huron Consulting Services LLC
4795 Paysphere Circle
Chicago, IL 60674

**Payment by wire transfer:**
Bank of America
Chicago, Illinois
Routing No. 0260-0959-3
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

**Payment by ACH/EFT:**
Bank of America
Chicago, Illinois
Routing No. 071000039
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

Comments: (Include Invoice Number to ensure proper credit)