**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 27, 2010 AT 9:30 A.M. (ET)**

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1.  Motion of the Debtors for an Order Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [D.I. 271; 4/9/10]

    Related Documents:

    a) Certificate of No Objection [D.I. 309; 4/23/10]

    Objection Deadline: April 20, 2010 at 4:00 p.m.

    Objections/Responses Received: None.

    Status: A Certificate of No Objection has been filed. No hearing is necessary.

**CONTESTED MATTER GOING FORWARD**

2.  Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof [D.I. 272; 4/9/10]

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

a) Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 180; 3/26/10]

b) Disclosure Statement for the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 181; 3/26/10]

c) Notice of Hearing to Consider the Adequacy of Disclosure Statement [D.I. 182; 3/26/10]

d) Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 297; 4/16/10]

e) Disclosure Statement for the Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 298; 4/16/10]

f) Notice of Filing of Blacklined Versions of Amended (I) Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries and (II) Disclosure Statement for the Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 299; 4/16/10]

g) Second Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 310; 4/23/10]

h) Disclosure Statement for the Second Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 311; 4/23/10]

i) Notice of Filing of Blacklined Versions of Second Amended (I) Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries and (II) Disclosure Statement for the Second Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 312; 4/23/10]

j) Notice of Revised Proposed Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof [D.I. 313; 4/23/10]

Objection Deadline: April 23, 2010 at 4:00 p.m.

Objections/Responses Received:

k) Response of Pacific Coast Crown, Co. to Adequacy of Disclosure Statement [D.I. 259; 4/6/10]

l) Informal Comments from the Official Committee of Unsecured Creditors.

Status: With respect to item (l), the Debtors are working to resolve the Committee's concerns. This matter will be going forward.

Dated: Wilmington, Delaware
April 23, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN POSSESSION