U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware 19801
Tel. (302) 573-6491        Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: Neenah Enterprises, Incorporated

CASE NUMBER: 10-10360(MFW)

DATE PETITION FILED: 2/3/10

TIME OF MEETING: 11:30a.m.

PLACE OF MEETING:  U. S. Federal Bldg.; 844 King Street, Room 2112, Wilmington, DE 19801

ORIGINAL 341 (a): 03/09/10

ADJOURNED 341 (a) N/A

DEBTORS ATTORNEY (APPEARING): Bojan Guzina

COUNSEL/CRED/COMM. (APPEARING): Sandra Seltzer
FIRM NAME:

WITNESS (NAME & TITLE): Dale Parker, CFO

SCHEDULES FILED:                              NO ( )

WHY HAVE SCHEDULES NOT BEEN FILED:

WHEN WILL SCHEDULES BE FILED: N/A

HAS DEBTOR FILED INTERIM REPORTS:     YES (X )          NO ( )

IF NO, WHY NOT:              N/A

WERE QUARTERLY FEES EXPLAINED:     YES (X)          NO ( )

　　　　　　　　　　　　　　　　　　/s/ Kevin Callahan
　　　　　　　　　　　　　　　　　　*Kevin Callahan*
　　　　　　　　　　　　　　　　　　Trial Attorney

DATED: April 27, 2010                    CONCLUDED (X)     CONTINUED ( )

MEETING CONTINUED TO OPEN DATE ( )
MEETING CONTINUED TO SET DATE: