IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF BLACKLINED VERSIONS OF AMENDED (I) JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES AND (II) DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES**

PLEASE TAKE NOTICE that on April 23, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the amended *Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries* [D.I. 310] (the "Amended Plan"),[2] and contemporaneously therewith filed the amended *Disclosure Statement for the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries* [D.I. 311] (the "Amended Disclosure Statement"). On March 26, 2010, the Debtors filed and served a notice of the hearing to consider the adequacy of the Disclosure Statement [D.I. 182], which was held on April 27, 2010 at 9:30 a.m. (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Debtors have subsequently made certain modifications to the Amended Plan and Amended Disclosure Statement. Attached hereto

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms no defined herein shall have the meanings provided to them in the Plan.

as Exhibit A is a blackline reflecting changes made to the Amended Plan and attached hereto as Exhibit B is a blackline reflecting changes made to the Amended Disclosure Statement.

Dated: Wilmington, Delaware
April 27, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Donald J. Bowman, Jr.
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION