# SIGN-IN SHEET

**CASE NAME:** Neenah Enterprises

**CASE NUMBER:** 10-10360 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** 4/27/10 at 9:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ed Montal | Sidley Austin | Debtors |
| Bojan Guzina | Sidley Austin LLP | " |
| Kenneth Mills | " | " |
| Linay Urban | " | " |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell LLP | Bank of America |
| Jason Kato | Stroock + Stroock | Ad Hoc Comm'tee |
| Kristine Manoukian | Richards Layton + Finger | Ad Hoc Comm'tee |
| Don Detweiler | Greenberg Traurig | Committee |
| Kevin Callahan | " | " |
| Danielle Juhle | Goldberg Kohn Bell Black | Bank of America Business Capital |
| Jillian Ludwig | Sidley Austin | Debtor |
| Marianne Mortimer | Stroock + Stroock + Lavan | Ad Hoc Comm |
| Brett Mynick | Sidley Austin | Debtor |
| Alison Triggs | " | " |