IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF NO OBJECTION
### TO APPLICATION RE: DOCKET NO. 282

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the **First Monthly Application of Ernst & Young LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Providers to the Debtors and Debtors in Possession for the Period from February 3, 2010 through February 28, 2010** [Docket No. 282] (the "Application"). The Court's docket which was last updated April 28, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 26, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on March 8, 2010 [Docket No. 136], the Debtors are now authorized to pay 80% ($40,150.40) of requested fees ($50,188.00) and 100% of requested expenses ($21.00) on an interim basis without further Court order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 28, 2010 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Bojan Guzina<br>Kerriann S. Mills<br>Alison L. Triggs<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>    -and-<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Donald J. Bowman, Jr.*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |