IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: May 10, 2010 at 4:00 pm. |

COVER SHEET
FIRST MONTHLY APPLICATION OF GREENBERG TRAURIG, LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM FEBRUARY 12, 2010 TO AND INCLUDING FEBRUARY 28, 2010

Name of Applicant:                                    Greenberg Traurig, LLP

Authorized to Provide
Professional Services to:                          Official Committee of Unsecured
                                                              Creditors

Date of Retention:                                   Retention order entered April 5,
                                                              2010 *Nunc Pro Tunc* to February 12,
                                                              2010

Period for which compensation
and reimbursement is sought:                  April 2, 2009 – April 30, 2009

Amount of Compensation sought
as actual, reasonable and necessary:        $137,025.50
                                                              (80% = $109,620.40)
                                                              (20% = $27,405.10)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $0.00

This is a(n) _____ interim XXX monthly ____ final fee application.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

GREENBERG TRAURIG, LLP
TIMEKEEPER SUMMARY
FEBRUARY, 2010

| Timekeeper | Position with Firm, Year of Obtaining Relevant License, Area of Expertise | Hourly Rate | June '09 Hours | June '09 Compensation |
|---|---|---|---|---|
| Sean W. Bezark, Esq. | Shareholder; Joined firm in 2003; Member of IL Bar since 1990; Area of Expertise: Real Estate | $670.00 | 20.70 | $13,869.00 |
| Scott D. Cousins | Shareholder; Re-joined firm in 2009; Member of DE Bar since 1992 and FL Bar since 2005; Area of Expertise: reorganization, bankruptcy, out-of-court restructuring, litigation and energy | $710.00 | 24.50 | $17,395.00 |
| Donald J. Detweiler, Esq. | Shareholder; Joined firm in 2006; Member of DE Bar since 1992 and PA Bar since 1993; Area of Expertise: Business Reorganization and Bankruptcy | $665.00 | 43.40 | $28,861.00 |
| Jonathan I Lessner | Shareholder; Joined firm in 2006; Member of DE and FL Bars; Area of Expertise: Structured finance and commercial lending | $640.00 | 33.60 | $21,504.00 |
| Brian L. Colborn, Esq. | Associate; Joined firm in 2005; Member of DE Bar since 2002; Area of Expertise: Corporate & Securities | $480.00 | 43.00 | $20,640.00 |
| Max Riffin | | $285.00 | 8.70 | $2,479.50 |
| Sandra G. M. Selzer, Esq. | Associate; Joined firm in 2006; Member of DE Bar since 2002; Area of Expertise: Business Reorganization and Bankruptcy | $495.00 | 44.90 | $22,225.50 |
| Monica L. Townsend | Associate; Joined firm in 2002; Member of DE Bar since 1995; Area of Expertise: Corporate & Securities; Business Reorganization and Bankruptcy | $435.00 | 22.50 | $9,787.50 |
| Elizabeth C. Thomas | Paralegal; Joined firm in 2001; Area of Expertise: Business Reorganization and Bankruptcy | $220.00 | 1.20 | $264.00 |
| TOTAL: | | | 242.50 | $137,025.50 |
| BLENDED RATE: | $566.77 | | | |

GREENBERG TRAURIG, LLP
CATEGORY SUMMARY FEBRUARY 10, 2010

| Code | Project Category | Total Hours | Total fees |
|---|---|---|---|
| 803 | Business Operations | 4.60 | $2,357.00 |
| 804 | Case Administration | 20.00 | $11,976.50 |
| 805 | Claims Administration & Objections | 0.50 | $247.50 |
| 806 | Employee Benefits/Pensions | 1.00 | $495.00 |
| 809 | Financing Matters/Cash Collateral | 111.90 | $63,583.50 |
| 812 | Plan & Disclosure Statement | 1.40 | $931.00 |
| 813 | Fee/Employment Applications | 42.80 | $20,891.50 |
| 824 | Preparation/Review Reports | 1.40 | $693.00 |
| 831 | General Committee Matters | 56.80 | $34,709.00 |
| 837 | Utility Matters | 2.10 | $1,141.50 |
| | **TOTALS:** | **242.50** | **$137,025.50** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[2] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: May 10, 2010 at 4:00 pm. |

