**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Related Docket No.** 154 |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GREENBERG TRAURIG, LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 12, 2010

Upon the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of Neenah Enterprises, Inc., *et al.* (collectively, the "**Debtors**") for entry of an Order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), authorizing the retention and employment of Greenberg Traurig, LLP as counsel for the Committee, *nunc pro tunc* to February 12, 2010; and upon reviewing and considering the Detweiler Affidavit and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Detweiler Affidavit, Greenberg

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Traurig represents no interest adverse to the Debtors' estates or their creditors, Greenberg Traurig is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Greenberg Traurig's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Application shall be, and hereby is, granted and approved.

2.    The Committee is authorized to retain Greenberg Traurig as its counsel, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to February 12, 2010, to perform the services set forth in the Application.

3.    Greenberg Traurig shall be compensated in accordance with sections 328, 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Rules and any orders of this Court.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date:   April 5, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT B</u>**

Invoice No.:    2661997
Matter No.:    125368.010100

## Description of Professional Services Rendered:

ACTION CODE:    803    BUSINESS OPERATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 02/17/10 | Sandra G. M. Selzer | Review of customer programs motion and draft summary | 1.00 | 495.00 |
| 02/25/10 | Donald J. Detweiler | Review and analysis of Ordinary Course issues. | 0.60 | 399.00 |
| 02/25/10 | Donald J. Detweiler | Review and analysis of Critical Vendor Motions and procedures for approving critical vendor payments. | 1.60 | 1,064.00 |
| 02/26/10 | Max Riffin | Meet with D. Detweiler and S. Selzer re: objections to ordinary course professionals retention, Ernst & Young, Rothschild, Huron, and Mercer (.2); Review relevant pleadings pertaining to retention of ordinary course professionals (.4); Draft objection re: same (.8). | 1.40 | 399.00 |

Total Hours:    4.60

Total Amount:    $ 2,357.00

## TIMEKEEPER SUMMARY FOR ACTION CODE 803,

BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Donald J. Detweiler | 2.20 | 665.00 | 1,463.00 |
| Max Riffin | 1.40 | 285.00 | 399.00 |
| Sandra G. M. Selzer | 1.00 | 495.00 | 495.00 |
| Totals: | 4.60 | 512.39 | $    2,357.00 |

Invoice No.:      2661997
Matter No.:      125368.010100

Page 2

Description of Professional Services Rendered

ACTION CODE:      804      CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/13/10 | Donald J. Detweiler | Review and analysis of First Day Pleadings re: case issues. | 1.20 | 798.00 |
| 02/13/10 | Donald J. Detweiler | Review and analysis of Company SEC Filings and latest 10K. | 0.70 | 465.50 |
| 02/15/10 | Sean W. Bezark | Prepare for (0.3) and participate in (0.8) teleconference with debtors' counsel regarding general case matters. | 1.10 | 737.00 |
| 02/15/10 | Scott D. Cousins | Review various first-day pleadings and draft letter to Debtor's counsel seeking documents. | 2.20 | 1,562.00 |
| 02/15/10 | Donald J. Detweiler | Draft memorandum to Committee re: First Day Pleadings and open issues. | 0.80 | 532.00 |
| 02/15/10 | Donald J. Detweiler | Telephone call with Debtors' counsel re: things to be done and exchange of information. | 0.60 | 399.00 |
| 02/15/10 | Sandra G. M. Selzer | Address several emails from D Detweiler regarding case assignments | 0.30 | 148.50 |
| 02/15/10 | Sandra G. M. Selzer | Initial review of case critical dates and deadlines | 0.30 | 148.50 |
| 02/15/10 | Sandra G. M. Selzer | Review and respond to emails from D Detweiler regarding case administration | 0.30 | 148.50 |
| 02/15/10 | Elizabeth C. Thomas | Prepare and distribute critical dates calendar. | 0.50 | 110.00 |
| 02/15/10 | Monica L. Townsend | Communications to Debtors' counsel re: conflicts and 2002 service list (.2); follow up with issues re: same (.2). | 0.40 | 174.00 |
| 02/16/10 | Sean W. Bezark | Review Debtor bankruptcy petition, Affidavit in support of petition and related first day filings. | 2.60 | 1,742.00 |
| 02/16/10 | Donald J. Detweiler | Review and analysis of critical dates (.3); confer and e-mail with paralegal re: critical dates and assignments (.2). | 0.50 | 332.50 |
| 02/16/10 | Sandra G. M. Selzer | Review and revise critical case dates and deadlines | 1.00 | 495.00 |
| 02/16/10 | Sandra G. M. Selzer | Review several emails regarding revisions to contact list information | 0.20 | 99.00 |
| 02/16/10 | Elizabeth C. Thomas | Coordinate e-Room setup. | 0.10 | 22.00 |
| 02/17/10 | Jonathan I. Lessner | Review first day pleadings | 2.00 | 1,280.00 |
| 02/17/10 | Elizabeth C. Thomas | Prepare notice of appearance (.2); perfect, e-file and serve same (.1). | 0.30 | 66.00 |
| 02/17/10 | Monica L. Townsend | Several communications/discussions with D. Detweiler and S. Selzer re: pending motions and analysis of same (.3); begin to review and analyze same (1.4). | 1.70 | 739.50 |
| 02/20/10 | Donald J. Detweiler | Telephone call with FTI re: case issues. | 0.50 | 332.50 |
| 02/21/10 | Donald J. Detweiler | Multiple telephone calls with financial | 0.50 | 332.50 |

