IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| | Jointly Administered |
| Debtors. | Ref. Docket Nos. 13, 38 and 146 |

**NOTICE OF FILING OF SUPPLEMENTAL APPROVED BUDGET IN CONNECTION WITH THE FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1) AND 364(e) AND (B) UTILIZE CASH COLLATERAL OF PREPETITION SECURED ENTITIES, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED ENTITIES, AND (III) GRANTING RELATED RELIEF**

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE; (B) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (C) COUNSEL TO THE AGENT FOR THE PREPETITION SECURED LENDERS; (D) COUNSEL TO THE AGENTS FOR THE POST-PETITION LENDERS; (E) COUNSEL TO THE AD HOC COMMITTEE OF SECURED NOTEHOLDERS; (F) COUNSEL TO THE SUBORDINATED NOTEHOLDERS; AND (G) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that on February 3, 2010, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (IV) Granting Related Relief [Docket No. 13] (the "DIP Motion"). On February 4, 2010, the Court entered an order [Docket No. 38] (the "Interim DIP Order") approving the DIP Motion on an interim basis. On March 9, 2010, the Court entered an order [Docket No. 146] (the "Final DIP Order") approving the DIP Motion on a final basis.

**PLEASE TAKE FURTHER NOTICE** that attached to the Interim DIP Order as Exhibit C is a 13-week operating budget (the "Initial Approved Budget") setting forth the Debtors' projected financial operations, anticipated cumulative cash receipts and expenditures on a weekly basis, and all necessary and required cumulative expenses which the Debtors expected to incur

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

during each week during the 13-week period covered by the Initial Approved Budget, starting on February 1, 2010.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Final DIP Order, the Debtors have delivered to the DIP Agents (as defined in the Final DIP Order) an operating budget for the 13-week period immediately following the 13-week period covered by the Initial Approved Budget (the "Supplemental Approved Budget"), a copy of which is attached hereto as Appendix A. The DIP Agents have informed the Debtors that the Supplemental Approved Budget is in form and substance acceptable to the DIP Lenders (as defined in the Final DIP Order).

**PLEASE TAKE FURTHER NOTICE** that in accordance with the terms of the Final DIP Order, the Supplemental Approved Budget (and, without duplication, all items in the Initial Approved Budget) shall constitute the Approved Budget (as defined in the Final DIP Order).

Dated: Wilmington, Delaware
April 18, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN POSSESSION