# **APPENDIX A**

APPENDIX A

Neenah Enterprises, Inc.
Cash Flow Forecast Update
(000's)

| | 12 W/E 04/23/10 | 13 W/E 04/30/10 | 14 W/E 05/07/10 | 15 W/E 05/14/10 | 16 W/E 05/21/10 | 17 W/E 05/28/10 | 18 W/E 06/04/10 | 19 W/E 06/11/10 | 20 W/E 06/18/10 | 21 W/E 06/25/10 | 22 W/E 07/02/10 | 23 W/E 07/09/10 | 24 W/E 07/16/10 | 25 W/E 07/23/10 | 26 W/E 07/30/10 | M/E Aug-10 | M/E Sep-10 | M/E Oct-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | | |
| A/R Collections | 5,667 | 5,821 | 5,915 | 5,821 | 6,441 | 6,596 | 6,070 | 7,148 | 6,952 | 7,346 | 7,346 | 8,310 | 8,310 | 8,310 | 8,310 | 35,026 | 34,962 | 28,045 |
| Asset sales | | | | | | | | | | | | | | | | | | 0 |
| Other cash receipts | 112 | 112 | 127 | 127 | 127 | 127 | 107 | 107 | 107 | 107 | 107 | 133 | 133 | 133 | 133 | 534 | 545 | 517 |
| **Total Receipts** | 5,779 | 5,933 | 6,041 | 6,047 | 6,568 | 6,723 | 6,177 | 7,255 | 7,058 | 7,452 | 7,452 | 8,443 | 8,443 | 8,443 | 8,443 | 35,560 | 35,507 | 28,562 |
| **Disbursements** | | | | | | | | | | | | | | | | | | |
| Iron / steel / raw materials | 1,040 | 993 | 1,710 | 1,249 | 1,737 | 1,172 | 1,500 | 1,257 | 1,683 | 1,406 | 1,675 | 2,984 | 2,984 | 2,984 | 2,984 | 11,957 | 12,213 | 12,787 |
| Freight out | 190 | 195 | 190 | 215 | 200 | 200 | 230 | 260 | 240 | 245 | 260 | 245 | 245 | 245 | 245 | 982 | 1,002 | 951 |
| Utilities | 37 | 90 | 749 | 397 | 79 | 87 | 634 | 325 | 222 | 56 | 696 | 494 | 494 | 494 | 494 | 1,973 | 1,978 | 2,019 |
| All Other Accounts Payable | 3,466 | 2,158 | 3,300 | 2,236 | 2,545 | 3,293 | 2,403 | 3,293 | 2,232 | 3,348 | 2,374 | 379 | 379 | 379 | 379 | 1,670 | 1,416 | 1,695 |
| Capital Expenditures | 414 | 414 | 415 | 415 | 415 | 415 | 331 | 331 | 331 | 331 | 331 | 417 | 417 | 417 | 417 | 1,666 | 1,717 | 1,707 |
| Critical Vendor Payment Benefit | (301) | (387) | (188) | (110) | (108) | (100) | (98) | | | | | | | | | | | |
| Shippers and Lien Claimants Payment Benefit | (65) | (63) | (54) | (51) | (51) | (50) | (49) | | | | | | | | | | | |
| 503(b)(9) Claimants | | | | | | | | | | | | | | | | | | |
| Hourly Payroll | 831 | 967 | 841 | 953 | 838 | 960 | 873 | 996 | 870 | 995 | 1,283 | 1,426 | 1,426 | 1,426 | 1,426 | 5,721 | 5,839 | 5,541 |
| Salary Payroll | 8 | 678 | 8 | 538 | 8 | 627 | 59 | 447 | 99 | | 674 | | 640 | | 640 | 1,281 | 1,281 | 1,281 |
| P/R tax : Fed Hourly | 647 | 301 | 259 | 303 | 326 | 302 | 272 | 320 | 342 | 320 | 283 | 446 | 446 | 446 | 446 | 1,768 | 1,825 | 1,732 |
| P/R tax : Fed Salary | 35 | 169 | 35 | 169 | 35 | 169 | 39 | 169 | 35 | | 200 | | 219 | | 219 | 438 | 438 | 438 |
| P/R tax: State Hourly & Salary | 6 | 86 | 6 | 91 | 6 | 95 | 6 | 99 | 6 | 35 | 104 | | 81 | | 81 | 163 | 163 | 163 |
| Profit Sharing & Incentive | | | | | | | | | | | | | | | | | | 0 |
| Hospital Insurance | 288 | 168 | 1,170 | 298 | 140 | 155 | 1,145 | 158 | 275 | 35 | 910 | 349 | 349 | 349 | 1,745 | 2,798 | 2,845 | 2,726 |
