IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEEHAH ENTERPRISES, INC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF REED SMITH LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Reed Smith LLP ("Reed Smith") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Reed Smith represents an informal ad hoc committee (the "Committee") of certain holders of the 9.5% Senior Secured Notes due 2017 (the "Secured Notes") issued by Neenah Foundry Company (the "Company"), in connection with the Chapter 11 cases of the above-mentioned debtors and debtors-in-possession (collectively, the "Debtors") which were filed on February 3, 2010 (the "Petition Date").

2. The Committee was formed in March 2010 and is comprised, in each case on behalf of certain funds and/or accounts which it manages, of the six institutions whose names are included in the attached Exhbit A hereto. The Committee does not represent any creditors other than its members and expressly disclaims any obligation to represent the interests of any other parties, including any other holders of Secured Notes unless such holders become members of the Committee.

3. As of the date hereof, each member of the Committee is acting on behalf of one or more creditors of the Debtors. The aggregate principal amount of Secured Notes held by the members of the Committee and their affiliates is approximately $81.7 million of the $225 million aggregate principal amount of Secured Notes issued and outstanding. The amounts of claims or interests held by each member of the Committee, the times when acquired either prior to or

during the one year period prior to the Petition Date and the amounts paid therefor, respectively, are set forth on <u>Exhibit A</u> attached hereto. Some time after its formation in March 2010, the Committee retained Reed Smith as its counsel to enter into discussions with the Debtors and the Ad Hoc Committee of Secured Noteholders (the "<u>Ad Hoc Committee</u>"), regarding the terms of the corporate governance and organizational agreements of the reorganized Debtors to be implemented on the Effective Date of the Debtors' proposed Chapter 11 Plan of Reorganization.

4. There is no engagement agreement or other instrument whereby Reed Smith and the Committee is empowered to act on behalf of the Committee.

5. The Debtors have agreed to pay the reasonable fees and expenses of Reed Smith in connection with their representation of the Committee up to a maximum of $60,000, pursuant to and contingent upon confirmation of the Plan.

6. Reed Smith does not own, nor has it ever owned, any claim whatsoever against the Debtors, nor does it hold any equity security interest in the Debtors.

Dated: April 30, 2010
       Wilmington, Delaware

By: /s/ Richard A. Robinson
    Richard A. Robinson (No. 5059)
    REED SMITH LLP
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Phone: (302) 778-7500
    Facsimile: (302) 778-7575

    and

    J. Andrew Rahl, Jr., Esquire
    REED SMITH LLP
    599 Lexington Avenue
    New York, NY  10022
    Phone: (212) 521-5400
    Facsimile: (212) 521-5450

## VERIFICATION PURSUANT TO 29 U.S.C. § 1746

I declare under penalty of perjury that the facts set forth in this **VERIFIED STATEMENT OF REED SMITH LLP PURSUANT TO BANKRUPTCY RULE 2019** are true and correct.

Dated: April 30, 2010     By: _____
J. Andrew Rahl, Esquire
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Phone: (212) 521-5400
Facsimile: (212) 521-5450