# EXHIBIT A

Alliance Bernstein L.P.
As investment advisors to various accounts
1345 Avenue of the Americas
New York NY 10105

| Date | Price | Amount |
|---|---|---|
| Prior to 2/09 | | 9,000,000 |
| 5/08/09 | 34.00 | 1,000,000 |
| 5/18/09 | 30.48 | 2,000,000 |
| 6/09/09 | 22.45 | 1,500,000 |
| 9/23/09 | 42.50 | 1,500,000 |
| 9/29/09 | 42.50 | 200,000 |
| Total: | | 15,700,000 |

Bennett Management Corporation
281 Tresser Boulevard
Stamford, CT 06901

| Date | Price | Amount |
|---|---|---|
| 9/1/09 | 30 | 810,000 |
| 9/10/09 | 38.5 | 3,490,000 |
| 9/10/09 | 38.5 | 5,000,000 |
| 9/22/09 | 41.75 | 500,000 |
| 9/23/09 | 42.5 | 1,000,000 |
| 9/23/09 | 42.5 | 3,500,000 |
| 9/23/09 | 42.5 | 7,540,000 |
| Total: | | 21,840,000 |

1798 Fund, L.P. Holdings
888 7th Avenue - 11th Floor
New York, NY 10019

| Date | Price | Amount |
|---|---|---|
| 1/28/10 | 51.50 | 1,500,000 |
| 1/28/10 | 51.50 | 3,500,000 |
| Total: | | 5,000,000 |

Litespeed Master Fund Ltd Holdings
237 Park Ave Rm 800
New York, NY 10017-3134

| Date | Price | Amount |
|---|---|---|
| 10/08/09 | 45.21 | 2,000,000 |
| 10/08/09 | 47 | 5,000,000 |
| 10/09/09 | 47.25 | 1,500,000 |
| 10/29/09 | 50.5 | 1,700,000 |
| 11/04/09 | 50.5 | 2,080,000 |
| 11/20/09 | 50 | 150,000 |
| 11/25/09 | 51.5 | 3,000,000 |
| 11/25/09 | 51.5 | 2,000,000 |
| 11/30/09 | 51.25 | 5,000,000 |
| 12/04/09 | 49 | 15,000 |

sales from 2/09-current(6,500,000)

Total:              15,945,000


Nomura Corporate Research and Asset Management
2 World Financial Center
Bldg B, 17th Floor
New York NY 10281

| Date | Price | Amount |
|---|---|---|
| Prior to 2/09 |  | 4,150,000 |
| 2/9/10 | 52.00 | 1,800,000 |

Total               5,950,000


Simran Capital Management Holdings
180 North Stetson Ave Suite 3500
Chicago, IL 60601

| Date | Price | Amount |
|---|---|---|
| 9/15/09 | 40.5 | 1,000,000 |
| 12/1/09 | 51.5 | 995,000 |

Total:              1,995,000

2

Susquehanna International Group, LLP Holdings
401 City Avenue
Suite 220
Bala Cynwyd, PA 19004-1188

| Date    | Price | Amount     |
|---------|-------|------------|
| 9/10/09 | 8.5   | 8,270,000  |
| 9/23/09 | 44.0  | 4,000,000  |
| 2/3/10  | 51.5  | 3,000,000  |
| Total:  |       | 15,270,000 |