## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                            ) ss
COUNTY OF COOK    )

I, Paul V. Kinealy, being duly sworn, depose and state:

1.     I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.     On April 22, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the Equity Holder parties as set forth on the service list annexed hereto as Exhibit A:

- Notice of Entry of Bar Date Order Establishing Deadlines for Filing Proofs of Claim (Including Section 503(b)(9) Claims) Against the Debtors [Docket No. 270]; and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Proof of Claim Form.

_____

Paul V. Kinealy

Sworn to before me this _30th_ day of
April, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires:  December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

A FELEPPA
18802 WILLIAMS STREET
MEADVILLE, PA 16335-3698

A NENA RATERMANN TOD
13 MORNING SUN CT
MOUNTAIN VIEW, CA 94043

AD YOUNG
11145 W CLARKE ST
WAUWATOSA, WI 53226-1235

ALFRED R KOCH TTEE
VIOLETTA M KOCH TTEE
245-12 ALAMEDA AVENUE
LITTLE NECK, NY 11362-1141

ALLEN J MANN JR IRA
TD AMERITRADE INC CUSTODIAN
5152 CHARLEMAGNE WAY SW
LILBURN, GA 30047-5467

ANDREW A HOLSCHBACH & THERESA
SUSAN HOLSCHBACH JT TEN
W8410 COUNTY ROAD U
PLYMOUTH, WI 53073-4423

ANDREW CLARK
1305 MATHEWS AVENUE
LAKEWOOD, OH 44107

ANDREW EDMUND HOLSCHBACH
7915 COUNTY ROAD B
TWO RIVERS, WI 54241-9393

ANDREW F MATHIS
W1695 COUNTY TRUNK JJ
KAUKAUNA, WI 54130

ANDREW RENTMEESTER
PATRICK RENTMEESTER JTWROS
375 UNEEDA STREET
FOND DU LAC, WI 54935

ANDREW T SIMMONS
10630 HANESVILLE RD
CHESTERTOWN, MD 21620-3563

ANNA CANNISTRACI
FRANK CANNISTRACI JT TEN
74 SANDERS ST
STATEN ISLAND, NY 10303

ANNE W SIMMONS
TOD ACCOUNT
26004 STILL POND NECK ROAD
STILL POND, MD 21667

ANTHONY BUSH
715 CRITTENDEN ST NW
WASHINGTON, DC 20011

ANTHONY MADDOX
1345 MCLAURIN RD
SILER CITY, NC 27344

ARTHUR JACOBS
1609 W.ROGERS AVE.
APPLETON, WI 54914-5006

B SONNLEITNER
403 ISABELLA ST
NEENAH, WI 54956

B WALLACE TOD
SUBJECT TO STA TOD RULES
4500 W PROSPECT AVE
APPLETON, WI 54914

B&J LAFLEUR TENENT
4821 REMIKER LN
MANITOWOC, WI 54220

BARRY MESSER
2850 WYLDEWOOD RD
OSHKOSH, WI 54904

BD & CM O'CONNELL JT TE
311 RIVERWOOD DR
MISHICOT, WI 54228

BE PHILLIP
7375 RICHTER LANE
LARSEN, WI 54947-9531

BENJAMIN J BUEHLER
8523 TANNERY RD
TWO RIVERS, WI 54241-9721

BERNARD MICHAEL CORBEILLE
4533 GIBSON LN
GREEN BAY, WI 54311

BILL S MUELLER
642 6TH ST.
MENASHA, WI 54952-2378

BJ & CK MITCHELL JT TEN
6241 GLENSTONE DR SE
GRAND RAPIDS, MI 49546

BL & CP KUMBALEK JTWROS
233 E. BENTON DR.
APPLETON, WI 54913-9425

BL & MD BILZIN JT TEN
200 S BISCAYNE BLVD
STE 2500
MIAMI, FL 33131

BM STEIMLE
IRA R/O ETRADE CUSTODIAN
840 LINCOLN BLVD
MANITOWOC, WI 54220-3330

BR VAN BAXTEL
2823 HENDRICKS AVE
KAUKAUNA, WI 54130-3510

BRAD FISCHER
2015 RICHMOND AVE
MANITOWOC, WI 54220

BRADLEY ALAN BUCHOLTZ
733 PARK ST
DE PERE, WI 54115-1342

BRIAN J MC ALEAVEY AND
CATHLEEN A MC ALEAVEY JT TEN
1509 TALLGRASS CIR
WAUKESHA, WI 53188-2656

BRIGHT Y LEE
21413 NASHVILLE ST
CHATSWORTH, CA 91311

BRIT JAY FISHER
3632 W NORTHLAND AVE
APPLETON, WI 54914

C & S MORTENSON JT TEN
23 CANNIFF CT
OSHKOSH, WI 54901

C R TEWS
6067 HILLCREST RD
LARSEN, WI 54947-9561

CARL HANDSCHKE
1128 E OVERLAND RD
APPLETON, WI 54911

CH BEYNON
C SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
5151 SAN FELIPE ST STE 425
HOUSTON, TX 77056

CHAD NANCE
515 ADAMS AVE NW
PIEDMONT, OK 73078

CHAD R EWING
N1164 MIDWAY RD
HORTONVILLE, WI 54944-9661

CHARLES R BUCHOLTZ
868 FIELDCREST DR
NEENAH, WI 54956-1716

CHARLES SCHWAB TRUST CO TTEE
SOUTHWEST SECURITIES 401K PSP
FBO SCOTT H NELSON
6103 MIMOSA LN
DALLAS, TX 75230

CHRIS CAMPBELL
68 WOODLAND
SUMMIT, NJ 07901-2180

CHRIS DELBALZO
WBNA CUSTODIAN TRAD IRA
5765 COMMONS LANE
SEVEN OAKS
ALPHARETTA, GA 30005

CHRISTOPHER J BURROUGHS
PATRICIA E BURROUGHS
JT TEN/WROS
725 SHAWNEE ROAD
MEADVILLE, PA 16335-2842

CHRISTOPHER JAMES HINES
11 COREY LANE
MENDHAM, NJ 07945-3308

CL EBELING
5326 COUNTY RD N
OCONTO, WI 54153-9706

CLIFFORD PEETERS
502 MAPLE DR
APPLETON, WI 54913

CM WAUTLET S LEE WAUTLET JT
1357 CAMPBELL ST
NEENAH, WI 54956

CT BARTZ
11500 N MOPAC EXPY
AUSTIN, TX 78759-3504

CUNNINGHAM INVESTMENT CO LP
RICHARD L CUNNINGHAM GEN PARTN
TRACY A CUNNINGHAM GEN PRTNR
2568 HORSESHOE CIR
SOUTH JORDAN, UT 84095

