# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 5/3/2010 |
| Case: 10−10360−MFW | Form ID: ntcBK | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Barry W. Sawtelle | jmoore@kozloffstoudt.com |
| aty | Morgan L. Seward | bankfilings@ycst.com |

                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Neenah Enterprises, Inc. | 2121 Brooks Avenue | Neenah, WI 54957 | |
| ust | Thomas Patrick Tinker | Office of the U.S. Trustee | 844 King Street Suite 2207 | Wilmington, DE 19801 |
| aty | Donald J. Bowman, Jr. | Young, Conaway, Stargatt &Taylor | 1000 West Street | 17th Floor    Wilmington, DE 19801 |
| aty | Edmon L. Morton | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg. | 1000 West Street, 17th Floor    P.O. Box 391    Wilmington, DE 19899 |
| aty | Kenneth J. Enos | Young, Conaway, Stargatt &Taylor | 1000 West Street | 17th Floor    Wilmington, DE 19801 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg. | 1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |

                                                                                    TOTAL: 6