## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date:** June 7, 2010 at 10:30 a.m. (ET)<br>**Objection Deadline:** May 17, 2010 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:   (I) COUNSEL TO THE U.S. TRUSTEE; (II) COUNSEL TO THE
COMMITTEE; (III) COUNSEL TO THE ADMINISTRATIVE AGENT FOR
THE DEBTORS' PREPETITION SECURED LENDERS; (IV) COUNSEL TO
THE AGENTS FOR THE DEBTORS' POST-PETITION LENDERS; (V)
COUNSEL TO THE AD HOC COMMITTEE OF THE HOLDERS OF THE
9.5% SECURED NOTES; (VI) COUNSEL TO THE HOLDERS OF THE 12.5%
SUBORDINATED NOTES; AND (VII) THOSE PARTIES REQUESTING
NOTICE PURSUANT TO BANKRUPTCY RULE 2002(I), IN ACCORDANCE
WITH LOCAL RULE 2002-1(B).

**PLEASE TAKE NOTICE** that on the date hereof, the above-captioned
debtors and debtors in possession (collectively, the "Debtors") filed the attached *Motion
of the Debtors for an Order Extending the Deadline to File Notices of Removal of
Related Claims and Causes of Action* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if
any, must be filed on or before **May 17, 2010 at 4:00 p.m. (ET)** (the "Objection
Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd
Floor, 824 Market Street, Wilmington, Delaware 19801.  At the same time, you must
serve a copy of the response upon the undersigned counsel to the Debtors so as to be
received on or before the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry
Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc.
(7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148);
Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties,
Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland
Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton
Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing
address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **June 7, 2010 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5ᵗʰ Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**IF YOU FAIL TO OBJECT TO THE RELIEF REQUESTED IN THE MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
           May 3, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION