**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------X
In re:                                                     :
                                                           :
Neenah Enterprises, Inc. et. al                            :
                                                           :   Chapter 11
                                                           :   Case No. 10- 10360 (MFW)
                                                           :    (Jointly Administered)
              Debtors.                                     :
-------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

   1.   I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

   2.   On May 4, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 351] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                             /s/ Kimberly Murray
                                             Kimberly Murray

Sworn to before me this 4th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**<u>TRANSFEROR</u>**
Acme Holding
24200 Marmon Avenue
Warren, MI 48089

**<u>TRANSFEREE</u>**
Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023