UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| Neenah Enterprises, Inc., *et al.,* | ) | Case No. 10-10360 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on May 5, 2010, I served a copy of the Notice of Appearance and Request For Service of Papers, in the manner specified below to the parties on the attached service list.

Dated: May 5, 2010

/s/ Frank F. McGinn
Frank F. McGinn (Massachusetts BBO# 564729)
ffm@bostonbusinesslaw.com
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Fax. (617) 422-0383

**BY EMAIL**

- Allison R Axenrod    allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
- Willliam J. Barrett    william.barrett@bfkn.com
- Donald J. Bowman    bankfilings@ycst.com
- Robert S. Brady    bankfilings@ycst.com
- Gennice D. Brickhouse    brickhouse.gennice@pbgc.gov, efile@pbgc.gov
- Adam D. Bruski    abruski@lambertleser.com
- D Elaine Conway    econway@jw.com
- Susan M. Cook    scook@lambertleser.com, smcook@lambertleser.com
- Hillary B. Crabtree    hillarycrabtree@mvalaw.com
- Gretchen A. Crawford    grecra@oklahomacounty.org, tammik@oklahomacounty.org
- Daniel J. DeFranceschi    defranceschi@rlf.com, RBGroup@rlf.com
- Donald J. Detweiler    bankruptcydel@gtlaw.com,
  detweilerd@gtlaw.com;thomase@gtlaw.com
- Caroline R. Djang    crd@jmbm.com
- Kenneth J. Enos    bankfilings@ycst.com
- David L. Finger    dfinger@delawgroup.com
- Aaron L. Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
- Matthew B. Harvey    mharvey@mnat.com,
  aconway@mnat.com;ecampbell@mnat.com;rfusco@mnat.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- Adam K. Keith    akeith@honigman.com
- Joel A. Kunin    jkunin@kuninlaw.com
- Rebecca K. McMahon    rmcmahon@centralstatesfunds.org
- Kathleen M. Miller    kmiller@skfdelaware.com, dlm@skfdelaware.com
- Sheryl L. Moreau    deecf@dor.mo.gov
- Edmon L. Morton    bankfilings@ycst.com
- Adam Scott Moskowitz    asmcapital@aol.com
- Scott N. Opincar    sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Barry W. Sawtelle    jmoore@kozloffstoudt.com
- Sandra G.M. Selzer    selzers@gtlaw.com,
  bankruptcydel@gtlaw.com;thomase@gtlaw.com
- Morgan L. Seward    bankfilings@ycst.com
- Karen Beth Shaer    kenneth_freda@gardencitygroup.com,
  PACERTeam@gardencitygroup.com
- Jeffrey S. Stein    Kenneth_Freda@gardencitygroup.com,
  kathryn.pamenter@gardencitygroup.com;Paul.Kinealy@gardencitygroup.com;Jeffrey.De
  mma@gardencitygroup.com;shea.welch@gardencitygroup.com;elizabeth.vrato@gardenc
  itygroup.com;brian.karpuk@gardencitygroup.com;PACERTeam@gardencitygroup.com;
  Lauren.Granger@garden
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- William F. Taylor    bankruptcydel@mccarter.com
- Thomas Patrick Tinker    thomas.p.tinker@usdoj.gov
- Monica Loftin Townsend    loftinm@gtlaw.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

- Robert Benjamin Weiss    rweiss@honigman.com
- Duane David Werb    maustria@werbsullivan.com;riorii@werbsullivan.com

## BY FIRST CLASS MAIL

CREDITOR LIQUIDITY, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504

~~Ernst & Young LLP~~

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Thomas E. Foar
P.O.Box 591
Waterloo, IN 46793

~~Gregory B. Gill~~

~~Huron Consulting Services LLC~~

IKON Financial Services
PO Box 13708
Mancon, GA 31208-3708

International Business Machines Credit LLC(ICC)
Attn: Vicky Namken
13800 Diplomat Dr
Dallas, TX 75234

Luis M Lluberas-Oliver
Moore & Van Allen PLLC
Suite 4700
106 N Tryon St
Charlotte, NC 28202-4003

Luis M Lluberas-Oliver
Moore & Van Allen PLLC
Suite 4700
106 N Tryon St
Charlotte, NC 28202-4003

Pacific Coast Crown, CO
15151 Salt Lake Avenue
Industry, CA 91746-3316

Pennsylvania Department of Labor & Industry
Reading Compliance & Bankruptcy Unit
625 Cherry St Rm 203
Reading, PA 19602-1184

Pioneer Funding Group, LLC
Ansonia Finance Station
P.O. Box 230411
New York, NY 10023

~~Reed Smith LLP~~

~~Rothschild Inc.~~

~~Jack L. Shultz~~

~~Sidley Austin LLP~~

~~Sierra Liquidity Fund, LLC~~

~~Young Conaway Stargatt & Taylor, LLP~~