# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 175 & 256 |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED SUPPLEMENT TO ORDER PURSUANT TO SECTIONS 501, 502, AND 111(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002 AND 3003(C)(3), AND LOCAL RULE 2002-1(E) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

The undersigned, counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certifies that:

1. On March 19, 2010, the Debtors filed the Motion of the Debtors for an Order Pursuant to Sections 501, 502, and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) Establishing Certain Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (the "Bar Date Motion") [D.I. 175] was filed with this Court. This Court entered an Order approving the Bar Date Motion on April 6, 2010 (the "Bar Date Order") [D.I. 256].

2. Pursuant to the Bar Date Order, unless otherwise set forth therein, (i) any person or entity (excluding any governmental unit) asserting a claim against one or more Debtors in these chapter 11 cases must file a Proof of Claim so that it is received by the Debtors' claims and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

noticing agent, The Garden City Group, Inc. ("GCG"), on or before May 21, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "General Bar Date") and (ii) all governmental units (as defined in section 101(27) of the Bankruptcy Code) asserting a claim against one or more Debtors in these chapter 11 cases must file a Proof of Claim so that it is received by GCG on or before August 6, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Governmental Unit Bar Date").

3.  Subsequent to the entry of the Bar Date Order, counsel for the Pension Benefit Guaranty Corporation ("PBGC") contacted counsel for the Debtors regarding the applicable bar date for the filing of Proofs of Claim by the PBGC in these chapter 11 cases. Following these discussions, counsel for the PBGC and counsel for the Debtors have agreed that, for the purposes of these chapter 11 cases, the PBGC shall be treated as a governmental unit and the applicable bar date for the filing of Proofs of Claim by the PBGC shall be the Governmental Unit Bar Date.

4.  Attached hereto as Exhibit A is a proposed supplement to the Bar Date Order (the "Supplemental Bar Date Order"), which incorporates the foregoing agreement between the Debtors and the PBGC. All other provisions of the Bar Date Order shall remain in full force and effect.

5.  The Debtors respectfully request that the Court enter the Supplemental Bar Date Order.

Dated: Wilmington, Delaware
May 5, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

2
YCST01:9614935.2                                                                                      069152.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION