# EXHIBIT A

(Supplemental Bar Date Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 175, 256 & _____ |

## SUPPLEMENTAL ORDER PURSUANT TO SECTIONS 501, 502, AND 1111(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002 AND 3003(c)(3), AND LOCAL RULE 2002-1(e) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the Motion of the above captioned Debtors[2] for entry of an order pursuant to section 501, 502 and 111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3) and Local Rule 2002-1(e) for entry of an order (i) establishing deadlines for filing proofs of claim against the debtors in these chapter 11 cases and (ii) approving the form and manner of notice thereof; and upon entry of the *Order Pursuant to Sections 501, 502 and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) Establishing Certain Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (the "Bar Date Order") [D.I. 256] on April 16, 2010; and the Court having considered the *Certification of Counsel Regarding Proposed Supplement to the Order Pursuant to Sections 501, 502 and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Bar Date Order [D.I. 256] and/or the Debtors' Motion Pursuant to Sections 501, 502, and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) Establishing Certain Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [D.I. 175].

*3003(c)(3), and Local Rule 2002-1(e) Establishing Certain Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (the "Certification of Counsel"), filed on May 5, 2010; and it appearing that agreement by and between the Debtors and the PBCG, as set forth in the Certification of Counsel, is in the best interest of the Debtors, their estates and creditors; and good and sufficient cause appearing therefor; it is hereby:

ORDERED that the PBGC shall be treated as a governmental unit for the purposes of the Bar Date Order; and it is further

ORDERED that the PBGC must file a Proof of Claim asserting a claim against one or more Debtors in these chapter 11 cases, if any such claims are held by the PBGC, so that it is received by GCG on or before **August 6, 2010 at 4:00 p.m.** (prevailing Eastern Time); and it is further

ORDERED that all other provisions of the Bar Date Order shall remain in full force and effect; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of the Bar Date Order.

Dated: May ___, 2010
Wilmington, Delaware

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE