**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------------X
In re:                                    :
                                          :
Neenah Enterprises, Inc. et. al           :
                                          :          Chapter 11
                                          :          Case No. 10- 10360 (MFW)
                                          :          (Jointly Administered)
                          Debtors.        :
--------------------------------------------------------------X
```

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF SUFFOLK        )

I, Kimberly Murray**,** being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case.  My business address is 105 Maxess Road, Melville, New York 11747.

2.    On May 5, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 354] and (b) Form 210B Notice to be served upon the parties identified on **<u>Exhibit A</u>** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 5th day of
May, 2010
/s/ Jodi Pujos_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### **TRANSFEROR**
Wiese Planning & Eng. Inc.
4549 W. Bradbury
Indianapolis, IN 46241

Wiese Planning & Eng. Inc.
PO Box 60106
St. Louis, MO 63160

### **TRANSFEREE**
ASM Capital
7600 Jericho Turnpike Suite 302
Woodbury, NY 11797