# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Neenah Enterprises, Inc.
2121 Brooks Avenue
Neenah, WI 54957
 **EIN:** 25−1618281
ACP Holding Company

**Chapter:** 11

*Case No*.: 10−10360−MFW

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 4/27/2010 was filed on 5/3/2010 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 5/24/2010 .

If a request for redaction is filed, the redacted transcript is due 6/3/2010 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/2/2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 5/3/10

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Brandon              Page 1 of 1            Date Rcvd: May 03, 2010
Case: 10-10360                 Form ID: ntcBK             Total Noticed: 6

The following entities were noticed by first class mail on May 05, 2010.
db           +Neenah Enterprises, Inc.,   2121 Brooks Avenue,   Neenah, WI 54956-4756
aty          +Donald J. Bowman, Jr.,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
               Wilmington, DE 19801-1037
aty          +Edmon L. Morton,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
               1000 West Street, 17th Floor,   P.O. Box 391,   Wilmington, DE 19899-0391
aty          +Kenneth J. Enos,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
               Wilmington, DE 19801-1037
aty           Robert S. Brady,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
               1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
ust          +Thomas Patrick Tinker,   Office of the U.S. Trustee,   844 King Street Suite 2207,
               Wilmington, DE 19801-3519
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2010**                    **Signature:**    *Joseph Speetjens*