UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Kassandra A. Riddle, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on April 30, 2010, she caused a copy of the following pleading(s):

**Notice of Filing of Supplemental Approved Budget in Connection with the Final Order (I) Authorizing The Debtors to (A) Obtain Postpetition Financial and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection To Prepetition Secured Entities, and (III) Granting Related Relief [Docket No. 341]**

to be served upon the parties identified on the attached service list as indicated.

_____
Kassandra A. Riddle

SWORN TO AND SUBSCRIBED before me this 30th day of April, 2010.

_____
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8453); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (0127); Deeter Foundry, Inc. (1148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## SERVICE LIST
### 4/30/2010

Gretchen Crawford
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102
(Oklahoma County Treasurer)
*First Class Mail*

Aaron L. Hammer, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(Counsel for Mercer (US) Inc.)
*First Class Mail*

Joseph W. Kots
U.C. Tax Agent/Bankruptcy Representative, Reading
Bankruptcy & Compliance Unit
Commonwealth of Pennsylvania - Dept. of Labor and Industry
625 Cherry Street - Room 1184
Reading, PA 19602-1184
(Commonwealth of Pennsylvania - Dept. of Labor and Industry)
*First Class Mail*

Sheryl L. Moreau
General Counsel's Office
Missouri Department of Revenue
301 W. High Street, Room 670
Jefferson City, MO 65105
(Missouri Department of Revenue)
*First Class Mail*

Barry W. Sawtelle, Esq
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
*First Class Mail*

Heather M. Forrest, Esq
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Counsel for Constellation NewEnergy - Gas Divsion, LLC
*First Class Mail*

IKON Financial Services
Attn: Maie Griner
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708
(IKON Financial Services)
*First Class Mail*

Rebecca McMahon, Esq
Central States Law Dept.
9377 West Higgins Road
Rosemont, IL 60018
(Central States Law Dept.)
*First Class Mail*

Bruce J. Ruzinsky, Esq
D. Elain Conway, Esq.
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
(Counsel for Constellation NewEnergy, Inc.)
*First Class Mail*

Robert B. Weiss, Esq
660 Woodward Avenue
Honingman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226
(General Motors)
*First Class Mail*

**SERVICE LIST**
**4/30/2010**

Duane D. Werb, Esq.
Julia B. Klein, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19899
(South Coast Air Quality Management District)
*Hand Delivery*

Kurt Wiese, Esq
District Prosecutor's Office
South Coast Air Quality Management District
21865 Copely Drive
Diamond Bar, CA 91765
South Coast Air Quality Management District
*First Class Mail*