# EXHIBIT A

## UPDATED PROJECTIONS

## PROJECTED FINANCIAL INFORMATION

**Projected Financial Information.**

The Debtors believe that the Plan meets the feasibility requirement set forth in Section 1129(a)(11) of the Bankruptcy Code, as confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan. In connection with the development of the Plan and for the purposes of determining whether the Plan satisfies this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources. The Debtors developed a business plan and prepared financial projections (the "Projections") for the period beginning July 1, 2010 through September 30, 2014 (the "Projection Period").

The Debtors prepared the Projections based upon, among other things, the anticipated future financial condition, results of operations, and tax attributes of the Debtors and the Reorganized Debtors. The Debtors do not, as a matter of course, publish their business plans or strategies, projections or anticipated financial position. Accordingly, the Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated business plans or projections to Holders of Claims or Interests or other parties in interest after the Confirmation Date.

In connection with the planning and development of the Plan, the Projections were prepared by the Debtors to present the anticipated impact of the Plan. The Projections assume that the Plan will be implemented in accordance with its stated terms. The Projections are based on forecasts of key economic variables and may be significantly impacted by, among other factors, changes in the economic and competitive environment, regulatory changes, and/or a variety of other factors, including those factors identified in the Plan and the Disclosure Statement. Accordingly, the estimates and assumptions underlying the Projections are inherently uncertain and are subject to significant business, economic, and competitive uncertainties. Therefore, such Projections, estimates, and assumptions are not necessarily indicative of current values or future performance, which may be significantly less or more favorable than set forth herein.

THE DEBTORS' MANAGEMENT DID NOT PREPARE THE PROJECTIONS TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS OR THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION. THE DEBTORS' INDEPENDENT ACCOUNTANTS HAVE NEITHER EXAMINED NOR COMPILED THE PROJECTIONS THAT ACCOMPANY THE DISCLOSURE STATEMENT AND, ACCORDINGLY, DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE PROJECTIONS, ASSUME NO RESPONSIBILITY FOR THE PROJECTIONS, AND DISCLAIM ANY ASSOCIATION WITH THE PROJECTIONS. EXCEPT FOR PURPOSES OF THE DISCLOSURE STATEMENT, THE DEBTORS DO NOT PUBLISH PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION OR RESULTS OF OPERATIONS.

MOREOVER, THE PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE "FORWARD-LOOKING STATEMENTS" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS, AND UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS, INCLUDING THE IMPLEMENTATION OF THE PLAN, THE CONTINUING AVAILABILITY OF SUFFICIENT BORROWING CAPACITY OR OTHER FINANCING TO FUND OPERATIONS, ACHIEVING OPERATING EFFICIENCIES, MAINTAINING GOOD EMPLOYEE RELATIONS, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENTAL BODIES, NATURAL DISASTERS AND UNUSUAL WEATHER CONDITIONS, ACTS OF TERRORISM OR WAR, INDUSTRY-SPECIFIC RISK FACTORS (AS DETAILED IN ARTICLE X OF THE DISCLOSURE STATEMENT ENTITLED "RISK FACTORS"), AND OTHER ECONOMIC, MARKET AND COMPETITIVE CONDITIONS. HOLDERS OF CLAIMS AND INTERESTS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS SPEAK AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE. ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS, AND THE DEBTORS UNDERTAKE NO OBLIGATION TO UPDATE ANY SUCH STATEMENTS.

THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET, AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE REORGANIZED DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE, OR ARE MADE, AS TO THE ACCURACY OF THE PROJECTIONS OR TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL BE INCORRECT. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE DEBTORS PREPARED THE PROJECTIONS MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. THE DEBTORS AND THE REORGANIZED DEBTORS, AS APPLICABLE, DO NOT INTEND AND UNDERTAKE NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THE DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS AND SHOULD CONSULT WITH THEIR OWN ADVISORS.

The Projections should be read in conjunction with the assumptions, qualifications, and explanations set forth in the Disclosure Statement and the Plan in their entirety, and the historical consolidated financial statements (including the notes and schedules thereto) and other financial information set forth in NEI's Annual Report on Form 10-K for the fiscal year ended September 30, 2009 (a copy of which is attached to the Disclosure Statement as Exhibit F) and other NEI reports to the SEC filed prior to the Bankruptcy Court's approval of the Disclosure Statement. These filings are available by visiting the SEC's website at http://www.sec.gov or the Debtors' website at http://www.nfco.com. The Projections were prepared in good faith based upon assumptions believed to be reasonable and applied in a manner consistent with past practice.

