# EXHIBIT B

## COMPARISON OF PROJECTED FINANCIAL INFORMATION

## Comparison of Projected Consolidated Balance Sheets (Unaudited)

**Consolidated Balance Sheet Variance - Revised Less Original**
*($ in thousands)*
September 30,

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash | -- | $0 | ($0) | ($8,049) | ($37,138) |
| Accounts receivable - net | -- | -- | -- | -- | -- |
| Inventories | -- | -- | -- | -- | -- |
| Deferred expenses | -- | -- | -- | -- | -- |
| Deferred income taxes | -- | (17,737) | 905 | 2,749 | 2,409 |
| Current assets | -- | ($17,737) | $905 | ($5,300) | ($34,729) |
| Property, plant & equipment | -- | -- | -- | -- | -- |
| Accumulated depreciation | -- | -- | -- | -- | -- |
| Net PP&E | -- | -- | -- | -- | -- |
| Net intangibles | -- | -- | -- | -- | -- |
| Net deferred financing costs | -- | -- | -- | -- | -- |
| Other assets | -- | -- | -- | -- | -- |
| **Total assets** | -- | ($17,737) | $905 | ($5,300) | ($34,729) |
| **Liabilities and equity** | | | | | |
| Current portion of long-term debt | -- | -- | -- | -- | -- |
| Revolver note payable | -- | 3,063 | 30,079 | 33,526 | 13,136 |
| Accounts payable | -- | -- | -- | -- | -- |
| Accrued wages & benefits | -- | -- | -- | -- | -- |
| Accrued interest | -- | (114) | (114) | (114) | (114) |
| Other accruals | -- | -- | -- | -- | -- |
| Current liabilities | -- | $2,949 | $29,965 | $33,412 | $13,021 |
| Exit Term Loan Facility | -- | -- | -- | -- | -- |
| New Secured Notes | -- | (3,042) | (3,042) | (3,042) | (3,042) |
| Capital lease obligations | -- | -- | -- | -- | -- |
| Other liabilities | -- | -- | -- | -- | -- |
| **Total liabilities** | -- | ($93) | $26,923 | $30,371 | $9,980 |
| Shareholders' equity | -- | (17,644) | (26,018) | (35,671) | (44,709) |
| **Total liabilities and equity** | -- | ($17,737) | $905 | ($5,300) | ($34,729) |

## Comparison of Projected Consolidated Income Statements (Unaudited)

**Consolidated Income Statement Variance - Revised Less Original**

*($ in thousands)*

| FY Ending September 30, | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Net sales | -- | -- | -- | -- | -- |
| Cost of sales | -- | -- | -- | -- | -- |
| Gross margin | -- | -- | -- | -- | -- |
| *% gross margin* | -- | -- | -- | -- | -- |
| Selling, general & administrative | -- | -- | -- | -- | -- |
| Amortization | -- | -- | -- | -- | -- |
| Other income / (expense) | -- | -- | -- | -- | -- |
| Total operating expenses | -- | -- | -- | -- | -- |
| **Operating income (EBIT)** | -- | -- | -- | -- | -- |
| Restructuring and other expenses | -- | -- | -- | -- | -- |
| Interest income / (expense) | -- | 93 | (614) | (1,736) | (745) |
| Taxes | -- | (17,737) | (7,760) | (7,916) | (8,293) |
| **Net income** | -- | ($17,644) | ($8,374) | ($9,653) | ($9,038) |

**Reconciliation of Adjusted EBITDAR Variance - Revised Less Original**

*($ in thousands)*

| FY Ending September 30, | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| **Net Income** | -- | ($17,644) | ($8,374) | ($9,653) | ($9,038) |
| Taxes | -- | 17,737 | 7,760 | 7,916 | 8,293 |
| Interest income / (expense) | -- | (93) | 614 | 1,736 | 745 |
| Depreciation and amortization | -- | -- | -- | -- | -- |
| Restructuring and other expenses | -- | -- | -- | -- | -- |
| Shutdown costs | -- | -- | -- | -- | -- |
| Non-recurring environmental costs | -- | -- | -- | -- | -- |
| Disc. operations winddown costs | -- | -- | -- | -- | -- |
| Asset dispositions | -- | -- | -- | -- | -- |
| **Adjusted EBITDAR** | -- | -- | -- | -- | -- |

## Comparison of Projected Consolidated Statement of Cash Flows (Unaudited)

**Consolidated Statement of Cash Flows Variance - Revised Less Original**
*($ in thousands)*

| FY Ending September 30, | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Operating activities | | | | | |
| Net income | -- | ($17,644) | ($8,374) | ($9,653) | ($9,038) |
| Depreciation | -- | -- | -- | -- | -- |
| Amortization of intangibles / deferred fin. costs | -- | -- | -- | -- | -- |
| Adjustments from gains / write-offs | -- | -- | -- | -- | -- |
| (Increase) / decrease in: | | | | | |
|   Accounts receivable | -- | -- | -- | -- | -- |
|   Inventories | -- | -- | -- | -- | -- |
|   Deferred expenses | -- | -- | -- | -- | -- |
|   Other assets | -- | -- | -- | -- | -- |
| Increase / (decrease) in: | | | | | |
|   Accounts payable | -- | -- | -- | -- | -- |
|   Accrued liabilities | -- | -- | -- | -- | -- |
|   Accrued interest | -- | (114) | -- | -- | -- |
|   Other liabilities | -- | -- | -- | -- | -- |
|   Accrued income taxes | -- | 17,737 | (18,642) | (1,844) | 340 |
| **Cash from operating activities** | -- | ($21) | ($27,016) | ($11,497) | ($8,698) |
| Investing activities | | | | | |
| Purchase of PP&E | -- | -- | -- | -- | -- |
| Proceeds from sale of assets | -- | -- | -- | -- | -- |
| **Cash from investing activities** | -- | -- | -- | -- | -- |
| Financing activities | | | | | |
| Proceeds/(payments) of current portion of LT debt | -- | -- | -- | -- | -- |
| Proceeds/(payments) of revolver | -- | 3,063 | 27,016 | 3,447 | (20,391) |
| Proceeds/(payments) of Exit Term Loan Facility | -- | -- | -- | -- | -- |
| Proceeds/(payments) of New Secured Notes | -- | (3,042) | -- | -- | -- |
| Exchange of 9.5% Secured Notes | -- | -- | -- | -- | -- |
| Exchange of 12.5% Subordinated Notes | -- | -- | -- | -- | -- |
| New Common Stock | -- | -- | -- | -- | -- |
| Proceeds/(payments) of capital leases | -- | -- | -- | -- | -- |
| **Cash from financing activities** | -- | $21 | $27,016 | $3,447 | ($20,391) |
| **Total cash flow** | -- | -- | -- | ($8,049) | ($29,089) |
| Beginning cash balance | -- | -- | -- | -- | (8,049) |
| Ending cash balance | -- | -- | -- | ($8,049) | ($37,138) |