# EXHIBIT C

YCST01:9623134.1

069152.1001

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Ref. Docket No. _____ |

### ORDER APPROVING MODIFICATIONS TO THE DISCLOSURE STATEMENT AND THE SOLICITATION PROCEDURES ORDER

Upon the Motion[2] of the above-captioned Debtors for an order (i) approving certain modifications to Exhibit D to the Disclosure Statement and (ii) amending the Solicitation Procedures Order to extend the Solicitation Commencement Date; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (c) notice of this Motion was sufficient under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

YCST01:9623134.1                                                                                                                    069152.1001

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Debtors are authorized and directed to replace the Projections that are attached to the Disclosure Statement as <u>Exhibit D</u> with the Updated Projections that are attached to the Motion as <u>Exhibit A</u>; and it is further

ORDERED, that the Debtors are authorized and directed to cause the appropriate Solicitation Packages and Non-Voting Packages to be distributed in accordance with the terms of the Solicitation Procedures Order by no later than May __, 2010; and it is further

ORDERED, that except as otherwise expressly modified pursuant to this Order, all of the procedures, deadlines and other provisions set forth in the Solicitation Procedures Order shall remain unchanged and in full force and effect; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       May ___, 2010

                                                    _____
                                                    Honorable Mary F. Walrath
                                                    United States Bankruptcy Judge