UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Hearing Date: N/A<br>Objection Deadline: N/A |

## MOTION PURSUANT TO LOCAL RULE 9006-1(e) FOR AN ORDER (I) SCHEDULING AN EXPEDITED HEARING ON THE MOTION OF THE DEBTORS FOR AN ORDER APPROVING CERTAIN MODIFICATIONS TO THE DISCLOSURE STATEMENT AND THE SOLICITATION PROCEDURES ORDER AND (II) SHORTENING THE TIME FOR NOTICE OF SUCH HEARING

The above-captioned debtors and debtors in possession (the "Debtors") hereby move this Court (the "Motion to Shorten") for entry of an order, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Procedure (the "Local Rules"), (i) scheduling an expedited hearing on the concurrently-filed Motion of the Debtors for an Order Approving Certain Modifications to the Disclosure Statement and the Solicitation Procedures Order (the "Motion")[2] and (ii) shortening the time for notice of such hearing. The Debtors respectfully request that the Court schedule a hearing to consider approval of the Motion on or before May 14, 2010, and that responses or objections to the relief requested therein be due no later than 12:00 p.m. (prevailing Eastern

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Unless otherwise defined herein, all capitalized terms have the meanings assigned to such terms in the Motion.

time) on the date that is one (1) business day prior to the hearing date for the Motion. In support of this Motion to Shorten, the Debtors respectfully state as follows:

1. On March 26, 2010, the Debtors filed the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (as subsequently amended, the "Plan") [Docket No. 180] and an initial version of the Disclosure Statement for the Plan (including all exhibits thereto and as amended April 16, 2010, April 23, 2010 and April 27, 2010, the "Disclosure Statement") [Docket Nos. 181, 298, 311 and 325]. On April 9, 2010, the Debtors filed the Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof (the "Solicitation Procedures Motion") [Docket No. 272], seeking this Court's approval of the Disclosure Statement and entry of the Solicitation Procedures Order.

2. On April 27, 2010, the Court entered the Solicitation Procedures Order [Docket No. 329]. Pursuant to the Solicitation Procedures Order, the Court approved the Disclosure Statement as containing "adequate information" within the meaning of section 1125 of the Bankruptcy Code, approved certain procedures for the solicitation of votes on the Plan, and scheduled a hearing for June 23, 2010 to consider confirmation of the Plan. The Solicitation Procedures Order requires the Debtors to cause the appropriate Solicitation Packages and Non-Voting Packages to be distributed no later than May 6, 2010 (the "Solicitation Commencement Date").

3. Pursuant to the Motion, which the Debtors have filed concurrently with this Motion to Shorten, the Debtors have requested entry of an order (i) authorizing the Debtors

to modify Exhibit D to the Disclosure Statement before the Disclosure Statement is distributed to creditors and other parties in interest and (ii) amending the Solicitation Procedures Order to extend the Solicitation Commencement Date until the date that is two (2) business days after the date on which the Motion is heard by the Court (the "Amended Solicitation Commencement Date"). As more fully set forth in the Motion, the Debtors seek the authority to replace the existing Exhibit D to the Disclosure Statement with Updated Projections while maintaining the solicitation and confirmation timeline set forth in the Solicitation Procedures Order.

4. Pursuant to Local Rule 9006-1(e), the notice period for a motion may be shortened by order of the Court upon written motion "specifying the exigencies supporting shortened notice." Del. Bankr. L.R. 9006-1(e). The Debtors submit that sufficient cause exists to justify shortening the notice period for the hearing on the Motion. Because the Debtors are seeking to modify Exhibit D to the Disclosure Statement before the Disclosure Statement is distributed to creditors and other parties in interest, the Debtors will be unable to distribute the appropriate Solicitation Packages and Non-Voting Packages by the Solicitation Commencement Date. However, if the Motion is approved on or before May 14, 2010, the Debtors will be able to preserve the existing solicitation and confirmation timeline in the Solicitation Procedures Order while complying with all of the notice requirements of Bankruptcy Rules 2002(b) and 3017(d). It is therefore necessary for the Motion to be considered on shortened notice so that the Debtors are able to maintain the current confirmation and emergence timeline.

5. Prior to filing this Motion to Shorten, the Debtors shared a draft of the Motion with counsel for the Committee, counsel for the U.S. Trustee, counsel for the Ad Hoc Committee of Secured Noteholders, and counsel for the Subordinated Noteholders. Each of these parties has indicated that they either have no opposition to the relief requested in the

Motion or have given their affirmative support for such relief.

6. Accordingly, the Debtors respectfully request that the Court permit the relief requested in the Motion to be considered at a hearing held on or before May 14, 2010. The Debtors further request that responses or objections to the relief requested in the Motion be filed and served on the Debtors by 12:00 p.m. (prevailing Eastern time) on the date that is one (1) business day prior to the hearing date on the Motion.

7. To ensure that all parties receive notice of this Motion to Shorten and the Motion as soon as possible, the Debtors shall serve this Motion to Shorten, the Motion, and any order granting the relief requested in this Motion to Shorten and the Motion via overnight or hand delivery on: (i) counsel to the U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the administrative agent for the Debtors' prepetition secured lenders; (iv) counsel to the agents for the Debtors' post-petition lenders; (v) counsel to the Ad Hoc Committee of Secured Noteholders; (vi) counsel to the Subordinated Noteholders; and (vii) those parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b).

WHEREFORE, the Debtors respectfully request the entry of an order, in substantially the form attached hereto as Exhibit A, (i) granting the relief requested in this Motion to Shorten and (ii) granting such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
May 6, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION