**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | : CASE NO. 10-10360 MFW |
| | : |
| NEENAH ENTERPRISES, INC., | : CHAPTER 11 |
| ET AL. | : JOINTLY ADMINISTERED |
| | : |
| Debtors, | : |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY**
**AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), the undersigned is appearing on behalf of Wells Fargo Equipment Finance, Inc., a creditor of the Debtor and a party in interest in this case.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix System and that all notices, given or required to be given and all documents, served or required to be served, in this case be given to and electronically or via mail service served upon:

> Robert T. Aulgur, Jr. (No. 165)
> Kristi J. Doughty (No. 3826)
> 651 N. Broad Street, Ste. 206
> Middletown, DE 19709
> (302) 378-1661

> WHITTINGTON & AULGUR
>
> /s/ Kristi J. Doughty
> Robert T. Aulgur, Jr. (No. 165)
> Kristi J. Doughty (No. 3826)
> 651 N. Broad Street, Ste. 206
> Middletown, DE 19709
> (302) 378-1661
> Attorneys for Wells Fargo Equipment Finance, Inc.

Date: May 10, 2010