**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | : CASE NO. 10-10360 MFW |
| | : |
| NEENAH ENTERPRISES, INC., | : CHAPTER 11 |
| ET AL. | : JOINTLY ADMINISTERED |
| | : |
| Debtors, | : |

**CERTIFICATE OF SERVICE**

     I, KRISTI J. DOUGHTY, hereby certify this 10th day of May, A.D. 2010 that one true copy of the **Entry of Appearance** was delivered via electronic service and first class mail upon the following:

Neenah Enterprises, Inc.
2121 Brooks Avenue
Neenah, WI 54957

Barry W. Sawtelle
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610
*Attorney for the Debtors*

Donald J. Bowman, Jr.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801
*Attorney for Debtors*

Donald J. Detweiler
Greenberg Traurig, LLP
1007 North Orange Street
The Nemours Building
Wilmington, DE  19801
*Attorney for the Official Committee of Unsecured Creditors*

U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801

                                                /s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
P.O. Box 617
Odessa, DE 19730-0617
Attorneys for Wells Fargo Equipment Finance , Inc.