# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,2 | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Related Docket No. 171 |

## ORDER AUTHORIZING RETENTION OF
## MORRISANDERSON & ASSOCIATES, LTD. AS FINANCIAL ADVISORS
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "**Application**") of the Official Committee of Unsecured

Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors"), for an order pursuant to section 1103 of chapter 11 of title 11 of the

United States Code (the "**Bankruptcy Code**"), authorizing them to retain MorrisAnderson &

Associates, Ltd. ("**MA&A**") as its financial advisors; and upon the Affidavit of Dan Dooley in

support of the Application; and due and adequate notice of the Application having been given;

and it appearing that no other notice need be given; and it appearing that MA&A is not

representing any adverse interest in connection with these cases; and it appearing that the relief

requested in the Application is in the best interest of the Committee; after due deliberation and

sufficient cause appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

---

2       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry") (7913); Neenah
Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc.
(7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton
Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton
Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079);
Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining
Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks
Avenue, Neenah, WI 54957.

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain MA&A as of February 23, 2010 as their financial advisors on the terms set forth in the Application; and it is further

ORDERED that MA&A shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Date: ___April 5___, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd
February and March 2010
Exhibit B
Time Record Summary

| Work Code | Code Description | Total Hours February | Total Hours March | Total Hours February & March |
|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 2.2 | 49.8 | 52.0 |
| 2 | Committee Meetings & Preparation | 7.0 | 40.6 | 47.6 |
| 4 | Cash Flow & DIP Budget | 32.2 | 110.6 | 142.8 |
| 5 | Prepetition Lenders, DIP financing | 0.8 | - | 0.8 |
| 9 | Accounting Issues, Financial Statement review | 0.5 | 5.5 | 6.0 |
| 10 | Plan of Reorganization and Court Filings | 9.0 | 33.2 | 42.2 |
| 11 | Firm Retention and Fees | - | 6.3 | 6.3 |
| Total | Total Hours for The Month of February and March 2010 | 51.7 | 246.0 | 297.7 |

February 2010
Exhibit B
Time Record Summary

| Work Code | Code Description | Dan Dooley | D'Andre Davis | Bernadette Barron | Total Hours February |
|---|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 0 | 2.2 | 0 | 2.2 |
| 2 | Committee Meetings & Preparation | 4.5 | 1.5 | 1 | 7 |
| 3 | Court & Preparation | 0 | 0 | 0 | 0 |
| 4 | Cash Flow & DIP Budget | 1.5 | 21.2 | 9.5 | 32.2 |
| 5 | Prepetition Lenders, DIP financing | 0 | 0.8 | 0 | 0.8 |
| 6 | Asset Sale | 0 | 0 | 0 | 0 |
| 7 | Tax Issues | 0 | 0 | 0 | 0 |
| 8 | Unsecured Claims, Critical vendors, etc. | 0 | 0 | 0 | 0 |
| 9 | Accounting Issues, Financial Statement review | 0 | 0 | 0.5 | 0.5 |
| 10 | Plan of Reorganization and Court Filings | 0 | 0 | 9 | 9 |
| 11 | Firm Retention and Fees | 0 | 0 | 0 | 0 |
| Total | Total Hours for The Month of February 2010 | 6.0 | 25.7 | 20.0 | 51.7 |

March 2010
Exhibit B
Time Record Summary

| Work Code | Code Description | Dan Dooley | D'Andre Davis | Bernadette Barron | Total Hours March |
|---|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 16 | 17.8 | 16 | 49.8 |
| 2 | Committee Meetings & Preparation | 16.2 | 19.9 | 4.5 | 40.6 |
| 3 | Court & Preparation | 0 | 0 | 0 | 0 |
| 4 | Cash Flow & DIP Budget | 5.3 | 65.6 | 39.7 | 110.6 |
| 5 | Prepetition Lenders, DIP financing | 0 | 0 | 0 | 0 |
| 6 | Asset Sale | 0 | 0 | 0 | 0 |
| 7 | Tax Issues | 0 | 0 | 0 | 0 |
| 8 | Unsecured Claims, Critical vendors, etc. | 0 | 0 | 0 | 0 |
| 9 | Accounting Issues, Financial Statement review | 0.5 | 3.7 | 1.3 | 5.5 |
| 10 | Plan of Reorganization and Court Filings | 1 | 12.7 | 19.5 | 33.2 |
| 11 | Firm Retention and Fees | 1 | 5.3 | | 6.3 |
| Total | Total Hours for The Month of March 2010 | 40.0 | 125.0 | 81.0 | 246.0 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - D'Andre Davis

