| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| NEENAH ENTERPRISES, INC ET AL | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 10-10360 |
| Debtor | } Amount $46,306.28 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**INDUSTRIAL DISTRIBUTION GRP**
**PO BOX 674148**
**DETRIOT, MI 48267**

The transfer of your claim as shown above in the amount of **$46,306.28** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


      By/s/JEFFREY CARESS
      Liquidity Solutions Inc
      (201) 968-0001

219825

## TRANSFER NOTICE

INDUSTRIAL DISTRIBUTN GRP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Neenah Enterprises, Inc., et al. (the "Debtor"), in the aggregate amount of $46,306.28 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 10-10360.

IN WITNESS WHEREOF, Assignor has signed below as of the __21st__ day of __April__, 2010.

INDUSTRIAL DISTRIBUTN GRP                Liquidity Solutions, Inc.

_____          _____
(Signature)                               (Signature)

__Shelby Pierce__                         __GERALD JOSPITRE__
(Print Name)                              (Print Name)

C19825