# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                         :
                                                               :
Neenah Enterprises, Inc. et. al                                :
                                                               :   Chapter 11
                                                               :   Case No. 10-10360 (MFW)
                                                               :   (Jointly Administered)
                    Debtors.                                   :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Chanpreet Kondal, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 12, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 379] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Chanpreet Kondal
Chanpreet Kondal

Sworn to before me this 12th day of May, 2010
/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

JODI PUJOLS
Notary Public - State of New York
No. 01PU6175916
Qualified In Nassau County
My Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Industrial Distribution GRP
PO Box 674148
Detroit, MI 48267

**TRANSFEREE**
Liquidity Solutions, Inc
One University Plaza
Suite 312
Hackensack, NJ 07601