IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re: :
:
Neenah Enterprises, Inc. et. al :
: Chapter 11
: Case No. 10-10360 (MFW)
: (Jointly Administered)
:
Debtors. :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss
COUNTY OF SUFFOLK )

I, Chanpreet Kondal, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 12, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 381] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kondal
Chanpreet Kondal

Sworn to before me this 12th day of
May, 2010
/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

JODI PUJOLS
Notary Public - State of New York
No. 01PU6175916
Qualified In Nassau County
My Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR
Lincoln Electric System
PO Box 80869
Lincoln, NE 68501

### TRANSFEREE
Liquidity Solutions, Inc
One University Plaza
Suite 312
Hackensack, NJ 07601