**Exhibit A**

Ernst & Young LLP
3/1/2010 - 3/31/2010
Fee Detail

Exhibit A

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Call with Counsel to discuss filing and related matters | 24-Feb-2010 | 765.00 | 1.20 | 918.00 | Fee/Employment Applications |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of retention objection | 03-Mar-2010 | 765.00 | 0.30 | 229.50 | Fee/Employment Applications |
| Mcinerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of Statement of Work for compliance services | 03-Mar-2010 | 615.00 | 0.50 | 307.50 | Fee/Employment Applications |
| Mcinerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Electronic correspondence with legal counsel regarding updated Statement of Work for compliance services | 03-Mar-2010 | 615.00 | 0.40 | 246.00 | Fee/Employment Applications |
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Call with counsel about retention issues | 04-Mar-2010 | 765.00 | 1.00 | 765.00 | Fee/Employment Applications |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Electronic correspondence with Counsel and team regarding pending confirmations | 04-Mar-2010 | 190.00 | 0.90 | 171.00 | Fee/Employment Applications |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic communication of bankruptcy protocols to engagement teams | 05-Mar-2010 | 765.00 | 0.30 | 229.50 | Fee/Employment Applications |
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Discussion with Counsel regarding engagement and related petition matters | 09-Mar-2010 | 765.00 | 1.80 | 1,377.00 | Fee/Employment Applications |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Analyze case status and transmit update to team regarding same | 09-Mar-2010 | 190.00 | 0.30 | 57.00 | Fee/Employment Applications |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Research and follow-up on the need for restructuring statement of work and necessary fee estimates | 12-Mar-2010 | 765.00 | 0.40 | 306.00 | Fee/Employment Applications |
| Boyer,Kevin R. (US01346003) | Partner/Principal-Grade 1 (111) | Analysis of Statement of Work, fee estimate and next steps with N. Flagg and C. Mcinerny | 15-Mar-2010 | 765.00 | 0.50 | 382.50 | Fee/Employment Applications |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of Statement of Work, fee estimate and next steps with K. Boyer and C. Mcinerny | 15-Mar-2010 | 765.00 | 0.50 | 382.50 | Fee/Employment Applications |
| Mcinerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of Statement of Work, fee estimate and next steps with K. Boyer and N. Flagg | 15-Mar-2010 | 615.00 | 0.50 | 307.50 | Fee/Employment Applications |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic correspondence with Sidley, Debtor's Counsel, for bankruptcy process and procedure update | 16-Mar-2010 | 765.00 | 0.20 | 153.00 | Fee/Employment Applications |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic correspondence with C. Mcinerny regarding fee estimate for bankruptcy process and procedure work stream | 16-Mar-2010 | 765.00 | 0.40 | 306.00 | Fee/Employment Applications |
| Ingles,Beatrice (US011860300) | Senior Associate (65) | Analyze case status and transmit update to team regarding same | 16-Mar-2010 | 190.00 | 0.30 | 57.00 | Fee/Employment Applications |
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Discussions with legal counsel and team regarding tax compliance SOW and analysis of court filing documents | 17-Mar-2010 | 765.00 | 1.00 | 765.00 | Fee/Employment Applications |
| Leibman,Richard D (US01122043) | Executive Director-Grade 1 (131) | Analysis of procedures and documentation requirements related to bankruptcy | 22-Mar-2010 | 765.00 | 1.00 | 765.00 | Fee/Employment Applications |
| Mcinerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of bankruptcy billing procedures | 22-Mar-2010 | 615.00 | 0.40 | 246.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012664159) | Staff/Assistant-Grade 1 (441) | Compilation and analysis of the initial fee application | 25-Mar-2010 | 190.00 | 1.40 | 266.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012664159) | Staff/Assistant-Grade 1 (441) | Compilation and analysis of the initial fee application | 29-Mar-2010 | 190.00 | 3.30 | 627.00 | Fee/Employment Applications |
| Mcinerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of initial fee application | 30-Mar-2010 | 615.00 | 0.80 | 492.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012664159) | Staff/Assistant-Grade 1 (441) | Compilation and analysis of the initial fee application | 30-Mar-2010 | 190.00 | 1.50 | 285.00 | Fee/Employment Applications |
| Mcinerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Electronic correspondence with N. Rodriguez regarding fee application | 31-Mar-2010 | 615.00 | 0.30 | 184.50 | Fee/Employment Applications |
| Jorgensen,Gwen (US012652600) | Staff/Assistant-Grade 3 (443) | Create and populate spreadsheet for estimated payments | 01-Mar-2010 | 170.00 | 0.20 | 34.00 | Routine On-Call Advisory |
| Jorgensen,Gwen (US012652600) | Staff/Assistant-Grade 3 (443) | Create and populate spreadsheet for estimated payments | 02-Mar-2010 | 170.00 | 0.60 | 102.00 | Routine On-Call Advisory |

