# **Exhibit B**

Ernst & Young LLP  
3/1/2010 - 3/31/2010  
Expense Detail

Exhibit B

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Mileage for client meetings with Neenah Foundry (143 miles @ $0.50/mile) | 05-Mar-2010 | 71.50 | Mileage: Ground Trans |
| | | | | 71.50 | |