UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

     Kassandra A. Riddle, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on April 22, 2010, she caused a copy of the following pleading(s):

**Second Application for Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2010 through March 31, 2010 [Docket No. 308]**

to be served upon the parties identified on the attached service list as indicated.

_____
Kassandra A. Riddle

SWORN TO AND SUBSCRIBED before me this ___ day of May, 2010.

_____
Notary Public
DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

# SERVICE LIST
## 4/22/2010

Ronald Barliant, Esq.  
Danielle Wildern Juhle, Esq.  
David E. Morrison, Esq.  
Goldberg Kohn Ltd.  
55 East Monroe Street, Sutie 3700  
Chicago, IL 60603  
(Bank of America, N.A.)  
*First Class Mail*

Lori E. Kata, Esq  
Stroock & Stroock & Lavan LLP  
180 Maiden Lane  
New York, NY 10038  
(Ad Hoc Committee)  
*First Class Mail*

Scott D. Cousins, Esq  
Donald J. Detweiler, Esq.  
Dennis A. Meloro, Esq.  
Greenburg Traurig, LLP  
The Nemours Building  
1007 North Orange Street, Suite 1200  
Wilmington, DE 19801  
Official Committee of Unsecured Creditors  
*Hand Delivery*

Patrick Tinker  
Office of the United States Trustee  
844 King Street, Suite 2313  
Lock Box 35  
Wilmington, DE 19801  
*Hand Delivery*