**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
In re:                                            :
                                                  :
Neenah Enterprises, Inc. et. al                   :
                                                  :     Chapter 11
                                                  :     Case No. 10-10360 (MFW)
                                                  :     (Jointly Administered)
                    Debtors.                      :
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

   1.   I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

   2.   On May 13, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 383] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                  /s/ Kimberly Murray___
                                  Kimberly Murray

Sworn to before me this 13th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**<u>TRANSFEROR</u>**
Proper Cutter, Inc.
P.O. Box 137
Guys Mills, PA 16327

**<u>TRANSFEREE</u>**
ASM Capital
7600 Jericho Turnpike Suite 302
Woodbury, NY 11797