**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
In re:                                          :
                                                :
Neenah Enterprises, Inc. et. al                 :
                                                :      Chapter 11
                                                :      Case No. 10-10360 (MFW)
                                                :      (Jointly Administered)
                      Debtors.                  :
-----------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 13, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 390] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 13th day of
May, 2010
/s/_Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**<u>TRANSFEROR</u>**
Ford Steel Co.
PO Box 500154
St. Louis, MO 63150

**<u>TRANSFEREE</u>**
United States Debt Recovery V, LP
940 Southwood B1, Suite 101
Incline Village, NV 89451