**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------X
In re:                                          :
                                                :
Neenah Enterprises, Inc. et. al                 :
                                                :         Chapter 11
                                                :         Case No. 10-10360 (MFW)
                                                :         (Jointly Administered)
                     Debtors.                   :
-------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 13, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 391] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 13th day of
May, 2010
/s/_Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR
Bourn & Koch
2500 Kishwaukee Street
Rockford, IL 61104

Bourn & Koch
JP Morgan Chase, 36856 Eagle Way
Chicago, IL 60678

### TRANSFEREE
United States Debt Recovery V, LP
940 Southwood B1, Suite 101
Incline Village, NV 89451