**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 14, 2010 AT 11:30 A.M. (ET)**

| WITH PERMISSION OF THE COURT, THE HEARING HAS BEEN CANCELLED |
|---|

**MATTER GOING FORWARD**

1. Motion of the Debtors for an Order Approving Certain Modifications to the Disclosure Statement and the Solicitation Procedures Order [D.I. 368; 5/6/10]

   Related Documents:

   a) Order (I) Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Approving Certain Modifications to the Disclosure Statement and the Solicitation Procedures Order and (II) Shortening the Time for Notice of Such Hearing [D.I. 372; 5/10/10]

   b) Notice of Hearing [D.I. 375; 5/10/10]

   c) **Certificate of No Objection [D.I. 408; 5/13/10]**

   Objection Deadline:   May 13, 2010 at 12:00 p.m.

   Objections/Responses Received:   None to date.

   Status:   A Certificate of No Objection has been filed. No hearing is necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] **Amended items appear in bold.**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 13, 2010 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Bojan Guzina<br>Kerriann S. Mills<br>Jillian K. Ludwig<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS-IN POSSESSION |