**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION**

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. At the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a copy of the Notice of Entry of Bar Date Order Establishing Deadlines for Filing Proofs of Claim (Including Section 503(B)(9) Claims) Against the Debtors to be published in each of (a) The Wall Street Journal, and (b) USA Today. A true and correct

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

copy of each of the Affidavits and tear sheets from the foregoing publications is attached hereto as Exhibit A and Exhibit B respectively.

Paul V. Kinealy

Sworn to before me this 13th day of May, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

**AFFIDAVIT**

**STATE OF TEXAS )**
**) ss:**
**CITY AND COUNTY OF DALLAS)**

I, Cortney Becker, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): April 29, 2010; advertiser: Neenah Enterprises, Inc., et al.; and that the foregoing statements are true and correct to the best of my knowledge.

[signature]

Sworn to before me this
29th day of April, 2010.

[signature]
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

THE WALL STREET JOURNAL. Thursday, April 29, 2010 C9

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
WSJMEDIAKIT.COM

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: NEENAH ENTERPRISES, INC., et al., Debtors. | Chapter 11<br>Case No. 10-10360 (MFW)<br>Jointly Administered |

Neenah Enterprises, [illegible], Neenah Foundry Company, Cast Alloys, Inc., Neenah Transport, Inc., Advanced Cast Products, Inc., Gregg Industries, Inc., Mercer Forge Corporation, Deeter Foundry, Inc., Dalton Corporation, Belcher Corporation, Peerless Corporation, A&M Specialties, Inc., Dalton Corporation, Warsaw Manufacturing Facility, Dalton Corporation, Ashland Manufacturing Facility, Dalton Corporation, Kendallville Manufacturing Facility, Dalton Corporation, Stryker Machining Facility Co., Morgan's Welding, Inc.

**NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT:**

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order, dated April 6, 2010 (the "Bar Date Order"), establishing certain deadlines for all persons and entities asserting claims against Neenah Enterprises, Inc. and [illegible] of its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") that arose prior to February 3, 2010 (the "Petition Date") to file a separate proof of claim with [illegible] each such Debtor with The Garden City Group, Inc. ("GCG"), the [illegible] Court-approved claims and noticing agent in these chapter 11 cases.

Pursuant to the terms of the Bar Date Order, except as otherwise provided herein, each person or entity (including without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that asserts a claim against any of the Debtors must file a proof of claim so that it is actually received by GCG as follows: by first-class mail to The Garden City Group, Inc., Attn: Neenah Enterprises Claims Processing, P.O. Box 9604, Dublin, OH 43017-4894; or via hand delivery or overnight courier mail be addressed to The Garden City Group, Inc., Attn: Neenah Enterprises Claims Processing, 5151 [illegible] Pkwy., Suite A, Dublin, OH 43017.

**Proofs of claim submitted by facsimile, telecopy, e-mail, or other electronic submission will not be accepted. If you wish to assert a claim against more than one Debtor, you must file a separate proof of claim form against each applicable Debtor.**

General Bar Date. Except as otherwise provided herein, each person or entity holding or asserting a claim against the applicable Debtor(s) that arose prior to the Petition Date must file a proof of claim so that it is actually received by GCG on or before **May 21, 2010, at 4:00 p.m. (prevailing Eastern Time).**

Governmental Unit Bar Date. Each governmental unit holding or asserting a claim against one or more of the Debtors that arose prior to the Petition Date must file a proof of claim so that it is actually received by GCG on or before **August 5, 2010 at 4:00 p.m. (prevailing Eastern Time).**

Rejection Damages Bar Date. A proof of claim relating to a claim arising from the Debtors' rejection of an executory contract or unexpired lease pursuant to an order of the Bankruptcy Court must be filed so that it is actually received by GCG on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as of the Petition Date.

**Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim, (i) shall be forever barred, estopped, and enjoined from asserting such claim against the Debtors or thereafter filing a proof of claim with respect thereto in these chapter 11 cases; (ii) shall not, with respect to such claim, be treated as a creditor of the Debtors for the purposes of voting upon any plan of reorganization in these proceedings; and (iii) shall not receive or be entitled to receive any payment or distribution of property from the Debtors or their successors or assigns with respect to such claim.**

Dated: Wilmington, Delaware, April 6, 2010

BY ORDER OF MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP, Larry J. Nyhan, Bojan Guzina, Kerriann S. Mills, Brett H. Myrick, One South Dearborn Street, Chicago, Illinois 60603, Telephone: (312) 853-7000, Facsimile: (312) 853-7036; YOUNG CONAWAY STARGATT & TAYLOR, LLP, Robert S. Brady (No. 2847), Edmon L. Morton (No. 3856), Donald J. Bowman, Jr. (No. 4383), Kenneth J. Enos (No. 4544), The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Telephone: (302) 571-6600, Facsimile: (302) 571-1253; ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION

Get Noticed.

Legal Notices.

Advertise Today.
Call 1-800-845-9720
or email
sales.legalnotices@wsj.com

## PUBLIC NOTICES

### LEGAL NOTICE
ATTENTION

[illegible]

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re AMES DEPARTMENT STORES, INC., et al., Debtors. Chapter 11, Case No. 01-42217 (REG), Jointly Administered

NOTICE OF DEADLINE FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

[illegible]

## PUBLIC NOTICES

In the Matter of the Security Benefit Mutual Holding Company

LEGAL NOTICE OF DISCONTINUANCE OF BUSINESS AND FINAL BAR DATE FOR CLAIMS

[illegible]

Businesses For Sale.

Advertise in The Mart.
Call 1-800-845-9720
or email
sales.mart@wsj.com

## BIDS & PROPOSALS

**REQUEST FOR PROPOSALS FOR LIQUIDITY/LOC FACILITY PROVIDERS FOR MTA COMMERCIAL PAPER**

The Metropolitan Transportation Authority ("MTA"), is seeking one or more commercial banks to provide letters of credit to support the issuance of $500 - $800 million MTA Transportation Revenue Commercial Paper.

To request a copy of the RFP, interested firms should contact Ms. Caron Christian, Manager of Contracts, Metropolitan Transportation Authority by phone at (212) 878-7086 or via email at cgomez@mtahq.org.

Proposals are due by 1:00 p.m. (New York City Time) on May 19, 2010.

Metropolitan Transportation Authority

## PUBLIC NOTICES

### LEGAL NOTICE
ATTENTION

[illegible]

The Property described above is NOT listed for the purpose of sale.

## BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

In re CRESCENT RESOURCES, LLC, et al., Debtors. Chapter 11, Case No. 09-11507 (CAG), Jointly Administered

[illegible]

THE WALL STREET JOURNAL. THE WALL STREET JOURNAL.



# EXHIBIT B



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

---

Being duly sworn, Erika Fowler says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, April 29, 2010** the following legal advertisement – **Neenah Enterprises.** - was published in the national editions of **USA TODAY.**

Principal Clerk of USA TODAY
April 29, 2010

This 29th day of April month
2010 year.

Notary Public

Commonwealth of Virginia
Karen R. Levy - Notary Public
Commission No. 287084
My Commission Expires 02/29/2012

# Nasdaq & AMEX

Stocks in bold rose or fell 5% or more

Track your investments with our continuously updated stocks. Visit us on the web at moneyusatoday.com

Continued on page 7B

# MARKETPLACE TODAY

www.russelljohns.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST] | To advertise call 1.800.397.0070 Toll-free in the U.S. only

NOTICES

LEGAL NOTICE

LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| In re: NEENAH ENTERPRISES, INC., et al., Debtors. | Chapter 11 Case No. 10-10360 (MFW) Jointly Administered |
|---|---|

