## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                            :
                                                  :
Neenah Enterprises, Inc. et. al                   :
                                                  :     Chapter 11
                                                  :     Case No. 10-10360 (MFW)
                                                  :     (Jointly Administered)
                     Debtors.                     :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On May 14, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 396] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 14th day of
May, 2010
/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Alfa Quality Systems
807 B Veterans Blvd, PMB 345
Del Rio, TX 78840


Alfa Quality Systems
Francisco Zarco 742
Acuna, Coahuila, Mexico


**TRANSFEREE**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village, NV 89451