# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Neenah Enterprises, Inc., et al.</u>   Case No. <u>10-10360</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TR Capital, LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TR CAPITAL, LLC
Attn: TERREL ROSS
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>n/a</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>n/a</u>
Last four digits of Acct#: <u>n/a</u>

<u>General Kinematics Corp</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim: <u>$424.14</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(815) 455-3222</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

General Kinematics Corp
5050 Rickert Road
Crystal Lake, IL 60014

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>              Date: <u>May 14, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:      United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO:  DALTON CORPORATION, WARSAW MANUFACTURING FACILITY, ("Debtor")
Case No.10-10374
Jointly Administered under NEENAH ENTERPRISES, INC., ET AL., Case No. 10-10360

Claim # N/A

**GENERAL KINEMATICS, CO.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TR CAPITAL, LLC**
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$424.14** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14th DAY OF May, 2010.

**ASSIGNOR: GENERAL KINEMATICS, CO.**

_____
(Signature)

Thomas P. Musschoot
(Print Name)

Secretary
(Title)

**ASSIGNEE: TR CAPITAL, LLC**

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| FREEMAN MFG. & SUPPLY CO.<br>BOX 931234<br>CLEVELAND, OH 44193-1358 | | | TRADE PAYABLE | | | | $ 944.48 |
| FURNESS-NEWBURGE INCORPORATED<br>376 CROSSFIELD DR.<br>VERSALLES, KY 40383 | | | TRADE PAYABLE | | | | $ 6,805.06 |
| G & G HAULING & EXCAVATING INC<br>115 NORTH COLUMBIA STREET<br>WARSAW IN 46580 | | | TRADE PAYABLE | | | | $ 61,805.77 |
| G AND E LOCKSMITH<br>5236 E. VANNESS ROAD<br>PIERCETON, IN 46562 | | | TRADE PAYABLE | | | | $ 198.84 |
| GENERAL KINEMATICS, CO.<br>PO BOX 345<br>CRYSTAL LAKE, IL 60014 | | | TRADE PAYABLE | | | | $ 424.14 |
| GENERAL PETROLEUM INC<br>P.O. BOX 10688<br>FORT WAYNE, IN 46853 | | | TRADE PAYABLE | | | | $ 115.20 |
| GEORGE E. BOOTH CO.INC<br>8202 W TENTH STREET<br>INDIANAPOLIS IN 46214-2432 | | | TRADE PAYABLE | | | | $ 232.57 |
| GILLS MFG., INC., DBA HERMAN TOOL & MACHINE<br>2 ARNOLT DRIVE<br>PIERCETON, IN 46562 | | | TRADE PAYABLE | | | | $ 950.00 |
| GINGER DWYER<br>1930 SE 195TH TERRACE<br>MORRISTON FL 32668 | | | TRADE PAYABLE | | | | $ 3,652.00 |
| GOKOH CORPORATION<br>P.O. BOX 951413<br>CLEVELAND OH 44193 | | | TRADE PAYABLE | | | | $ 3,366.00 |
| GOOGLE INC.<br>DEPT. 34256<br>PO BOX 39000<br>SAN FANCISCO, CA 94139 | | | TRADE PAYABLE | | | | $ 8.93 |
| GREAT LAKES AUTOMATION SUPPLY<br>PO BOX 671121<br>DETROIT, MI 48267-1121 | | | TRADE PAYABLE | | | | $ 335.29 |
| GRETO CORP.<br>1221 STEWART ROAD<br>P.O. BOX 1609<br>LIMA OH 45802 | | | TRADE PAYABLE | | | | $ 10,377.20 |
| GSA, INC.<br>PO BOX 8071280<br>ARROWHEAD COURT #2<br>CROWN POINT, IN 46307 | | | TRADE PAYABLE | | | | $ 26,977.00 |
| HA INTERNATIONAL LLC.<br>22668 NETWORK PLACE<br>CHICAGO IL 60673-1226 | | | TRADE PAYABLE | | | | $ 11,001.93 |
| HARTMAN & SONS, INC.<br>P.O. BOX 478<br>PIERCETON, IN 46562- | | | TRADE PAYABLE | | | | $ 3,245.51 |
| HERAEUS ELECTRO-NITE CO.<br>88736 EXPEDITE WAY<br>CHICAGO IL 60695-1700 | | | TRADE PAYABLE | | | | $ 10,920.00 |