**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
In re:                                            :
                                                  :
Neenah Enterprises, Inc. et. al                   :
                                                  :          Chapter 11
                                                  :          Case No. 10-10360 (MFW)
                                                  :          (Jointly Administered)
                    Debtors.                      :
---------------------------------------------------------------X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On May 17, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 421] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 17th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
General Kinematics Corp
P O Box 345
Crystal Lake, IL 60039


General Kinematics Corp
5050 Rickert Road
Crystal Lake, IL 60014


**TRANSFEREE**
TR Capital, LLC
Attn: Terrel Ross
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570