**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------X
In re:                                              :
                                                    :
Neenah Enterprises, Inc. et. al                     :
                                                    :        Chapter 11
                                                    :        Case No. 10-10360 (MFW)
                                                    :        (Jointly Administered)
                Debtors.                            :
----------------------------------------------------------------X
```

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 18, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 422] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 18th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
General Kinematics Corp
P O Box 345
Crystal Lake, IL 60039

General Kinematics Corp
5050 Rickert Road
Crystal Lake, IL 60014

**TRANSFEREE**
TR Capital, LLC
Attn: Terrel Ross
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570