# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                          :
                                                :
Neenah Enterprises, Inc. et. al                 :
                                                :    Chapter 11
                                                :    Case No. 10-10360 (MFW)
                                                :    (Jointly Administered)
                    Debtors.                    :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1.  I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2.  On May 18, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 423] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                            /s/ Kimberly Murray
                                            Kimberly Murray

Sworn to before me this 18th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR
Midwest Step Saver Inc.
PO Box 334
Avilla, IN 46710

### TRANSFEREE
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village, NV 89451