**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
In re:                                              :
                                                    :
Neenah Enterprises, Inc. et. al                     :
                                                    :    Chapter 11
                                                    :    Case No. 10-10360 (MFW)
                                                    :    (Jointly Administered)
               Debtors.                             :
---------------------------------------------------------------X

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On May 20, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 435] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 20th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**<u>TRANSFEROR</u>**
CMM Calibration & Services
2773 Wintergreen Dr.
Rockford, IL 61109

CMM Calibration & Services
228 Energy Ave.
Rockford, IL 61109

**<u>TRANSFEREE</u>**
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614