# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Neenah Enterprises, Inc., ET AL.,**　　　　Case No. **10-10360**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC**<br>Name of Transferee | **Pennsylvania Tool Sales & Service, Inc.**<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>**SONAR CREDIT PARTNERS, LLC**<br>**200 BUSINESS PARK DRIVE, SUITE 201**<br>**ARMONK, NY 10504** | Court Claim # (if known): N/A<br>Amount of Claim: **$2,400.31**<br>Date Claim Filed: N/A |
| Phone: **(914) 730-1005**<br>Last Four Digits of Acct #: N/A | Phone: **(330) 758-0845**<br>Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last Four Digits of Acct #: N/A | Name and Current Address of Transferor:<br><br>Pennsylvania Tool Sales & Service, Inc.<br>PO Box 5557<br>Poland, OH 44514 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg　　　　　　　　　　Date: 5/21/2010
　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


**SONAR CREDIT PARTNERS, LLC**

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn: Clerk

AND TO: Mercer Forge Corporation ("Debtor")
Case No. 10-10367 (Jointly Administered under Neenah Enterprises, Inc., Case No. 10-10360)

GCG # 1009720

**Pennsylvania Tool Sales & Service, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,400.31 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 20, 2010.

ASSIGNOR

By: *Andy Henky*
Name: Andy Henky
Title: Controller
Date: 5/20/10

ASSIGNEE

By: *Michael Goldberg*
Name: Michael Goldberg
Title: Managing Member
Date: 5/21/10

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| MODERN INDUSTRIES INC<br>613 WEST 11TH STREET<br>P O BOX 399 ERIE, PA 16512 | | | TRADE CLAIM | | | | $ 169.00 |
| NATIONAL FUEL RESOURCES<br>P O BOX 9072<br>WILLIAMSVILLE, NY 14231 | | | UTILITY CLAIM | | | | $ 73,850.64 |
| NATIONAL MACHINERY LLC<br>P O BOX 2002<br>TOLEDO, OH 43603 | | | TRADE CLAIM | | | | $ 5,656.44 |
| NEENAH FOUNDRY COMPANY<br>2121 BROOKS AVE<br>NEENAH, WI 54956 | | | INTERCOMPANY CLAIM | | | | $ 20,824,192.54 |
| NSF-ISR<br>6201 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | | | TRADE CLAIM | | | | $ 4,578.30 |
| NUNEMAKER, HERBERT<br>213 PERRINE ROAD<br>HADLEY, PA 16130 | | | LITIGATION CLAIM | X | X | X | UNKNOWN |
| OCS TECHNOLOGIES, INC<br>1300 E GRANGER ROAD<br>CLEVELAND, OH 44131 | | | TRADE CLAIM | | | | $ 33.18 |
| OH & R SPECIAL STEELS CO<br>P O BOX 644186<br>PITTSBURGH, PA 15264 | | | TRADE CLAIM | | | | $ 606.50 |
| OIL SERVICE, INC<br>2899 GRAND AVENUE (NEVILLE ISLAND)<br>PITTSBURGH, PA 15225 | | | TRADE CLAIM | | | | $ 12,918.93 |
| OMEGA ENGINEERING, INC<br>PO BOX 405369<br>ATLANTA, GA 30384 | | | TRADE CLAIM | | | | $ 134.51 |
| ORTTECH<br>32425 AURORA ROAD<br>SOLON, OH 44139 | | | TRADE CLAIM | | | | $ 3,113.16 |
| P & L HEAT TREAT<br>313 E WOOD STREET<br>YOUNGSTOWN, OH 44503 | | | TRADE CLAIM | | | | $ 28,973.05 |
| P F SHERMAN COMPANY INC<br>3727 POPLAR AVENUE<br>PITTSBURGH, PA 15234 | | | TRADE CLAIM | | | | $ 647.43 |
| P&L PRECISION GRINDING LLC<br>948 POLAND AVENUE<br>YOUNGSTOWN, OH 44502 | | | TRADE CLAIM | | | | $ 1,175.00 |
| PA CONTROLS<br>250 MEADOWLANDS BLVD<br>WASHINGTON, PA 15301 | | | TRADE CLAIM | | | | $ 331.14 |
| PENN POWER<br>PO BOX 3687<br>AKRON, OH 44309 | | | UTILITY CLAIM | | | | $ 2,985.33 |
| PENNSYLVANIA TOOL SALES & SERVICE, INC<br>P O BOX 5557<br>POLAND, OH 44514 | | | TRADE CLAIM | | | | $ 2,400.31 |

### Creditor Detail

**Creditor Name:** PENNSYLVANIA TOOL SALES & SERVICE, INC

**Address:** PO BOX 5557
POLAND OH 44514

### Claim Detail

| | | | |
|---|---|---|---|
| **GCG #:** 1009720 | | **Claim #:** | |
| **Transferor Name:** | | **Status:** | |
| **Filed Date:** | | **Amends Claim #:** | |
| **Scheduled As:** | | **Amended by Claim #:** | |

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured | | | |
| Priority | | | |
| Administrative | | | |
| 503(b)(9) | | | |
| Unsecured | | $2,400.31 | |
| Total | | $2,400.31 | |
| Debtor | | Mercer Forge Corporation | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.
"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.