# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Neenah Enterprises, Inc., ET AL.,**  Case No. **10-10360**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Pennsylvania Tool Sales & Service, Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): N/A
Amount of Claim: **$755.05**
Date Claim Filed: N/A

Phone: (330) 758-0845
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Pennsylvania Tool Sales & Service, Inc.
625 Bev Road
Youngstown, OH 44512

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg         Date: 5/21/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# sonar

SONAR CREDIT PARTNERS, LLC

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn: Clerk

AND TO: Advanced Cast Products, Inc. ("Debtor")
Case No. 10-10365 (Jointly Administered under Neenah Enterprises, Inc., Case No. 10-10360)

GCG # 1008845

**Pennsylvania Tool Sales & Service, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $755.05 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 20, 2010.

| ASSIGNOR | ASSIGNEE |
|---|---|
| By: _Andy Gentry_ | By: _Michael Goldberg_ |
| Name: Andy Gentry | Name: Michael Goldberg |
| Title: Controller | Title: Managing Member |
| Date: 5/20/10 | Date: 5/21/10 |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NATIONAL FUEL GAS DIST. COMP. PO BOX 4103 BUFFALO, NY 14264 | | | UTILITY PAYABLE | | | | $ 5,119.58 |
| NEENAH FOUNDRY COMPANY 2121 BROOKS AVENUE NEENAH, WI 54956 | | | INTERCOMPANY PAYABLE | | | | $ 23,425,193.23 |
| ONEX INC PO BOX 8436 ERIE, PA 16505-0436 | | | TRADE PAYABLE | | | | $ 1,635.10 |
| PENNSYLVANIA TOOL SALES AND SERVICE, INC. 625 BEV ROAD YOUNGSTOWN, OH 44512 | | | TRADE PAYABLE | | | | $ 755.05 |
| PENNWEST TOYOTA LIFT 2860 WEST 23RD STREET ERIE PA 16506 | | | TRADE PAYABLE | | | | $ 2,000.25 |
| PERFECTION SERVO HYDRAULICS 1290 LYON ROAD BATAVIA, IL 60510 | | | TRADE PAYABLE | | | | $ 531.00 |
| PERFORMANCE CASTINGS 242 EAST 16TH STREET ERIE, PA 16503 | | | TRADE PAYABLE | | | | $ 9,227.66 |
| PETERS' HEAT TREATING INC. PO BOX 624 215 RACE STREET MEADVILLE, PA 16335 | | | TRADE PAYABLE | | | | $ 43.05 |
| PHILLIPS, DAVID 546 BUTTERMILK HILL FRANKLIN, PA 16323 | | | LITIGATION CLAIM | X | X | X | UNKNOWN |
| PHILLIPS, DAVID 546 BUTTERMILK HILL FRANKLIN, PA 16323 | | | LITIGATION CLAIM | X | X | X | UNKNOWN |
| POLYMERIC TECHNOLOGY INC 1900 MARINA BOULEVARD SAN LEANDRO CA 94577 | | | TRADE PAYABLE | | | | $ 4,440.00 |
| POWELL SANITATION & CONST. 18536 CUSSEWAGO ROAD MEADVILLE, PA 16335 | | | TRADE PAYABLE | | | | $ 763.20 |
| POWER DRIVES INC 3003 PITTSBURGH AVENUE ERIE, PA 16508 | | | TRADE PAYABLE | | | | $ 458.00 |
| PPC LUBRICANTS 150 BONNIE DRIVE BUTLER PA 16002 | | | TRADE PAYABLE | | | | $ 264.00 |
| PROCON SERVICES, INC. 13056 SPORTSMAN ROAD CONNEAUT LAKE, PA 16316 | | | TRADE PAYABLE | | | | $ 765.50 |
| QUALITY EQUIPMENT DISTRIBUTORS 70 BENBRO DRIVE CHEEKTOWAGA NY 14225 | | | TRADE PAYABLE | | | | $ 439.36 |
| R C REFRACTORY P O BOX 488 CARNEGIE PA 15106 | | | TRADE PAYABLE | | | | $ 1,184.00 |

# NEENAH ENTERPRISES, INC.
## Claims Register Report

05/19/2010 12:11 PM

**Creditor Detail**

**Creditor Name:** PENNSYLVANIA TOOL SALES
**Address:** AND SERVICE INC, 625 BEV ROAD
YOUNGSTOWN OH 44512

**Claim Detail**

**GCG #:** 1008845  **Claim #:**

**Transferor Name:**  **Status:**
**Filed Date:**  **Amends Claim #:**
**Scheduled As:**  **Amended by Claim #:**

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : | | | |
| Priority : | | | |
| Administrative : | | | |
| 503(b)(9) : | | | |
| Unsecured : | | $755.05 | |
| Total : | | $755.05 | |
| Debtor : | Advanced Cast Products, Inc. | | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.
"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.