# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Neenah Enterprises, Inc., ET AL.,**　　　　　Case No. **10-10360**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Lodge Lumber Co Inc** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): 318
Amount of Claim: **$11,889.36**
Date Claim Filed: N/A

Phone: (713) 672-6679
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Lodge Lumber Co Inc
PO Box 96589
Houston, TX 77213-6589

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg　　　　　　　　　　　Date: 5/21/2010
　　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


SONAR CREDIT PARTNERS, LLC

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn: Clerk

AND TO:    Neenah Foundry Company ("Debtor")
Case No. 10-10362 (Jointly Administered under Neenah Enterprises, Inc., Case No. 10-10360)

Claim # 318
**Lodge Lumber Co Inc**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $11,889.36 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 21, 2010.

ASSIGNOR

By: _Walter W. Luck_
Name: WALTER W. LUCK
Title: TREASURER
Date: 5/21/10

ASSIGNEE

By: _Michael Goldberg_
Name: Michael Goldberg
Title: Managing Member
Date: 5/21/10



| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | | | PROOF OF CLAIM |
|---|---|---|---|---|

| Name of Debtor (Check Only One) | Case No | | | | |
|---|---|---|---|---|---|
| ☐ Neenah Enterprises, Inc | 10-10360 | ☐ Gregg Industries, Inc | 10-10366 | ☐ Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 |
| ☐ NFC Castings, Inc | 10-10361 | ☐ Mercer Forge Corporation | 10-10367 | ☐ Dalton Corporation, Ashland Manufacturing Facility | 10-10375 |
| ☒ Neenah Foundry Company | 10-10362 | ☐ Deeter Foundry, Inc | 10-10369 | ☐ Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 |
| ☐ Cast Alloys, Inc | 10-10363 | ☐ Dalton Corporation | 10-10370 | ☐ Dalton Corporation, Stryker Machining Facility Co | 10-10377 |
| ☐ Neenah Transport, Inc | 10-10364 | ☐ Belcher Corporation | 10-10371 | ☐ Morgan's Welding, Inc | 10-10378 |
| ☐ Advanced Cast Products, Inc | 10-10365 | ☐ Peerless Corporation | 10-10372 | | |
| | | ☐ A&M Specialties, Inc | 10-10373 | | |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see item #1) All other requests for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

**Your Claim is Scheduled As Follows.**

Neenah Foundry Company

Name of Creditor (the person or other entity to whom the debtor owes money or property) LODGE LUMBER CO INC

Name and address where notices should be sent

LODGE LUMBER CO INC
PO BOX ~~1141~~ 96589
HOUSTON, TX ~~77251-1144~~ 77213-6589

☐ Check this box to indicate that this claim amends a previously filed claim

FILED - 90318
US BANKRUPTCY COURT - DISTRICT OF DELAWARE
NEENAH ENTERPRISES, INC
10-10360-MFW

Unsecured $11,889 36

Court Claim Number.
(If known)

Telephone number 713-672-6679
Email Address carolyn.piel@lodgelumber.com

Filed on _____

Name and address where payment should be sent (if different from above)

Lodge Lumber Co. Inc
P.O. Box 96589
Houston, TX 77213-6589

Telephone number 713 672-6679

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

**1  Amount of Claim as of Date Case Filed** $ 11,889.36

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☒ Check this box if any portion of the claim is based on the value of any goods received by the Debtor within 20 days before February 3, 2010, the date of commencement of the Debtor's chapter 11 case, which goods were sold to the Debtor in the ordinary course of the Debtor's business, and is therefore entitled to administrative expense priority pursuant to 11 U S C § 503(b)(9) Please indicate amount entitled to administrative expense priority under 11 U S C § 503(b)(9) status and attach documentation supporting such a claim $ 11,889.36

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2. Basis for Claim.** Goods Sold
(See instruction #2 on reverse side)

**3  Last four digits of any number by which creditor identifies debtor.** 1626

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

**4. Secured Claim** (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe

Value of Property $ _____  Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $ _____  Basis for perfection _____

Amount of Secured Claim $ _____  Amount of Unsecured Claim $ _____

**6  Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7  Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of any documents providing evidence of perfection of a security interest  You may also attach a summary (*See instruction 7 and definition of "redacted" on reverse side*)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

**5  Amount of Claim Entitled to Priority under 11 U S C § 507(a).**
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(___)

**Amount entitled to priority**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**Signature.** The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any

Date 4-20-10

*Carolyn M. Piel*  Carolyn M. Piel  Credit Manager  713 672-6679

FOR COURT USE ONLY
APR 23 2010

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
Modified B10 (GCG)

# NEENAH ENTERPRISES, INC.

## Claims Register Report

### Creditor Detail

**Creditor Name:** LODGE LUMBER CO INC
**Address:** PO BOX 96589
HOUSTON TX 77213

### Claim Detail

**GCG #:** 1010200 **Claim #:** 318

**Transferor Name:**  **Status:**
**Filed Date:** 04/23/10  **Amends Claim #:**
**Scheduled As:**  **Amended by Claim #:**

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : | | | |
| Priority : | | | |
| Administrative : | | $11,889.36 | |
| 503(b)(9) : | | $11,889.36 | |
| Unsecured : | $11,889.36 | | |
| Total : | $11,889.36 | $11,889.36 | |
| Debtor : | Neenah Foundry Company | Neenah Foundry Company | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

Prepared by The Garden City Group, Inc.