**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------X
In re:                                                                     :
                                                                            :
Neenah Enterprises, Inc. et. al                                :
                                                                            :        Chapter 11
                                                                            :        Case No. 10-10360 (MFW)
                                                                            :        (Jointly Administered)
                           Debtors.                                :
-------------------------------------------------------------X

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                           ) ss
COUNTY OF SUFFOLK       )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the

above-captioned Chapter 11 case.  My business address is 105 Maxess Road, Melville, New

York 11747.

    2.    On May 21, 2010, I caused a true and correct copy of the following documents: (a)

Transfer of Claim [Docket No. 438] and (b) Form 210B Notice to be served upon the parties

identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box

maintained by the U.S. Postal service.

                                                              /s/ Kimberly Murray
                                                              Kimberly Murray

Sworn to before me this 21st day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR
Anderson Laboratories
6330 Industrial Loop
Greendale, WI 53129

### TRANSFEREE
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village, NV 89451