**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------X
In re:                                                          :
                                                                :
Neenah Enterprises, Inc. et. al                                 :
                                                                :         Chapter 11
                                                                :         Case No. 10-10360 (MFW)
                                                                :         (Jointly Administered)
                         Debtors.                               :
----------------------------------------------------------------X

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray**,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case.  My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On May 21, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 440] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 21st day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**<u>TRANSFEROR</u>**
Allegheny Recovery Corporation
22 Banco Business Park, 1061 Main Street
North Huntingdon, PA 15642

**<u>TRANSFEREE</u>**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village, NV 89451