**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------X
In re:                                      :
                                            :
Neenah Enterprises, Inc. et. al             :
                                            :        Chapter 11
                                            :        Case No. 10-10360 (MFW)
                                            :        (Jointly Administered)
                       Debtors.             :
-------------------------------------------------------------X
```

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray**,** being of full age, states as follows:

 1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

 2. On May 24, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 441] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                    /s/ Kimberly Murray
                    Kimberly Murray

Sworn to before me this 24th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Pennsylvania Tool Sales & Service, Inc.
PO Box 5557
Poland, OH 44514

Pennsylvania Tool Sales & Service, Inc.
625 Bev Road
Youngstown, OH 44512

**TRANSFEREE**
Sonar Credit Partners, LLC
200 Business Park Drive, Suite 201
Armonk, NY 10504