# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                           :
                                                 :
Neenah Enterprises, Inc. et. al                  :
                                                 :     Chapter 11
                                                 :     Case No. 10-10360 (MFW)
                                                 :     (Jointly Administered)
                      Debtors.                   :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 24, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 442] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 24th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

Pennsylvania Tool Sales & Service, Inc.
625 Bev Road
Youngstown, OH 44512

Pennsylvania Tool Sales & Service, Inc.
PO Box 5557
Poland, OH 44514

**TRANSFEREE**

Sonar Credit Partners, LLC
200 Business Park Drive, Suite 201
Armonk, NY 10504