**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
In re:                                              :
                                                    :
Neenah Enterprises, Inc. et. al                     :
                                                    :     Chapter 11
                                                    :     Case No. 10-10360 (MFW)
                                                    :     (Jointly Administered)
                    Debtors.                        :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

   1.   I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

   2.   On May 24, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 443] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                        /s/ Kimberly Murray
                                                        Kimberly Murray

Sworn to before me this 24th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Lodge Lumber Co Inc
PO Box 96589
Houston, TX 77213

Lodge Lumber Co Inc
PO Box 1141
Houston, TX 77251

**TRANSFEREE**
Sonar Credit Partners, LLC
200 Business Park Drive, Suite 201
Armonk, NY 10504