**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------X
In re:                                      :
                                            :
Neenah Enterprises, Inc. et. al             :
                                            :         Chapter 11
                                            :         Case No. 10-10360 (MFW)
                                            :         (Jointly Administered)
                        Debtors.            :
-----------------------------------------------------------------X
```

<u>AFFIDAVIT OF SERVICE</u>

```
STATE OF NEW YORK       )
                        ) ss
COUNTY OF SUFFOLK       )
```

I, Kimberly Murray**,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case.  My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On May 24, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 444] and (b) Form 210B Notice to be served upon the parties identified on **<u>Exhibit A</u>** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                    /s/ Kimberly Murray
                                                  Kimberly Murray

Sworn to before me this 24th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### <u>TRANSFEROR</u>

Lodge Lumber Company
PO Box 96589
Houston, TX 77213

Lodge Lumber Company
PO Box 1141
Houston, TX 77251

### <u>TRANSFEREE</u>

Sonar Credit Partners, LLC
200 Business Park Drive, Suite 201
Armonk, NY 10504