**Exhibit B**
**Neenah Expense Details for the Period of April 1, 2010 through April 30, 2010**

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/24/2010 | Fernando Pena-Alfaro | Airfare | Roundtrip airfare to/from Neenah, WI: United Airlines: IAH-ATW-IAH: 04/28/2010 to 04/30/2010 | 952.08 |
| 4/7/2010 | Richard D. Caruso | Airfare | Ticket change fee due to scheduling of conference call during original flight time: Midwest Airlines: Appleton, WI - Pittsburgh, PA | 57.00 |
| 4/14/2010 | Richard D. Caruso | Airfare | Roundtrip airfare to/from Neenah, WI: Midwest Airlines: PIT-ATW-PIT: 04/19/2010 to 04/22/2010 | 406.80 |
| 4/22/2010 | Richard D. Caruso | Airfare | Roundtrip airfare to/from Neenah, WI: Midwest Airlines: PIT-ATW-PIT: 04/27/2010 to 04/29/2010 | 437.80 |
| 4/13/2010 | Chicago Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - GLOBAL CROSSING TELECOMMUNICATIONS INC from 2/25/10 to 3/19/10 | 170.83 |
| 4/28/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Cab: residence to airport | 74.00 |
| 4/28/2010 | Fernando Pena-Alfaro | Ground Transportation | Appleton Taxi: airport to Neenah Foundry | 26.00 |
| 4/30/2010 | Fernando Pena-Alfaro | Ground Transportation | Taxi: airport to residence | 72.50 |
| 4/1/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on an out-of-town client: Best Western: Neenah, WI: 03/29/2010 to 04/01/2010 | 273.90 |
| 4/8/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on an out-of-town client: Best Western: Neenah, WI: 04/05/2010 to 04/08/2010 | 277.05 |
| 4/16/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on an out-of-town client: Best Western: Neenah, WI: 04/12/2010 to 04/16/2010 | 370.00 |
| 4/22/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on an out-of-town client: Best Western: Neenah, WI: 04/19/2010 to 04/22/2010 | 277.05 |
| 4/29/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on an out-of-town client: Best Western: Neenah, WI: 04/26/2010 to 04/29/2010 | 277.05 |
| 4/1/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 4/1/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: BRIDGEWOOD HOLDINGS INC: NEENAH, WI: 03/29/2010 to 04/01/2010 | 277.05 |
| 4/8/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 4/8/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: BRIDGEWOOD HOLDINGS INC: NEENAH, WI: 04/05/2010 to 04/08/2010 | 277.05 |
| 4/15/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 4/15/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: BRIDGEWOOD HOLDINGS INC: NEENAH, WI: 04/12/2010 TO 04/15/2010 | 277.05 |
| 4/22/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: BRIDGEWOOD HOLDINGS INC: NEENAH, WI: 04/19/2010 to 04/22/2010 | 277.05 |
| 4/22/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Hotel: Neenah, WI | 10.00 |
| 4/29/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Hotel: Neenah, WI | 10.00 |
| 4/29/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week.: BRIDGEWOOD HOLDINGS INC: NEENAH, WI: 04/26/2010 to 04/29/2010 | 277.05 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/29/2010 | Fernando Pena-Alfaro | Hotel/Lodging | Lodging during work week: Best Western: Neenah, WI: 04/28/2010 to 04/30/2010 | 92.35 |
| 4/30/2010 | Fernando Pena-Alfaro | Hotel/Lodging | Lodging during work week: Holiday Inn: Neenah, WI: 04/29/2010 to 04/30/2010 | 103.40 |
| 4/1/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah 03/29/2010 to 04/01/2010. | 277.05 |
| 4/8/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah, WI: 04/05/2010 to 04/08/2010 | 284.40 |
| 4/15/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah, WI: 04/12/2010 to 04/15/2010 | 277.05 |
| 4/23/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah, WI: 04/23/2010 to 04/23/2010 | 277.05 |
| 4/29/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah, WI: 04/28/2010 to 04/29/2010 | 92.35 |
| 4/30/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Holiday Inn: Neenah, WI: 04/29/2010 to 04/30/2010 | 103.40 |
