**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. At the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a copy of the Notice of Hearing to Consider Confirmation of the Joint Plan of Reorganization For Neenah Enterprises, Inc. and its Subsidiaries to be published in each of (a) The Wall Street Journal, and (b) USA Today. A true and correct copy of each of

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

the Affidavits and tear sheets from the foregoing publications is attached hereto as Exhibit A and Exhibit B respectively.

Paul V. Kinealy

Sworn to before me this 26th day of May, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

GANNETT

**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Erika Fowler says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **May 20, 2010** the following legal advertisement – **Neenah Enterprises, Inc. (NEN)** - was published in the national editions of **USA TODAY.**

Principal Clerk of USA TODAY
May 20, 2010

This 20th day of May month 2010 year.

Notary Public

Commonwealth of Virginia
Karen R. Levy - Notary Public
Commission No. 287084
My Commission Expires 02/29/2012

**Health**

# Special diet doesn't help autistic children in small study

## Researchers tested effects of wheat and dairy products

By Rita Rubin
USA TODAY

A popular autism diet free of cereal grains and dairy products did not improve symptoms in children, shows a small study to be reported Saturday.

Up to a third of children with autism are put on special diets like the one tested in the new study, the researchers say. The diets are based on the theory that people with autism don't digest cereal grains and dairy products completely, so they tend to absorb toxic byproducts.

"Subsequent studies have not confirmed this to be true," says Susan Hyman, a University of Rochester pediatrician who led the new study, which she'll report at the International Meeting for Autism Research in Philadelphia. Still, many parents and teachers say they've seen improvement when children with autism stop eating these foods. But, Hyman says, behavioral therapy, not their diets, might deserve credit.

The scientists say theirs is the most tightly controlled autism diet study so far. They tried to ensure that their subjects were as similar as possible, cutting the chance that factors besides diet would affect symptoms.

Fourteen children with autism, ages 2½ to 5½, completed the 18-week study. None had celiac disease, in which the lining of the small intestine is damaged from gluten, or milk allergies.

Their families stuck to a strict diet free of gluten — proteins in wheat, rye, barley — and casein, the main protein in milk and other dairy products. After they had been on the diet for at least four weeks, they were "challenged" once a week with a snack containing wheat flour, non-fat dried milk, both or neither. Dietitians created snacks that looked, tasted and felt the same, whether they contained gluten or casein.

Every child received each snack three times. Parents, teachers and a research assistant completed standardized surveys about their behavior the day before they received the snack, then two hours and 24 hours afterward. Parents also kept a diary of their children's diet and their sleep and bowel habits. The researchers assessed social interaction and language by watching taped play sessions.

They found no adverse changes in behavior after the snacks containing wheat, milk or both. "This is a small study," Hyman acknowledges. "Families will continue to try the diet, and that's OK." But, she says, they must ensure their growing children receive adequate nutrition.

Pamela Compart, co-author of *The Kid-Friendly ADHD and Autism Cookbook*, calls the study "clean and well thought out." But, says Compart, a pediatrician in Columbia, Md., who trained with Hyman, researchers may have seen behavioral changes if they had looked 72 hours after the snacks or if they also had eliminated soy from kids' diets.

"If you're able to keep them well-nourished, I think it's worth every child trying it," Compart says of the special diet. "People would not stay on this diet if they didn't think it was working."

Hyman and Compart agree on the need for further scientific investigation into the role of diet in autism.

### Autism at a glance

- Prevalance is estimated **at 1 in 110 births.**
- **1 to 1.5 million** Americans live with an austim spectrum disorder.
- The lifetime cost of autism is **$3.2 million** per person.

