UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEENAH ENTERPRISES, INC., *et al.*, :<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL FOR THE
STATE OF MICHIGAN DEPARTMENT OF
TREASURY PURSUANT TO LOCAL RULE 9010-1 (e)**

Deborah Benedict Waldmeir, Assistant Attorney General, representing the State of Michigan Department of Treasury, certifies to this Honorable Court the following:

1. I am admitted to practice in the following Courts:

Michigan Supreme Court, California Supreme Court[1], U.S. District Court for the Eastern District of Michigan, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, and the U.S. Supreme Court.

2. I am an attorney in good standing in all jurisdictions in which I have been admitted.

---

[1] INACTIVE

1

3. I agree to be bound by the Local Rules of the U.S. Bankruptcy Court for the District of Delaware, and I submit to the jurisdiction of this Court for disciplinary purposes.

          Respectfully submitted,

          Michael A. Cox
          Attorney General

          /s/Deborah Benedict Waldmeir
          Deborah Benedict Waldmeir (P60869)
          Assistant Attorney General
          3030 W. Grand Blvd
          Ste 10-200
          Detroit, MI 48202
          Telephone: (313) 456-0140
          Fax: (313) 456-0141
          waldmeird@michigan.gov

Dated: May 26, 2010