UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                              Case No. 10-10360-MFW

NEENAH ENTERPRISES, INC.,                           Chapter 11

          Debtor(s).                              Honorable Mary F. Walrath

_____/

## PROOF OF SERVICE

The undersigned certifies that on May 26, 2010, a copy of the Certification of Counsel and Objection to Debtors' Joint Plan of Reorganization, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Edmond L Morton
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Fl.
PO Box 391
Wilmington DE  19899

                                              */s/ Michael Holcomb*
                                              Michael Holcomb
                                              Legal Secretary
                                              Deborah B. Waldmeir  (P60869)
                                              Cadillac Place, Ste. 10-200
                                              3030 W. Grand Blvd.
                                              Detroit, MI  48202
                                              Telephone:  (313) 456-0140
                                              E-mail:  waldmeird@michigan.gov

Dated: May 26, 2010