# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Neenah Enterprises, Inc., et al., Jointly Administered,</u>  Case No. <u>10-10360</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Creditor Liquidity, LP</u>  

Name of Transferee

<u>MARSHALL W NELSON & ASSOC</u>

Name of Transferor

Name and Address where notices to transferee should be sent:

Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: <u>(914) 514-8300</u>

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

MARSHALL W NELSON & ASSOC
4300 N PORT WASHINGTON RD
MILWAUKEE, WI 53212-1034
Phone: _____
Court Claim # (if known)_____
Amount of Claim: <u>$936.00</u>
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Robert J. Tannor</u>  Date: <u>5/26/2010</u>
  Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

DURAWEAR CORP ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee") all rights, title and interest in and to all claims of Assignor in the aggregate amount of **$752.64** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Neenah Enterprises, Inc., et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 10-10360** or any other court with jurisdiction

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee

IN WITNESS WHEREOF, dated the 28 day of April, 2010

By: _JoAnn D. Wakefield_
(Signature of Authorized Party)

_ETEC DURAWEAR, INC_
(Company Name)

_JoAnn D. Wakefield_
(Print name of Authorized Party)


By: _/s/ Robert J. Tannor_
    Robert J. Tannor

    Creditor Liquidity, LP

    914-514-8300
    (Telephone Number)