# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                         :
                                                               :
Neenah Enterprises, Inc. et. al                                :
                                                               :     Chapter 11
                                                               :     Case No. 10-10360 (MFW)
                                                               :     (Jointly Administered)
                     Debtors.                                  :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

   1.   I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

   2.   On May 27, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 459] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                      /s/ Kimberly Murray
                                                      Kimberly Murray

Sworn to before me this 27th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Marshall W Nelson & Assoc
4300 N Port Washington Rd
Milwaukee, WI 53212-1034

**TRANSFEREE**
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504