**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------X
In re:                                          :
                                                :
Neenah Enterprises, Inc. et. al                 :
                                                :       Chapter 11
                                                :       Case No. 10-10360 (MFW)
                                                :       (Jointly Administered)
                  Debtors.                      :
-------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On May 27, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 461] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 27th day of
May, 2010

/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**<u>TRANSFEROR</u>**
Gordon Stowe & Assoc Inc
586 Palwaukee Drive
Wheeling, IL 60090

**<u>TRANSFEREE</u>**
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504