Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Investors Service

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
NEENAH ENTERPRISES, INC., et al.,                   :    Case No. 10-10360 (MFW)
                                                    :
                        Debtors.                    :    Jointly Administered
------------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Moody's Investors Service ("Moody's"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

1

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Tel:    (212) 818-9200
Fax:    (212) 818-9606
Email:  cbelmonte@ssbb.com
        pbosswick@ssbb.com

    PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Moody's requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

    This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims,

805273_1

set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
       May 27, 2010

                                   SATTERLEE STEPHENS BURKE
                                       & BURKE LLP
                             Attorneys for Moody's Investors Service

By: _____
                                 Christopher R. Belmonte (CB – 2163)
                                 Pamela A. Bosswick (PB-5307)
230 Park Avenue
New York, New York 10169
(212) 818-9200

805273_1

## SERVICE LIST

Allison R. Axenrod
Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ  07626

Karen Beth Shaer
Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY  11747

Adam D. Bruski
Susan M. Cook
Lambert, Lesser, Isackson, Cook & Giunta P.C.
916 Washington Avenue, Suite 309
Bay City, MI  48708

Hillary B. Crabtree
Luis M. Lluberas-Oliver
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Caroline R. Djang
Jeffers, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

David L. Finger
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155

William J. Barrett
Barrack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, IL  60606

Gennice D. Brickhouse
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, Suite 340
Washington, DC  20005-4026

D. Elaine Conway
Jackson Walker LLP
Jackson & Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX  77010

Gretchen A. Crawford
Oklahoma County Treasurer
320 Robert S. Kerr, Suite 505
Oklahoma City, OK  73102

Donald J. Detweiler
Sandra G.M. Seizer
Monica Loftin Townsend
Greenberg Traurig, LLP
1007 North Orange Street
The Nemours Building
Wilmington, DE  19801

Kristi J. Doughty
Whittington & Aulgur
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE  19709-10404

Aaron L. Hammer
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60603-3441

Matthew B. Harvey
Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Adam K. Keith
Robert Benjamin Weiss
Honigman Miller Schwartz Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Frank F. McGinn
Barlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

Kathleen M. Miller
Smith, Ktazenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

Adam Scott Moskowitz
ASM Capital, LP
22 Jennings Lane
Woodbury, NY  11797

Barry W. Sawtelle
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA  19610

William F. Taylor, Jr.
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801

Susan E. Kaufman
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE  19801

Joel A. Kunin
The Kunin Law Offices, LLC
412 Missouri Avenue
East St. Louis, IL  62201-3016

Rebecca K. McMahon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL  600818

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO  65015

Scott N. Opincar
McDonald Hopkins LLC
600 Superior Ave., E, Suite #2100
Cleveland, OH  44114

James M. Sullivan
Arent Fox LLP
1675 Broadway
New York, NY  10019

Deborah Waldmeir
State of Michigan Dept. of Attorney General
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202

5

805273_1

| | |
|---|---|
| Duane David Werb<br>Werb & Sullivan<br>300 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Donald J. Bowman, Jr.<br>Robert S. Brady<br>Kenneth J. Enos<br>Edmon L. Morton<br>Morgan L. Seward |
| U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |