# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 218 Eagle Street, Brooklyn, NY 11222.

2. That on May 28, 2010, deponent served a true copy of the annexed **Notice of Appearance and Request for Notice and Documents** upon:

| | |
|---|---|
| Allison R. Axenrod<br>Claims Recovery Group LLC<br>92 Union Avenue<br>Cresskill, NJ 07626 | William J. Barrett<br>Barrack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606 |
| Karen Beth Shaer<br>Jeffrey S. Stein<br>The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747 | Gennice D. Brickhouse<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, Suite 340<br>Washington, DC 20005-4026 |
| Adam D. Bruski<br>Susan M. Cook<br>Lambert, Lesser, Isackson, Cook & Giunta P.C.<br>916 Washington Avenue, Suite 309<br>Bay City, MI 48708 | D. Elaine Conway<br>Jackson Walker LLP<br>Jackson & Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010 |
| Hillary B. Crabtree<br>Luis M. Lluberas-Oliver<br>Moore & Van Allen PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003 | Gretchen A. Crawford<br>Oklahoma County Treasurer<br>320 Robert S. Kerr, Suite 505<br>Oklahoma City, OK 73102 |
| Daniel J. DeFranceschi<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Donald J. Detweiler<br>Sandra G.M. Seizer<br>Monica Loftin Townsend<br>Greenberg Traurig, LLP<br>1007 North Orange Street<br>The Nemours Building<br>Wilmington, DE 19801 |

805411_1

Caroline R. Djang
Jeffers, Mangels, Butler &
Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

David L. Finger
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
Matthew B. Harvey
Morris Nichols Arsht & Tunnell,
LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Adam K. Keith
Robert Benjamin Weiss
Honigman Miller Schwartz Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Frank F. McGinn
Barlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Kathleen M. Miller
Smith, Ktazenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Adam Scott Moskowitz
ASM Capital, LP
22 Jennings Lane
Woodbury, NY 11797

Kristi J. Doughty
Whittington & Aulgur
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-10404

Aaron L. Hammer
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60603-3441

Susan E. Kaufman
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Joel A. Kunin
The Kunin Law Offices, LLC
412 Missouri Avenue
East St. Louis, IL 62201-3016

Rebecca K. McMahon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 600818

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65015

Scott N. Opincar
McDonald Hopkins LLC
600 Superior Ave., E, Suite #2100
Cleveland, OH 44114

805411_1

| | |
|---|---|
| Barry W. Sawtelle<br>Kozloff Stoudt<br>2640 Westview Drive<br>Wyomissing, PA 19610 | James M. Sullivan<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019 |
| William F. Taylor, Jr.<br>McCarter & English LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801 | Deborah Waldmeir<br>State of Michigan Dept. of Attorney General<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 |
| Duane David Werb<br>Werb & Sullivan<br>300 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Donald J. Bowman, Jr.<br>Robert S. Brady<br>Kenneth J. Enos<br>Edmon L. Morton<br>Morgan L. Seward<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | |

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Nelson Rodriguez, Sr.

Sworn to before me this
28th day of May, 2010.

_____
Notary Public

PEARL LEUNG
Notary Public, State of New York
No. 01LE504678
Qualified in Kings County
Commission Expires July 17, 2011

805411_1