**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
In re:                                              :
                                                    :
Neenah Enterprises, Inc. et. al                     :
                                                    :       Chapter 11
                                                    :       Case No. 10-10360 (MFW)
                                                    :       (Jointly Administered)
                            Debtors.                :
---------------------------------------------------------------X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On June 1, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 470] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 1st day of
June, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**<u>TRANSFEROR</u>**
Bobcat of Warsaw Inc
3568 S SR 15
Warsaw, IN 46580

**<u>TRANSFEREE</u>**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village, NV 89451