EXHIBIT D

DETAIL OF EXPENSES

401237

# Invoice

**-Invoice**  0510 NAA NE1

**Date**  28 May 2010

 ROTHSCHILD

Neenah Enterprises, Inc.
Box 729
Neenah, WI 54957

**For the attention of**  Dale Parker, Chief Financial Officer

| | |
|---|---:|
| Monthly advisory fee: March 1, 2010 – March 31, 2010 | $175,000.00 |
| Maximum interim payment @ 80%: | X 0.80 |
| | 140,000.00 |
| Out-of-pocket expenses @ 100%: | 5,461.07 |
| **Total Due** | **$145,461.07** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| | | |
|---|---|---|
| JP Morgan Chase | Account Name: | Rothschild Inc. |
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# NEENAH ENTERPRISES CO.

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ 1,719.80 |
| Ground Transportation/Taxis | 1,096.06 |
| Hotel | 122.08 |
| Legal Fees | - |
| Miscellaneous | 54.31 |
| Meals | 376.33 |
| Word Processing | 885.82 |
| Copies | 549.10 |
| Research/Database | 566.44 |
| Telephone/Communications | 61.72 |
| Courier Services | 29.41 |
| **Total** | $5,461.07 |

# NEENAH ENTERPRISES CO.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/02/10 | Ft. Wayne/NY | New York, NY | $911.40 | Vendor | R. Siegel |
| 03/02/10 | NY/Ft. Wayne | New York, NY | $375.40 | Vendor | R. Siegel |
| 03/02/10 | CWT service charge | New York, NY | $13.00 | Vendor | R. Siegel |
| 03/02/10 | CWT service charge | New York, NY | $13.00 | Vendor | R. Siegel |
| 03/09/10 | NY/Wilmington/NY - rail | New York, NY | $417.00 | Vendor | S. Antinelli |
| 03/09/10 | Ticket adjustment | New York, NY | -$10.00 | Vendor | S. Antinelli |

**Total**    $1,719.80

# NEENAH ENTERPRISES CO.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/04/10 | From train station to meeting | Wilmington, DE | $11.00 | Vendor | S. Antinelli |
| 02/11/10 | From office to home | New York, NY | $10.10 | Vendor | R. Siegel |
| 02/18/10 | From office to home | New York, NY | $25.10 | Vendor | A. Svoyskiy |
| 02/28/10 | Parking fee (wknd) | New York, NY | $18.00 | Vendor | S. Antinelli |
| 03/03/10 | From office to home | New York, NY | $62.64 | Vendor | R. Siegel |
| 03/04/10 | Rental car used during trip | South Bend, IN | $278.48 | Vendor | R. Siegel |
| 03/04/10 | Purchase of gas for rental car | Ft. Wayne, IN | $8.81 | Vendor | R. Siegel |
| 03/08/10 | From office to home | New York, NY | $53.44 | Vendor | A. Svoyskiy |
| 03/09/10 | From home to Penn Station | Mamaroneck, NY | $126.54 | Vendor | S. Antinelli |
| 03/09/10 | From Penn Station to home | Mamaroneck, NY | $113.70 | Vendor | S. Antinelli |
| 03/09/10 | From train station to meeting | Wilmington, DE | $11.00 | Vendor | S. Antinelli |
| 03/16/10 | From airport to home | New York, NY | $47.48 | Vendor | R. Siegel |
| 03/16/10 | From home to airport | New York, NY | $52.88 | Vendor | R. Siegel |
| 03/18/10 | From office to home | New York, NY | $31.87 | Vendor | A. Svoyskiy |
| 03/21/10 | Package delivery to SA | New York, NY | $113.54 | Vendor | M. Houff |
| 03/22/10 | From office to home | New York, NY | $32.67 | Vendor | A. Svoyskiy |
| 03/23/10 | From office to home | New York, NY | $32.27 | Vendor | A. Svoyskiy |
| 03/25/10 | From office to home | New York, NY | $34.27 | Vendor | A. Svoyskiy |
| 03/31/10 | From office to home | New York, NY | $32.27 | Vendor | A. Svoyskiy |

