<u>EXHIBIT E</u>

ROTHSCHILD ACTIVITY LOG

## Project Lambeau - Summary of Activity

| Professional | Job Description | Title | Hours worked from Mar 1, 2010 - Mar 31, 2010 |
|---|---|---|---|
| Neil Augustine | Investment Banker | Managing Director | 31.0 |
| Steve Antinelli | Investment Banker | Managing Director | 52.5 |
| Alex Svoyskiy | Investment Banker | Vice President | 68.0 |
| Richard Siegel | Investment Banker | Associate | 115.0 |
| Mitch Houff | Investment Banker | Analyst | 146.5 |
| Total | | | 413.0 |

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Augustine | 3/2/2010 | 1.0 | Internal Meetings/Calls | Internal communication re: Board meeting |
| Augustine | 3/2/2010 | 1.5 | Case Administration | Review comments/objections to Rothschild retention |
| Augustine | 3/3/2010 | 2.0 | Internal Meetings/Calls | Internal discussion re: business planning process |
| Augustine | 3/3/2010 | 0.5 | Internal Meetings/Calls | Internal discussion re: retention issues |
| Augustine | 3/4/2010 | 0.5 | Case Administration | Review courts objection to Rothschild retention by UCC |
| Augustine | 3/5/2010 | 0.5 | Internal Meetings/Calls | Internal discussions re: resolution of Rothschild issues |
| Augustine | 3/5/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Augustine | 3/5/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Augustine | 3/5/2010 | 0.5 | Internal Meetings/Calls | Discussions with team re: weekly calls |
| Augustine | 3/8/2010 | 0.5 | Internal Meetings/Calls | Review WSJ article |
| Augustine | 3/9/2010 | 0.5 | Internal Meetings/Calls | Internal discussion re: court hearing |
| Augustine | 3/10/2010 | 0.5 | Case Administration | Review court motion |
| Augustine | 3/10/2010 | 0.5 | Internal Meetings/Calls | Internal communication re: WSJ article PR strategy |
| Augustine | 3/11/2010 | 0.5 | Financial and Operational Due Diligence | Review case milestones |
| Augustine | 3/11/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Communications re: intra Bondholder issues |
| Augustine | 3/11/2010 | 0.5 | Internal Meetings/Calls | Review press release re: DIP |
| Augustine | 3/11/2010 | 0.5 | Internal Meetings/Calls | Review case milestones |
| Augustine | 3/12/2010 | 1.0 | Internal Meetings/Calls | Internal meeting re: Business planning process |
| Augustine | 3/12/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Augustine | 3/12/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Augustine | 3/17/2010 | 1.0 | Internal Meetings/Calls | Internal discussion re: business planning strategy |
| Augustine | 3/18/2010 | 1.0 | Internal Meetings/Calls | Internal discussion re: environmental issues |
| Augustine | 3/19/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Augustine | 3/19/2010 | 2.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Augustine | 3/20/2010 | 2.0 | Board - Calls/Meetings/Discussions | Review Board materials |
| Augustine | 3/22/2010 | 1.0 | Internal Meetings/Calls | Board Call |
| Augustine | 3/22/2010 | 0.5 | Internal Meetings/Calls | Internal discussion re: business plan |
| Augustine | 3/23/2010 | 0.5 | Internal Meetings/Calls | Internal discussion re: business plan |
| Augustine | 3/25/2010 | 0.5 | Internal Meetings/Calls | Internal discussion re: LT business plan |
| Augustine | 3/25/2010 | 1.0 | Fee Applications / Monthly Invoice | Review of draft fee application |
| Augustine | 3/26/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Augustine | 3/26/2010 | 1.0 | Internal Meetings/Calls | Internal discussion regarding work plan |
| Augustine | 3/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Augustine | 3/30/2010 | 1.0 | Internal Meetings/Calls | Internal discussion regarding long-term business plan |
| Augustine | 3/31/2010 | 2.0 | General Presentation Preparation | Review deck regarding long-term business plan |
| Total - Mar. | | 31.0 | | |

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Antinelli | 3/2/2010 | 1.0 | Board - Calls/Meetings/Discussions | Prepare and participation on Board update call |
