# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## THIRD MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010

| | |
|---|---|
| Name of Applicant: | Ernst & Young, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 8, 2010 (*Nunc Pro Tunc* to February 3, 2010) |
| Period for which compensation and reimbursement are sought: | April 1, 2010 through April 30, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $170,960.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $79.00 |

This is a(n):  __X__ monthly  _____ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## PRIOR FEE APPLICATIONS FILED:

| Date Filed | Period Covered | Requested | | Approved (Through Filing of CNO) | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80% of Requested Fees) | Expenses |
| 4/15/2010 | 2/3/2010 – 2/28/2010 | $50,188.00 | $21.00 | $40,150.40 | $21.00 |
| 5/12/2010 | 3/1/2010 – 3/31/2010 | $62,505.00 | $71.50 | $50,004.00 | $71.50 |

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2010 THROUGH APRIL 30, 2010

| Compensation By Professional | | | | |
|---|---|---|---|---|
| Name of Professional | Position | Hourly Billing Rate) | Total Hours Billed | Total Compensation |
| Baxa,Daryl | Staff/Assistant-Grade 4 (444) | 190.00 | 1.8 | 342.00 |
| Boyer,Kevin R. | Partner/Principal-Grade 1 (111) | 765.00 | 6.0 | 4,590.00 |
| Brady,Michelle L. | Senior Manager-Grade 4 (214) | 615.00 | 2.4 | 1,476.00 |
| Flagg,Nancy A. | Executive Director-Grade 1 (131) | 765.00 | 14.9 | 11,398.50 |
| Gregor,Nerisha Liza | Senior-Grade 3 (423) | 375.00 | 18.3 | 6,862.50 |
| Hellmer,Mark E | Partner/Principal-Grade 1 (111) | 765.00 | 9.3 | 7,114.50 |
| Ingles,Beatrice | Senior Associate (65) | 190.00 | 0.0 | 0.00 |
| Jackson,Nicole Christine | Senior-Grade 4 (424) | 375.00 | 3.7 | 1,387.50 |
| Jashinski,Jean L. | Administrative Intermediate (57) | 190.00 | 0.0 | 0.00 |
| Jorgensen,Gwen[1] | Staff/Assistant-Grade 3 (443) | 170.00 | 0.0 | 0.00 |
| Jorgensen,Gwen[1] | Staff/Assistant-Grade 3 (443) | 190.00 | 0.0 | 0.00 |
| Kinas,Darrelee M[1] | Manager-Grade 4 (324) | 415.00 | 1.1 | 456.50 |
| Kinas,Darrelee M[1] | Manager-Grade 4 (324) | 545.00 | 38.8 | 21,146.00 |
| Korbutt,Brian Albert | Manager-Grade 1 (321) | 545.00 | 53.0 | 28,885.00 |
| Larson,Mitchell T | Senior-Grade 3 (423) | 375.00 | 1.9 | 712.50 |
| Leonardson,Michael J | Partner/Principal-Grade 1 (111) | 765.00 | 0.0 | 0.00 |
| Liebman,Richard D | Executive Director-Grade 1 (131) | 765.00 | 18.6 | 14,229.00 |
| McInerny,Carol A | Senior Manager-Grade 4 (214) | 615.00 | 18.3 | 11,254.50 |
| Mitchell,Traci R. | Senior Manager-Grade 4 (214) | 615.00 | 24.8 | 15,252.00 |
| Rauen,Jennifer Leigh | Senior-Grade 2 (422) | 360.00 | 0.0 | 0.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 (441) | 190.00 | 16.2 | 3,078.00 |
| Schiellack,Jennifer L. | Senior-Grade 3 (423) | 375.00 | 0.0 | 0.00 |
| Strehlow,P. Val | Executive Director-Grade 1 | 765.00 | 1.5 | 1,147.50 |
| Vitellaro,Matthew M | Partner/Principal-Grade 1 | 765.00 | 0.5 | 382.50 |
| Wagner,Darin A. | Manager-Grade 3 | 545.00 | 10.3 | 5,613.50 |

