IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  Only if objections filed.**<br>**Objection Deadline:  June 11, 2010 at 4:00 p.m. (ET)** |

## NOTICE OF APPLICATION

TO:    (I) COUNSEL TO THE AD HOC COMMITTEE OF THE HOLDERS OF 9.5%
SECURED NOTES; (II) COUNSEL TO THE PREPETITION REVOLVING
LENDERS; (III) COUNSEL TO THE COMMITTEE; AND (IV) COUNSEL TO THE
U.S. TRUSTEE

The **Third Monthly Application of Ernst & Young LLP for Allowance of
Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services
Providers to the Debtors and Debtors in Possession for the Period from April 1, 2010
through April 30, 2010** (the "Application") has been filed with the Bankruptcy Court.  The
Application seeks allowance of interim fees in the amount of $170,960.00 and interim expenses
in the amount of $79.00.

Objections to the Application, if any, are required to be filed on or before **June
11, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) counsel to the Debtors:  Sidley Austin
LLP, One South Dearborn, Chicago, Illinois 60603, <u>attn</u>: Kerriann S. Mills; and Young Conaway
Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, PO Box 391,
Wilmington, Delaware 19899-0391, <u>attn</u>: Morgan Seward; (ii) counsel to the ad hoc committee
of holders of 9.5% secured notes: Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New
York, NY 10038, <u>attn</u>: Lori E. Kata; (iii) counsel to the prepetition revolving lenders: Goldberg
Kohn Ltd., 55 East Monroe St., Chicago, IL 60603, <u>attn</u>: Ronald Barliant; (iv) counsel to the
Committee: Greenberg & Traurig, 1007 N. Orange St., Wilmington, Delaware 19801, <u>attn</u>: Don
Detweiler; and (v) counsel to the U.S. Trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast
Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc.
(8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher
Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw
Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation,
Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and
Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 136], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
     June 1, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

    -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP


*/s/ Donald J. Bowman, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION