**Exhibit A**

Ernst & Young LLP
4/1/2010-4/30/2010
Fee Detail

Exhibit A

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Follow-up on information required for initial fee application | 01-Apr-2010 | 615.00 | 0.40 | 246.00 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of initial tax fee application and email to N Rodriguez regarding additional changes | 13-Apr-2010 | 615.00 | 0.40 | 246.00 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of billing to-date and summarize engagement economics for M Hellmer | 19-Apr-2010 | 615.00 | 0.30 | 184.50 | Fee/Employment Applications |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of billing issues | 20-Apr-2010 | 615.00 | 1.50 | 922.50 | Fee/Employment Applications |
| Rodriguez, Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Compilation and analysis of the March fee application | 22-Apr-2010 | 190.00 | 2.90 | 551.00 | Fee/Employment Applications |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of fee and billing issues | 23-Apr-2010 | 765.00 | 0.80 | 612.00 | Fee/Employment Applications |
| Rodriguez, Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Compilation and analysis of the March fee application | 23-Apr-2010 | 190.00 | 3.50 | 665.00 | Fee/Employment Applications |
| Rodriguez, Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Compilation and analysis of the March fee application | 29-Apr-2010 | 190.00 | 2.90 | 551.00 | Fee/Employment Applications |
| Rodriguez, Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Compilation and analysis of the March fee application | 30-Apr-2010 | 190.00 | 6.90 | 1,311.00 | Fee/Employment Applications |
| Willems, Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Analysis of PA State notice and response. | 13-Apr-2010 | 170.00 | 1.30 | 221.00 | Routine On-Call Advisory |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Preparation and finalization of ACP Pennsylvania tax notice response | 20-Apr-2010 | 415.00 | 0.20 | 83.00 | Routine On-Call Advisory |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with A Drissen (Schenck) to discuss tax provision and other tax status items | 20-Apr-2010 | 415.00 | 0.40 | 166.00 | Routine On-Call Advisory |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Preparation and finalization of ACP Pennsylvania tax notice response | 23-Apr-2010 | 415.00 | 0.50 | 207.50 | Routine On-Call Advisory |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with Sidley, Debtor's Counsel, and C. McInerny regarding Request for Prompt Determination (RFPD) and pre-petition return cover letter | 01-Apr-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic correspondence to D. Kinas regarding pre-petition income tax issues, schedule of returns and amounts due to Debtor's Counsel for analysis | 01-Apr-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis and compilation of tax creditor matrix for M. Hellmer to assist with response to bondholders | 01-Apr-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Electronic correspondence with team to address follow-up tax due diligence questions from bond counsel. | 01-Apr-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis and documentation of various intercompany items and tax return related items | 01-Apr-2010 | 545.00 | 1.30 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of debt questions and company structure. | 01-Apr-2010 | 545.00 | 0.60 | 327.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with Sidley, Debtor's Counsel, and N. Flagg regarding Request for Prompt Determination (RFPD) and pre-petition return cover letter | 01-Apr-2010 | 615.00 | 0.60 | 369.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Research and documentation of background questions raised by bond counsel regarding structure | 01-Apr-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of information acquired to address bond counsel questions about tax structure, tax attributes and tax risks. | 02-Apr-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Brady, Michelle L. (US011211624) | Senior Manager-Grade 4 (214) | Analysis of responses on open items for the stock basis calculation | 04-Apr-2010 | 615.00 | 0.80 | 492.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Update communication plan draft to incorporate comments from B. Gitter, Neenah Corporate Controller | 05-Apr-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Discussion with R. Liebman regarding attribute reduction model | 05-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
4/1/2010-4/30/2010
Fee Detail

Exhibit A

