**Exhibit B**

Ernst & Young LLP  
4/1/2010-4/30/2010  
Expense Detail

Exhibit B

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Roundtrip train ticket from Chicago to Milwaukee for client meetings. | 22-Apr-2010 | 44.00 | Out of Town Travel: Mass Transit: Ground Trans |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Travel to client and back for restructuring meeting (42 miles @ $0.50/mile) | 22-Apr-2010 | 21.00 | Out of Town Travel: Mileage: Ground Trans |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Parking while working overtime on client modeling | 20-Apr-2010 | 14.00 | Parking: Ground Trans |

**79.00**