## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                          :
                                                :
Neenah Enterprises, Inc. et. al                 :
                                                :   Chapter 11
                                                :   Case No. 10-10360 (MFW)
                                                :   (Jointly Administered)
            Debtors.                            :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF SUFFOLK   )

I, Kimberly Murray, being of full age, states as follows:

1.  I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2.  On June 3, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 480] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 3rd day of
June, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Hackman Fire Equipment
233 Cumberland Street
Lebanon, PA 17042

**TRANSFEREE**
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504