**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Joint Administered |
| | **Related to Docket No.** ___ 417 |

**ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING**
**THE EXCLUSIVE PERIODS WITHIN WHICH THE DEBTORS MAY**
**FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

Upon the Motion[2] of the above-captioned Debtors for entry of an order pursuant to section 1121(d) of the Bankruptcy Code extending the Exclusive Periods; and upon consideration of the Motion and all pleadings relating thereto; and the Court finding that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) proper notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary and it appearing that the relief requested therein is in the best interest of the Debtors, their estates and creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED, that the Exclusive Filing Period in these chapter 11 cases is hereby extended through and including October 1, 2010; and it is further

ORDERED, that the Exclusive Solicitation Period in these chapter 11 cases is hereby extended through and including December 1, 2010; and it is further

ORDERED, that the entry of this order shall be without prejudice to the Debtors' right to request further extensions of the Exclusive Periods; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this order.

Dated: Wilmington, Delaware
       June 3 , 2010

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge