# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 7, 2010 AT 10:30 A.M. (ET)

> **WITH PERMISSION OF THE COURT, THE HEARING HAS BEEN CANCELLED**

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

1.  Motion of the Debtors for an Order Extending the Deadline to File Notices of Removal of Related Claims and Causes of Action [D.I. 349; 5/3/10]

    Related Documents:

    a)  Certificate of No Objection [D.I. 477; 6/2/10]

    **b)  Order Extending the Deadline to File Notices of Removal of Related Claims and Causes of Action [D.I. 488; 6/3/10]**

    Objection Deadline:        May 17, 2010 at 4:00 p.m.

    Objections/Responses Received:        None.

    **Status:        An order has been entered by the Court.  No hearing is necessary.**

2.  Motion of the Debtors for an Order Pursuant to U.S.C. § 1121(d) Extending the Exclusive Periods Within Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof [D.I. 417; 5/14/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300).  The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] **Amended items appear in bold.**

Related Documents:

a)    Certificate of No Objection [D.I. 478; 6/2/10]

**b)    Order Pursuant to U.S.C. § 1121(d) Extending the Exclusive Periods Within Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof [D.I. 487; 6/3/10]**

Objection Deadline:              May 28, 2010 at 4:00 p.m.

Objections/Responses Received:    None.

**Status:        An order has been entered by the Court.  No hearing is necessary.**

Dated: Wilmington, Delaware          Respectfully submitted,
June 4, 2010

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Donald J. Bowman, Jr._
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN POSSESSION