# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 329 and 416 |

## CERTIFICATION OF COUNSEL REGARDING AN EXTENSION OF THE DEADLINE TO SUBMIT VOTES ON THE DEBTORS' JOINT PLAN OF REORGANIZATION

The undersigned counsel hereby certifies as follows:

1. On March 26, 2010, the Debtors filed the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (as the same has been or may subsequently be amended, supplemented or modified, the "Plan") [Docket No. 180] and an initial version of the Disclosure Statement related to the Plan (including all exhibits thereto and as amended, supplemented or modified, the "Disclosure Statement"). On April 9, 2010, the Debtors filed the Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof, and (IV) Granting Related Relief (the "Solicitation Procedures Motion") [Docket No. 272], seeking this Court's approval of the Disclosure Statement and entry of the Solicitation Procedures

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Order (as defined below). In advance of the April 27, 2010 hearing on approval of the Solicitation Procedures Motion, the Debtors filed amended versions of the Plan and the Disclosure Statement on April 16, 2010 and April 23, 2010 [Docket Nos. 298 and 311].

2.  On April 27, 2010, the Court entered an order approving the Solicitation Procedures Motion [Docket No. 329] (as subsequently modified on May 14, 2010 [Docket No. 416], the "Solicitation Procedures Order").[2] Pursuant to the Solicitation Procedures Order, among other things, the Court (i) approved the Disclosure Statement as containing "adequate information" within the meaning of section 1125 of the Bankruptcy Code and (ii) approved certain procedures for the solicitation of votes on the Plan and established June 16, 2010 at 4:00 p.m. (Eastern Time) as the deadline by which all properly executed Ballots and Master Ballots must be received by the Voting Agent (the "Voting Deadline").

3.  Pursuant to the terms of the Plan, the Debtors are required to file the Plan Supplement with the Court not later than five (5) Business Days prior to the Voting Deadline. To ensure that the Debtors are afforded sufficient time to complete the documents that will be included in the Plan Supplement, the Debtors have decided to extend the Voting Deadline through and including June 21, 2010 at noon ET, which would make the Plan Supplement filing due on June 14, 2010. The Debtors have prepared a proposed form of order amending the Solicitation Procedures Order to extend the Voting Deadline (the "Extension Order") and have attached a copy of the Extension Order hereto as Exhibit A.

4.  The Debtors have shared a copy of the Extension Order with counsel for the Official Committee of Unsecured Creditors, counsel for the United States Trustee, counsel for the Ad Hoc Committee of Secured Noteholders, and counsel for the Subordinated

---

[2] Capitalized terms used but not defined herein shall have the respective meanings assigned to such terms in the Solicitation Procedures Order or the Plan, as applicable.

2

Noteholders. Each of these parties has indicated that they either have no opposition to the relief requested or have given their affirmative support for such relief.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Extension Order at its earliest convenience.

|  |  |
|---|---|
| Dated: Wilmington, Delaware<br>June 8, 2010 | Respectfully submitted,<br>SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Bojan Guzina<br>Kerriann S. Mills<br>Alison L. Triggs<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>    -and-<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/ Robert S. Brady_<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |