# EXHIBIT A

**(Assumed Contracts and Assumed Leases with Cure Amounts)**

Omnibus Motion of the Debtors for an Order Authorizing the Assumption of All Executory Contracts and Unexpired Leases - Exhibit A

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | TYPE OF ARRANGEMENT | DEBTOR NAME | CONTRACT / LEASE TERMINATION DATE | ESTIMATED CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ACCESS POINT, INC | 1100 CRESCENT GREEN SUITE 109 | | CARY | NC | 27518-8105 | SERVICE AGREEMENT | MERCER FORGE CORPORATION | M-M | 414.92 |
| ADT SECURITY SERVICES, INC | 800 N BROADWAY | | OKLAHOMA CITY | OK | 73102 | SECURITY AGREEMENT | MERCER FORGE CORPORATION | 1/15/2015 | 1,588.09 |
| AECOM TECHNICAL SERVICES | 2 TECHNOLOGY PARK DRIVE | | WESTFORD | MA | 01886 | MASTER SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | 1/1/2013 | 32,043.03 |
| AIR PRODUCTS & CHEMICALS | P.O. BOX 25745 | | LEHIGH VALLEY | PA | 18002 | SUPPLY AND STORAGE AGREEMENT | NEENAH FOUNDRY COMPANY | 4/29/2010 | 52,795.93 |
| AIRGAS - GREAT LAKES, INC | 6055 ROCKSIDE WOODS BLVD | | INDEPENDENCE | OH | 44131 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 5/1/2014 | 10,100.52 |
| ALLIED WASTE SERVICES #050 | 7540 SW 59TH | | OKLAHOMA CITY | OK | 73179 | WASTE AND DISPOSAL CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | 6.36 |
| AMERICAN SECURITY INC | 1111 N WALNUT ST | | BLOOMINGTON | IN | 47404 | SECURITY CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | M-M | 10,804.42 |
| AMERICAN COMPRESSOR SERVICES | 1111 N WALNUT ST | | BLOOMINGTON | IN | 47404 | SERVICE CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | M-M | 9,527.23 |
| APPLETON INDUSTRIAL SERVICE | P.O. BOX 4249 | | APPLETON | WI | 54915 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 7/31/2010 | 1,073.54 |
| ARAMARK UNIFORM SERVICE | P.O. BOX 1114 | | APPLETON | WI | 54912 | SUPPLY AGREEMENT | NEENAH FOUNDRY COMPANY | 3/31/2012 | 3,130.80 |
| ARAMARK UNIFORM SERVICES | 1710 W WASHINGTON | | APPLETON | WI | 54914 | SUPPLY AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | 236.52 |
| ARMSTRONG | P O BOX 37749 | | PHILADELPHIA | PA | 19101-5049 | SERVICE AGREEMENT | MERCER FORGE CORPORATION | M-M | 140.85 |
| AT&T | 55 CORPORATE DRIVE | | BRIDGEWATER | NJ | 08807 | INTERNET SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | 6/22/2010 | 31.78 |
| AT&T | ONE AT&T WAY | | BEDMINSTER | NJ | 07921-0752 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | 6/20/2010 | 322.49 |
| AT&T | 55 CORPORATE DRIVE | | BRIDGEWATER | NJ | 08807 | SERVICE CONTRACT | NEENAH FOUNDRY COMPANY | 6/20/2010 | 9,077.39 |
| AT&T CUSTOMER CARE CENTER | PO BOX 9001310 | | LOUISVILLE | KY | 40290-1310 | SERVICE AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 10/15/2010 | 24.76 |
| AT&T TELECONFERENCING SERVICES | 230 S. CLINTON, 4TH FLOOR | | SYRACUSE | NY | 13202 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 3/24/2011 | 2,139.55 |
| AUTOMOTIVE TOP & TRIM | 1472 EDINGER AVE, #2301 | | TUSTIN | CA | 92780 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2010 | 1,658.13 |
