# EXHIBIT B

(Assumed Contracts and Assumed Leases With No Cure Amounts)

Omnibus Motion of the Debtors for an Order Authorizing the Assumption of All Executory Contracts and Unexpired Leases - Exhibit B

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | TYPE OF ARRANGEMENT | DEBTOR NAME | CONTRACT / LEASE TERMINATION DATE | ESTIMATED CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ADP | P O BOX 9001006 | | LOUISVILLE | KY | 40290 | MAJOR ACCOUNTS AGREEMENT | MERCER FORGE CORPORATION | M-M | |
| AFCO | PO BOX 4795 | | CAROL STREAM | IL | 60197-4795 | COMMERCIAL PREMIUM FINANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| AICCO, INC. | 1001 WINSTEAD DRIVE | | CARY | NC | 27513 | COMMERCIAL PREMIUM FINANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/07/2010 | |
| AIR GAS | 3400 EXECUTIVE DRIVE | | APPLETON | WI | 54911 | SUPPLY AGREEMENT | NEENAH FOUNDRY COMPANY | 5/1/2014 | |
| ALLIED WASTE SERVICES #294 | W NOBLESTOWN RD. | | CARNEGIE | PA | 15106 | WASTE AND DISPOSAL CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| AMERICAN BUILDING MAINTENANCE | 722 BURVAN AVE | | GREEN BAY | WI | 54304 | BUILDING CUSTODIAL SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2010 | |
| ANDERSON FORD | 2500 WILDCAT DRIVE | | LINCOLN | NE | 68510 | MOTOR VEHICLE LEASE AGREEMENT | DEETER FOUNDRY, INC. | 2/16/2011 | |
| ASSOCIATED FINANCIAL GROUP LLC | 711 EISENHOWER DRIVE | | KIMBERLY | WI | 54136 | CONSULTING AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 8/31/2010 | |
| ASSOCIATED FINANCIAL GROUP LLC | 711 EISENHOWER DRIVE | | KIMBERLY | WI | 54136 | CONSULTING AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY | 8/31/2010 | |
| ASSOCIATED FINANCIAL GROUP LLC | 711 EISENHOWER DRIVE | | KIMBERLY | WI | 54136 | CONSULTING AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 8/31/2010 | |
| AT&T | PO BOX 9001310 | | LOUISVILLE | KY | 40290-1310 | SERVICE AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 7/14/2011 | |
| AT&T | PO BOX 9001310 | | LOUISVILLE | KY | 40290-1310 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 7/14/2011 | |
| ATC HEALTHCARE SERVICES, INC. | PO BOX 31718 | | HARTFORD | CT | 6150-1718 | EMPLOYMENT AGENCY CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| AWSTONE TECHNOLOGIES LLC | PO BOX 78100 | | MILWAUKEE | WI | 53278-0103 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| BALTIMORE AIRCOIL SYSTEMS | 4201 PRAIRIE ROAD | | BRIDGEMAN | MI | 49106 | SOFTWARE LICENSE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| BELAIR ROAD SUPPLY | 7750 PULASKI HWY | | BALTIMORE | MD | 21237 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2010 | |
| BERBEE INFORMATION NETWORKS CORP | PO BOX 88626 | | MILWAUKEE | WI | 53288-0626 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 4/20/2011 | |
| BERBEE INFORMATION NETWORKS CORP | 4331 W COLLEGE AVE SUITE 400 | | APPLETON | WI | 54914 | TECHNICAL SUPPORT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| BLUE SPRINGS WMWATER WORKS | 906 SE SUNNYSIDE SCHOOL RD | | BLUE SPRINGS | MO | 64014 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| CARDINAL BUSINESS EQT CO. | 6504 W FLORISSANT AVE | | ST. LOUIS | MO | 63136 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| CSX TRANSPORTATION | PO BOX 341400 | | MILWAUKEE | WI | 53234-1400 | SERVICE AGREEMENT | DEETER FOUNDRY, INC. | M-M | |
