# EXHIBIT C

**(Assumed Contracts and Assumed Leases Between the Debtors and Their Customers)**

**[FILED UNDER SEAL]**