# EXHIBIT A

### (Proposed Order)

YCST01:9771162.1

069152.1001

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Related to Docket No. ____ |

**ORDER (I) AUTHORIZING THE DEBTORS TO FILE CERTAIN**
**CUSTOMER INFORMATION UNDER SEAL AND (II) DIRECTING**
**THAT SUCH CUSTOMER INFORMATION REMAIN CONFIDENTIAL**

Upon the Motion[2] of the above-captioned Debtors for entry of an order (i) authorizing the Debtors to file the Customer Information under seal and (ii) directing that the Customer Information remain under seal and confidential, and that it not be disclosed to any party other than the Court, the U.S. Trustee, and parties who have executed confidentiality agreements acceptable to the Debtors; and upon consideration of the Motion and all pleadings related thereto; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

1

2

ORDERED, that the Debtors are hereby authorized to file the Customer Information under seal; and it is further

ORDERED, that the Customer Information shall remain under seal and confidential, and shall not be made available to anyone other than: (i) the Court, (ii) the U.S. Trustee, and (iii) those parties who have executed confidentiality agreements acceptable to the Debtors; and it is further

ORDERED, that the Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       June __, 2010

                                        Honorable Mary F. Walrath
                                        United States Bankruptcy Judge