## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: June 23, 2010 at 9:30 a.m. (ET)**<br>**Objection Deadline: June 16, 2010 at 4:00 p.m. (ET)** |

### SECOND SUPPLEMENTAL APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ERNST & YOUNG LLP PURSUANT TO 11 U.S.C. § 327(a), *NUNC PRO TUNC* TO MAY 1, 2010

The above-captioned debtors and debtors in possession (each a "Debtor" and

collectively, the "Debtors") hereby submit this second supplemental application (the

"Supplemental Application") for entry of an order, in substantially the form attached hereto as

Exhibit A, authorizing the Debtors to further expand the scope of their retention of Ernst &

Young LLP ("E&Y LLP") as audit services providers to the Debtors pursuant to section 327(a)

of title 11 of the United States Code (the "Bankruptcy Code"), nunc pro tunc to May 1, 2010.

This Supplemental Application is supported by the second supplemental affidavit of Mark. E.

Hellmer attached as Exhibit B hereto (the "Supplemental Affidavit"). In further support of this

Supplemental Application, the Debtors respectfully represent as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## STATUS OF THE CASE AND JURISDICTION

1.      On February 3, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.    On February 4, 2010 the Court entered an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

2.      The Debtors have continued in possession of their respective properties and have continued to operate and maintain their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On February 12, 2010, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee").  No request has been made for the appointment of a trustee or examiner.

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief sought herein are section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## RELIEF REQUESTED

5.      By this Supplemental Application, the Debtors seek entry of an order, pursuant to section 327(a) of the Bankruptcy Code, authorizing the Debtors to expand the scope of E&Y LLP's retention and employment, nunc pro tunc to May 1, 2010, for the additional purpose of providing the Debtors with financial statement audit services for the fiscal year ending September 30, 2010, as per the additional engagement letter dated as of May 28, 2010, a

YCST01:9771353.1

069152.1001

copy of which is attached to the Supplemental Affidavit as <u>Exhibit 1</u> thereto and incorporated

herein by reference (the "<u>Audit Engagement Letter</u>").[2]

## BASIS FOR RELIEF REQUESTED

6.    The Debtors are required to prepare consolidated financial statements that

are presented fairly in all material aspects.  Generally speaking, the Debtors utilize the services

of outside tax professionals to assist in the auditing of such financial statements to ensure their

reliability.  Auditing the financial statements is a long process which must begin well before the

end of the fiscal year.  Therefore, pursuant to this Supplemental Application, the Debtors seek

the authority to engage E&Y LLP to perform such additional auditing services.

7.    E&Y LLP provides the Debtors with a wide variety of tax advisory and

compliance services.  E&Y LLP's professionals have worked closely with the Debtors'

management team and the Debtors' other professionals and have become well acquainted with

the Debtors' operations and businesses.  Therefore, given the Debtors' need for the audit

services, the Debtors believe that the supplemental retention of E&Y LLP as auditor to the

Debtors is appropriate and in the best interest of the Debtors' estates, their creditors and other

parties in interest in these cases.

## PROFESSIONAL COMPENSATION

8.    E&Y LLP's charges for the additional audit services requested to be

approved herein will be based on E&Y LLP's agreed hourly rates for such services.  The ranges

of E&Y LLP's applicable hourly rates, which are subject to adjustment each July 1, are set forth

below.

---

[2]  In the event of any conflict between the terms of this Supplemental Application and the terms of the Audit
Engagement Letter, the latter shall control.

069152.1001

| Title | Rate Per Hour Range |
|-------|---------------------|
| Partner | $500-600 |
| Senior Manager | $400-500 |
| Manager | $350-400 |
| Senior | $300-350 |
| Staff | $200-300 |

9.     The Debtors and E&Y LLP have agreed that the Debtors shall reimburse E&Y LLP for any direct expenses incurred in connection with E&Y LLP's retention in these chapter 11 cases and the performance of its services for the Debtors. E&Y LLP's direct expenses shall include, but not be limited to, reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses (including any fees or reasonable expenses of E&Y LLP's legal counsel) specifically related to this engagement.

10.     E&Y LLP intends to continue to apply to the Court for payment of compensation and reimbursement of fees and expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United States Bankruptcy Court for the District of Delaware and orders of this Court, and pursuant to any additional procedures that may be or have already been established by the Court in these cases.

## NOTICE

11.     Notice of this Supplemental Application has been provided to: (i) the U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the agent for the lenders under the prepetition credit facility; (iv) counsel to the agents for the lenders under the post-petition credit facilities; (v) counsel to the ad hoc committee of the holders of 9.5% secured notes; (vi) counsel

4

to the holders of the 12.5% subordinated notes; and (vii) all parties requesting notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Debtors believe no other or further notice is necessary.

WHEREFORE, the Debtors respectfully request that the Court: (i) enter an order, in substantially the form attached hereto as Exhibit A, authorizing the Debtors to expand the scope of E&Y LLP's retention and employment for the additional purpose of performing the audit services pursuant to the Audit Engagement Letter; and (ii) grant such other relief as this Court deems just and proper.

Dated: Wilmington, Delaware
  June 8, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Brett H. Myrick
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION

069152.1001