**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Ref. Docket No.: 329, 416 & _____ |

### ORDER EXTENDING THE DEADLINE TO SUBMIT VOTES ON THE DEBTORS' JOINT PLAN OF REORGANIZATION

The Court having entered on Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof and (IV) Granting Related Relief [Docket No. 329] (as subsequently modified May 14, 2010 [Docket No. 416], the "Solicitation Procedures Order"); and the Solicitation Procedures Order having established June 16, 2010 at 4:00 p.m. (Eastern Time) as the deadline by which all Ballots and Master Ballots must be received by the Voting Agent (the "Voting Deadline"); and the Debtors having requested that the Court extend the Voting Deadline through and including June 21, 2010 at noon (Eastern Time); and the Court finding that the relief granted herein is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

ORDERED, that the Solicitation Procedures Order is hereby modified to extend the Voting Deadline through and including June 21, 2010 at noon (Eastern Time); and it is further

ORDERED, that except as otherwise expressly modified pursuant to this Order, all of the procedures, deadlines and other provisions set forth in the Solicitation Procedures Order shall remain unchanged and in full force and effect; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
　　　　June ___, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Mary F. Walrath
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge