# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                  :
                                                        :
Neenah Enterprises, Inc. et. al                         :
                                                        :         Chapter 11
                                                        :         Case No. 10-10360 (MFW)
                                                        :         (Jointly Administered)
                         Debtors.                       :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On June 9, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 501] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 9th day of
June, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Securitas Security Services USA Inc
2 Campus Drive
Parsippany, NJ 07950

**TRANSFEREE**
Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, NJ 07601