## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, Paul V. Kinealy, being duly sworn, depose and state:

1.     I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.     On June 8, 2010, at the direction of Sidley Austin LLP ("Sidley") and Young Conaway Stargatt & Taylor, LLP ("Young"), co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by overnight delivery on the parties set forth on Exhibit A, comprised of the Master Service List and certain additional parties:

- Notice of and Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [Docket No. 495];

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Notice of and Motion of the Debtors for an Order (I) Authorizing the Debtors to File Certain Customer Information under Seal and (II) Directing that Such Customer Information Remain Confidential [Docket No. 498]; and

- Notice of and Second Supplemental Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to May 1, 2010 [Docket No. 499].

3.    On June 8, 2010, also at the direction of Sidley and Young, I caused a true and correct copy of the following document to be served by overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit B:

- Notice of and Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [Docket No. 495].

_____
Paul V. Kinealy

Sworn to before me this 9th day of
June, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires:  December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

(UCTS) DEPT OF LABOR AND INDUSTRY
READING BK & COMPLIANCE UNIT
J W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING, PA 19602

(UCTS) DEPT OF LABOR AND INDUSTRY
READING BK & COMPLIANCE UNIT
J W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING, PA 19602

(UCTS) DEPT OF LABOR AND INDUSTRY
READING BK & COMPLIANCE UNIT
J W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING, PA 19602

(UCTS) DEPT OF LABOR AND INDUSTRY
READING BK & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING, PA 19602

(UCTS) DEPT OF LABOR AND INDUSTRY
READING BK & COMPLIANCE UNIT
JW KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING, PA 19602

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR, PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS, MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH, WI 54957

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING, MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN, WI 54923

BARACK FERRAZZANO
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO, IL 60606

BARACK FERRAZZANO KIRSCHBAUM&NAGELB
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO, IL 60606

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MNGT.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BRICE VANDER LINDEN & WERNICK P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO, IL 60673

CENTRAL STATES LAW DEPT.
R MCMAHONFOR CENTRAL ST.
S EAST & S WEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON, DE 19899

DANA CORPORATION
ATTN: TIM DELONG
PO BOX 4097
KALAMAZOO, MI 49003

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND, OH 43528

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER, DE 19903

DLA PIPER LLP RICHARD M KREMEN ESQ
D CATHELL COUNSEL TO WISCONSIN
POWER ELEC CO D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVE
BALTIMORE, MD 21209

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE, PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON, WI 54914

FINGER & SLANINA, LLC
DL FINGER - WIS. PWR ELECTRIC CO
D/B/A WE ENERGIES
1 COMMERCE CTR 1201 N ORANGE ST 7FL
WILMINGTON, DE 19801

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND, OH 44142

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA, GA 30368

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO, IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO, IL 60603

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY, WI 54304

GREENBERG TRAURIG LLP
S COUSINS, D DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
S BEZARK, ATTY.  FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO, IL 60601

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON, DE 19801

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT, IL 60559

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES, IA 50266

HONIGMAN MILLER SCHWARTZ
A KEITH ATT. FOR GEN. ENGINE PROD.
2290 1ST NAT. BLDG
660 WOODWARD AVE.
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT, MI 48226

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS, TX 75234

IKON FINANCIAL SERVICES
ATT: MAIE GRINER,BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON, GA 31208

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
11601 ROOSEVELT ROAD
MAIL DROP N781
PHILADELPHIA, PA 19114

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA 02111

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING, PA 19610

LAMBERT LESER ISACKSON
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

MCDONALD HOPKINS LLC
S OPINCAR & S MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND, OH 44114

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU,GEN. COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105

MODERN EQUIPMENT COMPANY
DON DONNER
PO BOX 933
PORT WASHINGTON, WI 53074

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

PENSION BENEFIT GUARANTY CORP
OFFICE OF THE CHIEF COUNSEL
GENNICE D. BRICKHOUSE
1200 K STREET NW SUITE 340
WASHINGTON, DC 20005

