# EXHIBIT A

# Airgas

## STATEMENT



| | DATE | ACCOUNT NUMBER |
|---|---|---|
| 105 | 06/09/10 | 1FO57 |

↑
**TO INSURE PROPER CREDIT**
**PLEASE INCLUDE THIS**
**NUMBER WITH PAYMENT**

AIRGAS NORTH CENTRAL
3400 EXECUTIVE DRIVE
APPLETON WI 54911
920-734-7173

**PLEASE MAKE CHECKS**
**PAYABLE TO AND MAIL TO** ⬇

AIRGAS NORTH CENTRAL
PO BOX 802588
CHICAGO IL 60680-2588

NEENAH FOUNDRY
NITROGEN BULK ONLY
PO BOX 729
NEENAH WI 54957-0729

CODES:
1-SALE
2-PAYMENT        3-CR. MEMO
4-SER. CHARGE
5-DR. MEMO

| INVOICE DATE | INVOICE NUMBER | CODE | CURRENT | DAYS PAST DUE | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 DAYS |
| 05/04/10 | 105718554 | | | 1,200.77 | | | |
| 05/04/10 | 105718555 | | | 1,759.36 | | | |
| 05/11/10 | 105738975 | | 1,340.09 | | | | |
| 05/19/10 | 105763822 | | 1,570.95 | | | | |
| 05/25/10 | 105779781 | | 1,037.57 | | | | |
| 05/31/10 | 105816543 | | 1,470.00 | | | | |
| 06/01/10 | 105831649 | | 1,120.10 | | | | |
| 06/08/10 | 105851573 | | 1,418.63 | | | | |
| LAST PAYMENT | 00/00/00 | | .00 | | | | |
| | | | 7,957.34 | 2,960.13 | .00 | .00 | .00 |

| TOTAL BALANCE ▶ | 10,917.47 |
|---|---|



# STATEMENT



| | DATE | ACCOUNT NUMBER |
|---|---|---|
| 105 | 06/09/10 | 1E21E |

**TO INSURE PROPER CREDIT PLEASE INCLUDE THIS NUMBER WITH PAYMENT**

AIRGAS NORTH CENTRAL
3400 EXECUTIVE DRIVE
APPLETON WI 54911
920-734-7173

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS NORTH CENTRAL
PO BOX 802588
CHICAGO IL 60680-2588

