## CERTIFICATE OF SERVICE

I caused to be served on this 10th day of June, 2010, a copy of the foregoing OBJECTION OF AIRGAS NORTH CENTRAL, INC. TO THE OMNIBUS MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES to be served on the parties listed on the attached service list by first class mail.

Edmon L. Morton
Young, Conaway, Stargatt
& Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

/s/ *Kathleen M. Miller*
Kathleen M. Miller (I.D. 2898)

10039|PLDG|10109060.WPD