IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,<br><br>     Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br>*Proposed* **Hearing Date: 6/23/2010 at 9:30 a.m. (ET)**<br>*Proposed* **Objection Deadline: 6/21/2010 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF CATERPILLAR INC. TO MODIFY THE AUTOMATIC STAY TO ALLOW FOR SETOFF

  Caterpillar, Inc. ("Caterpillar"),[1] by and through its undersigned attorneys, has filed the attached *Motion to Modify the Automatic Stay to Allow for Setoff* (the "Motion"). The Motion seeks to modify the automatic stay to allow Caterpillar to exercise rights of set-off it has under that certain Steel Rebill Program Sales Agreement dated as of December 10, 2009 (the "Agreement"), between Caterpillar and Mercer Forge Corporation **("Mercer")** with respect to any: (a) prepetition amounts owed to Caterpillar by Mercer against prepetition amounts owed to Mercer by Caterpillar under the Agreement; or (b) postpetition amounts owed to Caterpillar by Mercer against postpetition amounts owed to Mercer by Caterpillar under the Agreement.

  Subject to the approval of the Court, you are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the Motion on or before **June 21, 2010 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon the undersigned counsel.

  Subject to the approval of the Court, a hearing on the Motion will be held on **June 23, 2010 at 9:30 a.m. (ET)** in front of the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, at 824 North Market Street, Wilmington, Delaware.

  The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

  *THE ATTORNEYS FOR THE PARTIES SHALL CONFER WITH RESPECT TO THE ISSUES RAISED BY THE MOTION IN ADVANCE FOR THE PURPOSE OF DETERMINING WHETHER A CONSENT JUDGMENT MAY BE ENTERED AND/OR FOR THE PURPOSE OF STIPULATING TO RELEVANT FACTS SUCH AS VALUE OF THE PROPERTY, AND THE EXTENT AND VALIDITY OF ANY SECURITY INSTRUMENT.*

  **PLEASE TAKE FURTHER NOTICE**, THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]   Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Dated:  June 10, 2010
           Wilmington, Delaware

          __/s/ Ericka F. Johnson_____
          Steven K. Kortanek, Esq. (Del. Bar No. 3106)
          Ericka F. Johnson, Esq. (Del. Bar No. 5024)
          Womble Carlyle Sandridge & Rice, PLLC
          222 Delaware Avenue, Suite 1501
          Wilmington, DE  19801
          Ph: (302) 252-4363
          Fax: (302) 661-7728
          skortanek@wcsr.com

          - and -

          MAYER BROWN LP
          Craig Reimer, Esq. (*pro hac vice* admission pending)
          Michael W. Ott, Esq. (*pro hac vice* admission pending)
          71 South Wacker Drive
          Chicago, IL  60606
          Ph: 312-782-0600
          Fax: 312-701-7711
          creimer@mayerbrown.com
          mott@mayerbrown.com

          Co-Counsel to Caterpillar Inc.