# Exhibit A

# Agreement

1512639
WCSR 4394286v1

## STEEL REBILL PROGRAM SALES AGREEMENT

THIS STEEL REBILL PROGRAM SALES AGREEMENT (this "Agreement") is made this _10th_ day of _December_, 2009 to be effective January 1, 2010 (the "Effective Date") by and between Caterpillar Inc., a Delaware corporation with its principal offices in Peoria, Illinois ("Caterpillar") and _Mercer Forge Corp_ a(n) _Delaware_ corporation with its principal offices in _Mercer, PA_ ("Company"). Caterpillar and Company may each be referred to herein as a "Party" and together as the "Parties."

### RECITALS:

WHEREAS, Caterpillar has established the Program;

WHEREAS, Company supplies certain product utilizing steel to Caterpillar;

WHEREAS, Company desires to participate in the Program and will thereby request from time to time that Caterpillar sell to Company certain quantities of Product under the Program; and

WHEREAS, the Parties desire to enter into this Agreement to set forth the terms and conditions whereby Company will purchase and Caterpillar will sell Product subject to the Program.

NOW, THEREFORE, in consideration of the premises, the mutual covenants, and other good and valuable consideration contained herein, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

### AGREEMENT:

**Section 1. Definitions.**

"**Affiliate**" means, with respect to a person or entity, any legal entity directly or indirectly controlling, controlled by, or under common control with, such person or entity. Where control means ownership or control (via a voting agreement, management agreement or otherwise) of more than twenty percent (20%) of its voting equity.

"**Product**" means steel product as set forth on Exhibit A. Caterpillar may update Exhibit A from time to time at its sole discretion.

"**Program**" means the program whereby Caterpillar works with steel mills and processors to assist certain suppliers of Caterpillar in obtaining Product for placement in Caterpillar's products (the "Program"). Specifically, Caterpillar places an order with a steel mill or processor on behalf of a Caterpillar supplier. The steel mill or processor will ship said product to the supplier and invoice Caterpillar. Caterpillar will pay the steel mill's or processor's invoice. Caterpillar will in turn bill Company for the product delivered to Company pursuant to the mechanism stated in Section 3 herein.

Section 2. <u>Agreement of Sale and Program Utilization</u>. Caterpillar shall sell Product set out in a purchase order submitted by Company ("Purchase Order") pursuant to the terms and conditions set forth in this Agreement. Any terms and conditions of a Purchase Order which are inconsistent with the terms and conditions hereof are rejected, will not be binding on Caterpillar, or applicable to the sale or shipment of Product. Caterpillar may reject a Purchase Order in its sole discretion. A Purchase Order may only be cancelled pursuant to Caterpillar's written consent. In the event of cancellation, Company may be subject to certain cancellation charges. At Company's request, Caterpillar will furnish a statement of such charges prior to cancellation. Company agrees to utilize the Program as the primary source of Product throughout the term of the Agreement.

Section 3. <u>Payments</u>. Caterpillar shall set prices for Product using the pricing matrix set forth on <u>Exhibit A</u>. Caterpillar may update <u>Exhibit A</u> from time to time at its sole discretion. Caterpillar shall initiate an "auto deduct" of the amounts payable by Company to Caterpillar from the amounts payable by Caterpillar, or an Affiliate of Caterpillar, to Company in approximately sixty (60) days of Caterpillar's invoice to Company for Product. The auto deduct shall be the amount necessary to fully satisfy the amount subject to the current receipt of Product. In the event there are insufficient funds due by Caterpillar and payable to Company in order to facilitate the auto deduct, Caterpillar may demand immediate payment of the remaining amount. Any remaining payments that are not paid by Company within five (5) business days shall be considered late. Late payments shall accrue interest at the rate of one and one-half percent (1 ½%) per month, and Company hereby agrees to pay such additional charges. If Company is in default for forty-five (45) or more days, all shipments to Company may be suspended until such default is cured. Company agrees to pay on demand by Caterpillar all costs of collection and legal fees incurred by Caterpillar in the collection of any late payments. Notwithstanding the foregoing, upon prior written notice to Company, Caterpillar may delay auto deduction till later than the sixty (60) days described above. In such event, Caterpillar will auto deduct upon the timing stated in its notice.

Section 4. <u>Taxes</u>. Caterpillar's prices do not include any sales, use, excise or other taxes, which Caterpillar may be required to pay in connection with filling any of Company's orders. Company shall pay the amount of any applicable present or future tax or, in lieu thereof, Company shall provide Caterpillar with a tax exemption certificate acceptable to the taxing authorities.

