IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW FOR SETOFF

Upon the motion (the "**Motion**") of Caterpillar, Inc. ("**Caterpillar**") to modify the automatic stay pursuant to sections 362(d) and 553 of title 11, United States Code (the "**Bankruptcy Code**") to allow Caterpillar to exercise rights of set-off; with notice of the Motion duly having been given; it appearing that no further notice is required; and it appearing that sufficient grounds have been shown for relief requested in the Motion; it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the automatic stay is lifted to permit Caterpillar to set-off (a) its Prepetition Claim[1] against its Prepetition Debt and (b) its Postpetition Claim against its Postpetition Debt; and it is further

ORDERED that the automatic stay is modified to allow Caterpillar from time to time hereafter to set-off any postpetition amounts that Caterpillar may owe Mercer under the Agreement against any postpetition amounts that Mercer may owe Caterpillar under the Agreement; and it is further

---

[1] Capitalized terms used but not otherwise defined herein have the meaning attributed to them in the Motion.

1

1513427

2

ORDERED that the relief granted herein shall take effect immediately notwithstanding Bankruptcy Rule 4001(a)(3).


Dated: Wilmington, Delaware
       June ___, 2010

_____
HON. MARY F. WALRATH,
BANKRUPTCY JUDGE

2

1513427