IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Hearing Date: Not Applicable**<br>**Objection Deadline: Not Applicable**<br><br>Related Docket No. 511 |

**MOTION TO SHORTEN NOTICE OF THE MOTION OF CATERPILLAR INC. TO MODIFY THE AUTOMATIC STAY TO ALLOW FOR SETOFF**

Caterpillar, Inc. ("**Caterpillar**"), by and through its undersigned attorneys, hereby moves (the "**Motion to Shorten**") pursuant to Bankr. Del. L.R. 2002-1 and 9006-1(e) and 11 U.S.C. §§ 102, 105, and 362(f) for an Order substantially in the form attached hereto scheduling an expedited hearing and objection deadline with respect to the Motion of Caterpillar to Modify the Automatic Stay to Allow for Setoff (the "**Stay Relief Motion**"), filed contemporaneously with this Motion to Shorten so that a hearing on the Stay Relief Motion can be held on June 23, 2010 at 9:30 a.m., the date scheduled for the confirmation hearing. In support of this Motion to Shorten, Caterpillar respectfully represents as follows:

1. The Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") Rule 9006-1 provides that all motion papers are to be filed and served at least fourteen days (with three days added if service is by mail) prior to the hearing date. Del. Bankr. L.R. 9006-1(c). Local Rule 9006-1(e) provides that the notice period for a motion may be shortened by Order of the Court upon written motion specifying the circumstances justifying shortened notice. Del. Bankr. L.R. 9006-1(e).

2. As more fully described in the Stay Relief Motion, Caterpillar and Mercer Forge Corporation ("**Mercer**"), one of the above-captioned Debtors, are parties to an Agreement pursuant to which Caterpillar would purchase steel for Mercer (the "**Supplied Steel**"), pay the steel mill's or processor's invoice, and, after the steel mill or processor had shipped the steel to Mercer, bill Mercer for the steel supplied, in exchange for which Caterpillar agreed to purchase goods manufactured by Mercer from the supplied steel (the "**Mercer Goods**") for use in Caterpillar's products (as more particularly described therein, the "**Program**").

3. As of the Petition Date, Mercer owed Caterpillar certain prepetition amounts and Caterpillar similarly owed Mercer for prepetition obligations. The Agreement entitled Caterpillar to setoff amounts payable by Caterpillar to Mercer for the Mercer Goods against amounts payable by Mercer to Caterpillar for the Supplied Steel. Caterpillar seeks stay relief to exercise its setoff rights prior to entry of the confirmation order.

4. Shortening notice and permitting the hearing on the Stay Relief Motion to go forward at the confirmation hearing is reasonable and appropriate under the circumstances. The confirmation hearing is scheduled for June 23, 2010, and due to the potential impact of confirmation on setoff rights, the circumstances clearly warrant shortening notice with respect to the Stay Relief Motion. Moreover, Debtors' counsel has informed Caterpillar's counsel that the Debtors do not oppose the relief requested by the Stay Relief Motion, and indeed support entry of an order that will enable Caterpillar to exercise its setoff rights since, among other things, the exercise of such setoff rights will result in a dollar-for-dollar reduction in the cure the Debtors would otherwise be required to pay Caterpillar as a party to an assumed contract.

WHEREFORE, Caterpillar respectfully requests that the Court enter an order substantially in the form attached hereto scheduling the Stay Relief Motion for hearing on June 23, 2010 at 9:30 a.m. and requiring any party opposing the Stay Relief Motion to assert any response thereto no later than June 21, 2010 at 4:00 p.m.

Dated: June 10, 2010
Wilmington, Delaware

        ___/s/ Steven K/ Kortanek_____
Steven K. Kortanek (Del. Bar No. 3106)
Ericka F. Johnson (Del Bar No. 5024)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Ph: (302) 252-4363
Fax: (302) 661-7728
skortanek@wcsr.com
erjohnson@wcsr.com

- and -

MAYER BROWN LP
Craig Reimer, Esq. (*pro hac vice* admission pending)
Michael W. Ott, Esq. (*pro hac vice* admission pending)
71 South Wacker Drive
Chicago, IL  60606
Ph: 312-782-0600
Fax: 312-701-7711
creimer@mayerbrown.com
mott@mayerbrown.com

Co-Counsel to Caterpillar Inc.