# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                            :
                                                  :
Neenah Enterprises, Inc. et. al                   :
                                                  :    Chapter 11
                                                  :    Case No. 10-10360 (MFW)
                                                  :    (Jointly Administered)
                        Debtors.                  :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Chanpreet Kondal, being of full age, states as follows:

1.   I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2.   On June 11, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 514] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Chanpreet Kondal
Chanpreet Kondal

Sworn to before me this 11th day of
June, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR
Durawear Corp
2598 Alton Road
Birmingham, AL 35210

### TRANSFEREE
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504