# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Neenah Enterprises, Inc., et al.</u>  Case No. <u>10-10360</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC OPTIMUM FUND LLC</u><br>Name of Transferee | <u>Pangborn Corporation</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC OPTIMUM FUND LLC<br>Attn: TERREL ROSS<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone:<u> 516-255-1801</u><br>Last four digits of Acct#:_____<u>n/a</u>_____ | Court Claim # (if known):<u> NA</u><br>Amount of Claim: <u>$1,549.50</u><br>Date Claim Filed: <u>NA</u><br><br>Phone: <u>(404) 665-5700</u><br>Last four digits of Acct.#:<u>  N/A  </u><br><br>Name and Current Address of Transferor:<br><br>Pangborn Corporation<br>4630 Coates Drive<br>Fairburn, GA 30213 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone:<u>  n/a  </u><br>Last four digits of Acct#:_____<u>n/a</u>_____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>   /s/Terrel Ross   </u>    Date: <u>June 11, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO    United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO:    DALTON CORPORATION, WARSAW MANUFACTURING FACILITY. ("Debtor")
Case No. 10-10374
Jointly Administered under NEENAH ENTERPRISES, INC., ET AL., Case No. 10-10360

Claim # N/A

**PANGBORN CORPORATION**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$1,549.50** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __11__ DAY OF __June__, 2010.

ASSIGNOR: PANGBORN CORPORATION    ASSIGNEE: TRC OPTIMUM FUND LLC

_____    _____
(Signature)    (Signature)

Chris Locey    Terrel Ross
(Print Name)    (Print Name)

Controller    Managing Member
(Title)    (Title)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NEENAH FOUNDRY COMPANY<br>2121 BROOKS AVE<br>NEENAH, WI 54956 | | | INTERCOMPANY PAYABLE | | | | $ 81,190,709.15 |
| NEFF ENGINEERING CO, INC<br>DEARTMENT 6081<br>CAROL STREAM, IL 60122-6081 | | | TRADE PAYABLE | | | | $ 3,509.00 |
| NEW CASTLE E-COATING PLUS, LLC<br>ATTN: CHRISTINA RUDOLF<br>4338 JORDAN DRIVE<br>MCFARLAND, WI 53558 | | | TRADE PAYABLE | | | | $ 6,562.01 |
| NEWSOME'S BUILDING SERVICES<br>PO BOX 1885<br>WARSAW, IN 46581 | | | TRADE PAYABLE | | | | $ 1,021.66 |
| NILFISK-ADVANCE AMERICA, INC.<br>BOX #3406<br>P.O. BOX 8500<br>PHILADELPHIA, PA 19178-3406 | | | TRADE PAYABLE | | | | $ 40.54 |
| NIPSCO BUSINESS LINK DEPT.<br>ATTN: ARCIE<br>801 EAST 86TH AVENUE<br>MERRILLVILLE, IN 46410 | | | TRADE PAYABLE | | | | $ 446,709.92 |
| NOCK AND SON<br>P.O. BOX 40368<br>CLEVELAND OH 44140 | | | TRADE PAYABLE | | | | $ 2,280.00 |
| NORMAN EQUIPMENT CO., INC.<br>3209 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | TRADE PAYABLE | | | | $ 279.81 |
| NORTH CENTRAL COOPERATIVE, INC<br>P.O. BOX 299<br>WABASH IN 46992 | | | TRADE PAYABLE | | | | $ 8,196.27 |
| NORTHERN GASES & SUPPLIES, INC.<br>P.O. BOX 417<br>PIERCETON, IN 46562-0417 | | | TRADE PAYABLE | | | | $ 104.00 |
| NORTHERN INDIANA PAINT SUPPLY<br>500 LEITER DRIVE<br>WARSAW, IN 46580 | | | TRADE PAYABLE | | | | $ 267.16 |
| NOWAK SUPPLY, INC<br>302 W SUPERIOR ST<br>FT WAYNE, IN 46802-0000 | | | TRADE PAYABLE | | | | $ 1,033.07 |
| NYHART<br>ATTN: FINANCE DEPT-SUITE 300<br>8415 ALLISON POINTE BLVD<br>INDIANAPOLIS, IN 46250 | | | TRADE PAYABLE | | | | $ 11,955.00 |
| P.D. ANTIBUS & CO<br>4809 ILLINOIS RD<br>FORT WAYNE, IN 46804 | | | TRADE PAYABLE | | | | $ 1,563.18 |
| PANGBORN CORPORATION<br>4333 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | TRADE PAYABLE | | | | $ 1,549.50 |
| PEKAY MACHINE CO<br>2520 W LAKE ST<br>CHICAGO, IL 60612 | | | TRADE PAYABLE | | | | $ 6,232.00 |
| PERRY ROGERS<br>2484 E CR 225 S<br>WARSAW, IN 46580 | | | LITIGATION CLAIM | X | X | X | UNKNOWN |