IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Related Docket No. 513 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE OF THE MOTION OF CATERPILLAR INC. TO MODIFY THE AUTOMATIC STAY TO ALLOW FOR SETOFF**

Upon the motion of Caterpillar Inc. to Shorten Notice (the "**Motion to Shorten**") of Its Motion to Modify the Automatic Stay to Allow for Setoff (the "**Stay Relief Motion**") and the Court having reviewed the Motion to Shorten; and after due deliberation the Court having determined that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; and good and sufficient cause having been shown therefor, it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

1. The Stay Relief Motion shall be heard on June 23, 2010 at 9:30 a.m. prevailing Eastern Time.

2. Objections and responses, if any, to the Stay Relief Motion shall be filed, and served by facsimile, e-mail, hand delivery, overnight mail or such other means

WCSR 4394270v1

2

as to ensure that the same is actually received by counsel to Caterpillar by June 21, 2010 at 4:00 p.m. prevailing Eastern Time.

Dated: June 11, 2010
       Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

2

WCSR 4394270v1