# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X
In re: :
:
Neenah Enterprises, Inc. et. al :
: Chapter 11
: Case No. 10-10360 (MFW)
: (Jointly Administered)
Debtors. :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss
COUNTY OF SUFFOLK )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On June 14, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 518] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 14th day of
June, 2010
/s/ Florence L. Robinson
Florence L. Robinson
Notary Public State of New York
No. 01R06142774
Qualified in what county: Queens
Commission Expires March 20, 2014

# EXHIBIT A

**TRANSFEROR**
Pangborn Corporation
4630 Coates Drive
Fairburn, GA 30213-2975

Pangborn Corporation
4333 Paysphere Circle
Chicago, IL 60674

**TRANSFEREE**
TRC Optimum Fund LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518