**<u>Schedule 1</u>**

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| ADQ ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075-9709 | A |
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | A |
| ALL PHASE ELECTRIC SUPPLY<br>PO BOX 450<br>LIMA, OH 45802-0450 | A |
| ALRO STEEL/BLOCK DIVN<br>PO BOX 641005<br>DETROIT, MI 48264-1005 | A |
| AMERICAN COLLOID COMPANY<br>2870 FORBS AVENUE<br>HOFFMAN ESTATES, IL 60192 | B |
| AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | A |
| AMERICAN FINISH RESOURCES INC<br>PO BOX 164<br>CHILTON, WI 53014-0164 | A |
| APPLETON COMPRESSOR SERVC<br>PO BOX 1406<br>APPLETON, WI 54912-1406 | A |
| ASSOCIATED BAG COMPANY<br>PO BOX 07120<br>MILWAUKEE, WI 53207-0120 | A |
| BARNES & THORNBURG LLP<br>C/O WENDY D BREWER<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | A |
| BASTIAN MAT. HANDLING CORP.<br>PO BOX 6069 DEPT. 61<br>INDIANAPOLIS, IN 46206-6069 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| BAY COMMUNICATIONS INC<br>2040 RADISSON ST<br>GREEN BAY, WI 54302-2085 | A |
| BREHOB CORPORATION<br>1334 S MERIDIAN ST<br>INDIANAPOLIS, IN 46225 | A |
| BUBRICK'S OFFICE SUPPLY<br>PO BOX 640<br>GERMANTOWN, WI 53022-0640 | A |
| C.A.T.S. CARBON INC<br>PO BOX 100<br>WARRIOR, AL 35180-0100 | C |
| CDW CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | A |
| CHAMPION CHISEL WORKS INC<br>804 EAST 18TH ST<br>ROCK FALLS, IL 61071-2128 | A |
| CHERMOR REAL ESTATE<br>LINDA'S BOOKKEEPING<br>PO BOX 184<br>FOREST JUNCTION, WI 54123-0184 | A |
| COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | A |
| CONTINENTAL CARBONIC PRODUCTS INC<br>C/O D SCHINZLER<br>3985 E HARRISON AVENUE<br>DECATUR, IL 62526 | A |
| CRESCENT ELECTRIC SUPPLY COMPANY<br>CRESCENT ELECTRIC<br>3726 S 149TH ST<br>OMAHA, NE 68144 | A |
| DENNIS BAHCALL CO<br>3100 E FRONTAGE ROAD<br>PO BOX 378<br>KAUKAUNA, WI 54130-0378 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | C |
| DUCA MFG & CONSULTING INC<br>648 SQUIRREL HILL DR<br>BOARDMAN, OH 44512-5334 | A |
| DUCA REMANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512-6410 | A |
| DYNAMIC COLOR SOLUTIONS<br>BOX 68-6035<br>MILWAUKEE, WI 53268-6035 | A |
| ELECTRO ARC<br>C/O UNITED STATES DEBT RECOVERY V, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| ENERGY PRODUCTS LLC<br>PO BOX 4368<br>SARATOGA SPRINGS, NY 12866-8025 | A |
| ENGINEERING CONTRACTORS' ASSOC<br>8310 FLORENCE AVE<br>DOWNEY, CA 90240-3917 | A |
| FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987-0978 | A |
| FEDEX CUSTOM CRITICAL<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | A |
| FEDEX CUSTOMER INFORMATION SERVICES<br>ASSIGNEE OF FEDEX EXPRESS/FEDEX GROUND<br>ATTN REVENUE RECOVERY/BANKRUPTCY<br>3865 AIRWAYS BLVD MODULE G 3RD FLOOR<br>MEMPHIS, TN 38116 | A |
| FORT WAYNE LIQUID COATINGS<br>ATTN JOSEPH G BONAHOOM<br>BONAHOOM & BONAHOOM LLP<br>110 WEST BERRY STREET STE 1900<br>FORT WAYNE, IN 46802 | B |
| FOUNDERS SERVICE & MFG CO<br>PO BOX 56<br>NORTH BENTON, OH 44449-0056 | A |
| GENERAL KINEMATICS CORP<br>C/O TR CAPITAL, LLC<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | A |
| GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002 | A |
| GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | A |
| HARTMAN & SONS INC<br>PO BOX 478<br>PIERCETON, IN 46562-0478 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| HITECH SHAPES & DESIGNS<br>C/O SEILKOP INDUSTRIES INC<br>425 W NORTH BEND RD<br>CINCINNATI, OH 45216 | A |
| HORNER INDUSTRIAL SERVICES,INC<br>PO BOX 660292<br>INDIANAPOLIS, IN 46266-0292 | A |
