# EXHIBIT A

## Incorrect Debtor Claims

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | MODIFIED CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADQ ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075 | 04/20/10 | 236 | $10,017.17 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 2 | ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | 04/13/10 | 113 | $1,598.09 | Neenah Enterprises, Inc. | 10-10360 | Mercer Forge Corporation | 10-10367 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 3 | ALL PHASE ELECTRIC SUPPLY<br>PO BOX 450<br>LIMA, OH 45802 | 05/01/10 | 410 | $3,217.59 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 4 | ALRO STEEL/BLOCK DIVN<br>PO BOX 641005<br>DETROIT, MI 48264 | 05/15/10 | 509 | $8,247.67 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 5 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | 04/17/10 | 194 | $147,059.19 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 6 | AMERICAN FINISH RESOURCES INC<br>PO BOX 164<br>CHILTON, WI 53014 | 04/16/10 | 122 | $2,942.87 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 7 | APPLETON COMPRESSOR SERVC<br>PO BOX 1406<br>APPLETON, WI 54912 | 05/05/10 | 442 | $11,073.54 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 8 | ASSOCIATED BAG COMPANY<br>PO BOX 07120<br>MILWAUKEE, WI 53207 | 04/17/10 | 165 | $432.00 | Neenah Foundry Company | 10-10362 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 9 | BARNES & THORNBURG LLP<br>C/O WENDY D BREWER<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 05/06/10 | 452 | $15,615.15 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 10 | BASTIAN MAT. HANDLING CORP.<br>PO BOX 6069 DEPT. 61<br>INDIANAPOLIS, IN 46206 | 04/20/10 | 250 | $145.93 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 11 | BAY COMMUNICATIONS INC<br>2040 RADISSON ST<br>GREEN BAY, WI 54302 | 04/17/10 | 164 | $1,605.47 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 12 | BREHOB CORPORATION<br>1334 S MERIDIAN ST<br>INDIANAPOLIS, IN 46225 | 03/16/10 | 67 | $24,682.80 | Dalton Corporation | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 13 | BUBRICK'S OFFICE SUPPLY<br>PO BOX 640<br>GERMANTOWN, WI 53022 | 05/15/10 | 504 | $12,101.74 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 14 | CDW CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 03/05/10 | 56 | $1,563.27 | Dalton Corporation | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 15 | CHAMPION CHISEL WORKS INC<br>804 EAST 18TH ST<br>ROCK FALLS, IL 61071 | 04/27/10 | 350 | $4,214.88 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 16 | CHERMOR REAL ESTATE<br>LINDA'S BOOKKEEPING<br>PO BOX 184<br>FOREST JUNCTION, WI 54123 | 04/20/10 | 258 | $4,200.00 | Neenah Foundry Company | 10-10362 | Neenah Transport, Inc. | 10-10364 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 17 | COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | 03/08/10 | 61 | $283.26 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 18 | CONTINENTAL CARBONIC PRODUCTS INC<br>C/O D SCHINZLER<br>3985 E HARRISON AVENUE<br>DECATUR, IL 62526 | 04/05/10 | 86 | $5,134.15 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 19 | CRESCENT ELECTRIC SUPPLY COMPANY<br>CRESCENT ELECTRIC<br>3726 S 149TH ST<br>OMAHA, NE 68144 | 05/18/10 | 523 | $4,975.78 | Neenah Enterprises, Inc. | | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 20 | DENNIS BAHCALL CO<br>3100 E FRONTAGE ROAD<br>PO BOX 378<br>KAUKAUNA, WI 54130 | 04/16/10 | 130 | $4,560.41 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 21 | DUCA MFG & CONSULTING INC<br>648 SQUIRREL HILL DR<br>BOARDMAN, OH 44512 | 04/22/10 | 278 | $13,625.50 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 22 | DUCA REMANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512 | 04/28/10 | 369 | $1,140.00 | Blank | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |
| 23 | DYNAMIC COLOR SOLUTIONS<br>BOX 68-6035<br>MILWAUKEE, WI 53268 | 04/17/10 | 168 | $70.50 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 24 | ELECTRO ARC<br>c/o UNITED STATES DEBT RECOVERY V, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451<br><br>TRANSFEROR:<br>ELECTRO ARC<br>161 ENTERPRISE DRIVE<br>ANN ARBOR, MI 48103 | 04/24/10 | 329 | $720.99 | Blank | | Mercer Forge Corporation | 10-10367 | CLAIMED DEBTOR BLANK |
| 25 | ENERGY PRODUCTS LLC<br>PO BOX 4368<br>SARATOGA SPRINGS, NY 12866 | 04/19/10 | 223 | $43,750.00 | Neenah Enterprises, Inc. | | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 26 | ENGINEERING CONTRACTORS' ASSOC<br>8310 FLORENCE AVE<br>DOWNEY, CA 90240 | 04/17/10 | 173 | $575.00 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 27 | FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | 05/04/10 | 437 | $6,012.87 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 28 | FEDEX CUSTOMER INFORMATION SERVICES<br>ASSIGNEE OF FEDEX EXPRESS/FEDEX GROUND<br>ATTN REVENUE RECOVERY/BANKRUPTCY<br>3865 AIRWAYS BLVD MODULE G 3RD FLOOR<br>MEMPHIS, TN 38116 | 05/10/10 | 460 | $688.02 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 29 | FEDEX CUSTOM CRITICAL<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 05/26/10 | 622 | $436.28 | NEENAH ENTERPRISES | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 30 | FOUNDERS SERVICE & MFG CO<br>PO BOX 56<br>NORTH BENTON, OH 44449 | 05/04/10 | 439 | $16,552.57 | Blank | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | MODIFIED CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 31 | GENERAL KINEMATICS CORP<br>c/o TR CAPITAL, LLC<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570<br><br>TRANSFEROR:<br>GENERAL KINEMATICS CORP<br>PO BOX 345<br>CRYSTAL LAKE, IL 60039 | 05/18/10 | 518 | $424.14 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 32 | GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002 | 04/24/10 | 323 | $716.28 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 33 | GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | 04/13/10 | 114 | $3,225.17 | Neenah Enterprises, Inc. | 10-10360 | Morgan's Welding, Inc. | 10-10378 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 34 | HARTMAN & SONS INC<br>PO BOX 478<br>PIERCETON, IN 46562 | 04/15/10 | 99 | $3,245.51 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 35 | HITECH SHAPES & DESIGNS<br>C/O SEILKOP INDUSTRIES INC<br>425 W NORTH BEND RD<br>CINCINNATI, OH 45216 | 03/29/10 | 80 | $41,996.80 | Neenah Enterprises, Inc. | 10-10360 | Advanced Cast Products, Inc. | 10-10365 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 36 | HORNER INDUSTRIAL SERVICES,INC<br>PO BOX 660292<br>INDIANAPOLIS, IN 46266 | 04/26/10 | 345 | $6,541.95 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 37 | HUDAPACK METAL TREATING INC<br>979 KOOPMAN LANE<br>ELKHORN, WI 53121 | 04/17/10 | 160 | $2,130.00 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 38 | INDIANAPOLIS POWER & LIGHT COMPANY<br>ATTN: LACHELLE D STEPP<br>8520 ALLISON POINTE BLVD SUITE 200<br>INDIANAPOLIS, IN 46250 | 03/29/10 | 82 | $1,021.56 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 39 | JP PATTERN INC<br>5038 N 125TH STREET<br>BUTLER, WI 53007 | 04/28/10 | 363 | $3,860.00 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 40 | J-COM E.D.I. SERVICES<br>PO BOX 31060<br>TUCSON, AZ 85751 | 04/20/10 | 247 | $105.00 | Blank | | Gregg Industries, Inc. | 10-10366 | CLAIMED DEBTOR BLANK |
| 41 | JAMES S RICKUN ENV CONSULTING<br>4933 BLACK OAK DR<br>MADISON, WI 53711 | 04/19/10 | 225 | $18,338.82 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 42 | JANITORS SUPPLY INC<br>540 EAST 2ND STREET<br>ERIE, PA 16507 | 05/20/10 | 538 | $435.05 | Blank | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |
| 43 | KINETIC EQUIPMENT INC<br>2146 W PERSHING ST<br>APPLETON, WI 54914 | 04/17/10 | 163 | $348.90 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 44 | KNOX TEXTILES INC<br>PO BOX 584 264 EAST BEMENT ST<br>EDGERTON, OH 43517 | 04/17/10 | 191 | $536.44 | Dalton Corporation | 10-10370 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIM FILED AGAINST INCORRECT DEBTOR |

