# EXHIBIT B

## Amended Claims

Neenah Enterprises, Inc.
EXHIBIT B - AMENDED & SUPERSEDED CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED ||||||| SURVIVING CLAIMS ||||| REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | AMERICAN COLLOID COMPANY 2870 FORBES AVENUE HOFFMAN ESTATES, IL 60192 | 04/07/10 | Blank | 10-10362 | 85 | $402,706.03 | | AMERICAN COLLOID COMPANY 2870 FORBS AVE HOFFMAN ESTATES, IL 60192 | 05/11/10 | Advanced Cast Products, Inc. | 10-10365 | 467 | $47,410.07 | SUPERSEDED (AMENDED) |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Mercer Forge Corporation | 10-10367 | 77 | $2,705.89 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Mercer Forge Corporation | 10-10367 | 414 | $292.83 | SUPERSEDED (AMENDED) |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | MORGAN'S WELDING, INC | 10-10378 | 1 | $5,960.86 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Morgan's Welding, Inc. | 10-10378 | 47 | $0.00 | SUPERSEDED (AMENDED) |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | A & M SPECIALTIES, INC | 10-10373 | 2 | $2,938.00 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | A&M Specialties, Inc. | 10-10373 | 74 | $0.00 | SUPERSEDED (AMENDED) |
| 5 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DALTON CORPORATION | 10-10370 | 3 | $21,563.06 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Dalton Corporation | 10-10370 | 412 | $0.00 | SUPERSEDED (AMENDED) |
| 6 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DEETER FOUNDRY, INC | 10-10369 | 4 | $8,335.88 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Deeter Foundry, Inc. | 10-10369 | 413 | $0.00 | SUPERSEDED (AMENDED) |
| 7 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | MERCER FORGE CORPORATION | 10-10367 | 5 | $3,432.85 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Mercer Forge Corporation | 10-10367 | 414 | $292.83 | SUPERSEDED (AMENDED) |
| 8 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | GREGG INDUSTRIES, INC | 10-10366 | 6 | $13,576.34 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Gregg Industries, Inc. | 10-10366 | 46 | $0.00 | SUPERSEDED (AMENDED) |
| 9 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | ADVANCED CAST PRODUCTIONS, INC | 10-10365 | 7 | $19,490.42 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Advanced Cast Products, Inc. | 10-10365 | 48 | $0.00 | SUPERSEDED (AMENDED) |
| 10 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH FOUNDRY COMPANY | 10-10362 | 9 | $162,144.10 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Neenah Foundry Company | 10-10362 | 415 | $0.00 | SUPERSEDED (AMENDED) |
| 11 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH ENTERPRISES, INC | 10-10360 | 10 | $1,000.00 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Neenah Enterprises, Inc. | 10-10360 | 44 | $0.00 | SUPERSEDED (AMENDED) |
| 12 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Dalton Corporation | 10-10370 | 75 | $15,816.78 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Dalton Corporation | 10-10370 | 412 | $0.00 | SUPERSEDED (AMENDED) |
| 13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Deeter Foundry, Inc. | 10-10369 | 76 | $1,553.78 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Deeter Foundry, Inc. | 10-10369 | 413 | $0.00 | SUPERSEDED (AMENDED) |
| 14 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Neenah Foundry Company | 10-10362 | 78 | $6,301.83 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Neenah Foundry Company | 10-10362 | 415 | $0.00 | SUPERSEDED (AMENDED) |
| 15 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Neenah Foundry Company | 10-10362 | 45 | $5,401.83 | | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Neenah Foundry Company | 10-10362 | 415 | $0.00 | SUPERSEDED (AMENDED) |
| 16 | FORT WAYNE LIQUID COATINGS ATTN JOSEPH G BONAHOOM BONAHOOM & BONAHOOM LLP 110 WEST BERRY STREET STE 1900 FORT WAYNE, IN 46802 | 04/19/10 | Neenah Enterprises, Inc. | 10-10360 | 277 | $31,714.81 | | FORT WAYNE LIQUID COATINGS C/O JOSEPH G BONAHOOM BONAHOOM & BONAHOOM LLP 110 W BERRY ST STE 1900 FORT WAYNE, IN 46802 | 04/30/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 445 | $66,733.28 | SUPERSEDED (AMENDED) |
| 17 | MSC INDUSTRIAL SUPPLY CO ATTN LEGAL DEPT 75 MAXESS RD MELVILLE, NY 11747 | 02/17/10 | NEENAH FOUNDRY CORP | | 40 | $39,079.61 | | MSC INDUSTRIAL SUPPLY COMPANY ATTN: LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/15/10 | NEENAH FOUNDRY CORP | | 65 | $28,374.24 | SUPERSEDED (AMENDED) |

