# EXHIBIT C

Duplicate Claims

Neenah Enterprises, Inc.
EXHIBIT C - DUPLICATE CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED |||||| SURVIVING CLAIMS |||||| REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | DATE FILED | NAME | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | C.A.T.S. CARBON INC<br>PO BOX 100<br>WARRIOR, AL 35180 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 177 | $11,969.50 | 04/17/10 | C.A.T.S. CARBON INC<br>PO BOX 100W<br>WARRIOR, AL 35180 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 171 | $11,969.50 | SINGLE DEBTOR DUPLICATE |
| 2 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 02/23/10 | Mercer Forge Corporation | 10-10367 | 15 | $3,432.85 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | MERCER FORGE CORPORATION | 10-10367 | 5 | $3,432.85 | SINGLE DEBTOR DUPLICATE |
| 3 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 02/23/10 | Dalton Corporation | 10-10370 | 35 | $21,563.06 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | DALTON CORPORATION | 10-10370 | 3 | $21,563.06 | SINGLE DEBTOR DUPLICATE |
| 4 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 02/23/10 | Deeter Foundry, Inc. | 10-10369 | 37 | $8,335.88 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | DEETER FOUNDRY, INC | 10-10369 | 4 | $8,335.88 | SINGLE DEBTOR DUPLICATE |
| 5 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Neenah Enterprises, Inc. | 10-10360 | 210 | $1,000.00 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | NEENAH ENTERPRISES, INC | 10-10360 | 10 | $1,000.00 | SINGLE DEBTOR DUPLICATE |
| 6 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Neenah Foundry Company | 10-10362 | 211 | $162,144.10 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | NEENAH FOUNDRY COMPANY | 10-10362 | 9 | $162,144.10 | SINGLE DEBTOR DUPLICATE |
| 7 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Neenah Transport, Inc. | 10-10364 | 212 | $500.00 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | NEENAH TRANSPORT, INC | 10-10364 | 8 | $500.00 | SINGLE DEBTOR DUPLICATE |
| 8 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Advanced Cast Products, Inc. | 10-10365 | 213 | $19,490.42 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | ADVANCED CAST PRODUCTIONS, INC | 10-10365 | 7 | $19,490.42 | SINGLE DEBTOR DUPLICATE |
| 9 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Gregg Industries, Inc. | 10-10366 | 214 | $13,576.34 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | GREGG INDUSTRIES, INC | 10-10366 | 6 | $13,576.34 | SINGLE DEBTOR DUPLICATE |
| 10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Mercer Forge Corporation | 10-10367 | 215 | $3,432.85 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | MERCER FORGE CORPORATION | 10-10367 | 5 | $3,432.85 | SINGLE DEBTOR DUPLICATE |
| 11 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Deeter Foundry, Inc. | 10-10369 | 216 | $8,335.88 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | DEETER FOUNDRY, INC | 10-10369 | 4 | $8,335.88 | SINGLE DEBTOR DUPLICATE |
| 12 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Dalton Corporation | 10-10370 | 217 | $21,563.06 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | DALTON CORPORATION | 10-10370 | 3 | $21,563.06 | SINGLE DEBTOR DUPLICATE |
| 13 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | A&M Specialties, Inc. | 10-10373 | 218 | $2,938.00 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | A & M SPECIALTIES, INC | 10-10373 | 2 | $2,938.00 | SINGLE DEBTOR DUPLICATE |
| 14 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 04/19/10 | Morgan's Welding, Inc. | 10-10378 | 219 | $5,960.88 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | MORGAN'S WELDING, INC | 10-10378 | 1 | $5,960.88 | SINGLE DEBTOR DUPLICATE |
| 15 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 02/23/10 | A&M Specialties, Inc. | 10-10373 | 20 | $2,938.00 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | A & M SPECIALTIES, INC | 10-10373 | 2 | $2,938.00 | SINGLE DEBTOR DUPLICATE |
| 16 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 02/23/10 | Neenah Transport, Inc. | 10-10364 | 21 | $500.00 | 02/19/10 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | NEENAH TRANSPORT, INC | 10-10364 | 8 | $500.00 | SINGLE DEBTOR DUPLICATE |
| 17 | LANDSTAR INWAY INC<br>13410 SUTTON PARK DRIVE SOUTH<br>JACKSONVILLE, FL 32224 | 04/29/10 | Neenah Enterprises, Inc. | 10-10360 | 392 | $5,763.78 | 04/28/10 | LANDSTAR INWAY INC<br>13410 SUTTON PARK DR S<br>JACKSONVILLE, FL 32224 | Neenah Foundry Company | 10-10362 | 368 | $5,763.78 | SINGLE DEBTOR DUPLICATE |
| 18 | MARLIN LEASING CORPORATION<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL, NJ 08054 | 04/08/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 92 | $4,149.22 | 04/06/10 | MARLIN LEASING CORPORATION<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL, NJ 08054 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 115 | $4,149.22 | SINGLE DEBTOR DUPLICATE |

