**<u>EXHIBIT E</u>**

**<u>PROPOSED ORDER</u>**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>**Ref. Docket No. __** |

### ORDER SUSTAINING DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' First Omnibus (Non-Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing and expunging the Disputed Claims as set forth on Exhibits A, B, and C attached hereto; and upon consideration of the Parker Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Incorrect Debtor Claims set forth on the attached Exhibit A are hereby modified solely to specify that the claims are asserted against the particular Debtor(s) indicated in the column on Exhibit A titled "Modified Claims"; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the Amended Claims set forth on the attached <u>Exhibit B</u> under the heading labeled "Claims to be Expunged" are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Duplicate Claims set forth on the attached <u>Exhibit C</u> under the heading labeled "Claims to be Expunged" are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the Debtors may reserve their right to amend, modify, or supplement the Objection, and to file additional objections to any claims filed in these chapter 11 cases, including, without limitation, to any claims that are the subject of the Objection; and it is further

ORDERED that nothing set forth herein shall affect the Debtors' rights with respect to those claims identified as "Modified Claims" on <u>Exhibit A</u> or "Surviving Claims" on <u>Exhibits B</u> and <u>C</u> attached hereto, and the Debtors' rights with respect to such "Modified Claims" and "Surviving Claims" are reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       July _____, 2010

                                                _____
                                            The Honorable Mary F. Walrath
                                            UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

### Incorrect Debtor Claims

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADC ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075 | 04/20/10 | 236 | $10,017.17 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 2 | ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | 04/13/10 | 113 | $1,598.09 | Neenah Enterprises, Inc. | 10-10360 | Mercer Forge Corporation | 10-10367 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 3 | ALL PHASE ELECTRIC SUPPLY<br>PO BOX 450<br>LIMA, OH 45802 | 05/01/10 | 410 | $3,217.59 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 4 | ALRO STEEL/BLOCK DIVN<br>PO BOX 641005<br>DETROIT, MI 48264 | 05/15/10 | 509 | $8,247.67 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 5 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | 04/17/10 | 194 | $147,059.19 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 6 | AMERICAN FINISH RESOURCES INC<br>PO BOX 164<br>CHILTON, WI 53014 | 04/16/10 | 122 | $2,942.87 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 7 | APPLETON COMPRESSOR SERVC<br>PO BOX 1406<br>APPLETON, WI 54912 | 05/05/10 | 442 | $11,073.54 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 8 | ASSOCIATED BAG COMPANY<br>PO BOX 07120<br>MILWAUKEE, WI 53207 | 04/17/10 | 165 | $432.00 | Neenah Foundry Company | 10-10362 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 9 | BARNES & THORNBURG LLP<br>C/O WENDY D BREWER<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 05/06/10 | 452 | $15,615.15 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 10 | BASTIAN MAT. HANDLING CORP.<br>PO BOX 6069 DEPT L 61<br>INDIANAPOLIS, IN 46206 | 04/20/10 | 250 | $145.93 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 11 | BAY COMMUNICATIONS INC<br>2040 RADISSON ST<br>GREEN BAY, WI 54302 | 04/17/10 | 164 | $1,605.47 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 12 | BREHOB CORPORATION<br>1334 S MERIDIAN ST<br>INDIANAPOLIS, IN 46225 | 03/16/10 | 67 | $24,682.80 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 13 | BUBRICK'S OFFICE SUPPLY<br>PO BOX 640<br>GERMANTOWN, WI 53022 | 05/15/10 | 504 | $12,101.74 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 14 | CADY CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 03/05/10 | 56 | $1,563.27 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 15 | CHAMPION CHISEL WORKS INC<br>804 EAST 18TH ST<br>ROCK FALLS, IL 61071 | 04/27/10 | 350 | $4,214.88 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 16 | CHERMOR REAL ESTATE<br>LINDA'S BOOKKEEPING<br>PO BOX 184<br>FOREST JUNCTION, WI 54123 | 04/20/10 | 258 | $4,200.00 | Neenah Foundry Company | 10-10362 | Neenah Transport, Inc. | 10-10364 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 17 | COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | 03/08/10 | 61 | $283.26 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |

## Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED CASE | CLAIMED DEBTOR | MODIFIED CASE | MODIFIED DEBTOR | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 18 | CONTINENTAL CARBONIC PRODUCTS INC, C/O SCHINZLER, 3985 E HARRISON AVENUE, DECATUR, IL 62526 | 04/05/10 | 86 | $5,134.15 | 10-10360 | Neenah Enterprises, Inc. | 10-10374 | Dalton Corporation, Warsaw Manufacturing Facility | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 19 | CRESCENT ELECTRIC SUPPLY COMPANY, CRESCENT ELECTRIC, 3726 S 149TH ST, OMAHA, NE 68144 | 05/18/10 | 523 | $4,975.78 | 10-10360 | Neenah Enterprises, Inc. | 10-10362 | Neenah Foundry Company | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 20 | DENNIS BAHCALL CO, 3100 E FRONTAGE ROAD, PO BOX 378, KAUKAUNA, WI 54130 | 04/16/10 | 130 | $4,560.41 | | Blank | 10-10362 | Neenah Foundry Company | CLAIMED DEBTOR BLANK |
| 21 | DUCA MFG & CONSULTING INC, 648 SQUIRREL HILL DR, BOARDMAN, OH 44512 | 04/22/10 | 278 | $13,625.50 | | Blank | 10-10362 | Neenah Foundry Company | CLAIMED DEBTOR BLANK |
| 22 | DUCA REMANUFACTURING INC, 761 MCCLURG ROAD, BOARDMAN, OH 44512 | 04/28/10 | 389 | $1,140.00 | | Blank | 10-10365 | Advanced Cast Products, Inc. | CLAIMED DEBTOR BLANK |
| 23 | DYNAMIC COLOR SOLUTIONS, BOX 68-6035, MILWAUKEE, WI 53268 | 04/17/10 | 168 | $70.50 | | Blank | 10-10362 | Neenah Foundry Company | CLAIMED DEBTOR BLANK |
| 24 | ELECTRO ARC, c/o UNITED STATES DEBT RECOVERY V, LP, 940 SOUTHWOOD BL, SUITE 101, INCLINE VILLAGE, NV 89451, TRANSFEROR: ELECTRO ARC, 161 ENTERPRISE DRIVE, ANN ARBOR, MI 48103 | 04/24/10 | 329 | $720.99 | | Blank | 10-10367 | Mercer Forge Corporation | CLAIMED DEBTOR BLANK |
| 25 | ENERGY PRODUCTS LLC, PO BOX 4388, SARATOGA SPRINGS, NY 12866 | 04/19/10 | 223 | $43,750.00 | 10-10360 | Neenah Enterprises, Inc. | 10-10362 | Neenah Foundry Company | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 26 | ENGINEERING CONTRACTORS' ASSOC, 8310 FLORENCE AVE, DOWNEY, CA 90240 | 04/17/10 | 173 | $575.00 | | Blank | 10-10362 | Neenah Foundry Company | CLAIMED DEBTOR BLANK |
| 27 | FASTENAL COMPANY, ATTN LEGAL, PO BOX 978, WINONA, MN 55987 | 05/04/10 | 437 | $6,012.87 | 10-10370 | Dalton Corporation | 10-10374 | Dalton Corporation, Warsaw Manufacturing Facility | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 28 | FEDEX CUSTOMER INFORMATION SERVICES, ASSIGNEE OF FEDEX EXPRESS/FEDEX GROUND, ATTN REVENUE RECOVERY/BANKRUPTCY, 3965 AIRWAYS BLVD MODULE G 3RD FLOOR, MEMPHIS, TN 38116 | 05/10/10 | 460 | $688.02 | 10-10370 | Dalton Corporation | 10-10374 | Dalton Corporation, Warsaw Manufacturing Facility | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 29 | FEDEX CUSTOM CRITICAL, C/O RMS BANKRUPTCY RECOVERY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 | 05/26/10 | 622 | $436.28 | | NEENAH ENTERPRISES | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 30 | FOUNDERS SERVICE & MFG CO, PO BOX 56, NORTH BENTON, OH 44449 | 05/04/10 | 439 | $16,552.57 | | Blank | 10-10365 | Advanced Cast Products, Inc. | CLAIMED DEBTOR BLANK |

## Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEG# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 31 | GENERAL KINEMATICS CORP / c/o TR CAPITAL, LLC / ATTN: TERREL ROSS / 285 SUNRISE HIGHWAY, SUITE 42 / ROCKVILLE CENTRE, NY 11570 / TRANSFEROR: / GENERAL KINEMATICS CORP / PO BOX 345 / CRYSTAL LAKE, IL 60039 | 05/18/10 | 518 | $424.14 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 32 | GREAT LAKES AUTOMATION SUPPLY / C/O KENDALL ELECTRIC INC / 5101 S SPRINKLE RD / PORTAGE, MI 49002 | 04/24/10 | 323 | $716.28 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 33 | GULF OIL LIMITED PARTNERS / C/O CREDITORS BANKRUPTCY SERVICE / PO BOX 740933 / DALLAS, TX 75374 | 04/13/10 | 114 | $3,225.17 | Neenah Enterprises, Inc. | 10-10360 | Morgan's Welding, Inc. | 10-10378 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 34 | HARTMAN & SONS INC / PO BOX 478 / PIERCETON, IN 46562 | 04/15/10 | 99 | $3,245.51 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 35 | HITECH SHOES & DESIGNS / C/O SELKOP INDUSTRIES INC / 435 W NORTH BEND RD / CINCINNATI, OH 45216 | 03/29/10 | 80 | $41,996.80 | Neenah Enterprises, Inc. | 10-10360 | Advanced Cast Products, Inc. | 10-10365 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 36 | HORNER INDUSTRIAL SERVICES,INC / PO BOX 660292 / INDIANAPOLIS, IN 46266 | 04/26/10 | 345 | $6,541.95 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 37 | HUDAPACK METAL TREATING INC / 979 KOOPMAN LANE / ELKHORN, WI 53121 | 04/17/10 | 160 | $2,130.00 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 38 | INDIANA POWER & LIGHT COMPANY / ATTN: LACHELLE D STEPP / 8520 ALLISON POINTE BLVD SUITE 200 / INDIANAPOLIS, IN 46250 | 03/29/10 | 82 | $1,021.56 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 39 | J P PATTERN INC / 5038 N 125TH STREET / BUTLER, WI 53007 | 04/28/10 | 363 | $3,860.00 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 40 | J-COM E.D.I. SERVICES / PO BOX 31060 / TUCSON, AZ 85751 | 04/20/10 | 247 | $105.00 | Blank | | Gregg Industries, Inc. | 10-10366 | CLAIMED DEBTOR BLANK |
| 41 | JAMES S RICKUN ENV CONSULTING / 4933 BLACK OAK DR / MADISON, WI 53711 | 04/19/10 | 225 | $18,338.82 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 42 | JANITORS SUPPLY INC / 540 EAST 2ND STREET / ERIE, PA 16507 | 05/20/10 | 538 | $435.05 | Blank | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |
| 43 | KINETIC EQUIPMENT INC / 2146 W PERSHING ST / APPLETON, WI 54914 | 04/17/10 | 163 | $348.90 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 44 | KINOX TEXTILES INC / PO BOX 584 284 EAST BEMENT ST / EDGERTON, OH 43517 | 04/17/10 | 191 | $556.44 | Dalton Corporation | 10-10370 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIM FILED AGAINST INCORRECT DEBTOR |

## Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CLAIMED CASE | MODIFIED DEBTOR | MODIFIED CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 45 | KREISER FUEL SERVICE, 123 RACEHORSE DRIVE, JONESTOWN, PA 17038 | 04/27/10 | 354 | $2,449.21 | Neenah Enterprises, Inc. | 10-10360 | Morgan's Welding, Inc. | 10-10378 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 46 | KRIEG DEVAULT LLP, C/O C DANIEL MOTSINGER ESQ, ONE INDIANA SQUARE, SUITE 2800, INDIANAPOLIS, IN 46204 | 04/07/10 | 84 | $3,573.50 | Neenah Enterprises, Inc. | | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 47 | KT-GRANT INC, 3073 ROUTE 66, EXPORT, PA 15632 | 04/30/10 | 427 | $8,742.00 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 48 | L E S, PO BOX 80869, LINCOLN, NE 68501 | 04/24/10 | 339 | $32,573.73 | Blank | | Deeter Foundry, Inc. | 10-10369 | CLAIMED DEBTOR BLANK |
| 49 | LEXISNEXIS, A DIV OF REED ELSEVIER INC, ATTN BETH FARNHAM, 9443 SPRINGBORO PIKE, MIAMISBURG, OH 45342 | 03/05/10 | 53 | $387.00 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 50 | LINCOLN CONT SUPPLY INC, PO BOX 270168, MILWAUKEE, WI 53227 | 04/17/10 | 159 | $29,595.25 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 51 | LORD CORPORATION, 2000 WEST GRANDVIEW BLVD, ERIE, PA 16509 | 02/23/10 | 41 | $950.00 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 52 | MAGID GLOVE MFG CO, 2060 N KOLMAR AVE, CHICAGO, IL 60639 | 04/20/10 | 235 | $28,516.74 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 53 | MCMASTER-CARR SUPPLY CO, 200 AURORA INDUSTRIAL SUPPLY, AURORA, OH 44202 | 02/23/10 | 30 | $1,216.24 | Dalton Corporation | 10-10370 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 54 | MCMASTER-CARR SUPPLY, PO BOX 4355, CHICAGO, IL 60680 | 02/19/10 | 13 | $11,275.45 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 55 | MOELLER MAUNUFACTURING COMPANY, 43938 PLYMOUTH OAKS BOULEVARD, PLYMOUTH, MI 48170 | 04/23/10 | 307 | $99.84 | Blank | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |
| 56 | NICHOLSON & CATES LTD, DEPT CH17946, PALATINE, IL 60055 | 05/13/10 | 487 | $11,508.75 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 57 | NORTHERN INDIANA PUBLIC SERVICE COMPANY, ATTN REVENUE ASSURANCE & RECOVERY, 801 E 86TH AVE, MERRILLVILLE, IN 46410 | 05/10/10 | 461 | $242,566.42 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 58 | NORTHERN INDIANA TRADING CO INC, ATTN REVENUE ASSURANCE & RECOVERY, 801 E 86TH AVENUE, MERRIVILLE, IN 46410 | 04/13/10 | 112 | $1,112.01 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | CLAIM FILED AGAINST INCORRECT DEBTOR |

