**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Related Docket No.** 154 |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GREENBERG TRAURIG, LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 12, 2010

Upon the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of Neenah Enterprises, Inc., *et al.* (collectively, the "**Debtors**") for entry of an Order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), authorizing the retention and employment of Greenberg Traurig, LLP as counsel for the Committee, *nunc pro tunc* to February 12, 2010; and upon reviewing and considering the Detweiler Affidavit and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Detweiler Affidavit, Greenberg

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2]   All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

EL 86307908 v 1

Traurig represents no interest adverse to the Debtors' estates or their creditors, Greenberg Traurig is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Greenberg Traurig's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Application shall be, and hereby is, granted and approved.

2.    The Committee is authorized to retain Greenberg Traurig as its counsel, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to February 12, 2010, to perform the services set forth in the Application.

3.    Greenberg Traurig shall be compensated in accordance with sections 328, 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Rules and any orders of this Court.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date:  April 5, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

*DEL 86307908 v 1*

**EXHIBIT B**

Invoice No.:    2686159                                                                           Page 1
Matter No.:    125368.010100

## Description of Professional Services Rendered:

ACTION CODE:    803    BUSINESS OPERATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/10 | Sandra G. M. Selzer | Review of draft limited objection to OCP Motion | 0.20 | 99.00 |
| 03/05/10 | Sean W. Bezark | Research and review Neenah environmental matters and liabilities. | 2.20 | 1,474.00 |
| 03/08/10 | Donald J. Detweiler | Multiple e-mails re: changes to Second Day Orders and Ordinary Course Professional Order. | 0.70 | 465.50 |
| 03/08/10 | Donald J. Detweiler | Revise Ordinary Course Professionals Order. | 0.20 | 133.00 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order(FINAL) Authorizing Debtors to (I) Pay Installments Under Prepetition Insurance Premium Finance Agreements, (II) Continue Prepetition Insurance Policies, and (III) Pay All Prepetition Obligations in Respect Thereof | 0.20 | 99.00 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order (FINAL) Authorizing Debtors (I) to Pay Prepetition Claims of Certain Critical Vendors; and (II) to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors Within the Twenty-Day Period Prior to the Petition Date | 0.20 | 99.00 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order (FINAL) Authorizing Debtors to Honor Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business | 0.20 | 99.00 |
| 03/09/10 | Sean W. Bezark | Work on critical vendor issues. | 1.10 | 737.00 |
| 03/09/10 | Sandra G. M. Selzer | Review of Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals in the Ordinary Course of Business | 0.20 | 99.00 |
| 03/16/10 | Sandra G. M. Selzer | Review Affidavit of Ordinary Course Professional (Real Estate Counsel to Debtor) | 0.20 | 99.00 |
| 03/19/10 | Sandra G. M. Selzer | Review of Affidavit of Ordinary Course Professional  (Sawtelle, Barry) | 0.20 | 99.00 |
| 03/23/10 | Sandra G. M. Selzer | Review of Affidavit of Ordinary Course Professional - Gray | 0.20 | 99.00 |
| 03/25/10 | Sean W. Bezark | Review Neenah Enterprises cash flow projections and financial information. | 1.00 | 670.00 |
| 03/25/10 | Donald J. Detweiler | Review and analysis of Critical Vendor information (3.7); e-mail Committee re; Critical Vendor information (0.3). | 4.00 | 2,660.00 |
| 03/25/10 | Sandra G. M. Selzer | Review status of critical vendor program | 0.30 | 148.50 |

Invoice No.:    2686159
Matter No.:    125368.010100

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/29/10 | Sean W. Bezark | Review and work on environmental matters related to Neenah Enterprises. | 2.50 | 1,675.00 |
| 03/29/10 | Donald J. Detweiler | Telephone call with Morris Anderson re: operating issues. | 0.50 | 332.50 |
| 03/29/10 | Donald J. Detweiler | Review and analysis of weekly financial report. | 0.30 | 199.50 |
| 03/29/10 | Sandra G. M. Selzer | Review of Supplemental List of Ordinary Course Professionals - Notice of First Supplemental List of Ordinary Course Professionals | 0.40 | 198.00 |
| 03/29/10 | Sandra G. M. Selzer | Review of Affidavit of Ordinary Course Professional - Solomon L. Lowenstein, Jr., Attorney at Law | 0.20 | 99.00 |
| 03/29/10 | Sandra G. M. Selzer | Review of Gregory B. Gill Sr Affidavit | 0.20 | 99.00 |
| 03/29/10 | Sandra G. M. Selzer | Review Affidavit of Ordinary Course Professional - Ginger Dwyer | 0.20 | 99.00 |
| 03/29/10 | Sandra G. M. Selzer | Review Affidavit of Ordinary Course Professional - Schenck S.C. | 0.20 | 99.00 |
| 03/29/10 | Sandra G. M. Selzer | Review of Affidavit of Ordinary Course Professional - Kozloff Stoudt | 0.20 | 99.00 |
| 03/29/10 | Sandra G. M. Selzer | Review of Affidavit of Ordinary Course Professional - Remley & Sensenbrenner, S.C | 0.20 | 99.00 |
| 03/30/10 | Sean W. Bezark | Review Morris Anderson's weekly financial report. | 0.40 | 268.00 |
| 03/30/10 | Sandra G. M. Selzer | Review of Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Hallett Associates, Inc | 0.20 | 99.00 |
| 03/30/10 | Sandra G. M. Selzer | Review of Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Barnes and Thornburg LLP | 0.20 | 99.00 |
| 03/30/10 | Sandra G. M. Selzer | Review of Notice of Filing of Affidavit of Disinterestedness of Ordinary Course Professional Hill, Barth & King, LLC | 0.20 | 99.00 |

Total Hours:    17.00

Total Amount:    $ 10,644.00

TIMEKEEPER SUMMARY FOR ACTION CODE 803.

BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 7.20 | 670.00 | 4,824.00 |
| Donald J. Detweiler | 5.70 | 665.00 | 3,790.50 |
| Sandra G. M. Selzer | 4.10 | 495.00 | 2,029.50 |
| Totals: | 17.00 | 626.12 | $    10,644.00 |

Invoice No.:    2686159                                          Page 3
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    804        CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/01/10 | Elizabeth C. Thomas | Download and distribute pleadings. | 0.10 | 22.00 |
| 03/02/10 | Elizabeth C. Thomas | Compile names of parties entering appearance and forward to M. Townsend. | 0.10 | 22.00 |
| 03/04/10 | Sandra G. M. Selzer | Review of case critical dates and deadlines | 0.30 | 148.50 |
| 03/04/10 | Elizabeth C. Thomas | Review docket for updates and deadlines. | 0.10 | 22.00 |
| 03/05/10 | Sean W. Bezark | Review Neenah operating financial information. | 1.00 | 670.00 |
| 03/05/10 | Donald J. Detweiler | Review, analysis and finalize various Second Day Orders; Utilities (0.5); Ordinary Course Professionals (0.5); Critical Vendors (0.5); professional retentions (0.5). | 2.00 | 1,330.00 |
| 03/08/10 | Donald J. Detweiler | Telephone call with Committee re: issues to be resolved for 3/9 hearing. | 0.60 | 399.00 |
| 03/09/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference. | 0.90 | 603.00 |
| 03/09/10 | Sandra G. M. Selzer | Address E-Room compilation and organization | 0.50 | 247.50 |
| 03/10/10 | Sandra G. M. Selzer | Address e-room issues with P Subda | 0.50 | 247.50 |
| 03/11/10 | Sandra G. M. Selzer | Review of critical case dates and deadlines | 0.40 | 198.00 |
| 03/11/10 | Elizabeth C. Thomas | Update and distribute critical dates. | 0.10 | 22.00 |
| 03/12/10 | Scott D. Cousins | Review critical dates memorandum. | 0.10 | 71.00 |
| 03/15/10 | Sandra G. M. Selzer | Review of critical dates | 0.30 | 148.50 |
| 03/22/10 | Elizabeth C. Thomas | Update and distribute critical dates calendar. | 0.40 | 88.00 |
| 03/23/10 | Donald J. Detweiler | Review and analysis of pleadings filed in case. | 0.30 | 199.50 |
| 03/24/10 | Donald J. Detweiler | Meeting in office with Morris Anderson re: case issues. | 0.60 | 399.00 |

