# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Related Docket No. 154 |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GREENBERG TRAURIG, LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 12, 2010

Upon the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of Neenah Enterprises, Inc., *et al.* (collectively, the "**Debtors**") for entry of an Order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), authorizing the retention and employment of Greenberg Traurig, LLP as counsel for the Committee, *nunc pro tunc* to February 12, 2010; and upon reviewing and considering the Detweiler Affidavit and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Detweiler Affidavit, Greenberg

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2]  All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

EL 86307908 v 1

Traurig represents no interest adverse to the Debtors' estates or their creditors, Greenberg Traurig is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Greenberg Traurig's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Application shall be, and hereby is, granted and approved.

2.    The Committee is authorized to retain Greenberg Traurig as its counsel, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to February 12, 2010, to perform the services set forth in the Application.

3.    Greenberg Traurig shall be compensated in accordance with sections 328, 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Rules and any orders of this Court.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date:   April 5, 2010

<u>MARY F. WALRATH</u>
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

Invoice No.:    2686365                                                Page 1
Matter No.:    125368.010100

## Description of Professional Services Rendered:

ACTION CODE:    803        BUSINESS OPERATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/06/10 | Sean W. Bezark | Review Ad Hoc Committee of Secured Noteholders documents and related information, strategize regarding related issues. | 3.20 | 2,144.00 |
| 04/06/10 | Scott D. Cousins | Review weekly report from Morris Anderson. | 0.20 | 142.00 |
| 04/06/10 | Sandra G. M. Selzer | Review Morris Anderson Weekly report | 0.40 | 198.00 |
| 04/13/10 | Scott D. Cousins | Review Variance Summary - Week 9 prepared by Morris Anderson. | 0.20 | 142.00 |
| 04/13/10 | Donald J. Detweiler | Review and analysis of weekly financial report sent by Morris Anderson. | 0.40 | 266.00 |
| 04/13/10 | Sandra G. M. Selzer | Review of Morris Anderson Week 9 report | 0.30 | 148.50 |
| 04/19/10 | Donald J. Detweiler | Review and analysis of weekly financial projections sent by Morris Anderson. | 0.20 | 133.00 |
| 04/20/10 | Sandra G. M. Selzer | Review of Morris Anderson 10th Week report | 0.30 | 148.50 |
| 04/21/10 | Donald J. Detweiler | Review and analysis of weekly financial report. | 0.20 | 133.00 |
| 04/27/10 | Sean W. Bezark | Review Morris Anderson financial report, follow up regarding same. | 0.50 | 335.00 |
| 04/27/10 | Scott D. Cousins | Review variance summary prepared by Morris Anderson. | 0.20 | 142.00 |
| 04/27/10 | Sandra G. M. Selzer | Review of Morris Anderson Weekly report | 0.20 | 99.00 |

Total Hours:    6.30

Total Amount:    $ 4,031.00

## TIMEKEEPER SUMMARY FOR ACTION CODE 803,

BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Sean W. Bezark | 3.70 | 670.00 | 2,479.00 |
| Scott D. Cousins | 0.60 | 710.00 | 426.00 |
| Donald J. Detweiler | 0.80 | 665.00 | 532.00 |
| Sandra G. M. Selzer | 1.20 | 495.00 | 594.00 |
| Totals: | 6.30 | 639.84 | $    4,031.00 |

Invoice No.:   2686365                                                                  Page 2
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:        804        CASE ADMINISTRATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 04/05/10 | Sandra G. M. Selzer | Review of critical dates and deadlines | 0.40 | 198.00 |
| 04/05/10 | Elizabeth C. Thomas | Update and distribute critical dates calendars. | 0.10 | 22.00 |
| 04/12/10 | Sandra G. M. Selzer | Review of critical dates and deadlines | 0.40 | 198.00 |
| 04/12/10 | Elizabeth C. Thomas | Update and distribute critical date calendar. | 0.10 | 22.00 |
| 04/21/10 | Sandra G. M. Selzer | Review of case critical dates and deadlines | 0.30 | 148.50 |
| 04/21/10 | Elizabeth C. Thomas | Review docket for updates and deadlines. | 0.10 | 22.00 |
| 04/28/10 | Elizabeth C. Thomas | Update and distribute critical dates calendar. | 0.30 | 66.00 |
| 04/29/10 | Sandra G. M. Selzer | Review of case critical dates and deadlines | 0.40 | 198.00 |

Total Hours:        2.10

Total Amount:        $ 874.50

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 804,</u>

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 1.50 | 495.00 | 742.50 |
| Elizabeth C. Thomas | 0.60 | 220.00 | 132.00 |
| Totals: | 2.10 | 416.43 | $      874.50 |

Invoice No.:    2686365                                                                          Page 3
Matter No.:     125368.010100

Description of Professional Services Rendered


ACTION CODE:      805        CLAIMS ADMINISTRATION & OBJECT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/06/10 | Sandra G. M. Selzer | Review of Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof | 0.30 | 148.50 |
| 04/09/10 | Sandra G. M. Selzer | Review Notice of Entry of Bar Date Order Establishing Deadlines for Filing Proofs of Claim (Including Section 503(b)(9) Claims) Against the Debtors | 0.40 | 198.00 |
| 04/20/10 | Donald J. Detweiler | Review and analysis of schedules and statements and claim issues. | 1.50 | 997.50 |
| 04/21/10 | Donald J. Detweiler | Review and analysis of transfers of claims. | 0.30 | 199.50 |

