IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.* ) | |
| ) | Case No. 10-10360 (MFW) |
| ) | |
| Debtors. ) | |
| ) | Related Dkt. No. 510 |
| ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF AIRGAS NORTH CENTRAL, INC. TO THE OMNIBUS MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

NOW COMES Airgas, North Central, Inc. ("Airgas"), and hereby withdraws its Objection of Airgas North Central, Inc. To The Omnibus Motion Of The Debtors For An Order Authorizing The Assumption Of Executory Contracts And Unexpired Leases filed June 10, 2010 at Dkt. 510.

Dated: June 15, 2010

Respectfully submitted,

SMITH KATZENSTEIN & FURLOW LLP

By: */s/Kathleen M. Miller*
Kathleen M. Miller (I.D. 2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: Kmiller@skfdelaware.com

{10039}