- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2010, I caused a copy of the above Notice of Withdrawal of Objection of Airgas North Central, Inc. To The Omnibus Motion Of The Debtors For An Order Authorizing The Assumption Of Executory Contracts And Unexpired Leases to be served on the following by first class mail.

Edmon L. Morton
Young, Conaway, Stargatt
& Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

/s/Kathleen M. Miller
Kathleen M. Miller (DE I.D. No. 2898)

{10039}