# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600　　　　　　　　　THE BRANDYWINE BUILDING　　　　　　　　　(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)　　　　1000 WEST STREET, 17TH FLOOR　　　　　　www.ycst.com
　　　　　　　　　　　　　　　　WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644


**TO:**　Robert E. Ostendorf, Jr.　　　　　　　　　　　　　　　　　　　06/14/2010
　　　　President and Chief Executive Officer
　　　　2121 Brooks Avenue
　　　　P.O. Box 729
　　　　Neenah, WI 54927

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　File No. 069152.1001

For Professional Services Rendered For:　　　　　　　　　　　　　　　Bill No. 40336856


**Neenah Foundry Company**
**Billing Period Through April 30, 2010**


| | |
|---|---:|
| Total Fees................................................................................. $ | 23,929.00 |
| Total Expenses........................................................................... | 5,853.56 |
| Total................................................................. $ | 29,782.56 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through April 30, 2010

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 4.90 | 1,199.00 |
| B002 | Court Hearings | 18.50 | 5,621.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 7.70 | 2,320.50 |
| B005 | Lease/Executory Contract Issues | 1.90 | 550.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | 0.20 | 67.00 |
| B007 | Claims Analysis, Objections and Resolutions | 1.60 | 452.50 |
| B008 | Meetings | 5.30 | 1,501.50 |
| B012 | Plan and Disclosure Statement | 25.90 | 8,347.00 |
| B013 | Creditor Inquiries | 0.20 | 53.00 |
| B017 | Retention of Professionals/Fee Issues | 12.70 | 2,974.00 |
| B018 | Fee Application Preparation | 3.70 | 843.50 |
| | Totals | 82.60 | $ 23,929.00 |

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through April 30, 2010

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.50 | x $ | 350.00 | = | 875.00 |
| Troy Bollman | Paralegal | 2.40 | x $ | 135.00 | = | 324.00 |
| | Totals: | 4.90 | | | $ | 1,199.00 |

**Task B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.00 | x $ | 350.00 | = | 700.00 |
| Edmon L. Morton | Partner | 5.30 | x $ | 530.00 | = | 2,809.00 |
| Kenneth Enos | Associate | 3.00 | x $ | 335.00 | = | 1,005.00 |
| Troy Bollman | Paralegal | 8.20 | x $ | 135.00 | = | 1,107.00 |
| | Totals: | 18.50 | | | $ | 5,621.00 |

**Task B004**
**Schedules & Statements, U.S. Trustee Reports**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 5.40 | x $ | 350.00 | = | 1,890.00 |
| Kenneth Enos | Associate | 0.60 | x $ | 335.00 | = | 201.00 |
| Troy Bollman | Paralegal | 1.70 | x $ | 135.00 | = | 229.50 |
| | Totals: | 7.70 | | | $ | 2,320.50 |

3

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through April 30, 2010

**Task B005**
**Lease/Executory Contract Issues**

| Name | Role | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.60 | x $ | 350.00 | = | 210.00 |
| Edmon L. Morton | Partner | 0.30 | x $ | 530.00 | = | 159.00 |
| Kenneth Enos | Associate | 0.10 | x $ | 335.00 | = | 33.50 |
| Morgan Seward | Associate | 0.20 | x $ | 265.00 | = | 53.00 |
| Troy Bollman | Paralegal | 0.70 | x $ | 135.00 | = | 94.50 |
| | Totals: | 1.90 | | | $ | 550.00 |

**Task B006**
**Use, Sale or Lease of Property (363 issues)**

| Name | Role | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Kenneth Enos | Associate | 0.20 | x $ | 335.00 | = | 67.00 |
| | Totals: | 0.20 | | | $ | 67.00 |

