<u>EXHIBIT D</u>

DETAIL OF EXPENSES

# Invoice

**Invoice**   0610  NAA NEI

**Date**   15 June 2010

**✳ R ROTHSCHILD**

Neenah Enterprises, Inc.
Box 729
Neenah, WI  54957

**For the attention of**   Dale Parker, Chief Financial Officer

| | |
|---|---:|
| Monthly advisory fee:  April 1, 2010 – April 30, 2010 | $175,000.00 |
| Maximum interim payment @ 80%: | X 0.80 |
| | 140,000.00 |
| Out-of-pocket expenses @ 100%: | 15,329.79 |
| **Total Due** | **$155,329.79** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# NEENAH ENTERPRISES CO.

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ 1,852.80 |
| Ground Transportation/Taxis | 1,149.65 |
| Hotel | - |
| Legal Fees | 9,529.35 |
| Miscellaneous | 22.09 |
| Meals | 746.53 |
| Word Processing | 803.31 |
| Copies | 527.50 |
| Research/Database | 592.91 |
| Telephone/Communications | 105.65 |
| Courier Services | - |
| **Total** | **$15,329.79** |

# NEENAH ENTERPRISES CO.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/16/10 | NY/Chicago/Appleton | New York, NY | $1,291.80 | Vendor | R. Siegel |
| 03/16/10 | CWT service charge | New York, NY | $13.00 | Vendor | R. Siegel |
| 04/26/10 | NY/Wilmington - rail | New York, NY | $152.00 | Vendor | A. Svoyskiy |
| 04/27/10 | NY/Wilmington - rail | New York, NY | $152.00 | Vendor | R. Siegel |
| 04/27/10 | Wilmington/NY - rail | New York, NY | $122.00 | Vendor | A. Svoyskiy |
| 04/28/10 | Wilmington/NY - rail | New York, NY | $122.00 | Vendor | R. Siegel |
| **Total** | | | $1,852.80 | | |

# NEENAH ENTERPRISES CO.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/04/10 | From airport to home | New York, NY | $52.88 | Vendor | R. Siegel |
| 03/16/10 | Rental car used during trip | Appelton, WI | $137.30 | Vendor | R. Siegel |
| 03/16/10 | Purchase of gas for rental car | Greenville, WI | $4.38 | Vendor | R. Siegel |
| 03/23/10 | From office to home | New York, NY | $12.90 | Vendor | R. Siegel |
| 03/24/10 | From office to home | New York, NY | $12.50 | Vendor | R. Siegel |
| 03/30/10 | From office to home | New York, NY | $15.70 | Vendor | R. Siegel |
| 04/01/10 | From office to home | New York, NY | $55.48 | Vendor | A. Svoyskiy |
| 04/01/10 | From office to home | New York, NY | $27.72 | Vendor | R. Siegel |
| 04/02/10 | From office to home | New York, NY | $31.17 | Vendor | A. Svoyskiy |
| 04/03/10 | From office to home | New York, NY | $70.41 | Vendor | M. Marchione |
| 04/07/10 | From office to home | New York, NY | $55.99 | Vendor | A. Svoyskiy |
| 04/08/10 | From office to home | New York, NY | $25.70 | Vendor | A. Svoyskiy |
| 04/09/10 | From office to home | New York, NY | $7.70 | Vendor | R. Siegel |
| 04/12/10 | From office to home | New York, NY | $12.10 | Vendor | R. Siegel |
| 04/12/10 | From office to home | New York, NY | $30.27 | Vendor | A. Svoyskiy |
| 04/13/10 | From office to home | New York, NY | $76.30 | Vendor | T. Miller |
| 04/13/10 | Package delivered to NAA | Greenwich, CT | $109.80 | Vendor | M. Houff |
| 04/13/10 | From office to home | New York, NY | $32.27 | Vendor | A. Svoyskiy |
| 04/14/10 | From office to home | New York, NY | $31.47 | Vendor | A. Svoyskiy |
| 04/14/10 | From office to home | New York, NY | $55.86 | Vendor | A. Svoyskiy |
| 04/15/10 | From office to home | New York, NY | $8.50 | Vendor | R. Siegel |
| 04/19/10 | From office to home | New York, NY | $12.10 | Vendor | R. Siegel |
| 04/19/10 | From office to home | New York, NY | $32.27 | Vendor | A. Svoyskiy |
| 04/22/10 | From office to home | New York, NY | $14.50 | Vendor | R. Siegel |
| 04/27/10 | From home to Penn Station | New York, NY | $11.20 | Vendor | R. Siegel |
| 04/27/10 | From home to Penn Station | New York, NY | $60.04 | Vendor | A. Svoyskiy |
| 04/29/10 | From office to home | New York, NY | $11.70 | Vendor | R. Siegel |
| 05/06/10 | From office to home | New York, NY | $14.90 | Vendor | R. Siegel |
| 05/07/10 | From office to home | New York, NY | $15.10 | Vendor | R. Siegel |
| 05/10/10 | Package delivered to NAA | Greenwich, CT | $111.44 | Vendor | M. Houff |

