# EXHIBIT E

## ROTHSCHILD ACTIVITY LOG

401237

## Project Lambeau - Summary of Activity

| Professional | Job Description | Title | Hours worked from Apr 1, 2010 - Apr 30, 2010 |
|---|---|---|---|
| Neil Augustine | Investment Banker | Managing Director | 32.5 |
| Steve Antinelli | Investment Banker | Managing Director | 41.5 |
| Alex Svoyskiy | Investment Banker | Vice President | 78.0 |
| Richard Siegel | Investment Banker | Associate | 99.5 |
| Mitch Houff | Investment Banker | Analyst | 173.5 |
| Total | | | 425.0 |

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Augustine | 4/1/2010 | 1.0 | Financial and Operational Due Diligence | Review Management comparison re: LT business plan |
| Augustine | 4/2/2010 | 1.0 | Exit Financing Marketing Process | Internal discussion re: exit financing |
| Augustine | 4/5/2010 | 1.0 | Internal Meetings/Calls | Review Memo re: Corp Governance/Shareholders issues |
| Augustine | 4/8/2010 | 1.0 | Internal Meetings/Calls | Internal discussion re: Valuation |
| Augustine | 4/9/2010 | 1.0 | Fee Applications / Monthly Invoice | Review Fee App |
| Augustine | 4/11/2010 | 3.0 | Valuation | Review Valuation Deck |
| Augustine | 4/12/2010 | 2.0 | Valuation | Review Valuation Deck |
| Augustine | 4/12/2010 | 1.0 | Valuation | Internal discussion re: Valuation Deck |
| Augustine | 4/13/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board Call |
| Augustine | 4/13/2010 | 0.5 | Exit Financing Marketing Process | Internal discussion re: Exit financing |
| Augustine | 4/13/2010 | 2.0 | General Presentation Preparation | Review DS Appendices |
| Augustine | 4/13/2010 | 1.0 | Valuation | Review Warrant valuation |
| Augustine | 4/13/2010 | 0.5 | Fee Applications / Monthly Invoice | Review monthly Fee App |
| Augustine | 4/14/2010 | 0.5 | Exit Financing Marketing Process | Internal discussion re: Exit financing |
| Augustine | 4/14/2010 | 1.0 | General Presentation Preparation | Review Disclosure Statement appendices |
| Augustine | 4/15/2010 | 1.5 | Exit Financing Marketing Process | Review exit financing contact log and RFP |
| Augustine | 4/15/2010 | 0.5 | Internal Meetings/Calls | Internal discussion re: liquidity analysis |
| Augustine | 4/15/2010 | 0.5 | Exit Financing Marketing Process | Internal discussions re: exit financing process |
| Augustine | 4/16/2010 | 1.0 | Financial and Operational Due Diligence | Review March results |
| Augustine | 4/19/2010 | 1.5 | Exit Financing Marketing Process | Review exit financing materials |
| Augustine | 4/20/2010 | 1.0 | Exit Financing Marketing Process | Review draft of exit financing materials |
| Augustine | 4/20/2010 | 1.0 | Exit Financing Marketing Process | Internal discussions re: exit financing process |
| Augustine | 4/22/2010 | 1.5 | Exit Financing Marketing Process | Review exit financing materials |
| Augustine | 4/23/2010 | 0.5 | Exit Financing Marketing Process | Review exit financing contact log |
| Augustine | 4/21/2010 | 1.0 | Exit Financing Marketing Process | Conversations with potential exit lenders |
| Augustine | 4/21/2010 | 0.5 | Court Hearings/Filings | Review of court filings |
| Augustine | 4/23/2010 | 1.0 | Internal Meetings/Calls | Internal discussion regarding exit financing |
| Augustine | 4/23/2010 | 1.0 | Exit Financing Marketing Process | Conversation with potential exit lender |
| Augustine | 4/26/2010 | 0.5 | Internal Meetings/Calls | Internal discussion regarding exit financing |
| Augustine | 4/27/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 4/28/2010 | 1.0 | Internal Meetings/Calls | Internal discussion regarding exit financing |
| Total - Apr. | | 32.5 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Antinelli | 4/2/2010 | 0.5 | Financial and Operational Due Diligence | Weekly update call with Company and advisors |
| Antinelli | 4/6/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax issues with E&Y |
| Antinelli | 4/7/2010 | 0.5 | Exit Financing Marketing Process | Review and comment on draft of the exit financing contact log |
| Antinelli | 4/8/2010 | 0.5 | Exit Financing Marketing Process | Review and comment on draft of the exit financing contact log |
| Antinelli | 4/9/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 4/9/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Antinelli | 4/13/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board update call |
