# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On June 14, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties set forth on Exhibit A, comprised of the Master Service List and Affected parties:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

- Notice of and Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 525].

_____
Paul V. Kinealy

Sworn to before me this 15th day of June, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

| | |
|---|---|
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: A&M SPECIALTIES INC.<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MERCER FORGE CORP<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MORGAN'S WELDING INC<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 | ADQ ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075-9709 |
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR, PA 19087-8675 |
| ALL PHASE ELECTRIC SUPPLY<br>PO BOX 450<br>LIMA, OH 45802-0450 | ALRO STEEL/BLOCK DIVN<br>PO BOX 641005<br>DETROIT, MI 48264-1005 |
| AMERICAN COLLOID COMPANY<br>2870 FORBS AVENUE<br>HOFFMAN ESTATES, IL 60192 | AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS, MN 55485 |
| AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 |
| AMERICAN FINISH RESOURCES INC<br>PO BOX 164<br>CHILTON, WI 53014-0164 | APPLETON COMPRESSOR SERVC<br>PO BOX 1406<br>APPLETON, WI 54912-1406 |
| ARENT FOX LLP<br>JAMES M. SULLIVAN ESQ<br>ATTORNEY FOR THE TIMKEN COMPANY<br>1675 BROADWAY<br>NEW YORK, NY 10019 | ASSOCIATED BAG COMPANY<br>PO BOX 07120<br>MILWAUKEE, WI 53207-0120 |
| ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 | BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 |

| | |
|---|---|
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>WILLIAM J. BARRETT ATTORNEY FOR<br>TONTINE CAPITAL PARTNERS L.P.<br>200 WEST MADISON STREET SUITE 3900<br>CHICAGO, IL 60606 |
| BARNES & THORNBURG LLP<br>C/O WENDY D BREWER<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN<br>ATTY FOR IRON MOUNTAIN INFO MANAGEMENT<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 |
| BASTIAN MAT. HANDLING CORP.<br>PO BOX 6069 DEPT. 61<br>INDIANAPOLIS, IN 46206-6069 | BAY COMMUNICATIONS INC<br>2040 RADISSON ST<br>GREEN BAY, WI 54302-2085 |
| BREHOB CORPORATION<br>1334 S MERIDIAN ST<br>INDIANAPOLIS, IN 46225 | BRICE VANDER LINDEN & WERNICK, P.C.<br>ATT: HILLARY B. BONIAL<br>ATTY FOR SAXON MORTGAGE SERVICES, INC.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TX 75243 |
| BUBRICK'S OFFICE SUPPLY<br>PO BOX 640<br>GERMANTOWN, WI 53022-0640 | C.A.T.S. CARBON INC<br>PO BOX 100<br>WARRIOR, AL 35180-0100 |
| CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 | CDW CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 |
| CENTRAL STATES LAW DEPT.<br>REBECCA K. MCMAHON ESQ FOR CENTRAL STATE<br>SOUTHEAST & SOUTHWEST AREAS PENSION FUND<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | CHAMPION CHISEL WORKS INC<br>804 EAST 18TH ST<br>ROCK FALLS, IL 61071-2128 |
| CHERMOR REAL ESTATE<br>LINDA'S BOOKKEEPING<br>PO BOX 184<br>FOREST JUNCTION, WI 54123-0184 | COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 |
| CONTINENTAL CARBONIC PRODUCTS INC<br>C/O D SCHINZLER<br>3985 E HARRISON AVENUE<br>DECATUR, IL 62526 | COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ ATT FOR UNITED<br>STEELWORKERS THE BRANDYWINE BUILDING<br>1000 W. ST. 10TH FL P.O. BOX 1680<br>WILMINGTON, DE 19899 |
| CRESCENT ELECTRIC SUPPLY COMPANY<br>CRESCENT ELECTRIC<br>3726 S 149TH ST<br>OMAHA, NE 68144 | DANA CORPORATION<br>ATTN: TIM DELONG<br>PO BOX 4097<br>KALAMAZOO, MI 49003 |

