IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: TBD**<br>**Objection Deadline: June 25, 2010 at 4:00 p.m. (ET)** |

## FIRST INTERIM QUARTERLY FEE REQUESTS OF THE DEBTORS' PROFESSIONALS

TO: (I) COUNSEL TO THE AD HOC COMMITTEE OF THE HOLDERS OF 9.5% SECURED NOTES; (II) COUNSEL TO THE PREPETITION REVOLVING LENDERS; (III) COUNSEL TO THE COMMITTEE; (IV) COUNSEL TO THE U.S. TRUSTEE; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. L.R. 2002-1(b).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code*, entered on March 8, 2010 [Docket No. 136] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby apply for an interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from February 3, 2010 through and including April 30, 2010. Summaries of the fees and expenses that are the subject of this Fee Request are summarized in the attachments hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a 10-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **June 25, 2010 at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, on **a date and time to be determined.**

Dated: Wilmington, Delaware
       June 15, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

    -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Hearing Date: TBD**<br>**Objection Deadline: June 25, 2010 at 4:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of February 3, 2010<br>(Order Entered March 8, 2010) |
| Period for which compensation and reimbursement is sought: | February 3, 2010 through April 30, 2010 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 260; 4/6/10] | $40,790.50 | $15,344.25 | D.I. 305; 4/20/10 | $32,632.40 | $15,344.25 | $8,158.10 |
| 3/1/10 – 3/31/10 [D.I. 283; 4/15/10] | $47,768.50 | $3,894.73 | D.I. 335; 4/28/10 | $38,214.80 | $3,894.73 | $9,553.70 |
| 4/1/10 – 4/30/10 [D.I. 531; 6/15/10] | $23,929.00 | $5,853.56 | TBD | $19,143.20 | $5,853.56 | $4,785.80 |
| **TOTAL** | **$112,488.00** | **$25,092.54** | | **$89,990.40** | **$25,092.54** | **$22,497.60** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

YCST01:9772929.1                                                                                                          069152.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: TBD**<br>**Objection Deadline: June 25, 2010 at 4:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION

Name of Applicant: Sidley Austin LLP

Authorized to Provide Professional Services to: Debtors and Debtors in Possession

Date of Retention: Effective as of February 3, 2010 (Order Entered March 8, 2010)

Period for which compensation and reimbursement is sought: February 3, 2010 through April 30, 2010

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 197; 3/30/10] | $361,911.50[2] | $16,431.42[3] | D.I. 276; 4/13/10 | $288,773.20 | $9,598.70 | $72,193.30 |
| 3/1/10 – 3/31/10 [D.I. 339; 4/29/10] | $405,076.75 | $6,451.34 | D.I. 388; 5/12/10 | $324,061.40 | $6,451.34 | $81,015.35 |
| 4/1/10 – 4/30/10 [D.I. 469; 5/28/10] | $360,728.00 | $8,582.74 | D.I. 509; 6/9/10 | $288,582.40 | $8,582.74 | $72,145.60 |
| **TOTAL** | **$1,127,716.25** | **$31,465.50** | | **$902,173.00** | **$31,465.50** | **$225,543.25** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Sidley voluntarily reduced the fees requested in the First Monthly Fee Application by $945.00 in response to comments received from the United States Trustee.

[3] Sidley voluntarily reduced the amount of expense reimbursement requested in the First Monthly Fee Application by $6,832.72 in response to comments received from the United States Trustee.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Hearing Date: TBD**<br>**Objection Deadline: June 25, 2010 at 4:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Huron Consulting Services LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of February 3, 2010<br>(Order Entered March 8, 2010) |
| Period for which compensation and reimbursement is sought: | February 3, 2010 through April 30, 2010 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 153; 3/11/10] | $288,870.00 | $11,678.99 | D.I. 176; 3/24/10 | $231,096.00 | $11,678.99 | $57,774.00 |
| 3/1/10 – 3/31/10 [D.I. 308; 4/22/10] | $495,568.75 | $16,781.85 | D.I. 361; 5/5/10 | $396,455.00 | $16,781.85 | $99,113.75 |
| 4/1/10 – 4/30/10 [D.I. 453; 5/24/10] | $316,137.50 | $13,302.15 | D.I. 508; 6/9/10 | $252,910.00 | $13,302.15 | $63,227.50 |
| TOTAL | $1,100,576.25 | $41,762.99 | | $880,461.00 | $41,762.99 | $220,115.25 |

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: TBD**<br>**Objection Deadline: June 25, 2010 at 4:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of February 3, 2010<br>(Order Entered March 8, 2010) |
| Period for which compensation and reimbursement is sought: | February 3, 2010 through April 30, 2010 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 282; 4/15/10] | $50,188.00 | $21.00 | D.I. 334; 4/28/10 | $40,150.40 | $21.00 | $10,037.60 |
| 3/1/10 – 3/31/10 [D.I. 387; 5/12/10] | $62,505.00 | $71.50 | D.I. 462 5/26/10 | $50,004.00 | $71.50 | $12,501.00 |
| 4/1/10 – 4/30/10 [D.I. 474; 6/1/10] | $170,960.00 | $79.00 | D.I. 534 6/15/10 | $136,768.00 | $79.00 | $34,192.00 |
| **TOTAL** | **$283,653.00** | **$171.50** | | **$226,922.40** | **$171.50** | **$56,730.60** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: TBD**<br>**Objection Deadline: June 25, 2010 at 4:00 p.m. (ET)** |

## FIRST INTERIM FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Rothschild Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of February 3, 2010<br>(Order Entered March 8, 2010) |
| Period for which compensation and reimbursement is sought: | February 3, 2010 through April 30, 2010 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 296; 4/16/10] | $162,500.00 | $1,532.99 | D.I. 336; 4/28/10 | $130,000.00 | $1,532.99 | $32,500.00 |
| 3/1/10 – 3/31/10 [D.I. 472; 6/1/10] | $175,000.00 | $5,461.07 | D.I. 533; 6/15/10 | $140,000.00 | $5,461.07 | $35,000.00 |
| 4/1/10 – 4/30/10 [D.I. 532; 6/15/10] | $175,000.00 | $15,329.79 | TBD | $140,000.00 | $15,329.79 | $35,000.00 |
| **TOTAL** | **$512,500.00** | **$22,323.85** | | **$410,000.00** | **$22,323.85** | **$102,500.00** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.