# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X
In re:                                              :
                                                    :
Neenah Enterprises, Inc. et. al                     :
                                                    :     Chapter 11
                                                    :     Case No. 10-10360 (MFW)
                                                    :     (Jointly Administered)
              Debtors.                              :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On June 16, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 535] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 16th day of
June, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

**TRANSFEROR**
Hook Industrial Sales
PO Box 9177
Ft Wayne, IN 46899-9177

**TRANSFEREE**
United States Debt Recover V. LP
940 Southwood Bl, Suite 101
Incline Village, NV 89451