## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 329, 416 and 500** |

### CERTIFICATION OF COUNSEL REGARDING THE DEBTORS' REQUEST FOR (I) A CONTINUATION OF THE HEARING TO CONSIDER CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION, (II) AN EXTENSION OF THE DEADLINE TO OBJECT TO CONFIRMATION OF THE PLAN, AND (III) AN EXTENSION OF THE DEADLINE TO SUBMIT VOTES ON THE PLAN

The undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1.    On March 26, 2010, the Debtors filed the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (as the same has been or may subsequently be amended, supplemented or modified, the "Plan") [Docket No. 180] and an initial version of the Disclosure Statement related to the Plan (including all exhibits thereto and as amended, supplemented or modified, the "Disclosure Statement").[2]  On April 9, 2010, the Debtors filed the Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300).  The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the respective meanings assigned to such terms in the Plan or the Solicitation Procedures Order (as defined below), as applicable.

Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof, and (IV) Granting Related Relief (the "Solicitation Procedures Motion") [Docket No. 272], seeking the Court's approval of the Disclosure Statement and entry of the Solicitation Procedures Order (as defined below).  In advance of the April 27, 2010 hearing on approval of the Solicitation Procedures Motion, the Debtors filed amended versions of the Plan and the Disclosure Statement on April 16, 2010 and April 23, 2010 [Docket Nos. 298 and 311].

      2.     On April 27, 2010, the Court entered an order approving the Solicitation Procedures Motion [Docket No. 329] (as subsequently modified on May 14, 2010 [Docket No. 416] and June 9, 2010 [Docket No. 500], the "Solicitation Procedures Order").  Pursuant to the Solicitation Procedures Order, among other things, the Court (i) approved the Disclosure Statement as containing "adequate information" within the meaning of section 1125 of the Bankruptcy Code; (ii) required objections to the Plan to be filed with the Court, together with proof of service, and served so that they are received by the parties specified in the Solicitation Procedures Order on or before June 16, 2010 at 4:00 p.m. (Eastern Time) (the "Objection Deadline"); (iii) established June 21, 2010 at noon (Eastern Time) as the deadline by which all properly executed Ballots and Master Ballots must be received by the Voting Agent (the "Voting Deadline"); and (iv) scheduled a hearing on June 23, 2010 at 9:30 a.m. (Eastern Time) to consider confirmation of the Plan (the "Confirmation Hearing").

      3.     The Debtors need additional time to finalize certain documents that will be included in the Plan Supplement and, accordingly, have requested that the Court continue the Confirmation Hearing by approximately two weeks.  The Debtors have prepared a proposed form of order (the "Extension Order"), a copy of which is attached hereto as Exhibit A, amending the Solicitation Procedures Order to (i) continue the Confirmation Hearing to July 6,

2

2010 at 11:30 a.m. (Eastern Time), (ii) extend the Objection Deadline through and including July 2, 2010 at 4 p.m. (Eastern Time); and (iii) extend the Voting Deadline through and including July 2, 2010 at 4 p.m. (Eastern Time).  The Debtors request that, except as expressly modified pursuant to the Extension Order, all of the procedures, deadlines and other provisions set forth in the Solicitation Procedures Order remain unchanged and in full force and effect.

        4.     On June 15, 2010, counsel for the Debtors notified counsel for the following parties by electronic mail that the Debtors would seek the foregoing modifications to the Solicitation Procedures Order: (i) the United States Trustee, (ii) the Committee, (iii) the Ad Hoc Committee of Secured Noteholders, (iv) the Prepetition Agent, (v) the Subordinated Noteholders, and (vi) the Minority Holders.  In addition, counsel for the Debtors will make an announcement on the record at the omnibus hearing scheduled for June 23, 2010 at 9:30 a.m. that the Confirmation Hearing has been continued to July 6, 2010 at 11:30 a.m.

YCST01:9809025.1

069152.1001

WHEREFORE, the Debtors respectfully request that the Court enter the Extension

Order at its earliest convenience.

Dated: Wilmington, Delaware
      June 16, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

    -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP


Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

YCST01:9809025.1

069152.1001