UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Ref. Docket No. ___ |

**ORDER (I) CONTINUING THE HEARING TO CONSIDER CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION, (II) EXTENDING THE DEADLINE TO OBJECT TO CONFIRMATION OF THE PLAN, AND (III) EXTENDING THE DEADLINE TO SUBMIT VOTES ON THE PLAN**

The Court having entered the Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof, and (IV) Granting Related Relief [Docket No. 329] (as subsequently modified on May 14, 2010 [Docket No. 416] and June 9, 2010 [Docket No. 500], the "Solicitation Procedures Order"); and the Solicitation Procedures Order having, among other things, (i) required objections to the Plan[2] to be filed with the Court, together with proof of service, and served so that they are received by the parties specified in the Solicitation Procedures Order on or before June 16, 2010 at 4:00 p.m. (Eastern Time) (the "Objection Deadline"), (ii) established

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein shall have the respective meanings assigned to such terms in the Solicitation Procedures Order or the Plan, as applicable.

June 21, 2010 at noon (Eastern Time) as the deadline by which all properly executed Ballots and Master Ballots must be received by the Voting Agent (the "Voting Deadline"), and (iii) scheduled a hearing on June 23, 2010 at 9:30 a.m. (Eastern Time) to consider confirmation of the Plan (the "Confirmation Hearing"); and the Debtors having requested that the Court (i) continue the Confirmation Hearing to July 6, 2010 at 11:30 a.m. (Eastern Time), (ii) extend the Objection Deadline through and including July 2, 2010 at 4 p.m. (Eastern Time), and (iii) extend the Voting Deadline through and including July 2, 2010 at 4 p.m. (Eastern Time); and the Court finding that the relief requested by the Debtors is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Solicitation Procedures Order is hereby modified to continue the Confirmation Hearing to July 6, 2010 at 11:30 a.m. (Eastern Time); and it is further

ORDERED, that the Solicitation Procedures Order is hereby modified to extend the Objection Deadline through and including July 2, 2010 at 4 p.m. (Eastern Time); and it is further

ORDERED, that the Solicitation Procedures Order is hereby modified to extend the Voting Deadline through and including July 2, 2010 at 4 p.m. (Eastern Time); and it is further

ORDERED, that except as otherwise expressly modified pursuant to this Order, all of the procedures, deadlines and other provisions set forth in the Solicitation Procedures Order shall remain unchanged and in full force and effect; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       June 17, 2010

                                              Honorable Mary F. Walrath
                                              United States Bankruptcy Judge