## CERTIFICATE OF SERVICE

I, *R. Karl Hill, Esquire* certify that on June 18, 2010, I caused one true and correct copy of the Employers Insurance Company of Wausau *Response Of Employers Insurance Company Of Wausau To Omnibus Motion Of The Debtors For An Order Authorizing The Assumption Of Executory Contracts And Unexpired Leases* to be served as indicated upon those parties appearing on the attached service list :

Dated:  June 18, 2010                                                  R. Karl Hill
                                                                                            R. Karl Hill, Esq. (DE# 2747)

76897 v1

## SERVICE LIST

| **Via U.S. Mail** | **Via CM/ECF** |
|---|---|
| Ronald Barliant, Esq<br>Danielle Wildern Juhle, Esq.<br>David E. Morrison, Esq.<br>Goldberg Kohn Ltd.<br>55 East Monroe Street, Suite 3700<br>Chicago, IL 60603<br>(Bank of America, N.A.) | Scott D. Cousins, Esq<br>Donald J. Detweiler, Esq.<br>Dennis A. Meloro, Esq.<br>Greenburg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(Official Committee of Unsecured Creditors) |
| Lori E. Kata, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(Ad Hoc Committee) | Patrick Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2313<br>Lock Box 35<br>Wilmington, DE 19801 |
| Larry J. Nyhan, Esq.<br>Kerriann S. Mills, Esq.<br>Jessica C.K. Boelter, Esq.<br>D'Lisia E. Bergeron, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Debtors Counsel) | Edmon L. Morton, Esq.<br>Kenneth Enos, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

76897 v1