# EXHIBIT 1

**(Amended Exhibit B to the Motion)**

Omnibus Motion of the Debtors for an Order Authorizing the Assumption of All Executory Contracts and Unexpired Leases - Exhibit B

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | TYPE OF ARRANGEMENT | DEBTOR NAME | CONTRACT / LEASE TERMINATION DATE | ESTIMATED CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ADP | P O BOX 9001006 | | LOUISVILLE | KY | 40290 | MAJOR ACCOUNTS AGREEMENT | MERCER FORGE CORPORATION | M-M | |
| AFCO | PO BOX 4795 | | CAROL STREAM | IL | 60197-4795 | COMMERCIAL PREMIUM FINANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| AICCO, INC. | 1001 WINSTEAD DRIVE | | CARY | NC | 27513 | COMMERCIAL PREMIUM FINANCE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| AIR GAS | 1400 EXECUTIVE DRIVE | | APPLETON | WI | 54911 | SUPPLY AGREEMENT | NEENAH FOUNDRY COMPANY | 5/1/2014 | |
| ALLIED WASTE SERVICES #264 | W NOBLESTOWN RD. | | CARNEGIE | PA | 15106 | WASTE AND DISPOSAL CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| AMERICAN BUILDING MAINTENANCE | 732 BORVAN AVE | | GREEN BAY | WI | 54304 | BUILDING CUSTODIAL SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2010 | |
| ANDERSON FORD | 2500 WILDCAT DRIVE | | LINCOLN | NE | 68510 | MOTOR VEHICLE LEASE AGREEMENT | DEETER FOUNDRY, INC. | 2/15/2011 | |
| ASSOCIATED FINANCIAL GROUP LLC | 711 EISENHOWER DRIVE | | KIMBERLY | WI | 54136 | CONSULTING AGREEMENT | NEENAH FOUNDRY COMPANY | 8/31/2010 | |
| ASSOCIATED FINANCIAL GROUP LLC | 711 EISENHOWER DRIVE | | KIMBERLY | WI | 54136 | CONSULTING AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 8/31/2010 | |
| ASSOCIATED FINANCIAL GROUP LLC | 711 EISENHOWER DRIVE | | KIMBERLY | WI | 54136 | CONSULTING AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 8/31/2010 | |
| AT&T | PO BOX 9001310 | | LOUISVILLE | KY | 40290-1310 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 8/31/2010 | |
| AT&T | PO BOX 9001310 | | LOUISVILLE | KY | 40290-1310 | SERVICE AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 7/1/2011 | |
| ATC HEALTHCARE SERVICES, INC. | PO BOX 31718 | | HARTFORD | CT | 6150-1718 | EMPLOYMENT AGENCY CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 7/14/2010 | |
| AVASTONE TECHNOLOGIES LLC | PO BOX 78103 | | MILWAUKEE | WI | 53278-0103 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| BALINFORMATION SYSTEMS | 4707 RAMBO ROAD | | BRIDGEMAN | MI | 49106 | SOFTWARE LICENSE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| BELAIR ROAD SUPPLY | 7939 PULASKI HWY | | BALTIMORE | MD | 21237 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| BEREBE INFORMATION NETWORKS CORP | PO BOX 88225 | | MILWAUKEE | WI | 53288-0226 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| BEREBE INFORMATION NETWORKS CORP | 4321 W COLLEGE AVE SUITE 400 | | APPLETON | WI | 54914 | TECHNICAL SUPPORT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| BLUE SPRINGS WWWATER WORKS | 603 SE SUNNYSIDE SCHOOL RD | | BLUE SPRINGS | MO | 64014 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M | |
| CARDINAL BUSINESS EQT CO. | 6624 W FLORISSANT AVE | | ST. LOUIS | MO | 63136 | SERVICE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/20/2010 | |
| CCI | PO BOX 341400 | | MILWAUKEE | WI | 53234-1400 | MAINTENANCE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 7/1/2010 | |
| CERIDAN CORPORATION | 3311 E OLD SHAKOPEE RD. | | MINNEAPOLIS | MN | 55425 | EAP AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| CONSOLIDATED ELECTRIC DISTRIBUTOR | 2611 KIMCO DRIVE, SUITE 1 | | LINCOLN | NE | 68521 | SERVICE AGREEMENT | DEETER FOUNDRY, INC. | Y-Y | |
