**EXHIBIT 2**

**(Blacklined Page)**

Omnibus Motion of the Debtors for an Order Authorizing the Assumption of All Executory Contracts and Unexpired Leases - Exhibit B

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | TYPE OF ARRANGEMENT | DEBTOR NAME | CONTRACT / LEASE TERMINATION DATE | ESTIMATED CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| NIPSCO | 801 EAST 86TH AVE | | MERRILLVILLE | IN | 46410 | GAS CONTRACT | DALTON CORPORATION, KENDALLVILLE, WARSAW MANUFACTURING FACILITY | M-M | |
| NIPSCO | 801 EAST 86TH AVE | | MERRILLVILLE | IN | 46410 | ELECTRIC CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| NOVACAST FOUNDRY SOLUTIONS AB | SOFT CENTER | 372 25 | RONNEBY | SWEDEN | | TECHNOLOGY AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 2/20/2011 | |
| OHIO HEALTH CHOICE | | | ARDREY | OH | 44309 | BENEFITS VENDOR CONTRACT | NEENAH FOUNDRY COMPANY | 12/31/2010 | |
| P T C SHAPING INNOVATION | PO BOX 847722 | | ATLANTA | GA | 30384-5722 | MAINTENANCE CONTRACT | DEETER FOUNDRY, INC. | Y-Y | |
| PANHANDLE CONCRETE | 1814 W. OVERLAND | | SCOTTSBLUFF | NE | 69363 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (30 days notice) | |
| PARSHALL CONCRETE & PRECAST | JUNCTION D2, ROUTE 159 | PO BOX 209 | MOUND CITY | MO | 64470 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| PEAK TECHNOLOGIES | 2145 S. ONEIDA | PO BOX 398 | GREEN BAY | WI | 54304 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PEAK TECHNOLOGIES | PO BOX 8500 (S-4950) | | PHILADELPHIA | PA | 19178-8555 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3850 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/1/2012 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3850 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3850 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 11/1/2012 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3850 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 12/1/2012 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3850 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3850 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2013 | |
| PENSKE TRUCK LEASING | BRYAN ZACHARSKI | 3850 MANNHEIM RD | FRANKLIN PARK | IL | 60131 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 1/1/2014 | |
| PITNEY BOWES | PO BOX 856460 | | LOUISVILLE | KY | 40285-5460 | EQUIPMENT LEASE AGREEMENT | MERCER FORGE CORPORATION | 1/1/2014 | |
| PITNEY BOWES CREDIT CORP | 2225 AMERICAN DRIVE | | NEENAH | WI | 54956 | EQUIPMENT LEASE AGREEMENT / MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | 9/30/2014 | |
| PITNEY BOWES GLOBAL FINANCIAL | PO BOX 856460 | | LOUISVILLE | KY | 40285 | EQUIPMENT LEASE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 9/30/2011 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 5101 INTERCHANGE WAY | | LOUISVILLE | KY | 40229-2161 | EQUIPMENT / CONSULTING AGREEMENT | DEETER FOUNDRY, INC. | 6/15/2013 | |
| PRAIREVILLE, LLC | | | WAUKESHA | WI | 53186-0709 | NONRESIDENTIAL REAL PROPERTY LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 12/31/2012 | |
| PREMIER REAL ESTATE MGMT LLC | 1910 S WCAPITAL DR - SUITE 200 | | BROOKFIELD | WI | 53045 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M | |
| PRETECH CORPORATION | 8934 WOODBURY RD | | KANSAS CITY | KS | 66111 | MAINTENANCE CONTRACT | NEENAH TRANSPORT, INC. | M-M (30 days notice) | |
| PROCESS CONTROL SERVICES | 4801 INDUSTRIAL DRIVE | | PLYMOUTH | IN | 46170 | MAINTENANCE CONTRACT | DEETER FOUNDRY, INC. | 11/30/2010 | |
| PROFESSIONAL BENEFITS ADMINISTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| PROFESSIONAL BENEFITS ADMINISTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| PROFESSIONAL BENEFITS ADMINISTRATORS, INC. | 900 JORIE BLVD, SUITE 250 | | OAK BROOK | IL | 60523 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| QUADRANT SOFTWARE | 120 FORBES BLVD | | MANSFIELD | MA | 02048 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| RJS SOFTWARE SYSTEMS | 2970 JUDICIAL RD - SUITE 100 | | BURNSVILLE | MN | 55337 | CONSULTING CONTRACT | NEENAH FOUNDRY COMPANY | 5/20/2010 | |
