# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Ref. Docket No. ___ |

### ORDER (A) SCHEDULING AN EXPEDITED HEARING ON THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO (I) REIMBURSE ALL REASONABLE AND DOCUMENTED FEES AND EXPENSES INCURRED BY EXIT FINANCING LENDERS AND (II) PROVIDE RELATED INDEMNITIES AND (B) SHORTENING THE TIME FOR NOTICE OF SUCH HEARING

Upon the motion (the "Motion to Shorten") of the Debtors seeking entry of an order, pursuant to section 105(a) of title 11 of the Bankruptcy Code, Bankruptcy Rules 2002 and 4001, and Local Rule 9006-1(e), (A) scheduling an expedited hearing on the Motion of the Debtors for an Order Authorizing the Debtors to (I) Reimburse All Reasonable and Documented Fees and Expenses Incurred By Exit Financing Lenders and (II) Provide Related Indemnities (the "Motion")[2] and (B) shortening the time for notice of such hearing; and the Court having determined that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.\

[2] Unless otherwise defined herein, all capitalized terms have the meanings assigned to such terms in the Motion.

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Court shall consider approval of the Motion on the previously scheduled hearing on June 23, 2010 at 9:30 a.m. (Eastern Time); and it is further

ORDERED, that responses or objections to the Motion must be raised orally at the hearing.

Dated: Wilmington, Delaware
      June \_\_\_\_, 2010

                                        _____
                                        Honorable Mary F. Walrath
                                        United States Bankruptcy Judge