## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: July 1, 2010 at 4:00 pm. |
| | Hearing Date: August 11, 2010 at 10:30 a.m. |

## COVER SHEET
## FIRST INTERIM APPLICATION OF GREENBERG TRAURIG, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 12, 2010 TO AND INCLUDING APRIL 30, 2010

Name of Applicant:

Greenberg Traurig, LLP

Authorized to Provide
Professional Services to:

Official Committee of Unsecured
Creditors

Date of Retention:

Retention order entered April 5,
2010 *Nunc Pro Tunc* to February 12,
2010

Period for which compensation
and reimbursement is sought:

February 12, 2010 – April 30, 2010

Amount of Compensation sought
as actual, reasonable and necessary:

$409,545.50

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:

$5,453.90

This is a(n) __XXX__ interim _____ monthly _____ final fee application.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

*DEL 86,325,921v1 6-14-10*

**GREENBERG TRAURIG, LLP**
**TIMEKEEPER SUMMARY**
**1ST INTERIM PERIOD**
**FEBRUARY 19, 2010 - APRIL 30, 2010**

| Timekeeper | Position with Firm, Year of Obtaining Relevant License, Area of Expertise | Hourly Rate | Feb. '09 Hours | Feb. '09 Compensation | March '10 Hours | March '10 Compensation | April '10 Hours | April '10 Compensation | 1st Interim Hours | 1st Interim Compensation |
|---|---|---|---|---|---|---|---|---|---|---|
| Brian L. Colborn | Associate; Joined firm in 2005; Member of DE Bar since 2002; Area of Expertise: Corporate & Securities | $480.00 | 43.00 | $20,640.00 | 83.70 | $40,176.00 | 51.30 | $24,624.00 | 178.00 | $85,440.00 |
| Dennis A. Meloro | Associate; joined firm in 2009; member of DE bar since 200; Area of expertise: corporate bankruptcy, restructuring and other insolvency-related matters. | $480.00 | | | | | 0.20 | $96.00 | 0.20 | $96.00 |
| Donald J. Detweiler | Shareholder; Joined firm in 2006; Member of DE Bar since 1992 and PA Bar since 1993; Area of Expertise: Business Reorganization and Bankruptcy | $665.00 | 43.40 | $28,861.00 | 55.50 | $36,907.50 | 11.30 | $7,514.50 | 110.20 | $73,283.00 |
| Elizabeth C. Thomas | Paralegal; Joined firm in 2001; Area of Expertise: Business Reorganization and Bankruptcy | $220.00 | 1.20 | $264.00 | 2.70 | $594.00 | 2.00 | $440.00 | 5.90 | $1,298.00 |
| Jonathan I Lessner | Shareholder; Joined firm in 2006; Member of DE and FL Bars; Area of Expertise: Structured finance and commercial lending | $640.00 | 33.60 | $21,504.00 | 39.70 | $25,408.00 | 16.40 | $10,496.00 | 89.70 | $57,408.00 |
| Kerry Carlson | Paralegal; Joined firm in 1999; Area of Expertise: Business Reorganization and Bankruptcy | $240.00 | | | | $0.00 | 3.20 | $768.00 | 3.20 | $768.00 |

