IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*[1], | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### ORDER APPROVING FIRST INTERIM APPLICATION OF GREENBERG TRAURIG, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 12, 2010 TO AND INCLUDING APRIL 30, 2010

Upon consideration of the First Interim Application of Greenberg Traurig, LLP as counsel to the official committee of unsecured creditors for compensation and reimbursement of expenses for the period from February 12, 1010 to and including April 30, 2010 (the "**Application**"); and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and any objections to the Application having been resolved; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Interim approval of the Application is GRANTED, and Greenberg Traurig, LLP is allowed compensation and reimbursement of expenses for the application periods in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

*DEL 86,325,921v1 6-14-10*

amount set forth in its Application, subject to the filing of a final fee application by Greenberg Traurig, LLP.

2. The Debtors are authorized to disburse to Greenberg Traurig, LLP payments in the amount of 100% of the remaining unpaid total fees as set forth in the Application and 100% of the remaining unpaid total expenses set forth in the Application.

Dated: _____

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court Judge