# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 499 |

## ORDER AUTHORIZING THE DEBTORS TO FURTHER SUPPLEMENT THEIR EMPLOYMENT AND RETENTION OF ERNST & YOUNG LLP PURSUANT TO 11 U.S.C. § 327(a), *NUNC PRO TUNC* TO MAY 1, 2010

Upon the Supplemental Application[2] of the above-captioned Debtors for an order authorizing the Debtors to expand the scope of their retention of Ernst & Young LLP ("E&Y LLP") to include audit services pursuant to 11 U.S.C. §§ 327(a), nunc pro tunc to May 1, 2010; and upon consideration of the Supplemental Application and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Supplemental Application was due and proper under the circumstances; and it appearing that the relief requested in the Supplemental Application is in the best interests of the Debtors, their estates and creditors; and the Court finding that E&Y LLP continues to neither hold nor represent any interest adverse to the Debtors' estates and that E&Y LLP continues to be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms not defined herein have the meanings assigned to such terms in the Supplemental Application.

a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

ORDERED, that the Supplemental Application is granted, nunc pro tunc to the Petition Date; and it is further

ORDERED, that the Debtors are authorized to employ, compensate, and reimburse E&Y LLP on the terms set forth in the Audit Engagement Letter (which is hereby approved); and it is further

ORDERED, that E&Y LLP shall be compensated in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and Local Rules of this Court, and such procedures as may be fixed by order of this Court; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       June 21, 2010

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE