**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 23, 2010 AT 9:30 A.M. (ET)**

**CONTINUED MATTER**

1.  Confirmation of Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 324; 4/27/10]

    Related Documents:

    a)  Disclosure Statement for the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 325; 4/27/10]

    b)  Notice of Filing of Blacklined Versions of Amended (I) Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries and (II) Disclosure Statement for the Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 326; 4/27/10]

    c)  Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof and (IV) Granting Related Relief [D.I. 329; 4/27/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] **Amended items appear in bold**

    d)      Notice of Filing of Updated Exhibits to Disclosure Statement for the Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 350; 5/3/10]

    e)      Order Approving Modifications to the Disclosure Statement and the Solicitation Procedures Order [D.I. 416; 5/14/10]

    f)      Order Extending the Deadline to Submit Votes on the Debtors' Joint Plan of Reorganization [D.I. 500; 6/9/10]

    g)      Order (I) Continuing the Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization, (II) Extending the Deadline to Object to Confirmation of the Plan, and (III) Extending the Deadline to Submit Votes on the Plan [D.I. 547; 6/18/10]

Objection Deadline:          July 2, 2010 at 4:00 p.m.

Objections/Responses Received:

    h)      Objection of the Michigan Department of Treasury to the Debtors' Joint Plan of Reorganization [D.I. 457; 5/26/10]

Status:      This matter has been continued to July 6, 2010 at 11:30 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

2. Motion of the Debtors for an Order (I) Authorizing the Debtors to File Certain Customer Information Under Seal and (II) Directing that such Customer Information Remain Confidential [D.I. 498; 6/8/10]

    Related Documents:

    a)      Certificate of No Objection [554; 6/21/10]

    **b)      Order (I) Authorizing the Debtors to File Certain Customer Information Under Seal and (II) Directing that such Customer Information Remain Confidential [D.I. 559; 6/21/10]**

    Objection Deadline:          June 16, 2010 at 4:00 p.m.

    Objections/Responses Received:     None.

    **Status:     An order has been entered by the Court. No hearing is necessary.**

3.  Second Supplemental Application for an Order Authorizing the Employment and Retention of Ernst & Young LLP Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to May 1, 2010 [D.I. 499; 6/8/10]

    Related Documents:

    a)  Certificate of No Objection [555; 6/21/10]

    **b)  Order Authorizing the Debtors to Further Supplement Their Employment and Retention of Ernst & Young LLP Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to May 1, 2010 [D.I. 560; 6/21/10]**

    Objection Deadline:           June 16, 2010 at 4:00 p.m.

    Objections/Responses Received:     None.

    **Status:     An order has been entered by the Court.  No hearing is necessary.**

## UNCONTESTED MATTER GOING FORWARD

4.  Motion of Caterpillar Inc. to Modify the Automatic Stay to Allow for Setoff [D.I. 511; 6/10/10]

    Related Documents:

    a)  Order Granting Motion to Shorten Notice of the Motion of Caterpillar Inc. to Modify the Automatic Stay to Allow for Setoff [D.I. 519; 6/11/10]

    Objection Deadline:           June 21, 2010 at 4:00 p.m.

    Objections/Responses Received:     None.

    Status:     This matter will be going forward.

## CONTESTED MATTER GOING FORWARD

5.  Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 495; 6/8/10]

    Related Documents:

    a)  Notice of Filing Amended Exhibit B to Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 551; 6/18/10]

    Objection Deadline:           June 16, 2010 at 4:00 p.m.

Objections/Responses Received:

    b)      Objection of AirGas North Central, Inc. to the Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 510; 6/10/10]

    c)      Notice of Withdrawal of Objection of AirGas North Central, Inc. to the Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 530; 6/15/10]

    d)      Limited Objection of Employers Insurance Company of Wausau to Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 548; 6/18/10]

Status:      This matter will be going forward.

## MATTER REQUESTED TO GO FORWARD

6. Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 503(b) Authorizing the Debtors to (I) Reimburse All Reasonable and Documented Fees and Expenses Incurred by the Exit Financing Lenders and (II) Provide Related Indemnities [D.I. 552; 6/18/10]

    Related Documents:

    a)      Motion Pursuant to Local Rule 9006-1(e) for an Order (A) Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 503(b) Authorizing the Debtors to (I) Reimburse All Reasonable and Documented Fees and Expenses Incurred by the Exit Financing Lenders and (II) Provide Related Indemnities and (B) Shortening the Time for Notice of Such Hearing [D.I. 553; 6/18/10]

    **b)      Order (A) Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Authorizing the Debtors to (I) Reimburse All Reasonable and Documented Fees and Expenses Incurred by the Exit Financing Lenders and (II) Provide Related Indemnities and (B) Shortening the Time for Notice of Such Hearing [D.I. 557; 6/21/10]**

Proposed Objection Deadline:      June 23, 2010 at 9:30 a.m.

Objections/Responses Received:      None.

**Status:      This matter will be going forward.**

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Donald J. Bowman, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN POSSESSION