UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter: 11 |
| NEENAH ENTERPRISES, INC., et. al. | Case No: 10-10360 MFW |
| Debtors. | (Jointly Administered) |

---

LIMITED NOTICE OF APPEARANCE
Bankruptcy Rules 2002(g) and 9010(b)

---

TO:  Robert S. Brady
     Edmon L. Morton
     Donald J. Bowman, Jr.
     Morgan L. Seward
     Young, Conaway, Stargatt & Taylor, LLP
     1000 West Street, 17th Floor
     Wilmington, DE  19899

PLEASE TAKE NOTICE that Attorney J.B. Van Hollen and Assistant Attorney General Richard E. Braun, enter this limited appearance on behalf of the State of Wisconsin, specifically for its Department of Natural Resources, a party in interest in the above-entitled case, and request that copies of all future pleadings and notices be served upon the State at the address noted below.

**THIS LIMITED APPEARANCE IS FILED ONLY AS A REQUEST FOR INFORMATION AND SHALL NOT BE CONSTRUED AS A WAIVER OF THE STATE'S IMMUNITY OR ITS CONSENT TO JURISDICTION HEREIN.**

Dated this 22nd day of June, 2010

        J.B. VAN HOLLEN
        Attorney General

        /s/ Richard E. Braun

        RICHARD E. BRAUN
        Assistant Attorney General
        State Bar #1012419
        Attorneys for State of Wisconsin

Richard E. Braun,  AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin  53707-7857
Telephone:  608/264-6201
Fax:  608/267-2223
braunre@doj.state.wi.us