UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter: 11 |
| NEENAH ENTERPRISES, INC. *et. al* | ) | Case No: 10-10360 (mfw) |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, I, Richard E. Braun, an Assistant Attorney General for the State of Wisconsin, request admission, *pro hac vice*, to represent the State of Wisconsin and its Department of Natural Resources in this action.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am admitted and am in good standing in the Supreme Court of Wisconsin, U. S. Court of Appeals for the Seventh Circuit, United States District Courts for the Western and Eastern Districts of Wisconsin, the Northern District of Illinois and the Northern District of Indiana. I also certify that I am generally familiar with, and will be bound by, this Court's Local Rules and will submit to the jurisdiction of this Court for disciplinary purposes. I further certify that the annual fee of $25.00 was paid to the Clerk of Court for District Court on March 1, 2010, in another bankruptcy case, *In re: NextMedia Group, Inc. et al.*, Case No. 09-14463 (PJW).

Dated: June 22, 2010

*/s/ Richard E. Braun*
RICHARD E. BRAUN
State Bar #1012419
Wisconsin Department of Justice
P. O. Box 7857
Madison, WI 53707-7857
Telephone: 608-264-6201
braunre@doj.state.wi.us

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission pro hac vice is granted.

Dated:_____

_____
HONORABLE MARY F. WALRATH
United States Bankruptcy Judge