# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Paul V. Kinealy, being duly sworn, depose and state:

1.  I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.  On June 21, 2010, at the direction of Sidley Austin LLP ("Sidley") and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), co-counsel for the Debtors, I caused a true and correct copy of the following document to be served by facsimile or overnight delivery on the Master Service List parties and additional Parties as set forth on Exhibits A and B:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Notice of Agenda Of Matters Scheduled For Hearing On June 23, 2010 at 9:30 A.M. (ET) [Docket No. 556].

_____
Paul V. Kinealy

Sworn to before me this 22nd day of June, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: 12/1/2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

| | |
|---|---|
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY<br>625 CHERRY STREET ROOM 203<br>READING PA 19602-1184<br>FAX: 610-378-4459 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS<br>625 CHERRY STREET ROOM 203<br>READING PA 19602<br>FAX: 610-378-4459 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MERCER FORGE CORP<br>625 CHERRY STREET ROOM 203<br>READING PA 19602-1184<br>FAX: 610-378-4459 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MORGAN'S WELDING INC<br>625 CHERRY STREET ROOM 203<br>READING PA 19602-1184<br>FAX: 610-378-4459 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: A&M SPECIALTIES INC.<br>625 CHERRY STREET ROOM 203<br>READING PA 19602-1184<br>FAX: 610-378-4459 | ARENT FOX LLP<br>JAMES M. SULLIVAN ESQ<br>ATTORNEY FOR THE TIMKEN COMPANY<br>1675 BROADWAY<br>NEW YORK NY 10019<br>FAX: 212-484-3990 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>WILLIAM J. BARRETT ATTORNEY FOR<br>TONTINE CAPITAL PARTNERS L.P.<br>200 WEST MADISON STREET SUITE 3900<br>CHICAGO IL 60606<br>FAX: 312-984-3150 | BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN<br>ATTY FOR IRON MOUNTAIN INFO MANAGEMENT<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON MA 02110<br>FAX: 617-422-0383 |
| BRICE VANDER LINDEN & WERNICK, P.C.<br>ATT: HILLARY B. BONIAL<br>ATTY FOR SAXON MORTGAGE SERVICES, INC.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS TX 75243<br>FAX: 972-643-6698 | CENTRAL STATES LAW DEPT.<br>REBECCA K. MCMAHON ESQ FOR CENTRAL STATE<br>SOUTHEAST & SOUTHWEST AREAS PENSION FUND<br>9377 WEST HIGGINS ROAD<br>ROSEMONT IL 60018<br>FAX: 847-518-9797 |
| COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ ATT FOR UNITED<br>STEELWORKERS THE BRANDYWINE BUILDING<br>1000 W. ST. 10TH FL P.O. BOX 1680<br>WILMINGTON DE 19899<br>FAX: 302-984-3939 | DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND OH 43528<br>FAX: 419-866-7291 |
| DLA PIPER LLP RICHARD M KREMEN ESQ<br>DALE K CATHELL, ESQ COUNSEL TO WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>THE MARBURY BUILDING 6225 SMITH AVENUE<br>BALTIMORE MD 21209<br>FAX: 410-580-3001 | FREEBORN & PETERS LLP<br>AARON L. HAMMER ESQ.<br>COUNSEL TO MERCER US INC.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606<br>FAX: 312-360-6995 |

