# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Neenah Enterprises, Inc. | | |
| **Case Number:** | 10-10360-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 23, 2010 09:30 AM CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

1) Omnibus - Moved from 6/25 at Court's request
   **R / M #:** 563 / 0

2) Confirmation - Moved from 6/25 at Court's request
   **R / M #:** 0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Item 1 - Continued
    Items 2 and 3 - Orders entered under CNOs
    Item 4 - Order entered
    Item 5 - Order entered
    Item 6 - Order entered