# SIGN-IN SHEET

**CASE NAME:** Neenah  **COURTROOM NUMBER:** 4

**CASE NUMBER:** 10-10360 (MFW)  **DATE:** 6/23/10 at 9:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Amy Dehueiler | Greenberg Traurig | Committee |
| Matthew B. Harvey | MNAT | Bank of America |
| Bojan Guzina | Sidley Austin | Debtors |
| Calvin MacLen | YCST | Debtors |
| Ericka Johnson | Womble Carlyle | Caterpillar |
| KRISTINE MANOUKIAN | Richards, Layton & Finger | Ad Hoc Committee of Sr-Secured Noteholders |
| Danielle Juhle | Goldberg Kohn | Bank of America |
| Lori Kata | Stroock | Ad Hoc Committee Sr. Noteholders |
| Kenaun Mileo | Sidley Austin | Debtor |
| Marianne Mortimer | Stroock | Ad Hoc Cmte of Sr Noteholders |
| Brett Myrick | Sidley Austin | Debtor |
| Michael Ott | Mayer Brown | Caterpillar |
| Alison Triggs | Sidley Austin | Debtor |