# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,2 | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Related Docket No. 171 |

## ORDER AUTHORIZING RETENTION OF
## MORRISANDERSON & ASSOCIATES, LTD. AS FINANCIAL ADVISORS
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing them to retain MorrisAnderson & Associates, Ltd. ("**MA&A**") as its financial advisors; and upon the Affidavit of Dan Dooley in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that MA&A is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry") (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain MA&A as of February 23, 2010 as their financial advisors on the terms set forth in the Application; and it is further

ORDERED that MA&A shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Date: __April 5__, 2010         _____
                                MARY F. WALRATH
                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd
April and May 2010
Exhibit B
Time Record Summary

| Work Code | Code Description | Total Hours April | Total Hours May | Total Hours February & March |
|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | - | - | - |
| 2 | Committee Meetings & Preparation | 8.5 | 4.3 | 12.8 |
| 3 | Court & Preparation | - | - | - |
| 4 | Cash Flow & DIP Budget | 13.0 | 2.0 | 15.0 |
| 5 | Prepetition Lenders, DIP financing | - | - | - |
| 6 | Asset Sale | - | - | - |
| 7 | Tax Issues | - | 0.5 | 0.5 |
| 8 | Unsecured Claims, Critical vendors, etc. | 27.8 | 2.0 | 29.8 |
| 9 | Accounting Issues, Financial Statement review | 6.0 | 14.8 | 20.8 |
| 10 | Plan of Reorganization and Court Filings | 28.1 | - | 28.1 |
| 11 | Firm Retention and Fees | 8.3 | 2.4 | 10.7 |
| Total | Total Hours for The Month of April and May 2010 | 91.7 | 26.0 | 117.7 |

April 2010
Exhibit B
Time Record Summary

| Work Code | Code Description | Dan Dooley | D'Andre Davis | Bernadette Barron | Total Hours February |
|---|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 0 | 0 | 0 | 0 |
| 2 | Committee Meetings & Preparation | 5 | 0 | 3.5 | 8.5 |
| 3 | Court & Preparation | 0 | 0 | 0 | 0 |
| 4 | Cash Flow & DIP Budget | 0 | 0 | 13 | 13 |
| 5 | Prepetition Lenders, DIP financing | 0 | 0 | 0 | 0 |
| 6 | Asset Sale | 0 | 0 | 0 | 0 |
| 7 | Tax Issues | 0 | 0 | 0 | 0 |
| 8 | Unsecured Claims, Critical vendors, etc. | 4.5 | 23.3 | 0 | 27.8 |
| 9 | Accounting Issues, Financial Statement review | 2.5 | 0 | 3.5 | 6 |
| 10 | Plan of Reorganization and Court Filings | 0 | 1.6 | 26.5 | 28.1 |
| 11 | Firm Retention and Fees | 0 | 4.8 | 3.5 | 8.3 |
| Total | Total Hours for The Month of April 2010 | 12.0 | 29.7 | 50.0 | 91.7 |

May 2010
Exhibit B
Time Record Summary

| Work Code | Code Description | Dan Dooley | D'Andre Davis | Bernadette Barron | Total Hours May |
|---|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 0 | 0 | 0 | 0 |
| 2 | Committee Meetings & Preparation | 3.5 | 0 | 0.8 | 4.3 |
| 3 | Court & Preparation | 0 | 0 | 0 | 0 |
| 4 | Cash Flow & DIP Budget | 0 | 0 | 2 | 2 |
| 5 | Prepetition Lenders, DIP financing | 0 | 0 | 0 | 0 |
| 6 | Asset Sale | 0 | 0 | 0 | 0 |
| 7 | Tax Issues | 0.5 | 0 | 0 | 0.5 |
| 8 | Unsecured Claims, Critical vendors, etc. | 0 | 0 | 2 | 2 |
| 9 | Accounting Issues, Financial Statement review | 0 | 13.8 | 1 | 14.8 |
| 10 | Plan of Reorganization and Court Filings | 0 | 0 | 0 | 0 |
| 11 | Firm Retention and Fees | 0 | 1.8 | 0.6 | 2.4 |
| Total | Total Hours for The Month of May 2010 | 4.0 | 15.6 | 6.4 | 26.0 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - D'Andre Davis

