## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on June 18, 2010, he caused a copy of the following pleading(s):

**Motion to Authorize the Debtors to (I) Reimburse All Reasonable and Documented Fees and Expenses Incurred by the Exit Financing Lenders and (II) Provide Related Indemnities [Docket No. 552]**

**Motion Pursuant to Local Rule 9006-1(e) For an Order (A) Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Authorizing the Debtors to (I) Reimburse All Reasonable and Documented Fees and Expenses Incurred by Exit Financing Lenders and (II) Provide Related Indemnities and (B) Shortening the Time for Notice of Such Hearing [Docket No. 553]**

to be served upon the parties identified on the attached service list as indicated.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this _22_ day of June, 2010.

_____
Notary Public

*[Notary Seal: KASSANDRA ANN RIDDLE, MY COMMISSION EXPIRES JULY 10, 2010, NOTARY PUBLIC, STATE OF DELAWARE]*

## 2002 SERVICE LIST

### 6/18/2010

Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
Whittington & Aulgur
651 N. Broad Street, Suite 206
Middletown, DE 19709
(Wells Fargo Equipment Finance, Inc.)
*FedEx*

Ronald Barliant, Esq.
Danielle Wildern Juhle, Esq.
David E. Morrison, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Sutie 3700
Chicago, IL 60603
(Bank of America, N.A.)
*FedEx*

William J. Barrett, Esq.
Kimberly J. Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
(Tontine Capital Partners, L.P.)
*FedEx*

Beau Biden
State of Delaware Attorney General Office
Carvel State Office Building
820 N. French St
Wilmington, DE 19801
*Hand Delivery*

David Boyle, Esq
Airgas, Inc.
259 Radnor Chester Rd., Ste 100
P.O. Box 6675
Radnor, PA 19087-8675
(Airgas)
*FedEx*

Gennice D. Brickhouse, Esq.
Office of the Chief Counsel
Pension Benefit Gauranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
(Pension Benefit Guaranty Corp.)
*FedEx*

Adam D. Bruski, Esq
Lambert, Leser, Isackson, Cook & Giunta, P.C.
916 Washington Avenue, Suite 309
Bay City, MI 48708
(Linamar Corporation)
*FedEx*

Susan M. Cook, Esquire
Lambert, Leser, Isackson, Cook & Giunta, P.C.
916 Washington Avenue, Suite 309
Bay City, MI 48708
(Linamar Corporation)
*FedEx*

Scott D. Cousins, Esq
Donald J. Detweiler, Esq.
Dennis A. Meloro, Esq.
Greenburg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Gretchen Crawford
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102
(Oklahoma County Treasurer)
*FedEx*

# 2002 SERVICE LIST

## 6/18/2010

Daniel J. DeFranceschi
Kristine G. Manoukian, Esq
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Ad Hoc Committee)
*Hand Delivery*

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
(Wisconsin Power Electric Company d/b/a WE Energies)
*FedEx*

Aaron L. Hammer, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(Counsel for Mercer (US) Inc.)
*FedEx*

IKON Financial Services
Attn: Maie Griner
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708
(IKON Financial Services)
*FedEx*

David R. Jury, Esq
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
(Counsel for United Steelworkers)
*FedEx*

Delaware Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*FedEx*

Heather M. Forrest, Esq
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
(Counsel for Constellation NewEnergy - Gas Divsion, LLC)
*FedEx*

Kristopher Hansen
Erez Gilad, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Ad Hoc Committee)
*FedEx*

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*FedEx*

Susan E. Kaufman, Esq
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899
(United Steelworkers)
*Hand Delivery*

## 2002 SERVICE LIST

### 6/18/2010

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building, 6600 Woodward Avenue,
Suite 2290
Detroit, MI 48226
(General Engine Products LLC)
*FedEx*

Richard M. Kremen, Esq
Dale K. Cathell, Esq
Jodie Buchman
DLA Piper LLP
6225 Smith Avenue
Baltimore, MD 21209
(Wisconsin Power Electric Company d/b/a WE Energies)
*FedEx*

Frank F. McGinn, Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(Iron Mountain Information Management, Inc.)
*FedEx*

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th FL
P.O. Box 410
Wilmington, DE 19899
(Airgas)
*Hand Delivery*

Vicky Namken
Bankruptcy Coordinator
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234
(IBM Corporation)
*FedEx*

Joseph W. Kots
U.C. Tax Agent/Bankruptcy Representative, Reading Bankruptcy & Compliance Unit
Commonwealth of Pennsylvania - Dept. of Labor and Industry
625 Cherry Street - Room 1184
Reading, PA 19602-1184
(Commonwealth of Pennsylvania - Dept. of Labor and Industry)
*FedEx*

Joel A. Kunin, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East St. Louis, IL 62201
(Azcon Corporation)
*FedEx*

Rebecca McMahon, Esq
Central States Law Dept.
9377 West Higgins Road
Rosemont, IL 60018
(Central States Law Dept.)
*FedEx*

Sheryl L. Moreau
General Counsel's Office
Missouri Department of Revenue
301 W. High Street, Room 670
Jefferson City, MO 65105
(Missouri Department of Revenue)
*FedEx*

Larry J. Nyhan, Esq
Kerriann S. Mills
Jessica C.K. Boelter, Esq.
D'Lisia E. Bergeron, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)
*FedEx*

## 2002 SERVICE LIST

### 6/18/2010

Scott N. Opincar, Esq.
Sean D. Malloy
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
(Sadoff & Rudoy Industries, LLP)
*FedEx*

Bruce J. Ruzinsky, Esq
D. Elain Conway, Esq.
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
(Counsel for Constellation NewEnergy, Inc.)
*FedEx*

Barry W. Sawtelle, Esq
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
*FedEx*

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
*FedEx*

Eric D. Schwartz, Esq.
Matthew B. Harvey, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Bank of America, N.A.)
*Hand Delivery*

Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*FedEx*

Securities & Exchange Commission
New York Regional Office
3 World Financial Ctr., Suite 400
New York, NY 10281
*FedEx*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

James M. Sullivan, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019
(Timken Company)
*FedEx*

Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

# 2002 SERVICE LIST

## 6/18/2010

Robert B. Weiss, Esq
660 Woodward Avenue
Honingman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226
(General Motors)
*FedEx*

Duane D. Werb, Esq.
Julia B. Klein, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19899
(South Coast Air Quality Management District)
*Hand Delivery*

Kurt Wiese, Esq
District Prosecutor's Office
South Coast Air Quality Management District
21865 Copely Drive
Diamond Bar, CA 91765
(South Coast Air Quality Management District)
*FedEx*