IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 511, 513 & 519 |

## ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW FOR SETOFF

Upon the motion (the "**Motion**") of Caterpillar, Inc. ("**Caterpillar**") to modify the automatic stay pursuant to sections 362(d) and 553 of title 11, United States Code (the "**Bankruptcy Code**") to allow Caterpillar to exercise rights of set-off; with notice of the Motion duly having been given; it appearing that no further notice is required; and it appearing that sufficient grounds have been shown for relief requested in the Motion; it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the automatic stay is lifted to permit Caterpillar to set-off (a) its Prepetition Claim[1] against its Prepetition Debt and (b) its Postpetition Claim against its Postpetition Debt; and it is further

ORDERED that the automatic stay is modified to allow Caterpillar from time to time hereafter to set-off any postpetition amounts that Caterpillar may owe Mercer under the Agreement against any postpetition amounts that Mercer may owe Caterpillar under the Agreement; and it is further

---

[1] Capitalized terms used but not otherwise defined herein have the meaning attributed to them in the Motion.

ORDERED that the relief granted herein shall take effect immediately notwithstanding Bankruptcy Rule 4001(a)(3).

Dated: Wilmington, Delaware
June 23, 2010

_____
HON. MARY F. WALRATH,
BANKRUPTCY JUDGE