# Exhibit A

.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISE, INC., et al.,[1] | ) | Case No. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket Nos. 84 & |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| City of Washington | ) | |
| | ) ss: | |
| District of Columbia | ) | |

PAUL C. ROSENTHAL, being duly sworn, deposes and says:

1.    I am a partner of Kelley Drye & Warren LLP (the "Firm"), which maintains offices at 3050 K Street, N.W., Washington, DC 20007.

2.    This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, signed on or about March 8, 2010 and entered on March 9, 2010, authorizing the above-captioned debtors and debtors-in -possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.    The Firm has represented and advised the Debtors as legal counsel with respect to certain aspects of the Debtors' business operations . The Debtors have requested, and the Firm

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan ' s Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      The Firm's billing agreement with Debtors requires payment by Debtors of a flat fee of $3,000 per month, plus out-of-pocket costs. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned billing agreement be revisited in light of the firm's annual rate increase.

5.      The Firm performs and may perform services in the future that can incur fees in excess of the $3,000 per month defined in paragraph 4 above, including the current five-year sunset review at the Department of Commerce and U.S. International Trade Commission on certain iron construction castings. We expect such additional fees to not exceed $25,000 for 2010.

6.      The Firm may have performed services in the past, may currently perform services , and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases. To the best of my, knowledge, the Firm does not perform services for an such person in connection with these chapter 11 cases, or have any relationship with any such person , their attorneys, or accountants that would be adverse to the Debtors or their estates.

7.      As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent, be employed by, or have other business dealings with the Debtors, claimants, and parties -in-interest in these chapter 11 cases..

8.      Neither I nor any partner, of or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any

other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

9.      Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

10.      The Debtors owe the Firm $3,412.24 for pre-petition services.

11.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on June 24, 2010

Affiant – Paul C. Rosenthal


Subscribed and sworn to before me
this 24th day of June, 2010.


NOTARY PUBLIC

My commission expires:

My Commission Expires 2/25/2014