UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 214-227, 229-249, 253 |

## NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On April 5, 2010, the debtors and debtors in possession in the above-captioned cases (each a "Debtor" and collectively, the "Debtors") filed their respective schedules of assets and liabilities (the "Original Schedules") and statements of financial affairs [D.I. 214-227, 229-249, 253] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On June 24, 2010, the Debtors filed certain amendments to the Original Schedules (collectively, the "Amendments") with the Bankruptcy Court. The Amendments are attached as Exhibits A through J hereto, as follows:[2]

| **Debtor** | **Amendment** | **Exhibit** |
|---|---|---|
| A&M Specialties, Inc. | Schedule F | A |
| Advanced Cast Products, Inc. | Schedule F | B |
| Dalton Corporation, Kendallville Manufacturing Facility | Schedule F | C |
| Dalton Corporation, Stryker Machining Facility Co. | Schedule F | D |
| Dalton Corporation, Warsaw Manufacturing Facility | Schedule F | E |
| Deeter Foundry, Inc. | Schedule F | F |
| Mercer Forge Corporation | Schedule F | G |
| Morgan's Welding, Inc. | Schedule F | H |
| Neenah Foundry Company | Schedule F | I |
| Neenah Transport, Inc. | Schedule F | J |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] The Amendments and a copy of this Notice were each filed with the Bankruptcy Court pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

The Amendments attached hereto amend and supplement the Original Schedules. The Amendments are subject to the Global Notes filed with the Original Schedules.

The Original Schedules and Amendments reflect the assets and liabilities of each Debtor as of February 3, 2010 (the "Petition Date"). The Debtors filed the Amendments in order to: (i) modify the amount of certain Claims;[3] (ii) remove certain Claims from the Original Schedules; and (iii) add new Claims to the Original Schedules.

This Notice of Amendments to Schedules of Assets and Liabilities (the "Notice") is being provided to you because you may have an actual or potential Claim that is affected by the Amendments. If you have a Claim against any of the Debtors that arose prior to the Petition Date and that is affected by the Amendments, you may need to file a proof of claim form ("Proof of Claim") or amend a previously filed Proof of Claim.

If your Claim is listed accurately (as to amount, priority, and as against the correct Debtor) and is not scheduled as "contingent," "unliquidated," or "disputed," you do **NOT** need to file a Proof of Claim.

If you disagree with the amount or the priority of your Claim as it is listed on the Amendments or if your Claim is listed in the Amendments as "contingent," "unliquidated," or "disputed," you **must** file a Proof of Claim or amend any previously filed Proof of Claim with The Garden City Group, Inc. ("GCG"), the Court-approved claims and noticing agent in these chapter 11 cases, so that it is **actually received on or before July 16, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "Amended Schedules Bar Date"). For your convenience, a customized Proof of Claim is enclosed with this Notice.

Proofs of Claim sent to GCG via first-class mail must be addressed to The Garden City Group, Inc., attn: Neenah Enterprises Claims Processing, P.O. Box 9594, Dublin, OH 43017-4894. Proofs of Claim sent to GCG via hand delivery or overnight courier must be addressed to The Garden City Group, Inc., attn: Neenah Enterprises Claims Processing, 5151 Blazer Pkwy., Suite A, Dublin, OH 43017. **Proofs of Claim will be deemed timely filed only if actually received by GCG on or before the Amended Schedules Bar Date.** All Proofs of Claim must bear an original signature. GCG will not accept Proofs of Claim that are sent by facsimile, telecopy, e-mail or any other form of electronic transmission.

The Debtors reserve the right to dispute, or to assert offsets or defenses against, any Claim listed or reflected in the Original Schedules or Amendments as to nature, amount, liability, classification, or otherwise. Nothing contained in this Notice shall preclude the Debtors from objecting to any Claim, whether scheduled or filed, on any and all grounds. The Debtors reserve the right to further amend their respective schedules of assets and liabilities.

---

[3] As used in this Notice, the term "Claim" shall have the meaning provided in the Bankruptcy Code: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right of payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured.

2

Dated: Wilmington, Delaware
       June 24, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION