# Exhibit A

In re A&M Specialties, Inc.,                                                                                              Case No. 10-10373

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| FORT DEARBORN LIFE INSURANCE<br>36788 EAGLE WAY<br>CHICAGO, IL 60678 | | | TRADE PAYABLE | | | | $ 345.60 | $ - |
| HOUSTON GROUP<br>2 GEORGE STREET<br>NEW CASTLE, PA 16101 | | | TRADE PAYABLE | | | | $ 8,479.78 | $ 4,837.68 |
| | | | | | | Total | $ 8,825.38 | $ 4,837.68 |

1

In re A&M Specialties, Inc.,                                                                                  Case No. 10-10373

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of A&M SPECIALTIES, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of 1 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date    June 24, 2010                                       Signature:    _[signature]_

                                                                          Robert J. Gitter, VP - Corp. Controller

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.