# Exhibit B

DB02:7373141.1                                                    067173.1001

In re Advanced Cast Products, Inc.,                                                                                                    Case No. 10-10365

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ELYRIA PLATING CORPORATION<br>118 OLIVE STREET<br>ELYRIA, OH 44035 | | | TRADE PAYABLE | | | | $ 1,253.70 | $ - |
| EMPLOYER EMPLOYEE SERVICES INC<br>435 MAIN STREET SUITE 210<br>PO BOX 274<br>SAEGERTOWN, PA 16433 | | | TRADE PAYABLE | | | | $ - | $ 1,144.87 |
| MARK I LURIE INC<br>222 LAKEVIEW AVENUE<br>SUITE 160 PMB 271<br>WEST PALM BEACH, FL 33401-6101 | | | TRADE PAYABLE | | | | $ - | $ 2,210.82 |
| MAWA<br>18160 ROGERS FERRY ROAD<br>MEADVILLE, PA 16335 | | | TRADE PAYABLE | | | | $ 1,292.70 | $ 1,212.00 |
| NOVACAST USA INC<br>150 N MICHIGAN AVE<br>SUITE 1950<br>CHICAGO, IL 60601-7550 | | | TRADE PAYABLE | | | | $ - | $ 670.50 |
| POWELL SANITATION & CONST.<br>18536 CUSSEWAGO ROAD<br>MEADVILLE, PA 16335 | | | TRADE PAYABLE | | | | $ 763.20 | $ 526.97 |
| YXLON INTERNATIONAL<br>3400 GILCHRIST ROAD<br>AKRON, OH 44260-1221 | | | TRADE PAYABLE | | | | $ - | $ 175.00 |
| | | | | | | Total | $ 3,309.60 | $ 5,940.16 |

1

In re Advanced Cast Products, Inc.,                                                                  Case No. 10-10365

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of ADVANCED CAST PRODUCTS, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of   1   sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date      June 24, 2010                                          Signature:   _Robert Gitter_

                                                                 Robert J. Gitter, VP - Corp. Controller

-----------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.**