# Exhibit C

In re Dalton Corporation, Kendallville Manufacturing Facility,

Case No. 10-10376

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| AFS NORTHEAST INDIANA CHAPTER C/O LANCE AGNESS, TREASURER P.O. BOX 398 WABASH, IN 46992 | | | TRADE PAYABLE | | | | $              - | $          20,00 |
| HAYDEN RENTAL & POWER EQUIP. 1320 W. NORTH, KENDALLVILLE, IN 46755 | | | TRADE PAYABLE | | | | $       176.55 | $        201.86 |
| | | | | | | Total | $       176.55 | $        221.86 |

1

In re Dalton Corporation, Kendallville Manufacturing Facility,                                        Case No. 10-10376

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of DALTON CORPORATION, KENDALLVILLE MANUFACTURING FACILITY named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of  1  sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date        June 24, 2010                                         Signature: _____

                                                                    Robert J. Gitter, VP - Corp. Controller

---

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.**