**Exhibit D**

In re Dalton Corporation, Stryker Machining Facility Co.,                                                                                          Case No. 10-10377

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| FARMERS & MERCHANTS STATE BANK<br>300 S DEFIANCE<br>STRYKER, OH 43557 | | | TRADE PAYABLE | | | | $ 15.30 | $ - |
| | | | | | | Totals | $ 15.30 | $ - |

1

In re Dalton Corporation, Stryker Machining Facility Co.,                                      Case No. 10-10377

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of DALTON CORPORATION, STRYKER MACHINING FACILITY CO. named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of 1 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date    June 24, 2010

Signature: _____

Robert J. Gitter, VP - Corp. Controller

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.**