# Exhibit E

In re Dalton Corporation, Warsaw Manufacturing Facility,    Case No. 10-10374

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CALHOUN FOREST PRODUCTS LLC<br>9543 S. STATE ROAD 13<br>CLAYPOOL IN 46510 | | | TRADE PAYABLE | | | | $ 12,641.20 | $ 21,150.00 |
| CENTENNIAL WIRELESS<br>PO BOX 9001094<br>LOUISVILLE, KY 40290-1094 | | | TRADE PAYABLE | | | | $ 1,346.37 | $ 1,009.75 |
| DAYTON FREIGHT LINES, INC.<br>P.O. BOX 340<br>VANDALIA, OH 45377 | | | TRADE PAYABLE | | | | $ 107.29 | $ - |
| HYDRO POWER, INC.<br>P.O. BOX 73278<br>CLEVELAND OH 44193 | | | TRADE PAYABLE | | | | $ 14,815.24 | $ - |
| LIBERTY MUTUAL<br>P.O. BOX 7247-6025<br>PHILADELPHIA, PA 19170-6025 | | | TRADE PAYABLE | | | | $ - | $ 616.00 |
| MAUMEE HOSE & BELTING COMPANY<br>720 ILLINOIS AVENUE, SUITE H<br>MAUMEE, OH 43537 | | | TRADE PAYABLE | | | | $ 521.64 | $ 665.33 |
| MEDSTAT, LLC<br>1500 PROVIDENT DRIVE, SUITE A<br>WARSAW, IN 46580 | | | TRADE PAYABLE | | | | $ 3,933.00 | $ 3,600.00 |
| NEFF ENGINEERING CO, INC<br>DEARTMENT 6081<br>CAROL STREAM, IL 60122-6081 | | | TRADE PAYABLE | | | | $ 3,509.00 | $ 3,818.66 |
| OTP INDUSTRIAL SOLUTIONS<br>P.O. BOX 73278<br>CLEVELAND, OH 44193 | | | TRADE PAYABLE | | | | $ - | $ 17,724.82 |
| ROBERT E. EPPICH<br>11733 N OGDEN POINT ROAD<br>SYRACUSE, IN 46567 | | | TRADE PAYABLE | | | | $ 408.41 | $ - |
| SANDS OFFICE EQUIPMENT<br>2363 SHELBY DRIVE<br>WARSAW, IN 46580 | | | TRADE PAYABLE | | | | $ - | $ 115.00 |
| SEWAGE TREATMENT OFFICE<br>P.O. BOX 557<br>WARSAW IN 46581-0557 | | | TRADE PAYABLE | | | | $ 25,287.28 | $ 25,703.12 |
| WARSAW HEALTH SYSTEM LLC<br>2101 EAST DUBOIS DRIVE<br>WARSAW, IN 46580 | | | TRADE PAYABLE | | | | $ - | $ 1,400.00 |
| | | | | | | Total | $ 62,569.43 | $ 75,802.68 |

1

In re Dalton Corporation, Warsaw Manufacturing Facility,    Case No. 10-10374

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of DALTON CORPORATION, WARSAW MANUFACTURING FACILITY named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of 1 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date    June 24, 2010

Signature: *[signed]*

Robert J. Gitter, VP - Corp. Controller

---

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.**