# Exhibit F

DB02:7373141.1                                                                                                                                067173.1001

In re Deeter Foundry, Inc.,                                                                                              Case No. 10-10369

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| OLSON ASSOCIATES<br>1111 LINCOLN MALL<br>PO BOX 84608<br>LINCOLN, NE 68501-4608 | | | TRADE PAYABLE | | | | $ - | $ 160.18 |
| RYDER TRANSPORT<br>LOCKBOX FILE 56347<br>LOS ANGELES, CA 90074 | | | TRADE PAYABLE | | | | $ 193.63 | $ - |
| TSL LOGISTICS<br>PO BOX 3723<br>OMAHA, NE 68103 | | | TRADE PAYABLE | | | | $ 1,612.00 | $ - |
| | | | | | | Total | $ 1,805.63 | $ 160.18 |

1

In re Deeter Foundry, Inc.,            Case No. 10-10360

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of DEETER FOUNDRY, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of 1 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date   June 24, 2010                    Signature: *[signed]*

                                                               Robert J. Gitter, VP - Corp. Controller

---

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.**