# Exhibit G

In re Mercer Forge Corporation,  Case No. 10-10367

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| A. FINKL & SONS<br>P O BOX 92576<br>CHICAGO, IL 60675 | | | TRADE CLAIM | | | | $ 24,225.89 | $ 11,863.84 |
| ACCESS POINT, INC<br>1100 CRESCENT GREEN SUITE 109<br>CARY, NC 27518 | | | UTILITY CLAIM | | | | $ 1,176.94 | $ 414.92 |
| INDUCTION PROFESSIONALS LLC<br>1058 OHIO WORKS DRIVE<br>YOUNGSTOWN, OH 44510 | | | TRADE PAYABLE | | | | $ 4,240.00 | $ 6,726.00 |
| KAMAN INDUSTRIAL TECHNOLOGIES<br>P O BOX 74566<br>CHICAGO, IL 60690 | | | TRADE PAYABLE | | | | $ 824.73 | $ 915.40 |
| MERCER BOROUGH SEWER RENTAL<br>P.O. BOX 69<br>MERCER, PA 16137 | | | TRADE PAYABLE | | | | $ 2,936.83 | $ 4,883.39 |
| STAR STORAGE<br>P O BOX 463<br>MERCER, PA 16137 | | | TRADE PAYABLE | | | | $ 65.72 | $ - |
| | | | | | | Total | $ 33,470.11 | $ 24,803.55 |

1

In re Mercer Forge Corporation,    Case No. 10-10367

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of MERCER FORGE CORPORATION named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of 1 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date   June 24, 2010

Signature: *[signed]*

Robert J. Gitter, VP - Corp. Controller

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.**