**Exhibit H**

In re Morgan's Welding, Inc.,                                                                                    Case No. 10-10378

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| MIDWAY TRUCK SERVICE PO BOX J BETHEL PA 19507-0010 | | | TRADE PAYABLE | | | | $          883.27 | $          126.47 |
| | | | | | | Total | $          883.27 | $          126.47 |

1

In re Morgan's Welding, Inc.,

Case No. 10-10378

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of MORGAN'S WELDING, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of  1  sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date     June 24, 2010

Signature:

Robert J. Gitter, VP - Corp. Controller

--------------------------------------------------------------------

*Penalty for making a false statement or concealing property:*  **Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.**