# Exhibit I

In re Neenah Foundry Company,                                                              Case No. 10-10362

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| AECOM<br>1178 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | TRADE PAYABLE | | | | $ 84,592.40 | $ 87,852.23 |
| AECOM<br>DEPT CH 10285<br>PALATINE, IL 60055-0285 | | | TRADE PAYABLE | | | | $ 274,190.80 | $ 498,963.55 |
| ALLIANCE INDUSTRIES INC<br>N2467 VAUGHAN RD<br>WAUPACA, WI 54981- | | | TRADE PAYABLE | | | | $ 12,647.11 | $ - |
| APL INC<br>PO BOX 240163<br>MILWAUKEE, WI 53224-9008 | | | TRADE PAYABLE | | | | $ 842.00 | $ 1,513.00 |
| ASBURY ENVIRONMENTAL SERVICES<br>9302 S GARFIELD AVE<br>SOUTHGATE, CA 90280 | | | TRADE PAYABLE | | | | $ - | $ 40.00 |
| AUTOMOTIVE TOP & TRIM<br>706 MAIN STREET<br>NEENAH, WI 54956 | | | TRADE PAYABLE | | | | $ 4,223.67 | $ 361.94 |
| BEST WESTERN BRIDGEWOOD RESORT HOTEL<br>1000 CAMERON WAY<br>NEENAH, WI 54956 | | | TRADE PAYABLE | | | | $ 2,567.28 | $ 1,417.84 |
| BOWNE OF CHICAGO<br>75 REMITTANCE DRIVE SUITE 6495<br>CHICAGO, IL 60675-6495 | | | TRADE PAYABLE | | | | $ 1,395.00 | $ 20,060.00 |
| BRABAZON PUMPE & COMPRESSOR<br>PO BOX 10827<br>GREEN BAY, WI 54307-0827 | | | TRADE PAYABLE | | | | $ 7,328.21 | $ 7,798.21 |
| BUILDING OHIO MAGAZINE<br>1755 NORTHWEST BLVD<br>COLUMBUS, OH 43212 | | | TRADE PAYABLE | | | | $ - | $ 937.44 |
| CITY OF NEENAH<br>FINANCE DEPARTMENT<br>PO BOX 426<br>NEENAH, WI 54957-0426 | | | TRADE PAYABLE | | | | $ 11,958.06 | $ 12,294.26 |
| CON-WAY TRANSPORTATION SVCS<br>PO BOX 953695<br>ST. LOUIS, MO 63195 | | | TRADE PAYABLE | | | | $ 1,877.68 | $ - |
| DE PERE FOUNDRY INC<br>PO BOX 5097<br>DE PERE, WI 54115-5097 | | | TRADE PAYABLE | | | | $ 3,964.26 | $ 3,982.74 |
| ESCAMILLA JANITORIAL SERVICES<br>PO BOX 20562<br>PHOENIX, AZ 85036 | | | TRADE PAYABLE | | | | $ - | $ 8.22 |
| EXTOL INTERNATIONAL INC<br>PO BOX 1010<br>POTTSVILLE, PA 17901-7010 | | | TRADE PAYABLE | | | | $ 164.90 | $ 168.82 |
| FOX TIRE CO INC<br>1164 VALLEY ROAD<br>MENASHA, WI 54952 | | | TRADE PAYABLE | | | | $ 2,759.04 | $ 2,923.92 |
| GILLIS TRUCKING<br>5611 24 1/2 MILE RD<br>HOMER, MI 49245 | | | TRADE PAYABLE | | | | $ 1,500.00 | $ - |
| HAFEMEISTER MACHINE CORP<br>PO BOX 1048<br>NEENAH, WI 54957-1048 | | | TRADE PAYABLE | | | | $ 81,840.19 | $ 50,509.38 |

