**Exhibit J**

In re Neenah Transport, Inc.,                                                    Case No. 10-10364

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | SCHEDULED CLAIM AMOUNT AS FILED ON APRIL 5, 2010 | AMENDED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CITY OF NEENAH<br>211 WALNUT STREET<br>P.O. BOX 426<br>NEENAH, WI 54957-0426 | | | TRADE PAYABLE | | | | $ 678.46 | $ 694.14 |
| | | | | | | Total | $ 678.46 | $ 694.14 |

1

In re Neenah Transport, Inc.,                                                                    Case No. 10-10364

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Corporate Controller of NEENAH TRANSPORT, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules, consisting of  1  sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date _____ June 24, 2010 _____          Signature: _____

                                                                                  Robert J. Gitter, VP – Corp. Controller

......................................................................................................................................................................

*Penalty for making a false statement or concealing property:* **Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.**