## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Ref. Docket No.: 324** |

## NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that, pursuant to the terms of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [Docket No. 324] (as the same may be amended, supplemented or modified, the "Plan")[2] and the Disclosure Statement for the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [Docket No. 325] (the "Disclosure Statement"), the Debtors are required to file the Plan Supplement (which shall be in form and substance reasonably acceptable to the Debtors and the Ad Hoc Committee of Secured Noteholders) with the Bankruptcy Court not later than June 25, 2010, which is five (5) Business Days prior to the date by which a creditor must deliver a ballot voting to accept or reject the Plan, as set forth in the Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof and (IV) Granting Related Relief [Docket Nos. 329, 416, 500 and 547].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the Debtors are hereby filing the Plan Supplement. The Plan Supplement consists of the following Exhibits: (1) Amended and Restated Certificate of Incorporation of Reorganized NEI; (2) Amended and Restated By-Laws of Reorganized NEI; (3) New Secured Notes Indenture; (4) Form of New Warrants; (5) Directors of Reorganized NEI and the Other Reorganized Debtors; (6) term sheet and commitment letter for the Exit Revolving Facility;[3] (7) term sheet and commitment letter for the Exit Term Loan Facility; and (8) Restructuring Transactions.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Plan.

[3] The Debtors will supplement the Plan Supplement prior to the Confirmation Hearing to include drafts of the Exit Revolving Facility Credit Agreement and the Exit Term Loan Facility Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that the documents included in the Plan Supplement should be read in conjunction with the Plan and the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Plan Supplement is attached hereto. Copies of the Plan Supplement, as well as the Plan and Disclosure Statement, may be obtained (i) from the Debtors' restructuring website at **http://www.neenahrestructuring.com** or (ii) by written request to the Debtors' claims and noticing agent, Garden City Group, Inc., at The Garden City Group, Inc., Attn: Neenah Enterprises Claims Processing, P.O. Box 9594, Dublin, OH 43017-4894.

Dated: Wilmington, Delaware
June 25, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Donald J. Bowman, Jr.
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

# INDEX OF EXHIBITS TO THE PLAN SUPPLEMENT

Exhibit 1 – Amended and Restated Certificate of Incorporation of Reorganized NEI

Exhibit 2 – Amended and Restated By-Laws of Reorganized NEI

Exhibit 3 – New Secured Notes Indenture

Exhibit 4 – Form of New Warrants

Exhibit 5 – Directors of Reorganized NEI and the Other Reorganized Debtors

Exhibit 6 – Term Sheet and Commitment Letter for Exit Revolving Facility

Exhibit 7 – Term Sheet and Commitment Letter for Exit Term Loan Facility

Exhibit 8 – Restructuring Transactions