# EXHIBIT 8[1]

(Restructuring Transactions)

---

[1] The Debtors expressly reserve the right to supplement, modify or amend this document at any time prior to the Effective Date.

**DRAFT**
**SUBJECT TO CHANGE**

**EXHIBIT 8**

### RESTRUCTURING TRANSACTIONS

The table below contains a list of the restructuring transactions (the "Restructuring Transactions") to be consummated pursuant to Section 5.12 of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the "Plan").[1] Appendix 8-A to this Exhibit 8 sets forth the organizational structure of Neenah Enterprises, Inc. and its subsidiaries (collectively, the "Debtors") as of June 14, 2010, and Appendix 8-B to this Exhibit 8 sets forth the organizational structure of the Debtors after giving effect to the Restructuring Transactions. It is anticipated that the Debtors will (i) begin entering into the Restructuring Transactions following the Confirmation Date and (ii) complete all of the Restructuring Transactions on or prior to the date on which the Plan becomes effective.

The Restructuring Transactions include the following:

- ➢ *Neenah Foundry Conversion.* The conversion of Neenah Foundry Company from a Wisconsin corporation into a Delaware corporation.[2]

- ➢ *Shell Entity Mergers.* The merger of Cast Alloys, Inc. with and into Neenah Foundry Company and the mergers of Belcher Corporation and Peerless Corporation with and into Advanced Cast Products, Inc.

| Restructuring Transactions | | | |
|---|---|---|---|
| Entity | Jurisdiction | Parent | Transaction |
| **I. Conversion into Delaware Corporation** | | | |
| 1. Neenah Foundry Company | Wisconsin | NFC Castings, Inc. | Convert into a Delaware corporation named Neenah Foundry Company |
| **II. Shell Entity Mergers** | | | |
| 2. Cast Alloys, Inc. | California | Neenah Foundry Company | Merge with and into Neenah Foundry Company |
| 3. Belcher Corporation | Delaware | Advanced Cast Products, Inc. | Merge with and into Advanced Cast Products, Inc. |
| 4. Peerless Corporation | Ohio | Advanced Cast Products, Inc. | Merge with and into Advanced Cast Products, Inc. |

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.
[2] See also Section 5.4(b) of the Plan.

CH1 5321962v.5



Appendix 8-A

Appendix 8-B



*Neenah Enterprises, Inc.*
*Post-Emergence*
*Organization Chart*