## Exhibit A

Ernst & Young LLP
5/1/2010 - 5/31/2010
Fee Detail

Exhibit A

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Develop audit plan in preparation for audit committee meeting | 03-May-2010 | 567.60 | 1.20 | 681.12 | Audit |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Electronic response to audit request regarding audit committe pre-approval | 05-May-2010 | 500.00 | 0.80 | 400.00 | Audit |
| Reed,Stephanie A. (US011975799) | Manager-Grade 2 (322) | Development of the FY09 fee amounts and Audit Committee planning document. | 05-May-2010 | 400.00 | 4.00 | 1,600.00 | Audit |
| Sterr,Stacey Ann (US012306735) | Senior-Grade 2 (422) | Preparation of audit committee planning booklet. | 05-May-2010 | 310.20 | 7.00 | 2,171.40 | Audit |
| Reed,Stephanie A. (US011975799) | Manager-Grade 2 (322) | Development of the FY09 fee amounts and Audit Committee planning document. | 06-May-2010 | 400.00 | 4.00 | 1,600.00 | Audit |
| Sterr,Stacey Ann (US012306735) | Senior-Grade 2 (422) | Analyzing and editing audit committee planning document with B. Tworek | 06-May-2010 | 310.20 | 2.00 | 620.40 | Audit |
| Tworek,Bradley J. (US011794058) | Manager-Grade 4 (324) | Analyzing and editing audit committee planning document with S. Sterr | 06-May-2010 | 400.00 | 2.00 | 800.00 | Audit |
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Meeting with Audit Committee | 10-May-2010 | 567.60 | 7.00 | 3,973.20 | Audit |
| Reed,Stephanie A. (US011975799) | Manager-Grade 2 (322) | Development of the FY09 fee amounts and Audit Committee planning document. | 11-May-2010 | 400.00 | 0.50 | 200.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Analysis of Dalton client data received and selection of test samples | 13-May-2010 | 350.00 | 1.00 | 350.00 | Audit |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Call with Audit Committee and M. Leonardson regarding audit engagement | 13-May-2010 | 600.00 | 1.00 | 600.00 | Audit |
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Call with Audit Committee and M. Hellmer regarding audit engagement | 13-May-2010 | 567.60 | 1.00 | 567.60 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Analysis of Dalton client data received and selection of test samples | 14-May-2010 | 350.00 | 1.00 | 350.00 | Audit |
| Redlinger,Scott F (US011256604) | Executive Director-Grade 1 (131) | Discussion with Neenah IT Manager regarding strategic direction, projects and other activities for Audit | 14-May-2010 | 600.00 | 3.00 | 1,800.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meeting with C. Monsma regarding Dalton audit | 24-May-2010 | 350.00 | 1.60 | 560.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Logical Access walkthrough for Dalton | 24-May-2010 | 350.00 | 4.20 | 1,470.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Manage Change walkthrough for Dalton | 24-May-2010 | 350.00 | 3.10 | 1,085.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on IT Operations walkthrough for Dalton | 24-May-2010 | 350.00 | 0.30 | 105.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Completing ITRA GAMx updates for Dalton | 24-May-2010 | 350.00 | 0.30 | 105.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Logical Access walkthrough for Dalton | 25-May-2010 | 350.00 | 3.40 | 1,190.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Manage Change walkthrough for Dalton | 25-May-2010 | 350.00 | 3.60 | 1,260.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on IT Operations walkthrough for Dalton | 25-May-2010 | 350.00 | 1.10 | 385.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Completing ITRA GAMx updates for Dalton | 25-May-2010 | 350.00 | 0.40 | 140.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Manage Change testing for Dalton | 25-May-2010 | 350.00 | 1.30 | 455.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Logical Access walkthrough for Dalton | 26-May-2010 | 350.00 | 1.90 | 665.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Manage Change walkthrough for Dalton | 26-May-2010 | 350.00 | 2.10 | 735.00 | Audit |

