# **Exhibit B**

Ernst & Young LLP
5/1/2010 - 5/31/2010
Expense Detail

Exhibit B

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | overtime parking | 01-May-2010 | 18.00 | Local Transportation - Parking |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | overtime parking | 25-May-2010 | 18.00 | Local Transportation - Parking |
| Boyer,Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | To Wisconsin for Neenah project | 21-Apr-2010 | 22.67 | Out of Town Travel - Dinner |
| Boyer,Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | To Wisconsin for Neenah project | 21-Apr-2010 | 166.49 | Out of Town Travel - Lodging |
| Boyer,Kevin R. (US011346003) | Partner/Principal-Grade 1 (111) | To Wisconsin for Neenah project | 21-Apr-2010 | 10.00 | Out of Town Travel - Parking |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | overtime meal (lunch) | 01-May-2010 | 18.00 | Overtime Meal: Txl M&T |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | overtime meal (lunch) | 25-May-2010 | 10.00 | Overtime Meal: Txl M&T |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Client certified mailing of tax notice response | 23-Apr-2010 | 5.54 | Postage |
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Printing of audit committee planning booklet | 07-May-2010 | 119.70 | Printing |
| | | | | 388.40 | |