**Exhibit B**
**Neenah Expense Details for the Period of May 1, 2010 through May 31, 2010**

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/3/2010 | Fernando Pena-Alfaro | Airfare | Travel on 05/05/2010 and 05/07/2010: IAH-Appleton, WI | 730.45 |
| 5/8/2010 | Fernando Pena-Alfaro | Airfare | Travel on 05/10/2010: IAH-Appleton, WI | 358.99 |
| 5/8/2010 | Richard D. Caruso | Airfare | Roundtrip airfare for trip to Neenah: PIT-ATW-PIT 05/11/2010 to 05/12/2010 | 414.30 |
| 5/11/2010 | Fernando Pena-Alfaro | Airfare | Travel on 05/12/2010: ATW-IAH | 360.48 |
| 5/14/2010 | Richard D. Caruso | Airfare | Roundtrip tickets for trip to Neenah: Midwest: residence-Neenah-residence 05/17/2010 to 05/18/2010 | 907.80 |
| 5/16/2010 | Fernando Pena-Alfaro | Airfare | Travel on 05/18/2010 and 05/20/2010: IAH-Appleton, WI | 724.16 |
| 5/24/2010 | Richard D. Caruso | Airfare | Airfare for flight from Neenah to Pittsburgh: : ATW-PIT 06/04/2010 to 06/04/2010. | 345.90 |
| 5/24/2010 | Richard D. Caruso | Airfare | Airfare for Delta flight from Pittsburgh to Neenah: Delta: PIT-ATW 06/01/2010 to 06/01/2010. | 220.40 |
| 5/19/2010 | Chicago Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - Global Crossing Telecommunications Inc | 169.85 |
| 5/5/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Cab: residence to airport | 72.00 |
| 5/5/2010 | Fernando Pena-Alfaro | Ground Transportation | Appleton Taxi: airport to Neenah Foundry | 25.00 |
| 5/7/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Cab: airport to residence | 74.00 |
| 5/10/2010 | Fernando Pena-Alfaro | Ground Transportation | Executive Taxi: residence to airport | 73.00 |
| 5/11/2010 | Richard D. Caruso | Ground Transportation | Cab from Appleton Airport to Neenah Foundry: Appleton Cab: ATW/Neenah Foundry | 30.00 |
| 5/12/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Cab: airport to residence | 72.00 |
| 5/18/2010 | Fernando Pena-Alfaro | Ground Transportation | Executive Cab: Home to airport | 69.00 |
| 5/20/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Cab: Airport Home | 72.00 |
| 5/5/2010 | Brent Johnson | Hotel/Lodging | Lodging while on out-of-town client.: Best Western: Neenah 05/03/2010 to 05/05/2010. | 184.70 |
| 5/6/2010 | Fernando Pena-Alfaro | Hotel/Lodging | Best Western: Neenah 05/05/2010 to 05/06/2010. | 81.35 |
| 5/7/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 5.00 |
| 5/7/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: Best Western Bridgewood Resort: Neenah, WI 05/05/2010 to 05/13/2010 | 184.70 |
| 5/7/2010 | Fernando Pena-Alfaro | Hotel/Lodging | Hyatt: Chicago 05/06/2010 to 05/07/2010. | 181.42 |
| 5/7/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah 05/05/2010 to 05/07/2010. | 184.70 |
| 5/12/2010 | Fernando Pena-Alfaro | Hotel/Lodging | Holiday Inn: Neenah 05/10/2010 to 05/12/2010. | 219.90 |
| 5/12/2010 | Richard D. Caruso | Hotel/Lodging | Hotel during visit to Neenah: Holiday Inn: Neenah 05/11/2010 to 05/12/2010. | 125.40 |
| 5/13/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Holiday Inn Neenah Riverwalk: Neenah, WI | 10.00 |
| 5/13/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: Holiday Inn Neenah Riverwalk: Neenah, WI 05/10/2010 | 310.20 |
| 5/13/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Holiday Inn: Neenah 05/10/2010 to 05/13/2010. | 310.20 |
| 5/14/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on out-of-town client: Holiday Inn: Neenah 05/11/2010 to 05/14/2010. | 310.20 |
| 5/18/2010 | Richard D. Caruso | Hotel/Lodging | Hotel for trip to Neenah: Holiday Inn: Neenah 05/17/2010 to 05/18/2010. | 103.40 |
| 5/20/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on out-of-town engagement.: Holiday Inn: Neenah 05/17/2010 to 05/20/2010. | 310.20 |
| 5/20/2010 | Fernando Pena-Alfaro | Hotel/Lodging | Lodging for client site work: Holiday Inn: Neenah 05/18/2010 to 05/20/2010. | 206.80 |
| 5/20/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Holiday Inn: Neenah 05/18/2010 to 05/20/2010. | 206.80 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/21/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Holiday Inn Neenah: Neenah, WI | 10.00 |
