UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Paul V. Kinealy, being duly sworn, depose and state:

1.    I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.    On June 25, 2010, at the direction of Sidley Austin LLP ("Sidley") and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the Affected Parties as set forth on the service list annexed hereto as Exhibit A:

- Notice of Amendments to Schedules of Assets and Liabilities [Docket No. 575]; and

- [Customized] Proof of Claim Form.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

3.  On June 25, 2010, also at the direction of Sidley and Young Conaway, I caused a true and correct copy of the following document to be served by overnight delivery on the Master Service List parties as set forth on the service list annexed hereto as Exhibit B:

- Notice of Filing of Plan Supplement [Docket No. 578].

Paul V. Kinealy

Sworn to before me this 28th day of June, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

| | |
|---|---|
| A. FINKL & SONS<br>PO BOX 92576<br>CHICAGO, IL 60675 | ACCESS POINT, INC<br>1100 CRESCENT GREEN SUITE 109<br>CARY, NC 27518 |
| AECOM<br>1178 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | AECOM<br>DEPT CH 10285<br>PALATINE, IL 60055-0285 |
| AFS NORTHEAST INDIANA CHAPTER<br>C/O LANCE AGNESS, TREASURER<br>P.O. BOX 398<br>WABASH, IN 46992 | ALLIANCE INDUSTRIES INC<br>N2467 VAUGHAN RD<br>WAUPACA, WI 54981 |
| APL INC<br>c/o CLAIMS RECOVERY GROUP LLC<br>92 UNION AVE.<br>CRESSKILL, NJ 07626 | ASBURY ENVIRONMENTAL SERVICES<br>9302 S GARFIELD AVE<br>SOUTHGATE, CA 90280 |
| AUTOMOTIVE TOP & TRIM<br>706 MAIN STREET<br>NEENAH, WI 54956 | BEST WESTERN BRIDGEWOOD<br>RESORT HOTEL<br>1000 CAMERON WAY<br>NEENAH, WI 54956 |
| BOWNE OF CHICAGO<br>75 REMITTANCE DRIVE<br>SUITE 6495<br>CHICAGO, IL 60675-6495 | BRABAZON PUMPE & COMPRESSOR<br>c/o ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 |
| BUILDING OHIO MAGAZINE<br>1755 NORTHWEST BLVD<br>COLUMBUS, OH 43212 | CALHOUN FOREST PRODUCTS LLC<br>9543 S. STATE ROAD 13<br>CLAYPOOL, IN 46510 |
| CENTENNIAL WIRELESS<br>PO BOX 9001094<br>LOUISVILLE, KY 40290-1094 | CITY OF NEENAH<br>211 WALNUT STREET<br>PO BOX 426<br>NEENAH, WI 54957-0426 |
| CITY OF NEENAH<br>FINANCE DEPARTMENT<br>PO BOX 426<br>NEENAH, WI 54957-0426 | CON-WAY TRANSPORTATN SERV<br>PO BOX 5160<br>PORTLAND, OR 97208-5160 |
| DALE PARKER<br>2121 BROOKS AVE<br>NEENAH, WI 54957 | DAYTON FREIGHT LINES INC<br>PO BOX 340<br>VANDALIA, OH 45377 |

| | |
|---|---|
| DE PERE FOUNDRY INC<br>PO BOX 5097<br>DE PERE, WI 54115-5097 | ELYRIA PLATING CORPORATION<br>118 OLIVE STREET<br>ELYRIA, OH 44035 |
| EMPLOYER EMPLOYEE SERVICES INC<br>435 MAIN STREET SUITE 210<br>PO BOX 274<br>SAEGERTOWN, PA 16433 | ESCAMILLA JANITORIAL SERVICES<br>PO BOX 20562<br>PHOENIX,, AZ 85036 |
| EXTOL INTERNATIONAL INC<br>PO BOX 1010<br>POTTSVILLE, PA 17901-7010 | FARMERS & MERCHANTS STATE BANK<br>300 S DEFIANCE<br>STRYKER, OH 43557 |
| FORT DEARBORN LIFE INSURANCE<br>36788 EAGLE WAY<br>CHICAGO, IL 60678 | FOX TIRE CO INC<br>1164 VALLEY RD<br>MENASHA, WI 54952 |
| GILLIS TRUCKING<br>5611 24 1/2 MILE RD<br>HOMER, MI 49245 | HAFEMEISTER MACHINE CORP<br>PO BOX 1048<br>NEENAH, WI 54957-1048 |
| HAYDEN RENTAL & POWER EQUIP.<br>1320 W NORTH<br>KENDALLVILLE, IN 46755 | HOUSTON GROUP<br>2 GEORGE ST<br>NEW CASTLE, PA 16101 |
| HYDRO POWER INC<br>PO BOX 73278<br>CLEVELAND, OH 44193 | INDUCTION PROFESSIONALS LLC<br>1058 OHIO WORKS DRIVE<br>YOUNGSTOWN, OH 44510 |
| INDUSTRIAL DISTRIBUTN GRP<br>c/o LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | INTRALINKS INC<br>PO BOX 414476<br>BOSTON, MA 02241-0447 |
| KAMAN INDUSTRIAL TECHNOLOGIES<br>PO BOX 74566<br>CHICAGO, IL 60690 | LEGAL DEPARTMENT PLLC<br>111 ROYAL AVENUE<br>ROYAL OAK, MI 48073 |
| LIBERTY MUTUAL<br>P.O. BOX 7247-6025<br>PHILADELPHIA, PA 19170-6025 | MANUFACTURERS NEWS INC<br>1633 CENTRAL STREET<br>EVANSTON, IL 60201-0156 |

