UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Ref. Docket No. 588, 589 |

### ORDER (A) SCHEDULING AN EXPEDITED HEARING ON THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE FILING UNDER SEAL OF CERTAIN FEE LETTERS RELATING TO THE DEBTORS' PROPOSED EXIT FINANCING FACILITIES AND (B) SHORTENING THE TIME FOR NOTICE OF SUCH HEARING

Upon the motion (the "Motion to Shorten") of the Debtors seeking entry of an order, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Procedure (the "Local Rules"), (A) scheduling an expedited hearing on the Motion of the Debtors for an Order Authorizing the Filing Under Seal of Certain Fee Letters Relating to the Debtors' Proposed Exit Financing Facilities (the "Motion")[2], and (B) shortening the time for notice of such hearing; and the Court having determined that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used but not defined herein have the meaning assigned to such terms in the Motion to Shorten.

1

given; after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Court shall consider approval of the Motion on July 6, 2010 at 11:30 a.m. (Eastern Time); and it is further

ORDERED, that responses or objections to the Motion must be filed and served so as to be received by counsel for the Debtors no later than July 2, 2010 at 12:00 p.m. (Eastern Time).

Dated: Wilmington, Delaware

_July 1_, 2010

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE