**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| | Jointly Administered |
| Debtors. | Hearing Date: July 6, 2010 at 11:30 a.m. |

**NOTICE OF FILING OF (A) THE PROPOSED SETTLEMENT AGREEMENT AND GENERAL RELEASE BETWEEN THE DEBTORS AND ROBERT E. OSTENDORF JR. AND (B) THE PROPOSED SEPARATION AGREEMENT AND GENERAL RELEASE BETWEEN THE DEBTORS AND DALE E. PARKER**

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE; (B) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (C) COUNSEL FOR THE AGENT FOR THE PREPETITION SECURED LENDERS; (D) COUNSEL FOR THE AGENTS FOR THE POST-PETITION LENDERS; (E) COUNSEL FOR THE AD HOC COMMITTEE OF SECURED NOTEHOLDERS; (F) COUNSEL FOR THE SUBORDINATED NOTEHOLDERS; AND (G) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing for July 6, 2010 at 11:30 a.m. (the "Confirmation Hearing") to consider confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries, dated April 27, 2010 (as the same may be further amended, supplemented or modified, the "Plan") [Docket No. 324]. At the Confirmation Hearing, the Debtors will request that the Court enter an order confirming the Plan pursuant to section 1129 of the Bankruptcy Code (the "Confirmation Order"). Capitalized terms used but not defined herein have the meaning assigned to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Plan, the Debtors and the Ad Hoc Committee of Secured Noteholders have engaged in discussions regarding the management of the Reorganized Debtors. As a result of such discussions, Mr. Robert E. Ostendorf Jr., the President and Chief Executive Officer of NEI, and Mr. Dale E. Parker, the Chief Financial Officer of NEI, have decided to resign from their current positions with the Debtors on or prior to the Effective Date. The terms and conditions of Mr. Ostendorf's separation from the Debtors are set forth in a proposed Settlement Agreement and General

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Release, a copy of which is attached hereto as <u>Exhibit A</u>. The terms and conditions of Mr. Parker's separation from the Debtors is set forth in a proposed Separation Agreement and General Release, a copy of which is attached hereto as <u>Exhibit B</u>. The proposed agreements included in <u>Exhibit A</u> and <u>Exhibit B</u> are referred to herein as the "<u>Separation Agreements</u>."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Separation Agreements, the Debtors have agreed (subject to the Court's approval) to provide certain severance and other benefits to Mr. Ostendorf and Mr. Parker in consideration for the releases and other undertakings of Mr. Ostendorf and Mr. Parker under the Separation Agreements.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 9019, the Debtors will seek approval of the Separation Agreements in the Confirmation Order to be presented at the Confirmation Hearing. The Debtors previously provided copies of the Separation Agreements to counsel for the Committee and counsel for the Subordinated Noteholders, each of which have no objection to the Separation Agreements or approval thereof in the context of the Confirmation Hearing. Counsel for the Ad Hoc Committee of Secured Noteholders was actively involved in negotiating the terms of the Separation Agreements.

Dated: Wilmington, Delaware
       July 1, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Donald J. Bowman, Jr.
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN POSSESSION