**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 6, 2010 AT 11:30 A.M. (ET)**

**RESOLVED MATTER**

1. Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 495; 6/8/10]

    Related Documents:

    a) Notice of Filing Amended Exhibit B to Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 551; 6/18/10]

    b) Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 571; 6/23/10]

    c) Notice of Filing of (A) the Proposed Settlement Agreement and General Release Between the Debtors and Robert E. Ostendorf Jr. and (B) the Proposed Separation Agreement and General Release Between the Debtors and Dale E. Parker [To Be Filed]

    Objection Deadline:      June 16, 2010 at 4:00 p.m.

    Objections/Responses Received:

    d) Limited Objection of Employers Insurance Company of Wausau to Omnibus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 548; 6/18/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] **Amended items appear in bold.**

    Status:    With respect to item (d), the parties have reached a consensual resolution, the terms of which will be incorporated in the confirmation order.

## CONTESTED MATTERS GOING FORWARD

2. Confirmation of Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 324; 4/27/10]

   Related Documents:

   a) Disclosure Statement for the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 325; 4/27/10]

   b) Notice of Filing of Blacklined Versions of Amended (I) Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries and (II) Disclosure Statement for the Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 326; 4/27/10]

   c) Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, (III) Scheduling a Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization and Establishing Notice and Objection Procedures in Respect Thereof and (IV) Granting Related Relief [D.I. 329; 4/27/10]

   d) Notice of Filing of Updated Exhibits to Disclosure Statement for the Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 350; 5/3/10]

   e) Order Approving Modifications to the Disclosure Statement and the Solicitation Procedures Order [D.I. 416; 5/14/10]

   f) Affidavit of Publication [D.I. 455; 5/26/10]

   g) Affidavit of Service [D.I. 463; 5/26/10]

   h) Order Extending the Deadline to Submit Votes on the Debtors' Joint Plan of Reorganization [D.I. 500; 6/9/10]

   i) Order (I) Continuing the Hearing to Consider Confirmation of the Debtors' Joint Plan of Reorganization, (II) Extending the Deadline to Object to Confirmation of the Plan, and (III) Extending the Deadline to Submit Votes on the Plan [D.I. 547; 6/18/10]

   j) Notice of Filing of Plan Supplement [D.I. 578; 6/25/10]

   k) Notice of Filing of (A) the Proposed Settlement Agreement and General Release Between the Debtors and Robert E. Ostendorf Jr. and (B) the

        Proposed Separation Agreement and General Release Between the Debtors and Dale E. Parker [D.I. 594; 7/1/10]

l) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises Inc. and Its Subsidiaries [D.I. 595; 7/1/10]

m) Affidavit of Stephen J. Antinelli in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 596; 7/1/10]

n) Affidavit of Robert E. Ostendorf, Jr. in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 597; 7/1/10]

o) Affidavit of Richard D. Caruso in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 598; 7/1/10]

p) Memorandum of Law in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 599; 7/1/10]

Objection Deadline:    July 2, 2010 at 4:00 p.m.

Objections/Responses Received:

q) Objection of the Michigan Department of Treasury to the Debtors' Joint Plan of Reorganization [D.I. 457; 5/26/10]

**Additional Pleadings:**

r) **Declaration of Jeffrey S. Stein of the Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes On and Preliminary Results of Voting with Respect to the Joint Plan of Reorganization of Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 601; 7/1/10]**

s) **Declaration of Jeffrey S. Stein of the Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes on and Final Results of Voting with Respect to the Joint Plan of Reorganization of Neenah Enterprises, Inc. and Its Subsidiaries [D.I. 606; 7/2/10]**

Status:    This matter will be going forward.

**MATTER GOING FORWARD**

3. Motion of the Debtors for an Order Authorizing the Filing Under Seal of Certain Fee Letters Relating to the Debtors' Proposed Exit Financing Facilities [D.I. 588; 6/29/10]

    Related Documents:

    a) Order (A) Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Authorizing the Filing Under Seal of Certain Fee Letters Relating to the Debtors' Proposed Exit Financing Facilities and (B) Shortening the Time for Notice of Such Hearing [D.I. 593; 7/1/10]

    Proposed Objection Deadline:    July 2, 2010 at 12:00 p.m.

    Objections/Responses Received:    None to date.

    Status:    This matter will be going forward.

Dated: Wilmington, Delaware
July 6, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN POSSESSION