# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                           :
                                                 :
Neenah Enterprises, Inc. et. al                  :
                                                 :     Chapter 11
                                                 :     Case No. 10-10360 (MFW)
                                                 :     (Jointly Administered)
               Debtors.                          :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2.    On July 6, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 608) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 6th day of
July, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Sharon Regional Health System
699 East State Street
Sharon, PA 16146

**TRANSFEREE**
Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023