

**Alro Steel Corporation**

*Customer Account Services*

3100 E. High Street
Jackson, MI 49204-0927
tel: (517) 787-5500
fax: (517) 788-3392
www.alro.com

ISO 9001:2000

United States Bankruptcy Court – District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

July 13, 2010

Sir:

This is a response Neenah Enterprises Objection to Claims.

a) United States Bankruptcy Court for the District of Delaware
   Case No. 10-10360 (MFW)
   Notice of Debtors First Omnibus Objection to Claims
b) Alro Steel Corporation, Basis of Claim- Goods Sold
c) The incorrect debtor was checked at the top of the Proof of Claim, it should have been Neenah Foundry Company as reflected on the Proof of Claim and the supporting documentation
d) Not Applicable
e) Alro Steel Corporation
   3100 E. High St.
   Jackson, MI 49204-0927
f) Alro Steel Corporation
   Attn: John F. Rumler
   3100 E High St.
   Jackson, MI 49204-0927
   517-787-55008

Respectfully,

Alro Steel Corporation
Robert Lamb
Assistant Manager-Customer Account Services
3100 E. High St.
Jackson, MI 49204-0927
517-788-3263

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE — PROOF OF CLAIM

| Name of Debtor (Check Only One): | Case No. | | | | |
|---|---|---|---|---|---|
| ☒ Neenah Enterprises, Inc. | 10-10360 | ☐ Gregg Industries, Inc. | 10-10366 | ☐ Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 |
| ☐ NFC Castings, Inc. | 10-10361 | ☐ Mercer Forge Corporation | 10-10367 | ☐ Dalton Corporation, Ashland Manufacturing Facility | 10-10375 |
| ☐ Neenah Foundry Company | 10-10362 | ☐ Deeter Foundry, Inc. | 10-10369 | ☐ Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 |
| ☐ Cast Alloys, Inc. | 10-10363 | ☐ Dalton Corporation | 10-10370 | ☐ Dalton Corporation, Stryker Machining Facility Co. | 10-10377 |
| ☐ Neenah Transport, Inc. | 10-10364 | ☐ Belcher Corporation | 10-10371 | ☐ Morgan's Welding, Inc. | 10-10378 |
| ☐ Advanced Cast Products, Inc. | 10-10365 | ☐ Peerless Corporation | 10-10372 | | |
| | | ☐ A&M Specialties, Inc. | 10-10373 | | |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see item #1). All other requests for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): ALRO STEEL/BLOCK DIVN

**Name and address where notices should be sent:**
ALRO STEEL/BLOCK DIVN
PO BOX 641005
DETROIT, MI 48264-1005

Telephone number:
Email Address:

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**Your Claim is Scheduled As Follows:**
Neenah Foundry Company

Unsecured: $8,247.67

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Amount of Claim as of Date Case Filed:** $ _8247.67_

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if any portion of the claim is based on the value of any goods received by the Debtor within 20 days before February 3, 2010, the date of commencement of the Debtor's chapter 11 case, which goods were sold to the Debtor in the ordinary course of the Debtor's business, and is therefore entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9). Please indicate amount entitled to administrative expense priority under 11 U.S.C. § 503(b)(9) status and attach documentation supporting such a claim: $ _____

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _Goods Sold_
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _89019370_
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount of Unsecured Claim: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 5/13/10

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

John F. Rumler
Dept. Dir. - CAS

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG)

```
PGM - CRRPTR                          ALRO STEEL CORPORATION                          PAGE        1
USER- D GOINGS                                                                        DATE  5/13/10
WSID- JCPC108676                         ACCOUNT STATUS                               TIME  9:33:00

  AGING DATE  2010/05/31

CUST NO.   NAME
89019370   Neenah Foundry Co. (B1551)          PHONE  920/725-7000
           2121 Brooks Avenue
           PO Box 729
           Neenah                      WI  54957

           DATE OPEN......   3/01/02                              HIGHEST EXTENDED    25921.06
           LAST PAID ON....  5/10/10   LAST PAID AMOUNT  6085.80  DATE LAST SALE       5/12/10
           SALESMAN 03334 CHRIS RUETTEN   TOTAL AMT.  MAY    APR    MAR     FEB    JAN & OLDER  PO NO.

AAT6838OS INV     1/20/10    .90 DISC.    198.27                                       198.27   6553-C
41039608          OS 1113255
AAU6703UP INV     1/21/10   1.31 DISC.    375.25                                       375.25   24088-C
41144568          UP 1024203
AAU6704PV INV     1/21/10   1.70 DISC.    358.08                                       358.08   24078-E
41145078          PV 3341191
AAV6557OS INV     1/22/10    .28 DISC.     69.88                                        69.88   83265-C
41103385          OS 1113589
AAV6558OS INV     1/22/10   4.88 DISC.   1119.91                                      1119.91   83265-C
41103840          OS 1113590
AA1683OS  INV     1/27/10    .90 DISC.    198.27                                       198.27    6553-C
41039622          OS 1114050
AA36452OS INV     1/29/10   6.65 DISC.   1701.94                                      1701.94   83415-C
41195403          OS 1114367
AA36453OS INV     1/29/10   3.02 DISC.    649.37                                       649.37   24203-C
41236172          OS 1114368
AA36454OS INV     1/29/10  17.07 DISC.   3576.70                                      3576.70   83508-C
41236186          OS 1114369
                              CUSTOMER TOTALS                         .00       .00   8247.67

**** END OF REPORT ****
```