**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
In re:                                            :
                                                  :
Neenah Enterprises, Inc. et. al                   :
                                                  :     Chapter 11
                                                  :     Case No. 10-10360 (MFW)
                                                  :     (Jointly Administered)
                    Debtors.                      :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On July 9, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 618) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this 9th day of
July, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

**TRANSFEROR**
Irving Ready Mix
13415 Coldwater Road
Fort Wayne, IN 46845

**TRANSFEREE**
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504