**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------X
In re:                                          :
                                                :
Neenah Enterprises, Inc. et. al                 :
                                                :        Chapter 11
                                                :        Case No. 10-10360 (MFW)
                                                :        (Jointly Administered)
                Debtors.                        :
-------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On July 9, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 617) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 9th day of
July, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

**TRANSFEROR**
Jolley Industrial Supply Co., Inc.
P.O. Box 671
Sharon, PA 16146

**TRANSFEREE**
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504