UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Hearing Date: Not Applicable<br>Response Deadline: August 9, 2010 at 4:00 p.m. (ET) |

## FIRST NOTICE OF SATISFIED CLAIMS

**PLEASE TAKE NOTICE THAT:**

        Neenah Enterprises, Inc. and its subsidiaries (collectively, the "Debtors"), by and through their undersigned counsel, hereby file this notice (the "Notice") identifying certain claims filed against the Debtors' estates (the "Satisfied Claims"), a list of which is attached hereto as Exhibit A, which either (i) have been satisfied or released in full, by payments, credits, or settlements made after the commencement of these chapter 11 cases in accordance with title 11 of the United States Code (the "Bankruptcy Code"), applicable rules, an order of the United States Bankruptcy Court for the District of Delaware (the "Court"), or otherwise, including, without limitation, certain "first day" orders entered by the Court authorizing the Debtors to satisfy on a post-petition basis certain pre-petition claims; or (ii) have been deemed satisfied by the Debtors' assumption of all obligations to honor such claims as they become due pursuant to the Debtors' confirmed plan of reorganization (the "Plan").[2]

        The Debtors, through the Court-appointed claims and noticing agent, The Garden City Group, Inc., intend to expunge the Satisfied Claims from the official claims register on the basis that such claims were previously satisfied by the Debtors and/or have been deemed satisfied pursuant to the confirmed Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] The Debtors' confirmed Plan provides in part that "[f]rom and after the Effective Date, the Reorganized Debtors shall continue to perform their obligations (whether statutory or contractual) under all employment and severance contracts that are assumed by the Reorganized Debtors and all Employee Benefit Plans applicable to their employees, retirees and nonemployee directors. (See Plan § 12.6.)

## RESPONSES TO THIS NOTICE

You are receiving this Notice because the Debtors believe that you are a holder of a Satisfied Claim. If you agree that your claim has been satisfied in full, you do not need to take any further action.

If you disagree that your claim has been satisfied in full, the Debtors request that you file a written response (a "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and at the same time serve such Response on the undersigned counsel to the Debtors, on or before **August 9, 2010 at 4:00 p.m. (prevailing Eastern Time)**. The Debtors will then make a reasonable effort to review the particular Satisfied Claim identified in the Response to determine whether any asserted amounts have not, in fact, been satisfied. In the event that the parties are unable to reach a resolution, the Debtors will request that a hearing be held to resolve the matter at a date and time to be determined by the Debtors in their discretion, subject to the Court's availability.

## RESERVATION OF RIGHTS

The Debtors expressly reserve the right to amend, modify or supplement this Notice and reserve their rights to file additional objections on a non-substantive and/or substantive basis to any claims filed in these chapter 11 cases.

[Remainder of Page Intentionally Left Blank]

Dated: Wilmington, Delaware
       July 9, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION