# Schedule 1

NEENAH ENTERPRISES INC. ET AL.

SCHEDULE 1

| | |
|---|---|
| ADQ ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075 | EXHIBIT A |
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVE<br>AURORA, CO 80012 | EXHIBIT C |
| ADVANCED WASTE<br>1126 S 70TH S SUITE N408B<br>WEST HILLS, WI 53214 | EXHIBIT C |
| AIRGAS - GREAT LAKES, INC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | EXHIBIT A |
| AIRGAS EAST<br>27 NORTHWESTERN DR<br>SALEM, NH 03079 | EXHIBIT C |
| AIRGAS NORTH CENTRAL<br>10 W 4TH ST<br>WATERLOO, IA 50701 | EXHIBIT A |
| AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | EXHIBIT A |
| AUSTIN PETROLEUM INC<br>99 E JOE STREET<br>HUNTINGTON, IN 46750 | EXHIBIT A |
| AXIS CAPITAL INC<br>308 NORTH LOCUST STREET<br>GRAND ISLAND, NE 68801 | EXHIBIT C |
| AXLETECH INTERNATIONAL LLC<br>16474 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | EXHIBIT C |

NEENAH ENTERPRISES INC. ET AL.

SCHEDULE 1

| | |
|---|---|
| BADGER ELECTRIC MOTOR CORP<br>C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC<br>17100 WEST NORTH AVENUE<br>BROOKFIELD, WI 53005 | EXHIBIT B |
| BANCO INDUSTRIES INC<br>11542 N STATE ROAD 3<br>PO BOX 5191<br>KENDALLVILLE, IN 46755 | EXHIBIT A |
| BEST-AIRE LLC<br>PO BOX 953408<br>ST. LOUIS, MO 63195 | EXHIBIT C |
| BIRMINGHAM RAIL & LOCO<br>PO BOX 530157<br>BIRMINGHAM, AL 35253 | EXHIBIT A |
| CHANGING SPACES MOVING<br>130 INVERNESS PLAZA #243<br>BIRMINGHAM, AL 35242 | EXHIBIT C |
| CHEMSAFE INTERNATIONAL<br>ONE ZENEX CIRCLE<br>CLEVELAND, OH 44146 | EXHIBIT A |
| CITIBANK SOUTH DAKOTA NA<br>DBA 4740 121ST ST<br>URBANDALE, IA 50323 | EXHIBIT C |
| CITY OF SIDNEY<br>201 W POPLAR ST<br>SIDNEY, OH 45365 | EXHIBIT C |
| COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | EXHIBIT A |

## NEENAH ENTERPRISES INC. ET AL.

### SCHEDULE 1

| Name and Address | Exhibit |
|---|---|
| CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O D ELAINE CONWAY & BRUCE J RUZINSKY<br>JACKSON WALKER LLP<br>1401 MCKINNEY ST STE 1900<br>HOUSTON, TX 77010 | EXHIBIT B |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | EXHIBIT C |
| DIAMOND VOGEL PAINT<br>PO BOX 8001<br>MARSHALLTOWN, IA 50158 | EXHIBIT A |
| EARTH CHAIN INC<br>9930 E 56TH ST<br>INDIANAPOLIS, IN 46236 | EXHIBIT C |
| ENGINEERING CONTRACTORS' ASSOC<br>8310 FLORENCE AVE<br>DOWNEY, CA 90240 | EXHIBIT A |
| FASTENAL CO<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | EXHIBIT A |
| FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | EXHIBIT A |
| FIRE PROTECTION INC<br>750 W NORTH STREET SUITE C<br>PO BOX 327<br>AUBURN, IN 46707 | EXHIBIT A |
| FORT WAYNE LIQUID COATINGS<br>C/O JOSEPH G BONAHOOM<br>BONAHOOM & BONAHOOM LLP<br>110 W BERRY ST STE 1900<br>FORT WAYNE, IN 46802 | EXHIBIT A |

NEENAH ENTERPRISES INC. ET AL.

SCHEDULE 1

| | |
|---|---|
| FOUNDRY EDUCATION FOUNDATION<br>1695 N PENNY LANE<br>SCHAUMBURG, IL 60173 | EXHIBIT C |
| FOX STAMP/SIGN & SPECIALT<br>PO BOX 490 618 W AIRPORT RD<br>MENASHA, WI 54952 | EXHIBIT C |
| GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002 | EXHIBIT A |
| GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | EXHIBIT A |
| HYDRITE CHEMICAL CO<br>BOX #689227<br>MILWAUKEE, WI 53268 | EXHIBIT A |
| IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON, GA 31208 | EXHIBIT C |
| INTERSTATE PIPE<br>152 HINDMAN ROAD<br>BUTLER, PA 16001 | EXHIBIT A |
| KNOX TEXTILES INC<br>PO BOX 584 264 EAST BEMENT ST<br>EDGERTON, OH 43517 | EXHIBIT A |
| LEIGH M KENNEDY<br>33129 3RD COURT SW<br>FEDERAL WAY, WA 98023 | EXHIBIT B |

NEENAH ENTERPRISES INC. ET AL.

