# EXHIBIT A

## Modified Amount Claims

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | ADQ ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075 | 04/20/10 | Dalton Corporation | 10-10370 | 236 | Admin: $6,400.00<br>Unsecured: $3,617.17 | Admin: $0.00<br>Unsecured: $3,617.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 2 | AIRGAS - GREAT LAKES, INC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | 05/24/10 | A&M Specialties, Inc. | 10-10373 | 604 | Unsecured: $1,455.46 | Unsecured: $1,431.85 | Includes post-petition invoice or portion of post-petition invoice. |
| 3 | AIRGAS NORTH CENTRAL<br>10 W 4TH ST<br>WATERLOO, IA 50701 | 06/25/10 | Neenah Foundry Company | 10-10362 | 650 | Unsecured: $31,756.95 | Unsecured: $31,270.36 | Includes post-petition invoice or portion of post-petition invoice. |
| 4 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | 04/17/10 | Neenah Enterprises, Inc. | 10-10360 | 194 | Unsecured: $147,059.19 | Unsecured: $1,914.24 | Claim reduced to amount owed by asserted Debtor based on Debtor's books and records. Remaining balance is reflected in Claim No. 638 on the Claims Register. |
| 5 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | 06/19/10 | Dalton Corporation | 10-10370 | 638 | Unsecured: $145,144.95 | Unsecured: $145,022.70 | Modified amount reflects balance per Debtor's books and records. |
| 6 | AUSTIN PETROLEUM INC<br>99 E JOE STREET<br>HUNTINGTON, IN 46750 | 05/18/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 527 | Admin: $7,008.59<br>Priority: $7,008.59<br>Unsecured: $3,321.00 | Admin: $7,008.59<br>Priority: $0.00<br>Unsecured: $3,321.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 7 | BANCO INDUSTRIES INC<br>11542 N STATE ROAD 3<br>PO BOX 5191<br>KENDALLVILLE, IN 46755 | 04/16/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 128 | Secured: $0.00<br>Unsecured: $1,581.00 | Secured: $0.00<br>Unsecured: $871.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 8 | BIRMINGHAM RAIL & LOCO<br>PO BOX 530157<br>BIRMINGHAM, AL 35253 | 04/23/10 | Deeter Foundry, Inc. | 10-10369 | 306 | Admin: $1,625.00 | Admin: $1,600.00 | Modified amount reflects balance per Debtor's books and records. Includes amounts due for unmatured interest and/or post-petition penalties. |
| 9 | CHEMSAFE INTERNATIONAL<br>ONE ZENEX CIRCLE<br>CLEVELAND, OH 44146 | 04/17/10 | Mercer Forge Corporation | 10-10367 | 192 | Admin: $1,127.12<br>Unsecured: $1,354.19 | Admin: $1,127.12<br>Unsecured: $1,279.94 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 10 | CHEMSAFE INTERNATIONAL<br>ONE ZENEX CIRCLE<br>CLEVELAND, OH 44146 | 04/17/10 | A&M Specialties, Inc. | 10-10373 | 193 | Admin: $419.15<br>Unsecured: $506.21 | Admin: $419.15<br>Unsecured: $478.50 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 11 | COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | 03/08/10 | Neenah Enterprises, Inc. | 10-10360 | 61 | Unsecured: $283.26 | Unsecured: $271.84 | Modified amount reflects balance per Debtor's books and records. |
| 12 | DIAMOND VOGEL PAINT<br>PO BOX 8001<br>MARSHALLTOWN, IA 50158 | 04/17/10 | Neenah Foundry Company | 10-10362 | 157 | Admin: $30.45<br>Unsecured: $118.86 | Admin: $30.45<br>Unsecured: $0.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 13 | ENGINEERING CONTRACTORS' ASSOC<br>8310 FLORENCE AVE<br>DOWNEY, CA 90240 | 04/17/10 | Undetermined | | 173 | Unsecured: $575.00 | Unsecured: $51.99 | Modified amount reflects balance per Debtor's books and records. |
| 14 | FASTENAL CO<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | 05/04/10 | Neenah Foundry Company | 10-10362 | 436 | Admin: $3,912.05<br>Unsecured: $258.00 | Admin: $3,839.71<br>Unsecured: $258.00 | Modified amount reflects balance per Debtor's books and records. |
| 15 | FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | 05/04/10 | Dalton Corporation | 10-10370 | 437 | Admin: $1,551.12<br>Unsecured: $4,461.75 | Admin: $702.46<br>Unsecured: $4,813.35 | Modified amount reflects balance per Debtor's books and records. |

