# EXHIBIT B

## Substantive Duplicate Claims

Neenah Enterprises, Inc.
Exhibit B - Substantive Duplicate Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | BADGER ELECTRIC MOTOR CORP C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC 17100 WEST NORTH AVENUE BROOKFIELD, WI 53005 | 05/13/10 | Neenah Foundry Company | 10-10362 | 488 | $10,278.04 | BADGER ELECTRIC MOTOR INC c/o PIONEER CREDIT OPPORTUNITIES FUND ATT: ADAM STEIN-SAPIR GREELEY SQUARE STATION,PO BOX 201088 39 W. 31ST STREET NEW YORK, NY 10001  TRANSFEROR: BADGER ELECTRIC MOTOR INC 5000 S 2ND STREET MILWAUKEE, WI 53207 | 04/26/10 | Neenah Foundry Company | 10-10362 | 343 | $10,278.04 | Duplicates Liability of Claim # 343. |
| 2 | CONSTELLATION NEWENERGY-GAS DIVISION LLC C/O D ELAINE CONWAY & BRUCE J RUZINSKY JACKSON WALKER LLP 1401 MCKINNEY ST STE 1900 HOUSTON, TX 77010 | 05/20/10 | Neenah Enterprises, Inc. | 10-10360 | 545 | $18,405.92 | CONSTELLATION NEWENERGY-GAS DIVISION LLC C/O D ELAINE CONWAY & BRUCE J RUZINSKY JACKSON WALKER LLP 1401 MCKINNEY ST STE 1900 HOUSTON, TX 77010 | 05/20/10 | Deeter Foundry, Inc. | 10-10369 | 544 | $18,405.92 | Duplicates Liability of Claim # 544. |
| 3 | LEIGH M KENNEDY 33129 3RD COURT SW FEDERAL WAY, WA 98023 | 05/06/10 | Neenah Enterprises, Inc. | 10-10360 | 451 | $20,000.00 | THE BANK OF NEW YORK MELLON TRUST CO NA ATTN MARTIN FEIG 101 BARCLAY ST 8W NEW YORK, NY 10286 | 05/20/10 | Neenah Foundry Company | 10-10362 | 548 | $237,693,469.50 | Duplicate the claims of the applicable agent or indenture trustee filed on behalf of all holders of the debt instrument. |
| 4 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Neenah Enterprises, Inc. | 10-10360 | 608 | $11,728.84 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,728.84 | Duplicates Liability of Claim # 607. |
| 5 | WASHINGTON STATE DEPARTMENT OF REVENUE ATTN DOUG HOUGHTON 2101 4TH AVE STE 1400 SEATTLE, WA 98121 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 627 | $26,964.00 | WASHINGTON STATE, DEPARTMENT OF REVENUE ATTN DOUG HOUGHTON 2101 4TH AVE STE 1400 SEATTLE, WA 98121 | 06/21/10 | Neenah Foundry Company | 10-10362 | 640 | $26,964.00 | Duplicates Liability of Claim # 640. |
| | | | | | | $87,376.80 | | | | | | $237,760,846.30 | |

1 of 1