## EXHIBIT C

### No Liability Claims

CH1 5369265v.4
YCST01:9901290.1

069152.1001

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADT SECURITY SERVICES 14200 E EXPOSITION AVE AURORA, CO 80012 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 24 | $0.00 | No liability to this claimant is reflected on Debtor's books and records. |
| 2 | ADT SECURITY SERVICES ADT SECURITY SERVICES INC 14200 E EXPOSITION AVE AURORA, CO 80012 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 23 | $6,514.94 | No liability to this claimant is reflected on Debtor's books and records. |
| 3 | ADVANCED WASTE 1126 S 70TH S SUITE N408B WEST HILLS, WI 53214 | 04/16/10 | Mercer Forge Corporation | 10-10367 | 137 | $1,227.00 | No pre-petition liability; post-petition liability incurred on 3/3/2010. |
| 4 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Advanced Cast Products, Inc. | 10-10365 | 490 | $507.09 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 5 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 491 | $18,145.01 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 6 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 492 | $1,542.72 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 7 | AXIS CAPITAL INC 308 NORTH LOCUST STREET GRAND ISLAND, NE 68801 | 04/22/10 | Deeter Foundry, Inc. | 10-10369 | 280 | $2,388.24 | No liability to this claimant is reflected on Debtor's books and records. |
| 8 | AXLETECH INTERNATIONAL LLC 16474 COLLECTION CENTER DR CHICAGO, IL 60693 | 05/20/10 | Mercer Forge Corporation | 10-10367 | 564 | $1,612.94 | No liability to this claimant is reflected on Debtor's books and records. |
| 9 | BEST-AIRE LLC PO BOX 953408 ST. LOUIS, MO 63195 | 04/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 310 | $52.08 | No pre-petition liability; post-petition liability incurred on 3/9/2010. |
| 10 | CHANGING SPACES MOVING 130 INVERNESS PLAZA #243 BIRMINGHAM, AL 35242 | 04/21/10 | Neenah Foundry Company | 10-10362 | 271 | $500.00 | No liability to this claimant is reflected on Debtor's books and records. |
| 11 | CITIBANK SOUTH DAKOTA NA DBA 4740 121ST ST URBANDALE, IA 50323 | 03/29/10 | Dalton Corporation | 10-10370 | 428 | $123.04 | No liability to this claimant is reflected on Debtor's books and records. |
| 12 | CITY OF SIDNEY 201 W POPLAR ST SIDNEY, OH 45365 | 04/29/10 | Peerless Corporation | 10-10372 | 371 | $883.97 | Claim asserts liability owed by unrelated non-debtor Peerless Machinery Corp. |
| 13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Mercer Forge Corporation | 10-10367 | 414 | $292.83 | No liability to this claimant is reflected on Debtor's books and records. |
| 14 | EARTH CHAIN INC 9930 E 56TH ST INDIANAPOLIS, IN 46236 | 05/08/10 | Deeter Foundry, Inc. | 10-10369 | 455 | $69.71 | No pre-petition liability; post-petition liability incurred on 4/28/2010. |

1 of 4

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | FOUNDRY EDUCATION FOUNDATION 1695 N PENNY LANE SCHAUMBURG, IL 60173 | 05/08/10 | Neenah Foundry Company | 10-10362 | 456 | $150,000.00 | No liability to this claimant is reflected on Debtor's books and records. |
| 16 | FOX STAMP/SIGN & SPECIALT PO BOX 490 618 W AIRPORT RD MENASHA, WI 54952 | 06/19/10 | Undetermined | | 637 | $73.22 | No liability to this claimant is reflected on Debtor's books and records. |
| 17 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESER, NH 03101 | 04/16/10 | Cast Alloys, Inc. | 10-10363 | 144 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 18 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Dalton Corporation | 10-10370 | 142 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 19 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Gregg Industries, Inc. | 10-10366 | 143 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 20 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 SOUTH COMMERCIAL ST MANCHESTER, NH 03101 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 11 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 21 | IKON FINANCIAL SERVICES BANKRUPTCY ADMINISTRATION PO BOX 13708 MACON, GA 31208 | 05/13/10 | Advanced Cast Products, Inc. | 10-10365 | 480 | $17,537.32 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 22 | LINAMAR DE MEXICO SA DE CV C/O SUSAN M COOK LAMBERT LESER ISACKSON COOK & GIUNTA PC 916 WASHINGTON AVENUE SUITE 309 BAY CITY, MI 48708 | 05/24/10 | Belcher Corporation | 10-10371 | 609 | $365,522.90 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. Late-filed claim. |
| 23 | LINAMAR DE MEXICO SA DE CV C/O SUSAN M COOK LAMBERT LESER ISACKSON COOK & GIUNTA PC 916 WASHINGTON AVENUE SUITE 309 BAY CITY, MI 48708 | 05/24/10 | Advanced Cast Products, Inc. | 10-10365 | 610 | $365,522.90 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. Late-filed claim. |
| 24 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Gregg Industries, Inc. | 10-10366 | 645 | $231,968.85 | No liability to this claimant is reflected on Debtor's books and records. |
| 25 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Cast Alloys, Inc. | 10-10363 | 646 | $570,529.67 | No liability to this claimant is reflected on Debtor's books and records. |
| 26 | METZGER'S AUTO SERVICE DBA-LINCOLN LUBE 3730 CORNHUSKER HWY LINCOLN, NE 68504 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 241 | $137.94 | No pre-petition liability; post-petition liability incurred on 3/8/2010 and 3/30/2010. |

