# EXHIBIT D

## Gitter Declaration

CH1 5369265v.4
YCST01:9901290.1

069152.1001

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**DECLARATION OF ROBERT GITTER IN SUPPORT OF THE DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Robert Gitter, declare as follows:

1. I am Corporate Vice President – Corporate Controller of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. In my current position as the Debtors' Corporate Vice President – Corporate Controller, I am responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection")[2] and am directly, or by and through the Debtors' personnel and advisors, familiar with the information contained therein and the exhibits attached thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

3.  Under my supervision, considerable resources and time have been expended to ensure that there existed a high level of diligence in reviewing and reconciling the Proofs of Claim filed or pending against the Debtors in these cases. The Claims were carefully reviewed and analyzed in good faith utilizing due diligence by appropriate personnel, including the Debtors' claims agent The Garden City Group, Inc. ("Garden City"). These efforts resulted in the identification of the Modified Amount Claims identified on Exhibit A to the Objection, the Substantive Duplicate Claims identified on Exhibit B to the Objection, and the No Liability Claims identified on Exhibit C to the Objection.

4.  I am authorized to submit this declaration (the "Declaration") in support of the Objection. If called upon to testify, I could and would testify competently to the facts set forth herein.

**A.    Modified Amount Claims**

5.  To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, and upon information received from Garden City, the claims identified in Exhibit A to the Objection (the "Modified Amount Claims") are claims that assert an amount that is higher than the amount of prepetition liability reflected in the Debtors' books and records. Consequently, the Debtors believe that the amount of the Modified Amount Claims should be reduced and/or fixed to the corresponding dollar values listed in the column titled "Modified Claim Amount" on Exhibit A. The Debtors believe that Exhibit A reflects the appropriate amount of liability for each of the Modified Amount Claims for the reasons specified for each respective claim in the column titled "Reason for Modification" on Exhibit A.

B.  **Substantive Duplicate Claims**

6. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, and upon information received from Garden City, the claims identified in <u>Exhibit B</u> to the Objection (the "<u>Substantive Duplicate Claims</u>") are claims that assert the same basis for liability as another claim filed by the same creditor (or a successor), either against the same Debtor or against multiple Debtors, as specified for each respective claim in the column titled "Reason for Disallowance" on <u>Exhibit B</u>. The Debtors have reviewed each of the Substantive Duplicate Claims and determined the particular Debtor against which the claim is properly asserted, and such claims will remain on the Debtors' Claims Register as outstanding liabilities.

C.  **No Liability Claims**

7. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, the claims identified in <u>Exhibit C</u> to the Objection (the "<u>No Liability Claims</u>") are claims for which Debtors have determined, after reconciling each of the Proofs of Claim and supporting materials against their Books and Records, they have no liability, and that the documentation provided in support of such claims does not alter this conclusion by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July, 2010

*[signature]*
By: Robert Gitter
Corporate Vice President – Corporate Controller