## EXHIBIT E

## PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered **Ref. Docket No. __** |

**ORDER SUSTAINING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' Second Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing the Disputed Claims as set forth on Exhibit A, Exhibit B, and Exhibit C attached hereto; and upon consideration of the Gitter Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Modified Amount Claims set forth on the attached Exhibit A are hereby modified to reduce the amount of such claims to the corresponding dollar value listed in the column titled "Modified Claim Amount" on Exhibit A; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the Substantive Duplicate Claims set forth on the attached Exhibit B in the column titled "Substantive Duplicate Claims" are hereby disallowed in their entirety; and it is further

ORDERED that the No Liability Claims set forth on the attached Exhibit C in the column titled "No Liability Claims" are hereby disallowed in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       August _____, 2010


                                    _____
                                    The Honorable Mary F. Walrath
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Modified Amount Claims

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | ADQ ADHESIVES EQUIPMENT 4084 PERRY BLVD WHITESTOWN, IN 46075 | 04/20/10 | Dalton Corporation | 10-10370 | 236 | Admin: $6,400.00 Unsecured: $3,617.17 | Admin: $0.00 Unsecured: $3,617.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 2 | AIRGAS - GREAT LAKES, INC 6055 ROCKSIDE WOODS BLVD INDEPENDENCE, OH 44131 | 05/24/10 | A&M Specialties, Inc. | 10-10373 | 604 | Unsecured: $1,455.46 | Unsecured: $1,431.85 | Includes post-petition invoice or portion of post-petition invoice. |
| 3 | AIRGAS NORTH CENTRAL 10 W 4TH ST WATERLOO, IA 50701 | 06/25/10 | Neenah Foundry Company | 10-10362 | 650 | Unsecured: $31,756.95 | Unsecured: $31,270.36 | Includes post-petition invoice or portion of post-petition invoice. |
| 4 | AMERICAN ELECTRIC POWER PO BOX 2021 ROANOKE, VA 24022 | 04/17/10 | Neenah Enterprises, Inc. | 10-10360 | 194 | Unsecured: $147,059.19 | Unsecured: $1,914.24 | Claim reduced to amount owed by asserted Debtor based on Debtor's books and records. Remaining balance is reflected in Claim No. 638 on the Claims Register. |
| 5 | AMERICAN ELECTRIC POWER PO BOX 2021 ROANOKE, VA 24022 | 06/19/10 | Dalton Corporation | 10-10370 | 638 | Unsecured: $145,144.95 | Unsecured: $145,022.70 | Modified amount reflects balance per Debtor's books and records. |
