## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, Paul V. Kinealy, being duly sworn, depose and state:

1.      I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.      On July 9, 2010, at the direction of Sidley Austin LLP ("Sidley") and Young Conaway Stargatt & Taylor, LLP ("Young"), co-counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, on the parties set forth on Exhibit A, comprised of the Master Service List and certain additional parties:

- First Notice of Satisfied Claims [Docket No. 623].

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

3.      On July 9, 2010, also at the direction of Sidley and Young, I caused a true and correct

copy of the following document to be served by first class mail, on the parties set forth on

Exhibit B, comprised of the Master Service List and certain additional parties:

- Notice of and Debtors' Second Omnibus (Substantive) Objection to Claims
  Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and
  3007, and Local Rule 3007-1 [Docket No. 625].

_____
Paul V. Kinealy

Sworn to before me this 12th day of
July, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires:  December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING, PA 19602

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

AFCO
PO BOX 4795
CAROL STREAM, IL 60197-4795

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR, PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS, MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH, WI 54957

ANTHONY C CARPENTER
11615 VALEWOOD DR
VICTORVILLE, CA 92392-9042

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING, MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN, WI 54923

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO, IL 60606

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO, IL 60606

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243

CARL MCCORMICK
17021 STATE ROUTE 98
MEADVILLE, PA 16335

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO, IL 60673

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON, DE 19899

CYNTHIA J SCHUE
119 EMS R3E
PIERCETON, IN 46562

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND, OH 43528

DAVID EBBEN
509 S WESTERN
NEENAH, WI 54956-2343

DAVID KIEFFER
733 3RD ST
MENASHA, WI 54952-3209

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER, DE 19903

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE, MD 21209

DONALD DEETS
122 CHESTNUT GROVE
UTICA, PA 16362-3002

DUANE SCHULTZ
15663 BIG ISLAND LAKE RD
MOUNTAIN, WI 54149-9613

EDWIN STANLEY
5492 EAST 600 N
KENDALLVILLE, IN, 46755-9362

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND, OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE, PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON, WI 54914

FINGER & SLANINA, LLC
DAVID L. FINGER COUNSEL FOR WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
ONE COMMERCE CENTER 1201 N ORANGE ST 7FL
WILMINGTON, DE 19801-1186

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND, OH 44142

FOUNDRY PRODUCTS INC
PO BOX 85400
WESTLAND, MI 48185

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO, IL 60603

GERDAU AMERISTEEL US INC
PO BOX 116660
ATLANTA, GA 30368-6660

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA, GA 30368

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO, IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO, IL 60603

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY, WI 54304

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO, IL 60601

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT, IL 60559

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES, IA 50266

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT, MI 48226

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS, TX 75234

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON, GA 31208

INDIANA DEPT OF WORKFORCE DEVELOPMENT
ATTN  BEVERLY A KOROBKIN
COLLECTION ENFORCEMENT UNIT
10 N SENATE AVE
INDIANAPOLIS, IN 46204-2277

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

IPFS CORPORATION AS SUCCESSOR
IN INTEREST TO AICCO INC
IMPERIAL CREDIT CORPORATION
101 HUDSON ST 34TH FLOOR
JERSEY CITY, NJ 07302

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA 02111

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

KENNETH M KOEWACICH
2329 CASCADE DRIVE
SHARPSVILLE, PA 16150

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING, PA 19610

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LORI M ZUMFELDE
13715 ST ROUTE 66, LOT 9
FAYETTE, OH 43521-9576

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

MARK BLOHOWIAK
581 HARVARD DR
NEENAH, WI 54956-2113

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK, NY 10279

MARY KORTBEIN
4111 W FAIRVIEW RD
LARSEN, WI 54947

MAX M ANGLIN
PO BOX 263
ELDORADO, MO 64744-0263

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND, OH 44114

MICHAEL ENDERS
14527 ENGLISH LAKE RD
VALDERS, WI 54245-9702

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105

MODERN EQUIPMENT COMPANY
DON DONNER
PO BOX 933
PORT WASHINGTON, WI 53074

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899

MSC INDUSTRIAL SUPPLY COMPANY
ATTN LEGAL DEPARTMENT
75 MAXESS RD
MELVILLE, NY 11747

MSC INDUSTRIAL SUPPLY COMPANY
ATTN LEGAL DEPARTMENT
75 MAXESS RD
MELVILLE, NY 11747

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OHIO DEPARTMENT OF TAXATION
30 EAST BROAD STREET
COLUMBUS, OH 43215

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
GENERAL COUNSEL'S OFFICE
120 N ROBINSON SUITE 2000
OKLAHOMA CITY, OK 73102-7471

