# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
                    §  SS:
NEW CASTLE COUNTY   §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for Official Committee of Unsecured Creditors, for the above-captioned action, and that on the 7th day of July 2010, she caused copies of the following to be served upon the attached Notice Parties Service List via First Class Mail.

- Certificate of No Objection to First Interim Application for Compensation of Greenberg Traurig, LLP [Docket No. 613]

Dated: July 7, 2010

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. ("NEI")(8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Ronald Barliant, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL 60603
(Bank of America, N.A.)

Kerriann S. Mills
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)

Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

Morgan Seward, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(Debtors Counsel)

Stroock & Stroock & Lavan LLP
Lori E. Kata, Esq
180 Maiden Lane
New York, NY 10038
(Counsel to the ad hoc committee)