UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 525 |

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' First Omnibus (Non-Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing and expunging the Disputed Claims as set forth on Exhibits A, B, and C attached hereto; and upon consideration of the Parker Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Incorrect Debtor Claims set forth on the attached Exhibit A are hereby modified solely to specify that the claims are asserted against the particular Debtor(s) indicated in the column on Exhibit A titled "Modified Claims"; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the Amended Claims set forth on the attached <u>Exhibit B</u> under the heading labeled "Claims to be Expunged" are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Duplicate Claims set forth on the attached <u>Exhibit C</u> under the heading labeled "Claims to be Expunged" are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the Debtors may reserve their right to amend, modify, or supplement the Objection, and to file additional objections to any claims filed in these chapter 11 cases, including, without limitation, to any claims that are the subject of the Objection; and it is further

ORDERED that nothing set forth herein shall affect the Debtors' rights with respect to those claims identified as "Modified Claims" on <u>Exhibit A</u> or "Surviving Claims" on <u>Exhibits B</u> and <u>C</u> attached hereto, and the Debtors' rights with respect to such "Modified Claims" and "Surviving Claims" are reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       July  14   , 2010

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE