# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600  
(800) 253-2234 (DE ONLY)

THE BRANDYWINE BUILDING  
1000 WEST STREET, 17TH FLOOR  
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX  
www.ycst.com

P.O. BOX 391  
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:** Robert E. Ostendorf, Jr.  
President and Chief Executive Officer  
2121 Brooks Avenue  
P.O. Box 729  
Neenah, WI 54927

07/12/2010

File No. 069152.1001

For Professional Services Rendered For:

Bill No. 40337451

**Neenah Foundry Company**  
**Billing Period Through May 31, 2010**

| | |
|---|---:|
| Total Fees.................................................................................... $ | 13,558.50 |
| Total Expenses........................................................................... | 1,310.69 |
| Total.................................................................... $ | 14,869.19 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **069152.1001** AND SEND TO THE ATTENTION OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through May 31, 2010

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 11.40 | 1,710.50 |
| B002 | Court Hearings | 2.50 | 686.00 |
| B007 | Claims Analysis, Objections and Resolutions | 2.80 | 905.00 |
| B011 | Other Adversary Proceedings | 0.60 | 124.00 |
| B012 | Plan and Disclosure Statement | 24.50 | 9,650.50 |
| B017 | Retention of Professionals/Fee Issues | 2.10 | 412.50 |
| B020 | Utility Services | 0.20 | 70.00 |
| | Totals | 44.10 | $ 13,558.50 |

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through May 31, 2010

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.00 | x $ | 350.00 | = | 350.00 |
| Maryann McHugh | Paralegal | 8.70 | x $ | 130.00 | = | 1,131.00 |
| Troy Bollman | Paralegal | 1.70 | x $ | 135.00 | = | 229.50 |
| | Totals: | 11.40 | | | $ | 1,710.50 |

**Task B002**
**Court Hearings**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.70 | x $ | 350.00 | = | 245.00 |
| Edmon L. Morton | Partner | 0.40 | x $ | 530.00 | = | 212.00 |
| Kenneth Enos | Associate | 0.20 | x $ | 335.00 | = | 67.00 |
| Troy Bollman | Paralegal | 1.20 | x $ | 135.00 | = | 162.00 |
| | Totals: | 2.50 | | | $ | 686.00 |

**Task B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.80 | x $ | 350.00 | = | 630.00 |
| Kenneth Enos | Associate | 0.70 | x $ | 335.00 | = | 234.50 |
| Troy Bollman | Paralegal | 0.30 | x $ | 135.00 | = | 40.50 |
| | Totals: | 2.80 | | | $ | 905.00 |

3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through May 31, 2010

| **Task B011**<br>**Other Adversary Proceedings** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.20 | x $ | 350.00 | = | 70.00 |
| Troy Bollman | Paralegal | 0.40 | x $ | 135.00 | = | 54.00 |
| | Totals: | 0.60 | | | $ | 124.00 |

| **Task B012**<br>**Plan and Disclosure Statement** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 12.00 | x $ | 350.00 | = | 4,200.00 |
| Edmon L. Morton | Partner | 7.10 | x $ | 530.00 | = | 3,763.00 |
| Kenneth Enos | Associate | 0.80 | x $ | 335.00 | = | 268.00 |
| Morgan Seward | Associate | 1.70 | x $ | 265.00 | = | 450.50 |
| Robert S. Brady | Partner | 1.10 | x $ | 660.00 | = | 726.00 |
| Troy Bollman | Paralegal | 1.80 | x $ | 135.00 | = | 243.00 |
| | Totals: | 24.50 | | | $ | 9,650.50 |

| **Task B017**<br>**Retention of Professionals/Fee Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.60 | x $ | 350.00 | = | 210.00 |
| Troy Bollman | Paralegal | 1.50 | x $ | 135.00 | = | 202.50 |
| | Totals: | 2.10 | | | $ | 412.50 |

4

5

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through May 31, 2010

| **Task B020**<br>**Utility Services** | | Total<br>Hours | | Hourly<br>Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.20 | x $ | 350.00 | = | 70.00 |
| | Totals: | 0.20 | | | $ | 70.00 |
| | Aggregate Total: | 44.10 | | | $ | 13,558.50 |

