# EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through May 31, 2010

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
|---|---:|
| Reproduction Charges | 226.00 |
| Long Distance Telephone | 12.39 |
| Deposition/Transcript | 84.95 |
| Delivery / Courier | 22.50 |
| Car/Bus/Subway Travel | 83.20 |
| Working Meals | 808.90 |
| Postage | 13.47 |
| Docket Retrieval / Search | 59.28 |
| Total Disbursements: | $1,310.69 |

UNBILLED EXPENSE DETAILS THROUGH 05/31/2010

UNBILLED EXPENSES   MATTER: 069152.1001   Debtor Representation - Neenah Foundry Company

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/10 | S001SCN | 3349836 | | | TBOILScanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| | | | | | VENDOR NAME: | | | | | | | | | |
| 05/03/10 | S001SCN | 3349837 | | | TBOILScanning Charges 0968 | 1.40 | 0.70 | | B | | | | | |
| | | | | | VENDOR NAME: | | | | | | | | | |
| 05/03/10 | S001SCN | 3349838 | | | TBOILScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| | | | | | VENDOR NAME: | | | | | | | | | |

```
CONTROL:  431781                                       Young, Conaway, Stargatt and Taylor                          Page 21 (21)
                                                         PROFORMA BILLING WORKSHEET                                  RUN: 07/12/10
                                                     FOR BILLING PROFORMA NUMBER    188015                           TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company                  MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                        (Continued)

UNBILLED EXPENSES
         EXPENSE                                                                          RECORDED   BILLING   REVISED    STATUS
DATE      CODE     INDEX NO.  CHECK #   INVOICE   ORIG      DESCRIPTION                    VALUE     VALUE     VALUE   CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/10 | S001SCN | 3349839 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 05/03/10 | S001SCN | 3349840 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 10.40 | 5.20 | | B | | | | | |
| 05/03/10 | S001SCN | 3349841 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 24.60 | 12.30 | | B | | | | | |
| 05/03/10 | S102 | 3399342 | | | | VENDOR NAME: TBOLLDocket Retrieval / Search Pacer | 1.04 | 1.04 | | B | | | | | |
| 05/04/10 | S003 | 3351095 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(920)832-4006 7796 | 6.88 | 6.88 | | B | | | | | |
| 05/05/10 | S001 | 3352383 | | | | VENDOR NAME: TBOLLPhotocopy Charges 0968 | 1.20 | 0.60 | | B | | | | | |
| 05/05/10 | S001SCN | 3352384 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 05/05/10 | S001SCN | 3352385 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 05/05/10 | S001SCN | 3352386 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 05/05/10 | S102 | 3399343 | | | | VENDOR NAME: DBOWMDocket Retrieval / Search Pacer | 12.24 | 12.24 | | B | | | | | |
| 05/05/10 | S102 | 3399344 | | | | VENDOR NAME: TBOLLDocket Retrieval / Search Pacer | 1.44 | 1.44 | | B | | | | | |
| 05/06/10 | S001SCN | 3353891 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 05/06/10 | S001SCN | 3353892 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 05/06/10 | S001SCN | 3353893 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 05/06/10 | S001SCN | 3353894 | | | | VENDOR NAME: TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |

