**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On July 14, 2010, at the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties set forth on Exhibit A, comprised of the Master Service List and certain additional parties:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

- Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 636].

_____
Paul V. Kinealy

Sworn to before me this 16th day of July, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING PA 19602

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING PA 19602-1184

ADQ ADHESIVES EQUIPMENT
4084 PERRY BLVD
WHITESTOWN IN 46075-9709

ADT SECURITY SERVICES
14200 E EXPOSITION AVENUE
AURORA CO 80012

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR PA 19087-8675

ALL PHASE ELECTRIC SUPPLY
PO BOX 450
LIMA OH 45802-0450

ALRO STEEL/BLOCK DIVN
PO BOX 641005
DETROIT MI 48264-1005

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH WI 54957

AMERICAN COLLOID COMPANY
2870 FORBS AVENUE
HOFFMAN ESTATES IL 60192

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE VA 24022-2121

AMERICAN FINISH RESOURCES INC
PO BOX 164
CHILTON WI 53014-0164

APPLETON COMPRESSOR SERVC
PO BOX 1406
APPLETON WI 54912-1406

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK NY 10019

ASSOCIATED BAG COMPANY
PO BOX 07120
MILWAUKEE WI 53207-0120

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN WI 54923

| | |
|---|---|
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO IL 60606 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>WILLIAM J. BARRETT ATTORNEY FOR<br>TONTINE CAPITAL PARTNERS L.P.<br>200 WEST MADISON STREET SUITE 3900<br>CHICAGO IL 60606 |
| BARNES & THORNBURG LLP<br>C/O WENDY D BREWER<br>11 S MERIDIAN ST<br>INDIANAPOLIS IN 46204 | BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN<br>ATTY FOR IRON MOUNTAIN INFO MANAGEMENT<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON MA 02110 |
| BASTIAN MAT. HANDLING CORP.<br>PO BOX 6069 DEPT. 61<br>INDIANAPOLIS IN 46206-6069 | BAY COMMUNICATIONS INC<br>2040 RADISSON ST<br>GREEN BAY WI 54302-2085 |
| BREHOB CORPORATION<br>1334 S MERIDIAN ST<br>INDIANAPOLIS IN 46225 | BRICE VANDER LINDEN & WERNICK, P.C.<br>ATT: HILLARY B. BONIAL<br>ATTY FOR SAXON MORTGAGE SERVICES, INC.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS TX 75243 |
| BUBRICK'S OFFICE SUPPLY<br>PO BOX 640<br>GERMANTOWN WI 53022-0640 | C.A.T.S. CARBON INC<br>PO BOX 100<br>WARRIOR AL 35180-0100 |
| CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO IL 60673 | CDW CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 |
| CENTRAL STATES LAW DEPT.<br>REBECCA K. MCMAHON ESQ FOR CENTRAL STATE<br>SOUTHEAST & SOUTHWEST AREAS PENSION FUND<br>9377 WEST HIGGINS ROAD<br>ROSEMONT IL 60018 | CHAMPION CHISEL WORKS INC<br>804 EAST 18TH ST<br>ROCK FALLS IL 61071-2128 |
| CHERMOR REAL ESTATE<br>LINDA'S BOOKKEEPING<br>PO BOX 184<br>FOREST JUNCTION WI 54123-0184 | COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS OH 43215 |
| CONTINENTAL CARBONIC PRODUCTS INC<br>C/O D SCHINZLER<br>3985 E HARRISON AVENUE<br>DECATUR IL 62526 | COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ ATT FOR UNITED<br>STEELWORKERS THE BRANDYWINE BUILDING<br>1000 W. ST. 10TH FL P.O. BOX 1680<br>WILMINGTON DE 19899 |
| CRESCENT ELECTRIC SUPPLY COMPANY<br>CRESCENT ELECTRIC<br>3726 S 149TH ST<br>OMAHA NE 68144 | DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND OH 43528 |

Case 10-10360-MFW    Doc 639    Filed 07/16/10    Page 6 of 13

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER DE 19903

DENNIS BAHCALL CO
3100 E FRONTAGE ROAD
PO BOX 378
KAUKAUNA WI 54130-0378

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA 19114

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA RM 1150
BALTIMORE MD 21201

