UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Kassandra A. Riddle, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on July 14, 2010, she caused a copy of the following pleading(s):

    **Fourth Application for Compensation of Young Conaway Stargatt & Taylor, LLP for the period May 1, 2010 to May 31, 2010 [Docket No. 637]**

to be served upon the parties identified on the attached service list as indicated.

_____
Kassandra A. Riddle

SWORN TO AND SUBSCRIBED before me this _16_ day of July, 2010.

_____
Notary Public

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## SERVICE LIST
## 7/14/2010

Ronald Barliant, Esq.
Danielle Wildern Juhle, Esq.
David E. Morrison, Esq.
Goldberg Kohn Ltd.
55 East Monroe Street, Sutie 3700
Chicago, IL 60603
(Bank of America, N.A.)
*First Class Mail*

Lori E. Kata, Esq
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Ad Hoc Committee)
*First Class Mail*

Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Scott D. Cousins, Esq
Donald J. Detweiler, Esq.
Dennis A. Meloro, Esq.
Greenburg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Official Committee of Unsecured Creditors
*Hand Delivery*

Larry J. Nyhan, Esq
Kerriann S. Mills
Jessica C.K. Boelter, Esq.
D'Lisia E. Bergeron, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Debtors Counsel)
*First Class Mail*