## Schedule 1

# Neenah Enterprises, Inc.
## Schedule 1

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CREDITOR NAME | EXHIBIT |
|---|---|---|
| 1 | AIRGAS SAFETY INC<br>c/o LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br><br>TRANSFEROR:<br>AIRGAS SAFETY INC<br>W185 N11300 WHITNEY DRIVE<br>GERMANTOWN, WI 53022 | A |
| 2 | AIRGAS<br>3400 N EXECUTIVE DR<br>APPLETON, WI 54911 | A |
| 3 | AMERICAN COLLOID COMPANY<br>NW 5020 PO BOX 1450<br>MINNEAPOLIS, MN 55485 | A |
| 4 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | B |
| 5 | AT&T CORP<br>C/O JAMES GRUDUS ESQ<br>AT&T SERVICES INC<br>ONE AT&T WAY ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 6 | BARNES & THORNBURG LLP<br>C/O WENDY D BREWER<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | A |
| 7 | BARNES & THORNBURG<br>C/O MICHAEL K MCCRORY ESQ<br>11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS, IN 46204 | B |
| 8 | EMPLOYER EMPLOYEE SERVICES INC<br>435 MAIN STREET SUITE 210<br>PO BOX 274<br>SAEGERTOWN, PA 16433 | B |
| 9 | FAITH TECHNOLOGIES<br>PO BOX 627<br>APPLETON, WI 54912 | A |
| 10 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | A |
| 11 | FIRST COMMUNICATIONS<br>PO BOX 182854<br>COLUMBUS, OH 43218 | A |
| 12 | ILLINOIS DEPT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT-10TH FLOOR<br>33 S STATE ST<br>CHICAGO, IL 60603 | A |

# Neenah Enterprises, Inc.
## Schedule 1

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CREDITOR NAME | EXHIBIT |
|---|---|---|
| 13 | LECO CORPORATION<br>3000 LAKEVIEW AVE<br>ST JOSEPH, MI 49085 | A |
| 14 | LEXISNEXIS A DIV OF REED ELSEVIER INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | A, B |
| 16 | LOS ANGELES CO TREASURER & TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054 | A |
| 17 | MACALLISTER MACHINERY CO INC<br>PO BOX 660200<br>INDIANAPOLIS, IN 46266 | A |
| 18 | MAUMEE HOSE & BELTING COMPANY<br>720 ILLINOIS AVENUE, SUITE H<br>MAUMEE, OH 43537 | B |
| 19 | NATIONAL FUEL GAS DIST CORP<br>1100 STATE STREET<br>ERIE, PA 16501 | A |
| 20 | OKLAHOMA COUNTY TREASURER<br>ATTN: FORREST "BUTCH" FREEMAN<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102 | B |
| 21 | ROBERT G BREWTON<br>PO BOX 562<br>LAWRENCE, PA 15055 | A |
| 22 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | A |