## EXHIBIT A

**Amended Claims**

# Neenah Enterprises, Inc.
## Exhibit A - Amended & Superseded Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | | CLAIMS TO BE EXPUNGED | | | | | | SURVIVING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | AIRGAS 3400 N EXECUTIVE DR APPLETON, WI 54911 | 04/22/10 | Neenah Foundry Company | 10-10362 | 283 | $34,698.02 | AIRGAS NORTH-CENTRAL 10 W 4TH ST WATERLOO, IA 50701 | 06/25/10 | Neenah Foundry Company | 10-10362 | 690 | $31,756.95 | SUPERSEDED (AMENDED) |
| 2 | AIRGAS SAFETY INC c/o LIQUIDITY SOLUTIONS INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 TRANSFEROR: AIRGAS SAFETY INC W185 N11300 WHITNEY DRIVE GERMANTOWN, WI 53022 | 02/18/10 | Neenah Foundry Company | 10-10362 | 43 | $2,355.67 | AIRGAS SAFETY INC W185 N11300 WHITNEY DR GERMANTOWN, WI 53022 | 06/28/10 | Neenah Foundry Company | 10-10362 | 657 | $2,480.25 | SUPERSEDED (AMENDED) |
| 3 | AMERICAN COLLOID COMPANY NW 5020 PO BOX 1450 MINNEAPOLIS, MN 55485 | 05/11/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 469 | $119,854.33 | AMERICAN COLLOID COMPANY NW 5020 PO BOX 1450 MINNEAPOLIS, MN 55485 | 06/18/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 635 | $122,183.25 | SUPERSEDED (AMENDED) |
| 4 | AT&T CORP C/O JAMES GRUDUS ESQ AT&T SERVICES INC ONE AT&T WAY ROOM 3A218 BEDMINSTER, NJ 07921 | 03/18/10 | Neenah Enterprises, Inc. | 10-10360 | 62 | $10,695.92 | AT&T CORP C/O AT&T ATTORNEY JAMES GRUDUS ESQ AT&T INC ONE AT&T WAY ROOM 3A218 BEDMINSTER, NJ 07921 | 07/17/10 | Neenah Enterprises, Inc. | 10-10360 | 670 | $7,723.72 | SUPERSEDED (AMENDED). |
| 5 | BARNES & THORNBURG LLP C/O WENDY D BREWER 11 S MERIDIAN ST INDIANAPOLIS, IN 46204 | 05/06/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 452 | $15,615.15 | BARNES & THORNBURG C/O MICHAEL K MCCRORY ESQ 11 S SOUTH MERIDIAN STREET INDIANAPOLIS, IN 46204 | 07/07/10 | Neenah Enterprises, Inc. | 10-10360 | 659 | $14,911.65 | SUPERSEDED (AMENDED) |
| 6 | FAITH TECHNOLOGIES PO BOX 627 APPLETON, WI 54912 | 05/11/10 | Neenah Foundry Company | 10-10362 | 481 | $112,362.46 | FAITH TECHNOLOGIES, INC PO BOX 627 APPLETON, WI 54912 | 07/09/10 | Neenah Foundry Company | 10-10362 | 669 | $114,847.74 | SUPERSEDED (AMENDED) |
| 7 | FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068 | 03/05/10 | Neenah Enterprises, Inc. | 10-10360 | 54 | $1,479.24 | FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068 | 06/26/10 | Neenah Foundry Company | 10-10362 | 652 | $654.75 | SUPERSEDED (AMENDED) |
| 8 | FIRST COMMUNICATIONS PO BOX 182854 COLUMBUS, OH 43218 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 372 | $293.12 | FIRST COMMUNICATIONS 3340 W MARKET ST AKRON, OH 44333 | 07/09/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 662 | $344.24 | SUPERSEDED (AMENDED) |
| 9 | FIRST COMMUNICATIONS PO BOX 182854 COLUMBUS, OH 43218 | 04/30/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 399 | $125.54 | FIRST COMMUNICATIONS 3340 W MARKET ST AKRON, OH 44333 | 07/09/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 661 | $133.75 | SUPERSEDED (AMENDED) |
| 10 | ILLINOIS DEPT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT-10TH FLOOR 33 S STATE ST CHICAGO, IL 60603 | 03/29/10 | Neenah Foundry Company | 10-10362 | 83 | $2,682.69 | ILLINOIS DEPT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 06/18/10 | Neenah Foundry Company | 10-10362 | 643 | $0.00 | SUPERSEDED (AMENDED) |
| 11 | LECO CORPORATION 3000 LAKEVIEW AVE ST JOSEPH, MI 49085 | 04/27/10 | Neenah Foundry Company | 10-10362 | 353 | $975.90 | LECO CORPORATION 3000 LAKEVIEW AVE ST JOSEPH, MI 49085 | 05/30/10 | Neenah Foundry Company | 10-10362 | 554 | $1,180.70 | SUPERSEDED (AMENDED) |
| 12 | LEXISNEXIS, A DIV OF REED ELSEVIER INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 03/05/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 53 | $387.00 | LEXISNEXIS A DIV OF REED ELSEVIER INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 06/28/10 | Dalton Corporation | 10-10370 | 656 | $414.64 | SUPERSEDED (AMENDED) |
| 13 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Neenah Foundry Company | 10-10362 | 644 | $1,124.09 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR PO BOX 2081 LOS ANGELES, CA 90054 | 07/12/10 | Neenah Foundry Company | 10-10362 | 664 | $864.06 | SUPERSEDED (AMENDED) |
| 14 | MACALLISTER MACHINERY CO INC PO BOX 660200 INDIANAPOLIS, IN 46266 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 390 | $5,698.41 | MACALLISTER MACHINERY CO INC C/O JOHN DECKARD 7515 E 30TH STREET INDIANAPOLIS, IN 46219 | 06/24/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 647 | $330.28 | SUPERSEDED (AMENDED) |
| 15 | NATIONAL FUEL GAS DIST CORP 1100 STATE STREET ERIE, PA 16501 | 04/23/10 | Mercer Forge Corporation | 10-10367 | 313 | $10,176.64 | NATIONAL FUEL GAS DISTRIBUTION CORP PO BOX 2081 ERIE, PA 16501 | 06/23/10 | A&M Specialties, Inc. | 10-10373 | 642 | $3,220.20 | SUPERSEDED (AMENDED) |

Neenah Enterprises, Inc.
Exhibit A - Amended & Superseded Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED | | | | | SURVIVING CLAIMS | | | | | REASON FOR DISALLOWANCE |
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | ROBERT G BREWTON PO BOX 552 LAWRENCE, PA 15055 | 05/03/10 | Advanced Cast Products, Inc. | 10-10355 | 425 | $15,014.88 | R G BREWTON INC PO BOX 552 LAWRENCE, PA 15055 | 07/02/10 | Advanced Cast Products, Inc. | 10-10355 | 655 | $15,741.41 | SUPERSEDED (AMENDED) |
| 17 | WASTE MANAGEMENT C/O JACQULYN E MILLS 1001 FANNIN ST STE 4000 HOUSTON, TX 77002 | 05/14/10 | Advanced Cast Products, Inc. | 10-10355 | 498 | $1,000.32 | WASTE MANAGEMENT C/O JACQULYN E MILLS 1001 FANNIN ST STE 4000 HOUSTON, TX 77002 | 06/01/10 | Advanced Cast Products, Inc. | 10-10355 | 633 | $893.01 | SUPERSEDED (AMENDED) |
| | | | | | Total: | $334,941.38 | | | | | Total: | $317,600.60 | |