## EXHIBIT B

**Incorrect Debtor Claims**

# Neenah Enterprises, Inc.
## Exhibit B - Wrong Debtor Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CLAIMED CASE | MODIFIED DEBTOR | MODIFIED CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN ELECTRIC POWER PO BOX 2021 ROANOKE, VA 24022 | 06/19/10 | 638 | $145,144.95 | Dalton Corporation | 10-10370 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | CLAIM FILED AGAINST INCORRECT DEBTOR. |
| 2 | BARNES & THORNBURG C/O MICHAEL K MCCRORY ESQ 11 SOUTH MERIDIAN STREET INDIANAPOLIS, IN 46204 | 07/07/10 | 659 | $14,911.65 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR. |
| 3 | EMPLOYER EMPLOYEE SERVICES INC 435 MAIN STREET SUITE 210 PO BOX 274 SAEGERTOWN, PA 16433 | 07/23/10 | 671 | $1,144.87 | Undetermined | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK. |
| 4 | LEXISNEXIS A DIV OF REED ELSEVIER INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 06/28/10 | 656 | $414.64 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR. |
| 5 | MAUMEE HOSE & BELTING COMPANY 720 ILLINOIS AVENUE, SUITE H MAUMEE, OH 43537 | 07/14/10 | 665 | $665.33 | Undetermined | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK. |
| 6 | OKLAHOMA COUNTY TREASURER ATTN: FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 03/25/10 | 69 | $5,486.93 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR. |

Total: $167,768.37

1 of 1