## EXHIBIT C

**Gitter Declaration**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**DECLARATION OF ROBERT GITTER IN SUPPORT OF THE DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Robert Gitter, declare as follows:

1. I am Corporate Vice President – Corporate Controller of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. In my current position as the Debtors' Corporate Vice President – Corporate Controller, I am responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection")[2] and am directly, or by and through the Debtors' personnel and advisors, familiar with the information contained therein and the exhibits attached thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

3. Under my supervision, considerable resources and time have been expended to ensure that there existed a high level of diligence in reviewing and reconciling the Proofs of Claim filed or pending against the Debtors in these cases. The Claims were carefully reviewed and analyzed in good faith utilizing due diligence by appropriate personnel, including the Debtors' claims agent The Garden City Group, Inc. ("Garden City"). These efforts resulted in the identification of the Amended Claims identified on Exhibit A to the Objection and the Incorrect Debtor Claims identified on Exhibit B to the Objection.

4. I am authorized to submit this declaration (the "Declaration") in support of the Objection. If called upon to testify, I could and would testify competently to the facts set forth herein.

A. **Amended Claims**

5. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, and upon information received from Garden City, the claims identified in Exhibit A to the Objection (the "Amended Claims") under the column heading "Claims to be Expunged" are claims that have been amended and superseded by subsequently-filed Proofs of Claim against the same Debtor by the same claimant in respect of the same liabilities. The claim numbers of the claims to remain on file in the Claims Register after elimination of any Amended Claims appear under the column heading "Surviving Claims."

B. **Incorrect Debtor Claims**

6. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, and upon information received from Garden City, the claims identified in Exhibit B to the Objection (the "Incorrect Debtor Claims") are claims that either (i) fail to specify the particular Debtor against which the claim is asserted or (ii) are

asserted against the incorrect Debtor, based on the Debtors' review of the documentation supporting the Disputed Claims and their own Books and Records. The Debtors and their advisors have been able to identify the correct Debtor entity that corresponds to the Proof of Claim, as indicated in the column on Exhibit B titled "Modified Claims." Nothing herein should be construed as an admission by the Debtors or any of them of the liability stated in the Proofs of Claim listed under the column titled "Modified Claims" on Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of July 2010

By: Robert Gitter
Corporate Vice President – Corporate Controller