# EXHIBIT D

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. __** |

**ORDER SUSTAINING DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' Third Omnibus (Non-Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing and expunging the Disputed Claims as set forth on Exhibit A and Exhibit B attached hereto; and upon consideration of the Gitter Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A under the heading labeled "Claims to be Expunged" are hereby disallowed in their entirety; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.
[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the Incorrect Debtor Claims set forth on the attached <u>Exhibit B</u> are hereby modified solely to specify that the claims are asserted against the particular Debtor(s) indicated in the column on <u>Exhibit B</u> titled "Modified Claims"; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that nothing in this Order shall affect the Debtors' right to file additional objections to any claims filed in these chapter 11 cases, including, without limitation, to any claims that are identified as "Surviving Claims" on <u>Exhibit A</u> or "Modified Claims" on <u>Exhibit B</u> attached hereto, and the Debtors' rights with respect to such "Modified Claims" and "Surviving Claims" are preserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2010

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE

2

**Schedule 1**

# Neenah Enterprises, Inc.
## Schedule 1

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CREDITOR NAME | EXHIBIT |
|------|---------------|---------|
| 1 | AIRGAS SAFETY INC<br>c/o LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br><br>TRANSFEROR:<br>AIRGAS SAFETY INC<br>W185 N11300 WHITNEY DRIVE<br>GERMANTOWN, WI 53022 | A |
| 2 | AIRGAS<br>3400 N EXECUTIVE DR<br>APPLETON, WI 54911 | A |
| 3 | AMERICAN COLLOID COMPANY<br>NW 5020 PO BOX 1450<br>MINNEAPOLIS, MN 55485 | A |
| 4 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | B |
| 5 | AT&T CORP<br>C/O JAMES GRUDUS ESQ<br>AT&T SERVICES INC<br>ONE AT&T WAY ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 6 | BARNES & THORNBURG LLP<br>C/O WENDY D BREWER<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | A |
| 7 | BARNES & THORNBURG<br>C/O MICHAEL K MCCRORY ESQ<br>11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS, IN 46204 | B |
| 8 | EMPLOYER EMPLOYEE SERVICES INC<br>435 MAIN STREET SUITE 210<br>PO BOX 274<br>SAEGERTOWN, PA 16433 | B |
| 9 | FAITH TECHNOLOGIES<br>PO BOX 627<br>APPLETON, WI 54912 | A |
| 10 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | A |
| 11 | FIRST COMMUNICATIONS<br>PO BOX 182854<br>COLUMBUS, OH 43218 | A |
| 12 | ILLINOIS DEPT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT-10TH FLOOR<br>33 S STATE ST<br>CHICAGO, IL 60603 | A |

# Neenah Enterprises, Inc.
## Schedule 1

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CREDITOR NAME | EXHIBIT |
|---|---|---|
| 13 | LECO CORPORATION<br>3000 LAKEVIEW AVE<br>ST JOSEPH, MI 49085 | A |
| 14 | LEXISNEXIS A DIV OF REED ELSEVIER INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | A, B |
| 16 | LOS ANGELES CO TREASURER & TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054 | A |
| 17 | MACALLISTER MACHINERY CO INC<br>PO BOX 660200<br>INDIANAPOLIS, IN 46266 | A |
| 18 | MAUMEE HOSE & BELTING COMPANY<br>720 ILLINOIS AVENUE, SUITE H<br>MAUMEE, OH 43537 | B |
| 19 | NATIONAL FUEL GAS DIST CORP<br>1100 STATE STREET<br>ERIE, PA 16501 | A |
| 20 | OKLAHOMA COUNTY TREASURER<br>ATTN: FORREST "BUTCH" FREEMAN<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102 | B |
| 21 | ROBERT G BREWTON<br>PO BOX 562<br>LAWRENCE, PA 15055 | A |
| 22 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | A |

