## EXHIBIT A

**Modified Amount Claims**

CH1 5391409v.2
YCST01:9967053.1

069152.1001

## Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | MCMASTER-CARR SUPPLY CO 200 AURORA INDUSTRIAL SUPPLY AURORA, OH 44202 | 02/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 30 | Admin: $906.25 Unsecured: $309.99 | Admin: $906.25 Unsecured: $161.40 | MODIFIED AMOUNT REFLECTS BALANCE PER DEBTOR'S BOOKS AND RECORDS. |
| 2 | MCMASTER-CARR SUPPLY CO 200 AURORA INDUSTRIAL SUPPLY AURORA, OH 44202 | 02/23/10 | Mercer Forge Corporation | 10-10367 | 33 | Priority: $2,478.79 Unsecured: $1,440.89 | Priority: $2,449.46 Unsecured: $0.00 | INCLUDES POSTPETITION INVOICE OR PORTION OF POSTPETITION INVOICE. |