## EXHIBIT C

**Gitter Declaration**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**DECLARATION OF ROBERT GITTER IN SUPPORT OF THE DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Robert Gitter, declare as follows:

1. I am Corporate Vice President – Corporate Controller of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. In my current position as the Debtors' Corporate Vice President – Corporate Controller, I am responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I have read the Debtors' Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection")[2] and am directly, or by and through the Debtors' personnel and advisors, familiar with the information contained therein and the exhibits attached thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

CH1 5391409v.2
YCST01:9967053.1

069152.1001

3. Under my supervision, considerable resources and time have been expended to ensure that there existed a high level of diligence in reviewing and reconciling the Proofs of Claim filed or pending against the Debtors in these cases. The Claims were carefully reviewed and analyzed in good faith utilizing due diligence by appropriate personnel, including the Debtors' claims agent The Garden City Group, Inc. ("Garden City"). These efforts resulted in the identification of the Modified Amount Claims identified on Exhibit A to the Objection and the No Liability Claims identified on Exhibit B to the Objection.

4. I am authorized to submit this declaration (the "Declaration") in support of the Objection. If called upon to testify, I could and would testify competently to the facts set forth herein.

**A.    Modified Amount Claims**

5. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, and upon information received from Garden City, the claims identified in Exhibit A to the Objection (the "Modified Amount Claims") are claims that assert an amount that is higher than the amount of prepetition liability reflected in the Debtors' books and records. Consequently, the Debtors believe that the amount of the Modified Amount Claims should be reduced and/or fixed to the corresponding dollar values listed in the column titled "Modified Claim Amount" on Exhibit A. The Debtors believe that Exhibit A reflects the appropriate amount of liability for each of the Modified Amount Claims for the reasons specified for each respective claim in the column titled "Reason for Modification" on Exhibit A.

3

B.  No Liability Claims

6. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, the claims identified in Exhibit B to the Objection filed by the State of Michigan, Department of Treasury ("Michigan Treasury") (the "No Liability Claims") are claims for which Debtors have determined that they are not liable, because the Debtors believe they have satisfied all outstanding tax obligations to Michigan Treasury and that no additional prepetition amounts are due and owing, as asserted in the Proofs of Claim. The Debtors—together with their financial, legal, and tax advisors—have diligently reviewed their books and records, the No Liability Claims, and the materials submitted in support thereof. Based upon this review, the Debtors have concluded that they have satisfied all obligations for taxes due to the Michigan Treasury pursuant to (a) a Voluntary Disclosure Agreement between the applicable Debtor, Dalton Corporation, Warsaw Manufacturing Facility, and Michigan Treasury entered into prior to the Petition Date and (b) this Court's Order Authorizing the Payment of Prepetition Sales, Use, Property, Franchise, and Other Taxes and Governmental Charges entered on February 4, 2010 (Docket No. 33).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of July 2010

_____
By: Robert Gitter
Corporate Vice President – Corporate Controller