# EXHIBIT D

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. __ |

**ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' Fourth Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing the Disputed Claims as set forth on Exhibit A and Exhibit B attached hereto; and upon consideration of the Gitter Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Modified Amount Claims set forth on the attached Exhibit A are hereby modified to reduce the amount of such claims to the corresponding dollar value listed in the column titled "Modified Claim Amount" on Exhibit A; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the No Liability Claims set forth on the attached <u>Exhibit B</u> in the column titled "No Liability Claims" are hereby disallowed in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       August _____, 2010

 

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Modified Amount Claims

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | MCMASTER-CARR SUPPLY CO<br>200 AURORA INDUSTRIAL SUPPLY<br>AURORA, OH 44202 | 02/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 30 | Admin: $906.25<br>Unsecured: $309.99 | Admin: $906.25<br>Unsecured: $161.40 | MODIFIED AMOUNT REFLECTS BALANCE PER DEBTOR'S BOOKS AND RECORDS. |
| 2 | MCMASTER-CARR SUPPLY CO<br>200 AURORA INDUSTRIAL SUPPLY<br>AURORA, OH 44202 | 02/23/10 | Mercer Forge Corporation | 10-10367 | 33 | Priority: $2,478.79<br>Unsecured: $1,440.89 | Priority: $2,449.46<br>Unsecured: $0.00 | INCLUDES POSTPETITION INVOICE OR PORTION OF POSTPETITION INVOICE. |

# EXHIBIT B

## No Liability Claims

CH1 5391409v.2
YCST01:9967053.1

069152.1001

# Neenah Enterprises, Inc.
## Exhibit B - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF MICHIGAN DEPARTMENT OF TREASURY ATTN: DEBORAH WALDMEIR, ASST AG CADILLAC PLACE SUITE 10-200 3030 W GRAND BLVD DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 464 | $110,527.43 | NO LIABILITY TO THIS CLAIMANT IS REFLECTED ON THE DEBTORS' BOOKS AND RECORDS. |
| 2 | STATE OF MICHIGAN DEPARTMENT OF TREASURY ATTN: DEBORAH WALDMEIR, ASST AG CADILLAC PLACE SUITE 10-200 3030 W GRAND BLVD DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 465 | $121,942.59 | NO LIABILITY TO THIS CLAIMANT IS REFLECTED ON THE DEBTORS' BOOKS AND RECORDS. |

Total: $232,470.02

1 of 1