**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: August 11, 2010 at 10:30 a.m. (ET)** |
| | **Objection Deadline: August 4, 2010 at 4 p.m. (ET)** |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING**
**DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO**
**CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,**
**<u>BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1</u>**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-

possession (the "Debtors") have delivered to Chambers copies of the proofs of claim, along with

all of the attachments, that are the subject of the *Debtors' Second Omnibus (Substantive)*

*Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003*

*and 3007 and Local Rule 3007-1* [Docket No. 625].  Copies of said proofs of claim may be

requested from the undersigned counsel to the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Dated: Wilmington, Delaware
      July 28, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

      -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ Donald J. Bowman Jr.
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION