UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: Not Applicable**<br>**Response Deadline: August 19, 2010 at 4:00 p.m. (ET)** |

## SECOND NOTICE OF SATISFIED CLAIMS

### CLAIMS SATISFIED PURSUANT TO ASSUMPTION ORDER, CONFIRMATION ORDER, AND CONFIRMED PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE THAT:**

      Neenah Enterprises, Inc. and its subsidiaries (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, hereby file this notice (the "Notice") identifying certain claims filed against the Debtors' estates (the "Satisfied Claims"), a list of which is attached hereto as Exhibit A, which (i) have been deemed satisfied or released in full, by payments, credits, settlements, or otherwise, in accordance with title 11 of the United States Code (the "Bankruptcy Code") and applicable rules, pursuant to the Order Authorizing the Assumption of Executory Contracts and Unexpired Leases (the "Assumption Order") dated June 23, 2010 (Docket No. 572) and the Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and its Subsidiaries (the "Confirmation Order") dated July 6, 2010 (Docket No. 610); and (ii) have been deemed satisfied by the Reorganized Debtors' assumption of all obligations to honor such claims as they become due pursuant to the confirmed Joint Plan of Reorganization for Neenah Enterprises, inc. and its Subsidiaries (the "Plan"). The Effective Date of the Plan was July 29, 2010.

      With respect to the Satisfied Claims arising from executory contracts and unexpired leases, the Confirmation Order approved the "assumption by the Debtors and assignment to the Reorganized Debtors, as of the Effective Date of (i) all executory contracts and unexpired leases to which any of the Debtors is a party, (ii) all Collective Bargaining Agreements, (iii) all insurance policies issued to, or insurance agreements entered into by, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Debtors prior to the Petition Date (to the extent that such insurance policies or agreements are considered to be executory contracts), (iv) all contracts, agreements, and leases that the Debtors entered into or assumed after the Petition Date, and (b) the Pension Plans and other retiree benefit plans...." See Confirmation Order at ¶ M. Further, the Confirmation Order provides that "Except as specifically set forth in the Assumption Order, no payments by the Debtors or the Reorganized Debtors shall be required to cure any defaults existing under such contracts, leases, policies, agreements, or plans." Id.

As of the Effective Date of the Plan, the Debtors have satisfied all prepetition obligations required to be cured pursuant to the Assumption Order and the Confirmation Order. Accordingly, each of the Satisfied Claims represent obligations that have been deemed satisfied as to the Debtors' estates. As provided by Section 7.1 of the Plan, each executory contract and unexpired lease assumed pursuant to the [Plan] shall revest in and be fully enforceable by the respective Reorganized Debtor in accordance with its terms.[2]

The Debtors, through the Court-appointed claims and noticing agent, The Garden City Group, Inc., intend to expunge the Satisfied Claims from the official claims register on the basis that such claims were previously satisfied by the Debtors and/or have been deemed satisfied pursuant to the Assumption Order, Confirmation Order, and confirmed Plan.

## RESPONSES TO THIS NOTICE

You are receiving this Notice because the Debtors believe that you are a holder of a Satisfied Claim. If you agree that your claim has been satisfied in full, you do not need to take any further action.

If you disagree that your claim has been satisfied in full, the Debtors request that you file a written response (a "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and at the same time serve such Response on the undersigned counsel to the Debtors, on or before **August 19, 2010 at 4:00 p.m. (prevailing Eastern Time)**. The Debtors will then make a reasonable effort to review the particular Satisfied Claim identified in the Response to determine whether any asserted amounts have not, in fact, been satisfied. In the event that the parties are unable to reach a resolution, the Debtors will request that a hearing be held to resolve the matter at a date and time to be determined by the Debtors in their discretion, subject to the Court's availability.

## RESERVATION OF RIGHTS

The Debtors expressly reserve the right to amend, modify or supplement this Notice and reserve their rights to file additional objections on a non-substantive and/or substantive basis to any claims filed in these chapter 11 cases, in accordance with the Plan.

---

[2] With respect to the Satisfied Claims held by Employers Insurance Company of Wausau, the Confirmation Order further provides, in part, that "[r]egardless of whether the Wausau Policies are considered to be executory or not, the Reorganized Debtors shall perform the Debtors' obligations (monetary or otherwise) under the Wausau Policies, including any that remain unperformed as of the Effective Date of the Plan.

2

Dated: Wilmington, Delaware  
       July 30, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP  
Larry J. Nyhan  
Bojan Guzina  
Kerriann S. Mills  
Jillian K. Ludwig  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

      -and-

YOUNG CONAWAY STARGATT  
& TAYLOR, LLP

_____  
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Donald J. Bowman, Jr. (No. 4383)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS  
AND DEBTORS IN POSSESSION