# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF (I) EFFECTIVE DATE OF THE JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES AND (II) BAR DATE FOR CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

PLEASE TAKE NOTICE OF THE FOLLOWING:

    1.  **Confirmation of the Plan.**  On July 6, 2010, the Honorable Mary F. Walrath, United States Bankruptcy Judge, entered the Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the "Confirmation Order") [Docket No. 610]. Unless otherwise defined herein, capitalized terms used in this notice have the meanings assigned to such terms in the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the "Plan") [Docket No. 324].

    2.  **Effective Date of the Plan.**  All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date occurred on July 29, 2010.

    3.  **Bar Date For Certain Administrative Expense Claims.**  All applications for final allowance of compensation or reimbursement of the expenses incurred by any Professional, and all other requests for the payment of Administrative Expense Claims, including all requests for the allowance of any Administrative Expense Claims pursuant to section 503(b)(3)(D) of the Bankruptcy Code for substantial contributions made in these Chapter 11 Cases (but expressly excluding all requests for the payment of obligations incurred by the Debtors in the ordinary course of their business operations after the Petition Date), must be filed with the Bankruptcy Court and served on the Reorganized Debtors and their counsel at the addresses set forth in Section 12.14 of the Plan not later than thirty (30) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. **Any request for the payment of an Administrative Expense Claim that is not timely filed and served shall be discharged and forever barred**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

**and the Holder of such Administrative Expense Claim shall be enjoined from commencing or continuing any action, process, or act to collect, offset or recover such Claim.**

    **4. Copies of the Plan and the Confirmation Order.** Copies of the Plan and the Confirmation Order may be viewed and downloaded, free of charge, at the following website: http://www.neenahrestructuring.com. In addition, all documents that are filed with the Bankruptcy Court may be reviewed during regular business hours at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington Delaware 19801, or at the following website: http://www.deb.uscourts.gov.

Dated: July 29, 2010          BY ORDER OF THE COURT

| | |
|---|---|
| SIDLEY AUSTIN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Larry J. Nyhan | Robert S. Brady (No. 2847) |
| Bojan Guzina | Edmon L. Morton (No. 3856) |
| Kerriann S. Mills | Donald J. Bowman, Jr. (No. 4383) |
| Alison L. Triggs | Kenneth J. Enos (No. 4544) |
| One South Dearborn Street | The Brandywine Building |
| Chicago, Illinois 60603 | 1000 West Street, 17th Floor |
| Telephone: (312) 853-7000 | P.O. Box 391 |
| Facsimile: (312) 853-7036 | Wilmington, Delaware 19899-0391 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |

        Counsel for the Debtors and Debtors in Possession