IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NEENAH ENTERPRISES, INC., | ) Case No. 10-10360-MFW |
| | ) Chapter 11 |
| Debtor(s) | ) |

**MISSOURI DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' 2ND OMNIBUS OBJECTION TO CLAIMS**

The Missouri Department of Revenue (MDOR) states the following in response to Debtors' 2nd Omnibus Objection to Claims:

1. Debtors object to Claim Nos. 630, 631 and 632 filed by MDOR in the total amounts of $2,464.32, $8,883.59, and $36,938.53, respectively, because there is no liability to MDOR reflected in Debtors' books and records.

**Claim Number 630**

2. Claim Number 630 was filed as a general unsecured liability for corporate income tax for 1996 and 1997 for Dalton Corporation.

3. The liabilities for corporate income tax for 1996 and 1997 for Dalton Corporation were estimated because Debtor did not file tax returns for these periods.

4. Section 143.611.2 of the Missouri Revised Statutes gives the director of revenue the authority to estimate the taxpayer's corporate income tax liability if the taxpayer fails to file a corporate income tax return.

5. MDOR's claim is *prima facie* evidence of the validity and amount of the claim under Bankruptcy Rule 3001(f).

6. 11 U.S.C. §592(c) allows estimated claims.

7. MDOR is unable to file its claim based on actual rather than estimated figures since Debtor failed to file returns for the periods in question.

8. MDOR should not be penalized by having its claim disallowed due to Debtor's failure to file the returns in question. Debtor's failure should

not preclude MDOR from receiving a distribution in this bankruptcy.

### Claim Number 631

9. Claim Number 631 was filed as a priority claim in the amount of $8,461.19 and a general unsecured claim in the amount of $422.40 for a total liability of $8,883.59. These liabilities were estimated for 2008 corporate income tax.

10. Debtor has now filed a return and paid the liability for 2008 corporate income tax so there is no remaining liability and MDOR consents to Claim Number 631 being disallowed.

### Claim Number 632

11. Claim Number 632 was filed for liabilities owed by Neenah Foundry Company. The amounts represent an estimated priority claim for 2009 franchise tax in the amount of $1,376.00, a general unsecured claim in the amount of $35,503.94 for estimated 1998 and 1999 corporate income tax and an actual liability for 2000 franchise tax, and an administrative claim in the amount of $58.59 for sales tax for March 2010.

12. The 2009 franchise tax return has now been filed and the liability paid and the March 2010 administrative liability has also been paid.

13. The remaining amount owed on Claim Number 632 is $35,503.94 which is a general unsecured liability.

14. The liabilities for 1998 and 1999 corporate income tax are estimated and should be allowed based upon Paragraphs 4 through 8 above.

15. The liability for 2000 franchise tax was based upon underpayment of the tax owed on the 2000 franchise tax return filed by Debtor.

MDOR consents to Claim Number 631 being disallowed and requests that this Court allow Claim Numbers 630 and 632 as filed.

        Respectfully submitted,

        Chris Koster, Attorney General
        State of Missouri

        By: /s/ Sheryl L. Moreau
        Sheryl L. Moreau, Mo. Bar #34690
        Special Assistant Attorney General
        Missouri Department of Revenue
        General Counsel's Office
        301 W. High Street, Room 670
        PO Box 475
        Jefferson City, MO  65105-0475
        (573) 751-5531  FAX (573) 751-7232
        Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served upon all those who receive electronic notification on August 2, 2010.

/s/ Sheryl L. Moreau