ORIGINAL    NO FEE    FILED 2010 AUG -2 PM 12:58 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

ANDREA SHERIDAN ORDIN, County Counsel
RALPH L. ROSATO, Assistant County Counsel
EMERY EL HABIBY, Deputy County Counsel
(SBN 219781) • eelhabiby@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1837 · Fax: (213) 687-8822

Attorneys for LOS ANGELES COUNTY
TREASURER & TAX COLLECTOR

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br><br>NEENAH ENTERPRISES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 10-10360 (MFW)<br><br>(Jointly Administered)<br><br>Date: August 11, 2010<br>Time: 10:30 a.m. |

## RESPONSE OF LOS ANGELES COUNTY TREASURER & TAX COLLECTOR TO DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

### I.     INTRODUCTION

On or about June 24, 2010, the Los Angeles County Treasurer & Tax Collector ("LACTTC") filed a timely Proof of Claim (Claim No. 646) for unsecured property taxes in the amount of $570,529.67. This amount, despite Debtor's books and records, is still due.

LACTTC does not, however, oppose Debtors' Objection to LACTTC's Claim No. 645 in the amount of $231,968.85.

### II.     DISCUSSION

LACTTC's Proof of Claim for Claim No. 646 was timely filed prior to the Bar Date. Moreover, the Proof of Claim contained sufficient documentary support for the Debtors to determine whether the claim should be reflected on their books and records. Attached to the claim

are property tax bills that identify the particular year and parcel being taxed.

Although Debtors' books and records reflect no liability to LACTTC on Claim No. 646, the full amount of this claim is still due in full. No amount of this sum has yet been paid off. Accordingly, Debtor's Objection to Claim No. 646 should be denied.

## III. CONCLUSION

For all the foregoing reasons, Debtor's Second Omnibus Objection, as it relates to LACTTC's Claim No. 646 filed on June 24, 2010, should be denied.

WHEREFORE, Los Angeles County Treasurer & Tax Collector, Creditor, prays that:

1. Claim No. 646 be allowed in its entirety; and
2. This court grant such other and further relief as is just and proper.

DATED: July 27, 2010

Respectfully submitted,

ANDREA SHERIDAN ORDIN
County Counsel

By _____
EMERY EL HABIBY
Deputy County Counsel

Attorneys for LOS ANGELES COUNTY
TREASURER & TAX COLLECTOR

# DECLARATION OF SERVICE
Case No. 10-bk-10360-MFW

STATE OF CALIFORNIA, County of Los Angeles:

    I, Margie Sims, state: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

    That on July 30, 2010, I served the attached **RESPONSE OF LOS ANGELES COUNTY TREASURER & TAX COLLECTOR TO DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS** upon Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

    ☒ **(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

    ☒ **(FEDERAL)** I declare that I am employed in the offices of a member of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on July 30, 2010, at Los Angeles, California.

_____Margie Sims_____              _/s/ Margie Sims_____
**Type or Print Name of Declarant**                  **Signature**
**and, for personal service by a Messenger Service,**
**include the name of the Messenger Service**

HOA.719649.1

-3-

RESPONSE OF LOS ANGELES COUNTY TREASURER & TAX COLLECTOR TO DEBTORS' SECOND OMNIBUS OBJECTION

# SERVICE LIST

<u>*The Untied States Trustee*</u>

The Office of the Untied States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

<u>*Counsel for Debtors*</u>

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
One South Dearborn Street
Chicago, Illinois 60603

Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391

HOA.719649.1

-4-

RESPONSE OF LOS ANGELES COUNTY TREASURER & TAX COLLECTOR TO DEBTORS' SECOND OMNIBUS OBJECTION