IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEENAH ENTERPRISES, INC., et al.,[1] ) | Case No. 10-10360 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Honorable Mary F. Walrath |

NOTICE OF WITHDRAWAL OF COUNSEL
FOR UNITED STATES GOVERNMENT ATTORNEY

**PLEASE TAKE NOTICE**, that I, Gennice D. Brickhouse, attorney of record for the Pension Benefit Guaranty Corporation ("PBGC"), hereby requests that the PBGC be removed from the Debtors' electronic service list. PBGC's issues relating to the Debtors' cases have been resolved.

DATED: August 4, 2010
         Washington, D.C.

Respectfully submitted,

/s/ Gennice D. Brickhouse
Gennice D. Brickhouse (GB 9470)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Ph: 202-326-4020, ext. 3446
Fax: 202-326-4112
E-mails: brickhouse.gennice@pbgc.gov
         *and* efile@pbgc.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah WI 54957.