## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of August 2010, the foregoing Notice of Withdrawal of Counsel for Pension Benefit Guaranty Corporation was served electronically or by First-Class mail on the following:

Neenah Enterprises, Inc.
2121 Brooks Avenue
Neenah, WI 54957
***Debtors' Counsel***

Edmon L. Morton
Kenneth J. Enos
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE 19899
***Debtors' Counsel***

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
***U.S. Trustee***

Sandra G. M. Selzer
Greenberg Traurig, LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
***Creditors' Committee***

/s/ Gennice D. Brickhouse
Gennice D. Brickhouse