## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al.[1], | ) ) | Case No. 10-10360 (MFW) |
| Debtors. | ) | **Hearing Date: September 9, 2010 @ 3:00 p.m.** |
| | ) | **Objection Date: September 2, 2010** |

## NOTICE OF MOTION

TO:   All Parties on the Service List

PLEASE TAKE NOTICE that on August 6, 2010, the attached **Motion for Leave to File Proof of Claim as Timely Filed After Bar Date** (the "Motion") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

Responses, if any, to the Motion must be filed on or before **September 2, 2010** with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and at the same time, you must serve a copy of your Response upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **SEPTEMBER 9, 2010** AT **3:00 P.M.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (223); Neenah Transport, Inc. (8433); Advance Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 6, 2010                FERRY, JOSEPH & PEARCE, P.A.

                                                /s/ Jason C. Powell
                                            JASON C. POWELL, ESQUIRE (No. 3768)
                                            824 N. Market Street, Suite 1000
                                            P.O. Box 1351
                                            Wilmington, DE 19899
                                            Tel: (302)575-1555
                                            Attorney for Knauf USA Polystyrene, Inc.