UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al.[1] | ) | Case No. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF STEPHEN K. BROWN IN SUPPORT OF MOTION FOR LEAVE TO FILE PROOF OF CLAIM AS TIMELY FILED AFTER BAR DATE

Stephen K. Brown, being duly sworn states that the following is true to the best of his knowledge, information and belief.

1. I am the Director of Corporate Tax and Credit Manager of Knauf Insulation GmbH ("KI") and as such I am responsible for the collection of accounts of Knauf USA Polystyrene, Inc. ("KPS"), a sister company of KI.

2. KPS is a manufacturer of expanded polystyrene products and is a creditor of Advanced Cast Products, Inc., a debtor in the above captioned Chapter 11 case (the "Debtor").

3. KPS holds a claim in this case for the supply of pre-petition products provided to the Debtor.

4. To my knowledge, neither I nor anyone at KI or KPS ever received Notice of this Bankruptcy or Notice of the Claims Bar Date for filing a Proof of Claim.

5. KPS only learned of the Bar Date to file its proof of claim in this case set by the Court for May 21, 2010 (the "Bar Date") on May 27, 2010, after the Bar Date passed.

6. Upon learning of this case and the Bar Date, I reviewed the distribution list attached to the Certificate of Service of the Claims Notice, which reflects that the Claims notice

---

[1] Advanced Cast Products, Inc., is a debtor in these Chapter 11 cases and is the only debtor of creditor KPS.

was incorrectly addressed as follows: 2725 Henkle Drive, Lebanon, Ohio 45036 (the "Former Address").

7. KPS used to be located at the Former Address, however, on February 18, 2009, KPS sold its facility located at the Former Address to a buyer that is unrelated and not affiliated to KPS in any manner.

8. Since February 18, 2009, KPS's correct mailing address has been One Knauf Drive, Shelbyville, Indiana 46176.

9. On May 27, 2010, KPS was contact by the company presently located at KPS's Former Address, and was notified that it had received various information related to the bankruptcy of the Debtor and that information was forwarded to KPS at the request of KPS.

10. As a result of the foregoing, neither I nor anyone at KI or KPS learned of this bankruptcy filing or the Bar Date until after the Bar Date had passed.

Signed this 5th day of August 2010.

_____
Stephen K. Brown
Corporate Tax and Credit Manager,
Knauf Insulation GmbH

State of Indiana

County of Shelby, SS:

On this 5th day of August, 2010, before me, Stephen K. Brown, Credit Manager of Knauf Insulation GmbH, personally appeared and under the penalties of perjury the foregoing representations have been subscribed and sworn before me, a Notary Public in and for said County and State.

My Commission Expires:
07/15/2011

_____, Notary Public

Janice K. Lux
Notary Public Seal
Shelby County, Indiana
My Commission Expires: 7-15-2011