**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC., et al. | ) | Case No. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. __** |

**ORDER FOR LEAVE TO FILE PROOF OF**
**CLAIM AS TIMELY FILED AFTER BAR DATE**

This matter came before the Court on the Motion for Leave to File Proof of Claim as Timely Filed after Bar Date, filed by Knauf USA Polystyrene, Inc. (the "Motion") on August 6, 2010. The Court, being duly advised in the premises, now finds that the Motion is meritorious and should be granted. IT IS HEREBY ORDERED as follows:

1. The Motion is hereby GRANTED;

2. Knauf USA Polystyrene, Inc. shall file its proof of claim on or before thirty days of the date of this Order;

3. The Bar Date is enlarged with respect to the proof of claim filed by Knauf USA Polystyrene, Inc; and

4. Such claim shall be deemed as being timely filed.

_____
The Honorable Mary F. Walrath, Judge
United States Bankruptcy Court