## **CERTIFICATE OF SERVICE**

      I, Jason C. Powell, Esquire, hereby certify that on this 6th day of August, 2010, one copy of the foregoing **Motion for Leave to File Proof of Claim as Timely Filed After Bar Date** was made upon the following counsel in the manner indicated.

**By Hand Delivery**

| | |
|---|---|
| Donald J. Bowman, Jr., Esquire | Morgan L. Seward, Esquire |
| Edmon L. Morton, Esquire | Robert S. Brady, Esquire |
| Kenneth J. Enos, Esquire | Young, Conaway, Stargatt & Taylor |
| Young, Conaway, Stargatt & Taylor | 1000 West Street |
| 1000 West Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |
| | |
| Donald J. Detweiler, Esquire | Thomas Patrick Tinker, Esquire |
| Monica Loftin Townsend, Esquire | Office of the United States Trustee |
| Sandra G.M. Seltzer, Esquire | 844 King Street, Suite 2207 |
| Greenberg, Traurig, LLP | Wilmington, DE 19801 |
| 1007 N. Orange Street | |
| The Nemours Building | |
| Wilmington, DE 19801 | |

**By First Class U.S. Mail**

Barry W. Sawtelle, Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610

      Upon penalty of perjury I declare that the foregoing is true and correct.

                                                    /s/ Jason C. Powell
                                                    Jason C. Powell, Esquire (No. 3768)