IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) No. 1:10-bk-10360 |
| Neenah Enterprises, Inc., et al. | ) |
| | ) Chapter 11 |
| Debtors. | ) |

NOTICE OF APPEARANCE AND
CERTIFICATION OF GOVERNMENT ATTORNEY

TO THE CLERK:

Please enter the appearance of the undersigned attorney, Anne E. Blaess, as counsel for the United States in this matter.

The undersigned attorney makes this certification of government attorney pursuant to Local Rule 9010-1(e)(i).

1. The undersigned attorney is admitted to the bars of the United States District Court for the Eastern District of Virginia, and the Supreme Court of Virginia.

2. The undersigned attorney is in good standing in all jurisdictions in which she has been admitted.

3. The undersigned attorney will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the undersigned attorney submits to the jurisdiction of this Court for disciplinary purposes.

/

/

/

/

DATE: August 6, 2010                              JOHN A. DICICCO
                                                  Acting Assistant Attorney General

                                                   /s / Anne E. Blaess
                                                  ANNE E. BLAESS
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  Post Office Box 227
                                                  Ben Franklin Station
                                                  Washington, DC 20044
                                                  Telephone: (202) 616-9806
                                                  Facsimile: (202) 514-6866
                                                  Anne.E.Blaess@usdoj.gov

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT ATTORNEY was served on August 6, 2010, via ECF to all counsel of record.

/s / Anne E. Blaess
ANNE E. BLAESS