IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) No. 1:10-bk-10360 |
| Neenah Enterprises, Inc., et al. | ) |
| | ) Chapter 11 |
| Debtors. | ) |

UNITED STATES' RESPONSE TO DEBTORS'
SECOND OMNIBUS OBJECTION TO CLAIMS

The United States hereby responds to the Debtors' second omnibus objection to claims and respectfully requests that the Court deny the objection. The Court should deny the objection because the Debtors did not properly serve the objection and the Court therefore lacks jurisdiction over the United States. Additionally, the Court should deny the objection because the United States' proof of claim is *prima facie* correct and the Debtors did not provide sufficient evidence to overcome this presumption.

INTRODUCTION

On July 9, 2010, the Debtors filed their second omnibus objection to claims. As part of the objection, the Debtors objected to claim number 414 filed by the Internal Revenue Service on the grounds that the Debtors do not have any tax liability reflected in their books and records. Claim number 414 consists of a general unsecured claim in the amount of $292.82, which represents penalties related to the Debtors' failure to timely deposit employment taxes for the period ending December 31, 2009.

ARGUMENT

The Court should deny the objection because the Debtors failed to properly serve

the objection and the Court therefore lacks jurisdiction over the United States. An objection to a proof of claim is a contested matter, governed by Fed. R. Bankr. P. 9014. *Boykin v. Marriott Int'l, Inc.* (In re Boykin), 246 B.R. 825, 827 (E.D. Va. 2000). Pursuant to Fed. R. Bankr. P. 9014(b), a contested matter must be served in the manner provided for service of a summons and a complaint under Fed. R. Bankr. P. 7004. *Id.* Fed. R. Bankr. P. 7004(b)(4) provides that service upon the United States is complete upon mailing a copy of the summons and complaint to the United States Attorney for the district in which the action is brought and the Attorney General for the United States. According to the Affidavit/Declaration of Service filed on July 12, 2010, the objection was served only on the Internal Revenue Service and the United States Attorney for the District of Delaware. Therefore, the objection should be denied because the Court lacks jurisdiction over the United States.

Additionally, the Court should deny the objection because the United States' proof of claim is *prima facie* correct and the Debtors did not provide sufficient evidence to overcome this presumption. Fed. R. Bankr. P. 3001(f); *Raleigh v. Illinois Dep't of Revenue*, 530 U.S. 15 (2000). As stated above, claim number 414 consists of a general unsecured claim in the amount of $292.82, which represents penalties related to the failure of Mercer Forge Corporation to timely deposit employment taxes for the period ending December 31, 2009. Debtors did not provide any evidence other than to say that they did not have the liability reflected in their books and records. Therefore, the objection should be denied because the claim is *prima facie* correct and the Debtors did

not provide sufficient evidence to overcome this presumption.

     WHEREFORE, the United States requests that the Court deny the Debtors' second omnibus objection to claim number 414 filed by the Internal Revenue Service.

DATE: August 6, 2010                            Respectfully submitted,

                                                  JOHN A. DICICCO
                                                  Acting Assistant Attorney General

                                                  /s / Anne E. Blaess
                                                  ANNE E. BLAESS
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  Post Office Box 227
                                                  Washington, DC 20044
                                                  Telephone: (202) 616-9806
                                                  Facsimile: (202) 514-6866
                                                  Anne.E.Blaess@usdoj.gov

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS was served on August 6, 2010, via ECF to all counsel of record.

/s / Anne E. Blaess
ANNE E. BLAESS