IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 625 and 648** |

**CERTIFICATION OF COUNSEL REGARDING ORDER SUSTAINING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned, counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certifies that:

1. On July 9, 2010, the Debtors filed the *Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection") [D.I. 625]. On July 28, 2010, the Debtors filed the *Notice of Submission of Proofs of Claim Regarding the Debtors' Second Omnibus (Substantive) Objection to Claims* [D.I. 648]. Responses, if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. (ET) on August 4, 2010 (the "Response Deadline").

2. The following claimants each filed a response to the Objection: Missouri Department of Revenue [D.I. 657], Los Angeles County Treasurer & Tax Collector [D.I. 659],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

and the United States Department of the Treasury [D.I. 664]. In addition, counsel for the Debtors received certain informal responses with regard to the Objection from counsel to the following claimants: Linamar de Mexico SA de CV and Roctel Manufacturing. The undersigned certifies that he has reviewed the Court's docket in these cases and no other responsive pleadings to the Objection appears thereon.

3. On July 31, 2010, the Debtors' claims and noticing agent, The Garden City Group, Inc., received an amended proof of claim filed by creditor American Electric Power (recorded on the Debtors' Claims Register as Claim No. 675), which, on its face, amends Claim No. 194 that is the subject of the Objection. The Debtors hereby (i) withdraw the Objection as to Claim No. 194 without prejudice to their right to later object to such claim on the basis that the claim has been superseded by Claim No. 675, and (ii) reserve all rights with respect to Claim No. 675.

4. Attached hereto as Exhibit A is a revised proposed order (the "Revised Order") which (i) sustains the Objection as to those claimants who did not file any response to the Objection, or who did not otherwise contact counsel for the Debtors to respond to the Objection, and which responses have not been resolved; (ii) continues the hearing solely with respect to the Debtors' Objection to Claim Nos. 630 and 632 of Missouri Department of Revenue, Claim Nos. 609 and 610 of Linamar de Mexico SA de CV, Claim Nos. 578 and 579 of Roctel Manufacturing, Claim No. 646 of Los Angeles County Treasurer & Tax Collector, and Claim No. 414 of Department of the Treasury - IRS; and (iii) withdraws the Objection as to Claim No. 194 of American Electric Power without prejudice. Attached hereto as Exhibit B is a black-line of the Revised Order which reflects all changes to the proposed order filed with the Objection.

5. The Debtors respectfully request the Court enter the Revised Order.

Dated: Wilmington, Delaware
August 9, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION