UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 11, 2010 AT 10:30 A.M. (ET)**

**MATTER WITH CERTIFICATION OF COUNSEL**

1. Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 625; 7/9/10]

   Related Documents:

   a) Notice of Submission of Copies of Proof of Claim Regarding Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 648; 7/28/10]

   b) Certification of Counsel [D.I. 666; 8/9/10]

   Objection Deadline:    August 4, 2010 at 4:00 p.m.

   Objections/Responses Received:

   c) Missouri Department of Revenue's Response to Debtors' Second Omnibus Objection to Claims [D.I. 657; 8/2/10]

   d) Response of Los Angeles County Treasurer & Tax Collector to Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 659; 8/3/10]

   e) Response to Debtors' Second Omnibus Objection to Claims Filed by United States [D.I. 664; 8/6/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

        f)        Informal Response received from counsel to Linamar de Mexico SA de CV and Roctel Manufacturing.

Status: A Certification of Counsel, together with a revised proposed order, was filed with the Court. The Debtors request that the Court sustain the Objection as to those claimants who did not file any response to the Objection, or who did not otherwise contact counsel for the Debtors to respond to the Objection, and which responses have not been resolved. The hearing on the Objection is adjourned to the September 9, 2010 hearing as to the Claim Nos. 630 and 632 of Missouri Department of Revenue; Claim Nos. 609 and 610 of Linamar de Mexico SA de CV; Claim Nos. 578 and 579 of Roctel Manufacturing; Claim No. 646 of Los Angeles County Treasurer & Tax Collector, and Claim No. 414 of Department of the Treasury - IRS. The Debtors withdraw the Objection as to Claim No. 194 of American Electric Power without prejudice. This matter will not be going forward unless otherwise directed by the Court.

## FEE APPLICATIONS

2. First Interim Fee Requests. Please refer to Exhibit 1, attached.[2]

    Related Documents:

        a)        Notice of Hearing [D.I. 538; 6/16/10]

Objection Deadline:        June 25, 2010 at 4:00 p.m.

Objections/Responses Filed:        None.

Status:        This matter will be going forward.

---

[2] Pursuant to local rules, a fee binder was sent to the Court one week prior to the hearing.

Dated: Wilmington, Delaware  
August 9, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP  
Larry J. Nyhan  
Bojan Guzina  
Kerriann S. Mills  
Jillian K. Ludwig  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____  
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Donald J. Bowman, Jr. (No. 4383)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS  
AND DEBTORS-IN POSSESSION