Neenah Enterprises, Inc., Debtor.
Case No. 10-10360 (MFW)

## EXHIBIT 1 - INDEX TO FEE APPLICATIONS

A. **First Interim Quarterly Fee Application of Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors for the Period February 3, 2010 through April 30, 2010 [D.I. 537; 6/15/10]**

   1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 260; 4/6/10]

   2. Certificate of No Objection [D.I. 305; 4/20/10]

   3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 283; 4/15/10]

   4. Certificate of No Objection [D.I. 335; 4/28/10]

   5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 531; 6/15/10]

   6. Certificate of No Objection [D.I. 590; 6/30/10]

B. **First Interim Quarterly Fee Application of Sidley Austin LLP, as Co-Counsel to the Debtors for the Period February 3, 2010 through April 30, 2010 [D.I. 537; 6/15/10]**

   1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 197; 3/30/10]

   2. Certificate of No Objection [D.I. 276; 4/13/10]

   3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 339; 4/29/10]

   4. Certification of No Objection [D.I. 388; 5/12/10]

   5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 469; 5/28/10]

   6. Certificate of No Objection [D.I. 509; 6/9/10]

C.  **First Interim Quarterly Fee Application of Huron Consulting Services LLC, as Financial Advisors to the Debtors for the Period February 3, 2010 through April 30, 2010 [D.I. 537; 6/15/10]**

   1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 153; 3/11/10]

   2. Certificate of No Objection [D.I. 176; 3/24/10]

   3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 308; 4/22/10]

   4. Certification of No Objection [D.I. 361; 5/5/10]

   5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 453; 5/24/10]

   6. Certificate of No Objection [D.I. 508; 6/9/10]

D.  **First Interim Quarterly Fee Application of Ernst & Young LLP, as Tax Services Providers to the Debtors for the Period February 3, 2010 through April 30, 2010 [D.I. 537; 6/15/10]**

   1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 282; 4/15/10]

   2. Certificate of No Objection [D.I. 334; 4/28/10]

   3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 387; 5/12/10]

   4. Certification of No Objection [D.I. 462; 5/26/10]

   5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 474; 6/1/10]

   6. Certificate of No Objection [D.I. 534; 6/15/10]

E.  **First Interim Quarterly Fee Application of Rothschild Inc., as Financial Advisor and Investment Banker to the Debtors for the Period February 3, 2010 through April 30, 2010 [D.I. 537; 6/15/10]**

   1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 296; 4/16/10]

2. Certificate of No Objection [D.I. 336; 4/28/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 472; 6/1/10]

4. Certification of No Objection [D.I. 533; 6/15/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 532; 6/15/10]

6. Certificate of No Objection [D.I. 591; 6/30/10]

F. **First Interim Quarterly Fee Application of Greenberg Traurig, LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period February 12, 2010 through April 30, 2010 [D.I. 558; 6/21/10]**

1. First Monthly Fee Application for the Period February 12, 2010 – February 28, 2010 [D.I. 340; 4/29/10]

2. Certificate of No Objection [D.I. 389; 5/12/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 528; 6/15/10]

4. Certification of No Objection [D.I. 585; 6/29/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 529; 6/15/10]

6. Certificate of No Objection [D.I. 586; 6/29/10]