**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------X
In re:                                              :
                                                    :
Neenah Enterprises, Inc. et. al                     :
                                                    :       Chapter 11
                                                    :       Case No. 10-10360 (MFW)
                                                    :       (Jointly Administered)
                    Debtors.                        :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On August 11, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 665) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

     /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 11th day of
August, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Nicholson and Cates Limited
Attn: William Best
3060 Mainway, Suite 300
Burlington, Ontario
Canada, L7M1A


Nicholson and Cates Ltd.
DEPT CH 17946
Palatine, IL 60055-7946

**TRANSFEREE**
Export Development Canada Ltd.
Attn:  Jo-Ann Keech-Barker
151 O'Connor Street
Ottawa, Ontario
Canada, K1A 1K3