# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Neenah Enterprises, Inc. |
| **Case Number:** | 10-10360-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 11, 2010 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matters:

1) Omnibus
   **R / M #:**   667 / 0

2) Fees
   **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
   Item 1 - Order due under Certification of Counsel
   Item 2 - Order entered