# SIGN-IN SHEET

**CASE NAME:** Neenah Enterprises

**CASE NUMBER:** 10-10360 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** 8/11/10 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sandra Selzer | Greenberg Traurig | OCUC |
| Edmon Morton | YCST | Debtors |
| Kenneth Enos | YCST | Debtors |
| Brett Anderson | | |
| Daniel Ginsberg | Shrock & Shrock & Lavin | |
| Bob Giftos | Neenah Enterprises | |
| Bojan Guzina | Sidley Austin | Debtors |
| Jillian Ludwig | " | " |
| Danielle Juhle | Goldberg Kohn Bell Black | Bank of America/Business Capital |
| Lars Peterson | Foley & Lardner | Ernst & Young |
| Alexander Svorgkiy | Katzenell | |