# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,1 | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 537 and 558 |

## OMNIBUS ORDER APPROVING FIRST INTERIM FEE APPLICATIONS

Upon consideration of the first interim fee applications (collectively, the "Applications") of the professionals in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses; and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Applications were appropriate; and after due deliberation and sufficient good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.  The Applications are hereby APPROVED in the amounts set forth on Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

YCST01:10002310.1                                                                                                   069152.1001

      2.      The Professionals are granted allowance of compensation in the amounts set forth on <u>Exhibit A</u>.

      3.      The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>.

      4.      The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on <u>Exhibit A</u>, less all amounts previously paid on account of such fees and expenses.

Dated: August \_\_, 2010
       Wilmington, Delaware

*/s/ Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge