# EXHIBIT A

**EXHIBIT A**

**First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 260; 4/6/10] | $40,790.50 | $15,344.25 | D.I. 305; 4/20/10 | $32,632.40 | $2,729.35 ~~$15,344.25~~ | $8,158.10 |
| 3/1/10 – 3/31/10 [D.I. 283; 4/15/10] | $47,768.50 | $3,894.73 | D.I. 335; 4/28/10 | $38,214.80 | $3,894.73 | $9,553.70 |
| 4/1/10 – 4/30/10 [D.I. 531; 6/15/10] | $23,929.00 | $5,853.56 | D.I. 590; 6/30/10 | $19,143.20 | $5,853.56 | $4,785.80 |
| TOTAL | $112,488.00 | $25,092.54 | | $89,990.40 | $25,092.54 | $22,497.60 |

YCST01:10002310.1                                                                                              069152.1001

## First Interim Fee Application of Sidley Austin LLP, Co-Counsel to the Debtors

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 197; 3/30/10] | $361,911.50[2] | $16,431.42[3] | D.I. 276; 4/13/10 | $288,773.20 | $9,598.70 | $72,193.30 |
| 3/1/10 – 3/31/10 [D.I. 339; 4/29/10] | $405,076.75 | $6,451.34 | D.I. 388; 5/12/10 | $324,061.40 | $6,451.34 | $81,015.35 |
| 4/1/10 – 4/30/10 [D.I. 469; 5/28/10] | $360,728.00 | $8,582.74 | D.I. 509; 6/9/10 | $288,582.40 | $8,582.74 | $72,145.60 |
| **TOTAL** | **$1,127,716.25** | **$31,465.50** | | **$902,173.00** | **$31,465.50** | **$225,543.25** |

---

[2] Sidley voluntarily reduced the fees requested in the First Monthly Fee Application by $945.00 in response to comments received from the United States Trustee.

[3] Sidley voluntarily reduced the amount of expense reimbursement requested in the First Monthly Fee Application by $6,832.72 in response to comments received from the United States Trustee.

**First Interim Fee Application of Huron Consulting Services LLC, Financial Advisors to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 153; 3/11/10] | $288,870.00 | $11,678.99 | D.I. 176; 3/24/10 | $231,096.00 | $11,678.99 | $57,774.00 |
| 3/1/10 – 3/31/10 [D.I. 308; 4/22/10] | $495,568.75 | $16,781.85 | D.I. 361; 5/5/10 | $396,455.00 | $16,781.85 | $99,113.75 |
| 4/1/10 – 4/30/10 [D.I. 453; 5/24/10] | $316,137.50 | $13,302.15 | D.I. 508; 6/9/10 | $252,910.00 | $13,302.15 | $63,227.50 |
| TOTAL | $1,100,576.25 | $41,762.99 | | $880,461.00 | $41,762.99 | $220,115.25 |

YCST01:10002310.1                                                                 069152.1001

**First Interim Fee Application of Ernst & Young LLP, Tax Services Providers to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 282; 4/15/10] | $50,188.00 | $21.00 | D.I. 334; 4/28/10 | $40,150.40 | $21.00 | $10,037.60 |
| 3/1/10 – 3/31/10 [D.I. 387; 5/12/10] | $62,505.00 | $71.50 | D.I. 462 5/26/10 | $50,004.00 | $71.50 | $12,501.00 |
| 4/1/10 – 4/30/10 [D.I. 474; 6/1/10] | $170,960.00 | $79.00 | D.I. 534 6/15/10 | $136,768.00 | $79.00 | $34,192.00 |
| TOTAL | $283,653.00 | $171.50 | | $226,922.40 | $171.50 | $56,730.60 |

**First Interim Fee Application of Rothschild Inc., Financial Advisor and Investment Baker to the Debtors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/3/10 – 2/28/10 [D.I. 296; 4/16/10] | $162,500.00 | $1,532.99 | D.I. 336; 4/28/10 | $130,000.00 | $1,532.99 | $32,500.00 |
| 3/1/10 – 3/31/10 [D.I. 472; 6/1/10] | $175,000.00 | $5,461.07 | D.I. 533; 6/15/10 | $140,000.00 | $5,461.07 | $35,000.00 |
| 4/1/10 – 4/30/10 [D.I. 532; 6/15/10] | $175,000.00 | $15,329.79 | D.I. 591; 6/30/10 | $140,000.00 | $15,329.79 | $35,000.00 |
| TOTAL | $512,500.00 | $22,323.85 | | $410,000.00 | $22,323.85 | $102,500.00 |

**First Interim Fee Application of Greenberg Traurig LLP, Counsel to the Official Committee of Unsecured Creditors**

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | C.N.O. Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/12/10 – 2/28/10 [D.I. 340; 4/29/10] | $137,025.50 | $0.00 | D.I. 389; 5/12/10 | $109,620.40 | $0.00 | $27,405.10 |
| 3/1/10 – 3/31/10 [D.I. 528; 6/15/10] | $187,878.50 | $1,835.86 | D.I. 585; 6/29/10 | $150,302.80 | $1,835.86 | $37,575.70 |
| 4/1/10 – 4/30/10 [D.I. 529; 6/15/10] | $84,641.50 | $3,618.06 | D.I. 586; 6/29/10 | $67,713.20 | $3,618.06 | $16,928.30 |
| TOTAL | $409,545.50 | $5,453.92 | | $327,636.40 | $5,453.92 | $81,909.10 |