# EXHIBIT A

**Revised Order**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 648 and 666 |

**ORDER PARTIALLY SUSTAINING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' Second Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing the Disputed Claims as set forth on Exhibit A, Exhibit B, and Exhibit C attached hereto; and upon consideration of the Gitter Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

CH1 5416436v.1

ORDERED that the Modified Amount Claims set forth on the attached Exhibit A are hereby modified to reduce the amount of such claims to the corresponding dollar value listed in the column titled "Modified Claim Amount" on Exhibit A; and it is further

ORDERED that the Substantive Duplicate Claims set forth on the attached Exhibit B in the column titled "Substantive Duplicate Claims" are hereby disallowed in their entirety; and it is further

ORDERED that the No Liability Claims set forth on the attached Exhibit C in the column titled "No Liability Claims" are hereby disallowed in their entirety; and it is further

ORDERED, that solely with respect to the Debtors' Objections to the following claims: Claim Nos. 630 and 632 of Missouri Department of Revenue; Claim Nos. 609 and 610 of Linamar de Mexico SA de CV; Claim Nos. 578 and 579 of Roctel Manufacturing; Claim No. 646 of Los Angeles County Treasurer & Tax Collector; and Claim No. 414 of Department of the Treasury - IRS, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being September 9, 2010 at 3:00 p.m. (prevailing Eastern Time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further

ORDERED, that the Debtors' withdrawal of the Objection to Claim No. 194 of American Electric Power is without prejudice to the Debtors' right to later object to such claim on the basis that the claim has been superseded by Claim No. 675 of American Electric Power; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

3

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

August _____, 2010

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | ADQ ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075 | 04/20/10 | Dalton Corporation | 10-10370 | 236 | Admin: $6,400.00<br>Unsecured: $3,617.17 | Admin: $0.00<br>Unsecured: $3,617.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 2 | AIRGAS - GREAT LAKES, INC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | 05/24/10 | A&M Specialties, Inc. | 10-10373 | 604 | Unsecured: $1,455.46 | Unsecured: $1,431.85 | Includes post-petition invoice or portion of post-petition invoice. |
| 3 | AIRGAS NORTH CENTRAL<br>10 W 4TH ST<br>WATERLOO, IA 50701 | 06/25/10 | Neenah Foundry Company | 10-10362 | 650 | Unsecured: $31,756.95 | Unsecured: $31,270.36 | Includes post-petition invoice or portion of post-petition invoice. |
| 4 | AUSTIN PETROLEUM INC<br>99 E JOE STREET<br>HUNTINGTON, IN 46750 | 05/18/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 527 | Admin: $7,008.59<br>Priority: $7,008.59<br>Unsecured: $3,321.00 | Admin: $7,008.59<br>Priority: $0.00<br>Unsecured: $3,321.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 5 | BANCO INDUSTRIES INC<br>11542 N STATE ROAD 3<br>PO BOX 5191<br>KENDALLVILLE, IN 46755 | 04/16/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 128 | Secured: $0.00<br>Unsecured: $1,581.00 | Secured: $0.00<br>Unsecured: $871.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 6 | BIRMINGHAM RAIL & LOCO<br>PO BOX 530157<br>BIRMINGHAM, AL 35253 | 04/23/10 | Deeter Foundry, Inc. | 10-10369 | 306 | Admin: $1,625.00 | Admin: $1,600.00 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 7 | CHEMSAFE INTERNATIONAL<br>ONE ZENEX CIRCLE<br>CLEVELAND, OH 44146 | 04/17/10 | Mercer Forge Corporation | 10-10367 | 192 | Admin: $1,127.12<br>Unsecured: $1,354.19 | Admin: $1,127.12<br>Unsecured: $1,279.94 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 8 | CHEMSAFE INTERNATIONAL<br>ONE ZENEX CIRCLE<br>CLEVELAND, OH 44146 | 04/17/10 | A&M Specialties, Inc. | 10-10373 | 193 | Admin: $419.15<br>Unsecured: $506.21 | Admin: $419.15<br>Unsecured: $478.50 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 9 | DIAMOND VOGEL PAINT<br>PO BOX 8001<br>MARSHALLTOWN, IA 50158 | 04/17/10 | Neenah Foundry Company | 10-10362 | 157 | Admin: $30.45<br>Unsecured: $118.86 | Admin: $30.45<br>Unsecured: $0.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 10 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | 06/26/10 | Advanced Cast Products, Inc. | 10-10365 | 653 | Unsecured: $863.19 | Unsecured: $778.03 | Previously satisfied in part. Paid pre-petition via check number 022213 dated 10/15/2009. |
| 11 | FIRE PROTECTION INC<br>750 W NORTH STREET SUITE C<br>PO BOX 327<br>AUBURN, IN 46707 | 04/26/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 342 | Unsecured: $2,796.40 | Unsecured: $2,576.15 | Includes post-petition invoice or portion of post-petition invoice. |
| 12 | GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | 04/13/10 | Neenah Enterprises, Inc. | 10-10360 | 114 | Unsecured: $3,225.17 | Unsecured: $3,003.70 | Includes post-petition invoice or portion of post-petition invoice. |
| 13 | INTERSTATE PIPE<br>152 HINDMAN ROAD<br>BUTLER, PA 16001 | 04/15/10 | Mercer Forge Corporation | 10-10367 | 106 | Admin: $327.35<br>Unsecured: $645.75 | Admin: $322.35<br>Unsecured: $627.90 | Includes amounts due for unmatured interest and/or post-petition penalties and shipping costs. |
| 14 | SOLOMON L. LOWENSTEIN, JR.<br>ATTORNEY AT LAW<br>614 W BERRY ST SUITE A<br>FORT WAYNE, IN 46802 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 196 | Unsecured: $2,040.00 | Unsecured: $1,980.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 15 | M3V DATA MANAGEMENT<br>11925 EAST 65TH STREET<br>INDIANAPOLIS, IN 46236 | 05/01/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 421 | Admin: $125.00<br>Priority: $250.00 | Admin: $125.00<br>Priority: $125.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 16 | MCMASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | 02/19/10 | Neenah Foundry Company | 10-10362 | 14 | Unsecured: $4,957.80 | Unsecured: $4,255.38 | Includes post-petition invoice or portion of post-petition invoice. |

