# EXHIBIT B

**Black Lined Revised Order**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 648 and 666 |

### ORDER PARTIALLY SUSTAINING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Second Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing the Disputed Claims as set forth on Exhibit A, Exhibit B, and Exhibit C attached hereto; and upon consideration of the Gitter Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as modified herebyset forth herein; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the Modified Amount Claims set forth on the attached Exhibit A are hereby modified to reduce the amount of such claims to the corresponding dollar value listed in the column titled "Modified Claim Amount" on Exhibit A; and it is further

ORDERED that the Substantive Duplicate Claims set forth on the attached Exhibit B in the column titled "Substantive Duplicate Claims" are hereby disallowed in their entirety; and it is further

ORDERED that the No Liability Claims set forth on the attached Exhibit C in the column titled "No Liability Claims" are hereby disallowed in their entirety; and it is further

ORDERED, that solely with respect to the Debtors' Objections to the following claims: Claim Nos. 630 and 632 of Missouri Department of Revenue; Claim Nos. 609 and 610 of Linamar de Mexico SA de CV; Claim Nos. 578 and 579 of Roctel Manufacturing; Claim No. 646 of Los Angeles County Treasurer & Tax Collector; and Claim No. 414 of Department of the Treasury - IRS, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being September 9, 2010 at 3:00 p.m. (prevailing Eastern Time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further

ORDERED, that the Debtors' withdrawal of the Objection to Claim No. 194 of American Electric Power is without prejudice to the Debtors' right to later object to such claim on the basis that the claim has been superseded by Claim No. 675 of American Electric Power; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

2

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

August _____, 2010

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE

3

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | ADQ ADHESIVES EQUIPMENT 4084 PERRY BLVD WHITESTOWN, IN 46075 | 04/20/10 | Dalton Corporation | 10-10370 | 236 | Admin: $6,400.00 Unsecured: $3,617.17 | Admin: $0.00 Unsecured: $3,617.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 2 | AIRGAS - GREAT LAKES, INC 6055 ROCKSIDE WOODS BLVD INDEPENDENCE, OH 44131 | 05/24/10 | A&M Specialties, Inc. | 10-10373 | 604 | Unsecured: $1,455.46 | Unsecured: $1,431.85 | Includes post-petition invoice or portion of post-petition invoice. |
| 3 | AIRGAS NORTH CENTRAL 10 W 4TH ST WATERLOO, IA 50701 | 06/25/10 | Neenah Foundry Company | 10-10362 | 650 | Unsecured: $31,756.95 | Unsecured: $31,270.36 | Includes post-petition invoice or portion of post-petition invoice. |
| 4 | ~~AMERICAN ELECTRIC POWER PO BOX 2021 ROANOKE, VA 24022~~ | ~~06/18/10~~ | ~~Dalton Corporation~~ | ~~10-10370~~ | ~~638~~ | ~~Unsecured: $145,444.95~~ | ~~Unsecured: $145,922.79~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 5 | AUSTIN PETROLEUM INC 99 E JOE STREET HUNTINGTON, IN 46750 | 05/18/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 527 | Admin: $7,008.59 Priority: $7,008.59 Unsecured: $3,321.00 | Admin: $7,008.59 Priority: $0.00 Unsecured: $3,321.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 6 | BANCO INDUSTRIES INC 11542 N STATE ROAD 3 PO BOX 5191 KENDALLVILLE, IN 46755 | 04/16/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 128 | Secured: $0.00 Unsecured: $1,581.00 | Secured: $0.00 Unsecured: $871.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 7 | BIRMINGHAM RAIL & LOCO PO BOX 530157 BIRMINGHAM, AL 35253 | 04/23/10 | Deeter Foundry, Inc. | 10-10369 | 306 | Admin: $1,625.00 | Admin: $1,600.00 | ~~Modified amount reflects balance per Debtor's books and records.~~ Includes amounts due for unmatured interest and/or post-petition penalties. |
| 8 | CHEMSAFE INTERNATIONAL ONE ZENEX CIRCLE CLEVELAND, OH 44146 | 04/17/10 | Mercer Forge Corporation | 10-10367 | 192 | Admin: $1,127.12 Unsecured: $1,354.19 | Admin: $1,127.12 Unsecured: $1,279.94 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 9 | CHEMSAFE INTERNATIONAL ONE ZENEX CIRCLE CLEVELAND, OH 44146 | 04/17/10 | A&M Specialties, Inc. | 10-10373 | 193 | Admin: $419.15 Unsecured: $506.21 | Admin: $419.15 Unsecured: $478.50 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 10 | ~~COLUMBIA GAS OF PENNSYLVANIA 200 CIVIC CENTER DR 11TH FLOOR COLUMBUS, OH 43215~~ | ~~03/08/10~~ | ~~Neenah Enterprises, Inc.~~ | ~~10-10360~~ | ~~64~~ | ~~Unsecured: $283.26~~ | ~~Unsecured: $274.84~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 11 | DIAMOND VOGEL PAINT PO BOX 8001 MARSHALLTOWN, IA 50158 | 04/17/10 | Neenah Foundry Company | 10-10362 | 157 | Admin: $30.45 Unsecured: $118.86 | Admin: $30.45 Unsecured: $0.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 12 | ~~ENGINEERING CONTRACTORS ASSOC 8310 FLORENCE AVE DOWNEY, CA 90240~~ | ~~04/17/10~~ | ~~Undetermined~~ | | ~~173~~ | ~~Unsecured: $575.00~~ | ~~Unsecured: $54.88~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 13 | ~~FASTENAL CO ATTN LEGAL PO BOX 978 WINONA, MN 55987~~ | ~~05/04/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | ~~436~~ | ~~Admin: $1,942.05 Unsecured: $258.00~~ | ~~Admin: $1,839.74 Unsecured: $258.00~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 14 | ~~FASTENAL COMPANY ATTN LEGAL PO BOX 978 WINONA, MN 55987~~ | ~~05/04/10~~ | ~~Dalton Corporation~~ | ~~10-10370~~ | ~~437~~ | ~~Admin: $1,551.42 Unsecured: $4,464.75~~ | ~~Admin: $702.46 Unsecured: $4,843.35~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 15 | ~~FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068~~ | ~~06/26/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | ~~652~~ | ~~Unsecured: $654.75~~ | ~~Unsecured: $531.13~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 16 | FERRELLGAS ONE LIBERTY PLAZA LIBERTY, MO 64068 | 06/26/10 | Advanced Cast Products, Inc. | 10-10365 | 653 | Unsecured: $863.19 | Unsecured: $778.03 | Previously satisfied in part. Paid pre-petition via check number 022213 dated 10/15/2009. |

