# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 623 |

## CERTIFICATION OF COUNSEL REGARDING
## FIRST NOTICE OF SATISFIED CLAIMS

The undersigned, counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certifies that:

1. On July 9, 2010, the Debtors filed the *First Notice of Satisfied Claims* (the "Notice") [D.I. 623]. Responses, if any, to the Notice were required to have been filed with the Court and served on counsel to the Debtors no later than 4:00 p.m. (ET) on August 9, 2010 (the "Response Deadline").

2. Counsel for the Debtors received an informal response with regard to the Notice from counsel to IPFS Corporation, as successor in interest to AICCO Inc./Imperial Credit Corporation. The undersigned certifies that he has reviewed the Court's docket in these cases and no other responsive pleadings to the Notice appears thereon. Additionally, no other informal responses to the Notice were received.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

3. Attached hereto is a revised Exhibit A to the Notice, which removes from the list of Satisfied Claims Claim No. 493 of IPFS Corporation, as successor in interest to AICCO Inc./Imperial Credit Corporation. Attached hereto as Exhibit B is a black-line of the Exhibit A to the Notice.

Dated: Wilmington, Delaware
August 12, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION