## EXHIBIT B

**Black Lined Revised Exhibit A**

# Neenah Enterprises, Inc.
## Exhibit A - Paid/Satisfied/Reinstated Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | BASIS FOR CLAIM SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | AFCO<br>PO BOX 4795<br>CAROL STREAM, IL 60197 | 04/24/10 | Neenah Enterprises, Inc. | 10-10360 | 335 | $130,403.43 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 2 | PHILLIP ALBERT<br>9325 E 250 S<br>PIERCETON, IN 46562 | 04/16/10 | Dalton Corporation | 10-10370 | 133 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 3 | MAX M ANGLIN<br>PO BOX 263<br>ELDORADO, MO 64744 | 05/21/10 | Dalton Corporation | 10-10370 | 567 | $119,343.75 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 4 | MARK BLOHOWIAK<br>581 HARVARD DR<br>NEENAH, WI 54956 | 05/18/10 | Neenah Foundry Company | 10-10362 | 522 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 5 | ANTHONY C CARPENTER<br>11615 VALEWOOD DR<br>VICTORVILLE, CA 92392 | 05/21/10 | Advanced Cast Products, Inc. | 10-10365 | 580 | $30,238.29 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 6 | RALPH CENTER<br>19007 N 47TH AVE<br>GLENDALE, AZ 85308 | 04/17/10 | Neenah Foundry Company | 10-10362 | 184 | $2,000.00 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 7 | DONALD DEETS<br>122 CHESTNUT GROVE<br>UTICA, PA 16362 | 04/16/10 | Advanced Cast Products, Inc. | 10-10365 | 183 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 8 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 02/19/10 | Neenah Transport, Inc. | 10-10364 | 8 | $500.00 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 9 | DAVID EBBEN<br>509 S WESTERN<br>NEENAH, WI 54956 | 05/08/10 | Neenah Enterprises, Inc. | 10-10360 | 454 | $2,000.00 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 10 | MICHAEL ENDERS<br>14527 ENGLISH LAKE RD<br>VALDERS, WI 54245 | 04/28/10 | Neenah Foundry Company | 10-10362 | 370 | $407,347.20 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 11 | THOMAS E FOAR III<br>PO BOX 591<br>WATERLOO, IN 46793 | 04/12/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 529 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 12 | FOUNDRY PRODUCTS INC<br>PO BOX 85400<br>WESTLAND, MI 48185 | 04/17/10 | Neenah Foundry Company | 10-10362 | 178 | $2,709.45 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 13 | GERDAU AMERISTEEL US INC<br>PO BOX 116660<br>ATLANTA, GA 30368 | 05/19/10 | Mercer Forge Corporation | 10-10367 | 536 | $156,665.21 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 14 | ROBERT HOERR<br>1212 W DETROIT ST<br>NEW BUFFALO, MI 49117 | 05/12/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 478 | $15,000.00 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |

# Neenah Enterprises, Inc.
## Exhibit A - Paid/Satisfied/Reinstated Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | BASIS FOR CLAIM SATISFACTION |
|---|---|---|---|---|---|---|---|
| 15 | INDIANA DEPT OF WORKFORCE DEVELOPMENT ATTN BEVERLY A KOROBKIN COLLECTION ENFORCEMENT UNIT 10 N SENATE AVE INDIANAPOLIS, IN 46204 | 03/09/10 | Dalton Corporation | 10-10370 | 60 | $3,278.43 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 16 | IPFS CORPORATION AS SUCCESSOR IN INTEREST TO AICCO ING IMPERIAL CREDIT CORPORATION 101 HUDSON ST 34TH FLOOR JERSEY CITY, NJ 07302 | 05/14/10 | Neenah Enterprises, Inc. | 10-10360 | 493 | $177,041.33 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 17 | DAVID KIEFFER 733 3RD ST MENASHA, WI 54952 | 04/24/10 | Neenah Foundry Company | 10-10362 | 333 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 18 | KENNETH M KOEWACICH 2329 CASCADE DRIVE SHARPSVILLE, PA 16150 | 05/15/10 | Mercer Forge Corporation | 10-10367 | 502 | $18,550.00 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 19 | MARY KORTBEIN 4111 W FAIRVIEW RD LARSEN, WI 54947 | 05/11/10 | Neenah Enterprises, Inc. | 10-10360 | 471 | $2,300.00 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 20 | CARL MCCORMICK 17021 STATE ROUTE 98 MEADVILLE, PA 16335 | 04/17/10 | Neenah Foundry Company | 10-10362 | 187 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 21 | STEVEN A MORR 16943 N 30 PIONEER, OH 43554 | 04/21/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 266 | $1,709.93 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 22 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS RD MELVILLE, NY 11747 | 02/17/10 | Mercer Forge Corporation | 10-10367 | 29 | $116.38 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 23 | MSC INDUSTRIAL SUPPLY COMPANY ATTN LEGAL DEPARTMENT 75 MAXESS RD MELVILLE, NY 11747 | 02/17/10 | Dalton Corporation | 10-10370 | 32 | $140.47 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 24 | OHIO DEPARTMENT OF TAXATION 30 EAST BROAD STREET COLUMBUS, OH 43215 | 04/12/10 | Neenah Foundry Company | 10-10362 | 95 | $2,770.77 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 25 | OKLAHOMA TAX COMMISSION BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N ROBINSON SUITE 2000 OKLAHOMA CITY, OK 73102 | 03/22/10 | Neenah Foundry Company | 10-10362 | 68 | $311.00 | Satisfied pursuant to First Day Order dated 2/4/2010 |
| 26 | RAFAEL OLAVERRIA 175 BAKER STREET 1ST FLOOR PROVIDENCE, RI 02905 | 05/04/10 | Advanced Cast Products, Inc. | 10-10365 | 434 | $18,893.28 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |

2 of 3

# Neenah Enterprises, Inc.
## Exhibit A - Paid/Satisfied/Reinstated Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | BASIS FOR CLAIM SATISFACTION |
|---|---|---|---|---|---|---|---|
| 27 | RONNIE L OLIVER<br>408 W WAYNE ST<br>PIERCETON, IN 46562 | 04/21/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 273 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 28 | RANDALL W SCHARF<br>3890 E 400N<br>WARSAW, IN 46582 | 04/20/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 238 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 29 | CYNTHIA J SCHUE<br>119 EMS R3E<br>PIERCETON, IN 46562 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 197 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 30 | DUANE SCHULTZ<br>15663 BIG ISLAND LAKE RD<br>MOUNTAIN, WI 54149 | 06/08/10 | Neenah Foundry Company | 10-10362 | 629 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 31 | EDWIN STANLEY<br>5492 EAST 600 N<br>KENDALLVILLE, IN 46755 | 05/01/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 411 | $2,540.00 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 32 | RICHARD VANLINN<br>10081 OAKDALE DR<br>ALMOND, WI 54909 | 05/01/10 | Neenah Foundry Company | 10-10362 | 418 | Unliquidated | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| 33 | LORI M ZUMFELDE<br>13715 ST ROUTE 66, LOT 9<br>FAYETTE, OH 43521 | 05/01/10 | Advanced Cast Products, Inc. | 10-10365 | 422 | $98.09 | Employee Compensation and Benefit Plan Claim assumed pursuant to Plan of Reorganization. |
| | | | | | | $1,093,957.01 | |