# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | ADQ ADHESIVES EQUIPMENT<br>4084 PERRY BLVD<br>WHITESTOWN, IN 46075 | 04/20/10 | Dalton Corporation | 10-10370 | 236 | Admin: $6,400.00<br>Unsecured: $3,617.17 | Admin: $0.00<br>Unsecured: $3,617.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 2 | AIRGAS - GREAT LAKES, INC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | 05/24/10 | A&M Specialties, Inc. | 10-10373 | 604 | Unsecured: $1,455.46 | Unsecured: $1,431.85 | Includes post-petition invoice or portion of post-petition invoice. |
| 3 | AIRGAS NORTH CENTRAL<br>10 W 4TH ST<br>WATERLOO, IA 50701 | 06/25/10 | Neenah Foundry Company | 10-10362 | 650 | Unsecured: $31,756.95 | Unsecured: $31,270.36 | Includes post-petition invoice or portion of post-petition invoice. |
| 4 | AUSTIN PETROLEUM INC<br>99 E JOE STREET<br>HUNTINGTON, IN 46750 | 05/18/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 527 | Admin: $7,008.59<br>Priority: $7,008.59<br>Unsecured: $3,321.00 | Admin: $7,008.59<br>Priority: $0.00<br>Unsecured: $3,321.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 5 | BANCO INDUSTRIES INC<br>11542 N STATE ROAD 3<br>PO BOX 5191<br>KENDALLVILLE, IN 46755 | 04/16/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 128 | Secured: $0.00<br>Unsecured: $1,581.00 | Secured: $0.00<br>Unsecured: $871.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 6 | BIRMINGHAM RAIL & LOCO<br>PO BOX 530157<br>BIRMINGHAM, AL 35253 | 04/23/10 | Deeter Foundry, Inc. | 10-10369 | 306 | Admin: $1,625.00 | Admin: $1,600.00 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 7 | CHEMSAFE INTERNATIONAL<br>ONE ZENEX CIRCLE<br>CLEVELAND, OH 44146 | 04/17/10 | Mercer Forge Corporation | 10-10367 | 192 | Admin: $1,127.12<br>Unsecured: $1,354.19 | Admin: $1,127.12<br>Unsecured: $1,279.94 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 8 | CHEMSAFE INTERNATIONAL<br>ONE ZENEX CIRCLE<br>CLEVELAND, OH 44146 | 04/17/10 | A&M Specialties, Inc. | 10-10373 | 193 | Admin: $419.15<br>Unsecured: $506.21 | Admin: $419.15<br>Unsecured: $478.50 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 9 | DIAMOND VOGEL PAINT<br>PO BOX 8001<br>MARSHALLTOWN, IA 50158 | 04/17/10 | Neenah Foundry Company | 10-10362 | 157 | Admin: $30.45<br>Unsecured: $118.86 | Admin: $30.45<br>Unsecured: $0.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 10 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | 06/26/10 | Advanced Cast Products, Inc. | 10-10365 | 653 | Unsecured: $863.19 | Unsecured: $778.03 | Previously satisfied in part. Paid pre-petition via check number 022213 dated 10/15/2009. |
| 11 | FIRE PROTECTION INC<br>750 W NORTH STREET SUITE C<br>PO BOX 327<br>AUBURN, IN 46707 | 04/26/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 342 | Unsecured: $2,796.40 | Unsecured: $2,576.15 | Includes post-petition invoice or portion of post-petition invoice. |
| 12 | GULF OIL LIMITED PARTNERS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | 04/13/10 | Neenah Enterprises, Inc. | 10-10360 | 114 | Unsecured: $3,225.17 | Unsecured: $3,003.70 | Includes post-petition invoice or portion of post-petition invoice. |
| 13 | INTERSTATE PIPE<br>152 HINDMAN ROAD<br>BUTLER, PA 16001 | 04/15/10 | Mercer Forge Corporation | 10-10367 | 106 | Admin: $327.35<br>Unsecured: $645.75 | Admin: $322.35<br>Unsecured: $627.90 | Includes amounts due for unmatured interest and/or post-petition penalties and shipping costs. |
| 14 | SOLOMON L. LOWENSTEIN, JR.<br>ATTORNEY AT LAW<br>614 W BERRY ST SUITE A<br>FORT WAYNE, IN 46802 | 04/17/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 196 | Unsecured: $2,040.00 | Unsecured: $1,980.00 | Includes post-petition invoice or portion of post-petition invoice. |
| 15 | M3V DATA MANAGEMENT<br>11925 EAST 65TH STREET<br>INDIANAPOLIS, IN 46236 | 05/01/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 421 | Admin: $125.00<br>Priority: $250.00 | Admin: $125.00<br>Priority: $125.00 | Modified to correct discrepancy between calculated and stated POC value. |
| 16 | MCMASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | 02/19/10 | Neenah Foundry Company | 10-10362 | 14 | Unsecured: $4,957.80 | Unsecured: $4,255.38 | Includes post-petition invoice or portion of post-petition invoice. |

