UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On August 12, 2010, at the direction of Sidley Austin LLP ("Sidley") and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), co-counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the parties set forth on Exhibit A, comprised of the Master Service List parties:

    • Omnibus Order Approving First Interim Fee Applications [Docket No. 670];

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

- Certification of Counsel Regarding First Notice of Satisfied Claims [Docket No. 673]; and

- Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 674].

3. On August 12, 2010, also at the direction of Sidley and Young Conaway, I caused a true and correct copy of the following document to be served by first class mail on the additional parties as set forth on the service list annexed hereto as Exhibit B:

- Certification of Counsel Regarding First Notice of Satisfied Claims [Docket No. 673].

4. On August 12, 2010, also at the direction of Sidley and Young Conaway, I caused a true and correct copy of the following document to be served by first class mail on the additional parties as set forth on the service list annexed hereto as Exhibit C:

- Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 674].

Paul V. Kinealy

Sworn to before me this 17th day of August, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING PA 19602

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING PA 19602-1184

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH WI 54957

ANNE E. BLAESS, TRIAL ATTY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
POST OFFICE BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK NY 10019

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN WI 54923

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO IL 60606

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO IL 60606

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS TX 75243

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO IL 60673

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT IL 60018

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON DE 19899

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND OH 43528

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER DE 19903

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE MD 21209

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON WI 54914

FINGER & SLANINA, LLC
DAVID L. FINGER COUNSEL FOR WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
ONE COMMERCE CENTER 1201 N ORANGE ST 7FL
WILMINGTON DE 19801-1186

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND OH 44142

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO IL 60603

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI FL 33131

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA GA 30368

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO IL 60603

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY WI 54304

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007 NORTH ORANGE STREET STE 1200
WILMINGTON DE 19801

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON DE 19801

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO IL 60601

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT IL 60559

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES IA 50266

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT MI 48226

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS TX 75234

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON GA 31208

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA PA 19114-0326

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON MA 02111

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS TX 75202

JOHN A. DICICCO
ACTING ASST. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
P.O.BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING PA 19610

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW IN 46581

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO IL 60666

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK NY 10279

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND OH 44114

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY MO 65105

MODERN EQUIPMENT COMPANY
ATTN: PAUL CZISNY, VP & CONTROLLER
PO BOX 993
PORT WASHINGTON WI 53074-0993

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA WI 54130

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO MI 49337

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK NY 10169

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK NY 10281-1022

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO IL 60603

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON DE 19899

SOUTH COAST AIR QUALITY MANAG. DIST.
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR CA 91765

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING MI 48909

STATE OF WASHINGTON, DEPT. OF REVENUE
ATT: ZACHARY MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE WA 98104

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON WI 53707

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBORO IN 46167

| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD TX 76063 |
| THE KUNIN LAW OFFICES, LLC<br>JOEL A. KUNIN ESQ<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS IL 62201 | THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON OH 44708 |
| THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE NC 28275 | TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA NY 14151 |
| TONTINE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONTINE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH CT 06830 | TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT PA 15045 |
| UNITED STEELWORKERS<br>DAVID R. JURY, ESQ<br>ASSOCIATE GENERAL COUNSEL<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH PA 15222 | US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899 |
| WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE WI 53201 | WERB & SULLIVAN<br>ATT: D.WERB & J.KLEIN, ESQ.<br>300 DELAWARE AVE., SUITE 1300<br>P.O. BOX 25046<br>WILMINGTON DE 19899 |
| WHITTINGTON & AULGUR<br>ATT: R.AULGUR JR. & K.DOUGHTY<br>ATTY FOR WELLS FARGO EQUIPMENT FINANCE<br>651 N. BROAD STREET, STE. 206<br>MIDDLETOWN DE 19709 | WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE WI 53203 |
| YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON DE 19899-0391 | |

