**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

I, Paul V. Kinealy, being duly sworn, depose and state:

1. I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. At the direction of Sidley Austin LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Debtors, I caused a copy of the Notice of (I) Effective Date of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and its Subsidiaries and (II) Bar Date for Certain Administrative Expense Claims to be published on August 9, 2010, in each of (a) The Wall Street Journal, and (b) USA Today. A true and correct copy of each of the Affidavits and tear

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

sheets from the foregoing publications is attached hereto as Exhibit A and Exhibit B respectively.

_________________________________
Paul V. Kinealy

Sworn to before me this 17th day of
August, 2010

_________________________________
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

**AFFIDAVIT**

**STATE OF TEXAS )**
**) ss:**
**CITY AND COUNTY OF DALLAS)**

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): August 9, 2010; pertaining to: Neenah Enterprises, Inc., et. al.; and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
9th day of August, 2010.

Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2010

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
WSJMEDIAKIT.COM

PUBLIC NOTICES

## DEA LEGAL NOTICE CONTINUED

[illegible]

(The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and the DEA DOES NOT have information on property for sale.)

BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: NEENAH ENTERPRISES, INC., et al.,[1] Debtors. | Chapter 11<br>Case No. 10-10360 (MFW)<br>Jointly Administered |
|---|---|

**NOTICE OF (I) EFFECTIVE DATE OF THE JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES AND (II) BAR DATE FOR CERTAIN ADMINISTRATIVE EXPENSE CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. Confirmation of the Plan. On July 6, 2010, the Honorable Mary F. Walrath, United States Bankruptcy Judge, entered the Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and its Subsidiaries (the "Confirmation Order") [Docket No. 610]. Unless otherwise defined herein, capitalized terms used in this notice have the meanings assigned to such terms in the Joint Plan of Reorganization for Neenah Enterprises, Inc. and its Subsidiaries (the "Plan") [Docket No. 524].

2. Effective Date of the Plan. All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date occurred on July 29, 2010.

3. Bar Date For Certain Administrative Expense Claims. All applications for final allowance of compensation or reimbursement of the expenses incurred by any Professional, and all other requests for the payment of Administrative Expense Claims, including all requests for the allowance of any Administrative Expense Claims pursuant to section 503(b)(3)(D) of the Bankruptcy Code for substantial contributions made in these Chapter 11 Cases (but expressly excluding all requests for the payment of obligations incurred by the Debtors in the ordinary course of their business operations after the Petition Date), must be filed with the Bankruptcy Court and served on the Reorganized Debtors and their counsel at the addresses set forth in Section 12.14 of the Plan not later than thirty (30) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. **Any request for the payment of an Administrative Expense Claim that is not timely filed and served shall be discharged and forever barred and the Holder of such Administrative Expense Claim shall be enjoined from commencing or continuing any action, process, or act to collect, offset or recover such Claim.**

4. Copies of the Plan and the Confirmation Order. Copies of the Plan and the Confirmation Order may be viewed and downloaded, free of charge, at the following website: http://www.neenahrestructuring.com. In addition, all documents that are filed with the Bankruptcy Court may be reviewed during regular business hours at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington Delaware 19801, or at the following website: http://www.deb.uscourts.gov.

Dated: July 29, 2010 BY ORDER OF THE COURT

SIDLEY AUSTIN LLP, Larry J. Nyhan, Bojan Guzina, Kathleen S. Mills, Allison L. Triggs, One South Dearborn Street, Chicago, Illinois 60603, Telephone: (312) 853-7000, Facsimile: (312) 853-7036. YOUNG CONAWAY STARGATT & TAYLOR, LLP, Robert S. Brady (No. 2847), Edmon L. Morton (No. 3856), Donald J. Bowman, Jr. (No. 4383), Kenneth J. Enos (No. 4544), The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Telephone: (302) 571-6600, Facsimile: (302) 571-1253; Counsel for the Debtors and Debtors in Possession

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8781); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7602); Gregg Industries, Inc. (8664); Mercer Forge Corporation (5711); Deeter Foundry, Inc. (5148); Dalton Corporation (8770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (2756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3679); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1350). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

PUBLIC NOTICES

## LEGAL NOTICE ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 19, United States Code (U.S.C.), Section 981, because the property was involved in a violation of Title 18, U.S.C., Section 1956 or 1957, or the seized property is traceable to property involved in such a violation. An owner or lienor may file a petition for remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 18, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, Virginia 22152. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence shall be deemed filed with the Forfeiture Counsel, Asset Forfeiture Section, when received by the DEA at either of the addresses noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

FIRST NOTICE
LAST DATE TO FILE SEPTEMBER 23, 2010
PLACE SEIZED, SEIZED FROM, DATE SEIZED

SOUTHERN DISTRICT OF NEW YORK
10-DEA-533991, $49,000.00 U.S. Currency, New York, NY, Juan Gabriel Herrera-Vargas 06/14/10

(The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and the DEA DOES NOT have information on property for sale.)

