## EXHIBIT B

**Revised Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 625, 648, 666, and 671 |

**ORDER PARTIALLY SUSTAINING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' Second Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing the Disputed Claims as set forth therein and on the exhibits attached thereto; and upon consideration of the *Certification of Counsel Regarding Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims* submitted herewith and the amended Exhibit A and Exhibit C to the Objection attached hereto; and upon consideration of the *Supplemental Declaration of Robert Gitter in Support of the Debtors' Second Omnibus (Substantive) Objection to Claims*; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

CH1 5424186v.1

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Modified Amount Claims set forth on the attached amended Exhibit A are hereby modified to reduce the amount of such claims to the corresponding dollar value listed in the column titled "Modified Claim Amount" on Exhibit A; and it is further

ORDERED that the No Liability Claims set forth on the attached amended Exhibit C in the column titled "No Liability Claims" are hereby disallowed in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

August _____, 2010

                                                      The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE

# Neenah Enterprises, Inc.
## Exhibit A -- Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | 06/19/10 | Dalton Corporation | 10-10370 | 638 | Unsecured: $145,144.95 | Unsecured: $145,022.70 | Modified to reflect adjustments made to account balance on 2/9/10, 2/23/10 and 2/24/10 that were confirmed by claimant during multiple discussions. |
| 2 | COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | 03/08/10 | Neenah Foundry Company | 10-10362 | 61 | Unsecured: $283.26 | Unsecured: $271.84 | Modified amount reflects a rate adjustment for the invoiced period that was confirmed by claimant. |
| 3 | ENGINEERING CONTRACTORS' ASSOC<br>8310 FLORENCE AVE<br>DOWNEY, CA 90240 | 04/17/10 | Neenah Foundry Company | 10-10362 | 173 | Unsecured: $575.00 | Unsecured: $51.99 | Modified amount reflects a credit not applied to the claimant's asserted claim amount. |
| 4 | FASTENAL CO<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | 05/04/10 | Neenah Foundry Company | 10-10362 | 436 | Admin: $3,912.05<br>Unsecured: $258.00 | Admin: $3,839.71<br>Unsecured: $258.00 | Modified amount reflects the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 5 | FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | 05/04/10 | Dalton Corporation,<br>Warsaw Manufacturing Facility | 10-10374 | 437 | Admin: $1,551.12<br>Unsecured: $4,461.75 | Admin: $702.46<br>Unsecured: $4,813.35 | Modified amount reflects the detail as provided in the attached invoice to the proof of claim and reduced for the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 6 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | 06/26/10 | Neenah Foundry Company | 10-10362 | 652 | Unsecured: $654.75 | Unsecured: $531.13 | Modified amount reflects reduction for a pre-petition credit not applied to the claimant's pre-petition invoices and a reduction for the post-petition portion of invoices submitted in support of claim. |
| 7 | FORT WAYNE LIQUID COATINGS<br>C/O JOSEPH G BONAHOOM<br>BONAHOOM & BONAHOOM LLP<br>110 W BERRY ST STE 1900<br>FORT WAYNE, IN 46802 | 04/30/10 | Dalton Corporation,<br>Warsaw Manufacturing Facility | 10-10374 | 445 | Unsecured: $68,733.28 | Unsecured: $67,966.44 | Modified amount reflects reduction for duplicate invoice included in Proof of Claim. |
| 8 | GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002 | 04/24/10 | Dalton Corporation,<br>Warsaw Manufacturing Facility | 10-10374 | 323 | Unsecured: $716.28 | Unsecured: $335.29 | Modified amount reflects correction of amount due for related vendor entities. Great Lakes Automation Supply and Kendall Electric (Claim No. 322) both filed Proofs of Claim but the same balance due was erroneously entered on both Proofs of Claim. This was confirmed with the claimant and the claimant agrees to the modified amount. |
| 9 | HYDRITE CHEMICAL CO<br>BOX #689227<br>MILWAUKEE, WI 53268 | 04/17/10 | Neenah Foundry Company | 10-10362 | 172 | Unsecured: $17,781.70 | Unsecured: $17,061.60 | Modified amount reflects a credit not applied to the claimant's asserted claim amount. |
| 10 | KNOX TEXTILES INC<br>PO BOX 584 264 EAST BEMENT ST<br>EDGERTON, OH 43517 | 04/17/10 | Dalton Corporation,<br>Stryker Machining Facility Co. | 10-10377 | 191 | Unsecured: $536.44 | Unsecured: $278.41 | Modified amount reflects amount discussed and agreed to with claimant during reconciliation process; claimant has since sent a revised invoice with modified amount. |

