# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 30, 2010 at 4:00 pm**<br>**Hearing Date: To be determined.** |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors appointed in these cases (the **"Committee"**) filed the *Third and Final Monthly Fee Application of MorrisAnderson & Associates, Ltd. as Financial Advisors to the Committee for Compensation and Reimbursement of Expenses Incurred for the Interim Periods June 1, 2010 through June 30, 2010 and July 1, 1010 through July 31, 2010* (the **"Application"**) with the United States Bankruptcy Court for the District of Delaware (the **"Court"**).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 30, 2010 at 4:00 p.m.** and served upon the following: (i) counsel to the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, Attn: Kerriann S. Mills, Esq. and Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801, Attn: Morgan Seward, Esq..; (ii) counsel to the ad hoc committee, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Lori E. Kata, Esq.; (iii) counsel to the prepetition revolving lenders, Goldberg Kohn Ltd., 55 East Monroe Street, Chicago, IL 60603, Attn: Ronald Barliant, Esq.; (iv) counsel to the Committee, Greenberg Traurig, LLP, The Nemours Bldg., 1007 North

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Orange Street, Suite 1200, Wilmington, DE 19801, Attn: Donald J. Detweiler and (v) the United States Trustee, Office of the United States Trustee, 844 King St., Ste. 2207, Lockbox 35, Wilmington, DE 19801; Attn: Patrick Tinker, Esq.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON A DATE YET TO BE DETERMINED BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

Dated: August 18, 2010

GREENBERG TRAURIG, LLP

_____
Scott D. Cousins (No. 3079)
Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
cousinss@gtlaw.com
detweilerd@gtlaw.com
selzers@gtlaw.com

Attorneys for Official Committee of Unsecured Creditors

DEL 86,320,575v1