# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,2<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Related Docket No. 171 |

## ORDER AUTHORIZING RETENTION OF MORRISANDERSON & ASSOCIATES, LTD. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing them to retain MorrisAnderson & Associates, Ltd. ("**MA&A**") as its financial advisors; and upon the Affidavit of Dan Dooley in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that MA&A is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

---

2    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry") (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain MA&A as of February 23, 2010 as their financial advisors on the terms set forth in the Application; and it is further

ORDERED that MA&A shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Date: April 5, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

**Neenah Enterprises, Inc.**
**MorrisAnderson & Associates, Ltd**
**June and July 2010**
**Exhibit B**
**Time Record Summary**

| Work Code | Code Description | Total Hours June | Total Hours July | Total Hours June & July |
|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | - | - | - |
| 2 | Committee Meetings & Preparation | 16.9 | 3.4 | 20.3 |
| 3 | Court & Preparation | - | - | - |
| 4 | Cash Flow & DIP Budget | 55.2 | 14.3 | 69.5 |
| 5 | Prepetition Lenders, DIP financing | 7.3 | 0.2 | 7.5 |
| 6 | Asset Sale | - | - | - |
| 7 | Tax Issues | - | - | - |
| 8 | Unsecured Claims, Critical vendors, etc. | 0.5 | - | 0.5 |
| 9 | Accounting Issues, Financial Statement review | 1.0 | - | 1.0 |
| 10 | Plan of Reorganization and Court Filings | 18.1 | - | 18.1 |
| 11 | Firm Retention and Fees | 3.9 | 1.7 | 5.6 |
| Total | Total Hours for The Month of June and July 2010 | 102.9 | 19.6 | 122.5 |

**June 2010**
**Exhibit B**
**Time Record Summary**

| Work Code | Code Description | Dan Dooley | D'Andre Davis | Bernadette Barron | Total Hours June |
|---|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 0 | 0 | 0 | 0 |
| 2 | Committee Meetings & Preparation | 6.5 | 6.5 | 3.9 | 16.9 |
| 3 | Court & Preparation | 0 | 0 | 0 | 0 |
| 4 | Cash Flow & DIP Budget | 0 | 13.9 | 41.3 | 55.2 |
| 5 | Prepetition Lenders, DIP financing | 0 | 0 | 7.3 | 7.3 |
| 6 | Asset Sale | 0 | 0 | 0 | 0 |
| 7 | Tax Issues | 0 | 0 | 0 | 0 |
| 8 | Unsecured Claims, Critical vendors, etc. | 0 | 0 | 0.5 | 0.5 |
| 9 | Accounting Issues, Financial Statement review | 0 | 0 | 1 | 1 |
| 10 | Plan of Reorganization and Court Filings | 3 | 15.1 | 0 | 18.1 |
| 11 | Firm Retention and Fees | 0.5 | 2.2 | 1.2 | 3.9 |
| Total | Total Hours for The Month of June 2010 | 10.0 | 37.7 | 55.2 | 102.9 |

**July 2010**
**Exhibit B**
**Time Record Summary**

| Work Code | Code Description | Dan Dooley | D'Andre Davis | Bernadette Barron | Total Hours May |
|---|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 0 | 0 | 0 | 0 |
| 2 | Committee Meetings & Preparation | 2 | 1.1 | 0.3 | 3.4 |
| 3 | Court & Preparation | 0 | 0 | 0 | 0 |
| 4 | Cash Flow & DIP Budget | 0 | 10.8 | 3.5 | 14.3 |
| 5 | Prepetition Lenders, DIP financing | 0 | 0 | 0.2 | 0.2 |
| 6 | Asset Sale | 0 | 0 | 0 | 0 |
| 7 | Tax Issues | 0 | 0 | 0 | 0 |
| 8 | Unsecured Claims, Critical vendors, etc. | 0 | 0 | 0 | 0 |
| 9 | Accounting Issues, Financial Statement review | 0 | 0 | 0 | 0 |
| 10 | Plan of Reorganization and Court Filings | 0 | 0 | 0 | 0 |
| 11 | Firm Retention and Fees | 0 | 1.7 | 0 | 1.7 |
| Total | Total Hours for The Month of July 2010 | 2.0 | 13.6 | 4.0 | 19.6 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - D'Andre Davis

