UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

Neenah Enterprises, Inc., et al.,

Debtors.

Case No. 10-10360-MFW

Chapter 11
(Jointly Administered)

### RESPONSE OF NATIONAL FUEL RESOURCES, INC. TO THE DEBTORS' SECOND NOTICE OF SATISFIED CLAIMS – CLAIMS SATISFIED PURSUANT TO ASSUMPTION ORDER, CONFIRMATION ORDER AND CONFIRMED PLAN OF REORGANIZATION

National Fuel Resources, Inc. ("**NFR**"), by and through its undersigned counsel, files this limited response (the "**Response**") to the Second Notice of Satisfied Claims – Claims Satisfied Pursuant to Assumption Order, Confirmation Order and Confirmed Plan of Reorganization (Docket No. 651) ("**Claim Objection**") filed by Neenah Enterprises, Inc. and its subsidiaries (the "**Debtors**"), and in support of the Response, NFR respectfully represents as follows:

### Background

1.      On February 3, 2010 ("**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.      NFR is a trade creditor of Mercer Forge Corporation ("**Mercer**"), which purchases natural gas from NFR pursuant to the terms of an agreement between Mercer and NFR ("**Contract**").

3.      On May 2, 2010, NFR filed a proof of claim asserting a claim against Mercer in the amount of $70,152.18 ("**Claim**") for unpaid purchases of natural gas by Mercer from NFR in December 2009 and January 2010 (Claim No. 524) ("**Proof of Claim**").

4.    On June 8, 2010, the Debtors filed the Omnibus Motion to Authorize the Assumption of Executory Contracts and Unexpired Leases (Docket No. 495) ("**Assumption Motion**").

5.    Pursuant to the Assumption Motion, the Debtors proposed to (i) assume the executory contract between NFR and Mercer ("**Contract**") and, (ii) in connection with the assumption, pay to NFR the cure amount of $73,850.64 ("**Cure Amount**").

6.    On June 23, 2010, the Court entered an Order Authorizing the Assumption of Executory Contracts and Unexpired Leases (Docket No. 572) ("**Assumption Order**").

7.    On July 30, 2010, the Debtors filed the Claim Objection, seeking to disallow and expunge the Proof of Claim on the ground that the Claim Amount has been satisfied by the Debtors pursuant to the Assumption Order.

<u>Response</u>

8.    The Claim Objection incorrectly asserts that the amount of NFR's claim is $93,510.32.  As set forth in the Proof of Claim, the correct amount of NFR's Claim is $70,152.18.

9.    Notwithstanding the Debtor's assumption of the Contract, as of the date hereof, the Debtors have not paid to NFR the Cure Amount as required by the Assumption Order.

10.    Accordingly, the NFR's Claim has not been satisfied and the Proof of Claim should not be disallowed or expunged.

WHEREFORE, NFR respectfully requests that the Court enter an Order: (a) denying the relief requested in the Claim Objection as asserted against NFR to the extent it is inconsistent with this Response; (b) allowing NFR's claim in the amount of $70,152.18 and directing that the

2780374/1

Debtor remit payment to NFR within three days of entry of an Order overruling the Claim

Objection; and (c) granting to NFR such other and further relief as is just and appropriate.

Dated:  August 19, 2010          MORRIS JAMES LLP

                                 _____
                                 Jeffrey R. Waxman (Bar No. 4159)
                                 500 Delaware Ave., Suite 1500
                                 Wilmington, Delaware  19801
                                 Telephone:  (302) 888-6800
                                 Facsimile:  (302) 504 3942

                                 and

                                 PHILLIPS LYTLE LLP
                                 Angela Z. Miller, Esq.
                                 3400 HSBC Center
                                 Buffalo, New York  14203-2887
                                 Telephone:  (716) 847-7060
                                 Facsimile:  (716) 852-6100

                                 Attorneys for National Fuel Resources, Inc.

Doc # 01-2389042.1

3

2780374/1