UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 10-10360-MFW |
| Neenah Enterprises, Inc., et al., | Chapter 11<br>(Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE :
: SS:
NEW CASTLE COUNTY :

    I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 19, 2010 I caused to be served:

### RESPONSE OF NATIONAL FUEL RESOURCES, INC. TO THE DEBTORS' SECOND NOTICE OF SATISFIED CLAIMS – CLAIMS SATISFIED PURSUANT TO ASSUMPTION ORDER, CONFIRMATION ORDER AND CONFIRMED PLAN OF REORGANIZATION

    Service was completed upon the following parties listed below in the manner indicated thereon.

Date: August 19, 2010

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 19th day of August, 2010.

_____
Notary Public

Jeffrey Waxman
Attorney at Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del C §4323(a)(3)

2780374/1

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Donald J. Bowman, Jr., Esq.
Kenneth J. Enos, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899
[Counsel for the Debtor]

U.S. Trustee
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Larry J. Nyham, Esq.
Bojan Guzina, Esq.
Kerriann S. Mills, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
[Counsel to the Debtor]

2

2780374/1