# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Related Docket No. 154 |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
GREENBERG TRAURIG, LLP AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 12, 2010**

Upon the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of Neenah Enterprises, Inc., *et al.* (collectively, the "**Debtors**") for entry of an Order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), authorizing the retention and employment of Greenberg Traurig, LLP as counsel for the Committee, *nunc pro tunc* to February 12, 2010; and upon reviewing and considering the Detweiler Affidavit and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Detweiler Affidavit, Greenberg

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2]    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Traurig represents no interest adverse to the Debtors' estates or their creditors, Greenberg Traurig is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Greenberg Traurig's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Application shall be, and hereby is, granted and approved.

2.    The Committee is authorized to retain Greenberg Traurig as its counsel, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to February 12, 2010, to perform the services set forth in the Application.

3.    Greenberg Traurig shall be compensated in accordance with sections 328, 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Rules and any orders of this Court.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date:  April 5, 2010

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

Invoice No.:    2732316                                          Page 1
Matter No.:    125368.010100


## Description of Professional Services Rendered:


ACTION CODE:    803    BUSINESS OPERATIONS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/11/10 | Donald J. Detweiler | Review and analysis of weekly financial report against DIP budget. | 0.30 | 199.50 |
| 05/18/10 | Sandra G. M. Selzer | Review of Morris Anderson 14 Week Report | 0.20 | 99.00 |
| 05/24/10 | Scott D. Cousins | Review weekly budget variance analysis. | 0.10 | 71.00 |
| 05/28/10 | Sandra G. M. Selzer | Review Debtor-In-Possession Monthly Operating Report for Filing Period April 2010 | 0.30 | 148.50 |

Total Hours:    0.90

Total Amount:    $ 518.00


TIMEKEEPER SUMMARY FOR ACTION CODE 803,

BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Scott D. Cousins | 0.10 | 710.00 | 71.00 |
| Donald J. Detweiler | 0.30 | 665.00 | 199.50 |
| Sandra G. M. Selzer | 0.50 | 495.00 | 247.50 |
| Totals: | 0.90 | 575.56    $ | 518.00 |

Invoice No.:    2732316                                                          Page 2
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    804         CASE ADMINISTRATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 05/06/10 | Sandra G. M. Selzer | Review of critical dates | 0.20 | 99.00 |
| 05/06/10 | Elizabeth C. Thomas | Update and distribute critical dates calendar. | 0.10 | 22.00 |
| 05/12/10 | Elizabeth C. Thomas | Distribute upcoming deadlines. | 0.10 | 22.00 |
| 05/17/10 | Sandra G. M. Selzer | Review of critical case dates and deadlines | 0.20 | 99.00 |
| 05/17/10 | Elizabeth C. Thomas | Update and distribute critical dates. | 0.10 | 22.00 |
| 05/25/10 | Elizabeth C. Thomas | Review docket for updates and deadlines. | 0.10 | 22.00 |

Total Hours:    0.80

Total Amount:    $ 286.00

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 804,</u>

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 0.40 | 495.00 | 198.00 |
| Elizabeth C. Thomas | 0.40 | 220.00 | 88.00 |
| Totals: | 0.80 | 357.50 | $    286.00 |

Invoice No.:   2732316                                       Page 3
Matter No.:   125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    805        CLAIMS ADMINISTRATION & OBJECT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/06/10 | Sandra G. M. Selzer | Review Certification of Counsel Regarding Proposed Supplement to Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof | 0.30 | 148.50 |
| 05/10/10 | Sandra G. M. Selzer | Review of Order (SUPPLEMENTAL)Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof | 0.30 | 148.50 |

Total Hours:    0.60

Total Amount:    $ 297.00

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 805,</u>

CLAIMS ADMINISTRATION & OBJECT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 0.60 | 495.00 | 297.00 |
| Totals: | 0.60 | 495.00 | $ 297.00 |

Invoice No.:    2732316                                                    Page 4
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    810    LITIGATION MATTERS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/03/10 | Sandra G. M. Selzer | Review of Motion to Extend the Deadline to File Notices of Removal of Related Claims and Causes of Action | 0.30 | 148.50 |
| | | Total Hours: | 0.30 | |
| | | Total Amount: | | $ 148.50 |

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 810,</u>

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 0.30 | 495.00 | 148.50 |
| Totals: | 0.30 | 495.00 | $ 148.50 |

