UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 10-10360-MFW |
| Neenah Enterprises, Inc., et al., | Chapter 11 (Jointly Administered) |
| Debtors. | Ref. Docket No. 680 |

**NOTICE OF WITHDRAWAL OF RESPONSE OF NATIONAL FUEL RESOURCES, INC. TO THE DEBTORS' SECOND NOTICE OF SATISFIED CLAIMS – CLAIMS SATISFIED PURSUANT TO ASSUMPTION ORDER, CONFIRMATION ORDER AND CONFIRMED PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE THAT** the undersigned, as counsel for National Fuel Resources, Inc. ("NFR"), hereby withdraws, without prejudice, the Response of National Fuel Resources, Inc. to the Debtors' Second Notice of Satisfied Claims-Claims Satisfied Pursuant to Assumption Order, Confirmation Order and Confirmed Plan of Reorganization [Docket No. 680], as filed with the United States Bankruptcy Court for the District of Delaware on August 19, 2010.

Dated: August 20, 2010

MORRIS JAMES LLP

/s/ JWC

Jeffrey R. Waxman (Bar No. 4159)
500 Delaware Ave., Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 504 3942

and

PHILLIPS LYTLE LLP
Angela Z. Miller, Esq.
3400 HSBC Center
Buffalo, New York 14203-2887
Telephone: (716) 847-7060
Facsimile: (716) 852-6100

Attorneys for National Fuel Resources, Inc.

2780374/1