# **Exhibit B**

Ernst & Young LLP  
6/1/2010 - 6/30/2010  
Expense Detail

Exhibit B

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 24-May-2010 | 5.31 | Out of Town Travel: Breakfast |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 25-May-2010 | 5.31 | Out of Town Travel: Breakfast |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 26-May-2010 | 5.31 | Out of Town Travel: Breakfast |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 27-May-2010 | 5.31 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 07-Jun-2010 | 16.07 | Out of Town Travel: Breakfast |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 08-Jun-2010 | 5.75 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 08-Jun-2010 | 17.52 | Out of Town Travel: Breakfast |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 09-Jun-2010 | 5.75 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 09-Jun-2010 | 16.88 | Out of Town Travel: Breakfast |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 10-Jun-2010 | 5.75 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 10-Jun-2010 | 18.11 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 11-Jun-2010 | 17.32 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 14-Jun-2010 | 17.01 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 15-Jun-2010 | 16.41 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 16-Jun-2010 | 18.22 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 17-Jun-2010 | 15.84 | Out of Town Travel: Breakfast |
| Haw,Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Breakfast while out-of-town for the Neenah engagement | 18-Jun-2010 | 17.87 | Out of Town Travel: Breakfast |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 23-May-2010 | 23.47 | Out of Town Travel: Dinner |
| Brown,Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 24-May-2010 | 19.15 | Out of Town Travel: Dinner |

Ernst & Young LLP
6/1/2010 - 6/30/2010
Expense Detail

Exhibit B

| Name | Level | Description | Date | Amount | Category |
|---|---|---|---|---|---|
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 25-May-2010 | 34.00 | Out of Town Travel: Dinner |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT | 07-Jun-2010 | 21.50 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Dinner at Neenah, WI during client serving. | 07-Jun-2010 | 32.20 | Out of Town Travel: Dinner |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 07-Jun-2010 | 23.47 | Out of Town Travel: Dinner |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Dinner while out-of-town for the Neenah engagement | 07-Jun-2010 | 6.80 | Out of Town Travel: Dinner |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 08-Jun-2010 | 17.57 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Out-of-town dinner for myself, S. Sterr, and T. Haw. | 08-Jun-2010 | 61.06 | Out of Town Travel: Dinner |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Meal expense while conducting Dalton ITRA WT and Testing | 09-Jun-2010 | 19.12 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | out-of-town dinner during client serving | 10-Jun-2010 | 34.58 | Out of Town Travel: Dinner |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 10-Jun-2010 | 23.76 | Out of Town Travel: Dinner |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Dinner while out-of-town for the Neenah engagement | 10-Jun-2010 | 8.14 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | out-of-town dinner during client serving | 11-Jun-2010 | 16.71 | Out of Town Travel: Dinner |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 11-Jun-2010 | 23.22 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Dinner consumed during the drive to Warsaw, IN for client engagement | 13-Jun-2010 | 8.84 | Out of Town Travel: Dinner |
| Stull, Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Sunday dinner while travelling to Dalton Corp in Warsaw, IN from Milwaukee, WI | 13-Jun-2010 | 8.45 | Out of Town Travel: Dinner |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 14-Jun-2010 | 24.11 | Out of Town Travel: Dinner |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Dinner while out-of-town for the Neenah engagement | 14-Jun-2010 | 6.14 | Out of Town Travel: Dinner |
| Stull, Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Dinner for myself and S. Chen while working on Dalton Corp in Warsaw, IN. | 14-Jun-2010 | 66.98 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | out-of-town dinner for myself and M. Stull during engagement at Warsaw, IN. | 15-Jun-2010 | 81.95 | Out of Town Travel: Dinner |

