IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 651, 680** |

## CERTIFICATION OF COUNSEL REGARDING SECOND NOTICE OF SATISFIED CLAIMS

The undersigned, counsel to the above captioned reorganized debtors (collectively, the "Debtors"), hereby certifies that:

1. On July 30, 2010, the Debtors filed the *Second Notice of Satisfied Claims* (the "Notice") [D.I. 651]. Responses, if any, to the Notice were required to have been filed with the Court and served on counsel to the Debtors no later than 4:00 p.m. (ET) on August 19, 2010 (the "Response Deadline").

2. Counsel for the Debtors received a response to the Notice from National Fuel Resources, Inc. on August 19, 2010 [D.I. 680], which was subsequently withdrawn on August 20, 2010 [D.I. 682]. In addition, counsel for the Debtors received an informal response from counsel to Employers Insurance Company of Wausau on August 4, 2010. The undersigned certifies that he has reviewed the Court's docket in these cases and no other responsive pleadings

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

to the Notice appears thereon. Additionally, no other informal responses to the Notice were received.

3. Attached hereto is a revised <u>Exhibit A</u> to the Notice, which removes from the list of Satisfied Claims each of the claims of Employers Insurance Company of Wausau. Attached hereto as <u>Exhibit B</u> is a black-line of the <u>Exhibit A</u> to the Notice.

Dated: Wilmington, Delaware
August 25, 2010

Respectfully submitted,
SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION