**REVISED EXHIBIT A**

# Neenah Enterprises, Inc.
## Exhibit A - Claims Satisfied Pursuant to Assumption Order and Confirmed Plan

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | 04/13/10 | Mercer Forge Corporation | 10-10367 | 113 | $1,598.09 | Satisfied pursuant to Order Authorizing Assumption of Executory Contracts and Leases dated 06/23/2010. |
| 2 | AIR PRODUCTS & CHEMICALS INC<br>7201 HAMILTON BLVD<br>A6315<br>ALLENTOWN, PA 18195 | 05/18/10 | Neenah Foundry Company | 10-10362 | 520 | $52,795.89 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 3 | AIRGAS - GREAT LAKES INC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44313 | 05/24/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 605 | $10,100.52 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 4 | AMERICAN SECURITY<br>PO BOX 2625<br>BLOOMINGTON, IN 47402 | 05/05/10 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 443 | $10,804.42 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 5 | AMERICAN SECURITY<br>PO BOX 2625<br>BLOOMINGTON, IN 47402 | 05/05/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 444 | $9,527.23 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 6 | APPLETON COMPRESSOR SERVC<br>PO BOX 1406<br>APPLETON, WI 54912 | 05/05/10 | Neenah Foundry Company | 10-10362 | 442 | $11,073.54 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 7 | ARAMARK UNIFORM SERVICES<br>ATTN LEGAL DEPARTMENT<br>115 N FIRST STREET<br>BURBANK, CA 91502 | 05/21/10 | Neenah Foundry Company | 10-10362 | 568 | $120.13 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 8 | BASSETT MECHANICAL<br>PO BOX 7000<br>KAUKAUNA, WI 54130 | 04/20/10 | Neenah Foundry Company | 10-10362 | 234 | $8,688.24 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 9 | CHERMOR REAL ESTATE<br>LINDA'S BOOKKEEPING<br>PO BOX 184<br>FOREST JUNCTION, WI 54123 | 04/20/10 | Neenah Transport, Inc. | 10-10364 | 258 | $4,200.00 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 10 | CIT TECHNOLOGY FINANCING SERVICES INC<br>C/O WELTMAN WEINBERG & REIS CO<br>175 S THIRD ST SUITE 900<br>COLUMBUS, OH 43215 | 04/08/10 | Neenah Foundry Company | 10-10362 | 117 | $85,200.35 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 11 | CIT TECHNOLOGY FINANCING SERVICES INC<br>C/O WELTMAN WEINBERG & REIS CO<br>175 S THIRD ST SUITE 900<br>COLUMBUS, OH 43215 | 04/08/10 | Neenah Foundry Company | 10-10362 | 118 | $9,239.99 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |

# Neenah Enterprises, Inc.
## Exhibit A - Claims Satisfied Pursuant to Assumption Order and Confirmed Plan

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O D ELAINE CONWAY & BRUCE J RUZINSKY<br>JACKSON WALKER LLP<br>1401 MCKINNEY ST STE 1900<br>HOUSTON, TX 77010 | 05/20/10 | Deeter Foundry, Inc. | 10-10369 | 544 | $18,405.92 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 13 | DANA HEAVY VEH SYSTEMS GROUP LLC<br>ATTN ERIC BORGERSON<br>6201 TRUST DR<br>HOLLAND, OH 43528 | 04/20/10 | Mercer Forge Corporation | 10-10367 | 248 | $709,487.21 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 14 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | 05/15/10 | Neenah Enterprises, Inc. | 10-10360 | 505 | $99,769.83 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 15 | ENDRIES INTERNATIONAL INC<br>PO BOX 69<br>BRILLION, WI 54110 | 04/19/10 | Neenah Foundry Company | 10-10362 | 229 | $6,421.23 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 16 | ERVIN LEASING<br>PO BOX 1689<br>ANN ARBOR, MI 48106 | 04/17/10 | Advanced Cast Products, Inc. | 10-10365 | 153 | $15,834.88 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 17 | FALLSWAY EQUIPMENT COMPANY<br>PO BOX 4537<br>AKRON, OH 44310 | 04/16/10 | Mercer Forge Corporation | 10-10367 | 125 | $16,446.00 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 18 | FIRST ENERGY SOLUTIONS CORP<br>341 WHITE POND DRIVE RMB3<br>AKRON, OH 44320 | 05/24/10 | Mercer Forge Corporation | 10-10367 | 613 | $126,924.23 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 19 | FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 6275<br>DEARBORN, MI 48121 | 02/23/10 | Deeter Foundry, Inc. | 10-10369 | 36 | $4,255.44 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 20 | FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 6275<br>DEARBORN, MI 48121 | 02/23/10 | Deeter Foundry, Inc. | 10-10369 | 38 | $28,554.48 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 21 | FREEMAN PROPERTIES LLC<br>13136 WESTPARK PLACE<br>OKLAHOMA CITY, OK 73142 | 05/04/10 | Neenah Foundry Company | 10-10362 | 433 | $0.00 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |

