# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600
(800) 253-2234 (DE ONLY)

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX
www.ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:**     Robert E. Ostendorf, Jr.
President and Chief Executive Officer
2121 Brooks Avenue
P.O. Box 729
Neenah, WI 54927

08/25/2010

File No. 069152.1001

For Professional Services Rendered For:

Bill No.  40338788

**Neenah Foundry Company**
**Billing Period Through June 30, 2010**

| | | |
|---|---|---|
| Total Fees | $ | 27,459.00 |
| Total Expenses | | 1,283.89 |
| Total | $ | 28,742.89 |

WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. **069152.1001** AND SEND TO THE ATTENTION
OF **ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through June 30, 2010

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|-----------|------------------|-------------|--------------|
| B001 | Case Administration | 7.80 | 1,139.50 |
| B002 | Court Hearings | 16.80 | 6,215.50 |
| B003 | Cash Collateral/DIP Financing | 7.80 | 3,682.50 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 3.20 | 714.00 |
| B005 | Lease/Executory Contract Issues | 6.30 | 2,110.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | 0.70 | 317.00 |
| B007 | Claims Analysis, Objections and Resolutions | 3.90 | 1,228.50 |
| B009 | Stay Relief Matters | 1.50 | 669.00 |
| B010 | Reclamation Claims and Adversaries | 0.30 | 40.50 |
| B011 | Other Adversary Proceedings | 0.80 | 280.00 |
| B012 | Plan and Disclosure Statement | 23.90 | 8,633.50 |
| B017 | Retention of Professionals/Fee Issues | 7.40 | 1,528.00 |
| B018 | Fee Application Preparation | 2.50 | 901.00 |
| | Totals | 82.90 | $ 27,459.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through June 30, 2010

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.40 | x $ 350.00 | = | 490.00 |
| Kasey Riddle | Clerk | 3.90 | x $ 80.00 | = | 312.00 |
| Troy Bollman | Paralegal | 2.50 | x $ 135.00 | = | 337.50 |
| | Totals: | 7.80 | | $ | 1,139.50 |

**Task B002**
**Court Hearings**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.70 | x $ 350.00 | = | 595.00 |
| Edmon L. Morton | Partner | 8.60 | x $ 530.00 | = | 4,558.00 |
| Kenneth Enos | Associate | 0.60 | x $ 335.00 | = | 201.00 |
| Morgan Seward | Associate | 0.50 | x $ 265.00 | = | 132.50 |
| Troy Bollman | Paralegal | 5.40 | x $ 135.00 | = | 729.00 |
| | Totals: | 16.80 | | $ | 6,215.50 |

**Task B003**
**Cash Collateral/DIP Financing**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.10 | x $ 350.00 | = | 385.00 |
| Edmon L. Morton | Partner | 5.40 | x $ 530.00 | = | 2,862.00 |
| Kenneth Enos | Associate | 1.30 | x $ 335.00 | = | 435.50 |
| | Totals: | 7.80 | | $ | 3,682.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through June 30, 2010

| **Task B004** **Schedules & Statements, U.S. Trustee Reports** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.20 | x $ | 350.00 | = | 70.00 |
| Kenneth Enos | Associate | 1.00 | x $ | 335.00 | = | 335.00 |
| Morgan Seward | Associate | 0.30 | x $ | 265.00 | = | 79.50 |
| Troy Bollman | Paralegal | 1.70 | x $ | 135.00 | = | 229.50 |
| | Totals: | 3.20 | | | $ | 714.00 |

| **Task B005** **Lease/Executory Contract Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.80 | x $ | 350.00 | = | 630.00 |
| Edmon L. Morton | Partner | 1.50 | x $ | 530.00 | = | 795.00 |
| Kenneth Enos | Associate | 1.40 | x $ | 335.00 | = | 469.00 |
| Troy Bollman | Paralegal | 1.60 | x $ | 135.00 | = | 216.00 |
| | Totals: | 6.30 | | | $ | 2,110.00 |

| **Task B006** **Use, Sale or Lease of Property (363 issues)** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.30 | x $ | 350.00 | = | 105.00 |
| Edmon L. Morton | Partner | 0.40 | x $ | 530.00 | = | 212.00 |
| | Totals: | 0.70 | | | $ | 317.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through June 30, 2010

