# EXHIBIT B

069152.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through June 30, 2010

## AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
|---|---|
| Reproduction Charges | 473.80 |
| Long Distance Telephone | 70.21 |
| Federal Express | 389.15 |
| Delivery / Courier | 35.00 |
| Teleconference / Video Conference | 120.00 |
| Postage | 85.94 |
| Computerized Legal Research | 11.15 |
| Docket Retrieval / Search | 98.64 |
| Total Disbursements: | $1,283.89 |

## UNBILLED EXPENSE DETAILS THROUGH 06/30/2010

**MATTER: 069152.1001   Debtor Representation - Neenah Foundry Company**

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | STATUS B/O H X BNP |
|------|--------------|-----------|---------|---------|------------------|----------------|---------------|---------------|---------|-----|--------------------|
| 03/09/10 | S003 | 3379407 | | | EMORTLong Distance Telephone 1(312)853-7710 6637 | 3.44 | 3.44 | | B | | |
| 04/05/10 | S102 | 3394086 | | | VENDOR NAME: DBOWMDocket Retrieval / Search Pacer | 2.64 | 2.64 | | B | | |
| 04/05/10 | S102 | 3394087 | | | VENDOR NAME: TBOLLDocket Retrieval | 3.52 | 3.52 | | B | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 189759

CONTROL:   440427

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CLIENT: 069152 Neenah Foundry Company        (Continued)

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORTG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS BNC B/O H X BNP |
|------|------|------|------|------|------|------|------|------|------|------|
| 04/06/10 | S102 | VENDOR NAME: 3394088 | | | TBOLL | Docket Retrieval / Search Pacer | 1.84 | 1.84 | ___ | B ___ _ _ _ |
| 04/07/10 | S102 | VENDOR NAME: 3394089 | | | TBOLL | Docket Retrieval / Search Pacer | 6.88 | 6.88 | ___ | B ___ _ _ _ |
| 04/15/10 | S102 | VENDOR NAME: 3394090 | | | TBOLL | Docket Retrieval / Search Pacer | 1.76 | 1.76 | ___ | B ___ _ _ _ |
| 04/16/10 | S102 | VENDOR NAME: 3394091 | | | DBOWN | Docket Retrieval / Search Pacer | 3.28 | 3.28 | ___ | B ___ _ _ _ |
| 04/16/10 | S102 | VENDOR NAME: 3394092 | | | TBOLL | Docket Retrieval / Search Pacer | 0.32 | 0.32 | ___ | B ___ _ _ _ |
| 04/20/10 | S102 | VENDOR NAME: 3394093 | | | DBOWN | Docket Retrieval / Search Pacer | 6.80 | 6.80 | ___ | B ___ _ _ _ |
| 04/21/10 | S102 | VENDOR NAME: 3394094 | | | DBOWN | Docket Retrieval / Search Pacer | 0.72 | 0.72 | ___ | B ___ _ _ _ |
| 04/22/10 | S102 | VENDOR NAME: 3394095 | | | TBOLL | Docket Retrieval / Search Pacer | 1.04 | 1.04 | ___ | B ___ _ _ _ |
| 04/26/10 | S003 | VENDOR NAME: 3389850 | | | EMORT | Long Distance Telephone 1(312)853-7000 3271 | 4.13 | 4.13 | ___ | B ___ _ _ _ |
| 04/26/10 | S003 | VENDOR NAME: 3389851 | | | EMORT | Long Distance Telephone 1(312)853-7710 3271 | 0.69 | 0.69 | ___ | B ___ _ _ _ |
| 04/26/10 | S003 | VENDOR NAME: 3389852 | | | EMORT | Long Distance Telephone 1(312)853-4348 3271 | 4.82 | 4.82 | ___ | B ___ _ _ _ |
| 04/26/10 | S003 | VENDOR NAME: 3389853 | | | EMORT | Long Distance Telephone 1(212)806-6057 3271 | 4.82 | 4.82 | ___ | B ___ _ _ _ |
| 04/26/10 | S003 | VENDOR NAME: 3389854 | | | EMORT | Long Distance | 4.82 | 4.82 | ___ | B ___ _ _ _ |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   1897959

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

Page 33 (33)
RUN: 08/25/10
TIME: 10:02:35

CONTROL:   440427

CLIENT: 069152 Neenah Foundry Company     (Continued)

| UNBILLED DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/0 H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/26/10 | S003 | VENDOR NAME: 3889855 | | | | Telephone 1(312)853-4348 3271 | 0.69 | 0.69 | | B | |
| 04/26/10 | S003 | VENDOR NAME: 3889856 | | | | EMORTLong Distance Telephone 1(312)493-8768 3271 | 2.06 | 2.06 | | B | |
| 04/26/10 | S003 | VENDOR NAME: 3889857 | | | | EMORTLong Distance Telephone 1(773)853-0339 3271 | 3.44 | 3.44 | | B | |
| 04/26/10 | S003 | VENDOR NAME: 3889858 | | | | EMORTLong Distance Telephone 1(312)853-7000 3271 | 5.50 | 5.50 | | B | |
| 04/26/10 | S003 | VENDOR NAME: 3889859 | | | | EMORTLong Distance Telephone 1(773)853-0339 3271 | 1.38 | 1.38 | | B | |
| 04/26/10 | S102 | VENDOR NAME: 3394096 | | | | TBOLLDocket Retrieval / Search Pacer | 1.76 | 1.76 | | B | |
| 04/27/10 | S102 | VENDOR NAME: 3394097 | | | | DBOWMDocket Retrieval / Search Pacer | 7.68 | 7.68 | | B | |
| 04/27/10 | S102 | VENDOR NAME: 3394098 | | | | TBOLLDocket Retrieval / Search Pacer | 14.24 | 14.24 | | B | |
| 04/28/10 | S102 | VENDOR NAME: 3394099 | | | | TBOLLDocket Retrieval / Search Pacer | 4.96 | 4.96 | | B | |
| 04/30/10 | S102 | VENDOR NAME: 3394100 | | | | DBOWMDocket Retrieval / Search Pacer | 1.28 | 1.28 | | B | |
| 04/30/10 | S102 | VENDOR NAME: 3394101 | | | | TBOLLDocket Retrieval / Search Pacer | 3.04 | 3.04 | | B | |
| | | VENDOR NAME: | | | | | | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 1897759

