IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: September 7, 2010 at 4:00 pm.<br>Hearing Date: To be determined if an objection is filed. |

COVER SHEET
FIFTH MONTHLY APPLICATION OF GREENBERG TRAURIG, LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JUNE 1, 2010 TO AND INCLUDING JUNE 30, 2010

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Retention order entered April 5, 2010 *Nunc Pro Tunc* to February 12, 2010 |
| Period for which compensation and reimbursement is sought: | June 1, 2010 – June 30, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $24,585.50<br>(80% = $19,668.40)<br>(20% = $4,917.10) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $208.02 |

This is a(n) _____ interim XXX monthly _____ final fee application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

DEL 86,337,115v1 8-23-10

## SUMMARY OF FILED FEE APPLICATIONS

| MONTHLY FEE APPLICATIONS | | | |
|---|---|---|---|
| DOCKET NO. DATE FILED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES |
| 1ST MONTHLY DKT #340, 4/29/10 | 2/12/10-2/28/10 | $137,025.50 | $0.00 |
| 2ND MONTHLY DKT #528, 6/15/10 | 3/1/10-3/31/10 | $187,878.50 | $1,835.86 |
| 3RD MONTHLY DKT #529, 6/15/10 | 4/1/10-4/30/10 | $84,641.50 | $3,618.06 |
| 4TH MONTHLY DKT #681, 8/20/10 | 5/1/10-5/31/10 | $21,280.50 | $375.04 |
| **INTERIM FEE APPLICATIONS** | | | |
| DOCKET NO. DATE FILED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES |
| 1ST INTERIM DKT #558, 6/21/10 | 2/12/10-4/30/10 | $409,545.50 | $5,453.90 |

**GREENBERG TRAURIG, LLP**
**TIMEKEEPER SUMMARY**
**JUNE, 2010**

| Timekeeper | Position with Firm, Year of Obtaining Relevant License, Area of Expertise | Hourly Rate | June '10 Hours | June '10 Compensation |
|---|---|---|---|---|
| Sean W. Bezark | Shareholder; Joined firm in 2003; Member of IL Bar since 1990; Area of Expertise: Real Estate | $670.00 | 6.00 | $4,020.00 |
| Scott D. Cousins | Shareholder; Re-joined firm in 2009; Member of DE Bar since 1992 and FL Bar since 2005; Area of Expertise: Business Reorganization and Bankruptcy | $710.00 | 3.30 | $2,343.00 |
| Donald J. Detweiler | Shareholder; Joined firm in 2006; Member of DE Bar since 1992 and PA Bar since 1993; Area of Expertise: Business Reorganization and Bankruptcy | $665.00 | 19.80 | $13,167.00 |
| Sandra G. M. Selzer | Associate; Joined firm in 2006; Member of DE Bar since 2002; Area of Expertise: Business Reorganization and Bankruptcy | $495.00 | 7.60 | $3,762.00 |
| Monica L. Townsend | Associate; Joined firm in 2002; Member of DE Bar since 1995; Area of Expertise: Corporate & Securities; Business Reorganization and Bankruptcy | $435.00 | 1.20 | $522.00 |
| Elizabeth C. Thomas | Paralegal; Joined firm in 2001; Area of Expertise: Business Reorganization and Bankruptcy | $220.00 | 3.20 | $704.00 |
| Tiona Malone Jackson | Paralegal Clerk; Joined firm in 1908; Area of Expertise: Business Reorganization and Bankruptcy | $75.00 | 0.90 | $67.50 |
| **TOTAL:** | | | 42.00 | $24,585.50 |
| **BLENDED RATE:** | *$628.34* | | | |


## GREENBERG TRAURIG, LLP
## PROJECT CATEGORY SUMMARY JUNE, 2010

| Code | Project Category | Total Hours | Total fees |
|---|---|---|---|
| 803 | Business Operations | 3.30 | $2,145.50 |
| 804 | Case Administration | 2.10 | $551.50 |
| 805 | Claims Administration & Objections | 0.60 | $361.50 |
| 809 | Financing Matters | 4.90 | $3,156.50 |
| 810 | Litigation Matters | 0.10 | $49.50 |
| 812 | Plan & Disclosure Statement | 13.30 | $8,716.50 |
| 813 | Fee/Employment Applications | 5.40 | $1,831.00 |
| 824 | Preparation/Review of Reports | 0.20 | $99.00 |
| 831 | General Committee Matters | 7.70 | $5,067.50 |
| 833 | Court Hearings | 1.30 | $847.50 |
| 835 | Leases & Executory Contracts | 2.90 | $1,660.50 |
| 836 | Schedules & Statements | 0.20 | $99.00 |
| | **TOTALS:** | **42.00** | **$24,585.50** |