**FIRST MONTHLY APPLICATION OF GREENBERG TRAURIG, LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM FEBRUARY 12, 2010 TO AND INCLUDING FEBRUARY 28, 2010**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby submits its first monthly application (the "**Application**") for compensation and reimbursement of expenses for the period from February 12, 2010 to and including February 28, 2010 (the "**Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR. 2016-2 ("**Local Rules of Bankruptcy Practice and Procedure**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "**Interim Compensation Order**") [Docket No. 136].

---

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

By this Application, Greenberg Traurig seeks a monthly interim allowance of compensation in the amount of $137,025.50 for the Application Period. In accordance with the terms of the Interim Compensation Order, Greenberg Traurig seeks payment of $137,025.50 (80% of fees) for the Application Period. Greenberg Traurig did not incur any expenses during the Application Period. In support of this Application, Greenberg Traurig respectfully represents as follows:

## JURISDICTION

1.    This Court has jurisdiction to consider this Application under 28 U.S.C.§§ 157 and 1334. This is a core proceeding under 28 U.S.C.§ 157(b). Venue of the Cases and this Application in this district is proper under 28 U.S.C.§§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code sections 330 and 331.

## BACKGROUND

2.    On February 3, 2009 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This Court has ordered joint administration of these chapter 11 cases (the "**Cases**").

3.    On February 12, 2010 (the "**Formation Meeting**"), the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. At the Formation Meeting, the Committee selected Greenberg Traurig as its counsel, and on February 23, 2010, the Committee selected Morris Anderson & Associates, Ltd. ("Morris Anderson") as its financial advisors. The Committee consists of the following five members:

- Gerdau Ameristeel;
- Wisconsin Electric Power Company;

3

- The Timken Co.;
- Sadoff & Rudoy Industries, LLP; and
- Dana Holding Corporation.

4.     On April 5, 2010, this Court entered an order authorizing the employment and retention of Greenberg Traurig as Committee counsel in the Cases *nunc pro tunc* to February 12, 2010 [Docket No. 250], a copy of which is attached hereto as **Exhibit "A"**.

## SUMMARY OF SERVICES RENDERED[3]

5.     This Application is the first monthly fee application filed by Greenberg Traurig in the Cases. In connection with the professional services described below, by this Application, Greenberg Traurig seeks allowance of compensation in the amount of $137,025.50 for the Application Period.

6.     The majority of services rendered by Greenberg Traurig during the Application Period as counsel to the Committee are summarized below. A description of (i) the professional or paraprofessional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the time expended; and (iv) a summary of the fees and hours of each professional and other timekeepers by Project Category is set forth in **Exhibit "B"** attached hereto. Specifically, Greenberg Traurig rendered the following services during the Application Period as counsel to the Committee:

(a)     Business Operations (803)

Fees: $2,357.00                    Hours: 4.60

This category includes time reviewing the Debtors' motion to honor prepetition customer obligations and programs. During the Application Period, Greenberg Traurig also reviewed and

---

[3] The summary of services rendered is not intended to be a detailed description of the work performed, as the services and the time expended in performing such services are set forth fully in **Exhibit "B."** Instead, it is an attempt to summarize and highlight key aspects of the services Greenberg Traurig rendered to the Committee during the Application Period.

analyzed the Debtors' motion for authority to pay prepetition claims of certain vendors critical to the continued operation and successful reorganization of the Cases. Finally, this category includes services pertaining to the review of the Debtors' motion to retain professionals to be employed in the ordinary course of the Debtors' postpetition business operations.

(b)    Case Administration (804)

Fees: $11,976.50                    Hours: 20.00

This category includes services relating to the general administration of the Cases, including, without limitation, reviewing miscellaneous pleadings, case strategy issues, communications with other parties in the Cases, eRoom maintenance, maintaining the schedule of critical dates, and scheduling and docketing information relating to the Cases.