Invoice No.:    2661997
Matter No.:    125368.010100

Page 3

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | advisors re: case issues. | | |
| 02/24/10 | Scott D. Cousins | Teleconference with Dan Dooley, Bernadette from Morris Anderson and Don Detweiler regarding background on the case. | 0.50 | 355.00 |
| 02/24/10 | Donald J. Detweiler | Telephone call with Morris Anderson re: things to be done and open issues. | 0.50 | 332.50 |
| 02/24/10 | Donald J. Detweiler | Telephone call with Debtors' counsel re: requests for information and open issues. | 0.30 | 199.50 |
| 02/24/10 | Sandra G. M. Selzer | Review of emails from D Detweiler and S Cousins regarding transcript of first day hearing | 0.10 | 49.50 |
| 02/24/10 | Sandra G. M. Selzer | Review of case critical dates and deadlines | 0.40 | 198.00 |
| 02/24/10 | Elizabeth C. Thomas | Update and distribute critical dates. | 0.10 | 22.00 |
| 02/26/10 | Sean W. Bezark | Teleconference with Financial Advisor, D. Dooley. | 0.20 | 134.00 |
| 02/26/10 | Elizabeth C. Thomas | Download and distribute pleadings. | 0.10 | 22.00 |

Total Hours:    20.00

Total Amount:    $ 11,976.50

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 3.90 | 670.00 | 2,613.00 |
| Scott D. Cousins | 2.70 | 710.00 | 1,917.00 |
| Donald J. Detweiler | 5.60 | 665.00 | 3,724.00 |
| Jonathan I. Lessner | 2.00 | 640.00 | 1,280.00 |
| Sandra G. M. Selzer | 2.60 | 495.00 | 1,287.00 |
| Monica L. Townsend | 2.10 | 435.00 | 913.50 |
| Elizabeth C. Thomas | 1.10 | 220.00 | 242.00 |
| Totals: | 20.00 | 598.83 | $   11,976.50 |

Invoice No.:    2661997
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    805    CLAIMS ADMINISTRATION & OBJECT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 02/26/10 | Sandra G. M. Selzer | Review Reclamation of Claim filed by Morgan's Welding, Inc. | 0.20 | 99.00 |
| 02/26/10 | Sandra G. M. Selzer | Review Notice of Reclamation of Claim Filed by Nucor Steel Auburn, Inc | 0.30 | 148.50 |
| | | Total Hours: | 0.50 | |
| | | Total Amount: | | $ 247.50 |

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 805,</u>

CLAIMS ADMINISTRATION & OBJECT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 0.50 | 495.00 | 247.50 |
| Totals: | 0.50 | 495.00 | $    247.50 |

Invoice No.:      2661997
Matter No.:      125368.010100

Page 5

Description of Professional Services Rendered

ACTION CODE:      806      EMPLOYEE BENEFITS/PENSIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/17/10 | Sandra G. M. Selzer | Review of wages motion and draft summary | 1.00 | 495.00 |
| | | Total Hours: | 1.00 | |
| | | Total Amount: | | $ 495.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 806,

EMPLOYEE BENEFITS/PENSIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 1.00 | 495.00 | 495.00 |
| Totals: | 1.00 | 495.00 | $      495.00 |