| Property Taxes | 56 | | 219 | | | 91 | | | | | | | | | | 200 | | 0 |
| State Unemployment Comp | 95 | | | | | | | | | | | | | | | | | 100 |
| Income Taxes : Federal | | | | | | | | | | | | | | 100 | | | | 0 |
| Income Taxes : State | 170 | | | | | | | | 200 | 295 | | | | | | | | 0 |
| Hourly Pension | | | | | 230 | | | | | | | | | 120 | | 120 | 120 | 120 |
| Federal Unemployment Comp | 7 | | 43 | | | | | | | | | 43 | 503 | 25 | | 55 | 55 | 55 |
| Casualty Insurance | | | | | | | | | | | | 300 | 431 | | | 431 | 431 | 431 |
| 401 K Deductions | 25 | 72 | 37 | 280 | 27 | 70 | 43 | 300 | 33 | 29 | 87 | 23 | 132 | 23 | 132 | 312 | 317 | 304 |
| Commissions | | | | 74 | | | | 70 | 33 | | | 60 | 71 | 71 | | 143 | 146 | 139 |
| Lease Obligation | 7 | 7 | | 82 | 117 | 7 | | 50 | 120 | | | | 7 | | | 64 | 64 | 64 |
| Property Insurance | 70 | | | | 70 | | | | 70 | | | | 61 | 3 | | 64 | 64 | 70 |
| Other | 100 | 100 | 100 | 100 | 100 | 100 | 80 | 80 | 60 | 80 | 80 | 100 | 70 | 100 | 100 | 400 | 400 | 400 |
| Reorganization Costs | | | | | | | | | | | | | 100 | | | | | |
| DIP Interest/Fees (including adequate protection) | 1,575 | 722 | | 1,932 | | 755 | | 1,566 | | | 938 | | 1,566 | | 1,081 | 1,086 | 1,103 | 2,092 |
| Professional Fees | | | | | | | | | | | | | | | 1,566 | 1,566 | 1,566 | 5,884 |
| Creditor Advisor and Legal Fees - Closing Date | | | | | | | | | | | | | | | | | | |
| Prepetition claims | | | | | | | | | | | | | | | | | | |
| Critical Vendor | 585 | | | | | | | | | | | | | | | | 0 | 0 |
| Shippers and Lien Claimants | 295 | | | | | | | | | | | | | | | | 0 | 0 |
| 503(b)(9) Claimants | 1,000 | | | | | | | | | | | | | | | | | |
| Utilities Deposits | 389 | | | | | | | | | | | | | | | | | (1,050) |
| Taxes | | | | | | | | | | | | | | | | | | |
| Management Incentives (1) | | | | | | | | | | | | | | | | | | 400 |
| **Total Disbursements** | 10,990 | 6,670 | 8,839 | 9,181 | 6,714 | 8,346 | 7,468 | 11,964 | 6,871 | 7,140 | 9,895 | 7,265 | 10,614 | 7,182 | 11,954 | 34,893 | 34,988 | 40,272 |
| **Net Cash Flow** | (5,211) | (737) | (2,798) | (3,133) | (147) | (1,625) | (1,292) | (4,709) | 187 | 312 | (2,443) | 1,178 | (2,171) | 1,261 | (3,511) | 667 | 519 | (11,710) |
| Outstanding Loan Amount, per Book | 76,339 | 77,076 | 79,875 | 83,008 | 83,155 | 84,780 | 86,071 | 90,780 | 90,593 | 90,280 | 92,723 | 91,546 | 93,717 | 92,455 | 95,967 | 95,299 | 94,781 | 106,491 |
| Bank-to-Book Adjustment | | | | | | | | | | | | | | | | | | |
| Outstanding Loan Amount, per Bank (as of Filing) | 22,288 | 23,025 | 25,824 | 28,957 | 29,104 | 30,729 | 32,020 | 36,729 | 36,542 | 36,229 | 38,672 | 37,495 | 39,666 | 38,404 | 41,916 | 41,246 | 40,730 | 52,440 |
| Incremental Increase in DIP Financing | | | | | | | | | | | | | | | | | | |

(1) Annual management incentive programs assumed to be made during November 2010, consistent with past practice.