CUST FPO
MIRELA ZISU IRRA
FBO MIRELA ZISU
33-32 58TH ST
FLUSHING, NY 11377-2217

CUST FPO
MIRELA ZISU RRA
FBO MIRELA ZISU
PO BOX 770556
WOODSIDE, NY 11377-556

D MAKI TOD
SUBJECT TO STA TOD RULES
31998 XYLITE ST NE
CAMBRIDGE, MN 55008

D SCOTT JABAS TTEE
DONALD SCOTT JABAS REV TRUST
8225 GOLF COURSE DR
NEENAH, WI 54956-9022

D STUCKMANN
5432 COUNTY ROAD U
NEWTON, WI 53063

DALE BICKLEY
4232 BARTH LANE
KETTERING, OH 45429-1307

DANIEL HAROLD GEFFERS
208 E SNELL RD
OSHKOSH, WI 54901-1250

DANIEL JURY
3260 WISMER LN
NEENAH, WI 54956

DANIEL WERGIN
1016 N 40TH STREET
MANITOWOC, WI 54220-3004

DARREL L & PAMELA HONNOLD
LIVING TR- D L HONNOLD TTEE ET AL
U/A DTD 05/12/2009
N5954 COUNTY ROAD M
WESTFIELD, WI 53964

DARRELL R SCHROEDER
9 OPPORTUNITY WAY
APPLETON, WI 54915-6622

DAVID A WINKLER
178 CAMPBELL ST S
PRESCOTT, WI 54021-1021

DAVID G UNZICKER ROLLOVER IRA
TD AMERITRADE INC CUSTODIAN
2611 GLENEAGLES DR
NAPERVILLE, IL 60565-5383

DAVID R MESLER
2306 WILDFLOWER LANE
WOODBURY, MN 55129-6215

DEAN R GENETT
1005 STUART DR
NEENAH, WI 54956-5147

DELAWARE CHARTER GRNTEE & TR CO
CUST - IRA OF FREDERICK MAROHN
953 COUNTY M
PICKETT, WI 54964

DENNIS FISCHER
3917 HIGHWAY H RD
CATO, WI 54230

DENNIS L SCHNELL
3676 WAYMAN CT
APPLETON, WI 54914-6928

DENNIS P BROPHY
1443 BEACH ST
LAKE ORION, MI 48360

DJ & LESLIE D SCHMIDT JT TEN
7820 HILL RD
WOODBURY, MN 55125

DONALD ANTON STRACHOTA
11044 E NICHOLS AVE
MESA, AZ 85209

DONALD S KNOKE
201 S WASHINGTON ST
BERLIN, WI 54923-8601

DONALD T KORTBEIN
1148 SHAGGY BARK DRIVE
NEENAH, WI 54956-4467

DOUGLAS E WUNDERLICH
W9879 STATE ROAD 96
FREMONT, WI 54940-9514

DOUGLAS LAMPE
1338 SHEBOYGAN ST
OSHKOSH, WI 54904

DP & SUSAN L ANDERSON JT TEN
W7263 FIRELANE 2
MENASHA, WI 54952

DR & SL SCHMITZ JT TEN
4077 OLIVER CT
GRAND CHUTE, WI 54913

DR SIGLOH
56200 366TH AVE NW
KENMARE, ND 58746-8845

DS & BA HERMANS JT TEN
370 WINNEBAGO AVE
MENASHA, WI 54952

E&F INVESTMENT
A PARTNERSHIP
ERSKINE GEN FLEISHER GEN PA
780 BOWMAN CT
WESTON, FL 33326

EDMUND P QUIRIN
P.O. BOX 98
SAINT CLAIR, PA 17970-0098

EDWARD B PARTEN
257 ISLAND POND RD
DERRY, NH 03038-5908

EDWARD CIEL C/F
COURTNEY CIEL UTMA/NJ
35 PRINCETON CIRCLE
SHAMONG, NJ 08088

EJ & GERARD HURST
1309 W STARVIEW DR
APPLETON, WI 54913-6859

ERIC A HOLSCHBACH
6219 THUNDER RD
WHITELAW, WI 54247-9694

ERIC GROSS
339 N WESTHAVEN DR
APT P206
OSHKOSH, WI 54904

ERIC HEADINGTON
5312 ALDER RD
MADISON, WI 53716-2142

ERIC HUGH SLOAN
152 GARDNERS ROW
APPLETON, WI 54915

ERRIC J KRAFT
321 RTE 27B
CLAVERACK, NY 12513

ERWIN J SCHUETTE
4105 N RAPIDS ROAD
MANITOWOC, WI 54220

F&B HEADINGTON JT TEN
130 WOODSIDE CT
NEENAH, WI 54956-4333

FD & BA DAHLGREN JTTEN
7673 FRANKLIN PIKE
MEADVILLE, PA 16335-9138

FELICE TOMARO
195 GREENPOND RD
ROCKAWAY, NJ 07866-1200

FH PARTNERS LLC
C/O GEORGE FOX JR
2 INTERNATIONAL DR
STE 200
RYE BROOK, NY 10573-1063

FMT CO CUST IRA
FBO D CHAVEZ-MAGUIRE
7731 E EVENING GLOW DR
SCOTTSDALE, AZ 85262-1295

FMT CO CUST IRA
FBO RICHARD J HANSON
W 7016 SUNRISE TR
APPLETON, WI 54914

FMT CO CUST IRA
FBO SCOTT H NELSON
6103 MIMOSA LN
DALLAS, TX 75230-5041

FMT CO CUST IRA
FBO SHIRLEY ANN TERRY
1006 CHANTICLEER WAY
CINCINNATI, OH 45245-1948

FMT CO CUST IRA
FBO WILLIAM P HOGAN
11420 GRANDSTONE LN
CINCINNATI, OH 45249-3417

FMT CO CUST IRA ROLLOVER
FBO JA SCHENHERR
492 TALL TIMBERS DR
ROACH, MO 65787-6791

FMT CO CUST IRA ROLLOVER
FBO JD ZIMMERMAN
16 WYOMING DR
DECATUR, IL 62526-2356

FMT CO CUST IRA SEPP
FBO MARIO J MEJIA
120 BIRCHWOOD DR
NEW BRITAIN, CT 06052-1573

FMTC CUSTODIAN - ROTH IRA
FBO ROBERT E ZOLA
37 HEYWARD LN
ROCKVILLE CTR, NY 11570-1711

FMTC CUSTODIAN - SIMPLE