*Key Assumptions*

**A.    General**

1. *Methodology*: The Projections are presented in a consolidated manner and include the financial performance of all Debtor entities. The Projections incorporate management's assumptions and initiatives, including the anticipated impact of new products, projected customer trends and cost savings initiatives. The Projections have been prepared by management and have not been reviewed or audited by an outside accounting firm. No assumption has been made with respect to fresh start accounting. The FY2010 projections include actual results through February 2010 and projected results through the remainder of the fiscal year 2010.

2. *Plan Consummation*: The operating assumptions assume that the Plan will be confirmed and become effective on or about June 30, 2010. Although the Debtors will endeavor to cause the Effective Date to occur as soon as practicable, there can be no assurance as to when, or whether, the Effective Date will actually occur. Any significant change in the assumed Effective Date of the Plan may materially impact the Debtors' ability to achieve the Projections.

3. *General Market Conditions*: The Projections take into account the current market environment in which the Debtors operate and assume a general improvement in macroeconomic trends beginning in the second half of fiscal year 2010.

4. *Tax Considerations*: Tax estimates are based on the preliminary results of the Debtors' tax analysis that assumes the Debtors' existing corporate structure remains unchanged. The Debtors are considering certain internal transactions to simplify their corporate structure and, to the extent any such internal transactions are pursued, the Debtors will provide a summary of such internal transactions in the Plan Supplement.

## Pro Forma Emergence Consolidated Balance Sheet

Below is a reconciliation of the pre-emergence consolidated balance sheet to the post-emergence consolidated balance sheet, taking into account the commencement of the Chapter 11 Cases on February 3, 2010 and assuming that the Plan is confirmed and becomes effective on or about June 30, 2010.

Pro Forma Emergence Consolidated Balance Sheet
*($ in thousands)*

|  | 6/30/2010 Pre-Closing | Adjustments | 6/30/2010 Post-Closing |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash | -- | -- | -- |
| Accounts receivable - net | 64,068 | -- | 64,068 |
| Inventories | 49,543 | -- | 49,543 |
| Deferred expenses | 3,178 | -- | 3,178 |
| Current assets | $116,789 | -- | $116,789 |
| Property, plant & equipment | $228,241 | -- | $228,241 |
| Accumulated depreciation | (87,541) | -- | (87,541) |
| Net PP&E | $140,700 | -- | $140,700 |
| Net intangibles | 34,392 | -- | 34,392 |
| Net deferred financing costs | 2,238 | -- | 2,238 |
| Other assets | 8,762 | -- | 8,762 |
| **Total assets** | **$302,881** | -- | **$302,881** |
| **Liabilities and equity** | | | |
| Current portion of long-term debt | $216 | -- | $216 |
| Revolver [1] | 42,217 | 5,335 | 47,552 |
| Accounts payable | 22,578 | -- | 22,578 |
| Accrued wages & benefits | 9,051 | -- | 9,051 |
| Accrued interest | 98 | -- | 98 |
| Other accruals | 6,504 | -- | 6,504 |
| Income taxes payable | (863) | -- | (863) |
| Current liabilities | $79,801 | $5,335 | $85,136 |
| Exit Term Loan Facility [2] | 50,000 | -- | 50,000 |
| New Secured Notes [3] | -- | 50,000 | 50,000 |
| 9.5% Secured Notes [3] | 237,469 | (237,469) | -- |
| 12.5% Subordinated Notes [4] | 88,681 | (88,681) | -- |
| Capital lease obligations | 1,279 | -- | 1,279 |
| Other liabilities | 46,451 | -- | 46,451 |
| Total liabilities | $503,681 | ($270,814) | $232,866 |
| Shareholders' equity | (200,800) | 270,814 | 70,015 |
| **Total liabilities and equity** | **$302,881** | -- | **$302,881** |

Notes:
(1) Closing adjustments include payment of completion fees, financing and other estimated fees
(2) Assumes fully drawn $50.0 million DIP Term Loan Facility would roll into the new $50.0 million Exit Term Loan Facility
(3) $50.0 million of New Secured Notes and 97% of New Common Stock are issued in exchange for the $237.5 million of 9.5% Secured Notes
(4) 12.5% Subordinated Noteholders receive 3% of New Common Stock

## Projected Consolidated Balance Sheets (Unaudited)

Below are management's projections of the consolidated financial positions (exclusive of any adjustments that may be necessary as a resulting of applying "fresh start accounting" upon emergence) as of the end of each fiscal year ending September 30, 2010 through 2014.