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|------|-----------|-----------|------|------|----------------|
| 2/24/2010 | DND | 4 | 0.3 | Review company situation with MA&A Team | 0.30 |
| 2/24/2010 | DND | 4 | 0.5 | Follow up with Bernadette Barron | 0.80 |
| 2/24/2010 | DND | 4 | 1.8 | Review background info on company via internet research | 2.60 |
| 2/24/2010 | DND | 4 | 1.9 | Review of materials provided by counsel other background info on company and bk case | 4.50 |
| 2/24/2010 | DND | 4 | 1.9 | Prepare historical financials | 6.40 |
| 2/24/2010 | DND | 1 | 0.4 | Prepare for and participate on call with Huron - Rich Caruso | 6.80 |
| 2/24/2010 | DND | 4 | 0.9 | Prepare MA&A version of DIP budget | 7.70 |
| 2/24/2010 | DND | 4 | 1.1 | Prepare quarterly historical financials | 8.80 |
| | | | | | |
| 2/25/2010 | DND | 4 | 0.1 | Coordination with Bernadette | 0.10 |
| 2/25/2010 | DND | 4 | 0.1 | Coordination with Dooley | 0.20 |
| 2/25/2010 | DND | 4 | 0.9 | Review of materials distributed from Huron | 1.10 |
| 2/25/2010 | DND | 1 | 1.1 | Review of public filings | 2.20 |
| | | | | | |
| 2/26/2010 | DND | 1 | 0.7 | Review of Public Filings | 0.70 |
| 2/26/2010 | DND | 4 | 1.8 | Prepared Revised DIP Budget | 2.50 |
| 2/26/2010 | DND | 4 | 0.3 | Prepared revised quarterly and annual historical financials | 2.80 |
| 2/26/2010 | DND | 2 | 0.6 | Preparation and participation on call with Committee | 3.40 |
| 2/26/2010 | DND | 5 | 0.8 | Investigation of sr. secured note pricing | 4.20 |
| 2/26/2010 | DND | 4 | 0.8 | Review of Rothschild budget | 5.00 |
| 2/26/2010 | DND | 4 | 0.9 | Review of Actuals for three week period from Huron\ | 5.90 |
| 2/26/2010 | DND | 4 | 1.3 | Recreation of budgets in excel from PDF | 7.20 |
| 2/26/2010 | DND | 2 | 0.9 | Coordination with Bernadette for prep for calls | 8.10 |
| | | | | | |
| 2/27/2010 | DND | 4 | 1.9 | Preparation of Internally consistent financial statements for MAA version of monthly plan | 1.90 |
| 2/27/2010 | DND | 4 | 1.8 | Review of Rothschild and Actuals data from Huron | 3.70 |
| | | | | | |
| 2/28/2010 | DND | 4 | 2.9 | Preparation of Internally consistent financial statements for MAA version of monthly plan | 2.90 |
| | | | | | |
| 3/1/2010 | DND | 4 | 5.1 | Preparation of Internally consistent financial statements for MAA version of monthly plan | 5.10 |
| 3/1/2010 | DND | 4 | 1.2 | preparation and call with Bernadette Barron | 6.30 |
| 3/1/2010 | DND | 4 | 0.4 | Follow up call with B Barron | 6.70 |
| 3/1/2010 | DND | 2 | 0.9 | Prep and Call with Debtor Financial Advisors - Huron Consulting | 7.60 |
| | | | | | |
| 3/2/2010 | DND | 4 | 2.0 | Review of Models with B. Barron | 2.00 |
| 3/2/2010 | DND | 2 | 0.5 | Coordination with D Dooley and B Barron to prep with Call | 2.50 |
| 3/2/2010 | DND | 4 | 2.0 | Review of Models with B. Barron | 4.50 |
| 3/2/2010 | DND | 4 | 3.0 | Updated Model Assumptions/ Drivers | 7.50 |
| 3/2/2010 | DND | 2 | 1.1 | Prep for and participation of Conf Call with Committee | 8.60 |
| | | | | | |
| 3/3/2010 | DND | 4 | 2.2 | Updated model assumptions with B. Barron | 2.20 |
| 3/3/2010 | DND | 4 | 1.9 | Model Clean up and review of cap structure | 4.10 |
| 3/3/2010 | DND | 4 | 2.1 | Review of model assumptions and drivers with B. Barron | 6.20 |
| 3/3/2010 | DND | 11 | 0.3 | Coordination regarding Fee App recording | 6.50 |
| 3/3/2010 | DND | 4 | 0.9 | Coordination with B Barron on Committee Roles and strategy | 7.40 |
| 3/3/2010 | DND | 11 | 0.2 | Collection of Fee App format from MA&A colleague | 7.60 |
| | | | | | |
| 3/4/2010 | DND | 4 | 1.1 | Update model assumptions and drivers to tweak | 1.10 |
| 3/4/2010 | DND | 4 | 0.8 | Updated DIP model | 1.90 |
| | | | | | |
| 3/5/2010 | DND | 4 | 1.5 | Update DIP Budget for Week 4 actuals | 1.50 |
| 3/5/2010 | DND | 4 | 0.6 | Update model assumptions and drivers | 2.10 |
| | | | | | |
| 3/6/2010 | DND | 4 | 2.1 | Update model assumptions and drivers | 2.10 |
| | | | | | |
| 3/7/2010 | DND | 4 | 0.3 | Review of model assumptions | 0.30 |
| 3/7/2010 | DND | 11 | 1.1 | Time and Expense Management | 1.40 |
| 3/7/2010 | DND | 4 | 0.3 | Review of DIP Order Memo | 1.70 |
| | | | | | |
| 3/8/2010 | DND | 9 | 1.7 | Review of documents emailed from committee counsel | 1.70 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - D'Andre Davis