Ernst & Young LLP
3/1/2010 - 3/31/2010
Fee Detail

Exhibit A

| Name | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of Texas Notice, Michigan Voluntary Disclosure Notice, and Deeter Colorado Notice. | 02-Mar-2010 | 415.00 | 0.40 | 166.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of Texas Notice, Michigan Voluntary Disclosure Notice, and Deeter Colorado Notice. | 03-Mar-2010 | 415.00 | 0.20 | 83.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of tax estimate, and Morgan's Welding & Gregg Industries high tax adjustment & amount owed. | 04-Mar-2010 | 415.00 | 1.50 | 622.50 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of tax estimate, and Morgan's Welding & Gregg Industries high tax adjustment & amount owed. | 07-Mar-2010 | 415.00 | 1.80 | 747.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Colorado tax notice, email email to Neenah to verify what action to take. Document in files. | 08-Mar-2010 | 415.00 | 0.40 | 166.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of tax estimate, and Morgan's Welding & Gregg Industries high tax adjustment & amount owed. | 08-Mar-2010 | 415.00 | 0.60 | 249.00 | Routine On-Call Advisory |
| Rauen,Jennifer Leigh (US012616326) | Senior-Grade 2 (422) | Analysis and documentation of Deeter Penalty Notices | 08-Mar-2010 | 360.00 | 0.20 | 72.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Electronic communication with client and documentation related to Colorado tax notice | 09-Mar-2010 | 415.00 | 0.20 | 83.00 | Routine On-Call Advisory |
| Jorgensen,Gwen (US012652600) | Staff/Assistant-Grade 3 (443) | Updated estimated payment spreadsheet | 11-Mar-2010 | 170.00 | 0.50 | 85.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Electronic communication with A. Johnson, Neenah - Dalton Corporation, to discuss IRS employment tax notice | 15-Mar-2010 | 415.00 | 0.10 | 41.50 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with A. Johnson, Neenah - Dalton Corporation, to discuss IRS employment tax notice | 17-Mar-2010 | 415.00 | 0.40 | 166.00 | Routine On-Call Advisory |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Compilation of open tax issue list and bankruptcy tax issues for meeting with D. Parker, Neenah Chief Financial Officer, and B. Glitter, Neenah | 24-Feb-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Compilation of questions for Sidley, Debtor's Counsel | 24-Feb-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Update bankruptcy information from court docket in preparation for meeting with D. Parker, Neenah Chief Financial Officer, and B. Glitter, Neenah Corporate Controller | 26-Feb-2010 | 765.00 | 1.40 | 1,071.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Meeting with D. Parker, Neenah Chief Financial Officer, and B. Glitter, Neenah Corporate Controller, to discuss bankruptcy tax issues | 26-Feb-2010 | 765.00 | 1.70 | 1,300.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Discussion with client regarding project status and issues | 01-Mar-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis of information related to attribute reduction for states. | 01-Mar-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic correspondence with Sidley, Debtor's Counsel, to convey status and request update on bankruptcy protocols | 02-Mar-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of restructuring requirements and timeline | 02-Mar-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of Estimate Information. | 02-Mar-2010 | 545.00 | 0.10 | 54.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Research bondholder request and bankruptcy tax issues for today's bankruptcy tax call with client and counsel | 03-Mar-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Bankruptcy tax call with C. McInerny; M. Wichman; D. Parker, Neenah; B. Glitter, Neenah Corporate Controller; and Sidley, Debtor's Counsel, regarding bondholder requests and bankruptcy tax protocol questions | 03-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of IL issues, state refunds & payments with bankruptcy filing. | 03-Mar-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
3/1/2010 - 3/31/2010
Fee Detail