Neenah Enterprises, Inc., NFC Castings, Inc., Neenah Foundry Company, Cast Alloys, Inc., Neenah Transport, Inc., Advanced Cast Products, Inc., Gregg Industries, Inc., Mercer Forge Corporation, Deeter Foundry, Inc., Dalton Corporation, Belcher Corporation, Peerless Corporation, A&M Specialties, Inc., Dalton Corporation, Warsaw Manufacturing Facility, Dalton Corporation, Ashland Manufacturing Facility, Dalton Corporation, Kendallville Manufacturing Facility, Dalton Corporation, Stryker Machining Facility Co., Morgan's Welding, Inc.

**NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT:

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order, dated April 6, 2010 (the "Bar Date Order"), establishing certain deadlines for all persons and entities asserting claims against Neenah Enterprises, Inc. or any of its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") that arose prior to February 3, 2010 (the "Petition Date") to file a separate proof of claim with respect to each such Debtor with The Garden City Group, Inc. ("GCG"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases.

Pursuant to the terms of the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that asserts a claim against any of the Debtors must file a proof of claim so that it is actually received by GCG as follows: by first-class mail to The Garden City Group, Inc., Attn: Neenah Enterprises Claims Processing P.O. Box 9594, Dublin, OH 43017-4894; or via hand delivery or overnight courier must be addressed to The Garden City Group, Inc., Attn: Neenah Enterprises Claims Processing 5151 Blazer Pkwy, Suite A, Dublin, OH 43017.

**Proofs of claim submitted by facsimile, telecopy, email or other electronic submission will not be accepted. If you wish to assert a claim against more than one Debtor, you must file a separate proof of claim form against each applicable Debtor.**

General Bar Date. Except as otherwise provided herein, each person or entity holding or asserting a claim against the applicable Debtor(s) that arose prior to the Petition Date must file a proof of claim so that it is actually received by GCG on or before **May 21, 2010, at 4:00 p.m. (prevailing Eastern Time).**

Governmental Unit Bar Date. Each governmental unit holding or asserting a claim against one or more of the Debtors that arose prior to the Petition Date must file a proof of claim so that it is actually received by GCG on or before **August 6, 2010 at 4:00 p.m. (prevailing Eastern Time).**

Rejection Damages Bar Date. A proof of claim relating to a claim arising from the Debtors' rejection of an executory contract or unexpired lease pursuant to an order of the Bankruptcy Court must be filed so that it is actually received by GCG on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as of the Petition Date.

**Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim, (i) shall be forever barred, estopped, and enjoined from asserting such claim against the Debtors or thereafter filing a proof of claim with respect thereto in these chapter 11 cases; (ii) shall not, with respect to such claim, be treated as a creditor of the Debtors for the purposes of voting upon any plan of reorganization in these proceedings; and (iii) shall not receive or be entitled to receive any payment or distribution of property from the Debtors or their successors or assigns with respect to such claim.**

Dated: Wilmington, Delaware, April 6, 2010

BY ORDER OF MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP, Larry J. Nyhan, Bojan Guzina, Kerriann S. Mills, Brian H. Myrick, One South Dearborn Street, Chicago, Illinois 60603, Telephone: (312) 853-7000, Facsimile: (312) 853-7036; YOUNG CONAWAY STARGATT & TAYLOR, LLP, Robert S. Brady (No. 2847), Edmon L. Morton (No. 3856), Donald J. Bowman, Jr. (No. 4383), Kenneth J. Enos (No. 4544), The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Telephone: (302) 571-6600, Facsimile: (302) 571-1253; ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION

LEGAL NOTICE

www.USATODAY.com

MARKETPLACE TODAY

Do you have a business, real estate, or travel opportunity to market?

Do you have a product to sell or service to offer?

USA TODAY's MARKETPLACE TODAY

is the answer, offering a variety of sizes and frequency rates to fit your budget.

For more information, contact us today:

1-800-397-0070