| 4/8/2010 | Richard D. Caruso | Hotel/Lodging | Best Western: Neenah, WI: 04/05/2010 to 04/08/2010 | 277.05 |
| 4/29/2010 | Richard D. Caruso | Hotel/Lodging | Best Western: Neenah, WI: 04/27/2010 to 04/29/2010 | 184.70 |
| 4/1/2010 | Brent Johnson | Meals | Dinner while en route to residence from Neenah, WI: Burger King: Waupaca, WI | 8.79 |
| 4/5/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI: McDonald's: Thorp, WI | 7.12 |
| 4/5/2010 | Brent Johnson | Meals | Working lunch for engagement team.: Chipotle: Grand Chute, WI: Attendees: Brent Johnson, Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso | 26.20 |
| 4/8/2010 | Brent Johnson | Meals | Dinner while en route to residence from Neenah, WI: Burger King: Waupaca, WI | 8.23 |
| 4/12/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI: McDonald's: Thorp, WI | 7.88 |
| 4/14/2010 | Brent Johnson | Meals | Breakfast for engagement team: Starbucks: Neenah, WI: Attendees: Brent Johnson, Brett Anderson, Omer F. Ozgozukara | 8.56 |
| 4/15/2010 | Brent Johnson | Meals | Working dinner: Wendy's: Neenah, WI | 8.21 |
| 4/16/2010 | Brent Johnson | Meals | Lunch while en route from Neenah, WI to residence: Burger King: Waupaca, WI | 7.12 |
| 4/19/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI: McDonald's: Thorp, WI | 7.88 |
| 4/22/2010 | Brent Johnson | Meals | Dinner while en route from Neenah, WI to residence: Burger King, Waupaca, WI | 7.12 |
| 4/26/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI: McDonald's: Menomonie, WI | 5.57 |
| 4/27/2010 | Brent Johnson | Meals | Breakfast for engagement team: Starbucks: Neenah, WI: Attendees: Brent Johnson, Brett Anderson | 4.10 |
| 4/29/2010 | Brent Johnson | Meals | Dinner while en route from Neenah, WI to residence: Burger King, Waupaca, WI | 7.54 |
| 4/5/2010 | Brett Anderson | Meals | Travel dinner for Huron team: BUFFALO WILD WINGS 6 GRAND CHUTE  WI: BUFFALO WILD WINGS 62: GRAND CHUTE Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara | 56.28 |
| 4/5/2010 | Brett Anderson | Meals | Breakfast: STARBUCKS IL-T721537 LAKE FOREST IL: HMSHOST-IL-TURNPK: LAKE FOREST | 4.38 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/6/2010 | Brett Anderson | Meals | Travel dinner for Huron team: GROUND ROUND GRILL A NEENAH    WI: GROUND ROUND: NEENAH Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara | 60.24 |
| 4/7/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Omer F. Ozgozukara | 36.99 |
| 4/8/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 30.13 |
| 4/12/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Nakashima of Japan: Appleton, WI: Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 130.00 |
| 4/12/2010 | Brett Anderson | Meals | Breakfast: STARBUCKS IL-T721537 LAKE FOREST IL: HMSHOST-IL-TURNPK: LAKE FOREST | 5.45 |
| 4/12/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 29.97 |
| 4/13/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Zacateca's: Neenah, WI: Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 81.56 |
| 4/13/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbucks: Neenah, WI: Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 8.56 |
| 4/14/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 28.45 |
| 4/15/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 39.79 |
| 4/19/2010 | Brett Anderson | Meals | Travel dinner for Huron team: MACHINE SHED APPLETON    WI: WI MACHINE SHED-APPLETON: APPLETON Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson | 49.86 |
| 4/19/2010 | Brett Anderson | Meals | Breakfast: STARBUCKS IL-T721537 LAKE FOREST IL: HMSHOST-IL-TURNPK: LAKE FOREST | 6.52 |
| 4/19/2010 | Brett Anderson | Meals | Working lunch for Huron team: CHIPOTLE 1173 542929 GRAND CHUTE    WI: CHIPOTLE MEXICAN GRILL: GRAND CHUTE Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson | 24.62 |