Source: The Autism Society

# USA TODAY MARKETPLACE TODAY

usatoday.com

www.russelljohns.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST] | To advertise call 1.800.397.0070 Toll-free in the U.S. only

OPEN

## NOTICES

### LEGAL NOTICE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: NEENAH ENTERPRISES, Inc., et al.,[1] Debtors. | Chapter 11<br>Case No. 10-10360 (MFW)<br>Jointly Administered |

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES

PLEASE TAKE NOTICE THAT on March 26, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Joint Plan of Reorganization for Neenah Enterprises, Inc. (as may be amended or supplemented, the "Plan")[2] and the Disclosure Statement related to the Plan (as may be amended or supplemented, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE THAT:

1. On April 27, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Voting Procedures Order") approving the Disclosure Statement and the Debtors' procedures for soliciting votes on the Plan.

2. The deadline for voting to accept or reject the Plan is 4:00 p.m. Eastern Time on June 16, 2010, unless such time is extended. Objections to the Plan must comply with the Voting Procedures Order and be filed by 4:00 p.m. (prevailing Eastern Time) on June 16, 2010. A hearing to consider confirmation of the Plan will be held on June 23, 2010 at 9:30 a.m. (Eastern Time), convened at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 4, Wilmington, Delaware 19801.

3. Any party in interest wishing to obtain copies of the Disclosure Statement, the Plan, the Voting Procedures Order or other information about the solicitation procedures may request such information by contacting the Voting Agent (i) by first-class mail at The Garden City Group, Inc., Attn: Neenah Ballot Processing Center, P.O. Box 9594, Dublin, OH 43017-4894 or by overnight courier or hand-delivery at The Garden City Group, Inc., Attn: Neenah Ballot Processing Center, 5151 Blazer Pkwy., Suite A, Dublin, OH 43017; or (ii) by telephoning the Voting Agent at 866-405-2135. Copies of the Plan, the Disclosure Statement, and the Voting Procedures Order are available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Disclosure Statement may be obtained at www.neenahrestructuring.com, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: Wilmington, Delaware, April 27, 2010

Respectfully submitted, SIDLEY AUSTIN LLP, Larry J. Nyhan, Bojan Guzina, Kerriann S. Mills, Allison E. Triggs, One South Dearborn Street, Chicago, Illinois 60603, Telephone: (312) 853-7000, Facsimile: (312) 853-7036 -and- YOUNG CONAWAY STARGATT & TAYLOR, LLP, Robert S. Brady (No. 2847), Edmon L. Morton (No. 3856), Donald J. Bowman, Jr. (No. 4383), Kenneth J. Enos (No. 4544), The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Telephone: (302) 571-6600, Facsimile: (302) 571-1253, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (5781); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (6664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan or Voting Procedures Order, as applicable.

## PERSONALS

CONNECT WITH SINGLES
Match and Message FREE!
Call Now (888) 634-2628
Use FREE Code 7627, 18+

Meet Beautiful Foreign Singles Now!
Live Webcast
9:30 ET tonight - loveme.com/live
Free video, catalog 1-800-576-3367

Have Foreign Women E-Mail You!
www.foreignladies.com

## BUSINESS

### BUSINESS OPPORTUNITIES

* Buy Foreclosures *
U Find/We Fund! Split Big Profits!
Training Info: 1-800-854-1952 x16

**Notice to Bidders**

Sealed responses will be received in The Cooperative Purchasing Network (TCPN) office at 7145 West Tidwell, Houston, TX 77092-2096 until:

Thursday, June 10, 2010
@ 10:00 AM CDT
Request for Proposal (RFP) for Heavy Construction and Utility Equipment # 10-13

Tuesday, June 15, 2010
@ 10:00 AM CDT
Request for Proposal (RFP) for Equipment and Tool Rental Services # 10-14

Wednesday, June 16, 2010
@ 10:00 AM CDT
Request for Proposal (RFP) for Automotive Parts and Supplies # 10-15

Sealed responses will be publicly opened in the TCPN offices immediately following the deadline for receiving responses.