**Total** $1,096.06

# NEENAH ENTERPRISES CO.

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/03/10 | Best Western 1 night | Neenah, WI | $122.08 | Vendor | R. Siegel |
| **Total** | | | $122.08 | | |

# NEENAH ENTERPRISES CO.

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Mar-10 | Presentation materials | New York, NY | $54.31 | Vendor | Various |
| **Total** | | | $54.31 | | |

# NEENAH ENTERPRISES CO.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/03/10 | Traveling meal (lunch) | Warsaw, IN | $5.71 | Vendor | R. Siegel |
| 03/03/10 | Traveling meal (dinner) | Warsaw, IN | $30.07 | Vendor | R. Siegel |
| 03/03/10 | Traveling meal (b'fast) | New York, NY | $6.71 | Vendor | R. Siegel |
| 03/04/10 | Traveling meal (lunch) | Warsaw, IN | $15.92 | Vendor | R. Siegel |
| 03/04/10 | Traveling meal (dinner) | Warsaw, IN | $4.56 | Vendor | R. Siegel |
| 03/05/10 | Working dinner | New York, NY | $13.94 | Vendor | R. Siegel |
| 03/08/10 | Working dinner | New York, NY | $26.00 | Vendor | M. Houff |
| 03/10/10 | Working dinner | New York, NY | $16.05 | Vendor | R. Siegel |
| 03/10/10 | Working dinner | New York, NY | $26.13 | Vendor | A. Svoyskiy |
| 03/12/10 | Working dinner | New York, NY | $25.73 | Vendor | R. Siegel |
| 03/16/10 | Working dinner | New York, NY | $25.01 | Vendor | R. Siegel |
| 03/18/10 | Working dinner | New York, NY | $25.09 | Vendor | A. Svoyskiy |
| 03/19/10 | Working dinner | New York, NY | $22.71 | Vendor | R. Siegel |
| 03/22/10 | Working dinner | New York, NY | $25.66 | Vendor | A. Svoyskiy |
| 03/23/10 | Working dinner | New York, NY | $22.06 | Vendor | R. Siegel |
| 03/23/10 | Working dinner | New York, NY | $21.10 | Vendor | A. Svoyskiy |
| 03/24/10 | Working dinner | New York, NY | $17.68 | Vendor | R. Siegel |
| 03/24/10 | Working dinner | New York, NY | $25.73 | Vendor | A. Svoyskiy |
| 03/31/10 | Working dinner | New York, NY | $20.47 | Vendor | R. Siegel |

**Total** $376.33

# NEENAH ENTERPRISES CO.

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Mar-10 | Word process charge | New York, NY | $885.82 | Vendor | Various |
| **Total** | | | $885.82 | | |

# NEENAH ENTERPRISES CO.

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Mar-10 | Black, white & color copies | New York, NY | $549.10 | BW $0.10/pg Color $1.00/pg | Various |
| **Total** | | | $549.10 | | |

# NEENAH ENTERPRISES CO.

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/01/10 | Cap IQ | New York, NY | $66.12 | Vendor | M. Houff |
| 03/01/10 | Cap IQ | New York, NY | $60.90 | Vendor | R. Siegel |
| 03/01/10 | Reuters | New York, NY | $18.90 | Vendor | R. Siegel |
| 03/01/10 | Reuters | New York, NY | $20.52 | Vendor | M. Houff |
| 03/01/10 | Research material | New York, NY | $300.00 | Vendor | Various |
| 03/26/10 | Research material | New York, NY | $100.00 | Vendor | Various |
| Total | | | $566.44 | | |

# NEENAH ENTERPRISES CO.

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/19/10 | Conference call | New York, NY | $11.90 | Vendor | R. Siegel & 6 parties |
| 02/26/10 | Conference call | New York, NY | $24.87 | Vendor | R. Siegel & 7 parties |
| 02/26/10 | Internet usage | Philadelphia, PA | $24.95 | Vendor | A. Svoyskiy |
| **Total** | | | $61.72 | | |

# NEENAH ENTERPRISES CO.

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/19/10 | Federal Express Corp. | New York, NY | $29.41 | Vendor | R. Siegel |
| Total | | | $29.41 | | |