| Antinelli | 3/3/2010 | 0.5 | Internal Meetings/Calls | Review of UCC and UST limited objections to Rothschild's retention |
| Antinelli | 3/4/2010 | 0.5 | Internal Meetings/Calls | Discussions of UCC and UST limited objections to Rothschild's retention |
| Antinelli | 3/4/2010 | 2.0 | Valuation | Review of end customer research for valuation work |
| Antinelli | 3/5/2010 | 0.5 | Internal Meetings/Calls | Discussed UCC and UST limited objections to Rothschild's retention |
| Antinelli | 3/5/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 3/5/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 3/5/2010 | 1.0 | Financial and Operational Due Diligence | Review of reported financial results and follow-up |
| Antinelli | 3/8/2010 | 0.5 | DIP Financing | Review of DIP financing / solicitation process / proposals |
| Antinelli | 3/9/2010 | 2.0 | Travel Time | Travel to Delaware |
| Antinelli | 3/9/2010 | 2.0 | Court Hearings/Filings | Preparation for Final DIP Hearing |
| Antinelli | 3/9/2010 | 1.0 | Internal Meetings/Calls | Discussion regarding settlement of Unsecured Creditors regarding DIP objection |
| Antinelli | 3/9/2010 | 0.5 | Court Hearings/Filings | Final DIP Hearing |
| Antinelli | 3/9/2010 | 2.0 | Travel Time | Return to NY from Delaware |
| Antinelli | 3/10/2010 | 0.5 | Internal Meetings/Calls | Review and discussion regarding DIP approval press release |
| Antinelli | 3/11/2010 | 2.0 | Court Hearings/Filings | Review of Disclosure Statement draft |
| Antinelli | 3/12/2010 | 1.0 | Financial and Operational Due Diligence | Review of weekly budget and commentary |
| Antinelli | 3/12/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 3/12/2010 | 1.0 | Court Hearings/Filings | Review of Disclosure Statement draft |
| Antinelli | 3/12/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 3/15/2010 | 2.0 | Valuation | Review of valuation materials to refresh comparable company information |
| Antinelli | 3/15/2010 | 0.5 | Court Hearings/Filings | Review of Disclosure Statement draft valuation language |
| Antinelli | 3/15/2010 | 0.5 | Court Hearings/Filings | Review of Disclosure Statement draft projection language |
| Antinelli | 3/16/2010 | 1.0 | Internal Meetings/Calls | Professional call to discuss case status |
| Antinelli | 3/17/2010 | 2.0 | General Presentation Preparation | Review and comment on Dabon Business Plan presentation |
| Antinelli | 3/18/2009 | 1.0 | General Presentation Preparation | Review of updated Dabon Business Plan presentation |
| Antinelli | 3/18/2009 | 1.0 | Court Hearings/Filings | Various discussions and review of February fee application |
| Antinelli | 3/18/2009 | 1.0 | Court Hearings/Filings | Review draft of POR |
| Antinelli | 3/19/2009 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 3/19/2009 | 2.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 3/22/2010 | 1.5 | General Presentation Preparation | Review, comment and discussions regarding Company's environmental presentation |
| Antinelli | 3/23/2010 | 0.5 | Financial and Operational Due Diligence | Review of the updated business plan |
| Antinelli | 3/23/2010 | 2.0 | General Presentation Preparation | Review of updated financials |
| Antinelli | 3/23/2010 | 1.0 | Internal Meetings/Calls | Call to review business plan with Company / Huron |
| Antinelli | 3/23/2010 | 1.0 | Court Hearings/Filings | Review revised draft of POR |
| Antinelli | 3/24/2010 | 1.0 | Internal Meetings/Calls | Call to review business plan with Company / Huron |
| Antinelli | 3/24/2010 | 1.5 | Fee Applications / Monthly Invoice | Review of fee application |
| Antinelli | 3/24/2010 | 2.0 | Financial and Operational Due Diligence | Review of Exit Financing information |
| Antinelli | 3/24/2010 | 1.0 | Financial and Operational Due Diligence | Review of preliminary Exit Financing sources |
| Antinelli | 3/25/2010 | 3.0 | General Presentation Preparation | Review of business plan presentation |
| Antinelli | 3/25/2010 | 1.0 | Financial and Operational Due Diligence | Call to review business plan with Company / Huron |