2

| Wichman, Melissa W | Partner/Principal-Grade 1 (111) | 765.00 | 41.6 | 31,824.00 |
| --- | --- | --- | --- | --- |
| Willems, Andrew M[1] | Staff/Assistant-Grade 4 (444) | 170.00 | 1.3 | 221.00 |
| Willems, Andrew M[1] | Staff/Assistant-Grade 4 (444) | 190.00 | 6.8 | 1,292.00 |
| Witzigmann, Ryan J | Staff/Assistant-Grade 3 (443) | 190.00 | 0.0 | 0.00 |
| Wlodychak, Steven N. | Partner/Principal-Grade 1 (111) | 765.00 | 3.0 | 2,295.00 |
| Baxa, Daryl | Staff/Assistant-Grade 4 (444) | 190.00 | 1.8 | 342.00 |
| | **Grand Total** | | 294.1 | **170,960.00** |
| | *Blended Rate* | | | *581.30* |

[1] Employees are billed at different rates because the work performed was covered under various service agreements and fee schedules with the Debtor.

3

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2010 THROUGH APRIL 30, 2010

| Compensation By Project Category | | |
|---|---|---|
| **Project Category** | **Total Hours** | **Total Fees** |
| Tax Issues: Bankruptcy, Federal & State | 272.1 | 164,993.50 |
| Routine On-Call Advisory | 2.4 | 677.50 |
| Fee/Employment Applications | 19.6 | 5,289.00 |
| **Total** | **294.1** | **170,960.00** |

## EXPENSE SUMMARY
## APRIL 1, 2010 THROUGH APRIL 30, 2010

| Expense Summary | |
|---|---|
| **Expense Category** | **Total Expenses** |
| Mileage: Ground Trans. | 65.00 |
| Parking: Ground Trans. | 14.00 |
| **Total** | **79.00** |

**[Remainder of page intentionally left blank]**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## THIRD MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and the Court's Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated March 8, 2010 [Docket No.136] (the "Interim Compensation Order"), Ernst & Young LLP ("E&Y LLP") hereby files this Third Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Providers to the Debtors and Debtors in Possession for the Period From April 1, 2010 through April 30, 2010 (the "Application"). By this Application, E&Y LLP seeks approval of compensation in the amount of $170,960.00, together with reimbursement for actual and necessary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

expenses incurred in the amount of $79.00 during the period April 1, 2010 through April 30, 2010 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

### Background

1. On February 3, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On February 4, 2010, the Court entered an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

2. The Debtors' retention of E&Y LLP was approved effective as of the Petition Date by this Court's Order dated March 8, 2010 (the "Retention Order").

### Compensation Paid and Its Source

3. All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

4. E&Y LLP has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between E&Y LLP and any other person other than the directors of E&Y LLP for the sharing of compensation to be received for services rendered in these cases.

5. Since the Petition Date, E&Y LLP has been holding a retainer credit balance on the Debtors' account in the amount of $6,589.00. E&Y LLP will apply this retainer credit balance in full to satisfy a portion of the fees and expenses sought by this Application.

2

CHIC_4813066.1

**Fee Statement**

6. The fee statement for the Compensation Period is attached hereto as <u>Exhibit A</u>. This statement contains daily time logs describing the time spent by E&Y LLP professionals for this period.

7. To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Interim Compensation Order.

8. E&Y LLP has incurred out-of-pocket expenses in the amount of $79.00 in connection with the services it provided to the Debtors during the Fee Period

9. E&Y LLP submits that all travel expenses incurred during the Compensation Period were necessary and reasonable under the circumstances. A detailed list of the expenses incurred is incorporated into <u>Exhibit B</u> attached hereto.

10. In accordance with the Interim Compensation Order, E&Y LLP requests that, upon the expiration of the objection deadline in respect to this Application, and the filing of a certificate of no objection, the Debtors be authorized to pay E&Y LLP an amount equal to 80 percent of the fees and 100 percent of the expenses requested in this Application.

**Certification**

11. In accordance with Local Rule 2016-2(f), the undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with Local Rule 2016-2 except as otherwise stated herein.

CHIC_4813066.1

WHEREFORE, E&Y LLP respectfully requests that the Court (i) approve this Application and authorize the Debtors to remit to E&Y LLP all amounts due and owing in accordance with the Interim Compensation Order, and (ii) grant such other and further relief as may be appropriate.

Dated: June 1, 2010
Milwaukee, Wisconsin

*Mark E. Hellmer* (signature)

Mark E. Hellmer, Partner
Ernst & Young LLP
875 East Wisconsin Avenue
Milwaukee, WI 53202
*Tax Services Providers to the Debtors and Debtors in Possession*

4

CHIC_4813066.1