| Name | Title | Date | Description | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | 05-Apr-2010 | Analysis of CODI and attribute reductions | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | 05-Apr-2010 | Discussion with B. Korbutt regarding attribute reduction model | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | 05-Apr-2010 | Call with Debtor's Counsel to plan for Tuesday call. | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | 06-Apr-2010 | Call with Sidley, Debtor's Counsel, bondholders, and R. Liebman to discuss bankruptcy tax issues | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | 06-Apr-2010 | Call with C. McInerny regarding bankruptcy tax issues and prioritizing remaining "to dos" | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | 06-Apr-2010 | Continued communication plan draft | 765.00 | 1.80 | 1,377.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | 06-Apr-2010 | Electronic correspondence with H Schanke, Neenah, related to state tax returns and allocation & apportionment information. | 545.00 | 0.20 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | 06-Apr-2010 | Analysis of debt outlined in company 10-K filing | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | 06-Apr-2010 | Analysis of updated Tax Basis Balance Sheets and intercompany debt breakout | 545.00 | 1.30 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | 06-Apr-2010 | Call with Sidley, Debtor's Counsel, bondholders, and N. Flagg to discuss bankruptcy tax issues | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | 06-Apr-2010 | Analysis of intercompany payable/receivable information | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | 06-Apr-2010 | Call with N. Flagg regarding bankruptcy tax issues and prioritizing remaining "to dos" | 615.00 | 0.20 | 123.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems, Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | 06-Apr-2010 | Electronic reponse to client request regarding prior year tax returns and allocation & apportionment details for the upcoming audit | 190.00 | 1.50 | 285.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | 07-Apr-2010 | Continued communication plan draft | 765.00 | 1.70 | 1,300.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | 07-Apr-2010 | Research and analysis of historical net operating losses and related tax attributes for bond counsel | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | 07-Apr-2010 | Call with R. Liebman, C. McInerny, and B. Gitter, Neenah Corporate Controller, to discuss intercompany debt, Tax Basis Balance Sheets, and -28 model | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | 07-Apr-2010 | Compilation of information for Sidley, Debtor's Counsel, regarding debt agreements | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | 07-Apr-2010 | Call with B. Korbutt, C. McInerny, and B. Gitter, Neenah Corporate Controller, to discuss intercompany debt, Tax Basis Balance Sheets, and -28 model | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | 07-Apr-2010 | Electronic documentation to Debtor's Counsel of data from preceding call | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | 07-Apr-2010 | Analysis of handling of interest pushdown for federal and state purposes | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | 07-Apr-2010 | Analysis of tax basis balance sheet prepared for 9-30-2009 | 615.00 | 0.20 | 123.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | 07-Apr-2010 | Call with B. Korbutt, R. Liebman, and B. Gitter, Neenah Corporate Controller, to discuss intercompany debt, Tax Basis Balance Sheets, and -28 model | 615.00 | 1.00 | 615.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | 07-Apr-2010 | Research, compilation and analysis of state modeling | 545.00 | 2.80 | 1,526.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | 07-Apr-2010 | Analysis of debt agreements | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | 08-Apr-2010 | Electronic communication with B. Gitter, Neenah Corporate Controller, regarding bankruptcy tax issues and final bankruptcy protocols via communication plan draft | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP  
4/1/2010-4/30/2010  
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Debtor's Counsel to discuss intercompany debt, Tax Basis Balance Sheets, and -28 model | 08-Apr-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Electronic request from Debtor's Counsel regarding intercompany debt | 08-Apr-2010 | 765.00 | 0.10 | 76.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Research and analysis of information related to intercompany debt in response to inquiry from Debtor's Counsel | 08-Apr-2010 | 765.00 | 1.10 | 841.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Research, compilation and analysis of state modeling | 08-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Research, compilation and analysis of state modeling | 09-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Boyer, Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Analysis of new structure & potential savings opportunities with D. Wagner | 12-Apr-2010 | 765.00 | 1.10 | 841.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic correspondence to P. Kinealy, GCG, regarding claims | 12-Apr-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Research and analysis of documentation retrieved from bankruptcy restructuring site | 12-Apr-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of project staffing and alignment | 12-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Discussion with M. Wichman on debt agreements | 12-Apr-2010 | 545.00 | 0.20 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Analysis of new structure & potential savings opportunities with K. Boyer | 12-Apr-2010 | 545.00 | 1.10 | 599.