| AVAYA | 700 MAIN STREET | | NEENAH | WI | 54956 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | 5/15/2010 | 361.94 |
| BASSETT MECHANICAL | 14400 HERTZ QUAIL SPRING PARKWAY | | OKLAHOMA CITY | OK | 73134 | LEASE, MAINT, & REPAIR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 11/4/2010 | 657.48 |
| BILL BOYETT | 1519 N. BONNIE BEACH PLACE | | LOS ANGELES | CA | 54320 | SERVICE & REPAIR AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2010 | 8,698.24 |
| BLUEPRINT SERCICES | 2350-A W PERSHING ST | | LOS ANGELES | CA | 90063 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/1/2011 | 1,000.00 |
| BROWN DOG LLC | DUNCAN MURPHY 6700 L STREET | | APPLETON | WI | 54914 | RENTAL AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2010 | 1,269.03 |
| C.J.& D. PROPERTIES, LLC | 31 RAILROAD AVENUE | | OMAHA | NE | 68117 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | DEETER FOUNDRY, INC. | 12/1/2011 | 2,500.00 |
| CAREY EXCAVATING, INC. | P.O. BOX 191 | | ALBANY | NY | 12205 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2014 | 38,446.74 |
| CDW DIRECT LLC | PO BOX 75773 | | WARSAW | IN | 46581-0191 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 3/11/2013 | 454.88 |
| CENTERPRIZES WEST, INC | 1815 MERCER-GROVE CITY ROAD | | MERCER | PA | 60575-5773 | WASTE DISPOSAL SERVICE CONTRACT | MERCER FORGE CORPORATION | 8/1/2018 | 146,352.24 |
| CENTURY LINK | 1815 MERCER-GROVE CITY ROAD | | MERCER | PA | 16137 | SERVICE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | 17,281.67 |
| CHERMOR REAL ESTATE | JERRY KEARNEY | | DALLAS | TX | 73256-0068 | SERVICE AGREEMENT | A&M SPECIALTIES, INC. | M-M | 1,497.67 |
| CINTAS CORP | 154 EAST MAIN ST | | FOREST JUNCTION | WI | 54123 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 3/23/2013 | 4,200.00 |
| COMMERCIAL WORKS | 1298 BOLTONFIELD ST | | COLUMBUS | OH | 43228 | SERVICE AGREEMENT | NEENAH TRANSPORT, INC. | M-M | 643.08 |
| COMMUNICATION CONSULTING SERVICES | 2504 WILCOX RD. | PO BOX 184 | LAVISTA | NE | 68128 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | MORGANS WELDING, INC. | M-M | 19.50 |
| CONSTELLATION NEW ENERGY, GAS DIVISION | 12120 PORT GRACE BOULEVARD, SUITE 200 | | BRYAN | OH | 43506 | TELECOMMUNICATION CONSULTING SERVICES AGREEMENT | NEENAH TRANSPORT, INC. | 9/30/2010 | 379.59 |
| CURRENT OFFICE SOLUTIONS | 130 N. MAIN ST. | | WARSAW | IN | 19101-1601 | COPIER LEASE AGREEMENT | DEETER FOUNDRY, INC. | 10/31/2010 | 15,559.63 |
| DE LAGE LANDEN FINANCIAL SERVICES | P.O. BOX 41601 | | OSWEGO | IL | 60543 | LIFT TRUCK LEASE AND MAINT. AGREEMENTS | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 6/27/2010 | 73.75 |
| DISA INDUSTRIES | 80 KENDALL POINT DRIVE | | BRILLION | WI | 54110 | HVAC MAINTENANCE AND REPAIR AGREEMENT | DEETER FOUNDRY, INC. | 8/1/2013 | 1,278.23 |
| ENDRIES INTERNATIONAL INC | P.O. BOX 69 | | NEW CASTLE | PA | 16101 | STOCKING INVENTORY AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 12/31/2010 (Y-Y) | 10,675.57 |
| EQUIPMENT RENTAL OPTIONS | 1015 MORAVA STREET | | ERIE | PA | 16512-6180 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2010 | 6,441.15 |