| CSSI CORPORATION | 3311 E OLD SHAKOPEE RD. | | MINNEAPOLIS | MN | 55425 | EAP AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| DAVID SPARKMAN - MELTLAB SYSTEMS | 1045 VALLEY MILL ROAD | | WINCHESTER | VA | 22602 | SERVICE CONTRACT FOR SOFTWARE MAINTENANCE | DEETER FOUNDRY, INC. | 12/31/2010 | |
| CONSOLIDATED ELECTRIC DISTRIBUTOR | 2611 KIMCO DRIVE | | LOUISVILLE | KY | 40201-4658 | SERVICE AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| COORDINATED CARE PROGRAMS, LLC | 125 DILLMONT DRIVE | | COLUMBUS | OH | 43325-4658 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 8/24/2010 | |
| COORDINATED CARE PROGRAMS, LLC | 125 DILLMONT DRIVE | | COLUMBUS | OH | 43325-4658 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 8/24/2010 | |
| COORDINATED CARE PROGRAMS, LLC | 125 DILLMONT DRIVE | | COLUMBUS | OH | 43325-4658 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MACHINING FACILITY CO | 8/24/2010 | |
| CSX TRANSPORTATION | PO BOX 116528 | | ATLANTA | GA | 30368-6528 | LEASE OF NONRESIDENTIAL REAL PROPERTY LAND AT RAILROAD | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | 9/19/2010 | |
| DALTON CORPORATION | DEPT CH 14055 | | PALATINE | IL | 60055 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | 11/19/2010 | |
| DECISION ONE CORP | 35150 RICHARD RD. | | PALATINE | IL | 21620 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | 1/15/2011 | |
| DESIGNWARE AND SUPPLY | P.O. BOX 1174 | | ST PETERS | MO | 63376 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | 2/23/2011 | |
| DIGITAL SECURITY CORP. | DEPT 0063 | | MILWAUKEE | WI | 60055-0053 | SERVICE AGREEMENT | MERCER FORGE CORPORATION | 10/5/2010 | |
| DISH NETWORK | 875 EAST WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | TAX SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | 4/5/2011 | |
| ERNST & YOUNG LLP | P.O. BOX 1689 | | ANN ARBOR | MI | 48105-1589 | EQUIPMENT LEASE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 3/25/2011 | |
| ERVIN LEASING | 2810 NORTHGATE DR. | | IOWA CITY | IA | 52244 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | 5/14/2010 | |
| EXECU-CARE | DEPT. 77-7995 | | IOWA CITY | IA | 52244 | HEALTHCARE SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | 5/22/2010 | |
| EXECU-CARE/JEFFERSON PILOT | DEPT. 77-7995 | | CHICAGO | IL | 60878-7995 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 6/30/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7995 | | CHICAGO | IL | 60878-7995 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 8/22/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7995 | | CHICAGO | IL | 60878-7995 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 9/19/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7995 | | CHICAGO | IL | 60878-7995 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 11/18/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7995 | | CHICAGO | IL | 60878-7995 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 1/15/2011 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7995 | | CHICAGO | IL | 60878-7995 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 2/23/2011 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7995 | | CHICAGO | IL | 60878-7995 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 4/5/2011 | |
| FASTECH, INC. | 6001 ELLISFIELD DR. | | NEWNAN | GA | 45945 | CONSIGNMENT AGREEMENT | MERCER FORGE CORPORATION | 5/14/2010 | |
| FISERV INVESTMENT SUPPORT SERVICES | P.O BOX 17359 | | DENVER | CO | 80217-0359 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 7/15/2010 | |