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC, WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SATTERLEE STEPHENS BURKE & BURKE
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SAXON MORTGAGE SERVICES, INC.
C/O BRICE VANDER LINDEN &WERNICK PC
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGE
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON, DE 19899

SOUTH COAST AIR QUALITY MANAG. DIST
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR, CA 91765

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING, MI 48909

STATE OF WA, DEPT. OF REVENUE
ATT: Z. MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR, IN 46167

STROOCK & STROOCK & LAVAN LLP
ATT: K.HANSEN, E.GILAD & L.KATA ESQ
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK, NY 10038

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD, TX 76063

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44708

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE, NC 28275

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA, NY 14151

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT, PA 15045

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19899

WERB & SULLIVAN
ATT: D.WERB & J.KLEIN, ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON, DE 19899

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE, WI 53203

TONITE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONITE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH, CT 06830

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH, PA 15222

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE, WI 53201

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUP. FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN, DE 19709

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON, DE 19899-0391

# EXHIBIT B

ACCESS POINT, INC
1100 CRESCENT GREEN SUITE 109
CARY NC 27518-8105

ADP
P O BOX 9001006
LOUISVILLE KY 40290

ADT SECURITY SERVICES, INC
800 N BROADWAY
OKLAHOMA CITY OK 73102

AECOM TECHNICAL SERVICES
2 TECHNOLOGY PARK DRIVE
WESTFORD MA 01886

AFCO
PO BOX 4795
CAROL STREAM IL 60197-4795

AICCO, INC.
1001 WINSTEAD DRIVE
CARY NC 27513

AIR GAS
3400 EXECUTIVE DRIVE
APPLETON WI 54911

AIR PRODUCTS & CHEMICALS
P.O. BOX 25745
LEHIGH VALLEY PA 18002

AIRGAS - GREAT LAKES, INC
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE OH 44131