NEENAH FOUNDRY
BULK OXYGEN ONLY-ATTN AP
PO BOX 729
NEENAH WI 54957-0729

CODES:
1-SALE
2-PAYMENT      3-CR. MEMO      4-SER. CHARGE  5-DR. MEMO

| INVOICE DATE | INVOICE NUMBER | CODE | CURRENT | DAYS PAST DUE 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| 05/04/10 | 105718548 | | | 1,359.30 | | | |
| 05/04/10 | 105718549 | | | 986.44 | | | |
| 05/04/10 | 105718550 | | | 42.74 | | | |
| 05/04/10 | 105718551 | | | 111.34 | | | |
| 05/04/10 | 105718552 | | | 1,425.20 | | | |
| 05/04/10 | 105718553 | | | 947.63 | | | |
| 05/05/10 | 105722544 | | | 1,375.25 | | | |
| 05/06/10 | 105726821 | | | 1,278.95 | | | |
| 05/06/10 | 105726822 | | | 1,371.64 | | | |
| 05/07/10 | 105731073 | | | 1,267.21 | | | |
| 05/07/10 | 105731074 | | | 1,312.65 | | | |
| 05/10/10 | 105734782 | | 1,384.28 | | | | |
| 05/10/10 | 105734783 | | 1,384.28 | | | | |
| 05/10/10 | 105734784 | | 1,232.61 | | | | |
| 05/11/10 | 105738972 | | 463.43 | | | | |
| 05/11/10 | 105738973 | | 1,137.81 | | | | |
| 05/11/10 | 105738974 | | 1,372.83 | | | | |
| 05/12/10 | 105743269 | | 1,377.05 | | | | |
| 05/12/10 | 105743270 | | 416.48 | | | | |
| 05/12/10 | 105743271 | | 191.69 | | | | |
| 05/13/10 | 105747727 | | 1,203.72 | | | | |
| 05/13/10 | 105747728 | | 1,361.70 | | | | |
| 05/14/10 | 105752019 | | 1,394.51 | | | | |
| 05/17/10 | 105755635 | | 1,381.26 | | | | |
| 05/18/10 | 105759691 | | 1,393.60 | | | | |
| 05/18/10 | 105759692 | | 1,400.52 | | | | |
| 05/18/10 | 105759693 | | 1,386.08 | | | | |
| 05/19/10 | 105763819 | | 914.52 | | | | |
| 05/19/10 | 105763820 | | 993.67 | | | | |
| 05/19/10 | 105763821 | | 1,112.23 | | | | |
| 05/20/10 | 105768212 | | 1,086.35 | | | | |
| 05/21/10 | 105772482 | | 1,373.75 | | | | |
| 05/21/10 | 105772483 | | 1,192.28 | | | | |
| 05/24/10 | 105776075 | | 1,245.85 | | | | |
| 05/25/10 | 105779778 | | 726.75 | | | | |
| 05/25/10 | 105779779 | | 844.11 | | | | |
| 05/25/10 | 105779780 | | 1,286.47 | | | | |
| | | | CONTINUED | | | | CONTINUED |

TOTAL BALANCE

# Airgas

## STATEMENT

| | DATE | ACCOUNT NUMBER |
|---|---|---|
| 105 | 06/09/10 | 1E21E |



TO INSURE PROPER CREDIT
PLEASE INCLUDE THIS
NUMBER WITH PAYMENT

AIRGAS NORTH CENTRAL
3400 EXECUTIVE DRIVE
APPLETON WI 54911
920-734-7173

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS NORTH CENTRAL
PO BOX 802588
CHICAGO IL 60680-2588

NEENAH FOUNDRY
BULK OXYGEN ONLY-ATTN AP
PO BOX 729
NEENAH WI 54957-0729

CODES:
1-SALE
2-PAYMENT        3-CR. MEMO
4-SER. CHARGE
5-DR. MEMO

| INVOICE DATE | INVOICE NUMBER | CODE | CURRENT | DAYS PAST DUE | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1 TO 30 | 31 TO 60 | 61 TO 90 | OVER 90 DAYS |
| 05/26/10 | 105783954 | | 1,381.26 | | | | |
| 05/27/10 | 105788299 | | 1,357.19 | | | | |
| 05/27/10 | 105788300 | | 1,393.30 | | | | |
| 05/31/10 | 105793352 | | 315.00 | | | | |
| 05/31/10 | 105793353 | | 1,376.75 | | | | |
| 05/31/10 | 105816485 | | 2,940.00 | | | | |
| 06/01/10 | 105831648 | | 1,400.83 | | | | |
| 06/02/10 | 105835151 | | 1,446.27 | | | | |
| 06/02/10 | 105835152 | | 1,432.42 | | | | |
| 06/03/10 | 105839191 | | 677.09 | | | | |
| 06/03/10 | 105839192 | | 1,349.37 | | | | |
| 06/04/10 | 105843277 | | 1,009.92 | | | | |
| 06/04/10 | 105843278 | | 1,233.51 | | | | |
| 06/07/10 | 105847350 | | 1,353.88 | | | | |
| 06/07/10 | 105847351 | | 1,344.85 | | | | |
| 06/08/10 | 105851570 | | 1,369.83 | | | | |
| 06/08/10 | 105851571 | | 1,376.15 | | | | |
| 06/08/10 | 105851572 | | 1,416.18 | | | | |
| LAST PAYMENT: | 04/05/10 | | 4,023.60 | | | | |
| | | | 53,431.63 | 11,478.35 | .00 | .00 | .00 |

**TOTAL BALANCE** ▶ 64,909.98