Section 5. <u>Product Use</u>. Product purchased hereunder is intended for use in Caterpillar products and not for resell. If Company intends use of Product in non-Caterpillar product or for resell, Company must provide a written statement as to what products Product will be used in or who Product will be sold to. Caterpillar may then accept or reject the use or sale of the Product. In the event Caterpillar accepts the offered usage, Company must return the subsidized value of Product to Caterpillar through either product cost reduction, cash payment or another agreed upon method of settlement. In the event Company uses Product for non-Caterpillar product, Company assumes full responsibility for any and all issues that may arise associated with such use. Company indemnifies Caterpillar and shall defend, indemnify and save harmless Caterpillar, its affiliated entities, and their employees, officers, directors and agents from and against any and all claims, loss, damage, injury, liability, costs and expenses of whatsoever kind

or nature, including attorney's fees, demands, recoveries and judgments arising from or related to Company's use or resell of the Product.

**Section 6. Term.** The initial term of this Agreement shall be three (3) years, commencing on the Effective Date (the "Initial Term"). This Agreement shall automatically be extended for additional terms of one (1) year each unless either Party gives written notice to terminate at least ninety (90) days prior to the end of the Initial Term or any additional term. Caterpillar may immediately terminate this Agreement in its sole discretion.

**Section 7. Warranty.** Caterpillar warrants that the Product will be provided meeting the specifications set forth on Exhibit A. SUCH WARRANTY IS EXPRESSLY IN LIEU OF ANY OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. REMEDIES UNDER SUCH WARRANTY ARE LIMITED TO THE PROVISION OF MATERIAL AND SERVICES, AS SPECIFIED THEREIN.

**Section 8. Limitation and Claims.** Caterpillar's liability for any claim of any kind, including claims for negligence, or for any loss or damage arising out of or connected with, or resulting from this Agreement, or from the sale, delivery, resale or use of Product covered by or furnished under this Agreement shall in no case exceed the price allocable to the Product which gives rise to the claim. In no event shall Caterpillar be liable for special, indirect or consequential damages (including, without limitation, lost profits or revenues, savings, competitive advantage, production, business, reputation or goodwill, increased cost of working or the interruption of the other Party's business) under or in connection with this Agreement, even if Company has been advised of their possible existence.

**Section 9. Force Majeure.** Caterpillar shall be excused for any failure or delay in the performance of any of its obligations hereunder if such failure or delay is due to a strike, lockout, work stoppage, labor dispute, material shortage, delay in transportation, utility outage, fire, flood, earthquake, severe weather, vandalism, machine breakdown, act of God, accident, trade sanction, embargo, act of war, act of terrorism, condition caused by national emergency, any law, regulation or the like, or any other act or cause beyond Caterpillar's reasonable control, whether similar to, or different from the causes above enumerated, and whether affecting Caterpillar, its agents or subcontractors for as long as such circumstances prevail, provided that such delay is not a result of such Party's negligence or willful misconduct.

**Section 10. Legal Compliance.** The Parties represent that they have and will comply with all applicable laws, regulations and orders for which liability may accrue to any other Party.

**Section 11. Shipments.** Shipment dates are approximate. Shipments of Product under a Purchase Order shall be subject to the approval by Caterpillar of Company's financial condition at the time of shipment. Whether or not credit terms are specified elsewhere, Caterpillar may, at its option, condition shipments under any order accepted by Caterpillar upon receipt of satisfactory security or of cash before shipment. If, at Company's request, shipment of Product on a Purchase Order is delayed beyond the date Product is ready for shipment, Caterpillar may

require immediate payment in full and/or assess additional charges for storage and other expenses incident to such delay.

**Section 12.    Notices.** All notices required or permitted under this Agreement must be in writing and will be deemed given when actually received. All communications will be sent to the receiving Party's address as set forth below or to such other address as the receiving Party provides in writing for purposes of receiving notices under this Agreement.

If to Company, addressed to: *Mercer Forge Corp*
*P.O. Box 832*
*Mercer, PA. 16137*
Attention: *Ken Allcott*
Facsimile: *724-662-5642*

If to Caterpillar, addressed to:          with a copy to:

Caterpillar Inc.                          Caterpillar Inc.
100 N.E. Adams Street                     100 N.E. Adams Street
Peoria, Illinois 61629-9600               Peoria, Illinois 61629-3810
U.S.A.                                    U.S.A.
Attention: _____                 Attention: Deputy General Counsel,
                                          Commercial
Facsimile: (309) 675-4777                 Facsimile: (309) 675-1795

**Section 13.    Assignment.** Company may not assign or otherwise transfer this Agreement without the prior written consent of Caterpillar.