| HUDAPACK METAL TREATING INC<br>979 KOOPMAN LANE<br>ELKHORN, WI 53121-2023 | A |
| INDIANAPOLIS POWER & LIGHT COMPANY<br>ATTN: LACHELLE D STEPP<br>8520 ALLISON POINTE BLVD SUITE 200<br>INDIANAPOLIS, IN 46250 | A |
| J P PATTERN INC<br>5038 N 125TH STREET<br>BUTLER, WI 53007-1302 | A |
| JAMES S RICKUN ENV CONSULTING<br>4933 BLACK OAK DR<br>MADISON, WI 53711-4373 | A |
| JANITORS SUPPLY INC<br>540 EAST 2ND STREET<br>ERIE, PA 16507-1702 | A |
| J-COM E.D.I. SERVICES<br>PO BOX 31060<br>TUCSON, AZ 85751-1060 | A |
| KINETIC EQUIPMENT INC<br>2146 W PERSHING ST<br>APPLETON, WI 54914-6074 | A |
| KNOX TEXTILES INC<br>PO BOX 584 264 EAST BEMENT ST<br>EDGERTON, OH 43517-0584 | A |
| KREISER FUEL SERVICE<br>122 RACEHORSE DRIVE<br>JONESTOWN, PA 17038-8329 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| KRIEG DEVAULT LLP<br>C/O C DANIEL MOTSINGER ESQ<br>ONE INDIANA SQUARE<br>SUITE 2800<br>INDIANAPOLIS, IN 46204-2079 | A |
| KT-GRANT INC<br>3073 ROUTE 66<br>EXPORT, PA 15632 | A |
| L E S<br>C/O LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | A |
| LANDSTAR INWAY INC<br>13410 SUTTON PARK DRIVE SOUTH<br>JACKSONVILLE, FL 32224 | C |
| LEXISNEXIS, A DIV OF REED ELSEVIER INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | A |
| LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE, WI 53227 | A |
| LORD CORPORATION<br>2000 WEST GRANDVIEW BLVD<br>ERIE, PA 16509 | A |
| MAGID GLOVE MFG CO<br>2060 N KOLMAR AVE.<br>CHICAGO, IL 60639-3418 | A |
| MARLIN LEASING CORPORATION<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL, NJ 08054 | C |
| MCMASTER-CARR SUPPLY<br>PO BOX 4355<br>CHICAGO, IL 60680 | A |
| MCMASTER-CARR SUPPLY CO<br>200 AURORA INDUSTRIAL SUPPLY<br>AURORA, OH 44202 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| MOELLER MAUNUFACTURING COMPANY<br>43938 PLYMOUTH OAKS BOULEVARD<br>PLYMOUTH, MI 48170-2584 | A |
| MSC INDUSTRIAL SUPPLY CO<br>ATTN LEGAL DEPT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | B |
| MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | B |
| MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | B |
| MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN  LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | B |
| MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN  LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | B |
| MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN  LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | B |
| MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN  LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | B |
| NICHOLSON & CATES LTD<br>DEPT CH17946<br>PALATINE, IL 60055-7946 | A |
| NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVE<br>MERRILLVILLE, IN 46410 | A |
| NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVENUE<br>MERRILLVILLE, IN 46410 | C |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| NORTHERN INDIANA TRADING CO INC<br>ATTN REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVENUE<br>MERRIVILLE, IN 46410 | A |
| OGLETREE DEAKINS NASH SMOAK & STEWART PC<br>C/O LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | A |
| OGLETREE DEAKINS NASH SMOAK & STEWART PC<br>PO BOX 167<br>GREENVILLE, SC 29607 | B |
| OHIO GAS COMPANY<br>PO BOX 528<br>BRYAN, OH 43506-0528 | A |
| OKLAHOMA COUNTY TREASURER<br>ATTN: FORREST "BUTCH" FREEMAN<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102 | C |
| OKLAHOMA COUNTY TREASURER<br>ATTN FORREST "BUTCH FREEMAN<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102 | C |