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | MODIFIED CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 45 | KREISER FUEL SERVICE<br>122 RACEHORSE DRIVE<br>JONESTOWN, PA 17038 | 04/27/10 | 354 | $2,449.21 | Neenah Enterprises, Inc. | 10-10360 | Morgan's Welding, Inc. | 10-10378 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 46 | KRIEG DEVAULT LLP<br>C/O C DANIEL MOTSINGER ESQ<br>ONE INDIANA SQUARE<br>SUITE 2800<br>INDIANAPOLIS, IN 46204 | 04/07/10 | 84 | $3,573.50 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 47 | KT-GRANT INC<br>3073 ROUTE 66<br>EXPORT, PA 15632 | 04/30/10 | 427 | $8,742.00 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 48 | L E S<br>PO BOX 80869<br>LINCOLN, NE 68501 | 04/24/10 | 339 | $32,573.73 | Blank | | Deeter Foundry, Inc. | 10-10369 | CLAIMED DEBTOR BLANK |
| 49 | LEXISNEXIS, A DIV OF REED ELSEVIER INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 03/05/10 | 53 | $387.00 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 50 | LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE, WI 53227 | 04/17/10 | 159 | $29,595.25 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 51 | LORD CORPORATION<br>2000 WEST GRANDVIEW BLVD<br>ERIE, PA 16509 | 02/23/10 | 41 | $950.00 | Dalton Corporation | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 52 | MAGID GLOVE MFG CO<br>2060 N KOLMAR AVE.<br>CHICAGO, IL 60639 | 04/20/10 | 235 | $28,516.74 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 53 | MCMASTER-CARR SUPPLY CO<br>200 AURORA INDUSTRIAL SUPPLY<br>AURORA, OH 44202 | 02/23/10 | 30 | $1,216.24 | Dalton Corporation | | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 54 | MCMASTER-CARR SUPPLY<br>PO BOX 4355<br>CHICAGO, IL 60680 | 02/19/10 | 13 | $11,275.45 | Dalton Corporation | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 55 | MOELLER MAUNUFACTURING COMPANY<br>43938 PLYMOUTH OAKS BOULEVARD<br>PLYMOUTH, MI 48170 | 04/23/10 | 307 | $99.84 | Blank | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |
| 56 | NICHOLSON & CATES LTD<br>DEPT CH17946<br>PALATINE, IL 60055 | 05/13/10 | 487 | $11,508.75 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 57 | NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVE<br>MERRILLVILLE, IN 46410 | 05/10/10 | 461 | $242,566.42 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 58 | NORTHERN INDIANA TRADING CO INC<br>ATTN REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVENUE<br>MERRIVILLE, IN 46410 | 04/13/10 | 112 | $1,112.01 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | CLAIM FILED AGAINST INCORRECT DEBTOR |