## Neenah Enterprises, Inc.
## EXHIBIT B - AMENDED & SUPERSEDED CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED ||||| SURVIVING CLAIMS ||||| REASON FOR DISALLOWANCE |
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | 03/05/10 | A & M SPECIALTIES | 10-10373 | 55 | $1,869.02 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | 05/24/10 | A&M Specialties, Inc. | 10-10373 | 617 | $0.00 | SUPERSEDED (AMENDED) |
| 19 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | 03/05/10 | NEENAH FOUNDRY CORP | | 57 | $43,312.91 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN: LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | 03/15/10 | NEENAH FOUNDRY CORP | | 65 | $28,374.24 | SUPERSEDED (AMENDED) |
| 20 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | 03/05/10 | MORGAN'S WELDING | 10-10378 | 58 | $205.64 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | 05/24/10 | Morgan's Welding, Inc. | 10-10378 | 618 | $0.00 | SUPERSEDED (AMENDED) |
| 21 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | 03/05/10 | Dalton Corporation | 10-10370 | 59 | $220.72 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | 05/24/10 | Dalton Corporation | 10-10370 | 619 | $0.00 | SUPERSEDED (AMENDED) |
| 22 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | 02/17/10 | Advanced Cast Products, Inc. | 10-10365 | 28 | $9,991.07 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | 05/24/10 | Advanced Cast Products, Inc. | 10-10365 | 616 | $0.00 | SUPERSEDED (AMENDED) |
| 23 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPARTMENT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | 03/04/10 | Dalton Corporation | 10-10370 | 51 | $1,242.82 | MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN LEGAL DEPT<br>75 MAXESS RD<br>MELVILLE, NY 11747 | 05/24/10 | Dalton Corporation | 10-10370 | 619 | $0.00 | SUPERSEDED (AMENDED) |
| 24 | OGLETREE DEAKINS NASH SMOAK & STEWART PC<br>PO BOX 167<br>GREENVILLE, SC 29607 | 04/03/10 | Neenah Enterprises, Inc. | 10-10360 | 73 | $15,521.92 | OGLETREE DEAKINS NASH SMOAK & STEWART PC<br>c/o LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br><br>TRANSFEROR:<br>OGLETREE DEAKINS NASH SMOAK & STEWART PC<br>PO BOX 167<br>GREENVILLE, SC 29607 | 04/30/10 | Neenah Enterprises, Inc. | 10-10360 | 408 | $16,935.92 | SUPERSEDED (AMENDED) |
| 25 | RED-D-ARC INC<br>C/O TAISHA DICKERSON<br>685 LEE INDUSTRIAL BLVD<br>AUSTELL, GA 30168 | 03/12/10 | Morgan's Welding, Inc. | 10-10378 | 63 | $875.92 | RED-D-ARC INC<br>ATTN TAISHA DICKERSON<br>685 LEE INDUSTRIAL BLVD<br>AUSTELL, GA 30168 | 04/30/10 | Morgan's Welding, Inc. | 10-10378 | 409 | $1,067.49 | SUPERSEDED (AMENDED) |
| 26 | STANDARD ELECTRIC SUPPLY COMPANY<br>222 N EMMBER LANE<br>MILWAUKEE, WI 53233 | 04/05/10 | Neenah Enterprises, Inc. | 10-10360 | 67 | $21,187.31 | STANDARD ELECTRIC SUPPLY<br>3111 E CAPITOL DR<br>APPLETON, WI 54911 | 04/23/10 | Neenah Foundry Company | 10-10362 | 393 | $23,187.31 | SUPERSEDED (AMENDED) |
| | | | | | | $839,149.42 | | | | | | $214,668.21 | |