Neenah Enterprises, Inc.
EXHIBIT C - DUPLICATE CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED |||||| SURVIVING CLAIMS |||||| REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 19 | NORTHERN INDIANA PUBLIC SERVICE COMPANY ATTN REVENUE ASSURANCE & RECOVERY 801 E 86TH AVENUE MERRILLVILLE, IN 46410 | 05/11/10 | Neenah Enterprises, Inc. | 10-10360 | 482 | $242,566.42 | NORTHERN INDIANA PUBLIC SERVICE COMPANY ATTN REVENUE ASSURANCE & RECOVERY 801 E 86TH AVE MERRILLVILLE, IN 46410 | 05/10/10 | Neenah Enterprises, Inc. | 10-10360 | 461 | $242,566.42 | SINGLE DEBTOR DUPLICATE |
| 20 | OKLAHOMA COUNTY TREASURER ATTN FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 04/19/10 | Neenah Enterprises, Inc. | 10-10360 | 203 | $5,486.93 | OKLAHOMA COUNTY TREASURER ATTN: FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 03/25/10 | Neenah Enterprises, Inc. | 10-10360 | 69 | $5,486.93 | SINGLE DEBTOR DUPLICATE |
| 21 | OKLAHOMA COUNTY TREASURER ATTN: FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 03/30/10 | Neenah Enterprises, Inc. | 10-10360 | 72 | $5,486.93 | OKLAHOMA COUNTY TREASURER ATTN: FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 03/25/10 | Neenah Enterprises, Inc. | 10-10360 | 69 | $5,486.93 | SINGLE DEBTOR DUPLICATE |
| 22 | OKLAHOMA TAX COMMISSION ATTN BANKRUPTCY SECTION C/O GENERAL COUNSEL'S OFFICE 120 N ROBINSON SUITE 2000 OKLAHOMA CITY, OK 73102 | 04/19/10 | Neenah Foundry Company | 10-10362 | 204 | $311.00 | OKLAHOMA TAX COMMISSION BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N ROBINSON SUITE 2000 OKLAHOMA CITY, OK 73102 | 03/22/10 | Neenah Foundry Company | 10-10362 | 68 | $311.00 | SINGLE DEBTOR DUPLICATE |
| 23 | PYRO-MATIC INC 2185 W PERSHING ST APPLETON, WI 54914 | 04/20/10 | Blank | 10-10362 | 240 | $1,567.36 | PYRO-MATIC INC 2185 W PERSHING ST APPLETON, WI 54914 | 04/24/10 | Blank | | 326 | $1,567.36 | SINGLE DEBTOR DUPLICATE |
| 24 | RED-D-ARC INC C/O TAISHA DICKERSON 685 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 04/19/10 | Morgan's Welding, Inc. | 10-10378 | 202 | $875.92 | RED-D-ARC INC C/O TAISHA DICKERSON 685 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 03/12/10 | Morgan's Welding, Inc. | 10-10378 | 63 | $875.92 | SINGLE DEBTOR DUPLICATE |
| 25 | RED-D-ARC INC ATTN TAISHA DICKERSON 685 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 04/22/10 | Morgan's Welding, Inc. | 10-10378 | 281 | $875.92 | RED-D-ARC INC C/O TAISHA DICKERSON 685 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 03/12/10 | Morgan's Welding, Inc. | 10-10378 | 63 | $875.92 | SINGLE DEBTOR DUPLICATE |
| 26 | WELLS FARGO EQUIPMENT FINANCE INC ATTN GARY T DREYLING 733 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | 05/20/10 | Neenah Enterprises | 10-10360 | 615 | $65,941.92 | WELLS FARGO EQUIPMENT FINANCE INC ATTN GARY T DREYLING 733 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | 05/15/10 | Neenah Enterprises | 10-10360 | 508 | $65,941.92 | SINGLE DEBTOR DUPLICATE |
| 27 | WELLS FARGO EQUIPMENT FINANCE, INC ATTN GARY T DREYLING 733 MARQUETTE AVE MINNEAPOLIS, MN 55402 | 05/20/10 | Neenah Enterprises | 10-10360 | 539 | $65,941.92 | WELLS FARGO EQUIPMENT FINANCE INC ATTN GARY T DREYLING 733 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | 05/15/10 | Neenah Enterprises | 10-10360 | 508 | $65,941.92 | SINGLE DEBTOR DUPLICATE |
| 28 | WISCONSIN LIFT TRUCK 3125 INTERTECH DR BROOKFIELD, WI 53045 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 26 | $15,409.46 | WISCONSIN LIFT TRUCK 3125 INTERTECH DR BROOKFIELD, WI 53045 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 27 | $15,409.46 | SINGLE DEBTOR DUPLICATE |
| | | | | | | $702,057.60 | | | | | | $702,057.60 | |

2 of 2