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CASE | MODIFIED DEBTOR | CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 59 | OGLETREE DEAKINS NASH SMOAK & STEWART PC c/o LIQUIDITY SOLUTIONS INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 / TRANSFEROR: OGLETREE DEAKINS NASH SMOAK & STEWART PC PO BOX 167 GREENVILLE, SC 29607 | 04/30/10 | 408 | $16,935.92 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 60 | OHIO GAS COMPANY PO BOX 528 BRYAN, OH 43506 | 04/20/10 | 249 | $1,818.49 | Blank | | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIMED DEBTOR BLANK |
| 61 | ONOX INC 44382 S GRIMMER BLVD FREMONT, CA 94538 | 04/24/10 | 330 | $1,432.74 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 62 | PENN POWER BANKRUPTCY DEPARTMENT 8896 MILLER RD SUITE 204 BRECKSVILLE, OH 44141 | 05/01/10 | 416 | $2,734.94 | Neenah Enterprises, Inc. | 10-10360 | Mercer Forge Corporation | 10-10367 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 63 | PER MAR PO BOX 1101 DAVENPORT, IA 52805 | 05/03/10 | 429 | $4,965.19 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 64 | POWER TOOL SERVICE CO 300 NORTH WEBSTER GREEN BAY, WI 54301 | 04/16/10 | 129 | $118.11 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 65 | PURITY CYLINDER GASES INC PO BOX 9390 GRAND RAPIDS, MI 49509 | 04/20/10 | 260 | $6,810.94 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 66 | PYRO-MATIC INC 2185 W PERSHING ST APPLETON, WI 54914 | 04/24/10 | 326 | $1,567.36 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 67 | QBF 5097 NATHAN LANE MINNEAPOLIS, MN 55442 | 04/20/10 | 245 | $7,048.95 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 68 | REDLON & JOHNSON PO BOX 698 PORTLAND, ME 04104 | 04/19/10 | 221 | $412.30 | Blank | | Mercer Forge Corporation | 10-10367 | CLAIMED DEBTOR BLANK |
| 69 | REFRACTORY SALES & SERVICE INC PO BOX 8500-3960 PHILADELPHIA, PA 19178 | 04/28/10 | 361 | $18,936.00 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 70 | RENITE COMPANY PO BOX 30830 COLUMBUS, OH 43230 | 04/20/10 | 254 | $1,154.42 | Blank | | Mercer Forge Corporation | 10-10367 | CLAIMED DEBTOR BLANK |
| 71 | SADOFF IRON & METAL COMPANY PO BOX 1138 240 W ARNDT ST FOND DU LAC, WI 54936 | 05/20/10 | 546 | $549,376.22 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 72 | SHEFFIELD CONTAINER CORP. PO BOX 579 EMERIES, PA 16347 | 04/20/10 | 242 | $21,257.77 | Blank | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK |
| 73 | SHELLS INC PO BOX 72458 CLEVELAND, OH 44192 | 05/15/10 | 506 | $4,538.32 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |

## Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEC# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CLAIMED CASE | MODIFIED DEBTOR | MODIFIED CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 74 | SIDENER ENGINEERING PO BOX 1476 NOBLESVILLE, IN 46061 | 04/24/10 | 325 | $823.45 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 75 | SMITH & RICHARDSON MFG CO. 727 MAY ST GENEVA, IL 60134 | 04/23/10 | 317 | $7,700.02 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 76 | THE KINDT - COLLINS CO. 14124 ORANGE AVE PARAMOUNT, CA 90723 | 05/11/10 | 473 | $54.55 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 77 | TOLEDO EDISON BANKRUPTCY DEPARTMENT 6896 MILLER RD SUITE 204 BRECKSVILLE, OH 44141 | 05/01/10 | 417 | $11,454.22 | Neenah Enterprises, Inc. | | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 78 | TPC WIRE & CABLE 4570 PAYSPHERE CIRCLE CHICAGO, IL 60674 | 04/20/10 | 243 | $2,526.10 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 79 | TRUCK EQUIPMENT PO BOX 11296 GREEN BAY, WI 54307 | 05/24/10 | 614 | $209.03 | Blank | | Neenah Transport, Inc. | 10-10364 | CLAIMED DEBTOR BLANK |
| 80 | TUSH/AUS COMPUTER SERVICES 10400 INNOVATION DR-SUITE 100 MILWAUKEE, WI 53226 | 04/20/10 | 255 | $492.45 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 81 | UNITED PARCEL SERVICE C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 4396 TIMONIUM, MD 21094 | 05/28/10 | 626 | $176.26 | Neenah Enterprises, Inc. | 10-10360 | Deeter Foundry, Inc. | 10-10369 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 82 | UNITED TELEPHONE COMPANY OF INDIANA INC PO BOX 7971 SHAWNEE MISSION, KS 66207 | 05/22/10 | 601 | $499.29 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 83 | VALLEY NATIONAL GASES LLC PO BOX 6628 WHEELING, WV 26003 | 04/26/10 | 391 | $99,457.05 | NEENAH ENTERPRISES | 10-10360 | Mercer Forge Corporation | 10-10367 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 84 | WASTE MANAGEMENT C/O JACOLOLYN MILLS 1001 FANNIN ST STE 4000 HOUSTON, TX 77002 | 05/14/10 | 498 | $1,612.50 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 85 | WAUKESHA WATER UTILITY 115 DELAFIELD ST WAUKESHA, WI 53188 | 04/20/10 | 251 | $105.43 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 86 | WESCO DISTRIBUTION 737 OAKLAWN AVE ELMHURST, IL 60126 | 03/05/10 | 52 | $5,554.64 | NEENAH ENTERPRISES | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 87 | WIESE PLANNING & ENG c/o ASM CAPITAL LP 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 TRANSFEROR: WIESE PLANNING & ENG 4549 W BRADLEY ST INDIANAPOLIS, IN 46241 | 04/30/10 | 407 | $5,998.58 | Blank | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK |
| 88 | WISCONSIN LIFT TRUCK 3125 INTERTECH DR BROOKFIELD, WI 53045 | 02/17/10 | 27 | $15,409.46 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR |

# Neenah Enterprises, Inc.
## EXHIBIT A - INCORRECT DEBTOR CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CLAIMED CASE | MODIFIED DEBTOR | MODIFIED CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 89 | WISCONSIN POWER TOOL INC<br>3132 N MAYFAIR RD<br>MILWAUKEE, WI 53222 | 04/21/10 | 270 | $80.13 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |
| 90 | XPEDX<br>PO BOX 644520<br>PITTSBURGH, PA 15264 | 04/01/10 | 116 | $624.20 | Neenah Enterprises, Inc. | 10-10360 | Advanced Cast Products, Inc. | 10-10365 | CLAIM FILED AGAINST INCORRECT DEBTOR |
| 91 | ZORN-COCHRANE COMPRESSOR & EQUIP<br>733 POTTS AVE<br>GREEN BAY, WI 54304 | 04/20/10 | 256 | $186.33 | Blank | | Neenah Foundry Company | 10-10362 | CLAIMED DEBTOR BLANK |

$1,596,806.81

# EXHIBIT B

## Amended Claims

# Neenah Enterprises, Inc.
## EXHIBIT B - AMENDED & SUPERSEDED CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED | | | | | | SURVIVING CLAIMS | | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | AMERICAN COLLOID COMPANY 2870 FORBS AVENUE HOFFMAN ESTATES, IL 60192 | 04/07/10 | Blank | 10-10362 | 85 | $402,705.03 | AMERICAN COLLOID COMPANY 2870 FORBS AVE HOFFMAN ESTATES, IL 60192 | 05/11/10 | Advanced Cast Products, Inc. | 10-10365 | 467 | $47,410.07 | SUPERSEDED (AMENDED) |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Mercer Forge Corporation | 10-10367 | 77 | $2,705.69 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Mercer Forge Corporation | 10-10367 | 414 | $292.83 | SUPERSEDED (AMENDED) |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | MORGAN'S WELDING, INC | 10-10378 | 1 | $5,960.88 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Morgan's Welding, Inc. | 10-10378 | 47 | $0.00 | SUPERSEDED (AMENDED) |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | A & M SPECIALTIES, INC | 10-10373 | 2 | $2,938.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | A&M Specialties, Inc. | 10-10373 | 74 | $0.00 | SUPERSEDED (AMENDED) |
| 5 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DALTON CORPORATION | 10-10370 | 3 | $21,563.08 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Dalton Corporation | 10-10370 | 412 | $0.00 | SUPERSEDED (AMENDED) |
| 6 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DEETER FOUNDRY, INC | 10-10369 | 4 | $8,335.88 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Deeter Foundry, Inc. | 10-10369 | 413 | $0.00 | SUPERSEDED (AMENDED) |
| 7 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | MERCER FORGE CORPORATION | 10-10367 | 5 | $3,432.85 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Mercer Forge Corporation | 10-10367 | 414 | $292.83 | SUPERSEDED (AMENDED) |
| 8 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | GREGG INDUSTRIES, INC | 10-10366 | 6 | $13,576.34 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Gregg Industries, Inc. | 10-10366 | 46 | $0.00 | SUPERSEDED (AMENDED) |
| 9 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | ADVANCED CAST PRODUCTIONS, INC | 10-10365 | 7 | $19,480.42 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Advanced Cast Products, Inc. | 10-10365 | 48 | $0.00 | SUPERSEDED (AMENDED) |
| 10 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH FOUNDRY COMPANY | 10-10362 | 9 | $162,144.10 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Neenah Foundry Company | 10-10362 | 415 | $0.00 | SUPERSEDED (AMENDED) |
| 11 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH ENTERPRISES, INC | 10-10360 | 10 | $1,000.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Neenah Enterprises, Inc. | 10-10360 | 44 | $0.00 | SUPERSEDED (AMENDED) |
| 12 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Dalton Corporation | 10-10370 | 75 | $15,816.70 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Dalton Corporation | 10-10370 | 412 | $0.00 | SUPERSEDED (AMENDED) |
| 13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Deeter Foundry, Inc. | 10-10369 | 76 | $1,553.79 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Deeter Foundry, Inc. | 10-10369 | 413 | $0.00 | SUPERSEDED (AMENDED) |