Total Hours:    8.30

Total Amount:    $ 4,837.50

Invoice No.:    2686159                                                          Page 4
Matter No.:    125368.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

      CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Sean W. Bezark | 1.90 | 670.00 | | 1,273.00 |
| Scott D. Cousins | 0.10 | 710.00 | | 71.00 |
| Donald J. Detweiler | 3.50 | 665.00 | | 2,327.50 |
| Sandra G. M. Selzer | 2.00 | 495.00 | | 990.00 |
| Elizabeth C. Thomas | 0.80 | 220.00 | | 176.00 |
| Totals: | 8.30 | 582.83 | $ | 4,837.50 |

Invoice No.:    2686159                                                     Page 5
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    805        CLAIMS ADMINISTRATION & OBJECT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 03/16/10 | Sandra G. M. Selzer | Review Notice of Lien Filed by Oklahoma County Treasurer | 0.20 | 99.00 |
| 03/22/10 | Donald J. Detweiler | Analysis of impairment issues. | 1.00 | 665.00 |
| 03/22/10 | Sandra G. M. Selzer | Draft email to D Dooley regarding estimation of claims | 0.20 | 99.00 |
| 03/23/10 | Max Riffin | Research re: impaired and unimpaired claims (2.5); Summarize findings for D. Detweiler re: same (.2) | 2.70 | 769.50 |
| 03/23/10 | Sandra G. M. Selzer | Review of claim summary charts from Morris Anderson | 0.40 | 198.00 |
| 03/23/10 | Sandra G. M. Selzer | Initial review of Motion to Establish Deadline to File Proofs of Claim and Approving the Form and Manner of Notice Thereof | 0.20 | 99.00 |
| 03/24/10 | Donald J. Detweiler | Review and analysis of Bar Date Motion. | 0.30 | 199.50 |
| 03/24/10 | Donald J. Detweiler | Conference in office with S. Selzer re: Bar Date issues. | 0.20 | 133.00 |
| 03/24/10 | Sandra G. M. Selzer | Review of memo regarding bar date motion | 2.00 | 990.00 |
| 03/24/10 | Monica L. Townsend | Communication from Garden City Group and follow up regarding same. | 0.10 | 43.50 |

Total Hours:    7.30

Total Amount:    $ 3,295.50

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 805.</u>

CLAIMS ADMINISTRATION & OBJECT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|------|-------|------|--------|
| Donald J. Detweiler | 1.50 | 665.00 | 997.50 |
| Max Riffin | 2.70 | 285.00 | 769.50 |
| Sandra G. M. Selzer | 3.00 | 495.00 | 1,485.00 |
| Monica L. Townsend | 0.10 | 435.00 | 43.50 |
| Totals: | 7.30 | 451.44 | $        3,295.50 |

Invoice No.:    2686159
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    806    EMPLOYEE BENEFITS/PENSIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/08/10 | Sandra G. M. Selzer | Review of Order Authorizing Continuation of the Employee Severance Plan in the Ordinary Course of Business | 0.20 | 99.00 |

|  |  | Total Hours: | 0.20 |  |
|--|--|--------------|------|--|
|  |  | Total Amount: |  | $ 99.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 806,

EMPLOYEE BENEFITS/PENSIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Sandra G. M. Selzer | 0.20 | 495.00 | 99.00 |
| Totals: | 0.20 | 495.00 | $ 99.00 |

Invoice No.:    2686159                                                                Page 7
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    809    FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/10 | Brian L. Colborn | Review existing loan documents for working capital loan for security interest issues (5.4); summarize same (1.4). | 6.80 | 3,264.00 |
| 03/01/10 | Scott D. Cousins | Review and revise draft DIP objection. | 3.80 | 2,698.00 |
| 03/01/10 | Scott D. Cousins | Revise proposed final DIP order to comport with objection. | 2.40 | 1,704.00 |
| 03/01/10 | Donald J. Detweiler | Telephone call with Debtors' counsel re: DIP financing issues. | 0.60 | 399.00 |
| 03/01/10 | Jonathan I. Lessner | Review prepetition loan documents and ucc searches | 3.00 | 1,920.00 |
| 03/01/10 | Sandra G. M. Selzer | Review of Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities, and (III) Granting Related Relief filed by the Debtors | 0.50 | 247.50 |
| 03/01/10 | Sandra G. M. Selzer | Address issues related to revisions to the Committee objection to the DIP Financing | 3.00 | 1,485.00 |
| 03/01/10 | Sandra G. M. Selzer | Address several emails from S Cousins, D Detweiler and B Colborn regarding Committee objection to the DIP Financing | 0.50 | 247.50 |
| 03/02/10 | Sean W. Bezark | Review draft Post-Petition Financing Objection. | 0.80 | 536.00 |
| 03/02/10 | Brian L. Colborn | Review and provide comments to draft DIP objection (3.8); discussion with S. Seltzer regarding same (.4); review loan documents for references in DIP objection and draft orders (2.9); conference with D. Detweiler regarding DIP objection issues (.5); review and provide comments to revised draft DIP objection (1.8). | 9.40 | 4,512.00 |
| 03/02/10 | Scott D. Cousins | Further review and revisions to draft DIP objection. | 4.60 | 3,266.00 |
| 03/02/10 | Scott D. Cousins | Further revisions to proposed Final DIP order. | 1.90 | 1,349.00 |
| 03/02/10 | Donald J. Detweiler | Review, revise and edit objection to DIP financing (1.3); conference in office with S. Cousins re: DIP financing objection (0.2); telephone call and e-mails with Debtors' counsel re: DIP financing objection (0.4). | 1.90 | 1,263.50 |
| 03/02/10 | Jonathan I. Lessner | Review prepetition loan documents and ucc searches | 2.50 | 1,600.00 |
| 03/02/10 | Jonathan I. Lessner | Discuss DIP objection status with B. | 1.80 | 1,152.00 |

Invoice No.:    2686159                                                      Page 8
Matter No.:    125368.010100