Total Hours:    2.50

Total Amount:    $ 1,543.50


TIMEKEEPER SUMMARY FOR ACTION CODE 805,

CLAIMS ADMINISTRATION & OBJECT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Donald J. Detweiler | 1.80 | 665.00 | 1,197.00 |
| Sandra G. M. Selzer | 0.70 | 495.00 | 346.50 |
| Totals: | 2.50 | 617.40 | $    1,543.50 |

Invoice No.:     2686365                                                      Page  4
Matter No.:      125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:       806        EMPLOYEE BENEFITS/PENSIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 04/14/10 | Sandra G. M. Selzer | Review Letter regarding pension fund payment Filed by Thomas E. Foar III | 0.20 | 99.00 |

Total Hours:      0.20

Total Amount:      $ 99.00

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 806,</u>

EMPLOYEE BENEFITS/PENSIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 0.20 | 495.00 | 99.00 |
| Totals: | 0.20 | 495.00 | $    99.00 |

Invoice No.:    2686365                                                  Page 5
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    809    FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/02/10 | Jonathan I. Lessner | Review prior financing documents and lien searches for perfection analysis | 1.00 | 640.00 |
| 04/06/10 | Brian L. Colborn | Review missing UCC financing statements for security interest issues. | 1.10 | 528.00 |
| 04/09/10 | Jonathan I. Lessner | Review prior financing agreements, intercreditor documents and lien search results for perfection analysis | 3.00 | 1,920.00 |
| 04/15/10 | Jonathan I. Lessner | Review prior financing documents, intercreditor agreement and lien search results for perfection analysis | 3.00 | 1,920.00 |
| 04/19/10 | Brian L. Colborn | Review transaction documents for lien issues (6.5); update lien memo regarding same (1.0) | 7.50 | 3,600.00 |
| 04/19/10 | Jonathan I. Lessner | Review transaction documents re: lien issues. | 1.00 | 640.00 |
| 04/20/10 | Brian L. Colborn | Review transaction documents for lien issues (5.8); update lien memo regarding same (.8) | 6.60 | 3,168.00 |
| 04/20/10 | Jonathan I. Lessner | Review transaction documents and filings for lien issues | 2.00 | 1,280.00 |
| 04/21/10 | Brian L. Colborn | Review transaction documents for lien issues. | 4.40 | 2,112.00 |
| 04/22/10 | Donald J. Detweiler | Review and analysis of Memorandum on a lien analysis and investigation. | 0.80 | 532.00 |
| 04/22/10 | Jonathan I. Lessner | Review prior financing documents and financing statement re: lien issues | 1.50 | 960.00 |
| 04/23/10 | Brian L. Colborn | Revise and edit draft lien analysis memo (4.5); discussion with J. Lessner regarding same (.3). | 4.80 | 2,304.00 |
| 04/23/10 | Jonathan I. Lessner | Review and comment on lien analysis memo (1.5); discussi memo w/Colborn (.3). | 1.80 | 1,152.00 |
| 04/26/10 | Brian L. Colborn | Finanize initial draft of lien memo (2.8); discussion with J. Lessner regarding comments to same (.3); compile Debtors' statements and scheudles for review of assets (1.1); review and summarize statements and scheudles for assets not covered by security interests (1.6) | 5.80 | 2,784.00 |
| 04/26/10 | Jonathan I. Lessner | Review and revise lien analysis memo (1.0); discuss memo w/Colborn (.1); review Debtors' statements and scheudles for assets not covered by security interests (1.0) | 2.10 | 1,344.00 |

Invoice No.:    2686365                                                                  Page 6
Matter No.:    125368.010100

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/27/10 | Brian L. Colborn | Review and summarize statements and schedules for assets not covered by security interests (5.8); prepare summary of assets (.7). | 6.50 | 3,120.00 |
| 04/27/10 | Scott D. Cousins | Review memorandum on lien review. | 0.70 | 497.00 |
| 04/28/10 | Brian L. Colborn | Research regarding copyright and patent security interest issues (1.7); research PTO filings and Copyright office filings regarding security interests in intellectual property (4.5); compile and review PTO and Copyright office filings (.7). | 6.90 | 3,312.00 |
| 04/28/10 | Jonathan I. Lessner | Research re: copyright and patent security interest issues (.3); review PTO and Copyright office filings (.7). | 1.00 | 640.00 |
| 04/29/10 | Brian L. Colborn | Review and summarize statements and schedules for assets not covered by security interests (6.8); prepare summary of assets not covered by security interests (.9). | 7.70 | 3,696.00 |
| 04/29/10 | Sandra G. M. Selzer | Review Supplemental Approved Budget in Connection with the Final Order (I) Authorizing The Debtors to (A) Obtain Postpetition Financial and (B) Utilize Cash Collateral of Prepetition Secured Entities, (II) Granting Adequate Protection To Prepetition Secured Entities, and (III) Granting Related Relief | 0.50 | 247.50 |

Total Hours:    69.70

Total Amount:    $ 36,396.50

TIMEKEEPER SUMMARY FOR ACTION CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Scott D. Cousins | 0.70 | 710.00 | 497.00 |
| Donald J. Detweiler | 0.80 | 665.00 | 532.00 |
| Jonathan I. Lessner | 16.40 | 640.00 | 10,496.00 |
| Brian L. Colborn | 51.30 | 480.00 | 24,624.00 |
| Sandra G. M. Selzer | 0.50 | 495.00 | 247.50 |
| Totals: | 69.70 | 522.19 | $    36,396.50 |