**Task B007**
**Claims Analysis, Objections and Resolutions**

| Name | Role | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.10 | x $ | 350.00 | = | 385.00 |
| Troy Bollman | Paralegal | 0.50 | x $ | 135.00 | = | 67.50 |
| | Totals: | 1.60 | | | $ | 452.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through April 30, 2010

| **Task B008**<br>**Meetings** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.00 | x $ | 350.00 | = | 700.00 |
| Edmon L. Morton | Partner | 0.80 | x $ | 530.00 | = | 424.00 |
| Kenneth Enos | Associate | 0.20 | x $ | 335.00 | = | 67.00 |
| Troy Bollman | Paralegal | 2.30 | x $ | 135.00 | = | 310.50 |
| | Totals: | 5.30 | | | $ | 1,501.50 |

| **Task B012**<br>**Plan and Disclosure Statement** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 8.60 | x $ | 350.00 | = | 3,010.00 |
| Edmon L. Morton | Partner | 3.70 | x $ | 530.00 | = | 1,961.00 |
| Kenneth Enos | Associate | 7.70 | x $ | 335.00 | = | 2,579.50 |
| Troy Bollman | Paralegal | 5.90 | x $ | 135.00 | = | 796.50 |
| | Totals: | 25.90 | | | $ | 8,347.00 |

| **Task B013**<br>**Creditor Inquiries** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Morgan Seward | Associate | 0.20 | x $ | 265.00 | = | 53.00 |
| | Totals: | 0.20 | | | $ | 53.00 |

5

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through April 30, 2010

| **Task B017**<br>**Retention of Professionals/Fee Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.80 | x $ | 350.00 | = | 280.00 |
| Edmon L. Morton | Partner | 1.70 | x $ | 530.00 | = | 901.00 |
| Morgan Seward | Associate | 3.20 | x $ | 265.00 | = | 848.00 |
| Troy Bollman | Paralegal | 7.00 | x $ | 135.00 | = | 945.00 |
| | Totals: | 12.70 | | | $ | 2,974.00 |

| **Task B018**<br>**Fee Application Preparation** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.60 | x $ | 350.00 | = | 560.00 |
| Troy Bollman | Paralegal | 2.10 | x $ | 135.00 | = | 283.50 |
| | Totals: | 3.70 | | | $ | 843.50 |
| | Aggregate Total: | 82.60 | | | $ | 23,929.00 |

6

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through April 30, 2010

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| EMORT | Edmon L. Morton, Partner | 11.80 | $ | 530.00 | = | 6,254.00 |
| DBOWM | Donald J. Bowman, Associate | 24.60 | $ | 350.00 | = | 8,610.00 |
| KENOS | Kenneth Enos, Associate | 11.80 | $ | 335.00 | = | 3,953.00 |
| MSEWA | Morgan Seward, Associate | 3.60 | $ | 265.00 | = | 954.00 |
| TBOLL | Troy Bollman, Paralegal | 30.80 | $ | 135.00 | = | 4,158.00 |
|  | Total: | 82.60 |  |  | $ | 23,929.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001   Invoice No. 40336856   06-14-2010

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 03/30/10 | Update critical dates calendar for circulation | TBOLL | B001 | 0.20 |
| 04/07/10 | Review and provide comments on revised critical dates memo | DBOWM | B001 | 0.60 |
| 04/07/10 | Update critical dates calendar | TBOLL | B001 | 0.20 |
| 04/15/10 | Review and provide comments on revised critical dates memo | DBOWM | B001 | 0.40 |
| 04/20/10 | Review and provide comments on critical dates memo | DBOWM | B001 | 0.30 |
| 04/20/10 | Prepare docket update for working group and download related pleadings | TBOLL | B001 | 0.20 |
| 04/21/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 04/23/10 | Prepare docket update for working group and download related pleadings | TBOLL | B001 | 0.20 |
| 04/27/10 | Prepare docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 04/28/10 | Review critical dates memo and provide comments to T. Bollman | DBOWM | B001 | 0.90 |
| 04/28/10 | Update critical dates calendar | TBOLL | B001 | 0.50 |
| 04/28/10 | Prepare docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 04/29/10 | Review revised critical dates memo and discuss with T. Bollman | DBOWM | B001 | 0.30 |
| 04/29/10 | Update critical dates calendar | TBOLL | B001 | 0.30 |
| 04/30/10 | Update 2002 service list | TBOLL | B001 | 0.40 |
| 04/30/10 | Prepare docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| | Sub Total | | | 4.90 |