**Total** $1,149.65

# NEENAH ENTERPRISES CO.

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Apr-10 | Presentation materials | New York, NY | $22.09 | Vendor | Various |
| **Total** | | | $22.09 | | |

# NEENAH ENTERPRISES CO.

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/28/10 | Debevoise & Plimpton (2/3/10 - 2/28/10) | New York, NY | $4,227.66 | Vendor | Various |
| 03/31/10 | Debevoise & Plimpton (3/1/10 - 3/31/10) | New York, NY | $4,957.43 | Vendor | Various |
| 04/30/10 | Debevoise & Plimpton (4/1/10 - 4/30/10) | New York, NY | $344.26 | Vendor | Various |
| **Total** | | | $9,529.35 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1185902

March 12, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

Matter Number: 21689.1079

For Professional Services and Advice rendered from February 1, 2010 through February 28, 2010 in connection with
**NEENAH**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 02/02/10 | D Alexander | Reviewing retention application draft. | 1.90 | 902.50 |
| 02/03/10 | D Alexander | Corresponding with client and debtors counsel re engagement letter. | 0.80 | 380.00 |
| 02/11/10 | D Alexander | Revising draft retention application. | 4.30 | 2,042.50 |
| 02/16/10 | D Alexander | Revisions to Neenah retention documents. | 0.90 | 427.50 |
| 02/17/10 | D Alexander | Revisions to retention documents. | 0.10 | 47.50 |
| 02/17/10 | D Alexander | Revisions to retention documents. | 0.40 | 190.00 |
| 02/18/10 | D Alexander | Checking status of review. | 0.20 | 95.00 |
| 02/19/10 | D Alexander | Review of and revisions to cash collateral order; attention to disinterestedness questions. | 2.20 | 1,045.00 |
| | | Hours / Amount: | 10.80 | $5,130.00 |

| Disbursement & Other Charges: | Amount |
|-------------------------------|--------|
| Telephone Toll Calls | 0.16 |
| Disbursement Total: | $0.16 |

**Total this Matter :**       $5,130.16

- 902.50

$ 4,227.66

23153627v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| Derek P. Alexander | 10.80 | 475.00 | 5,130.00 |
| **TOTAL FOR ASSOCIATE** | **10.80** | | **$5,130.00** |

23153627v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1185902

March 12, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

## Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | $5,130.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | <u>0.16</u> |
| **Total Amount Due** | <u>**$5,130.16**</u> |

*− 902.50*

*$ 4,227.66*

## *Remit Payment By:*

<u>*Check*</u>

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

<u>Wire Transfer</u>

Citibank, N.A., New York, N.Y
ABA # 021000089
Swift: CITIUS33 Account # 4919-9225
Invoice No.: 1185902

*Tax Identification Number 13 - 5537279*

23153627v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1188352

April 15, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

Matter Number: 21689.1079

For Professional Services and Advice rendered from March 1, 2010 through March 31, 2010 in connection with
**NEENAH**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 03/03/10 | R Hahn | Review Committee objection. | 0.30 | 297.00 |
| 03/03/10 | D Alexander | Responding to draft objections of committee and trustee. | 3.10 | 1,472.50 |
| 03/04/10 | D Alexander | Resolving UCC and UST objections with debtors' counsel and Rothschild. | 4.60 | 2,185.00 |
| 03/05/10 | D Alexander | Resolving UST and UCC objections. | 1.80 | 855.00 |
| 03/24/10 | D Alexander | Interim app review | 0.30 | 142.50 |
| | | Hours / Amount: | 10.10 | $4,952.00 |

| Disbursement & Other Charges: | Amount |
|---|---|
| Telephone Toll Calls | 0.50 |
| Westlaw Services | 4.93 |
| Disbursement Total: | $5.43 |

**Total this Matter :**     $4,957.43

23175636v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| PARTNER | | | |
| Richard F. Hahn | 0.30 | 990.00 | 297.00 |
| **TOTAL FOR PARTNER** | **0.30** | | **$297.00** |
| ASSOCIATE | | | |
| Derek P. Alexander | 9.80 | 475.00 | 4,655.00 |
| **TOTAL FOR ASSOCIATE** | **9.80** | | **$4,655.00** |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1188352

April 15, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

## Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | $4,952.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 5.43 |
| **Total Amount Due** | $4,957.43 |