| Antinelli | 4/13/2010 | 1.5 | Financial and Operational Due Diligence | Call with Company and Moelis re: Industrial sales / customers |
| Antinelli | 4/14/2010 | 0.5 | Exit Financing Marketing Process | Review updated draft of the exit financing contact log |
| Antinelli | 4/15/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Diligence call with Moelis and Company |
| Antinelli | 4/16/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 4/16/2010 | 0.5 | Exit Financing Marketing Process | Review updated draft of the exit financing contact log |
| Antinelli | 4/20/2010 | 1.5 | Exit Financing Marketing Process | Call to discuss exit financing materials |
| Antinelli | 4/20/2010 | 1.0 | Exit Financing Marketing Process | Review draft of exit financing materials |
| Antinelli | 4/20/2010 | 0.5 | Court Hearings/Filings | Review draft of March fee application |
| Antinelli | 4/20/2010 | 0.5 | Exit Financing Marketing Process | Call with Moelis to discuss exit financing process |
| Antinelli | 4/21/2010 | 1.5 | Exit Financing Marketing Process | Review final exit financing materials |
| Antinelli | 4/21/2010 | 0.5 | Court Hearings/Filings | Review of court filings |
| Antinelli | 4/21/2010 | 5.0 | Exit Financing Marketing Process | Calls with prospective exit financing lenders |
| Antinelli | 4/22/2010 | 5.0 | Exit Financing Marketing Process | Calls with prospective exit financing lenders |
| Antinelli | 4/22/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 4/23/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 4/23/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 4/26/2010 | 2.0 | Exit Financing Marketing Process | Calls with prospective exit financing lenders |
| Antinelli | 4/27/2010 | 2.0 | Exit Financing Marketing Process | Calls to discuss exit financing with perspective lenders |
| Antinelli | 4/27/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 4/27/2010 | 0.5 | Exit Financing Marketing Process | Call with Moelis to discuss financing process |
| Antinelli | 4/28/2010 | 1.0 | Exit Financing Marketing Process | Review drafts of supplemental exit financing materials |
| Antinelli | 4/28/2010 | 1.5 | Exit Financing Marketing Process | Calls to discuss exit financing with perspective lenders |
| Antinelli | 4/28/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Antinelli | 4/28/2010 | 0.5 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Antinelli | 4/30/2010 | 1.0 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Antinelli | 4/30/2010 | 2.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Antinelli | 4/30/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 4/30/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Total - Apr. | | 41.5 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Svoyskiy | 4/1/2010 | 0.5 | Financial Analysis/Modeling | Review business plan model with updated capital structure assumptions |
| Svoyskiy | 4/1/2010 | 0.5 | General Presentation Preparation | Review draft of business plan presentation |
| Svoyskiy | 4/1/2010 | 0.5 | Financial and Operational Due Diligence | Review of supporting details for industrial and municipal projections |
| Svoyskiy | 4/1/2010 | 1.0 | Financial and Operational Due Diligence | Diligence and business plan discussions with Huron |
| Svoyskiy | 4/1/2010 | 0.5 | Court Hearings/Filings | Review draft of projections section for the Disclosure Statement |
| Svoyskiy | 4/2/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 4/2/2010 | 1.0 | General Presentation Preparation | Review final business plan presentation |
| Svoyskiy | 4/2/2010 | 0.5 | Financial Analysis/Modeling | Review final business plan model |
| Svoyskiy | 4/2/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/3/2010 | 0.5 | General Presentation Preparation | Review final business plan presentation |
| Svoyskiy | 4/3/2010 | 1.0 | Valuation | Review draft of updated valuation analysis |
| Svoyskiy | 4/4/2010 | 1.0 | Valuation | Review draft of updated valuation analysis |
| Svoyskiy | 4/5/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/5/2010 | 0.5 | Valuation | Review documents for comparable M&A deals |
| Svoyskiy | 4/6/2010 | 0.5 | Financial Analysis/Modeling | Review analysis of estimated S&U of funds at emergence |