| | |
|---|---|
| DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 | DENNIS BAHCALL CO<br>3100 E FRONTAGE ROAD<br>PO BOX 378<br>KAUKAUNA, WI 54130-0378 |
| DEPARTMENT OF THE TREASURY<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 |
| DLA PIPER LLP RICHARD M KREMEN ESQ<br>DALE K CATHELL, ESQ COUNSEL TO WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>THE MARBURY BUILDING 6225 SMITH AVENUE<br>BALTIMORE, MD 21209 | DUCA MFG & CONSULTING INC<br>648 SQUIRREL HILL DR<br>BOARDMAN, OH 44512-5334 |
| DUCA REMANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512-6410 | DYNAMIC COLOR SOLUTIONS<br>BOX 68-6035<br>MILWAUKEE, WI 53268-6035 |
| ELECTRO ARC<br>c/o UNITED STATES DEBT RECOVERY V, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | ENERGY PRODUCTS INC<br>PO BOX 4368<br>SARATOGA SPRINGS, NY 12866-8025 |
| ENGINEERING CONTRACTORS' ASSOC<br>8310 FLORENCE AVE<br>DOWNEY, CA 90240-3917 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 |
| FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON, WI 54914 | FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987-0978 |
| FEDEX CUSTOM CRITICAL<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | FEDEX CUSTOMER INFORMATION SERVICES<br>ASSIGNEE OF FEDEX EXPRESS/FEDEX GROUND<br>ATTN REVENUE RECOVERY/BANKRUPTCY<br>3865 AIRWAYS BLVD MODULE G 3RD FLOOR<br>MEMPHIS, TN 38116 |

| | |
|---|---|
| FINGER & SLANINA, LLC<br>DAVID L. FINGER COUNSEL FOR WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>ONE COMMERCE CENTER 1201 N ORANGE ST 7FL<br>WILMINGTON, DE 19801-1186 | FORT WAYNE LIQUID COATINGS<br>ATTN JOSEPH G BONAHOOM<br>BONAHOOM & BONAHOOM LLP<br>110 WEST BERRY STREET STE 1900<br>FORT WAYNE, IN 46802 |
| FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 | FOUNDERS SERVICE & MFG CO<br>PO BOX 56<br>NORTH BENTON, OH 44449-0056 |
| FREEBORN & PETERS LLP<br>AARON L. HAMMER ESQ.<br>COUNSEL TO MERCER US INC.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | GARDEN CITY GROUP<br>ATTN: PAUL KINEALY<br>190 S LASALLE STREET, SUITE 1520<br>CHICAGO, IL 60603 |
| GENERAL KINEMATICS CORP<br>c/o TR CAPITAL, LLC<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | GERDAU AMERISTEEL US INC.<br>ATTN: HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA, GA 30368 |
| GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO, IL 60603 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO, IL 60603 |
| GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002 | GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL ST<br>GREEN BAY, WI 54304 |
| GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON, DE 19801 | GREENBERG TRAURIG, LLP<br>S COUSINS,D DETWEILER,S SELZER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST, STE 1200<br>WILMINGTON, DE 19801 |
| GREENBERG TRAURIG, LLP<br>SEAN BEZARK, ATTORNEY FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS<br>77 WEST WACKER DRIVE SUITE 3100<br>CHICAGO, IL 60601 | GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 |
| HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT, IL 60559 | HARTMAN & SONS INC<br>PO BOX 478<br>PIERCETON, IN 46562-0478 |
| HITECH SHAPES & DESIGNS<br>C/O SEILKOP INDUSTRIES INC<br>425 W NORTH BEND RD<br>CINCINNATI, OH 45216 | HOLMES MURPHY & ASSOCIATES, INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES, IA 50266 |