| COORDINATED CARE PROGRAMS, LLC | 125 DILLMONT DRIVE | | COLUMBUS | OH | 43235-4658 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| COORDINATED CARE PROGRAMS, LLC | 125 DILLMONT DRIVE | | COLUMBUS | OH | 43235-4658 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| COORDINATED CARE PROGRAMS, LLC | 125 DILLMONT DRIVE | | COLUMBUS | OH | 43235-4658 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| CSX TRANSPORTATION | PO BOX 116628 | | ATLANTA | GA | 30368-6528 | LEASE OF NONRESIDENTIAL REAL PROPERTY LAND AT RAILROAD | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | Y-Y | |
| DAVID SPARKMAN - MELITAB SYSTEMS | 1045 VALLEY MILL ROAD | | WINCHESTER | VA | 22602 | SERVICE CONTRACT FOR SOFTWARE MAINTENANCE | NEENAH FOUNDRY COMPANY | 4/1/2011 | |
| DECISION ONE CORP | DEPT CH 14055 | | PALATINE | IL | 60055 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| DELMARVA CASTING AND SUPPLY | 102 BRICKYARD RD. | | CHESTERTOWN | MD | 21620 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| DIGITAL SECURITY CORP. | P.O. BOX 1174 | | ST PETERS | MD | 63376 | SECURITY CONTRACT | NEENAH FOUNDRY COMPANY | 3/25/2011 | |
| DISH NETWORK | DEPT 0063 | | PALATINE | IL | 60055-0063 | TAX SERVICES AGREEMENT | MERCER FORGE CORPORATION | 10/5/2010 | |
| ERNST & YOUNG LLP | 208 EAST WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | BENEFITS VENDOR CONTRACT | NEENAH ENTERPRISES, INC. | 9/20/2010 | |
| ERWIN LEASING | P.O. BOX 1689 | | ANN ARBOR | MI | 48106-1689 | EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 4/20/2011 | |
| EXEC-U-CARE | PO BOX 4540 | | IOWA CITY | IA | 52244 | HEALTHCARE SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | |
| EXEC-U-CARE/JEFFERSON PILOT | 2610 NORTHGATE DR. | | IOWA CITY | IA | 52244 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 5/20/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 6/20/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 6/24/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 9/19/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 11/16/2010 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 1/18/2011 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 2/23/2011 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 4/6/2011 | |
| FANUC AMERICA CORPORATION | DEPT. 77-7986 | | CHICAGO | IL | 60678-7986 | MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 7/14/2011 | |
| FASTECH, INC. | 208 WESTFIELD DR. | | FINDLAY | OH | 45840 | SOFTWARE MAINTENANCE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 5/14/2015 | |
| FISERV INVESTMENT SUPPORT SERVICES | PO BOX 173859 | | DENVER | CO | 80217-3859 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | M-M (90 days notice) | |
| FOLEY PRODUCTS COMPANY | 2121 BROOKS AVENUE | | NEWNAN | GA | 30263 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | 10/1/2011 | |
| FRANK HEADINGTON | 13156 WESTPARK PLACE | | OKLAHOMA CITY | OK | 73142 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH FOUNDRY COMPANY | 10/1/2011 | |
| FREEMAN PROPERTIES, LLC | 548 ERIE STREET | | MERCER | PA | 16137 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | MERCER FORGE CORPORATION | 1/31/2011 | |
| GABANY'S STORAGE | 190 S LASALLE STREET, SUITE 1520 | | CHICAGO | IL | 60603 | WAREHOUSE / STORAGE LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 1/31/2011 | |
| GARDEN CITY GROUP | 1650 GROVE CITY MERCER ROAD | | MERCER | PA | 16137 | ADMINISTRATION SERVICES AGREEMENT | MERCER FORGE CORPORATION | 6/20/2010 | |