| ROBERT DEMEDAL | 83 NUMBER EIGHT ROAD | | NEW WILMINGTON | PA | 16142 | EMPLOYMENT / CONSULTING AGREEMENT | MERCER FORGE CORPORATION | M-M | |
| ROBERT GITTER | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| ROBERT OSTENDORF | 2121 BROOKS AVENUE | | NEENAH | WI | 54956 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | N/A | |
| RONALD SCHMUCKER | 1900 E JEFFERSON ST | | WARSAW | KY | 46581 | EMPLOYMENT / CONSULTING AGREEMENT | DALTON CORPORATION | 5/20/2010 | |
| ROSS IMAGING INC | 4001 W. SPENCER ST. | | APPLETON | WI | 54914 | COPIER SERVICE CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| ROTHCHILD INC. | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | ADVISORY SERVICES AGREEMENT | NEENAH ENTERPRISES, INC. | 10/1/2014 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 10/1/2013 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 12/1/2011 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | VEHICLE LEASE AGREEMENT | NEENAH TRANSPORT, INC. | 5/1/2010 | |
| RYDER TRUCK RENTAL | MICHAEL R CROWN | 175 S GREEN BAY ROAD | NEENAH | WI | 54956 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| S T GRISWOLD | 193 INDUSTRIAL AVE. | | WILLISTON | VT | 05495 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| S.D. IRELAND CONCRET CO. | 100 GROVE ST. | | BURLINGTON | VT | 05401 | SERVICE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M (30 days notice) | |
| SAGE SOFTWARE | PO BOX 404927 | | ATLANTA | GA | 30384-4927 | MAINTENANCE CONTRACT | DALTON CORPORATION | M-M | |
| SAGE SOFTWARE INC | 235 WEST RANDOLPH ST. HQ 23C | | CHICAGO | IL | 60606 | SERVICE AGREEMENT | NEENAH ENTERPRISES, INC. | 5/18/2011 | |
| SSC GLOBAL SERVICES | PO BOX 1078 | | SPRINGFIELD | MO | 65801 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| SCURLOCK INDUSTRIES | 800 WEST JOHNSON | | JONESBORO | AR | 72403 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (30 days notice) | |
| SCURLOCK-JONESBORO | 3401 WEST COMMERCIAL | | SPRINGFIELD | MO | 65801 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (30 days notice) | |
| SCURLOCK-ROSE COIN PIPE | 3725 S MCCOLLUM AVE | | FAYETTEVILLE | AR | 72702 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (30 days notice) | |
| SCURLOCK-TRI STATE | PO BOX 2137 | | KENNESAW | GA | 30156 | MAINTENANCE CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| SERVIT | PO BOX 2137 | | KENNESAW | GA | 30156 | MAINTENANCE CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| SHERWOOD SUPPLY MANUFACTURING | BACKLICK ROAD | | HENDERSON | PA | 16123 | CONSIGNMENT AGREEMENT | NEENAH FOUNDRY COMPANY | Y-Y | |
| SHOP WARE INC | 2176 PONT BLVD - SUITE 100 | | GRANDVILLE | IN | 49418 | SOFTWARE LICENSE, SERVICES AND MAINTENANCE AGREEMENT | NEENAH FOUNDRY COMPANY | M-M | |
| SIERRA CONSULTANTS, LTD. DBA NUTECH SYSTEMS, INC. | 2175 EAMIREST, SUITE 105 | | FORT WAYNE | IN | 46895 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 12/31/2010 | |
| SIGNATURE CARE | 10501 CORPORATE DRIVE | | MERCER | PA | 16137 | WAREHOUSE / STORAGE LEASE AGREEMENT | MERCER FORGE CORPORATION | M-M | |
| STAR STORAGE | PO BOX 463 | | STURTEVANT | WI | 53177 | MEDICAL WASTE DISPOSAL CONTRACT | NEENAH FOUNDRY COMPANY | 8/31/2014 | |
| STERICYCLE, INC. | 14035 LEETSBRO ROAD | | WARSAW | MO | 46581 | EMPLOYMENT / CONSULTING AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | N/A | |
| STEVE SHAFFER | 1900 E JEFFERSON ST | | WARSAW | IN | 46581 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | 12/31/2010 | |
| SUN LIFE ASSURANCE CO. OF CANADA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY | 12/31/2010 | |
| SUN LIFE ASSURANCE CO. OF CANADA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 12/31/2010 | |
| SUN LIFE ASSURANCE CO. OF CANADA | ONE SUN LIFE EXECUTIVE PARK | | WELLESLEY HILLS | MA | 02481 | BENEFITS VENDOR CONTRACT | BENGEN MACHINE OR MANUFACTURING FACILITY | 12/31/2010 | |