**GREENBERG TRAURIG, LLP**
**TIMEKEEPER SUMMARY**
**1ST INTERIM PERIOD**
**FEBRUARY 19, 2010 - APRIL 30, 2010**

| Timekeeper | Position with Firm, Year of Obtaining Relevant License, Area of Expertise | Hourly Rate | Feb. '09 Hours | Feb. '09 Compensation | March '10 Hours | March '10 Compensation | April '10 Hours | April '10 Compensation | 1st Interim Hours | 1st Interim Compensation |
|---|---|---|---|---|---|---|---|---|---|---|
| Max Riffin | Associate; joined firm in 2009; member of DE bar since 200; Area of expertise: corporate bankruptcy, restructuring and other insolvency-related matters. | $285.00 | 8.70 | $2,479.50 | 7.10 | $2,023.50 | | | 15.80 | $4,503.00 |
| Monica L. Townsend | Associate; Joined firm in 2002; Member of DE Bar since 1995; Area of Expertise: Corporate & Securities; Business Reorganization and Bankruptcy | $435.00 | 22.50 | $9,787.50 | 35.90 | $15,616.50 | 0.60 | $261.00 | 59.00 | $25,665.00 |
| Sandra G. M. Selzer | Associate; Joined firm in 2006; Member of DE Bar since 2002; Area of Expertise: Business Reorganization and Bankruptcy | $495.00 | 44.90 | $22,225.50 | 50.80 | $25,146.00 | 40.60 | $20,097.00 | 136.30 | $67,468.50 |
| Scott D. Cousins | Shareholder; Re-joined firm in 2009; Member of DE Bar since 1992 and FL Bar since 2005; Area of Expertise: reorganization, bankruptcy, out-of-court restructuring, litigation and energy | $710.00 | 24.50 | $17,395.00 | 36.80 | $26,128.00 | 7.80 | $5,538.00 | 69.10 | $49,061.00 |
| Sean W. Bezark | Shareholder; Joined firm in 2003; Member of IL Bar since 1990; Area of Expertise: Real Estate | $670.00 | 20.70 | $13,869.00 | 23.70 | $15,879.00 | 22.10 | $14,807.00 | 66.50 | $44,555.00 |
| TOTAL: | | | 242.50 | $137,025.50 | 335.90 | $187,878.50 | 155.50 | $84,641.50 | 733.90 | $409,545.50 |

GREENBERG TRAURIG, LLP
CATEGORY SUMMARY
1ST INTERIM PERIOD
FEBRUARY 10, 2010 - APRIL 30, 2010

| Code | Project Category | February Hours | February Fees | March Hours | March Fees | April Hours | April Fees | 1st Interim Hours | 1st Interim Fees |
|---|---|---|---|---|---|---|---|---|---|
| 803 | Business Operations | 4.60 | $2,357.00 | 17.00 | $10,644.00 | 6.30 | $4,031.00 | 27.90 | $17,032.00 |
| 804 | Case Administration | 20.00 | $11,976.50 | 8.30 | $4,837.50 | 2.10 | $874.50 | 30.40 | $17,688.50 |
| 805 | Claims Administration & Objections | 0.50 | $247.50 | 7.30 | $3,295.50 | 2.50 | $1,543.50 | 10.30 | $5,086.50 |
| 806 | Employee Benefits/Pensions | 1.00 | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | 1.40 | $693.00 |
| 809 | Financing Matters/Cash Collateral | 111.90 | $63,583.50 | 179.40 | $102,173.50 | 69.70 | $36,396.50 | 361.00 | $202,153.50 |
| 812 | Plan & Disclosure Statement | 1.40 | $931.00 | 41.90 | $25,260.50 | 41.20 | $24,207.50 | 84.50 | $50,399.00 |
| 813 | Fee/Employment Applications | 42.80 | $20,891.50 | 45.50 | $20,611.00 | 13.70 | $5,768.00 | 102.00 | $47,270.50 |
| 814 | Fee/Employment Objections | | | 5.30 | $2,142.50 | | | 5.30 | $2,142.50 |
| 824 | Preparation/Review Reports | 1.40 | $693.00 | 1.50 | $926.00 | 0.80 | $396.00 | 3.70 | $2,015.00 |
| 831 | General Committee Matters | 56.80 | $34,709.00 | 18.70 | $11,269.50 | 8.70 | $5,289.00 | 84.20 | $51,267.50 |
| 832 | Creditor Inquiries | | | 0.80 | $536.00 | | | 0.80 | $536.00 |
| 833 | Court Hearings | | | 7.40 | $4,982.00 | 2.60 | $1,368.00 | 10.00 | $6,350.00 |
| 835 | Leases and Executory Contracts | | | | | 0.80 | $396.00 | 0.80 | $396.00 |
| 836 | Schedules and Statements | | | | | 6.90 | $4,272.50 | 6.90 | $4,272.50 |
| 837 | Utility Matters | 2.10 | $1,141.50 | 2.60 | $1,101.50 | | | 4.70 | $2,243.00 |
| | Total: | 242.50 | $137,025.50 | 335.90 | $187,878.50 | 155.50 | $84,641.50 | 733.90 | $409,545.50 |