| | |
|---|---|
| GERDAU AMERISTEEL US INC.<br>ATTN: HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA GA 30368<br>FAX: 813-207-2319 | GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO IL 60603<br>FAX: 312-332-2196 |
| GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON DE 19801<br>FAX: 302-661-7360 | GREENBERG TRAURIG, LLP<br>S COUSINS,D DETWEILER,S SELZER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST, STE 1200<br>WILMINGTON DE 19801<br>FAX: 302-661-7360 |
| GREENBERG TRAURIG, LLP<br>SEAN BEZARK, ATTORNEY FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS<br>77 WEST WACKER DRIVE SUITE 3100<br>CHICAGO IL 60601<br>FAX: 312-456-8435 | HOLMES MURPHY & ASSOCIATES, INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES IA 50266<br>FAX: 515- 22-3 69 |
| HONIGMAN MILLER SCHWARTZ & COHN LLP<br>ATT: ROBERT B. WEISS<br>660 WOODWARD AVENUE<br>2290 FIRST NATIONAL BUILDING<br>DETROIT MI 48226<br>FAX: 313-465-7597 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ADAM K. KEITH ESQ ATTORNEY FOR<br>GENERAL ENGINE PRODUCTS LLC,<br>2290 1ST NATIONAL BLDG 660 WOODWARD AVE.<br>DETROIT MI 48226<br>FAX: 313-465-7461 |
| IBM CORPORATION<br>VICKY NAMKEN<br>13800 DIPLOMAT DRIVE<br>DALLAS TX 75234<br>FAX: 845-432-0869 | JACKSON WALKER L.L.P.<br>ATT: B.J.RUZINSKY & D.E. CONWAY<br>ATTY FOR CONSTELLATION NEW ENERGY<br>1401 MCKINNEY STREET, SUITE 1990<br>HOUSTON TX 77010<br>FAX: 713-754-6704 |
| JACKSON WALKER L.L.P.<br>ATT: HEATHER M. FORREST<br>ATTY FOR CONSTELLATION NEW ENERGY<br>901 MAIN STREET, SUITE 6000<br>DALLAS TX 75202<br>FAX: 214-953-5822 | KOZLOFF STOUDT<br>ATT: B.W. SAWTELLE & P. CALA, ESQ.<br>2640 WESTVIEW DRIVE<br>P.O. BOX 6286<br>WYOMISSING PA 19610<br>FAX: 610-670-2591 |
| MCDONALD HOPKINS LLC<br>SCOTT N OPINCAR & SEAN D MALLOY COUNSEL<br>FOR SADOFF & RUDOY INDUSTRIES, LLC<br>600 SUPERIOR AVENUE EAST SUITE 2100<br>CLEVELAND OH 44114<br>FAX: 216-348-5474 | MISSOURI DEPT. OF REVENUE<br>ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105<br>FAX: 573-751-7232 |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATT: E.SCHWARTZ & M.HARVEY, ESQ.<br>1201 N. MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899<br>FAX: 302-658-3989 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>GENNICE D. BRICKHOUSE<br>1200 K STREET NW SUITE 340<br>WASHINGTON DC 20005-4026<br>FAX: 202-326-4112 |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>FAX: 302-498-7701 | SADOFF & RUDOY INDUSTRIES<br>ATTN: FRANK VILLAIRE<br>PO BOX 1138<br>FOND DU LAC WI 54936<br>FAX: 920-921-4773 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATT: C.BELMONTE & P. BOSSWICK, ESQ.<br>ATTY FOR MOODY'S INVESTORS SERVICE<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>FAX: 212-818-9606 | SMITH, KATZENSTEIN & FURLOW<br>KATHLEEN M. MILLER ATTORNEY FOR<br>AIRGAS, INC.<br>800 DELAWARE AVE 7TH FL. PO BOX 410<br>WILMINGTON DE 19899<br>FAX: 302-652-8405 |
| STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK NY 10038<br>FAX: 212-806-6006 | THE KUNIN LAW OFFICES, LLC<br>JOEL A. KUNIN ESQ<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS IL 62201<br>FAX: 618-274-8369 |
| THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON OH 44708<br>FAX: 330-458-6967 | TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT PA 15045<br>FAX: 412-678-2210 |
| UNITED STEELWORKERS<br>DAVID R. JURY, ESQ<br>ASSOCIATE GENERAL COUNSEL<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH PA 15222<br>FAX: 412-562-2429 | WERB & SULLIVAN<br>ATT: D.WERB & J.KLEIN, ESQ.<br>300 DELAWARE AVE., SUITE 1300<br>P.O. BOX 25046<br>WILMINGTON DE 19899<br>FAX: 302-652-1111 |
| WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE WI 53203<br>FAX: 414-221-4093 | |

# EXHIBIT B

| | |
|---|---|
| AIRGAS NORTH CENTRAL<br>PO BOX 802588<br>CHICAGO IL 60680-2588 | AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR PA 19087-8675 |
| AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS MN 55485 | AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH WI 54957 |
| ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING MI 48910 | BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN WI 54923 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO IL 60606 | CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO IL 60673 |
| DANA CORPORATION<br>ATTN: TIM DELONG<br>PO BOX 4097<br>KALAMAZOO MI 49003 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER DE 19903 | EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>C/O DOUGLAS R GOODING<br>CHOATE HALL & STEWART LLP<br>2 INTERNATIONAL PLACE<br>BOSTON MA 02110 |
| ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE PA 16335 | FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON WI 54914 |
| FINGER & SLANINA, LLC<br>DAVID L. FINGER COUNSEL FOR WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>ONE COMMERCE CENTER 1201 N ORANGE ST 7FL<br>WILMINGTON DE 19801-1186 | FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND OH 44142 |
| GARDEN CITY GROUP<br>ATTN: PAUL KINEALY<br>190 S LASALLE STREET, SUITE 1520<br>CHICAGO IL 60603 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL ST<br>GREEN BAY WI 54304 | HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT IL 60559 |