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|---|---|---|---|---|---|
| 4/1/2010 | DND | 8 | 2.3 | Updated DIP Financing Models | 2.30 |
| 4/1/2010 | DND | 8 | 1.9 | Prepared Variance Analysis | 1.90 |
| 4/1/2010 | DND | 8 | 2.5 | Updated by-plant model | 2.50 |
| 4/2/2010 | DND | 8 | 7.6 | Updated by-plant model | 7.60 |
| 4/2/2010 | DND | 8 | 0.3 | Coordination with B. Barron | 0.30 |
| 4/4/2010 | DND | 10 | 1.2 | Time and Expense Management | 1.20 |
| 4/6/2010 | DND | 8 | 0.4 | Call with Debtor FA | 0.40 |
| 4/6/2010 | DND | 8 | 1.6 | Prepared Weekly comparison of actuals to budget | 1.60 |
| 4/10/2010 | DND | 10 | 0.2 | Time and Expense Management | 0.20 |
| 4/10/2010 | DND | 11 | 1.4 | Fee application Development | 1.40 |
| 4/11/2010 | DND | 8 | 1.8 | Review of Week 9 Financials and preparation of analysis | 1.80 |
| 4/12/2010 | DND | 11 | 0.9 | Fee application Development | 0.90 |
| 4/13/2010 | DND | 11 | 1.3 | Fee application Development | 1.30 |
| 4/15/2010 | DND | 11 | 1.2 | Fee application Development | 1.20 |
| 4/18/2010 | DND | 10 | 0.2 | Time and Expense Management | 0.20 |
| 4/18/2010 | DND | 8 | 2.3 | Week 10 Variance Analysis | 2.30 |
| 4/25/2010 | DND | 8 | 2.6 | Week 11 Variance Analysis | 2.60 |
| 5/2/2010 | DND | 9 | 2.5 | Week 12 Variance Analysis | 2.50 |
| 5/6/2010 | DND | 9 | 0.3 | Monthly Operating Reports retrieval | 0.30 |
| 5/9/2010 | DND | 9 | 2.7 | Week 13 Variance Analysis | 2.70 |
| 5/15/2010 | DND | 9 | 2.5 | Week 14 Variance Analysis | 2.50 |
| 5/22/2010 | DND | 9 | 0.8 | Week 15 Variance Analysis | 0.80 |
| 5/23/2010 | DND | 9 | 2.5 | Week 15 Variance Analysis | 2.50 |
| 5/24/2010 | DND | 11 | 0.6 | Fee application Development | 0.60 |
| 5/25/2010 | DND | 11 | 0.7 | Fee application Development | 0.70 |
| 5/26/2010 | DND | 11 | 0.5 | Fee application Development | 0.50 |
| 5/30/2010 | DND | 9 | 2.5 | Week 16 Variance Analysis | 2.50 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - Daniel F. Dooley

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|---|---|---|---|---|---|
| 4/5/2010 | DFD | 9 | 0.5 | Review Financial reports supplied last week from Huron. | 0.50 |
| 4/6/2010 | DFD | 2 | 1.5 | Review Huron supplied data and call with Huron and prepare for weekly committee call | 1.50 |
| 4/6/2010 | DFD | 8 | 1.5 | Review Debtor Business Plan document. | 1.50 |
| 4/6/2010 | DFD | 8 | 1.0 | Write email to Committee Counsel summarizing MAA preliminary thoughts on Business | 1.00 |
| 4/13/2010 | DFD | 2 | 0.5 | Preparation for weekly committee call and participation in call. | 0.50 |
| 4/16/2010 | DFD | 8 | 0.5 | Calls and emails with B. Johnson of Huron on projections. | 0.50 |
| 4/16/2010 | DFD | 8 | 0.5 | Review Company's revised Business Plan. | 0.50 |
| 4/18/2010 | DFD | 9 | 0.5 | Review valuation issue raised by UCC counsel and define work ups for MAA team to satisfy. | 0.50 |
| 4/19/2010 | DFD | 8 | 1.0 | Review Neenah Business Plan update. | 1.00 |
| 4/19/2010 | DFD | 9 | 0.5 | Call with J. Zappone of CMD to discuss case issues. | 0.50 |
| 4/20/2010 | DFD | 2 | 1.0 | Prepare for and participate in Weekly Committee call. | 1.00 |
| 4/21/2010 | DFD | 9 | 1.0 | Review UCC counsel's Draft objection and Disclosure Statement and provide 2 suggestions to enhance it. Also review task list for MAA and set staff priorities to accomplish it. | 1.00 |
| 4/27/2010 | DFD | 2 | 1.0 | Prepare for Weekly Committee call - Review D. Davis email on DIP budget performance and B. Barron analysis on Debtor projections, value and other issues. | 1.00 |
| 4/27/2010 | DFD | 2 | 1.0 | Weekly Committee call and update files. | 1.00 |
| 5/4/2010 | DFD | 2 | 1.0 | Prepare for and participate in Weekly Committee call. | 1.00 |
| 5/5/2010 | DFD | 7 | 0.5 | Discuss Debtor Tax projection for future liability with Huron and UCC Counsel. | 0.50 |
| 5/6/2010 | DFD | 2 | 0.5 | Review Debtor's weekly report. Note strong sales level and discuss Run Rate with Huron. | 0.50 |
| 5/11/2010 | DFD | 2 | 0.8 | Review weekly reports and prepare for weekly UCC call. | 0.80 |
| 5/11/2010 | DFD | 2 | 0.2 | Weekly Committee Call. | 0.20 |
| 5/17/2010 | DFD | 2 | 0.5 | Review and distribute D. Davis weekly Finance Report. | 0.50 |
| 5/24/2010 | DFD | 2 | 0.5 | Review weekly financials and distribute Report to Committee Counsel. | 0.50 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - Bernadette Barron