In re Neenah Foundry Company,            Case No. 10-10362

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| INDUSTRIAL DISTRIBUT'N GRP<br>PO BOX 674148<br>DETROIT, MI 48267-4148 | | | TRADE PAYABLE | | | | $ 46,306.28 | $ 46,241.58 |
| INTRALINKS INC<br>PO BOX 414476<br>BOSTON, MA 02241-4476 | | | TRADE PAYABLE | | | | $ - | $ 850.00 |
| LEGAL DEPARTMENT PLLC<br>111 ROYAL AVENUE<br>ROYAL OAK, MI 48073 | | | TRADE PAYABLE | | | | $ - | $ 3,860.14 |
| MANUFACTURERS NEWS INC<br>1633 CENTRAL STREET<br>EVANSTON, IL 60201-1569 | | | TRADE PAYABLE | | | | $ - | $ 675.00 |
| NM NATIONWIDE INC<br>630 MUTTART ROAD<br>NEENAH, WI 54956 | | | TRADE PAYABLE | | | | $ 464.10 | $ - |
| PARKER, DALE<br>2121 BROOKS AVE<br>NEENAH, WI 54957 | | | COMPENSATION CLAIM | | | | $ - | $ 100,000.00 |
| PAYMENT CENTER<br>CITY OF ROCKFORD<br>PO BOX 1221<br>ROCKFORD, IL 61105-1221 | | | TRADE PAYABLE | | | | $ 34.05 | $ 22.70 |
| PR NEWSWIRE ASSOCIATION LLC<br>GPO BOX 5897<br>NEW YORK, NY 10087-5897 | | | TRADE PAYABLE | | | | $ - | $ 270.00 |
| PROGRESSIVE MECHANICL INC<br>1572 JACOBSEN RD<br>NEENAH, WI 54956 | | | TRADE PAYABLE | | | | $ 2,957.14 | $ 2,970.53 |
| RUCH TOOL CO<br>2750 TERWOOD RD<br>WILLOW GROVE, PA 19090 | | | TRADE PAYABLE | | | | $ 1,991.60 | $ 1,994.05 |
| SAUER EXPRESS INC<br>PO BOX 88443<br>SOUIX FALLS, SD 57109 | | | TRADE PAYABLE | | | | $ 2,164.00 | $ - |
| SWIHART INDUSTRIES<br>PO BOX 13360<br>DAYTON, OH 45414 | | | TRADE PAYABLE | | | | $ 84,028.55 | $ 31,222.31 |
| UNITED MAILING SERVICE<br>4475 N 124 ST - SUITE A<br>BROOKFIELD, WI 53005-2502 | | | TRADE PAYABLE | | | | $ 7,027.92 | $ 7,486.11 |
| UPS SUPPLY CHAIN SOLUTIONS<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | | | TRADE PAYABLE | | | | $ 16,547.51 | $ - |
| UPS UNITED PARCEL SERVICE<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | | | TRADE PAYABLE | | | | $ 87.39 | $ - |
| VEOLIA ES TECH SOLUTIONS<br>107 SOUTH MOTOR AVE<br>AZUSA, CA 91702 | | | TRADE PAYABLE | | | | $ - | $ 10,730.20 |
| VMI LLC<br>4301 PLANTATION CT<br>DEPERE, WI 54115 | | | TRADE PAYABLE | | | | $ 8,665.96 | $ 3,985.00 |
| WERNER ELECTRIC SUPPLY CO<br>PO BOX 1170<br>MILWAUKEE, WI 53201 | | | TRADE PAYABLE | | | | $ 32,254.65 | $ 32,285.15 |
| WISCONSIN COIL SPRING INC<br>PO BOX 910<br>MUSKEGO, WI 53150 | | | TRADE PAYABLE | | | | $ - | $ 5.22 |

In re Neenah Foundry Company,  Case No. 10-10362

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| YRC<br>PO BOX 93151<br>CHICAGO, IL 60673-3151 | | | TRADE PAYABLE | | | | $ 422.01 | $ - |
| | | | | | | Total | $ 694,801.76 | $ 931,429.54 |

In re Neenah Foundry Company,                                                                 Case No. 10-10362

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of NEENAH FOUNDRY COMPANY named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date    June 24, 2010

Signature: _____

Robert J. Gitter, VP - Corp. Controller

---

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both.** 18 U.S.C. §§152 and 3571.