Ernst & Young LLP
5/1/2010 – 5/31/2010
Fee Detail

Exhibit A

| Name (ID) | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Completing ITRA GAMx updates for Dalton | 26-May-2010 | 350.00 | 1.30 | 455.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Manage Change testing for Dalton | 26-May-2010 | 350.00 | 1.30 | 455.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Logical Access testing for Dalton | 26-May-2010 | 350.00 | 2.30 | 805.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on IT Operations testing for Dalton | 26-May-2010 | 350.00 | 0.40 | 140.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meeting with C. Monsma regarding Dalton audit | 27-May-2010 | 350.00 | 0.40 | 140.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Logical Access walkthrough for Dalton | 27-May-2010 | 350.00 | 0.90 | 315.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Manage Change walkthrough for Dalton | 27-May-2010 | 350.00 | 1.10 | 385.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on IT Operations walkthrough for Dalton | 27-May-2010 | 350.00 | 0.30 | 105.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Completing ITRA GAMx updates for Dalton | 27-May-2010 | 350.00 | 0.70 | 245.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Manage Change testing for Dalton | 27-May-2010 | 350.00 | 0.70 | 245.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Work on Logical Access testing for Dalton | 27-May-2010 | 350.00 | 0.60 | 210.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Compilation of Dalton ITRA wrapup procedures | 27-May-2010 | 350.00 | 2.10 | 735.00 | Audit |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Analysis of completed Dalton walkthrough and testing work | 27-May-2010 | 350.00 | 1.40 | 490.00 | Audit |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Fee application questions & responses | 03-May-2010 | 545.00 | 0.10 | 54.50 | Fee/Employment Applications |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Analysis of fee application and to-date billing information for M. Hellmer | 03-May-2010 | 615.00 | 1.20 | 738.00 | Fee/Employment Applications |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Tax invoices and related court billing matters | 06-May-2010 | 765.00 | 1.20 | 918.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of April fee application | 06-May-2010 | 190.00 | 1.20 | 228.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of April fee application | 07-May-2010 | 190.00 | 0.10 | 19.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of April fee application | 19-May-2010 | 190.00 | 2.30 | 437.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of April fee application | 20-May-2010 | 190.00 | 4.00 | 760.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of April fee application | 21-May-2010 | 190.00 | 3.10 | 589.00 | Fee/Employment Applications |
| Reed,Stephanie A. (US011975799) | Manager-Grade 2 (322) | Worked with Counsel to coordinate engagement letter for audit engagement. | 24-May-2010 | 400.00 | 2.00 | 800.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of April Fee application information. | 25-May-2010 | 545.00 | 1.00 | 545.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of April Fee application information. | 27-May-2010 | 545.00 | 1.60 | 872.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of April fee application | 27-May-2010 | 190.00 | 0.80 | 152.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of April fee application | 28-May-2010 | 190.00 | 0.20 | 38.00 | Fee/Employment Applications |