| 5/26/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: Holiday Inn Neenah: Neenah, WI 05/18/2010 to 05/21/2010. | 310.20 |
| 5/27/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on out-of-town engagement.: Best Western: Neenah 05/24/2010 to 05/27/2010. | 273.90 |
| 5/27/2010 | Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah 05/24/2010 to 05/27/2010. | 273.90 |
| 5/28/2010 | Brett Anderson | Hotel/Lodging | Lodging during work week: Best Western Bridgewood: Neenah, WI 05/25/2010 to 05/28/2010. | 273.90 |
| 5/28/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood: Neenah, WI | 10.00 |
| 5/3/2010 | Brent Johnson | Meals | Lunch while working on out-of-town client: Zuppa's: Neenah | 13.76 |
| 5/3/2010 | Brent Johnson | Meals | Breakfast while en route to Neenah, WI: McDonald's: Thorp | 6.12 |
| 5/3/2010 | Brent Johnson | Meals | Dinner while working on out-of-town client: Chipotle: Grand Chute | 10.34 |
| 5/4/2010 | Brent Johnson | Meals | Lunch while working on out-of-town client: Zuppa's: Neenah | 10.92 |
| 5/4/2010 | Brent Johnson | Meals | Dinner while working on out-of-town client: Cannova's: Neenah Attendees: Brent Johnson, Dale Parker, Keith Sher | 148.00 |
| 5/5/2010 | Brent Johnson | Meals | Dinner while en route residence from Neenah, WI.: Burger King: Waupaca | 6.71 |
| 5/5/2010 | Brett Anderson | Meals | Travel dinner: Ground Round Grill, Neenah, WI. | 16.95 |
| 5/5/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppas: Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Fernando Pena-Alfaro, Omer F. Ozgozukara | 39.86 |
| 5/5/2010 | Brett Anderson | Meals | Breakfast at Starbucks while en route from residence to Neenah, WI. | 6.52 |
| 5/5/2010 | Fernando Pena-Alfaro | Meals | Travel dinner for Huron team: Zacatecas Restaurant: Neenah; Attendees: Fernando Pena-Alfaro, Omer F. Ozgozukara | 52.99 |
| 5/5/2010 | Fernando Pena-Alfaro | Meals | Dinner: Chili's to Go: Chicago | 14.25 |
| 5/5/2010 | Omer F. Ozgozukara | Meals | Travel breakfast: Starbucks: Itasca, IL | 8.14 |
| 5/5/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Solea: Neenah, WI | 10.00 |
| 5/6/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbucks, Neenah, WI; Attendees: Brett Anderson, Fernando Pena-Alfaro, Omer F. Ozgozukara | 7.72 |
| 5/6/2010 | Brett Anderson | Meals | Travel dinner: Cannova's Pizzeria, Neenah, WI | 29.10 |
| 5/6/2010 | Fernando Pena-Alfaro | Meals | Travel lunch for Huron team: Zuppas: Neenah Attendees: Fernando Pena-Alfaro, Omer F. Ozgozukara, Brett Anderson | 29.40 |
| 5/6/2010 | Fernando Pena-Alfaro | Meals | Breakfast: Perks Coffee, Hyatt Regency: Chicago | 12.24 |
| 5/6/2010 | Fernando Pena-Alfaro | Meals | Lunch: Creative Crossa: ATW Airport | 8.28 |
| 5/6/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Zacatecas: Neenah, WI | 21.75 |
| 5/6/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Copps: Neenah, WI | 20.76 |
| 5/7/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbucks, Neenah, WI; Attendees: Brett Anderson, Omer F. Ozgozukara | 5.67 |
| 5/7/2010 | Fernando Pena-Alfaro | Meals | Breakfast: Starbucks, Chicago O'Hare Airport | 13.42 |
| 5/7/2010 | Omer F. Ozgozukara | Meals | Travel dinner: La Hacienda: Itasca, IL | 20.25 |
| 5/7/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Zuppas: Neenah, WI | 11.96 |
| 5/10/2010 | Brett Anderson | Meals | Breakfast at Starbucks while en route from residence to Neenah, WI. | 6.52 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/10/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Zacateca's Neenah, WI; Attendees: Brett Anderson, Fernando Pena-Alfaro, Omer F. Ozgozukara | 86.72 |
| 5/10/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppas: Neenah; Attendees: Brett Anderson, Fernando Pena-Alfaro, Omer F. Ozgozukara | 29.86 |
| 5/10/2010 | Fernando Pena-Alfaro | Meals | Dinner: Sky Box: Chicago | 11.40 |