| | |
|---|---|
| MARK I LURIE INC<br>222 LAKEVIEW AVENUE<br>SUITE 160 PMB 271<br>WEST PALM BEACH, FL 33401-6101 | MAUMEE HOSE & BELTING COMPANY<br>720 ILLINOIS AVENUE, SUITE H<br>MAUMEE, OH 43537 |
| MAWA<br>18160 ROGERS FERRY ROAD<br>MEADVILLE, PA 16335 | MEDSTAT, LLC<br>1500 PROVIDENT DRIVE, SUITE A<br>WARSAW, IN 46580 |
| MERCER BOROUGH SEWER RENTAL<br>PO BOX 69<br>MERCER, PA 16137 | MIDWAY TRUCK SERVICE<br>PO BOX J<br>BETHEL, PA 19507-0010 |
| NEFF ENGINEERING CO, INC<br>DEPARTMENT 6081<br>CAROL STREAM, IL 60122-6081 | NM NATIONWIDE INC<br>630 MUTTART ROAD<br>NEENAH, WI 54956 |
| NOVACAST USA INC<br>150 N MICHIGAN AVE<br>SUITE 1950<br>CHICAGO, IL 60601-7550 | OLSON ASSOCIATES<br>1111 LINCOLN MALL<br>PO BOX 84608<br>LINCOLN, NE 68501-4608 |
| OTP INDUSTRIAL SOLUTIONS<br>P.O. BOX 73278<br>CLEVELAND, OH 44193 | PAYMENT CENTER<br>CITY OF ROCKFORD<br>PO BOX 1221<br>ROCKFORD, IL 61105-1221 |
| POWELL SANITATION & CONST.<br>18536 CUSSEWAGO ROAD<br>MEADVILLE, PA 16335 | PR NEWSWIRE ASSOCIATION LLC<br>GPO BOX 5897<br>NEW YORK, NY 10087-0589 |
| PROGRESSIVE MECHANICL INC<br>1572 JACOBSEN RD<br>NEENAH, WI 54956 | ROBERT E. EPPICH<br>11733 N OGDEN POINT RD<br>SYRACUSE, IN 46567 |
| RUCH TOOL CO<br>C/O ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | RYDER TRANSPORT SERVIC<br>LOCKBOX FILE 56347<br>LOS ANGELES, CA 90074 |
| SANDS OFFICE EQUIPMENT<br>2363 SHELBY DRIVE<br>WARSAW, IN 46580 | SAUER EXPRESS INC<br>PO BOX 88443<br>SOUIX FALLS, SD 57109 |

| | |
|---|---|
| SEWAGE TREATMENT OFFICE<br>PO BOX 557<br>WARSAW, IN 46581-0557 | STAR STORAGE<br>PO BOX 463<br>MERCER, PA 16137 |
| SWIHART INDUSTRIES<br>PO BOX 13360<br>DAYTON, OH 45414 | TSL LOGISTICS<br>PO BOX 3723<br>OMAHA, NE 68103 |
| UNITED MAILING SERVICE<br>4475 N 124 ST - SUITE A<br>BROOKFIELD, WI 53005-2502 | UPS SUPPLY CHAIN SOLUTIONS<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 |
| UPS UNITED PARCEL SERVICE<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | VEOLIA ES TECH SOLUTIONS<br>107 SOUTH MOTOR AVE<br>AZUSA, CA 91702 |
| VMI LLC<br>4301 PLANTATION CT<br>DEPERE, WI 54115 | WARSAW HEALTH SYSTEM LLC<br>2101 EAST DUBOIS DRIVE<br>WARSAW, IN 46580 |
| WERNER ELECTRIC SUPPLY CO<br>PO BOX 1170<br>MILWAUKEE, WI 53201 | WISCONSIN COIL SPRING INC<br>PO BOX 910<br>MUSKEGO, WI 53150 |
| YRC<br>PO BOX 93151<br>CHICAGO, IL 60673-3151 | YXLON INTERNATIONAL<br>3400 GILCHRIST ROAD<br>AKRON, OH 44260-1221 |