SCHEDULE 1

| Name and Address | Exhibit |
|---|---|
| LINAMAR DE MEXICO SA DE CV<br>C/O SUSAN M COOK<br>LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>916 WASHINGTON AVENUE SUITE 309<br>BAY CITY, MI 48708 | EXHIBIT C |
| LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE, WI 53227 | EXHIBIT A |
| LOS ANGELES CO TREASURER & TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054 | EXHIBIT C |
| M3V DATA MANAGEMENT<br>11925 EAST 65TH STREET<br>INDIANAPOLIS, IN 46236 | EXHIBIT A |
| MCMASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | EXHIBIT A |
| METZGER'S AUTO SERVICE<br>DBA-LINCOLN LUBE 3730 CORNHUSKER HWY<br>LINCOLN, NE 68504 | EXHIBIT C |
| MIKE BAZLEY<br>8226 TANYA LN<br>SACRAMENTO, CA 95828 | EXHIBIT C |
| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | EXHIBIT C |
| MOTION INDUSTRIES INC<br>PO BOX 1477<br>BIRMINGHAM, AL 35201 | EXHIBIT A |

## NEENAH ENTERPRISES INC. ET AL.

### SCHEDULE 1

| Name & Address | Exhibit |
|---|---|
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | EXHIBIT B & EXHIBIT C |
| PITTSBURGH METAL PROCESSING CO<br>ATTN DOROTHY HOWAT<br>1850 CHAPMAN STREET<br>PITTSBURGH, PA 15215 | EXHIBIT C |
| PYRO-MATIC INC<br>2185 W PERSHING ST<br>APPLETON, WI 54914 | EXHIBIT A |
| QBF<br>5097 NATHAN LANE<br>MINNEAPOLIS, MN 55442 | EXHIBIT A |
| REDLON & JOHNSON<br>PO BOX 698<br>PORTLAND, ME 04104 | EXHIBIT A |
| ROCTEL MFG A DIV OF LINAMAR HOLDINGS INC<br>LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>ATTN SUSAN M COOK<br>916 WASHINGTON AVE SUITE 309<br>BAY CITY, MI 48708 | EXHIBIT C |
| RSA INC<br>481 E DIVISION ST SUITE 600<br>FOND DU LAC, WI 54935 | EXHIBIT A |
| SOLOMON L. LOWENSTEIN, JR.<br>ATTORNEY AT LAW<br>614 W BERRY ST SUITE A<br>FORT WAYNE, IN 46802 | EXHIBIT A |
| STAMPXPRESS<br>PO BOX 14133<br>PINEDALE, CA 93650 | EXHIBIT A |

NEENAH ENTERPRISES INC. ET AL.

SCHEDULE 1

| | |
|---|---|
| STANDARD ELECTRIC SUPPLY<br>3111 E CAPITOL DR<br>APPLETON, WI 54911 | EXHIBIT A |
| STATE WATER RESOURCES CONTROL BOARD<br>C/O ALEX P MAYER, STAFF COUNSEL<br>1001 I STREET 22ND FLOOR<br>SACRAMENTO, CA 95814 | EXHIBIT C |
| TENNANT<br>C/O TENNANT SALES AND SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | EXHIBIT A & EXHIBIT C |
| THE HOME INSURANCE CO IN LIQUIDATION<br>C/O SHARON BERGERON<br>55 S COMMERCIAL ST<br>MANCHESTER, NH 03101 | EXHIBIT C |
| TIME MANAGEMENT SYSTEM<br>3200 LINE DR<br>SIOUX CITY, IA 51106 | EXHIBIT C |
| TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | EXHIBIT A |
| VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | EXHIBIT A |
| VEOLIA ES INDUSTRIAL SERVICES<br>PO BOX 70610<br>CHICAGO, IL 60673 | EXHIBIT A |
| VWR SCIENTIFIC PRODUCTS<br>VWR INTERNATIONAL<br>1775 THE EXCHANGE SUITE 310<br>ATLANTA, GA 30339 | EXHIBIT A |

## NEENAH ENTERPRISES INC. ET AL.

### SCHEDULE 1

| | |
|---|---|
| W A VORPAHL INC<br>PO BOX 12175<br>GREEN BAY, WI 54307 | EXHIBIT A |
| W.W. GRAINGER INC<br>7300 N MELVINA<br>M240<br>NILES, IL 60714 | EXHIBIT C |
| WASHINGTON STATE DEPARTMENT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE STE 1400<br>SEATTLE, WA 98121 | EXHIBIT B |
| WASTE CONNECTIONS OF NEBRASKA INC<br>D/B/A MIDWEST REFUSE<br>ATTN DOUG MCDONALD, CONTROLLER<br>10810 S 144TH STREET<br>OMAHA, NE 68138 | EXHIBIT A |
| WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | EXHIBIT A |
| WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | EXHIBIT A |
| WEINSTEIN REALTY ADVISORS<br>15 N CHERRY LANE PO BOX 5005<br>YORK, PA 17405 | EXHIBIT C |
| WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | EXHIBIT A |

## NEENAH ENTERPRISES INC. ET AL.

### SCHEDULE 1

| | |
|---|---|
| **WIESE PLANNING & ENG**<br>c/o ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | EXHIBIT A |
| **WISCONSIN POWER TOOL INC**<br>3132 N MAYFAIR RD<br>MILWAUKEE, WI 53222 | EXHIBIT C |