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 16 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | 06/26/10 | Neenah Foundry Company | 10-10362 | 652 | Unsecured: $654.75 | Unsecured: $531.13 | Modified amount reflects balance per Debtor's books and records. |
| 17 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | 06/26/10 | Advanced Cast Products, Inc. | 10-10365 | 653 | Unsecured: $863.19 | Unsecured: $778.03 | Previously satisfied in part. Paid pre-petition via check number 022213 dated 10/15/2009. |
| 18 | FIRE PROTECTION INC<br>750 W NORTH STREET SUITE C<br>PO BOX 327<br>AUBURN, IN 46707 | 04/26/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 342 | Unsecured: $2,796.40 | Unsecured: $2,576.15 | Includes post-petition invoice or portion of post-petition invoice. |
| 19 | FORT WAYNE LIQUID COATINGS<br>C/O JOSEPH G BONAHOOM<br>BONAHOOM & BONAHOOM LLP<br>110 W BERRY ST STE 1900<br>FORT WAYNE, IN 46802 | 04/30/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 445 | Unsecured: $68,733.28 | Unsecured: $67,956.44 | Modified amount reflects balance per Debtor's books and records. |
| 20 | GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002 | 04/24/10 | Undetermined | | 323 | Unsecured: $716.28 | Unsecured: $335.29 | Modified amount reflects balance per Debtor's books and records. |
| 21 | GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | 04/13/10 | Neenah Enterprises, Inc. | 10-10360 | 114 | Unsecured: $3,225.17 | Unsecured: $3,003.70 | Includes post-petition invoice or portion of post-petition invoice. |
| 22 | HYDRITE CHEMICAL CO<br>BOX #689227<br>MILWAUKEE, WI 53268 | 04/17/10 | Neenah Foundry Company | 10-10362 | 172 | Unsecured: $17,781.70 | Unsecured: $17,061.60 | Modified amount reflects balance per Debtor's books and records. |
| 23 | INTERSTATE PIPE<br>152 HINDMAN ROAD<br>BUTLER, PA 16001 | 04/15/10 | Mercer Forge Corporation | 10-10367 | 106 | Admin: $327.35<br>Unsecured: $645.75 | Admin: $322.35<br>Unsecured: $627.90 | Includes amounts due for unmatured interest and/or post-petition penalties and shipping costs. |
| 24 | KNOX TEXTILES INC<br>PO BOX 584 264 EAST BEMENT ST<br>EDGERTON, OH 43517 | 04/17/10 | Dalton Corporation | 10-10370 | 191 | Unsecured: $536.44 | Unsecured: $278.41 | Modified amount reflects balance per Debtor's books and records. |
| 25 | LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE, WI 53227 | 04/17/10 | Undetermined | | 159 | Unsecured: $29,595.25 | Unsecured: $685.50 | Modified amount reflects balance per Debtor's books and records. |
| 26 | SOLOMON L. LOWENSTEIN, JR.<br>ATTORNEY AT LAW<br>614 W BERRY ST SUITE A<br>FORT WAYNE, IN 46802 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 196 | Unsecured: $2,040.00 | Unsecured: $1,980.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 27 | M3V DATA MANAGEMENT<br>11925 EAST 65TH STREET<br>INDIANAPOLIS, IN 46236 | 05/01/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 421 | Admin: $125.00<br>Priority: $250.00 | Admin: $125.00<br>Priority: $125.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 28 | MCMASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | 02/19/10 | Neenah Foundry Company | 10-10362 | 14 | Unsecured: $4,957.80 | Unsecured: $4,255.38 | Includes post-petition invoice or portion of post-petition invoice. |
| 29 | MOTION INDUSTRIES INC<br>PO BOX 1477<br>BIRMINGHAM, AL 35201 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 366 | Admin: $7,124.52<br>Unsecured: $32,977.32 | Admin: $7,082.22<br>Unsecured: $28,398.71 | Modified amount reflects balance per Debtor's books and records. Includes amounts due for unmatured interest and/or post-petition penalties. |
| 30 | PYRO-MATIC INC<br>2185 W PERSHING ST<br>APPLETON, WI 54914 | 04/24/10 | Undetermined | | 326 | Admin: $81.92<br>Unsecured: $1,485.44 | Admin: $81.92<br>Unsecured: $1,403.52 | Modified to correct discrepancy between calculated and stated POC value. |