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 05/11/10 | Neenah Enterprises, Inc. | 10-10360 | 484 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 28 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 05/17/10 | Neenah Enterprises, Inc. | 10-10360 | 511 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 29 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 05/18/10 | Advanced Cast Products, Inc. | 10-10365 | 541 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 30 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 630 | $2,464.32 | No liability to this claimant is reflected on Debtor's books and records. |
| 31 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 631 | $8,883.59 | No liability to this claimant is reflected on Debtor's books and records. |
| 32 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 632 | $36,938.53 | No liability to this claimant is reflected on Debtor's books and records. |
| 33 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,728.84 | No liability to this claimant is reflected on Debtor's books and records. |
| 34 | PITTSBURGH METAL PROCESSING CO ATTN DOROTHY HOWAT 1850 CHAPMAN STREET PITTSBURGH, PA 15215 | 03/04/10 | Mercer Forge Corporation | 10-10367 | 50 | $1,095.00 | No pre-petition liability; post-petition liability incurred on 2/3/2010. |
| 35 | ROCTEL MFG A DIV OF LINAMAR HOLDINGS INC LAMBERT LESER ISACKSON COOK & GIUNTA PC ATTN SUSAN M COOK 916 WASHINGTON AVE SUITE 309 BAY CITY, MI 48708 | 05/21/10 | Advanced Cast Products, Inc. | 10-10365 | 578 | $510,824.26 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 36 | ROCTEL MFG A DIV OF LINAMAR HOLDINGS INC LAMBERT LESER ISACKSON COOK & GIUNTA PC ATTN SUSAN M COOK 916 WASHINGTON AVE SUITE 309 BAY CITY, MI 48708 | 05/21/10 | Belcher Corporation | 10-10371 | 579 | $510,824.26 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 37 | STATE WATER RESOURCES CONTROL BOARD C/O ALEX P MAYER, STAFF COUNSEL 1001 I STREET 22ND FLOOR SACRAMENTO, CA 95814 | 06/12/10 | Gregg Industries, Inc. | 10-10366 | 634 | $1,008.00 | No pre-petition liability; post-petition liability incurred for 4/1/2010 through 3/31/2011. |
| 38 | TENNANT TENNANT SALES & SERVICE CO PO BOX 1452 MINNEAPOLIS, MN 55440 | 04/23/10 | Gregg Industries, Inc. | 10-10366 | 311 | $1,115.73 | No pre-petition liability; post-petition liability incurred on 2/3/2010 and 2/4/2010. |

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | TIME MANAGEMENT SYSTEM 3200 LINE DR SIOUX CITY, IA 51106 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 252 | $456.58 | No pre-petition liability;incurred post-petition liability 3/27/2010 through 3/26/2011 and invoice for sold goods 3/28/2010. |
| 40 | W.W. GRAINGER INC 7300 N MELVINA M240 NILES, IL 60714 | 03/15/10 | Neenah Enterprises, Inc. | 10-10360 | 66 | $8,918.94 | No liability to this claimant is reflected on Debtor's books and records. |
| 41 | WEINSTEIN REALTY ADVISORS 15 N CHERRY LANE PO BOX 5005 YORK, PA 17405 | 05/12/10 | Advanced Cast Products, Inc. | 10-10365 | 477 | $13,796.11 | No pre-petition liability; post-petition liability incurred on 4/12/2010. |
| 42 | WISCONSIN POWER TOOL INC 3132 N MAYFAIR RD MILWAUKEE, WI 53222 | 04/21/10 | Undetermined | | 270 | $80.13 | No liability to this claimant is reflected on Debtor's books and records. |

$2,872,915.08

4 of 4