| 6 | AUSTIN PETROLEUM INC 99 E JOE STREET HUNTINGTON, IN 46750 | 05/18/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 527 | Admin: $7,008.59 Priority: $7,008.59 Unsecured: $3,321.00 | Admin: $7,008.59 Priority: $0.00 Unsecured: $3,321.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 7 | BANCO INDUSTRIES INC 11542 N STATE ROAD 3 PO BOX 5191 KENDALLVILLE, IN 46755 | 04/16/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 128 | Secured: $0.00 Unsecured: $1,581.00 | Secured: $0.00 Unsecured: $871.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 8 | BIRMINGHAM RAIL & LOCO PO BOX 530157 BIRMINGHAM, AL 35253 | 04/23/10 | Deeter Foundry, Inc. | 10-10369 | 306 | Admin: $1,625.00 | Admin: $1,600.00 | Modified amount reflects balance per Debtor's books and records. Includes amounts due for unmatured interest and/or post-petition penalties. |
| 9 | CHEMSAFE INTERNATIONAL ONE ZENEX CIRCLE CLEVELAND, OH 44146 | 04/17/10 | Mercer Forge Corporation | 10-10367 | 192 | Admin: $1,127.12 Unsecured: $1,354.19 | Admin: $1,127.12 Unsecured: $1,279.94 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 10 | CHEMSAFE INTERNATIONAL ONE ZENEX CIRCLE CLEVELAND, OH 44146 | 04/17/10 | A&M Specialties, Inc. | 10-10373 | 193 | Admin: $419.15 Unsecured: $506.21 | Admin: $419.15 Unsecured: $478.50 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 11 | COLUMBIA GAS OF PENNSYLVANIA 200 CIVIC CENTER DR 11TH FLOOR COLUMBUS, OH 43215 | 03/08/10 | Neenah Enterprises, Inc. | 10-10360 | 61 | Unsecured: $283.26 | Unsecured: $271.84 | Modified amount reflects balance per Debtor's books and records. |
| 12 | DIAMOND VOGEL PAINT PO BOX 8001 MARSHALLTOWN, IA 50158 | 04/17/10 | Neenah Foundry Company | 10-10362 | 157 | Admin: $30.45 Unsecured: $118.86 | Admin: $30.45 Unsecured: $0.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 13 | ENGINEERING CONTRACTORS' ASSOC 8310 FLORENCE AVE DOWNEY, CA 90240 | 04/17/10 | Undetermined | | 173 | Unsecured: $575.00 | Unsecured: $51.99 | Modified amount reflects balance per Debtor's books and records. |
| 14 | FASTENAL CO ATTN LEGAL PO BOX 978 WINONA, MN 55987 | 05/04/10 | Neenah Foundry Company | 10-10362 | 436 | Admin: $3,912.05 Unsecured: $258.00 | Admin: $3,839.71 Unsecured: $258.00 | Modified amount reflects balance per Debtor's books and records. |
| 15 | FASTENAL COMPANY ATTN LEGAL PO BOX 978 WINONA, MN 55987 | 05/04/10 | Dalton Corporation | 10-10370 | 437 | Admin: $1,551.12 Unsecured: $4,461.75 | Admin: $702.46 Unsecured: $4,813.35 | Modified amount reflects balance per Debtor's books and records. |

## Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 16 | FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068 | 06/26/10 | Neenah Foundry Company | 10-10362 | 652 | Unsecured: $654.75 | Unsecured: $531.13 | Modified amount reflects balance per Debtor's books and records. |
| 17 | FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068 | 06/26/10 | Advanced Cast Products, Inc. | 10-10365 | 653 | Unsecured: $863.19 | Unsecured: $778.03 | Previously satisfied in part. Paid pre-petition via check number 022213 dated 10/15/2009. |
| 18 | FIRE PROTECTION INC 750 W NORTH STREET SUITE C PO BOX 327 AUBURN, IN 46707 | 04/26/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 342 | Unsecured: $2,795.40 | Unsecured: $2,576.15 | Includes post-petition invoice or portion of post-petition invoice. |
| 19 | FORT WAYNE LIQUID COATINGS C/O JOSEPH G BONAHOOM BONAHOOM & BONAHOOM LLP 110 W BERRY ST STE 1900 FORT WAYNE, IN 46802 | 04/30/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 445 | Unsecured: $68,733.28 | Unsecured: $67,966.44 | Modified amount reflects balance per Debtor's books and records. |
| 20 | GREAT LAKES AUTOMATION SUPPLY C/O KENDALL ELECTRIC INC 5101 S SPRINKLE RD PORTAGE, MI 49002 | 04/24/10 | Undetermined | | 323 | Unsecured: $716.28 | Unsecured: $335.29 | Modified amount reflects balance per Debtor's books and records. |
| 21 | GULF OIL LIMITED PARTNERS C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS, TX 75374 | 04/13/10 | Neenah Enterprises, Inc. | 10-10360 | 114 | Unsecured: $3,225.17 | Unsecured: $3,003.70 | Includes post-petition invoice or portion of post-petition invoice. |
| 22 | HYDRITE CHEMICAL CO BOX #689227 MILWAUKEE, WI 53268 | 04/17/10 | Neenah Foundry Company | 10-10362 | 172 | Unsecured: $17,781.70 | Unsecured: $17,061.60 | Modified amount reflects balance per Debtor's books and records. |
| 23 | INTERSTATE PIPE 152 HINDMAN ROAD BUTLER, PA 16001 | 04/15/10 | Mercer Forge Corporation | 10-10367 | 106 | Admin: $327.35 Unsecured: $645.75 | Admin: $322.35 Unsecured: $627.90 | Includes amounts due for unmatured interest and/or post-petition penalties and shipping costs. |
| 24 | KNOX TEXTILES INC PO BOX 584 264 EAST BEMENT ST EDGERTON, OH 43517 | 04/17/10 | Dalton Corporation | 10-10370 | 191 | Unsecured: $536.44 | Unsecured: $278.41 | Modified amount reflects balance per Debtor's books and records. |
| 25 | LINCOLN CONT SUPPLY INC PO BOX 270168 MILWAUKEE, WI 53227 | 04/17/10 | Undetermined | | 159 | Unsecured: $29,595.25 | Unsecured: $685.50 | Modified amount reflects balance per Debtor's books and records. |
| 26 | SOLOMON L. LOWENSTEIN, JR. ATTORNEY AT LAW 614 W BERRY ST SUITE A FORT WAYNE, IN 46802 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 196 | Unsecured: $2,040.00 | Unsecured: $1,980.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 27 | M3V DATA MANAGEMENT 11925 EAST 65TH STREET INDIANAPOLIS, IN 46236 | 05/01/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 421 | Admin: $125.00 Priority: $250.00 | Admin: $125.00 Priority: $125.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 28 | MCMASTER-CARR SUPPLY CO PO BOX 4355 CHICAGO, IL 60680 | 02/19/10 | Neenah Foundry Company | 10-10362 | 14 | Unsecured: $4,957.80 | Unsecured: $4,255.38 | Includes post-petition invoice or portion of post-petition invoice. |
| 29 | MOTION INDUSTRIES INC PO BOX 1477 BIRMINGHAM, AL 35201 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 366 | Admin: $7,124.52 Unsecured: $32,977.32 | Admin: $7,082.22 Unsecured: $28,398.71 | Modified amount reflects balance per Debtor's books and records. Includes amounts due for unmatured interest and/or post-petition penalties. |
| 30 | PYRO-MATIC INC 2185 W PERSHING ST APPLETON, WI 54914 | 04/24/10 | Undetermined | | 326 | Admin: $81.92 Unsecured: $1,485.44 | Admin: $81.92 Unsecured: $1,403.52 | Modified to correct discrepancy between calculated and stated POC value. |