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
GENNICE D. BRICKHOUSE
1200 K STREET NW SUITE 340
WASHINGTON, DC 20005-4026

PHILLIP ALBERT
9325 E 250 S
PIERCETON, IN 46562-9317

RAFAEL OLAVERRIA
175 BAKER STREET 1ST FLOOR
PROVIDENCE, RI 02905

RALPH CENTER
19007 N 47TH AVE
GLENDALE, AZ 85308-4455

RANDALL W SCHARF
3890 E 400N
WARSAW, IN 46582-7993

RICHARD VANLINN
10081 OAKDALE DR
ALMOND, WI 54909-8504

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

ROBERT HOERR
1212 W DETROIT ST
NEW BUFFALO, MI 49117-1634

RONNIE L OLIVER
408 W WAYNE ST
PIERCETON, IN 46562-9467

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC, WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SOUTH COAST AIR QUALITY MANAG. DIST.
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR, CA 91765

STATE OF WASHINGTON, DEPT. OF REVENUE
ATT: ZACHARY MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR, IN 46167

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK, NY 10038

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE, NC 28275

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA, NY 14151

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT, PA 15045

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON, DE 19899

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING, MI 48909

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON, WI 53707

STEVEN A MORR
16943 N 30
PIONEER, OH 43554

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD, TX 76063

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44708

THOMAS E FOAR III
PO BOX 591
WATERLOO, IN 46793

TONTINE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONTINE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH, CT 06830

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH, PA 15222

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19899

WERB & SULLIVAN
ATT: D.WERB & J.KLEIN, ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON, DE 19899

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE, WI 53203

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE, WI 53201

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUIPMENT FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN, DE 19709

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON, DE 19899-0391

# EXHIBIT B

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING, PA 19602

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

ADQ ADHESIVES EQUIPMENT
4084 PERRY BLVD
WHITESTOWN, IN 46075-9709

ADT SECURITY SERVICES
14200 E EXPOSITION AVE
AURORA, CO 80012

ADT SECURITY SERVICES
ADT SECURITY SERVICES INC
14200 E EXPOSITION AVE
AURORA, CO 80012

ADVANCED WASTE
1126 S 70TH S SUITE N408B
WEST HILLS, WI 53214-3161

AIRGAS - GREAT LAKES, INC
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE, OH 44131-2301

AIRGAS EAST
27 NORTHWESTERN DR
SALEM, NH 03079

AIRGAS EAST
27 NORTHWESTERN DR
SALEM, NH 03079-4809

AIRGAS EAST
27 NORTHWESTERN DR
SALEM, NH 03079

AIRGAS NORTH CENTRAL
10 W 4TH ST
WATERLOO, IA 50701

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR, PA 19087-8675

AIRGAS, INC.
DAVID BOYLE
259 RADNOR-CHESTER RD, SUITE 100
PO BOX 6675
RADNOR, PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS, MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH, WI 54957

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING, MI 48910

AUSTIN PETROLEUM INC
99 E JOE STREET
HUNTINGTON, IN 46750-4034

AXIS CAPITAL INC
308 NORTH LOCUST STREET
GRAND ISLAND, NE 68801

AXLETECH INTERNATIONAL LLC
1020 W 119TH ST
CHICAGO, IL 60643

AXLETECH INTERNATIONAL LLC
16474 COLLECTION CENTER DR
CHICAGO, IL 60693-0001

BADGER ELECTRIC MOTOR CORP
C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC
17100 WEST NORTH AVENUE
BROOKFIELD, WI 53005-4436