5

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through May 31, 2010

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

|  |  | Total Hours |  | Hourly Rate |  | Total |
|---|---|---|---|---|---|---|
| RBRAD | Robert S. Brady, Partner | 1.10 | $ | 660.00 | = | 726.00 |
| EMORT | Edmon L. Morton, Partner | 7.50 | $ | 530.00 | = | 3,975.00 |
| DBOWM | Donald J. Bowman, Associate | 16.50 | $ | 350.00 | = | 5,775.00 |
| KENOS | Kenneth Enos, Associate | 1.70 | $ | 335.00 | = | 569.50 |
| MSEWA | Morgan Seward, Associate | 1.70 | $ | 265.00 | = | 450.50 |
| TBOLL | Troy Bollman, Paralegal | 6.90 | $ | 135.00 | = | 931.50 |
| MMCHU | Maryann McHugh, Paralegal | 8.70 | $ | 130.00 | = | 1,131.00 |
|  | Total: | 44.10 |  |  | $ | 13,558.50 |

6

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
File No. 069152.1001               Invoice No. 40337451                              07-12-2010

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/03/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/04/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/05/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/05/10 | Update 2002 service list | TBOLL | B001 | 0.10 |
| 05/06/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/07/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/10/10 | Review and provide comments on updated critical dates memo | DBOWM | B001 | 0.30 |
| 05/10/10 | Update critical dates calendar | TBOLL | B001 | 0.10 |
| 05/10/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/11/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/12/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/13/10 | Review docket entries for critical dates review | MMCHU | B001 | 1.40 |
| 05/13/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/14/10 | Review updated critical dates memo and provide comments to same | DBOWM | B001 | 0.40 |
| 05/14/10 | Update critical dates calendar | TBOLL | B001 | 0.30 |
| 05/17/10 | Review docket entries for critical dates review | MMCHU | B001 | 2.40 |
| 05/17/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001    Invoice No. 40337451    07-12-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/18/10 | Review docket for critical dates review | MMCHU | B001 | 3.40 |
| 05/18/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/19/10 | Finalize reivew of docket entries for critical dates review | MMCHU | B001 | 1.50 |
| 05/24/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 05/26/10 | Review and provide comments on updated critical dates memo | DBOWM | B001 | 0.30 |
| | Sub Total | | | 11.40 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/05/10 | Telephone to Judge Walrath's Chambers (L. Capp) re: hearing dates for Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B002 | 0.20 |
| 05/07/10 | Conference with D. Bowman re: potential hearing on motion to amend disclosure statement projections (.2); Correspondence from and to D. Bowman and B. Guzina (.2) | EMORT | B002 | 0.40 |
| 05/11/10 | Review draft May 14, 2010 hearing agenda | DBOWM | B002 | 0.10 |
| 05/11/10 | Prepare draft agenda regarding hearing scheduled for May 14, 2010 | TBOLL | B002 | 0.30 |
| 05/12/10 | Review and finalize May 12, 2010 hearing agenda | DBOWM | B002 | 0.10 |
| 05/12/10 | Review and finalize May 14, 2010 hearing agenda | DBOWM | B002 | 0.20 |
| 05/12/10 | Prepare notebook regarding hearing scheduled for May 14, 2010 | TBOLL | B002 | 0.20 |
| 05/12/10 | Finalize for filing and coordinate service of agenda of matters scheduled for hearing on May 14, 2010 | TBOLL | B002 | 0.30 |
| 05/13/10 | Review May 14, 2010 hearing agenda | DBOWM | B002 | 0.10 |

8

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001　　　　　　　　　Invoice No. 40337451　　　　　　　　　07-12-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/13/10 | Prepare (.2) and finalize for filing and coordinate service (.2) of amended agenda of matters regarding hearing scheduled for May 14, 2010 | TBOLL | B002 | 0.40 |
| 05/20/10 | Teleconference with Judge Walrath's Chambers re: Exit Financing Hearing | KENOS | B002 | 0.10 |
| 05/20/10 | Exchange emails with co-counsel re: Exit Finance Hearing | KENOS | B002 | 0.10 |
| | Sub Total | | | 2.50 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/03/10 | Teleconference with J. Ludwig re: Supplement to Bar Date Order | KENOS | B007 | 0.20 |
| 05/04/10 | Review and revise Certification of Counsel and Supplemental Bar Date Order pursuant to agreement with PBGC | DBOWM | B007 | 0.70 |
| 05/05/10 | Further revise Supplemental Bar Date Order and Certification of Counsel regarding same pursuant to additional comments from co-counsel (K. Mills and B. Guzina) | DBOWM | B007 | 1.10 |
| 05/05/10 | Finalize for filing and coordinate service of certification of counsel regarding supplement to the bar date order | TBOLL | B007 | 0.30 |
| 05/21/10 | Teleconference with J. Ludwig re: Claims Objections | KENOS | B007 | 0.50 |
| | Sub Total | | | 2.80 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/03/10 | E-mails from/to co-counsel (B. Myrick) re: Removal Motion | DBOWM | B011 | 0.20 |
| 05/03/10 | Finalize for filing and coordinate service of motion to extend removal deadline | TBOLL | B011 | 0.40 |
| | Sub Total | | | 0.60 |