```
CONTROL:  431781                           Young, Conaway, Stargatt and Taylor                     Page 22 (22)
                                           PROFORMA BILLING WORKSHEET                              RUN: 07/12/10
                                           FOR BILLING PROFORMA NUMBER  188015                     TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company      MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
UNBILLED EXPENSES      (Continued)
           EXPENSE                                                          RECORDED   BILLING   REVISED   -------- STATUS --------
DATE       CODE       INDEX NO. CHECK # INVOICE    ORIG  DESCRIPTION        VALUE      VALUE     VALUE     CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|------|--------------|---------------------------|------|-------------|----------------|---------------|---------------|---------|-----|-----|---|---|-----|
| 05/06/10 | S001SCN | 3353895 | | TBOLLScanning Charges 0968 | 1.60 | 0.80 | | B | | | | | |
| 05/06/10 | S001SCN | VENDOR NAME: 3353896 | | TBOLLScanning Charges 0968 | 2.00 | 1.00 | | B | | | | | |
| 05/06/10 | S001SCN | VENDOR NAME: 3353897 | | TBOLLScanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 05/06/10 | S001SCN | VENDOR NAME: 3353898 | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 05/06/10 | S001SCN | VENDOR NAME: 3353899 | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 05/06/10 | S001SCN | VENDOR NAME: 3353900 | | TBOLLScanning Charges 0968 | 1.00 | 0.50 | | B | | | | | |
| 05/06/10 | S001SCN | VENDOR NAME: 3353901 | | EMORTLong Distance Telephone 1(312)853-0036 5003 | 4.13 | 4.13 | | B | | | | | |
| 05/06/10 | S003 | VENDOR NAME: 3353902 | | EMORTLong Distance Telephone 1(312)853-0036 5033 | 0.69 | 0.69 | | B | | | | | |
| 05/06/10 | S003 | VENDOR NAME: 3354256 125721 | | EMORTDeposition/Transcript - Payee: Perfect Pages Transcription & Reporting, Inc. | 84.95 | 84.95 | | B | | | | | |
| 05/07/10 | 030 | VENDOR NAME: Perfect Pages Transcription & Reporting, Inc. 3377384 126374 | | JPATTDelivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B | | | | | |
| 05/07/10 | 053 | VENDOR NAME: Parcels, Inc. - D.D.R. 3354869 | | TBOLLPhotocopy Charges 0968 | 6.60 | 3.30 | | B | | | | | |
| 05/07/10 | S001 | | | | | | | | | | | | |

```
CONTROL:  431781                                          Young, Conaway, Stargatt and Taylor                              Page 23 (23)
                                                          PROFORMA BILLING WORKSHEET                                      RUN: 07/12/10
                                                          FOR BILLING PROFORMA NUMBER  188015                             TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company                     MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES        (Continued)
         EXPENSE                                                                            RECORDED    BILLING    REVISED   -------- STATUS --------
DATE     CODE     INDEX NO.   CHECK #    INVOICE      ORIG    DESCRIPTION                   VALUE       VALUE      VALUE     CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/10 | S001 | VENDOR NAME: 3354870 | DBOWM | Photocopy Charges 0820 | 0.80 | 0.40 | | B | | | | | |
| 05/07/10 | S102 | VENDOR NAME: 3399345 | TBOLI | Docket Retrieval / Search Pacer | 1.44 | 1.44 | | B | | | | | |
| 05/10/10 | 096 | VENDOR NAME: 3355146 125726 | DBOWM | Working Meals - Payee: Cavanaughs Restaurant Lunch for 8 people for the Telogy hearing heald on Tuesday, 4/27/10 | 118.50 | 118.50 | | B | | | | | |
| 05/10/10 | 096 | VENDOR NAME: Cavanaughs Restaurant 3355180 125734 | DBOWM | Working Meals - Payee: Urban Cafe, LLC Breakfast for 8 people for the Telogy hearing held on Tuesday, 4/27/10 | 127.60 | 127.60 | | B | | | | | |
| 05/10/10 | S102 | VENDOR NAME: Urban Cafe, LLC 3399346 | TBOLI | Docket Retrieval / Search Pacer | 3.92 | 3.92 | | B | | | | | |
| 05/11/10 | S102 | VENDOR NAME: 3399347 | DBOWM | Docket Retrieval / Search Pacer | 5.68 | 5.68 | | B | | | | | |
| 05/12/10 | 053 | VENDOR NAME: 3374472 126374 | JPATT | Delivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B | | | | | |
| 05/12/10 | S001 | VENDOR NAME: Parcels, Inc. - D.D.R. 3359800 | TBOLI | Photocopy Charges 0968 0968 | 3.60 | 1.80 | | B | | | | | |
| 05/12/10 | S001 | VENDOR NAME: 3359801 | TBOLI | Photocopy Charges 0968 | 18.20 | 9.10 | | B | | | | | |
| 05/12/10 | S001 | VENDOR NAME: 3359802 | TBOLI | Photocopy Charges 0968 0968 | 6.00 | 3.00 | | B | | | | | |
| 05/12/10 | S001SCN | VENDOR NAME: 3359812 | TBOLI | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |