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE MD 21209

DUCA MFG & CONSULTING INC
648 SQUIRREL HILL DR
BOARDMAN OH 44512-5334

DUCA REMANUFACTURING INC
761 MCCLURG ROAD
BOARDMAN OH 44512-6410

DYNAMIC COLOR SOLUTIONS
BOX 68-6035
MILWAUKEE WI 53268-6035

ELECTRO ARC
C/O UNITED STATES DEBT RECOVERY V, LP
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE NV 89451

ENERGY PRODUCTS INC
PO BOX 4368
SARATOGA SPRINGS NY 12866-8025

ENGINEERING CONTRACTORS' ASSOC
8310 FLORENCE AVE
DOWNEY CA 90240-3917

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON WI 54914

FASTENAL COMPANY
ATTN LEGAL
PO BOX 978
WINONA MN 55987-0978

FEDEX CUSTOM CRITICAL
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM MD 21094

FEDEX CUSTOMER INFORMATION SERVICES
ASSIGNEE OF FEDEX EXPRESS/FEDEX GROUND
ATTN REVENUE RECOVERY/BANKRUPTCY
3865 AIRWAYS BLVD MODULE G 3RD FLOOR
MEMPHIS TN 38116

FINGER & SLANINA, LLC
DAVID L. FINGER COUNSEL FOR WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
ONE COMMERCE CENTER 1201 N ORANGE ST 7FL
WILMINGTON DE 19801-1186

FORT WAYNE LIQUID COATINGS
ATTN JOSEPH G BONAHOOM
BONAHOOM & BONAHOOM LLP
110 WEST BERRY STREET STE 1900
FORT WAYNE IN 46802

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND OH 44142

FOUNDERS SERVICE & MFG CO
PO BOX 56
NORTH BENTON OH 44449-0056

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO IL 60603

GENERAL KINEMATICS CORP
C/O TR CAPITAL, LLC
ATTN: TERREL ROSS
336 ATLANTIC AVE STE 303
EAST ROCKWAY NY 11518-1124

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA GA 30368

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO IL 60603

GREAT LAKES AUTOMATION SUPPLY
C/O KENDALL ELECTRIC INC
5101 S SPRINKLE RD
PORTAGE MI 49002

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY WI 54304

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007 NORTH ORANGE STREET STE1200
WILMINGTON DE 19801