## EXHIBIT A

**Amended Claims**

# Neenah Enterprises, Inc.
## Exhibit A - Amended & Superseded Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED — NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | SURVIVING CLAIMS — NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AIRGAS 3400 N EXECUTIVE DR APPLETON, WI 54911 | 04/22/10 | Neenah Foundry Company | 10-10362 | 283 | $34,699.02 | AIRGAS NORTH CENTRAL 10 W 4TH ST WATERLOO, IA 50701 | 06/25/10 | Neenah Foundry Company | 10-10352 | 650 | $31,756.95 | SUPERSEDED (AMENDED) |
| 2 | AIRGAS SAFETY INC c/o LIQUIDITY SOLUTIONS INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 TRANSFEROR: AIRGAS SAFETY INC W185 N11300 WHITNEY DRIVE GERMANTOWN, WI 53022 | 02/12/10 | Neenah Foundry Company | 10-10362 | 43 | $2,355.67 | AIRGAS SAFETY INC W185 N11300 WHITNEY DR GERMANTOWN, WI 53022 | 06/28/10 | Neenah Foundry Company | 10-10362 | 657 | $2,480.25 | SUPERSEDED (AMENDED) |
| 3 | AMERICAN COLLOID COMPANY NW 5020 PO BOX 1450 MINNEAPOLIS, MN 55485 | 05/11/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 469 | $119,854.33 | AMERICAN COLLOID COMPANY NW 5020 PO BOX 1450 MINNEAPOLIS, MN 55485 | 05/18/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 635 | $122,163.25 | SUPERSEDED (AMENDED) |
| 4 | AT&T CORP C/O JAMES GRUDUS ESQ AT&T SERVICES INC ONE AT&T WAY ROOM 3A218 BEDMINSTER, NJ 07921 | 03/16/10 | Neenah Enterprises, Inc. | 10-10360 | 62 | $10,895.92 | AT&T CORP C/O AT&T ATTORNEY JAMES GRUDUS ESQ AT&T INC ONE AT&T WAY ROOM 3A218 BEDMINSTER, NJ 07921 | 07/17/10 | Neenah Enterprises, Inc. | 10-10360 | 670 | $7,723.72 | SUPERSEDED (AMENDED) |
| 5 | BARNES & THORNBURG LLP C/O WENDY D BREWER 11 S MERIDIAN ST INDIANAPOLIS, IN 46204 | 05/06/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 452 | $15,615.15 | BARNES & THORNBURG C/O MICHAEL K MCCRORY ESQ 11 SOUTH MERIDIAN STREET INDIANAPOLIS, IN 46204 | 07/07/10 | Neenah Enterprises, Inc. | 10-10360 | 659 | $14,911.65 | SUPERSEDED (AMENDED) |
| 6 | FAITH TECHNOLOGIES PO BOX 627 APPLETON, WI 54912 | 05/11/10 | Neenah Foundry Company | 10-10362 | 481 | $112,362.46 | FAITH TECHNOLOGIES, INC PO BOX 627 APPLETON, WI 54912 | 07/09/10 | Neenah Foundry Company | 10-10362 | 669 | $114,847.74 | SUPERSEDED (AMENDED) |
| 7 | FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068 | 03/05/10 | Neenah Enterprises, Inc. | 10-10360 | 54 | $1,479.24 | FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068 | 06/26/10 | Neenah Enterprises, Inc. | 10-10360 | 652 | $654.75 | SUPERSEDED (AMENDED) |
| 8 | FIRST COMMUNICATIONS PO BOX 182854 COLUMBUS, OH 43218 | 04/29/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 372 | $293.12 | FIRST COMMUNICATIONS 3340 W MARKET ST AKRON, OH 44333 | 07/09/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 662 | $344.24 | SUPERSEDED (AMENDED) |
| 9 | FIRST COMMUNICATIONS PO BOX 182854 COLUMBUS, OH 43218 | 04/30/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 399 | $125.54 | FIRST COMMUNICATIONS 3340 W MARKET ST AKRON, OH 44333 | 07/09/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 661 | $133.75 | SUPERSEDED (AMENDED) |
| 10 | ILLINOIS DEPT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT-10TH FLOOR 33 S STATE ST CHICAGO, IL 60603 | 03/29/10 | Neenah Foundry Company | 10-10362 | 83 | $2,682.69 | ILLINOIS DEPT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 06/18/10 | Neenah Foundry Company | 10-10362 | 643 | $0.00 | SUPERSEDED (AMENDED) |
| 11 | LECO CORPORATION 3000 LAKEVIEW AVE ST JOSEPH, MI 49085 | 04/27/10 | Neenah Foundry Company | 10-10362 | 353 | $975.50 | LECO CORPORATION 3000 LAKEVIEW AVE ST JOSEPH, MI 49085 | 06/30/10 | Neenah Foundry Company | 10-10362 | 654 | $1,180.70 | SUPERSEDED (AMENDED) |
| 12 | LEXIS/NEXIS, A DIV OF REED ELSEVIER INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 03/05/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 53 | $387.00 | LEXISNEXIS A DIV OF REED ELSEVIER INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 06/28/10 | Dalton Corporation | 10-10370 | 656 | $414.64 | SUPERSEDED (AMENDED) |
| 13 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Neenah Foundry Company | 10-10362 | 644 | $1,124.09 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 07/12/10 | Neenah Foundry Company | 10-10362 | 664 | $684.06 | SUPERSEDED (AMENDED) |
| 14 | MACALLISTER MACHINERY CO INC PO BOX 660289 INDIANAPOLIS, IN 46266 | 04/29/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 390 | $5,889.41 | MACALLISTER MACHINERY CO INC C/O JOHN DECKARD 7515 E 30TH STREET INDIANAPOLIS, IN 46219 | 06/24/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 647 | $330.28 | SUPERSEDED (AMENDED) |
| 15 | NATIONAL FUEL GAS DIST CORP 1100 STATE STREET ERIE, PA 16501 | 04/23/10 | Mercer Forge Corporation | 10-10367 | 313 | $10,176.64 | NATIONAL FUEL GAS DISTRIBUTION CORP 1100 STATE STREET ERIE, PA 16501 | 06/23/10 | A&M Specialties, Inc. | 10-10373 | 642 | $3,220.20 | SUPERSEDED (AMENDED) |