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 17 | MOTION INDUSTRIES INC<br>PO BOX 1477<br>BIRMINGHAM, AL 35201 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 366 | Admin: $7,124.52<br>Unsecured: $32,977.32 | Admin: $7,082.22<br>Unsecured: $28,398.71 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 18 | PYRO-MATIC INC<br>2185 W PERSHING ST<br>APPLETON, WI 54914 | 04/24/10 | Undetermined | | 326 | Admin: $81.92<br>Unsecured: $1,485.44 | Admin: $81.92<br>Unsecured: $1,403.52 | Modified to correct discrepancy between calculated and stated POC value. |
| 19 | RSA INC<br>481 E DIVISION ST SUITE 600<br>FOND DU LAC, WI 54935 | 04/15/10 | Neenah Foundry Company | 10-10362 | 110 | Unsecured: $2,501.54 | Unsecured: $1,547.31 | Includes post-petition invoice or portion of post-petition invoice. |
| 20 | STAMPXPRESS<br>PO BOX 14133<br>PINEDALE, CA 93650 | 04/19/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 230 | Admin: $148.50<br>Unsecured: $2.23 | Admin: $148.50<br>Unsecured: $0.00 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 21 | TENNANT<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/24/10 | Neenah Foundry Company | 10-10362 | 328 | Admin: $952.25<br>Unsecured: $1,826.17 | Admin: $686.60<br>Unsecured: $1,826.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 22 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 04/26/10 | Neenah Enterprises, Inc. | 10-10360 | 391 | Unsecured: $99,457.05 | Unsecured: $48,549.50 | Includes post-petition invoice or portion of post-petition invoice. |
| 23 | VWR SCIENTIFIC PRODUCTS<br>VWR INTERNATIONAL<br>1775 THE EXCHANGE SUITE 310<br>ATLANTA, GA 30339 | 04/28/10 | Neenah Foundry Company | 10-10362 | 359 | Unsecured: $478.28 | Unsecured: $328.55 | Includes post-petition invoice or portion of post-petition invoice. |
| 24 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 05/14/10 | Dalton Corporation | 10-10370 | 498 | Unsecured: $1,612.50 | Unsecured: $1,531.32 | Includes amounts due for unmatured interest and/or post-petition penalties.<br>Includes post-petition invoice or portion of post-petition invoice. |
| 25 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | 04/20/10 | Undetermined | | 251 | Unsecured: $105.43 | Unsecured: $62.11 | Includes post-petition invoice or portion of post-petition invoice. |
| 26 | WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | 03/05/10 | Neenah Enterprises, Inc. | 10-10360 | 52 | Unsecured: $5,554.64 | Unsecured: $4,896.77 | Includes amounts due for unmatured interest and/or post-petition penalties.<br>Includes post-petition invoice or portion of post-petition invoice. |
| 27 | WIESE PLANNING & ENG<br>c/o ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797<br>TRANSFEROR:<br>WIESE PLANNING & ENG<br>4549 W BRADBURY ST<br>INDIANAPOLIS, IN 46241 | 04/30/10 | Undetermined | | 407 | Unsecured: $5,998.58 | Unsecured: $5,873.93 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in Schedule No. 1008973 on the Claims Register. |