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 17 | FIRE PROTECTION INC<br>750 W NORTH STREET SUITE C<br>PO BOX 327<br>AUBURN, IN 46707 | 04/26/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 342 | Unsecured: $2,796.40 | Unsecured: $2,576.15 | Includes post-petition invoice or portion of post-petition invoice. |
| 18 | ~~FORT WAYNE LIQUID COATINGS<br>C/O JOSEPH G BONAHOOM<br>BONAHOOM & BONAHOOM LLP<br>440 W BERRY ST STE 1800<br>FORT WAYNE, IN 46802~~ | ~~04/30/10~~ | ~~Dalton Corporation, Warsaw Manufacturing Facility~~ | ~~10-10374~~ | 445 | ~~Unsecured: $68,733.28~~ | ~~Unsecured: $67,966.44~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 19 | ~~GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002~~ | ~~04/24/10~~ | ~~Undetermined~~ | | 323 | ~~Unsecured: $746.28~~ | ~~Unsecured: $335.29~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 20 | GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | 04/13/10 | Neenah Enterprises, Inc. | 10-10360 | 114 | Unsecured: $3,225.17 | Unsecured: $3,003.70 | Includes post-petition invoice or portion of post-petition invoice. |
| 21 | ~~HYDRITE CHEMICAL CO<br>BOX #689227<br>MILWAUKEE, WI 53268~~ | ~~04/17/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | 172 | ~~Unsecured: $17,781.70~~ | ~~Unsecured: $17,061.60~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 22 | INTERSTATE PIPE<br>152 HINDMAN ROAD<br>BUTLER, PA 16001 | 04/15/10 | Mercer Forge Corporation | 10-10367 | 106 | Admin: $327.35<br>Unsecured: $645.75 | Admin: $322.35<br>Unsecured: $627.90 | Includes amounts due for unmatured interest and/or post-petition penalties and shipping costs. |
| 23 | ~~KNOX TEXTILES INC<br>PO BOX 584-264 EAST BEMENT ST<br>EDGERTON, OH 43517~~ | ~~04/17/10~~ | ~~Dalton Corporation~~ | ~~10-10379~~ | 191 | ~~Unsecured: $536.44~~ | ~~Unsecured: $278.44~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 24 | ~~LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE, WI 53227~~ | ~~04/17/10~~ | ~~Undetermined~~ | | 159 | ~~Unsecured: $29,595.25~~ | ~~Unsecured: $685.50~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 25 | SOLOMON L. LOWENSTEIN, JR.<br>ATTORNEY AT LAW<br>614 W BERRY ST SUITE A<br>FORT WAYNE, IN 46802 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 196 | Unsecured: $2,040.00 | Unsecured: $1,980.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 26 | M3V DATA MANAGEMENT<br>11925 EAST 65TH STREET<br>INDIANAPOLIS, IN 46236 | 05/01/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 421 | Admin: $125.00<br>Priority: $250.00 | Admin: $125.00<br>Priority: $125.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 27 | MCMASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | 02/19/10 | Neenah Foundry Company | 10-10362 | 14 | Unsecured: $4,957.80 | Unsecured: $4,255.38 | Includes post-petition invoice or portion of post-petition invoice. |
| 28 | MOTION INDUSTRIES INC<br>PO BOX 1477<br>BIRMINGHAM, AL 35201 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 366 | Admin: $7,124.52<br>Unsecured: $32,977.32 | Admin: $7,082.22<br>Unsecured: $28,398.71 | Includes post-petition invoice or portion of post-petition invoice. Includes amounts due for unmatured interest and/or post-petition penalties. |
| 29 | PYRO-MATIC INC<br>2185 W PERSHING ST<br>APPLETON, WI 54914 | 04/24/10 | Undetermined | | 326 | Admin: $81.92<br>Unsecured: $1,485.44 | Admin: $81.92<br>Unsecured: $1,403.52 | Modified to correct discrepancy between calculated and stated POC value. |