# Neenah Enterprises, Inc.
## Exhibit A -- Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 17 | MOTION INDUSTRIES INC<br>PO BOX 1477<br>BIRMINGHAM, AL 35201 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 366 | Admin: $7,124.52<br>Unsecured: $32,977.32 | Admin: $7,082.22<br>Unsecured: $28,398.71 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 18 | PYRO-MATIC INC<br>2185 W PERSHING ST<br>APPLETON, WI 54914 | 04/24/10 | Undetermined | | 326 | Admin: $81.92<br>Unsecured: $1,485.44 | Admin: $81.92<br>Unsecured: $1,403.52 | Modified to correct discrepancy between calculated and stated POC value. |
| 19 | RSA INC<br>481 E DIVISION ST SUITE 600<br>FOND DU LAC, WI 54935 | 04/15/10 | Neenah Foundry Company | 10-10362 | 110 | Unsecured: $2,501.54 | Unsecured: $1,547.31 | Includes post-petition invoice or portion of post-petition invoice. |
| 20 | STAMPXPRESS<br>PO BOX 14133<br>PINEDALE, CA 93650 | 04/19/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 230 | Admin: $148.50<br>Unsecured: $2.23 | Admin: $148.50<br>Unsecured: $0.00 | Includes amounts due for unmatured interest and/or post-petition penalties. |
| 21 | TENNANT<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/24/10 | Neenah Foundry Company | 10-10362 | 328 | Admin: $952.25<br>Unsecured: $1,826.17 | Admin: $686.60<br>Unsecured: $1,826.17 | Includes post-petition invoice or portion of post-petition invoice. |
| 22 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 04/26/10 | Neenah Enterprises, Inc. | 10-10360 | 391 | Unsecured: $99,457.05 | Unsecured: $48,549.50 | Includes post-petition invoice or portion of post-petition invoice. |
| 23 | VWR SCIENTIFIC PRODUCTS<br>VWR INTERNATIONAL<br>1775 THE EXCHANGE SUITE 310<br>ATLANTA, GA 30339 | 04/28/10 | Neenah Foundry Company | 10-10362 | 359 | Unsecured: $478.28 | Unsecured: $328.55 | Includes post-petition invoice or portion of post-petition invoice. |
| 24 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 05/14/10 | Dalton Corporation | 10-10370 | 498 | Unsecured: $1,612.50 | Unsecured: $1,531.32 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |
| 25 | WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | 04/20/10 | Undetermined | | 251 | Unsecured: $105.43 | Unsecured: $62.11 | Includes post-petition invoice or portion of post-petition invoice. |
| 26 | WESCO DISTRIBUTION<br>737 OAKLAWN AVE<br>ELMHURST, IL 60126 | 03/05/10 | Neenah Enterprises, Inc. | 10-10360 | 52 | Unsecured: $5,554.64 | Unsecured: $4,896.77 | Includes amounts due for unmatured interest and/or post-petition penalties. Includes post-petition invoice or portion of post-petition invoice. |
| 27 | WIESE PLANNING & ENG<br>c/o ASM CAPITAL LP<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797<br>TRANSFEROR:<br>WIESE PLANNING & ENG<br>4549 W BRADBURY ST<br>INDIANAPOLIS, IN 46241 | 04/30/10 | Undetermined | | 407 | Unsecured: $5,998.58 | Unsecured: $5,873.93 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in Schedule No. 1008973 on the Claims Register. |

# Neenah Enterprises, Inc.
## Exhibit B - Substantive Duplicate Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | BADGER ELECTRIC MOTOR CORP<br>C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC<br>17100 WEST NORTH AVENUE<br>BROOKFIELD, WI 53005 | 05/13/10 | Neenah Foundry Company | 10-10362 | 488 | $10,278.04 | BADGER ELECTRIC MOTOR INC<br>c/o PIONEER CREDIT OPPORTUNITIES FUND<br>ATT: ADAM STEIN-SAPIR<br>GREELEY SQUARE STATION, PO BOX 201088<br>39 W. 31ST STREET<br>NEW YORK, NY 10001<br><br>TRANSFEROR:<br>BADGER ELECTRIC MOTOR INC<br>5000 S 2ND STREET<br>MILWAUKEE, WI 53207 | 04/26/10 | Neenah Foundry Company | 10-10362 | 343 | $10,278.04 | Duplicates Liability of Claim # 343. |
| 2 | CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O D ELAINE CONWAY & BRUCE J RUZINSKY<br>JACKSON WALKER LLP<br>1401 MCKINNEY ST STE 1900<br>HOUSTON, TX 77010 | 05/20/10 | Neenah Enterprises, Inc. | 10-10360 | 545 | $18,405.92 | CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O D ELAINE CONWAY & BRUCE J RUZINSKY<br>JACKSON WALKER LLP<br>1401 MCKINNEY ST STE 1900<br>HOUSTON, TX 77010 | 05/20/10 | Deeter Foundry, Inc. | 10-10369 | 544 | $18,405.92 | Duplicates Liability of Claim # 544. |
| 3 | LEIGH M KENNEDY<br>33129 3RD COURT SW<br>FEDERAL WAY, WA 98023 | 05/06/10 | Neenah Enterprises, Inc. | 10-10360 | 451 | $20,000.00 | THE BANK OF NEW YORK MELLON TRUST CO NA<br>ATTN MARTIN FEIG<br>101 BARCLAY ST 8W<br>NEW YORK, NY 10286 | 05/20/10 | Neenah Foundry Company | 10-10362 | 548 | $237,693,469.50 | Duplicate the claims of the applicable agent or Indenture trustee filed on behalf of all holders of the debt instrument. |
| 4 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 05/24/10 | Neenah Enterprises, Inc. | 10-10360 | 608 | $11,723.84 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $11,723.84 | Duplicates Liability of Claim # 607. |
| 5 | WASHINGTON STATE DEPARTMENT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE STE 1400<br>SEATTLE, WA 98121 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 627 | $26,964.00 | WASHINGTON STATE DEPARTMENT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE STE 1400<br>SEATTLE, WA 98121 | 06/21/10 | Neenah Foundry Company | 10-10362 | 640 | $26,964.00 | Duplicates Liability of Claim # 640. |