# EXHIBIT B

| | |
|---|---|
| AFCO<br>PO BOX 4795<br>CAROL STREAM IL 60197-4795 | ANTHONY C CARPENTER<br>11615 VALEWOOD DR<br>VICTORVILLE CA 92392-9042 |
| CARL MCCORMICK<br>17021 STATE ROUTE 98<br>MEADVILLE PA 16335 | CARPENTER, ANTHONY C<br>BLOOM AND RUDIBAUGH<br>9015 STATE ST STE 100<br>HEMET CA 92543 |
| CYNTHIA J SCHUE<br>119 EMS R3E<br>PIERCETON IN 46562 | DAVID EBBEN<br>509 S WESTERN<br>NEENAH WI 54956-2343 |
| DAVID KIEFFER<br>733 3RD ST<br>MENASHA WI 54952-3209 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA PA 19114 |
| DEPARTMENT OF THE TREASURY - IRS<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE MD 21201 | DONALD DEETS<br>122 CHESTNUT GROVE<br>UTICA PA 16362-3002 |
| DUANE SCHULTZ<br>15663 BIG ISLAND LAKE RD<br>MOUNTAIN WI 54149-9613 | EDWIN STANLEY<br>5492 EAST 600 N<br>KENDALLVILLE IN 46755-9362 |
| FOUNDRY PRODUCTS INC<br>PO BOX 85400<br>WESTLAND MI 48185 | GERDAU AMERISTEEL US INC<br>PO BOX 116660<br>ATLANTA GA 30368-6660 |
| GERDAU AMERISTEEL US INC<br>ATTN: JULIE ETZKORN SR CREDIT ANALYST<br>4221 W BOY SCOUT BLVD STE 600<br>TAMPA FL 33607 | INDIANA DEPT OF WORKFORCE DEVELOPMENT<br>ATTN BEVERLY A KOROBKIN<br>COLLECTION ENFORCEMENT UNIT<br>10 N SENATE AVE<br>INDIANAPOLIS IN 46204-2277 |
| KENNETH M KOEWACICH<br>2329 CASCADE DRIVE<br>SHARPSVILLE PA 16150 | LORI M ZUMFELDE<br>13715 ST ROUTE 66, LOT 9<br>FAYETTE OH 43521-9576 |
| MARK BLOHOWIAK<br>581 HARVARD DR<br>NEENAH WI 54956-2113 | MARY KORTBEIN<br>4111 W FAIRVIEW RD<br>LARSEN WI 54947 |

MAX M ANGLIN
PO BOX 263
ELDORADO MO 64744-0263

MICHAEL ENDERS
14527 ENGLISH LAKE RD
VALDERS WI 54245-9702

MSC INDUSTRIAL SUPPLY COMPANY
ATTN LEGAL DEPARTMENT
75 MAXESS RD
MELVILLE NY 11747

OHIO DEPARTMENT OF TAXATION
30 EAST BROAD STREET
COLUMBUS OH 43215

OHIO DEPARTMENT OF TAXATION
C/O ATTY GENERAL OF THE STATE OF OHIO
COLLECTION ENFORCEMENT
150 E GAY STREET 21ST FLOOR
COLUMBUS OH 43215

OHIO DEPARTMENT OF TAXATION
C/O REBECCA DAUM
ATTORNEY-BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS OH 43216-0530

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
GENERAL COUNSEL'S OFFICE
120 N ROBINSON SUITE 2000
OKLAHOMA CITY OK 73102-7471

PHILLIP ALBERT
9325 E 250 S
PIERCETON IN 46562-9317

RAFAEL OLAVERRIA
175 BAKER STREET 1ST FLOOR
PROVIDENCE RI 02905

RALPH CENTER
19007 N 47TH AVE
GLENDALE AZ 85308-4455

RANDALL W SCHARF
3890 E 400N
WARSAW IN 46582-7993

RICHARD VANLINN
10081 OAKDALE DR
ALMOND WI 54909-8504

ROBERT HOERR
1212 W DETROIT ST
NEW BUFFALO MI 49117-1634

RONNIE L OLIVER
408 W WAYNE ST
PIERCETON IN 46562-9467

STEVEN A MORR
16943 N 30
PIONEER OH 43554

THOMAS E FOAR III
PO BOX 591
WATERLOO IN 46793

# EXHIBIT C

ADQ ADHESIVES EQUIPMENT
4084 PERRY BLVD
WHITESTOWN IN 46075-9709

ADVANCED WASTE
1126 S 70TH S SUITE N408B
WEST HILLS WI 53214-3161

AIRGAS - GREAT LAKES, INC
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE OH 44131-2301

AIRGAS EAST
27 NORTHWESTERN DR
SALEM NH 03079

AIRGAS NORTH CENTRAL
10 W 4TH ST
WATERLOO IA 50701

AUSTIN PETROLEUM INC
99 E JOE STREET
HUNTINGTON IN 46750-4034

BADGER ELECTRIC MOTOR CORP
C/O SCHMIDT RUPKE TESS-MATTNER & FOX SC
17100 WEST NORTH AVENUE
BROOKFIELD WI 53005-4436

BADGER ELECTRIC MOTOR INC
C/O PIONEER CREDIT OPPORTUNITIES FUND
ATT: ADAM STEIN-SAPIR
GREELEY SQUARE STATION, PO BOX 201088
39 W. 31ST STREET
NEW YORK NY 10001