PUBLIC NOTICES

## SHAREHOLDER NOTICE

**NOTICE TO SHAREHOLDERS OF ABITIBIBOWATER INC. AND CERTAIN OF ITS SUBSIDIARIES**

Holders of common stock of the capital of AbitibiBowater Inc. (the "Company") and any equity securities convertible or exchangeable therefor (including the exchangeable shares in the capital of AbitibiBowater Canada Inc.) are hereby notified that in connection with the Company's ongoing proceedings under the *Companies' Creditors Arrangement Act* (Canada), a meeting of the Company's creditors in respect of each Affected Unsecured Creditors Class will be held on September 14, 2010 at 10:00 am (Montréal time) at the Hilton Montreal Bonaventure, 900 de La Gauchetière West, Montréal, Québec, H5A 1E4, Canada, to consider and, if deemed advisable, approve a proposed plan of reorganization and compromise.

**HOLDERS OF COMMON STOCK AND SUCH OTHER EQUITY SECURITIES ARE ENTITLED NEITHER TO ATTEND NOR VOTE AT THE COMPANY'S CREDITORS' MEETING IN RESPECT OF EACH AFFECTED UNSECURED CREDITOR CLASS.**

Holders of common stock and such other equity securities are further notified that the proposed plan of reorganization and compromise contemplates that, if such plan is approved and implemented, all issued and outstanding common stock of the Company and such other equity securities may be cancelled and holders would receive no recoveries.

Montréal, Québec, Canada, August 9, 2010

David J. Paterson
President and Chief Executive Officer

PUBLIC NOTICES

## NOTICE TO CREDITORS OF ABITIBIBOWATER INC. AND CERTAIN OF ITS SUBSIDIARIES

Creditors of AbitibiBowater Inc. and certain of its subsidiaries (collectively, the "Corporation") are hereby notified that in connection with the Corporation's ongoing proceedings under the *Companies' Creditors Arrangement Act* (Canada), the Corporation has filed with the Québec Superior Court a plan of reorganization and compromise accepted for filing on July 9, 2010 (the "CCAA Plan").

Creditors of the Corporation are further notified that the Creditors' Meeting in respect of each Affected Unsecured Creditor Class will be held on September 14, 2010 at 10:00 am (Montréal time) at the Hilton Montreal Bonaventure, 900 de La Gauchetière West, Montréal, Québec, H5A 1E4, Canada, for the purposes of:

(i) considering and, if thought advisable, adopting a resolution in respect of such Affected Unsecured Creditor Class to approve the CCAA Plan, with or without variation; and

(ii) transacting such other business as may properly come before such Creditors' Meeting in respect of each Affected Unsecured Creditor Class.

A copy of the CCAA Plan and accompanying Information Circular, Notice to Creditors of Creditors' Meeting, Form of Proxy, and Ballot documents will be mailed by August 9, 2010 to all known creditors of the Corporation affected by the Plan. Copies of documents related to the Creditors' Meetings will also be posted on the Monitor's website: www.ey.com/ca/abitibibowater.

In order to be entitled to attend and vote at the Creditors' Meeting in respect of the relevant Affected Unsecured Creditor Class, creditors must have filed proofs of claim and proven their claims in the manner and within the time specified in Creditors' Meeting Order, the Cross-border Voting Protocol, the Claims Procedure Orders and the Cross-border Claims Protocol, copies of which may be found on the website of the Monitor, Ernst & Young Inc., at www.ey.com/ca/abitibibowater. ONLY THOSE CREDITORS WHO HAVE FILED PROOFS OF CLAIM AND PROVEN THEIR CLAIMS, AND THEIR PROXY HOLDERS, WILL BE ENTITLED TO ATTEND AND VOTE AT THE CREDITORS' MEETING IN RESPECT OF THE RELEVANT AFFECTED UNSECURED CREDITOR CLASS.