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 11 | LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE, WI 53227 | 04/17/10 | Neenah Foundry Company | 10-10362 | 159 | Unsecured: $29,595.25 | Unsecured: $685.50 | Modified amount reflects correct balance for this vendor; claimant included paperwork from different customer and erroneously completed Proof of Claim with this information. |
| 12 | QBF<br>5097 NATHAN LANE<br>MINNEAPOLIS, MN 55442 | 04/20/10 | Neenah Foundry Company | 10-10362 | 245 | Unsecured: $7,048.95 | Unsecured: $7,014.60 | Modified amount reflects the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 13 | REDLON & JOHNSON<br>PO BOX 698<br>PORTLAND, ME 04104 | 04/19/10 | Mercer Forge Corporation | 10-10367 | 221 | Unsecured: $412.30 | Unsecured: $402.90 | Modified amount reflects a reduction for a discrepancy in quantity purchased. |
| 14 | STANDARD ELECTRIC SUPPLY<br>3111 E CAPITOL DR<br>APPLETON, WI 54911 | 04/23/10 | Neenah Foundry Company | 10-10362 | 393 | Admin: $7,303.29<br>Unsecured: $15,884.02 | Admin: $7,303.29<br>Unsecured: $15,741.08 | Modified amount reflects a net reduction consisting of a decrease for the post-petition portion of invoices submitted in support of claim and an increase for a missing pre-petition invoice. |
| 15 | TENNANT<br>C/O TENNANT SALES AND SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/23/10 | Mercer Forge Corporation | 10-10367 | 314 | Unsecured: $2,428.26 | Unsecured: $2,357.45 | Modified amount reflects correction for pricing discrepancy which claimant has agreed to during reconciliation discussions. |
| 16 | TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | 05/01/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 417 | Unsecured: $11,454.22 | Unsecured: $7,184.22 | Modified amount reflects a net reduction consisting of a decrease for amounts that claimant has agreed to write off from their account and an increase for a missing pre-petition invoice. |
| 17 | VEOLIA ES INDUSTRIAL SERVICES<br>PO BOX 70610<br>CHICAGO, IL 60673 | 04/16/10 | Neenah Foundry Company | 10-10362 | 141 | Unsecured: $2,723.00 | Unsecured: $1,896.60 | Modified amount reflects removal of invoice from this claim as it is included in another scheduled pre-petition liability under a different account with same vendor. |
| 18 | W A VORPAHL INC<br>PO BOX 12175<br>GREEN BAY, WI 54307 | 04/19/10 | Neenah Foundry Company | 10-10362 | 220 | Admin: $12,536.35<br>Unsecured: $19,011.53 | Admin: $12,481.82<br>Unsecured: $18,968.44 | Modified amount reflects the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 19 | WASTE CONNECTIONS OF NEBRASKA INC<br>D/B/A MIDWEST REFUSE<br>ATTN DOUG MCDONALD, CONTROLLER<br>10810 S 144TH STREET<br>OMAHA, NE 68138 | 04/05/10 | Deeter Foundry, Inc. | 10-10369 | 89 | Unsecured: $4,925.25 | Unsecured: $4,389.31 | Modified amount reflects reduction for the post-petition portion of invoices submitted in support of claim. |

2 of 2

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADT SECURITY SERVICES 14200 E EXPOSITION AVE AURORA, CO 80012 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 24 | $0.00 | No liability to this claimant due to cancellation of service and subsequent payment of negotiated fee in October 2009. |
| 2 | ADT SECURITY SERVICES ADT SECURITY SERVICES INC 14200 E EXPOSITION AVE AURORA, CO 80012 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 23 | $6,514.94 | No liability to this claimant due to cancellation of service and subsequent payment of negotiated fee in October 2009. |
| 3 | AXIS CAPITAL INC 308 NORTH LOCUST STREET GRAND ISLAND, NE 68801 | 04/22/10 | Deeter Foundry, Inc. | 10-10369 | 280 | $2,388.24 | No liability to this claimant for pre-petition amounts; claim is for remaining payments on water cooler. |
| 4 | AXLETECH INTERNATIONAL LLC 16474 COLLECTION CENTER DR CHICAGO, IL 60693 | 05/20/10 | Mercer Forge Corporation | 10-10367 | 564 | $1,612.94 | No liability to this claimant due to inability for Debtor to determine any amounts due to vendor and inability to reach vendor on multiple occasions to reconcile claim. |
| 5 | CHANGING SPACES MOVING 130 INVERNESS PLAZA #243 BIRMINGHAM, AL 35242 | 04/21/10 | Neenah Foundry Company | 10-10362 | 271 | $500.00 | No liability to this claimant due to amounts not being owed for consulting services related to purchasing equipment. The equipment was not purchased from this vendor. |
| 6 | CITIBANK SOUTH DAKOTA NA DBA 4740 121ST ST URBANDALE, IA 50323 | 03/29/10 | Dalton Corporation | 10-10370 | 428 | $123.04 | No liability to this claimant can be found based on information provided. A full account number or social security number is not able to be provided from claimant as evidence of liability and the Debtor has no record of this account. Additionally, Debtor verified that no employees have social security numbers ending with same digits as included in Proof of Claim. |
| 7 | FOUNDRY EDUCATION FOUNDATION 1695 N PENNY LANE SCHAUMBURG, IL 60173 | 05/08/10 | Neenah Foundry Company | 10-10362 | 456 | $150,000.00 | No liability to this claimant due to Debtor's pre-petition notification to claimant that it had withdrawn its voluntary commitment. |
| 8 | FOX STAMP/SIGN & SPECIALT PO BOX 490 618 W AIRPORT RD MENASHA, WI 54952 | 06/19/10 | Undetermined | | 637 | $73.22 | No liability to this claimant due to the claimant not applying a pre-petition credit balance in excess of the claimed amount. |

## Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | THE HOME INSURANCE CO IN LIQUIDATION<br>C/O SHARON BERGERON<br>55 S COMMERCIAL ST<br>MANCHESTER, NH 03101 | 04/16/10 | Cast Alloys, Inc. | 10-10363 | 144 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 10 | THE HOME INSURANCE CO IN LIQUIDATION<br>C/O SHARON BERGERON<br>55 S COMMERCIAL ST<br>MANCHESTER, NH 03101 | 04/16/10 | Dalton Corporation | 10-10370 | 142 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 11 | THE HOME INSURANCE CO IN LIQUIDATION<br>C/O SHARON BERGERON<br>55 S COMMERCIAL ST<br>MANCHESTER, NH 03101 | 04/16/10 | Gregg Industries, Inc. | 10-10366 | 143 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 12 | THE HOME INSURANCE CO IN LIQUIDATION<br>C/O SHARON BERGERON<br>55 SOUTH COMMERCIAL ST<br>MANCHESTER, NH 03101 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 11 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 13 | LOS ANGELES CO TREASURER & TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054 | 06/24/10 | Gregg Industries, Inc. | 10-10366 | 645 | $231,968.85 | No liability to this claimant due to the claim being an estimate of personal property tax at a shut-down location where the Debtor no longer has any personal property and claimant's agreement that the claim is not valid. |
| 14 | MIKE BAZLEY<br>8226 TANYA LN<br>SACRAMENTO, CA 95828 | 05/11/10 | Neenah Enterprises, Inc. | 10-10360 | 484 | $9,876.14 | No liability to this claimant due to inability of Debtor to locate any business, employment or any relationship in any capacity with this claimant and inability to reach claimant on multiple occasions. |
| 15 | MIKE BAZLEY<br>8226 TANYA LN<br>SACRAMENTO, CA 95828 | 05/17/10 | Neenah Enterprises, Inc. | 10-10360 | 511 | $9,876.14 | No liability to this claimant due to inability of Debtor to locate any business, employment or any relationship in any capacity with this claimant and inability to reach claimant on multiple occasions. |
| 16 | MIKE BAZLEY<br>8226 TANYA LN<br>SACRAMENTO, CA 95828 | 05/18/10 | Advanced Cast Products, Inc. | 10-10365 | 541 | $9,876.14 | No liability to this claimant due to inability of Debtor to locate any business, employment or any relationship in any capacity with this claimant and inability to reach claimant on multiple occasions. |

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 631 | $8,883.59 | No liability to this claimant due to Debtor having paid this liability prior to filing for Chapter 11 and claimant's agreement that amount was paid. |
| 18 | NEBRASKA DEPARTMENT OF REVENUE ATTN BANKRUPTCY UNIT PO BOX 94818 LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $0.00 | No liability to this claimant based on discussions with the Nebraska Department of Revenue and agreement that there is no liability (this claim has been subsequently withdrawn via letter to Garden City Group). |
| 19 | W.W. GRAINGER INC 7300 N MELVINA M240 NILES, IL 60714 | 03/15/10 | Neenah Enterprises, Inc. | 10-10360 | 66 | $8,918.94 | Supporting documentation does not reflect any amounts are due from this particular Debtor; all liabilities reflected in supporting documentation have been honored by the corresponding Debtor entities. |
| 20 | WISCONSIN POWER TOOL INC 3132 N MAYFAIR RD MILWAUKEE, WI 53222 | 04/21/10 | Neenah Foundry Company | 10-10362 | 270 | $80.13 | No liability to this claimant due to amount being paid prior to filing for Chapter 11. |

Total: $440,692.31

3 of 3