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|---|---|---|---|---|---|
| 6/4/2010 | DND | 10 | 0.4 | review of Exit Plan Financing memo | 0.40 |
| 6/5/2010 | DND | 10 | 0.4 | review of Exit plan comments by Bbarron of MAA | |
| 6/5/2010 | DND | 10 | 0.2 | Pulling April Monthly Operating Report from pacer | 0.60 |
| 6/6/2010 | DND | 4 | 2.5 | Week 17 Variance Analysis | 2.50 |
| 6/8/2010 | DND | 2 | 0.8 | Prep and participation for Call with Dooley and Barron and Committee | 0.80 |
| 6/9/2010 | DND | 2 | 1.2 | Prep and participation for Call with Dooley and Barron and Ibankers | 1.20 |
| 6/10/2010 | DND | 11 | 2.2 | Fee application Development | 2.20 |
| 6/13/2010 | DND | 4 | 2.5 | Week 18 Variance Analysis | 2.50 |
| 6/16/2010 | DND | 10 | 1.8 | review claims | 1.80 |
| 6/17/2010 | DND | 10 | 2.3 | organize claims | 2.30 |
| 6/18/2010 | DND | 10 | 2.2 | organize, analyze and rank claims | 2.20 |
| 6/20/2010 | DND | 10 | 1.1 | review filings searching for initial claims | |
| 6/20/2010 | DND | 4 | 2.5 | Week 19 Variance Analysis | 3.60 |
| 6/21/2010 | DND | 10 | 2.1 | Claims Register Analysis | 2.10 |
| 6/22/2010 | DND | 2 | 1.1 | Preparation and participation on call with Committee | |
| 6/22/2010 | DND | 2 | 0.2 | Inquiry with Debtor FA on Claims | 1.30 |
| 6/25/2010 | DND | 4 | 2.2 | Week 20 Variance Analysis | |
| 6/25/2010 | DND | 10 | 0.1 | Check Pacer for May Operating Report | 2.30 |
| 6/27/2010 | DND | 4 | 0.3 | Week 20 Variance Analysis | |
| 6/27/2010 | DND | 4 | 0.6 | Critical Vendor Claims Analysis | 0.90 |
| 6/28/2010 | DND | 4 | 3.3 | Critical Vendor Claims Analysis | 3.30 |
| 6/29/2010 | DND | 2 | 0.9 | Preparation and participation on call with Committee | |
| 6/29/2010 | DND | 10 | 3.3 | Critical Vendor Claims Analysis | 4.20 |
| 6/30/2010 | DND | 10 | 1.2 | May Operating Report Review | |
| 6/30/2010 | DND | 2 | 1.1 | Preparation of Margin Summary for May Operation Report | 2.30 |
| 7/2/2010 | DND | 4 | 2.5 | Week 21 Variance Analysis | 2.50 |
| 7/6/2010 | DND | 2 | 0.3 | Preparation for but no participation on call - call canceled | 0.30 |
| 7/8/2010 | DND | 11 | 0.4 | Fee application Development | 0.40 |
| 7/9/2010 | DND | 11 | 0.6 | Fee application Development | |
| 7/9/2010 | DND | 4 | 1.5 | Week 22 Variance Analysis | 2.10 |
| 7/10/2010 | DND | 4 | 1.1 | Week 22 Variance Analysis | 1.10 |
| 7/11/2010 | DND | 4 | 0.2 | Week 22 Variance Analysis | |
| 7/11/2010 | DND | 11 | 0.2 | Fee application Development | 0.40 |
| 7/13/2010 | DND | 2 | 0.8 | Preparation for and participation in Committee Call | 0.80 |
| 7/16/2010 | DND | 4 | 2.7 | Week 23 Variance Analysis | 2.70 |
| 7/24/2010 | DND | 4 | 1.5 | Week 24 Variance Analysis | 1.50 |
| 7/25/2010 | DND | 4 | 1.3 | Week 24 Variance Analysis | 1.30 |
| 7/30/2010 | DND | 11 | 0.5 | Fee application Development | 0.50 |

Neenah Enterprises, Inc.
MorrisAnderson & Associates, Ltd.
Exhibit B
Time Record - Daniel F. Dooley

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|---|---|---|---|---|---|
| 6/1/2010 | DFD | 2 | 1.0 | Prepare for Weekly Committee call and participate in same. | 1.00 |
| 6/4/2010 | DFD | 10 | 1.0 | Review Wilmington Trust proposed Bankruptcy Exit Loan Term Sheet. | 1.00 |
| 6/5/2010 | DFD | 2 | 0.5 | Call with D. Detweiller on proposed letter term sheet. | 0.50 |
| 6/8/2010 | DFD | 2 | 1.0 | Weekly Committee Calls and Call with D. Detweiller. | 1.00 |
| 6/9/2010 | DFD | 2 | 1.0 | Call with Rothschild, Sidley Austin and D. Detweiller to discuss Term Loan and | 1.00 |
| 6/15/2010 | DFD | 2 | 1.0 | Weekly Committee call preparation and participation. | 1.00 |
| 6/17/2010 | DFD | 10 | 0.5 | Review for cash and liquidity analysis and call with B. Barron to discuss. | 0.50 |
| 6/21/2010 | DFD | 11 | 0.5 | Call with Detweiller on Bank of America Fee motion. | |
| 6/21/2010 | DFD | 10 | 0.5 | Call with B. Barron on Projected Gross Margins and unlikelihood to achieve. | 1.00 |
| 6/22/2010 | DFD | 10 | 1.0 | Review Exit Loans Summary and Unsecured Claims Analysis. | |
| 6/22/2010 | DFD | 2 | 1.0 | Weekly Committee Calls preparation for Exit Loan Summary and Unsecured Claims Analysis. | 2.00 |
| 6/29/2010 | DFD | 2 | 1.0 | Prepare for and participate in weekly Committee call. | 1.00 |
| 7/6/2010 | DFD | 2 | 0.5 | Review weekly Financial Report and Report on MAA's view of likely future earning verse Debtor's plan. | 0.50 |
| 7/13/2010 | DFD | 2 | 0.5 | Prepare for weekly Committee call and participate in same. | 0.50 |
| 7/20/2010 | DFD | 2 | 0.5 | Prepare for weekly Committee call (cancelled) and review weekly financials. | 0.50 |
| 7/27/2010 | DFD | 2 | 0.5 | Prepare for weekly Committee call and review weekly financials. | 0.50 |