Invoice No.:    2732316                                                                    Page 5
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    812        PLAN & DISCLOSURE STATEMENT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/03/10 | Sean W. Bezark | Review Updated Disclosure Schedule Exhibits for Neenah Enterprises. | 0.60 | 402.00 |
| 05/03/10 | Sandra G. M. Selzer | Review Notice of Filing of Updated Exhibits to Disclosure Statement for the Amended Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries. | 0.30 | 148.50 |
| 05/06/10 | Donald J. Detweiler | Review and analysis of Proposed Amendment to Plan and Disclosure Statement (.4); e-mail Morris Anderson re: same (.2). | 0.60 | 399.00 |
| 05/06/10 | Donald J. Detweiler | E-mail Debtor re: no objection to Amendment to Disclosure Statement. | 0.20 | 133.00 |
| 05/06/10 | Sandra G. M. Selzer | Review Motion to Approve Certain Modifications to the Disclosure Statement and the Solicitation Procedures Order | 0.40 | 198.00 |
| 05/10/10 | Sean W. Bezark | Review modifications to Neenah Disclosure Statement. | 0.50 | 335.00 |
| 05/10/10 | Scott D. Cousins | Review Debtors' motion to Approve Certain Modifications to the Disclosure Statement and the Solicitation Procedures Order. | 0.40 | 284.00 |
| 05/10/10 | Sandra G. M. Selzer | Review of Notice of Hearing Regarding Motion to Approve Certain Modifications to the Disclosure Statement and the Solicitation Procedures Order | 0.10 | 49.50 |
| 05/10/10 | Sandra G. M. Selzer | Review of Order (I)Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Approving Certain Modifications to the Disclosure Statement and the Solicitation Procedures Order and (II)Shortening the Time for Notice of Such Hearing | 0.10 | 49.50 |
| 05/14/10 | Donald J. Detweiler | Review and analysis of modifications to Plan and Disclosure Statement. | 0.40 | 266.00 |
| 05/14/10 | Sandra G. M. Selzer | Review Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and Solicit Acceptances Thereof | 0.40 | 198.00 |
| 05/14/10 | Sandra G. M. Selzer | Review Order Approving Modifications to the Disclosure Statement and the Solicitation Procedures Order | 0.20 | 99.00 |
| 05/17/10 | Donald J. Detweiler | Review and analysis of Memorandum re: lien and finance issues. | 0.40 | 266.00 |
| 05/18/10 | Sean W. Bezark | Review Debtor's Motion of Extend Exclusivity Period. | 0.30 | 201.00 |

Invoice No.:    2732316                                                    Page 6
Matter No.:     125368.010100

Description of Professional Services Rendered

| 05/18/10 | Donald J. Detweiler | Review and analysis of the Borrowing Base Advance issue and e-mails re: same. | 0.50 | 332.50 |
|----------|---------------------|------------------------------------------------------------------------------|------|--------|
| 05/19/10 | Donald J. Detweiler | Review and analysis of revised plan support documents. | 0.50 | 332.50 |
| 05/20/10 | Donald J. Detweiler | Review and analysis of Plan documents. | 0.40 | 266.00 |
| 05/20/10 | Donald J. Detweiler | Review and analysis of finance documents. | 0.30 | 199.50 |
| 05/20/10 | Donald J. Detweiler | Review update on voting procedures. | 0.20 | 133.00 |
| 05/25/10 | Donald J. Detweiler | Review and analysis of preliminary voting report. | 0.20 | 133.00 |
| 05/25/10 | Donald J. Detweiler | Conference in office with D. Ibrahim re: plan and warrant. | 0.50 | 332.50 |
| 05/26/10 | Sean W. Bezark | Review Objection to Confirmation of Plan by State of Michigan. | 0.20 | 134.00 |
| 05/26/10 | Donald J. Detweiler | Review and analysis of objection to plan confirmation. | 0.60 | 399.00 |
| 05/26/10 | Sandra G. M. Selzer | Review of Objection to Confirmation of Plan (related document(s)[324]) Filed by State Of Michigan,Department Of Treasury | 0.50 | 247.50 |
| 05/26/10 | Sandra G. M. Selzer | Review Certification of Counsel Filed by State Of Michigan,Department Of Treasury | 0.10 | 49.50 |
| 05/27/10 | Donald J. Detweiler | Review and analysis of plan documents; conference in office with K. Terrible and D. Ibrahim re: plan documents. | 1.00 | 665.00 |
| 05/29/10 | Donald J. Detweiler | Review and analysis of Plan and finances. | 3.30 | 2,194.50 |

Total Hours:    13.20

Total Amount:    $ 8,447.00

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sean W. Bezark | 1.60 | 670.00 | 1,072.00 |
| Scott D. Cousins | 0.40 | 710.00 | 284.00 |
| Donald J. Detweiler | 9.10 | 665.00 | 6,051.50 |
| Sandra G. M. Selzer | 2.10 | 495.00 | 1,039.50 |
| Totals: | 13.20 | 639.92 | $    8,447.00 |