Ernst & Young LLP  
6/1/2010 - 6/30/2010  
Expense Detail

Exhibit B

| | | | | | |
|---|---|---|---|---|---|
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 15-Jun-2010 | 24.14 | Out of Town Travel: Dinner |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Dinner while out-of-town for the Neenah engagement | 15-Jun-2010 | 9.32 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | out-of-town dinner for myself and M. Stull during engagement at Warsaw, IN. | 16-Jun-2010 | 36.46 | Out of Town Travel: Dinner |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 16-Jun-2010 | 22.43 | Out of Town Travel: Dinner |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Dinner while out-of-town for the Neenah engagement | 16-Jun-2010 | 8.14 | Out of Town Travel: Dinner |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | out-of-town dinner for myself and M. Stull during engagement at Warsaw, IN. | 17-Jun-2010 | 45.15 | Out of Town Travel: Dinner |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 17-Jun-2010 | 23.97 | Out of Town Travel: Dinner |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Dinner while out-of-town for the Neenah engagement | 17-Jun-2010 | 8.14 | Out of Town Travel: Dinner |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Dinner while out-of-town for the Neenah engagement | 18-Jun-2010 | 23.02 | Out of Town Travel: Dinner |
| Leonardson, Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Hotel stay for early am audit meeting (2 nights @ $109.06/night) | 14-May-2010 | 218.11 | Out of Town Travel: Lodging |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting Dalton ITRA WT and Testing. (4 nights @ $115.26/night) | 27-May-2010 | 461.04 | Out of Town Travel: Lodging |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting ITRA WT & Testing. (3 nights @ $110.99/night) | 10-Jun-2010 | 332.97 | Out of Town Travel: Lodging |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Hotel charge incurred while working on Neenah Foundry Company engagement (4 nights @ $132.09/night) | 10-Jun-2010 | 528.36 | Out of Town Travel: Lodging |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Trvel to Neenah for Foundry (4 nights @ $132.09/night) | 11-Jun-2010 | 528.36 | Out of Town Travel: Lodging |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Hotel charge incurred while working on Neenah Foundry Company engagement (5 nights @ $105.67/night) | 11-Jun-2010 | 528.35 | Out of Town Travel: Lodging |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | travel to Warsaw, IN for Dalton Corporation. (5 nights @ $110.88/night) | 18-Jun-2010 | 554.40 | Out of Town Travel: Lodging |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Hotel charge incurred while working on Neenah Foundry Company engagement (5 nights @ $114.55/night) | 18-Jun-2010 | 572.75 | Out of Town Travel: Lodging |

Ernst & Young LLP
6/1/2010 - 6/30/2010
Expense Detail

Exhibit B

| Name | Grade | Description | Date | Amount | Category |
|---|---|---|---|---|---|
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Hotel charge incurred while working on Neenah Foundry Company engagement (4 nights @ $98.79/night) | 18-Jun-2010 | 395.16 | Out of Town Travel: Lodging |
| Stull, Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Hotel for 5 nights while in Warsaw, IN working on Dalton Corp (5 nights @ $110.88/night) | 18-Jun-2010 | 554.40 | Out of Town Travel: Lodging |
| Leonardson, Michael J (US011258268) | Partner/Principal-Grade 1 (111) | To/from client site\\Milwaukee-Neenah (200 miles @ $0.50/mile) | 03-May-2010 | 100.00 | Out of Town Travel: Mileage: Ground Trans |
| Leonardson, Michael J (US011258268) | Partner/Principal-Grade 1 (111) | To/from client site\\Milwaukee-Neenah (200 miles @ $0.50/mile) | 10-May-2010 | 100.00 | Out of Town Travel: Mileage: Ground Trans |
| Leonardson, Michael J (US011258268) | Partner/Principal-Grade 1 (111) | To/from Chicago for audit committee meeting\\Milwaukee-Chicago (184 miles @ $0.50/mile -- travel days 5/12 & 5/14) | 12-May-2010 | 92.00 | Out of Town Travel: Mileage: Ground Trans |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting Dalton ITRA WT and Testing. Daily drive mileage from hotel to client \\Mishawaka - Warsaw (92 miles @ $0.50/mile) | 24-May-2010 | 46.00 | Out of Town Travel: Mileage: Ground Trans |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting Dalton ITRA WT and Testing. Daily drive mileage from hotel to client \\Mishawaka - Warsaw (92 miles @ $0.50/mile) | 25-May-2010 | 46.00 | Out of Town Travel: Mileage: Ground Trans |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting Dalton ITRA WT and Testing. Daily drive mileage from hotel to client \\Mishawaka - Warsaw (92 miles @ $0.50/mile) | 26-May-2010 | 46.00 | Out of Town Travel: Mileage: Ground Trans |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting Dalton ITRA WT and Testing. Daily drive mileage from hotel to client \\Mishawaka - Warsaw (92 miles @ $0.50/mile) | 27-May-2010 | 46.00 | Out of Town Travel: Mileage: Ground Trans |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting Dalton ITRA WT and Testing. Round trip travel from from Waukesha to Dalton in Warsaw, IN.\\Waukesha - Warsaw, IN (486 miles @ $0.50/mile -- travel 5/23 & 5/27) | 27-May-2010 | 243.00 | Out of Town Travel: Mileage: Ground Trans |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Travel mileage incurred for the Neenah Foundry engagement. \\Milwaukee, WI to Neenah, WI (102 miles @ $0.50/mile) | 07-Jun-2010 | 51.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 08-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |

Ernst & Young LLP
6/1/2010 - 6/30/2010
Expense Detail

Exhibit B

| Name | Rank | Description | Date | Amount | Category |
|---|---|---|---|---|---|
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel.\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 09-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting ITRA WT & Testing. Round trip travel from Waukesha to Neenah, WI for Neenah Foundry ITRA work.\\Waukesha - Neenah (232 miles @ $0.50/mile) | 10-Jun-2010 | 116.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel.\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 10-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Trvel to Neenah for Foundry audit\\home and client site (306 miles @ $0.50/mile) | 11-Jun-2010 | 153.00 | Out of Town Travel: Mileage: Ground Trans |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Travel mileage incurred for the Neenah Foundry engagement. \\Milwaukee, WI to Neenah, WI (102 miles @ $0.50/mile) | 11-Jun-2010 | 51.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel.\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 11-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Milwaukee, WI to Neenah, WI (208 miles @ $0.50/mile -- travel 6/7 & 6/11) | 11-Jun-2010 | 104.00 | Out of Town Travel: Mileage: Ground Trans |
| Stull, Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Mileage roundtrip from Home to Dalton Foundry in Warsaw, In. 234 miles each way. \\home to Dalton Foundry r/t (468 miles @ $0.50/mile -- travel 6/13 and 6/18) | 13-Jun-2010 | 234.00 | Out of Town Travel: Mileage: Ground Trans |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Travel mileage incurred for the Neenah Foundry engagement. \\Milwaukee, WI to Neenah, WI (102 miles @ $0.50/mile) | 14-Jun-2010 | 51.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel.\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 15-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel.\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 16-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel.\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 17-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |
| Haw, Timothy D. (US012703147) | Staff/Assistant-Grade 3 (443) | Travel mileage incurred for the Neenah Foundry engagement. \\Milwaukee, WI to Neenah, WI (102 miles @ $0.50/mile) | 18-Jun-2010 | 51.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | From client site to hotel.\\Neenah, WI to Appleton, WI (10 miles @ $0.50/mile) | 18-Jun-2010 | 5.00 | Out of Town Travel: Mileage: Ground Trans |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Milwaukee, WI to Neenah, WI (208 miles @ $0.50/mile -- travel 6/14 & 6/18) | 18-Jun-2010 | 104.00 | Out of Town Travel: Mileage: Ground Trans |

Ernst & Young LLP  
6/1/2010 - 6/30/2010  
Expense Detail

Exhibit B

| Name | Rank | Description | Date | Amount | Category |
|---|---|---|---|---|---|
| Terrell, Brian G. (US012491467) | Staff/Assistant-Grade 3 (443) | Inventory observation in Neenah, Wisconsin. \\home to Client site in Neenah, Wisconsin and back (182 miles @ $0.50/mile) | 25-Jun-2010 | 91.00 | Out of Town Travel: Mileage: Ground Trans |
| Leonardson, Michael J (US011258268) | Partner/Principal-Grade 1 (111) | hotel stay parking (for early am audit meeting) | 14-May-2010 | 48.00 | Out of Town Travel: Parking: Ground Trans |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Expenses while conducting Dalton ITRA WT and Testing. Tolls for round trip travel.\\Waukesha - Warsaw | 27-May-2010 | 22.00 | Out of Town Travel: Tolls: Ground Trans |

7,480.63