# Neenah Enterprises, Inc.
## Exhibit A - Claims Satisfied Pursuant to Assumption Order and Confirmed Plan

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN ALEXANDER TERRAS<br>REED SMITH LLP<br>10 S WACKER DR SUITE 4000<br>CHICAGO, IL 60606 | 05/21/10 | Deeter Foundry, Inc. | 10-10369 | 597 | Unliquidated | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 23 | GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN ALEXANDER TERRAS<br>REED SMITH LLP<br>10 S WACKER DR SUITE 4000<br>CHICAGO, IL 60606 | 05/21/10 | Advanced Cast Products, Inc. | 10-10365 | 598 | Unliquidated | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 24 | GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN ALEXANDER TERRAS<br>REED SMITH LLP<br>10 S WACKER DR SUITE 4000<br>CHICAGO, IL 60606 | 05/21/10 | Gregg Industries, Inc. | 10-10366 | 599 | Unliquidated | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 25 | IBM CREDIT LLC<br>C/O IBM CORPORATION<br>BANKRUPTCY COORDINATOR<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 03/26/10 | Neenah Enterprises, Inc. | 10-10360 | 79 | $6,776.71 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 26 | INOVIS<br>PO BOX 198145<br>ATLANTA, GA 30384 | 04/28/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 356 | $300.00 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 27 | JOHNSON CONTROLS INC<br>2140 AMERICAN DR<br>NEENAH, WI 54956 | 04/24/10 | Neenah Foundry Company | 10-10362 | 324 | $7,550.00 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 28 | LINWELD<br>PO BOX 29349<br>LINCOLN, NE 68529 | 05/21/10 | Deeter Foundry, Inc. | 10-10369 | 566 | $5,689.48 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 29 | MARLIN LEASING CORPORATION<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL, NJ 08054 | 04/06/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 115 | $4,149.22 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 30 | MCGRAW-HILL CONSTRUCTION<br>ATTN CAROLYN SWAN/CREDIT COLLECTION<br>148 PRINCETON-HIGHTSTOWN ROAD<br>HIGHTSTOWN, NJ 08520 | 03/29/10 | Neenah Foundry Company | 10-10362 | 81 | $3,993.24 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |

# Neenah Enterprises, Inc.
## Exhibit A - Claims Satisfied Pursuant to Assumption Order and Confirmed Plan

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | NATIONAL FUEL RESOURCES INC<br>ATTN ANGELA MILLER ESQ<br>PHILLIPS LYTLE LLP<br>3400 HSBC CENTER<br>BUFFALO, NY 14203 | 05/18/10 | Mercer Forge Corporation | 10-10367 | 524 | $93,510.32 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 32 | NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVE<br>MERRILLVILLE, IN 46410 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 461 | $242,566.42 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 33 | OTIS ELEVATOR COMPANY ET AL<br>ATTN TREASURY SERVICES-CREDIT/COLLECTION<br>1 FARM SPRINGS<br>1ST FLOOR<br>FARMINGTON, CT 06032 | 03/04/10 | Neenah Foundry Company | 10-10362 | 49 | $1,872.12 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 34 | OUDENHOVEN COMPANY INC<br>2300 TOWER DRIVE<br>KAUKAUNA, WI 54130 | 05/11/10 | Neenah Foundry Company | 10-10362 | 483 | $91,520.59 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 35 | PER MAR<br>PO BOX 1101<br>DAVENPORT, IA 52805 | 05/03/10 | Neenah Foundry Company | 10-10362 | 429 | $4,966.19 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 36 | RED-D-ARC INC<br>ATTN TAISHA DICKERSON<br>685 LEE INDUSTRIAL BLVD<br>AUSTELL, GA 30168 | 04/30/10 | Morgan's Welding, Inc. | 10-10378 | 409 | $1,067.49 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 37 | SBD REPROGRAPHICS<br>1303 NORTHSIDE BLVD<br>SOUTH BEND, IN 46615 | 05/06/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 449 | $757.00 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 38 | TOYOTA MOTOR CREDIT CORPORATION<br>TOYOTA FINANCIAL SERVICES<br>LEXUS FINANCIAL SERVICES<br>19001 S WESTERN AVE WF21<br>TORRANCE, CA 90501 | 05/20/10 | Deeter Foundry, Inc. | 10-10369 | 542 | $5,556.07 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 39 | TUSHAUS COMPUTER SERVICES<br>10400 INNOVATION DR-SUITE 100<br>MILWAUKEE, WI 53226 | 04/20/10 | Neenah Foundry Company | 10-10362 | 255 | $492.45 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 40 | UNITED STEELWORKERS<br>ATTN DAVID R JURY<br>FIVE GATEWAY CENTER RM 807<br>PITTSBURGH, PA 15222 | 05/21/10 | Dalton Corporation | 10-10370 | 573 | Unliquidated | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |

# Neenah Enterprises, Inc.
## Exhibit A - Claims Satisfied Pursuant to Assumption Order and Confirmed Plan

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | UNITED STEELWORKERS<br>ATTN DAVID R JURY<br>FIVE GATEWAY CENTER ROOM 807<br>PITTSBURGH, PA 15222 | 05/21/10 | A&M Specialties, Inc. | 10-10373 | 574 | Unliquidated | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 42 | UNITED STEELWORKERS<br>ATTN DAVID R JURY<br>FIVE GATEWAY CENTER ROOM 807<br>PITTSBURGH, PA 15222 | 05/21/10 | Advanced Cast Products, Inc. | 10-10365 | 575 | Unliquidated | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 43 | UNITED STEELWORKERS<br>ATTN DAVID R JURY<br>FIVE GATEWAY CENTER ROOM 807<br>PITTSBURGH, PA 15222 | 05/21/10 | Mercer Forge Corporation | 10-10367 | 576 | Unliquidated | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 44 | UNITED TELEPHONE COMPANY OF INDIANA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | 05/22/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 601 | $499.29 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 45 | VELCOR LEASING CORP<br>2005 W BELTLINE HWY - SUITE 200<br>MADISON, WI 53713 | 04/15/10 | Neenah Foundry Company | 10-10362 | 101 | $0.00 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 46 | VEOLIA ENVIRONMENTAL SERVICES<br>HOOSIER LANDFILL INC<br>2710 EAST 800 SOUTH<br>CLAYPOOL, IN 46510 | 04/16/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 124 | $89,971.20 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 47 | WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 05/14/10 | Neenah Foundry Company | 10-10362 | 495 | $111,491.99 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 48 | WELLS FARGO EQUIPMENT FINANCE INC<br>ATTN GARY T DREYLING<br>733 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402 | 05/15/10 | Neenah Enterprises, Inc. | 10-10360 | 508 | $65,941.92 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 49 | WELLS FARGO FINANCIAL CAPITAL FINANCE<br>A DIVISION OF WELLS FARGO BANK NA<br>300 TRI-STATE INTERNATIONAL STE 400<br>LINCOLNSHIRE, IL 60069 | 04/21/10 | Advanced Cast Products, Inc. | 10-10365 | 396 | $23,960.28 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |
| 50 | WISCONSIN LIFT TRUCK<br>3125 INTERTECH DR<br>BROOKFIELD, WI 53045 | 02/17/10 | Neenah Foundry Company | 10-10362 | 27 | $15,409.46 | Satisfied pursuant to Order Authorizing the Assumption of Executory Contracts and Unexpired Leases dated 06/23/2010. |

Total: $2,007,489.06