**Task B007**
**Claims Analysis, Objections and Resolutions**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.80 x $ | 350.00 | = | 980.00 |
| Kenneth Enos | Associate | 0.50 x $ | 335.00 | = | 167.50 |
| Troy Bollman | Paralegal | 0.60 x $ | 135.00 | = | 81.00 |
| | Totals: | 3.90 | | $ | 1,228.50 |

**Task B009**
**Stay Relief Matters**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.70 x $ | 350.00 | = | 245.00 |
| Edmon L. Morton | Partner | 0.80 x $ | 530.00 | = | 424.00 |
| | Totals: | 1.50 | | $ | 669.00 |

**Task B010**
**Reclamation Claims and Adversaries**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Troy Bollman | Paralegal | 0.30 x $ | 135.00 | = | 40.50 |
| | Totals: | 0.30 | | $ | 40.50 |

**Task B011**
**Other Adversary Proceedings**

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.80 x $ | 350.00 | = | 280.00 |
| | Totals: | 0.80 | | $ | 280.00 |

5

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through June 30, 2010

**Task  B012**
**Plan and Disclosure Statement**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 4.80 | x $ | 350.00 | = | 1,680.00 |
| Edmon L. Morton | Partner | 6.80 | x $ | 530.00 | = | 3,604.00 |
| Kenneth Enos | Associate | 4.00 | x $ | 335.00 | = | 1,340.00 |
| Morgan Seward | Associate | 2.80 | x $ | 265.00 | = | 742.00 |
| Robert S. Brady | Partner | 1.00 | x $ | 660.00 | = | 660.00 |
| Troy Bollman | Paralegal | 4.50 | x $ | 135.00 | = | 607.50 |
| | Totals: | 23.90 | | | $ | 8,633.50 |

**Task  B017**
**Retention of Professionals/Fee Issues**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 2.40 | x $ | 350.00 | = | 840.00 |
| Morgan Seward | Associate | 0.10 | x $ | 265.00 | = | 26.50 |
| Troy Bollman | Paralegal | 4.90 | x $ | 135.00 | = | 661.50 |
| | Totals: | 7.40 | | | $ | 1,528.00 |

**Task  B018**
**Fee Application Preparation**

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.60 | x $ | 350.00 | = | 210.00 |
| Edmon L. Morton | Partner | 1.10 | x $ | 530.00 | = | 583.00 |
| Troy Bollman | Paralegal | 0.80 | x $ | 135.00 | = | 108.00 |
| | Totals: | 2.50 | | | $ | 901.00 |
| | Aggregate Total: | 82.90 | | | $ | 27,459.00 |