Page 34 (34)
RUN: 18/25/10
TIME: 10:02:35

CONTROL: 440427

CLIENT: 069152 Neenah Foundry Company (Continued)    MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/10 | S001 | 3376325 | | 0968 | TBOLLPhotocopy Charges | 13.80 | 6.90 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001 | 3376326 | VENDOR NAME: | 0968 | TBOLLPhotocopy Charges | 83.80 | 41.90 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001 | 3376327 | VENDOR NAME: | 0968 | TBOLLPhotocopy Charges | 4.80 | 2.40 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001 | 3376328 | VENDOR NAME: | 0968 | TBOLLPhotocopy Charges | 24.20 | 12.10 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376329 | VENDOR NAME: | 0968 | TBOLLScanning charges | 0.40 | 0.20 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376330 | VENDOR NAME: | 0968 | TBOLLScanning charges | 4.40 | 2.20 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376331 | VENDOR NAME: | 0968 | TBOLLScanning charges | 1.40 | 0.70 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376332 | VENDOR NAME: | 0968 | TBOLLScanning charges | 0.80 | 0.40 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376333 | VENDOR NAME: | 0968 | TBOLLScanning charges | 2.80 | 1.40 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376334 | VENDOR NAME: | 0968 | TBOLLScanning charges | 2.60 | 1.30 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376335 | VENDOR NAME: | 0968 | TBOLLScanning charges | 1.20 | 0.60 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376336 | VENDOR NAME: | 0968 | TBOLLScanning Charges | 0.40 | 0.20 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376337 | VENDOR NAME: | 0968 | TBOLLScanning Charges | 0.40 | 0.20 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376338 | VENDOR NAME: | 0968 | TBOLLScanning Charges | 1.60 | 0.80 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376339 | VENDOR NAME: | 0968 | TBOLLScanning Charges | 2.20 | 1.10 | ___ | B ___ ___ ___ ___ |
| 06/01/10 | S001SCN | 3376340 | VENDOR NAME: | 0968 | TBOLLScanning Charges | 0.40 | 0.20 | ___ | B ___ ___ ___ ___ |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 1897759

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CLIENT: 069152 Neenah Foundry Company    (Continued)

CONTROL: 440427

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT BNC B/0 H X ENP |
|---|---|---|---|---|---|---|---|---|---|---|
| UNBILLED EXPENSES | | | | | | | | | | |
| 06/01/10 | S001SCN | 3376341 | | | VENDOR NAME: | TBO1LScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/01/10 | S002 | 3379889 | | | VENDOR NAME: | TRO1LPostage Postage | 3.66 | 3.66 | | B |
| 06/02/10 | S001 | 3378266 | | | VENDOR NAME: | KRIDDPhotocopy Charges 0971 0971 | 0.20 | 0.10 | | B |
| 06/02/10 | S001 | 3378267 | | | VENDOR NAME: | KRIDDPhotocopy Charges 0971 0971 | 0.20 | 0.10 | | B |
| 06/02/10 | S001SCN | 3378268 | | | VENDOR NAME: | TRO1LScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/02/10 | S001SCN | 3378269 | | | VENDOR NAME: | TRO1LScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/02/10 | S102 | 3441976 | | | VENDOR NAME: | DEOWNDocket Retrieval / Search | 17.36 | 17.36 | | B |
| 06/03/10 | 053 | 3411085 | 127104 | | VENDOR NAME: Parcels, Inc. | JPA1TDelivery / / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B |
| 06/03/10 | S001 | 3379401 | | | VENDOR NAME: | TBO1LPhotocopy Charges 0968 - D.D.R. | 0.60 | 0.30 | | B |
| 06/03/10 | S001 | 3379402 | | | VENDOR NAME: | TBO1LPhotocopy Charges 0968 | 6.60 | 3.30 | | B |
| 06/03/10 | S001SCN | 3379403 | | | VENDOR NAME: | TBO1LScanning Charges 0968 0968 | 0.60 | 0.30 | | B |
| 06/03/10 | S001SCN | 3379404 | | | VENDOR NAME: | TBO1LScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/03/10 | S001SCN | 3379405 | | | VENDOR NAME: | TBO1LScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/03/10 | S001SCN | 3379406 | | | VENDOR NAME: | TBO1LScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/03/10 | S003 | 3379408 | | | VENDOR NAME: | EMORTLong Distance Telephone | 0.69 | 0.69 | | B |