**GREENBERG TRAURIG, LLP**
**COUNSEL TO THE COMMITTEE**
**JUNE, 2010 EXPENSES**

| Expense Category | Total Expense |
|---|---:|
| Business Meals | $33.00 |
| Conference Calls | $56.58 |
| Messenger/Courier Services | $15.00 |
| Photocopy Charges | $92.40 |
| Information & Research | $11.04 |
| **Total:** | **$208.02** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Objection Deadline: September 7, 2010 at 4:00 pm.**<br>**Hearing Date: To be determined if an objection is filed.** |

**FIFTH MONTHLY APPLICATION OF GREENBERG TRAURIG, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2010 TO AND INCLUDING JUNE 30, 2010**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby submits its fifth monthly application (the "**Application**") for compensation and reimbursement of expenses for the period from June 1, 2010 to and including June 30, 2010 (the "**Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR. 2016-2 ("**Local Rules of Bankruptcy Practice and Procedure**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "**Interim Compensation Order**") [Docket No. 136].

---

[2]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

By this Application, Greenberg Traurig seeks a monthly interim allowance of compensation in the amount of $24,585.50 and actual and necessary expenses in the amount of $208.02 for a total allowance of $24,793.52. In accordance with the terms of the Interim Compensation Order, Greenberg Traurig seeks payment of $19,668.40 (80% of fees) and reimbursement of $208.02 (100% of allowed expenses) for a total payment of $19,876.42 for the Application Period. In support of this Application, Greenberg Traurig respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Application under 28 U.S.C.§§ 157 and 1334. This is a core proceeding under 28 U.S.C.§ 157(b). Venue of the Cases and this Application in this district is proper under 28 U.S.C.§§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code sections 330 and 331.

## BACKGROUND

2. On February 3, 2009 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This Court has ordered joint administration of these chapter 11 cases (the "**Cases**").

3. On February 12, 2010 (the "**Formation Meeting**"), the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. At the Formation Meeting, the Committee selected Greenberg Traurig as its counsel, and on February 23, 2010, the Committee selected Morris Anderson & Associates, Ltd. ("**Morris Anderson**") as its financial advisors. The Committee consists of the following five members:

- Gerdau Ameristeel;
- Wisconsin Electric Power Company;
- The Timken Co.;
- Sadoff & Rudoy Industries, LLP; and
- Dana Holding Corporation.

4. On April 5, 2010, this Court entered an order authorizing the employment and retention of Greenberg Traurig as Committee counsel in the Cases *nunc pro tunc* to February 12, 2010 [Docket No. 250], a copy of which is attached hereto as **Exhibit A**.

## SUMMARY OF SERVICES RENDERED[3]

5. This Application is the fifth monthly fee application filed by Greenberg Traurig in the Cases. In connection with the professional services described below, by this Application, Greenberg Traurig seeks allowance of compensation in the amount of $24,585.50 for the Application Period.

6. The majority of services rendered by Greenberg Traurig during the Application Period as counsel to the Committee are summarized below. A description of (i) the professional or paraprofessional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the time expended; and (iv) a summary of the fees and hours of each professional and other timekeepers by Project Category is set forth in **Exhibit "B"** attached hereto. Specifically, Greenberg Traurig rendered the following services during the Application Period as counsel to the Committee:

(a) <u>Business Operations</u> (803)

Fees: $2,145.50          Hours: 3.30

---

[3] The summary of services rendered is not intended to be a detailed description of the work performed, as the services and the time expended in performing such services are set forth fully in **Exhibit "B."** Instead, it is an attempt to summarize and highlight key aspects of the services Greenberg Traurig rendered to the Committee during the Application Period.

4

This category includes time reviewing financial reports prepared by the Committee's financial advisors, Morris Anderson. Greenberg Traurig and certain members of Morris Anderson met regularly to discuss the Debtors' financial position and performance.

(b) <u>Case Administration</u> (804)

Fees: $551.50          Hours: 2.10

This category includes services relating to the general administration of the Cases, including, without limitation, reviewing miscellaneous pleadings, case strategy issues, communications with other parties in the Cases, maintaining the schedule of critical dates, and scheduling and docketing information relating to the Cases.