(c)    Claims Administration Matters (805)

Fees: $247.50                    Hours: 0.50

This category describes services rendered in connection with the review and analysis of certain reclamation claims filed by the Debtors' creditors.

(d)    DIP Financing/Cash Collateral (809)

Fees: $63,583.50                    Hours: 111.90

This category includes time spent reviewing the Debtor-in-Possession Credit Agreement and prepetition loan documents. Greenberg Traurig researched, drafted and presented to the Court the Committee's Objection to the Motion of the Debtors for the Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities (III) Scheduling a Final Hearing and (IV) Granting Related Relief (the "**DIP Objection**"). Counsel for the Committee participated in numerous interoffice communications

regarding the DIP Objection and began negotiations to resolve to the DIP Objection with Debtors' counsel.

(e)    Plan & Disclosure Statement (812)

Fees: $931.00                Hours: 1.40

This category includes services rendered identifying and outlining issues related to the Debtors' chapter 11 plan term sheet, timing and structure of same.

(f)    Fee/Employment Applications (813)

Fees: $20,891.50              Hours: 42.80

This category includes time preparing the application, notice, affidavit and proposed order to obtain Court approval of Greenberg Traurig as counsel to the Committee. During the Application Period, Greenberg Traurig reviewed the professional retention applications filed on behalf of the Debtors' counsel. This category includes time incurred by preparing applications for admission *pro hac vice* on behalf of certain of Greenberg Traurig attorneys and reviewing the Debtors' administrative motion to establish procedures for payment of interim compensation to professionals.

Finally, included in this category includes time spent analyzing marketing materials and interviewing prospective financial advisors. Greenberg Traurig incurred time drafting and presenting the application, notice, affidavit and proposed order to obtain Court approval of the Committee's retention of Morris Anderson as its financial advisors.

(g)    Prepare and Review Results (824)

Fees: $693.00                Hours: 1.40

This category includes a small amount of time reviewing the Debtors' initial reporting requirements.

6

(h)    General Committee Matters (831)

Fees: $34,709.00                    Hours: 56.80

Greenberg Traurig's efforts in this category focused on providing the Committee members with accurate and timely information, detailed analyses of ongoing issues and obtaining the Committee's direction as to various matters occurring in this Case. The Committee members were highly active and involved in all decisions. Greenberg Traurig spent time and resources to keep the Committee members apprised and informed of events in the Case.

(i)    Utility Matters (837)

Fees: $1,141.50                    Hours: 2.10

This category includes a small amount of time reviewing the motion and proposed Order approving Debtors' adequate assurance of payments and procedures for resolving requests by utility companies for additional assurance of payment.

## SUMMARY OF EXPENSES

7.    During the Application Period, Greenberg Traurig did not incur any out-of-pocket expenses on behalf of the Committee.

## VALUATION OF SERVICES

8.    In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given (a) the complexity of the Cases, (b) the time expended by the attorneys and paraprofessionals at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

9.     Greenberg Traurig hereby certifies (i) that it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure and (ii) that this Application complies with such rule.

10.    Greenberg Traurig has provided a copy of this Application to the Debtors, the United States Trustee and all parties required to be given notice as set forth in Paragraph (a) of the Interim Compensation Order.

**WHEREFORE**, Greenberg Traurig respectfully requests that, in accordance with the terms of the Interim Compensation Order, it be allowed compensation in the amount of $137,025.50 for professional services rendered (80%, or $109,620.00, of which is to be paid upon filing of a certificate of no objection) for the Application Period and that the Court authorize and direct the Debtors to pay to Greenberg Traurig the amount due and owing hereunder in accordance with the Interim Compensation Order.

Dated: April 29, 2010

**GREENBERG TRAURIG, LLP**

Scott D. Cousins (No. 3079)
Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
cousinss@gtlaw.com
detweilerd@gtlaw.com
selzers@gtlaw.com

Attorneys for Official Committee of Unsecured Creditors