Invoice No.:      2661997
Matter No.:       125368.010100

Page 6

<u>Description of Professional Services Rendered</u>

ACTION CODE:      809      FINANCING MATTERS & CASH COLL

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 02/13/10 | Donald J. Detweiler | Review and analysis of DIP Financing and Budget. | 0.60 | 399.00 |
| 02/15/10 | Donald J. Detweiler | Review and analysis of financial reporting requirements sent by Debtors' counsel. | 0.30 | 199.50 |
| 02/15/10 | Donald J. Detweiler | E-mail Debtor's counsel re: request for information re: DIP financing and loan documents. | 0.30 | 199.50 |
| 02/16/10 | Sean W. Bezark | Work on Debtor in Possession financing issues, review proposed DIP loan terms and documentation. | 2.60 | 1,742.00 |
| 02/16/10 | Donald J. Detweiler | Review and analysis of DIP Budget (.3); forward to working group (.1). | 0.40 | 266.00 |
| 02/17/10 | Donald J. Detweiler | Review and analysis of loan and financing issues. | 1.10 | 731.50 |
| 02/17/10 | Donald J. Detweiler | Review and analysis of asset analysis and plan term sheet and liquidity issues. | 1.30 | 864.50 |
| 02/18/10 | Donald J. Detweiler | Review and analysis of cash collateral issues (.5); conference with J. Lessner and B. Colborn re: same (.3). | 0.80 | 532.00 |
| 02/18/10 | Jonathan I. Lessner | Review motion of the debtor for entry of interim and final orders (2.2): review term loan agreement (1.8) | 4.00 | 2,560.00 |
| 02/18/10 | Sandra G. M. Selzer | Review of withdrawn seal motion and draft summary | 1.00 | 495.00 |
| 02/19/10 | Sean W. Bezark | Review Neenah Enterprises cash flow projections and financial information. | 1.10 | 737.00 |
| 02/19/10 | Brian L. Colborn | Review DIP motion for objection (1.4); review interim DIP order regarding same (.8); review first day affidavit and ancilliary motions regardign background issues (2.2) | 4.40 | 2,112.00 |
| 02/19/10 | Jonathan I. Lessner | Review term loan agreement (4.2); review postpetition agreement (1.8) | 6.00 | 3,840.00 |
| 02/21/10 | Donald J. Detweiler | Review and analysis of DIP financing term sheets. | 0.70 | 465.50 |
| 02/22/10 | Brian L. Colborn | Review proposed DIP documents and orders for Committee representation (5.8); discussion with D. Detweiler regarding review and issues (.5); discussion with J. Lessner regarding same (.4); compile list of missing documents necessary for review (.4). | 7.10 | 3,408.00 |
| 02/22/10 | Donald J. Detweiler | Conference in office with B. Colborn and J. Lessner re: loan review and DIP Financing issues. | 0.40 | 266.00 |
| 02/22/10 | Jonathan I. Lessner | Review postpetition agreement (1.7); meeting w/Detweiler & Colborn to discuss | 4.00 | 2,560.00 |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | due diligence (.2); discuss due diligence request w/Colborn (.1); review due diligence request emails (.2); review term sheet examples (1.8) | | |
| 02/22/10 | Sandra G. M. Selzer | Research regarding DIP terms | 0.40 | 198.00 |
| 02/23/10 | Brian L. Colborn | Prepare summary of Term Loan DIP documents (4.4); prepare summary of Working Capital DIP loan documents (3.1) | 7.50 | 3,600.00 |
| 02/23/10 | Scott D. Cousins | Review DIP documents, Ostendorf affidavit and begin to mark-up changes to DIP order. | 2.40 | 1,704.00 |
| 02/23/10 | Donald J. Detweiler | E-mails with Debtors re: request for loan and credit documents. | 0.20 | 133.00 |
| 02/23/10 | Donald J. Detweiler | Telephone call with Sidley re: financing issues. | 0.20 | 133.00 |
| 02/23/10 | Jonathan I. Lessner | Review first days (1.0); review budget (1.0); review postpetition agreement and exhibits (2.0); review term loan agreement (1.5) | 5.50 | 3,520.00 |
| 02/24/10 | Brian L. Colborn | Discussion with J. Lessner regarding summaries (.4); revise and edit summaries for committe review (2.8); follow up regarding missing documents for review (.2); review fee letters for DIP documents (.6); discussion with D. Detweiler regarding fees (.2); revise summaries regarding fee issues (.6); follow up regarding information for lien analysis (.2); compile documents for same (.4) | 5.40 | 2,592.00 |
| 02/24/10 | Scott D. Cousins | Further revisions to draft final DIP order. | 1.20 | 852.00 |
| 02/24/10 | Scott D. Cousins | Began drafting summary memorandum to committee regarding concerns regarding the final DIP order. | 2.70 | 1,917.00 |
| 02/24/10 | Jonathan I. Lessner | Review fee letters (1.5); review DIP loan agreements (1.8) | 3.30 | 2,112.00 |
| 02/25/10 | Brian L. Colborn | Revise and edit summary fo DIP loan terms (3.2); review and provide comments to initial DIP issue memo (1.4); discussion with J. Lessner regarding issues for DIP objection (.3); discussion with D> Detweiler regarding comments to DIP issue memo (.3); prepare memo for DIP issues (5.2) | 10.40 | 4,992.00 |
| 02/25/10 | Scott D. Cousins | Further revisions to draft final DIP order. | 0.40 | 284.00 |
| 02/25/10 | Donald J. Detweiler | Review and analysis of operational and DIP budget issues with Morris Anderson. | 1.50 | 997.50 |
| 02/25/10 | Donald J. Detweiler | Telephone call with Debtors' counsel re: financing and operational issues. | 0.30 | 199.50 |
| 02/25/10 | Donald J. Detweiler | Conference in office with B. Colborn re: DIP financing and review and analysis of loan documents. | 1.20 | 798.00 |
| 02/25/10 | Jonathan I. Lessner | Review fee letters (.5); review dip loan agreements (2.0); review and revise memo to committee re: summary of request for | 6.00 | 3,840.00 |