Neenah Enterprises, Inc.
Cash Flow Forecast Update
(000's)

APPENDIX A

| | 12 W/E 04/23/10 | 13 W/E 04/30/10 | 14 W/E 05/07/10 | 15 W/E 05/14/10 | 16 W/E 05/21/10 | 17 W/E 05/28/10 | 18 W/E 06/04/10 | 19 W/E 06/11/10 | 20 W/E 06/18/10 | 21 W/E 06/25/10 | 22 W/E 07/02/10 | 23 W/E 07/09/10 | 24 W/E 07/16/10 | 25 W/E 07/23/10 | 26 W/E 07/30/10 | M/E Aug-10 | M/E Sep-10 | M/E Oct-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Borrowing Base** | | | | | | | | | | | | | | | | | | |
| A/R | 39,224 | 40,450 | 41,563 | 43,312 | 45,056 | 46,420 | 47,671 | 48,354 | 48,250 | 48,289 | 48,040 | 47,792 | 48,106 | 48,421 | 48,735 | 49,049 | 49,071 | 49,665 |
| Inventory | 28,695 | 28,695 | 26,953 | 26,953 | 26,953 | 26,953 | 26,984 | 26,984 | 26,984 | 26,984 | 26,984 | 26,753 | 26,753 | 26,753 | 26,753 | 25,950 | 25,650 | 25,907 |
| Inventory Patterns | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| WI Wage Reserve | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) |
| Interest Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Availability Block | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) |
| Carve-out Reserve | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) | (1,313) |
| Wausau L/C's | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) | (1,275) |
| Borrowing Base (less Wausau LOC) | 68,332 | 69,557 | 68,938 | 70,687 | 72,431 | 73,795 | 75,068 | 75,750 | 75,646 | 75,685 | 75,437 | 74,958 | 75,272 | 75,586 | 75,901 | 75,411 | 75,134 | 75,985 |
| Funded Debt Balance | (76,339) | (77,076) | (79,875) | (83,008) | (83,155) | (84,780) | (86,071) | (90,780) | (90,593) | (90,280) | (92,723) | (91,546) | (93,717) | (92,455) | (95,967) | (95,299) | (94,781) | (106,491) |
| Available Funds before DIP Financing | (8,007) | (7,519) | (10,937) | (12,321) | (10,724) | (10,984) | (11,004) | (15,030) | (14,947) | (14,595) | (17,287) | (16,588) | (18,445) | (16,869) | (20,066) | (19,888) | (19,647) | (30,505) |
| Beginning Outstanding DIP Term Loan | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 37,500 | 37,500 | 37,500 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| DIP Term Loan Draws | | | | | | | | 12,500 | | | 12,500 | | | | | | | |
| Ending Outstanding DIP Term Loan | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 37,500 | 37,500 | 37,500 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Outstanding Revolving DIP Loan, as forecasted ab | (76,339) | (77,076) | (79,875) | (83,008) | (83,155) | (84,780) | (86,071) | (90,780) | (90,593) | (90,280) | (92,723) | (91,546) | (93,717) | (92,455) | (95,967) | (95,299) | (94,781) | (106,491) |
| Ending Outstanding DIP Term Loan | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 37,500 | 37,500 | 37,500 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Outstanding Revolving DIP Loan, net of DIP Term l | (51,339) | (52,076) | (54,875) | (58,008) | (58,155) | (59,780) | (61,071) | (53,280) | (53,093) | (52,780) | (42,723) | (41,546) | (43,717) | (42,455) | (45,967) | (45,299) | (44,781) | (56,491) |
| Available Funds after DIP Financing | 16,993 | 17,481 | 14,063 | 12,679 | 14,276 | 14,016 | 13,996 | 22,470 | 22,553 | 22,905 | 32,713 | 33,412 | 31,555 | 33,131 | 29,934 | 30,112 | 30,353 | 19,495 |
| | 6.4 | 6.3 | 6.4 | 6.6 | 6.7 | 6.8 | 6.8 | 6.8 | 6.7 | 6.7 | 6.7 | 6.9 | 7.0 | 7.1 | 7.1 | 7.4 | 7.3 | 7.5 |