JD HELGESON CPA LTD
FBO SHELLY L FUHS
E9200 EBONY ROSE LN
NEW LONDON, WI 54961-8861

FMTC CUSTODIAN SIMPLE
JD HELGESON CPA LTD
FBO JD HELGESON
105 EWAUPACA PO BOX 69
NEW LONDON, WI 54961-0069

FMTC TTEE
DELTA PILOTS DC PLAN
FBO RON R SASSANO
2090 WALNUT CREEK XING
ALPHARETTA, GA 30005-7450

FOO STOCKS COMMODITIES
& SALES ATTN WG SULLIVAN
10856 NOBLE AVE N
BROOKLYN PARK, MN 55443

FRANK E HAREN III
210 ANN ST
WILMINGTON, NC 28401

G BALDAUF & DM BALDAUF
JT TEN WROS
1858 OAKRIDGE RD
NEENAH, WI 54956-2118

GA HORNBUCKLE
1315 E 1000 NORTH RD
TAYLORVILLE, IL 62568-8141

GARISON BUCHOLTZ
733 2ND ST
MENASHA, WI 54952

GARY BECK
5105 SAND PIT LN
OSHKOSH, WI 54904

GARY J ZIEGELBAUER
PO BOX 37285
GREEN BAY, WI 54324

GAYLE S SCHROEDER
ROTH IRA ETRADE CUSTODIAN
2123 LEXINGTON DRIVE
MANITOWOC, WI 54220-1734

GB SR & CATHIE R GILL
JT TEN WROS
128 N DURKEE ST
APPLETON, WI 5491-5427

GC DEWET SEP IRA
CUSTODIAN
1149 LYNROSE LANE
NEENAH, WI 54956

GC HOLSCHBACH
6219 THUNDER RD
WHITELAW, WI 54247-9573

GD & TOD P KAY BAUGHMAN
1154 W CECIL ST
NEENAH, WI 54956

GD & CK REITER JT TEN
PO BOX 456
IOLA, WI 54945

GERALD FREIER
PATRICIA FREIER JT TEN
934 BETTY AVE
NEENAH, WI 54956

GJ &BA DOERING COMM PROP
W5542 HICKORY DR
APPLETON, WI 54915-9355

GLOBAL EBUSINESS SERVICES INC
ATTN SYED N ALI
5348 VEGAS DR
LAS VEGAS, NV 89108-2347

GP & LM MANTEUFFEL JT TEN
W2074 VANS CT
KAUKAUNA, WI 54130

GP MANN IRA
FCC AS CUSTODIAN
1850 ORION RD
OAKLAND, MI 48363

GRACE LEE
21413 NASHVILLE ST
CHATSWORTH, CA 91311

GREGORY B GILL JR
1355 W MASON RIDGE CT
APPLETON, WI 54914-1354

GREGORY B GILL SR CUST FOR
BARRY PHILLIP GORDON GILL U/WI
128 N DURKEE ST
APPLETON, WI 54911-5427

GREGORY B GILL SR CUST FOR
CHRISTOPHER WILLIAM GILL U/WI
128 N DURKEE ST
APPLETON, WI 54911-5427

GREGORY B GILL SR CUST FOR
ELIZABETH ANN GILL UNDER WI
128 N DURKEE ST
APPLETON, WI 54911-5427

GREGORY B GILL SR CUST FOR
EMMA A GILL UNDER WI
128 N DURKEE ST
APPLETON, WI 54911-5427

GREGORY B GILL SR CUST FOR
MADELINE G KOCIAN UNDER WI
128 N DURKEE ST
APPLETON, WI 54911-5427

GREGORY B GILL SR CUST FOR
ZOIE ISABELLA GILL UNDER WI
128 N DURKEE ST
APPLETON, WI 54911-5427

GRIFFIN VITTONE
306 S SOPHIE ST
BESSEMER, MI 49911

GT BRENNAN
815 MANITOU ST.
MANITOWOC, WI 54220-6643

H J CHAN & Y TANG JTWROS
38840 AMBERWOOD DR.
AVON, OH 44011-4744

HG MENCHL
N221 SQUIRREL RUN
APPLETON, WI 54914

HH KLINGELHOFER
638 DETROIT AVE
LAKE ORION, MI 48362

HH KLINGELHOFER CUST FBO
EH KLINGELHOFER
638 DETROIT AVE
LAKE ORION, MI 48362

HOLLY YUNK
250 S PATRICK ST
KIMBERLY, WI 54136

IRA FBO DAVID W FLEMING
DB SECURITIES INC CUSTODIAN
5 HILL AVE
SAN CARLOS, CA 94070-4409

IRA FBO JD R THOMSON
PERSHING LLC AS CUSTODIAN
10 BIRCH HILL ROAD
WESTON, CT 06883-1711

IRA FBO JESSICA FEES IRA
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
252 BUNKER HILL ST.
CHARLESTOWN, MA 02129-1828

IRA FBO KEN C STORZER
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
488 EDWARD DR
GREEN BAY, WI 54302-5120

IRA FBO SCOTT N TANK
PERSHING LLC AS CUSTODIAN
3455 BAY HIGHLANDS DR
GREEN BAY, WI 54311-7319

IRA H MALIS
3519 ENGLEMEADE RD
PIKESVILLE, MD 21208-1506

ISAIAH A HANBACK
1918 N ERB ST
APPLETON, WI 54911-2713

J G HARVEY
2222 JEFFERSON ST
OSHKOSH, WI 54901

J I YANKE
CM YANKE
N1102 PENNY LANE
HORTONVILLE, WI 54944

J R VAN LIERE
ROTH IRA ETRADE CUSTODIAN
104 BUTTE DRIVE
PAGOSA SPRINGS, CO 81147-9142

J SCHNEIDEWIND
109 W BANNERMAN AVE
REDGRANITE, WI 54970

J SNYDER & LL SNYDER JT TEN
724 DOUGLAS
BOYNE CITY, MI 49712

J STANZLER & W FUNDERBURK TTEE
SFC LLP 401K PROFIT SHARING
FBO WILLIAM W FUNDERBURK
1488 ELIN POINTE DR
EL SEGUNDO, CA 90245