**Consolidated Balance Sheet**
*($ in thousands)*
September 30,

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---:|---:|---:|---:|---:|
| **Assets** | | | | | |
| Cash | -- | $0 | ($0) | ($0) | ($0) |
| Accounts receivable - net | 66,550 | 78,208 | 83,628 | 88,328 | 94,441 |
| Inventories | 47,975 | 49,525 | 50,295 | 52,763 | 55,425 |
| Deferred expenses | 3,041 | 3,188 | 3,459 | 3,580 | 3,652 |
| Deferred income taxes | 2,588 | (13,503) | 2,588 | 2,588 | 2,588 |
| Current assets | $120,154 | $117,418 | $139,970 | $147,259 | $156,106 |
| Property, plant & equipment | $235,411 | $256,149 | $273,699 | $290,919 | $309,719 |
| Accumulated depreciation | (91,585) | (108,054) | (125,433) | (143,462) | (163,301) |
| Net PP&E | $143,826 | $148,095 | $148,266 | $147,457 | $146,418 |
| Net intangibles | 32,617 | 25,512 | 18,407 | 11,302 | 4,197 |
| Net deferred financing costs | 2,238 | 2,238 | 2,238 | 2,238 | 2,238 |
| Other assets | 9,015 | 13,964 | 17,894 | 21,231 | 24,374 |
| **Total assets** | **$307,850** | **$307,227** | **$326,775** | **$329,487** | **$333,333** |
| **Liabilities and equity** | | | | | |
| Current portion of long-term debt | $216 | $216 | $216 | $216 | $216 |
| Revolver note payable | 52,549 | 43,017 | 50,417 | 33,526 | 13,136 |
| Accounts payable | 12,530 | 25,544 | 27,142 | 28,911 | 31,270 |
| Accrued wages & benefits | 9,176 | 10,048 | 10,702 | 11,024 | 11,194 |
| Accrued interest | 1,973 | 2,052 | 2,052 | 2,052 | 2,052 |
| Other accruals | 6,121 | 4,868 | 4,465 | 4,558 | 4,654 |
| Current liabilities | $82,565 | $85,745 | $94,993 | $80,287 | $62,521 |
| Exit Term Loan Facility | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| New Secured Notes | 50,000 | 52,083 | 52,083 | 52,083 | 52,083 |
| Capital lease obligations | 1,279 | 1,039 | 799 | 559 | 319 |
| Other liabilities | 45,862 | 46,850 | 47,510 | 47,723 | 47,976 |
| **Total liabilities** | **$229,706** | **$235,717** | **$245,386** | **$230,652** | **$212,899** |
| Shareholders' equity | 78,144 | 71,510 | 81,389 | 98,835 | 120,434 |
| **Total liabilities and equity** | **$307,850** | **$307,227** | **$326,775** | **$329,487** | **$333,333** |

## Key Assumptions

(a) *Accounts Receivable* – Accounts Receivable forecast is based on estimated days sales outstanding and seasonal adjustments based on historical collection experience. Accounts Receivable balances generally fluctuate proportionately to the level of revenue.

(b) *Inventory* – During the Projection Period, the Company projects improved inventory levels and associated inventory turns due to the Company's ongoing inventory management efforts including changes to customer mix and flexibility associated with the full implementation of the Kunkel-Wagner ("KW") mold line at Neenah.

(c) *Net Property, Plant & Equipment* – Net Property, Plant & Equipment forecast is based on forecasted levels of capital expenditures, historical depreciation methods and estimated useful life of assets.

(d) *Accounts Payable* – Accounts Payable forecast is based on estimated days payables outstanding and historical experience. Accounts Payable balances generally fluctuate proportionately to the level of production.

(e) *Debt* – Debt balance assumes a $110 million asset-based revolving credit facility of which approximately $48 million is drawn on the Effective Date, $50 million of Exit Term Loan Facility, $50 million of New Secured Notes and approximately $1 million of other debt.