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|------|-----------|-----------|------|------|---------------|
| 3/9/2010 | DND | 2 | 1.1 | Preparation for and participation in Committee Call | 1.10 |
| 3/9/2010 | DND | 4 | 1.2 | Review of model changes with B. Barron | 2.30 |
| 3/9/2010 | DND | 4 | 1.8 | Update model for new assumptions | 4.10 |
| 3/10/2010 | DND | 1 | 1.1 | Site visit question review and development | 1.10 |
| 3/11/2010 | DND | 4 | 0.8 | Input of data for updated DIP budget from Huron | 0.80 |
| 3/12/2010 | DND | 4 | 1.8 | Input of data for updated DIP budget from Huron | 1.80 |
| 3/14/2010 | DND | 4 | 1.1 | Review of DIP Budget and Memo | 1.10 |
| 3/14/2010 | DND | 11 | 0.7 | Time and Expense Management | 1.80 |
| 3/15/2010 | DND | 1 | 1.2 | Preparation for meetings in Neenah, WI - printing documents | 1.20 |
| 3/15/2010 | DND | 4 | 2.3 | Review of financials with B. Barron | 3.50 |
| 3/16/2010 | DND | 1 | 7.5 | Site visit with Neenah Mgmt | 7.50 |
| 3/16/2010 | DND | 2 | 0.5 | Preparation for and participation in Committee Call | 8.00 |
| 3/17/2010 | DND | 1 | 8.0 | Site visit with Neenah Mgmt | 8.00 |
| 3/18/2010 | DND | 9 | 0.8 | Analysis of New data provided by Debtor FA-Huron | 0.80 |
| 3/18/2010 | DND | 11 | 0.5 | Time sheet mgmt | 1.30 |
| 3/19/2010 | DND | 2 | 1.9 | Compilation of Summary Charts | 1.90 |
| 3/19/2010 | DND | 9 | 1.2 | Analysis of New data provided by Debtor FA-Huron | 3.10 |
| 3/19/2010 | DND | 2 | 1.9 | Preparation of Summary of New data | 5.00 |
| 3/19/2010 | DND | 2 | 0.9 | Refinement of Summary Charts | 5.90 |
| 3/19/2010 | DND | 4 | 1.8 | Input of data for updated DIP budget from Huron | 7.70 |
| 3/21/2010 | DND | 11 | 1.2 | Time and Expense Management | 1.20 |
| 3/22/2010 | DND | 10 | 2.4 | Reading disclosure statement | 2.40 |
| 3/22/2010 | DND | 2 | 0.9 | Preparation of Claims and Interest Summary | 3.30 |
| 3/22/2010 | DND | 10 | 2.2 | Reading Plan or Reorganization | 5.50 |
| 3/22/2010 | DND | 2 | 1.9 | Preparation of Claims and Interest Summary | 7.40 |
| 3/22/2010 | DND | 2 | 2.4 | Preparation of Charts for UCC Call | 9.80 |
| 3/23/2010 | DND | 10 | 2.1 | Review of Disclosure Statement | 2.10 |
| 3/23/2010 | DND | 2 | 2.7 | Preparation and participation on call with Committee | 4.80 |
| 3/23/2010 | DND | 10 | 2.2 | Preparation of Claims and Interest Summary | 7.00 |
| 3/23/2010 | DND | 10 | 1.8 | Review of Plan of Reorg | 8.80 |
| 3/24/2010 | DND | 2 | 0.9 | Preparation of Claims and Interest Summary | 0.90 |
| 3/25/2010 | DND | 4 | 6.4 | Refinement of MAA Models and assumptions | 6.40 |
| 3/25/2010 | DND | 4 | 1.8 | Update for week 7 actuals in DIP Budget | 8.20 |
| 3/25/2010 | DND | 4 | 0.2 | Coordination with Brent Johnson regarding a/r | 8.40 |
| 3/25/2010 | DND | 4 | 0.6 | Coordination with Dan Dooley and B. Barron on model assumptions | 9.00 |
| 3/26/2010 | DND | 2 | 0.5 | Prep and participation for Call with Dooley and Barron | 0.50 |
| 3/26/2010 | DND | 4 | 4.7 | Update of MAA of models | 5.20 |
| 3/26/2010 | DND | 4 | 0.6 | Week 7 Variance Analysis | 5.80 |
| 3/27/2010 | DND | 10 | 0.3 | Pacer Research | 0.30 |
| 3/28/2010 | DND | 11 | 1.3 | Time and Expense Management | 1.30 |
| 3/29/2010 | DND | 10 | 0.9 | Pacer Research | 0.90 |
| 3/29/2010 | DND | 10 | 0.8 | Collection and MA&A dissemination of POR and Disclosure Statement | 1.70 |
| 3/29/2010 | DND | 4 | 1.3 | Preparation of DIP Financing Model Updates | 3.00 |
| 3/29/2010 | DND | 4 | 1.9 | Preparation of Variance Analysis | 4.90 |