Exhibit A

| Name | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| McInerny,Carol A (US01050580645) | Senior Manager-Grade 4 (214) | Bankruptcy tax call with N. Flagg; M. Wichman; D. Parker, Neenah; B. Gliter, Neenah Corporate Controller; and Sidley, Debtor's Counsel, regarding bondholder requests and bankruptcy tax protocol questions | 03-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Bankruptcy tax call with N. Flagg; C. McInerny; D. Parker, Neenah; B. Gliter, Neenah Corporate Controller; and Sidley, Debtor's Counsel, regarding bondholder requests and bankruptcy tax protocol questions | 03-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Analysis of IL issues, state refunds & payments with bankruptcy filing. | 04-Mar-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091 2) | Executive Director-Grade 1 (131) | Research and analysis of restructuring issues from meeting with client and debtor's counsel | 05-Mar-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US01243926) | Staff/Assistant-Grade 4 (444) | Research and analysis of Gregg Industries depreciation question regarding assets being written off on books, etc. | 05-Mar-2010 | 170.00 | 1.10 | 187.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Analysis of federal tax model | 08-Mar-2010 | 375.00 | 1.10 | 412.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Analysis of structure and filing positions | 08-Mar-2010 | 375.00 | 1.60 | 600.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Analysis of filing groups, apportionments, CODI and NOLs | 08-Mar-2010 | 375.00 | 1.30 | 487.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Draft of state model and input state numbers | 08-Mar-2010 | 375.00 | 1.10 | 412.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Draft tax assumptions. | 08-Mar-2010 | 375.00 | 0.70 | 262.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Call with T. Mitchell to discuss state issues related to bankruptcy restructuring | 08-Mar-2010 | 375.00 | 0.60 | 225.00 | Tax Issues: Bankruptcy, Federal & State |
| Jackson,Nicole Christine (US01244155 1) | Senior-Grade 4 (424) | Created a 9/30/09 spreadsheet with apportionment and NOL detail | 08-Mar-2010 | 190.00 | 3.80 | 722.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Analysis of state allocation & apportionment information and loss carryforwards | 08-Mar-2010 | 545.00 | 2.30 | 1,253.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01050580645) | Senior Manager-Grade 4 (214) | Call with M. Wichman regarding restructuring work | 08-Mar-2010 | 615.00 | 0.60 | 369.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01050580645) | Senior Manager-Grade 4 (214) | Research of various restructuring issues | 08-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US01239755) | Senior Manager-Grade 4 (214) | Call with N. Gregor to discuss state issues related to bankruptcy restructuring | 08-Mar-2010 | 615.00 | 0.60 | 369.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Call with Strock, Counsel, regarding access letter issue. | 08-Mar-2010 | 765.00 | 0.10 | 76.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Call with C. McInerny regarding restructuring work | 08-Mar-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091 2) | Executive Director-Grade 1 (131) | Analysis of Deeter Foundry assessment and application of First Day Order guidance | 09-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Analysis of federal tax model | 09-Mar-2010 | 375.00 | 1.40 | 525.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Analysis of structure and filing positions | 09-Mar-2010 | 375.00 | 1.30 | 487.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Analysis of filing groups, apportionments, CODI and NOLs | 09-Mar-2010 | 375.00 | 1.90 | 712.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Draft of state model and input state numbers | 09-Mar-2010 | 375.00 | 1.20 | 450.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US01265724 1) | Senior-Grade 3 (423) | Draft tax assumptions. | 09-Mar-2010 | 375.00 | 2.20 | 825.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
3/1/2010 - 3/31/2010
Fee Detail