| 4/20/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson | 17.69 |
| 4/20/2010 | Brett Anderson | Meals | Breakfast for Huron team: STARBUCKS USA 103044 NEENAH    WI: STARBUCKS COFFEE CO: NEENAH | 4.10 |
| 4/20/2010 | Brett Anderson | Meals | Travel dinner for Huron team: NAKASHIMA OF JAPAN  APPLETON    WI: NAKASHIMA INC: APPLETON Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 125.78 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/21/2010 | Brett Anderson | Meals | Travel dinner for Huron team: CANNOVA'S PIZZERIA 8 NEENAH    WI: LDPK INC: NEENAH Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 63.13 |
| 4/22/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 27.36 |
| 4/26/2010 | Brett Anderson | Meals | Working lunch for Huron team: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson | 20.58 |
| 4/26/2010 | Brett Anderson | Meals | Breakfast: STARBUCKS IL-T721537 LAKE FOREST IL: HMSHOST-IL-TURNPK: LAKE FOREST | 6.52 |
| 4/26/2010 | Brett Anderson | Meals | Travel dinner for Huron team: CY'S ASIAN BISTRO LL NEENAH    WI: CY'S ASIAN BISTRO LLC: NEENAH Attendees: Brett Anderson, Brent Johnson | 62.40 |
| 4/27/2010 | Brett Anderson | Meals | Working lunch for Huron team.: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson | 20.00 |
| 4/27/2010 | Brett Anderson | Meals | Travel dinner for Huron team.: FRATELLO'S RIVERFR 5 APPLETON    WI: J RESTAURANT LLC: APPLETON Attendees: Brett Anderson, Brent Johnson | 91.09 |
| 4/28/2010 | Brett Anderson | Meals | Working lunch for Huron team.: ZUPPA'S NEENAH    WI: P KINZEE RESTAURANT INC: NEENAH Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara, Richard D. Caruso, Fernando Pena-Alfaro | 53.65 |
| 4/28/2010 | Brett Anderson | Meals | Travel dinner for Huron team.: ZACATECAS MEXICA ZAC NEENAH    WI: ZACATECA'S: NEENAH Attendees: Brett Anderson, Brent Johnson | 49.16 |
| 4/29/2010 | Brett Anderson | Meals | Working lunch for Huron team.: CHIPOTLE 1173 542929 GRAND CHUTE WI: CHIPOTLE MEXICAN GRILL: GRAND CHUTE Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara, Fernando Pena-Alfaro | 24.99 |
| 4/28/2010 | Fernando Pena-Alfaro | Meals | Breakfast: Starbucks: Houston airport | 13.25 |
| 4/28/2010 | Fernando Pena-Alfaro | Meals | Travel dinner for Huron team: CY's Asian Bistro: Attendees: Fernando Pena-Alfaro, Omer F. Ozgozukara | 53.00 |
| 4/30/2010 | Fernando Pena-Alfaro | Meals | Working lunch for Huron team: Zuppas: Attendees: Fernando Pena-Alfaro, Omer F. Ozgozukara | 18.16 |
| 4/30/2010 | Fernando Pena-Alfaro | Meals | Dinner: Chilis to go: Chicago airport | 18.25 |
| 4/1/2010 | Omer F. Ozgozukara | Meals | Breakfast for Huron team: Starbucks: Neenah, WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 8.56 |
| 4/1/2010 | Omer F. Ozgozukara | Meals | Working dinner: La Hacienda: Roselle, IL | 13.93 |
| 4/1/2010 | Omer F. Ozgozukara | Meals | Working lunch: McDonald's: Neenah, WI | 6.86 |
| 4/5/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Itasca, IL | 6.52 |
| 4/6/2010 | Omer F. Ozgozukara | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Omer F. Ozgozukara, Bob Gitter, Nancy Bogert, Brent Johnson, Brett Anderson, Richard D. Caruso | 59.08 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/7/2010 | Omer F. Ozgozukara | Meals | Travel dinner for Huron team: The Machine Shed: Appleton, WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso | 68.96 |
| 4/8/2010 | Omer F. Ozgozukara | Meals | Working lunch: Zuppa's: Neenah, WI | 10.03 |
| 4/8/2010 | Omer F. Ozgozukara | Meals | Travel dinner: TGI Friday's: Gurnee, IL | 15.46 |
| 4/8/2010 | Omer F. Ozgozukara | Meals | Breakfast for Huron team: Starbucks: Neenah, WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 9.67 |
| 4/12/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Neenah, WI | 6.72 |
| 4/13/2010 | Omer F. Ozgozukara | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 35.39 |