To request a copy of specifications please visit the following link on the TCPN website:
http://www.tcpn.org/default.aspx?name=rfp.request

TCPN reserves the right to reject any or all responses in whole or in part, to waive any formalities or irregularities in any responses, and to accept the responses, which in its discretion, within state law, be in the best interest of TCPN.

### BUSINESS OPPORTUNITIES

Form a Corp or LLC

COMPLETE & INCLUDES: State Filing Fees, Company Seal & Book, Articles of Incorporation or Organization, Minutes, By-laws, Bylaws or LLC Regulations, Stock or Membership Certificate, Preliminary Name Search, Attorney's Fees, Corp & LLCs are available in everyother state.

FREE INFO PACKET
www.americanlawyer.com
1-800-603-3900

| | |
|---|---|
| FL Corp. $99.95 | LLC $164.95 |
| NV Corp. $104.95 | LLC $104.95 |
| DE Corp. $118.95 | LLC $118.95 |
| CA Corp. $149.95 | LLC $114.95 |
| NJ Corp. $154.95 | LLC $154.95 |
| NY Corp. $144.95 | LLC $234.95 |
| IL Corp. $169.50 | LLC $549.95 |

Spiegel & Utrera, P.A., Lawyers

interspa
Great Dealership
- Dedicated Territory
- Complete Sales Training
- Start up Inventory + 200k in SALES
- All Promo Materials
- TV Marketing Campaign

877-899-5989
www.freedomtubs.com

www.USATODAY.com

### BUSINESS OPPORTUNITIES

MERCHANT SERVICES SALES
- iPhone Processing Now Available
- $11,000 Signing Bonus / $200 per Application
- $79.99 per month lease pays you $2307.70
- FREE Custom Website
- FREE Equipment/ Same Day Approvals
- Residual Income / No Declines on Leasing
- Details at www.1800BANKCARD.com
- EXP REQ. 1-800-537-8741 - Rich

For more information on how to place your ad, call:
1-800-397-0070
toll-free
in the U.S. only.
USATODAY@rja-ads.com
Or visit us online at:
www.USATODAY.com

## MARKETPLACE

### PUBLICATIONS

STUDY THE BIBLE
For FREE 6-lesson course
Church of Christ, Box 6459, Falls Church, VA 22041 888-949-2176
www.gracewords.org

### HEALTH/FITNESS

VIAGRA
CIALIS · LEVITRA · PROPECIA
VIAMEDIC
SAFE · SECURE · DISCREET
800-551-0352
VIAMEDIC.COM
Hablamos Español

VIAGRA / CIALIS
877-799-9333
www.porvead.com

## TICKETS

SPORTS TICKETS WANTED
COLLEGE AND PRO
BUYING SEASONS AND PACKAGES
(800) 676-8499, Ext. 14

Ticket Solutions
800-477-5285
TicketSolutions.com
Any Ticket - Anytime - Anywhere

Zigabid.com
866-944-2243
"Negotiate your ticket price"

### TRAVEL

### DISCOUNT TRAVEL

AAAAAA AWARDS BUY/SELL
1-800-859-8695
EUROPE/ORIENT/ASIA/S. PACIFIC

### TIMESHARE

RENTALS/RESALES, MEXICO SPECIALS, GLOBAL SERVICES
800-738-8250
www.globalresortservices.com

## NOTICES

### PUBLIC NOTICE

MISSING

LILA ORTEGA-CERVANTES

| | |
|---|---|
| DOB: Aug 17 1994 | Sex: Female |
| Missing: Jul 21, 2008 | Race: Hispanic |
| Age Now: 15 | Hair: Black |
| From: Carpentersville, IL | Eyes: Brown |

NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN
1-800-THE-LOST

Millions of new customers await you. Advertise in Marketplace Today.
USATODAY@russelljohns.com

# CAREERS TODAY

For less than a penny per reader, your career opportunity can reach an audience of 3.74 million.*

Ask about our special package options to combine your Monday CAREERS TODAY listing with additional week-long exposure in USA TODAY.