| Antinelli | 3/25/2010 | 0.5 | Court Hearings/Filings | Review revised drafts of Disclosure Statement and POR |
| Antinelli | 3/26/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 3/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 3/26/2010 | 0.5 | Financial and Operational Due Diligence | Review customer detail support for the updated business plan |
| Antinelli | 3/29/2010 | 1.0 | Internal Meetings/Calls | Call to review business plan with Huron |
| **Total - Mar.** | | **52.5** | | |

401237

| Professional | Date | Hours | # | Category | Explanation |
|---|---|---|---|---|---|
| Svoyskiy | 3/2/2010 | 1.0 | 11 | Board - Calls/Meetings/Discussions | Board update call |
| Svoyskiy | 3/2/2010 | 1.0 | 1 | Court Hearings/Filings | Reviewed court filings |
| Svoyskiy | 3/3/2010 | 2.0 | 10 | Noteholders - Calls/Meetings/Discussions | Diligence call with Moelis |
| Svoyskiy | 3/3/2010 | 0.5 | 7 | Valuation | Review December valuation materials |
| Svoyskiy | 3/3/2010 | 1.0 | 6 | Financial Analysis/Modeling | Review updated financing model |
| Svoyskiy | 3/3/2010 | 1.3 | 9 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 3/3/2010 | 0.5 | 9 | Internal Meetings/Calls | Review of UCC and UST limited objections to Rothschild's retention |
| Svoyskiy | 3/4/2010 | 1.0 | 9 | Internal Meetings/Calls | Discussions of UCC and UST limited objections to Rothschild's retention |
| Svoyskiy | 3/4/2010 | 1.0 | 4 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 3/5/2010 | 1.0 | 9 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 3/5/2010 | 1.0 | 10 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 3/5/2010 | 0.5 | 9 | Internal Meetings/Calls | Discussed UCC and UST limited objections to Rothschild's retention |
| Svoyskiy | 3/8/2010 | 2.0 | 8 | General Presentation Preparation | Reviewed and commented on DIP financing summary presentation |
| Svoyskiy | 3/8/2010 | 1.0 | 4 | Financial and Operational Due Diligence | Review updated plant projections |
| Svoyskiy | 3/8/2010 | 1.0 | 9 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 3/9/2010 | 1.0 | 8 | General Presentation Preparation | Reviewed and commented on DIP financing summary presentation |
| Svoyskiy | 3/9/2010 | 1.0 | 9 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 3/10/2010 | 0.5 | 8 | General Presentation Preparation | Review draft of financial exhibits |
| Svoyskiy | 3/10/2010 | 1.0 | 2 | Court Hearings/Filings | Review draft of Disclosure Statement |
| Svoyskiy | 3/11/2010 | 1.0 | 4 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 3/11/2010 | 1.0 | 8 | General Presentation Preparation | Reviewed Huron's presentation to Morris Anderson |
| Svoyskiy | 3/12/2010 | 1.0 | 2 | Court Hearings/Filings | Review draft of Disclosure Statement |
| Svoyskiy | 3/12/2010 | 0.5 | 9 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 3/12/2010 | 1.0 | 10 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 3/15/2010 | 2.0 | 2 | Court Hearings/Filings | Review and comment on the projections and valuation sections of Disclosure Statement |
| Svoyskiy | 3/16/2010 | 1.0 | 2 | Court Hearings/Filings | Review draft of Disclosure Statement |
| Svoyskiy | 3/16/2010 | 1.0 | 1 | Court Hearings/Filings | Review draft of monthly fee application |
| Svoyskiy | 3/16/2010 | 1.0 | 9 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 3/17/2010 | 1.0 | 4 | Financial and Operational Due Diligence | Review of plant projections and environmental cost assumptions |
| Svoyskiy | 3/18/2010 | 1.0 | 2 | Court Hearings/Filings | Review draft of POR |
| Svoyskiy | 3/18/2010 | 1.0 | 4 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 3/19/2010 | 1.0 | 9 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 3/19/2010 | 2.0 | 10 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 3/19/2010 | 0.5 | 4 | Financial and Operational Due Diligence | Review revised environmental report |
| Svoyskiy | 3/19/2010 | 0.5 | 2 | Court Hearings/Filings | Review draft of monthly fee application |
| Svoyskiy | 3/19/2010 | 0.5 | 4 | Financial and Operational Due Diligence | Review updated business plan financials |