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Research, compilation and analysis of state modeling | 12-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Discussion with B. Korbutt on debt agreements | 12-Apr-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis of COD numbers | 12-Apr-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis and compilation of additional breakout of Dalton | 13-Apr-2010 | 545.00 | 5.80 | 3,161.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Discussion with M. Wichman and R. Liebman regarding updated COD numbers | 13-Apr-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Analysis of Rothchild valuation report | 13-Apr-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Discussion with M. Wichman and B. Korbutt regarding updated COD numbers | 13-Apr-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Research, compilation and analysis of state modeling | 13-Apr-2010 | 545.00 | 1.50 | 817.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Discussion with R. Liebman and B. Korbutt regarding updated COD numbers | 13-Apr-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis of restructuring data compiled to date | 13-Apr-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Boyer, Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Call with D. Wagner to discuss restructuring, modeling & next steps | 14-Apr-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Brady, Michelle L. (US011211624) | Senior Manager-Grade 4 (214) | Electronic follow-up with client on additional open items related to the stock basis calculation | 14-Apr-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Conference call with D. Kinas, C. McInerny, D. Wagner, and M. Wichman to discuss restructuring plan | 14-Apr-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Conference call with N. Flagg, C. McInerny, D. Wagner, and M. Wichman to discuss restructuring plan | 14-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis and compilation of tax basis balances sheets as of 3/31 | 14-Apr-2010 | 545.00 | 8.80 | 4,796.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Sidley, Debtor's Counsel, to discuss updated -28 models and timing | 14-Apr-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP  
4/1/2010-4/30/2010  
Fee Detail

Exhibit A

| Name | Rank | Description | Date | Rate | Hours | Fees | Category |
|---|---|---|---|---|---|---|---|
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Revision of -28 attribute model to reflect update COD and equity numbers | 14-Apr-2010 | 545.00 | 1.30 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with B. Korbutt and M Wichman regarding attribute reduction model | 14-Apr-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Debtor's Counsel regarding valuation | 14-Apr-2010 | 765.00 | 0.90 | 688.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Conference call with D. Kinas, N. Flagg, D. Wagner, and M. Wichman to discuss restructuring plan | 14-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of updated tax basis balance sheet | 14-Apr-2010 | 615.00 | 1.40 | 861.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Call with K. Boyer to discuss restructuring, modeling & next steps | 14-Apr-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Conference call with D. Kinas, C. McInerny, N. Flagg, and M. Wichman to discuss restructuring plan | 14-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Research, compilation and analysis of state modeling | 14-Apr-2010 | 545.00 | 0.80 | 436.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Conference call with D. Kinas, C. McInerny, N. Flagg, and D. Wagner to discuss restructuring plan | 14-Apr-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with B. Korbutt and R. Liebman regarding attribute reduction model | 14-Apr-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis of attribute reduction model | 14-Apr-2010 | 765.00 | 0.90 | 688.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Research and analysis of state and local planning structure | 15-Apr-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of updated tax attribute numbers | 15-Apr-2010 | 765.00 | 1.20 | 918.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of issues related to Neenah investment account | 15-Apr-2010 | 545.00 | 2.00 | 1,090.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with R Liebman and M Wichman regarding attribute reduction model | 15-Apr-2010 | 545.00 | 0.20 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Revision of attribute reduction model | 15-Apr-2010 | 545.00 | 1.20 | 654.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Finalize tax basis balance sheet | 15-Apr-2010 | 615.00 | 2.30 | 1,414.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis of attribute reduction model | 15-Apr-2010 | 765.00 | 1.20 | 918.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with Debtor's Counsel to discuss bankruptcy tax impact | 16-Apr-2010 | 765.00 | 1.20 | 918.