| ERIE COKE CORPORATION | P.O. BOX 6180 | | POTTSVILLE | PA | 17901-7010 | PURCHASE AGREEMENT | MERCER FORGE CORPORATION | 12/31/2010 | 2,226.00 |
| EXTOL INTERNATIONAL, INC | P.O. BOX 1010 | | AKRON | OH | 44310-0527 | MAINTENANCE CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 9/20/2010 | 69,949.00 |
| FALLSWAY EQUIPMENT COMPANY | PO BOX 4537 | | AKRON | OH | 44309-3522 | UTILITY CONTRACT | GREGG INDUSTRIES, INC. | 4/1/2011 | 169.82 |
| FIRST ENERGY SOLUTIONS | P.O BOX 3622 | | OAKBROOK TERRACE | IL | 60181 | WASTE DISPOSAL CONTRACT | DEETER FOUNDRY, INC. | 5/30/2011 | 8,223.00 |
| FLOOD BROS DISPOSAL/RECYCLING | 17 W 697 BUTTERFIELD RD. SUITE E | | WARSAW | IN | 46590 | LEASE OF NONRESIDENTIAL REAL PROPERTY | NEENAH FOUNDRY COMPANY | 6/30/2011 | 122,276.84 |
| FRAUHIGER REALTY COMPANY | 419 E WINONA AVENUE | | PITTSBURGH | PA | 15264-2535 | EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 11/15/2010 | 85.00 |
| GE CAPITAL | P.O. BOX 642355 | | COCHRANTON | PA | 32668 | CONSULTING AGREEMENT | ADVANCED CAST PRODUCTS, INC. | Y-Y | 1,252.54 |
| GINGER DWYER | 1930 SE 195TH TERRACE | | COCHRANTON | PA | 16314 | VEHICLE LEASE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 10/7/2010 | 3,652.00 |
| HAFER TRUCK SERVICE INC | 17458 SMOCK DRIVE | | APPLETON | WI | 54913 | FAXCOPIER MACHINE RENTAL AND MAINT. AGREEMENT | NEENAH FOUNDRY COMPANY | 3/26/2011 | 4,026.51 |
| HON OFFICE SOLUTIONS INC | 5901 GRANDE MARKET DRIVE, SUITE E | | PHILADELPHIA | PA | 30384-8145 | MAINTENANCE CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 8/6/2010 | 145.95 |
| IKONS | P.O. BOX 19145 | | BRIDGEVILLE | PA | 54911 | MAINTENANCE CONTRACT | DEETER FOUNDRY, INC. | 9/30/2010 | 300.00 |
| JF AHERN - MECHANICAL | 3012 E CAPITOL DRIVE, UNIT B | | MILWAUKEE | WI | 54017 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 9/00/2010 | 45,346.51 |
| JOHN & MADELINE KOSKY | 214 HICKORY GRADE RD | | CITY OF INDUSTRY | CA | 53201-0715 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 8/17/2010 | 3,650.00 |
| JOHNSON CONTROLS INC, CONTROLS GROUP | 529 N JACKSON ST M-75 | | CITY OF INDUSTRY | CA | 91716-6900 | EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | 357.16 |
| JOHNSON LIFT HYSTER | P.O. BOX 60007 | | CITY OF INDUSTRY | CA | 91716-6900 | EQUIPMENT LEASE AGREEMENT | GREGG INDUSTRIES, INC. | 12/10/2011 | 7,550.00 |
| JOHNSON LIFT HYSTER | P.O. BOX 60007 | | CITY OF INDUSTRY | CA | 91716-6900 | MAINTENANCE CONTRACT | GREGG INDUSTRIES, INC. | 9/20/2010 | 351.70 |
| JOHNSON LIFT HYSTER | P.O. BOX 60007 | | CITY OF INDUSTRY | CA | 91716-6900 | EQUIPMENT LEASE AGREEMENT | GREGG INDUSTRIES, INC. | 12/10/2011 | 594.33 |
| KC WINWATER WORKS | 3938A NE 33RD TERRACE | | KANSAS CITY | MO | 64117 | CONSIGNMENT AGREEMENT | GREGG INDUSTRIES, INC. | 5/30/2011 | 769.55 |
| COCECO, INC. | 5501 CORNHUSKER HWY | | LINCOLN | NE | 68529-0349 | SUPPLY AGREEMENT | GREGG INDUSTRIES, INC. | 4/14/2011 | 769.55 |
| MERCER IDEALEASE | P.O. BOX 642355 | | AURORA | CO | 80011 | EQUIPMENT LEASE AGREEMENT | DEETER FOUNDRY, INC. | 6/30/2010 | 2,333.46 |
| OTIS ELEVATOR CO. | 2300 TOWER DRIVE | | NEWARK | NJ | 07101 | CONSTRUCTION SALES CONTRACT | NEENAH FOUNDRY COMPANY | 2/22/2015 | 2,228.89 |