| FOLEY PRODUCTS COMPANY | 235 JEFFERSON ST. | | NEENAH | WI | 54955 | COMPUTER EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| FRANK HEADINGTON | 2121 BROOKS AVENUE | PO BOX 450 | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 10/1/2011 | |
| FREEMAN PROPERTIES, LLC | 13135 WESTPARK PLACE | | OKLAHOMA CITY | OK | 73142 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH TRANSPORT, INC. | M-M | |
| G&B ANY'S STORAGE | 548 ERIE STREET | | MERCER | PA | 16137 | WAREHOUSE / STORAGE LEASE AGREEMENT | MERCER FORGE CORPORATION | M-M | |
| GARY BUTCH | 1860 LASALLE STREET, SUITE 1520 | | CHICAGO | IL | 60620 | ADMINISTRATION SERVICES AGREEMENT | NEENAH ENTERPRISES, INC. | 1/31/2011 | |
| GMP INTERNATIONAL UNION | 3920 CORDIAL CITY MERCER ROAD | | MERCER | PA | 19106-10007 | LABOR CONTRACT | MERCER FORGE CORPORATION | 2/22/2010 | |
| GNC CONCRETE PRODUCTS | PO BOX 607 | | TULSA | OK | 74116 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| GNC CONCRETE PRODUCTS | 2100 N 161 EAST AVE | | CATOOSA | OK | 74015 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| GRAPHICS SYSTEMS CORP | W133 N5136 CAMPBELL DR | | MENOMONEE FALLS | WI | 53051 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 1/31/2011 | |
| GUMBO SOFTWARE INC | 809 W HOWE ST | | SEATTLE | WA | 98119 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 2/20/2011 | |
| HASLER FINANCIAL SERVICE | P.O. BOX 43550 | | SAN FRANCISCO | CA | 94145-8550 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 10/11/2010 | |
| HEXAGON METROLOGY | D/B/A BROWN & SHARPE INC | PO BOX 1450 | MINNEAPOLIS | MN | 55485-5955 | MAINTENANCE CONTRACT | NEENAH ENTERPRISES, INC. | 4/20/2011 | |
| HEXAGON METROLOGY, INC. | 250 CIRCUIT DRIVE | LOCKBOX 771742 | NORTH KINGSTOWN | RI | 91716-6900 | SOFTWARE MAINTENANCE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | 7/15/2010 | |
| HUMANA | N19 W24133 RIVERWOOD DRIVE, SUITE 300 | | WAUKESHA | WI | 52252 | HEALTHCARE SERVICES (INSURANCE) AGREEMENT | NEENAH FOUNDRY COMPANY | 11/30/2010 | |
| IBM GLOBAL FINANCING | 1 NEW ORCHARD ROAD | | ARMONK | NY | 60674 | CONSULTING SERVICES AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| IDEAL LEASE | LAURA IDOL | | APPLETON | WI | 10504-1722 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 4/12/2012 | |
| IKON FINANCIAL SERVICES | 4705 PAYSPHERE CIRCLE | | CHICAGO | IL | 54913 | OFFICE EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 4/26/2010 | |
| IKON FINANCIAL SERVICES | PO BOX 740541 | ATTN: RIGHT OF WAY AGENT | ATLANTA | GA | 54913 | OFFICE EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | 7/31/2010 | |
| INDIANA DEPT OF ENVIRONMENTAL MGMT | 100 N SENATE AVE | | INDIANAPOLIS | IN | 46204-5115 | OPERATION AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 1/31/2011 | |
| INDIANA DEPT OF ENVIRONMENTAL MGMT | 100 N SENATE AVE | | INDIANAPOLIS | IN | 46204 | PERMIT AGREEMENT | NEENAH FOUNDRY COMPANY | 4/16/2012 | |
| INFINITY OS INT'L INC | 14500 CONFERENCE CENTER DR, SUITE 525 | | BOSTON | MA | 28151 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 5/9/2012 | |
| JAMES V ACKERMAN | 7 VIRGINIA RAILLINE | | CHANTILLY | VA | 29926 | CONSULTING CONTRACT | DEETER FOUNDRY, INC. | 10/31/2010 | |
| JAMES V ACKERMAN | 5820 WESTBOURNE DRIVE | | HILTON HEAD ISLAND | SC | 68516 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH FOUNDRY COMPANY | 6/30/2010 | |
| JOHN ANDREWS | 210 EISENHOWER AVE | | LINCOLN | NE | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH FOUNDRY COMPANY | 4/30/2011 | |