ALLIED WASTE SERVICES #060
7540 SW 59TH
OKLAHOMA CITY OK 73179

ALLIED WASTE SERVICES #264
W NOBLESTOWN RD.
CARNIGIE PA 15106

AMERICAN BUILDING MAINTENANCE
732 BORVAN AVE
GREEN BAY WI 54304

AMERICAN SECURITY INC
1111 N WALNUT ST
BLOOMINGTON IN 47404

ANDERSON FORD
2500 WILDCAT DRIVE
LINCOLN NE 68510

APPLETON COMPRESSOR SERVICES
P.O. BOX 4049
APPLETON WI 54915

ARAMARK UNIFORM SERVICE
P.O. BOX 1114
APPLETON WI 54912

ARAMARK UNIFORM SERVICES
1710 W WASHINGTON
APPLETON WI 54914

ARMSTRONG
P O BOX 37749
PHILADELPHIA PA 19101-5049

ASSOCIATED FINANCIAL GROUP LLC
711 EISENHOWER DRIVE
KIMBERLY WI 54136

AT&T
55 CORPORATE DRIVE
BRIDGEWATER NJ 08807

AT&T
ONE AT&T WAY
BEDMINSTER NJ 07921-0752

AT&T
PO BOX 9001310
LOUISVILLE KY 40290-1310

AT&T CUSTOMER CARE CENTER
250 S. CLINTON, 4TH FLOOR
SYRACUSE NY 13202

AT&T TELECONFERENCING SERVICES
1472 EDINGER AVE, #2301
TUSTIN CA 92780

ATC HEALTHCARE SERVICES, INC.
PO BOX 31718
HARTFORD CT 06150-718

AUTOMOTIVE TOP & TRIM
706 MAIN STREET
NEENAH WI 54956

AVASTONE TECHNOLOGIES LLC
PO BOX 78103
MILWAUKEE WI 53278-0103

AVAYA
14400 HERTZ QUAIL SPRING PARKWAY
OKLAHOMA CITY OK 73134

B&L INFORMATION SYSTEMS
4707 RAMBO ROAD
BRIDGEMAN MI 49106

BASSETT MECHANICAL
P.O. BOX 7000
KAUKAUNA WI 54130

BELAIR ROAD SUPPLY
7750 PULASKI HWY
BALTIMORE MD 21237

BERBEE INFORMATION NETWORKS CORP
PO BOX 88626
MILWAUKEE WI 53288-0626

BERBEE INFORMATION NETWORKS CORP
4321 W COLLEGE AVE SUITE 400
APPLETON WI 54914

BILL BOYETT
1519 N. BONNIE BEACH PLACE
LOS ANGELES CA 90063

BLUE SPRINGS WINWATER WORKS
808 SE SUNNYSIDE SCHOOL RD
BLUE SPRINGS MO 64014

BLUEPRINT SERCICES
2350-A W PERSHING ST
APPLETON WI 54914

BROWN DOG LLC
DUNCAN MURPHY 6703 L STREET
OMAHA NE 68117

C.J. & D. PROPERTIES, LLC
31 RAILROAD AVENUE
ALBANY NY 12205

CARDINAL BUSINESS EQT CO.
6604 W FLORISSANT AVE
ST. LOUIS MO 63136

CAREY EXCAVATING, INC.
P.O. BOX 191
WARSAW IN 46581-0191

CCI
PO BOX 341400
MILWAUKEE WI 53234-1400

CDW DIRECT LLC
PO BOX 75723
CHICAGO IL 60675-5723

CENTERPRIZES WEST, INC
1815 MERCER-GROVE CITY ROAD
MERCER PA 16137

CENTERPRIZES WEST, INC.
1815 MERCER-GROVE CITY ROAD
MERCER PA 16137

CENTURY LINK
P.O. BOX 660068
DALLAS TX 75266-0068

CERIDAN CORPORATION
3311 E OLD SHAKOPEE RD.
MINNEAPOLIS MN 55425

CHERMOR REAL ESTATE
JERRY CHERNEY
PO BOX 184
FOREST JUNCTION WI 54123

CINTAS CORP
164 EAST MAIN ST
EMMAUS PA 18049

COMMERCIAL WORKS
1299 BOLTONFIELD ST
COLUMBUS OH 43228