**Section 14.    Entire Agreement; No Waiver.** This Agreement constitute the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior representations, agreements and other understandings, oral or written, between them with respect to the subject matter hereof. No waiver or failure to exercise any option, right or privilege under this Agreement by either Party on any occasion will be construed to be a waiver of the same on any other occasion or of any other option, right or privilege. Except for updates to Exhibit A and Exhibit B as allowed for herein, this Agreement may be modified or amended only by a writing signed by both Parties.

**Section 15.    Governing Law.** The construction and validity of this agreement shall be determined in accordance with the laws of the State of Illinois, United States of America, without regard to the conflict of laws provisions thereof; provided, however, that the United Nations Convention on Contracts for the International Sale of Goods shall not be applicable.

**Section 16.    Counterparts.** Section headings contained herein are for ease of reference only and shall not be given substantive effect. This Agreement may be signed in one or more counterparts, each to be effective as an original.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be signed by their duly authorized representatives as of the date first set forth above.

CATERPILLAR INC.

By: *[signature]*

Name: RYAN GUSTAFSON

Title: SEGMENT MGR - STEEL

[Insert Company Name] *Mercer Forge Corp*

By: *[signature]*

Name: *Ronald G. Abblett* *[?]*

Title: *Pres./Tyr.*

## EXHIBIT A
### Products & Prices

| STEEL-TO-FORGE REBILL BASE PRICE LIST | | | | |
|---|---|---|---|---|
| Bar: Round < 4.500", RCS < 4.000" | | | Billet: Round >= 4.500", RCS >= 4.000" | |
| CSQ: Add $1.40 / CWT to all listed prices | | | Rebill Shipping cost is not included in the pricing below | |
| | | | | Updated 12MAY08 |
| SPEC | SAE | BAR | BILLET | REMARKS |
| 1E0027 | 1040M (1E2661A) | $25.95 | $23.15 | Use 1E0360 if approved by Design Control |
| 1E0028 | 15B41M | $27.45 | $24.65 | |
| 1E0042 | 1026M | $25.80 | $23.00 | |
| 1E0065 | 270-450MPa YS | $25.80 | $23.00 | |
| 1E0112 | 52100 | $34.05 | $31.00 | |
| 1E0271 | 1548M | | $24.70 | |
| 1E0303 | 1215M | $26.85 | $24.05 | |
| 1E0320 | 1018M | $25.80 | $23.00 | |
| 1E0353 | 1117M | $26.75 | $23.95 | |
| 1E0357 | 140MPa YS | $25.80 | $23.00 | Typically Fulfilled by 1E0042, 1E0065, 1E0320 |
| 1E0359 | 1037M | $25.20 | $22.40 | |
| 1E0360 | 1040M | $25.20 | $22.40 | |
| 1E0361 | 1045M | $25.20 | $22.40 | |
| 1E0447 | 5160HM | $27.65 | $24.60 | |
| 1E0490 | 4161M | $33.95 | $30.90 | |
| 1E0492 | 1141 | $25.45 | $22.65 | |
| 1E0509 | 4140M | $32.30 | $29.25 | Inquire with CAT Steel Purchasing for sizes > 13" |
| 1E0509 | 4140M | | $120.00 | 18" Rnd 9563-2996XX |
| 1E0522 | 51420 (SS) | $215.00 | | |
| 1E0620 | 1541M | $25.20 | $22.40 | |
| 1E0621 | 15B22M | $28.40 | $25.60 | |
| 1E0669 | 15B35M | | | Inquire with CAT Steel Purchasing - Migrating to 1E1287 |
| 1E0670 | 15B32M | $25.05 | $22.60 | |
| 1E0679 | 15B30M | $27.80 | $25.00 | |
| 1E0680 | 15B16 | $28.40 | $25.60 | |
| 1E0684 | NITRALLOY N | $61.20 | $58.15 | |
| 1E0686 | 15B29M | $28.60 | $25.80 | |
| 1E0688 | 15B40M | $20.75 | $19.00 | |
| 1E0713 | 1034M | | $21.40 | |
| 1E0769 | 1524M | $26.45 | $23.65 | |
| 1E0778 | 4122M | $34.80 | $31.75 | |
| 1E0808 | 15B32M | $20.00 | $19.00 | |
| 1E0822 | 4330M | $41.90 | $38.85 | |
| 1E0830 | 4340M | $39.00 | $39.00 | |
| 1E0840 | 1017M | $25.80 | $23.00 | |
| 1E0860 | ROPS | $28.00 | $25.05 | |
| 1E0873 | 41B45M | $31.95 | $28.90 | Inquire with CAT Steel Purchasing for sizes > 13" |
| 1E0873 | 41B45M | | $111.00 | 15" RCS 9597-4995XX |