| OKLAHOMA TAX COMMISSION<br>ATTN BANKRUPTCY SECTION<br>C/O GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON SUITE 2000<br>OKLAHOMA CITY, OK 73102-7471 | C |
| ONOX INC<br>44382 S GRIMMER BLVD<br>FREMONT, CA 94538-6385 | A |
| PENN POWER BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | A |
| PER MAR<br>PO BOX 1101<br>DAVENPORT, IA 52805-1101 | A |
| POWER TOOL SERVICE CO<br>300 NORTH WEBSTER<br>GREEN BAY, WI 54301-4816 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| PURITY CYLINDER GASES INC<br>PO BOX 9390<br>GRAND RAPIDS, MI 49509-0390 | A |
| PYRO-MATIC INC<br>2185 W PERSHING ST<br>APPLETON, WI 54914-6075 | A |
| PYRO-MATIC INC<br>2185 W PERSHING ST<br>APPLETON, WI 54914 | C |
| QBF<br>5097 NATHAN LANE<br>MINNEAPOLIS, MN 55442-3201 | A |
| RED-D-ARC INC<br>C/O TAISHA DICKERSON<br>685 LEE INDUSTRIAL BLVD<br>AUSTELL, GA 30168 | B |
| RED-D-ARC INC<br>ATTN TAISHA DICKERSON<br>685 LEE INDUSTRIAL BLVD<br>AUSTELL, GA 30168 | C |
| RED-D-ARC INC<br>ATTN TAISHA DICKERSON<br>685 LEE INDUSTRIAL BLVD<br>AUSTELL, GA 30168 | C |
| REDLON & JOHNSON<br>PO BOX 698<br>PORTLAND, ME 04104 | A |
| REFRACTORY SALES & SERVICE INC<br>PO BOX 8500-9560<br>PHILADELPHIA, PA 19178-9560 | A |
| RENITE COMPANY<br>PO BOX 30830<br>COLUMBUS, OH 43230-0830 | A |
| SADOFF IRON & METAL COMPANY<br>PO BOX 1138<br>240 W ARNDT ST<br>FOND DU LAC, WI 54936-1138 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| SHEFFIELD CONTAINER CORP.<br>PO BOX 578<br>SHEFFIELD, PA 16347-0578 | A |
| SHELLS INC<br>PO BOX 72458<br>CLEVELAND, OH 44192-0002 | A |
| SIDENER ENGINEERING<br>PO BOX 1476<br>NOBLESVILLE, IN 46061-1476 | A |
| SMITH & RICHARDSON MFG CO.<br>727 MAY ST<br>GENEVA, IL 60134-0589 | A |
| STANDARD ELECTRIC SUPPLY COMPANY<br>222 N EMMBER LANE<br>MILWAUKEE, WI 53233 | B |
| THE KINDT - COLLINS CO.<br>14124 ORANGE AVE<br>PARAMOUNT, CA 90723-2019 | A |
| TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | A |
| TPC WIRE & CABLE<br>4570 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0045 | A |
| TRUCK EQUIPMENT<br>PO BOX 11296<br>GREEN BAY, WI 54307-1296 | A |
| TUSHAUS COMPUTER SERVICES<br>10400 INNOVATION DR-SUITE 100<br>MILWAUKEE, WI 53226-4840 | A |
| UNITED PARCEL SERVICE<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 | A |

NEENAH ENTERPRISES INC. ET AL.,
CASE NO. 10-10360 (MFW)
OMNIBUS OBJECTION 1: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| UNITED TELEPHONE COMPANY OF INDIANA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | A |
| VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | A |
| WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | A |
| WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188-3615 | A |
| WELLS FARGO EQUIPMENT FINANCE INC<br>ATTN GARY T DREYLING<br>733 MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 | C |
| WELLS FARGO EQUIPMENT FINANCE, INC<br>ATTN GARY T DREYLING<br>733 MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 | C |
| WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | A |
| WIESE PLANNING & ENG<br>C/O ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | A |
| WISCONSIN LIFT TRUCK<br>3125 INTERTECH DR<br>BROOKFIELD, WI 53045 | A |
| WISCONSIN LIFT TRUCK<br>3125 INTERTECH DR<br>BROOKFIELD, WI 53045 | C |
| WISCONSIN POWER TOOL INC<br>3132 N MAYFAIR RD<br>MILWAUKEE, WI 53222-3202 | A |

**NEENAH ENTERPRISES INC. ET AL.,**
**CASE NO. 10-10360 (MFW)**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| CREDITOR NAME | EXHIBIT |
|---|---|
| XPEDX<br>PO BOX 644520<br>PITTSBURGH, PA 15264-4520 | A |
| ZORN-COCHRANE COMPRESSOR & EQUIP<br>733 POTTS AVE<br>GREEN BAY, WI 54304 | A |