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|------|------|-----------|--------------|--------------|----------------|-----------------|------|------------------------|
| 59 | OGLETREE DEAKINS NASH SMOAK & STEWART PC c/o LIQUIDITY SOLUTIONS INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 TRANSFEROR: OGLETREE DEAKINS NASH SMOAK & STEWART PC PO BOX 167 GREENVILLE, SC 29607 | 04/30/10 | 408 | $16,935.92 | Neenah Enterprises, Inc. | Dalton Corporation, Kendallville Manufacturing Facility | 10-10360 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 60 | OHIO GAS COMPANY PO BOX 528 BRYAN, OH 43506 | 04/20/10 | 249 | $1,818.49 | Blank | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIMED DEBTOR BLANK |
| 61 | ONOX INC 44382 S GRIMMER BLVD FREMONT, CA 94538 | 04/24/10 | 330 | $1,432.74 | Neenah Enterprises, Inc. | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 62 | PENN POWER BANKRUPTCY DEPARTMENT 6896 MILLER RD SUITE 204 BRECKSVILLE, OH 44141 | 05/01/10 | 416 | $2,734.94 | Neenah Enterprises, Inc. | Mercer Forge Corporation | 10-10367 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 63 | PER MAR PO BOX 1101 DAVENPORT, IA 52805 | 05/03/10 | 429 | $4,966.19 | Blank | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 64 | POWER TOOL SERVICE CO 300 NORTH WEBSTER GREEN BAY, WI 54301 | 04/16/10 | 129 | $118.11 | Blank | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 65 | PURITY CYLINDER GASES INC PO BOX 9390 GRAND RAPIDS, MI 49509 | 04/20/10 | 260 | $6,810.94 | Dalton Corporation | Dalton Corporation, Warsaw Manufacturing Facility | 10-10370 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 66 | PYRO-MATIC INC 2185 W PERSHING ST APPLETON, WI 54914 | 04/24/10 | 326 | $1,567.36 | Blank | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 67 | QBF 5097 NATHAN LANE MINNEAPOLIS, MN 55442 | 04/20/10 | 245 | $7,048.95 | Blank | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 68 | REDLON & JOHNSON PO BOX 698 PORTLAND, ME 04104 | 04/19/10 | 221 | $412.30 | Blank | Mercer Forge Corporation | 10-10367 | CLAIMED DEBTOR BLANK |
| 69 | REFRACTORY SALES & SERVICE INC PO BOX 8500-9560 PHILADELPHIA, PA 19178 | 04/28/10 | 361 | $18,936.00 | Blank | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 70 | RENITE COMPANY PO BOX 30830 COLUMBUS, OH 43230 | 04/20/10 | 254 | $1,154.42 | Blank | Mercer Forge Corporation | 10-10367 | CLAIMED DEBTOR BLANK |
| 71 | SADOFF IRON & METAL COMPANY PO BOX 1138 240 W ARNDT ST FOND DU LAC, WI 54936 | 05/20/10 | 546 | $549,376.22 | Neenah Enterprises, Inc. | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 72 | SHEFFIELD CONTAINER CORP. PO BOX 578 SHEFFIELD, PA 16347 | 04/20/10 | 242 | $21,257.77 | Blank | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |
| 73 | SHELLS INC PO BOX 72458 CLEVELAND, OH 44192 | 05/15/10 | 506 | $4,538.32 | Blank | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |

5 of 7

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | MODIFIED CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 74 | SIDENER ENGINEERING<br>PO BOX 1476<br>NOBLESVILLE, IN 46061 | 04/24/10 | 325 | $823.45 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 75 | SMITH & RICHARDSON MFG CO.<br>727 MAY ST<br>GENEVA, IL 60134 | 04/23/10 | 317 | $7,700.02 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 76 | THE KINDT - COLLINS CO.<br>14124 ORANGE AVE<br>PARAMOUNT, CA 90723 | 05/11/10 | 473 | $54.55 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 77 | TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | 05/01/10 | 417 | $11,454.22 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 78 | TPC WIRE & CABLE<br>4570 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 04/20/10 | 243 | $2,526.10 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 79 | TRUCK EQUIPMENT<br>PO BOX 11296<br>GREEN BAY, WI 54307 | 05/24/10 | 614 | $209.03 | Blank | | Neenah Transport, Inc. | 10-10364 | CLAIMED DEBTOR BLANK |
| 80 | TUSHAUS COMPUTER SERVICES<br>10400 INNOVATION DR-SUITE 100<br>MILWAUKEE, WI 53226 | 04/20/10 | 255 | $492.45 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 81 | UNITED PARCEL SERVICE<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 | 05/28/10 | 626 | $176.26 | Neenah Enterprises, Inc. | 10-10360 | Deeter Foundry, Inc. | 10-10369 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 82 | UNITED TELEPHONE COMPANY OF INDIANA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | 05/22/10 | 601 | $499.29 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 83 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 04/26/10 | 391 | $99,457.05 | NEENAH ENTERPRISES | 10-10360 | Mercer Forge Corporation | 10-10367 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 84 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 05/14/10 | 498 | $1,612.50 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 85 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | 04/20/10 | 251 | $105.43 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 86 | WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | 03/05/10 | 52 | $5,554.64 | NEENAH ENTERPRISES | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 87 | WIESE PLANNING & ENG<br>c/o ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797<br>TRANSFEROR:<br>WIESE PLANNING & ENG<br>4549 W BRADBURY ST<br>INDIANAPOLIS, IN 46241 | 04/30/10 | 407 | $5,998.58 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 88 | WISCONSIN LIFT TRUCK<br>3125 INTERTECH DR<br>BROOKFIELD, WI 53045 | 02/17/10 | 27 | $15,409.46 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CLAIMED CASE | MODIFIED DEBTOR | MODIFIED CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 89 | WISCONSIN POWER TOOL INC<br>3132 N MAYFAIR RD<br>MILWAUKEE, WI 53222 | 04/21/10 | 270 | $80.13 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 90 | XPEDX<br>PO BOX 644520<br>PITTSBURGH, PA 15264 | 04/01/10 | 116 | $624.20 | Neenah Enterprises, Inc. | 10-10360 | Advanced Cast Products, Inc. | 10-10365 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 91 | ZORN-COCHRANE COMPRESSOR & EQUIP<br>733 POTTS AVE<br>GREEN BAY, WI 54304 | 04/20/10 | 256 | $186.33 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |

$1,596,806.81