| 14 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/03/10 | Neenah Foundry Company | 10-10362 | 78 | $8,301.83 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Neenah Foundry Company | 10-10362 | 415 | $0.00 | SUPERSEDED (AMENDED) |
| 15 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 03/04/10 | Neenah Foundry Company | 10-10362 | 45 | $8,401.83 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Neenah Foundry Company | 10-10362 | 415 | $0.00 | SUPERSEDED (AMENDED) |
| 16 | FORT WAYNE LIQUID COATINGS ATTN JOSEPH G BONAHOOM BONAHOOM & BONAHOOM LLP 110 WEST BERRY STREET STE 1900 FORT WAYNE, IN 46802 | 04/19/10 | | 10-10360 | 277 | $31,714.81 | FORT WAYNE LIQUID COATINGS ATTN JOSEPH G BONAHOOM BONAHOOM & BONAHOOM LLP 110 W BERRY ST STE 1900 FORT WAYNE, IN 46802 | 04/20/10 | Dalton Corporation, Wisconsin Manufacturing Facility | 10-10374 | 445 | $68,733.28 | SUPERSEDED (AMENDED) |
| 17 | MSC INDUSTRIAL SUPPLY CO ATTN LEGAL DEPT 75 MAXESS RD MELVILLE, NY 11747 | 02/17/10 | NEENAH FOUNDRY CORP | 10-10360 | 40 | $39,079.61 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/15/10 | NEENAH FOUNDRY CORP | | 65 | $28,374.24 | SUPERSEDED (AMENDED) |

Neenah Enterprises, Inc.
EXHIBIT B - AMENDED & SUPERSEDED CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED | | | | | | SURVIVING CLAIMS | | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 18 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/05/10 | A & M SPECIALTIES | 10-10373 | 55 | $1,869.02 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPT 75 MAXESS RD MELVILLE, NY 11747 | 05/24/10 | A&M Specialties, Inc. | 10-10373 | 617 | $0.00 | SUPERSEDED (AMENDED) |
| 19 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/05/10 | NEENAH FOUNDRY CORP | 10-10373 | 57 | $43,312.91 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/15/10 | NEENAH FOUNDRY CORP | | 65 | $28,374.24 | SUPERSEDED (AMENDED) |
| 20 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/05/10 | MORGAN'S WELDING | 10-10378 | 58 | $205.64 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPT 75 MAXESS RD MELVILLE, NY 11747 | 05/24/10 | Morgan's Welding, Inc. | 10-10378 | 618 | $0.00 | SUPERSEDED (AMENDED) |
| 21 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/05/10 | Dalton Corporation | 10-10370 | 59 | $220.72 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPT 75 MAXESS RD MELVILLE, NY 11747 | 05/24/10 | Dalton Corporation | 10-10370 | 619 | $0.00 | SUPERSEDED (AMENDED) |
| 22 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 02/17/10 | Advanced Cast Products, Inc. | 10-10365 | 26 | $9,991.07 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPT 75 MAXESS RD MELVILLE, NY 11747 | 05/24/10 | Advanced Cast Products, Inc. | 10-10365 | 616 | $0.00 | SUPERSEDED (AMENDED) |
| 23 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS ROAD MELVILLE, NY 11747 | 03/04/10 | Dalton Corporation | 10-10370 | 51 | $1,242.80 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPT 75 MAXESS RD MELVILLE, NY 11747 | 05/24/10 | Dalton Corporation | 10-10370 | 619 | $0.00 | SUPERSEDED (AMENDED) |
| 24 | OGLETREE DEAKINS NASH SMOAK & STEWART PC PO BOX 167 GREENVILLE, SC 29607 | 04/03/10 | Neenah Enterprises, Inc. | 10-10360 | 73 | $15,521.92 | OGLETREE DEAKINS NASH SMOAK & STEWART PC c/o LIQUIDITY SOLUTIONS INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601  TRANSFEROR: OGLETREE DEAKINS NASH SMOAK & STEWART PC PO BOX 167 GREENVILLE, SC 29607 | 04/30/10 | Neenah Enterprises, Inc. | 10-10360 | 408 | $16,935.92 | |
| 25 | RED-D-ARC INC C/O TAISHA DICKERSON 665 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 03/12/10 | Morgan's Welding, Inc. | 10-10378 | 63 | $875.92 | RED-D-ARC INC ATTN TAISHA DICKERSON 665 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 04/30/10 | Morgan's Welding, Inc. | 10-10378 | 409 | $1,067.49 | SUPERSEDED (AMENDED) |
| 26 | STANDARD ELECTRIC SUPPLY COMPANY 222 N EMMBER LANE MILWAUKEE, WI 53233 | 04/05/10 | Neenah Enterprises, Inc. | 10-10360 | 87 | $21,187.31 | STANDARD ELECTRIC SUPPLY 3111 E CAPITOL DR APPLETON, WI 54911 | 04/22/10 | Neenah Foundry Company | 10-10362 | 393 | $21,187.31 | SUPERSEDED (AMENDED) |