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | Colborn (.3); review DIP objection (1.5) | | |
| 03/02/10 | Sandra G. M. Selzer | Review email from D Detweiler regarding status of DIP negotiations | 0.10 | 49.50 |
| 03/02/10 | Sandra G. M. Selzer | Address issues related to revisions to Committee objection to DIP Financing | 2.00 | 990.00 |
| 03/03/10 | Brian L. Colborn | Review S. Cousins' comments to DIP objection (.6); discussion with S. Selzer regarding same (.4); prepare inserts for DIP objection (1.4); summarize events of default for DIP objection (.8); preapre inserts for objection relating to events of default (.8); discussion with S. Selzer regarding same (.2); review revised DIP objection for additional comments (.6). | 4.80 | 2,304.00 |
| 03/03/10 | Scott D. Cousins | Review working capital and term loan agreements and make further revisions to proposed Final DIP order. | 3.30 | 2,343.00 |
| 03/03/10 | Scott D. Cousins | Revisions to revised draft DIP objection. | 1.30 | 923.00 |
| 03/03/10 | Scott D. Cousins | Began preparing for contested DIP hearing. | 4.50 | 3,195.00 |
| 03/03/10 | Scott D. Cousins | Teleconference with Larry Nyhan and Bojan Guzina of Sidley, Ron Barliant and Danielle Juhle of Goldberg Kohn, Lori Kata of Stroock, and Ed Morton of Young Conaway regarding comments to final DIP order. | 0.50 | 355.00 |
| 03/03/10 | Donald J. Detweiler | Telephone call with Debtor re: DIP financing issues. | 0.30 | 199.50 |
| 03/03/10 | Jonathan I. Lessner | Review prepetition loan documents and ucc searches | 2.00 | 1,280.00 |
| 03/03/10 | Sandra G. M. Selzer | Telephonic meeting with Counsel for the Debtors, the lenders and the Committee regarding the Committee objections to the Final DIP Order | 0.50 | 247.50 |
| 03/03/10 | Sandra G. M. Selzer | Review of revisions to Final DIP Order made by S Cousins | 0.50 | 247.50 |
| 03/03/10 | Sandra G. M. Selzer | Review and respond to emails from D Detweiler and S Cousins regarding the final DIP financing order | 0.20 | 99.00 |
| 03/04/10 | Sean W. Bezark | Work on DIP Financing Order/Objection matters. | 1.50 | 1,005.00 |
| 03/04/10 | Brian L. Colborn | Discussion with D. Detweiler regarding proposed DIP order (.2); review revised DIP order and initial comments to DIP order (1.4); prepare additional comments to proposed final DIP order (.6) | 2.20 | 1,056.00 |
| 03/04/10 | Scott D. Cousins | Revisions to revised draft DIP objection. | 0.80 | 568.00 |
| 03/04/10 | Donald J. Detweiler | Review and revise proposed DIP financing order. | 1.90 | 1,263.50 |
| 03/04/10 | Donald J. Detweiler | Telephone call with SE. Cousins re: DIP objection. | 0.20 | 133.00 |
| 03/04/10 | Donald J. Detweiler | Telephone call with Debtors' attorney re: DIP objection. | 0.30 | 199.50 |
| 03/04/10 | Donald J. Detweiler | Revise DIP financing objections. | 0.60 | 399.00 |

<u>Description of Professional Services Rendered</u>

| 03/04/10 | Donald J. Detweiler | Review and analysis of objections to financing. | 0.30 | 199.50 |
| 03/04/10 | Jonathan I. Lessner | Review revised DIP order and initial comments to DIP order | 0.80 | 512.00 |
| 03/04/10 | Jonathan I. Lessner | Review prepetition loan documents and ucc searches | 1.00 | 640.00 |
| 03/04/10 | Sandra G. M. Selzer | Review email from D Detweiler regarding filing of Committee objection to the DIP Financing and respond | 0.10 | 49.50 |
| 03/05/10 | Brian L. Colborn | Review further revised proposed DIP order and provide comments thereto (2.2); discussion with S. Selzer regarding comments to same (.3); revised DIP order (1.1). | 3.60 | 1,728.00 |
| 03/05/10 | Donald J. Detweiler | Prepare blackline to DIP Order. | 2.00 | 1,330.00 |
| 03/05/10 | Jonathan I. Lessner | Review revised DIP order | 0.50 | 320.00 |
| 03/05/10 | Jonathan I. Lessner | Review prepetition indentures | 1.00 | 640.00 |
| 03/05/10 | Sandra G. M. Selzer | Review blackline of DIP Order | 0.80 | 396.00 |
| 03/05/10 | Sandra G. M. Selzer | Finalize and prepare for filing Objection to the Motion of the Debtors for the Entry of Interim and Final Order (I) Authorizing The Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection To Prepetition Secured Entities (III) Scheduling a Final Hearing and (IV) Granting Related Relief | 0.70 | 346.50 |
| 03/05/10 | Elizabeth C. Thomas | Perfect, e-file and serve objection to final DIP approval (.5); prepare affidavit of service regarding same (.1). | 0.60 | 132.00 |
| 03/07/10 | Sandra G. M. Selzer | Review and respond to email from D Detweiler regarding draft of final DIP Order | 0.10 | 49.50 |
| 03/08/10 | Brian L. Colborn | Review lender's revised DIP order (.9); discussion with D. Detweiler regarding same (.2); conference with D. Detweiler and S. Cousins regarding comments to DIP order (.4); conference call with Debtor's counsel regarding open issues (.4); review revised DIP order incorporating committee's comments (.8). | 2.70 | 1,296.00 |
| 03/08/10 | Scott D. Cousins | Teleconference with counsel for Debtors, working-capital lenders and DIP lenders regarding proposed modifications to DIP order. | 0.30 | 213.00 |
| 03/08/10 | Scott D. Cousins | Teleconference with counsel for Debtors and Don Detweiler regarding proposed modifications to DIP order. | 0.20 | 142.00 |
| 03/08/10 | Scott D. Cousins | Review Morris Anderson's analysis of DIP fees. | 0.30 | 213.00 |
| 03/08/10 | Scott D. Cousins | Revise final form of proposed DIP order. | 0.60 | 426.00 |
| 03/08/10 | Scott D. Cousins | Review revised final form of proposed DIP | 0.30 | 213.00 |

Invoice No.:   2686159                                                    Page 10
Matter No.:    125368.010100

Description of Professional Services Rendered

|  |  | order with language from prepetition lenders and DIP lenders. |  |  |
|---|---|---|---|---|
| 03/08/10 | Donald J. Detweiler | Multiple e-mails and telephone calls re: negotiation of final cash collateral and DIP Financing Order. | 2.00 | 1,330.00 |
| 03/08/10 | Donald J. Detweiler | Review and mark-up of final financing order. | 1.20 | 798.00 |
| 03/08/10 | Donald J. Detweiler | E-mails and telephone call with Morris Anderson re: DIP Budget. | 0.40 | 266.00 |
| 03/08/10 | Donald J. Detweiler | Conference in office with S. Cousins re: DIP Financing issues. | 0.50 | 332.50 |
| 03/08/10 | Jonathan I. Lessner | Detweiler email re: DIP loan documents | 0.10 | 64.00 |
| 03/09/10 | Sean W. Bezark | Work on Debtor In Possession financing issues. | 1.00 | 670.00 |
| 03/09/10 | Brian L. Colborn | Discussion with S. Selzer regarding resolution of DIP issues. | 0.30 | 144.00 |
| 03/09/10 | Scott D. Cousins | Preparation for hearing on DIP including preparation of presentation. | 2.40 | 1,704.00 |
| 03/09/10 | Donald J. Detweiler | Multiple e-mails, telephone calls and discussions re: final DIP Financing Order. | 2.00 | 1,330.00 |
| 03/09/10 | Sandra G. M. Selzer | Review resolution of DIP objection | 0.20 | 99.00 |
| 03/09/10 | Sandra G. M. Selzer | Address emails from D Detweiler and T Brown regarding DIP Order | 0.20 | 99.00 |
| 03/09/10 | Sandra G. M. Selzer | Review of Order (FINAL) (I) Authorizing Debtors to (A) Obtain Postpetition Financial and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection to Prepetition Secured Entities, and (III) Granting Related Relief | 0.20 | 99.00 |
| 03/10/10 | Brian L. Colborn | Review final DIP order for filing and contest deadlines (.7); prepare list of deadlines for memo (.2). | 0.90 | 432.00 |
| 03/10/10 | Jonathan I. Lessner | Review UCC financing statements (2.5); review security agreements (1.5) | 4.00 | 2,560.00 |
| 03/11/10 | Brian L. Colborn | Review and summarize UCC financing statements filed agains each Debtor (4.5); review security documents for perfection issues (3.0) | 7.70 | 3,696.00 |
| 03/11/10 | Jonathan I. Lessner | Review financing statements (2.0); review security agreements (3.0) | 5.00 | 3,200.00 |
| 03/12/10 | Brian L. Colborn | Review and sumamrize loan documents and security documents for perfection issues (6.8). | 6.80 | 3,264.00 |
| 03/12/10 | Scott D. Cousins | Review email from Dan Dooley regarding debtors' performance to the DIP Budget. | 0.10 | 71.00 |
| 03/12/10 | Jonathan I. Lessner | Review loan documents and security documents for perfection issues | 6.00 | 3,840.00 |
| 03/15/10 | Brian L. Colborn | Prepare memo regarding lien analyis (2.8); reivew loan documents and compare security grants with filed UCCs (3.8) | 6.60 | 3,168.00 |