Invoice No.:    2686365                                                                         Page  7
Matter No.:     125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:      812        PLAN & DISCLOSURE STATEMENT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 04/06/10 | Sandra G. M. Selzer | Review of Response to Motion to Consider the Adequacy of Disclosure Statement Filed by Pacific Coast Crown, CO | 0.50 | 247.50 |
| 04/09/10 | Sandra G. M. Selzer | Review Motion to Approve (I) Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof | 0.70 | 346.50 |
| 04/12/10 | Sean W. Bezark | Review Motion to approve Disclosure Schedule and form of Order. | 0.40 | 268.00 |
| 04/13/10 | Sean W. Bezark | Review Motion to Approve Disclosure Schedule, voting and tabulation documents and related Plan of Reorganization documents. | 2.10 | 1,407.00 |
| 04/13/10 | Sandra G. M. Selzer | Begin research and drafting of objection to disclosure statement and plan | 1.00 | 495.00 |
| 04/14/10 | Sandra G. M. Selzer | Research and drafing of obejction to disclosure statement | 4.00 | 1,980.00 |
| 04/15/10 | Scott D. Cousins | Review filed Plan and Disclosure Statement. | 1.60 | 1,136.00 |
| 04/15/10 | Sandra G. M. Selzer | Research and draft objection to disclosure statement | 1.30 | 643.50 |
| 04/16/10 | Sandra G. M. Selzer | Research and draft objection to disclosure statement | 0.70 | 346.50 |
| 04/18/10 | Sandra G. M. Selzer | Research and draft of objection to disclosure statement | 4.00 | 1,980.00 |
| 04/19/10 | Donald J. Detweiler | Review and analysis of draft Objection to Disclosure Statement (1.2); revise Objection (1.0); e-mail draft Objection to Debtors' counsel (.2). | 1.40 | 931.00 |
| 04/19/10 | Sandra G. M. Selzer | Research and draft objection to dislcosure statement | 1.00 | 495.00 |
| 04/19/10 | Sandra G. M. Selzer | Address emails from D Detweiler regarding objection to Disclosure Statement | 0.20 | 99.00 |
| 04/19/10 | Sandra G. M. Selzer | Revise draft objection to Plan and Disclosure Statement to account for amendments to Plan and Disclosure Statement filed on April 16 | 3.00 | 1,485.00 |
| 04/20/10 | Scott D. Cousins | Review blacklines of plan and disclosure statement. | 0.70 | 497.00 |
| 04/20/10 | Scott D. Cousins | Review memorandum summarizes a | 0.30 | 213.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | sampling of the changes to the April 16 plan. | | |
| 04/20/10 | Scott D. Cousins | Review draft objection to disclosure statement. | 0.40 | 284.00 |
| 04/20/10 | Sandra G. M. Selzer | Review of amended plan and disclosure statement and draft memo to committee detailing changes | 1.50 | 742.50 |
| 04/20/10 | Sandra G. M. Selzer | Review and respond to emails from S Cousins regarding objection to disclosure statement | 0.20 | 99.00 |
| 04/20/10 | Sandra G. M. Selzer | Draft correspondence to committee regarding objection to disclosure statement | 0.20 | 99.00 |
| 04/21/10 | Sean W. Bezark | Review Plan of Reorganization Solicitation Procedures. | 0.50 | 335.00 |
| 04/21/10 | Donald J. Detweiler | Telephone call with creditor re: inquiry on plan and disclosure statement. | 0.20 | 133.00 |
| 04/22/10 | Donald J. Detweiler | Telephone call and e-mails with Debtors' counsel re: Debtors' proposed changes to Plan and Disclosure Statement. | 0.30 | 199.50 |
| 04/22/10 | Sandra G. M. Selzer | Review of email from D Detweiler regarding status of objection to disclosure statment | 0.10 | 49.50 |
| 04/23/10 | Sean W. Bezark | Review Second Amended Chapter 11 Plan of Reorganization of Neenah Enterprises. | 2.40 | 1,608.00 |
| 04/23/10 | Donald J. Detweiler | Review and analysis of revised Disclosure Statement and Plan filed by Debtors. | 0.80 | 532.00 |
| 04/23/10 | Sandra G. M. Selzer | Review amended plan and disclosure statement | 1.40 | 693.00 |
| 04/26/10 | Sean W. Bezark | Review Third Amended Plan of Reorganization and Disclosure Statement. | 2.80 | 1,876.00 |
| 04/26/10 | Donald J. Detweiler | Review and analysis of revised Disclosure Statement. | 0.50 | 332.50 |
| 04/26/10 | Donald J. Detweiler | Review and analysis of revised Plan. | 0.50 | 332.50 |
| 04/26/10 | Donald J. Detweiler | Telephone call and e-mails with Debtors' counsel re: Plan and Disclosure Statement. | 0.30 | 199.50 |
| 04/27/10 | Sean W. Bezark | Teleconference with debtor's counsel regarding Disclosure Statement Hearing and environmental matters. | 0.20 | 134.00 |
| 04/27/10 | Sean W. Bezark | Review revised Disclosure Schedule. | 1.00 | 670.00 |
| 04/27/10 | Sandra G. M. Selzer | Review of amended plan and disclosure statement | 0.50 | 247.50 |
| 04/28/10 | Sean W. Bezark | Review Order approving Disclosure Statement. | 0.60 | 402.00 |
| 04/29/10 | Scott D. Cousins | Review third amended disclosure statement and plan. | 1.40 | 994.00 |
| 04/30/10 | Sean W. Bezark | Analyze new securities issues and exit financing parameters in connection with Plan of Reorganization. | 2.50 | 1,675.00 |