8

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001     Invoice No. 40336856     06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 03/30/10 | Prepare agenda of matters scheduled for hearing on April 7, 2010 | TBOLL | B002 | 0.30 |
| 04/01/10 | Review and provide comments on draft April 7, 2010 hearing agenda | DBOWM | B002 | 0.40 |
| 04/05/10 | Finalize and file April 7, 2010 hearing agenda | DBOWM | B002 | 0.30 |
| 04/05/10 | Finalize for filing and coordinate service of agenda of matters scheduled for hearing on April 7, 2010 | TBOLL | B002 | 0.40 |
| 04/06/10 | Review and file Amended and Second Amended April 17, 2010 Hearing Agendas | DBOWM | B002 | 0.20 |
| 04/06/10 | Telephone to Judge Walrath's Chambers re: April 7, 2010 hearing agenda | DBOWM | B002 | 0.10 |
| 04/06/10 | Prepare (.2) and finalize for filing (.3) amended agenda of matters scheduled for hearing on April 7, 2010 | TBOLL | B002 | 0.50 |
| 04/06/10 | Prepare (.1), and finalize for filing (.3) second amended agenda of matters scheduled for hearing on April 7, 2010 | TBOLL | B002 | 0.40 |
| 04/15/10 | Telephone from co-counsel (P. Booth) re: April 20, 2010 hearing agenda | DBOWM | B002 | 0.40 |
| 04/15/10 | Prepare draft of agenda of matters scheduled for hearing on April 27, 2010 | TBOLL | B002 | 0.40 |
| 04/20/10 | Review draft April 27, 2010 hearing agenda | DBOWM | B002 | 0.20 |
| 04/20/10 | Update agenda regarding hearing on April 27, 2010 | TBOLL | B002 | 0.20 |
| 04/21/10 | E-mails to/from co-counsel (B. Guzina) re: April 27, 2010 hearing and 341 Meeting of Creditors | DBOWM | B002 | 0.20 |
| 04/21/10 | Review revised April 27, 2010 hearing agenda | DBOWM | B002 | 0.20 |
| 04/23/10 | Update (.4) and finalize for filing and coordinate service (.3) of agenda of matters scheduled for hearing on April 27, 2010 | TBOLL | B002 | 0.70 |
| 04/23/10 | Update binders regarding hearing on April 27, 2010 | TBOLL | B002 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001  Invoice No. 40336856  06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/26/10 | Review materials to prepare for disclosure statement hearing (.8); Conference with B. Guzina, L. Nyhan and client re: same (1.6) | EMORT | B002 | 2.40 |
| 04/26/10 | Meeting with co-counsel and client re: preparations for Disclosure Statement Hearing | KENOS | B002 | 1.60 |
| 04/26/10 | Assist in preparation of materials for hearing on April 27, 2010 | TBOLL | B002 | 3.60 |
| 04/27/10 | Work with co-counsel and client to prepare for Disclosure Statement Hearing (1.5); Attend/conduct hearing (includes time waiting to be heard)(.6); Conference with client and co-counsel re: results of same (.8) | EMORT | B002 | 2.90 |
| 04/27/10 | Assist client and co-counsel with preparation for Disclosure Statement Hearing | KENOS | B002 | 1.40 |
| 04/27/10 | Assist in preparation of materials for hearing on April 27, 2010 | TBOLL | B002 | 1.30 |
| | Sub Total | | | 18.50 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/02/10 | Review and comment on Schedules & SOFA's and Global Notes | DBOWM | B004 | 3.20 |
| 04/05/10 | Finalize and File Schedules & SOFA's | DBOWM | B004 | 1.60 |
| 04/05/10 | Exchange emails with co-counsel re: preparation of schedules and SOFAs | KENOS | B004 | 0.10 |
| 04/05/10 | Finalize for filing schedules and SOFAs | TBOLL | B004 | 1.40 |
| 04/21/10 | Emails with US Trustee Office re: US Trustee fee statements | KENOS | B004 | 0.10 |
| 04/22/10 | Emails with co-counsel re: payment of US Trustee Fees | KENOS | B004 | 0.20 |
| 04/30/10 | Review March 2010 Monthly Operating Reports | DBOWM | B004 | 0.60 |
| 04/30/10 | Review and Finalize March MOR | KENOS | B004 | 0.20 |