### *Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | Swift: CITIUS33 Account # 4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1188352 |

*Tax Identification Number 13 - 5537279*

23175636v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

*Client / Matter  Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - NEENAH*

*Client / Matter Number: 21689.1079*

*Period Covered: March 1, 2010 through March 31, 2010*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Derek P. Alexander*

*April 15, 2010*

*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*                    *Invoice No.: 1188352*

| | |
|---|---:|
| Total  Fees | $4,952.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 5.43 |
| **Total Amount Due** | $4,957.43 |

23175636v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1190834

May 14, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

Matter Number:  21689.1079

For Professional Services and Advice rendered from April 1, 2010 through April 30, 2010 in connection with
**NEENAH**

| Date | Timekeeper | Narrative | | Hours | Amount |
|------|-----------|-----------|--|-------|--------|
| 04/14/10 | D Alexander | Reviewing valuation. | | 0.70 | 332.50 |
| | | | Hours / Amount: | 0.70 | $332.50 |

| Disbursement & Other Charges: | Amount |
|-------------------------------|--------|
| Research Information Services | 11.76 |
| Disbursement Total: | $11.76 |

| **Total this Matter :** | **$344.26** |
|---|---|

23195541v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| Derek P. Alexander | 0.70 | 475.00 | 332.50 |
| **TOTAL FOR ASSOCIATE** | **0.70** | | **$332.50** |

# D E B E V O I S E  &  P L I M P T O N  LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1190834

May 14, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total  Fees** | $332.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 11.76 |
| **Total Amount Due** | $344.26 |

### *Remit Payment By:*

| *Check* | Wire Transfer |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | Swift: CITIUS33 Account # 4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1190834 |

*Tax Identification Number 13 - 5537279*

# D E B E V O I S E  &  P L I M P T O N  L L P

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

Client / Matter Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - NEENAH

Client / Matter Number: 21689.1079

Period Covered: April 1, 2010 through April 30, 2010

Billing Partner: Richard F. Hahn

Reviewing Partner: Derek P. Alexander

May 14, 2010

Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS

Invoice No.: 1190834

| | |
|---|---|
| **Total Fees** | $332.50 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 11.76 |
| **Total Amount Due** | $344.26 |

23195541v1

# NEENAH ENTERPRISES CO.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/16/10 | Traveling meal (lunch) | Appleton, WI | $11.29 | Vendor | R. Siegel |
| 03/16/10 | Traveling meal (b'fast) | Chicago, IL | $10.64 | Vendor | R. Siegel |
| 04/01/10 | Working dinner | New York, NY | $24.35 | Vendor | R. Siegel |
| 04/02/10 | Working dinner | New York, NY | $25.93 | Vendor | M. Houff |
| 04/04/10 | Working dinner (wknd) | New York, NY | $26.13 | Vendor | M. Houff |
| 04/05/10 | Working dinner | New York, NY | $25.69 | Vendor | M. Houff |
| 04/05/10 | Working dinner | New York, NY | $27.26 | Vendor | R. Siegel |
| 04/06/10 | Working dinner | New York, NY | $26.13 | Vendor | M. Houff |
| 04/06/10 | Working dinner | New York, NY | $22.73 | Vendor | R. Siegel |
| 04/06/10 | Working dinner | New York, NY | $21.40 | Vendor | A. Svoyskiy |
| 04/07/10 | Working dinner | New York, NY | $26.13 | Vendor | M. Houff |
| 04/09/10 | Working dinner | New York, NY | $25.95 | Vendor | M. Houff |
| 04/09/10 | Working dinner | New York, NY | $23.64 | Vendor | R. Siegel |
| 04/12/10 | Working dinner | New York, NY | $24.93 | Vendor | R. Siegel |
| 04/12/10 | Working dinner | New York, NY | $26.13 | Vendor | A. Svoyskiy |
| 04/13/10 | Working dinner | New York, NY | $25.88 | Vendor | M. Houff |
| 04/13/10 | Working dinner | New York, NY | $26.13 | Vendor | R. Siegel |
| 04/13/10 | Working dinner | New York, NY | $23.03 | Vendor | A. Svoyskiy |
| 04/15/10 | Working dinner | New York, NY | $16.62 | Vendor | R. Siegel |
| 04/15/10 | Working dinner | New York, NY | $23.87 | Vendor | A. Svoyskiy |
| 04/16/10 | Working dinner | New York, NY | $24.36 | Vendor | M. Houff |
| 04/19/10 | Working dinner | New York, NY | $25.73 | Vendor | R. Siegel |
| 04/20/10 | Working dinner | New York, NY | $25.88 | Vendor | M. Houff |
| 04/21/10 | Working dinner | New York, NY | $25.27 | Vendor | M. Houff |
| 04/22/10 | Working dinner | New York, NY | $20.14 | Vendor | R. Siegel |
| 04/26/10 | Working dinner | New York, NY | $24.75 | Vendor | R. Siegel |
| 04/27/10 | Working dinner | New York, NY | $25.95 | Vendor | A. Svoyskiy |
| 04/27/10 | Working dinner | New York, NY | $20.14 | Vendor | R. Siegel |
| 04/28/10 | Working dinner | New York, NY | $25.31 | Vendor | M. Houff |
| 04/28/10 | Working dinner | New York, NY | $15.34 | Vendor | R. Siegel |
| 04/29/10 | Working dinner | New York, NY | $25.92 | Vendor | M. Houff |
| 04/29/10 | Working dinner | New York, NY | $23.88 | Vendor | A. Svoyskiy |