| Svoyskiy | 4/6/2010 | 0.5 | Valuation | Review miscellaneous analyses for valuation support |
| Svoyskiy | 4/6/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax issues with E&Y |
| Svoyskiy | 4/7/2010 | 0.5 | Exit Financing Marketing Process | Review and comment on draft of the exit financing contact log |
| Svoyskiy | 4/7/2010 | 1.0 | Valuation | Review draft of the valuation materials |
| Svoyskiy | 4/8/2010 | 1.0 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 4/8/2010 | 0.5 | Exit Financing Marketing Process | Review and comment on draft of the exit financing contact log |
| Svoyskiy | 4/9/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 4/9/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 4/9/2010 | 1.0 | Court Hearings/Filings | Review draft of monthly fee application |
| Svoyskiy | 4/9/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/9/2010 | 0.5 | Court Hearings/Filings | Update draft of projections section for the Disclosure Statement |
| Svoyskiy | 4/9/2010 | 1.0 | Valuation | Review draft of the valuation materials |
| Svoyskiy | 4/11/2010 | 0.5 | Court Hearings/Filings | Review and update draft of projections section for the Disclosure Statement |
| Svoyskiy | 4/12/2010 | 3.0 | Valuation | Review and update draft of the valuation materials |
| Svoyskiy | 4/13/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board update call |
| Svoyskiy | 4/13/2010 | 1.5 | Financial and Operational Due Diligence | Call with Company and Moelis re: Industrial sales / customers |
| Svoyskiy | 4/13/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/13/2010 | 0.5 | Court Hearings/Filings | Review and update draft of projections section for the Disclosure Statement |
| Svoyskiy | 4/14/2010 | 1.0 | Court Hearings/Filings | Review and update draft of projections section for the Disclosure Statement |
| Svoyskiy | 4/14/2010 | 0.5 | Exit Financing Marketing Process | Review updated draft of the exit financing contact log |
| Svoyskiy | 4/14/2010 | 1.0 | Court Hearings/Filings | Review revised draft of POR |
| Svoyskiy | 4/14/2010 | 0.5 | Valuation | Review and update draft of the valuation materials |
| Svoyskiy | 4/15/2010 | 0.5 | Financial and Operational Due Diligence | Review updated DIP model |
| Svoyskiy | 4/15/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Diligence call with Moelis and Company |
| Svoyskiy | 4/15/2010 | 0.5 | Court Hearings/Filings | Internal discussions / calls / emails to discuss exhibits for the Disclosure Statement |
| Svoyskiy | 4/15/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss DIP model with the Company and Huron |
| Svoyskiy | 4/15/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report |
| Svoyskiy | 4/15/2010 | 0.5 | Exit Financing Marketing Process | Review updated draft of the exit financing contact log |
| Svoyskiy | 4/16/2010 | 0.5 | Court Hearings/Filings | Review final monthly fee application |
| Svoyskiy | 4/16/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 4/16/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 4/16/2010 | 0.5 | Exit Financing Marketing Process | Review updated draft of the exit financing contact log |
| Svoyskiy | 4/19/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/20/2010 | 1.5 | Exit Financing Marketing Process | Call to discuss exit financing materials |
| Svoyskiy | 4/20/2010 | 0.5 | Financial and Operational Due Diligence | Review analysis of March actual results vs. budget |
| Svoyskiy | 4/20/2010 | 1.0 | Exit Financing Marketing Process | Review draft of exit financing materials |
| Svoyskiy | 4/20/2010 | 0.5 | Court Hearings/Filings | Review draft of March fee application |
| Svoyskiy | 4/21/2010 | 0.5 | Exit Financing Marketing Process | Review final exit financing materials |
| Svoyskiy | 4/21/2010 | 0.5 | Court Hearings/Filings | Review of court filings |
| Svoyskiy | 4/21/2010 | 5.0 | Exit Financing Marketing Process | Calls with prospective exit financing lenders |
| Svoyskiy | 4/22/2010 | 5.0 | Exit Financing Marketing Process | Calls with prospective exit financing lenders |
| Svoyskiy | 4/22/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/23/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 4/23/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 4/23/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 4/26/2010 | 2.0 | Exit Financing Marketing Process | Calls with prospective exit financing lenders |