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT, MI 48226

HORNER INDUSTRIAL SERVICES,INC
PO BOX 660292
INDIANAPOLIS, IN 46266-0292

HUDAPACK METAL TREATING INC
979 KOOPMAN LANE
ELKHORN, WI 53121-2023

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS, TX 75234

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON, GA 31208

INDIANAPOLIS POWER & LIGHT COMPANY
ATTN: LACHELLE D STEPP
8520 ALLISON POINTE BLVD SUITE 200
INDIANAPOLIS, IN 46250

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA 02111

J P PATTERN INC
5038 N 125TH STREET
BUTLER, WI 53007-1302

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

JAMES S RICKUN ENV CONSULTING
4933 BLACK OAK DR
MADISON, WI 53711-4373

JANITORS SUPPLY INC
540 EAST 2ND STREET
ERIE, PA 16507-1702

J-COM E.D.I. SERVICES
PO BOX 31060
TUCSON, AZ 85751-1060

KINETIC EQUIPMENT INC
2146 W PERSHING ST
APPLETON, WI 54914-6074

KNOX TEXTILES INC
PO BOX 584 264 EAST BEMENT ST
EDGERTON, OH 43517-0584

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING, PA 19610

KREISER FUEL SERVICE
122 RACEHORSE DRIVE
JONESTOWN, PA 17038-8329

KRIEG DEVAULT LLP
C/O C DANIEL MOTSINGER ESQ
ONE INDIANA SQUARE
SUITE 2800
INDIANAPOLIS, IN 46204-2079

KT-GRANT INC
3073 ROUTE 66
EXPORT, PA 15632

L E S
PO BOX 80869
LINCOLN, NE 68501-0869

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LANDSTAR INWAY INC
13410 SUTTON PARK DRIVE SOUTH
JACKSONVILLE, FL 32224

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LEXISNEXIS, A DIV OF REED ELSEVIER INC
ATTN  BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

LINCOLN CONT SUPPLY INC
PO BOX 270168
MILWAUKEE, WI 53227

LORD CORPORATION
2000 WEST GRANDVIEW BLVD
ERIE, PA 16509

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

MAGID GLOVE MFG CO
2060 N KOLMAR AVE.
CHICAGO, IL 60639-3418

MARLIN LEASING CORPORATION
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND, OH 44114

MCMASTER-CARR SUPPLY
PO BOX 4355
CHICAGO, IL 60680

MCMASTER-CARR SUPPLY CO
200 AURORA INDUSTRIAL SUPPLY
AURORA, OH 44202

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105

MODERN EQUIPMENT COMPANY
DON DONNER
PO BOX 933
PORT WASHINGTON, WI 53074

MOELLER MAUNUFACTURING COMPANY
43938 PLYMOUTH OAKS BOULEVARD
PLYMOUTH, MI 48170-2584

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899

MSC INDUSTRIAL SUPPLY CO
ATTN LEGAL DEPT
75 MAXESS RD
MELVILLE, NY 11747

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NICHOLSON & CATES LTD
DEPT CH17946
PALATINE, IL 60055-7946

NORTHERN INDIANA PUBLIC SERVICE COMPANY
ATTN REVENUE ASSURANCE & RECOVERY
801 E 86TH AVENUE
MERRILLVILLE, IN 46410

NORTHERN INDIANA TRADING CO INC
ATTN REVENUE ASSURANCE & RECOVERY
801 E 86TH AVENUE
MERRIVILLE, IN 46410

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OGLETREE DEAKINS NASH SMOAK & STEWART PC
c/o LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

OGLETREE DEAKINS NASH SMOAK & STEWART PC
PO BOX 167
GREENVILLE, SC 29607

OHIO GAS COMPANY
PO BOX 528
BRYAN, OH 43506-0528

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

OKLAHOMA COUNTY TREASURER
ATTN: FORREST "BUTCH" FREEMAN
320 ROBERT S KERR RM 307
OKLAHOMA CITY, OK 73102

OKLAHOMA TAX COMMISSION
ATTN BANKRUPTCY SECTION
C/O GENERAL COUNSEL'S OFFICE
120 N ROBINSON SUITE 2000
OKLAHOMA CITY, OK 73102-7471

ONOX INC
44382 S GRIMMER BLVD
FREMONT, CA 94538-6385

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

PENN POWER BANKRUPTCY DEPARTMENT
6896 MILLER RD SUITE 204
BRECKSVILLE, OH 44141

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
GENNICE D. BRICKHOUSE
1200 K STREET NW SUITE 340
WASHINGTON, DC 20005-4026