| GARY BUTCH | PO BOX 557 | | CATOOSA | OK | 74015 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| GMP INTERNATIONAL UNION | 2301 161 EAST AVE | | TULSA | OK | 74116 | LARGER CONTRACT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| GNC CONCRETE PRODUCTS | PO BOX 2010 | | MENOMONEE FALLS | WI | 53051 | CONSIGNMENT AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 6/20/2010 | |
| GRAPHICS SYSTEMS CORP | W133 N5131 CAMPBELL DR | | MENOMONEE FALLS | WI | 54119 | MAINTENANCE CONTRACT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| GREGG SOFTWARE INC | 805 W HOWE ST | | SEATTLE | WA | 94145-0050 | CONSULTING SERVICES AGREEMENT | GREGG INDUSTRIES, INC. | 6/30/2010 | |
| GUMBO SOFTWARE INC | P.O. BOX 44550 | | SAN FRANCISCO | CA | 94113 | EQUIPMENT LEASE AGREEMENT | GREGG INDUSTRIES, INC. | 4/26/2010 | |
| HASLER FINANCIAL SERVICE | HW 5555 | | MINNEAPOLIS | MN | 55485-5555 | VEHICLE LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 4/26/2010 | |
| HELPSYSTEMS INC | D354 BROWN & SHARPE INC | | KINGSTON | RI | 52821-0007 | COPIER LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 7/31/2011 | |
| HEXAGON METROLOGY | 250 CIRCUIT DRIVE | | NORTH KINGSTOWN | RI | 02852 | EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 1/12/2011 | |
| HUMANA | N19 W24101 RIVERWOOD DRIVE, SUITE 200 | | WAUKESHA | WI | 53188 | OPERATION AGREEMENT | NEENAH FOUNDRY COMPANY | 5/0/2012 | |
| HURON CONSULTING SERVICES LLC | 4795 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | SOFTWARE MAINTENANCE (INSURANCE) AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 6/20/2010 | |
| IBM GLOBAL FINANCING | 1 NEW ORCHARD ROAD | | ARMONK | NY | 10504-1722 | HEALTHCARE SERVICES (INSURANCE) AGREEMENT | MERCER FORGE CORPORATION | 10/31/2010 | |
| IDEAL LEASE | LAURA IDOL | | APPLETON | WI | 54913 | COMPUTER EQUIPMENT LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 6/30/2010 | |
| IDEAL LEASE | LAURA IDOL | | REGINA | SK | S4N 2X4 | CONSULTING SERVICES AGREEMENT | NEENAH ENTERPRISES, INC. | 4/13/2012 | |
| IKON FINANCIAL SERVICES | PO BOX 74541 | | CHICAGO | IL | 60696 | VEHICLE LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 4/13/2012 | |
| IKON FINANCIAL SERVICES | ATTN CUSTOMER WAY AGENT | | CHICAGO | IL | 60693-115 | OFFICE EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 4/26/2010 | |
| INDIANA DEPT OF WORKS | 100 N SENATE AVE | | INDIANAPOLIS | IN | 46204 | OPERATION AGREEMENT | NEENAH FOUNDRY COMPANY | 7/31/2011 | |
| INDIANA DEPT OF ENVIRONMENTAL MGMT | 100 N SENATE AVE | | INDIANAPOLIS | IN | 46204 | OPERATION AGREEMENT | NEENAH FOUNDRY COMPANY | 4/16/2012 | |
| INFINITY QS INT'L INC | 14900 CONFERENCE CENTER DR, SUITE 525 | | CHANTILLY | VA | 20151 | PERMIT AGREEMENT | NEENAH FOUNDRY COMPANY | 10/31/2010 | |
| JAMES V ACKERMAN | 7 VIRGINIA RAIL LINE | | HILTON HEAD ISLAND | SC | 29926 | MAINTENANCE CONTRACT | MERCER FORGE CORPORATION | 6/30/2010 | |
| JEFFREY JENKINS | 6820 WESTSHORE DRIVE | | SCHAUMBURG | IL | 60516 | CONSULTING CONTRACT | NEENAH ENTERPRISES, INC. | 4/1/2011 | |
| JOHN ANDREWS | 2121 BROOKS AVENUE | | LINCOLN | IL | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | DEETER FOUNDRY, INC. | 7/20/2011 | |
| JOHN BOUCHARD AND SONS CO (JBS) | 1024 HARRISON STREET | | NASHVILLE | TN | 37203 | EMPLOYMENT / CONSULTING AGREEMENT | DEETER FOUNDRY, INC. | Y-Y | |
| JOHN DEERE CREDIT | 7931 RICHTER LANE | | CAROL STREAM | IL | 60197-4250 | EQUIPMENT LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 11/17/2011 | |
| JOHNSON LIFT-HYSTER | P.O. BOX 60007 | | LARSEN | WI | 54947 | EMPLOYMENT / CONSULTING AGREEMENT | MERCER FORGE CORPORATION | 1/20/2011 | |