| SUNLIFE FINANCIAL | 222 S. RIVERSIDE PLAZA, STE 860 | | CHICAGO | IL | 60606 | INSURANCE AGREEMENT | MERCER FORGE CORPORATION | 4/1/2011 | |
| T L ASHFORD & ASSOCIATES | 525 W. 5TH STAR MKT | | COVINGTON | KY | 41011 | SERVICE CONTRACT | NEENAH FOUNDRY COMPANY | M-M | |
| THERMO FISHER, RADIATION MEASUREMENT & PROTECTION | PO BOX 712069 | | CINCINNATI | OH | 45271-2069 | MAINTENANCE AGREEMENT | NEENAH ENTERPRISES, INC. | 4/20/2011 | |
| TIMOTHY KOLLER | 7107 CLARKS POINT RD | | WINNECONE | WI | 54986 | EMPLOYMENT / CONSULTING AGREEMENT | DEETER FOUNDRY, INC. | 3/21/2015 | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. | 1061 HIRST DRIVE | | MOBERLY | MO | 65270 | OFFICE EQUIPMENT LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 7/1/2013 | |
| TRAFFIC MANAGEMENT SERVICES | P.O. BOX 549 | | ALMA | WI | 48501 | FREIGHT PROCESSING AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | Y-Y | |
| UNITED HEALTHCARE | 10701 W. RESEARCH DR. | | MILWAUKEE | WI | 53226-3440 | HEALTHCARE SERVICES (INSURANCE AGREEMENT) | AAM SPECIALTIES, INC. | 10/31/2012 | |
| UNITED STEELWORKERS OF AMERICA | 2516 NEW BUTLER ROAD | | NEW CASTLE | PA | 16101 | UNION CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | 10/5/2010 | |
| UNITED STEELWORKERS OF AMERICA | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | UNION CONTRACT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | 4/13/2013 | |
| UNITED STEELWORKERS OF AMERICA | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | LABOR CONTRACT | MERCER FORGE CORPORATION | 6/20/2012 | |
| UNITED STEELWORKERS OF AMERICA | FIVE GATEWAY CENTER | | PITTSBURGH | PA | 15222 | UNION CONTRACT | MERCER FORGE CORPORATION | 4/15/2014 | |
| UNLIMITED STAFFING, INC | 314 STIRLING VILLAGE | | APPLETON | WI | 54912 | CONSULTING CONTRACT | NEENAH FOUNDRY COMPANY | Y-Y | |
| US CELLULAR | 117 N MALL DR | | TOPEKA | KS | 66618 | SERVICE CONTRACT | NEENAH FOUNDRY COMPANY | 5/1/2010 | |
| VANGUARD PRODUCTS CORP | DIV OF OLDCASTLE PRECAST | 5200 NW 17TH | APPLETON | WI | 54914 | CONSIGNMENT AGREEMENT | DEETER FOUNDRY, INC. | M-M (90 days notice) | |
| VELCOR LEASING | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | MERCER FORGE CORPORATION | 4/20/2011 | |
| VELCOR LEASING CORP | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | DALTON CORPORATION, STRYKER MACHINING FACILITY CO | 7/1/2011 | |
| VELCOR LEASING CORP | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY CO | Y-Y | |
| VELCOR LEASING CORP | 2005 W. BELTLINE HWY, SUITE 200 | | MADISON | WI | 53713 | VEHICLE LEASE AGREEMENT | NEENAH FOUNDRY COMPANY | 5/1/2011 | |
| WADE FRAUHIGER | 3278 SOUTH COUNTRY CLUB ROAD | | WARSAW | IN | 46550 | LEASE OF NONRESIDENTIAL REAL PROPERTY | NEENAH FOUNDRY COMPANY | M-M | |
| WAREHOUSE SPECIALIST | P.O. BOX 7110 | | APPLETON | WI | 54912 | STORAGE AGREEMENT | NEENAH FOUNDRY COMPANY | 9/20/2011 | |
| WARSAW PLATING WORKS | PO BOX 914 | | WARSAW | IN | 46581 | CONSIGNMENT AGREEMENT | DALTON CORPORATION, WARSAW MANUFACTURING FACILITY | M-M | |
| WELLS FARGO EQUIPMENT | 2975 TRI-STATE DRIVE | SUITE 400 | MINNEAPOLIS | MN | 55425-6314 | LEASE OF NONRESIDENTIAL REAL PROPERTY | NEENAH FOUNDRY COMPANY | 7/1/2011 | |
| WELLS FARGO FINANCIAL | 45702 PURCELL DRIVE | | LINCOLNSHIRE | IL | 55485-8178 | EQUIPMENT LEASE AGREEMENT | ADVANCED CAST PRODUCTS, INC. | 5/1/2011 | |
| WILLIAM FINE JR | 2121 BROOKS AVENUE | | PLYMOUTH | MI | 48170-3629 | EMPLOYMENT / CONSULTING AGREEMENT | NEENAH ENTERPRISES, INC. | M-M | |
| WILLIAM MARTIN | 4500 E. 60TH AVENUE | BOX 546 | NEENAH | WI | 54956 | MOBILE OFFICE LEASE AGREEMENT | DEETER FOUNDRY, INC. | Y-Y | |
| WILLIAMS SCOTSMAN, INC. | SOUTH HWY 30 | | COMMERCE CITY | CO | 80022 | MOBILE OFFICE LEASE AGREEMENT | DEETER FOUNDRY, INC. | 11/10/2010 | |
| WOODHOUSE FORD, INC. | | | BLAIR | NE | 68008 | MOTOR VEHICLE LEASE AGREEMENT | DEETER FOUNDRY, INC. | 3/4/2013 | |