**GREENBERG TRAURIG, LLP**
**EXPENSES**
**1ST INTERIM PERIOD FEBRUARY 10, 2010 TO APRIL 30, 2010**

| Expense Category | February Expenses | March Expenses | April Expenses | Total Expenses |
|---|---|---|---|---|
| Business Meals | | $284.13 | $134.00 | $418.13 |
| Conference Calls | | $31.38 | $48.90 | $80.28 |
| Federal Express Charges | | $22.18 | | $22.18 |
| Local Travel | | $284.89 | | $284.89 |
| Messenger/Courier | | $30.00 | $78.00 | $108.00 |
| Off-Site Printing Charges | | $677.96 | $2,978.32 | $3,656.28 |
| Photocopy Charges | | $153.00 | $27.00 | $180.00 |
| Postage | | $36.14 | | $36.14 |
| Special Clerical Services | | $220.00 | | $220.00 |
| Telephone/Long Distance | | $0.03 | | $0.03 |
| Service Company Charges | | | $54.95 | $54.95 |
| Information & Research | | $96.15 | $296.89 | $393.04 |
| **TOTAL:** | **None** | **$1,835.86** | **$3,618.06** | **$5,453.92** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Objection Deadline: July 1, 2010 at 4:00 pm.**<br>**Hearing Date: August 11, 2010 at 10:30 a.m.** |

**FIRST INTERIM APPLICATION OF GREENBERG TRAURIG, LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM FEBRUARY 12, 2010 TO AND INCLUDING APRIL 30, 2010**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby submits its first interim application (the "**Application**") for compensation and reimbursement of expenses for the period from February 12, 2010 to and including April 30, 2010 (the "**Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR. 2016-2 ("**Local Rules of Bankruptcy Practice and Procedure**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "**Interim Compensation Order**") [Docket No. 136].

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

*DEL 86,325,921v1 6-14-10*

By this Application, Greenberg Traurig seeks interim approval and allowance of compensation in the amount of $409,545.50 and actual and necessary expenses in the amount of $5,453.92 incurred during the Application Period and detailed in the following chart.

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED | APPROVAL STATUS | 20% HOLDBACK DUE TO BE APPROVED |
|---|---|---|---|---|
| February 12, 2010 - February 28, 2010 (1st Monthly) D.I. 340; 4/29/2010 | $137,025.50 | $0.00 | Fees (80%): $109,620.00 Expenses (100%): $0.00 Total: $109,620.00 CNO D.I. 389; 5/12/2010 | $27,405.10 Amount Paid = $0 |
| March 1, 2010 - March 31, 2010 (2nd Monthly) | $187,878.50 | $1,835.86 | Fees (80%): $150,302.40 Expenses (100%): $1,835.86 Total: $69,152.37 | $37,575.70 Amount Paid = $0 |
| April 1, 2010 - April 30, 2010 (3rd Monthly) | $84,641.50 | $3,618.06 | Fees (80%): $67,713.20 Expenses (100%): $3,618.06 Total: $153,920.46 | $16,928.30 Amount Paid = $0 |
| TOTAL: | $409,545.50 | $9,071.98 | Fees: $327,636.40 Expenses: $5,453.92 Total: $333,090.32 | $81,909.10 Amount Paid = $0 |

2

WHEREFORE, in accordance with the Interim Compensation Order, Greenberg Traurig seeks an order authorizing payment by the Debtors for 100% of the remaining unpaid total fees and expenses incurred during the Application Period.

Dated: June 21, 2010

GREENBERG TRAURIG, LLP

Scott D. Cousins (No. 3079)
Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
cousinss@gtlaw.com
detweilerd@gtlaw.com
selzers@gtlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*