| | |
|---|---|
| IKON FINANCIAL SERVICES<br>ATT: MAIE GRINER, BNK ADMINISTRATION<br>RECOVERY DATA COORDINATOR<br>P.O. BOX 13708<br>MACON GA 31208 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| IRON MOUNTAIN INFO MANAGEMENT, INC.<br>745 ATLANTIC AVENUE<br>BOSTON MA 02111 | LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>ADAM D. BRUSKI ATTORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE SUITE 309<br>BAY CITY MI 48708 |
| LAMBERT, LESER, ISACKSON, COOK & GIUNTA<br>SUSAN M. COOK ESQ ATORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY MI 48708 | LEWIS SALVAGE CORPORATION<br>RITA LEWIS<br>PO BOX 1785<br>WARSAW IN 46581 |
| LOUIS PADNOS IRON & METAL CO<br>EVAN GILLIAM<br>SLOT 303113<br>PO BOX 66973<br>CHICAGO IL 60666 | MODERN EQUIPMENT COMPANY<br>DON DONNER<br>PO BOX 933<br>PORT WASHINGTON WI 53074 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ERIC SCHWARTZ/MATTHEW HARVEY<br>1201 N MARKET STREET<br>PO BOX 1347<br>WILMINGTON DE 19899 | NEDROW REFRACTORIES<br>JAMES CHASE<br>150 LANDROW DRIVE<br>WIXOM MI 48393 |
| NUCOR STEEL, AUBURN INC.<br>NANCY WABLEY<br>25 QUARRY ROAD<br>AUBURN NY 13021 | OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON DE 19801 |
| OKLAHOMA COUNTY TREASURER<br>ATT: GRETCHEN CRAWFORD<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 307<br>OKLAHOMA CITY OK 73102 | OUDENHOVEN COMPANY, INC.<br>JERRY BOYLAN<br>2300 TOWER DRIVE<br>KAUKAUNA WI 54130 |
| SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC WI 54935 | SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE WI 53268 |
| SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO MI 49337 | SAXON MORTGAGE SERVICES, INC.<br>C/O BRICE, VANDER LINDEN & WERNICK P.C.<br>1270 NORTHLAND DRIVE SUITE 200<br>MENDOTA HEIGHTS MN 55120 |
| SECURITIES AND EXCHANGE COMMISSION<br>GEORGE CANELLOS, REG DIR<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR, STE 400<br>NEW YORK NY 10281-1022 | SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGERON<br>ONE SOUTH DEARBORN STREET<br>CHICAGO IL 60603 |

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAG. DIST.<br>ATT: KURT WIESE, ESQ.<br>DISTRICT PROSECUTOR'S OFFICE<br>21865 COPELY DRIVE<br>DIAMOND BAR CA 91765 | STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING MI 48909 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>ATTN: DEBORAH WALDMEIR, ASST AG<br>CADILLAC PLACE SUITE 10-200<br>3030 W GRAND BLVD<br>DETROIT MI 48202 | STATE OF WASHINGTON, DEPT. OF REVENUE<br>ATT: ZACHARY MOSNER, ASST. ATTY GENERAL<br>BANKRUPTCY AND COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE WA 98104 |
| STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD.<br>225 EAST<br>PITTSBOROR IN 46167 | TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD TX 76063 |
| THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE NC 28275 | TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA NY 14151 |
| TONTINE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONTINE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH CT 06830 | US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899 |
| WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE WI 53201 | WHITTINGTON & AULGUR<br>ATT: R.AULGUR JR. & K.DOUGHTY<br>ATTY FOR WELLS FARGO EQUIPMENT FINANCE<br>651 N. BROAD STREET, STE. 206<br>MIDDLETOWN DE 19709 |
| YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON DE 19899-0391 | |