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|---|---|---|---|---|---|
| 4/5/2010 | BMB | 9 | 2.5 | Review by plant financial model and financial statements | 2.50 |
| 4/6/2010 | BMB | 2 | 1.0 | Prepare for and participate on weekly Committee call | 1.00 |
| 4/12/2010 | BMB | 10 | 3.0 | Review financial schedules filed by Debtor with court | 3.00 |
| 4/13/2010 | BMB | 10 | 3.0 | Review financial schedules filed by Debtor with court | 3.00 |
| 4/13/2010 | BMB | 11 | 2.5 | Work on fee app and February, March hours | 2.50 |
| 4/14/2010 | BMB | 11 | 1.0 | Work on fee app and February, March hours | 1.00 |
| 4/16/2010 | BMB | 10 | 1.0 | Review Plan of Reorg and Disclosure Statement filed | 1.00 |
| 4/20/2010 | BMB | 2 | 1.0 | Prepare for and participate on weekly Committee call | 1.00 |
| 4/23/2010 | BMB | 10 | 10.5 | Review filed Plan or Reorg Liquidation Analysis and Financial Projections | 10.50 |
| 4/24/2010 | BMB | 10 | 3.0 | Review filed Plan or Reorg Liquidation Analysis and Financial Projections | 3.00 |
| 4/25/2010 | BMB | 10 | 6.0 | Review filed Plan or Reorg Liquidation Analysis and Financial Projections | 6.00 |
| 4/26/2010 | BMB | 4 | 13.0 | Run various financial scenarios, prepare memo for Creditor's Committee | 13.00 |
| 4/27/2010 | BMB | 2 | 1.5 | Prepare for and participate on weekly Committee call | 1.50 |
| 4/28/2010 | BMB | 9 | 1.0 | Review answers from Debtor's consultants regarding financial results | 1.00 |
| 5/4/2010 | BMB | 11 | 0.6 | Fee application for April | 0.60 |
| 5/4/2010 | BMB | 8 | 2.0 | Research and prepare memo on claims | 2.00 |
| 5/4/2010 | BMB | 2 | 0.4 | Prepare for and participate on Creditors' Committee call | 0.40 |
| 5/7/2010 | BMB | 9 | 1.0 | Review February & March operating reports | 1.00 |
| 5/11/2010 | BMB | 2 | 0.4 | Prepare for and participate on Creditors' Committee call | 0.40 |
| 5/11/2010 | BMB | 4 | 1.5 | Project balance sheets for various sales scenarios | 1.50 |
| 5/17/2010 | BMB | 4 | 0.5 | Review weekly operating numbers | 0.50 |

# EXHIBIT C

MorrisAnderson & Associates, Ltd.
Neenah Enterprises, Inc. DIP
Exhibit C
Expense Breakdown for April and May 2010

| Consultant | Air | Lodging | B'Fast | Lunch | Dinner | Car Rent/Gas | Parking/Tolls | Phone | Cab/Limo | Mileage | Postage | Supplies | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dan Dooley: | | | | | | | | | | | | | | |
| 9-Apr | - | - | - | - | - | - | - | 14.17 | - | - | - | - | 14.17 | Teleconference |
| 16-May | - | - | - | - | - | - | - | 6.22 | - | - | - | - | 6.22 | Teleconference |
| Total Dan Dooley | - | - | - | - | - | - | - | 20.39 | - | - | - | - | 20.39 | |

| Consultant | Air | Lodging | B'Fast | Lunch | Dinner | Car Rent/Gas | Parking/Tolls | Phone | Cab/Limo | Mileage | Postage | Supplies | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D'Andre Davis: | | | | | | | | | | | | | | |
| 24-May | - | - | - | - | - | - | - | 12.95 | - | - | - | - | 12.95 | Inflight GOGO service to submit materials to B. Barron 5/23 |
| Total D'Andre Davis | - | - | - | - | - | - | - | 12.95 | - | - | - | - | 12.95 | |
| Grand Totals: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 33.34 | $ - | $ - | $ - | $ - | $ 33.34 | |