Ernst & Young LLP
5/1/2010 - 5/31/2010
Fee Detail

Exhibit A

| Name (ID) | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of MI Notice issue and draft of response | 06-May-2010 | 415.00 | 0.30 | 124.50 | Routine On-Call Advisory |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research, analysis and documentation of Neenah Notice from MI for Dalton Warsaw | 12-May-2010 | 170.00 | 1.90 | 323.00 | Routine On-Call Advisory |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Research and analysis for state notice from Michigan. | 12-May-2010 | 170.00 | 0.50 | 85.00 | Routine On-Call Advisory |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research, analysis and documentation of Neenah Notice from MI for Dalton Warsaw | 13-May-2010 | 170.00 | 0.20 | 34.00 | Routine On-Call Advisory |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research, analysis and documentation of Neenah Notice from MI for Dalton Warsaw | 14-May-2010 | 170.00 | 0.30 | 51.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Finalize response and transmission of Michigan Tax Notice | 26-May-2010 | 415.00 | 0.10 | 41.50 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of A&M subsidiary Pennsylvania tax notice. | 27-May-2010 | 415.00 | 1.10 | 456.50 | Routine On-Call Advisory |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Research and preparation for client meeting regarding bankruptcy tax issues | 21-Apr-2010 | 765.00 | 1.10 | 841.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Drive to and from Neenah to meet with client | 22-Apr-2010 | 382.50 | 1.50 | 573.75 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Meeting with client, K. Boyer, M. Wichman, C. McInerny and D. Kinas regarding post-emergence restructuring for federal and state tax purposes | 22-Apr-2010 | 765.00 | 4.00 | 3,060.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with D. Kinas, C. McInerny, M. Wichman and T. Mitchell to discuss restructuring and models (joined late) | 28-Apr-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with M. Wichman regarding next steps. | 28-Apr-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Client and Debtor's Counsel regarding various tax models | 30-Apr-2010 | 765.00 | 2.00 | 1,530.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Prepare attribute reduction schedules and cash projection workpapers for no liquidation scenario and no liquidation of Dalton or Deeter scenarios | 01-May-2010 | 545.00 | 3.10 | 1,689.50 | Tax Issues: Bankruptcy, Federal & State |
| Boyer,Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Analysis of current status and next steps | 03-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of SALT restructuring issues & plans and draft next steps | 03-May-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Re-run cash tax projections adding back interest expense per the request of Debtor's Counsel | 03-May-2010 | 545.00 | 1.30 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with C. McInerny, M. Wichman, and D. Kinas to discuss and prioritize restructuring steps | 05-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of plan & disclosure stmt and request for employment tax and property tax analysis | 05-May-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Property list to client for zone review | 05-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of employment tax issue | 05-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with C. McInerny, M. M. Wichman, and N. Flagg to discuss and prioritize restructuring steps | 05-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of attribute reduction modeling and status of all work. | 05-May-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with M. Wichman and Creditors' attorneys regarding bankruptcy matters | 05-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with D. Kinas, M. Wichman, and N. Flagg to discuss and prioritize restructuring steps | 05-May-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
5/1/2010 - 5/31/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Electronic request to client regarding owned and leased physical locations | 05-May-2010 | 615.00 | 0.10 | 61.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with R. Liebman and Creditors' attorneys regarding bankruptcy matters | 05-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with D. Kinas, C. McInerny, and N. Flagg to discuss and prioritize restructuring steps | 05-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with Debtor's Counsel to tallk about attribute reduction schedules | 05-May-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Witzigmann, Ryan J (US012703169) | Staff/Assistant-Grade 3 (443) | Updated the Tax Summary spreadsheet and combined multiple analyses | 06-May-2010 | 190.00 | 1.10 | 209.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with M. Wichman & Debtor's Counsel to discuss attribute reduction schedules | 07-May-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with R. Liebman & Debtor's Counsel to discuss attribute reduction schedules | 07-May-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Request tax creditor matrix from Garden City Group | 10-May-2010 | 765.00 | 0.20 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with Debtor's Counsel & M. Wichman to discuss restructuring | 10-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with Debtor's Counsel & R. Liebman to discuss restructuring | 10-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis & notation of claims register of bankruptcy tax claims received from Garden City Group and copy request of claim #211 for $160K | 11-May-2010 | 765.00 | 0.60 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with C. McInerny regarding agenda, etax information and next steps | 11-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman, Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with M. Wichman and Debtor's Counsel regarding additional modeling, plan time line and proposed group restructuring. | 11-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny, Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with N. Flagg regarding agenda, etax information and next steps | 11-May-2010 | 615.00 | 0.30 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with R. Liebman and Debtor's Counsel regarding additional modeling, plan time line and proposed group restructuring. | 11-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Boyer, Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Analysis of structure issues | 12-May-2010 | 765.00 | 0.90 | 688.50 | Tax Issues: Bankruptcy, Federal & State |
| Boyer, Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | Analysis of indirect tax & structure for next steps in summary memo | 12-May-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Modifications to meeting agenda | 12-May-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with M. Hellmer, D. Kinas, C. McInerny, and M. Wichman to coordinate the restructuring | 12-May-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of First Day Orders for property tax pre-petition payments | 12-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Call with N. Flagg, D. Kinas, C. McInerny, and M. Wichman to coordinate the restructuring | 12-May-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of Neenah tax matters related to plan for state and federal restructuring | 12-May-2010 | 765.00 | 1.20 | 918.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with N. Flagg, M. Hellmer, C. McInerny, and M. Wichman to coordinate the restructuring | 12-May-2010 | 545.00 | 0.80 | 436.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of status and items to be completed. | 12-May-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Re-run cash tax projections to discount furtive tax projections and re run liquidation scenario adjusting Net Operating Losses | 12-May-2010 | 545.00 | 3.10 | 1,689.50 | Tax Issues: Bankruptcy, Federal & State |