| 5/10/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Zuppas: Neenah, WI | 10.00 |
| 5/10/2010 | Omer F. Ozgozukara | Meals | Travel breakfast: Starbucks: Itasca, IL | 9.71 |
| 5/11/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI.: McDonald's: Thorp | 6.55 |
| 5/11/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Neenah, WI; Attendees: Omer F. Ozgozukara, Brett Anderson, Fernando Pena-Alfaro | 8.56 |
| 5/11/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Holiday Inn Fan Club: Neenah, WI; Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso, Fernando Pena-Alfaro | 114.87 |
| 5/11/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Zuppas: Neenah, WI; Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso, Fernando Pena-Alfaro | 72.42 |
| 5/12/2010 | Brent Johnson | Meals | Breakfast for engagement team.: McDonald's: Neenah Attendees: Brent Johnson, Richard D. Caruso, Fernando Pena-Alfaro, Omer F. Ozgozukara, Brett Anderson | 15.89 |
| 5/12/2010 | Brent Johnson | Meals | Working lunch for engagement team.: Chipotle: Grand Chute Attendees: Brent Johnson, Fernando Pena-Alfaro, Omer F. Ozgozukara, Brett Anderson | 26.20 |
| 5/12/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Nakashima of Japan: Appleton, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 115.04 |
| 5/12/2010 | Fernando Pena-Alfaro | Meals | Dinner; Mediterranean Grill: Detroit | 14.57 |
| 5/12/2010 | Richard D. Caruso | Meals | Lunch at Appleton Airport during return trip from Neenah: Creative Crossa: Appleton | 14.28 |
| 5/13/2010 | Brent Johnson | Meals | Dinner while working on out-of-town client: Cannova: Neenah | 40.55 |
| 5/13/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbucks: Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 10.29 |
| 5/13/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 30.92 |
| 5/13/2010 | Omer F. Ozgozukara | Meals | Travel dinner: TGI Friday's: Gurnee, IL | 21.35 |
| 5/14/2010 | Brent Johnson | Meals | Dinner while en route residence from Neenah, WI.: McDonald's: Mosinee | 6.89 |
| 5/14/2010 | Brent Johnson | Meals | Working lunch while on out-of-town client.: Zuppas: Neenah | 13.76 |
| 5/14/2010 | Brent Johnson | Meals | Breakfast while working on out-of-town client: McDonald's: Neenah | 6.44 |
| 5/17/2010 | Brent Johnson | Meals | Working dinner while on out-of-town engagement.: El Azteca: Neenah, WI; Attendees: Brent Johnson, Richard D. Caruso | 24.00 |
| 5/17/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI.: McDonald's: Menomonie | 6.22 |
| 5/17/2010 | Brent Johnson | Meals | Working lunch while on out-of-town engagement.: Chipotle: Grand Chute Attendees: Brent Johnson, Richard D. Caruso | 17.54 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/18/2010 | Brent Johnson | Meals | Breakfast while on out-of-town engagement.: McDonald's: Neenah Attendees: Brent Johnson, Richard D. Caruso | 9.41 |
| 5/18/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Nakashima of Japan, Appleton, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara, Fernando Pena-Alfaro | 172.50 |
| 5/18/2010 | Brett Anderson | Meals | Breakfast at Starbucks while en route from residence to Neenah, WI. | 6.52 |
| 5/18/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara, Fernando Pena-Alfaro | 49.77 |
| 5/18/2010 | Fernando Pena-Alfaro | Meals | Travel meal: Chilis to go: Chicago | 10.45 |
| 5/18/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Itasca, IL | 9.14 |
| 5/18/2010 | Richard D. Caruso | Meals | Dinner at Airport: Legenda: Milwaukee | 20.57 |
| 5/19/2010 | Brent Johnson | Meals | Breakfast while on out-of-town engagement.: Starbuck's: Neenah Attendees: Brent Johnson, Brett Anderson | 7.70 |
| 5/19/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 41.42 |
| 5/19/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Zacateca's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara, Fernando Pena-Alfaro | 133.03 |
| 5/19/2010 | Omer F. Ozgozukara | Meals | Breakfast: McDonald's: Neenah Attendees: Omer F. Ozgozukara, Fernando Pena- Alfaro | 16.80 |