# EXHIBIT B

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING PA 19602

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING PA 19602-1184

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH WI 54957

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK NY 10019

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN WI 54923

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO IL 60606

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO IL 60606

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS TX 75243

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO IL 60673

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT IL 60018

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON DE 19899

DANA CORPORATION
ATTN: TIM DELONG
PO BOX 4097
KALAMAZOO MI 49003

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND OH 43528

| | |
|---|---|
| DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER DE 19903 |
| DLA PIPER LLP RICHARD M KREMEN ESQ<br>DALE K CATHELL, ESQ COUNSEL TO WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>THE MARBURY BUILDING 6225 SMITH AVENUE<br>BALTIMORE MD 21209 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE PA 16335 |
| FAITH TECHNOLOGIES<br>ATTN: STEVE KRAHN<br>2662 AMERICAN DRIVE<br>APPLETON WI 54914 | FINGER & SLANINA, LLC<br>DAVID L. FINGER COUNSEL FOR WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>ONE COMMERCE CENTER 1201 N ORANGE ST 7FL<br>WILMINGTON DE 19801-1186 |
| FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND OH 44142 | FREEBORN & PETERS LLP<br>AARON L. HAMMER ESQ.<br>COUNSEL TO MERCER US INC.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606 |
| GARDEN CITY GROUP<br>ATTN: PAUL KINEALY<br>190 S LASALLE STREET, SUITE 1520<br>CHICAGO IL 60603 | GERDAU AMERISTEEL US INC.<br>ATTN: HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA GA 30368 |
| GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO IL 60603 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL ST<br>GREEN BAY WI 54304 | GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON DE 19801 |
| GREENBERG TRAURIG, LLP<br>S COUSINS,D DETWEILER,S SELZER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST, STE 1200<br>WILMINGTON DE 19801 | GREENBERG TRAURIG, LLP<br>SEAN BEZARK, ATTORNEY FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS<br>77 WEST WACKER DRIVE SUITE 3100<br>CHICAGO IL 60601 |
| HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT IL 60559 | HOLMES MURPHY & ASSOCIATES, INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES IA 50266 |
| HONIGMAN MILLER SCHWARTZ & COHN LLP<br>ATT: ROBERT B. WEISS<br>660 WOODWARD AVENUE<br>2290 FIRST NATIONAL BUILDING<br>DETROIT MI 48226 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ADAM K. KEITH ESQ ATTORNEY FOR<br>GENERAL ENGINE PRODUCTS LLC,<br>2290 1ST NATIONAL BLDG 660 WOODWARD AVE.<br>DETROIT MI 48226 |

| | |
|---|---|
| IBM CORPORATION<br>VICKY NAMKEN<br>13800 DIPLOMAT DRIVE<br>DALLAS TX 75234 | IKON FINANCIAL SERVICES<br>ATT: MAIE GRINER, BNK ADMINISTRATION<br>RECOVERY DATA COORDINATOR<br>P.O. BOX 13708<br>MACON GA 31208 |
| INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | IRON MOUNTAIN INFO MANAGEMENT, INC.<br>745 ATLANTIC AVENUE<br>BOSTON MA 02111 |
| JACKSON WALKER L.L.P.<br>ATT: B.J.RUZINSKY & D.E. CONWAY<br>ATTY FOR CONSTELLATION NEW ENERGY<br>1401 MCKINNEY STREET, SUITE 1990<br>HOUSTON TX 77010 | JACKSON WALKER L.L.P.<br>ATT: HEATHER M. FORREST<br>ATTY FOR CONSTELLATION NEW ENERGY<br>901 MAIN STREET, SUITE 6000<br>DALLAS TX 75202 |
| KOZLOFF STOUDT<br>ATT: B.W. SAWTELLE & P. CALA, ESQ.<br>2640 WESTVIEW DRIVE<br>P.O. BOX 6286<br>WYOMISSING PA 19610 | LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>ADAM D. BRUSKI ATTORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE SUITE 309<br>BAY CITY MI 48708 |
| LAMBERT, LESER, ISACKSON, COOK & GIUNTA<br>SUSAN M. COOK ESQ ATORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY MI 48708 | LEWIS SALVAGE CORPORATION<br>RITA LEWIS<br>PO BOX 1785<br>WARSAW IN 46581 |
| LOUIS PADNOS IRON & METAL CO<br>EVAN GILLIAM<br>SLOT 303113<br>PO BOX 66973<br>CHICAGO IL 60666 | MCDONALD HOPKINS LLC<br>SCOTT N OPINCAR & SEAN D MALLOY COUNSEL<br>FOR SADOFF & RUDOY INDUSTRIES, LLC<br>600 SUPERIOR AVENUE EAST SUITE 2100<br>CLEVELAND OH 44114 |
| MISSOURI DEPT. OF REVENUE<br>ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105 | MODERN EQUIPMENT COMPANY<br>DON DONNER<br>PO BOX 933<br>PORT WASHINGTON WI 53074 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ERIC SCHWARTZ/MATTHEW HARVEY<br>1201 N MARKET STREET<br>PO BOX 1347<br>WILMINGTON DE 19899 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATT: E.SCHWARTZ & M.HARVEY, ESQ.<br>1201 N. MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899 |
| NEDROW REFRACTORIES<br>JAMES CHASE<br>150 LANDROW DRIVE<br>WIXOM MI 48393 | NUCOR STEEL, AUBURN INC.<br>NANCY WABLEY<br>25 QUARRY ROAD<br>AUBURN NY 13021 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON DE 19801 | OKLAHOMA COUNTY TREASURER<br>ATT: GRETCHEN CRAWFORD<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 307<br>OKLAHOMA CITY OK 73102 |