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 31 | QBF<br>5097 NATHAN LANE<br>MINNEAPOLIS, MN 55442 | 04/20/10 | Undetermined | | 245 | Unsecured: $7,048.95 | Unsecured: $7,014.60 | Modified amount reflects balance per Debtor's books and records. |
| 32 | REDLON & JOHNSON<br>PO BOX 698<br>PORTLAND, ME 04104 | 04/19/10 | Undetermined | | 221 | Unsecured: $412.30 | Unsecured: $402.90 | Modified amount reflects balance per Debtor's books and records. |
| 33 | RSA INC<br>481 E DIVISION ST SUITE 600<br>FOND DU LAC, WI 54935 | 04/15/10 | Neenah Foundry Company | 10-10362 | 110 | Unsecured: $2,501.54 | Unsecured: $1,547.31 | Includes post-petition invoice or portion of post-petition invoice. |
| 34 | STAMPXPRESS<br>PO BOX 14133<br>PINEDALE, CA 93650 | 04/19/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 230 | Admin: $148.50<br>Unsecured: $2.23 | Admin: $148.50<br>Unsecured: $0.00 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 35 | STANDARD ELECTRIC SUPPLY<br>3111 E CAPITOL DR<br>APPLETON, WI 54911 | 04/23/10 | Neenah Foundry Company | 10-10362 | 393 | Admin: $7,303.29<br>Unsecured: $15,884.02 | Admin: $7,303.29<br>Unsecured: $15,741.08 | Modified amount reflects balance per Debtor's books and records. |
| 36 | TENNANT<br>C/O TENNANT SALES AND SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/23/10 | Mercer Forge Corporation | 10-10367 | 314 | Unsecured: $2,428.26 | Unsecured: $2,357.45 | Modified amount reflects balance per Debtor's books and records. |
| 37 | TENNANT<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/24/10 | Neenah Foundry Company | 10-10362 | 328 | Admin: $952.25<br>Unsecured: $1,826.17 | Admin: $686.60<br>Unsecured: $1,826.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 38 | TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | 05/01/10 | Neenah Enterprises, Inc. | 10-10360 | 417 | Unsecured: $11,454.22 | Unsecured: $7,184.22 | Modified amount reflects balance per Debtor's books and records. |
| 39 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 04/26/10 | Neenah Enterprises, Inc. | 10-10360 | 391 | Unsecured: $99,457.05 | Unsecured: $48,549.50 | Modified amount reflects balance per Debtor's books and records. Includes post-petition invoice or portion of post-petition invoice. |
| 40 | VEOLIA ES INDUSTRIAL SERVICES<br>PO BOX 70610<br>CHICAGO, IL 60673 | 04/16/10 | Neenah Foundry Company | 10-10362 | 141 | Unsecured: $2,723.00 | Unsecured: $1,896.60 | Modified amount reflects balance per Debtor's books and records. |
| 41 | VWR SCIENTIFIC PRODUCTS<br>VWR INTERNATIONAL<br>1775 THE EXCHANGE SUITE 310<br>ATLANTA, GA 30339 | 04/28/10 | Neenah Foundry Company | 10-10362 | 359 | Unsecured: $478.28 | Unsecured: $328.55 | Includes post-petition invoice or portion of post-petition invoice. |
| 42 | W A VORPAHL INC<br>PO BOX 12175<br>GREEN BAY, WI 54307 | 04/19/10 | Neenah Foundry Company | 10-10362 | 220 | Admin: $12,536.35<br>Unsecured: $19,011.53 | Admin: $12,481.82<br>Unsecured: $18,968.44 | Modified amount reflects balance per Debtor's books and records. |
| 43 | WASTE CONNECTIONS OF NEBRASKA INC<br>D/B/A MIDWEST REFUSE<br>ATTN DOUG MCDONALD, CONTROLLER<br>10810 S 144TH STREET<br>OMAHA, NE 68138 | 04/05/10 | Deeter Foundry, Inc. | 10-10369 | 89 | Unsecured: $4,925.25 | Unsecured: $4,389.31 | Modified amount reflects balance per Debtor's books and records. |
| 44 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 05/14/10 | Dalton Corporation | 10-10370 | 498 | Unsecured: $1,612.50 | Unsecured: $1,531.32 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |
| 45 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | 04/20/10 | Undetermined | | 251 | Unsecured: $105.43 | Unsecured: $62.11 | Includes post-petition invoice or portion of post-petition invoice. |

## Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 46 | WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | 03/05/10 | Neenah Enterprises, Inc. | 10-10360 | 52 | Unsecured: $5,554.64 | Unsecured: $4,896.77 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |
| 47 | WIESE PLANNING & ENG<br>c/o ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797<br><br>TRANSFEROR:<br>WIESE PLANNING & ENG<br>4549 W BRADBURY ST<br>INDIANAPOLIS, IN 46241 | 04/30/10 | Undetermined | | 407 | Unsecured: $5,998.58 | Unsecured: $5,873.93 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in Schedule No. 1008973 on the Claims Register. |