2 of 4

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 31 | QBF<br>5097 NATHAN LANE<br>MINNEAPOLIS, MN 55442 | 04/20/10 | Undetermined | | 245 | Unsecured: $7,048.95 | Unsecured: $7,014.60 | Modified amount reflects balance per Debtor's books and records. |
| 32 | REDLON & JOHNSON<br>PO BOX 698<br>PORTLAND, ME 04104 | 04/19/10 | Undetermined | | 221 | Unsecured: $412.30 | Unsecured: $402.90 | Modified amount reflects balance per Debtor's books and records. |
| 33 | RSA INC<br>481 E DIVISION ST SUITE 600<br>FOND DU LAC, WI 54935 | 04/15/10 | Neenah Foundry Company | 10-10362 | 110 | Unsecured: $2,501.54 | Unsecured: $1,547.31 | Includes post-petition invoice or portion of post-petition invoice. |
| 34 | STAMPXPRESS<br>PO BOX 14133<br>PINEDALE, CA 93650 | 04/19/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 230 | Admin: $148.50<br>Unsecured: $2.23 | Admin: $148.50<br>Unsecured: $0.00 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 35 | STANDARD ELECTRIC SUPPLY<br>3111 E CAPITOL DR<br>APPLETON, WI 54911 | 04/23/10 | Neenah Foundry Company | 10-10362 | 393 | Admin: $7,303.29<br>Unsecured: $15,884.02 | Admin: $7,303.29<br>Unsecured: $15,741.08 | Modified amount reflects balance per Debtor's books and records. |
| 36 | TENNANT<br>C/O TENNANT SALES AND SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/23/10 | Mercer Forge Corporation | 10-10367 | 314 | Unsecured: $2,428.26 | Unsecured: $2,357.45 | Modified amount reflects balance per Debtor's books and records. |
| 37 | TENNANT<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/24/10 | Neenah Foundry Company | 10-10362 | 328 | Admin: $952.25<br>Unsecured: $1,826.17 | Admin: $686.60<br>Unsecured: $1,826.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 38 | TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | 05/01/10 | Neenah Enterprises, Inc. | 10-10360 | 417 | Unsecured: $11,454.22 | Unsecured: $7,184.22 | Modified amount reflects balance per Debtor's books and records. |
| 39 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 04/26/10 | Neenah Enterprises, Inc. | 10-10360 | 391 | Unsecured: $99,457.05 | Unsecured: $48,549.50 | Modified amount reflects balance per Debtor's books and records. Includes post-petition invoice or portion of post-petition invoice. |
| 40 | VEOLIA ES INDUSTRIAL SERVICES<br>PO BOX 70610<br>CHICAGO, IL 60673 | 04/16/10 | Neenah Foundry Company | 10-10362 | 141 | Unsecured: $2,723.00 | Unsecured: $1,896.60 | Modified amount reflects balance per Debtor's books and records. |
| 41 | VWR SCIENTIFIC PRODUCTS<br>VWR INTERNATIONAL<br>1775 THE EXCHANGE SUITE 310<br>ATLANTA, GA 30339 | 04/28/10 | Neenah Foundry Company | 10-10362 | 359 | Unsecured: $478.28 | Unsecured: $328.55 | Includes post-petition invoice or portion of post-petition invoice. |
| 42 | W A VORPAHL INC<br>PO BOX 12175<br>GREEN BAY, WI 54307 | 04/19/10 | Neenah Foundry Company | 10-10362 | 220 | Admin: $12,536.35<br>Unsecured: $19,011.53 | Admin: $12,481.82<br>Unsecured: $18,968.44 | Modified amount reflects balance per Debtor's books and records. |
| 43 | WASTE CONNECTIONS OF NEBRASKA INC<br>D/B/A MIDWEST REFUSE<br>ATTN DOUG MCDONALD, CONTROLLER<br>10810 S 144TH STREET<br>OMAHA, NE 68138 | 04/05/10 | Deeter Foundry, Inc. | 10-10369 | 89 | Unsecured: $4,925.25 | Unsecured: $4,389.31 | Modified amount reflects balance per Debtor's books and records. |
| 44 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 05/14/10 | Dalton Corporation | 10-10370 | 498 | Unsecured: $1,612.50 | Unsecured: $1,531.32 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |
| 45 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | 04/20/10 | Undetermined | | 251 | Unsecured: $105.43 | Unsecured: $62.11 | Includes post-petition invoice or portion of post-petition invoice. |

## Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 46 | WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | 03/05/10 | Neenah Enterprises, Inc. | 10-10360 | 52 | Unsecured: $5,554.64 | Unsecured: $4,896.77 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |
| 47 | WIESE PLANNING & ENG<br>c/o ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797<br><br>TRANSFEROR:<br>WIESE PLANNING & ENG<br>4549 W BRADBURY ST<br>INDIANAPOLIS, IN 46241 | 04/30/10 | Undetermined | | 407 | Unsecured: $5,998.58 | Unsecured: $5,873.93 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in Schedule No. 1008973 on the Claims Register. |