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN, WI 54923

BANCO INDUSTRIES INC
11542 N STATE ROAD 3
PO BOX 5191
KENDALLVILLE, IN 46755-5191

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO, IL 60606

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO, IL 60606

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BEST-AIRE LLC
PO BOX 953408
ST. LOUIS, MO 63195-3408

BIRMINGHAM RAIL & LOCO
PO BOX 530157
BIRMINGHAM, AL 35253-0157

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO, IL 60673

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

CHANGING SPACES MOVING
130 INVERNESS PLAZA #243
BIRMINGHAM, AL 35242-4800

CHEMSAFE INTERNATIONAL
ONE ZENEX CIRCLE
CLEVELAND, OH 44146-5459

CHEMSAFE INTERNATIONAL
ONE ZENEX CIRCLE
CLEVELAND, OH 44146-5459

CITIBANK SOUTH DAKOTA NA
DBA 4740 121ST ST
URBANDALE, IA 50323

CITY OF SIDNEY
201 W POPLAR ST
SIDNEY, OH 45365-2720

COLUMBIA GAS OF PENNSYLVANIA
200 CIVIC CENTER DR 11TH FLOOR
COLUMBUS, OH 43215

CONSTELLATION NEWENERGY-GAS DIVISION LLC
C/O D ELAINE CONWAY & BRUCE J RUZINSKY
JACKSON WALKER LLP
1401 MCKINNEY ST STE 1900
HOUSTON, TX 77010

COOCH AND TAYLOR PA
SUSAN KAUFMAN (USW)
1000 WEST STREET, 10TH FLOOR
PO BOX 1680
WILMINGTON, DE 19899

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON, DE 19899

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND, OH 43528

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER, DE 19903

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA RM 1150
BALTIMORE, MD 21201

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

DIAMOND VOGEL PAINT
PO BOX 8001
MARSHALLTOWN, IA 50158-8001

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE, MD 21209

EARTH CHAIN INC
9930 E 56TH ST
INDIANAPOLIS, IN 46236-2810

ENGINEERING CONTRACTORS' ASSOC
8310 FLORENCE AVE
DOWNEY, CA 90240-3917

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND, OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE, PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON, WI 54914

FASTENAL CO
ATTN LEGAL
PO BOX 978
WINONA, MN 55987-0978

FASTENAL COMPANY
ATTN LEGAL
PO BOX 978
WINONA, MN 55987-0978

FERRELLGAS
ONE LIBERTY PLAZA
LIBERTY, MO 64068

FERRELLGAS
ONE LIBERTY PLAZA
LIBERTY, MO 64068

FINGER & SLANINA, LLC
DAVID L. FINGER COUNSEL FOR WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
ONE COMMERCE CENTER 1201 N ORANGE ST 7FL
WILMINGTON, DE 19801-1186

FIRE PROTECTION INC
750 W NORTH STREET SUITE C
PO BOX 327
AUBURN, IN 46707-0327

FORT WAYNE LIQUID COATINGS
C/O JOSEPH G BONAHOOM
BONAHOOM & BONAHOOM LLP
110 W BERRY ST STE 1900
FORT WAYNE, IN 46802

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND, OH 44142

FOUNDRY EDUCATION FOUNDATION
1695 N PENNY LANE
SCHAUMBURG, IL 60173

FOX STAMP/SIGN & SPECIALT
PO BOX 490 618 W AIRPORT RD
MENASHA, WI 54952-0490

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO, IL 60603

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA, GA 30368

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO, IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO, IL 60603

GREAT LAKES AUTOMATION SUPPLY
C/O KENDALL ELECTRIC INC
5101 S SPRINKLE RD
PORTAGE, MI 49002

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY, WI 54304

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO, IL 60601

GULF OIL LIMITED PARTNERS
C/O CREDITORS BANKRUPTCY SERVICE
PO BOX 740933
DALLAS, TX 75374

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT, IL 60559

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES, IA 50266

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT, MI 48226

HYDRITE CHEMICAL CO
BOX #689227
MILWAUKEE, WI 53268-9227

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS, TX 75234

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON, GA 31208

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
PO BOX 13708
MACON, GA 31208-3708