9

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001        Invoice No. 40337451        07-12-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/03/10 | Review draft Notice of Revised Disclosure Statement Exhibits | DBOWM | B012 | 0.20 |
| 05/03/10 | Draft and File Notice of Update Disclosure Statement Exhibits | KENOS | B012 | 0.40 |
| 05/03/10 | Finalize for filing and coordinate service of notice of filing exhibits B and F to the disclosure statement | TBOLL | B012 | 0.30 |
| 05/04/10 | Research recent cases amending Disclosure Statement Orders post-approval and send follow-up e-mail to co-counsel (B. Guzina) concerning same | DBOWM | B012 | 1.40 |
| 05/04/10 | E-mails from/to co-counsel (B. Guzina) concerning potential hearing dates for emergency motion to approve Disclosure Statement and to amend Solicitation Order (.2) and telephone to Judge Walrath's Chambers with respect to same (.2) and discussion with EMORT concerning same (.3) | DBOWM | B012 | 0.70 |
| 05/04/10 | E-mails from/to co-counsel (B. Guzina) re: modified or amended exhibit to Disclosure Statement | DBOWM | B012 | 0.20 |
| 05/05/10 | E-mails to/from co-counsel (B. Guzina) re: Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.40 |
| 05/05/10 | E-mails to/from E. Morton re: Motion to Shorten Notice regarding Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.30 |
| 05/05/10 | Review draft Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.80 |
| 05/05/10 | Correspondence from and to co-counsel re: potential need to amend disclosure statement exhibit | EMORT | B012 | 0.30 |
| 05/06/10 | E-mails from/to co-counsel (B. Guzina) and E.Morton re: Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.40 |

10

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
File No. 069152.1001             Invoice No. 40337451                          07-12-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/06/10 | Review draft Motion to Shorten Notice with respect to Motion to Amend Disclosure Statement and Solicitation Order and provide comments on same to co-counsel (B. Guzina and K. Mills) | DBOWM | B012 | 0.60 |
| 05/06/10 | Review revised Disclosure Statement Projection and draft Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.90 |
| 05/06/10 | Finalize, file and coordinate service of Motion to Amend Disclosure Statement and Solicitation Order and accompanying Motion to Shorten Notice | DBOWM | B012 | 1.10 |
| 05/06/10 | Review and comment on motion to amend Disclosure Statement projections and motion to shorten (.7); Numerous correspondence re: same (.6); Conference with R. Brady (.2) | EMORT | B012 | 1.50 |
| 05/06/10 | Conference with D. Bowman re: potential amendment of disclosure statement exhibit (.3); Review final motion (.2) | EMORT | B012 | 0.50 |
| 05/06/10 | Exchange emails with W. Evanoff re: insert for Neenah Confirmation Order | KENOS | B012 | 0.20 |
| 05/06/10 | Review motion to amend disclosure statement; conference with E. Morton re: same | RBRAD | B012 | 0.40 |
| 05/06/10 | Finalize for filing and coordinate service of emergency motion to amend disclosure statement (.4) and finalize for filing related motion to shorten (.3) | TBOLL | B012 | 0.70 |
| 05/07/10 | Telephone to Judge Walrath's Chambers re: Motion to Shorten Notice with respect to Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.20 |
| 05/07/10 | Follow-up e-mails to/from co-counsel (B. Guzina and K. Mills) re: Motion to Shorten Notice with respect to Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.20 |