```
CONTROL:    431781                              Young, Conaway, Stargatt and Taylor              Page 24 (24)
                                                   PROFORMA BILLING WORKSHEET                   RUN: 07/12/10
                                              FOR BILLING PROFORMA NUMBER  188015               TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company                MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                       (Continued)
UNBILLED EXPENSES
         EXPENSE                                                              RECORDED   BILLING   REVISED  ---------- STATUS ----------
DATE     CODE      INDEX NO.  CHECK #  INVOICE    ORIG   DESCRIPTION            VALUE    VALUE     VALUE    CURRENT  BNC  B/0  H  X  BNP
```

| DATE | EXPENSE CODE | INDEX NO. CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/10 | S001SCN | VENDOR NAME: 3359813 | TBOLI | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 05/12/10 | S001SCN | VENDOR NAME: 3359814 | TBOLI | Scanning Charges 0968 | 1.20 | 0.60 | | B | | | | | |
| 05/12/10 | S001SCN | VENDOR NAME: 3359815 | TBOLI | Scanning Charges 0968 | 1.60 | 0.80 | | B | | | | | |
| 05/12/10 | S001SCN | VENDOR NAME: 3359816 | TBOLI | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 05/12/10 | S102 | VENDOR NAME: 3399348 | DBOWM | Docket Retrieval / Search Pacer | 2.08 | 2.08 | | B | | | | | |
| 05/12/10 | S102 | VENDOR NAME: 3399349 | TBOLI | Docket Retrieval / Search Pacer | 0.16 | 0.16 | | B | | | | | |
| 05/12/10 | S102 | VENDOR NAME: 3399350 | EHENR | Docket Retrieval / Search Pacer | 0.80 | 0.80 | | B | | | | | |
| 05/13/10 | S001 | VENDOR NAME: 3359803 | DBOWM | Photocopy Charges 0820 | 0.40 | 0.20 | | B | | | | | |
| 05/13/10 | S001 | VENDOR NAME: 3359804 | DBOWM | Photocopy Charges 0820 | 3.80 | 1.90 | | B | | | | | |
| 05/13/10 | S001 | VENDOR NAME: 3359805 | DBOWM | Photocopy Charges 0820 0820 | 2.80 | 1.40 | | B | | | | | |
| 05/13/10 | S001 | VENDOR NAME: 3359806 | DBOWM | Photocopy Charges 0820 0820 | 2.40 | 1.20 | | B | | | | | |
| 05/13/10 | S001 | VENDOR NAME: 3359807 | DBOWM | Photocopy Charges 0820 0820 | 2.60 | 1.30 | | B | | | | | |
| 05/13/10 | S001 | VENDOR NAME: 3359808 | DBOWM | Photocopy Charges 0820 0820 | 2.00 | 1.00 | | B | | | | | |
| 05/13/10 | S001 | VENDOR NAME: 3359809 | TBOLI | Photocopy Charges 0968 0968 | 5.00 | 2.50 | | B | | | | | |
| 05/13/10 | S001SCN | VENDOR NAME: 3359817 | TBOLI | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 05/13/10 | S001SCN | VENDOR NAME: 3359818 | TBOLI | Scanning Charges | 0.40 | 0.20 | | B | | | | | |

```
CONTROL:  431781                         Young, Conaway, Stargatt and Taylor                    Page 25 (25)
                                              PROFORMA BILLING WORKSHEET                        RUN: 07/12/10
                                          FOR BILLING PROFORMA NUMBER  188015                   TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company         MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                    (Continued)
```

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/10 | S001SCN | VENDOR NAME: 3359819 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | |
| 05/13/10 | S001SCN | VENDOR NAME: 3359820 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | |
| 05/13/10 | S102 | VENDOR NAME: 3399351 | | | | DBOWMDocket Retrieval / Search Pacer | 3.52 | 3.52 | | B | |
| 05/14/10 | 053 | VENDOR NAME: 3377473 126374 | | | | JPATTDelivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B | |
| 05/14/10 | S001 | VENDOR NAME: Parcels, Inc. 3359810 | | | | - D.D.R. BLAWSPhotocopy Charges 1012 1012 | 11.00 | 5.50 | | B | |
| 05/14/10 | S001 | VENDOR NAME: 3359811 | | | | BLAWSPhotocopy Charges 1012 1012 | 23.20 | 11.60 | | B | |
| 05/14/10 | S001SCN | VENDOR NAME: 3359821 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | |
| 05/14/10 | S001SCN | VENDOR NAME: 3359822 | | | | TBOLLScanning Charges 0968 | 2.40 | 1.20 | | B | |
| 05/14/10 | S001SCN | VENDOR NAME: 3359823 | | | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | |
| 05/14/10 | S003 | VENDOR NAME: 3359824 | | | | EMORTLong Distance Telephone 1(312)499-6917 7796 | 0.69 | 0.69 | | | |
| 05/14/10 | S102 | VENDOR NAME: 3399352 | | | | DBOWMDocket Retrieval / Search Pacer | 6.08 | 6.08 | | B | |
| 05/14/10 | S102 | VENDOR NAME: 3399353 | | | | TBOLLDocket Retrieval / Search Pacer | 2.48 | 2.48 | | B | |
| 05/17/10 | 096 | VENDOR NAME: 3360667 125923 | | | | DBOWMWorking Meals - Payee: Crumbs Catering Hot breakfast for 7 | 70.00 | 70.00 | | B | |