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO IL 60601

GULF OIL LIMITED PARTNERS
C/O CREDITORS BANKRUPTCY SERVICE
PO BOX 740933
DALLAS TX 75374

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT IL 60559

HARTMAN & SONS INC
PO BOX 478
PIERCETON IN 46562-0478

HITECH SHAPES & DESIGNS
A DIVISION OF SEILKOP INDUSTRIES INC
425 W NORTH BEND RD
CINCINNATI OH 45216

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES IA 50266

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT MI 48226

HORNER INDUSTRIAL SERVICES,INC
PO BOX 660292
INDIANAPOLIS IN 46266-0292

HUDAPACK METAL TREATING INC
979 KOOPMAN LANE
ELKHORN WI 53121-2023

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS TX 75234

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON GA 31208

INDIANAPOLIS POWER & LIGHT COMPANY
ATTN: LACHELLE D STEPP
8520 ALLISON POINTE BLVD SUITE 200
INDIANAPOLIS IN 46250

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA PA 19114-0326

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON MA 02111

J P PATTERN INC
5038 N 125TH STREET
BUTLER WI 53007-1302

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS TX 75202

JAMES S RICKUN ENV CONSULTING
4933 BLACK OAK DR
MADISON WI 53711-4373

JANITORS SUPPLY INC
540 EAST 2ND STREET
ERIE PA 16507-1702

J-COM E.D.I. SERVICES
PO BOX 31060
TUCSON AZ 85751-1060

KINETIC EQUIPMENT INC
2146 W PERSHING ST
APPLETON WI 54914-6074

KNOX TEXTILES INC
PO BOX 584 264 EAST BEMENT ST
EDGERTON OH 43517-0584

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING PA 19610

KREISER FUEL SERVICE
122 RACEHORSE DRIVE
JONESTOWN PA 17038-8329

KRIEG DEVAULT LLP
C/O C DANIEL MOTSINGER ESQ
ONE INDIANA SQUARE
SUITE 2800
INDIANAPOLIS IN 46204-2079

KT-GRANT INC
3073 ROUTE 66
EXPORT PA 15632

L E S
PO BOX 80869
LINCOLN NE 68501-0869

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY MI 48708

| | |
|---|---|
| LAMBERT, LESER, ISACKSON, COOK & GIUNTA<br>SUSAN M. COOK ESQ ATORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY MI 48708 | LANDSTAR INWAY INC<br>13410 SUTTON PARK DRIVE SOUTH<br>JACKSONVILLE FL 32224 |
| LEWIS SALVAGE CORPORATION<br>RITA LEWIS<br>PO BOX 1785<br>WARSAW IN 46581 | LEXISNEXIS, A DIV OF REED ELSEVIER INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 |
| LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE WI 53227 | LORD CORPORATION<br>2000 WEST GRANDVIEW BLVD<br>ERIE PA 16509 |
| LOUIS PADNOS IRON & METAL CO<br>EVAN GILLIAM<br>SLOT 303113<br>PO BOX 66973<br>CHICAGO IL 60666 | MAGID GLOVE MFG CO<br>2060 N KOLMAR AVE.<br>CHICAGO IL 60639-3418 |
| MARK SCHONFELD<br>REGIONAL DIRECTOR, SEC<br>NEW YORK REGIONAL OFFICE<br>233 BROADWAY<br>NEW YORK NY 10279 | MARLIN LEASING CORPORATION<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054 |
| MCDONALD HOPKINS LLC<br>SCOTT N OPINCAR & SEAN D MALLOY COUNSEL<br>FOR SADOFF & RUDOY INDUSTRIES, LLC<br>600 SUPERIOR AVENUE EAST SUITE 2100<br>CLEVELAND OH 44114 | MCMASTER-CARR SUPPLY<br>PO BOX 4355<br>CHICAGO IL 60680 |
| MCMASTER-CARR SUPPLY CO<br>200 AURORA INDUSTRIAL SUPPLY<br>AURORA OH 44202 | MISSOURI DEPT. OF REVENUE<br>ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105 |
| MODERN EQUIPMENT COMPANY<br>DON DONNER<br>PO BOX 933<br>PORT WASHINGTON WI 53074 | MOELLER MAUNUFACTURING COMPANY<br>43938 PLYMOUTH OAKS BOULEVARD<br>PLYMOUTH MI 48170-2584 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATT: E.SCHWARTZ & M.HARVEY, ESQ.<br>1201 N. MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899 | MSC INDUSTRIAL SUPPLY CO<br>ATTN LEGAL DEPT<br>75 MAXESS RD<br>MELVILLE NY 11747 |
| NEDROW REFRACTORIES<br>JAMES CHASE<br>150 LANDROW DRIVE<br>WIXOM MI 48393 | NICHOLSON & CATES LTD<br>DEPT CH17946<br>PALATINE IL 60055-7946 |

NORTHERN INDIANA PUBLIC SERVICE COMPANY
ATTN REVENUE ASSURANCE & RECOVERY
801 E 86TH AVENUE
MERRILLVILLE IN 46410

NORTHERN INDIANA PUBLIC SERVICE COMPANY
ATTN REVENUE ASSURANCE & RECOVERY
801 E 86TH AVE
MERRILLVILLE IN 46410

NORTHERN INDIANA TRADING CO INC
ATTN REVENUE ASSURANCE & RECOVERY
801 E 86TH AVENUE
MERRIVILLE IN 46410

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON DE 19801

OGLETREE DEAKINS NASH SMOAK & STEWART PC
PO BOX 167
GREENVILLE SC 29607

OGLETREE DEAKINS NASH SMOAK & STEWART PC
C/O LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK NJ 07601

OHIO GAS COMPANY
PO BOX 528
BRYAN OH 43506-0528

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY OK 73102

OKLAHOMA COUNTY TREASURER
ATTN: FORREST "BUTCH" FREEMAN
320 ROBERT S KERR RM 307
OKLAHOMA CITY OK 73102

OKLAHOMA TAX COMMISSION
ATTN BANKRUPTCY SECTION
C/O GENERAL COUNSEL'S OFFICE
120 N ROBINSON SUITE 2000
OKLAHOMA CITY OK 73102-7471

ONOX INC
44382 S GRIMMER BLVD
FREMONT CA 94538-6385

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA WI 54130

PENN POWER BANKRUPTCY DEPARTMENT
6896 MILLER RD SUITE 204
BRECKSVILLE OH 44141

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
GENNICE D. BRICKHOUSE
1200 K STREET NW SUITE 340
WASHINGTON DC 20005-4026