# Neenah Enterprises, Inc.
## Exhibit A - Amended & Superseded Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | CLAIMS TO BE EXPUNGED DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | SURVIVING CLAIMS DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | ROBERT G BREWTON PO BOX 552 LAWRENCE, PA 15055 | 05/20/10 | Advanced Cast Products, Inc. | 10-10365 | 425 | $15,014.68 | R G BREWTON INC PO BOX 552 LAWRENCE, PA 15055 | 07/02/10 | Advanced Cast Products, Inc. | 10-10365 | 655 | $15,741.41 | SUPERSEDED (AMENDED) |
| 17 | WASTE MANAGEMENT C/O JACQUOLYN MILLS 1001 FANNIN ST STE 4000 HOUSTON, TX 77002 | 05/14/10 | Advanced Cast Products, Inc. | 10-10365 | 496 | $1,000.32 | WASTE MANAGEMENT C/O JACQUOLYN E MILLS 1001 FANNIN ST STE 4000 HOUSTON, TX 77002 | 06/10/10 | Advanced Cast Products, Inc. | 10-10365 | 633 | $993.01 | SUPERSEDED (AMENDED) |

Total: $334,941.38        Total: $317,600.60

2 of 2

# EXHIBIT B

## Incorrect Debtor Claims

# Neenah Enterprises, Inc.
## Exhibit B - Wrong Debtor Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIM NUMBER | CLAIM AMOUNT | CLAIMED DEBTOR | CLAIMED CASE | MODIFIED DEBTOR | MODIFIED CASE | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN ELECTRIC POWER PO BOX 2021 ROANOKE, VA 24022 | 06/19/10 | 638 | $145,144.95 | Dalton Corporation | 10-10370 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | CLAIM FILED AGAINST INCORRECT DEBTOR. |
| 2 | BARNES & THORNBURG C/O MICHAEL K MCCRORY ESQ 11 SOUTH MERIDIAN STREET INDIANAPOLIS, IN 46204 | 07/07/10 | 659 | $14,911.65 | Neenah Enterprises, Inc. | 10-10360 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR. |
| 3 | EMPLOYER EMPLOYEE SERVICES INC 435 MAIN STREET SUITE 210 PO BOX 274 SAEGERTOWN, PA 16433 | 07/23/10 | 671 | $1,144.87 | Undetermined | | Advanced Cast Products, Inc. | 10-10365 | CLAIMED DEBTOR BLANK. |
| 4 | LEXISNEXIS A DIV OF REED ELSEVIER INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 06/28/10 | 656 | $414.64 | Dalton Corporation | 10-10370 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIM FILED AGAINST INCORRECT DEBTOR. |
| 5 | MAUMEE HOSE & BELTING COMPANY 720 ILLINOIS AVENUE, SUITE H MAUMEE, OH 43537 | 07/14/10 | 665 | $665.33 | Undetermined | | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | CLAIMED DEBTOR BLANK. |
| 6 | OKLAHOMA COUNTY TREASURER ATTN: FORREST "BUTCH" FREEMAN 320 ROBERT S KERR RM 307 OKLAHOMA CITY, OK 73102 | 03/25/10 | 69 | $5,486.93 | Neenah Enterprises, Inc. | 10-10360 | Neenah Foundry Company | 10-10362 | CLAIM FILED AGAINST INCORRECT DEBTOR. |

Total: $167,768.37

1 of 1