# Neenah Enterprises, Inc.
## Exhibit B - Substantive Duplicate Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED ||||| REMAINING CLAIMS ||||| REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | BADGER ELECTRIC MOTOR CORP C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC 17100 WEST NORTH AVENUE BROOKFIELD, WI 53005 | 05/13/10 | Neenah Foundry Company | 10-10362 | 488 | $10,278.04 | BADGER ELECTRIC MOTOR INC c/o PIONEER CREDIT OPPORTUNITIES FUND ATT: ADAM STEIN-SAPIR GREELEY SQUARE STATION, PO BOX 201088 39 W. 31ST STREET NEW YORK, NY 10001  TRANSFEROR: BADGER ELECTRIC MOTOR INC 5000 S 2ND STREET MILWAUKEE, WI 53207 | 04/26/10 | Neenah Foundry Company | 10-10362 | 343 | $10,278.04 | Duplicates Liability of Claim # 343. |
| 2 | CONSTELLATION NEWENERGY-GAS DIVISION LLC C/O D ELAINE CONWAY & BRUCE J RUZINSKY JACKSON WALKER LLP 1401 MCKINNEY ST STE 1900 HOUSTON, TX 77010 | 05/20/10 | Neenah Enterprises, Inc. | 10-10360 | 545 | $18,405.92 | CONSTELLATION NEWENERGY-GAS DIVISION LLC C/O D ELAINE CONWAY & BRUCE J RUZINSKY JACKSON WALKER LLP 1401 MCKINNEY ST STE 1900 HOUSTON, TX 77010 | 05/20/10 | Deeter Foundry, Inc. | 10-10369 | 544 | $18,405.92 | Duplicates Liability of Claim # 544. |
| 3 | LEIGH M KENNEDY 33129 3RD COURT SW FEDERAL WAY, WA 98023 | 05/06/10 | Neenah Enterprises, Inc. | 10-10360 | 451 | $20,000.00 | THE BANK OF NEW YORK MELLON TRUST CO NA ATTN MARTIN FEIG 101 BARCLAY ST 8W NEW YORK, NY 10286 | 05/20/10 | Neenah Foundry Company | 10-10362 | 548 | $237,693,469.50 | Duplicate the claims of the applicable agent or indenture trustee filed on behalf of all holders of the debt instrument. |
| 4 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Neenah Enterprises, Inc. | 10-10360 | 608 | $11,728.84 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,728.84 | Duplicates Liability of Claim # 607. |
| 5 | WASHINGTON STATE DEPARTMENT OF REVENUE ATTN DOUG HOUGHTON 2101 4TH AVE STE 1400 SEATTLE, WA 98121 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 627 | $26,964.00 | WASHINGTON STATE, DEPARTMENT OF REVENUE ATTN DOUG HOUGHTON 2101 4TH AVE STE 1400 SEATTLE, WA 98121 | 06/21/10 | Neenah Foundry Company | 10-10362 | 640 | $26,964.00 | Duplicates Liability of Claim # 640. |
| | | | | | | $87,376.80 | | | | | | $237,760,846.30 | |