| 30 | ~~QBF<br>5007 NATHAN LANE<br>MINNEAPOLIS, MN 55442~~ | ~~04/20/10~~ | ~~Undetermined~~ | | 245 | ~~Unsecured: $7,048.95~~ | ~~Unsecured: $7,044.60~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 31 | ~~REDLON & JOHNSON<br>PO BOX 698<br>PORTLAND, ME 04104~~ | ~~04/19/10~~ | ~~Undetermined~~ | | 224 | ~~Unsecured: $412.39~~ | ~~Unsecured: $402.90~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 32 | RSA INC<br>481 E DIVISION ST SUITE 600<br>FOND DU LAC, WI 54935 | 04/15/10 | Neenah Foundry Company | 10-10362 | 110 | Unsecured: $2,501.54 | Unsecured: $1,547.31 | Includes post-petition invoice or portion of post-petition invoice. |
| 33 | STAMPXPRESS<br>PO BOX 14133<br>PINEDALE, CA 93650 | 04/19/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 230 | Admin: $148.50<br>Unsecured: $2.23 | Admin: $148.50<br>Unsecured: $0.00 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 34 | ~~STANDARD ELECTRIC SUPPLY~~<br>~~3411 E CAPITOL DR~~<br>~~APPLETON, WI 54911~~ | ~~04/23/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | ~~383~~ | ~~Admin: $7,303.29~~<br>~~Unsecured: $15,884.02~~ | ~~Admin: $7,303.29~~<br>~~Unsecured: $15,744.08~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 35 | ~~TENNANT~~<br>~~C/O TENNANT SALES AND SERVICE CO~~<br>~~PO BOX 1452~~<br>~~MINNEAPOLIS, MN 55440~~ | ~~04/23/10~~ | ~~Mercer Forge Corporation~~ | ~~10-10367~~ | ~~314~~ | ~~Unsecured: $2,428.26~~ | ~~Unsecured: $2,367.45~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 36 | TENNANT<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/24/10 | Neenah Foundry Company | 10-10362 | 328 | Admin: $952.25<br>Unsecured: $1,826.17 | Admin: $686.60<br>Unsecured: $1,826.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 37 | ~~TOLEDO EDISON BANKRUPTCY DEPARTMENT~~<br>~~6896 MILLER RD SUITE 204~~<br>~~BRECKSVILLE, OH 44141~~ | ~~05/04/10~~ | ~~Neenah Enterprises, Inc.~~ | ~~10-10360~~ | ~~447~~ | ~~Unsecured: $11,454.22~~ | ~~Unsecured: $7,184.22~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 38 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 04/26/10 | Neenah Enterprises, Inc. | 10-10360 | 391 | Unsecured: $99,457.05 | Unsecured: $48,549.50 | Modified amount reflects balance per Debtor's books and records. Includes post-petition invoice or portion of post-petition invoice. |
| 39 | ~~VEOLIA ES INDUSTRIAL SERVICES~~<br>~~PO BOX 70610~~<br>~~CHICAGO, IL 60673~~ | ~~04/16/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | ~~444~~ | ~~Unsecured: $2,723.00~~ | ~~Unsecured: $1,896.60~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 40 | VWR SCIENTIFIC PRODUCTS<br>VWR INTERNATIONAL<br>1775 THE EXCHANGE SUITE 310<br>ATLANTA, GA 30339 | 04/28/10 | Neenah Foundry Company | 10-10362 | 359 | Unsecured: $478.28 | Unsecured: $328.55 | Includes post-petition invoice or portion of post-petition invoice. |
| 41 | ~~W A VORPAHL INC~~<br>~~PO BOX 12175~~<br>~~GREEN BAY, WI 54307~~ | ~~04/19/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | ~~220~~ | ~~Admin: $12,536.35~~<br>~~Unsecured: $19,011.53~~ | ~~Admin: $12,481.82~~<br>~~Unsecured: $18,968.44~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 42 | ~~WASTE CONNECTIONS OF NEBRASKA INC~~<br>~~DB/A MIDWEST REFUSE~~<br>~~ATTN DOUG MCDONALD, CONTROLLER~~<br>~~10810 S 144TH STREET~~<br>~~OMAHA, NE 68138~~ | ~~04/05/10~~ | ~~Dexter Foundry, Inc.~~ | ~~10-10369~~ | ~~88~~ | ~~Unsecured: $4,925.25~~ | ~~Unsecured: $4,389.31~~ | ~~Modified amount reflects balance per Debtor's books and records.~~ |
| 43 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 05/14/10 | Dalton Corporation | 10-10370 | 498 | Unsecured: $1,612.50 | Unsecured: $1,531.32 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |
| 44 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | 04/20/10 | Undetermined | | 251 | Unsecured: $105.43 | Unsecured: $62.11 | Includes post-petition invoice or portion of post-petition invoice. |
| 45 | WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | 03/05/10 | Neenah Enterprises, Inc. | 10-10360 | 52 | Unsecured: $5,554.64 | Unsecured: $4,896.77 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |

3 of 4

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 46 | WIESE PLANNING & ENG c/o ASM CAPITAL LP 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 TRANSFEROR: WIESE PLANNING & ENG 4549 W BRADBURY ST INDIANAPOLIS, IN 46241 | 04/30/10 | Undetermined | | 407 | Unsecured: $5,998.58 | Unsecured: $5,873.93 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in Schedule No. 1008973 on the Claims Register. |

# Neenah Enterprises, Inc.
## Exhibit B - Substantive Duplicate Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| | CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | BADGER ELECTRIC MOTOR CORP<br>C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC<br>17100 WEST NORTH AVENUE<br>BROOKFIELD, WI 53005 | 05/13/10 | Neenah Foundry Company | 10-10362 | 488 | $10,278.04 | BADGER ELECTRIC MOTOR INC<br>c/o PIONEER CREDIT OPPORTUNITIES FUND<br>ATT: ADAM STEIN-SAPIR<br>GREELEY SQUARE STATION,PO BOX 201088<br>39 W. 31ST STREET<br>NEW YORK, NY 10001<br><br>TRANSFEROR:<br>BADGER ELECTRIC MOTOR INC<br>5000 S 2ND STREET<br>MILWAUKEE, WI 53207 | 04/26/10 | Neenah Foundry Company | 10-10362 | 343 | $10,278.04 | Duplicates Liability of Claim # 343. |
| 2 | CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O D ELAINE CONWAY & BRUCE J RUZINSKY<br>JACKSON WALKER LLP<br>1401 MCKINNEY ST STE 1900<br>HOUSTON, TX 77010 | 05/20/10 | Neenah Enterprises, Inc. | 10-10360 | 545 | $18,405.92 | CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O D ELAINE CONWAY & BRUCE J RUZINSKY<br>JACKSON WALKER LLP<br>1401 MCKINNEY ST STE 1900<br>HOUSTON, TX 77010 | 05/20/10 | Deeter Foundry, Inc. | 10-10369 | 544 | $18,405.92 | Duplicates Liability of Claim # 544. |
| 3 | LEIGH M KENNEDY<br>33129 3RD COURT SW<br>FEDERAL WAY, WA 98023 | 05/06/10 | Neenah Enterprises, Inc. | 10-10360 | 451 | $20,000.00 | THE BANK OF NEW YORK MELLON TRUST CO NA<br>ATTN MARTIN FEIG<br>101 BARCLAY ST 8W<br>NEW YORK, NY 10286 | 05/20/10 | Neenah Foundry Company | 10-10362 | 548 | $237,693,469.50 | Duplicate the claims of the applicable agent or indenture trustee filed on behalf of all holders of the debt instrument. |
| 4 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 05/24/10 | Neenah Enterprises, Inc. | 10-10360 | 608 | $11,728.84 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,728.84 | Duplicates Liability of Claim # 607. |
| 5 | WASHINGTON STATE DEPARTMENT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE STE 1400<br>SEATTLE, WA 98121 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 627 | $26,964.00 | WASHINGTON STATE, DEPARTMENT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE STE 1400<br>SEATTLE, WA 98121 | 06/21/10 | Neenah Foundry Company | 10-10362 | 640 | $26,964.00 | Duplicates Liability of Claim # 640. |
| | | | | | | $87,376.80 | | | | | | $237,760,846.30 | |