$87,376.80

$237,760,846.30

1 of 1

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADVANCED WASTE<br>1126 S 70TH S SUITE N408B<br>WEST HILLS, WI 53214 | 04/16/10 | Mercer Forge Corporation | 10-10367 | 137 | $1,227.00 | No pre-petition liability; post-petition liability incurred on 3/3/2010. |
| 2 | AIRGAS EAST<br>27 NORTHWESTERN DR<br>SALEM, NH 03079 | 05/14/10 | Advanced Cast Products, Inc. | 10-10365 | 490 | $507.09 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 3 | AIRGAS EAST<br>27 NORTHWESTERN DR<br>SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 491 | $18,145.01 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 4 | AIRGAS EAST<br>27 NORTHWESTERN DR<br>SALEM, NH 03079 | 05/14/10 | Belcher Corporation | 10-10371 | 492 | $1,542.72 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 5 | BEST-AIRE LLC<br>PO BOX 953408<br>ST. LOUIS, MO 63195 | 04/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 310 | $52.08 | No pre-petition liability; post-petition liability incurred on 3/9/2010. |
| 6 | CITY OF SIDNEY<br>201 W POPLAR ST<br>SIDNEY, OH 45365 | 04/29/10 | Peerless Corporation | 10-10372 | 371 | $883.97 | Claim asserts liability owed by unrelated non-debtor Peerless Machinery Corp. |
| 7 | EARTH CHAIN INC<br>9930 E 56TH ST<br>INDIANAPOLIS, IN 46236 | 05/08/10 | Deeter Foundry, Inc. | 10-10369 | 455 | $69.71 | No pre-petition liability; post-petition liability incurred on 4/28/2010. |
| 8 | IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON, GA 31208 | 05/13/10 | Advanced Cast Products, Inc. | 10-10365 | 480 | $17,537.32 | Claim asserts liability owed by unrelated non-debtor Belcher-Robinson, LLC. |
| 9 | METZGER'S AUTO SERVICE<br>DBA-LINCOLN LUBE 3730 CORNHUSKER HWY<br>LINCOLN, NE 68504 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 241 | $137.94 | No pre-petition liability; post-petition liability incurred on 3/8/2010 and 3/30/2010. |
| 10 | PITTSBURGH METAL PROCESSING CO<br>ATTN DOROTHY HOWAT<br>1850 CHAPMAN STREET<br>PITTSBURGH, PA 15215 | 03/04/10 | Mercer Forge Corporation | 10-10367 | 50 | $1,095.00 | No pre-petition liability; post-petition liability incurred on 2/3/2010. |
| 11 | STATE WATER RESOURCES CONTROL BOARD<br>C/O ALEX P MAYER, STAFF COUNSEL<br>1001 I STREET 22ND FLOOR<br>SACRAMENTO, CA 95814 | 06/12/10 | Gregg Industries, Inc. | 10-10366 | 634 | $1,008.00 | No pre-petition liability; post-petition liability incurred for 4/1/2010 through 3/31/2011. |
| 12 | TENNANT<br>TENNANT SALES & SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/23/10 | Gregg Industries, Inc. | 10-10366 | 311 | $1,115.73 | No pre-petition liability; post-petition liability incurred on 2/3/2010 and 2/4/2010. |
| 13 | TIME MANAGEMENT SYSTEM<br>3200 LINE DR<br>SIOUX CITY, IA 51106 | 04/20/10 | Deeter Foundry, Inc. | 10-10369 | 252 | $456.58 | No pre-petition liability;incurred post-petition liability 3/27/2010 through 3/26/2011 and invoice for sold goods 3/28/2010. |

# Neenah Enterprises, Inc.
## Exhibit C – No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | WEINSTEIN REALTY ADVISORS 15 N CHERRY LANE PO BOX 5005 YORK, PA 17405 | 05/12/10 | Advanced Cast Products, Inc. | 10-10365 | 477 | $13,796.11 | No pre-petition liability; post-petition liability incurred on 4/12/2010. |

$57,574.26

2 of 2