BANCO INDUSTRIES INC
11542 N STATE ROAD 3
PO BOX 5191
KENDALLVILLE IN 46755-5191

BEST-AIRE LLC
PO BOX 953408
ST. LOUIS MO 63195-3408

BIRMINGHAM RAIL & LOCO
PO BOX 530157
BIRMINGHAM AL 35253-0157

CHEMSAFE INTERNATIONAL
ONE ZENEX CIRCLE
CLEVELAND OH 44146-5459

CITY OF SIDNEY
201 W POPLAR ST
SIDNEY OH 45365-2720

CONSTELLATION NEWENERGY-GAS DIVISION LLC
C/O D ELAINE CONWAY & BRUCE J RUZINSKY
JACKSON WALKER LLP
1401 MCKINNEY ST STE 1900
HOUSTON TX 77010

CONSTELLATION NEWENERGY-GAS DIVISION LLC
C/O D ELAINE CONWAY & BRUCE J RUZINSKY
JACKSON WALKER LLP
1401 MCKINNEY ST STE 1900
HOUSTON TX 77010

DIAMOND VOGEL PAINT
PO BOX 8001
MARSHALLTOWN IA 50158-8001

EARTH CHAIN INC
9930 E 56TH ST
INDIANAPOLIS IN 46236-2810

FERRELLGAS
ONE LIBERTY PLAZA
LIBERTY MO 64068

FIRE PROTECTION INC
750 W NORTH STREET SUITE C
PO BOX 327
AUBURN IN 46707-0327

GULF OIL LIMITED PARTNERS
C/O CREDITORS BANKRUPTCY SERVICE
PO BOX 740933
DALLAS TX 75374

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
PO BOX 13708
MACON GA 31208-3708

LEIGH M KENNEDY
33129 3RD COURT SW
FEDERAL WAY WA 98023

MCMASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO IL 60680

MOTION INDUSTRIES INC
PO BOX 1477
BIRMINGHAM AL 35201-1477

NEBRASKA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

PYRO-MATIC INC
2185 W PERSHING ST
APPLETON WI 54914-6075

SOLOMON L. LOWENSTEIN, JR.
ATTORNEY AT LAW
614 W BERRY ST SUITE A
FORT WAYNE IN 46802

STATE WATER RESOURCES CONTROL BOARD
C/O ALEX P MAYER, STAFF COUNSEL
1001 I STREET 22ND FLOOR
SACRAMENTO CA 95814

TENNANT
PO BOX 1452
MINNEAPOLIS MN 55440-1452

TIME MANAGEMENT SYSTEM
3200 LINE DR
SIOUX CITY IA 51106-5160

INTERSTATE PIPE
152 HINDMAN ROAD
BUTLER PA 16001-2417

M3V DATA MANAGEMENT
11925 EAST 65TH STREET
INDIANAPOLIS IN 46236-3178

METZGER'S AUTO SERVICE
DBA-LINCOLN LUBE 3730 CORNHUSKER HWY
LINCOLN NE 68504

NEBRASKA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

PITTSBURGH METAL PROCESSING CO
ATTN DOROTHY HOWAT
1850 CHAPMAN STREET
PITTSBURGH PA 15215

RSA INC
481 E DIVISION ST SUITE 600
FOND DU LAC WI 54935

STAMPXPRESS
PO BOX 14133
PINEDALE CA 93650-4133

TENNANT
TENNANT SALES & SERVICE CO
PO BOX 1452
MINNEAPOLIS MN 55440

THE BANK OF NEW YORK MELLON TRUST CO NA
ATTN MARTIN FEIG
101 BARCLAY ST 8W
NEW YORK NY 10286

VALLEY NATIONAL GASES LLC
PO BOX 6628
WHEELING WV 26003

VWR SCIENTIFIC PRODUCTS
VWR INTERNATIONAL
1775 THE EXCHANGE SUITE 310
ATLANTA GA 30339

WASHINGTON STATE DEPARTMENT OF REVENUE
ATTN DOUG HOUGHTON
2101 4TH AVE STE 1400
SEATTLE WA 98121-2300

WASTE MANAGEMENT
C/O JACQUOLYN MILLS
1001 FANNIN ST STE 4000
HOUSTON TX 77002

WAUKESHA WATER UTILITY
115 DELAFIELD ST
WAUKESHA WI 53188-3615

WEINSTEIN REALTY ADVISORS
15 N CHERRY LANE PO BOX 5005
YORK PA 17405-5005

WESCO DISTRIBUTION
737 OAKLAWN AVE
ELMHURST IL 60126

WIESE PLANNING & ENG
C/O ASM CAPITAL LP
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY NY 11797