Creditors who believe they are entitled to attend and vote at the Creditors' Meeting in respect of any Affected Unsecured Creditor Class but have not received their copy of the materials referred to above, or who wish to obtain additional information, may contact the Monitor at the following coordinates:

| | |
|---|---|
| By telephone (toll-free): | 1-866-246-7889 |
| By registered mail: | Ernst & Young Inc.<br>800 René-Lévesque Blvd. West<br>Suite 2000<br>Montreal, Québec<br>H3B 1X9 Canada<br>Attention: ABH et al. Creditors' Meeting |
| By facsimile: | (514) 879-3992 |
| By email: | abitibibowater@ca.ey.com |

Montréal, Québec, Canada, August 9, 2010

*ERNST & YOUNG INC., in its capacity as the Monitor appointed by the Court in the matter of the proposed plan of reorganization and compromise of AbitibiBowater Inc. et al.*

ERNST & YOUNG

Businesses For Sale.

Advertise in The Mart.
Call 1-800-845-9720 or email sales.mart@wsj.com

THE WALL STREET JOURNAL.

Get Noticed.

Legal Notices.

Advertise Today.
Call 1-800-845-9720
or email
sales.legalnotices@wsj.com

THE WALL STREET JOURNAL.

# EXHIBIT B

 7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

1. Being duly sworn, Erika Fowler says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, August 9, 2010** the following legal advertisement – **Neenah Enterprises, Inc.** - was published in the national editions of **USA TODAY.**

Principal Clerk of USA TODAY
August 9, 2010

This 9th day of August month
2010 year.

Notary Public

Commonwealth of Virginia
Karen R. Levy - Notary Public
Commission No. 287084
My Commission Expires 02/29/2012

USA TODAY · MONDAY, AUGUST 9, 2010 · 7B

# Market trends

A weekly look behind the USA's stock market movements

| Dow Jones industrial average | USA TODAY Internet 50 | Wilshire 5000 | S&P 500 Large companies | S&P 600 Small companies | Nasdaq composite index |
|---|---|---|---|---|---|
| ↑1.8% week | ↑3.9% week | ↑1.6% week | ↑1.8% week | ↓0.3% week | ↑1.5% week |
| ↑6.3% month, ↑2.6% 3 months | ↑8.8% month, ↑3.5% 3 months | ↑5.9% month, ↑1.2% 3 months | ↑5.8% month, ↑1.0% 3 months | ↑5.5% month, ↓0.9% 3 months | ↑6.0% month, ↑1.0% 3 months |

## Quarter's best mutual funds

Top-performing funds for the three months ended Thursday

### Value

| Small companies | |
|---|---|
| Cullen SCV I | 2.5% |
| Delaware SCV A | 1.8% |
| Ancora Spe Oppt C | 1.6% |
| Wade Cre Dest Inv | 1.3% |
| Walthausen SCV | 1.3% |
| **Midsize companies** | |
| Prospector Cap App | 2.5% |
| Old Mutual TS&W I | 2.2% |
| WM Blair MCV I | 1.3% |
| MFS Mid Cap VI I | 1.1% |
| PNC MC Value I | 1.1% |
| **Large companies** | |
| Dreman MktOvrRct I | 5.6% |
| Cullen High Div Eqt I | 5.3% |
| ING Corp Leaders | 3.8% |
| Elements ETN BG TR | 2.8% |
| Hennessy TtlRtn O | 2.5% |

### Core

| Small companies | |
|---|---|
| Gabelli Eq Gro AAA | 1.9% |
| James Adv SC | 1.8% |
| Quaker Inv SCV I | 1.7% |
| PNC MltFc SCV A | 1.6% |
| Lord Abbett Alpha A | 1.3% |
| **Midsize companies** | |
| Integrity WB/NA A | 7.2% |
| Boston Trust MC | 3.6% |
| WellsFargo S/MC A | 3.4% |
| Claymore Zacks | 3.2% |
| Meridian Growth | 2.6% |
| **Large companies** | |
| Epiphany LCC N | 5.9% |
| Pimco StkTtlRtn Inst | 4.0% |
| iShares NyseComplndx | 2.9% |
| GabelliBCVI AAA | 2.6% |
| WellsFargo IntrVl I | 2.6% |

### Growth

| Small companies | |
|---|---|
| AlphaMark SCG | 5.6% |
| DelawrePfd FocS/M | 5.3% |
| Wasatch Ultra Gro | 4.7% |
| Lord Abbett Dev A | 3.3% |
| UndscMgr Behav Inst | 3.3% |
| **Midsize companies** | |
| Delaware S/M A | 5.9% |
| RidgeWrth Em Sl I | 5.7% |
| Monetta MC Eq | 5.6% |
| Natixis LS MCG A | 5.5% |
| Transam VK I2 | 5.4% |
| **Large companies** | |
| Saratoga LCG I | 5.7% |
| DSM LCG Inst | 4.4% |
| BrnhmInvBrnhm A | 4.0% |
| Edgewood Gro Inst | 4.0% |
| TouchstneInstSands | 3.9% |

Source: Lipper

## Financial markets at a glance

Performance of the major market, S&P 500 sector and other indexes during the past four and 13 weeks.