**Neenah Enterprises, Inc.**
**MorrisAnderson & Associates, Ltd.**
**Exhibit B**
Time Record - Bernadette Barron

| Date | Consultant | Work Code | Time | Task | Daily Cum Time |
|---|---|---|---|---|---|
| 6/1/2010 | BMB | 2 | 0.9 | Prepare for and participate on Creditors' Committee call | 0.90 |
| 6/5/2010 | BMB | 5 | 3.5 | Research and prepare memo on proposed Term Loan | |
| 6/5/2010 | BMB | 4 | 2.5 | Run projections for 2010 - 2014, monthly and annually | 6.00 |
| 6/7/2010 | BMB | 11 | 0.2 | Fee application for May | |
| 6/7/2010 | BMB | 4 | 10.5 | Run projections for 2010 - 2014, monthly and annually | 10.70 |
| 6/8/2010 | BMB | 4 | 5.5 | Run projections for 2010 - 2014, monthly and annually | |
| 6/8/2010 | BMB | 2 | 0.8 | Prepare for and participate on Creditors' Committee call | |
| 6/8/2010 | BMB | 5 | 1.8 | Review proposed loan documents | 8.10 |
| 6/9/2010 | BMB | 9 | 1.0 | Compare March and April actual financials to forecast | |
| 6/9/2010 | BMB | 2 | 0.7 | Prepare for and conference call with Sidley, Greenberg Traurig, Dooley & Davis | |
| 6/9/2010 | BMB | 4 | 4.4 | Run projections for 2010 - 2014, monthly and annually | 6.10 |
| 6/10/2010 | BMB | 4 | 3.8 | Run projections for 2010 - 2014, monthly and annually | 3.80 |
| 6/14/2010 | BMB | 4 | 8.0 | Run projections for 2010 - 2014, monthly and annually | 8.00 |
| 6/15/2010 | BMB | 4 | 5.6 | Run projections for 2010 - 2014, monthly and annually | |
| 6/15/2010 | BMB | 5 | 2.0 | Memo on Secured Notes | |
| 6/15/2010 | BMB | 2 | 0.4 | Prepare for and participate on Creditors' Committee call | 8.00 |
| 6/21/2010 | BMB | 4 | 1.0 | Prepare for and conference call with Dooley regarding projections | 1.00 |
| 6/22/2010 | BMB | 2 | 0.8 | Prepare for and participate on Creditors' Committee call | 0.80 |
| 6/29/2010 | BMB | 2 | 0.3 | Prepare for and participate on Creditors' Committee call | |
| 6/29/2010 | BMB | 8 | 0.5 | Review unsecured vendor claims | 0.80 |
| 7/11/2010 | BMB | 11 | 1.0 | Fee application for June | |
| 7/11/2010 | BMB | 4 | 1.0 | Review 13 week cashflow | |
| 7/11/2010 | BMB | 4 | 2.5 | Update projections for 2010 - 2011 | 4.50 |
| 7/13/2010 | BMB | 2 | 0.3 | Prepare for and participate on Creditors' Committee call | 0.30 |
| 7/20/2010 | BMB | 5 | 0.2 | Review loan covenants | 0.20 |

# EXHIBIT C

MorrisAnderson & Associates, Ltd.
Neenah Enterprises, Inc. DIP
Exhibit C
Expense Breakdown for June and July 2010

| Consultant | Air | Lodging | B'Fast | Lunch | Dinner | Car Rent/Gas | Parking/Tolls | Phone | Cab/Limo | Mileage | Postage | Pacer | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dan Dooley: | | | | | | | | | | | | | | |
| 31-Jul | - | - | - | - | - | - | - | - | - | - | - | 18.96 | 18.96 | Court Documents |
| Total Dan Dooley | | | | | | | | | | | | 18.96 | 18.96 | |

| Consultant | Air | Lodging | B'Fast | Lunch | Dinner | Car Rent/Gas | Parking/Tolls | Phone | Cab/Limo | Mileage | Postage | Pacer | Total | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D'Andre Davis: | | | | | | | | | | | | | | |
| 31-Jul | - | - | - | - | - | - | - | - | - | - | - | 39.51 | 39.51 | Court Documents |
| Total D'Andre Davis | | | | | | | | | | | | 39.51 | 39.51 | |
| Grand Totals: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 58.47 | $ 58.47 | |