Invoice No.:   2732316                                               Page 7

Matter No.:   125368.010100

Description of Professional Services Rendered

ACTION CODE:   813       FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/10 | Sandra G. M. Selzer | Address emails from M Townsend and D Detweiler regarding Morris Anderson fee application | 0.20 | 99.00 |
| 05/03/10 | Elizabeth C. Thomas | Review and comment on MAA first monthly fee application (.2); follow up with M. Townsend regarding same (.1). | 0.30 | 66.00 |
| 05/03/10 | Monica L. Townsend | Review MorrisAnderson fee application (.3); communication re: same (.1). | 0.40 | 174.00 |
| 05/04/10 | Elizabeth C. Thomas | Perfect and e-file affidavit of service regarding first monthly GT fee application. | 0.10 | 22.00 |
| 05/04/10 | Monica L. Townsend | Telephone call with M. Welch re: MorrisAnderson fee application (.1); and follow up re: same (.2). | 0.30 | 130.50 |
| 05/05/10 | Elizabeth C. Thomas | Review/comment on current draft of MAA first fee application. | 0.20 | 44.00 |
| 05/05/10 | Monica L. Townsend | Review revised MorrisAnderson fee application (.9); several communication re: same (.2). | 0.50 | 217.50 |
| 05/07/10 | Monica L. Townsend | Communication from/to M. Welch re: revise MorrisAnderson fee application. | 0.10 | 43.50 |
| 05/08/10 | Monica L. Townsend | Communication from M. Welch re: fee application. | 0.10 | 43.50 |
| 05/10/10 | Monica L. Townsend | Review and revise MorrisAnderson Fee Application (.5); communication to M. Welch re: same (.1). | 0.30 | 130.50 |
| 05/11/10 | Donald J. Detweiler | Review monthly fee applications. | 0.30 | 199.50 |
| 05/11/10 | Sandra G. M. Selzer | Review and respond to emails from E Thomas and K Carlson regarding March Fee application | 0.20 | 99.00 |
| 05/11/10 | Sandra G. M. Selzer | Review and respond to emails from T Brown regarding committee member expenses. | 0.10 | 49.50 |
| 05/11/10 | Elizabeth C. Thomas | Prepare notice to MA&A first monthly fee application (.2); perfect, e-file and serve application (.2); prepare affidavit of service (.1). | 0.50 | 110.00 |
| 05/11/10 | Elizabeth C. Thomas | Confer with S. Selzer regarding status of fee applications. | 0.10 | 22.00 |
| 05/11/10 | Monica L. Townsend | Communication from M. Welch re: MorrisAnderson Fee Application (.1); follow up re: same (.1); finalize same (.2); discuss filing/service of same with E. Thomas (.1). | 0.50 | 217.50 |
| 05/12/10 | Sandra G. M. Selzer | Review of Second Application for Compensation of Ernst & Young LLP for the period March 1, 2010 to March 31, | 0.20 | 99.00 |

Invoice No.:    2732316                                                                                    Page 8
Matter No.:    125368.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | 2010 | | |
| 05/12/10 | Sandra G. M. Selzer | Address emails from E Thomas and D Detweiler regarding CNO for GT February fee application | 0.20 | 99.00 |
| 05/12/10 | Elizabeth C. Thomas | Review docket with respect to first GT fee application (.1); prepare certificate of no objection with respect to same (.1); perfect, e-file and serve same (.1); prepare affidavit of service (.1). | 0.40 | 88.00 |
| 05/12/10 | Monica L. Townsend | Communication E. Thomas re: MorrisAnderson filing and communication to M. Welch and D. Dooley re: same. | 0.10 | 43.50 |
| 05/13/10 | Kerry E. Carlson | Assist with revisions to billing memoranda in connection with monthly applications for compensation. | 0.50 | 120.00 |
| 05/13/10 | Sandra G. M. Selzer | Review of GCG April Invoice | 0.20 | 99.00 |
| 05/24/10 | Sandra G. M. Selzer | Review of Third Application for Compensation of Huron Consulting Services LLC for the period April 1, 2010 to April 30, 2010 | 0.30 | 148.50 |
| 05/25/10 | Kerry E. Carlson | Revise April billing memoranda. | 0.50 | 120.00 |
| 05/25/10 | Elizabeth C. Thomas | Prepare certificate of no objection regarding M A &A first monthly fee application (.1); perfect, e-file and serve same (.1); prepare affidavit of service (.1). | 0.30 | 66.00 |
| 05/25/10 | Monica L. Townsend | Several communications re: MorrisAnderson Fee Application (.1); review CNO and coordinate filing and service of same (.2). | 0.30 | 130.50 |
| 05/28/10 | Sandra G. M. Selzer | Review Monthly Application for Compensation of Sidley Austin LLP for the period April 1, 2010 to April 30, 2010 | 0.30 | 148.50 |
| 05/28/10 | Elizabeth C. Thomas | Perfect and e-file affidavit of service regarding certificate of no objection with respect to MA&A first fee application. | 0.10 | 22.00 |