6

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through June 30, 2010

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

| | | Total Hours | Hourly Rate | | Total |
|---|---|---|---|---|---|
| RBRAD | Robert S. Brady, Partner | 1.00 | $ 660.00 | = | 660.00 |
| EMORT | Edmon L. Morton, Partner | 24.60 | $ 530.00 | = | 13,038.00 |
| DBOWM | Donald J. Bowman, Associate | 18.60 | $ 350.00 | = | 6,510.00 |
| KENOS | Kenneth Enos, Associate | 8.80 | $ 335.00 | = | 2,948.00 |
| MSEWA | Morgan Seward, Associate | 3.70 | $ 265.00 | = | 980.50 |
| TBOLL | Troy Bollman, Paralegal | 22.30 | $ 135.00 | = | 3,010.50 |
| KRIDD | Kasey Riddle, Clerk | 3.90 | $ 80.00 | = | 312.00 |
| | Total: | 82.90 | | $ | 27,459.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/02/10 | Draft and notarize affidavits of service re: docket numbers 387, 469 | KRIDD | B001 | 0.30 |
| 06/02/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/03/10 | Scan and e-file affidavits of service re: docket numbers 387, 469 | KRIDD | B001 | 0.40 |
| 06/03/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/04/10 | Review and provide comments on updated critical dates memo | DBOWM | B001 | 0.30 |
| 06/04/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/04/10 | Update critical dates calendar and circulate to working group for review | TBOLL | B001 | 0.30 |
| 06/07/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/08/10 | Review and provide comments on updated critical dates memo | DBOWM | B001 | 0.30 |
| 06/09/10 | Scan and e-file certification of no objection #508 | KRIDD | B001 | 0.20 |
| 06/09/10 | Coordinate service re: docket numbers 491, 500 | KRIDD | B001 | 0.30 |
| 06/09/10 | Scan and e-file certification of no objection #509 | KRIDD | B001 | 0.20 |
| 06/11/10 | Review updated critical dates memo and provide comments on same | DBOWM | B001 | 0.40 |
| 06/14/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/15/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/16/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/17/10 | Draft and notarize affidavits of service re: docket numbers 453, 491, 500 | KRIDD | B001 | 0.30 |
| 06/17/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/18/10 | Draft and e-file affidavits of service re: docket numbers 453, 491, 500 | KRIDD | B001 | 0.50 |
| 06/18/10 | Prepare federal express service re: docket numbers 552, 553 | KRIDD | B001 | 0.60 |
| 06/18/10 | Scan and e-file motion for reimbursement #552 | KRIDD | B001 | 0.40 |
| 06/18/10 | Scan and e-file motion to shorten re: docket number 552 | KRIDD | B001 | 0.40 |
| 06/18/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/21/10 | Update critical dates calendar and send to working group | TBOLL | B001 | 0.30 |
| 06/21/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/22/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/23/10 | Draft and e-file affidavit of service re: docket numbers 552, 553 | KRIDD | B001 | 0.30 |
| 06/23/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/24/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/25/10 | Update critical dates calendar | TBOLL | B001 | 0.30 |
| 06/25/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 06/28/10 | Review and provide comments on updated critical dates memo | DBOWM | B001 | 0.40 |
| 06/28/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001         Invoice No. 40338788         08-25-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/29/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| | Sub Total | | | 7.80 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/01/10 | Review draft June 7, 2010 hearing agenda | DBOWM | B002 | 0.20 |
| 06/01/10 | Prepare agenda of matters scheduled for hearing on June 7, 2010 | TBOLL | B002 | 0.20 |
| 06/02/10 | Review revised draft of June 7, 2010 hearing agenda | DBOWM | B002 | 0.10 |
| 06/02/10 | Discussion with E. Morton re: status of matters scheduled for June 7, 2010 hearing | DBOWM | B002 | 0.10 |
| 06/02/10 | Review agenda for 6/7 hearing (.1); Correspondence to and from B. Guzina (.3); Conference with D. Bowman (.1) | EMORT | B002 | 0.50 |
| 06/03/10 | Review and finalize June 7, 2010 hearing agenda | DBOWM | B002 | 0.10 |