Young, Conway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   189759

Page 36 (36)
RUN: 08/25/10
TIME: 10:02:35

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CONTROL:   440427

UNBILLED EXPENSES   (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/10 | S102 | VENDOR NAME: 3441977 | | | | DBOWNDocket Retrieval / Search 1(630)218-1886 7796 | 4.64 | 4.64 | | B |
| 06/04/10 | S001SCN | VENDOR NAME: 3380580 | | | | TBOILScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/04/10 | S102 | VENDOR NAME: 3441978 | | | | TBOILDocket Retrieval / Search | 1.52 | 1.52 | | B |
| 06/08/10 | S102 | VENDOR NAME: 3392514 126775 | | Federal Express Corporation | | TBOILFederal Express -- FEDERAL EXPRESS - BRIAN KOLP FRASER, MI | 11.58 | 11.58 | | B |
| 06/08/10 | 004 | VENDOR NAME: 3392515 126775 | | Federal Express Corporation | | TBOILFederal Express -- FEDERAL EXPRESS - SAF HOLLAND USA MUSKEGON, MI | 11.58 | 11.58 | | B |
| 06/08/10 | 004 | VENDOR NAME: 3392516 126775 | | Federal Express Corporation | | TBOILFederal Express -- FEDERAL EXPRESS - DANA DRIVESHAFT PRODUCTS, LLC. MARION, IN | 11.58 | 11.58 | | B |
| 06/08/10 | 004 | VENDOR NAME: 3392517 126775 | | Federal Express Corporation | | TBOILFederal Express -- FEDERAL EXPRESS - MERITOR HEAVY VEHICLE SYSTEMS, TROY, MI | 11.58 | 11.58 | | B |
| 06/08/10 | S001 | VENDOR NAME: 3385653 | | | | PMOREPhotocopy Charges 0572 0572 | 0.80 | 0.40 | | B |
| 06/08/10 | S001 | VENDOR NAME: 3385654 | | | | TBOILPhotocopy Charges 0968 | 5.40 | 2.70 | | B |
| 06/08/10 | S001 | VENDOR NAME: 3385655 | | | | TBOILPhotocopy Charges 0968 | 20.80 | 10.40 | | B |
| 06/08/10 | S001SCN | VENDOR NAME: 3385656 | | | | TBOILScanning Charges 0968 | 0.60 | 0.30 | | B |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER  189759

Page 37 (37)
RUN: 08/25/10
TIME: 10:02:35

CLIENT: 069152 Neenah Foundry Company      (Continued)

CONTROL:    440427

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/10 | S001SCN | VENDOR NAME: 3385657 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.60 | 0.30 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385658 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.60 | 0.30 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385659 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.60 | 0.30 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385660 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.40 | 0.20 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385661 | | TBOLJScanning 0968 | TBOLJScanning Charges | 2.20 | 1.10 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385662 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.60 | 0.30 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385663 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.20 | 0.10 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385664 | | TBOLJScanning 0968 | TBOLJScanning Charges | 1.00 | 0.50 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385665 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.60 | 0.30 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385666 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.40 | 0.20 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385667 | | TBOLJScanning 0968 | TBOLJScanning Charges | 1.00 | 0.50 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385668 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.60 | 0.30 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385669 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.40 | 0.20 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385670 | | TBOLJScanning 0968 | TBOLJScanning Charges | 1.00 | 0.50 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385671 | | TBOLJScanning 0968 | TBOLJScanning Charges | 0.60 | 0.30 | | B | - - - - |
| 06/08/10 | S001SCN | VENDOR NAME: 3385672 | | TBOLJScanning Charges | TBOLJScanning Charges | 3.20 | 1.60 | | B | - - - - |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   1897759

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CONTROL:   440427

CLIENT: 069152 Neenah Foundry Company   (Continued)

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/10 | S102 | VENDOR NAME: 3441979 | | | 0968 | MGTREDocket Retrieval / Search | 0.16 | 0.16 | | B | | | | | |
| 06/09/10 | S001 | VENDOR NAME: 3386770 | | | 0968 | TSOLIPhotocopy Charges | 28.00 | 14.00 | | B | | | | | |
| 06/09/10 | S001SCN | VENDOR NAME: 3386771 | | | 0968 | TSOLIScanning Charges | 0.40 | 0.20 | | B | | | | | |
| 06/09/10 | S001SCN | VENDOR NAME: 3386772 | | | 0968 | TSOLIScanning Charges | 0.40 | 0.20 | | B | | | | | |
| 06/09/10 | S001SCN | VENDOR NAME: 3386773 | | | 0968 | TSOLIScanning Charges | 0.20 | 0.10 | | B | | | | | |
| 06/09/10 | S002 | VENDOR NAME: 3387195 | | | 0968 | TSOLIPostage Postage | 27.28 | 27.28 | | B | | | | | |
| 06/10/10 | S003 | VENDOR NAME: 3387432 | | | 5003 | EMORILong Distance Telephone 1(212)403-3577 | 0.69 | 0.69 | | B | | | | | |
| 06/11/10 | S003 | VENDOR NAME: 3388544 | | | 5003 | EMORILong Distance Telephone 1(212)909-6106 | 1.38 | 1.38 | | B | | | | | |
| 06/11/10 | S001SCN | VENDOR NAME: 3388543 | | | 0968 | TSOLIScanning Charges | 0.40 | 0.20 | | B | | | | | |
| 06/14/10 | S001 | VENDOR NAME: 3389835 | | | 0968 0968 | TSOLIPhotocopy Charges | 5.00 | 2.50 | | B | | | | | |
| 06/14/10 | S001 | VENDOR NAME: 3389836 | | | 0968 0968 | TSOLIPhotocopy Charges | 5.00 | 2.50 | | B | | | | | |
| 06/14/10 | S001 | VENDOR NAME: 3389837 | | | 0968 | TSOLIPhotocopy Charges | 5.80 | 2.90 | | B | | | | | |
| 06/14/10 | S001SCN | VENDOR NAME: 3389838 | | | 0968 | TSOLIScanning Charges | 0.60 | 0.30 | | B | | | | | |
| 06/14/10 | S001SCN | VENDOR NAME: 3389839 | | | 0968 | TSOLIScanning Charges | 2.00 | 1.00 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | | | |

Young, Conway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER  189759

Page 39 (39)
RUN: 08/25/10
TIME: 10:02:35

CONTROL:   440427

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES                (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS ----- BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/10 | S001SCN | VENDOR NAME: 3389840 | | | TBOLL | Scanning Charges 0968 | 3.00 | 1.50 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389841 | | | TBOLL | Scanning Charges 0968 | 1.60 | 0.80 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389842 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389843 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389844 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389844 | | | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389845 | | | TBOLL | Scanning Charges 0968 | 3.40 | 1.70 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389846 | | | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389847 | | | TBOLL | Scanning Charges 0968 | 6.40 | 3.20 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389848 | | | TBOLL | Scanning Charges 0968 | 24.80 | 12.40 | ____ | B | ____ |
| 06/14/10 | S001SCN | VENDOR NAME: 3389849 | | | TBOLL | Scanning Charges 0968 | 1.20 | 0.60 | ____ | B | ____ |
| 06/15/10 | S001SCN | VENDOR NAME: 3391929 | | | EMORT | Photocopy Charges 0425 | 1.20 | 0.60 | ____ | B | ____ |
| 06/15/10 | S001 | VENDOR NAME: 3391930 | | | TBOLL | Photocopy Charges 0968 | 11.40 | 5.70 | ____ | B | ____ |
| 06/15/10 | S001 | VENDOR NAME: 3391931 | | | TBOLL | Photocopy Charges 0968 0968 | 1.20 | 0.60 | ____ | B | ____ |
| 06/15/10 | S001 | VENDOR NAME: 3391932 | | | TBOLL | photocopy Charges 0968 0968 | 2.60 | 1.30 | ____ | B | ____ |
| 06/15/10 | S001SCN | VENDOR NAME: 3391933 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | ____ | B | ____ |
| 06/15/10 | S001SCN | VENDOR NAME: 3391934 | | | TBOLL | Scanning Charges 0968 | 4.40 | 2.20 | ____ | B | ____ |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 1897759

Page 40 (40)
RUN: 08/25/10
TIME: 10:02:35

CONTROL: 440427

CLIENT: 069152 Neenah Foundry Company    (Continued)

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

| DATE | UNBILLED EXPENSE CODE | INDEX NO. CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/10 | S001SCN | VENDOR NAME: 3391935 | | TROLLScanning Charges 0968 | 1.40 | 0.70 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391936 | | TROLLScanning Charges 0968 | 0.80 | 0.40 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391937 | | TROLLScanning Charges 0968 | 2.80 | 1.40 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391938 | | TROLLScanning Charges 0968 | 4.60 | 2.30 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391939 | | TROLLScanning Charges 0968 | 1.20 | 0.60 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391940 | | TROLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391941 | | TROLLScanning Charges 0968 | 2.20 | 1.10 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391942 | | TROLLScanning Charges 0968 | 4.00 | 2.00 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391943 | | TROLLScanning Charges 0968 | 5.80 | 2.90 | | B | | | | |
| 06/15/10 | S001SCN | VENDOR NAME: 3391944 | | TROLLScanning Charges 0968 | 1.60 | 0.80 | | B | | | | |
| 06/15/10 | S002 | VENDOR NAME: 3399704 | | TROLLPostage Postage 0968 | 8.25 | 8.25 | | B | | | | |
| 06/16/10 | S001SCN | VENDOR NAME: 3395226 | | TROLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | |
| 06/16/10 | S001SCN | VENDOR NAME: 3395227 | | TROLLScanning Charges 0968 | 0.80 | 0.40 | | B | | | | |
| 06/16/10 | S001SCN | VENDOR NAME: 3395228 | | TROLLScanning Charges 0968 | 0.80 | 0.40 | | B | | | | |
| 06/17/10 | S001 | VENDOR NAME: 3396386 | | TROLLPhotocopy Charges 0968 0968 | 1.60 | 0.80 | | B | | | | |
| 06/17/10 | S001 | VENDOR NAME: 3396387 | | KRUDDPhotocopy Charges 0971 0971 | 0.20 | 0.10 | | B | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 1897759

Page 41 (41)
RUN: 08/25/10
TIME: 10:02:35

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
(Continued)

CONTROL:   440427

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/10 | S001 | VENDOR NAME: 3396388 | | | ORIG | KRIDDPhotocopy Charges 0971 0971 | 0.20 | 0.10 | _____ | B | _ _ _ _ _ |
| 06/17/10 | S001 | VENDOR NAME: 3396389 | | | | KRIDDPhotocopy Charges 0971 0971 | 0.40 | 0.20 | _____ | B | _ _ _ _ _ |
| 06/17/10 | S001 | VENDOR NAME: 3396390 | | | | KRIDDPhotocopy Charges 0971 0971 | 0.40 | 0.20 | _____ | B | _ _ _ _ _ |
| 06/17/10 | S001 | VENDOR NAME: 3396391 | | | | KRIDDPhotocopy Charges 0971 0971 | 0.20 | 0.10 | _____ | B | _ _ _ _ _ |
| 06/17/10 | S001SCN | VENDOR NAME: 3396391 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | _____ | B | _ _ _ _ _ |
| 06/18/10 | 004 | VENDOR NAME: 3411512 | 127103 | | | EMORTFederal Express - FEDERAL EXPRESS - Joseph Kots READING, PA | 8.42 | 8.42 | _____ | B | _ _ _ _ _ |
| 06/18/10 | 004 | VENDOR NAME: 3411513 | 127103 | | | EMORTFederal Express - FEDERAL EXPRESS - Frank McGinn, Esq. BOSTON, MA | 10.00 | 10.00 | _____ | B | _ _ _ _ _ |
| 06/18/10 | 004 | VENDOR NAME: 3411514 | 127103 | | | EMORTFederal Express - FEDERAL EXPRESS - James M. Sullivan NEW YORK CITY, NY | 8.42 | 8.42 | _____ | B | _ _ _ _ _ |
| 06/18/10 | 004 | VENDOR NAME: 3411515 | 127103 | | | EMORTFederal Express - FEDERAL EXPRESS - Robert B. Weiss, Esq. DETROIT, MI | 11.58 | 11.58 | _____ | B | _ _ _ _ _ |
| 06/18/10 | 004 | VENDOR NAME: 3411516 | 127103 | | | EMORTFederal Express - FEDERAL EXPRESS - Kurt Wiese, Esq. DIAMOND BAR, CA | 13.98 | 13.98 | _____ | B | _ _ _ _ _ |
| 06/18/10 | 004 | VENDOR NAME: 3411517 | 127103 | | | EMORTFederal Express Corporation -- FEDERAL EXPRESS - Internal Revenue Service | 8.42 | 8.42 | _____ | B | _ _ _ _ _ |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 1897/59

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

Page 42 (42)
RUN: 08/25/10
TIME: 10:02:35

CONTROL: 440427

CLIENT: 069152 Neenah Foundry Company          (Continued)