(c) <u>Claims Administration</u> (805)

Fees: $361.50          Hours: 0.60

This category describes services rendered in connection with (i) the review and analysis of certain cure claims asserted against the Debtors; and (ii) the Debtors' first omnibus objection to claims.

(d) <u>Financing Matters</u> (809)

Fees: $3,156.50          Hours: 4.90

This category includes review and analysis of the Debtors' proposed exit financing strategy.

(e) <u>Litigation Matters</u> (810)

Fees: 49.50          Hours: 0.10

This category includes a small amount of time reviewing the Order granting the Debtors' motion to extend the deadline to file notices of removal of related claims and causes of action.

(f) <u>Plan & Disclosure Statement</u> (812)

Fees: $8,716.50          Hours: 13.30

5

This category includes services related to the Debtors' chapter 11 plan and confirmation of the same. Counsel for the Committee worked closely with the counsel for the Debtors and related constituents to develop a consensually agreeable Plan and Disclosure Statement as well as resolve objections to the same.

(g) <u>Fee/Employment Applications</u> (813)

Fees: $1,831.00         Hours: 5.40

During the Application Period, Greenberg Traurig reviewed the applications for compensation filed on behalf of the Debtors' professionals. Greenberg Traurig also incurred time drafting and presenting the monthly applications for compensation for itself and those of Morris Anderson and Associates, the Committee's financial advisors.

(h) <u>Prepare and Review Reports</u> (824)

Fees: $99.00         Hours: 0.20

During the Application Period, Greenberg Traurig incurred a small amount of time reviewing the Debtors' monthly operating reports of cash receipts and disbursements.

(i) <u>General Committee Matters</u> (831)

Fees: $4,269.50         Hours: 6.50

Greenberg Traurig's efforts in this category focused on providing the Committee with accurate and timely information, detailed analyses of ongoing issues and obtaining the Committee's direction as to various matters occurring in the Cases. The Committee members were highly active and involved in all decisions. Greenberg Traurig spent time and resources to keep the Committee members apprised and informed of events in the Cases.

    (j) <u>Court Hearings</u> (833)

    Fees: $874.50    Hours: 1.30

This category includes time incurred preparing for and attending all hearings in the Cases on behalf of the Committee.

    (k) <u>Leases and Executory Contracts</u> (835)

    Fees: $1,660.50    Hours: 2.90

This category includes time incurred reviewing the Debtors' omnibus motion for the assumption of certain executory contracts and objections thereto. Greenberg Traurig analyzed the impact the Debtors' rejection of its Chief Executive Officer contract.

    (l) <u>Schedules and Statements</u> (836)

    Fees: $99.00    Hours: 0.20

Greenberg Traurig reviewed the Debtors' Amended Schedule F filed to include additional general unsecured creditors and the officer's declaration in support of the same.

## SUMMARY OF EXPENSES

7. During the Application Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to the Cases in the amount of $208.02. The expenses incurred include, but are not limited to on-site photocopy charges, business meals, conference calls, messenger services, and PACER charges. A detailed description of the necessary costs and expenses incurred by Greenberg Traurig is attached hereto as **Exhibit "C"**.

8. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, Greenberg Traurig represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period:

    (a) Copy Charges have been fixed at $.10 per page, which charge is reasonable and customary in the legal industry and represents the costs of copy materials,

7

acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures. In addition, Greenberg Traurig often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable.

## **VALUATION OF SERVICES**

9. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given (a) the complexity of the Cases, (b) the time expended by the attorneys and paraprofessionals at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

10. Greenberg Traurig hereby certifies (i) that it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure and (ii) that this Application complies with such rule.

11. Greenberg Traurig has provided a copy of this Application to the Debtors, the United States Trustee and all parties required to be given notice as set forth in Paragraph (a) of the Interim Compensation Order.

**WHEREFORE**, Greenberg Traurig respectfully requests that, in accordance with the terms of the Interim Compensation Order, it be allowed compensation in the amount of $24,585.50 for professional services rendered (80%, or $19,668.40, of which is to be paid upon filing of a certificate of no objection) and actual and necessary expenses in the amount of $208.02 (100% of which is to be paid upon filing of a certificate of no objection) for the Application Period and that the Court authorize and direct the Debtors to pay to Greenberg

Traurig the amounts due and owing hereunder in accordance with the Interim Compensation Order.

Dated: August 25, 2010

GREENBERG TRAURIG, LLP

*/s/ [signature]*

Scott D. Cousins (No. 3079)
Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
cousinss@gtlaw.com
detweilerd@gtlaw.com
selzers@gtlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*