Invoice No.:    2661997
Matter No.:    125368.010100                                                                     Page 8

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | entry of final order (1.5); review interim order (1.0); review form of final order (1.0) | | |
| 02/25/10 | Sandra G. M. Selzer | Review of DIP Memo | 0.80 | 396.00 |
| 02/25/10 | Monica L. Townsend | Review draft memo re: DIP Financing (.2); and discuss same with S. Cousins (.1). | 0.30 | 130.50 |
| 02/26/10 | Sean W. Bezark | Work on Neenah Debtor in Possession financing issues. | 0.80 | 536.00 |
| 02/26/10 | Brian L. Colborn | Revise and edit DIP issues memo (2.2); discussion with J. Lessner regarding revisions to memo (.6); further revise memo based on J. Lessner's comments and suggestions (2.8); conference with J. Lessner regarding memo (.2); finalize memo for D. Detweiler review (.6). | 6.40 | 3,072.00 |
| 02/26/10 | Brian L. Colborn | Review prepetition working capital loan documents. | 1.80 | 864.00 |
| 02/26/10 | Scott D. Cousins | Revise memorandum on DIP financing issues. | 1.60 | 1,136.00 |
| 02/26/10 | Donald J. Detweiler | Conference in office with S. Cousins re: DIP financing issues. | 0.50 | 332.50 |
| 02/26/10 | Donald J. Detweiler | Telephone call with D. Dooley at Morris Anderson re: financing issues. | 0.50 | 332.50 |
| 02/26/10 | Donald J. Detweiler | Telephone call with Morris Anderson re: financing issues. | 0.60 | 399.00 |
| 02/26/10 | Donald J. Detweiler | Conference in office with S. Selzer re: objection to DIP financing. | 0.50 | 332.50 |
| 02/26/10 | Donald J. Detweiler | Conference in office with J. Lessner and B. Colborn re: review of loan documents and credit facilities. | 1.00 | 665.00 |
| 02/26/10 | Sandra G. M. Selzer | Conference call with Committee members regarding objection to final order on DIP Financing | 1.00 | 495.00 |
| 02/26/10 | Sandra G. M. Selzer | Confer with D Detweiler regarding objection to final DIP order | 0.40 | 198.00 |
| 02/27/10 | Sandra G. M. Selzer | Research and draft objection to entry of final DIP order | 2.00 | 990.00 |
| 02/27/10 | Sandra G. M. Selzer | Further drafting of objection to DIP Motion | 2.00 | 990.00 |
| 02/28/10 | Sandra G. M. Selzer | Research and draft initial objection to cash collateral and DIP Financing Motion filed by Debtors | 7.00 | 3,465.00 |

Total Hours:    111.90

Total Amount:    $ 63,583.50

Invoice No.:    2661997                                                                          Page 9
Matter No.:    125368.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 809,

    FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 4.50 | 670.00 | 3,015.00 |
| Scott D. Cousins | 8.30 | 710.00 | 5,893.00 |
| Donald J. Detweiler | 12.40 | 665.00 | 8,246.00 |
| Jonathan I. Lessner | 28.80 | 640.00 | 18,432.00 |
| Brian L. Colborn | 43.00 | 480.00 | 20,640.00 |
| Sandra G. M. Selzer | 14.60 | 495.00 | 7,227.00 |
| Monica L. Townsend | 0.30 | 435.00 | 130.50 |
| Totals: | 111.90 | 568.22 | $ 63,583.50 |

Description of Professional Services Rendered

ACTION CODE:        812        PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/13/10 | Donald J. Detweiler | Review and analysis Plan Term Sheet. | 0.60 | 399.00 |
| 02/21/10 | Donald J. Detweiler | Review and analysis of Plan Term Sheet. | 0.80 | 532.00 |
| | | Total Hours: | 1.40 | |
| | | Total Amount: | | $ 931.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Donald J. Detweiler | 1.40 | 665.00 | 931.00 |
| Totals: | 1.40 | 665.00 | $     931.00 |