J&L LEMIEUX JT TEN
82 FOX ST
MENASHA, WI 54952

JA GORICHANAZ
W355 PINE DR
PALMYRA, WI 53156-9736

JA VIRANT
C SCHWAB & CO INC CUST
IRA CONTRIB
845 S BROADWAY AVE
BARTOW, FL 33830

JACK J LEE
21413 NASHVILLE ST
CHATSWORTH, CA 91311-1487

JACOB H NENNIG
1955 SHADY SPRINGS DR
NEENAH, WI 54956-1141

JAMES B TALBOTT
119 UPLAND LANE
CENTREVILLE, MD 21617-2137

JAMES E GILLESPIE
P O BOX 450
CHESTERTOWN, MD 21620-0450

JAMES MASON HANBACK &
GERALDINE V HANBACK JT TEN
750 SUNRISE DR
RIPON, WI 54971

JAMES OLSON
JEANNE OLSON JT TEN
17620 HIDEAWAY CT
MISHICOT, WI 54228

JAMIE R REMME
IRA VFTC AS CUSTODIAN
ROTH ACCOUNT
540 NEGAUNEE ST
FLORENCE, WI 54121-9473

JANE C WHITSON
4505 HARDING PIKE APT 117
NASHVILLE, TN 37205-2110

JASON DONALDSON
11458 MIRO CIR
SAN DIEGO, CA 92131-3315

JASON G SMITH
TOD
1028 7TH ST., APT 203
SANTA MONICA, CA 90403

JASON R LASKY
3348 FOND DU LAC ROAD
OSHKOSH, WI 54902-7319

JASON STOKES
PO BOX 181319
CORPUS CHRISTI, TX 78480

JASON WOLLERSHEIM
474 W SCOTT ST APT D203
FOND DU LAC, WI 54937

JAYESHKUMAR PATEL
1022 MADISON AVE # I
SCRANTON, PA 18510

JD HELGESON ROTH IRA
FCC AS CUSTODIAN
PO BOX 69
NEW LONDON, WI 54911-0069

JE LECAPITAINE
731 LUMPHREY COURT
RIVER FALLS, WI 54022-3426

JE MCGUIRE
1818 N HOWE ST
CHICAGO, IL 60614-5126

JEFF W MEVERDEN & LAURA RAE
MEVERDEN JT TEN
1092 REED ST
NEENAH, WI 54956-4135

JEFFREY SCOTT SCHULZE
W8526 HUNTERS RD
HORTONVILLE, WI 54944

JEFFREY W ZACHOW
2837 ACORN RD
NEENAH, WI 54956

JENNIFER MCCARTHY
16 SUMMERTHUR DR
BEAR, DE 19701

JERALD D BAYS
4409 HARBOR VIEW ROAD
MANHATTAN, KS 66503-9021

JEREMIAH M MALOY
4900 N HWY 99 #257
STOCKTON, CA 95212-1015

JEROME L FOX
GAIL L FOX JT TEN
PO BOX 94
TWO RIVERS, WI 54241-0094

JEROME SCHULZ
CAROL A SCHULZ JT TEN
8514 N OAKWOOD AVE
NEENAH, WI 54956-9588

JESSICA L VERHAGEN
300 FILLMORE ST.
KAUKAUNA, WI 54130-1306

JH ANDREWS & ML ANDREWS
JT TEN WROS
6591 LASLEY SHORE RD
WINNECONNE, WI 54986-9775

JJ & K KLEINSCHMIDT
JTWROS
1929 N MORRISON ST
APPLETON, WI 54911

JJ & WJ WILSON JTTEN
5369 NATIONAL PIKE
CONFLUENCE, PA 15424

JM & PJ PHILLIPS
N 5660 COUNTY ROAD A
GREEN LAKE, WI 54941

JM FALTYS
1608 TROON ST
NORFOLK, NE 68701-3377

JM MARSHALL & ES REMSEN
111 COTTAGE PL
ITHACA, NY 14850-5941

JOAN YVONNE BELL
11145 W CLARKE ST
WAUWATOSA, WI 53226-1235

JODIE LYN LARSON
5169 S 19TH ST
MILWAUKEE, WI 53221

JOHN CYMBAL
CHERYL CYMBAL JT TEN
7831 PARMAVIEW LN
PARMA, OH 44134

JOHN D MANSKE
625 S OLSON AVE UNIT A
APPLETON, WI 54914

JOHN E KULASIK
DWIGHT DAVID SHORT
3112 BISHOP STREET
CINCINNATI, OH 45220

JOHN KOSS
4558 BROADWAY ST
MANITOWOC, WI 54220-9353

JOHN R FARRALL ROTH
21190 ABERDEEN
ROCKY RIVER, OH 44116-1106

JOHN SCHROEDER
N82W28259 VISTA DR
HARTLAND, WI 53029-9056

JOHN YATES OLSON
7381 RICHTER LN
LARSEN, WI 54947

JON REILLY
2218 N WEIL ST
MILWAUKEE, WI 53212

JON S PETERS
1206 W GRANT ST
APPLETON, WI 54914

JONATHON A REICK
N1077 WHITNEY ST
HORTONVILLE, WI 54944-9632

JOSEPH ELROY ROESLER & JENNIFER
MARIE ROESLER JT TEN
W8667 QUIET LN
HORTONVILLE, WI 54944-9373

JOSEPH G HARVEY
962 EVERGREEN LN
NEENAH, WI 54956-4968

JOSEPH J PARILLO
206 PELLETOWN RD
LAFAYETTE, NJ 07848

JOSEPH R NELESEN
3095 HICKORY HILLS ROAD
CHILTON, WI 53014

JOSEPH W TAYLOR
6522 KAW DRIVE
KANSAS CITY, KS 66111-2316

JOSEPH ZICARO
6912 FALL WAY
ELK GROVE, CA 95758

JOSHUA MAH
3120 FAIT AVE
BALTIMORE, MD 21224

JPMORGAN CHASE BANK TTEE
PSWS PROFIT SHARING PLAN
FBO JAMES A POLSINELLI
1213 W 58TH ST
KANSAS CITY, MO 64113

JR & BL TOBIAS
JT TEN WROS
611 N UNION ST
APPLETON, WI 54911-5072

JR REMME
TRAD IRA VFTC AS CUSTODIAN
540 NEGAUNEE ST
FLORENCE, WI 54121-9473

JW LANGE  & ME LANGE JTWROS
5540 REIGHMOOR RD
OMRO, WI 54963

KARL H ENGLING
6346 PAYNES POINT
NEENAH, WI 54956-9715

KARL S MAY
ERIKA A MAY
JT TEN/WROS
19 N 3RD AVE
STURGEON BAY, WI 54235-2413

KARLA A SCHMITT
CONV ROTH IRA E*TRADE CUSTODIA
1641 SWAN RD APT 4
DE PERE, WI 54115-4025

KEITH E HOFKENS SR
11021 N REDWOOD TREE CT
MEQUON, WI 53092-4338

KEN DRATH
N8285 STATE HIGHWAY 187