## Projected Consolidated Income Statements (Unaudited)

Below is management's projection of consolidated income for the fiscal years 2010 through 2014.

**Consolidated Income Statement**
*($ in thousands)*

| FY Ending September 30, | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Net sales | $343,677 | $437,913 | $474,708 | $508,065 | $545,434 |
| Cost of sales | (307,723) | (376,956) | (400,406) | (420,755) | (449,991) |
| Gross margin | $35,954 | $60,957 | $74,302 | $87,311 | $95,444 |
| *% gross margin* | *10.5%* | *13.9%* | *15.7%* | *17.2%* | *17.5%* |
| Selling, general & administrative | ($26,171) | ($27,347) | ($29,137) | ($29,874) | ($31,599) |
| Amortization | (7,094) | (7,105) | (7,105) | (7,105) | (7,106) |
| Other income / (expense) | (267) | (14) | -- | -- | -- |
| Total operating expenses | ($33,532) | ($34,466) | ($36,242) | ($36,979) | ($38,705) |
| **Operating income (EBIT)** | **$2,422** | **$26,491** | **$38,060** | **$50,332** | **$56,739** |
| Restructuring and other expenses | (16,396) | -- | -- | -- | -- |
| Interest income / (expense) | (19,417) | (17,034) | (17,869) | (18,126) | (17,187) |
| Taxes | 4,229 | (16,091) | (10,311) | (14,760) | (17,953) |
| **Net income** | **($29,162)** | **($6,634)** | **$9,879** | **$17,445** | **$21,599** |

For purposes of comparison, the Company has prepared a schedule of Adjusted EBITDAR that normalizes Earnings before Interest, Taxes, Depreciation, and Amortization ("EBITDA") to exclude the impact of one-time events and restructuring expenses. Below is management's projection of Adjusted EBITDAR for the fiscal years 2010 through 2014.

**Reconciliation of Adjusted EBITDAR**
($ in thousands)

| FY Ending September 30, | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Net Income | ($29,162) | ($6,634) | $9,879 | $17,445 | $21,599 |
| Taxes | (4,229) | 16,091 | 10,311 | 14,760 | 17,953 |
| Interest income / (expense) | 19,417 | 17,034 | 17,869 | 18,126 | 17,187 |
| Depreciation and amortization | 23,141 | 23,574 | 24,484 | 25,134 | 26,944 |
| Restructuring and other expenses | 16,396 | -- | -- | -- | -- |
| Shutdown costs | 68 | -- | -- | -- | -- |
| Non-recurring environmental costs | 1,520 | 1,920 | -- | -- | -- |
| Disc. operations winddown costs | 2,497 | -- | -- | -- | -- |
| Asset dispositions | (583) | -- | -- | -- | -- |
| **Adjusted EBITDAR** | **$29,065** | **$51,985** | **$62,544** | **$75,466** | **$83,683** |

**Key Assumptions**

(a) *Sales* – The Company's sales are projected to grow at a compound annual growth rate of 12.2% during the Projection Period. This growth is due to both organic growth from existing products as well as new product introductions in the municipal and industrial sectors. The Projections assume a general rebound in the heavy truck and agriculture sectors will fuel the growth behind its industrial sales forecast, and an improving municipal economic environment coupled with funds from the government stimulus plan will help grow the Company's municipal sales.

(b) *Cost of Sales* – The Company's cost of sales is projected to improve from approximately 90% of revenue to approximately 83% of revenue throughout the Projection Period. This improvement is due to more effective purchasing and cost efficiencies associated with increased levels of plant utilization. The Projections assume that the Company would pass through any significant raw material price increases.

(c) *Selling, General and Administrative ("SG&A") Expenses* – SG&A expenses include, among other things, salaries, wages, commissions, benefits, corporate overhead, rent, leases, marketing and other activities. SG&A expenses are projected to decline from approximately 8% of revenue in fiscal year 2010 to approximately 6% of revenue in fiscal year 2014. This decrease is primarily due to the improved operating leverage of the business associated with the increased levels of plant utilization.

(d) *Depreciation and Amortization* – Consolidated depreciation and amortization of intangibles is forecasted to remain relatively constant throughout the Projection Period as capital spending remains relatively stable and no major sales or acquisitions of business units or product lines are forecasted. As previously noted, these projections do not include the

impact of fresh start accounting which could result in significant adjustments to property, plant and equipment and intangible asset values which in turn could result in significant changes in depreciation and amortization expenses.