**Neenah Enterprises, Inc.**
**MorrisAnderson & Associates, Ltd.**
**Exhibit B**
Time Record - D'Andre Davis

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|------|-----------|-----------|------|------|----------------|
| 3/30/2010 | DND | 4 | 1.3 | Preparation of Variance Analysis | 1.30 |
| 3/30/2010 | DND | 2 | 1.8 | Preparation and participation on call with Committee | 3.10 |
| 3/30/2010 | DND | 4 | 1.9 | Updated MA&A models | 5.00 |
| 3/30/2010 | DND | 4 | 1.3 | Preparation of Summary Chart for New Business and Organic Growth Scenarios | 6.30 |
| | | | | | |
| 3/31/2010 | DND | 4 | 5.1 | Create by-plant models | 5.10 |
| 3/31/2010 | DND | 4 | 0.2 | Confer with B. Barron | 5.30 |

**Neenah Enterprises, Inc.**
**MorrisAnderson & Associates, Ltd.**
**Exhibit B**
Time Record - Daniel F. Dooley

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|------|-----------|-----------|------|------|----------------|
| 2/24/2010 | DFD | 2 | 0.5 | Kick-off call w/ D. Detweiler and S. Cousins | 0.50 |
| 2/24/2010 | DFD | 4 | 0.5 | Briefing of case to B. Barron and D. Davis; send out case documents | 1.00 |
| 2/24/2010 | DFD | 2 | 0.5 | Call w/Huron team to establish initial contact and prepartion for call | 1.50 |
| 2/25/2010 | DFD | 4 | 0.5 | Review emails and scan documents supplied by Huron | 0.50 |
| 2/26/2010 | DFD | 4 | 0.5 | Call w/ B. Barron and review 3 weeks actual Financial Reports supplied by Huron | 0.50 |
| 2/26/2010 | DFD | 2 | 2.5 | Analysis and prepartion for Committee call | 3.00 |
| 2/26/2010 | DFD | 2 | 1.0 | Committee call and discussion w/ D. Detweiller afterwards | 4.00 |
| 3/1/2010 | DFD | 4 | 1.0 | Review data on DIP Budget. | 1.00 |
| 3/1/2010 | DFD | 4 | 0.5 | Prepare for DIP Budget call with Huron. | 1.50 |
| 3/1/2010 | DFD | 2 | 1.5 | Call with Huron on DIP Budget and team discussion afterward. | 3.00 |
| 3/2/2010 | DFD | 4 | 1.0 | Review team work product on sizing of DIP Budget and discuss with team. | 1.00 |
| 3/2/2010 | DFD | 2 | 0.5 | Call with S. Cousins before committee call and prepare comments on DIP budget. | 1.50 |
| 3/2/2010 | DFD | 2 | 1.0 | Weekly committee call and team discussion afterward. | 2.50 |
| 3/3/2010 | DFD | 4 | 0.8 | Review of data supplied by Huron. | 0.80 |
| 3/3/2010 | DFD | 2 | 0.2 | Call with D. Detweiller on MAA's comments on proposed DIP objections by UCC. | 1.00 |
| 3/4/2010 | DFD | 4 | 1.0 | Review weekly Financial performance and other Financial data provided by Huron. | 1.00 |