Exhibit A

| Name (ID) | Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Analysis of state allocation and apportionment and net loss summary for computations | 09-Mar-2010 | 545.00 | 0.60 | 327.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Analysis of Michigan percentage issue | 09-Mar-2010 | 545.00 | 1.10 | 599.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01438327) | Partner/Principal-Grade 1 (111) | Analysis of state attribute reduction modeling | 09-Mar-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Boyer,Kevin R. (US01146003) | Partner/Principal-Grade 1 (111) | Analysis of state structure & research of potential issues | 10-Mar-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US12657241) | Senior-Grade 3 (423) | Call with D. Kinas, T. Mitchell, and M. Wichman to discuss state tax modeling | 10-Mar-2010 | 375.00 | 0.50 | 187.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US12657241) | Senior-Grade 3 (423) | Analyze state tax model | 10-Mar-2010 | 375.00 | 0.30 | 112.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Call with N. Gregor, T. Mitchell, and M. Wichman to discuss state tax modeling | 10-Mar-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US01238755) | Senior Manager-Grade 4 (214) | Analyze state attribute model | 10-Mar-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US01238755) | Senior Manager-Grade 4 (214) | Call with N. Gregor, D. Kinas, and M. Wichman to discuss state tax modeling | 10-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01438327) | Partner/Principal-Grade 1 (111) | Call with N. Gregor, D. Kinas, and T. Mitchell to discuss state tax modeling | 10-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194912) | Executive Director-Grade 1 (131) | Electronic correspondence with Huron Consulting regarding income projections | 11-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Update information request list to document items requested by EY from client for tax planning & restructuring purposes | 11-Mar-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01438327) | Partner/Principal-Grade 1 (111) | Analysis of stock basis open items | 11-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194912) | Executive Director-Grade 1 (131) | Call with D. Kinas to discuss restructuring process | 12-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US12657241) | Senior-Grade 3 (423) | Continue input state numbers into the state model. | 12-Mar-2010 | 375.00 | 2.00 | 750.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Electronic correspondence with client related to outstanding restructuring questions | 12-Mar-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US01238755) | Senior Manager-Grade 4 (214) | Call with M. Wichman regarding state attribute reduction and restructuring | 12-Mar-2010 | 615.00 | 0.40 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01438327) | Partner/Principal-Grade 1 (111) | Call with T. Mitchell regarding state attribute reduction and restructuring | 12-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01438327) | Partner/Principal-Grade 1 (111) | Discussion with M. Brady, Neenah, regarding stock basis open items | 12-Mar-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194912) | Executive Director-Grade 1 (131) | Research employment tax question from Dalton Company | 15-Mar-2010 | 765.00 | 0.10 | 76.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Electronic communications to team regarding restructuring plan | 15-Mar-2010 | 545.00 | 0.20 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Call with C. McInerny to discuss restructuring plan | 15-Mar-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01058064S) | Senior Manager-Grade 4 (214) | Call with D. Kinas to discuss restructuring plan | 15-Mar-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01438327) | Partner/Principal-Grade 1 (111) | Revise bondholder access letters | 15-Mar-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01438327) | Partner/Principal-Grade 1 (111) | Conversation with Strrock paralegal regarding access letters | 17-Mar-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194912) | Executive Director-Grade 1 (131) | Analysis of Oklahoma lien document received from client | 18-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
3/1/2010 - 3/31/2010
Fee Detail