| 4/14/2010 | Omer F. Ozgozukara | Meals | Travel dinner for Huron team: Cannova's: Neenah, WI: Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 60.93 |
| 4/15/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Olive Garden: Gurnee, IL | 18.62 |
| 4/15/2010 | Omer F. Ozgozukara | Meals | Breakfast for Huron team: Starbucks: Neenah, WI: Attendees: Omer F. Ozgozukara, Brett Anderson, Brent Johnson | 8.56 |
| 4/20/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Itasca, IL | 9.58 |
| 4/22/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Cy's Asian Bistro: Neenah, WI | 19.78 |
| 4/23/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Zuppas: Neenah, WI | 12.72 |
| 4/23/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Neenah, WI | 4.58 |
| 4/23/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Olive Garden: Schaumburg, IL | 19.24 |
| 4/28/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Itasca, IL | 5.66 |
| 4/28/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Solea: Neenah, WI | 10.00 |
| 4/29/2010 | Omer F. Ozgozukara | Meals | Travel dinner for Huron team: Nakashima: Appleton, WI: Attendees: Omer F. Ozgozukara, Fernando Pena-Alfaro | 92.17 |
| 4/30/2010 | Omer F. Ozgozukara | Meals | Travel dinner: TGI Friday's: Gurnee, IL | 18.78 |
| 4/8/2010 | Richard D. Caruso | Meals | Breakfast: Airport Concession: Appleton Airport | 6.90 |
| 4/27/2010 | Richard D. Caruso | Meals | Dinner: Curritos: Pittsburgh Airport | 9.80 |
| 4/29/2010 | Richard D. Caruso | Meals | Lunch: Creative Crossa: Appleton Airport | 14.28 |
| 4/8/2010 | Brett Anderson | Mileage | Travel to Neenah, WI from residence: Chicago, IL to Neenah, WI: 04/05/2010 to 04/08/2010 | 185.00 |
| 4/15/2010 | Brett Anderson | Mileage | Travel to Neenah, WI from residence: Chicago, IL to Neenah, WI: 04/12/2010 to 04/15/2010 | 185.00 |
| 4/22/2010 | Brett Anderson | Mileage | Travel to Neenah, WI from residence: Chicago, IL to Neenah, WI: 04/19/2010 to 04/22/2010 | 185.00 |
| 4/29/2010 | Brett Anderson | Mileage | Travel to Neenah, WI from residence: Chicago, IL to Neenah, WI: 04/26/2010 to 04/29/2010 | 185.00 |
| 4/1/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL | 116.00 |
| 4/5/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Appleton, WI | 122.50 |
| 4/7/2010 | Omer F. Ozgozukara | Mileage | Travel from Appleton, WI to Neenah, WI | 6.50 |
| 4/7/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Appleton, WI | 6.50 |
| 4/8/2010 | Omer F. Ozgozukara | Mileage | Travel from Appleton, WI to Roselle, IL | 122.50 |
| 4/12/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Neenah, WI | 117.50 |
| 4/15/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL | 120.00 |
| 4/20/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Neenah, WI | 119.00 |
| 4/23/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL | 120.00 |
| 4/28/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Neenah, WI | 120.00 |
| 4/28/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah to Appleton and back to the Neenah.: Neenah/Appleton 04/28/2010 to 04/28/2010. | 12.00 |
| 4/30/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL | 119.00 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/30/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah to Appleton Airport and then back to Neenah.: Neenah/Appleton 04/30/2010 to 04/30/2010. | 13.00 |
| 4/5/2010 | Richard D. Caruso | Mileage | Travel to airport from residence for trip to Neenah, WI | 15.00 |
| 4/8/2010 | Richard D. Caruso | Mileage | Travel from airport to residence after trip to Neenah, WI | 15.00 |
| 4/22/2010 | Richard D. Caruso | Mileage | Travel from airport to residence after trip to Neenah, WI | 15.00 |
| 4/27/2010 | Richard D. Caruso | Mileage | Travel to airport from residence for trip to Neenah, WI | 15.00 |
| 4/29/2010 | Richard D. Caruso | Mileage | Travel from airport to residence after trip to Neenah, WI | 15.00 |