**To advertise, call 1-800-397-0070**
**or email: usatoday@russelljohns.com**

*Source: MRI Fall 2009

# USA TODAY Puzzles

Play online — puzzles.usatoday.com

## USA TODAY Crossword

Edited by Timothy Parker

**HIGHWAY SAFETY**
By Carol Ross

Get USA TODAY Crosswords on your mobile phone. Visit: mobilegames.usatoday.com today!

**ACROSS**
1 It might be consolidated
5 NBA arbiters
9 Alternatives to suspenders
14 Open court hearing
15 Perched upon
16 Dern of "Jurassic Park"
17 Unravel at the edges
18 Salad ingredient, sometimes
19 Spleen, e.g.
20 It may be tucked in a trunk
23 Fork-in-the-road shape
24 Group of two trios
25 Computer key with an arrow on it
27 Personal need, for many
30 Kitchen gadgets
33 Donkey
36 New York city
38 Little pest
39 Venus' offspring
41 Eastern bigwig
42 Italian bowling game
43 Clown's thing, in a Smokey Robinson tune
44 Like better
46 Cloth border
47 Flasher at a disco
49 Respond to dunning
51 Cause to become hardened to
53 They may be human or extraterrestrial
57 Guggenheim stuff
59 It may be tucked in a trunk
62 Somewhat wet
64 Reduce, as pain
65 Legal encumbrance
66 Baby food-making blender setting
67 E-mail to be filtered
68 Holiday nights
69 Suffix with "farm" or "home"
70 Soldier's good night tune
71 Nerve network

**DOWN**
1 Tips, as one's hat
2 Lofty nest (Var.)
3 Storied porridge makers
4 Rendezvous
5 Drumming syllables
6 Container for folding scissors
7 Like some farewells
8 "Thus ___ Zarathustra"
9 Drunk as a skunk
10 Stirrup location
11 It may be tucked in a trunk
12 Room-service prop
13 Capable of standing trial
21 Half-hearted
22 Machu Picchu resident, once
26 As a result, in logic
28 Burn a little
29 Not just willing
31 Tour de France, for one
32 Brain component
33 Play segments
34 Tallow source
35 It may be tucked in a trunk
37 Place for a cappuccino
40 Wood alternative, on the links
42 Legal summary
44 Persian sprite
45 Symbols
48 Without a cent
50 Bar on a boat
52 Give off, as perspiration
54 Far from sophisticated
55 Partner of meet
56 "Common" or "horse" follower
57 PA system components
58 Crush, in competition
60 Noted wine valley
61 Without dawdling, in memos
63 Ocean

Wednesday's Puzzle Answer

Answers: Call 1-900-988-8300, 99 cents a minute; or, with a credit card, 1-800-320-4280.

## Word Roundup™

by David L. Hoyt and Jeff Knurek

Find and Circle...
Eight four-letter words with EE in the middle
Four shapes
Three planets
Inventor who lived in Menlo Park (first/last name)
Beatles album: "___ Road"

Answers to Wednesday's puzzle: WARTHOG WEASEL WOMBAT WALRUS WHALE WOLF -- SWITZERLAND SENEGAL SERBIA SYRIA SUDAN SPAIN -- CAR BUS VAN -- BABE RUTH -- RAFT

## QuickCross™

by John Wilmes

Crazy
Place to get stock
Not crazy
Strong brews
U.S. space exploration div.
Mountain range
Adjust the radio
Some officer (Abbr.)

Wednesday's Puzzle Answer: SUCK / TRAN / OGLE / PELE

Get USA TODAY Quick Cross on your mobile phone. Visit mobilegames.usatoday.com today!