| Svoyskiy | 3/20/2010 | 0.5 | 2 | Court Hearings/Filings | Review draft of monthly fee application |
| Svoyskiy | 3/20/2010 | 0.5 | 4 | Financial and Operational Due Diligence | Review updated business plan financials |
| Svoyskiy | 3/21/2010 | 2.0 | 4 | Financial and Operational Due Diligence | Review and discussion of updated projections |
| Svoyskiy | 3/22/2010 | 2.0 | 4 | Financial and Operational Due Diligence | Review and discussion of updated projections |
| Svoyskiy | 3/22/2010 | 1.0 | 11 | Board - Calls/Meetings/Discussions | Board update call |
| Svoyskiy | 3/23/2010 | 2.0 | 4 | Financial and Operational Due Diligence | Review and discussion of updated projections |
| Svoyskiy | 3/23/2010 | 1.0 | 9 | Internal Meetings/Calls | Call to review business plan with Company / Huron |
| Svoyskiy | 3/23/2010 | 2.5 | 4 | Financial and Operational Due Diligence | Review of the updated business plan |
| Svoyskiy | 3/23/2010 | 0.5 | 2 | Court Hearings/Filings | Review revised draft of POR |
| Svoyskiy | 3/24/2010 | 1.0 | 8 | General Presentation Preparation | Review and comment on updated business plan presentation |
| Svoyskiy | 3/25/2010 | 1.5 | 6 | Financial Analysis/Modeling | Review of the updated financing model |
| Svoyskiy | 3/25/2010 | 0.5 | 2 | Court Hearings/Filings | Review draft of monthly fee application |
| Svoyskiy | 3/25/2010 | 1.0 | 4 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 3/25/2010 | 1.0 | 2 | Court Hearings/Filings | Review revised drafts of Disclosure Statement and POR |
| Svoyskiy | 3/26/2010 | 1.0 | 9 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 3/26/2010 | 1.0 | 6 | Financial and Operational Due Diligence | Review of the updated financing model |
| Svoyskiy | 3/26/2010 | 1.0 | 10 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 3/26/2010 | 0.5 | 4 | Financial and Operational Due Diligence | Review customer detail support for the updated business plan |
| Svoyskiy | 3/27/2010 | 0.5 | 2 | Court Hearings/Filings | Review draft of monthly fee application |
| Svoyskiy | 3/28/2010 | 0.5 | 4 | Financial and Operational Due Diligence | Review environmental cost assumptions summary |
| Svoyskiy | 3/29/2010 | 1.0 | 9 | Internal Meetings/Calls | Call to review business plan with Huron |
| Svoyskiy | 3/29/2010 | 1.0 | 6 | Financial Analysis/Modeling | Review of the updated financing model |
| Svoyskiy | 3/29/2010 | 1.0 | 9 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 3/29/2010 | 1.0 | 8 | General Presentation Preparation | Review updated business plan presentation |
| Svoyskiy | 3/30/2010 | 1.0 | 8 | General Presentation Preparation | Review updated business plan presentation |
| Svoyskiy | 3/30/2010 | 1.0 | 9 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 3/31/2010 | 1.0 | 4 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 3/31/2010 | 1.0 | 6 | Financial Analysis/Modeling | Review of the updated financing model |
| Svoyskiy | 3/31/2010 | 2.0 | 8 | General Presentation Preparation | Review and discuss updated business plan presentation |
| Total - Mar. | | 68.0 | | | |

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Siegel | 3/1/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 3/1/2010 | 1.0 | Financial and Operational Due Diligence | Industry research |
| Siegel | 3/2/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 3/2/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Siegel | 3/3/2010 | 6.0 | Travel Time | Travel to Dalton facility |
| Siegel | 3/3/2010 | 4.0 | Financial and Operational Due Diligence | Dalton environmental discussion |
| Siegel | 3/3/2010 | 4.0 | Financial and Operational Due Diligence | Dalton 2010 and 2011 plan |
| Siegel | 3/4/2010 | 7.0 | Financial and Operational Due Diligence | Dalton 2010 and 2011 plan |
| Siegel | 3/4/2010 | 6.0 | Travel Time | Travel time from Dalton facility |
| Siegel | 3/4/2010 | 2.0 | Financial and Operational Due Diligence | Researching industry |
| Siegel | 3/5/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 3/5/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Siegel | 3/10/2010 | 0.5 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/11/2010 | 3.0 | General Presentation Preparation | Assist Huron in Morris Anderson presentation |