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor, Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of COD information | 16-Apr-2010 | 375.00 | 3.50 | 1,312.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Debtor's Counsel regarding updated attribute model and next steps | 16-Apr-2010 | 545.00 | 0.60 | 327.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Discussion with M. Wichman regarding models and necessary updates | 16-Apr-2010 | 545.00 | 1.20 | 654.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Debtor's Counsel regarding tax model | 16-Apr-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Analysis of state attribute reduction numbers | 16-Apr-2010 | 615.00 | 2.30 | 1,414.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Discussion with B. Korbutt regarding models and necessary updates | 16-Apr-2010 | 765.00 | 1.20 | 918.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Analysis of state attribute reduction model | 17-Apr-2010 | 615.00 | 1.60 | 984.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Revise Models to assume liquidations of all lower tiered subsidiaries | 18-Apr-2010 | 545.00 | 1.20 | 654.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP  
4/1/2010-4/30/2010  
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Update model for revised Tax Basis Balance Sheets | 18-Apr-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Analysis of intercompany schedules received from B. Gitter, Neenah Corporate Controller, and breakout by entity | 18-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell, Traci R. (US012192493) | Senior Manager-Grade 4 (214) | Analysis of state attribute reduction model | 18-Apr-2010 | 615.00 | 0.60 | 369.00 | Tax Issues: Bankruptcy, Federal & State |
| Wlodychak, Steven N. (US011875969) | Partner/Principal-Grade 1 (111) | Analysis of state CODI attribute reduction computations | 18-Apr-2010 | 765.00 | 1.20 | 918.00 | Tax Issues: Bankruptcy, Federal & State |
| Boyer, Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Call with C. McInerny, D. Kinas, B. Korbutt, M. Wichman and D. Wagner to discuss restructuring plan in preparation for client meeting | 19-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of restructuring data compiled to date | 19-Apr-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Meeting with D. Kinas to prepare for call with Sidley, Debtor's Counsel, regarding pre-petition income tax liability cover letters and payment authorization | 19-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with Sidley (Debtor's Counsel), C. McInerny, D. Kinas, and B. Gitter (Neenah Corporate Controller) to discuss pre-petition income tax return cover letters and payment authorization | 19-Apr-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of assets & liabilities schedules for each debtor for tax disclosures on schedules E & B and verify schedule B refund | 19-Apr-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analyze pre-petition property tax schedule and potential savings opportunity | 19-Apr-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor, Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of state attribute models | 19-Apr-2010 | 375.00 | 2.50 | 937.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with Sidley (Debtor's Counsel), C. McInerny, N. Flagg, and B. Gitter (Neenah Corporate Controller) to discuss pre-petition income tax return cover letters and payment authorization | 19-Apr-2010 | 545.00 | 0.60 | 327.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with C. McInerny, K. Boyer, B. Korbutt, M. Wichman and D. Wagner to discuss restructuring plan in preparation for client meeting | 19-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Meeting with N. Flagg to prepare for call with Sidley, Debtor's Counsel, regarding pre-petition income tax liability cover letters and payment authorization | 19-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis and verification of amounts in pre-petition tax summary | 19-Apr-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Update tax basis balance sheet for break out of Mercer and A&M entities. | 19-Apr-2010 | 545.00 | 2.50 | 1,362.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with C. McInerny, D. Kinas, K. Boyer, M. Wichman and D. Wagner to discuss restructuring plan in preparation for client meeting | 19-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Discussion with R. Liebman and M. Wichman regarding updated attribute reductions models | 19-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Update models based on new Tax Basis Balance Sheets and intercompany detail | 19-Apr-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Discussion with B. Korbutt and M. Wichman regarding updated attribute reductions models | 19-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with B. Gitter, Neenah Corporate Controller, regarding valuation and other questions. | 19-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with Sidley (Debtor's Counsel), D. Kinas, N. Flagg, and B. Gitter (Neenah Corporate Controller) to discuss pre-petition income tax return cover letters and payment authorization | 19-Apr-2010 | 615.00 | 0.60 | 369.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with K. Boyer, D. Kinas, B. Korbutt, M. Wichman and D. Wagner to discuss restructuring plan in preparation for client meeting | 19-Apr-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