| MCGRAW-HILL CONSTRUCTION - SWEETS GROUP | 2247 PROGRESS WAY | | CHICAGO | IL | 60693-4076 | CONSTRUCTION SALES CONTRACT | NEENAH FOUNDRY COMPANY | 6/20/2020 | 2,557.38 |
| MCGRAW-HILL CONSTRUCTION - DODGE ON LINE | 7525 COLLECTION CTR DRIVE | | CHICAGO | IL | 54130-1179 | CONSTRUCTION SALES CONTRACT | NEENAH FOUNDRY COMPANY | 12/31/2010 | 91,520.59 |
| MILCAM REALTY | 514 REYNOLDS DRIVE | | KAUKAUNA | WI | 60022 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | DEETER FOUNDRY, INC. | 4/30/2011 | 1,550.00 |
| MITSUBISHI ELECTRIC AUTOMATION, INC. | 500 CORPORATE WOODS PKWY | | VERNON HILLS | IL | 82085-1101 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 6/20/2020 | 4,586.19 |
| NATIONAL FUEL RESOURCES INC | P.O. BOX 9072 | | WILLIAMSVILLE | NY | 14231 | UTILITY CONTRACT | NEENAH FOUNDRY COMPANY | 12/31/2010 | 1,720.00 |
| NIPSCO | 801 EAST 86TH AVE | | MERRILLVILLE | IN | 46410 | GAS CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 6/30/2010 | 800.00 |
| NMHG FINANCIAL SERVICE | P.O. BOX 643749 | | PITTSBURGH | PA | 15264-3749 | EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 7/31/2010 | 73,835.64 |
| NMHG FINANCIAL SERVICE | P.O. BOX 643749 | | PITTSBURGH | PA | 15264-3749 | COPIER LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 6/00/2010 | 233,457.16 |
| NMHG FINANCIAL SERVICE | P.O. BOX 643749 | | PITTSBURGH | PA | 15264-3749 | CONSIGNMENT AGREEMENT | GREGG INDUSTRIES, INC. | 12/10/2011 | 351.70 |
| NMHG FINANCIAL SERVICE | P.O. BOX 643749 | | PITTSBURGH | PA | 15264-3749 | FACILITIES AND SERVICE AGREEMENT | GREGG INDUSTRIES, INC. | 12/10/2011 | 61,001.87 |
| NMHG FINANCIAL SERVICE | P.O. BOX 643749 | | PITTSBURGH | PA | 15264-3749 | SUPPLY AGREEMENT AND REMOVAL CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 5/6/2010 | 5,720.00 |
| OTIS ELEVATOR CO. | 14701 CUMBERLAND RD, SUITE 100 | | NOBLESVILLE | IN | 44857 | SNOW PLOWING AND REMOVAL CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 1/25/2010 | 1,171.65 |
| OUDENHOVEN COMPANY INC | 500 W. CALUMET STREET | | APPLETON | WI | 54915-1463 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 9/1/2011 | 606.84 |
| PALIZZI, CARL | 2580 WEST MASON STREET | | GREEN BAY | WI | 54303 | PAGER LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2011 | 4.70 |
| PER MAR | PO BOX 3457 | | TORRANCE | CA | 90510-3457 | INTERNET SERVICE AGREEMENT | DEETER FOUNDRY, INC. | 5/12/2011 | 395.45 |
| PREMIER REAL ESTATE MGMT LLC | 4001 114TH | | URBANDALE | IA | 50322 | MARKETING SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | 36,053.00 |
| QWEST | 19045 W CAPITAL DR - SUITE 200 | | MILWAUKEE | WI | 53226-4640 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | 492.45 |
| RED D ARC INC | 1801 CALIFORNIA ST, #900 | | DENVER | CO | 80202 | SERVICE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 8/31/2012 | 7,087.82 |
| SANDMOLD SYSTEMS | 1820 PRAIRIE AVENUE PLAZA | | MEADVILLE | PA | 16335 | WASTE DISPOSAL SERVICE CONTRACT | MERCER FORGE CORPORATION | 3/17/2012 | 87,976.28 |
| SBE REPROGRAPHICS | HOOSIER LANDFILL INC | | CLAYPOOL | IN | 46510 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | 2,194.83 |