| JOHN BOUCHARD AND SONS CO (JBS) | 1024 HARRISON STREET | | NASHVILLE | TN | 37203 | STRATEGIC SOURCING CONTRACT | NEENAH FOUNDRY COMPANY | 4/30/2011 | |
| JOHN DEERE CREDIT | P.O. BOX 4450 | | CAROL STREAM | IL | 60197-4450 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 1/20/2011 | |
| JOHN OLSON | 7281 RICHTER LANE | | LARSEN | WI | 54947 | EMPLOYMENT / CONSULTING AGREEMENT | MERCER FORGE CORPORATION | 10/31/2010 | |
| JOHNSON LIFT/HYSTER | P.O. BOX 60007 | | CITY OF INDUSTRY | CA | 91716-6900 | EMPLOYMENT LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 12/31/2010 | |
| JOHNSON LIFT/HYSTER | P.O. BOX 60007 | | CITY OF INDUSTRY | CA | 91716-6900 | EMPLOYMENT LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 12/31/2010 | |
| JOSEPH HARVEY | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH FOUNDRY COMPANY | 1/20/2011 | |
| JP MORGAN | WEST OLD STATE BILLING | PO BOX 26640 | NEW YORK | NY | 10087-6849 | TRUSTEE AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| JR HOE AND SONS, INC. | 4058 COLLINS LN | | LOUISVILLE | KY | 40245 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | NA | |
| KENDALLVILLE TERMINAL RAILWAY | QUALITY PLAZA | 1315 S. JOHNSON STREET | PEORIA | IL | 61607-1130 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/14/2014 | |
| KONICA MINOLTA | PO BOX 550599 | | JACKSONVILLE | FL | 32255-0399 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| KONICA MINOLTA | P.O. BOX 550599 | | JACKSONVILLE | FL | 32255-0399 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2011 | |
| KRONOS INC | 10 N MARTINGALE RD, SUITE 425 | | SCHAUMBURG | IL | 32284 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 5/17/2011 | |
| MAGNA FOUNDRY TECH INC | 5200 CONGRESS AVE | | COLUMBUS | OH | 43215 | CONSIGNMENT AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | Y-Y | |
| MARLIN LEASING | P.O. BOX 13604 | | PHILADELPHIA | PA | 19101-3604 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 4/1/2011 | |
| MASTER GRAPHICS | PO BOX 235598 | | FORT WAYNE | IN | 53725-5698 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 7/28/2011 | |
| MED PARTNERS | 6820 POINTE INVERNESS WAY, SUITE 200 | | FORT WAYNE | IN | 46804 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| MED PARTNERS/LUTHERAN PREFERRED | 6820 POINTE INVERNESS WAY, SUITE 200 | | FORT WAYNE | IN | 46804 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| MERCER | 10 SOUTH WACKER DRIVE, SUITE 1700 | | CHICAGO | IL | 60606 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | |
| MIDWEST TILE & CONCRETE PRODUCTS, INC. | 3125 INTERTECH DRIVE | | BROOKFIELD | WI | 53008-0430 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | 5/16/2013 | |
| MILES DATA TECHNOLOGIES | 4058 COLLINS LN | | WOODBURN | IN | 46797 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | M-M (90 days notice) | |
| MINTAB INC | N8 W22555 JOHNSON DR | | WAUKESHA | WI | 53186 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| NAVITUS HEALTH SOLUTIONS, LLC | 999 FOURIER DRIVE | | MADISON | WI | 53717 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/14/2014 | |
| NAVITUS HEALTH SOLUTIONS, LLC | 999 FOURIER DRIVE | | MADISON | WI | 53717 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | 12/31/2011 | |
| NAVITUS HEALTH SOLUTIONS, LLC | 999 FOURIER DR | | MADISON | WI | 53717 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 5/17/2011 | |