COMMUNICATION CONSULTING SERVICES
2504 WILCOX RD.
WARSAW IN 46580

CONSOLIDATED ELECTRIC DISTRIBUTOR
2611 KIMCO DRIVE, SUITE 1
LINCOLN NE 68521

CONSTELLATION NEW ENERGY, GAS DIVISION
12120 PORT GRACE BOULEVARD, SUITE 200
LAVISTA NE 68128

COORDINATED CARE PROGRAMS, LLC
125 DILLMONT DRIVE
COLUMBUS OH 43235-4658

CSX TRANSPORTATION
PO BOX 116628
ATLANTA GA 30368-6628

CURRENT OFFICE SOLUTIONS
130 N. MAIN ST.
BRYAN OH 43506

DAVID SPARKMAN - MELTLAB SYSTEMS
1045 VALLEY MILL ROAD
WINCHESTER VA 22602

DE LAGE LANDEN FINANCIAL SERVICES
P.O. BOX 41601
PHILADELPHIA PA 19101-1601

DECISION ONE CORP
DEPT CH 14055
PALATINE IL 60055

DELMARVA CASTING AND SUPPLY
102 BRICKYARD RD.
PO BOX 450
CHESTERTOWN MD 21620

DIGITAL SECURITY CORP.
P.O. BOX 1174
ST PETERS MO 63376

DISA INDUSTRIES
80 KENDALL POINT DRIVE
OSWEGO IL 60543

DISH NETWORK
DEPT 0063
PALATINE IL 60055-0063

ENDRIES INTERNATIONAL INC
P.O. BOX 69
BRILLION WI 54110

EQUIPMENT RENTAL OPTIONS
1015 MORAVIA STREET
NEW CASTLE PA 16101

ERIE COKE CORPORATION
P.O. BOX 6180
ERIE PA 16512-6180

ERNST & YOUNG LLP
875 EAST WISCONSIN AVENUE
MILWAUKEE WI 53202

ERVIN LEASING
P.O. BOX 1689
ANN ARBOR MI 48106-1689

EXEC-U-CARE
PO BOX 4540
IOWA CITY IA 52244

EXEC-U-CARE/JEFFERSON PILOT
2610 NORTHGATE DR.
IOWA CITY IA 52244

EXTOL INTERNATIONAL INC
PO BOX 1010
POTTSVILLE PA 17901-7010

FALLSWAY EQUIPMENT COMPANY
PO BOX 4537
AKRON OH 44310-0537

FANUC AMERICA CORPORATION
DEPT. 77-7986
CHICAGO IL 60678-7986

FASTECH, INC.
1750 WESTFIELD DR.
FINDLAY OH 45840

FIRST ENERGY SOLUTIONS
P O BOX 3622
AKRON OH 44309-3522

FISERV INVESTMENT SUPPORT SERVICES
PO BOX 173859
DENVER CO 80217-3859

FLOOD BROS DISPOSAL/RECYCLING
17 W 697 BUTTERFIELD RD. SUITE E
OAKBROOK TERRACE IL 60181

FOLEY PRODUCTS COMPANY
208 JEFFERSON ST.
NEWNAN GA 30263

FRANK HEADINGTON
2121 BROOKS AVENUE
NEENAH WI 54956

FRAUHIGER REALTY COMPANY
419 E WINONA AVENUE
WARSAW IN 46580

FREEMAN PROPERITIES, LLC
13136 WESTPARK PLACE
OKLAHOMA CITY OK 73142

GABANY'S STORAGE
548 ERIE STREET
MERCER PA 16137

GARDEN CITY GROUP
190 S LASALLE STREET, SUITE 1520
CHICAGO IL 60603

GARY BUTCH
1850 GROVE CITY MERCER ROAD
MERCER PA 16137

GE CAPITAL
P.O. BOX 642555
PITTSBURGH PA 15264-2555

GINGER DWYER
1930 SE 195TH TERRACE
MORRISTON FL 32668

GMP INTERNATIONAL UNION
PO BOX 607
MEDIA PA 19063-0607

GNC CONCRETE PRODUCTS
2100 N 161 EAST AVE
TULSA OK 74116

GNC CONCRETE PRODUCTS
PO BOS 2010