| | | | | |
|---|---|---|---|---|
| 1E0917 | 17-4PH (SS) | $201.00 | | |
| 1E0921 | 41B17M | $36.15 | $33.10 | |
| 1E0951 | 41B17M | $32.20 | $29.15 | |
| 1E0959 | 1544M | $16.25 | $16.25 | |
| 1E0963 | 15B38M | $15.00 | $15.00 | |
| 1E0965 | 1144M | $25.70 | $22.90 | |
| 1E0969 | 41B22M | $32.85 | $30.00 | |
| 1E0996 | 1541M | $25.70 | $22.90 | |
| 1E0997 | 41B30M | $25.30 | $22.50 | |
| 1E1013 | 41B35M | $27.35 | $24.50 | |
| 1E1040 | 4640M | $33.30 | $30.25 | |
| 1E1054 | 4122M | $37.65 | $34.60 | |
| 1E1057 | 4037M | $31.90 | $28.85 | |
| 1E1058 | 4130M | $27.00 | $27.00 | |
| 1E1085 | 4116M | $36.10 | $33.05 | |
| 1E1095 | 1513M | $25.50 | $22.70 | |
| 1E1099 | 15B30M | $27.80 | $25.00 | |
| 1E1120 | 4122M | $24.50 | $23.00 | |
| 1E1201 | 50B35M | $25.20 | $22.90 | |
| 1E1286 | 5130M | $24.00 | $22.00 | |
| 1E1287 | 15B34M | $21.00 | $18.20 | |
| 1E1371 | GET | $29.15 | $29.15 | |
| 1E1497 | 15V39M | $25.30 | $22.50 | |
| 1E1554 | 50B40M | $23.60 | $23.60 | |
| 1E1583 | 4122M | $36.05 | $33.00 | |
| 1E1586 | MicroAlloy | $25.09 | $25.09 | See exceptions below |
| 1E1586 | MicroAlloy | | $36.00 | 6.5" RCS 95C5-4825XX, 7.0" RCS 95C5-4845XX |
| 1E1613 | 15V37M | $22.00 | $20.00 | Development Spec - Inquire with CAT Steel Purchasing |
| 1E1614 | 15V37M | $23.00 | $21.00 | |
| 1E1632 | 15B34M | $22.50 | $22.50 | |
| 1E1636 | 4140M | $31.00 | $31.00 | |
| 1E1646 | 15V44M | $24.36 | $24.36 | |
| 1E1671 | 41B30M | $27.40 | $27.40 | |
| 1E1698 | 4118HM | $32.00 | $32.00 | |
| 1E1706 | 50B40M | $28.00 | $28.00 | |
| 1E1727 | 4122M | $23.00 | $23.00 | |
| 1E1838 | 4118M | $28.00 | $28.00 | |
| 1E1848 | 4140RHM | $25.00 | $24.00 | |
| 1E1999 | GET | $29.15 | $29.15 | |
| 1E2737 | 4130M | $27.00 | $27.00 | |
| 1E2743 | 8620HM | $32.00 | $32.00 | |
| 1E2930 | 4122M | $31.75 | $31.75 | |
| 1E2958 | C70S6BY | $29.90 | $29.90 | |
| 1E4146 | 40BV40M | $25.20 | $22.90 | |
| 1E4180 | 8620H BQ | $31.00 | $31.00 | |
| SAE | 4340 | $42.50 | | |
| SAE | 4820H | $48.35 | $48.35 | |
| SAE | 94B30H | $33.75 | $30.70 | |
| SAE | 4150H | $32.30 | $29.85 | |
| SAE | 8617 | $36.30 | $33.25 | |

| SAE | 50B40 | $21.25 | |
|-----|-------|--------|--------|
| SAE | 8615BQ | $25.00 | $22.00 |
| SAE | 5160 | $27.65 | $24.60 |
| SAE | 4615 | $42.10 | $39.05 |
| SAE | 38MNSIVS5 | $36.07 | $36.07 |
| SAE | 42CRMO4 | $36.59 | $36.59 |