$939,149.42

$214,668.21

2 of 2

## EXHIBIT C

## Duplicate Claims

# Neenah Enterprises, Inc.
## EXHIBIT C - DUPLICATE CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | CLAIMS TO BE EXPUNGED — DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | SURVIVING CLAIMS — NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C.A.T.S. CARBON INC PO BOX 100 WARRIOR, AL 35180 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 177 | $11,969.50 | C.A.T.S. CARBON INC PO BOX 100W WARRIOR, AL 35180 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 171 | $11,969.50 | SINGLE DEBTOR DUPLICATE |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/23/10 | Mercer Forge Corporation | 10-10367 | 15 | $3,432.85 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | MERCER FORGE CORPORATION | 10-10367 | 5 | $3,432.85 | SINGLE DEBTOR DUPLICATE |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/23/10 | Dalton Corporation | 10-10370 | 35 | $21,563.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DALTON CORPORATION | 10-10370 | 3 | $21,563.00 | SINGLE DEBTOR DUPLICATE |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/23/10 | Deeter Foundry, Inc. | 10-10369 | 37 | $8,335.88 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DEETER FOUNDRY, INC | 10-10369 | 4 | $8,335.88 | SINGLE DEBTOR DUPLICATE |
| 5 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Neenah Enterprises, Inc. | 10-10360 | 210 | $1,000.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH ENTERPRISES, INC | 10-10360 | 10 | $1,000.00 | SINGLE DEBTOR DUPLICATE |
| 6 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Neenah Foundry Company | 10-10362 | 211 | $162,144.10 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH FOUNDRY COMPANY | 10-10362 | 9 | $162,144.10 | SINGLE DEBTOR DUPLICATE |
| 7 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Neenah Transport, Inc. | 10-10364 | 212 | $500.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH TRANSPORT, INC | 10-10364 | 8 | $500.00 | SINGLE DEBTOR DUPLICATE |
| 8 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Advanced Cast Products, Inc. | 10-10365 | 213 | $19,490.42 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | ADVANCED CAST PRODUCTIONS, INC | 10-10365 | 7 | $19,490.42 | SINGLE DEBTOR DUPLICATE |
| 9 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Gregg Industries, Inc. | 10-10366 | 214 | $13,576.34 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | GREGG INDUSTRIES, INC | 10-10366 | 6 | $13,576.34 | SINGLE DEBTOR DUPLICATE |
| 10 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Mercer Forge Corporation | 10-10367 | 215 | $3,432.85 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | MERCER FORGE CORPORATION | 10-10367 | 5 | $3,432.85 | SINGLE DEBTOR DUPLICATE |
| 11 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Deeter Foundry, Inc. | 10-10369 | 216 | $8,335.88 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DEETER FOUNDRY, INC | 10-10369 | 4 | $8,335.88 | SINGLE DEBTOR DUPLICATE |
| 12 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Dalton Corporation | 10-10370 | 217 | $21,563.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | DALTON CORPORATION | 10-10370 | 3 | $21,563.00 | SINGLE DEBTOR DUPLICATE |
| 13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | A&M Specialties, Inc. | 10-10373 | 218 | $2,938.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | A & M SPECIALTIES, INC | 10-10373 | 2 | $2,938.00 | SINGLE DEBTOR DUPLICATE |
| 14 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 04/19/10 | Morgan's Welding, Inc. | 10-10378 | 219 | $5,960.88 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | MORGAN'S WELDING, INC | 10-10378 | 1 | $5,960.88 | SINGLE DEBTOR DUPLICATE |
| 15 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/23/10 | A&M Specialties, Inc. | 10-10373 | 20 | $2,938.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | A & M SPECIALTIES, INC | 10-10373 | 2 | $2,938.00 | SINGLE DEBTOR DUPLICATE |
| 16 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/23/10 | Neenah Transport, Inc. | 10-10364 | 21 | $500.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 02/19/10 | NEENAH TRANSPORT, INC | 10-10364 | 8 | $500.00 | SINGLE DEBTOR DUPLICATE |
| 17 | LINDAFAR INWAY INC 13410 SUTTON PARK DRIVE SOUTH JACKSONVILLE, FL 32224 | 04/28/10 | Neenah Enterprises, Inc. | 10-10360 | 392 | $5,763.78 | LINDAFAR INWAY INC 13410 SUTTON PARK DR S JACKSONVILLE, FL 32224 | 04/28/10 | Neenah Foundry Company | 10-10362 | 368 | $5,763.78 | SINGLE DEBTOR DUPLICATE |
| 18 | MARIA LEISING CORPORATION 300 FELLOWSHIP ROAD MOUNT LAUREL, NJ 08054 | 04/08/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 92 | $4,149.22 | MARIA LEISING CORPORATION 300 FELLOWSHIP ROAD MOUNT LAUREL, NJ 08054 | 04/06/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 115 | $4,149.22 | SINGLE DEBTOR DUPLICATE |