Invoice No.:   2686159                                                 Page 11
Matter No.:   125368.010100

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|------:|-------:|
| 03/15/10 | Jonathan I. Lessner | Review memo regarding lien analyis (1.5; reivew loan documents and compare security descriptions with filed UCCs (3.0) | 4.50 | 2,880.00 |
| 03/16/10 | Brian L. Colborn | Compare security grants with financing statements (3.5); prepare summary of owned property for lien analysis (3.3) | 6.80 | 3,264.00 |
| 03/16/10 | Jonathan I. Lessner | Review collateral descriptions in finacinfg statements (1.5); review owned property analysis (1.5) | 3.00 | 1,920.00 |
| 03/17/10 | Brian L. Colborn | Summarize loan schedules for property owned (2.8); review mortgages for perfection issues on real property (2.7) | 5.50 | 2,640.00 |
| 03/19/10 | Jonathan I. Lessner | Review loan documents for security interest and perfection issues | 3.00 | 1,920.00 |
| 03/22/10 | Brian L. Colborn | Review loan documents for security interest and perfection issues. | 5.50 | 2,640.00 |
| 03/23/10 | Brian L. Colborn | Review documents for security interest and perfection issues. | 7.20 | 3,456.00 |
| 03/23/10 | Donald J. Detweiler | Review and analysis of DIP Budget comments sent by Morris Anderson. | 0.30 | 199.50 |
| 03/23/10 | Jonathan I. Lessner | Review documents for security interest and perfection issues | 1.50 | 960.00 |
| 03/24/10 | Brian L. Colborn | Review bond documents for security interest and perfection issues. | 6.90 | 3,312.00 |
| 03/25/10 | Sean W. Bezark | Review DIP loan issues and professional fees carve out issues. | 0.70 | 469.00 |

Total Hours:   179.40

Total Amount:   $ 102,173.50

TIMEKEEPER SUMMARY FOR ACTION CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------:|-----:|---------------:|
| Sean W. Bezark | 4.00 | 670.00 | 2,680.00 |
| Scott D. Cousins | 27.30 | 710.00 | 19,383.00 |
| Donald J. Detweiler | 14.50 | 665.00 | 9,642.50 |
| Jonathan I. Lessner | 39.70 | 640.00 | 25,408.00 |
| Brian L. Colborn | 83.70 | 480.00 | 40,176.00 |
| Sandra G. M. Selzer | 9.60 | 495.00 | 4,752.00 |
| Elizabeth C. Thomas | 0.60 | 220.00 | 132.00 |
| Totals: | 179.40 | 569.53 | $   102,173.50 |

Description of Professional Services Rendered

ACTION CODE:    812        PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/10/10 | Donald J. Detweiler | Review and analysis of Plan issues. | 1.00 | 665.00 |
| 03/19/10 | Sean W. Bezark | Review Neenah Enterprises Disclosure Statement and related information. | 2.40 | 1,608.00 |
| 03/19/10 | Donald J. Detweiler | Mark-up proposed plan. | 1.00 | 665.00 |
| 03/20/10 | Donald J. Detweiler | Review and analysis of Plan and Disclosure Statement sent by Debtors' counsel. | 3.80 | 2,527.00 |
| 03/22/10 | Sean W. Bezark | Review Neenah Enterprises Plan of Reorganization and related information. | 2.10 | 1,407.00 |
| 03/22/10 | Scott D. Cousins | Review and comment on draft plan and disclosure statement. | 2.60 | 1,846.00 |
| 03/22/10 | Donald J. Detweiler | Circulate Plan comments to Debtors. | 0.20 | 133.00 |
| 03/22/10 | Donald J. Detweiler | Analysis and editing of Plan. | 2.30 | 1,529.50 |
| 03/22/10 | Donald J. Detweiler | Analysis of intercompany claim issues. | 0.80 | 532.00 |
| 03/22/10 | Donald J. Detweiler | Analysis of distribution issues. | 1.00 | 665.00 |
| 03/22/10 | Sandra G. M. Selzer | Review and outline list of issues with draft plan and disclosure statement | 5.00 | 2,475.00 |
| 03/22/10 | Sandra G. M. Selzer | Address issues in draft plan and disclosure statment with D Detweiler | 0.60 | 297.00 |
| 03/22/10 | Sandra G. M. Selzer | Research issues related to plan and disclosure statement comments | 1.00 | 495.00 |
| 03/22/10 | Sandra G. M. Selzer | Draft Memo related to requirements for confirmation of a plan for Committee Members | 1.00 | 495.00 |
| 03/22/10 | Sandra G. M. Selzer | Review D Detweiler comments to draft plan and disclosure statment | 0.30 | 148.50 |
| 03/23/10 | Scott D. Cousins | Review Don's comments to the plan and draft email regarding same. | 0.50 | 355.00 |
| 03/23/10 | Donald J. Detweiler | Review and analysis of Plan issues. | 1.20 | 798.00 |
| 03/23/10 | Sandra G. M. Selzer | Review correspondence to B Guzina regarding comments to plan and disclosure statment | 0.20 | 99.00 |
| 03/23/10 | Sandra G. M. Selzer | Research regarding post petition interest calculated under plan. | 2.50 | 1,237.50 |
| 03/23/10 | Sandra G. M. Selzer | Review of memo regarding "reinstated" issue in relation to plan | 0.40 | 198.00 |
| 03/23/10 | Sandra G. M. Selzer | Review of comments from D Detweiler and S Cousins regarding draft plan and disclosure statement | 0.30 | 148.50 |
| 03/24/10 | Donald J. Detweiler | Work on Plan and Disclosure issues. | 1.50 | 997.50 |
| 03/26/10 | Donald J. Detweiler | Review and analysis of Disclosure Statement and Plan filed by Debtors. | 2.00 | 1,330.00 |
| 03/28/10 | Sandra G. M. Selzer | Review of Disclosure Statement for the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries filed with the Court | 2.00 | 990.00 |