Total Hours:        41.20

Total Amount:        $ 24,207.50

Invoice No.:    2686365                                                  Page 9
Matter No.:    125368.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

    PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 12.50 | 670.00 | 8,375.00 |
| Scott D. Cousins | 4.40 | 710.00 | 3,124.00 |
| Donald J. Detweiler | 4.00 | 665.00 | 2,660.00 |
| Sandra G. M. Selzer | 20.30 | 495.00 | 10,048.50 |
| Totals: | 41.20 | 587.56 | $ 24,207.50 |

Invoice No.:    2686365                                                    Page 10
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/01/10 | Sandra G. M. Selzer | Review Affidavit of Disinterestedness of Ordinary Course Professional Knox McLaughlin Gornall & Sennett, P.C. | 0.20 | 99.00 |
| 04/01/10 | Sandra G. M. Selzer | Review  Affidavit of Disinterestedness of Ordinary Course Professional Krieg DeVault LLP | 0.20 | 99.00 |
| 04/01/10 | Sandra G. M. Selzer | Review Affidavit of Disinterestedness of Ordinary Course Professional Calfee, Halter & Griswold LLP | 0.20 | 99.00 |
| 04/01/10 | Sandra G. M. Selzer | Review Affidavit of Disinterestedness of Ordinary Course Professional Harding & Shultz, P.C. | 0.20 | 99.00 |
| 04/01/10 | Sandra G. M. Selzer | Review Affidavit of Disinterestedness of Ordinary Course Professional Crowe Horwath LLP | 0.20 | 99.00 |
| 04/01/10 | Sandra G. M. Selzer | Review and respond to several emails from D Detweiler, S Cousins, M Townsend, and T Bollman regarding CNOs for GT and Morris Anderson retention applications | 0.30 | 148.50 |
| 04/02/10 | Dennis A. Meloro | Review CNOs re: GT (.1) and Morris Anderson (.1) retention applications. | 0.20 | 96.00 |
| 04/05/10 | Sandra G. M. Selzer | Review docket and sign certification of no objection related to Greenberg Traurig retention | 0.20 | 99.00 |
| 04/05/10 | Sandra G. M. Selzer | Review docket and sign certification of no objection to Morris Anderson application | 0.20 | 99.00 |
| 04/05/10 | Sandra G. M. Selzer | Review of Supplemental List of Ordinary Course Professionals (Second) | 0.30 | 148.50 |
| 04/05/10 | Sandra G. M. Selzer | Review of Affidavit of Disinterestedness of Ordinary Course Professional Nyhart | 0.20 | 99.00 |
| 04/05/10 | Sandra G. M. Selzer | Review of Affidavit of Disinterestedness of Ordinary Course Professional Floyd E. Allen & Associates, P.C. | 0.20 | 99.00 |
| 04/05/10 | Sandra G. M. Selzer | Address email from T Malone-Jackson regarding CNO for retention application | 0.20 | 99.00 |
| 04/06/10 | Sandra G. M. Selzer | Review of Order Authorizing the Debtors to Supplement Their Employment and Retention of Ernst & Young LLP as Tax Advisors Nunc Pro Tunc to the Petition Date | 0.20 | 99.00 |
| 04/06/10 | Sandra G. M. Selzer | Review of First Application for Compensation and Reimbursement of Expenses Incurred for the Period February 3, 2010 through February 28, 2010 Filed by Young Conaway Stargatt & Taylor, LLP | 0.40 | 198.00 |

Invoice No.:    2686365                                                          Page 11
Matter No.:    125368.010100

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/10 | Sandra G. M. Selzer | Review of Third Supplemental List of Ordinary Course Professionals | 0.40 | 198.00 |
| 04/06/10 | Sandra G. M. Selzer | Review of Affidavit of Disinterestedness of Ordinary Course Professional Prudential Retirement Insurance and Annuity Company | 0.20 | 99.00 |
| 04/06/10 | Sandra G. M. Selzer | Review and respond to email from M Townsend regarding Morris Anderson retention order | 0.10 | 49.50 |
| 04/06/10 | Elizabeth C. Thomas | Emails with M. Townsend regarding fee application deadlines. | 0.10 | 22.00 |
| 04/06/10 | Monica L. Townsend | Communication to D. Dooley re: retention orders. | 0.10 | 43.50 |
| 04/07/10 | Sandra G. M. Selzer | Review Affidavit of Disinterestedness of Ordinary Course Professional The Legal Department PLLC | 0.20 | 99.00 |
| 04/07/10 | Sandra G. M. Selzer | Review of Affidavit of Ordinary Course Professional Filed by Jack L. Shultz | 0.20 | 99.00 |
| 04/13/10 | Sandra G. M. Selzer | Review Fourth Supplemental List of Ordinary Course Professionals | 0.20 | 99.00 |
| 04/13/10 | Sandra G. M. Selzer | Review Affidavit of Disinterestedness of Ordinary Course Professional Baden Tax Management | 0.20 | 99.00 |
| 04/13/10 | Sandra G. M. Selzer | Draft email to K Carlson regarding status of fee applications and review responses | 0.30 | 148.50 |
| 04/14/10 | Sandra G. M. Selzer | Review of Garden City Group March Invoice | 0.50 | 247.50 |
| 04/15/10 | Sandra G. M. Selzer | Review of First Application for Compensation and Reimbursement of Expenses for the Period from February 3, 2010 through February 28, 2010 Filed by Ernst & Young LLP | 0.50 | 247.50 |
| 04/15/10 | Sandra G. M. Selzer | Review Second Application for Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1, 2010 through March 31, 2010 Filed by Young Conaway Stargatt & Taylor, LLP. | 0.50 | 247.50 |
| 04/20/10 | Kerry E. Carlson | Review procedures for interim compensations established in the case (.2); revise February billing memoranda (.4); begin to draft first monthly application for payment of fees and expenses (1.5); prepare related timekeeper spreadsheet (.5). | 2.60 | 624.00 |
| 04/20/10 | Kerry E. Carlson | Review and revise March billing memoranda. | 0.60 | 144.00 |
| 04/20/10 | Donald J. Detweiler | Review and analysis Ordinary Course Invoices. | 0.20 | 133.00 |
| 04/27/10 | Sandra G. M. Selzer | Confer with E Thomas regarding February fee application | 0.30 | 148.50 |
| 04/29/10 | Sandra G. M. Selzer | Review of Second Application for Compensation and Reimbursement of Expenses Incurred for the Period from | 0.50 | 247.50 |