10

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001      Invoice No. 40336856                          06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/30/10 | Finalize for filing and coordinate service of monthly operating report for March 2010 | TBOLL | B004 | 0.30 |
| | Sub Total | | | 7.70 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/06/10 | Correspondence from and to M. Seward re: creditor lease inquiry | EMORT | B005 | 0.30 |
| 04/06/10 | Review and revise letter to S. Dougherty r: Ford truck leases | MSEWA | B005 | 0.20 |
| 04/08/10 | E-mail from co-counsel (B. Guzina) re: 365(d)(4) Motion | DBOWM | B005 | 0.10 |
| 04/08/10 | Exchange emails with co-counsel re: preparation of 365(d)(4) motion | KENOS | B005 | 0.10 |
| 04/09/10 | Review and file Motion to Extend 365(d)(4) Deadline | DBOWM | B005 | 0.30 |
| 04/09/10 | E-mails from/to co-counsel (B. Myrick) re: 365(d)(4) Extension Motion | DBOWM | B005 | 0.20 |
| 04/09/10 | Prepare notice (.2) and finalize for filing (.3) motion to extend the deadline to assume or reject unexpired leases | TBOLL | B005 | 0.50 |
| 04/23/10 | Finalize for filing certificate of no objection to motion to extend deadline to assume or reject unexpired leases | TBOLL | B005 | 0.20 |
| | Sub Total | | | 1.90 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/14/10 | Email to US Trustee re: bank accounts | KENOS | B006 | 0.20 |
| | Sub Total | | | 0.20 |

11

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001   Invoice No. 40336856   06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/05/10 | Fax from Standard Electric Supply re: Proof of Claim | DBOWM | B007 | 0.20 |
| 04/07/10 | E-mails to and from co-counsel (B. Guzina) re: Bar Date Notice and service of same | DBOWM | B007 | 0.30 |
| 04/08/10 | E-mail from/to co-counsel (B. Myrick) re: Bar Date Notice | DBOWM | B007 | 0.20 |
| 04/09/10 | Review and file Bar Date Notice | DBOWM | B007 | 0.20 |
| 04/09/10 | Finalize for filing notice of entry of bar date order | TBOLL | B007 | 0.20 |
| 04/16/10 | Finalize for filing and coordinate service of notice of filing of blacklines of amended plan and disclosure statement | TBOLL | B007 | 0.30 |
| 04/26/10 | E-mail to/from co-counsel (B. Myrick) re: Publication of Bar Date Notice | DBOWM | B007 | 0.20 |
| | Sub Total | | | 1.60 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/26/10 | Review 341 Meeting of Creditor documents prepared by T. Bollman in preparation for 341 Meeting of Creditors | DBOWM | B008 | 0.90 |
| 04/26/10 | Prepare binders and related materials for 341 meeting on April 27, 2010 | TBOLL | B008 | 2.30 |
| 04/27/10 | Attend 341 Meeting of Creditors | DBOWM | B008 | 0.70 |
| 04/27/10 | Meeting with client, E. Morton and co-counsel (B. Guzina) to prepare for 341 Meeting of Creditors (attend portion of) | DBOWM | B008 | 0.40 |
| 04/27/10 | Conference with client, D. Bowman and B. Guzina to prepare for continued 341 meeting of creditors | EMORT | B008 | 0.80 |
| 04/27/10 | Assist client with preparation for 341 meeting | KENOS | B008 | 0.20 |
| | Sub Total | | | 5.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001             Invoice No. 40336856                    06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 03/25/10 | Prepare draft of notice of disclosure statement hearing | TBOLL | B012 | 0.40 |
| 03/26/10 | Finalize for filing plan (.3) and disclosure statement (.2) | TBOLL | B012 | 0.50 |
| 03/26/10 | Finalize for filing and coordinate service of notice of disclosure statement hearing | TBOLL | B012 | 0.20 |
| 04/01/10 | Discussion with M. Seward re: exhibits to Disclosure Statement | DBOWM | B012 | 0.10 |
| 04/01/10 | Exchange emails with co-counsel re: preparation of disclosure statement | KENOS | B012 | 0.10 |
| 04/05/10 | Correspondence from and to B. Guzina re: Committee/plan issues (.2); Teleconference with B. Guzina re: same (.4) | EMORT | B012 | 0.60 |
| 04/06/10 | Review Pacific Coast Crown response to Disclosure Statement | DBOWM | B012 | 0.10 |
| 04/09/10 | Review and Revise Solicitation Procedures Motion, Order and Exhibits | KENOS | B012 | 1.80 |
| 04/09/10 | Teleconference with K. Mills (2x) re: Solicitation Procedures Motion | KENOS | B012 | 0.40 |
| 04/09/10 | Review, Revise and Finalize Solicitation Procedures Motion | KENOS | B012 | 0.60 |
| 04/09/10 | Exchange emails with co-counsel (4x) re: revisions to Neenah Solicitation Materials | KENOS | B012 | 0.20 |
| 04/09/10 | Prepare notice (.2) and finalize for filing (.3) motion to approve adequacy of disclosure statement | TBOLL | B012 | 0.50 |
| 04/15/10 | Review revised Disclosure Statement (and blackline) sent by co-counsel (J. Ludwig) | DBOWM | B012 | 1.20 |
| 04/15/10 | E-mail from/to co-counsel (K. Mills) re: revised solicitation order | DBOWM | B012 | 0.10 |
| 04/16/10 | Work with co-counsel (J. Ludwig and B. Guzina) to finalize and file Amended Plan, Disclosure Statement (with exhibits) and blacklines and coordinate service of same | DBOWM | B012 | 3.30 |