**Total**                                                            $746.53

# NEENAH ENTERPRISES CO.

## Word Processing Expense Breakdown *

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 04/01/10 | Edit graphs in document | New York, NY | $160.41 | Vendor | R. Siegel |
| 04/02/10 | Edit graph in document | New York, NY | $56.25 | Vendor | R. Siegel |
| 04/09/10 | Create deals bridge | New York, NY | $260.41 | Vendor | M. Houff |
| 04/13/10 | Print 1 presentation book - all color pages | New York, NY | $50.00 | Vendor | M. Houff |
| 04/19/10 | 5 copies of document - double sided - black & white | New York, NY | $68.75 | Vendor | M. Houff |
| 04/19/10 | 5 copies of document - double sided - black & white | New York, NY | $61.66 | Vendor | M. Houff |
| 04/26/10 | 1 copy of document - color | New York, NY | $55.83 | Vendor | R. Siegel |
| 04/27/10 | 2 copies of document - color | New York, NY | $52.50 | Vendor | R. Siegel |
| 04/27/10 | 2 copies of document - color | New York, NY | $37.50 | Vendor | R. Siegel |
| Total | | | $803.31 | | |

*Word Processing charges are billed by a third party provider, Merrill Corp., at cost for specific projects which often includes presentation preparation.  The Applicant is not making a profit on any of our expenses and is solely just overing its costs.

# NEENAH ENTERPRISES CO.

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Apr-10 | Black, white & color copies | New York, NY | $527.50 | BW $0.10/pg Color $1.00/pg | Various |
| **Total** | | | $527.50 | | |

# NEENAH ENTERPRISES CO.

## Research/Database Expense Breakdown *

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 04/01/10 | Cap IQ | New York, NY | $31.32 | Vendor | R. Siegel |
| 04/01/10 | Cap IQ | New York, NY | $126.15 | Vendor | M. Houff |
| 04/01/10 | Research material | New York, NY | $100.00 | Vendor | Various |
| 04/01/10 | Reuters | New York, NY | $39.15 | Vendor | M. Houff |
| 04/01/10 | Reuters | New York, NY | $9.72 | Vendor | R. Siegel |
| 04/07/10 | Pacer | New York, NY | $35.84 | Vendor | Various |
| 04/07/10 | Pacer | New York, NY | $35.84 | Vendor | Various |
| 05/01/10 | Cap IQ | New York, NY | $111.00 | Vendor | M. Houff |
| 05/01/10 | Cap IQ | New York, NY | $52.00 | Vendor | R. Siegel |
| 05/01/10 | Factiva | New York, NY | $1.36 | Vendor | R. Siegel |
| 05/01/10 | Reuters | New York, NY | $34.41 | Vendor | M. Houff |
| 05/01/10 | Reuters | New York, NY | $16.12 | Vendor | R. Siegel |
| **Total** | | | $592.91 | | |

*Research charges were for specific reports and materials and are billed at cost.

# NEENAH ENTERPRISES CO.

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/05/10 | Conference call | New York, NY | $10.92 | Vendor | R. Siegel & 7 parties |
| 03/09/10 | Conference call | New York, NY | $11.92 | Vendor | R. Siegel & 5 parties |
| 03/09/10 | Conference call | New York, NY | $8.00 | Vendor | R. Siegel & 6 parties |
| 03/12/10 | Conference call | New York, NY | $15.15 | Vendor | R. Siegel & 9 parties |
| 03/19/10 | Conference call | New York, NY | $29.07 | Vendor | R. Siegel & 10 parties |
| 03/26/10 | Conference call | New York, NY | $21.03 | Vendor | R. Siegel & 7 parties |
| 03/27/10 | Conference call | New York, NY | $9.56 | Vendor | R. Siegel & 3 parties |
| **Total** | | | $105.65 | | |