| Svoyskiy | 4/26/2010 | 1.0 | Financial and Operational Due Diligence | Review of preliminary tax analysis |
| Svoyskiy | 4/27/2010 | 2.0 | Travel Time | Travel to Delaware |
| Svoyskiy | 4/27/2010 | 0.5 | Court Hearings/Filings | Disclosure Statement hearing |
| Svoyskiy | 4/27/2010 | 2.0 | Travel Time | Return to NY from Delaware |
| Svoyskiy | 4/27/2010 | 2.0 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Svoyskiy | 4/27/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Svoyskiy | 4/27/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/28/2010 | 1.0 | Exit Financing Marketing Process | Review drafts of supplemental exit financing materials |
| Svoyskiy | 4/28/2010 | 1.0 | Financial and Operational Due Diligence | Review updated preliminary tax analysis |
| Svoyskiy | 4/28/2010 | 1.0 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Svoyskiy | 4/28/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Svoyskiy | 4/28/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 4/28/2010 | 0.5 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Svoyskiy | 4/29/2010 | 1.0 | Financial and Operational Due Diligence | Review updated preliminary tax analysis |
| Svoyskiy | 4/29/2010 | 1.0 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Svoyskiy | 4/29/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 4/30/2010 | 1.0 | Financial and Operational Due Diligence | Review updated preliminary tax analysis |
| Svoyskiy | 4/30/2010 | 0.5 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Svoyskiy | 4/30/2010 | 2.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Svoyskiy | 4/30/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 4/30/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Total - Apr. | | 78.0 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Siegel | 4/1/2010 | 3.0 | General Presentation Preparation | Business plan presentation |
| Siegel | 4/1/2010 | 4.0 | Internal Meetings/Calls | Emails / calls with Huron |
| Siegel | 4/2/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 4/3/2010 | 1.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/4/2010 | 1.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/5/2010 | 5.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/6/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax issues with E&Y |
| Siegel | 4/6/2010 | 2.0 | Financial Analysis/Modeling | Work on sources / uses |
| Siegel | 4/6/2010 | 2.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/7/2010 | 1.0 | Exit Financing Marketing Process | Work for exit financing |
| Siegel | 4/7/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 4/7/2010 | 2.5 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/8/2010 | 3.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/8/2010 | 2.0 | Exit Financing Marketing Process | Work for exit financing |
| Siegel | 4/9/2010 | 2.0 | Case Administration | Work on fee application |
| Siegel | 4/9/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 4/9/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Siegel | 4/9/2010 | 2.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/10/2010 | 0.5 | Financial and Operational Due Diligence | Looking at previous filings |
| Siegel | 4/10/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 4/11/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 4/11/2010 | 2.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/12/2010 | 2.0 | Case Administration | Work on fee application |
| Siegel | 4/12/2010 | 2.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 4/12/2010 | 3.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Siegel | 4/13/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Siegel | 4/13/2010 | 1.5 | Noteholders - Calls/Meetings/Discussions | Call with Company and Moelis re: Industrial sales / customers |
| Siegel | 4/14/2010 | 3.0 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Siegel | 4/15/2010 | 3.0 | Court Hearings/Filings | Disclosure Statement materials |
| Siegel | 4/15/2010 | 3.0 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Siegel | 4/16/2010 | 2.0 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Siegel | 4/16/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 4/16/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Siegel | 4/19/2010 | 2.0 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Siegel | 4/19/2010 | 0.5 | Internal Meetings/Calls | Call with Moelis to discuss projections |