PER MAR
PO BOX 1101
DAVENPORT, IA 52805-1101

POWER TOOL SERVICE CO
300 NORTH WEBSTER
GREEN BAY, WI 54301-4816

PURITY CYLINDER GASES INC
PO BOX 9390
GRAND RAPIDS, MI 49509-0390

PYRO-MATIC INC
2185 W PERSHING ST
APPLETON, WI 54914

QBF
5097 NATHAN LANE
MINNEAPOLIS, MN 55442-3201

RED-D-ARC INC
C/O TAISHA DICKERSON
685 LEE INDUSTRIAL BLVD
AUSTELL, GA 30168

REDLON & JOHNSON
PO BOX 698
PORTLAND, ME 04104

REFRACTORY SALES & SERVICE INC
PO BOX 8500-9560
PHILADELPHIA, PA 19178-9560

RENITE COMPANY
PO BOX 30830
COLUMBUS, OH 43230-0830

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC, WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SADOFF IRON & METAL COMPANY
PO BOX 1138
240 W ARNDT ST
FOND DU LAC, WI 54936-1138

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SHEFFIELD CONTAINER CORP.
PO BOX 578
SHEFFIELD, PA 16347-0578

SHELLS INC
PO BOX 72458
CLEVELAND, OH 44192-0002

SIDENER ENGINEERING
PO BOX 1476
NOBLESVILLE, IN 46061-1476

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SMITH & RICHARDSON MFG CO.
727 MAY ST
GENEVA, IL 60134-0589

| | |
|---|---|
| SMITH, KATZENSTEIN & FURLOW<br>KATHLEEN M. MILLER ATTORNEY FOR<br>AIRGAS, INC.<br>800 DELAWARE AVE 7TH FL. PO BOX 410<br>WILMINGTON, DE 19899 | SOUTH COAST AIR QUALITY MANAG. DIST.<br>ATT: KURT WIESE, ESQ.<br>DISTRICT PROSECUTOR'S OFFICE<br>21865 COPELY DRIVE<br>DIAMOND BAR, CA 91765 |
| STANDARD ELECTRIC SUPPLY COMPANY<br>222 N EMMBER LANE<br>MILWAUKEE, WI 53233 | STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING, MI 48909 |
| STATE OF WASHINGTON, DEPT. OF REVENUE<br>ATT: ZACHARY MOSNER, ASST. ATTY GENERAL<br>BANKRUPTCY AND COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE, WA 98104 | STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD.<br>225 EAST<br>PITTSBOROR, IN 46167 |
| STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD, TX 76063 |
| THE KINDT - COLLINS CO.<br>14124 ORANGE AVE<br>PARAMOUNT, CA 90723-2019 | THE KUNIN LAW OFFICES, LLC<br>JOEL A. KUNIN ESQ<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201 |
| THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44708 | THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE, NC 28275 |
| TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA, NY 14151 |
| TONTINE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONTINE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH, CT 06830 | TPC WIRE & CABLE<br>4570 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0045 |
| TRUCK EQUIPMENT<br>PO BOX 11296<br>GREEN BAY, WI 54307-1296 | TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT, PA 15045 |
| TUSHAUS COMPUTER SERVICES<br>10400 INNOVATION DR-SUITE 100<br>MILWAUKEE, WI 53226-4840 | UNITED PARCEL SERVICE<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 |

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH, PA 15222

UNITED TELEPHONE COMPANY OF INDIANA INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19899

VALLEY NATIONAL GASES LLC
PO BOX 6628
WHEELING, WV 26003

WASTE MANAGEMENT
C/O JACQUOLYN MILLS
1001 FANNIN ST STE 4000
HOUSTON, TX 77002

WAUKESHA WATER UTILITY
115 DELAFIELD ST
WAUKESHA, WI 53188-3615

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE, WI 53201

WELLS FARGO EQUIPMENT FINANCE INC
ATTN GARY T DREYLING
733 MARQUETTE AVE
MINNEAPOLIS, MN 55402

WERB & SULLIVAN
ATT: D.WERB & J.KLEIN, ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON, DE 19899

WESCO DISTRIBUTION
737 OAKLAWN AVE
ELMHURST, IL 60126

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUIPMENT FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN, DE 19709

WIESE PLANNING & ENG
c/o ASM CAPITAL LP
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE, WI 53203

WISCONSIN LIFT TRUCK
3125 INTERTECH DR
BROOKFIELD, WI 53045

WISCONSIN POWER TOOL INC
3132 N MAYFAIR RD
MILWAUKEE, WI 53222-3202

XPEDX
PO BOX 644520
PITTSBURGH, PA 15264-4520

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON, DE 19899-0391

ZORN-COCHRANE COMPRESSOR & EQUIP
733 POTTS AVE
GREEN BAY, WI 54304