| JOHNSON LIFT-HYSTER | P.O. BOX 60007 | | CITY OF INDUSTRY | CA | 91716-6900 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| JOSEPH HARVEY | P.O. BOX 25098 | | CITY OF INDUSTRY | CA | 91716-6900 | EMPLOYMENT / CONSULTING AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| JP MORGAN | 2125 INTERTECH BLVD | | CHICAGO | IL | 60606 | EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 5/20/2011 | |
| JR HOE AND SONS, INC. | 4300 WEBSTER RD. | | BROOKFIELD | NY | 48797 | TRUSTEE AGREEMENT | NEENAH ENTERPRISES, INC. | 5/18/2013 | |
| KENDALLVILLE TERMINAL RAILWAY | W55 GLOBAL FEE BILLING | | WOODBURN | IN | 53186 | CONSULTING SERVICES AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| KONICA MINOLTA | 4006 COLLINS LN. | | STATE COLLEGE | PA | 16801 | CONSIGNMENT AGREEMENT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | M-M (90 days notice) | |
| KONICA MINOLTA | ATN CUSTOMER OF WAY AGENT | 1316 S. JOHANSON STREET | JACKSONVILLE | FL | 32216-1130 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/14/2011 | |
| KRONOS INC | P.O. BOX 550599 | | JACKSONVILLE | FL | 32255-0599 | EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 9/16/2011 | |
| MAGNA FOUNDRY TECH INC | P.O. BOX 845748 | | BOSTON | MA | 02284 | MAINTENANCE CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/17/2011 | |
| MAPSYS | 10 N MARTINGALE RD, SUITE 425 | | SCHAUMBURG | IL | 60173 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 4/16/2012 | |
| MARUN LEASING | 920 MICHIGAN AVE | | COLUMBUS | OH | 43215 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| MASTER GRAPHICS | P.O. BOX 13594 | | PHILADELPHIA | PA | 19101-3594 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 4/1/2011 | |
| MED PARTNER CREDIT | P.O. BOX 22993 | | FORT WAYNE | IN | 53725-5308 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 7/26/2011 | |
| MED PARTNERS/LUTHERAN PREFERRED | 6920 POINTE INVERNESS WAY, SUITE 200 | | FORT WAYNE | IN | 46804 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| MERCER | 6920 POINTE INVERNESS WAY, SUITE 200 | | FORT WAYNE | IN | 46804 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| MHEDA | 10 SOUTH WACKER DRIVE, SUITE 1700 | | CHICAGO | IL | 60606 | CONSULTING SERVICES AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| MIDWEST TILE & CONCRETE PRODUCTS, INC. | 4308 WEBSTER RD. | | BROOKFIELD | IL | 53008-0430 | CONSIGNMENT AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 5/18/2013 | |
| MILES DATA TECHNOLOGIES | N97W24651 JOHNSON DR | | WAUKESHA | WI | 53186 | MAINTENANCE CONTRACT | NEENAH ENTERPRISES, INC. | M-M (90 days notice) | |
| MIRATAS INC | QUALITY PLAZA | | REGINA | SK | 15801 | CONSIGNMENT AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| NAVITAS HEALTH SOLUTIONS, LLC | 995 FOURIER DRIVE | | MADISON | WI | 53717 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| NAVITAS HEALTH SOLUTIONS, LLC | 999 FOURIER DRIVE | | MADISON | WI | 53717 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/17/2011 | |
| NAVITAS HEALTH SOLUTIONS, LLC | 999 FOURIER DRIVE | | MADISON | WI | 53717 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 5/1/2011 | |
| NETWORK HEALTH PLAN | 1570 MIDWAY PLACE | | MENASHA | WI | 54952 | HEALTHCARE SERVICES (INSURANCE) AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | M-M (90 days notice) | |
| NEW ENGLAND POSITIONING SYSTEM, LLC | 58 CHENELL DR. | ROUTE 106 | CONCORD | NH | 03301 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |

1

Omnibus Motion of the Debtors for an Order Authorizing the Assumption of All Executory Contracts and Unexpired Leases - Exhibit B

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | TYPE OF ARRANGEMENT | DEBTOR NAME | CONTRACT / LEASE TERMINATION DATE | ESTIMATED CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| NIPSCO | 801 EAST 86TH AVE | | MERRILLVILLE | IN | 46410 | GAS CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | M-M | |