Exhibit A

Ernst & Young LLP
5/1/2010 - 5/31/2010
Fee Detail

| Name | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|------|-------------|-------------|------|------|-------|--------|----------|
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with N. Flagg, M. Hellmer, D. Kinas, and M. Wichman to coordinate the restructuring | 12-May-2010 | 615.00 | 0.80 | 492.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with N. Flagg, M. Hellmer, D. Kinas, and C. McInerny to coordinate the restructuring | 12-May-2010 | 765.00 | 0.80 | 612.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of tax creditor log received from Garden City Group, store Neenah credential for claims register and update tax claim log | 13-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Discussion with C. McInerny regarding Neenah tax matters related to plan for state and federal restructuring | 13-May-2010 | 765.00 | 1.00 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Meeting with M. Wichman to discuss discounted rate of cash projections and update models reflecting reduced Net Operating Losses | 13-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Discussion with M. Hellmer regarding Neenah tax matters related to plan for state and federal restructuring | 13-May-2010 | 615.00 | 1.00 | 615.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Meeting with B. Korbutt to discuss discounted rate of cash projections and update models reflecting reduced Net Operating Losses | 13-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of owned vs leased location above the line expense analysis for client | 14-May-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Witzigmann,Ryan J (US012703169) | Staff/Assistant-Grade 3 (443) | Calculating the Leased Property's Tax Liability. | 14-May-2010 | 190.00 | 4.00 | 760.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Analysis of SALT restructuring matters | 17-May-2010 | 765.00 | 3.00 | 2,295.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Discuss revised model with M. Wichman | 17-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Discuss revised model with R. Liebman | 17-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Meeting with CFO, Controller, and M. Wichman to discuss all onging tax matters at Neenah including restructuring, credits & incentives, and property tax matters | 18-May-2010 | 765.00 | 2.00 | 1,530.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Meeting with CFO, Controller, and M. Hellmer to discuss all onging tax matters at Neenah including restructuring, credits & incentives, and property tax matters | 18-May-2010 | 765.00 | 2.00 | 1,530.00 | Tax Issues: Bankruptcy, Federal & State |
| Witzigmann,Ryan J (US012703169) | Staff/Assistant-Grade 3 (443) | Analysis and documentation of the leased and owned properties for each entity | 18-May-2010 | 190.00 | 2.00 | 380.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with C. McInerny and M. Wichman regarding bankruptcy reporganization | 19-May-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with T. Mitchell, K. Vellenga, D. Wagner, and M. Wichman regarding SALT restructuring and bankruptcy pull-thru | 19-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Discussion with D. Wagner regarding DE reincorp and dalton entity liquidation | 19-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with M. Wichman regarding additional modeling, plan time line and proposed group restructuring. | 19-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| McInerny,Carol A (US010580645) | Senior Manager-Grade 4 (214) | Call with N. Flagg and M. Wichman regarding bankruptcy reporganization | 19-May-2010 | 615.00 | 0.40 | 246.00 | Tax Issues: Bankruptcy, Federal & State |
| Mitchell,Traci R. (US011239755) | Senior Manager-Grade 4 (214) | Call with N. Flagg, K. Vellenga, D. Wagner, and M. Wichman regarding SALT restructuring and bankruptcy pull-thru | 19-May-2010 | 615.00 | 0.50 | 307.50 | Tax Issues: Bankruptcy, Federal & State |
| Vellenga,Kimberley (US012569212) | Manager-Grade 4 (324) | Call with N. Flagg, T. Mitchell, D. Wagner, and M. Wichman regarding SALT restructuring and bankruptcy pull-thru | 19-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Call with N. Flagg, T. Mitchell, K. Vellenga, and M. Wichman regarding SALT restructuring and bankruptcy pull-thru | 19-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Discussion with N. Flagg regarding DE reincorp and dalton entity liquidation | 19-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
5/1/2010 - 5/31/2010
Fee Detail