| 5/20/2010 | Brent Johnson | Meals | Working dinner at McDonald's while en route from Neenah, WI to residence. | 6.24 |
| 5/20/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI; Attendees: Brett Anderson, Bob Gitter, Brent Johnson, Omer F. Ozgozukara, Fernando Pena-Alfaro | 52.44 |
| 5/20/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbucks: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 7.70 |
| 5/20/2010 | Brett Anderson | Meals | Travel dinner: Cannova's: Neenah, WI | 37.40 |
| 5/20/2010 | Fernando Pena-Alfaro | Meals | Travel meal: Einstein: Minneapolis | 14.57 |
| 5/20/2010 | Omer F. Ozgozukara | Meals | Breakfast: McDonald's: Neenah Attendees: Omer F. Ozgozukara, Fernando Pena- Alfaro | 7.74 |
| 5/20/2010 | Omer F. Ozgozukara | Meals | Travel dinner: TGI Friday's: Gurnee | 18.67 |
| 5/21/2010 | Brett Anderson | Meals | Breakfast: Starbucks: Neenah, WI | 4.04 |
| 5/21/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI | 10.06 |
| 5/24/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI.: Burger King: Eau Claire | 6.67 |
| 5/24/2010 | Brent Johnson | Meals | Working dinner while on out-of-town engagement.: Cy's: Neenah Attendees: Brent Johnson, Omer F. Ozgozukara | 58.75 |
| 5/24/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Itasca | 10.57 |
| 5/24/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Zuppas: Neenah Attendees: Omer F. Ozgozukara, Brent Johnson | 22.95 |
| 5/25/2010 | Brent Johnson | Meals | Breakfast while on out-of-town engagement.: Starbucks: Neenah Attendees: Brent Johnson, Omer F. Ozgozukara | 6.51 |
| 5/25/2010 | Brett Anderson | Meals | Breakfast at Starbucks while en route from residence to Neenah, WI. | 6.52 |
| 5/25/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Zacateca's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 61.29 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/25/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Zuppas: Neenah Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 38.02 |
| 5/26/2010 | Brent Johnson | Meals | Breakfast while on out-of-town engagement.: Starbucks: Neenah Attendees: Brent Johnson, Omer F. Ozgozukara, Brett Anderson | 8.56 |
| 5/26/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 24.83 |
| 5/26/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Cannova's: Neenah Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 101.85 |
| 5/26/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Copps: Neenah | 17.04 |
| 5/27/2010 | Brent Johnson | Meals | Dinner while en route home from Neenah, WI.: McDonald's: Marathon | 7.18 |
| 5/27/2010 | Brent Johnson | Meals | Breakfast while on out-of-town engagement.: Starbucks: Neenah Attendees: Brent Johnson, Omer F. Ozgozukara, Brett Anderson | 8.56 |
| 5/27/2010 | Brett Anderson | Meals | Travel dinner: Cy's Asian Bistro: Neenah, WI | 14.65 |
| 5/27/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Omer F. Ozgozukara | 29.66 |
| 5/27/2010 | Omer F. Ozgozukara | Meals | Travel dinner: TGI Friday's: Gurnee | 19.54 |
| 5/28/2010 | Brett Anderson | Meals | Breakfast: Starbucks: Neenah, WI | 2.05 |
| 5/28/2010 | Brett Anderson | Meals | Travel lunch: Wendy's: Germantown, WI | 4.32 |
| 5/5/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Neenah and various trips in Neenah. | 124.00 |
| 5/6/2010 | Omer F. Ozgozukara | Mileage | Travel from Appleton to Neenah: Appleton/Neenah 05/06/2010 to 05/06/2010. | 8.00 |
| 5/6/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah to Appleton: Neenah/Appleton 05/06/2010 to 05/06/2010. | 8.00 |
| 5/7/2010 | Brett Anderson | Mileage | Round trip mileage from Chicago, IL to Neenah, WI: Chicago, IL to Neenah, WI 05/05/2010 to 05/07/2010 | 185.00 |
| 5/7/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL. | 121.00 |
| 5/10/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Appleton, WI. | 8.00 |
| 5/10/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Neenah, WI. | 120.00 |
| 5/10/2010 | Omer F. Ozgozukara | Mileage | Travel from Appleton, WI to Neenah, WI. | 13.00 |