| | |
|---|---|
| OUDENHOVEN COMPANY, INC.<br>JERRY BOYLAN<br>2300 TOWER DRIVE<br>KAUKAUNA WI 54130 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>GENNICE D. BRICKHOUSE<br>1200 K STREET NW SUITE 340<br>WASHINGTON DC 20005-4026 |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | SADOFF & RUDOY INDUSTRIES<br>ATTN: FRANK VILLAIRE<br>PO BOX 1138<br>FOND DU LAC WI 54936 |
| SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC WI 54935 | SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE WI 53268 |
| SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO MI 49337 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATT: C.BELMONTE & P. BOSSWICK, ESQ.<br>ATTY FOR MOODY'S INVESTORS SERVICE<br>230 PARK AVENUE<br>NEW YORK NY 10169 |
| SAXON MORTGAGE SERVICES, INC.<br>C/O BRICE, VANDER LINDEN & WERNICK P.C.<br>1270 NORTHLAND DRIVE SUITE 200<br>MENDOTA HEIGHTS MN 55120 | SECURITIES AND EXCHANGE COMMISSION<br>GEORGE CANELLOS, REG DIR<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR, STE 400<br>NEW YORK NY 10281-1022 |
| SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGERON<br>ONE SOUTH DEARBORN STREET<br>CHICAGO IL 60603 | SMITH, KATZENSTEIN & FURLOW<br>KATHLEEN M. MILLER ATTORNEY FOR<br>AIRGAS, INC.<br>800 DELAWARE AVE 7TH FL. PO BOX 410<br>WILMINGTON DE 19899 |
| SOUTH COAST AIR QUALITY MANAG. DIST.<br>ATT: KURT WIESE, ESQ.<br>DISTRICT PROSECUTOR'S OFFICE<br>21865 COPELY DRIVE<br>DIAMOND BAR CA 91765 | STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING MI 48909 |
| STATE OF WASHINGTON, DEPT. OF REVENUE<br>ATT: ZACHARY MOSNER, ASST. ATTY GENERAL<br>BANKRUPTCY AND COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE WA 98104 | STATE OF WI, DEPT. OF NATURAL RESOURCES<br>C/O J.B VAN HOLLEN, ATTORNEY GENERAL<br>ATTN: RICHARD BRAUN, ASST ATTY GENERAL<br>POST OFFICE BOX 7857<br>MADISON WI 53707 |
| STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD.<br>225 EAST<br>PITTSBOROR IN 46167 | STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK NY 10038 |
| TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD TX 76063 | THE KUNIN LAW OFFICES, LLC<br>JOEL A. KUNIN ESQ<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS IL 62201 |

| | |
|---|---|
| THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON OH 44708 | THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE NC 28275 |
| TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA NY 14151 | TONTINE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONTINE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH CT 06830 |
| TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT PA 15045 | UNITED STEELWORKERS<br>DAVID R. JURY, ESQ.<br>ASSOCIATE GENERAL COUNSEL<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH PA 15222 |
| US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899 | WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE WI 53201 |
| WERB & SULLIVAN<br>ATT: D.WERB & J.KLEIN, ESQ.<br>300 DELAWARE AVE., SUITE 1300<br>P.O. BOX 25046<br>WILMINGTON DE 19899 | WHITTINGTON & AULGUR<br>ATT: R.AULGUR JR. & K.DOUGHTY<br>ATTY FOR WELLS FARGO EQUIPMENT FINANCE<br>651 N. BROAD STREET, STE. 206<br>MIDDLETOWN DE 19709 |
| WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE WI 53203 | YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON DE 19899-0391 |