4 of 4

## EXHIBIT B

### Substantive Duplicate Claims

## Neenah Enterprises, Inc.
## Exhibit B - Substantive Duplicate Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED | | | | | | REMAINING CLAIMS | | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | BADGER ELECTRIC MOTOR CORP C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC 17100 WEST NORTH AVENUE BROOKFIELD, WI 53005 | 05/13/10 | Neenah Foundry Company | 10-10362 | 488 | $10,278.04 | BADGER ELECTRIC MOTOR INC c/o PIONEER CREDIT OPPORTUNITIES FUND ATT: ADAM STEIN-SAPIR GREELEY SQUARE STATION,PO BOX 201088 39 W. 31ST STREET NEW YORK, NY 10001 TRANSFEROR: BADGER ELECTRIC MOTOR INC 5000 S 2ND STREET MILWAUKEE, WI 53207 | 04/26/10 | Neenah Foundry Company | 10-10362 | 343 | $10,278.04 | Duplicates Liability of Claim # 343. |
| 2 | CONSTELLATION NEWENERGY-GAS DIVISION LLC C/O D ELAINE CONWAY & BRUCE J RUZINSKY JACKSON WALKER LLP 1401 MCKINNEY ST STE 1900 HOUSTON, TX 77010 | 05/20/10 | Neenah Enterprises, Inc. | 10-10360 | 545 | $18,405.92 | CONSTELLATION NEWENERGY-GAS DIVISION LLC C/O D ELAINE CONWAY & BRUCE J RUZINSKY JACKSON WALKER LLP 1401 MCKINNEY ST STE 1900 HOUSTON, TX 77010 | 05/20/10 | Deeter Foundry, Inc. | 10-10369 | 544 | $18,405.92 | Duplicates Liability of Claim # 544. |
| 3 | LEIGH M KENNEDY 33129 3RD COURT SW FEDERAL WAY, WA 98023 | 05/06/10 | Neenah Enterprises, Inc. | 10-10360 | 451 | $20,000.00 | THE BANK OF NEW YORK MELLON TRUST CO NA ATTN MARTIN FEIG 101 BARCLAY ST 8W NEW YORK, NY 10286 | 05/20/10 | Neenah Foundry Company | 10-10362 | 548 | $237,693,469.50 | Duplicate the claims of the applicable agent or indenture trustee filed on behalf of all holders of the debt instrument. |
| 4 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Neenah Enterprises, Inc. | 10-10360 | 608 | $11,728.84 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,728.84 | Duplicates Liability of Claim # 607. |
| 5 | WASHINGTON STATE DEPARTMENT OF REVENUE ATTN DOUG HOUGHTON 2101 4TH AVE STE 1400 SEATTLE, WA 98121 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 627 | $26,964.00 | WASHINGTON STATE, DEPARTMENT OF REVENUE ATTN DOUG HOUGHTON 2101 4TH AVE STE 1400 SEATTLE, WA 98121 | 06/21/10 | Neenah Foundry Company | 10-10362 | 640 | $26,964.00 | Duplicates Liability of Claim # 640. |
| | | | | | | $87,376.80 | | | | | | $237,760,846.30 | |