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

INTERSTATE PIPE
152 HINDMAN ROAD
BUTLER, PA 16001-2417

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA 02111

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

KNOX TEXTILES INC
PO BOX 584 264 EAST BEMENT ST
EDGERTON, OH 43517-0584

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING, PA 19610

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA,
SUSAN M. COOK ESQ
ATTORNEY FOR LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON, COOK ETAL
SUSAN M. COOK
916 WASHINGTON AVE., STE 309
(LINAMAR CORPORATION)
BAY CITY, MI 48708

LEIGH M KENNEDY
33129 3RD COURT SW
FEDERAL WAY, WA 98023

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LINAMAR DE MEXICO SA DE CV
C/O SUSAN M COOK
LAMBERT LESER ISACKSON COOK & GIUNTA PC
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LINAMAR DE MEXICO SA DE CV
C/O SUSAN M COOK
LAMBERT LESER ISACKSON COOK & GIUNTA PC
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LINCOLN CONT SUPPLY INC
PO BOX 270168
MILWAUKEE, WI 53227

LOS ANGELES CO TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

LOS ANGELES CO TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

M3V DATA MANAGEMENT
11925 EAST 65TH STREET
INDIANAPOLIS, IN 46236-3178

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK, NY 10279

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND, OH 44114

MCMASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO, IL 60680

METZGER'S AUTO SERVICE
DBA-LINCOLN LUBE 3730 CORNHUSKER HWY
LINCOLN, NE 68504

MIKE BAZLEY
8226 TANYA LN
SACRAMENTO, CA 95828

MIKE BAZLEY
8226 TANYA LN
SACRAMENTO, CA 95828

MIKE BAZLEY
8226 TANYA LN
SACRAMENTO, CA 95828

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105

MODERN EQUIPMENT COMPANY
DON DONNER
PO BOX 933
PORT WASHINGTON, WI 53074

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899

MOTION INDUSTRIES INC
PO BOX 1477
BIRMINGHAM, AL 35201-1477

NEBRASKA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

NEBRASKA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
GENNICE D. BRICKHOUSE
1200 K STREET NW SUITE 340
WASHINGTON, DC 20005-4026

PITTSBURGH METAL PROCESSING CO
ATTN DOROTHY HOWAT
1850 CHAPMAN STREET
PITTSBURGH, PA 15215

PYRO-MATIC INC
2185 W PERSHING ST
APPLETON, WI 54914-6075

QBF
5097 NATHAN LANE
MINNEAPOLIS, MN 55442-3201

REDLON & JOHNSON
PO BOX 698
PORTLAND, ME 04104

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
D.J. DEFRANCESCHI & K.G. MANOUKIA
ONE RODNEY SQUARE
920 NORTH KING ST.
WILLMINGTON, DE 19801

ROCTEL MFG A DIV OF LINAMAR HOLDINGS INC
LAMBERT LESER ISACKSON COOK & GIUNTA PC
ATTN SUSAN M COOK
916 WASHINGTON AVE SUITE 309
BAY CITY, MI 48708

ROCTEL MFG A DIV OF LINAMAR HOLDINGS INC
LAMBERT LESER ISACKSON COOK & GIUNTA PC
ATTN SUSAN M COOK
916 WASHINGTON AVE SUITE 309
BAY CITY, MI 48708

RSA INC
481 E DIVISION ST SUITE 600
FOND DU LAC, WI 54935

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC, WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SMITH KATZENSTIEN & FURLOW LLP
KATHLEEN MILLER RE AIRGAS
800 DELAWARE AVE, 7TH FL
PO BOX 410
WILMINGTON, DE 19899

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON, DE 19899

SOLOMON L. LOWENSTEIN, JR.
ATTORNEY AT LAW
614 W BERRY ST SUITE A
FORT WAYNE, IN 46802

SOUTH COAST AIR QUALITY MANAG. DIST.
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR, CA 91765