11

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001     Invoice No. 40337451     07-12-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/10/10 | Review draft Notice of Emergency Hearing with respect to Motion to Amend Disclosure Statement and Solicitation Order (.2) and discuss service issues related to same and Order Shortening Notice (.2) | DBOWM | B012 | 0.40 |
| 05/10/10 | E-mails to/from co-counsel (B. Guzina) and E. Morton re: Emergency Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.20 |
| 05/10/10 | Teleconference with K. Mills re: confirmation order | KENOS | B012 | 0.20 |
| 05/10/10 | Prepare (.3) and finalize for filing and coordinate service (.3) of notice of hearing regarding motion to modify disclosure statement | TBOLL | B012 | 0.50 |
| 05/11/10 | E-mails to and from co-counsel (B. Guzina) re: hearing on Motion to Amend Disclosure Statement and Solicitation Order | DBOWM | B012 | 0.20 |
| 05/13/10 | Review CNO re: Amended Solicitation Order and finalize same | DBOWM | B012 | 0.40 |
| 05/13/10 | Discussion with E. Morton re: Amended Solicitation Order (.2) and follow-up email to and from co-counsel (B. Guzina) concerning same (.1) | DBOWM | B012 | 0.30 |
| 05/13/10 | Review Amended Disclosure Statement and Plan | DBOWM | B012 | 1.20 |
| 05/13/10 | Conference with D. Bowman re: 5/14 hearing on disclosure statement amendment motion (2x)(.3); Correspondence from and to co-counsel and D. Bowman (.5); Teleconference with Court (.1) | EMORT | B012 | 0.90 |
| 05/13/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection regarding motion to amend disclosure statement | TBOLL | B012 | 0.30 |
| 05/14/10 | Review and finalize Motion to Extend Exclusivity Periods | DBOWM | B012 | 0.60 |
| 05/14/10 | Emails to and from co-counsel (B. Guzina) and Judge Walrath's chambers (L. Capp) re: status of Solicitation Order | DBOWM | B012 | 0.30 |
| 05/14/10 | Review exclusivity extension motion | EMORT | B012 | 0.30 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
File No. 069152.1001   Invoice No. 40337451   07-12-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/17/10 | Email from and to co-counsel (B. Guzina) re: Solicitation Packages | DBOWM | B012 | 0.10 |
| 05/17/10 | Correspondence from and to D. Bowman and B. Guzina re: solicitation issues | EMORT | B012 | 0.30 |
| 05/18/10 | Email from co-counsel (B. Guzina) re: issues concerning potential exit financing | DBOWM | B012 | 0.20 |
| 05/18/10 | Correspondence from and to B. Guzina, D. Bowman and K. Enos re: hearing/exit financing issues | EMORT | B012 | 0.30 |
| 05/18/10 | Correspondence from and to B. Guzina re: plan confirmation issues | EMORT | B012 | 0.20 |
| 05/19/10 | Correspondence from and to B. Guzina and D. Bowman re: exit financing (.3); Teleconference with B. Guzina re: exit financing and other plan issues (.7); Research re: same (.4) | EMORT | B012 | 1.40 |
| 05/21/10 | Email from U.S. Department of Justice (A. Tenenbaum) re: informal response to Plan and Disclosure Statement | DBOWM | B012 | 0.30 |
| 05/21/10 | Correspondence from and to B. Guzina and M. Seward re: Department of Justice and Environmental Protection Agency plan issues | EMORT | B012 | 0.50 |
| 05/21/10 | Research precedent re: environmental releases in confirmation orders | MSEWA | B012 | 1.70 |
| 05/21/10 | Review correspondence re: Environmental Protection Agency comments to plan release language re: environmental liability | RBRAD | B012 | 0.30 |
| 05/24/10 | Correspondence from and to B. Guzina and D. Detweiler re: plan solicitation issues | EMORT | B012 | 0.40 |
| 05/24/10 | Research re: Department of Justice and Environmental Protection Agency plan issues (includes memo to B. Guzina) | EMORT | B012 | 0.50 |
| 05/24/10 | Research issues re: plan release and Environmental Protection Agency claims; conference with E. Morton re: same | RBRAD | B012 | 0.40 |

13

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001  Invoice No. 40337451  07-12-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/26/10 | Review Michigan Dept. of Treasury's Objection to Plan | DBOWM | B012 | 0.40 |
| | Sub Total | | | 24.50 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/05/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to second monthly fee application of Huron Consulting | TBOLL | B017 | 0.30 |
| 05/12/10 | Review CNO re: March 2010 Sidley Austin Fee Application | DBOWM | B017 | 0.10 |
| 05/12/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to second monthly fee application of Sidley Austin | TBOLL | B017 | 0.30 |
| 05/12/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of second monthly fee application of Ernst & Young | TBOLL | B017 | 0.40 |
| 05/24/10 | Prepare certificate of no objection to second monthly fee application of Ernst & Young | TBOLL | B017 | 0.10 |
| 05/24/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of third monthly fee application of Huron Consulting | TBOLL | B017 | 0.40 |
| 05/26/10 | Review CNO re: Ernst & Young's 2nd Monthly Fee Application | DBOWM | B017 | 0.10 |
| 05/28/10 | Review and file Sidley Austin's 3rd Monthly Fee Application | DBOWM | B017 | 0.40 |
| | Sub Total | | | 2.10 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 05/06/10 | Telephone to Waste Management (Kim) re: post-petition amounts allegedly due | DBOWM | B020 | 0.20 |
| | Sub Total | | | 0.20 |

14