```
CONTROL: 431781                                   Young, Conaway, Stargatt and Taylor                          Page 26 (26)
                                                  PROFORMA BILLING WORKSHEET                                  RUN: 07/12/10
                                                  FOR BILLING PROFORMA NUMBER   188015                        TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company             MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES                                          (Continued)
         EXPENSE
DATE     CODE      INDEX NO.   CHECK #  INVOICE   ORIG  DESCRIPTION                          RECORDED   BILLING   REVISED   -------- STATUS --------
                                                                                             VALUE      VALUE     VALUE     CURRENT BNC B/O H X BNP
```

| Date | Expense Code | Vendor Name / Invoice | Description | Recorded Value | Billing Value | Revised Value | Status |
|---|---|---|---|---|---|---|---|
| 05/18/10 | S001 | VENDOR NAME: Crumbs Catering 3362608 | provided by Crumbs Catering for Neenah hearing on 4/27/10 | 0.60 | 0.30 | | B |
| 05/18/10 | S102 | VENDOR NAME: 3399354 | MMCHUPhotocopy Charges 0161 | 11.68 | 11.68 | | B |
| 05/19/10 | S001 | VENDOR NAME: 3365187 | DBOWMDocket Retrieval / Search Pacer | 23.20 | 11.60 | | B |
| 05/19/10 | S001 | VENDOR NAME: 3365188 | DBOWMPhotocopy Charges 0820 0820 | 0.20 | 0.10 | | B |
| 05/19/10 | S001 | VENDOR NAME: 3365189 | MMCHUPhotocopy Charges 0161 | 0.20 | 0.10 | | B |
| 05/20/10 | 087 | VENDOR NAME: 3363383 126088 | EMORTCar/Bus/Subway Travel - Payee: The Limo Exchange, Inc. Transportation for co-counsel from YCST to PHL airport after Court Hearing | 83.20 | 83.20 | | B |
| 05/21/10 | S102 | VENDOR NAME: The Limo Exchange, Inc. 3399355 | TBOLLDocket Retrieval / Search Pacer | 0.32 | 0.32 | | B |
| 05/21/10 | S102 | VENDOR NAME: 3399356 | MSEWADocket Retrieval / Search Pacer | 4.80 | 4.80 | | B |
| 05/24/10 | S001 | VENDOR NAME: 3367903 | TBOLLPhotocopy Charges 0968 | 12.20 | 6.10 | | B |
| 05/24/10 | S001 | VENDOR NAME: 3367904 | TBOLLPhotocopy Charges 0968 | 61.20 | 30.60 | | B |
| 05/24/10 | S001 | VENDOR NAME: 3367905 | TBOLLPhotocopy Charges 0968 0968 | 11.80 | 5.90 | | B |
| 05/24/10 | S001SCN | VENDOR NAME: 3367906 | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B |