PER MAR
PO BOX 1101
DAVENPORT IA 52805-1101

POWER TOOL SERVICE CO
300 NORTH WEBSTER
GREEN BAY WI 54301-4816

PURITY CYLINDER GASES INC
PO BOX 9390
GRAND RAPIDS MI 49509-0390

PYRO-MATIC INC
2185 W PERSHING ST
APPLETON WI 54914-6075

QBF
5097 NATHAN LANE
MINNEAPOLIS MN 55442-3201

RED-D-ARC INC
ATTN TAISHA DICKERSON
685 LEE INDUSTRIAL BLVD
AUSTELL GA 30168

REDLON & JOHNSON
PO BOX 698
PORTLAND ME 04104

REFRACTORY SALES & SERVICE INC
PO BOX 8500-9560
PHILADELPHIA PA 19178-9560

RENITE COMPANY
PO BOX 30830
COLUMBUS OH 43230-0830

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE WI 53268

SADOFF IRON & METAL COMPANY
PO BOX 1138
240 W ARNDT ST
FOND DU LAC WI 54936-1138

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO MI 49337

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK NY 10169

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK NY 10281-1022

SHEFFIELD CONTAINER CORP.
PO BOX 578
SHEFFIELD PA 16347-0578

SHELLS INC
PO BOX 72458
CLEVELAND OH 44192-0002

SIDENER ENGINEERING
PO BOX 1476
NOBLESVILLE IN 46061-1476

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO IL 60603

SMITH & RICHARDSON MFG CO.
727 MAY ST
GENEVA IL 60134-0589

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON DE 19899

SOUTH COAST AIR QUALITY MANAG. DIST.
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR CA 91765

STANDARD ELECTRIC SUPPLY COMPANY
222 N EMMBER LANE
MILWAUKEE WI 53233

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING MI 48909

STATE OF WASHINGTON, DEPT. OF REVENUE
ATT: ZACHARY MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE WA 98104

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON WI 53707

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR IN 46167

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK NY 10038

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD TX 76063

THE KINDT - COLLINS CO.
14124 ORANGE AVE
PARAMOUNT CA 90723-2019

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS IL 62201

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON OH 44708

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE NC 28275

TOLEDO EDISON BANKRUPTCY DEPARTMENT
6896 MILLER RD SUITE 204
BRECKSVILLE OH 44141

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA NY 14151

TONTINE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONTINE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH CT 06830

TPC WIRE & CABLE
4570 PAYSPHERE CIRCLE
CHICAGO IL 60674-0045

TRUCK EQUIPMENT
PO BOX 11296
GREEN BAY WI 54307-1296

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT PA 15045

TUSHAUS COMPUTER SERVICES
10400 INNOVATION DR-SUITE 100
MILWAUKEE WI 53226-4840

UNITED PARCEL SERVICE
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 4396
TIMONIUM MD 21094

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH PA 15222

UNITED TELEPHONE COMPANY OF INDIANA INC
PO BOX 7971
SHAWNEE MISSION KS 66207-0971

VALLEY NATIONAL GASES LLC
PO BOX 6628
WHEELING WV 26003

WAUKESHA WATER UTILITY
115 DELAFIELD ST
WAUKESHA WI 53188-3615

WELLS FARGO EQUIPMENT FINANCE, INC
ATTN GARY T DREYLING
733 MARQUETTE AVE
MINNEAPOLIS MN 55402

WESCO DISTRIBUTION
737 OAKLAWN AVE
ELMHURST IL 60126

WIESE PLANNING & ENG
C/O ASM CAPITAL LP
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY NY 11797

WISCONSIN LIFT TRUCK
3125 INTERTECH DR
BROOKFIELD WI 53045

XPEDX
PO BOX 644520
PITTSBURGH PA 15264-4520

ZORN-COCHRANE COMPRESSOR & EQUIP
733 POTTS AVE
GREEN BAY WI 54304

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON DE 19899

WASTE MANAGEMENT
C/O JACQUOLYN MILLS
1001 FANNIN ST STE 4000
HOUSTON TX 77002

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE WI 53201

WERB & SULLIVAN
ATT: D.WERB & J.KLEIN, ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON DE 19899

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUIPMENT FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN DE 19709

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE WI 53203

WISCONSIN POWER TOOL INC
3132 N MAYFAIR RD
MILWAUKEE WI 53222-3202

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON DE 19899-0391