1 of 1

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADVANCED WASTE<br>1126 S 70TH S SUITE N408B<br>WEST HILLS, WI 53214 | 04/16/10 | Mercer Forge Corporation | 10-10367 | 137 | $1,227.00 | No pre-petition liability; post-petition liability incurred on 3/3/2010. |
| 2 | AIRGAS EAST<br>27 NORTHWESTERN DR<br>SALEM, NH 03079 | 05/14/10 | Advanced Cast Products, Inc. | 10-10365 | 490 | $507.09 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 3 | AIRGAS EAST<br>27 NORTHWESTERN DR<br>SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 491 | $18,145.01 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 4 | AIRGAS EAST<br>27 NORTHWESTERN DR<br>SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 492 | $1,542.72 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 5 | BEST-AIRE LLC<br>PO BOX 953408<br>ST. LOUIS, MO 63195 | 04/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 310 | $52.08 | No pre-petition liability; post-petition liability incurred on 3/9/2010. |
| 6 | CITY OF SIDNEY<br>201 W POPLAR ST<br>SIDNEY, OH 45365 | 04/29/10 | Peerless Corporation | 10-10372 | 371 | $883.97 | Claim asserts liability owed by unrelated non-debtor Peerless Machinery Corp. |
| 7 | EARTH CHAIN INC<br>9930 E 56TH ST<br>INDIANAPOLIS, IN 46236 | 05/08/10 | Deeter Foundry, Inc. | 10-10369 | 455 | $69.71 | No pre-petition liability; post-petition liability incurred on 4/28/2010. |
| 8 | IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON, GA 31208 | 05/13/10 | Advanced Cast Products, Inc. | 10-10365 | 480 | $17,537.32 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 9 | METZGER'S AUTO SERVICE<br>DBA-LINCOLN LUBE 3730 CORNHUSKER HWY<br>LINCOLN, NE 68504 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 241 | $137.94 | No pre-petition liability; post-petition liability incurred on 3/8/2010 and 3/30/2010. |
| 10 | PITTSBURGH METAL PROCESSING CO<br>ATTN DOROTHY HOWAT<br>1850 CHAPMAN STREET<br>PITTSBURGH, PA 15215 | 03/04/10 | Mercer Forge Corporation | 10-10367 | 50 | $1,095.00 | No pre-petition liability; post-petition liability incurred on 2/3/2010. |
| 11 | STATE WATER RESOURCES CONTROL BOARD<br>C/O ALEX P MAYER, STAFF COUNSEL<br>1001 I STREET 22ND FLOOR<br>SACRAMENTO, CA 95814 | 06/12/10 | Gregg Industries, Inc. | 10-10366 | 634 | $1,008.00 | No pre-petition liability; post-petition liability incurred for 4/1/2010 through 3/31/2011. |
| 12 | TENNANT<br>TENNANT SALES & SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/23/10 | Gregg Industries, Inc. | 10-10366 | 311 | $1,115.73 | No pre-petition liability; post-petition liability incurred on 2/3/2010 and 2/4/2010. |
| 13 | TIME MANAGEMENT SYSTEM<br>3200 LINE DR<br>SIOUX CITY, IA 51106 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 252 | $456.58 | No pre-petition liability;incurred post-petition liability 3/27/2010 through 3/26/2011 and invoice for sold goods 3/28/2010. |

1 of 2

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | WEINSTEIN REALTY ADVISORS<br>15 N CHERRY LANE PO BOX 5005<br>YORK, PA 17405 | 05/12/10 | Advanced Cast Products, Inc. | 10-10365 | 477 | $13,796.11 | No pre-petition liability; post-petition liability incurred on 4/12/2010. |

$57,574.26