1 of 1

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ~~ADT SECURITY SERVICES 14200 E EXPOSITION AVE AURORA, CO 80012~~ | ~~02/17/10~~ | ~~Neenah Enterprises, Inc.~~ | ~~10-10360~~ | ~~24~~ | ~~$0.00~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |
| 2 | ~~ADT SECURITY SERVICES INC 14200 E EXPOSITION AVE AURORA, CO 80012~~ | ~~02/25/10~~ | ~~Neenah Enterprises, Inc.~~ | ~~10-10360~~ | ~~23~~ | ~~$6,514.84~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |
| 3 | ADVANCED WASTE 1126 S 70TH S SUITE N408B WEST HILLS, WI 53214 | 04/16/10 | Mercer Forge Corporation | 10-10367 | 137 | $1,227.00 | No pre-petition liability; post-petition liability incurred on 3/3/2010. |
| 4 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Advanced Cast Products, Inc. | 10-10365 | 490 | $507.09 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 5 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 491 | $18,145.01 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 6 | AIRGAS EAST 27 NORTHWESTERN DR SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 492 | $1,542.72 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 7 | ~~AXIS CAPITAL INC 308 NORTH LOCUST STREET GRAND ISLAND, NE 68801~~ | ~~04/22/10~~ | ~~Deeter Foundry, Inc.~~ | ~~10-10369~~ | ~~289~~ | ~~$2,388.24~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |
| 8 | ~~AXLETECH INTERNATIONAL LLC 16474 COLLECTION CENTER DR CHICAGO, IL 60693~~ | ~~05/20/10~~ | ~~Mercer Forge Corporation~~ | ~~10-10367~~ | ~~564~~ | ~~$1,612.84~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |
| 9 | BEST-AIRE LLC PO BOX 953408 ST. LOUIS, MO 63195 | 04/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 310 | $52.08 | No pre-petition liability; post-petition liability incurred on 3/9/2010. |
| 10 | ~~CHANGING SPACES MOVING 130 INVERNESS PLAZA #243 BIRMINGHAM, AL 35242~~ | ~~04/24/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | ~~274~~ | ~~$500.00~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |
| 11 | ~~CITIBANK, SOUTH DAKOTA N.A. DBA 4740 121ST ST URBANDALE, IA 50323~~ | ~~03/29/10~~ | ~~Dalton Corporation~~ | ~~10-10370~~ | ~~428~~ | ~~$123.04~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |
| 12 | CITY OF SIDNEY 201 W POPLAR ST SIDNEY, OH 45365 | 04/29/10 | Peerless Corporation | 10-10372 | 371 | $883.97 | Claim asserts liability owed by unrelated non-debtor Peerless Machinery Corp. |
| 13 | EARTH CHAIN INC 9930 E 56TH ST INDIANAPOLIS, IN 46236 | 05/08/10 | Deeter Foundry, Inc. | 10-10369 | 455 | $69.71 | No pre-petition liability; post-petition liability incurred on 4/28/2010. |
| 14 | ~~FOUNDRY EDUCATION FOUNDATION 1695 N PENNY LANE SCHAUMBURG, IL 60173~~ | ~~05/08/10~~ | ~~Neenah Foundry Company~~ | ~~10-10362~~ | ~~466~~ | ~~$160,000.00~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |

1 of 3

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | FOX STAMP/SIGN & SPECIALT PO BOX 400 618 W AIRPORT RD MENASHA, WI 54952 | 06/10/10 | Undetermined | | 637 | $73.22 | No liability to this claimant is reflected on Debtor's books and records. |
| 16 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESER, NH 03101 | 04/16/10 | Cast Alloys, Inc. | 10-10363 | 144 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 17 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Dalton Corporation | 10-10370 | 142 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 18 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Gregg Industries, Inc. | 10-10366 | 143 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 19 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 SOUTH COMMERCIAL ST MANCHESTER, NH 03101 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 11 | Unliquidated | No liability to this claimant is reflected on Debtor's books and records. |
| 20 | IKON FINANCIAL SERVICES BANKRUPTCY ADMINISTRATION PO BOX 13708 MACON, GA 31208 | 05/13/10 | Advanced Cast Products, Inc. | 10-10365 | 480 | $17,537.32 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 21 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Gregg Industries, Inc. | 10-10366 | 645 | $234,068.85 | No liability to this claimant is reflected on Debtor's books and records. |
| 22 | METZGER'S AUTO SERVICE DBA-LINCOLN LUBE 3730 CORNHUSKER HWY LINCOLN, NE 68504 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 241 | $137.94 | No pre-petition liability; post-petition liability incurred on 3/8/2010 and 3/30/2010. |
| 23 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 06/11/10 | Neenah Enterprises, Inc. | 10-10360 | 484 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 24 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 06/17/10 | Neenah Enterprises, Inc. | 10-10360 | 511 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 25 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 06/18/10 | Advanced Cast Products, Inc. | 10-10365 | 541 | $9,876.14 | No liability to this claimant is reflected on Debtor's books and records. |
| 26 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 634 | $8,883.59 | No liability to this claimant is reflected on Debtor's books and records. |
| 27 | NEBRASKA DEPARTMENT OF REVENUE ATTN: BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 06/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,728.84 | No liability to this claimant is reflected on Debtor's books and records. |

2 of 3

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | PITTSBURGH METAL PROCESSING CO ATTN DOROTHY HOWAT 1850 CHAPMAN STREET PITTSBURGH, PA 15215 | 03/04/10 | Mercer Forge Corporation | 10-10367 | 50 | $1,095.00 | No pre-petition liability; post-petition liability incurred on 2/3/2010. |
| 29 | STATE WATER RESOURCES CONTROL BOARD C/O ALEX P MAYER, STAFF COUNSEL 1001 I STREET 22ND FLOOR SACRAMENTO, CA 95814 | 06/12/10 | Gregg Industries, Inc. | 10-10366 | 634 | $1,008.00 | No pre-petition liability; post-petition liability incurred for 4/1/2010 through 3/31/2011. |
| 30 | TENNANT TENNANT SALES & SERVICE CO PO BOX 1452 MINNEAPOLIS, MN 55440 | 04/23/10 | Gregg Industries, Inc. | 10-10366 | 311 | $1,115.73 | No pre-petition liability; post-petition liability incurred on 2/3/2010 and 2/4/2010. |
| 31 | TIME MANAGEMENT SYSTEM 3200 LINE DR SIOUX CITY, IA 51106 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 252 | $456.58 | No pre-petition liability;incurred post-petition liability 3/27/2010 through 3/26/2011 and invoice for sold goods 3/28/2010. |
| ~~32~~ | ~~W.W. GRAINGER INC 7300 N MELVINA NILES, IL 60714~~ | ~~03/15/10~~ | ~~Neenah Enterprises, Inc.~~ | ~~10-10360~~ | ~~66~~ | ~~$8,018.04~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |
| 33 | WEINSTEIN REALTY ADVISORS 15 N CHERRY LANE PO BOX 5005 YORK, PA 17405 | 05/12/10 | Advanced Cast Products, Inc. | 10-10365 | 477 | $13,796.11 | No pre-petition liability; post-petition liability incurred on 4/12/2010. |
| ~~34~~ | ~~WISCONSIN POWER TOOLING 3132 N MAYFAIR RD MILWAUKEE, WI 53222~~ | ~~04/21/10~~ | ~~Undetermined~~ | | ~~270~~ | ~~$80.13~~ | ~~No liability to this claimant is reflected on Debtor's books and records.~~ |

$509,995.41

3 of 3