Gained in past 7 days
Unchanged in past 7 days
Declined in past 7 days
MARKET LEADER
International
Gaining more confidence that the worst of the European financial crisis is over, investors are moving into battered shares of companies in developed nations.
Materials
Industrials
Emerging markets
Telecom
Energy
Consumer discretionary
Nasdaq
Dow Jones industrials
S&P 500
W: 1.8% M: 5.8% Q: 1.0%
Information technology
Utilities
Consumer staples
Health care
MARKET LAGGARD
Financials
Investors continue to avoid financial stocks due to uncertainty over the U.S. job market and economy.
Monthly change
Quarterly change
12%
10%
8%
6%
4%

1 — Other indexes include International: Morgan Stanley Capital International Europe, Australasia, Far East index; and Emerging markets: MSCI Emerging Markets. Source: Standard & Poor's — By Jim Sergent and Robert W. Ahrens, USA TODAY

## Exchange traded funds

Exchange traded funds are baskets of investments that trade like stocks on major exchanges

### Major index ETFs

| | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| Dow Jones industrials | DIA | 1.9% | 6.4% | 2.8% |
| PowerShares QQQ | QQQQ | 2.1% | 6.3% | 3.0% |
| S&P 500 | SPY | 1.9% | 5.9% | 1.0% |

### Sector ETFs

State Street S&P sector index funds

| | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| Materials | XLB | 1.5% | 11.3% | 4.5% |
| Industrials | XLI | 1.8% | 10.2% | 2.8% |
| Telecom¹ | IXP | 3.1% | 9.5% | 12.4% |
| Energy | XLE | 3.4% | 7.8% | 1.2% |
| Consumer discretionary | XLY | 2.0% | 7.1% | -0.5% |
| Utilities | XLU | 1.9% | 5.4% | 6.5% |
| Technology | XLK | 1.7% | 5.1% | 2.2% |
| Financials | XLF | 0.5% | 4.1% | -2.1% |
| Consumer staples | XLP | 0.3% | 3.8% | 1.5% |
| Health care | XLV | 3.9% | 3.5% | unch. |

1 — iShares ETF — Source: Standard & Poor's

### ETFs by investment style

| Vanguard | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| Midcap growth | VOT | 2.2% | 7.1% | 4.1% |
| Small-cap value | VBR | 0.4% | 7.1% | -0.3% |
| Small-cap blend | VB | 0.5% | 6.9% | 0.4% |
| Small-cap growth | VBK | 0.6% | 6.5% | 1.1% |
| Large-cap growth | VUG | 2.0% | 6.5% | 1.8% |
| Midcap blend | VO | 1.8% | 6.2% | 2.8% |
| Large-cap blend | VV | 1.9% | 6.1% | 1.1% |
| Large-cap value | VTV | 1.8% | 5.8% | 0.5% |
| Midcap value | VOE | 1.3% | 5.8% | 1.7% |

### Other index ETFs

| iShares | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| Real estate | ICF | 1.2% | 10.9% | 6.1% |
| International | EFA | 3.6% | 8.6% | 9.2% |
| Emerging markets | EEM | 1.6% | 7.1% | 10.2% |
| Socially responsible | KLD | 1.5% | 5.3% | 0.5% |
| Bonds | AGG | -0.3% | 0.7% | 3.1% |
| Gold | IAU | 1.7% | unch. | unch. |