Total Hours:        7.60

Total Amount:        $ 2,852.00

Invoice No.:    2732316
Matter No.:    125368.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

    FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Donald J. Detweiler | 0.30 | 665.00 | 199.50 |
| Sandra G. M. Selzer | 1.70 | 495.00 | 841.50 |
| Monica L. Townsend | 2.60 | 435.00 | 1,131.00 |
| Kerry E. Carlson | 1.00 | 240.00 | 240.00 |
| Elizabeth C. Thomas | 2.00 | 220.00 | 440.00 |
| Totals: | 7.60 | 375.26 | $ 2,852.00 |

Invoice No.:    2732316                                                    Page 10
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    831        CREDITORS' COMMITTEE - GENERAL

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 05/04/10 | Scott D. Cousins | Attend weekly committee call. | 0.50 | 355.00 |
| 05/04/10 | Donald J. Detweiler | Prepare for and participate in weekly Committee conference call. | 0.50 | 332.50 |
| 05/11/10 | Donald J. Detweiler | Review Plan documents and financial reports for weekly call. | 1.00 | 665.00 |
| 05/11/10 | Sandra G. M. Selzer | Preparation of call agenda for 5/11 | 0.40 | 198.00 |
| 05/11/10 | Sandra G. M. Selzer | Participate in committee conference call, take notes for preparation of minutes | 0.30 | 148.50 |
| 05/18/10 | Donald J. Detweiler | Prepare for and participate in Committee call. | 0.50 | 332.50 |
| 05/18/10 | Sandra G. M. Selzer | Participate in committee conference call, take notes for preparation of minutes | 0.30 | 148.50 |
| 05/18/10 | Sandra G. M. Selzer | Draft email to committee cancelling 5/18 call | 0.10 | 49.50 |
| 05/18/10 | Sandra G. M. Selzer | Prepare agenda for 5/18 call | 0.40 | 198.00 |
| 05/25/10 | Sandra G. M. Selzer | Draft email to committee regarding cancellation of call | 0.10 | 49.50 |
| 05/27/10 | Sandra G. M. Selzer | Draft email to committee members cancelling call | 0.10 | 49.50 |

Total Hours:    4.20

Total Amount:    $ 2,526.50

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 831,</u>

CREDITORS' COMMITTEE - GENERAL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Scott D. Cousins | 0.50 | 710.00 | 355.00 |
| Donald J. Detweiler | 2.00 | 665.00 | 1,330.00 |
| Sandra G. M. Selzer | 1.70 | 495.00 | 841.50 |
| Totals: | 4.20 | 601.55 | $   2,526.50 |

Invoice No.:    2732316
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    833    COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/12/10 | Sandra G. M. Selzer | Review Notice of Agenda of Matters Scheduled for Hearing Filed by Neenah Enterprises, Inc. | 0.20 | 99.00 |
| 05/14/10 | Donald J. Detweiler | Prepare for upcoming hearing. | 0.20 | 133.00 |

Total Hours:    0.40

Total Amount:    $ 232.00

TIMEKEEPER SUMMARY FOR ACTION CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Donald J. Detweiler | 0.20 | 665.00 | 133.00 |
| Sandra G. M. Selzer | 0.20 | 495.00 | 99.00 |
| Totals: | 0.40 | 580.00 | $    232.00 |