| 06/03/10 | Review Certification of Counsel re: omnibus hearing dates | DBOWM | B002 | 0.10 |
| 06/03/10 | Update (.1) and finalize for filing and coordinate service (.3) of agenda of matters scheduled for hearing on June 7, 2010 | TBOLL | B002 | 0.40 |
| 06/03/10 | Prepare binder regarding hearing scheduled for June 7, 2010 | TBOLL | B002 | 0.20 |
| 06/03/10 | Prepare (.1) and finalize for filing and coordinate service (.2) of certification of counsel regarding scheduling of omnibus hearing dates | TBOLL | B002 | 0.30 |
| 06/04/10 | Review amended agenda for June 7, 2010 | DBOWM | B002 | 0.10 |
| 06/04/10 | Prepare and finalize for filing amended agenda of matters scheduled for hearing on June 7, 2010 | TBOLL | B002 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001               Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/15/10 | Teleconference with B. Guzina (2x) re: confirmation hearing and exit financing (.5); Teleconference with Chambers (.2); Conference with K. Enos (2x) (.2); Teleconference with B. Guzina and D. Detweiler (.3); Correspondence from and to various counsel (.3) | EMORT | B002 | 1.50 |
| 06/17/10 | Prepare draft of agenda of matters scheduled for hearing on June 23, 2010 | TBOLL | B002 | 0.40 |
| 06/18/10 | Update agenda of matters scheduled for hearing on June 23, 2010 and send to working group for review | TBOLL | B002 | 0.60 |
| 06/21/10 | Finalize June 23, 2010 hearing agenda | DBOWM | B002 | 0.30 |
| 06/21/10 | Review agenda for 6/23 hearing and correspondence to and from co-counsel re: same | EMORT | B002 | 0.50 |
| 06/21/10 | Update (.4) and finalize for filing and coordinate service of agenda of matters scheduled for hearing on June 23, 2010 | TBOLL | B002 | 0.70 |
| 06/21/10 | Prepare hearing binder regarding agenda of matters scheduled for hearing on June 23, 2010 | TBOLL | B002 | 0.50 |
| 06/22/10 | Numerous correspondence with B. Guzina, lenders and Committee re: exit lender reimbursement motion and 6/23 hearing (.8); Conference with M. Seward (.1); Conference with D. Bowman (.2); Review materials to prepare for hearing (.9) | EMORT | B002 | 2.00 |
| 06/22/10 | Update (.2) and finalize for filing (.3) amended agenda of matters scheduled for hearing on June 23, 2010 | TBOLL | B002 | 0.50 |
| 06/22/10 | Prepare hearing binders re: agenda of matters scheduled for hearing on June 23, 2010 | TBOLL | B002 | 0.80 |
| 06/23/10 | Meeting with E. Morton, M. Seward and G. Buzina in preparation for omnibus hearing | DBOWM | B002 | 0.40 |
| 06/23/10 | Work with co-counsel to prepare for hearing (1.4); Attend/conduct hearing (.5); Conference with co-counsel re: results of same and strategy for confirmation hearing (1.0) | EMORT | B002 | 2.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/23/10 | Assist co-counsel with preparation for Disclosure Statement Hearing | KENOS | B002 | 0.60 |
| 06/23/10 | Attend hearing re: 6/23/2010 hearing | MSEWA | B002 | 0.50 |
| 06/29/10 | Review draft July 6, 2010 Confirmation Hearing Agenda and provide comments on same | DBOWM | B002 | 0.30 |
| 06/29/10 | Teleconference with B. Guzina re: confirmation hearing/exit facility under seal (.5); Numerous correspondence re: same (.7) | EMORT | B002 | 1.20 |
| 06/29/10 | Prepare draft of agenda regarding hearing on July 6, 2010 | TBOLL | B002 | 0.50 |
| | | Sub Total | | 16.80 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/01/10 | Teleconference with B. Guzina re: exit financing issues (.4); Teleconference with Chambers re: hearing dates (.2); Correspondence from and to co-counsel (.4) | EMORT | B003 | 1.00 |
| 06/03/10 | Correspondence from and to B. Guzina re: exit financing issues | EMORT | B003 | 0.20 |
| 06/17/10 | Correspondence from and to B. Guzina and M. Seward re: potential motion to reimburse exit lender expenses (includes review of term sheet) | EMORT | B003 | 0.70 |
| 06/18/10 | Conference with M. Seward re: motion to shorten and potential motion to seal fee letter for lender expense reimbursement motion (2x)(.5); Teleconference with B. Guzina (multiple) re: same (.6); Review drafts (multiple) with motions (1.0); Numerous correspondence with lenders, YCST and Sidley (1.1); Work with M. Seward to finalize same (.3) | EMORT | B003 | 3.50 |