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS ENC B/0 H X BNP |
|---|---|---|---|---|---|---|---|---|---|
| 06/18/10 | 004 | 3411518 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express PHILADELPHIA, PA | 12.22 | 12.22 | | B |
| 06/18/10 | 004 | 3411519 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Aaron L. Hammer, Esq. CHICAGO, IL | 8.42 | 8.42 | | B |
| 06/18/10 | 004 | 3411520 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Kristopher Hansen NEW YORK CITY, NY | 12.22 | 12.22 | | B |
| 06/18/10 | 004 | 3411521 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - IKON Financial Services MACON, GA | 10.00 | 10.00 | | B |
| 06/18/10 | 004 | 3411522 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - David R. Dury, Esq. PITTSBURGH, PA | 11.58 | 11.58 | | B |
| 06/18/10 | 004 | 3411523 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Adam K. Keith, Esq. DETROIT, MI | 8.42 | 8.42 | | B |
| 06/18/10 | 004 | 3411524 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Richard M. Kremen, Esq BALTIMORE, MD | 12.22 | 12.22 | | B |
| 06/18/10 | 004 | 3411525 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Rebecca | 12.22 | 12.22 | | B |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 189759

Page 43 (43)
RUN: 08/25/10
TIME: 10:02:35

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CONTROL:   440427

UNBILLED EXPENSES
(Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS  BNC B/O H X BNP |
|------|------|------|------|------|------|------|------|------|------|------|
| 06/18/10 | 004 | 3411526 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - McMahon, Esq. DES PLAINES, IL | 12.22 | 12.22 | —— | B —— |
| 06/18/10 | 004 | 3411527 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Sheryl I. Moreau JEFFERSON CITY, MO | 12.57 | 12.57 | —— | B —— |
| 06/18/10 | 004 | 3411528 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Vicky Namken DALLAS, TX | 12.22 | 12.22 | —— | B —— |
| 06/18/10 | 004 | 3411529 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Larry J. Nyhan, Esq. CHICAGO, IL | 11.58 | 11.58 | —— | B —— |
| 06/18/10 | 004 | 3411530 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Scott N. Opincar, Esq. CLEVELAND, OH | 12.57 | 12.57 | —— | B —— |
| 06/18/10 | 004 | 3411531 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Bruce J. Ruzinsky, Esq. HOUSTON, TX | 8.42 | 8.42 | —— | B —— |
| 06/18/10 | 004 | 3411532 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Barry W. Sawtelle, Esq. READING, PA | 8.42 | 8.42 | —— | B —— |
| 06/18/10 | 004 | 3411533 127103 | | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Mark Schonfeld NEW YORK CITY, NY | 8.42 | 8.42 | —— | B —— |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 189759

Page 44 (44)
RUN: 08/25/10
TIME: 10:02:35

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CLIENT: 069152 Neenah Foundry Company   (Continued)

CONTROL:   440427

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS BNC B/0 H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/10 | 004 | 3411534 | 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Robert T. Aulgur, Jr. MIDDLETOWN, DE   Securities & Exchange Commiss NEW YORK, NY | 10.29 | 10.29 | | B |
| 06/18/10 | 004 | 3411535 | 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Ronald Barliant, Esq. CHICAGO, IL | 12.22 | 12.22 | | B |
| 06/18/10 | 004 | 3411536 | 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - William J. Barrett, Esq. CHICAGO, IL | 12.22 | 12.22 | | B |
| 06/18/10 | 004 | 3411537 | 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - David Boyle, Esq. WAYNE, PA | 8.42 | 8.42 | | B |
| 06/18/10 | 004 | 3411538 | 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Gennice D. Brickhouse, Esq. WASHINGTON, DC | 8.42 | 8.42 | | B |
| 06/18/10 | 004 | 3411539 | 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Adam D. Bruski, Esq. BAY CITY, MI | 11.58 | 11.58 | | B |
| 06/18/10 | 004 | 3411540 | 127103 | | | VENDOR NAME: Federal Express Corporation EMORTFederal Express -- FEDERAL EXPRESS - Susan M. Cook BAY CITY, MI | 11.58 | 11.58 | | B |

VENDOR NAME: Federal Express Corporation

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER   189759

Page 45 (45)
RUN: 08/25/10
TIME: 10:02:35

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CONTROL:   440427

UNBILLED EXPENSES   (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/10 | 004 | 3411541 | 127103 | EMORT | Federal Express -- FEDERAL EXPRESS | 12.57 | 12.57 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | 004 | 3411542 | 127103 | EMORT | Federal Express Corporation Federal Express FEDERAL EXPRESS - David L. Finger WILMINGTON, DE Gretchen Crawford OKLAHOMA CITY, OK | 8.42 | 8.42 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | 004 | 3411543 | 127103 | EMORT | VENDOR NAME: Federal Express Corporation Federal Express FEDERAL EXPRESS -- Heather M. Forrest, Esq. DALLAS, TX | 12.57 | 12.57 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001 | 3397725 | | KRIDD | VENDOR NAME: Federal Express Corporation Photocopy Charges 0971 | 4.60 | 2.30 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001 | 3397726 | | TBOLi | VENDOR NAME: Photcopy Charges 0968 | 197.80 | 98.90 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397727 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 0.40 | 0.20 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397728 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 1.20 | 0.60 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397729 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 1.60 | 0.80 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397730 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 0.40 | 0.20 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397731 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 0.60 | 0.30 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397732 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 0.40 | 0.20 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397733 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 0.40 | 0.20 | ___ | B | _ | _ | _ | _ | _ |
| 06/18/10 | S001SCN | 3397734 | | TBOLi | VENDOR NAME: Scanning Charges 0968 | 2.00 | 1.00 | ___ | B | _ | _ | _ | _ | _ |

```
                                          Young, Conaway, Stargatt and Taylor              Page 46 (46)
                                              PROFORMA BILLING WORKSHEET                   RUN: 08/25/10
                                           FOR BILLING PROFORMA NUMBER 1897759            TIME: 10:02:35

CLIENT: 069152 Neenah Foundry Company                    MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CONTROL:    440427              (Continued)
```