Invoice No.:      2661997
Matter No.:      125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:       813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/15/10 | Sean W. Bezark | Work on retention issues related to Neenah Enterprises engagement. | 0.80 | 536.00 |
| 02/15/10 | Sean W. Bezark | Work on conflict issues related to Neenah Enterprises engagement. | 1.00 | 670.00 |
| 02/16/10 | Sean W. Bezark | Work on conflicts and disclosure issues related to Greenberg Traurig LLP retention. | 1.20 | 804.00 |
| 02/16/10 | Donald J. Detweiler | Review retention issues with M. Townsend. | 0.30 | 199.50 |
| 02/16/10 | Donald J. Detweiler | Telephone call with financial advisors re: scheduling of interviews. | 0.40 | 266.00 |
| 02/16/10 | Sandra G. M. Selzer | Email to M Townsend regarding bankruptcy firm disclosures. | 0.20 | 99.00 |
| 02/16/10 | Monica L. Townsend | Work re: Greenberg Traurig's retention including several communications re: same (.6); begin preparation of retention papers with respect to same including review of disclosures (2.9). | 3.50 | 1,522.50 |
| 02/17/10 | Donald J. Detweiler | Multiple telephone calls with prospective financial advisors re: interviews and case issues. | 0.70 | 465.50 |
| 02/17/10 | Donald J. Detweiler | Multiple e-mails with Committee re: materials from prospective financial advisors. | 0.40 | 266.00 |
| 02/17/10 | Donald J. Detweiler | Review and analysis of information sent by prospective financial advisors. | 0.40 | 266.00 |
| 02/17/10 | Donald J. Detweiler | E-mail Debtor counsel re: financial advisors. | 0.20 | 133.00 |
| 02/17/10 | Sandra G. M. Selzer | Review and sign Notice of Appearance and Request for Service of Papers | 0.30 | 148.50 |
| 02/17/10 | Sandra G. M. Selzer | Draft form committee expense report | 0.40 | 198.00 |
| 02/17/10 | Monica L. Townsend | Discuss retention with S. Bezark and follow up re: same (.1); continue work on preparation of retention papers including disclosures (.8). | 0.90 | 391.50 |
| 02/18/10 | Sean W. Bezark | Review potential financial advisors' pitch materials, teleconference with potential financial advisor. | 1.20 | 804.00 |
| 02/18/10 | Sandra G. M. Selzer | Review of financial advisor pitch materials | 1.50 | 742.50 |
| 02/18/10 | Monica L. Townsend | Work re: Greenberg Traurig's retention including several communications re: same. | 0.30 | 130.50 |
| 02/19/10 | Sean W. Bezark | Review additional financial advisor pitch materials. | 0.80 | 536.00 |
| 02/19/10 | Sean W. Bezark | Review Debtors' retention applications for its advisors and counselors. | 1.00 | 670.00 |
| 02/22/10 | Donald J. Detweiler | Conference in office with S. Selzer re: retention issues and Debtor Retention Applications. | 0.30 | 199.50 |