SHIOCTON, WI 54170

KENNETH A JONES
W6735 LYDIA LANE
APPLETON, WI 54915-5610

KENNETH S MALCZEWSKI &
STEPHANIE OBERHAUSER JT/TIC
8762 WESTLAKE DR
GREENDALE, WI 53129-1076

KEVIN D HOLLADAY
2295 WEST WIND RD
OSHKOSH, WI 54904-1039

KEVIN KELLY
VALERIE KELLY JT TEN
86 DREW DR
EASTPORT, NY 11941

KEVIN MARTEN VANDERLOOP
2709 SULLIVAN AVE
KAUKAUNA, WI 54130-3560

KIMBERLY  L HOLTZ
ROTH IRA ETRADE CUSTODIAN
3053 CLARENCE CT
GREEN BAY, WI 54313-7268

KS MALCZEWSKI
8762 WESTLAKE DR
GREENDALE, WI 53129-1076

KS MALCZEWSKI
R/O IRA E*TRADE CUSTODIAN
8762 WESTLAKE DR
GREENDALE, WI 53129-1076

KS MALCZEWSKI
ROTH IRA CUSTODIAN
8762 WESTLAKE DR
GREENDALE, WI 53129-1076

KT PARKER
CE PARKER JT TEN
856 W QUAIL CIR
QUEEN CREEK, AZ 85243

KURT J WOLLENBERG
W1950 POND DR
KAUKAUNA, WI 54130-9471

L GEARY TAYLOR
CGM IRA CUSTODIAN
533 METTING SCHOOL RD
YORKTOWN, TX 78164-1863

L&D JAEGER LIV TRUST OF 1996
UAD 10/02/96 L&D JAEGER
TTEES AMD 07/25/07
934 CENTER ST
CLEVELAND, WI 53015-1526

LABRANCHE FINANCIAL SERVICES
MARKET MAKING 1
33 WHITEHALL STREET 8TH FLOOR
NEW YORK, NY 10004-2165

LANNY W HUNT
SEGREGATED ROLLOVER IRA
RBC CAPITAL MARKETS CORP CUST
12681 DORAL
TUSTIN, CA 92782-1044

LARA ELLEN DAVIS SCHNIPPER
124 ATLANTIC AVE APT A3B
BROOKLYN, NY 11201

LAWRENCE DORN
719 1/2 LAWE ST
KAUKAUNA, WI 54130

LAWRENCE E SOBOLIK
1035 MARICOPA DR
OSHKOSH, WI 54904

LBIE PRIME BROKER
NOMINEE (DEPOT 079)
LEHMAN BROTHERS
70 HUDSON STREET
JERSEY CITY, NJ 07302-4585

LEE FINHOLT HEADINGTON
229 W WASHINGTON
APT 305
PORT WASHINGTON, WI 53074-1837

LEONARD W LUOMA
130 S WESTERN AVE
NEENAH, WI 54956-2263

LEWIS N MCGUYRE
ELIZABETH W MCGUYRE
485 CR 2340
GRAPELAND, TX 75844-5864

LISA O'CONNOR
220 W PERSHING ST
APPLETON, WI 54911

LJ PEETERS
W2766 BROOKSIDE DR
FREEDOM, WI 54913

LLOYD JACKLIN
1317 VOGT DR
WEST BEND, WI 53095

LOUIS HAFEMEISTER
P O BOX 1048
NEENAH, WI  5495-1048

LOUIS STRUPP
405 COLLEGE AVE
WATERTOWN, WI 53094-4842

LUKE BROCKMAN
7 SAINT CHARLES PL
LITTLE CHUTE, WI 54140

LYNN FURNESS
JAMES CLINTON FURNESS JT TEN
438 CRAIGS CREEK RD
VERSAILLES, KY 40383

LYNN M TOLL
3443 SHEPPARD DRIVE
OSHKOSH, WI 54904-6917

M & CA WAGNER JT TEN
4955 BROOKFIELD CIR
MANITOWOC, WI 54220

M & KM BRENNAN JTWROS
6720 RANGELINE RD
MANITOWOC, WI 54220

M & PJ FRIEDAUER
JT TEN/WROS
4854 RIVERMOOR ROAD
OMRO, WI 54963-9425

MA & R KORTBEIN JTWROS
4111 WEST FAIRVIEW
LARSEN, WI 54947-9706

MA WEST & SA WEST
COMM PROP
1395 SILVERWOOD LA.
NEENAH, WI 54956-1941

MARGARET SELEGEAN CUST
JONATHAN SELEGEAN UNDER THE NY
2102 81ST ST
EAST ELMHURST, NY 11370

MARIO J MEJIA
120 BIRCHWOOD DR
NEW BRITAIN, CT 06052-1573

MARK A ZILAVY AND
DONNA M ZILAVY JTWROS
3117 EAST DRAKE LANE
APPLETON, WI 54913-8000

MARK J ROSENQUIST
& THERESA L ROSENQUIST JTWROS
600 E APPLECREEK RD
APPLETON, WI 54913

MARK RONALD LANGE
SOUTHWEST SECURITIES INC
AS ROTH IRA CUSTODIAN
423 PARK DR
NEENAH, WI 54956

MARY BETH CASTANEDA
768 HAMILTON ST
APT 2L
HARRISON, NJ 07029-1500

MARY G GLADE
ROTH IRA ACCOUNT
RIDGE CLEARING CUST
1604 SHANNON OAKS TRAIL
AUSTIN, TX 78746-7349

MARY W SCOTT
29 WILLOWBROOK LANE
ANNANDALE, NJ 08801

MATTHEW G MILLER
185 AVENUE C
2E
NEW YORK, TX 10009-4275

MATTHEW R MARINO
3150 BENNETT CT
OSHKOSH, WI 54904

MG & KM BRENNAN JTWROS
6720 RANGELINE RD
MANITOWOC, WI 54220-9136

MG WEBSTER
22884 STATE HWY 27
MEADVILLE, PA 16335-9312

MICHAEL ANTHONY TRICARICHI JR
955 W. ST. CLAIR
APT 1708
CLEVELAND, OH 44113

MICHAEL C HANSON
N3986 BLACKHAWK RD
PINE RIVER, WI 54965-8257

MICHAEL GRONEWOLD
KATHLEEN GRONEWOLD JT TEN
105 S FIFTH AVE
FORRESTON, IL 61030

MICHAEL R CUNNINGHAM
310 S PELICAN AVE
VERGAS, MN 56587

MICHAEL T STEIMLE
IRA R/O ETRADE CUSTODIAN
840 LINCOLN BLVD.
MANITOWOC, WI 54220-3330

MICHAEL W TEWS
301 E BENTON DR
APPLETON, WI 54913

MIKE MARCIANO
UBS SECURITIES LLC
480 WASHINGTON BLVD
ERSEY CITY, NJ 07310

MIKHAIL RIABOV & TATIANA KISSINA
JT TEN
W2395 VALLEYWOOD LN
APPLETON, WI 54915-8712

ML AIAZZI
7803 GRANTWOODS OAKS CT
ST LOUIS, MO 63123