## Projected Consolidated Statement of Cash Flows (Unaudited)

Below is management's projection of consolidated cash flow for the fiscal years 2010 through 2014.

**Consolidated Statement of Cash Flows**
*($ in thousands)*

| FY Ending September 30, | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| **Operating activities** | | | | | |
| Net income | ($29,162) | ($6,634) | $9,879 | $17,445 | $21,599 |
| Depreciation | 16,041 | 16,469 | 17,379 | 18,029 | 19,839 |
| Amortization of intangibles / deferred fin. costs | 7,405 | 7,105 | 7,105 | 7,105 | 7,105 |
| Adjustments from gains / write-offs | (6,033) | -- | -- | -- | -- |
| (Increase) / decrease in: | | | | | |
| Accounts receivable | (18,742) | (11,658) | (5,420) | (4,700) | (6,113) |
| Inventories | (2,544) | (1,550) | (770) | (2,468) | (2,662) |
| Deferred expenses | 168 | (147) | (271) | (121) | (72) |
| Other assets | (3,340) | (4,949) | (3,930) | (3,337) | (3,143) |
| Increase / (decrease) in: | | | | | |
| Accounts payable | (3,832) | 13,014 | 1,598 | 1,769 | 2,359 |
| Accrued liabilities | 722 | (381) | 251 | 415 | 266 |
| Accrued interest | (6,024) | 78 | -- | -- | -- |
| Other liabilities | (194) | 988 | 660 | 213 | 253 |
| Accrued income taxes | (2,572) | 16,091 | (16,091) | -- | -- |
| **Cash from operating activities** | **($48,107)** | **$28,426** | **$10,390** | **$34,350** | **$39,431** |
| **Investing activities** | | | | | |
| Purchase of PP&E | ($17,711) | ($20,738) | ($17,550) | ($17,220) | ($18,800) |
| Proceeds from sale of assets | -- | -- | -- | -- | -- |
| **Cash from investing activities** | **($17,711)** | **($20,738)** | **($17,550)** | **($17,220)** | **($18,800)** |
| **Financing activities** | | | | | |
| Proceeds/(payments) of current portion of LT debt | $158 | -- | -- | -- | -- |
| Proceeds/(payments) of revolver | (2,590) | (9,532) | 7,400 | (16,890) | (20,391) |
| Proceeds/(payments) of Exit Term Loan Facility | 50,000 | -- | -- | -- | -- |
| Proceeds/(payments) of New Secured Notes | 50,000 | 2,083 | -- | -- | -- |
| Exchange of 9.5% Secured Notes | (225,000) | -- | -- | -- | -- |
| Exchange of 12.5% Subordinated Notes | (82,654) | -- | -- | -- | -- |
| New Common Stock | 276,149 | -- | -- | -- | -- |
| Proceeds/(payments) of capital leases | (245) | (240) | (240) | (240) | (240) |
| **Cash from financing activities** | **$65,818** | **($7,688)** | **$7,160** | **($17,130)** | **($20,631)** |
| **Total cash flow** | -- | -- | -- | -- | -- |
| Beginning cash balance | -- | -- | -- | -- | -- |
| **Ending cash balance** | -- | -- | -- | -- | -- |

**Key Assumptions**

(a) *Working Capital* – Management will seek to continue to improve working capital as a result of its targeted efforts to release "trapped" cash in receivables, inventory, and payables throughout the Projection Period. Inventory increases assume an improved inventory turnover related mainly to the full implementation of the KW mold line at Neenah.

(b) *Capital Expenditures* – Between fiscal year 2010 and fiscal year 2014, the Debtors forecast consolidated capital expenditures of approximately $92 million, representing an average of $18 million per year during the five-year period. Maintenance capital expenditures are projected to remain consistent with the historical levels of approximately $11 million a year. The Debtors have made significant strategic capital investments in the last two years leading up to the bankruptcy (over $65 million) and expect to have lower levels of strategic capital investment of approximately $7 million a year during the Projection Period. The majority of strategic capital investment during the Projection Period would be related to adding additional functionality to the KW mold line, the automation of certain machining/finishing functions, and the expansion of its core production capabilities.