| 3/8/2010 | DFD | 2 | 3.0 | Review DIP document from Huron, calls with D. Detweiller and discussions with B. Barron. All on reasonableness of DIP Budget and DIP Interest Rates. | 3.00 |
| 3/9/2010 | DFD | 2 | 3.0 | Preparation for weekly committee call - Review weekly actuals and sales data, review contingency analysis if sales projections are too aggressive. | 3.00 |
| 3/9/2010 | DFD | 2 | 1.0 | Calls with D. Detweiller after call about next set of action items. | 4.00 |
| 3/11/2010 | DFD | 1 | 0.5 | Review plan for meeting with company next week and discuss with B. Barron. | 0.50 |
| 3/11/2010 | DFD | 4 | 0.5 | Review weekly actual report on financials, review B. Barron's summary of financials and forward to Committee Counsel. | 1.00 |
| 3/15/2010 | DFD | 2 | 0.5 | Call with B. Johnson of Huron and then D Detweiller discussing plan for 3/16-3/17 on-site meetings. | 0.50 |
| 3/16/2010 | DFD | 1 | 7.5 | Meetings and on-site work at Neenah Headquarters. | 7.50 |
| 3/16/2010 | DFD | 2 | 0.5 | Weekly Committee call and preparation for same. | 8.00 |
| 3/17/2010 | DFD | 1 | 8.0 | On-site meetings at Neenah continued and review of data provided. | 8.00 |
| 3/18/2010 | DFD | 11 | 1.0 | Review MAA Fee App. Data from attorneys and send back edited and signed documents. | 1.00 |
| 3/18/2010 | DFD | 4 | 0.5 | Neenah weekly reports from Huron. | 1.50 |
| 3/19/2010 | DFD | 2 | 0.5 | Review, sign and distribute Debtor Confidentiality Agreement. | 0.50 |
| 3/22/2010 | DFD | 2 | 1.0 | Prepare for committee via review of D. Davis Analysis. | 1.00 |
| 3/23/2010 | DFD | 2 | 1.0 | Weekly committee cal and pre-call preparation. | 1.00 |
| 3/23/2010 | DFD | 2 | 0.5 | Meeting with D. Detweiller and S. Cousins for case planning. | 1.50 |
| 3/25/2010 | DFD | 10 | 0.5 | Planning meeting on plan document review with B. Barron & D. Davis. | 0.50 |
| 3/26/2010 | DFD | 10 | 0.5 | Review Neenah plan of reorganization. | 0.50 |
| 3/26/2010 | DFD | 2 | 1.0 | Meetings with MAA team to review plan comments and call with D. Detweiller. | 1.50 |
| 3/26/2010 | DFD | 9 | 0.5 | Time reviewing documents received from Huron on financial performance. | 2.00 |
| 3/30/2010 | DFD | 2 | 1.0 | Preparation for weekly Committee call, review of D. Davis weekly analysis of DIP Budget performance and participate in weekly call with Committee. | 1.00 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - Bernadette Barron