Exhibit A

| Name (ID) | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. (US01194091  2) | Executive Director-Grade 1 (131) | Electronic correspondence with B. Gitter, Neenah Corporate Controller, regarding Oklahoma lien document | 18-Mar-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US01122204  3) | Partner/Principal-Grade 1 (111) | Analysis of  pre-bankruptcy tax structuring | 18-Mar-2010 | 765.00 | 1.10 | 841.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143832  7) | Partner/Principal-Grade 1 (111) | Conversation with EY general counsel regarding access letters | 18-Mar-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091  2) | Executive Director-Grade 1 (131) | Electronic correspondence with team regarding client issues to be identified and addressed. | 19-Mar-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143832  7) | Partner/Principal-Grade 1 (111) | Revise bondholder access letters | 19-Mar-2010 | 765.00 | 1.20 | 918.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091  2) | Executive Director-Grade 1 (131) | Electronic correspondence with team regarding weekly bankruptcy tax status calls with client | 22-Mar-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091  2) | Executive Director-Grade 1 (131) | Call from Sidley, Debtor's Counsel, regarding access letters and status | 22-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01150103  3) | Manager-Grade 4 (324) | Coordination of schedules for conference call with B. Gitter, Neenah Corporate Controller, and the restructuring team | 22-Mar-2010 | 545.00 | 0.20 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143832  7) | Partner/Principal-Grade 1 (111) | Call with Sidrock, Counsel, regarding access letters revisions | 22-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Brady,Michelle L. (US01121162  4) | Senior Manager-Grade 4 | Compilation and electronic transmission of list of open items to M. Wichman | 23-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091  2) | Executive Director-Grade 1 (131) | Research and analyze information for restructuring call with B. Gitter, Neenah Corporate Controller | 23-Mar-2010 | 765.00 | 1.10 | 841.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091  2) | Executive Director-Grade 1 (131) | Conference call with D. Kinas, C. McInerny, T. Mitchell, and B. Gitter, Neenah Corporate Controller, regarding restructuring and bankruptcy issues | 23-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01150103  3) | Manager-Grade 4 (324) | Conference call with N. Flagg, C. McInerny, T. Mitchell, and B. Gitter, Neenah Corporate Controller, regarding restructuring and bankruptcy issues | 23-Mar-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01050064  5) | Senior Manager-Grade 4 (214) | Prepare and distribute agenda for meeting | 23-Mar-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01050064  5) | Senior Manager-Grade 4 (214) | Conference call with N. Flagg, D. Kinas, T. Mitchell, and B. Gitter, Neenah Corporate Controller, regarding restructuring and bankruptcy issues | 23-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US01123975  5) | Senior Manager-Grade 4 (214) | Analysis of restructuring and related issues in preparation for call with B. Gitter, Neenah Corporate Controller | 23-Mar-2010 | 615.00 | 0.60 | 369.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US01123975  5) | Senior Manager-Grade 4 (214) | Conference call with N. Flagg, D. Kinas, C. McInerny, and B. Gitter, Neenah Corporate Controller, regarding restructuring and bankruptcy issues | 23-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143832  7) | Partner/Principal-Grade 1 (111) | Finalize access letters for signature by bondholders and advisors. | 23-Mar-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01194091  2) | Executive Director-Grade 1 (131) | Conference call with C. McInerny and M. Wichman to discuss open items regarding bankruptcy transaction advisory services work | 24-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01150103  3) | Manager-Grade 4 (324) | Analysis and documentation of requests for information/questions, related to restructuring work, received from client | 24-Mar-2010 | 545.00 | 0.20 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US01123025  4) | Executive Director-Grade 1 (131) | Analysis and research of approved access letter modifications. | 24-Mar-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01050064  5) | Senior Manager-Grade 4 (214) | Conference call with M. Wichman and N. Flagg to discuss open items regarding bankruptcy transaction advisory services work | 24-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143832  7) | Partner/Principal-Grade 1 (111) | Conference call with C. McInerny and N. Flagg to discuss open items regarding bankruptcy transaction advisory services work | 24-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |

Page 5

Ernst & Young LLP
3/1/2010 - 3/31/2010
Fee Detail

Exhibit A

| Name (ID) | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Analyze attribute reduction model for revised COD numbers. | 24-Mar-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Call with Counsel related to FIRPTA assumptions and calculations | 25-Mar-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Respond to client requests for information/questions, related to restructuring work | 25-Mar-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US01230254) | Executive Director-Grade 1 (131) | Analysis of stock basis issues related to bankruptcy | 25-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01058064S) | Senior Manager-Grade 4 (214) | Analysis of attribute reduction modeling | 25-Mar-2010 | 615.00 | 0.60 | 369.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Call with Strock, Counsel, and Sidley, Debtor's Counsel, to discuss attribute reduction models and structuring alternatives. | 25-Mar-2010 | 765.00 | 1.80 | 1,377.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01940912) | Executive Director-Grade 1 (131) | Draft and submit bankruptcy tax documents to Sidley, Debtor's Counsel for analysis and approval | 26-Mar-2010 | 765.00 | 1.40 | 1,071.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01940912) | Executive Director-Grade 1 (131) | Electronic communication to C. McInerny to secure document approval from B. Gitler, Neenah Corporate Controller, for tax documents sent to Sidley, Debtor's Counsel | 26-Mar-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01940912) | Executive Director-Grade 1 (131) | Electronic correspondence with B. Johnson, Huron Consulting, with additional noticing jurisdictions and request tax claims agent info | 26-Mar-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Consultation related to bond counsel tax questions | 26-Mar-2010 | 765.00 | 1.70 | 1,300.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Electronic correspondence with C. McInerny to outline the current status of information/questions related to restructuring work | 26-Mar-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Finalize GoldenTree access letter and send out for execution. | 26-Mar-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Electronic correspondence with bond counsel regarding 2003 questions | 28-Mar-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Electronic correspondence with Neenah subsidiaries related to tax protocols and tax return attachments with property bankruptcy procedures | 29-Mar-2010 | 545.00 | 0.90 | 490.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01058064S) | Senior Manager-Grade 4 (214) | Electronic correspondence with client on open issues | 29-Mar-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01058064S) | Senior Manager-Grade 4 (214) | Analyze state/local communication draft and forward to client for review. | 29-Mar-2010 | 615.00 | 0.40 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Schellock,Jennifer L. (US01222717) | Senior-Grade 3 (423) | Analysis and documentation of information relating to Neenah's 2003 restructuring for the bond counsels | 29-Mar-2010 | 375.00 | 0.20 | 75.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Additional follow up with Sidley, Debtor's Counsel, and Strock, Counsel, on open questions regarding prior bankruptcy. | 29-Mar-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US01122043) | Partner/Principal-Grade 1 (111) | Follow up on US Real Property Holding Company calculation with bond counsel attorney to walk through calculation and explain assumptions | 30-Mar-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US01501033) | Manager-Grade 4 (324) | Analysis of equity questions on various subs and IRS audit information. | 30-Mar-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US01058064S) | Senior Manager-Grade 4 (214) | Electronic correspondence in response to various client questions related to the restructuring | 30-Mar-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US01143827) | Partner/Principal-Grade 1 (111) | Electronic correspondence with Sidley, Debtor's Counsel, regarding bankruptcy open items | 30-Mar-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Boyer,Kevin R. (US01346003) | Partner/Principal-Grade 1 (111) | Discussion with N. Flagg of new bankruptcy tax issues and next steps | 31-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US01940912) | Executive Director-Grade 1 (131) | Analyze document drafts from Sidley, Debtor's Counsel, regarding RFPD and pre-petition return cover letter | 31-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |

Exhibit A

Ernst & Young LLP
3/1/2010 - 3/31/2010
Fee Detail

| | | | | | | |
|---|---|---|---|---|---|---|
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Discussion with K. Boyer of new bankruptcy tax issues and next steps. | 31-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Follow up with bond counsel related to questions about the 2003 restructuring and related tax impacts of existing debt put in place after prior restructuring. | 31-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Electronic correspondence with B. Gitter, Neenah Corporate Controller, and R. Liebman regarding intercompany balances | 31-Mar-2010 | 615.00 | 0.20 | 123.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of 2008 IRS adjustments | 31-Mar-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with M. Wichman and T. Mitchell to discuss attribute reduction modeling and structuring issues. | 31-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with M. Wichman and C. McInerny to discuss attribute reduction modeling and structuring issues. | 31-Mar-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with C. McInerny and T. Mitchell to discuss attribute reduction modeling and structuring issues. | 31-Mar-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |

62,505.00