| 4/8/2010 | Brent Johnson | Parking & Tolls | Parking at ATW airport after R.Caruso (MD) used rental car for transportation to airport for early morning flight.: Outagamie Airport: Grand Chute, WI | 8.00 |
| 4/1/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls | 4.50 |
| 4/5/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Appleton, WI: Highway tolls | 4.50 |
| 4/8/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Appleton, WI to Roselle, IL: Highway tolls | 4.50 |
| 4/12/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, WI: Highway tolls | 4.50 |
| 4/15/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls | 4.50 |
| 4/20/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, WI: Highway tolls | 4.50 |
| 4/23/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls | 4.50 |
| 4/28/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, WI: Highway tolls | 4.50 |
| 4/30/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls | 4.50 |
| 4/8/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport during trip to Neenah, WI: PIT Airport: Pittsburgh, PA: 04/05/2010 to 04/08/2010 | 70.00 |
| 4/19/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport during trip to Neenah, WI: PIT Airport: Pittsburgh, PA: 04/19/2010 to 04/20/2010 | 22.00 |
| 4/22/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport during trip to Neenah, WI: PIT Airport: Pittsburgh, PA: 04/20/2010 to 04/22/2010 | 42.00 |
| 4/27/2010 | Richard D. Caruso | Parking & Tolls | Parking for rental car at Appleton airport: Appleton Airport: Appleton, WI: 04/27/2010 to 04/27/2010 | 6.00 |
| 4/29/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport during trip to Neenah, WI: PIT Airport: Pittsburgh, PA: 04/27/2010 to 04/29/2010 | 42.00 |
| 4/1/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route to residence from Neenah, WI: BP: Waupaca, WI | 30.80 |
| 4/2/2010 | Brent Johnson | Rental Car | Monthly charge for rental car used to travel to/from out-of-town client: Enterprise: 03/06/2010 to 04/02/2010 | 1,429.05 |
| 4/5/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route from residence to Neenah, WI: Ace Oil: Thorp, WI | 54.85 |
| 4/8/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route to residence from Neenah WI: BP: Waupaca, WI | 47.90 |
| 4/12/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route from residence to Neenah, WI: U Fill: Menomonie, WI | 62.45 |
| 4/16/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route to residence from Neenah, WI: BP: Waupaca, WI | 49.05 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/19/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route from residence to Neenah, WI: River Country Plaza: Cadott, WI | 58.25 |
| 4/22/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route to residence from Neenah, WI: BP: Waupaca, WI | 50.95 |
| 4/26/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route from residence to Neenah, WI: Express: Baldwin, WI | 45.00 |
| 4/26/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route from residence to Neenah, WI: R-Store: Stevens Point, WI | 31.80 |
| 4/29/2010 | Brent Johnson | Rental Car | Fuel for rental car while en route to residence from Neenah, WI: BP: Woodville, WI | 57.80 |
| 4/28/2010 | Chicago Accounts Payable | Research | PACER - Electronic Legal database and docket research: PACER: Washington, DC | 186.40 |
| 4/7/2010 | Elaine M Lane | Research | PACER - Electronic Legal database and docket research: PACER: Washington, DC | 18.16 |
| 4/14/2010 | Elaine M Lane | Telecom | Verizon - international roaming charges: Lenexa, KS: 04/01/2010 to 04/14/2010. | 2.67 |
| 4/5/2010 | Richard D. Caruso | Telecom | Internet service at O'Hare Airport, Chicago, IL during flight lay-over: Boingo | 6.95 |
| 4/27/2010 | Richard D. Caruso | Telecom | Internet access at Appleton Airport, Appleton, WI during trip to Neenah, WI: Boingo | 4.95 |

**Total Expenses** $13,302.15