## Up & Down Words™

by David L. Hoyt and Russell L. Hoyt

1 ANIMAL
2 ___
3 ___
4 ___
5 ___
6 ___
7 ___ KEYS

CLUES
1 All the world's critters
2 The hereafter
3 What dreams do, in Disney films
4 Soul mate
5 Boyfriend or girlfriend
6 Loan-selecting tool
7 + and −, for example

Wednesday's Answer:

| | |
|---|---|
| 1 TOPPER | GRACE |
| 2 GRACE | KELLY |
| 3 KELLY | GREEN |
| 4 GREEN | APPLE |
| 5 APPLE | PIE |
| 6 PIE | PIECE |
| 7 PIECE | TOGETHER |

## USA TODAY Sudoku

Get USA TODAY Sudoku Fusion on your mobile phone. Visit mobilegames.usatoday.com today!

Complete the grid so that every row, column and 3x3 box contains the numbers 1 through 9 (no repeats).

DIFFICULTY RATING: ★★★★☆

DIFFICULTY RATING: ★★★★☆

Complete the grid so that every row, column and 3x2 box contains the numbers 1 through 6 (no repeats).

Wednesday's Puzzle Answer

## USA TODAY Txtpert

| Across | Down |
|---|---|
| 2. 26224 | 1. 2886 |
| 4. 8473 | 2. 227 |
| 5. 645 | 3. 2467737 |
| 7. 4247748 | 6. 526338 |
| 9. 765537 | 7. 4663 |
| | 8. 4393 |

Theme: Transport
Use the phone keypad to decode the clues. For example, 2 could be A, B or C.

Yesterday's solution

## USA TODAY Don't Quote Me®

© Wiggles 3D Incorporated

Rearrange the words to complete the quote.

CLOTHES DELUSION FISHING
LIARS OLD SURROUNDED

Writer Don Marquis shares his thoughts on fishing

"_______ is a _________ entirely _________ by _______ in ____ _______."

Wednesday's Answer: "Music is the pleasure the human mind experiences from counting without being aware that it is counting." - Gottfried Leibniz

# EXHIBIT B

**AFFIDAVIT**

**STATE OF TEXAS )**
**) ss:**
**CITY AND COUNTY OF DALLAS)**

I, Cortney Becker, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): May 20, 2010; pertaining to: Neenah Enterprises, Inc., et al; and that the foregoing statements are true and correct to the best of my knowledge.

[signature]

Sworn to before me this
20th day of May, 2010

[signature]
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

# BIGGEST 1,000 STOCKS

[illegible]

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
WSJMEDIAKIT.COM

## NOTICE OF SALE

NOTICE OF PUBLIC SALE

[illegible]

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT - DISTRICT OF DELAWARE

In re: ALERIS INTERNATIONAL, INC., et al.,[1] Debtors. ) Chapter 11 ) Case No. 09-10478 (BLS) ) (Jointly Administered)

**NOTICE OF ENTRY OF ORDER CONFIRMING THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ALERIS INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS, AS MODIFIED**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Confirmation of the Plan.** By that certain order, dated May 13, 2010 (the "**Confirmation Order**"),[1] the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") confirmed the plan of reorganization (the "**Plan**")[2] of Aleris International Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**").[3] Unless otherwise defined in this notice, capitalized terms and phrases used herein have the meanings set forth in the Plan.

**Effective Date.** The Effective Date of the Plan has not yet occurred, and certain conditions set forth in Section 10.2 of the Plan must still be satisfied or waived before the Plan may become effective. The Debtors will file with the Bankruptcy Court a notice of occurrence of the Effective Date within seven (7) days after the occurrence of the Effective Date. Any party who wishes to confirm the actual occurrence of the Effective Date should check the docket of the Bankruptcy Court.