| Siegel | 3/12/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 3/12/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Siegel | 3/15/2010 | 2.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/15/2010 | 2.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/15/2010 | 1.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/16/2010 | 5.0 | Travel Time | Trip to Neenah to participate in UCC meeting |
| Siegel | 3/16/2010 | 3.0 | UCC - Calls / Meetings / Discussions | UCC meeting and preparation for meeting |
| Siegel | 3/16/2010 | 5.0 | Travel Time | Trip home from Neenah after participating in UCC meeting |
| Siegel | 3/17/2010 | 1.5 | Fee Applications / Monthly Invoice | Interim fee application |
| Siegel | 3/18/2010 | 2.0 | Fee Applications / Monthly Invoice | Interim fee application |
| Siegel | 3/18/2010 | 2.0 | Financial and Operational Due Diligence | Review Huron's Dalton presentation |
| Siegel | 3/19/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 3/19/2010 | 2.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Siegel | 3/19/2010 | 1.0 | Financial and Operational Due Diligence | Review Company's environmental presentation |
| Siegel | 3/19/2010 | 2.0 | Court Hearings/Filings | Interim fee application |
| Siegel | 3/20/2010 | 1.0 | Court Hearings/Filings | Interim fee application |
| Siegel | 3/21/2010 | 1.0 | Court Hearings/Filings | Interim fee application |
| Siegel | 3/22/2010 | 5.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/23/2010 | 5.0 | Financial and Operational Due Diligence | Review business plan |
| Siegel | 3/23/2010 | 1.0 | Internal Meetings/Calls | Call to review business plan with Company / Huron |
| Siegel | 3/24/2010 | 3.0 | General Presentation Preparation | Business plan presentation |
| Siegel | 3/24/2010 | 1.0 | Financial and Operational Due Diligence | Call to review business plan with Company / Huron |
| Siegel | 3/25/2010 | 1.0 | Financial and Operational Due Diligence | Call to review business plan with Company / Huron |
| Siegel | 3/25/2010 | 4.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/25/2010 | 2.0 | Financial and Operational Due Diligence | Review business plan |
| Siegel | 3/26/2010 | 3.0 | General Presentation Preparation | Business plan presentation |
| Siegel | 3/26/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 3/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Siegel | 3/29/2010 | 5.0 | General Presentation Preparation | Business plan presentation |
| Siegel | 3/29/2010 | 1.0 | Internal Meetings/Calls | Call to review business plan with Huron |
| Siegel | 3/30/2010 | 4.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/31/2010 | 5.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 3/31/2010 | 1.0 | Internal Meetings/Calls | Emails / calls with Huron |
| Total - Mar. | | 115.0 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Houff | 3/1/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/1/2010 | 4.0 | Financial and Operational Due Diligence | Researching industry |
| Houff | 3/2/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/2/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Houff | 3/2/2010 | 2.0 | Noteholders - Calls/Meetings/Discussions | Diligence call with Moelis |
| Houff | 3/3/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/3/2010 | 3.0 | Court Hearings/Filings | Reviewed objection |
| Houff | 3/3/2010 | 2.0 | General Presentation Preparation | Work on timeline |
| Houff | 3/3/2010 | 1.0 | General | Delivering materials to team |
| Houff | 3/4/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/5/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 3/5/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Houff | 3/5/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/5/2010 | 4.0 | General Presentation Preparation | Internal presentation on final restructuring agreement |
| Houff | 3/8/2010 | 1.0 | Financial and Operational Due Diligence | Due diligence |