4/1/2010-4/30/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of pre-petition state income tax payments | 19-Apr-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with B. Gitter, Neenah Corporate Controller; D. Parker, Neenah; M. Wichman and T. Mitchell to discuss attribute results and presentation to client re update and structuring on 4/22 | 19-Apr-2010 | 615.00 | 0.40 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of IRS audit adjustments | 19-Apr-2010 | 615.00 | 0.40 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with B. Gitter, Neenah Corporate Controller; D. Parker, Neenah; M. Wichman and C. McInerny to discuss attribute results and presentation to client re update and structuring on 4/22 | 19-Apr-2010 | 615.00 | 0.40 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Analysis of state attribute reduction model | 19-Apr-2010 | 615.00 | 1.10 | 676.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Call with C. McInerny, D. Kinas, B. Korbutt, M. Wichman and K. Boyer to discuss restructuring plan in preparation for client meeting | 19-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with C. McInerny, D. Kinas, B. Korbutt, K. Boyer and D. Wagner to discuss restructuring plan in preparation for client meeting | 19-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Discussion with B. Korbutt and R. Liebman regarding updated attribute reductions models | 19-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with B. Gitter, Neenah Corporate Controller; D. Parker, Neenah; T. Mitchell and C. McInerny to discuss attribute results and presentation to client re update and structuring on 4/22 | 19-Apr-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Wlodychak, Steven N. (US011875969) | Partner/Principal-Grade 1 (111) | Electronic correspondence to T. Mitchell concerning changes to the state CODI attribute reduction computations | 19-Apr-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Wlodychak, Steven N. (US011875969) | Partner/Principal-Grade 1 (111) | Analysis of alternative computation of COD income attribute reduction schedule | 19-Apr-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Brady, Michelle L. (US011211624) | Senior Manager-Grade 4 (214) | Update of stock basis calculation for IRS audit information | 20-Apr-2010 | 615.00 | 1.30 | 799.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor, Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of state tax modeling | 20-Apr-2010 | 375.00 | 2.00 | 750.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of tax matters related to proposed state restructuring including analysis of slide deck | 20-Apr-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of depreciation projections reports | 20-Apr-2010 | 545.00 | 2.80 | 1,526.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Discussion with M. Vitellero regarding Rothschild valuations report | 20-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Meeting with R. Liebman and M. Wichman to discuss various scenarios and revisions to models | 20-Apr-2010 | 545.00 | 5.80 | 3,161.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Revision of tax model slides for meeting with management | 20-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Debtor's Counsel, R. Liebman, and M. Wichman to discuss updated models | 20-Apr-2010 | 545.00 | 2.00 | 1,090.00 | Tax Issues: Bankruptcy, Federal & State |
| Larson, Mitchell T (US012647771) | Senior-Grade 3 (423) | Update documentation on property tax spreadsheet | 20-Apr-2010 | 375.00 | 1.90 | 712.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call from Rothschild regarding valuation. | 20-Apr-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Debtor's Counsel, B. Korbutt, and M. Wichman to discuss updated models | 20-Apr-2010 | 765.00 | 2.00 | 1,530.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Meeting with B. Korbutt and M. Wichman to discuss various scenarios and revisions to models | 20-Apr-2010 | 765.00 | 5.80 | 4,437.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Revision and compilation of slides for presentation on attribute reduction to Management | 20-Apr-2010 | 615.00 | 0.90 | 553.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
4/1/2010-4/30/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Vitellaro,Matthew M (US011607962) | Partner/Principal-Grade 1 (111) | Discussion with B. Korbutt regarding Rothchild valuations report | 20-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Meeting with B. Korbutt and R. Liebman to discuss various scenarios and revisions to models | 20-Apr-2010 | 765.00 | 5.80 | 4,437.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with Debtor's Counsel, B. Korbutt, and R. Liebman to discuss updated models | 20-Apr-2010 | 765.00 | 2.00 | 1,530.00 | Tax Issues: Bankruptcy, Federal & State |