| SELCO CORPORATION | 1503 SOUTH WASHINGTON AVE | | PISCATAWAY | NJ | 49337 | EQUIPMENT LEASE AGREEMENT | MORGANS WELDING, INC. | 7/15/2012 | 100,394.50 |
| SOUTHERN CALIFORNIA EDISON | 1440 WEST 8TH ST. | | CINCINNATI | OH | 46615 | CONSTRUCTION CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 4/1/2011 | 1,067.49 |
| STROHMEYER EXCAVATING | 1202 NORTHSIDE BLVD | | SOUTH BEND | IN | 28792 | COPIER LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 6/00/2010 | 202,793.00 |
| TAYLORED SYSTEMS | P.O. BOX 470 | | HENDERSONVILLE | NC | 51702 | FACILITIES AND SERVICE AGREEMENT | GREGG INDUSTRIES, INC. | M-M | 19,735.23 |
| TATA TECHNOLOGIES | 41370 BRIDGE STREET | | FIRMINVILLE | IN | 54915 | SNOW PLOWING AND REMOVAL CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 5/5/2010 | 757.00 |
| TELCOM | 500 W. CALUMET STREET | | NEENAH | WI | 54357 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 9/20/2015 | 666.84 |
| TIME WARNER BUSINESS CLASS | 205 REPUBLIC ST | | NOVI | MI | 54956 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2011 | 769.55 |
| TOYOTA MOTOR CREDIT CORPORATION | 2247 PROGRESS WAY | | APPLETON | WI | 54915-1453 | INTERNET SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2011 | 4.70 |
| TRULX MARKETING GROUP | PO BOX 3457 | | GREEN BAY | WI | 54303 | PAGER LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 5/12/2011 | 395.45 |
| TUSMUS COMMUNICATIONS | 4001 114TH | | URBANDALE | IA | 50322 | MARKETING SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | 36,053.00 |
| UNIFIRST CORPORATION | 18209 INNOVATION DR-SUITE 100 | | MILWAUKEE | WI | 53045 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | 492.45 |
| VEOLIA ENVIRONMENTAL SERVICES | 1820 PRAIRIE AVENUE PLAZA | 2710 EAST 800 SOUTH | BROOKFIELD | CO | 80854 | SERVICE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 8/31/2012 | 7,087.82 |
| VOGT WAREHOUSE | HOOSIER LANDFILL INC | | NEWAYGO | MI | 49337 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | 13.57 |
| WASTE MANAGEMENT | 1503 SOUTH WASHINGTON AVE | | SOUTH BEND | IN | 46615 | WASTE DISPOSAL SERVICE CONTRACT | MERCER FORGE CORPORATION | 3/17/2012 | 87,976.28 |
| WELLS FARGO EQUIPMENT | 1416 WEIMAR STREET | | APPLETON | WI | 54915 | INDUSTRIAL WASTE SERVICE AND DISPOSAL CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 1/16/2011 | 1,453.52 |
| WISCONSIN LIFT TRUCK | P.O. BOX 1450 | | MINNEAPOLIS | MN | 55485-6178 | EQUIPMENT LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/16/2013 | 1,453.52 |
| | P.O. BOX 10537 | | GREEN BAY | WI | 54307 | MAINTENANCE AND REPAIR CONTRACT | NEENAH FOUNDRY COMPANY | 5/9/2011 | 7,965.24 |

1

Omnibus Motion of the Debtors for an Order Authorizing the Assumption of All Executory Contracts and Unexpired Leases - Exhibit A

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | TYPE OF ARRANGEMENT | DEBTOR NAME | CONTRACT / LEASE TERMINATION DATE | ESTIMATED CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| WOLTER INVESTMENTS CO | BOX 0430 | | BROOKFIELD | WI | 53005-0430 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | 2,234.38 |

2