| NETWORK HEALTH PLAN | 1570 MIDWAY PLACE | | MENASHA | WI | 54952 | HEALTHCARE SERVICES (INSURANCE) AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| NEW ENGLAND POSITIONING SYSTEM, LLC. | 50 CHENELL DR. | ROUTE 106 | CONCORD | NH | 03301 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| NIPSCO | 801 EAST 119TH AVE | 1820 PINE HALL RD | MERRILLVILLE | IN | 46410 | GAS CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | Y-Y | |

1

Omnibus Motion of the Debtors for an Order Authorizing the Assumption of All Executory Contracts and Unexpired Leases - Exhibit B

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | TYPE OF ARRANGEMENT | DEBTOR NAME | CONTRACT / LEASE TERMINATION DATE | ESTIMATED CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| NIFSCO | 801 EAST 6TH AVE | | MERRILLVILLE | IN | 46410 | ELECTRIC CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| NOVACAST FOUNDRY SOLUTIONS AB | SOFT CENTER | | RONNEBY | SWEDEN | | TECHNOLOGY AGREEMENT | NEENAH FOUNDRY COMPANY | 2/25/2011 | |
| OHIO HEALTH CHOICE | PO BOX 2090 | | AKRON | OH | 44309 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| P T C SHAPING INNOVATION | 1814 W. OVERLAND | 372 25 | ATLANTA | GA | 30394-5722 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PANHANDLE CONCRETE | JUNCTION 13, ROUTE 133 | PO BOX 209 | SCOTTSBLUFF | NE | 69363 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| PARSHALL CONCRETE & PRECAST | 214E ONEIDA | PO BOX 398 | MOUND CITY | MO | 64470 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| PEAK TECHNOLOGIES | PO BOX 8500 (S-4955) | | GREEN BAY | WI | 53401 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PEAK TECHNOLOGIES | | | PHILADELPHIA | PA | 19178-4955 | MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/1/2012 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 11/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 12/1/2012 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3350 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2014 | |
| PITNEY BOWES | PO BOX 856460 | | LOUISVILLE | KY | 40285-6460 | EQUIPMENT LEASE AGREEMENT | MERCER FORGE CORPORATION | 1/1/2014 | |
| PITNEY BOWES CREDIT CORP | 2225 AMERICAN DRIVE | | NEENAH | WI | 54956 | EQUIPMENT LEASE AGREEMENT / MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 5/30/2014 | |
| PITNEY BOWES GLOBAL FINANCIAL | PO BOX 856460 | | LOUISVILLE | KY | 40285 | EQUIPMENT LEASE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 9/30/2011 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 5101 INTERCHANGE WAY | | LOUISVILLE | KY | 40229-2161 | EQUIPMENT LEASE AGREEMENT | DEETER FOUNDRY, INC. | 6/13/2013 | |
| PRAIRIEVILLE | 19150 W. CATALINA DR - SUITE 200 | | BROOKFIELD | WI | 53197-0709 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2012 | |
| PREMIER REAL ESTATE MGMT LLC | | | WAUKESHA | WI | 53045 | RESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | |
| PRETECH CORPORATION | 8824 WOODEND RD | | KANSAS CITY | KS | 66111 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| PROCESS CONTROL SERVICES | 411 INDUSTRIAL DRIVE | | PLYMOUTH | WI | 48170 | MAINTENANCE CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 10/20/2010 | |
| PROFESSIONAL BENEFITS ADMINISTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| PROFESSIONAL BENEFITS ADMINISTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| PROFESSIONAL BENEFITS ADMINISTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| QUADRANT SOFTWARE | 120 FORBES BLVD | | MANSFIELD | MA | 02048 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| QUALITY SYSTEMS | 29700 JUDICIAL - SUITE 100 | | BURNSVILLE | MN | 55337 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| ROBERT DEMEAL | 63 NUMBER EIGHT ROAD | | NEW WILMINGTON | PA | 16142 | EMPLOYMENT / CONSULTING AGREEMENT | MERCER FORGE CORPORATION | 5/30/2010 | |