CATOOSA OK 74015

GRAPHICS SYSTEMS CORP
W133 N5138 CAMPBELL DR
MENOMONEE FALLS WI 53051

GUMBO SOFTWARE INC
809 W HOWE ST
SEATTLE WA 98119

HAFER TRUCK SERVICE INC.
17458 SMOCK DRIVE
COCHRANTON PA 16314

HASLER FINANCIAL SERVICE
P.O. BOX 45850
SAN FRANCISCO CA 94145-0850

HELP/SYSTEMS INC
HW 5955
PO BOX 1450
MINNEAPOLIS MN 55485-5955

HEXAGON METROLOGY
D/B/A BROWN & SHARPE INC
LOCKBOX 771742
CHICAGO IL 60677-1007

HEXAGON METROLOGY, INC.
250 CIRCUIT DRIVE
NORTH KINGSTOWN RI 02852

HUMANA
N19 W24133 RIVERWOOD DRIVE, SUITE 300
WAUKESHA WI 53188

HURON CONSULTING SERVICES LLC
4795 PAYSPHERE CIRCLE
CHICAGO IL 60674

IBM GLOBAL FINANCING
1 NEW ORCHARD ROAD
ARMONK NY 10504-1722

IDEAL LEASE
LAURA IDOL
4249 W CONVERTER DR
APPLETON WI 54913

IKON FINANCIAL SERVICES
PO BOX 740541
ATLANTA GA 30374-0541

IKON FINANCIAL SERVICES
PO BOX 9115
MACON GA 31208-9115

IKON OFFICE SOLUTIONS INC
5601 GRANDE MARKET DRIVE, SUITE E
APPLETON WI 54913

INDIANA DEPT OF ENVIRONMENTAL MGMT
100 N SENATE AVE
INDIANAPOLIS IN 46204

INFINITY QS INT'L INC
14900 CONFERENCE CENTER DR, SUITE 525
CHANTILLY VA 20151

INOVIS
PO BOX 198145
ATLANTA GA 30384-8145

JAMES V ACKERMAN
7 VIRGINIA RAIL LINE
HILTON HEAD ISLAND SC 29926

JEFFREY JENKINS
6620 WESTSHORE DRIVE
LINCOLN NE 68516

JF AHERN - MECHANICAL
3012 E CAPITOL DRIVE, UNIT B
APPLETON WI 54911

JOHN & MADELINE KOSKY
214 HICKORY GRADE RD
BRIDGEVILLE PA 15017

JOHN ANDREWS
2121 BROOKS AVENUE
NEENAH WI 54956

JOHN BOUCHARD AND SONS CO (JBS)
1024 HARRISON STREET
NASHVILLE TN 37203

JOHN DEERE CREDIT
P.O. BOX 4450
CAROL STREAM IL 60197-4450

JOHN OLSON
7381 RICHTER LANE
LARSEN WI 54947

JOHNSON CRONTROLS INC, CONTROLS GROUP
529 N JACKSON ST M-75
MILWAUKEE WI 53201-0715

JOHNSON LIFT HYSTER
P.O. BOX 60007
CITY OF INDUSTRY CA 91716-6900

JOSEPH HARVEY
2121 BROOKS AVENUE
NEENAH WI 54956

JP MORGAN
WSS GLOBAL FEE BILLING
PO BOX 26040
NEW YORK NY 10087-6040

JR HOE AND SONS, INC.
4006 COLLINS LN.
LOUISVILLE KY 40245

KC WINWATER WORKS
3939A NE 33RD TERRACE
KANSAS CITY MO 64117

KENDALLVILLE TERMINAL RAILWAY
ATTN: RIGHT OF WAY AGENT
1318 S. JOHANSON STREET
PEORIA IL 61607-1130

KONICA MINOLTA
P.O. BOX 550599
JACKSONVILLE FL 32255-0599

KRONOS INC
PO BOX 845748
BOSTON MA 02284

LINWELD, INC.
6901 CORNHUSKER HWY
PO BOX 29349
LINCOLN NE 68529-0349

MAGMA FOUNDRY TECH INC
10 N MARTINGALE RD, SUITE 425
SCHAUMBURG IL 60173

MAPSYS
920 MICHIGAN AVE
COLUMBUS OH 43215

MARLIN LEASING