# Neenah Enterprises, Inc.
## EXHIBIT C - DUPLICATE CLAIMS

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | CLAIMS TO BE EXPUNGED | | | | | SURVIVING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 19 | NORTHERN INDIANA PUBLIC SERVICE COMPANY ATTN REVENUE ASSURANCE & RECOVERY 801 E 86TH AVENUE MERRILLVILLE, IN 46410 | 05/11/10 | Neenah Enterprises, Inc. | 10-10360 | 482 | $242,566.42 | 05/10/10 | Neenah Enterprises, Inc. | 10-10360 | 481 | $242,566.42 | SINGLE DEBTOR DUPLICATE |
| 20 | OKLAHOMA COUNTY TREASURER ATTN FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 04/19/10 | Neenah Enterprises, Inc. | 10-10360 | 203 | $5,486.93 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 69 | $5,486.93 | SINGLE DEBTOR DUPLICATE |
| 21 | OKLAHOMA COUNTY TREASURER ATTN FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 03/30/10 | Neenah Enterprises, Inc. | 10-10360 | 72 | $5,486.93 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 69 | $5,486.93 | SINGLE DEBTOR DUPLICATE |
| 22 | OKLAHOMA TAX COMMISSION ATTN BANKRUPTCY SECTION C/O GENERAL COUNSELS OFFICE 120 N ROBINSON SUITE 2000 OKLAHOMA CITY, OK 73102 | 04/19/10 | Neenah Foundry Company | 10-10362 | 204 | $311.00 | 03/22/10 | Neenah Foundry Company | 10-10362 | 68 | $311.00 | SINGLE DEBTOR DUPLICATE |
| 23 | PYRO-MATIC INC 2165 W PERSHING ST APPLETON, WI 54914 | 04/20/10 | Blank | 10-10362 | 240 | $1,567.36 | 04/24/10 | Blank | | 326 | $1,567.36 | SINGLE DEBTOR DUPLICATE |
| 24 | RED-D-ARC INC C/O TASHA DICKERSON 685 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 04/19/10 | Morgan's Welding, Inc. | 10-10378 | 202 | $875.92 | 03/12/10 | Morgan's Welding, Inc. | 10-10378 | 63 | $875.92 | SINGLE DEBTOR DUPLICATE |
| 25 | RED-D-ARC INC ATTN TASHA DICKERSON 685 LEE INDUSTRIAL BLVD AUSTELL, GA 30168 | 04/22/10 | Morgan's Welding, Inc. | 10-10378 | 281 | $875.92 | 03/12/10 | Morgan's Welding, Inc. | 10-10378 | 63 | $875.92 | SINGLE DEBTOR DUPLICATE |
| 26 | WELLS FARGO EQUIPMENT FINANCE INC ATTN GARY T DREYLING 733 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | 05/20/10 | Neenah Enterprises | 10-10360 | 615 | $65,941.92 | 05/15/10 | Neenah Enterprises | 10-10360 | 508 | $65,941.92 | SINGLE DEBTOR DUPLICATE |
| 27 | WELLS FARGO EQUIPMENT FINANCE INC ATTN GARY T DREYLING 733 MARQUETTE AVENUE MINNEAPOLIS, MN 55402 | 05/20/10 | Neenah Enterprises | 10-10360 | 539 | $65,941.92 | 05/15/10 | Neenah Enterprises | 10-10360 | 508 | $65,941.92 | SINGLE DEBTOR DUPLICATE |
| 28 | WISCONSIN LIFT TRUCK 3125 INTERTECH DR BROOKFIELD, WI 53045 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 26 | $15,409.46 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 27 | $15,409.46 | SINGLE DEBTOR DUPLICATE |

$702,057.60          $702,057.60

2 of 2