Invoice No.:    2686159                                                            Page 13
Matter No.:    125368.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 03/28/10 | Sandra G. M. Selzer | Review of Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries filed with the Court | 3.00 | 1,485.00 |
| 03/30/10 | Sean W. Bezark | Work on Neenah Enterprises Disclosure Statement issues. | 1.20 | 804.00 |
| 03/31/10 | Donald J. Detweiler | Draft Objection to Disclosure Statement. | 2.00 | 1,330.00 |

Total Hours:    41.90

Total Amount:    $ 25,260.50

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 5.70 | 670.00 | 3,819.00 |
| Scott D. Cousins | 3.10 | 710.00 | 2,201.00 |
| Donald J. Detweiler | 16.80 | 665.00 | 11,172.00 |
| Sandra G. M. Selzer | 16.30 | 495.00 | 8,068.50 |
| Totals: | 41.90 | 602.88 | $    25,260.50 |

<u>Description of Professional Services Rendered</u>

ACTION CODE:    813        FEE/EMPLOYMENT APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/01/10 | Donald J. Detweiler | Telephone call with Debtors' counsel re: retention issues. | 0.30 | 199.50 |
| 03/01/10 | Monica L. Townsend | Continue work re: Greenberg Retention including preparation of papers and work re: disclosures with respect to same (2.4); communication to/from D. Detweiler re: Morris Anderson's retention papers (.1). | 2.50 | 1,087.50 |
| 03/02/10 | Monica L. Townsend | Continue work re: Greenberg Retention including preparation of papers and disclosures with respect to same. | 4.30 | 1,870.50 |
| 03/03/10 | Donald J. Detweiler | Telephone call with Debtor re: retention issues. | 0.20 | 133.00 |
| 03/03/10 | Monica L. Townsend | Continue work re: Greenberg Retention including preparation of papers and disclosures with respect to same. | 4.70 | 2,044.50 |
| 03/04/10 | Donald J. Detweiler | Telephone call with Debtors' attorney re: objections to retention applications. | 0.60 | 399.00 |
| 03/04/10 | Monica L. Townsend | Continue work re: Greenberg Retention including preparation of papers and disclosures with respect to same. | 2.70 | 1,174.50 |
| 03/05/10 | Monica L. Townsend | Continue work re: retention including drafting application and affidavit in support of same and exhibits including disclosures with respect to same. | 4.80 | 2,088.00 |
| 03/07/10 | Monica L. Townsend | Continue work re: retention application including preparation of application and affidavit in support thereof and exhibits including disclosures with respect to same. | 2.30 | 1,000.50 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order Authorizing the Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors, Nunc Pro Tunc to the Petition Date , and Granting a Waiver of Compliance | 0.20 | 99.00 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order (I) Authorizing the Employment and Retention of Huron Consulting Services LLC as Financial Advisors to the Debtors, Nunc Pro Tunc to the Petition Date, and (II) Designating Richard D. Caruso as the Chief Restructuring Advisor to the Debtors | 0.20 | 99.00 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order Authorizing the Employment and Retention of Ernst & Young LLP as Tax Services Providers to the Debtors | 0.20 | 99.00 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order Establishing Procedures | 0.10 | 49.50 |

Invoice No.:    2686159                                                      Page 15
Matter No.:    125368.010100

Description of Professional Services Rendered

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| | | for Interim Compensation and Reimbursement of Expenses of Professionals | | |
| 03/08/10 | Sandra G. M. Selzer | Review of Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors | 0.20 | 99.00 |
| 03/08/10 | Sandra G. M. Selzer | Review of Order Authorizing the Employment and Retention of Sidley Austin LLP | 0.20 | 99.00 |
| 03/08/10 | Monica L. Townsend | Continue work re: retention including drafting application and affidavit in support of same and preparation of exhibits including disclosures with respect to same. | 2.60 | 1,131.00 |
| 03/09/10 | Sandra G. M. Selzer | Review of Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Rothschild Inc. as Financial Advisor and Investment Banker, Nunc Pro Tunc to the Petition Date, and Granting a Waiver of Compliance | 0.20 | 99.00 |
| 03/09/10 | Sandra G. M. Selzer | Address emails from M Townsend regarding Morris Anderson retention | 0.20 | 99.00 |
| 03/09/10 | Monica L. Townsend | Ontinue work re: Greenberg Traurig retention and communication to/from D. Detweiler re: same (.3); work re: preparing Retention Application for Morris Anderson (2.90) and review engagement with respect to same (.2); discuss same with D. Detweiler (.1). | 3.40 | 1,479.00 |
| 03/10/10 | Monica L. Townsend | Continue work re: Morris Anderson retention papers (.3); discuss same with D. Detweiler (.1). | 0.40 | 174.00 |
| 03/11/10 | Sandra G. M. Selzer | Review of First Application for Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 3, 2010 through February 28, 2010 Filed by Huron Consulting Services LLC. | 0.50 | 247.50 |
| 03/11/10 | Sandra G. M. Selzer | Review and respond to emails from F Villaire and M Townsend regarding GT Retention | 0.30 | 148.50 |
| 03/11/10 | Monica L. Townsend | Discuss with D. Detweiler (.1); several communications re: Morris Anderson retention papers (.1); several communications re: Greenberg papers (.2); finalize same (.3); continue work re: Morris Anderson retention papers (1.2). | 1.90 | 826.50 |
| 03/12/10 | Scott D. Cousins | Review and revise application to retain Greenberg Traurig. | 0.50 | 355.00 |
| 03/12/10 | Donald J. Detweiler | Review and analysis of GT retention papers. | 0.40 | 266.00 |
| 03/12/10 | Donald J. Detweiler | Review and analysis of Morris Anderson retention papers. | 0.40 | 266.00 |

Invoice No.:    2686159                                                              Page 16
Matter No.:    125368.010100

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/10 | Sandra G. M. Selzer | Address issues regarding signature for Application to Employ and Retain Greenberg Traurig, LLP | 0.90 | 445.50 |
| 03/12/10 | Elizabeth C. Thomas | Prepare notice of GT retention application (.1); perfect, e-file and serve application (.3); prepare affidavit of service (.1). | 0.50 | 110.00 |
| 03/12/10 | Monica L. Townsend | Communication with D. Dooley re: Morris Anderson's retention papers (.1); work re: finalizing and filing Greenberg Traurig's retention papers (.1.3). | 1.40 | 609.00 |
| 03/15/10 | Monica L. Townsend | Continue work re: Morris Anderson Retention, including drafting papers with respect to same (1.5); and communication to D. Dooley re: same (.1). | 1.60 | 696.00 |
| 03/16/10 | Monica L. Townsend | Communication from/to D. Dooley re: MorrisAnderson Retention (.1); discuss such application with D. Detweiler (.1); follow up work re: same (.3). | 0.50 | 217.50 |
| 03/18/10 | Donald J. Detweiler | Review and analysis of retention issues and filings. | 0.80 | 532.00 |
| 03/18/10 | Sandra G. M. Selzer | Review and respond to emails from M Townsend regarding Morris Anderson retention | 0.20 | 99.00 |
| 03/18/10 | Monica L. Townsend | Continue work re: Morris Anderson retention papers (1.4); including numerous communications re: same (.3); discuss same with D. Detweiler (.1); communication from S. Selzer re: same (.1). | 1.90 | 826.50 |
| 03/19/10 | Sandra G. M. Selzer | Address issues regarding signature of the Morris Anderson retention application | 1.00 | 495.00 |
| 03/19/10 | Sandra G. M. Selzer | Review Supplemental Application to Employ/Retain Ernst & Young LLP as Tax Services Providers | 0.70 | 346.50 |
| 03/19/10 | Elizabeth C. Thomas | Prepare notice of Morris Anderson retention application (.1); update and prepare service list (.2); perfect, e-file and serve application (.3). | 0.60 | 132.00 |
| 03/19/10 | Monica L. Townsend | Several communications and work re: Morris Anderson Retention papers including coordinating filing and service of same (.6); review notice re: same (.1). | 0.70 | 304.50 |
| 03/22/10 | Monica L. Townsend | Communication to/from D. Dooley re: MorrisAnderson filing. | 0.10 | 43.50 |
| 03/23/10 | Elizabeth C. Thomas | Prepare affidavit of service regarding Morris Anderson retention application. | 0.10 | 22.00 |
| 03/30/10 | Sandra G. M. Selzer | General review of First Application for Compensation and Reimbursement of Expenses Incurred for the Period February 3, 2010 through February 28, 2010 Filed by Sidley Austin LLP. | 0.20 | 99.00 |