Invoice No.:    2686365                                                      Page 12
Matter No.:    125368.010100

Description of Professional Services Rendered

|  |  | March 1, 2010 through March 31, 2010<br>Filed by Sidley Austin LLP |  |  |
|---|---|---|---|---|
| 04/29/10 | Sandra G. M. Selzer | Review and sign Monthly Application for Compensation and Reimbursement of Expenses of Greenberg Traurig, LLP as Counsel to the Committee for the Period from February 12, 2010 to and including February 28, 2010 [First] | 0.50 | 247.50 |
| 04/29/10 | Sandra G. M. Selzer | Review of March Fee application | 1.00 | 495.00 |
| 04/29/10 | Elizabeth C. Thomas | Prepare notice for first GT fee application (.2); prepare service for fee application (.1); perfect, e-file and serve application (.2); prepare affidavit of service (.1). | 0.60 | 132.00 |
| 04/30/10 | Monica L. Townsend | Communication from D. Detweiler re: fee application and follow up re: same (.2); discuss same with S. Selzer (.1); and review MorrisAnderson fee application (.2). | 0.50 | 217.50 |

Total Hours:        13.70

Total Amount:        $ 5,768.00

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Donald J. Detweiler | 0.20 | 665.00 | 133.00 |
| Dennis A. Meloro | 0.20 | 480.00 | 96.00 |
| Sandra G. M. Selzer | 8.80 | 495.00 | 4,356.00 |
| Monica L. Townsend | 0.60 | 435.00 | 261.00 |
| Kerry E. Carlson | 3.20 | 240.00 | 768.00 |
| Elizabeth C. Thomas | 0.70 | 220.00 | 154.00 |
| Totals: | 13.70 | 421.02 | $     5,768.00 |

Invoice No.:     2686365                                    Page 13
Matter No.:      125368.010100

Description of Professional Services Rendered


ACTION CODE:     824        PREPARATION/REVIEW REPORTS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/27/10 | Sandra G. M. Selzer | Attend continued 341 meeting | 0.30 | 148.50 |
| 04/30/10 | Sandra G. M. Selzer | Review of Debtor-In-Possession Monthly Operating Report for Filing Period March 2010 | 0.50 | 247.50 |

Total Hours:    0.80

Total Amount:    $ 396.00


TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 0.80 | 495.00 | 396.00 |
| Totals: | 0.80 | 495.00 | $      396.00 |

Invoice No.:     2686365                                      Page 14
Matter No.:     125368.010100

Description of Professional Services Rendered

ACTION CODE:      831        CREDITORS' COMMITTEE - GENERAL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/07/10 | Sandra G. M. Selzer | Draft correspondence to the Committee regarding Notice of Bar Date | 0.40 | 198.00 |
| 04/13/10 | Scott D. Cousins | Review various materials in preparation for today's weekly committee call. | 0.30 | 213.00 |
| 04/13/10 | Scott D. Cousins | Participate on today's weekly committee call. | 0.30 | 213.00 |
| 04/13/10 | Donald J. Detweiler | Prepare for call handled by S. Cousins. | 0.30 | 199.50 |
| 04/13/10 | Sandra G. M. Selzer | Draft agenda and email to committee regarding 4/13 committee call | 0.50 | 247.50 |
| 04/13/10 | Sandra G. M. Selzer | Call with Committee to discuss case status and outstanding issues | 0.50 | 247.50 |
| 04/13/10 | Sandra G. M. Selzer | Draft email to committee regarding committee call | 0.20 | 99.00 |
| 04/19/10 | Donald J. Detweiler | Send e-mail to Committee re: financial projections. | 0.20 | 133.00 |
| 04/20/10 | Scott D. Cousins | Attend weekly teleconference with the committee. | 0.80 | 568.00 |
| 04/20/10 | Donald J. Detweiler | Prepare for and participate in Committee Conference Call. | 0.80 | 532.00 |
| 04/20/10 | Sandra G. M. Selzer | Prepare for and attend Phone call with Commmittee regarding plan status and stauts of case | 0.50 | 247.50 |
| 04/20/10 | Sandra G. M. Selzer | Draft meeting agenda for 4/20 call with Committee | 0.30 | 148.50 |
| 04/27/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee teleconference. | 0.80 | 536.00 |
| 04/27/10 | Scott D. Cousins | Attend weekly committee teleconference. | 0.70 | 497.00 |
| 04/27/10 | Donald J. Detweiler | E-mail Committee re: results of Disclosure Statement Hearing. | 0.20 | 133.00 |
| 04/27/10 | Donald J. Detweiler | Prepare for and attend Committee Conference Call. | 0.80 | 532.00 |
| 04/27/10 | Sandra G. M. Selzer | Draft committee meeting agenda | 0.30 | 148.50 |
| 04/27/10 | Sandra G. M. Selzer | Phone call with committee regarding objection to disclosure statement and case status | 0.80 | 396.00 |