13

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001    Invoice No. 40336856    06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/16/10 | Prepare notice re: filing blackline of plan and disclosure statement | TBOLL | B012 | 0.30 |
| 04/16/10 | Assist in preparation of filing of amended plan and disclosure statement | TBOLL | B012 | 1.00 |
| 04/16/10 | Finalize for filing and coordinate service of amended plan (.3), and disclosure statement regarding amended plan (.2) | TBOLL | B012 | 0.50 |
| 04/21/10 | Teleconference with B. Guzina re: Committee disclosure statement issues (.3); Correspondence from and to B. Guzina and D. Detweiler (.2); Review draft objection (.6) | EMORT | B012 | 1.10 |
| 04/23/10 | Review updated plan and disclosure statement and Conference with K. Enos re: same | EMORT | B012 | 0.70 |
| 04/23/10 | Review and Revise Disclosure Statement Hearing Agenda | KENOS | B012 | 0.30 |
| 04/23/10 | Review, Revise and Finalize Second Amended Plan | KENOS | B012 | 0.40 |
| 04/23/10 | Review and Revise Zelemark Purchase Agreement | KENOS | B012 | 0.90 |
| 04/23/10 | Review, Revise and Finalize revised Solicitation Procedures Order and Exhibits | KENOS | B012 | 0.50 |
| 04/23/10 | Emails (6x) with co-counsel re: Disclosure Statement Hearing Agenda | KENOS | B012 | 0.20 |
| 04/23/10 | Finalize for filing amended plan (.2) and related disclosure statement (.2) | TBOLL | B012 | 0.40 |
| 04/23/10 | Finalize for filing notice of blackline of amended plan and disclosure statement | TBOLL | B012 | 0.20 |
| 04/23/10 | Assist in preparation (.2) of and finalize for filing (.3) notice of revised proposed disclosure statement order | TBOLL | B012 | 0.50 |
| 04/25/10 | Correspondence from and to B. Guzina re: disclosure statement issues (.4); Correspondence from and to B. Guzina and D. Detweiler re: same (.2) | EMORT | B012 | 0.60 |