| Siegel | 4/20/2010 | 1.5 | Exit Financing Marketing Process | Call with Company and Huron to discuss exit financing presentation |
| Siegel | 4/20/2010 | 2.0 | Financial and Operational Due Diligence | Data room organization |
| Siegel | 4/20/2010 | 2.0 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Siegel | 4/21/2010 | 1.0 | Court Hearings/Filings | Review court filings |
| Siegel | 4/22/2010 | 2.0 | Financial and Operational Due Diligence | Tax analysis |
| Siegel | 4/22/2010 | 2.0 | Financial and Operational Due Diligence | Data room organization |
| Siegel | 4/23/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 4/23/2010 | 1.0 | Exit Financing Marketing Process | Call with Company and Huron to discuss exit financing presentation |
| Siegel | 4/23/2010 | 2.0 | Financial Analysis/Modeling | Review Company model |
| Siegel | 4/23/2010 | 1.0 | Interested Party Calls | Update call log |
| Siegel | 4/26/2010 | 3.0 | Financial Analysis/Modeling | Update model for tax analysis |
| Siegel | 4/27/2010 | 2.0 | Travel Time | Travel to Disclosure Statement hearing |
| Siegel | 4/27/2010 | 0.5 | Court Hearings/Filings | Disclosure Statement hearing |
| Siegel | 4/27/2010 | 2.0 | Travel Time | Travel from Disclosure Statement hearing |
| Siegel | 4/27/2010 | 1.0 | Exit Financing Marketing Process | Call to discuss exit financing with perspective lenders |
| Siegel | 4/27/2010 | 1.0 | Financial Analysis/Modeling | Review model |
| Siegel | 4/27/2010 | 1.0 | Exit Financing Marketing Process | Update Exit Financing presentation |
| Siegel | 4/28/2010 | 1.0 | Case Administration | Work on fee application |
| Siegel | 4/29/2010 | 2.0 | Case Administration | Work on datasite |
| Siegel | 4/29/2010 | 2.0 | Financial and Operational Due Diligence | Reviewing tax files |
| Siegel | 4/30/2010 | 2.0 | Financial and Operational Due Diligence | Tax analysis call |
| Siegel | 4/30/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 4/30/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Siegel | 4/30/2010 | 1.0 | Financial Analysis/Modeling | Review model |
| Total - Apr. | | 99.5 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Houff | 4/1/2010 | 3.0 | General Presentation Preparation | Business plan presentation |
| Houff | 4/1/2010 | 4.0 | Financial and Operational Due Diligence | Emails / calls with Huron |
| Houff | 4/1/2010 | 1.5 | Financial Analysis/Modeling | Work on model |
| Houff | 4/1/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/2/2010 | 0.5 | Financial and Operational Due Diligence | Weekly update call with Company and advisors |
| Houff | 4/2/2010 | 1.5 | Financial and Operational Due Diligence | Analysis on fees |
| Houff | 4/2/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/3/2010 | 1.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 4/4/2010 | 1.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 4/4/2010 | 4.0 | General Presentation Preparation | Work on presentation |
| Houff | 4/4/2010 | 2.0 | Financial Analysis/Modeling | Work on debt capacity |
| Houff | 4/5/2010 | 5.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 4/5/2010 | 2.0 | Financial Analysis/Modeling | Work on debt capacity |
| Houff | 4/5/2010 | 2.0 | General Presentation Preparation | Work on presentation |
| Houff | 4/6/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax issues with E&Y |
| Houff | 4/6/2010 | 3.0 | Financial Analysis/Modeling | Work on sources / uses |
| Houff | 4/6/2010 | 2.5 | Valuation | Work on valuation |
| Houff | 4/7/2010 | 3.0 | Exit Financing Marketing Process | Work for exit financing |
| Houff | 4/7/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/7/2010 | 2.5 | General Presentation Preparation | Work on presentation |
| Houff | 4/8/2010 | 3.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 4/8/2010 | 3.5 | Exit Financing Marketing Process | Work for exit financing |
| Houff | 4/9/2010 | 3.0 | Case Administration | Work on fee application |
| Houff | 4/9/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 4/9/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 4/9/2010 | 2.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 4/10/2010 | 1.5 | Financial and Operational Due Diligence | Looking at previous filings |