| NIPSCO | 801 EAST 86TH AVE | | MERRILLVILLE | IN | 46410 | ELECTRIC CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| NOVACAST FOUNDRY SOLUTIONS AB | SOFT CENTER | 372 25 | RONNEBY | SWEDEN | | TECHNOLOGY AGREEMENT | NEENAH FOUNDRY COMPANY | 2/28/2011 | |
| OHIO HEALTH CHOICE | PO BOX 2090 | | AKRON | OH | 44309 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MACHINING FACILITY CO | 12/31/2010 | |
| P T C SHAPING INNOVATION | PO BOX 945722 | | ATLANTA | GA | 30394-5722 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PANHANDLE CONCRETE | 1914 W. OVERLAND | PO BOX 209 | SCOTTSBLUFF | NE | 69363 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| PARSHALL CONCRETE & PRECAST | JUNCTION 123, ROUTE 159 | PO BOX 398 | MOUND CITY | MO | 64470 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| PEAK TECHNOLOGIES | 214 S.S. ONEIDA | | GREEN BAY | WI | 54304 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PENSKE TRUCK LEASING | PO BOX 6500 (S-4955) | | PHILADELPHIA | PA | 19178-4955 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3550 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/17/2012 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3550 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 11/7/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3550 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 12/17/2012 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3550 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 11/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3550 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 9/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3550 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3550 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2014 | |
| PITNEY BOWES | PO BOX 856460 | | LOUISVILLE | KY | 40285-6460 | EQUIPMENT LEASE AGREEMENT / MAINTENANCE CONTRACT | MERCER FORGE CORPORATION | 9/30/2014 | |
| PITNEY BOWES CREDIT CORP | 2225 AMERICAN DRIVE | | NEENAH | WI | 54956 | EQUIPMENT LEASE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 9/00/2011 | |
| PITNEY BOWES GLOBAL FINANCIAL | PO BOX 856460 | | LOUISVILLE | KY | 40265 | EQUIPMENT LEASE AGREEMENT | DEETER FOUNDRY, INC. | 5/12/2013 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 5101 INTERCHANGE WAY | | LOUISVILLE | KY | 40229-2161 | EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2012 | |
| PRAIRIEVILLE, LLC | PO BOX 709 | | WAUKESHA | WI | 53187-0709 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | N/A | |
| PREMIER REAL ESTATE MGMT LLC | 18105 W CAPITAL DR - SUITE 200 | | BROOKFIELD | WI | 53045 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| PRETECH CORPORATION | 5215 WOODSIDE RD | | KANSAS CITY | KS | 66111 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M | |
| PROCESS CONTROL SERVICES | 411 INDUSTRIAL DRIVE | | PLYMOUTH | WI | 43170 | MAINTENANCE CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 11/04/2010 | |
| PROFESSIONAL BENEFITS ADMINSTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| PROFESSIONAL BENEFITS ADMINSTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| PROFESSIONAL BENEFITS ADMINSTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| QUADRANT SOFTWARE | 120 FORBES BLVD | | MANSFIELD | MA | 02048 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| RJS SOFTWARE SYSTEMS | 2370 JUDICIAL RD - SUITE 100 | | BURNSVILLE | MN | 55337 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 6/30/2010 | |
| ROBERT DEMEDAL | 531 E AMBER DRIVE | | NEW WILMINGTON | PA | 16142 | CONSULTING CONTRACT | MERCER FORGE CORPORATION | 1/1/2014 | |