Exhibit A

| Name (ID) | Title-Grade | Description | Date | Rate | Hours | Amount | Matter |
|---|---|---|---|---|---|---|---|
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Research and analysis of state restructuring issues | 19-May-2010 | 545.00 | 2.50 | 1,362.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with R. Liebman regarding additional modeling, plan time line and proposed group restructuring. | 19-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with N. Flagg and C. McInerny regarding bankruptcy reporganization | 19-May-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with N. Flagg, T. Mitchell, K. Vellenga, and D. Wagner regarding SALT restructuring and bankrutpcy pull-thru | 19-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Discussion with D. Wagner on state restructuring and various questions. | 20-May-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Vellenga,Kimberley (US012569212) | Manager-Grade 4 (324) | Research and analysis of state restructuring issues | 20-May-2010 | 545.00 | 1.40 | 763.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Discussion with D. Kinas on state restructuring and various questions. | 20-May-2010 | 545.00 | 0.30 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Research and analysis of state restructuring issues | 20-May-2010 | 545.00 | 6.50 | 3,542.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Call with Debtor's Counsel to discuss updated plan and discussion of certain elections | 21-May-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Re-run models to incorporate Section 108(i) elections on certain traunches of debt | 21-May-2010 | 545.00 | 2.70 | 1,471.50 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Call with M. Wichman and Debtor's Counsel regarding additional modeling, plan time line and proposed group restructuring. | 21-May-2010 | 765.00 | 1.70 | 1,300.50 | Tax Issues: Bankruptcy, Federal & State |
| Vellenga,Kimberley (US012569212) | Manager-Grade 4 (324) | Research and analysis of state restructuring issues | 21-May-2010 | 545.00 | 3.50 | 1,907.50 | Tax Issues: Bankruptcy, Federal & State |
| Vellenga,Kimberley (US012569212) | Manager-Grade 4 (324) | Call with D. Wagner to discuss next steps for SALT restructuring | 21-May-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Call with K. Vellenga to discuss next steps for SALT restructuring | 21-May-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with R. Liebman and Debtor's Counsel regarding additional modeling, plan time line and proposed group restructuring. | 21-May-2010 | 765.00 | 1.70 | 1,300.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Run Neenah attribute reduction models for 108(i) elections | 22-May-2010 | 545.00 | 1.40 | 763.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Run Neenah attribute reduction models for 108(i) elections for three different scenarios for each traunch of debt | 24-May-2010 | 545.00 | 2.70 | 1,471.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Draft and transmit employment tax update to team | 25-May-2010 | 765.00 | 0.30 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis and transmittal of employment tax information received from B. Gitter, Neenah | 25-May-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of status of various Neenah items and transition of work. | 25-May-2010 | 545.00 | 0.90 | 490.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Make revisions to Section 108(i) models and prepare models with Section 108(b)(5) elections for three separate secenarios | 25-May-2010 | 545.00 | 7.00 | 3,815.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with M. Wichman and D. Kinas to discuss and prioritize restructuring steps | 26-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic communication to B. Gitter, Neenah, regarding property tax analysis | 26-May-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Draft etax summary of data received to date | 26-May-2010 | 765.00 | 0.90 | 688.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Conversation with M. Wichman regarding restructuring issues related to LLC conversion | 26-May-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
5/1/2010 - 5/31/2010
Fee Detail

Exhibit A

| Name (ID) | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Research and analysis of interest expense, income projections, interest expense and other information on employment tax items | 26-May-2010 | 545.00 | 0.20 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with K. Vellenga and D. Wagner to discuss status, information needed and next steps. | 26-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with M. Wichman and N. Flagg to discuss and prioritize restructuring steps | 26-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Prepare summary of cash taxes for all models | 26-May-2010 | 545.00 | 2.50 | 1,362.50 | Tax Issues: Bankruptcy, Federal & State |
| Vellenga,Kimberley (US012569212) | Manager-Grade 4 (324) | Call with K. Vellenga and D. Wagner to discuss status, information needed and next steps. | 26-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Call with K. Vellenga and D. Kinas to discuss status, information needed and next steps. | 26-May-2010 | 545.00 | 0.50 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Conversation with M. Hellmer regarding restructuring issues related to LLC conversion | 26-May-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with D. Kinas and N. Flagg to discuss and prioritize restructuring steps | 26-May-2010 | 765.00 | 0.50 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Conversation with M. Wichman regarding restructuring issues related to LLC conversion & other options and bankruptcy billing | 27-May-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Research and analysis of interest expense, income projections, interest expense and other information on employment tax items | 27-May-2010 | 545.00 | 1.00 | 545.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Conversation with M. Hellmer regarding restructuring issues related to LLC conversion & other options and bankruptcy billing | 27-May-2010 | 765.00 | 1.50 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Wlodychak,Steven N. (US011875969) | Partner/Principal-Grade 1 (111) | Analysis of COD income computations. | 27-May-2010 | 765.00 | 0.70 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of incentive information | 28-May-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic update to K. Boyer on SALT project status and next steps | 28-May-2010 | 765.00 | 0.40 | 306.00 | Tax Issues: Bankruptcy, Federal & State |

209.90   107,179.47