| 5/11/2010 | Omer F. Ozgozukara | Mileage | Travel from hotel to the client site and back to the hotel: Hotel/Foundry. | 5.00 |
| 5/11/2010 | Richard D. Caruso | Mileage | Mileage to airport for trip to Neenah, WI.: residence-airport. | 15.00 |
| 5/12/2010 | Richard D. Caruso | Mileage | Mileage from airport to residence following trip to Neenah, WI: airport-residence. | 15.00 |
| 5/13/2010 | Brett Anderson | Mileage | Round trip mileage from Chicago, IL to Neenah, WI: Chicago, IL to Neenah, WI 05/10/2010 to 05/13/2010 | 185.00 |
| 5/13/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL. | 120.00 |
| 5/18/2010 | Brett Anderson | Mileage | Roundtrip mileage: Chicago, IL to Neenah, WI 05/18/2010 to 05/21/2010. | 185.00 |
| 5/18/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Appleton Airport and from Appleton Airport to Neenah. | 132.00 |
| 5/18/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Appleton, WI and from Appleton, WI to the hotel. | 12.00 |
| 5/18/2010 | Richard D. Caruso | Mileage | Roundtrip mileage from home to airport and return for trip to Neenah: Home-Airport-Home 05/17/2010 to 05/18/2010. | 30.00 |
| 5/19/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Appleton, WI. | 12.00 |
| 5/20/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL. | 121.00 |
| 5/24/2010 | Omer F. Ozgozukara | Mileage | Travel from Roselle, IL to Neenah, WI. | 121.00 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/25/2010 | Brett Anderson | Mileage | Roundtrip mileage: Chicago, IL to Neenah, WI 05/25/2010 to 05/28/2010. | 185.00 |
| 5/27/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Roselle, IL. | 121.00 |
| 5/5/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, WI: Highway tolls. | 4.50 |
| 5/7/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls. | 4.50 |
| 5/10/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, WI: Highway tolls. | 4.50 |
| 5/12/2010 | Richard D. Caruso | Parking & Tolls | Airport parking at PIT during Neenah trip from 05/11/2010 to 05/12/2010. | 42.00 |
| 5/13/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls. | 4.50 |
| 5/18/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Appleton Airport and from Appleton Airport to Neenah, WI.: Highway tolls. | 4.50 |
| 5/18/2010 | Richard D. Caruso | Parking & Tolls | Airport parking for trip to Neenah: Airport Parking: PIT 05/17/2010 to 05/18/2010. | 42.00 |
| 5/20/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls. | 4.50 |
| 5/24/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, WI: Highway tolls. | 4.50 |
| 5/27/2010 | Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls. | 4.50 |
| 5/3/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route to Neenah, WI: Ace Oil: Thorp. | 31.40 |
| 5/5/2010 | Brent Johnson | Rental Car | Monthly rental car charge for period April 5, 2010 through May 5, 2010.: Enterprise Rent-a-car: Eagan 04/05/2010 to 05/05/2010 | 1,429.05 |
| 5/5/2010 | Brent Johnson | Rental Car | Fuel fill up while en route to residence from Neenah, WI.: Ace Oil: Thorp. | 58.15 |
| 5/11/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from residence to Neenah, WI: Ace Oil: Thorp 05/11/2010 to 05/11/2010. | 44.95 |
| 5/14/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route to residence from Neenah, WI.: Shell: Mosinee 05/14/2010 to 05/14/2010. | 57.15 |
| 5/17/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route from residence to Neenah, WI. | 56.20 |
| 5/20/2010 | Brent Johnson | Rental Car | Fuel fill-up while en route from Neenah, WI to residence. | 48.60 |
| 5/24/2010 | Brent Johnson | Rental Car | Fuel fill-up while en route from residence to Neenah, WI. | 37.55 |
| 5/27/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car while en route home from Neenah, WI. | 52.75 |
| 5/27/2010 | Brent Johnson | Rental Car | Fuel fill up for rental car in order to turn in car. | 23.10 |
| 5/28/2010 | Brent Johnson | Rental Car | Monthly rental car charge.: Enterprise: Eagan 05/05/2010 to 05/28/2010. | 1,292.51 |

Total Expenses     16,234.96