1 of 1

## EXHIBIT C

## No Liability Claims

CH1 5369265v.4
YCST01:9901290.1

069152.1001

# Neenah Enterprises, Inc.
## Exhibit C – No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ.# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADT SECURITY SERVICES 14200 E EXPOSITION AVE AURORA, CO 80012 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 24 | $0.00 | No liability to this claimant is reflected on Debtor's books and records. |
| 2 | ADT SECURITY SERVICES ADT SECURITY SERVICES INC 14200 E EXPOSITION AVE AURORA, CO 80012 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 23 | $6,514.94 | No liability to this claimant is reflected on Debtor's books and records. |
| 3 | ADVANCED WASTE 1126 S 70TH S SUITE N408B WEST HILLS, WI 53214 | 04/16/10 | Mercer Forge Corporation | 10-10367 | 137 | $1,227.00 | No pre-petition liability; post-petition liability incurred on 3/3/2010. |
| 4 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Advanced Cast Products, Inc. | 10-10365 | 490 | $507.09 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 5 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 491 | $18,145.01 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 6 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 492 | $1,542.72 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 7 | AXIS CAPITAL INC 308 NORTH LOCUST STREET GRAND ISLAND, NE 68801 | 04/22/10 | Deeter Foundry, Inc. | 10-10369 | 280 | $2,388.24 | No liability to this claimant is reflected on Debtor's books and records. |
| 8 | AXLETECH INTERNATIONAL LLC 16474 COLLECTION CENTER DR CHICAGO, IL 60693 | 05/20/10 | Mercer Forge Corporation | 10-10367 | 564 | $1,612.94 | No liability to this claimant is reflected on Debtor's books and records. |
| 9 | BEST-AIRE LLC PO BOX 953408 ST. LOUIS, MO 63195 | 04/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 310 | $52.08 | No pre-petition liability; post-petition liability incurred on 3/9/2010. |
| 10 | CHANGING SPACES MOVING 130 INVERNESS PLAZA #243 BIRMINGHAM, AL 35242 | 04/21/10 | Neenah Foundry Company | 10-10362 | 271 | $500.00 | No liability to this claimant is reflected on Debtor's books and records. |
| 11 | CITIBANK SOUTH DAKOTA NA DBA 4740 121ST ST URBANDALE, IA 50323 | 03/29/10 | Dalton Corporation | 10-10370 | 428 | $123.04 | No liability to this claimant is reflected on Debtor's books and records. |
| 12 | CITY OF SIDNEY 201 W POPLAR ST SIDNEY, OH 45365 | 04/29/10 | Peerless Corporation | 10-10372 | 371 | $883.97 | Claim asserts liability owed by unrelated non-debtor Peerless Machinery Corp. |
| 13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Mercer Forge Corporation | 10-10367 | 414 | $292.83 | No liability to this claimant is reflected on Debtor's books and records. |
| 14 | EARTH CHAIN INC 9930 E 56TH ST INDIANAPOLIS, IN 46236 | 05/08/10 | Deeter Foundry, Inc. | 10-10369 | 455 | $69.71 | No pre-petition liability; post-petition liability incurred on 4/28/2010. |

# Neenah Enterprises, Inc.
## Exhibit C – No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | FOUNDRY EDUCATION FOUNDATION 1695 N PENNY LANE SCHAUMBURG, IL 60173 | 05/08/10 | Neenah Foundry Company | 10-10362 | 456 | $150,000.00 | No liability to this claimant is reflected on Debtor's books and records. |
| 16 | FOX STAMP/SIGN & SPECIALT PO BOX 490 618 W AIRPORT RD MENASHA, WI 54952 | 06/19/10 | Undetermined | | 637 | $73.22 | No liability to this claimant is reflected on Debtor's books and records. |
| 17 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESER, NH 03101 | 04/16/10 | Cast Alloys, Inc. | 10-10363 | 144 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 18 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Dalton Corporation | 10-10370 | 142 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 19 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Gregg Industries, Inc. | 10-10366 | 143 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 20 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 SOUTH COMMERCIAL ST MANCHESTER, NH 03101 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 11 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 21 | IKON FINANCIAL SERVICES BANKRUPTCY ADMINISTRATION PO BOX 13708 MACON, GA 31208 | 05/13/10 | Advanced Cast Products, Inc. | 10-10365 | 480 | $17,537.32 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 22 | LINAMAR DE MEXICO SA DE CV C/O SUSAN M COOK LAMBERT LESER ISACKSON COOK & GIUNTA PC 916 WASHINGTON AVENUE SUITE 309 BAY CITY, MI 48708 | 05/24/10 | Belcher Corporation | 10-10371 | 609 | $365,522.90 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. Late-filed claim. |
| 23 | LINAMAR DE MEXICO SA DE CV C/O SUSAN M COOK LAMBERT LESER ISACKSON COOK & GIUNTA PC 916 WASHINGTON AVENUE SUITE 309 BAY CITY, MI 48708 | 05/24/10 | Advanced Cast Products, Inc. | 10-10365 | 610 | $365,522.90 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. Late-filed claim. |
| 24 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Gregg Industries, Inc. | 10-10366 | 645 | $231,968.85 | No liability to this claimant is reflected on Debtor's books and records. |
| 25 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Cast Alloys, Inc. | 10-10363 | 646 | $570,529.67 | No liability to this claimant is reflected on Debtor's books and records. |
| 26 | METZGER'S AUTO SERVICE DBA-LINCOLN LUBE 3730 CORNHUSKER HWY LINCOLN, NE 68504 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 241 | $137.94 | No pre-petition liability; post-petition liability incurred on 3/8/2010 and 3/30/2010. |