STAMPXPRESS
PO BOX 14133
PINEDALE, CA 93650-4133

STANDARD ELECTRIC SUPPLY
3111 E CAPITOL DR
APPLETON, WI 54911-8740

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING, MI 48909

STATE OF WASHINGTON, DEPT. OF REVENUE
ATT: ZACHARY MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON, WI 53707

STATE WATER RESOURCES CONTROL BOARD
C/O ALEX P MAYER, STAFF COUNSEL
1001 I STREET 22ND FLOOR
SACRAMENTO, CA 95814

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR, IN 46167

STROOCK & STROOCK & LAVAN LLP
K. HANSEN & E. GILAD
180 MAIDEN LANE
NEW YORK, NY 10038

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK, NY 10038

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD, TX 76063

TENNANT
C/O TENNANT SALES AND SERVICE CO
PO BOX 1452
MINNEAPOLIS, MN 55440-1452

TENNANT
PO BOX 1452
MINNEAPOLIS, MN 55440-1452

TENNANT
TENNANT SALES & SERVICE CO
PO BOX 1452
MINNEAPOLIS, MN 55440

THE HOME INSURANCE CO IN LIQUIDATION
C/O SHARON BERGERON
55 S COMMERCIAL ST
MANCHESER, NH 03101-2606

THE HOME INSURANCE CO IN LIQUIDATION
C/O SHARON BERGERON
55 S COMMERCIAL ST
MANCHESTER, NH 03101-2606

THE HOME INSURANCE CO IN LIQUIDATION
C/O SHARON BERGERON
55 S COMMERCIAL ST
MANCHESTER, NH 03101-2606

THE HOME INSURANCE CO IN LIQUIDATION
C/O SHARON BERGERON
55 SOUTH COMMERCIAL ST
MANCHESTER, NH 03101

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44708

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE, NC 28275

TIME MANAGEMENT SYSTEM
3200 LINE DR
SIOUX CITY, IA 51106-5160

TOLEDO EDISON BANKRUPTCY DEPARTMENT
6896 MILLER RD SUITE 204
BRECKSVILLE, OH 44141

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA, NY 14151

TONTINE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONTINE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH, CT 06830

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT, PA 15045

UNITED STEELWORKERS
DAVID R JURY
ASST GENERAL COUNSEL
FIVE GATEWAY CENTER, RM 807
PITTSBURGH, PA 15222

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH, PA 15222

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19899

VALLEY NATIONAL GASES LLC
PO BOX 6628
WHEELING, WV 26003

VEOLIA ES INDUSTRIAL SERVICES
121 E CHAIN OF ROCKS RD
MITCHELL, IL 62040

VEOLIA ES INDUSTRIAL SERVICES
PO BOX 70610
CHICAGO, IL 60673-0610

VWR SCIENTIFIC PRODUCTS
VWR INTERNATIONAL
1775 THE EXCHANGE SUITE 310
ATLANTA, GA 30339

W A VORPAHL INC
PO BOX 12175
GREEN BAY, WI 54307

W.W. GRAINGER INC
7300 N MELVINA
M240
NILES, IL 60714

WASHINGTON STATE DEPARTMENT OF REVENUE
ATTN DOUG HOUGHTON
2101 4TH AVE STE 1400
SEATTLE, WA 98121-2300

WASTE CONNECTIONS OF NEBRASKA INC
D/B/A MIDWEST REFUSE
ATTN DOUG MCDONALD, CONTROLLER
10810 S 144TH STREET
OMAHA, NE 68138

WASTE MANAGEMENT
C/O JACQUOLYN MILLS
1001 FANNIN ST STE 4000
HOUSTON, TX 77002

WAUKESHA WATER UTILITY
115 DELAFIELD ST
WAUKESHA, WI 53188-3615

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE, WI 53201

WEINSTEIN REALTY ADVISORS
15 N CHERRY LANE PO BOX 5005
YORK, PA 17405-5005

WERB & SULLIVAN
ATT: D.WERB & J.KLEIN, ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON, DE 19899

WESCO DISTRIBUTION
737 OAKLAWN AVE
ELMHURST, IL 60126

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUIPMENT FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN, DE 19709

WIESE PLANNING & ENG
c/o ASM CAPITAL LP
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE, WI 53203

WISCONSIN POWER TOOL INC
3132 N MAYFAIR RD
MILWAUKEE, WI 53222-3202

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON, DE 19899-0391