```
CONTROL:      431781                    Young, Conaway, Stargatt and Taylor                    Page 27 (27)
                                        PROFORMA BILLING WORKSHEET                             RUN: 07/12/10
                                        FOR BILLING PROFORMA NUMBER                            TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company         MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                                                                 188015
UNBILLED EXPENSES
                    (Continued)
                                                                        RECORDED    BILLING    REVISED    ------- STATUS -------
DATE       EXPENSE CODE    INDEX NO.    CHECK #    INVOICE    ORIG    DESCRIPTION    VALUE    VALUE    VALUE    CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/24/10 | S001SCN | VENDOR NAME: 3367907 | TBOLL | Scanning Charges 0968 | 3.60 | 1.80 | | B | | | | | |
| 05/24/10 | S001SCN | VENDOR NAME: 3367908 | TBOLL | Scanning Charges 0968 | 1.60 | 0.80 | | B | | | | | |
| 05/24/10 | S001SCN | VENDOR NAME: 3367909 | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 05/24/10 | S001SCN | VENDOR NAME: 3367910 | TBOLL | Scanning Charges 0968 | 5.80 | 2.90 | | B | | | | | |
| 05/24/10 | S002 | VENDOR NAME: 3375612 | TBOLL | Postage Postage | 5.19 | 5.19 | | B | | | | | |
| 05/25/10 | S102 | VENDOR NAME: 3399357 | EHENR | Docket Retrieval / Search Pacer | 0.16 | 0.16 | | B | | | | | |
| 05/26/10 | 096 | VENDOR NAME: 3369277 126195 | EMOR | Working Meals - Payee: Chase Card Services Dinner provided for 8 for working meeting with client and co-counsel | 412.80 | 412.80 | | B | | | | | |
| 05/26/10 | S001SCN | VENDOR NAME: 3369916 | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 05/26/10 | S102 | VENDOR NAME: 3399358 | EHENR | Docket Retrieval / Search Pacer | 1.28 | 1.28 | | B | | | | | |
| 05/27/10 | 096 | VENDOR NAME: 3370322 126295 | EMOR | Working Meals - Payee: Sugarfoot Fine Food Lunch for 5 provided for wokring meeting with co-counsel and client 4/26/10 | 80.00 | 80.00 | | B | | | | | |
| 05/27/10 | S102 | VENDOR NAME: 3399359 | EHENR | Docket Retrieval / Search Pacer | 0.16 | 0.16 | | B | | | | | |
| 05/28/10 | S001 | VENDOR NAME: 3375145 | TBOLL | Photocopy Charges 0968 0968 | 9.00 | 4.50 | | B | | | | | |

```
CONTROL:  431781                                              Young, Conaway, Stargatt and Taylor              Page 28 (28)
                                                                  PROFORMA BILLING WORKSHEET                   RUN: 07/12/10
                                                              FOR BILLING PROFORMA NUMBER  188015              TIME: 16:13:33

CLIENT: 069152 Neenah Foundry Company               MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                    (Continued)

UNBILLED EXPENSES
            EXPENSE                                                         RECORDED      BILLING     REVISED        STATUS
 DATE        CODE       INDEX NO.   CHECK #    INVOICE   ORIG  DESCRIPTION    VALUE        VALUE       VALUE   CURRENT BNC B/O H X BNP
 ----       -------     ---------   -------    -------   ----  -----------  --------     --------    -------  ----------------------

05/28/10    S001                                                TBOLL Photocopy Charges    9.40        4.70      ___      B  __  __  __
            VENDOR NAME:  3375146                                     0968 0968

05/28/10    S001                                                AJOSE Photocopy Charges   15.60        7.80      ___      B  __  __  __
            VENDOR NAME:  3375147                                     0911 0911

05/28/10    S001                                                AJOSE Photocopy Charges   18.60        9.30      ___      B  __  __  __
            VENDOR NAME:  3375148                                     0911

05/28/10    S001                                                AJOSE Photocopy Charges  111.80       55.90      ___      B  __  __  __
            VENDOR NAME:  3375149                                     0911

05/28/10    S001SCN                                             TBOLL Scanning Charges    18.60        9.30      ___      B  __  __  __
            VENDOR NAME:  3375150                                     0968

05/28/10    S002                                                AJOSE Postage Postage      8.28        8.28      ___      B  __  __  __
            VENDOR NAME:  3375661

                                                                                        ---------    ---------
INCLUDED EXPENSES FOR MATTER: 069152.1001                                               1,536.69     1,310.69
EXCLUDED EXPENSES (Expenses on Hold)                                                        0.00         0.00
EXPENSES AFTER CUTOFF DATE                                                              2,537.14

STATUS CODE LEGEND
  B    Billable                        H    Expense on Hold (Excluded)         NB     Non-Billable
  BNC  Bill - No Charge                X    Excluded from Instruction          BNP    Expense will not show on Statement
  B/0  Billable - reduce value to "0"


                                               EXPENSE CODE SUMMARY

 EXPENSE CODE                     DESCRIPTION                         RECORDED VALUE     BILLING VALUE
 ------------                     -----------                         --------------     -------------
      030            Deposition/Transcript                                 84.95              84.95
      053            Delivery / Courier                                    22.50              22.50
      087            Car/Bus/Subway Travel                                 83.20              83.20
      096            Working Meals                                        808.90             808.90
      S001           Photocopy Charges                                    363.40             181.70
      S001SCN        Scanning Charges                                      88.60              44.30
      S002           Postage                                               13.47              13.47
      S003           Long Distance Telephone                               12.39              12.39
      S102           Docket Retrieval / Search                             59.28              59.28
                                                                     ==============     =============
                     EXPENSE TOTAL                                       1,536.69           1,310.69

TOTAL EXPENSES FOR INSTRUCTION:  188015                              ==============     =============
                                                                         1,536.69           1,310.69
```