## The week's top stocks

Top stocks in each industry group from the S&P 500, 400 and 600

### Consumer discretionary

W: 2.0% M: 7.1% Q: -0.4%

| | |
|---|---|
| **Autos** Month: 17.1% Quarter: 6.5% | 2.5% Week |
| Michelin | 9.3% |
| Hyundai Mobis | 7.3% |
| GKN | 7.3% |
| BorgWarner | 7.2% |
| BMW | 6.3% |
| **Consumer goods** Month: 7.0% Quarter: -2.1% | 1.7% Week |
| Liz Claiborne | 14.1% |
| Persimmon | 9.1% |
| Crocs | 8.7% |
| Polo Ralph Lauren | 8.6% |
| Swatch | 7.8% |
| **Consumer services** Month: 6.8% Quarter: -0.5% | 0.9% Week |
| Regis | 21.0% |
| Sotheby's | 12.8% |
| Scientific Games | 11.4% |
| Ladbrokes | 6.8% |
| Coinstar | 6.0% |
| **Media** Month: 7.3% Quarter: 4.0% | 1.7% Week |
| Lamar Advertising | 14.4% |
| News Corp. A | 6.1% |
| ScrippsNetwrksInter | 5.1% |
| TF1-Tele. Franc. | 4.6% |
| DirecTV | 3.9% |
| **Retailing** Month: 6.3% Quarter: -0.8% | 1.9% Week |
| Priceline.com | 31.6% |
| Zale | 17.1% |
| Barnes & Noble | 16.5% |
| Netflix | 15.4% |
| Amazon.com | 8.9% |

### Energy

W: 3.2% M: 7.4% Q: 0.5%

| | |
|---|---|
| **Energy¹** Month: 7.4% Quarter: 0.5% | 3.2% Week |
| Stone Energy | 15.7% |
| Plains Expl&Prod. | 14.3% |
| Helix Energy Sol. | 13.3% |
| Anadarko Petrm | 13.3% |
| DiamondOffshreDrill. | 11.7% |

### Financials

W: 0.5% M: 4.0% Q: -2.1%

| | |
|---|---|
| **Banks** Month: 1.4% Quarter: -8.4% | -0.7% Week |
| UBI Banca | 11.9% |
| Lloyds Banking | 6.4% |
| Swedbank | 6.0% |
| BNP Paribas | 5.7% |
| Credit Agricole | 4.6% |
| **Financials¹** Month: 4.4% Quarter: -3.3% | 0.4% Week |
| OptionsXpress | 8.4% |
| Labranche | 7.4% |
| Schroders | 6.4% |
| Rewards Network | 5.9% |
| NYSE Euronext | 4.8% |
| **Insurance** Month: 3.0% Quarter: 3.2% | 1.1% Week |
| Stewart Info. Svcs. | 7.5% |
| Resolution | 7.4% |
| Aviva | 6.8% |
| American Int'l | 6.4% |
| RSA Insurance Plc | 5.3% |
| **Real estate** Month: 10.6% Quarter: 5.7% | 1.4% Week |
| Penn. Real Estate | 8.6% |
| Lexington Realty | 7.0% |
| Cheung Kong Hldgs | 7.0% |
| Diamondrock Hosp. | 6.0% |
| Regency Centers | 4.4% |

### Information technology

W: 1.5% M: 4.7% Q: 1.3%

| | |
|---|---|
| **Software** Month: 5.5% Quarter: 0.3% | 1.4% Week |
| Radiant Systems | 17.7% |
| Cognizant Tech Sol. | 11.7% |
| Sonic Solutions | 10.4% |
| Acxiom | 8.1% |
| AOL | 7.3% |
| **Tech hardware** Month: 5.4% Quarter: 3.5% | 1.8% Week |
| Cognex | 14.4% |
| LitteFuse | 12.1% |
| Digi Intl | 10.2% |
| Zebra Tech. | 10.1% |
| Commscope | 6.4% |
| **Semiconductors** Month: 2.4% Quarter: -0.2% | 3.1% Week |
| Atmel | 16.3% |
| Renewable Energy | 11.2% |
| Triquint Semi. | 9.2% |
| LSI | 8.7% |
| FEI | 8.6% |

### Health care

W: 4.0% M: 3.7% Q: unch.

| | |
|---|---|
| **Health care¹** Month: 1.2% Quarter: -1.7% | 3.5% Week |
| CatalystHealth Sol. | 18.9% |
| Health Net | 15.5% |
| Hologic | 13.8% |
| Cigna | 11.8% |
| DaVita | 11.0% |
| **Pharmaceuticals** Month: 4.3% Quarter: 0.9% | 4.0% Week |
| PerkinElmer | 14.5% |
| Cambrex | 11.8% |
| Bayer | 10.8% |
| Lonza | 10.0% |