Description of Professional Services Rendered

ACTION CODE:     834     GENERAL CORPORATE MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/12/10 | Diane N. Ibrahim | Review and respond to email from D. Detweiler regarding review of corporate organizational documents. | 0.10 | 36.50 |
| 05/13/10 | Diane N. Ibrahim | Review and provide comments to corporate organizational documents for Neenah Enterprises, Inc. | 1.80 | 657.00 |
| 05/14/10 | Diane N. Ibrahim | Review and provide comments to corporate organizational documents. | 1.10 | 401.50 |
| 05/17/10 | Donald J. Detweiler | Review and analysis of warrant and issues with warrant. | 0.50 | 332.50 |
| 05/17/10 | Diane N. Ibrahim | Review corporate organizational documents (.6); emails with D. Detweiler regarding same (.1); review and respond to email from D. Detweiler regarding warrant (.1). | 0.80 | 292.00 |
| 05/18/10 | Diane N. Ibrahim | Review warrant. | 1.60 | 584.00 |
| 05/19/10 | Diane N. Ibrahim | Emails with D. Detweiler regarding charter, bylaws and warrant (.1); review revisions to charter and bylaws (.3). | 0.40 | 146.00 |
| 05/20/10 | Donald J. Detweiler | Review and analysis of corporate governance issues with D. Ibrahim. | 0.40 | 266.00 |
| 05/20/10 | Diane N. Ibrahim | Meeting with K. Terribile regarding warrant. | 0.10 | 36.50 |
| 05/24/10 | Donald J. Detweiler | Review and analysis of Indenture forwarded by Debtor counsel. | 0.40 | 266.00 |
| 05/24/10 | Diane N. Ibrahim | Emails regarding indenture. | 0.10 | 36.50 |
| 05/25/10 | Diane N. Ibrahim | Review correspondence regarding indenture (.1); meeting with K. Terribile and D. Detweiler regarding review of indenture and organizational documents (.2); review warrant, indenture and charter and bylaws (2.6); meeting with K. Terribile regarding preemptive rights in charter (.1). | 3.10 | 1,131.50 |
| 05/25/10 | Kelly A. Terribile | Meeting D. Detweiler and D. Ibrahim regarding review of corporate documents and indenture (.2); meeting D. Ibrahim regarding preemptive rights provision of charter (.1); meeting D. Ibrahim regarding indenture trustee fee provision (.1). | 0.40 | 232.00 |
| 05/26/10 | Diane N. Ibrahim | Complete review of indenture (.6); meeting with D. Detweiler regarding indenture, warrant, charter and bylaws (.2). | 0.80 | 292.00 |
| 05/28/10 | Donald J. Detweiler | Review and analysis of corporate documents and changes to same made by Noteholders; conference in office with D. Ibrahim re: corporate documents. | 1.60 | 1,064.00 |

Invoice No.:    2732316
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

| 05/28/10 | Donald J. Detweiler | Review and analysis of corporate governance term sheet. | 0.30 | 199.50 |
|---|---|---|---|---|

Total Hours:    13.50

Total Amount:    $ 5,973.50

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 834,</u>

### GENERAL CORPORATE MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Donald J. Detweiler | 3.20 | 665.00 | 2,128.00 |
| Kelly A. Terribile | 0.40 | 580.00 | 232.00 |
| Diane N. Ibrahim | 9.90 | 365.00 | 3,613.50 |
| Totals: | 13.50 | 442.48 | $    5,973.50 |

Invoice No.:    2732316
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 1.60 | 670.00 | 1,072.00 |
| Scott D. Cousins | 1.00 | 710.00 | 710.00 |
| Donald J. Detweiler | 15.10 | 665.00 | 10,041.50 |
| Kelly A. Terribile | 0.40 | 580.00 | 232.00 |
| Diane N. Ibrahim | 9.90 | 365.00 | 3,613.50 |
| Sandra G. M. Selzer | 7.50 | 495.00 | 3,712.50 |
| Monica L. Townsend | 2.60 | 435.00 | 1,131.00 |
| Kerry E. Carlson | 1.00 | 240.00 | 240.00 |
| Elizabeth C. Thomas | 2.40 | 220.00 | 528.00 |
| Totals: | 41.50 | 512.78 | $    21,280.50 |

| | | Page 15 |
|---|---|---|
| Invoice No.: | 2732316 | |
| Re: | Chapter 11 Representation | |
| Matter No.: | 125368.010100 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/01/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED TO: 4/1/; Document Type: PACER: DOCKET REPORT; Date: 04/01/2010; Atty Code: 5683; Amount: 1.20 | $ | 1.20 |
| 04/05/10 | Search Criteria: 10-10360-MFW DOCUMENT 208-0; Document Type: PACER: IMAGE208-0; Date: 04/05/2010; Atty Code: ECT; Amount: 0.24 | $ | 0.24 |
| 04/05/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 3/2; Document Type: PACER: DOCKET REPORT; Date: 04/05/2010; Atty Code: ECT; Amount: 0.24 | $ | 0.24 |
| 04/09/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 2/8; Document Type: PACER: DOCKET REPORT; Date: 04/09/2010; Atty Code: ECT; Amount: 0.72 | $ | 0.72 |
| 04/09/10 | Search Criteria: LNAME: CATHOLIC; Document Type: PACER: SEARCH; Date: 04/09/2010; Atty Code: ECT; Amount: 0.08 | $ | 0.08 |
| 04/12/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 4/5; Document Type: PACER: DOCKET REPORT; Date: 04/12/2010; Atty Code: ECT; Amount: 0.40 | $ | 0.40 |
| 04/13/10 | Search Criteria: 09-10235-BLS DOCUMENT 4329-0; Document Type: PACER: IMAGE4329-0; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.72 | $ | 0.72 |
| 04/13/10 | Search Criteria: 09-10235-BLS DOCUMENT 4330-0; Document Type: PACER: IMAGE4330-0; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.48 | $ | 0.48 |
| 04/13/10 | Search Criteria: 09-10235-BLS FIL OR ENT: FILED TO: 4/13; Document Type: PACER: DOCKET REPORT; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 09-10235-BLS FIL OR ENT: FILED FROM: 1/2; Document Type: PACER: DOCKET REPORT; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 08-11525-BLS FIL OR ENT: FILED FROM: 12/; Document Type: PACER: DOCKET REPORT; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 08-11525-BLS FIL OR ENT: FILED FROM: 9/1; Document Type: PACER: DOCKET REPORT; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 08-51457-BLS; Document Type: PACER: ASSOCIATED CASES; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/13/10 | Search Criteria: 09-13046-BLS DOCUMENT 802-3; Document Type: PACER: IMAGE802-3; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 09-13046-BLS FIL OR ENT: FILED TO: 4/13; Document Type: PACER: DOCKET REPORT; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 09-13449-BLS; Document Type: PACER: ASSOCIATED CASES; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |

| Invoice No.: | 2732316 | | Page 16 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

Description of Expenses Billed

| 04/13/10 | Search Criteria: 09-13449-BLS FIL OR ENT: FILED TO: 4/13; Document Type: PACER: DOCKET REPORT; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 09-51067-BLS;  Document Type: PACER: ASSOCIATED CASES; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/13/10 | Search Criteria: 10-10360-MFW DOCUMENT 180-0;  Document Type: PACER: IMAGE180-0; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 10-10360-MFW DOCUMENT 181-0;  Document Type: PACER: IMAGE181-0; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/13/10 | Search Criteria: 10-10360-MFW DOCUMENT 272-0;  Document Type: PACER: IMAGE272-0; Date: 04/13/2010; Atty Code: DDJ; Amount: 2.00 | $ | 2.00 |
| 04/13/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 2/1; Document Type: PACER: DOCKET REPORT; Date: 04/13/2010; Atty Code: DDJ; Amount: 1.12 | $ | 1.12 |
| 04/13/10 | Search Criteria: 10-10362-MFW;  Document Type: PACER: ASSOCIATED CASES; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/13/10 | Search Criteria: LNAME: ACCURIDE;  Document Type: PACER: SEARCH; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/13/10 | Search Criteria: LNAME: NEENAH;  Document Type: PACER: SEARCH; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/13/10 | Search Criteria: LNAME: SEMCRUDE;  Document Type: PACER: SEARCH; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/13/10 | Search Criteria: LNAME: SMURFIT;  Document Type: PACER: SEARCH; Date: 04/13/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/19/10 | Search Criteria: 10-10360-MFW DOCUMENT 298-5;  Document Type: PACER: IMAGE298-5; Date: 04/19/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/19/10 | Search Criteria: 10-10360-MFW DOCUMENT 299-1;  Document Type: PACER: IMAGE299-1; Date: 04/19/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/19/10 | Search Criteria: 10-10951-BLS FIL OR ENT: FILED TO: 4/19; Document Type: PACER: DOCKET REPORT; Date: 04/19/2010; Atty Code: DDJ; Amount: 0.56 | $ | 0.56 |
| 04/20/10 | Search Criteria: 10-10360-MFW DOCUMENT 154-0;  Document Type: PACER: IMAGE154-0; Date: 04/20/2010; Atty Code: KEC; Amount: 0.72 | $ | 0.72 |
| 04/20/10 | Search Criteria: 10-10360-MFW DOCUMENT 250-0;  Document Type: PACER: IMAGE250-0; Date: 04/20/2010; Atty Code: KEC; Amount: 0.16 | $ | 0.16 |
| 04/20/10 | Search Criteria: 10-10360-MFW DOCUMENT 299-1;  Document Type: PACER: IMAGE299-1; Date: 04/20/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/20/10 | Search Criteria: 10-10360-MFW DOCUMENT 299-2;  Document Type: PACER: IMAGE299-2; Date: 04/20/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |

| Invoice No.: | 2732316 | Page 17 |
|---|---|---|
| Re: | Chapter 11 Representation | |
| Matter No.: | 125368.010100 | |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 04/20/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 2/1; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: DDJ; Amount: 1.20 | $ | 1.20 |
| 04/20/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 2/1; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 1.20 | $ | 1.20 |
| 04/20/10 | Search Criteria: 10-10362-MFW;  Document Type: PACER: ASSOCIATED CASES; Date: 04/20/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/20/10 | Search Criteria: 10-10362-MFW FIL OR ENT: FILED FROM: 2/1; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/20/10 | Search Criteria: 10-10951-BLS DOCUMENT 45-0;  Document Type: PACER: IMAGE45-0; Date: 04/20/2010; Atty Code: DDJ; Amount: 0.64 | $ | 0.64 |
| 04/20/10 | Search Criteria: 10-10951-BLS FIL OR ENT: FILED TO: 4/20; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: DDJ; Amount: 0.56 | $ | 0.56 |
| 04/20/10 | Search Criteria: 10-10951-BLS FIL OR ENT: FILED TO: 4/20; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: DDJ;  Amount: 0.56 | $ | 0.56 |
| 04/20/10 | Search Criteria: LNAME: NEENAH;  Document Type: PACER: SEARCH; Date: 04/20/2010; Atty Code: DDJ;  Amount: 0.08 | $ | 0.08 |
| 04/20/10 | Search Criteria: 09-10244-RDD FIL OR ENT: FILED FROM: 1/6; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 2.40 | $ | 2.40 |
| 04/20/10 | Search Criteria: 09-10497-RDD FIL OR ENT: FILED FROM: 1/6; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 2.40 | $ | 2.40 |
| 04/20/10 | Search Criteria: 09-10691-REG FIL OR ENT: FILED FROM: 1/6; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 2.40 | $ | 2.40 |
| 04/20/10 | Search Criteria: 09-10691-REG FIL OR ENT: FILED FROM: 4/6; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 2.40 | $ | 2.40 |
| 04/20/10 | Search Criteria: 09-30070-TMB11 DOCUMENT 131-0;  Document Type: PACER: IMAGE131-0; Date: 04/20/2010; Atty Code: KEC; Amount: 0.48 | $ | 0.48 |
| 04/20/10 | Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED  DOC F; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 0.56 | $ | 0.56 |
| 04/20/10 | Search Criteria: 08-02560 DOCUMENT 97-0;  Document Type: PACER: IMAGE97-0; Date: 04/20/2010; Atty Code: KEC; Amount: 0.08 | $ | 0.08 |
| 04/20/10 | Search Criteria: 08-02560 FIL OR ENT: FILED FROM: 12/21/2; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 0.16 | $ | 0.16 |
| 04/20/10 | Search Criteria: 08-02560 FIL OR ENT: FILED FROM: 12/21/2; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 0.16 | $ | 0.16 |

| | | | |
|---|---|---|---|
| Invoice No.: | 2732316 | | Page 18 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

## Description of Expenses Billed

| | | | |
|---|---|---|---|
| 04/20/10 | Search Criteria: 09-50026-REG DOCUMENT 953-0;  Document Type: PACER: IMAGE953-0; Date: 04/20/2010; Atty Code: KEC; Amount: 2.32 | $ | 2.32 |
| 04/20/10 | Search Criteria: 09-50026-REG FIL OR ENT: FILED FROM: 6/1; Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 2.40 | $ | 2.40 |
| 04/20/10 | Search Criteria: LNAME: SPRING POINTE;  Document Type: PACER: SEARCH; Date: 04/20/2010; Atty Code: KEC; Amount: 0.08 | $ | 0.08 |
| 04/20/10 | Search Criteria: 6:09-CV-06056-HO;  Document Type: PACER: DOCKET REPORT; Date: 04/20/2010; Atty Code: KEC; Amount: 2.40 | $ | 2.40 |
| 04/20/10 | Search Criteria: 6:09-CV-06056-HO DOCUMENT 631-0;  Document Type: PACER: IMAGE 631-0; Date: 04/20/2010; Atty Code: KEC; Amount: 0.40 | $ | 0.40 |
| 04/20/10 | Search Criteria: LAST NAME: SPRING POINT;  Document Type: PACER: SEARCH;  Date: 04/20/2010;  Atty Code: KEC; Amount: 0.08 | $ | 0.08 |
| 04/21/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 4/1; Document Type: PACER: DOCKET REPORT; Date: 04/21/2010; Atty Code: ECT; Amount: 0.24 | $ | 0.24 |
| 04/23/10 | VENDOR: Delaware Corporation Organizers, Inc.; INVOICE#: 66590; DATE: 4/23/2010 -  Neenah Enterprises Inc - Professional services, obtaining UCC search and copies of all financing statments and amendments. | $ | 159.00 |
| 04/27/10 | Search Criteria: 10-10360-MFW DOCUMENT 311-0;  Document Type: PACER: IMAGE311-0; Date: 04/27/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/27/10 | Search Criteria: 10-10360-MFW DOCUMENT 312-0;  Document Type: PACER: IMAGE312-0; Date: 04/27/2010; Atty Code: DDJ; Amount: 0.16 | $ | 0.16 |
| 04/27/10 | Search Criteria: 10-10360-MFW DOCUMENT 312-1;  Document Type: PACER: IMAGE312-1; Date: 04/27/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/27/10 | Search Criteria: 10-10360-MFW DOCUMENT 312-2;  Document Type: PACER: IMAGE312-2; Date: 04/27/2010; Atty Code: DDJ; Amount: 2.40 | $ | 2.40 |
| 04/27/10 | Search Criteria: 10-10360-MFW DOCUMENT 314-0;  Document Type: PACER: IMAGE314-0; Date: 04/27/2010; Atty Code: DDJ; Amount: 0.24 | $ | 0.24 |
| 04/27/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 2/2; Document Type: PACER: DOCKET REPORT; Date: 04/27/2010; Atty Code: DDJ; Amount: 1.20 | $ | 1.20 |
| 04/28/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED  TO: 4/28; Document Type: PACER: DOCKET REPORT; Date: 04/28/2010; Atty Code: ECT; Amount: 1.76 | $ | 1.76 |
| 04/28/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 4/2; Document Type: PACER: DOCKET REPORT; Date: 04/28/2010; Atty Code: ECT; Amount: 0.24 | $ | 0.24 |
| 04/30/10 | Search Criteria: 09-13560-CSS DOCUMENT 454-0;  Document Type: PACER: IMAGE454-0; Date: 04/30/2010; Atty Code: DDJ; Amount: 0.24 | $ | 0.24 |