| 06/23/10 | Finalize Order Authorizing Payment of Fees and Expenses Related To Exit Financing | DBOWM | B003 | 0.30 |
| 06/29/10 | Review draft Motion to File Fee Letters Under Seal and Motion to Shorten Notice | DBOWM | B003 | 0.80 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001        Invoice No. 40338788        08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/29/10 | Exchange emails with co-counsel re: Motion to Seal Fee Letters | KENOS | B003 | 0.10 |
| 06/29/10 | Assist co-counsel with preparation and filing of Motion to File Fee Letters Under Seal and Related Motion to Shorten | KENOS | B003 | 1.20 |
| | Sub Total | | | 7.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/02/10 | Exchange emails with co-counsel re: reporting requirements | KENOS | B004 | 0.10 |
| 06/24/10 | E-mails from co-counsel (J. Ludwig) re: amending Schedules and Statement Of Financial Affairs | DBOWM | B004 | 0.20 |
| 06/24/10 | Assist co-counsel with preparation of Scheduling Amendment and filing of same | KENOS | B004 | 0.60 |
| 06/24/10 | Teleconference with J. Ludwig re: Schedule Amendments | KENOS | B004 | 0.20 |
| 06/24/10 | Exchange emails with co-counsel re: schedule amendments | KENOS | B004 | 0.10 |
| 06/24/10 | Review notice and amended schedules re: schedules | MSEWA | B004 | 0.30 |
| 06/24/10 | Assist in preparation of filing (1.0) and finalize for filing and coordinate service (.5) of amended schedules | TBOLL | B004 | 1.50 |
| 06/29/10 | Finalize for filing monthly operating report for May 2010 | TBOLL | B004 | 0.20 |
| | Sub Total | | | 3.20 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/02/10 | Exchange emails with co-counsel re: service of global assumption motion | KENOS | B005 | 0.10 |
| 06/07/10 | Review, revise and finalize Global Assumption Motion (.7) and Motion to Shorten (.2) | KENOS | B005 | 0.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                Invoice No. 40338788                08-25-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/08/10 | Review draft global assumption motion and accompanying motion to file under seal sent by co-counsel (A. Triggs) | DBOWM | B005 | 0.60 |
| 06/08/10 | Review global assumption motion and Conference with K. Enos re: same | EMORT | B005 | 0.50 |
| 06/08/10 | Review motion to file global assumption exhibit under seal | EMORT | B005 | 0.30 |
| 06/08/10 | Prepare notice (.2) and finalize for filing and coordinate service (.4) of motion for global assumption of contracts or leases | TBOLL | B005 | 0.60 |
| 06/08/10 | Prepare notice (.1) and finalize for filing and coordinate service of motion to file under seal certain information regarding motion for global assumption of contracts or leases | TBOLL | B005 | 0.40 |
| 06/10/10 | Review Airgas Objection to Omnibus Assumption Motion [D.I. 510] | DBOWM | B005 | 0.40 |
| 06/10/10 | E-mails from co-counsel (A. Triggs) and Garden City Group (L. Granger) re: service of Global Assumption Motion | DBOWM | B005 | 0.20 |
| 06/10/10 | Correspondence from and to D. Detweiler and B. Guzina re: contract assumption issues | EMORT | B005 | 0.50 |
| 06/18/10 | Teleconference with A. Trigg re: Contract Assumption Issues | KENOS | B005 | 0.20 |
| 06/18/10 | Review and finalize Revised Contract Assumption Schedule | KENOS | B005 | 0.20 |
| 06/18/10 | Finalize for filing notice of amended Exhibit B to Global Assumption Motion | TBOLL | B005 | 0.30 |
| 06/21/10 | Review Limited Objection of Wausau to Global Assumption Motion | DBOWM | B005 | 0.30 |
| 06/21/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to file certain customer information under seal regarding global assumption motion | TBOLL | B005 | 0.30 |
| 06/22/10 | Finalize Order Authorizing Assumption of Executory Contracts | DBOWM | B005 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/28/10 | Teleconference with L. Nyhan re: Ostendorf employment contract | EMORT | B005 | 0.20 |
| | Sub Total | | | 6.30 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/11/10 | Correspondence from and to D. Laskin, T. Bollman and B. Guzina re: asset inquiry | EMORT | B006 | 0.40 |