| UNBILLED EXPENSES DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/0 H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/10 | S001SCN | VENDOR NAME: 3397735 | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | |
| 06/18/10 | S001SCN | VENDOR NAME: 3397736 | | TBOLLScanning Charges 0968 | 1.00 | 0.50 | | B | |
| 06/18/10 | S001SCN | VENDOR NAME: 3397737 | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | |
| 06/21/10 | 053 | VENDOR NAME: 3431229 127679 | | JPATTDelivery / Courier- From: YCST - To: Chief Judge Mary F. | 7.50 | 7.50 | | B | |
| 06/21/10 | 053 | VENDOR NAME: Parcels, Inc. 3431230 127679 | - D.D.R. JPATTDelivery / Courier- From: YCST - To: Chief Judge Mary F. Walrath | | 7.50 | 7.50 | | B | |
| 06/21/10 | 053 | VENDOR NAME: Parcels, Inc. 3431231 127679 | - D.D.R. JPATTDelivery / Courier- From: YCST - To: Judge Christopher S. Sontchi | | 7.50 | 7.50 | | B | |
| 06/21/10 | S001 | VENDOR NAME: Parcels, Inc. 3400618 | - D.D.R. TBOLLPhotocopy Charges 0968 | | 0.20 | 0.10 | | B | |
| 06/21/10 | S001 | VENDOR NAME: 3400619 | | TBOLLPhotocopy Charges 0968 | 3.00 | 1.50 | | B | |
| 06/21/10 | S001 | VENDOR NAME: 3400620 | | TBOLLPhotocopy Charges 0968 | 31.60 | 15.80 | | B | |
| 06/21/10 | S001 | VENDOR NAME: 3400621 | | TBOLLPhotocopy Charges 0968 0968 | 4.60 | 2.30 | | B | |
| 06/21/10 | S001 | VENDOR NAME: 3400622 | | TBOLLPhotocopy Charges 0968 0968 | 24.40 | 12.20 | | B | |
| 06/21/10 | S002 | VENDOR NAME: 3410878 | | TBOLLPostage Postage | 38.95 | 38.95 | | B | |
| 06/21/10 | S102 | VENDOR NAME: 3441980 | | TBOLLDocket Retrieval / Search | 2.00 | 2.00 | | B | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 1897759

Page 47 (47)
RUN: 08/25/10
TIME: 10:02:35

CONTROL.:   440427

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
(Continued)

UNBILLED EXPENSES

| DATE | EXPENSE CODE | EXPENSE INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/10 | S001 | VENDOR NAME: 3401531 | | | | TBOLLPhotocopy Charges 0968 | 3.00 | 1.50 | ____ | B __ __ __ __ __ |
| 06/22/10 | S001 | VENDOR NAME: 3401532 | | | | TBOLLPhotocopy Charges 0968 | 0.40 | 0.20 | ____ | B __ __ __ __ __ |
| 06/22/10 | S001 | VENDOR NAME: 3401533 | | | | TBOLLPhotocopy Charges 0968 | 0.20 | 0.10 | ____ | B __ __ __ __ __ |
| 06/22/10 | S001 | VENDOR NAME: 3401534 | | | | TBOLLPhotocopy Charges 0968 0968 | 35.20 | 17.60 | ____ | B __ __ __ __ __ |
| 06/22/10 | S001 | VENDOR NAME: 3401535 | | | | TBOLLPhotocopy Charges 0968 0968 | 17.60 | 8.80 | ____ | B __ __ __ __ __ |
| 06/22/10 | S001 | VENDOR NAME: 3401536 | | | | TBOLLPhotocopy Charges 0968 0968 | 1.00 | 0.50 | ____ | B __ __ __ __ __ |
| 06/22/10 | S001 | VENDOR NAME: 3401537 | | | | KRIDDPhotocopy Charges 0971 0971 | 0.40 | 0.20 | ____ | B __ __ __ __ __ |
| 06/22/10 | S001SCN | VENDOR NAME: 3401538 | | | | TBOLLScanning Charges 0971 0971 | 1.20 | 0.60 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001 | VENDOR NAME: 3402742 | | | | PMOREPhotocopy Charges 0572 0572 | 3.00 | 1.50 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001 | VENDOR NAME: 3402743 | | | | ECBRAPhotocopy Charges 1021 1021 | 1.60 | 0.80 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001 | VENDOR NAME: 3402744 | | | | ECBRAPhotocopy Charges 1021 1021 | 1.80 | 0.90 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001 | VENDOR NAME: 3402745 | | | | ECBRAPhotocopy Charges 1021 1021 | 1.40 | 0.70 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001 | VENDOR NAME: 3402746 | | | | ECBRAPhotocopy Charges 1021 1021 | 1.60 | 0.80 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001 | VENDOR NAME: 3402747 | | | | DBOWMPhotocopy Charges 0820 | 14.40 | 7.20 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001 | VENDOR NAME: 3402748 | | | | MSEWAPhotocopy Charges 0982 | 13.80 | 6.90 | ____ | B __ __ __ __ __ |
| 06/23/10 | S001SCN | VENDOR NAME: 3402749 | | | | TBOLLScanning Charges | 1.40 | 0.70 | ____ | B __ __ __ __ __ |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 1897759

Page 48 (48)
RUN: 08/25/10
TIME: 10:02:35

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CLIENT: 069152 Neenah Foundry Company