Invoice No.:    2661997
Matter No.:    125368.010100

Description of Professional Services Rendered

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 02/22/10 | Sandra G. M. Selzer | Review of Morris Anderson pitch materials | 0.50 | 247.50 |
| 02/22/10 | Sandra G. M. Selzer | Address several emails regarding selection of financial advisor | 1.00 | 495.00 |
| 02/22/10 | Sandra G. M. Selzer | Begin draft of summary memo related to retention applications filed on 2/19 | 2.00 | 990.00 |
| 02/22/10 | Monica L. Townsend | Communication to D. Detweiler re: pending retention applications. | 0.10 | 43.50 |
| 02/23/10 | Donald J. Detweiler | Multiple telephone calls with financial advisors re: engagement and open issues. | 1.00 | 665.00 |
| 02/24/10 | Sandra G. M. Selzer | Draft summary memo related to retention applications filed on 2/19 | 4.00 | 1,980.00 |
| 02/24/10 | Elizabeth C. Thomas | Email Debtors' professional retention applications to M. Townsend. | 0.10 | 22.00 |
| 02/24/10 | Monica L. Townsend | Attend to retention issues (.9) and communication to/from D. Detweiler re: same (.1). | 1.00 | 435.00 |
| 02/25/10 | Donald J. Detweiler | Review and analysis of Retention issues of Debtors' professionals. | 0.30 | 199.50 |
| 02/25/10 | Donald J. Detweiler | E-mail Debtors re: Morris Anderson fee structure. | 0.30 | 199.50 |
| 02/25/10 | Sandra G. M. Selzer | Finalize summary memo related to retention applications filed on 2/19 | 2.50 | 1,237.50 |
| 02/26/10 | Donald J. Detweiler | Conference in office with S. Selzer and M. Riffin re: issues with retention applications. | 0.50 | 332.50 |
| 02/26/10 | Max Riffin | Review relevant pleadings pertaining to retention of Rothschild (.4); Draft objection re: same (1.2); Review relevant pleadings pertaining to retention of Huron (.4); Draft objection re: same (.7); Review relevant pleadings pertaining to Mercer(.7); Draft objection re: same (.6) | 3.50 | 997.50 |
| 02/26/10 | Sandra G. M. Selzer | Revise summary memorandum of Debtors' retention applications with comments from D Detweiler | 2.00 | 990.00 |
| 02/26/10 | Sandra G. M. Selzer | Review and respond to email from M Riffen regarding retention application objections | 0.20 | 99.00 |
| 02/26/10 | Monica L. Townsend | Continue drafting Greenberg Retention papers and related disclosures (2.1); communication from/to D. Detweiler re; Morris Anderson retention (.1). | 2.20 | 957.00 |
| 02/27/10 | Max Riffin | Review and revise objection re: same (.4); Review relevant pleadings pertaining to retention of Rothschild (.4); Review and revise objection re: same (.3); Review relevant pleadings pertaining to retention of Huron (.3); Review and revise objection re: same (.2); Review relevant pleadings pertaining to retention of Mercer (.3); Review and revise objection re: same (.4); Review relevant pleadings pertaining to retention of Ernst & Young (.5); Review and revise objection re: same (.8) | 3.60 | 1,026.00 |

Invoice No.:      2661997
Matter No.:      125368.010100

Description of Professional Services Rendered

| 02/27/10 | Max Riffin | Review relevant pleadings pertaining to retention of ordinary course professionals. | 0.20 | 57.00 |
| 02/27/10 | Monica L. Townsend | Continue drafting Greenberg retention papers and disclosures with respect to same. | 2.00 | 870.00 |

|  |  | Total Hours: | 42.80 |
|  |  | Total Amount: | $ 20,891.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
| --- | --- | --- | --- |
| Sean W. Bezark | 6.00 | 670.00 | 4,020.00 |
| Donald J. Detweiler | 4.80 | 665.00 | 3,192.00 |
| Max Riffin | 7.30 | 285.00 | 2,080.50 |
| Sandra G. M. Selzer | 14.60 | 495.00 | 7,227.00 |
| Monica L. Townsend | 10.00 | 435.00 | 4,350.00 |
| Elizabeth C. Thomas | 0.10 | 220.00 | 22.00 |
| Totals: | 42.80 | 488.12 | $    20,891.50 |

Invoice No.:    2661997
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    824    PREPARATION/REVIEW REPORTS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 02/18/10 | Sandra G. M. Selzer | Initial review of Initial Reporting Requirements | 0.40 | 198.00 |
| 02/19/10 | Sandra G. M. Selzer | Review of Inital reporting requirements | 1.00 | 495.00 |

Total Hours:    1.40

Total Amount:    $ 693.00

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 824,</u>

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 1.40 | 495.00 | 693.00 |
| Totals: | 1.40 | 495.00 | $      693.00 |

Invoice No.:      2661997
Matter No.:      125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:      831      CREDITORS' COMMITTEE - GENERAL