MM & KA ROOVERS JTWROS
W5621 MARK CT.
APPLETON, WI 54915-8164

MO MARQUARDT JR
973 HIGGINS AVE
NEENAH, WI 54956

MP LECAPITAINE
N3520 RANGE CT
APPLETON, WI 54913-6951

MURIEL J ALBERS TTEE
MURIEL JEAN ALBERS REVOC TRST
5 KINGSBURY DRIVE
BELLA VISTA, AR 72714

N KAHANOVITZ
FCC AS CUSTODIAN
161 WEST 54TH STREET
APT 801
NEW YORK, NY 10019-5360

NATHAN ROHDE
310 W MELVIN AVE
OSHKOSH, WI 54901

NATIONAL INVESTMENTS INC
PO BOX 787
TRAVERSE CITY, MI 49685-787

NFS/FMTC IRA
FBO EDWARD A COX
191 LAKE POINTE CIRCLE
CANFIELD, OH 44406

NFS/FMTC IRA
FBO JAMES R PASTENA
15 HILLARY TER
SUCCASUNNA, NJ 07876

NFS/FMTC IRA
FBO JM SLINGER
909 W WEILAND AVE
APPLETON, WI 54914

NFS/FMTC IRA
FBO JOHN B WIEGAND
3812 SCARBOROUGH CT
CLERMONT, FL 34711

NFS/FMTC ROTH IRA
FBO RANDALL W REITER
1610 S PARK AVE
NEENAH, WI 54956

NFS/FMTC SEP IRA
FBO J WIEGAND
3812 SCARBOROUGH CT.
CLERMONT, FL 34711

NFS/FMTC SEP IRA
FBO RW REITER
1610 S PARK AVE
NEENAN, WI 54956

NICHOLAS CLAUDE COLABELLA
1465 E PUTNAM AVE APT 518
OLD GREENWICH, CT 06870

NJ CREAM
294 GROSSE PINES DR
ROCHESTER HILLS, MI 48309

OLLIE LEO LYNCH
11152 WALLINGSFORD RD
APT 3H
LOS ALAMITOS, CA 90720

OPPENHEIMER & CO INC CUSTODIAN
FBO SOPHIE PROULX WEIN RVLR IRA
6168 NW 24TH STREET
BOCA RATON, FL 33434

P CIBULA KR CIBULA JT TEN
924 S 16TH ST
ESCANABA, WI 49829

PA WL PLUTZ JT TEN
3315 N MORRISON ST
APPLETON, WI 54911

PAMELA JEAN BERTH
IRA R/O ETRADE CUSTODIAN
4132 TIGERLILY DRIVE
APPLETON, WI 54913-6339

PATRICIA A SCHUH
242 E COLUMBIAN AVE
NEENAH, WI 54956-3016

PAUL EGGERT
806 DUENO
MANITOWOC, WI 54220

PAUL R ARKENS
2430 KILRUSH RD
DE PERE, WI 54115-7717

PAULA J RIVERS
2211 CARLETON AVE
APPLETON, WI 54915

PBXP-INVENTORY
THOMAS MATCHETT
677 WASHINGTON BLVD
STAMFORD, CT 06901

PEGASUS PARTNERS III LP
99 RIVER ROAD
COS COB, CT 06807-2514

PETER G JANU
N7821 STATE PARK RD
SHERWOOD, WI 54169

PETER LECAPITAINE
1028 E NORTH ST
APPLETON, WI 54911

QUICK RISE
PROFIT SHARING PLAN
215 LAGOON DR E
LIDO BEACH, NY 11561-4900

R HAFEMEISTER
1065 GRASSY PLAINS DR
NEENAH, WI 54956-5644

R&SK KLEINHANS JT WROS
W4116 CTY E
CHILTON, WI 53014

RAJESH GUPTA
10310 W LINCOLN AVE
MILWAUKEE, WI 53227

RBS AMERICAS P/ADM
RETIREMENT  PLAN
FBO R THOMSON
10 BIRCH HILL ROAD
WESTON, CT 06883

RENEE NANCY JONNA
6499 ROYAL POINTE DR
WEST BLOOMFIELD, MI 48322

RICHARD C AULER
2886 FOND DU LAC RD
OSHKOSH, WI 54902-7225

RICHARD J WILSON AND
CAROLYN A WILSON JTTEN
171 MAE WEST RD
CONFLUENCE, PA 15424

PETER J CARLSON
INDIVIDUAL RETIREMENT ACCOUNT
RBC CAPITAL MARKETS CORP CUST
2987 COUNTY RD GG
OSHKOSH, WI 54904-9758

PTC CUST IRA ROLLOVER FBO
MJ NIMMER
3520 N GILLETT ST
APPLETON, WI 54914

R EUGENE SIMPSON
113  SUNNY LN
REEDS SPRING, MO 65737-9606

R SANCHEZ AS CUST FOR
DR SANCHEZ UTMA NJ
804 ROSE PKWY
LINDEN, NJ 07036-2935

RAJA ABBAYAWANSE JAYASINGHE
3800 VALE PARK RD
VALPARAISO, IN 46383-6921

RAYMOND L HASZ
1828 BAINBRIDGE ST
LA CROSSE, WI 54603-1465

RD FARNHAM
10 GRACE LANE
OSSINING, NY 10562

RH KESTER NJ KESTER TEN ENT
E8452 SHAW RD
NEW LONDON, WI 54961

RICHARD C HOIDAL JR
840 NW WALLULA AVE
GRESHAM, OR 97030

RICHARD REGAN  IRA
TD AMERITRADE INC CUSTODIAN
1201 HUNTINGTON DRIVE
RICHARDSON, TX 75080

RICHARD W RHODE
8115 COUNTY ROAD MM
LARSEN, WI 54947-9504

RJ & TERESA HELF
JT TEN WROS
6 ST CHARLES PL
LITTLE CHUTE, WI 54140-2257

RJ MURPHY
C SCHWAB & CO INC.CUST
SEP-IRA
E9040 KLATT RD
NEW LONDON, WI 54961

RJ POPP & BS POPP
CPWROS
6008 COUNTY LS
MANITOWOC, WI 54220

RJ WILSON
171 MAE WEST RD
CONFLUENCE, PA 15424

RL KARRELS
3209 N COUNTRY RUN DR
APPLETON, WI 54914-6882

RM MOORE
SEP IRA CUSTODIAN
627 E RANDALL ST
APPLETON, WI 54911-3735

ROBERT S WEBER
DIANE M WEBER
1100 FARMINGTON AVE
OSHKOSH, WI 54901

ROBERT W BAIRD & CO INC TTEE
FBO FRANK A RIVERS
ROLLOVER IRA
E8263 LONE OAK RD
NEW LONDON, WI 54961-8961

ROEDER INVESTMENT CO
A PARTNERSHIP
238 ST ANDREWS DR EAST
MABANK, TX 75156

ROMAN T SOLOHUB
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1684 KENBROOK TRACE
ACWORTH, GA 30101