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|------|-----------|-----------|------|------|----------------|
| 2/24/2010 | BMB | 4 | 0.5 | Meeting with D. Dooley & D. Davis to get started | 0.50 |
| 2/24/2010 | BMB | 4 | 0.5 | Meeting with D. Davis to discuss strategy | 1.00 |
| 2/24/2010 | BMB | 4 | 0.5 | Call with D. Dooley & Huron team to establish contact | 1.50 |
| 2/24/2010 | BMB | 10 | 6.0 | Review Debtor's files and reports | 7.50 |
| | | | | | |
| 2/25/2010 | BMB | 4 | 1.0 | Meeting with D. Davis to discuss strategy | 1.00 |
| 2/25/2010 | BMB | 10 | 3.0 | Review Debtor's files and reports | 4.00 |
| | | | | | |
| 2/26/2010 | BMB | 9 | 0.5 | Call with D. Dooley regarding financials | 0.50 |
| 2/26/2010 | BMB | 2 | 1.0 | Prepare for and participate on weekly Committee call | 1.50 |
| 2/26/2010 | BMB | 4 | 4.0 | Rothschild budget review | 5.50 |
| 2/26/2010 | BMB | 4 | 0.9 | Review financial data with D. Davis | 6.40 |
| 2/26/2010 | BMB | 4 | 2.1 | DIP budget review | 8.50 |
| | | | | | |
| 3/1/2010 | BMB | 4 | 1.5 | Call with Huron & D. Dooley re:  DIP budget and assumptions used | 1.50 |
| 3/1/2010 | BMB | 4 | 0.8 | Review financial data with D. Davis | 2.30 |
| 3/1/2010 | BMB | 4 | 0.4 | Review financial data with D. Davis | 2.70 |
| 3/1/2010 | BMB | 9 | 1.3 | Review financial data provided by Debtor | 4.00 |
| | | | | | |
| 3/2/2010 | BMB | 4 | 1.0 | Meeting with D. Dooley & D. Davis on the DIP budget | 1.00 |
| 3/2/2010 | BMB | 2 | 1.0 | Weekly Committee call and discussion with D. Dooley & D. Davis | 2.00 |
| 3/2/2010 | BMB | 4 | 2.5 | Review financial data with D. Davis | 4.50 |
| | | | | | |
| 3/3/2010 | BMB | 4 | 2.2 | Review financial data with D. Davis | 2.20 |
| 3/3/2010 | BMB | 4 | 2.1 | Review financial data with D. Davis | 4.30 |
| 3/3/2010 | BMB | 4 | 0.9 | Review financial data with D. Davis | 5.20 |
| 3/3/2010 | BMB | 4 | 1.3 | Review Huron's projections | 6.50 |
| | | | | | |
| 3/5/2010 | BMB | 4 | 6.0 | Analyze DIP and Rothschild budgets for lower sales | 6.00 |
| | | | | | |
| 3/8/2010 | BMB | 4 | 3.0 | Analyze DIP and Rothschild budgets for lower sales and DIP interest rates | 3.00 |
| 3/8/2010 | BMB | 4 | 1.5 | Discussions with D. Dooley regarding DIP budget and DIP interest rates | 4.50 |
| | | | | | |
| 3/9/2010 | BMB | 2 | 1.0 | Prepare for and participate on weekly Committee call | 1.00 |
| 3/9/2010 | BMB | 4 | 2.8 | Contingency analysis of lower sales volume from DIP budget | 3.80 |
| 3/9/2010 | BMB | 4 | 1.2 | Review financial data with D. Davis | 5.00 |
| | | | | | |
| 3/10/2010 | BMB | 4 | 1.0 | Summary of financial information provided by Huron | 1.00 |
| | | | | | |
| 3/11/2010 | BMB | 1 | 0.5 | Review with D. Dooley the meeting planned for Neenah headquarters | 0.50 |
| 3/11/2010 | BMB | 4 | 1.5 | Review current DIP projections | 2.00 |
| | | | | | |
| 3/15/2010 | BMB | 4 | 2.3 | Review financial data with D. Davis | 2.30 |
| 3/15/2010 | BMB | 4 | 1.7 | Review actual results and revised DIP projections | 4.00 |