**Claims Arising from Rejection, Termination, or Expiration of Contracts and Leases.** To assert a claim arising from (a) the rejection of a contract or lease provided in Section 9.2 of the Plan or (b) termination or expiration of a contract or lease prior to **May 13, 2010**, the applicable contract or lease counterparty must file a proof of claim (a "**Proof of Claim**") on or before **5:00 p.m. (Pacific Daylight Time) on June 14, 2010.**

All Proofs of Claim must comply with the following requirements:

a. specify the name and case number of the Debtor or Debtors against which the creditor asserts its Proof of Claim;
b. conform to the proof of claim form approved by the Bankruptcy Court pursuant to that certain bar date order, dated May 19, 2009,[4] or Official Bankruptcy Form No. 10;
c. to the extent applicable, limit any claims pursuant to section 502(b)(6) of the Bankruptcy Code;
d. include any supporting documentation or, if voluminous, a summary or explanation as to why documentation is not available;
e. be in the English language; and
f. be denominated in United States currency.

Proofs of Claim must be received on or before **June 14, 2010 at 5:00 p.m. (Pacific Daylight Time)** by the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC ("**KCC**"), the official claims agent in the Debtors' chapter 11 cases, at the following address: Aleris Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245 (the "**Aleris Claims Processing Center**").

The Debtors and KCC are not required to accept a Proof of Claim sent by facsimile, telecopy, or electronic mail transmission.

Proofs of Claim will be deemed timely filed only if actually received by the Aleris Claims Processing Center on or before **June 14, 2010 at 5:00 p.m. (Pacific Daylight Time).**

**Any contract counterparty that fails to timely file a Proof of Claim in accordance with the Confirmation Order on or before June 14, 2010 at 5:00 p.m. (Pacific Daylight Time) is FOREVER BARRED, ESTOPPED, and ENJOINED from asserting and enforcing such claims against HoldCo, IntermediateCo, any of the OpCos, the Reorganized Debtors, or any of their respective estates, assets, properties, or interests in property.**

Unless the Bankruptcy Court orders otherwise, all such Claims that are timely filed as provided herein will be treated as General Unsecured Claims under the Plan and will be subject to the provisions of Article V of the Plan.

**Copies of the Plan and Confirmation Order.** The Plan and Confirmation Order are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Plan and Confirmation Order are also available at www.kccllc.net/aleris, or by contacting KCC directly at **(866) 927-7088.**

Dated: May 17, 2010, Wilmington, Delaware

Paul N. Heath, RICHARDS, LAYTON & FINGER, P.A., One Rodney Square, P.O. Box 551, Wilmington, Delaware 19801, (302) 651-7700

Stephen Karotkin, Debra A. Dandeneau, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, (212) 310-8000

ATTORNEYS FOR THE DEBTORS AND THE DEBTORS IN POSSESSION

[1] *Order Confirming the First Amended Joint Plan of Reorganization of Aleris International, Inc. and Its Affiliated Debtors, as Modified*, dated May 13, 2010 [Docket No. 2073].

[2] *See First Amended Plan of Reorganization of Aleris International Inc. and Its Affiliated Debtors, as Modified*, dated March 19, 2010 and filed May 11, 2010 [Docket No. 2087].