| Houff | 3/8/2010 | 2.0 | Court Hearings/Filings | Preparation for court hearing |
| Houff | 3/9/2010 | 2.0 | Financial and Operational Due Diligence | Work on assumptions for model |
| Houff | 3/9/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/10/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/10/2010 | 1.5 | Financial Analysis/Modeling | Working with model |
| Houff | 3/11/2010 | 4.0 | General Presentation Preparation | Work on presentation for Morris Anderson |
| Houff | 3/11/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/12/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 3/12/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Houff | 3/12/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/12/2010 | 4.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 3/15/2010 | 3.0 | Court Hearings/Filings | Reviewed disclosure statement sections |
| Houff | 3/15/2010 | 2.5 | Case Administration | Working on internal admin issues |
| Houff | 3/15/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/16/2010 | 3.5 | Case Administration | Work on fee application |
| Houff | 3/16/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/17/2010 | 2.0 | General Presentation Preparation | Review of presentation given to Morris Anderson |
| Houff | 3/17/2010 | 1.5 | General Presentation Preparation | Review of presentation on operations / environmental issues |
| Houff | 3/17/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/18/2010 | 2.5 | Case Administration | Working on internal admin issues |
| Houff | 3/18/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/18/2010 | 2.5 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 3/19/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 3/19/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Houff | 3/19/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/19/2010 | 3.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 3/22/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/22/2010 | 3.5 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 3/22/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/22/2010 | 1.5 | General Presentation Preparation | Internal presentation |
| Houff | 3/23/2010 | 4.0 | Financial and Operational Due Diligence | Review business plan |
| Houff | 3/23/2010 | 1.0 | Internal Meetings/Calls | Call to review business plan with Company / Huron |
| Houff | 3/23/2010 | 3.0 | Case Administration | Work on fee application |
| Houff | 3/23/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/24/2010 | 4.0 | General Presentation Preparation | Business plan presentation |
| Houff | 3/24/2010 | 1.0 | Financial and Operational Due Diligence | Call to review business plan with Company / Huron |
| Houff | 3/25/2010 | 3.5 | Financial Analysis/Modeling | Work on model |
| Houff | 3/25/2010 | 1.0 | Financial and Operational Due Diligence | Call to review business plan with Company / Huron |
| Houff | 3/25/2010 | 4.5 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 3/25/2010 | 3.0 | Financial and Operational Due Diligence | Review business plan |
| Houff | 3/26/2010 | 4.0 | General Presentation Preparation | Business plan presentation |
| Houff | 3/26/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/26/2010 | 3.0 | Financial and Operational Due Diligence | Industry research |
| Houff | 3/26/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 3/26/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Houff | 3/29/2010 | 3.0 | General Presentation Preparation | Business plan presentation |
| Houff | 3/29/2010 | 1.0 | Financial and Operational Due Diligence | Call to review business plan with Huron |
| Houff | 3/30/2010 | 5.5 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 3/30/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 3/30/2010 | 3.0 | Financial Analysis/Modeling | Work on model |
| Houff | 3/31/2010 | 6.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 3/31/2010 | 1.0 | Financial and Operational Due Diligence | Emails / calls with Huron |
| Total - Mar. | | 146.5 | | |