| Boyer,Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Analysis of documentation received related to restructuring slides in preparation for client meeting | 21-Apr-2010 | 765.00 | 1.90 | 1,453.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of state tax modeling and scenarios | 21-Apr-2010 | 375.00 | 2.00 | 750.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of state stock basis analysis model | 21-Apr-2010 | 375.00 | 1.10 | 412.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of tax matters related to proposed state restructuring including analysis of slide deck | 21-Apr-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Jackson,Nicole Christine (US012441551) | Senior-Grade 4 (424) | Dividing Mercer and A&M Trial Balances | 21-Apr-2010 | 375.00 | 3.70 | 1,387.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of state loss carryforwards | 21-Apr-2010 | 545.00 | 1.30 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Conference call with M. Wichman, C. McInerny, and T. Mitchell, - status call on bankruptcy process and review of information for meeting with client | 21-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Debtor's Counsel, R. Liebman, T. Mitchell and M. Wichman to discuss updated models and next steps | 21-Apr-2010 | 545.00 | 1.70 | 926.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Analysis and preparation of updated -28 models for three scenarios | 21-Apr-2010 | 545.00 | 3.60 | 1,962.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with T. Mitchell and N. Talip, Neenah, to discuss federal -28 model | 21-Apr-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Analysis of partial liquidation scenarios | 21-Apr-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Debtor's Counsel, B. Korbutt, T. Mitchell and M. Wichman to discuss updated models and next steps | 21-Apr-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Conference call with M. Wichman, D. Kinas, and T. Mitchell, - status call on bankruptcy process and review of information for meeting with client | 21-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with Debtor's Counsel, B. Korbutt, M. Wichman and R. Liebman to discuss updated models and next steps | 21-Apr-2010 | 615.00 | 1.70 | 1,045.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with B. Korbutt and N. Talip, Neenah, to discuss federal -28 model | 21-Apr-2010 | 615.00 | 0.40 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Analysis of updated estimates related to Net Operating Losses | 21-Apr-2010 | 615.00 | 0.20 | 123.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Conference call with M. Wichman, D. Kinas, and C. McInerny, - status call on bankruptcy process and review of information for meeting with client | 21-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Conference call with T. Mitchell, D. Kinas, and C. McInerny, - status call on bankruptcy process and review of information for meeting with client | 21-Apr-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with Debtor's Counsel, B. Korbutt, T. Mitchell and R. Liebman to discuss updated models and next steps | 21-Apr-2010 | 765.00 | 1.70 | 1,300.50 | Tax Issues: Bankruptcy, Federal & State |
| Baxa,Daryl (US012604711) | Staff/Assistant-Grade 4 (444) | Drafting a Depreciation summary for years 2010-2020 | 22-Apr-2010 | 190.00 | 1.80 | 342.00 | Tax Issues: Bankruptcy, Federal & State |
| Boyer,Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Meeting with client, D. Kinas, C. McInerny and M. Wichman regarding post-emergence restructuring for federal and state tax purposes (attended part of the meeting) | 22-Apr-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of state stock basis analysis model | 22-Apr-2010 | 375.00 | 1.50 | 562.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
4/1/2010-4/30/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of state tax modeling | 22-Apr-2010 | 375.00 | 2.00 | 750.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of 1017 floor model | 22-Apr-2010 | 375.00 | 0.50 | 187.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Meeting with client, K. Boyer, C. McInerny and M. Wichman regarding post-emergence restructuring for federal and state tax purposes | 22-Apr-2010 | 545.00 | 4.00 | 2,180.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Debtor's Counsel, T. Mitchell, and M. Wichman to discuss state attribute reduction analysis | 22-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with client management, T. Mitchell, and M. Wichman to discuss federal attribute reduction, state attribute reduction and structuring | 22-Apr-2010 | 545.00 | 1.50 | 817.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Meeting with client, K. Boyer, M. Wichman and D. Kinas regarding post-emergence restructuring for federal and state tax purposes | 22-Apr-2010 | 615.00 | 4.00 | 2,460.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with client management, B. Korbutt, and M. Wichman to discuss federal attribute reduction, state attribute reduction and structuring | 22-Apr-2010 | 615.00 | 1.50 | 922.