| ROBERT GITTER | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| ROBERT OSTENDORF | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | N/A | |
| RONALD SCHUCKER | 1900 E. JEFFERSON ST. | | WARSAW | IN | 46581 | CONSULTING CONTRACT | DALTON CORPORATION | 9/30/2010 | |
| ROSS IMAGING INC | 4080 W. SPENCER ST. | | APPLETON | WI | 54914 | COPIER SERVICE CONTRACT | NEENAH FOUNDRY COMPANY | 5/30/2014 | |
| ROTSCHILD INC. | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | ADVISORY SERVICES AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 173 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/1/2014 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 173 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/1/2013 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 173 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 12/1/2011 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 173 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 5/1/2010 | |
| S T GRISWOLD | 133 INDUSTRIAL AVE. | | WILLISTON | VT | 05495 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| S.D. IRELAND CONCRETE CO. | 100 GROVE ST. | | BURLINGTON | VT | 05401 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | 5/18/2011 | |
| SAGE SOFTWARE | PO BOX 404927 | | ATLANTA | GA | 30384-4927 | MAINTENANCE CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | Y-Y | |
| SAGE SOFTWARE | PO BOX 404927 | | ATLANTA | GA | 30384-4927 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 5/20/2011 | |
| SBG CONSULTING | 124 WEST RANDOLPH ST, HQ 23C | | CHICAGO | IL | 60606 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SCURLOCK INDUSTRIES | PO BOX 1078 | | SPRINGFIELD | MO | 65801 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SCURLOCK-JONESBORO | 500 WEST JOHNSON | | JONESBORO | AR | 72403 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SCURLOCK-ROSE CON PIPE | 3401 WEST COMMERCIAL | | SPRINGFIELD | MO | 65801 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SCURLOCK-TRI STATE | 3725 S MCCOLLUM AVE | | FAYETTEVILLE | AR | 72702 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SERVIT | PO BOX 2137 | | KENNESAW | GA | 30156 | MAINTENANCE CONTRACT | DEETER FOUNDRY, INC. | M-M | |
| SERVIT | PO BOX 2137 | | KENNESAW | GA | 30156 | MAINTENANCE CONTRACT | DEETER FOUNDRY, INC. | M-M | |
| SHERRON HENRY RN, CDMS | 222 S. RIVERSIDE PLAZA, STE 860 | | CHICAGO | IL | 60606 | INSURANCE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| SHOP WARE INC. | PRO-ACTIVE LEASE MANAGEMENT | 137 LAKEWOOD ROAD | NEW CASTLE | PA | 16101 | MAINTENANCE CONTRACT | MERCER FORGE CORPORATION | Y-Y | |
| SIERRA CONSULTANTS, LTD. DBA NUTECH SYSTEMS, INC. | 525 W 5TH ST-AIR WNT | | COVINGTON | KY | 41011 | SERVICE AGREEMENT | DALTON CORPORATION | 4/30/2011 | |
| SIGNATURE CARE | 2175 POINT BLVD - SUITE 105 | | GRANDVILLE | MI | 49418 | SOFTWARE LICENSE, SERVICES AND MAINTENANCE AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| STAR STORAGE | 7101 CLARKS POINT RD | | FORT WAYNE | IN | 46819 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION | 3/21/2015 | |
| STERICYCLE INC. | 1081 ARBOR DRIVE | | MODESTO | PA | 15270 | WAREHOUSE / STORAGE LEASE AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| STEVE SHAFFER | 1050 CORPORATE DRIVE | | ALMA | MO | 48041 | MEDICAL WASTE DISPOSAL CONTRACT | DALTON CORPORATION | 7/1/2010 | |