PO BOX 13604
PHILADELPHIA PA 19101-3604

MASTER GRAPHICS
PO BOX 259508
MADISON WI 53725-9508

MCCANDLESS IDEALEASE
16704 E 32ND AVE
AURORA CO 80011

MCGRAW-HILL CONSTRUCTION - DODGE ON LINE
7625 COLLECTION CTR DRIVE
CHICAGO IL 60693-0076

MCGRAW-HILL CONSTRUCTION - SWEETS GROUP
P.O. BOX 18116
NEWARK NJ 07191

MED PARTNERS
6920 POINTE INVERNESS WAY, SUITE 200
FORT WAYNE IN 46804

MED PARTNERS/LUTHERAN PREFERRED
6920 POINTE INVERNESS WAY, SUITE 200
FORT WAYNE IN 46804

MERCER
10 SOUTH WACKER DRIVE, SUITE 1700
CHICAGO IL 60606

MHEDA
3125 INTERTECH DRIVE
BROOKFIELD WI 53008-0430

MIDWEST TILE & CONCRETE PRODUCTS, INC.
4309 WEBSTER RD.
WOODBURN IN 46797

MILCAM REALTY
514 REYNOLDS DRIVE
GREENVILLE PA 16125

MILES DATA TECHNOLOGIES
N8 W22455 JOHNSON DR
WAUKESHA WI 53186

MINITAB INC
QUALITY PLAZA
1820 PINE HALL RD
STATE COLLEGE PA 16801

MITSUBISHI ELECTRIC AUTOMATION, INC.
500 CORPORATE WOODS PKWY
VERNON HILLS IL 60061

NATIONAL FUEL RESOURCES INC
P O BOX 9072
WILLIAMSVILLE NY 14231

NAVITUS HEALTH SOLUTIONS, LLC
999 FOURIER DRIVE
MADISON WI 53717

NAVITUS HEALTH SOLUTIONS, LLC
999 FOURIER DR
MADISON WI 53717

NETWORK HEALTH PLAN
1570 MIDWAY PLACE
MENASHA WI 54952

NEW ENGLAND POSITIONING SYSTEM, LLC.
58 CHENELL DR.
ROUTE 106
CONCORD NH 03301

NIPSCO
801 EAST 86TH AVE
MERRILLVILLE IN 46410

NMHG FINANCIAL SERVICE
P.O. BOX 643749
PITTSBURGH PA 15264-3749

NOVACAST FOUNDRY SOLUTIONS AB
SOFT CENTER
372 25
RONNEBY SW

OCECO, INC.
206 REPUBLIC ST
NORWALK OH 44857

OHIO HEALTH CHOICE
PO BOX 2090
AKRON OH 44309

OTIS ELEVATOR CO.
2247 PROGRESS WAY
KAUKAUNA WI 54130

OUDENHOVEN COMPANY INC
2300 TOWER DRIVE
KAUKAUNA WI 54130-1179

P T C SHAPING INNOVATION
PO BOX 945722
ATLANTA GA 30394-5722

PALIZZI, CARL
5400 FOREST STREET
COMMERCE CITY CO 80022

PANHANDLE CONCRETE
1914 W. OVERLAND
PO BOX 209
SCOTTSBLUFF NE 69363

PARSHALL CONCRETE & PRECAST
JUNCTION I29, ROUTE 159
PO BOX 398
MOUND CITY MO 64470

PEAK TECHNOLOGIES
2145 S. ONEIDA
GREEN BAY WI 54304

PEAK TECHNOLOGIES
PO BOX 8500 (S-4955)
PHILADELPHIA PA 19178-4955

PENSKE TRUCK LEASING
BRYAN ZACHARSKI
3850 MANNHEIM RD
FRANKLIN PARK IL 60131

PER MAR
P.O. BOX 1101
DAVENPORT IA 52805-1101

PITNEY BOWES
PO BOX 856460
LOUISVILLE KY 40285-6460

PITNEY BOWES CREDIT CORP
2225 AMERICAN DRIVE
NEENAH WI 54956

PITNEY BOWES GLOBAL FINANCIAL
PO BOX 856460
LOUISVILLE KY 40285

PITNEY BOWES GLOBAL FINANCIAL SERVICES L
5101 INTERCHANGE WAY