Total Hours:    45.50

Invoice No.:    2686159                                                                    Page 17
Matter No.:    125368.010100

Description of Professional Services Rendered

Total Amount:        $ 20,611.00

TIMEKEEPER SUMMARY FOR ACTION CODE 813.

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Scott D. Cousins | 0.50 | 710.00 | 355.00 |
| Donald J. Detweiler | 2.70 | 665.00 | 1,795.50 |
| Sandra G. M. Selzer | 5.30 | 495.00 | 2,623.50 |
| Monica L. Townsend | 35.80 | 435.00 | 15,573.00 |
| Elizabeth C. Thomas | 1.20 | 220.00 | 264.00 |
| Totals: | 45.50 | 452.99 | $    20,611.00 |

Invoice No.:   2686159                                                         Page 18
Matter No.:   125368.010100

Description of Professional Services Rendered

ACTION CODE:   814        FEE/EMPLOYMENT OBJECTIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/01/10 | Donald J. Detweiler | Review and analysis of objections to retention applications (0.4); conference in office with M. Riffin re: same (0.2). | 0.60 | 399.00 |
| 03/02/10 | Max Riffin | Attention to issues re: objections to applications to employ (.4); Email correspondence with D. Detweiler and meet with D. Detweiler re: same (.2); Finalize objections to applications to employ Mercer, Ernst & Young, Rothschild, ordinary course professionals and Huron (.7). | 1.30 | 370.50 |
| 03/02/10 | Sandra G. M. Selzer | Confer with M Riffin regarding revisions to objection to Debtors' professionals retention applications | 0.40 | 198.00 |
| 03/02/10 | Sandra G. M. Selzer | Review of draft limited objection to Mercer Retention | 0.20 | 99.00 |
| 03/02/10 | Sandra G. M. Selzer | Review of draft limited objection to Huron Retention | 0.20 | 99.00 |
| 03/02/10 | Sandra G. M. Selzer | Review of draft limited objection to Rothschild Retention | 0.20 | 99.00 |
| 03/02/10 | Sandra G. M. Selzer | Review of draft limited objection to E&Y Retention | 0.20 | 99.00 |
| 03/04/10 | Donald J. Detweiler | Conference in office with M. Riffin re: resolution of objections to 3/9/10 applications. | 0.40 | 266.00 |
| 03/05/10 | Max Riffin | Address retention objection issues (.6); Review revised retention orders (.3); Confer with D. Detweiler re: same (.2) | 1.10 | 313.50 |
| 03/08/10 | Max Riffin | Address retention objection issues (.3); Email correspondence with D. Detweiler re: same (.1); Email correspondence and phone call with K. Mills re: same (.3) | 0.70 | 199.50 |

                                         Total Hours:      5.30

                                                   Total Amount:      $ 2,142.50

Invoice No.:    2686159                                                    Page 19
Matter No.:     125368.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 814,

FEE/EMPLOYMENT OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Donald J. Detweiler | 1.00 | 665.00 | 665.00 |
| Max Riffin | 3.10 | 285.00 | 883.50 |
| Sandra G. M. Selzer | 1.20 | 495.00 | 594.00 |
| Totals: | 5.30 | 404.25 | $    2,142.50 |

Invoice No.:    2686159
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    824    PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/12/10 | Donald J. Detweiler | Review and analysis of weekly financial reports. | 0.20 | 133.00 |
| 03/19/10 | Donald J. Detweiler | Review and analysis of weekly financial report. | 0.30 | 199.50 |
| 03/23/10 | Scott D. Cousins | Review Morris Anderson's weekly financial report. | 0.20 | 142.00 |
| 03/23/10 | Donald J. Detweiler | Review and analysis of weekly financial report. | 0.20 | 133.00 |
| 03/29/10 | Sandra G. M. Selzer | Review of Debtor-In-Possession Monthly Operating Report for Filing Period February 3, 2010 through February 28, 2010 | 0.50 | 247.50 |
| 03/30/10 | Scott D. Cousins | Review weekly report from Morris Anderson. | 0.10 | 71.00 |

Total Hours:    1.50

Total Amount:    $ 926.00

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|-----------------|--------------|------|---|----------------|
| Scott D. Cousins | 0.30 | 710.00 | | 213.00 |
| Donald J. Detweiler | 0.70 | 665.00 | | 465.50 |
| Sandra G. M. Selzer | 0.50 | 495.00 | | 247.50 |
| Totals: | 1.50 | 617.33 | $ | 926.00 |

Description of Professional Services Rendered

ACTION CODE:      831        CREDITORS' COMMITTEE - GENERAL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/02/10 | Sean W. Bezark | Prepare for (0.3) and participate in (0.8) Creditors' Committee telephone conference. | 1.10 | 737.00 |
| 03/02/10 | Scott D. Cousins | Prepare for weekly committee teleconference including review of memorandum on DIP issues. | 0.60 | 426.00 |
| 03/02/10 | Scott D. Cousins | Attend weekly committee teleconference. | 0.80 | 568.00 |
| 03/02/10 | Donald J. Detweiler | Prepare for and participate in Committee call. | 1.00 | 665.00 |
| 03/02/10 | Sandra G. M. Selzer | Attend weekly telephonic meeting of Committe and keep minutes | 1.00 | 495.00 |
| 03/05/10 | Sandra G. M. Selzer | Draft March 9 meeting agenda | 0.40 | 198.00 |
| 03/05/10 | Sandra G. M. Selzer | Draft March 2 meeting minutes | 0.50 | 247.50 |
| 03/05/10 | Sandra G. M. Selzer | Draft email to Committee regarding 3/9 meeting agenda | 0.20 | 99.00 |
| 03/09/10 | Sean W. Bezark | Review 341 Creditor Meeting memorandum. | 0.10 | 67.00 |
| 03/10/10 | Donald J. Detweiler | Prepare for and participate in Committee call. | 0.50 | 332.50 |
| 03/11/10 | Sandra G. M. Selzer | Prepare for and attend 341 Meeting | 1.00 | 495.00 |
| 03/11/10 | Sandra G. M. Selzer | Draft memo of 341 Meeting results | 0.30 | 148.50 |
| 03/15/10 | Sandra G. M. Selzer | Draft 3/16 committee meeting agenda | 0.40 | 198.00 |
| 03/15/10 | Sandra G. M. Selzer | Draft 3/9 committee meeting minutes | 0.40 | 198.00 |
| 03/16/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference. | 0.90 | 603.00 |
| 03/16/10 | Donald J. Detweiler | Review, analysis and preparation for Committee call. | 0.60 | 399.00 |
| 03/16/10 | Sandra G. M. Selzer | Call with committee members regarding status of plan | 0.40 | 198.00 |
| 03/19/10 | Donald J. Detweiler | Multiple e-mails re: Confidentiality Agreement. | 0.30 | 199.50 |
| 03/19/10 | Sandra G. M. Selzer | Address issues related to confidentiality agreement | 0.30 | 148.50 |
| 03/22/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference. | 1.00 | 670.00 |
| 03/22/10 | Sandra G. M. Selzer | Draft email to committee members regarding 2/25 call | 0.20 | 99.00 |
| 03/23/10 | Scott D. Cousins | Attend weekly committee call. | 1.00 | 710.00 |
| 03/23/10 | Donald J. Detweiler | Prepare for and attend meeting of Committee. | 1.30 | 864.50 |
| 03/23/10 | Sandra G. M. Selzer | Prepare for and attend committee call | 0.70 | 346.50 |
| 03/24/10 | Sandra G. M. Selzer | Draft email to Committee Members regarding summary of bar date motion | 0.20 | 99.00 |
| 03/26/10 | Sandra G. M. Selzer | Draft of Committee Meeting Agenda | 0.50 | 247.50 |
| 03/26/10 | Sandra G. M. Selzer | Draft of correspondence to Committee | 0.20 | 99.00 |