Total Hours:      8.70

Total Amount:      $ 5,289.00

Invoice No.:    2686365
Matter No.:    125368.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 831,

CREDITORS' COMMITTEE - GENERAL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 0.80 | 670.00 | 536.00 |
| Scott D. Cousins | 2.10 | 710.00 | 1,491.00 |
| Donald J. Detweiler | 2.30 | 665.00 | 1,529.50 |
| Sandra G. M. Selzer | 3.50 | 495.00 | 1,732.50 |
| Totals: | 8.70 | 607.93 | $ 5,289.00 |

Invoice No.:    2686365                                          Page 16
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    833        COURT HEARINGS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 04/05/10 | Sean W. Bezark | Review Agenda of Matters for April 7, 2010 Hearing and follow up regarding same. | 0.30 | 201.00 |
| 04/05/10 | Sandra G. M. Selzer | Review of Notice of Agenda of Matters Scheduled for Hearing | 0.20 | 99.00 |
| 04/06/10 | Sandra G. M. Selzer | Review of Amended Notice of Agenda of Matters Scheduled for Hearing Filed by Neenah Enterprises, Inc. | 0.10 | 49.50 |
| 04/26/10 | Elizabeth C. Thomas | Prepare attorney hearing binders. | 0.70 | 154.00 |
| 04/27/10 | Donald J. Detweiler | Prepare for and attend Disclosure Statement Hearing. | 1.30 | 864.50 |

Total Hours:    2.60

Total Amount:    $ 1,368.00

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 833,</u>

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sean W. Bezark | 0.30 | 670.00 | 201.00 |
| Donald J. Detweiler | 1.30 | 665.00 | 864.50 |
| Sandra G. M. Selzer | 0.30 | 495.00 | 148.50 |
| Elizabeth C. Thomas | 0.70 | 220.00 | 154.00 |
| Totals: | 2.60 | 526.15 | $    1,368.00 |

Invoice No.:    2686365
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    835    LEASES AND EXECUTORY CONTRACTS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 04/09/10 | Sandra G. M. Selzer | Review Motion to Extend the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code | 0.50 | 247.50 |
| 04/26/10 | Sandra G. M. Selzer | Review Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property | 0.30 | 148.50 |
| | | Total Hours: | 0.80 | |
| | | Total Amount: | | $ 396.00 |

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 835,</u>

LEASES AND EXECUTORY CONTRACTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 0.80 | 495.00 | 396.00 |
| Totals: | 0.80 | 495.00 | $    396.00 |

Invoice No.:    2686365                                                    Page 18
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    836        SCHEDULES AND STATEMENTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/06/10 | Sandra G. M. Selzer | Review schedules and statements filed by the Debtors | 2.00 | 990.00 |
| 04/08/10 | Sean W. Bezark | Review Debtors' Statements of Financial Affairs and related Schedules. | 2.80 | 1,876.00 |
| 04/09/10 | Sean W. Bezark | Continue to review and examine Debtors' Statements of Financial Affairs and related Schedules. | 2.00 | 1,340.00 |
| 04/20/10 | Donald J. Detweiler | Forward SOFAs to Committee. | 0.10 | 66.50 |

Total Hours:    6.90

Total Amount:    $ 4,272.50

TIMEKEEPER SUMMARY FOR ACTION CODE 836,

SCHEDULES AND STATEMENTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sean W. Bezark | 4.80 | 670.00 | 3,216.00 |
| Donald J. Detweiler | 0.10 | 665.00 | 66.50 |
| Sandra G. M. Selzer | 2.00 | 495.00 | 990.00 |
| Totals: | 6.90 | 619.20 | $    4,272.50 |

Invoice No.:     2686365
Matter No.:      125368.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 22.10 | 670.00 | 14,807.00 |
| Scott D. Cousins | 7.80 | 710.00 | 5,538.00 |
| Donald J. Detweiler | 11.30 | 665.00 | 7,514.50 |
| Jonathan I. Lessner | 16.40 | 640.00 | 10,496.00 |
| Brian L. Colborn | 51.30 | 480.00 | 24,624.00 |
| Dennis A. Meloro | 0.20 | 480.00 | 96.00 |
| Sandra G. M. Selzer | 40.60 | 495.00 | 20,097.00 |
| Monica L. Townsend | 0.60 | 435.00 | 261.00 |
| Kerry E. Carlson | 3.20 | 240.00 | 768.00 |
| Elizabeth C. Thomas | 2.00 | 220.00 | 440.00 |
| Totals: | 155.50 | 544.32 | $ 84,641.50 |