14

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001	Invoice No. 40336856	06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/26/10 | Working dinner with co-counsel (K. Mills, B. Guzina and L. Nyhan), client (D. Parker), E. Morton and K. Enos (attend portion of) re: Disclosure Statement Hearing | DBOWM | B012 | 1.40 |
| 04/26/10 | Assist co-counsel wtih preparation for Disclosure Statement Hearing | KENOS | B012 | 1.40 |
| 04/27/10 | Draft Certification of Counsel re: Disclosure Statement Order and send revised Disclosure Statement Order to Judge's Chambers | DBOWM | B012 | 1.30 |
| 04/27/10 | Revise Disclosure Statement Order in preparation for Disclosure Statement Hearing | DBOWM | B012 | 0.90 |
| 04/27/10 | Work with D. Bowman and K. Enos to finalize and file final Disclosure Statement and approval order | EMORT | B012 | 0.70 |
| 04/27/10 | Assist co-counsel with filing revised Plan and Disclosure Statement | KENOS | B012 | 0.30 |
| 04/27/10 | Finalize for filing third amended plan (.4) and related disclosure statement (.4) | TBOLL | B012 | 0.80 |
| 04/27/10 | Finalize for filing notice of filing of blacklines of third amended plan and disclosure statement | TBOLL | B012 | 0.30 |
| 04/27/10 | Finalize for filing and coordinate service of certification of counsel regarding order approving disclosure statement | TBOLL | B012 | 0.30 |
| 04/29/10 | E-mails to/from co-counsel (K. Mills) re: coordination of service of Disclosure Statement Order, Amended Plan and Amended Disclosure Statement | DBOWM | B012 | 0.20 |
| 04/29/10 | Teleconference with (2x) W. Evanoff and M. Myers re: revision to Plan with respect to Whiting Litigation | KENOS | B012 | 0.40 |
| 04/29/10 | Teleconference with J. Ludwig re: revisions to Disclosure Statements | KENOS | B012 | 0.20 |
| | Sub Total | | | 25.90 |

15

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001  Invoice No. 40336856  06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/13/10 | Correspond with K. Enos and A. Triggs re: call from Waste Management | MSEWA | B013 | 0.20 |
| | Sub Total | | | 0.20 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 03/24/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to first monthly fee application of Huron Consulting | TBOLL | B017 | 0.30 |
| 03/26/10 | Finalize for filing and coordinate service of notice of affidavit of disinterestedness of ordinary course professional Remley Sensenbrenner, S.C. (.2); ordinary course professional Kozloff Stoudt (.2); ordinary course professional Schenck S.C. (.2); ordinary course professional Ginger Dwyer (.2); and ordinary course professional Solomon Lowenstein (.2) | TBOLL | B017 | 1.00 |
| 03/30/10 | Prepare notice (.1), and finalize for filing and coordinate service of first monthly fee application of Sidley Austin (.3) | TBOLL | B017 | 0.40 |
| 04/01/10 | Draft and review notices re: ordinary course professionals affidavits for Harding and Shultz, Knox, and Kreig | MSEWA | B017 | 0.50 |
| 04/01/10 | Draft notices and finalize for filing re: ordinary course professionals affidavits for Calfee and Crowe | MSEWA | B017 | 0.40 |
| 04/01/10 | Finalize for filing affidavit of disinterestedness of ordinary course professional Knox McLaughlin (.1); affidavit of disinterestedness of ordinary course professional Krieg DeVault (.1); affidavit of disinterestedness of ordinary course professional Calfee Halter(.1); affidavit of disinterestedness of ordinary course professional Harding & Shultz (.1); affidavit of disinterestedness of ordinary course professional Crowe Horwath (.1); | TBOLL | B017 | 0.50 |

16

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001　　　　　　Invoice No. 40336856　　　　　　06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/05/10 | Draft notice re: affidavit for ordinary course professional Nyhart | MSEWA | B017 | 0.20 |
| 04/05/10 | Drafting notice re: second supplemental ordinary course professionals list | MSEWA | B017 | 0.30 |
| 04/05/10 | Draft notice re: affidavit for ordinary course professional Floyd Allen & Assoc. | MSEWA | B017 | 0.30 |
| 04/05/10 | Finalize for filing affidavit of disinterestedness of ordinary course professional Nyhart | TBOLL | B017 | 0.20 |
| 04/05/10 | Finalize for filing and coordinate service of second supplemental list of ordinary course professionals | TBOLL | B017 | 0.20 |
| 04/05/10 | Finalize for filing affidavit of disinterestedness of ordinary course professional Floyd Allen | TBOLL | B017 | 0.20 |
| 04/06/10 | Review Notice of Supplemental Ordinary Course Professionals List and Prudential Retirement Ordinary Course Professionals Affidavit | DBOWM | B017 | 0.10 |
| 04/06/10 | Teleconference with B. Guzina re: Sidley fee issues (.3); Teleconference with B. Guzina and UST re: same (.2) | EMORT | B017 | 0.50 |
| 04/06/10 | Draft, revise and finalize for filing notice re: ordinary course professional Prudential affidavit | MSEWA | B017 | -0.30 |
| 04/06/10 | Draft, revise and finalize for filing notice re: third supplemental ordinary course professionals list | MSEWA | B017 | 0.30 |
| 04/06/10 | Draft, revise and finalize for filing notice re: ordinary course professionals affidavit for the Legal Department | MSEWA | B017 | 0.30 |
| 04/06/10 | Finalize for filing affidavit of disinterestedness of ordinary course professional Prudential Retirement Insurance | TBOLL | B017 | 0.20 |
| 04/06/10 | Finalize for filing third supplemental list of ordinary course professionals | TBOLL | B017 | 0.20 |
| 04/07/10 | Review The Legal Department PLLC Ordinary Course Professional Affidavit | DBOWM | B017 | 0.10 |
| 04/07/10 | Teleconference with B. Guzina re: UST fee issues | EMORT | B017 | 0.30 |