| Houff | 4/10/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/11/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/11/2010 | 2.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 4/12/2010 | 2.0 | Case Administration | Work on fee application |
| Houff | 4/12/2010 | 2.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/12/2010 | 3.0 | Valuation | Preparation of valuation analysis for the Disclosure Statement |
| Houff | 4/12/2010 | 6.5 | General Presentation Preparation | Preparing materials for board |
| Houff | 4/13/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/13/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board call |
| Houff | 4/13/2010 | 1.5 | Noteholders - Calls/Meetings/Discussions | Diligence call with Moelis and Company |
| Houff | 4/13/2010 | 4.0 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Houff | 4/14/2010 | 5.0 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Houff | 4/14/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/15/2010 | 0.5 | Financial and Operational Due Diligence | Call to discuss model |
| Houff | 4/15/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Diligence call with Moelis and Company |
| Houff | 4/15/2010 | 6.5 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Houff | 4/15/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/15/2010 | 3.0 | Financial Analysis/Modeling | Work on Disclosure Statement |
| Houff | 4/16/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 4/16/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 4/16/2010 | 2.5 | Financial Analysis/Modeling | Work on Disclosure Statement |
| Houff | 4/16/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/18/2010 | 3.0 | Financial and Operational Due Diligence | Review of Disclosure Statement |
| Houff | 4/19/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/19/2010 | 2.0 | Noteholders - Calls/Meetings/Discussions | Preparing model for Moelis |
| Houff | 4/19/2010 | 2.5 | Exit Financing Marketing Process | Preparing materials for exit financing |
| Houff | 4/20/2010 | 1.5 | Internal Meetings/Calls | Call to discuss exit financing materials |
| Houff | 4/20/2010 | 2.0 | Case Administration | Work on datasite |
| Houff | 4/20/2010 | 3.0 | Exit Financing Marketing Process | Work on exit financing materials |
| Houff | 4/20/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/21/2010 | 2.5 | Exit Financing Marketing Process | Work on exit financing materials |
| Houff | 4/21/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/22/2010 | 3.5 | Exit Financing Marketing Process | Managing exit financing process |
| Houff | 4/22/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/23/2010 | 2.5 | Exit Financing Marketing Process | Managing exit financing process |
| Houff | 4/23/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 4/23/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 4/26/2010 | 5.0 | Case Administration | Work on datasite |
| Houff | 4/26/2010 | 1.5 | Financial and Operational Due Diligence | Review of tax analysis |
| Houff | 4/27/2010 | 3.5 | Financial Analysis/Modeling | Work on model |
| Houff | 4/27/2010 | 2.0 | Exit Financing Marketing Process | Managing exit financing process |
| Houff | 4/27/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/27/2010 | 1.0 | Financial and Operational Due Diligence | Call with potential lender |
| Houff | 4/27/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Houff | 4/28/2010 | 2.0 | Case Administration | Work on fee application |
| Houff | 4/28/2010 | 2.0 | Case Administration | Work on datasite |
| Houff | 4/28/2010 | 1.0 | Financial and Operational Due Diligence | Call with potential lender |
| Houff | 4/28/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Houff | 4/29/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 4/29/2010 | 3.0 | Case Administration | Work on datasite |
| Houff | 4/29/2010 | 2.0 | Financial and Operational Due Diligence | Reviewing tax files |
| Houff | 4/30/2010 | 2.0 | Financial and Operational Due Diligence | Tax analysis call |
| Houff | 4/30/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 4/30/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 4/30/2010 | 2.0 | Financial Analysis/Modeling | Work on model |
| Total - Apr. | | 173.5 | | |

401237