| ROBERT COTTER | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| ROBERT OSTENDORF | 1900 E JEFFERSON ST | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | N/A | |
| RONALD SCHMUCKER | 4080 W. SPENCER ST. | | APPLETON | WI | 54914 | EMPLOYMENT / CONSULTING AGREEMENT | DALTON CORPORATION | 9/30/2010 | |
| ROSS IMAGING INC | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | COPIER SERVICE CONTRACT | NEENAH ENTERPRISES, INC. | M-M | |
| ROTHSCHILD INC. | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | ADVISORY SERVICES AGREEMENT | NEENAH ENTERPRISES, INC. | 10/1/2014 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/1/2013 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 12/1/2011 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 5/1/2010 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | M-M (90 days notice) | |
| S T GRISWOLD | 193 INDUSTRIAL AVE. | | WILLISTON | VT | 05495 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| S.D. IRELAND CONSULTANTS, LTD. DBA NUTECH SYSTEMS, INC. | 100 GROVE ST. | | BURLINGTON | VT | 05401 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 5/16/2011 | |
| SAGE SOFTWARE | PO BOX 404927 | | ATLANTA | GA | 30384-4927 | MAINTENANCE CONTRACT | NEENAH ENTERPRISES, INC. | M-M | |
| SAGE SOFTWARE INC | PO BOX 404927 | | ATLANTA | GA | 30384-4927 | MAINTENANCE CONTRACT | NEENAH ENTERPRISES, INC. | 5/20/2011 | |
| SBC GLOBAL SERVICES | 225 WEST RANDOLPH ST. HQ 22C | | CHICAGO | IL | 60606 | SERVICE AGREEMENT | DALTON CORPORATION | M-M | |
| SCURLOCK INDUSTRIES | 600 WEST COMMERCIAL | P.O. BOX 1500 | JONESBORO | AR | 72403 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SCURLOCK-JONESBORO | 600 WEST COMMERCIAL | P.O. BOX 1078 | SPRINGFIELD | MO | 65801 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SCURLOCK-ROSE CON PIPE | 3401 WEST COMMERCIAL | P.O. BOX 1082 | FAYETTEVILLE | AR | 72702 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SCURLOCK-TRI STATE | 3725 S MCCOLLUM AVE | | KENNESAW | GA | 30156 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | M-M (90 days notice) | |
| SERMIT | 225 S. RIVERSIDE PLAZA, STE 850 | | CHICAGO | IL | 60606 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| SERMIT | PO BOX 2137 | | COVINGTON | KY | 41011 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| SERMIT | PO BOX 2137 | | CINCINNATI | OH | 45271-2059 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 4/30/2011 | |
| SHERWARE INC | 2875 PONTIAC BLVD - SUITE 100 | | WINNECONE | WI | 54986 | SOFTWARE LICENSE, SERVICES AND MAINTENANCE AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| SIERRA CONSULTANTS, LTD. DBA NUTECH SYSTEMS, INC. | 10501 CORPORATE DRIVE | | GRANDVILLE | MI | 52370 | EMPLOYMENT / CONSULTING AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 3/21/2015 | |
| SIGNATURE CARE | 1961 HIRST DRIVE | | MOBERLY | MO | 68270 | OFFICE EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION | 7/1/2010 | |
| STAR STORAGE | P.O. BOX 463 | | MERCER | PA | 16137 | WAREHOUSE / STORAGE LEASE AGREEMENT | MERCER FORGE CORPORATION | 5/31/2014 | |
| STEINCYCLE INC. | 14305 LEETSBURG ROAD | | STURTEVANT | WI | 53177 | MEDICAL WASTE DISPOSAL CONTRACT | DALTON CORPORATION | N/A | |
| STEVE SHAFFER | 1900 E JEFFERSON ST | | WARSAW | IN | 46581 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| SUN LIFE ASSURANCE CO. OF CANADA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 10/31/2012 | |
| SUN LIFE ASSURANCE CO. OF CANADA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 10/5/2010 | |
| SUN LIFE ASSURANCE CO. OF CANADA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 4/13/2013 | |