2 of 4

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | MIKE BAZLEY<br>8226 TANYA LN<br>SACRAMENTO, CA 95828 | 05/11/10 | Neenah Enterprises, Inc. | 10-10360 | 484 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 28 | MIKE BAZLEY<br>8226 TANYA LN<br>SACRAMENTO, CA 95828 | 05/17/10 | Neenah Enterprises, Inc. | 10-10360 | 511 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 29 | MIKE BAZLEY<br>8226 TANYA LN<br>SACRAMENTO, CA 95828 | 05/18/10 | Advanced Cast Products, Inc. | 10-10365 | 541 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 30 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 630 | $2,464.32 | No liability to this claimant is reflected on Debtor's books and records. |
| 31 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 631 | $8,883.59 | No liability to this claimant is reflected on Debtor's books and records. |
| 32 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 632 | $36,938.53 | No liability to this claimant is reflected on Debtor's books and records. |
| 33 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,728.84 | No liability to this claimant is reflected on Debtor's books and records. |
| 34 | PITTSBURGH METAL PROCESSING CO<br>ATTN DOROTHY HOWAT<br>1850 CHAPMAN STREET<br>PITTSBURGH, PA 15215 | 03/04/10 | Mercer Forge Corporation | 10-10367 | 50 | $1,095.00 | No pre-petition liability; post-petition liability incurred on 2/3/2010. |
| 35 | ROCTEL MFG A DIV OF LINAMAR HOLDINGS INC<br>LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>ATTN SUSAN M COOK<br>916 WASHINGTON AVE SUITE 309<br>BAY CITY, MI 48708 | 05/21/10 | Advanced Cast Products, Inc. | 10-10365 | 578 | $510,824.26 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 36 | ROCTEL MFG A DIV OF LINAMAR HOLDINGS INC<br>LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>ATTN SUSAN M COOK<br>916 WASHINGTON AVE SUITE 309<br>BAY CITY, MI 48708 | 05/21/10 | Belcher Corporation | 10-10371 | 579 | $510,824.26 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 37 | STATE WATER RESOURCES CONTROL BOARD<br>C/O ALEX P MAYER, STAFF COUNSEL<br>1001 I STREET 22ND FLOOR<br>SACRAMENTO, CA 95814 | 06/12/10 | Gregg Industries, Inc. | 10-10366 | 634 | $1,008.00 | No pre-petition liability; post-petition liability incurred for 4/1/2010 through 3/31/2011. |
| 38 | TENNANT<br>TENNANT SALES & SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/23/10 | Gregg Industries, Inc. | 10-10366 | 311 | $1,115.73 | No pre-petition liability; post-petition liability incurred on 2/3/2010 and 2/4/2010. |

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | TIME MANAGEMENT SYSTEM 3200 LINE DR SIOUX CITY, IA 51106 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 252 | $456.58 | No pre-petition liability;incurred post-petition liability 3/27/2010 through 3/26/2011 and invoice for sold goods 3/28/2010. |
| 40 | W.W. GRAINGER INC 7300 N MELVINA M240 NILES, IL 60714 | 03/15/10 | Neenah Enterprises, Inc. | 10-10360 | 66 | $8,918.94 | No liability to this claimant is reflected on Debtor's books and records. |
| 41 | WEINSTEIN REALTY ADVISORS 15 N CHERRY LANE PO BOX 5005 YORK, PA 17405 | 05/12/10 | Advanced Cast Products, Inc. | 10-10365 | 477 | $13,796.11 | No pre-petition liability; post-petition liability incurred on 4/12/2010. |
| 42 | WISCONSIN POWER TOOL INC 3132 N MAYFAIR RD MILWAUKEE, WI 53222 | 04/21/10 | Undetermined | | 270 | $80.13 | No liability to this claimant is reflected on Debtor's books and records. |

$2,872,915.08

4 of 4