### Consumer staples

W: 0.6% M: 4.0% Q: 1.6%

| | |
|---|---|
| **Food retailing** Month: 5.0% Quarter: -5.2% | 0.1% Week |
| GreatAtl.&PacTea | 10.4% |
| Andersons | 9.5% |
| Kroger | 4.8% |
| United Nat. Foods | 3.9% |
| Safeway | 3.8% |
| **Food & beverage** Month: 5.5% Quarter: 5.2% | 1.6% Week |
| ADM | 10.3% |
| Hanson Natural | 8.7% |
| Smithfield Foods | 4.3% |
| KT&G | 4.0% |
| Kraft Foods | 3.9% |
| **Household goods** Month: 0.5% Quarter: 1.1% | -1.4% Week |
| Energizer Hldgs | 4.1% |
| Henkel | 2.4% |
| Estee Lauder | 1.9% |
| Kimberly-Clark | 1.8% |
| NBTY | 0.1% |

1 — Industry group's % changes based on S&P 1500

### Industrials

W: 1.3% M: 10.0% Q: 2.2%

| | |
|---|---|
| **Capital goods** Month: 10.8% Quarter: 1.8% | 1.8% Week |
| Albany Int'l | 13.8% |
| Hutchison Whampoa | 13.5% |
| Lydall | 11.2% |
| Esco Tech. | 10.4% |
| Lindsay | 9.3% |
| **Business services** Month: 5.2% Quarter: 1.0% | -0.1% Week |
| Corp. Executive Brd | 12.3% |
| On Assignment | 12.2% |
| Herman Miller | 9.0% |
| Interface | 7.7% |
| Standard Register | 7.2% |
| **Transportation** Month: 11.2% Quarter: 4.7% | 2.0% Week |
| Singapore Airlines | 4.4% |
| British Airways | 4.2% |
| Deutsche Post | 4.1% |
| AP Moller-Maersk | 3.5% |
| FedEx | 3.4% |

### Materials

W: 1.7% M: 10.5% Q: 4.7%

| | |
|---|---|
| **Materials¹** Month: 10.4% Quarter: 4.3% | 1.6% Week |
| LSB Indus. | 13.0% |
| Headwaters | 11.9% |
| Umicore | 11.0% |
| U.S. Steel | 9.4% |
| Vale Int'l ASA | 9.2% |

### Telecom

W: 1.7% M: 8.5% Q: 9.1%

| | |
|---|---|
| **Telecom¹** Month: 8.5% Quarter: 9.1% | 1.6% Week |
| Neutral Tandem | 11.9% |
| General Comm. | 10.0% |
| China Mobile | 4.7% |
| Telecom Italia | 4.5% |
| Telenor ASA | 2.8% |

### Utilities

W: 1.9% M: 5.2% Q: 6.5%

| | |
|---|---|
| **Utilities¹** Month: 5.3% Quarter: 6.6% | 1.9% Week |
| Ameren | 7.2% |
| El Paso Electric | 6.2% |
| EQT | 6.2% |
| CMS Energy | 6.1% |
| Teco Energy | 5.1% |

**Live stock quotes on your cellphone**
Send text message to 4INFO (44636) with:
• STOCK TICKER (DELL) or
• FUND TICKER (AGTHX)

Track the major market indexes updated continuously throughout the day at money.usatoday.com

# Bronfman biography also chronicles turmoil in music industry

By Steve Weinberg
Special for USA TODAY

Rarely has a business biography started out with a promising paragraph: "Edgar Bronfman Jr. is famous for two things — one annoying and the other unforgivable. The annoying thing is that though he was born rich as Croesus, he has opted to work hard every day. The unforgivable thing is that he managed to lose $3 billion while doing so."

**Money Bookshelf**

The author of that paragraph is Fred Goodman, a familiar byline in magazines and newspapers. Readers might recognize Goodman as the writer of a first-rate book about contemporary mass-market music, *The Mansion on the Hill: Dylan, Young, Geffen, Springsteen, and the Head-on Collision of Rock and Commerce.*

FORTUNE'S FOOL
FRED GOODMAN

**Fortune's Fool: Edgar Bronfman Jr., Warner Music, and an Industry in Crisis**
By Fred Goodman
Simon & Schuster
336 pages, $28.00

The new book, *Fortune's Fool*, looks at a music realm more troubled than a few years ago, as CDs go out of style, as what we used to call "record companies" show puzzlement at how to effectively monetize the digital realm without angering customers, as mergers and takeovers and bankruptcies lead to a rapidly altered industry lineup.