# EXHIBIT C

| | | | |
|---|---|---|---|
| Invoice No.: | 2732316 | | Page 19 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

<u>Description of Expenses Billed</u>

| | | | |
|---|---|---|---|
| 04/30/10 | Search Criteria: 09-13560-CSS DOCUMENT 461-0;  Document Type: PACER: IMAGE461-0; Date: 04/30/2010; Atty Code: DDJ; Amount: 0.08 | $ | 0.08 |
| 04/30/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 3/1; Document Type: PACER: DOCKET REPORT; Date: 04/30/2010; Atty Code: DDJ;  Amount: 0.72 | $ | 0.72 |
| 04/30/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 3/1; Document Type: PACER: DOCKET REPORT; Date: 04/30/2010; Atty Code: DDJ;  Amount: 0.72 | $ | 0.72 |
| 04/30/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 3/1; Document Type: PACER: DOCKET REPORT; Date: 04/30/2010; Atty Code: DDJ;  Amount: 0.72 | $ | 0.72 |
| 04/30/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 3/1; Document Type: PACER: DOCKET REPORT; Date: 04/30/2010; Atty Code: DDJ;  Amount: 0.72 | $ | 0.72 |
| 04/30/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 3/1; Document Type: PACER: DOCKET REPORT; Date: 04/30/2010; Atty Code: DDJ;  Amount: 0.72 | $ | 0.72 |
| 04/30/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 4/1; Document Type: PACER: DOCKET REPORT; Date: 04/30/2010; Atty Code: 5683; Amount: 0.32 | $ | 0.32 |
| 05/02/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT050210 DATE: 5/2/2010 Conferencing Services Invoice Date 100427 User DDJ Client Code 125368.010100 Matter Code | $ | 14.80 |
| 05/09/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT050910 DATE: 5/9/2010 Conferencing Services Invoice Date 100504 User DDJ Client Code 125368.010100 Matter Code | $ | 3.27 |
| 05/09/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT050910 DATE: 5/9/2010 Conferencing Services Invoice Date 100508 User DDJ Client Code 125368.010100 Matter Code | $ | 32.71 |
| 05/11/10 | Copy; 115 Page(s) by 000018 | $ | 11.50 |
| 05/12/10 | Copy; 107 Page(s) by 000018 | $ | 10.70 |
| 05/16/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT051610 DATE: 5/16/2010 Conferencing Services Invoice Date 100510 User DDJ Client Code 125368.010100 Matter Code | $ | 13.43 |
| 05/16/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT051610 DATE: 5/16/2010 Conferencing Services Invoice Date 100511 User DDJ Client Code 125368.010100 Matter Code | $ | 3.95 |
| 05/16/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT051610 DATE: 5/16/2010 Conferencing Services Invoice Date 100513 User DDJ Client Code 125368.010100 Matter Code | $ | 22.61 |

| Invoice No.: | 2732316 | | Page 20 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

<u>Description of Expenses Billed</u>

| | | | |
|---|---|---|---|
| 05/23/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT052310 DATE: 5/23/2010 | $ | 15.62 |
| | Conferencing Services Invoice Date 100517 User DDJ Client Code 125368.010100 Matter Code | | |
| 05/23/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT052310 DATE: 5/23/2010 | $ | 7.07 |
| | Conferencing Services Invoice Date 100521 User DDJ Client Code 125368.010100 Matter Code | | |
| 05/25/10 | Copy; 15 Page(s) by 000018 | $ | 1.50 |
| | | Total Expenses: $ | 375.04 |