| 06/15/10 | E-mail from and response to potentially interested party | DBOWM | B006 | 0.10 |
| 06/28/10 | E-mail from U.S. Trustee (J. Heck) concerning Debtors' bank accounts and follow-up with co-counsel (B. Guzina) concerning same | DBOWM | B006 | 0.20 |
| | Sub Total | | | 0.70 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/03/10 | Review and provide comments on draft of 1st Omnibus Claim Objection (Non-Substantive) | DBOWM | B007 | 1.50 |
| 06/04/10 | Review revised 1st Omnibus Claim Objection (Non-Substantive) | DBOWM | B007 | 0.40 |
| 06/10/10 | Review revised exhibits to First Omnibus Claim Objection and provide comments to co-counsel | DBOWM | B007 | 0.40 |
| 06/11/10 | Review further revised exhibits to First Omnibus Claim Objection and provide comments to co-counsel | DBOWM | B007 | 0.50 |
| 06/14/10 | Assist co-counsel with preparation and filing of First Omnibus Objection | KENOS | B007 | 0.50 |
| 06/14/10 | Prepare notice (.2) and finalize for filing and coordinate service (.4) of first omnibus objection to claims | TBOLL | B007 | 0.60 |
| | Sub Total | | | 3.90 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/10/10 | Review Caterpillar, Inc. Motion to Modify Automatic Stay [D.I. 511] and Motion to Shorten Notice | DBOWM | B009 | 0.70 |
| 06/11/10 | Review Caterpillar motion for relief from stay and motion to shorten (.6); Correspondence from and to co-counsel (.2) | EMORT | B009 | 0.80 |
| | Sub Total | | | 1.50 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/02/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to motion to extend removal deadline | TBOLL | B010 | 0.30 |
| | Sub Total | | | 0.30 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/02/10 | Review CNO re:  Removal Motion | DBOWM | B011 | 0.10 |
| 06/08/10 | Review and finalize Removal Motion for filing | DBOWM | B011 | 0.50 |
| 06/08/10 | Emails to and from co-counsel (B. Myrick) re: issues related to service of Removal Motion | DBOWM | B011 | 0.20 |
| | Sub Total | | | 0.80 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/02/10 | Review CNO re:  Exclusivity Motion | DBOWM | B012 | 0.10 |
| 06/02/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to motion to extend exclusivity | TBOLL | B012 | 0.30 |
| 06/03/10 | Emails from and responses to co-counsel (K. Mills) re:  modifying voting deadline | DBOWM | B012 | 0.30 |
| 06/04/10 | Correspondence from B. Guzina re: plan supplement materials | EMORT | B012 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/07/10 | Numerous emails from co-counsel (K. Mills) to various parties in interest re: draft Certification of Counsel Regarding Order Extending Voting Deadline | DBOWM | B012 | 0.30 |
| 06/07/10 | Teleconference with D. Bowman re: voting deadline (.1); Correspondence from D. Bowman re: same (.1) | EMORT | B012 | 0.20 |
| 06/08/10 | Review and finalize Certification of counsel re: Order Extending Voting Deadline | DBOWM | B012 | 0.40 |
| 06/08/10 | Numerous emails from co-counsel (K. Mills), counsel to the Committee, counsel to the Ad Hoc Committee of Secured Noteholders and counsel to Ad Hoc Committee of Senior Noteholders re: Certification of Counsel concerning Order Extending Voting Deadline | DBOWM | B012 | 0.50 |
| 06/08/10 | Correspondence from and to B. Guzina re: plan supplement/voting issues (.4); Teleconference with B. Guzina re: same (.4) | EMORT | B012 | 0.80 |
| 06/08/10 | Finalize for filing and coordinate service of certification of counsel to extend deadline to submit votes on plan | TBOLL | B012 | 0.40 |
| 06/09/10 | Letter from State of Washington Attorney General re: certain Plan provisions | DBOWM | B012 | 0.40 |
| 06/09/10 | Review and consider exit term loan sheet and other related documents (.8); Conference with D. Bowman (.2) | EMORT | B012 | 1.00 |
| 06/10/10 | Conference with D. Bowman re: confirmation hearing and exit financing issues | EMORT | B012 | 0.30 |
| 06/10/10 | Correspondence from and to R. Brady and B. Guzina re: plan confirmation/exit financing issues (includes brief research) | EMORT | B012 | 0.70 |
| 06/10/10 | Exchange emails with Whiting Counsel (3x) re: confirmation order language | KENOS | B012 | 0.20 |