CONTROL.: 440427

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS | BNC B/O | H | X | BNP |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 06/23/10 | S003 | 3414690 | | | 0968 | VENDOR NAME: EMORTLong Distance Telephone 1(773)853-0339 0000 | 2.06 | 2.06 | | B | | | | |
| 06/23/10 | S003 | 3414691 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(312)853-7100 3258 | 1.38 | 1.38 | | B | | | | |
| 06/23/10 | S003 | 3414692 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(212)806-5508 3258 | 11.01 | 11.01 | | B | | | | |
| 06/23/10 | S003 | 3414693 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(312)853-7000 3258 | 0.69 | 0.69 | | B | | | | |
| 06/23/10 | S003 | 3414694 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(312)853-7000 3258 | 0.69 | 0.69 | | B | | | | |
| 06/23/10 | S003 | 3414695 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(312)853-7000 3258 | 0.69 | 0.69 | | B | | | | |
| 06/23/10 | S003 | 3414696 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(920)257-7584 3258 | 4.82 | 4.82 | | B | | | | |
| 06/23/10 | S003 | 3414697 | | | | VENDOR NAME: EMORTLong Distance Telephone 1(312)259-2064 3258 | 6.88 | 6.88 | | B | | | | |
| 06/23/10 | S063I | 3436498 | | | | VENDOR NAME: KENOSLaw Reviews - Combined Search Component Lexis Search by Enos, Kenneth J. | 2.04 | 2.04 | | B | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 189759

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CONTROL:    440427                             (Continued)

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/23/10 | S063I | VENDOR NAME: 3436499 | | | | KENOSLexis Legal Services Combined Search Component Lexis Search by Enos, Kenneth J. | 6.00 | 6.00 | | B | |
| 06/23/10 | S063I | VENDOR NAME: 3436500 | | | | KENOSLexis Legal Services - Searches Lexis Search by Enos, Kenneth J. | 3.11 | 3.11 | | B | |
| 06/23/10 | S102 | VENDOR NAME: 3431981 | | | | TBOLLDocket Retrieval / Search | 6.72 | 6.72 | | B | |
| 06/23/10 | S904 | VENDOR NAME: 3443400 | | | | EMORTCase Num:10-10360 / CCID 3586228 Appr Atty: Alison Triggs | 30.00 | 30.00 | | B | |
| 06/23/10 | S904 | VENDOR NAME: 3443401 | | | | EMORTCase Num:10-10360 / CCID 3586229 Appr Atty: Jillian Ludwig | 30.00 | 30.00 | | B | |
| 06/23/10 | S904 | VENDOR NAME: 3443402 | | | | EMORTCase Num:10-10360 / CCID 3584669 Appr Atty: Kerriann Mills | 30.00 | 30.00 | | B | |
| 06/23/10 | S904 | VENDOR NAME: 3443403 | | | | EMORTCase Num:10-10360 / CCID 3586227 Appr Atty: Brett Myrick | 30.00 | 30.00 | | B | |
| 06/24/10 | S001 | VENDOR NAME: 3404462 | | | | TBOLLPhotocopy Charges 0968 | 1.20 | 0.60 | | B | |
| 06/24/10 | S001 | VENDOR NAME: 3404463 | | | | TBOLLPhotocopy Charges 0968 | 5.00 | 2.50 | | B | |
| 06/24/10 | S001SCN | VENDOR NAME: 3404464 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | |
| 06/24/10 | S001SCN | VENDOR NAME: 3404465 | | | | TBOLLScanning Charges | 0.80 | 0.40 | | B | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER  1897759

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES          (Continued)

| DATE | CONTROL.: | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORTG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT | BNC | B/O | H | X | BNP |
|------|-----------|--------------|-----------|---------|---------|------|-------------|----------------|---------------|---------------|----------------|-----|-----|---|---|-----|
| 06/24/10 | 440427 | | | | | | | | | | | | | | | |
| 06/24/10 | S003 | | VENDOR NAME: | 3404477 | | EMORTLong Distance Telephone 1(312)853-7523 5003 | | 3.44 | 3.44 | | B | | | | | |
| 06/24/10 | S002 | | VENDOR NAME: | 3410932 | | TBOILPostage Postage | | 2.10 | 2.10 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404476 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404475 | | TBOILScanning Charges 0968 | | 1.00 | 0.50 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404474 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404473 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404472 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404471 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404470 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404469 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404468 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404467 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |
| 06/24/10 | S001SCN | | VENDOR NAME: | 3404466 | | TBOILScanning Charges 0968 | | 0.60 | 0.30 | | B | | | | | |

VENDOR NAME: Parcels, Inc. - D.D.R.

| 06/25/10 | 053 | | VENDOR NAME: | 3431228 | 127679 | RBRADDelivery / Courier - From: Bankruptcy Ct (Lobby) - To: YCST | | 5.00 | 5.00 | | B | | | | | |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 189759

Page 51 (51)
RUN: 08/25/10
TIME: 10:02:35

CONTROL:    440427

CLIENT: 069152 Neenah Foundry Company

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/10 | S001 | 3409089 | | | | VENDOR NAME: TBOLiPhotocopy Charges 0968 0968 | 5.40 | 2.70 | | B — — — — |
| 06/25/10 | S001 | 3409090 | | | | VENDOR NAME: TBOLiPhotocopy Charges 0968 0968 | 4.40 | 2.20 | | B — — — — |
| 06/25/10 | S001 | 3409091 | | | | VENDOR NAME: TBOLiPhotocopy Charges 0968 0968 | 3.60 | 1.80 | | B — — — — |
| 06/25/10 | S001 | 3409092 | | | | VENDOR NAME: TBOLiPhotocopy Charges 0968 0968 | 20.40 | 10.20 | | B — — — — |
| 06/25/10 | S001SCN | 3409096 | | | | VENDOR NAME: TBOLiPhotocopy Charges 0968 | 0.60 | 0.30 | | B — — — — |
| 06/25/10 | S001SCN | 3409097 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 2.00 | 1.00 | | B — — — — |
| 06/25/10 | S001SCN | 3409098 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 3.80 | 1.90 | | B — — — — |
| 06/25/10 | S001SCN | 3409099 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 2.60 | 1.30 | | B — — — — |
| 06/25/10 | S001SCN | 3409100 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 1.60 | 0.80 | | B — — — — |
| 06/25/10 | S001SCN | 3409101 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 0.80 | 0.40 | | B — — — — |
| 06/25/10 | S001SCN | 3409102 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 20.60 | 10.30 | | B — — — — |
| 06/25/10 | S001SCN | 3409103 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 0.60 | 0.30 | | B — — — — |
| 06/25/10 | S001SCN | 3409104 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 4.60 | 2.30 | | B — — — — |
| 06/25/10 | S001SCN | 3409105 | | | | VENDOR NAME: TBOLiScanning Charges 0968 | 5.60 | 2.80 | | B — — — — |
| 06/28/10 | S001 | 3409093 | | | | VENDOR NAME: TBOLiPhotocopy Charges 0968 0968 | 10.40 | 5.20 | | B — — — — |
| 06/28/10 | S001 | 3409094 | | | | VENDOR NAME: TBOLiPhotocopy Charges 0968 | 29.20 | 14.60 | | B — — — — |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 189759