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 02/12/10 | Donald J. Detweiler | Initial meeting with Committee re: case issues and organization. | 1.20 | 798.00 |
| 02/15/10 | Scott D. Cousins | Teleconference with Larry Nyhan, Ed Morton, Don Detweiler and Sean Bezark regarding introductory issues. | 0.80 | 568.00 |
| 02/15/10 | Donald J. Detweiler | Initial telephone call with Committee re: organizing Committee and open issues in case. | 1.30 | 864.50 |
| 02/15/10 | Donald J. Detweiler | Review and analysis of Critical Dates Memorandum and circulate to Committee. | 0.20 | 133.00 |
| 02/15/10 | Sandra G. M. Selzer | Address several emails from D Detweiler regarding committee contact list | 0.30 | 148.50 |
| 02/16/10 | Sean W. Bezark | Prepare for 2/17/2010 Creditors' Committee telephone conference. | 0.80 | 536.00 |
| 02/16/10 | Scott D. Cousins | Review and revise draft confidentiality agreement with the Debtors. | 0.40 | 284.00 |
| 02/16/10 | Donald J. Detweiler | Prepare for weekly call with Committee (.8); prepare Agenda and list of open issues (.5). | 1.30 | 864.50 |
| 02/16/10 | Donald J. Detweiler | Participate in first conference call with Committee. | 1.60 | 1,064.00 |
| 02/16/10 | Donald J. Detweiler | Review and revise Committee By-laws and Confidentiality Agreement. | 0.70 | 465.50 |
| 02/16/10 | Donald J. Detweiler | Review and revise memorandum to Committee re: first day hearing and open issues. | 1.10 | 731.50 |
| 02/16/10 | Sandra G. M. Selzer | Review and respond to email from D Detweiler regarding confidentiality agreement | 0.20 | 99.00 |
| 02/16/10 | Sandra G. M. Selzer | Address issues regarding committee meeting agenda | 0.20 | 99.00 |
| 02/16/10 | Sandra G. M. Selzer | Address emails regarding confidentiality agreement | 0.20 | 99.00 |
| 02/16/10 | Sandra G. M. Selzer | Draft initial Committee meeting agenda and complete with comments from D Detweiler | 1.00 | 495.00 |
| 02/16/10 | Sandra G. M. Selzer | Draft committee by-laws and revise with comments from D Detweiler | 1.00 | 495.00 |
| 02/16/10 | Sandra G. M. Selzer | Review of Debtors' confidentiality agreement, comment and revised with additional comments from S Cousins | 1.50 | 742.50 |
| 02/17/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference. | 1.00 | 670.00 |
| 02/17/10 | Scott D. Cousins | Review interim DIP motion and order and credit agreements in anticipation of committee call. | 0.80 | 568.00 |
| 02/17/10 | Scott D. Cousins | Review Ostendorf affidavit, various | 2.20 | 1,562.00 |

Invoice No.:    2661997
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

| | | pleadings and background materials from financial advisors in anticipation of committee call. | | |
|---|---|---|---|---|
| 02/17/10 | Scott D. Cousins | Weekly teleconference with committee and Don Detweiler and Sean Bezark. | 1.00 | 710.00 |
| 02/17/10 | Donald J. Detweiler | Review, revise and circulate updated By-Laws and documents for Committee internal use. | 0.30 | 199.50 |
| 02/17/10 | Sandra G. M. Selzer | Prepare for and participate in Neenah Committee call | 1.00 | 495.00 |
| 02/17/10 | Monica L. Townsend | Prepare summary of pending motions for Committee Members. | 2.00 | 870.00 |
| 02/18/10 | Donald J. Detweiler | Multiple e-mails and Conference call with Committee re: selection of financial advisors. | 0.60 | 399.00 |
| 02/18/10 | Sandra G. M. Selzer | Draft correspondence to Committee Members regarding the expense report form and procedures for same. | 0.30 | 148.50 |
| 02/18/10 | Monica L. Townsend | Continue review of pending motions and analysis of same (1.2); prepare summary for Committee Members (.8). | 2.00 | 870.00 |
| 02/19/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference to interview financial advisors. | 1.50 | 1,005.00 |
| 02/19/10 | Sean W. Bezark | Review draft Committee Bylaws (.3); correspond with committee member regarding same (.2); revise Bylaws accordingly (.4). | 0.90 | 603.00 |
| 02/19/10 | Monica L. Townsend | Continue analysis of pending motions and preparation of summary for Committee Members (3.8); communication to D. Detweiler re: same (.1). | 3.90 | 1,696.50 |
| 02/20/10 | Donald J. Detweiler | Review and revise internal Committee documents - by-laws, confidentiality Agreement, contract and distribution lists. | 1.40 | 931.00 |
| 02/22/10 | Donald J. Detweiler | Conference call with Committee re: interview of financial advisors. | 1.60 | 1,064.00 |
| 02/22/10 | Donald J. Detweiler | Review and revise memorandum to Committee re: summary of pleadings filed to date with recommended course of action. | 1.30 | 864.50 |
| 02/22/10 | Sandra G. M. Selzer | Draft meeting agenda for 2/23 Committee Call | 0.50 | 247.50 |
| 02/22/10 | Sandra G. M. Selzer | Draft meeting minutes from the 2/17 committee meeting | 0.50 | 247.50 |
| 02/22/10 | Monica L. Townsend | Revise Committee memo re: pending motions/relief. | 0.50 | 217.50 |
| 02/23/10 | Sean W. Bezark | Work on Committee Bylaws issues. | 0.30 | 201.00 |
| 02/23/10 | Sean W. Bezark | Prepare for Creditors' Committee telephone conference. | 0.30 | 201.00 |
| 02/23/10 | Sean W. Bezark | Participate in Neenah Creditors' Committee telephone conference. | 0.90 | 603.00 |
| 02/23/10 | Scott D. Cousins | Prepare for afternoon Committee call. | 0.40 | 284.00 |
| 02/23/10 | Scott D. Cousins | Attend weekly call with committee call. | 0.90 | 639.00 |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/10 | Donald J. Detweiler | Conference call with Committee re: open issues and things to be done. | 1.80 | 1,197.00 |
| 02/23/10 | Donald J. Detweiler | Revise By-Laws and Confidentiality Agreement. | 0.40 | 266.00 |
| 02/23/10 | Sandra G. M. Selzer | Participate weekly Committee conference call | 1.00 | 495.00 |
| 02/23/10 | Monica L. Townsend | Continue summary of pending pleadings/relief. | 1.70 | 739.50 |
| 02/24/10 | Donald J. Detweiler | Circulate information to Committee re: By-Laws and Confidentiality Agreement. | 0.50 | 332.50 |
| 02/25/10 | Scott D. Cousins | Finalize draft summary memorandum to committee regarding concerns regarding the final DIP order. | 4.40 | 3,124.00 |
| 02/26/10 | Sean W. Bezark | Prepare for and participate in telephone conference with Creditors' Committee. | 0.60 | 402.00 |
| 02/26/10 | Scott D. Cousins | Prepare for this afternoon's committee call. | 1.20 | 852.00 |
| 02/26/10 | Scott D. Cousins | Teleconference with Don Detweiler and debtors' counsel regarding preliminary requests for information. | 0.50 | 355.00 |
| 02/26/10 | Scott D. Cousins | Teleconference with Committee regarding potential DIP objections and status of case. | 0.60 | 426.00 |
| 02/26/10 | Scott D. Cousins | Teleconference with D. Detweiler, Dan Dooley and S. Bezark re: follow-up after committee call. | 0.30 | 213.00 |
| 02/26/10 | Donald J. Detweiler | Prepare for Committee call. | 0.50 | 332.50 |
| 02/26/10 | Donald J. Detweiler | Participate in Committee Conference call. | 0.60 | 399.00 |
| 02/26/10 | Jonathan I. Lessner | Review and revise memo to committee re: summary of request for Entry of final DIP order (2.0); discuss memo summary w/Colborn (.3); discuss financial issues on conference call w/Detweiler, Bernadette and Colborn (.3); discuss financing issues w/Detweiler (.2) | 2.80 | 1,792.00 |