RONALD C COPPEE
8450 COCHISE ROAD
FREMONT, WI 54940

RONALD ROSENTHAL
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
540 HUNTER CT
WILMETTE, IL 60091

ROY HOLZ
SW SECURITIES INC
AS IRA CUSTODIAN
217 RIVA RIDGE LN
NEENAH, WI 54956

ROY R MAKI   JR
802 WEST PROSPECT AVE.
CLOQUET, MN 55720-1421

RP REMME & AM REMME JTWROS
N1477 COUNTY ROAD HH
FREMONT, WI 54940-8750

RUBY WHITE
1116 COUNTY ROAD 199
OAKLAND, MS 38948

RW BAIRD & CO INC TTEE
FBO GL BALDAUF ROTH IRA
1858 OAK RIDGE RD
NEENAH, WI 54956-2118

RW BAIRD & CO INC TTEE
FBO J ADAMOVICH IRA
319 THOMAS CT
NEENAH, WI 54956-4758

RW BAIRD & CO INC TTEE
FBO JW HEUER IRA
318 CHURCH STREET #206
NEENAH, WI 54956-2566

RW BAIRD & CO INC TTEE
FBO RR REMME
ROLLOVER IRA
1217 RADCLIFFE RD
NEENAH, WI 54956-3581

RYAN M MOORE
627 E. RANDALL ST
APPLETON, WI 54911-3735

SA PEETERS
W2766 BROOKSIDE DR
FREEDOM, WI 54913

SAXON STRATEGIC FUNDS LLC
17 STATE STREET
11TH FLOOR
NEW YORK, NY 10004

SB & MF HYDE
32 CORNWELLS BEACH RD
SANDS POINT, NY 11050-1306

SCOTT A ACHIN
7077 SHORELINE DR
WINNECONNE, WI 54986-9405

SCOTT MERTENS
1605 RUBY LN
MANITOWOC, WI 54220

SCOTT N TANK
STEPHANIE R TANK JT TEN
3455 BAY HIGHLANDS DR
GREEN BAY, WI 54311-7319

SCOTT R KOHEL
44 LAKESIDE DR
KATONAH, NY 10536-1610

SCOTT S SCHNIPPER
TOD ET AL
124 ATLANTIC AVE APT A3B
BROOKLYN, NY 11201-5502

SCOTTRADE INC CUST FBO
AA GORECKI ROTH IRA
N8750 LAWN RD
SEYMOUR, WI 54165

SCOTTRADE INC CUST FBO
AJ WEISKOPF IRA
5661 N CALMES DR
APPLETON, WI 54913

SCOTTRADE INC CUST FBO
ANNETTE ELIZABETH BARBER IRA
12637 FM 1442
ORANGE, TX 77632

SCOTTRADE INC CUST FBO
ANTON HERRES IRA
E8461 EBERT RD
NEW LONDON, WI 54961

SCOTTRADE INC CUST FBO
DONNIE L SMITH IRA
7817 TOWNSEND RD
CHATTANOOGA, TN 37421

SCOTTRADE INC CUST FBO
JL STROMPOLIS ROLLOVER IR
1701 CEDARHURST DR
NEW LONDON, WI 54961

SCOTTRADE INC CUST FBO
JOHN BOYD IRA
4024 SION FARM
ST CROIX, VI 00820

SCOTTRADE INC CUST FBO
JOHN HEILLE ROTH IRA
313 S ELM ST
FAIRMONT, MN 56031

SCOTTRADE INC CUST FBO
JON BROWN IRA
N3543 SUNSET LN
NEW LONDON, WI 54961

SCOTTRADE INC CUST FBO
K LONG ROTH IRA
W17314 MAPLE RD
WITTENBERG, WI 54499

SCOTTRADE INC CUST FBO
KENNETH FOSTER IRA
4564 BROADWAY ST
MANITOWOC, WI 54220

SCOTTRADE INC CUST FBO
M SABLICH ROLLOVER IRA
W127S7019 WOODLAND CT
MUSKEGO, WI 53150

SCOTTRADE INC CUST FBO
MS WAGNER ROTH IRA
4955 BROOKFIELD CIR
MANITOWOC, WI 54220

SCOTTRADE INC CUST FBO
P MESSER IRA
2850 WYLDEWOOD RD
OSHKOSH, WI 54904

SCOTTRADE INC CUST FBO
RALPH HADDAD SEP IRA
672 SAND ISLES CIR
PONTE VEDRA BEACH, FL 32082

SD SAWCHUK
334 DUFFERIN ST
PO BOX 541
MANITOU MB  R0G 1G0 CANADA

SEAN M CORBITT
822 STONE BROOK DRIVE
LEBANON, TN 37087-6552

SEP FBO  THOMAS J KELLY
PERSHING LLC AS CUSTODIAN
416 W PROSPECT AVE
APPLETON, WI 54911-6039

SHANE RAUGH
836 COUNTY ROAD I
OSHKOSH, WI 54902

SHAO-HSI LEE
JAN MEI-HUY LEE
21413 NASHVILLE ST
CHATSWORTH, CA 91311-1487

SCOTTRADE INC CUST FBO
LARRY SCHULZE ROTH IRA
415 ROWLEY ST UNIT 3
FREMONT, WI 54940

SCOTTRADE INC CUST FBO
MARK S ANDERSON IRA
1332 W HARRIS ST
APPLETON, WI 54914

SCOTTRADE INC CUST FBO
P FREIER IRA
934 BETTY AVE
NEENAH, WI 54956

SCOTTRADE INC CUST FBO
PATRICK MCDANIEL ROTH IRA
7108 PRESTWICK CIR S
JACKSONVILLE, FL 32244

SCOTTRADE INC CUST FBO
STEVEN SCHUH ROTH IRA
1332 W HARRIS ST
APPLETON, WI 54914

SE GRAHAM
4448 SWAN LAKE DRIVE
COPLEY, OH 44321-1148

SEP FBO  NJ NUISMER JR
PERSHING LLC CUSTODIAN
218 WILSONIA AVE
NASHVILLE, TN 37205-2819