**Neenah Enterprises, Inc.**
**MorrisAnderson & Associates, Ltd.**
**Exhibit B**
Time Record - Bernadette Barron

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|------|-----------|-----------|------|------|----------------|
| 3/16/2010 | BMB | 1 | 7.5 | Meetings at Neenah headquarters with Huron, employees, D. Dooley & D. Davis | 7.50 |
| 3/16/2010 | BMB | 2 | 0.5 | Prepare for and participate on weekly Committee call | 8.00 |
| | | | | | |
| 3/17/2010 | BMB | 1 | 8.0 | Meetings at Neenah headquarters with Huron, employees, D. Dooley & D. Davis | 8.00 |
| | | | | | |
| 3/23/2010 | BMB | 2 | 1.0 | Prepare for and participate on weekly Committee call | 1.00 |
| | | | | | |
| 3/25/2010 | BMB | 10 | 0.5 | Meeting with D. Dooley & D. Davis re:  document review | 0.50 |
| 3/25/2010 | BMB | 10 | 7.5 | Review Plan of Reorganization & Disclosure Statement | 8.00 |
| | | | | | |
| 3/26/2010 | BMB | 10 | 10.5 | Review Plan of Reorganization & Disclosure Statement, prepare comments | 10.50 |
| 3/26/2010 | BMB | 10 | 1.0 | Meeting with D. Dooley & call with D. Detweiller & D. Davis re:  Plan comments | 11.50 |
| | | | | | |
| 3/29/2010 | BMB | 4 | 2.5 | Review actual results and revised DIP projections, estimate potential sales volume | 2.50 |
| | | | | | |
| 3/30/2010 | BMB | 2 | 1.0 | Prepare for and participate on weekly Committee call | 1.00 |
| 3/30/2010 | BMB | 4 | 2.0 | Review actual results and revised DIP projections | 3.00 |
| | | | | | |
| 3/31/2010 | BMB | 4 | 1.5 | Review actual results and revised DIP projections, estimate potential sales volume | 1.50 |

# EXHIBIT C

MorrisAnderson & Associates, Ltd.
Neenah Enterprises, Inc, DIP
Exhibit C
Expense Breakdown for February 2010

| Consultant | Air | Lodging | B'fast | Lunch | Dinner | Car Rent/Gas | Parking/Tolls | Phone | Cab/Limo | Mileage | Postage | Supplies | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **D'Andre Davis:** | | | | | | | | | | | | | | |
| 24-Feb | - | - | - | 9.52 | - | - | 27.00 | - | - | - | - | - | 36.52 | Lunch at Sopraffina-Parking at Ict on Wells and Monroe while at MA&A office |
| 26-Feb | - | - | - | - | - | - | 27.00 | - | 7.00 | - | - | - | 34.00 | Parking at Wells and Monroe while at MA&A office |
| 27-Feb | 124.70 | - | - | - | - | - | - | - | - | - | - | - | 124.70 | Trip from MDW to ATL for Neenah. |
| **Total D'Andre Davis** | 124.70 | - | - | 9.52 | - | - | 54.00 | - | 7.00 | - | - | - | 195.22 | |
| **Grand Totals:** | $ 124.70 | $ - | $ - | $ 9.52 | $ - | $ - | $ 54.00 | $ - | $ 7.00 | $ - | $ - | $ - | $ 195.22 | |