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Aleris International, Inc. (8280), Alchem Aluminum Shelbyville Inc. (8122), Alchem Aluminum, Inc. (5207), Aleris Aluminum Europe, Inc. (0921), Aleris Aluminum U.S. Sales Inc. (9526), Aleris Blanking and Rim Products, Inc. (7340), Aleris Deutschland Holding GmbH (3721) ("ADH"), Aleris Light Gauge Products, Inc. (7311), Aleris Nevada Management, Inc. (2909), Aleris Ohio Management, Inc. (0637), Nonis, Inc. (6830), Alsco Holdings, Inc. (5938), Alsco Metals Corporation (7792), Alumitech of Cleveland, Inc. (1568), Alumitech of Wabash, Inc. (4629), Alumitech of West Virginia, Inc. (3237), Alumitech, Inc. (9351), AWT Properties, Inc. (5332), CA Lewisport, LLC (6561), CI Holdings, LLC (9484), Commonwealth Aluminum Concast, Inc. (7644), Commonwealth Aluminum Lewisport, LLC (7738), Commonwealth Aluminum Metals, LLC (8491), Commonwealth Aluminum Sales Corporation (8612), Commonwealth Aluminum Tube Enterprises, LLC (7825), Commonwealth Aluminum, LLC (6039), Commonwealth Industries, Inc. (5741), ETS Schaefer Corporation (1350), IMCO Indiana Partnership L.P. (3840), IMCO International, Inc. (8362), IMCO Investment Company (5728), IMCO Management Partnership, L.P. (2738), IMCO Recycling of California, Inc. (0255), IMCO Recycling of Idaho Inc. (8990), IMCO Recycling of Illinois Inc. (7227), IMCO Recycling of Indiana Inc. (4357), IMCO Recycling of Michigan L.L.C. (5772), IMCO Recycling of Ohio Inc. (1406), IMCO Recycling of Utah Inc. (2330), IMCO Recycling Services Company (0588), IMSAMET, Inc. (7929), Rock Creek Aluminum, Inc. (3607), Silver Fox Holding Company (1108), and Wabash Alloys, L.L.C. (0706).

[4] *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rules 2002(a)(7), (l), (l), and 3003(c) Establishing September 15, 2009 at 5:00 p.m. (Eastern Time) as the Deadline to [File] Proofs of Claim and Approving the Form and Manner of Notice Thereof*, dated May 19, 2009 [Docket No. 601]

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: NEENAH ENTERPRISES, Inc., et al.,[1] Debtors. | Chapter 11 | Case No. 10-10360 (MFW) | Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES**

PLEASE TAKE NOTICE THAT on March 26, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Joint Plan of Reorganization for Neenah Enterprises, Inc. (as may be amended or supplemented, the "Plan")[2] and the Disclosure Statement related to the Plan (as may be amended or supplemented, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE THAT:

1. On April 27, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Voting Procedures Order") approving the Disclosure Statement and the Debtors' procedures for soliciting votes on the Plan.

2. The deadline for voting to accept or reject the Plan is 4:00 p.m. Eastern time on June 16, 2010, unless such time is extended. Objections to the Plan must comply with the Voting Procedures Order and be filed by 4:00 p.m. (prevailing Eastern Time) on June 16, 2010. A hearing to consider confirmation of the Plan will be held on June 23, 2010 at 9:30 a.m. (Eastern Time) before the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 4, Wilmington, Delaware 19801.

3. Any party in interest wishing to obtain copies of the Disclosure Statement, the Plan, the Voting Procedures Order or other information about the solicitation procedures may request such information by contacting the Voting Agent (i) by first-class mail at The Garden City Group, Inc., Attn: Neenah Ballot Processing Center, P.O. Box 9594, Dublin, OH 43017-4894 or by overnight courier or hand-delivery at The Garden City Group, Inc., Attn: Neenah Ballot Processing Center, 5151 Blazer Pkwy., Suite A, Dublin, OH 43017; or (ii) by telephoning the Voting Agent at 866-405-2530. Copies of the Plan, the Disclosure Statement, and the Voting Procedures Order are available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Plan and the Disclosure Statement may be obtained at www.neenahrestructuring.com, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated, Wilmington, Delaware, April 27, 2010

Respectfully submitted, SIDLEY AUSTIN LLP, Larry J. Nyhan, Bojan Guzina, Kerriann S. Mills, Allison E. Triggs, One South Dearborn Street, Chicago, Illinois 60603, Telephone: (312) 853-7000, Facsimile: (312) 853-7036 -and- YOUNG CONAWAY STARGATT & TAYLOR, LLP, Robert S. Brady (No. 2847), Edmon L. Morton (No. 3856), Donald J. Bowman, Jr. (No. 4383), Kenneth J. Enos (No. 4544), The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Telephone: (302) 571-6600, Facsimile: (302) 571-1253, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (6781); NFC Castings, Inc. (7913); Neenah Foundry Company (6331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7681); Gregg Industries, Inc. (8884); Mercer Forge Corporation (3711); Deeter Foundry, Inc. (5148); Dalton Corporation (9771); Belcher Corporation (3129); Peerless Corporation (4462); A&M Specialties, Inc. (3796); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (9979); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3000); and Morgan's Welding, Inc. (1260). The mailing address of each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan or Voting Procedures Order, as applicable.