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with Debtor's Counsel, B. Korbutt, and M. Wichman to discuss state attribute reduction analysis | 22-Apr-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Update on revisions to state attribute reduction analysis from N. Talip, Neenah | 22-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Meeting with client, K. Boyer, C. McInerny and D. Kinas regarding post-emergence restructuring for federal and state tax purposes | 22-Apr-2010 | 765.00 | 4.00 | 3,060.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with Debtor's Counsel, B. Korbutt, and T. Mitchell to discuss state attribute reduction analysis | 22-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with client management, B. Korbutt, and T. Mitchell to discuss federal attribute reduction, state attribute reduction and structuring | 22-Apr-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with C. McInerny on taxable income projections for federal and state purposes. | 23-Apr-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of depreciation summary projections | 23-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Analysis of depreciation summary forecast for the fixed assets | 23-Apr-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with D. Kinas on taxable income projections for federal and state purposes. | 23-Apr-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Electronic update of restructuring status to M. Hellmer | 23-Apr-2010 | 615.00 | 0.10 | 61.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of book income projections and documentation of adjustments for tax purposes. | 24-Apr-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Update depreciation projections based on reduction to PP&E based on liquidation model | 25-Apr-2010 | 545.00 | 1.30 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of state apportionment model | 26-Apr-2010 | 375.00 | 1.20 | 450.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of taxable income projections | 26-Apr-2010 | 545.00 | 0.40 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Discussion with A Willems on preparing tax calculations | 26-Apr-2010 | 545.00 | 0.80 | 436.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Update depreciation projections based FYE 2010 projection Net Operating Losses | 26-Apr-2010 | 545.00 | 1.50 | 817.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Calculation of state effective rate for cash-tax models | 26-Apr-2010 | 615.00 | 0.90 | 553.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP  
4/1/2010-4/30/2010  
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Fee | Category |
|---|---|---|---|---|---|---|---|
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Analysis of state attribute reductions and state restructuring issues/costs | 26-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Research and communication of issues to be considered in a liquidation strategy | 26-Apr-2010 | 615.00 | 1.30 | 799.50 | Tax Issues: Bankruptcy, Federal & State |
| Strehlow,P. Val (US011224457) | Executive Director-Grade 1 (131) | Research and analysis of provision-related estimate of professional fee tax consequences | 26-Apr-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Analysis and revision of cash tax projections and attribute reduction schedules for six structuring scenarios | 26-Apr-2010 | 765.00 | 2.00 | 1,530.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Discussion with D. Kinas on preparing tax calculations | 26-Apr-2010 | 190.00 | 0.80 | 152.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Analysis and compilation of various schedules and reports to help forcast/project Neenah's future taxable income for the Debtor's Counsel | 26-Apr-2010 | 190.00 | 1.30 | 247.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Analysis and compilation of liquidations model | 27-Apr-2010 | 375.00 | 2.00 | 750.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with A. Willems to discuss tax projections | 27-Apr-2010 | 545.00 | 0.10 | 54.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of tax projectsion and depreciation expense | 27-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Update liquidation of all subsidiary models for updated Net Operating Losses numbers | 27-Apr-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with Debtor's Counsel regarding cash tax projections | 27-Apr-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Call with D. Kinas to discuss tax projections | 27-Apr-2010 | 190.00 | 0.10 | 19.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Analysis and compilation of various schedules and reports to help forcast/project Neenah's future taxable income for the Debtor's Counsel | 27-Apr-2010 | 190.00 | 3.10 | 589.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of tax projectsion and depreciation expense | 28-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with C. McInerney, T. Mitchell, and M. Wichman to discuss restructuring and models | 28-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Update liquidation federal model and depreciation schedules based on updated taxable income projections | 28-Apr-2010 | 545.00 | 0.80 | 436.