| STURTEVANT | PO BOX 469 | | MILWAUKEE | WI | 53226-3440 | FREIGHT PROCESSING AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 5/12/2014 | |
| UNITED HEALTHCARE | 14035 LEETSBIR ROAD | | NEW CASTLE | PA | 16101 | HEALTHCARE SERVICES (INSURANCE) AGREEMENT | MERCER FORGE CORPORATION | N/A | |
| UNITED STEELWORKERS OF AMERICA | 2518 NEW BUTLER ROAD | | PITTSBURGH | PA | 15222 | EMPLOYMENT / CONSULTING AGREEMENT | A&M SPECIALTIES, INC. | 10/31/2012 | |
| UNITED STEELWORKERS OF AMERICA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | ADVANCED CAST PRODUCTS, INC. | 10/5/2010 | |
| UNITED STEELWORKERS OF AMERICA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 4/13/2013 | |
| UNITED STEELWORKERS OF AMERICA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 6/30/2012 | |
| SUNLIFE FINANCIAL | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | LABOR CONTRACT | MERCER FORGE CORPORATION | Y-Y | |
| T.L. ASHFORD & ASSOCIATES | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | UNION CONTRACT | NEENAH TRANSPORT, INC. | 9/1/2010 | |
| THERMO FISHER, RADIATION MEASUREMENT & PROTECTION | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | UNION CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| TIMOTHY LA CROIX | 314 SKIPJACK VILLAGE | | BUTLER | PA | 16001 | UNION CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| TOSHIBA BUSINESS SOLUTIONS, INC. | PO BOX 712069 | 117 M MAD DR | APPLETON | WI | 54914 | CONSULTING CONTRACT | DALTON CORPORATION | Y-Y | |
| TRAFFIC MANAGEMENT SERVICES | DIV OF OLDCASTLE PRECAST | 5200 NW 17TH | TOPEKA | KS | 66614 | SERVICE CONTRACT | DEETER FOUNDRY, INC. | 3/20/2011 | |
| US CELLULAR | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | DEETER FOUNDRY, INC. | M-M | |
| VANGUARD PRODUCTS CORP | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | MERCER FORGE CORPORATION | M-M | |
| VELCOR LEASING | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | M-M | |
| VELCOR LEASING | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| VELCOR LEASING CORP | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| VELCOR LEASING CORP | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | |
| VELCOR LEASING CORP | 3278 SOUTH COUNTRY CLUB ROAD | | WARSAW | IN | 46580 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | |
| WADE SHAFFER | PO BOX 914 | | APPLETON | WI | 54914 | STORAGE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | |
| WARSAW PLATING WORKS | P.O. BOX 1450 | SUITE 400 | WARSAW | IN | 46581-4914 | LEASE OF NONRESIDENTIAL REAL PROPERTY | DALTON CORPORATION | M-M | |
| WELLS FARGO EQUIPMENT | 300 TRI-STATE INTERNATIONAL | | LINCOLNSHIRE | IL | 60069-4417 | EQUIPMENT LEASE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 9/20/2011 | |
| WELLS FARGO FINANCIAL | 45702 PURCELL DRIVE | | MINNEAPOLIS | MN | 55485-5178 | LEASE OF NONRESIDENTIAL REAL PROPERTY | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 5/1/2011 | |
| WILLIAM C PINE JR | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | 7/1/2011 | |
| WILLIAM MARTIN | 4590 E. 69TH AVENUE | BOX 546 | COMMERCE CITY | CO | 80022 | MOBILE OFFICE LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 11/10/2010 | |
| WILLIAMS SCOTSMAN, INC. | SOUTH HWY 30 | | BLAIR | NE | 68008 | MOTOR VEHICLE LEASE AGREEMENT | DEETER FOUNDRY, INC. | 3/4/2013 | |
| WOODHOUSE FORD, INC. | | | | | | | | | |

2