LOUISVILLE KY 40229-2161

PRAIRIEVILLE, LLC
PO BOX 709
WAUKESHA WI 53187-0709

PREMIER REAL ESTATE MGMT LLC
19105 W CAPITAL DR - SUITE 200
BROOKFIELD WI 53045

PRETECH CORPORATION
8934 WOODEND RD
KANSAS CITY KS 66111

PROCESS CONTROL SERVICES
401 INDUSTRIAL DRIVE
PLYMOUTH WI 48170

PROFESSIONAL BENEFITS ADMINISTRATORS
INC.
900 JORIE BLVD, SUITE 250
OAK BROOK IL 60523

QUADRANT SOFTWARE
120 FORBES BLVD
MANSFIELD MA 02048

QWEST
1801 CALIFORNIA ST. #900
DENVER CO 80202

RED D ARC INC
1513 SOUTH WASHINGTON AVE
PISCATAWAY NJ 08854

RJS SOFTWARE SYSTEMS
2970 JUDICICAL RD - SUITE 100
BURNSVILLE MN 55337

ROBERT DEMEDAL
83 NUMBER EIGHT ROAD
NEW WILMINGTON PA 16142

ROBERT GITTER
2121 BROOKS AVENUE
NEENAH WI 54956

ROBERT OSTENDORF
2121 BROOKS AVENUE
NEENAH WI 54956

RONALD SCHMUCKER
1900 E JEFFERSON ST
WARSAW IN 46581

ROSS IMAGING INC
4080 W. SPENCER ST.
APPLETON WI 54914

ROTHSCHILD INC.
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

RYDER TRUCK RENTAL
MICHAEL R CROWN
173 S GREEN BAY ROAD
NEENAH WI 54956

S T GRISWOLD
193 INDUSTRIAL AVE.
WILLISTON VT 05495

S.D. IRELAND CONCRET CO.
100 GROVE ST.
BURLINGTON VT 05401

SAGE SOFTWARE
PO BOX 404927
ATLANTA GA 30384-4927

SAGE SOFTWARE INC
PO BOX 404927
ATLANTA GA 30384-4927

SANDMOLD SYSTEMS
P.O. BOX 488
NEWAYGO MI 49337

SBC GLOBAL SERVICES
225 WEST RANDOLPH ST. HQ 23C
CHICAGO IL 60606

SBD REPROGRAPHICS
1303 NORTHSIDE BLVD.
SOUTH BEND IN 46615

SCURLOCK INDUSTRIES
PO BOX 1078
SPRINGFIELD MO 65801

SCURLOCK-JONESBORO
800 WEST JOHNSON
P.O. BOX 1500
JONESBORO AR 72403

SCURLOCK-ROSE CON PIPE
3401 WEST COMMERCIAL
P.O. BOX 1078
SPRINGFIELD MO 65801

SCURLOCK-TRI STATE
3725 S MCCOLLUM AVE
P.O. BOX 1082
FAYETTEVILLE AR 72702

SELEE CORPORATION
700 SHEPHARD STREET
HENDERSONVILLE NC 28792

SERVIT
PO BOX 2137
KENNESAW GA 30156

SHERRON HENRY RN, CDMS
PROACTIVE CASE MANAGEMENT
137 LAKEWOOD ROAD
NEW CASTLE PA 16101

SHOP WARE INC
2175 POINT BLVD - SUITE 100
ELGIN IL 60123

SIERRA CONSULTANTS
LTD. DBA NUTECH SYSTEMS, INC.
2976 IVANREST, SUITE 105
GRANDVILLE MI 49418

SIGNATURE CARE
10501 CORPORATE DRIVE
FORT WAYNE IN 46895

SOUTHERN CALIFORNIA EDISON
6000 IRWINDALE AVE, SUITE F
FIRWINDALE CA 91702

STAR STORAGE
P O BOX 463
MERCER PA 16137

STERICYCLE INC.
14035 LEETSBIR ROAD
STURTEVANT WI 53177

STEVE SHAFFER
1900 E JEFFERSON ST
WARSAW IN 46581

STROHMEYER EXCAVATING
P.O. BOX 473
NEENAH WI 54957

SUN LIFE ASSURANCE CO. OF CANADA