Invoice No.:    2686159                                                       Page 22
Matter No.:     125368.010100

Description of Professional Services Rendered

|          |                    | regarding meeting agenda |      |           |
|----------|--------------------|--------------------------|------|-----------|
| 03/30/10 | Sean W. Bezark     | Participate in Creditors' Committee telephone conference. | 0.50 | 335.00 |
| 03/30/10 | Donald J. Detweiler | Prepare for and attend weekly Committee conference call. | 1.40 | 931.00 |
| 03/30/10 | Sandra G. M. Selzer | Review of Morris Anderson report for committee call | 0.40 | 198.00 |
| 03/30/10 | Sandra G. M. Selzer | Committee Member call regarding plan updates and Morris Anderson report | 0.50 | 247.50 |

Total Hours:      18.70

Total Amount:     $ 11,269.50

TIMEKEEPER SUMMARY FOR ACTION CODE 831.

CREDITORS' COMMITTEE - GENERAL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sean W. Bezark      | 3.60  | 670.00 | 2,412.00 |
| Scott D. Cousins    | 2.40  | 710.00 | 1,704.00 |
| Donald J. Detweiler | 5.10  | 665.00 | 3,391.50 |
| Sandra G. M. Selzer | 7.60  | 495.00 | 3,762.00 |
| Totals:             | 18.70 | 602.65 | $ 11,269.50 |

Invoice No.:    2686159
Matter No.:     125368.010100

Description of Professional Services Rendered

ACTION CODE:      832       CREDITOR INQUIRIES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/17/10 | Sean W. Bezark | Teleconference with J Spear (unsecured creditor's counsel). | 0.40 | 268.00 |
| 03/18/10 | Sean W. Bezark | Teleconference with J. Spear (creditor counsel) regarding critical vendor issues. | 0.40 | 268.00 |

Total Hours:    0.80

Total Amount:    $ 536.00

TIMEKEEPER SUMMARY FOR ACTION CODE 832,

CREDITOR INQUIRIES

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sean W. Bezark | 0.80 | 670.00 | 536.00 |
| Totals: | 0.80 | 670.00 | $    536.00 |

Invoice No.:    2686159                                                    Page 24
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    833        COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/05/10 | Sandra G. M. Selzer | Review of Notice of Agenda of Matters Scheduled for Hearing 3/9 | 0.20 | 99.00 |
| 03/05/10 | Elizabeth C. Thomas | Confer with T. Malone-Jackson regarding hearing binders. | 0.10 | 22.00 |
| 03/08/10 | Scott D. Cousins | Began preparing for hearing on DIP including preparation of presentation. | 2.30 | 1,633.00 |
| 03/09/10 | Scott D. Cousins | Attend omnibus hearing regarding DIP. | 0.80 | 568.00 |
| 03/09/10 | Donald J. Detweiler | Conference with Debtors and Lenders re: Second Day Hearing Orders. | 1.00 | 665.00 |
| 03/09/10 | Donald J. Detweiler | Prepare for and attend hearing. | 3.00 | 1,995.00 |

Total Hours:    7.40

Total Amount:    $ 4,982.00

TIMEKEEPER SUMMARY FOR ACTION CODE 833.

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Scott D. Cousins | 3.10 | 710.00 | 2,201.00 |
| Donald J. Detweiler | 4.00 | 665.00 | 2,660.00 |
| Sandra G. M. Selzer | 0.20 | 495.00 | 99.00 |
| Elizabeth C. Thomas | 0.10 | 220.00 | 22.00 |
| Totals: | 7.40 | 673.24 | $      4,982.00 |

Invoice No.:   2686159
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:      837       UTILITY MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/10 | Sandra G. M. Selzer | Review of Objection Wisconsin Electric Power Company to the Utility Motion | 0.40 | 198.00 |
| 03/02/10 | Sandra G. M. Selzer | Review of Southern California Edison Company utility joinder | 0.20 | 99.00 |
| 03/08/10 | Max Riffin | Review and summarize utility objections | 1.30 | 370.50 |
| 03/09/10 | Sandra G. M. Selzer | Review of Order (FINAL) (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment | 0.20 | 99.00 |
| 03/17/10 | Sean W. Bezark | Review Wisconsin Electric utility deposit objection. | 0.50 | 335.00 |

Total Hours:      2.60

Total Amount:     $ 1,101.50

TIMEKEEPER SUMMARY FOR ACTION CODE 837,

UTILITY MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 0.50 | 670.00 | 335.00 |
| Max Riffin | 1.30 | 285.00 | 370.50 |
| Sandra G. M. Selzer | 0.80 | 495.00 | 396.00 |
| Totals: | 2.60 | 423.65 | $    1,101.50 |

Invoice No.:    2686159                                              Page 26
Matter No.:    125368.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 23.70 | 670.00 | 15,879.00 |
| Scott D. Cousins | 36.80 | 710.00 | 26,128.00 |
| Donald J. Detweiler | 55.50 | 665.00 | 36,907.50 |
| Jonathan I. Lessner | 39.70 | 640.00 | 25,408.00 |
| Brian L. Colborn | 83.70 | 480.00 | 40,176.00 |
| Max Riffin | 7.10 | 285.00 | 2,023.50 |
| Sandra G. M. Selzer | 50.80 | 495.00 | 25,146.00 |
| Monica L. Townsend | 35.90 | 435.00 | 15,616.50 |
| Elizabeth C. Thomas | 2.70 | 220.00 | 594.00 |
| Totals: | 335.90 | 559.33 | $    187,878.50 |

# EXHIBIT C

*DEL 86,318,400v1 4-29-10*

Invoice No.:    2686159                                                      Page 27
Re:           Chapter 11 Representation
Matter No.:    125368.010100