**EXHIBIT C**

Invoice No.:     2686365                                          Page  20
Re:              Chapter 11 Representation
Matter No.:      125368.010100

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/28/10 | VENDOR: Digital Legal Services, LLC - WILMINGTON INVOICE#: 52517 DATE: 2/28/2010 Digital Prints / Binders / Exhibit Tabs  Req.'d by Elizabeth Thomas - File Ref: 125368.010100 | $     2,978.32 |
| 03/02/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 12/; Document Type: PACER: DOCKET REPORT;  Date: 03/02/2010;  Atty Code: ECT;  Amount: 0.64 | $     0.64 |
| 03/03/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 2/1; Document Type: PACER: DOCKET REPORT;  Date: 03/03/2010;  Atty Code: 5683;  Amount: 0.24 | $     0.24 |
| 03/04/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 2/2; Document Type: PACER: DOCKET REPORT;  Date: 03/04/2010;  Atty Code: ECT;  Amount: 0.16 | $     0.16 |
| 03/08/10 | Search Criteria: 03-12414-PJW FIL OR ENT: FILED  TO: 3/8/; Document Type: PACER: DOCKET REPORT;  Date: 03/08/2010;  Atty Code: ECT;  Amount: 1.28 | $     1.28 |
| 03/10/10 | Search Criteria: 10-10360-MFW DOCUMENT 145-0;   Document Type: PACER: IMAGE145-0;  Date: 03/10/2010;  Atty Code: DDJ;  Amount: 0.48 | $     0.48 |
| 03/10/10 | Search Criteria: 10-10360-MFW DOCUMENT 146-0;   Document Type: PACER: IMAGE146-0;  Date: 03/10/2010;  Atty Code: DDJ;  Amount: 2.40 | $     2.40 |
| 03/10/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 1/8; Document Type: PACER: DOCKET REPORT;  Date: 03/10/2010;  Atty Code: DDJ;  Amount: 0.88 | $     0.88 |
| 03/11/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 1/8; Document Type: PACER: DOCKET REPORT;  Date: 03/11/2010;  Atty Code: DDJ;  Amount: 0.96 | $     0.96 |
| 03/11/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 3/4; Document Type: PACER: DOCKET REPORT;  Date: 03/11/2010;  Atty Code: ECT;  Amount: 0.32 | $     0.32 |
| 03/15/10 | Search Criteria: 09-13560-CSS DOCUMENT 383-0;   Document Type: PACER: IMAGE383-0;  Date: 03/15/2010;  Atty Code: ECT;  Amount: 0.72 | $     0.72 |
| 03/15/10 | Search Criteria: 09-13560-CSS DOCUMENT 383-2;   Document Type: PACER: IMAGE383-2;  Date: 03/15/2010;  Atty Code: ECT;  Amount: 2.40 | $     2.40 |
| 03/15/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 1/1; Document Type: PACER: DOCKET REPORT;  Date: 03/15/2010;  Atty Code: ECT;  Amount: 0.96 | $     0.96 |
| 03/15/10 | Search Criteria: 09-13760-KJC DOCUMENT 122-0;   Document Type: PACER: IMAGE122-0;  Date: 03/15/2010;  Atty Code: ECT;  Amount: 2.40 | $     2.40 |
| 03/15/10 | Search Criteria: 09-13760-KJC DOCUMENT 123-0;   Document Type: PACER: IMAGE123-0;  Date: 03/15/2010;  Atty Code: ECT;  Amount: 0.56 | $     0.56 |

Invoice No.:    2686365                                               Page 21
Re:             Chapter 11 Representation
Matter No.:     125368.010100