17

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001  Invoice No. 40336856  06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/07/10 | Finalize for filing affidavit of disinterestedness of ordinary course professional The Legal Department | TBOLL | B017 | 0.20 |
| 04/08/10 | Teleconference with P. Tinker re: Sidley fee issues (.3); Correspondence to and from B. Guzina re: same (.3) | EMORT | B017 | 0.60 |
| 04/13/10 | Review CNO re: Sidley Austin February 2010 Fee Application | DBOWM | B017 | 0.10 |
| 04/13/10 | Draft notices re: supplemental ordinary course professional list and notice of Braden affidavit | MSEWA | B017 | 0.60 |
| 04/13/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to first monthly fee application of Sidley Austin LLP | TBOLL | B017 | 0.30 |
| 04/13/10 | Finalize for filing fourth supplement to ordinary course professional list | TBOLL | B017 | 0.20 |
| 04/13/10 | Finalize for filing and coordinate service of affidavit of disinterestedness of ordinary course professional Baden Tax | TBOLL | B017 | 0.20 |
| 04/15/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of first monthly fee application of Ernst & Young | TBOLL | B017 | 0.40 |
| 04/16/10 | Review and file Rothschild February 2010 Fee Application | DBOWM | B017 | 0.30 |
| 04/16/10 | Prepare notice (.1) and finalize for filing and coordinate service (.4) of first monthly fee application of Rothschild Inc. | TBOLL | B017 | 0.50 |
| 04/20/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to first monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 04/22/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of second monthly fee application of Huron Consulting Group | TBOLL | B017 | 0.40 |
| 04/25/10 | Correspondence from and to P. Tinker, K. Callahan and B. Guzina re: OCP issues | EMORT | B017 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001           Invoice No. 40336856                              06-14-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/28/10 | Review CNO's re: Ernst & Young, Young Conaway and Rothschild February and March 2010 Monthly Fee Applications | DBOWM | B017 | 0.20 |
| 04/28/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to second monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 04/28/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to first monthly fee application of Ernst & Young | TBOLL | B017 | 0.30 |
| 04/28/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to first monthly fee application of Rothschild Inc. | TBOLL | B017 | 0.30 |
| 04/29/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of second monthly fee application of Sidley Austin | TBOLL | B017 | 0.40 |
| | Sub Total | | | 12.70 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 04/05/10 | Discussion with E. Morton re: preparation of YCST First Monthly Fee Application | DBOWM | B018 | 0.10 |
| 04/06/10 | Review YCST First Monthly Fee Application | DBOWM | B018 | 0.40 |
| 04/06/10 | Work on March fee application | DBOWM | B018 | 0.70 |
| 04/06/10 | Prepare first monthly fee application of YCST | TBOLL | B018 | 0.80 |
| 04/06/10 | Finalize for filing and coordinate service of first monthly fee application of YCST | TBOLL | B018 | 0.30 |
| 04/14/10 | Prepare second monthly fee application of YCST | TBOLL | B018 | 0.70 |
| 04/15/10 | Review March 2010 YCST Fee Application | DBOWM | B018 | 0.40 |
| 04/15/10 | Finalize for filing and coordinate service of second monthly fee application of YCST | TBOLL | B018 | 0.30 |
| | Sub Total | | | 3.70 |