| SUNLIFE FINANCIAL | | | CHICAGO | IL | 60606 | INSURANCE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 6/02/2012 | |
| T LASHFORD & ASSOCIATES | 525 W 5TH ST#AR MNT | | KENNESAW | GA | 30156 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| THERMO FISHER, RADIATION MEASUREMENT & PROTECTION | P.O. BOX 712099 | | CINCINNATI | OH | 45271-2099 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 9/2/2010 | |
| TIMOTHY KOLLER | 7107 CLARKS POINT RD | | WINNECONE | WI | 54986 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. | 2376 MANGEST, SUITE 105 | | FORT WAYNE | IN | 46825 | OFFICE EQUIPMENT LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2015 | |
| TRAFFIC MANAGEMENT SERVICES | P.O. BOX 549 | | ALMA | MI | 48801 | FREIGHT PROCESSING AGREEMENT | NEENAH FOUNDRY COMPANY | 3/21/2015 | |
| UNITED HEALTHCARE | 2515 W BELTLINE HWY, SUITE 200 | | MILWAUKEE | WI | 53226-3449 | HEALTHCARE SERVICES (INSURANCE) AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 7/1/2010 | |
| UNITED STEELWORKERS OF AMERICA | 2515 W BELTLINE HWY, SUITE 200 | | NEW CASTLE | PA | 16101 | UNION CONTRACT | A&M SPECIALTIES, INC. | 10/31/2012 | |
| UNITED STEELWORKERS OF AMERICA | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | UNION CONTRACT | ADVANCED CAST PRODUCTS, INC. | 10/5/2010 | |
| UNITED STEELWORKERS OF AMERICA | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | LABOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 4/13/2012 | |
| UNITED STEELWORKERS OF AMERICA | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | UNION CONTRACT | MERCER FORGE CORPORATION | 6/02/2012 | |
| UNLIMITED STAFFING, INC | 314 STIRLING VILLAGE | | BUTLER | PA | 16001 | CONSULTING CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| US CELLULAR | RYAN FOLEY | 117 N MALL DR | APPLETON | WI | 54914 | LEASE OF NONRESIDENTIAL REAL PROPERTY | NEENAH TRANSPORT, INC. | 9/2/2010 | |
| VANGUARD PRODUCTS CORP | DIV OF COLDCASTE PRECAST | 5220 NW 17TH | TOPEKA | KS | 66818 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| VELCOR LEASING | 2005 W BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| VELCOR LEASING | 2005 W BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| VELCOR LEASING CORP | 2005 W BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| VELCOR LEASING CORP | 2005 W BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| WADE FRAUMIGER | 3279 SOUTH COUNTRY CLUB ROAD | | WARSAW | IN | 46580 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 9/30/2011 | |
| WAREHOUSE SPECIALIST | P.O. BOX 7110 | | APPLETON | WI | 54912 | STORAGE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | Y-Y | |
| WARSAW PLATING WORKS | PO BOX 314 | | WARSAW | IN | 46581-0314 | LEASE OF NONRESIDENTIAL REAL PROPERTY | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 7/1/2011 | |
| WELLS FARGO FINANCIAL | PO BOX 14650 | | MINNEAPOLIS | MN | 55440-4178 | EQUIPMENT LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 5/1/2011 | |
| WILLIAM C PINE JR | 300 TRI-STATE INTERNATIONAL | SUITE 400 | LINCOLNSHIRE | IL | 60069-4417 | EMPLOYMENT / CONSULTING AGREEMENT | ADVANCED CAST PRODUCTS, INC. | M-M | |
| WILLIAM MARTIN | 45702 PURCELL DRIVE | | PLYMOUTH | MI | 48170-3639 | MOBILE OFFICE LEASE AGREEMENT | NEENAH ENTERPRISES, INC. | 11/10/2010 | |
| WILLIAMS SCOTSMAN, INC. | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | MOBILE OFFICE LEASE AGREEMENT | DEETER FOUNDRY, INC. | M-M | |
| WOODHOUSE FORD, INC. | 4500 E. 60TH AVENUE | BOX 545 | COMMERCE CITY | CO | 80022 | | DEETER FOUNDRY, INC. | | |
| | SOUTH HWY 30 | | BLAIR | NE | 68008 | MOTOR VEHICLE LEASE AGREEMENT | | 3/2/2013 | |

2