Goodman decided to make sense of the craziness by building a book, sort of, around Bronfman, heir to the Seagram liquor fortune who decided his future, and Seagram's, too, should be found in the entertainment business. A highly visible shift occurred in 1995, when Bronfman negotiated the purchase of MCA, then of record companies Interscope and PolyGram. "The controversial strategy split the Bronfman family into warring factions and polarized Wall Street," Goodman reports, "where investors who had liked Seagram for its regular dividends decried the moves, and those who predicted the Internet would bring value to intellectual property, like films and recordings, embraced them."

Before the warring factions could settle the debate over those 1995 purchases, Bronfman made a well-intentioned but disastrous move, merging with Vivendi, a French company run by an unpredictable executive. The result, in Goodman's colorful language: The merger "quickly reduced the family empire — and its shareholder value — to rubble. The Vivendi disaster was as high profile a humiliation as any businessman not sent to prison is likely to endure."

After the high drama of the Prologue, Goodman devotes about half the book to deal after deal within the entertainment industry, with commercial music emphasized within the larger entertainment complex. Corporations and characters come and go, some to be heard about again, some not. The nine chapters after the Prologue are tough going. Bronfman, the controversial heir, shows up again and again in those chapters, but he does not serve well as the connecting thread of the narrative. Actually, nothing serves as an effective connecting thread.

Then, on page 186, Goodman turns the focus to Bronfman's successful bid for the Warner Music Group. The year is 2004. The seller is the troubled giant Time Warner. Bronfman's timing seems inexplicable to some, because the phenomenon of cyberspace has blown up the once solid foundation of selling music to retail customers. For the next 100 pages, until the end of the Epilogue, Goodman builds a fascinating narrative. Bronfman emerges as, if not a hero, arguably a mighty interesting antihero. And what started as a painful reading experience begins to pay off.

Before starting the book, Goodman had never dealt with Bronfman directly. Eventually, Bronfman gave in to Goodman's journalistic overtures. Over three years of research, Goodman says, he found Bronfman "to be gracious, thoughtful and a man of his word. I hope those qualities, as well as the focus and dedication I saw him bring to his work, are evident in the reporting." They are. The ultimate question is this: Will Bronfman eventually be viewed as an honorable loser or an unexpected winner?

Weinberg is a biographer in Columbia, Mo.

USA TODAY
usatoday.com
CAREERS TODAY
www.russelljohns.com/usatoday
Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm (EST)
To advertise call 1.800.397.0070 Toll-free in the U.S. only

EMPLOYMENT

Flinders
UNIVERSITY

**Professor in Nursing**

REF 10143 The School of Nursing & Midwifery is seeking a distinguished scholar for the position of Professor in Nursing where the successful applicant's area of expertise and research focus would complement and enhance the current research profile, progress the School's reputation as a centre of excellence nationally and internationally, and advance the development of the discipline.

- Location: School of Nursing & Midwifery, Adelaide, South Australia
- Available on a full-time, contract basis for 5 years
- Salary (Level E): $135 785 pa
- Plus 17% employer superannuation
- Applications close: 11.00 am, Monday 13 September 2010

Full details including how to apply on-line can be found at our Jobs@Flinders website: http://www.flinders.edu.au/employment

www.flinders.edu.au
Equal Opportunity is University Policy
inspiring achievement

EOWA
EMPLOYER OF CHOICE FOR WOMEN

USA TODAY
usatoday.com
LEGAL MONDAY
www.marketplace.usatoday.com
Hours of operation: Mon. - Fri., 8:30 am - 7:00 pm (EST)
To advertise call 1.800.872.3433 Toll-free in the U.S. only

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: NEENAH ENTERPRISES, INC., et al.,[1] Debtors. — Chapter 11; Case No. 10-10360 (MFW); Jointly Administered

**NOTICE OF (I) EFFECTIVE DATE OF THE JOINT PLAN OF REORGANIZATION FOR NEENAH ENTERPRISES, INC. AND ITS SUBSIDIARIES AND (II) BAR DATE FOR CERTAIN ADMINISTRATIVE EXPENSE CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. Confirmation of the Plan. On July 6, 2010, the Honorable Mary F. Walrath, United States Bankruptcy Judge, entered the Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the "Confirmation Order") [Docket No. 610]. Unless otherwise defined herein, capitalized terms used in this notice have the meanings assigned to such terms in the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the "Plan") [Docket No. 324].