| 06/10/10 | Review issues re: plan modifications; correspondence with E. Morton re: same | RBRAD | B012 | 0.50 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                     Invoice No. 40338788                          08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/11/10 | E-mail to/from co-counsel (B. Guzina) re: letter from Attorney General of Washington | DBOWM | B012 | 0.20 |
| 06/11/10 | Correspondence from and to B. Guzina and K. Enos re: confirmation order | EMORT | B012 | 0.30 |
| 06/11/10 | Correspondence from D. Bowman and B. Guzina re: State of Washington plan issues | EMORT | B012 | 0.20 |
| 06/11/10 | Exchange emails with co-counsel re: confirmation order preparations | KENOS | B012 | 0.10 |
| 06/11/10 | Correspondence with E. Morton re: exit facility issues | RBRAD | B012 | 0.20 |
| 06/14/10 | Assist co-counsel with preparation and filing of Plan Supplement | KENOS | B012 | 2.80 |
| 06/15/10 | E-mail from co-counsel (B. Guzina) re: Confirmation Hearing | DBOWM | B012 | 0.20 |
| 06/15/10 | Conference with K. Enos re: status of confirmation hearing and plan materials | EMORT | B012 | 0.20 |
| 06/15/10 | Correspondence from and to Committee and B. Guzina re: plan voting issues | EMORT | B012 | 0.50 |
| 06/15/10 | Correspondence from and to D. Bowman re: State of Washington plan issues | EMORT | B012 | 0.30 |
| 06/15/10 | Meeting with E. Morton re: Plan Supplemental Preparations | KENOS | B012 | 0.30 |
| 06/16/10 | Telephone to Washington Attorney General re: plan issues (includes review of correspondence) | EMORT | B012 | 0.20 |
| 06/16/10 | Finalize for filing and coordinate service of certification of counsel regarding continuation of confirmation hearing | TBOLL | B012 | 0.30 |
| 06/17/10 | Draft motion re: motion to shorten for approval of commitment letter | MSEWA | B012 | 0.60 |
| 06/18/10 | Review and finalize for filing motion re: motion for exit financing | MSEWA | B012 | 0.30 |
| 06/18/10 | Telephone call with B. Guzina and E. Morton re: approval of commitment letter motion | MSEWA | B012 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/18/10 | Draft motion re: motion to shorten for exit financing motion | MSEWA | B012 | 0.80 |
| 06/18/10 | Review and revise motion re: motion to shorten for exit financing | MSEWA | B012 | 0.40 |
| 06/18/10 | Draft notice re: notice for motion for exit financing | MSEWA | B012 | 0.30 |
| 06/21/10 | Exchange emails (3x) with the Whiting Litigation Parties re: confirmation order language | KENOS | B012 | 0.20 |
| 06/21/10 | Prepare service regarding order to continue confirmation hearing | TBOLL | B012 | 0.20 |
| 06/22/10 | Conference with E. Morton re: motion to pay exit lender diligence fees in connection with plan confirmation | RBRAD | B012 | 0.30 |
| 06/22/10 | Finalize for filing affidavit of service regarding order to continue confirmation hearing | TBOLL | B012 | 0.10 |
| 06/25/10 | E-mails to/from co-counsel (B. Guzina) re: Plan Supplement | DBOWM | B012 | 0.40 |
| 06/25/10 | Review, finalize and file Plan Supplement | DBOWM | B012 | 1.30 |
| 06/25/10 | Correspondence from and to co-counsel and D. Bowman re: plan supplement (.3); Conference with D. Bowman re: same (.2) | EMORT | B012 | 0.50 |
| 06/25/10 | Assist in preparation of filing (1.4) and finalize for filing and coordinate service (.4) of plan supplement | TBOLL | B012 | 1.80 |
| 06/26/10 | Correspondence from and to B. Guzina re: plan supplement/secured lender issues | EMORT | B012 | 0.30 |
| 06/28/10 | Review draft proposed Confirmation Order provided by co-counsel (B. Guzina) | DBOWM | B012 | 0.70 |
| 06/28/10 | Correspondence from and to B. Guzina and D. Detweiler re: confirmation order and exit facilities (.3); Conference with D. Bowman re: same (.2) | EMORT | B012 | 0.50 |
| 06/28/10 | Assist co-counsel with preparation for Confirmation Hearing | KENOS | B012 | 0.30 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/28/10 | Exchange emails with co-counsel re: confirmation order | KENOS | B012 | 0.10 |
| 06/29/10 | Review motion to file fee letters for exit facility under seal (.3); Correspondence from B. Guzina and K. Mills re: same (.3) | EMORT | B012 | 0.60 |