Page 52 (52)
RUN: 08/25/10
TIME: 10:02:35

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CONTROL: 440427

UNBILLED EXPENSES          (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | STATUS BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/10 | S001 | VENDOR NAME: 3409095 | | | | TBOLiPhotocopy Charges 0968 | 74.20 | 37.10 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409106 | | | | TBOLiScanning Charges 0968 | 0.40 | 0.20 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409107 | | | | TBOLiScanning Charges 0968 | 1.60 | 0.80 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409108 | | | | TBOLiScanning Charges 0968 | 1.60 | 0.80 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409109 | | | | TBOLiScanning Charges 0968 | 0.40 | 0.20 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409110 | | | | TBOLiScanning Charges 0968 | 0.40 | 0.20 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409111 | | | | TBOLiScanning Charges 0968 | 3.60 | 1.80 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409112 | | | | TBOLiScanning Charges 0968 | 1.40 | 0.70 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409113 | | | | TBOLiScanning Charges 0968 | 0.80 | 0.40 | ___ | B | — — — — — |
| 06/28/10 | S001SCN | VENDOR NAME: 3409114 | | | | TBOLiScanning charges 0968 | 4.60 | 2.30 | ___ | B | — — — — — |
| 06/28/10 | S002 | VENDOR NAME: 3411009 | | | | TBOLiPostage Postage | 5.70 | 5.70 | ___ | B | — — — — — |
| 06/28/10 | S102 | VENDOR NAME: 3441982 | | | | BDOWNDocket Retrieval / Search | 4.48 | 4.48 | ___ | B | — — — — — |
| 06/29/10 | S001 | VENDOR NAME: 3410403 | | | | ECBRAPhotocopy Charges 1021 1021 | 0.80 | 0.40 | ___ | B | — — — — — |
| 06/29/10 | S001 | VENDOR NAME: 3410404 | | | | ECBRAPhotocopy Charges 1021 1021 | 0.80 | 0.40 | ___ | B | — — — — — |
| 06/29/10 | S001 | VENDOR NAME: 3410405 | | | | TBOLiPhotocopy Charges 0968 0968 | 9.00 | 4.50 | ___ | B | — — — — — |
| 06/29/10 | S001SCN | VENDOR NAME: 3410406 | | | | TBOLiScanning Charges 0968 | 0.40 | 0.20 | ___ | B | — — — — — |

Young, Conaway, Stargatt and Taylor
PROFORMA BILLING WORKSHEET
FOR BILLING PROFORMA NUMBER 189759

Page 53 (53)
RUN: 08/25/10
TIME: 10:02:35

MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

CLIENT: 069152 Neenah Foundry Company

CONTROL:   440427

UNBILLED EXPENSES

(Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT BNC | B/0 | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VENDOR NAME: | | | | | | | | |
| 06/29/10 | S001SCN | 3410407 | | | | TBOLiScanning Charges 0968 | 0.40 | 0.20 | | B | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | |
| 06/29/10 | S001SCN | 3410408 | | | | TBOLiScanning Charges 0968 | 1.40 | 0.70 | | B | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | |
| 06/29/10 | S001SCN | 3410409 | | | | TBOLiScanning Charges 0968 | 0.60 | 0.30 | | B | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | |
| 06/29/10 | S001SCN | 3410410 | | | | TBOLiScanning Charges 0968 | 1.00 | 0.50 | | B | | | | |
| | | | | | | VENDOR NAME: | | | | | | | | |
| 06/29/10 | S001SCN | 3410411 | | | | TBOLiScanning Charges 0968 | 0.60 | 0.30 | | B | | | | |

INCLUDED EXPENSES FOR MATTER: 069152.1001    1,757.69    1,283.89
EXCLUDED EXPENSES (Expenses on Hold)    0.00    0.00
EXPENSES AFTER CUTOFF DATE    2,678.18

STATUS CODE LEGEND

| B | Billable | H | Expense on Hold (Excluded) | NB | Non-Billable |
|---|---|---|---|---|---|
| BNC | Bill - No Charge | X | Excluded from Instruction | BNP | Expense will not show on Statement |
| B/0 | Billable - reduce value to "0" | | | | |

EXPENSE CODE SUMMARY

| EXPENSE CODE | DESCRIPTION | RECORDED VALUE | BILLING VALUE |
|---|---|---|---|
| 004 | Federal Express | 389.15 | 389.15 |
| 053 | Delivery / Courier | 35.00 | 35.00 |
| S001 | Photocopy Charges | 750.00 | 375.00 |
| S001SCN | Scanning Charges | 197.60 | 98.80 |
| S002 | Postage | 85.94 | 85.94 |
| S003 | Long Distance Telephone | 70.21 | 70.21 |
| S063I | Computerized Legal Research | 11.15 | 11.15 |
| S102 | Docket Retrieval / Search | 98.64 | 98.64 |
| S904 | Teleconference / Video Conference | 120.00 | 120.00 |
| | EXPENSE TOTAL | 1,757.69 | 1,283.89 |

TOTAL EXPENSES FOR INSTRUCTION:    189759    1,757.69    1,283.89