Total Hours:        56.80

Total Amount:     $ 34,709.00

### TIMEKEEPER SUMMARY FOR ACTION CODE 831,

#### CREDITORS' COMMITTEE - GENERAL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 6.30 | 670.00 | 4,221.00 |
| Scott D. Cousins | 13.50 | 710.00 | 9,585.00 |
| Donald J. Detweiler | 16.40 | 665.00 | 10,906.00 |
| Jonathan I. Lessner | 2.80 | 640.00 | 1,792.00 |
| Sandra G. M. Selzer | 7.70 | 495.00 | 3,811.50 |
| Monica L. Townsend | 10.10 | 435.00 | 4,393.50 |
| Totals: | 56.80 | 611.07 | $    34,709.00 |

Invoice No.:    2661997
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    837    UTILITY MATTERS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 02/12/10 | Donald J. Detweiler | Confer with Wisconsin Energy re: case issues. | 0.60 | 399.00 |
| 02/18/10 | Sandra G. M. Selzer | Review of Utilities Motion and draft summary | 1.00 | 495.00 |
| 02/25/10 | Sandra G. M. Selzer | Review of Objection to Utility Motion. | 0.50 | 247.50 |
| | | Total Hours: | 2.10 | |
| | | Total Amount: | | $ 1,141.50 |

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 837,</u>

UTILITY MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Donald J. Detweiler | 0.60 | 665.00 | 399.00 |
| Sandra G. M. Selzer | 1.50 | 495.00 | 742.50 |
| Totals: | 2.10 | 543.57 | $    1,141.50 |

Invoice No.:     2661997
Matter No.:     125368.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 20.70 | 670.00 | 13,869.00 |
| Scott D. Cousins | 24.50 | 710.00 | 17,395.00 |
| Donald J. Detweiler | 43.40 | 665.00 | 28,861.00 |
| Jonathan I. Lessner | 33.60 | 640.00 | 21,504.00 |
| Brian L. Colborn | 43.00 | 480.00 | 20,640.00 |
| Max Riffin | 8.70 | 285.00 | 2,479.50 |
| Sandra G. M. Selzer | 44.90 | 495.00 | 22,225.50 |
| Monica L. Townsend | 22.50 | 435.00 | 9,787.50 |
| Elizabeth C. Thomas | 1.20 | 220.00 | 264.00 |
| Totals: | 242.50 | 565.05 | $    137,025.50 |