SEP FBO KEVIN GUSTAFSON
SUNAMERICA TRUST CO CUST
1130 SYMPHONY BLVD
NEENAH, WI 54956-9327

SHANNON RUECHEL
14866 STATE HIGHWAY 56
ADAMS, MN 55909

SHAWN WILSON
DENINE WILSON JT TEN
130 CEDAR AVE N
WATKINS, MN 55389

SM TANGUAY
IRA VFTC AS CUSTODIAN
ROLLOVER ACCT
522 PLUMMERS HARBOR RD
NEENAH, WI 54956-4922

SO NAM JU
754 N MAIN ST
OSHKOSH, WI 54901

SS LANGE
SOUTHWEST SECURITIES INC
AS ROTH IRA CUSTODIAN
423 PARK DR
NEENAH, WI 54956

STEPHEN C DOVER
IRA VFTC AS CUSTODIAN
ROLLOVER ACCOUNT
3534 FAIRWAY FOREST DR
PALM HARBOR, FL 34685-1004

STEVEN SAWCHUK
PO BOX 490
MANITOU MB  R0G 1G0  CANADA

STIFEL NICOLAUS CUSTODIAN FOR
JOHN H GRAY IRA
1634 S PARK AVE
NEENAH, WI 54956-5025

T JOHNSON
N724 SHAKY LAKE RD
FREMONT, WI 54940

TH CHONG
CHARLES SCHWAB & CO INC
SEP-IRA CUST
9 OAKSTWAIN RD
SCARSDALE, NY 10583

THOMAS C NECK
8640 HWY 91
BERLIN, WI 54923

THOMAS HARKE
N5200 DEER RUN TRAIL
DE PERE, WI 54115

SO NAM JU
1417 BOWEN ST
OSHKOSH, WI 54901

SOLSTICE FUND I LP
1 COOL BLOW ST.
SUITE 206
CHARLESTON, SC 29403

SS LANGE ROLLOVER IRA
TD AMERITRADE CLEARING
423 PARK DR
NEENAH, WI 54956-2858

STEVEN G SHEPARD
23 CRESCENT RD
RIVERSIDE, CT 06878-1905

STEVEN T BEZELLA
W3979 HIGHVIEW DR
APPLETON, WI 54913-8340

SUSAN E GOLDBERG
6816 SILKWOOD LN
SOLON, OH 44139

T THEODOROU
1115 DIVISION ST
MANITOWOC, WI 54220-5732

THOMAS A PETHKE
IRA
RBC CAP MARKETS CORP CUST
N8821 CAMPBELL LAKE RD
OGDENSBURG, WI 54962-9752

THOMAS D RING
N1243 BOBWHITE DR
GREENVILLE, WI 54942

THOMAS L MANSKE &
BONITA S MANSKE JTWROS
631 GROVE STREET
OSHKOSH, WI 54901-4609

THOMAS S SCHUSTER
3218 QUARRY DR
OMRO, WI 54963-9741

TIMOTHY A SIGLOH
DIANNE E SIGLOH JT TEN
1625 FAIRWAY CT
MOUNTAIN HOME, ID 83647

TJ KOLLER & C KOLLER TTEES
KOLLER REVOCABLE TRUST
7107 CLARK POINT RD
WINNECONNE, WI 54986-9761

TJ MCEWEN
7070 HILLTOP DRIVE
HAZELHURST, WI 54531-9619

TM HORNECK
N1677 ARNIES LN
GREENVILLE, WI 54942

TP SHALLOW
VA SHALLOW JT TEN
711 BEVERLY CT
NEENAH, WI 54956

TRAVIS LAUSON
902 LAWTON TER
MANITOWOC, WI 54220

TRIDENT PACIFIC LLC
SOLE PROPRIETORSHIP
MIGUEL A INNIS
538 POIPU DR
HONOLULU, HI 96825-2037

VINCENT A MILLER
5649 FOSTER ST
OVERLAND PARK, KS 66202

VIOLETTA M KOCH TTEE
ALFRED R KOCH TTEE
245-12 ALAMEDA AVENUE
LITTLE NECK, NY 11362-1141

W MARTINDALE JR
4323 REGATTA CIR
NORRISTOWN, PA 19401-6218

WARREN DUGAN
5840 N 38 ST
MILWAUKEE, WI 53209

WC EMDE  KM EMDE JT TEN
205 CAMELOT DR
SIMPSONVILLE, SC 29681

WC LEVKNECHT
N5630 LONG RD
HILBERT, WI 54129-9476

WELLS FARGO BANK ROTH C/F
LARA ELLEN DAVIS SCHNIPPER
124 ATLANTIC AVE APT A3B
BROOKLYN, NY 11201

WELLS FARGO BK ROLLOVER C/F
DO HALTINNER
1516 S FIDELIS ST
APPLETON, WI 54915

WELLS FARGO BK ROLLOVER C/F
S GOLDBERG
6816 SILKWOOD
SOLON, OH 44139

WELLS FARGO BK ROTH C/F
SAMUEL J POCIASK
6496 PAYNES POINT RD.
NEENAH, WI 54956

WG SULLIVAN
IRA SEP TD AMERITRADE
CLEARING CUSTODIAN
10856 NOBLE AVE NORTH
BROOKLYN PARK, MN 55443

WH &  GE KLOEFFLER JT TEN
9691 LEE ST
ALGONAC, MI 48001

WILLIAM BLAIR GUIS
JOAN PATRICIA CLARK  JT TEN
2600 E OLIVE ST
SHOREWOOD, WI 53211

WILLIAM PATTON GLADE III
SOUTHWEST SECURITIES  INC.
AS ROTH IRA CUSTODIAN
3204 SKYLARK DR
AUSTIN, TX 78757

WJ & MR MARTIN JT TEN
1044 NORTH LAKE STREET
NEENAH, WI 54956

WILLIAM PATTON GLADE III
SOUTHWEST SECURITIES  INC.
AS IRA CUSTODIAN
3204 SKYLARK DR
AUSTIN, TX 78757

WILLIAM R ILLGEN
PHILOMENA ILLGEN JT TEN
16015 CITY HWY K
REEDSVILLE, WI 54230

WP TANGUAY
217 BOYLSTON ST # 3
JAMAICA PLAIN, MA 02130-4516