MorrisAnderson & Associates, Ltd.
Neenah Enterprises, Inc. DIP
Exhibit C
Expense Breakdown for March 2010

| Consultant | Air | Lodging | B'Fast | Lunch | Dinner | Car Rent/Gas | Parking/Tolls | Phone | Cab/Limo | Mileage | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **D'Andre Davis:** | | | | | | | | | | | | |
| 1-Mar | 312.7 | - | - | - | - | - | - | - | - | - | 312.70 | Air to Chicago Office for meeting with B. Barron and D. Dooley |
| 2-Mar | - | - | 6.56 | - | 31.00 | - | - | - | - | - | 37.56 | Dinner at Pizeria Due-Breakfast at corner bakery |
| 3-Mar | - | - | 7.78 | - | 16.13 | - | - | - | - | - | 23.91 | Dinner at Weber Grill |
| 4-Mar | - | 475.00 | - | - | - | 272.52 | 174.00 | - | - | 22.30 | 943.82 | Auto Rental for four days-Hotel while on Biz at MA&A chicago office for Neenah-Hotel Parking while in Chicago for Neenah-ATL Airport Parking |
| 15-Mar | 242.70 | - | - | 7.00 | 30.00 | - | - | - | 36.00 | - | 315.70 | Air Tran Air to MDW from ATL for Neenah Trip with Dooley-Cab from MA&A office to ORD-Dinner at Gibsons - capped at 30 |
| 16-Mar | - | 100.63 | - | - | - | - | - | - | 15.00 | - | 115.63 | Cab from HEX to HErtz counter at ORD on morning of 3/16-Hotel at ORD HEX |
| | | | | | | | | | | | | Wingate for in Wisconsin -For 3 people, Davis/Dooley/Barron-89.63 each - Hub 51 dinner |
| 17-Mar | - | 268.89 | - | - | 26.00 | - | - | - | - | - | 294.89 | downtown chicago |
| 18-Mar | 421.7 | 171.8 | - | - | 5.74 | 499.6 | 81.00 | - | - | 22.30 | 1,202.14 | 406.70 plus 15 for FCM travel booking fee on air fare on AA-Rental for trip to Neenah, WI with Dooley and Barron-hilton garden inn downtown chicago-GP parking;Airport Parking |
| 25-Mar | 327.7 | - | - | - | 30.00 | - | - | - | - | - | 357.70 | Air on United to ORD from ATL for Neenah/Dinner at Sullivan's. Capped at $30. |
| 26-Mar | 677.70 | 111.85 | 6.56 | 7.92 | - | - | 28.00 | - | 55.30 | 22.30 | 909.63 | AA fare from ORD to ATL on 3/26/Cab to ORD from MAA Offices |
| **Total D'Andre Davis** | 1,982.50 | 1,128.17 | 20.90 | 14.92 | 138.87 | 772.12 | 283.00 | | 106.30 | 66.90 | 4,513.68 | |
| **Dan Dooley:** | | | | | | | | | | | | |
| 4-Mar | - | - | - | - | - | - | - | 4.64 | - | - | 4.64 | DFD-2/24 call |
| 9-Mar | 200.00 | - | - | - | - | - | - | - | - | - | 200.00 | Airfare Cancellation Fees- No need to be at 3/9 Court Hearing |
| 16-Mar | - | 89.63 | - | - | 69.82 | - | - | - | - | - | 159.45 | 2 days on-site at Neenah HQ. Dinner with B. Barron and D'Andre Davis- MAA |
| 17-Mar | - | - | - | 39.99 | - | - | - | - | - | - | 39.99 | Lunch with B. Barron and D. Davis- MAA |
| **Total Dan Dooley** | 200.00 | 89.63 | - | 39.99 | 69.82 | - | - | 4.64 | - | - | 404.08 | |
| **Bernadette Barron** | | | | | | | | | | | | |
| 28-Mar | - | - | - | - | - | - | - | - | 38.00 | - | 38.00 | Cab to O'Hare for Neenah meeting - 3/16/10 |
| **Total Bernadette Barron** | - | - | - | - | - | - | - | - | 38.00 | - | 38.00 | |
| **Grand Totals:** | $ 2,182.50 | $ 1,217.80 | $ 20.90 | $ 54.91 | $ 208.69 | $ 772.12 | $ 283.00 | $ 4.64 | $ 144.30 | $ 66.90 | $ 4,955.76 | |