## PUBLIC NOTICES

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

ARTHUR STEINBERG, Receiver for Northshore Asset Management, LLC and its Affiliated Entities and Funds, Plaintiff, v. WAYPORT, INC., AT&T INC., and U.S. BANK N.A., Defendants. ) C. A. No. 5029-VCS

**PLEASE TAKE NOTICE** that Arthur J. Steinberg, court-appointed receiver for Northshore Asset Management, LLC et al., on behalf of Ardent Research Partners, L.P., has asserted an ownership interest in 27,927 shares of Wayport, Inc. Series 6 Preferred Stock memorialized in stock certificate PG-7 and seeks payment from Wayport, Inc. on account of such shares. Pursuant to the order of Vice Chancellor Leo E. Strine, Jr. of the Court of Chancery of the State of Delaware, entered on May 11, 2010, Wayport, Inc. shall remit payment on account of such shares to the Receiver unless on or before 5:00 p.m. (Eastern Time) on July 1, 2010, the Receiver's counsel receives a written objection from a party asserting a competing ownership interest in such shares and documentary evidence of such competing ownership interest. Such written objection shall be made to Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022, Attn: Madlyn Dahlman, Telephone: (212) 836-8000, Facsimile: (212) 836-6373, Email: mdahlman@kayescholer.com, with a copy to Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington Delaware 19801, Attn: Kevin Coen, Telephone: (302) 351-9301, Facsimile: (302) 425-3097, Email: kcoen@mnat.com.

## BIDS/PROPOSALS

**REQUEST FOR PROPOSALS CAPTIVE MANAGEMENT SERVICES**

The WTC Captive Insurance Company is seeking proposals for captive management services. The Captive is an independent not-for-profit corporation, sponsored by the City of New York, licensed by the New York State Insurance Department and domiciled in New York State. The Captive received slightly less than $1 billion from the Federal Emergency Management Agency on December 3, 2004. The Captive is insuring the City and its contractors for claims arising from the FEMA funded work performed at the debris removal site.

The Request for Proposal solicits proposals from firms to provide the following services, among others:

1. Accounting & finance services, including bookkeeping on all transactions, reconciliation of all bank accounts monthly, maintaining all books and records for the company in compliance with GAAP, coordinating the annual financial audit, and maintaining and providing various financial data, among other matters.
2. Regulatory and compliance services, including the preparation & submission of the New York State Insurance Department Annual Statement and ensuring compliance with all other applicable requirements of New York Insurance Law, assisting the WTC Captive during regulatory exams, and interacting with the Insurance Department as requested by the WTC Captive, among other matters.
3. Services unique to the WTC Captive, including providing reporting as required under our formation documents, and other matters, as described in the Request for Proposal.

Please contact [illegible]@wtccaptive.com or [illegible]@wtccaptive.com to request a copy of the Request for Proposal. Proposals are due by Friday, June 11, 2010 at 12 noon.

Notable Commercial Properties.

Commercial Listings Every Wednesday.

List Your Property Today. Call 1-800-366-3975 or email sales.realestate@wsj.com

THE WALL STREET JOURNAL. Commercial Real Estate

NASDAQ

NYSE AMEX

To order an annual report, visit wsj.ordereannualreports.com or Call 800 654 2582 Fax 800 965 5679. FREE ANNUAL REPORTS. Annual Reports Service. THE WALL STREET JOURNAL.

BLACK