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Rothchild and Sidley to discuss updated models and status of disclosure statement | 28-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with D. Kinas, T. Mitchell, and M. Wichman to discuss restructuring and models | 28-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with D. Kinas, C. McInerny, and M. Wichman to discuss restructuring and models | 28-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with D. Kinas, C. McInerny, and T. Mitchell to discuss restructuring and models | 28-Apr-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with D. Parker, Neenah, and B. Glitter, Neenah Corporate Controller, concerning cash tax projections and attribute reduction schedules | 28-Apr-2010 | 765.00 | 1.40 | 1,071.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of state loss carryforwards and other state adjustments | 29-Apr-2010 | 545.00 | 0.90 | 490.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Debtor's Counsel to discuss attribute reduction models | 29-Apr-2010 | 545.00 | 0.70 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Update attribute reduction models (5 scenarios) based on updated numbers and review capital additions allocation | 29-Apr-2010 | 545.00 | 3.80 | 2,071.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Revisions to state attribute reduction model | 29-Apr-2010 | 615.00 | 1.30 | 799.50 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Analysis and revision of apportionment calculations for liquidation scenario | 29-Apr-2010 | 615.00 | 1.80 | 1,107.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
4/1/2010-4/30/2010
Fee Detail

Exhibit A

| Name | Title | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | 29-Apr-2010 | 615.00 | 2.10 | 1,291.50 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Analysis, revision, and re-run of the model of separate state return attribute reduction and proof-read conclusions |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | 29-Apr-2010 | 615.00 | 1.40 | 861.00 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Analysis of estimate Net Operating Losses carried forward by state into 2011, and adjust for states that carryforward Net Operating Losses pre-apportionment |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | 29-Apr-2010 | 615.00 | 0.70 | 430.50 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Update assumptions for state attribute reduction model |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | 29-Apr-2010 | 765.00 | 3.20 | 2,448.00 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Analysis and revision of cash tax projections and attribute reduction schedules for six structuring scenarios |
| Wlodychak, Steven N. (US011875969) | Partner/Principal-Grade 1 (111) | 29-Apr-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Analysis of state attribute reduction model |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | 30-Apr-2010 | 545.00 | 1.30 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Call with Debtor's Counsel, T. Mitchell, and M. Wichman to discuss the tax models for attribute reduction and future tax costs |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | 30-Apr-2010 | 545.00 | 8.70 | 4,741.50 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Analysis and revision of cash tax projections and attribute reduction schedules for six structuring scenarios |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | 30-Apr-2010 | 545.00 | 2.20 | 1,199.00 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Meeting with M. Wichman to complete analysis and revision of cash tax projections and attribute reduction schedules for six structuring scenarios |
| Mitchell, Traci R. (US011239755) | Senior Manager-Grade 4 (214) | 30-Apr-2010 | 615.00 | 1.30 | 799.50 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Call with Debtor's Counsel, B. Korbutt, and M. Wichman to discuss the tax models for attribute reduction and future tax costs |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | 30-Apr-2010 | 765.00 | 1.30 | 994.50 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Call with Debtor's Counsel, B. Korbutt, and T. Mitchell to discuss the tax models for attribute reduction and future tax costs |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | 30-Apr-2010 | 765.00 | 3.80 | 2,907.00 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Analysis and revision of cash tax projections and attribute reduction schedules for six structuring scenarios |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | 30-Apr-2010 | 765.00 | 2.20 | 1,683.00 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | | Meeting with B. Korbutt to complete analysis and revision of cash tax projections and attribute reduction schedules for six structuring scenarios |
| | | | | **294.10** | **170,960.00** | |

| | |
|---|---|
| Audit | 0.00 |
| Tax Issues: Bankruptcy, Federal & State | 164,993.50 |
| Routine On-Call Advisory | 677.50 |
| Fee/Employment Applications | 5,289.00 |
| | 170,960.00 |

Page 10