ONE SUN LIFE EXECUTIVE PARK
WELLESLEY HILLS MA 02481

SUNLIFE FINANCIAL
222 S. RIVERSIDE PLAZA, STE 860
CHICAGO IL 60606

T L ASHFORD & ASSOCIATES
525 W 5TH ST-A/R MNT
COVINGTON KY 41011

TATA TECHNOLOGIES
41370 BRIDGE STREET
NOVI MI 48375

TAYLORED SYSTEMS
14701 CUMBERLAND RD, SUITE 100
NOBLESVILLE IN 46060

TEL/COM
500 W. CALUMET STREET
APPLETON WI 54915-1463

THERMO FISHER
RADIATION MEASURMENT & PROTECTION
P.O. BOX 712099
CINCINNATI OH 45271-2099

TIME WARNER BUSINESS CLASS
2580 WEST MASON STREET
GREEN BAY WI 54303

TIMOTHY KOLLER
7107 CLARKS POINT RD
WINNECONE WI 54986

TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.
1961 HIRST DRIVE
MOBERLY MO 65270

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 3457
TORRANCE CA 90510-3457

TRAFFIC MANAGEMENT SERVICES
P.O. BOX 549
ALMA MI 48801

TRILIX MARKETING GROUP
4000 114TH
URBANDALE IA 50322

TUSHAUS COMPUTER SERVICES
10400 INNOVATION DR-SUITE 100
MILWAUKEE WI 53226-4840

UNIFIRST CORPORATION
18999 PARK AVENUE PLAZA
MEADVILLE PA 16335

UNITED HEALTHCARE
10701 W. RESEARCH DR.
MILWAUKEE WI 53226-3440

UNITED STEELWORKERS OF AMERICA
2518 NEW BUTLER ROAD
NEW CASTLE PA 16101

UNITED STEELWORKERS OF AMERICA
FIVE GATEWAY CENTER
PITTSBURGH PA 15222

UNLIMITED STAFFING, INC
314 STIRLING VILLAGE
BUTLER PA 16001

US CELLULAR
RYAN FOLEY
117 N MALL DR
APPLETON WI 54914

VANGUARD PRODUCTS CORP
DIV OF OLDCASTLE PRECAST
5230 NW 17TH
TOPEKA KS 66618

VELCOR LEASING
2005 W. BELTLINE HWY, SUITE 200
MADISON WI 53713

VELCOR LEASING CORP
2005 W. BELTLINE HWY, SUITE 200
MADISON WI 53713

VEOLIA ENVIRONMENTAL SERVICES
HOOSIER LANDFILL, INC.
2710 EAST 800 SOUTH
CLAYPOOL IN 46510

VOGT WAREHOUSE
1440 WEST 8TH ST
CINCINNATI OH 45203

WADE FRAUHIGER
3278 SOUTH COUNTRY CLUB ROAD
WARSAW IN 46580

WAREHOUSE SPECIALIST
P.O. BOX 7110
APPLETON WI 54912

WARSAW PLATING WORKS
PO BOX 914
WARSAW IN 46581-0914

WASTE MANAGEMENT
1416 WEIMAR STREET
APPLETON WI 54915

WELLS FARGO EQUIPMENT
P.O. BOX 1450
MINNEAPOLIS MN 55485-8178

WELLS FARGO FINANCIAL
300 TRI-STATE INTERNATIONAL
SUITE 400
LINCOLNSHIRE IL 60069-4417

WILLIAM C PINE JR
45702 PURCELL DRIVE
PLYMOUTH MI 48170-3639

WILLIAM MARTIN
2121 BROOKS AVENUE
NEENAH WI 54956

WILLIAMS SCOTSMAN, INC.
4500 E. 60TH AVENUE
COMMERCE CITY CO 80022

WISCONSIN LIFT TRUCK
P.O. BOX 10537
GREEN BAY WI 54307

WOLTER INVESTMENTS CO
BOX 0430
BROOKFIELD WI 52005-0430

WOODHOUSE FORD, INC.
SOUTH HWY 30
BOX 546
BLAIR NE 68008