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/12/10 | VENDOR: Sugarfoot Fine Food; INVOICE#: 6408; DATE: 2/12/2010 - Lunch Order on 2/12/10 - S. Bezark; S. Cousins; D. Detweiler; Clients | $ | 102.00 |
| 02/15/10 | Special Clerical Service: Paula Subda - Date of Service: 2010-02-15 | $ | 81.25 |
| 02/17/10 | Special Clerical Service: Paula Subda - Date of Service: 2010-02-17 | $ | 2.50 |
| 02/18/10 | Case Number: (None);   Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 12/;   Document Type: PACER: DOCKET REPORT | $ | 0.48 |
| 02/18/10 | Case Number: (None);   Search Criteria: 10-10360-MFW DOCUMENT 77-0;   Document Type: PACER: IMAGE77-0 | $ | 0.08 |
| 02/19/10 | VENDOR: Eagle Limousine; INVOICE#: 17995; DATE: 2/19/2010 - Acct # GREENBERG; Car Services on 2/12/10, 2/18/10 - B. Sean PU: PHL 1563 US Drop: GT Wilmington | $ | 184.36 |
| 02/19/10 | VENDOR: Eagle Limousine; INVOICE#: 17995; DATE: 2/19/2010 - Acct # GREENBERG; Car Services on 2/12/10, 2/18/10 - B. Sean PU: Nemours Building Drop: PHL 958 US | $ | 100.53 |
| 02/22/10 | Case Number: (None);   Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 12/;   Document Type: PACER: DOCKET REPORT | $ | 0.56 |
| 02/22/10 | Case Number: (None);   Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 2/1;   Document Type: PACER: DOCKET REPORT | $ | 0.16 |
| 02/22/10 | Case Number: (None);   Search Criteria: 10-10360-MFW DOCUMENT 77-0;   Document Type: PACER: IMAGE77-0 | $ | 0.08 |
| 02/22/10 | Case Number: (None);   Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 12/;   Document Type: PACER: DOCKET REPORT | $ | 0.56 |
| 02/23/10 | Case Number: (None);   Search Criteria: 10-10360-MFW FIL OR ENT: FILED TO: 2/23;   Document Type: PACER: DOCKET REPORT | $ | 0.56 |
| 02/23/10 | Case Number: (None);   Search Criteria: 10-10360-MFW FIL OR ENT: FILED TO: 2/23;   Document Type: PACER: DOCKET REPORT | $ | 0.56 |
| 02/23/10 | Special Clerical Service: Paula Subda - Date of Service: 2010-02-23 | $ | 36.25 |
| 02/24/10 | Case Number: (None);   Search Criteria: 10-10360-MFW FIL OR ENT: FILED TO: 2/24;   Document Type: PACER: DOCKET REPORT | $ | 0.56 |
| 02/26/10 | VENDOR: FedEx INVOICE#: 700854160 DATE: 3/3/2010 Tracking #793307888488; From: Paula Subda, Greenberg Traurig, The Nemours Building, Wilmington, DE 19801;   To: Bernadette M. Barron, Morrisanderson, 55 West Monroe Street, Chicago, IL 60603 | $ | 22.18 |
| 02/26/10 | VENDOR: Reliable Copy Service, Inc. INVOICE#: WL018580 DATE: 2/26/2010<br>Litigation Support Services (copies) ordered by Don Detweiler - Re: NENNEAH | $ | 232.62 |
| 02/26/10 | Special Clerical Service: Paula Subda - Date of Service: 2010-02-26 | $ | 62.50 |
| 02/27/10 | VENDOR: Detweiler, Donald J. INVOICE#: C051000501692100169 DATE: 3/1/2010<br>TYPE: Business Meals; REASON: Client Billable-DEL-Bkcy-Shareholder; DATE: 02/27/10 - Saturday working lunch; MERCHANT: Grotto Pizza; ATTENDEES: Donald J Detweiler (ACH), T. Max Riffin, T. Parker | $ | 48.13 |

Invoice No.:    2686159                                                           Page  28
Re:             Chapter 11 Representation
Matter No.:     125368.010100

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 02/28/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT022810 DATE: 2/28/2010 Conferencing Services Invoice Date 100226 User DDJ Client Code 125368.010100 Matter Code | $ | 15.29 |
| 03/02/10 | VENDOR: Mikimoto's Asian Grill; INVOICE#: 21804; DATE: 3/2/2010  - Lunch order delivery on 03/2/2010, S.Selzer | $ | 14.50 |
| 03/02/10 | VENDOR: Parcels, Inc. INVOICE#: 231978 DATE: 3/2/2010 Acct 343 - 3/2 From Mikimotos to GT. Req.'d by Todd R. Grube - File Ref: 125368.010100 | $ | 15.00 |
| 03/07/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT030710 DATE: 3/7/2010 Conferencing Services Invoice Date 100304 User DDJ Client Code 125368.010100 Matter Code | $ | 0.72 |
| 03/11/10 | Special Clerical Service: Paula Subda - Date of Service: 2010-03-11 | $ | 37.50 |
| 03/12/10 | VENDOR: Parcels, Inc. INVOICE#: 234210 DATE: 3/12/2010 3/12 From Mikimotos to GT. Req.'d by Todd R. Grube - File Ref: 125368.010100 | $ | 15.00 |
| 03/12/10 | Copy; 988 Page(s) by 000018 | $ | 148.20 |
| 03/12/10 | Postage usage thru 3/12/10 - File Ref: 066348.012500 | $ | 36.14 |
| 03/15/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT031510 DATE: 3/15/2010 Conferencing Services Invoice Date 100309 User DDJ Client Code 125368.010100 Matter Code | $ | 10.69 |
| 03/16/10 | VENDOR: Detweiler, Donald J. INVOICE#: C051000501692100173 DATE: 3/25/2010 TYPE: In-House Meals; REASON: Client Billable-DEL-Bkcy-Shareholder; DATE: 03/16/10 - Meals for Detweiler, Riffin; MERCHANT: Sullivan's; ATTENDEES: Donald  J  Detweiler (ACH), T. Max Riffin | $ | 103.00 |
| 03/16/10 | Telephone; 13304714589 from Ext. 7662  CANTON OH | $ | 0.03 |
| 03/18/10 | VENDOR: Mikimoto's Asian Grill; INVOICE#: 21807; DATE: 3/18/2010 - Lunch order delivery on 03/12/2010, S. Selzer | $ | 16.50 |
| 03/18/10 | VENDOR: Digital Legal Services, LLC - WILMINGTON INVOICE#: 52736 DATE: 3/18/2010 Qty 3073 Digital Prints (3073 Originals X 1 Copies) for Neehan ordered by Brian Colborn  Ref: 125368.010100 | $ | 307.30 |
| 03/19/10 | Copy; 32 Page(s) by 006390 | $ | 4.80 |
| 03/21/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT032110 DATE: 3/21/2010 Conferencing Services Invoice Date 100316 User DDJ Client Code 125368.010100 Matter Code | $ | 4.68 |
| 03/23/10 | Westlaw Research by RIFFIN, TIMOTHY. | $ | 92.55 |
| 03/24/10 | VENDOR: Digital Legal Services, LLC - WILMINGTON INVOICE#: 52779 DATE: 3/24/2010 Qty 896 Digital Prints (32 Originals X 28 Copies)  28 Mail for Neenah Enterprise ordered by Liz Thomas  Ref: 125368.010100 | $ | 89.60 |
| 03/24/10 | VENDOR: Digital Legal Services, LLC - WILMINGTON INVOICE#: 52779 DATE: 3/24/2010 Qty 28 Postage for Neenah Enterprise ordered by Liz Thomas  Ref: 125368.010100 | $ | 48.44 |

Invoice No.:    2686159                                               Page  29
Re:             Chapter 11 Representation
Matter No.:     125368.010100

Description of Expenses Billed

Total Expenses:    $        1,835.86