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 03/15/10 | Search Criteria: 09-13760-KJC DOCUMENT 128-0;  Document Type: PACER: IMAGE128-0;  Date: 03/15/2010; Atty Code: ECT;  Amount: 1.04 | $ | 1.04 |
| 03/15/10 | Search Criteria: 09-13760-KJC FIL OR ENT: FILED FROM: 1/1;  Document Type: PACER: DOCKET REPORT;  Date: 03/15/2010; Atty Code: ECT;  Amount: 1.04 | $ | 1.04 |
| 03/15/10 | Search Criteria: 10-10799-KJC DOCUMENT 1-0;  Document Type: PACER: IMAGE1-0;  Date: 03/15/2010; Atty Code: ECT;  Amount: 2.16 | $ | 2.16 |
| 03/15/10 | Search Criteria: 10-10799-KJC FIL OR ENT: FILED FROM: 1/1;  Document Type: PACER: DOCKET REPORT;  Date: 03/15/2010; Atty Code: ECT;  Amount: 0.40 | $ | 0.40 |
| 03/22/10 | VENDOR: Parcels, Inc.; INVOICE#: 235965; DATE: 3/22/2010  - Acct# 343 - 3/22 From Mikimotos to GT. | $ | 15.00 |
| 03/22/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED  TO: 3/22;  Document Type: PACER: DOCKET REPORT;  Date: 03/22/2010; Atty Code: ECT;  Amount: 1.04 | $ | 1.04 |
| 03/22/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 3/1;  Document Type: PACER: DOCKET REPORT;  Date: 03/22/2010; Atty Code: ECT;  Amount: 0.16 | $ | 0.16 |
| 03/23/10 | VENDOR: Mikimoto's Asian Grill; INVOICE#: 21812; DATE: 3/23/2010  - Lunch order on 3/22/2010. | $ | 14.50 |
| 03/28/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT032810 DATE: 3/28/2010  Conferencing Services Invoice Date 100323 User DDJ Client Code 125368.010100 Matter Code | $ | 19.73 |
| 03/30/10 | VENDOR: Parcels, Inc. INVOICE#: 237661 DATE: 3/30/2010  Acct 343 - 3/30 From Mikimotos to GT. Req'd by Grube Todd R. - File Ref: 125368.010100 | $ | 15.00 |
| 03/30/10 | Search Criteria: 09-13560-CSS;  Document Type: PACER: IMAGE399-1;  Date: 03/30/2010; Atty Code: ECT;  Amount: 0.48 | $ | 0.48 |
| 03/30/10 | Search Criteria: 09-13560-CSS DOCUMENT 396-0;  Document Type: PACER: IMAGE396-0;  Date: 03/30/2010; Atty Code: ECT;  Amount: 0.40 | $ | 0.40 |
| 03/30/10 | Search Criteria: 09-13560-CSS DOCUMENT 398-0;  Document Type: PACER: IMAGE398-0;  Date: 03/30/2010; Atty Code: ECT;  Amount: 0.80 | $ | 0.80 |
| 03/30/10 | Search Criteria: 09-13560-CSS DOCUMENT 399-0;  Document Type: PACER: IMAGE399-0;  Date: 03/30/2010; Atty Code: ECT;  Amount: 0.48 | $ | 0.48 |
| 03/30/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 1/2;  Document Type: PACER: DOCKET REPORT;  Date: 03/30/2010; Atty Code: ECT;  Amount: 0.80 | $ | 0.80 |
| 04/01/10 | VENDOR: Parcels, Inc. INVOICE#: 238323 DATE: 4/1/2010  Acct 343 - 4/1 From Mikimotos to GT. Req'd by Grube Todd R. - File Ref: 125368.010100 | $ | 15.00 |
| 04/04/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT040410 DATE: 4/4/2010  Conferencing Services Invoice Date 100330 User DDJ Client Code 125368.010100 Matter Code | $ | 11.53 |

| | | | |
|---|---|---|---|
| Invoice No.: | 2686365 | | Page 22 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

Description of Expenses Billed

| Date | Description | | Amount |
|---|---|---|---|
| 04/05/10 | VENDOR: Parcels, Inc.; INVOICE#: 238636A; DATE: 4/5/2010 - Acct# 343 - 4/5 From GT to Chief Judge Mary Walrath. | $ | 3.00 |
| 04/06/10 | VENDOR: CT Corporation/Coresearch/Summation/Lien INVOICE#: 5888837-RI DATE: 4/6/2010<br>Re: Cast Alloys, Inc. / State Lien Search - California - Req. by Brian Colborn - File Ref: 125368.010100, | $ | 39.20 |
| 04/06/10 | VENDOR: CT Corporation/Coresearch/Summation/Lien INVOICE#: 5888837-RI DATE: 4/6/2010<br>Re: Cast Alloys, Inc. / Copy Fee - California (2) - Req. by Brian Colborn - File Ref: 125368.010100, | $ | 4.50 |
| 04/06/10 | VENDOR: CT Corporation/Coresearch/Summation/Lien INVOICE#: 5888837-RI DATE: 4/6/2010<br>Re: Cast Alloys, Inc. / Copy Fee - California (5) - Req. by Brian Colborn - File Ref: 125368.010100, | $ | 11.25 |
| 04/08/10 | VENDOR: Mikimoto's Asian Grill INVOICE#: 21816 DATE: 4/8/2010<br>Dinner order on 4/1/2010. Req.'d by Grube Todd R. - File Ref: 125368.010100 | $ | 17.50 |
| 04/08/10 | VENDOR: Mikimoto's Asian Grill INVOICE#: 21815 DATE: 4/8/2010<br>Lunch order on 03/30/2010. Req.'d by Grube Todd R. - File Ref: 125368.010100 | $ | 85.50 |
| 04/14/10 | Westlaw Research by SELZER,SANDRA. | $ | 273.69 |
| 04/15/10 | VENDOR: Parcels, Inc. INVOICE#: 240747 DATE: 4/15/2010 - File Acct# 343 - 4/15 From Mikimotos to GT. Req.'d by Grube Todd R. - File Ref: 125368.010100 | $ | 15.00 |
| 04/18/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT041810 DATE: 4/18/2010<br>Conferencing Services Invoice Date 100413 User DDJ Client Code 125368.010100 Matter Code | $ | 4.08 |
| 04/20/10 | VENDOR: Mikimoto's Asian Grill INVOICE#: 21821 DATE: 4/20/2010<br>Dinner order on 4/15/10. Req.'d by Grube Todd R. - File Ref: 125368.010100 | $ | 16.50 |
| 04/20/10 | VENDOR: Parcels, Inc.; INVOICE#: 241590; DATE: 4/20/2010 - Acct# 343 - 4/20/2010 From Mikimotos to GT. | $ | 15.00 |
| 04/25/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT042510 DATE: 4/25/2010<br>Conferencing Services Invoice Date 100420 User DDJ Client Code 125368.010100 Matter Code | $ | 13.56 |
| 04/29/10 | Copy; 180 Page(s) by 000018 | $ | 27.00 |
| | Total Expenses: | $ | 3,618.06 |