2. Effective Date of the Plan. All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date occurred on July 29, 2010.

3. Bar Date For Certain Administrative Expense Claims. All applications for final allowance of compensation or reimbursement of the expenses incurred by any Professional, and all other requests for the payment of Administrative Expense Claims, including all requests for the allowance of any Administrative Expense Claims pursuant to section 503(b)(3)(D) of the Bankruptcy Code for substantial contributions made in these Chapter 11 Cases (but expressly excluding all requests for the payment of obligations incurred by the Debtors in the ordinary course of their business operations after the Petition Date), must be filed with the Bankruptcy Court and served on the Reorganized Debtors and their counsel at the addresses set forth in Section 12.14 of the Plan not later than thirty (30) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. **Any request for the payment of an Administrative Expense Claim that is not timely filed and served shall be discharged and forever barred and the Holder of such Administrative Expense Claim shall be enjoined from commencing or continuing any action, process, or act to collect, offset or recover such Claim.**

4. Copies of the Plan and the Confirmation Order. Copies of the Plan and the Confirmation Order may be viewed and downloaded, free of charge, at the following website: http://www.neenahrestructuring.com. In addition, all documents that are filed with the Bankruptcy Court may be reviewed during regular business hours at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington Delaware 19801, or at the following website: http://www.deb.uscourts.gov.

Dated: July 29, 2010 — BY ORDER OF THE COURT

SIDLEY AUSTIN LLP, Larry J. Nyhan, Bojan Guzina, Kerriann S. Mills, Alison L. Triggs, One South Dearborn Street, Chicago, Illinois 60603, Telephone: (312) 853-7000, Facsimile: (312) 853-7036; YOUNG CONAWAY STARGATT & TAYLOR, LLP, Robert S. Brady (No. 2847), Edmon L. Morton (No. 3856), Donald J. Bowman, Jr. (No. 4383), Kenneth J. Enos (No. 4544), The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Telephone: (302) 571-6600, Facsimile: (302) 571-1253; Counsel for the Debtors and Debtors in Possession

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7891); Gregg Industries, Inc. (6884); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (6148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1768); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3060); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR MARICOPA COUNTY

STATE OF ARIZONA, ex rel. CHRISTINA URIAS, Receiver, Plaintiff, v. THUREUS INSURANCE GROUP, INC., an Arizona Corporation, and ASTRAEA RISK RETENTION GROUP, INC., an Arizona Corporation, Defendants. — Case No.: CV-2009-035649

**NOTICE OF LIQUIDATION AND DEADLINE TO FILE PROOF OF CLAIM**

TO PERSONS HAVING CLAIMS AGAINST THE RECEIVERSHIP ESTATES OF THUREUS INSURANCE GROUP, INC. or ASTRAEA RISK RETENTION GROUP, INC.

PLEASE REVIEW THIS NOTICE CAREFULLY, AS IT SETS OUT IMPORTANT INFORMATION CONCERNING YOUR RIGHTS AND RESPONSIBILITIES AS A POTENTIAL CLAIMANT.

Please take note that on December 30, 2009, the Superior Court of the State of Arizona, in and for Maricopa County, ordered that Thureus Insurance Group, Inc. and Astraea Risk Retention Group, Inc. be liquidated and that all remaining distributable assets of the estates be distributed to approved claimants of record.

The records of Thureus Insurance Group, Inc. or Astraea Risk Retention Group, Inc. indicate that you may have a claim against one or both of the companies. Enclosed please find your Proof of Claim form and instructions for completing and returning the form. Please read the instructions carefully and completely fill out your form. Failure to fully complete the form and submit all requested information, including documents or other materials supporting your claim, could result in your claim being denied.

THE DEADLINE FOR SUBMITTING YOUR PROOF OF CLAIM IS NOVEMBER 30, 2010. If you wish to have an opportunity to share in the distribution of the available liquidated assets, your Proof of Claim form must be postmarked by November 30, 2010. Proof of Claim forms postmarked after November 30, 2010, will lose their statutory priority and will likely receive no distribution of assets due to the present financial deficiency of the estate.

Proof of Claim forms and other information may be obtained at www.thureusinsurance.com.

Proof of Claim forms, questions and other requests for information should be submitted to: Thureus Insurance Group, Inc., Astraea Risk Retention Group, Inc., Office of the Special Deputy Receiver, 300 West Osborn Road, Suite 500, Phoenix, Arizona 85013, (602) 277-4407 or (800) 388-2427 Telephone, (602) 274-9849 Facsimile.

BY ORDER OF THE COURT. — TRUITTE D. TODD, SPECIAL DEPUTY RECEIVER of ASTRAEA RISK RETENTION GROUP, INC., and THUREUS INSURANCE GROUP, INC.

For more information on how to place your advertisement in Legal Monday, contact a sales representative at:
1-800-872-3433
Toll-free in the U.S. only