| 06/29/10 | Assist in preparation of filing and finalize for filing motion to file under seal certain fee letters relating to the debtors' proposed exit financing facilities | TBOLL | B012 | 1.40 |
| | Sub Total | | | 23.90 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/01/10 | Review and file 3rd Monthly Fee Application of Ernst & Young | DBOWM | B017 | 0.40 |
| 06/01/10 | Prepare third monthly fee application of Ernst & Young for filing | TBOLL | B017 | 0.20 |
| 06/08/10 | Review and finalize Second Supplemental Retention Application of Ernst & Young | DBOWM | B017 | 0.70 |
| 06/09/10 | Review CNO's re: Huren's April 2010 Fee Application and Sidley Austin's April 2010 Fee Application | DBOWM | B017 | 0.20 |
| 06/09/10 | Review draft First Quarterly Professional Fee Request | DBOWM | B017 | 0.30 |
| 06/09/10 | Prepare certificate of no objection regarding third monthly fee application of Sidley Austin | TBOLL | B017 | 0.10 |
| 06/09/10 | Prepare certificate of no objection regarding third monthly fee application of Huron Consulting | TBOLL | B017 | 0.10 |
| 06/09/10 | Prepare draft of first quarterly fee request of debtors' professionals | TBOLL | B017 | 1.00 |
| 06/11/10 | Review draft order approving First Quarterly Fee Request | DBOWM | B017 | 0.20 |
| 06/15/10 | Prepare notice (.1) and finalize for filing (.3) third monthly fee application of Rothschild Inc | TBOLL | B017 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001          Invoice No. 40338788              08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/15/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to second monthly fee application of Rothschild Inc. | TBOLL | B017 | 0.30 |
| 06/15/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to third monthly fee application of Ernst & Young | TBOLL | B017 | 0.30 |
| 06/15/10 | Update (.1) and finalize for filing and coordinate service (.3) of first quarterly fee requests of debtor professionals | TBOLL | B017 | 0.40 |
| 06/16/10 | Prepare (.1) and finalize for filing and coordinate service (.3) of notice of hearing regarding first quarterly fee requests of debtors professionals | TBOLL | B017 | 0.40 |
| 06/17/10 | Prepare and finalize for filing affidavit of service regarding third monthly fee application of Rothschild Inc. | TBOLL | B017 | 0.20 |
| 06/21/10 | Review CNO's re: Ernst & Young Supplemental Retention and Customer Information Seal Orders | DBOWM | B017 | 0.20 |
| 06/21/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to second supplemental retention application of Ernst & Young LLP | TBOLL | B017 | 0.30 |
| 06/24/10 | E-mail from and response to M. Seward re: Kelley Drye & Warren, LLP Ordinary Course Professional Affidavit | DBOWM | B017 | 0.10 |
| 06/24/10 | Review and finalize for filing ordinary course professionals affidavit and notice re: ordinary course professional Drye | MSEWA | B017 | 0.10 |
| 06/24/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of affidavit of disinterestedness of ordinary course professional Kelley Drye | TBOLL | B017 | 0.40 |
| 06/28/10 | Review Ernst & Young's Fourth Monthly Fee Application | DBOWM | B017 | 0.30 |
| 06/28/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of fourth monthly fee application of Ernst & Young | TBOLL | B017 | 0.40 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001                    Invoice No. 40338788                    08-25-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/28/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of fourth monthly fee application of Huron Consulting Group | TBOLL | B017 | 0.40 |
| | Sub Total | | | 7.40 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/08/10 | Work on April fee application | EMORT | B018 | 0.70 |
| 06/09/10 | Review YCST April 2010 fee application detail | DBOWM | B018 | 0.60 |
| 06/15/10 | Correspondence from and to T. Bollman re: YCST April fee application (.2); Review/finalize same (.2) | EMORT | B018 | 0.40 |
| 06/15/10 | Prepare third monthly fee application of YCST | TBOLL | B018 | 0.50 |
| 06/15/10 | Finalize for filing and coordinate service of third monthly fee application of YCST | TBOLL | B018 | 0.30 |
| | Sub Total | | | 2.50 |