# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Related Docket No. 154 |

ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
GREENBERG TRAURIG, LLP AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 12, 2010

Upon the application (the "**Application**")[2] of the Official Committee of Unsecured

Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of Neenah Enterprises, Inc.,

*et al.* (collectively, the "**Debtors**") for entry of an Order, pursuant to sections 328(a) and 1103(a)

of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), authorizing the retention

and employment of Greenberg Traurig, LLP as counsel for the Committee, *nunc pro tunc* to

February 12, 2010; and upon reviewing and considering the Detweiler Affidavit and the

Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28

U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it

appearing that no other or further notice need be given; and this Court having determined that

based upon the representations in the Application and the Detweiler Affidavit, Greenberg

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Traurig represents no interest adverse to the Debtors' estates or their creditors, Greenberg Traurig is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Greenberg Traurig's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.     The Application shall be, and hereby is, granted and approved.

2.     The Committee is authorized to retain Greenberg Traurig as its counsel, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to February 12, 2010, to perform the services set forth in the Application.

3.     Greenberg Traurig shall be compensated in accordance with sections 328, 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Rules and any orders of this Court.

4.     The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date:  April 5, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

*DEL 86307908 v 1*

# EXHIBIT B

Invoice No.:    2747547                                          Page  1
Matter No.:     125368.010100

Description of Professional Services Rendered:

ACTION CODE:      803        BUSINESS OPERATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/01/10 | Sean W. Bezark | Review Morris Anderson financial report. | 0.20 | 134.00 |
| 06/01/10 | Donald J. Detweiler | Review Morris Anderson report. | 0.30 | 199.50 |
| 06/08/10 | Donald J. Detweiler | Review and analysis of Morris Anderson Report. | 0.30 | 199.50 |
| 06/08/10 | Sandra G. M. Selzer | Review Motion of the Debtors for an Order (I) Authorizing the Debtors to File Certain Customer Information Under Seal and (II) Directing that such Customer Information Remain Confidential and related motion to file under seal | 0.30 | 148.50 |
| 06/10/10 | Donald J. Detweiler | Conference call with Morris Anderson re: Plan issues and  financial performance. | 0.60 | 399.00 |
| 06/15/10 | Sean W. Bezark | Review Morris Anderson's weekly report. | 0.20 | 134.00 |
| 06/15/10 | Donald J. Detweiler | Review and analysis of Morris Anderson Report. | 0.20 | 133.00 |
| 06/22/10 | Donald J. Detweiler | Review and analysis of Morris Anderson report. | 0.20 | 133.00 |
| 06/24/10 | Donald J. Detweiler | Conference call with Morris Anderson re: Plan issues and financial performance. | 0.80 | 532.00 |
| 06/29/10 | Donald J. Detweiler | Review and analysis of Morris Anderson report. | 0.20 | 133.00 |

Total Hours:    3.30

Total Amount:    $ 2,145.50

TIMEKEEPER SUMMARY FOR ACTION CODE 803,

BUSINESS OPERATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Sean W. Bezark | 0.40 | 670.00 | 268.00 |
| Donald J. Detweiler | 2.60 | 665.00 | 1,729.00 |
| Sandra G. M. Selzer | 0.30 | 495.00 | 148.50 |
| Totals: | 3.30 | 650.15 | $    2,145.50 |

Invoice No.:    2747547                                                          Page  2
Matter No.:     125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:    804        CASE ADMINISTRATION

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 06/01/10 | Tiona Malone-Jackson | Download and distribute pleadings. | 0.20 | 15.00 |
| 06/03/10 | Tiona Malone-Jackson | Dowload, distribute pleadings to appropriate attorneys. | 0.10 | 7.50 |
| 06/04/10 | Tiona Malone-Jackson | Download, distribute electronically filed pleadings to appropriate attorneys. | 0.20 | 15.00 |
| 06/07/10 | Sandra G. M. Selzer | Review of critical case dates and deadlines | 0.20 | 99.00 |
| 06/07/10 | Elizabeth C. Thomas | Update and distribute critical dates calendar. | 0.10 | 22.00 |
| 06/10/10 | Tiona Malone-Jackson | Download, distribute electronically filed pleadings to appropriate attorneys. | 0.20 | 15.00 |
| 06/11/10 | Tiona Malone-Jackson | Download, distribute electronically filed pleadings to appropriate attorneys. | 0.20 | 15.00 |
| 06/11/10 | Sandra G. M. Selzer | General review of case docket | 0.20 | 99.00 |
| 06/18/10 | Sandra G. M. Selzer | Review of critical case dates and deadlines | 0.20 | 99.00 |
| 06/18/10 | Elizabeth C. Thomas | Update and distribute critical dates calendar. | 0.20 | 44.00 |
| 06/25/10 | Sandra G. M. Selzer | Review of case critical dates | 0.20 | 99.00 |
| 06/25/10 | Elizabeth C. Thomas | Review docket for updates and deadlines. | 0.10 | 22.00 |

Total Hours:     2.10

Total Amount:     $ 551.50

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 804,</u>

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 0.80 | 495.00 | 396.00 |
| Elizabeth C. Thomas | 0.40 | 220.00 | 88.00 |
| Tiona Malone-Jackson | 0.90 | 75.00 | 67.50 |
| Totals: | 2.10 | 262.62 | $      551.50 |

Invoice No.:    2747547                                                              Page 3
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:       805          CLAIMS ADMINISTRATION & OBJECT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 06/14/10 | Sandra G. M. Selzer | Review First Omnibus Objection to Claims (Non-Substantive) | 0.30 | 148.50 |
| 06/22/10 | Scott D. Cousins | Teleconference with Don Detwieler and Dick from Dana regarding cure claims and related objections. | 0.30 | 213.00 |

|  |  | Total Hours: | 0.60 |  |
|--|--|--------------|------|--|
|  |  | Total Amount: |  | $ 361.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 805,

CLAIMS ADMINISTRATION & OBJECT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Scott D. Cousins | 0.30 | 710.00 | 213.00 |
| Sandra G. M. Selzer | 0.30 | 495.00 | 148.50 |
| Totals: | 0.60 | 602.50 | $    361.50 |

Invoice No.:    2747547                                                    Page  4
Matter No.:    125368.010100

Description of Professional Services Rendered


ACTION CODE:    809        FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/04/10 | Donald J. Detweiler | Review and analysis of term sheets for exit financing (.2); multiple e-mails re: same (.2). | 0.40 | 266.00 |
| 06/08/10 | Donald J. Detweiler | Review and analysis of Revised Exit Financing Term Sheets. | 0.40 | 266.00 |
| 06/09/10 | Donald J. Detweiler | Conference call with Debtor's counsel re: exit financing issues. | 0.50 | 332.50 |
| 06/09/10 | Donald J. Detweiler | Telephone call with Debtors' counsel re: Exit Financing. | 0.50 | 332.50 |
| 06/11/10 | Donald J. Detweiler | Review Exit Term Sheets. | 0.60 | 399.00 |
| 06/16/10 | Donald J. Detweiler | Multiple e-mails and telephone calls re: Exit Credit Facilities. | 0.70 | 465.50 |
| 06/18/10 | Sandra G. M. Selzer | Review Motion to Authorize the Debtors to (I) Reimburse All Reasonable and Documented Fees and Expenses Incurred by the Exit Financing Lenders and (II) Provide Related Indemnities | 0.40 | 198.00 |
| 06/24/10 | Donald J. Detweiler | Multiple e-mails and telephone calls re: Exit Commitment letters and issues. | 1.20 | 798.00 |
| 06/29/10 | Sandra G. M. Selzer | Review Motion to File Under Seal Certain Fee Letters Relating to the Debtors' Proposed Exit Financing Facilities | 0.20 | 99.00 |

Total Hours:    4.90

Total Amount:    $ 3,156.50


TIMEKEEPER SUMMARY FOR ACTION CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Donald J. Detweiler | 4.30 | 665.00 | 2,859.50 |
| Sandra G. M. Selzer | 0.60 | 495.00 | 297.00 |
| Totals: | 4.90 | 644.18 | $    3,156.50 |

Description of Professional Services Rendered

ACTION CODE:    810        LITIGATION MATTERS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/03/10 | Sandra G. M. Selzer | Review Order Extending the Deadline for the Debtors to File Notices of Removal of Related Claims and Causes of Action | 0.10 | 49.50 |
| | | Total Hours: | 0.10 | |
| | | Total Amount: | | $ 49.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 810,

LITIGATION MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Sandra G. M. Selzer | 0.10 | 495.00 | 49.50 |
| Totals: | 0.10 | 495.00 | $    49.50 |

Invoice No.:   2747547                                                                   Page 6
Matter No.:    125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:     812         PLAN & DISCLOSURE STATEMENT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 06/03/10 | Sandra G. M. Selzer | Review Order Extending the Exclusive Periods Within Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof | 0.20 | 99.00 |
| 06/07/10 | Donald J. Detweiler | Review Plan documents indenture (1.0); exit term facility revolving term facility and warrant issues (1.0). | 2.00 | 1,330.00 |
| 06/08/10 | Sean W. Bezark | Review exit financing term sheet and related documents, corporate restructure documents and Indenture documents. | 2.20 | 1,474.00 |
| 06/08/10 | Sandra G. M. Selzer | Review Certification of Counsel Regarding an Extension of the Deadline to Submit Votes on the Debtors' Joint Plan of Reorganization | 0.20 | 99.00 |
| 06/08/10 | Sandra G. M. Selzer | Review of plan documents sent to committee members | 0.50 | 247.50 |
| 06/09/10 | Donald J. Detweiler | Multiple e-mails and telephone calls with Morris Anderson re: plan and finance issues. | 0.40 | 266.00 |
| 06/09/10 | Donald J. Detweiler | Conference call and e-mails with Noteholder's counsel re: plan issues. | 0.30 | 199.50 |
| 06/09/10 | Donald J. Detweiler | Review and analysis of plan support documents. | 0.60 | 399.00 |
| 06/10/10 | Scott D. Cousins | Review plan restructuring documents. | 2.20 | 1,562.00 |
| 06/11/10 | Donald J. Detweiler | Review Plan Supplement documents. | 0.70 | 465.50 |
| 06/15/10 | Donald J. Detweiler | Review and analysis of Plan issues and voting. | 1.00 | 665.00 |
| 06/15/10 | Sandra G. M. Selzer | Draft correspondence requesting claims register and status of voting | 0.20 | 99.00 |
| 06/15/10 | Sandra G. M. Selzer | Address several emails regaring claims register and status of voting | 0.10 | 49.50 |
| 06/15/10 | Sandra G. M. Selzer | Review of status of plan voting | 0.20 | 99.00 |
| 06/28/10 | Donald J. Detweiler | Review and analysis of Plan Supplement filed on 6/25/10. | 0.70 | 465.50 |
| 06/29/10 | Donald J. Detweiler | Telephone call with Debtors' counsel re: open issues re: Plan. | 0.30 | 199.50 |
| 06/30/10 | Donald J. Detweiler | Review plan and confirmation orders (1.2); telephone calls with Sidley Austin re: Plan issues (.8). | 1.50 | 997.50 |

Total Hours:     13.30

Total Amount:     $ 8,716.50

Invoice No.:   2747547                                                                           Page 7
Matter No.:   125368.010100

<u>Description of Professional Services Rendered</u>

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 812,</u>

   PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 2.20 | 670.00 | 1,474.00 |
| Scott D. Cousins | 2.20 | 710.00 | 1,562.00 |
| Donald J. Detweiler | 7.50 | 665.00 | 4,987.50 |
| Sandra G. M. Selzer | 1.40 | 495.00 | 693.00 |
| Totals: | 13.30 | 655.38 | $   8,716.50 |

Invoice No.:    2747547                                                      Page 8
Matter No.:     125368.010100

<u>Description of Professional Services Rendered</u>

ACTION CODE:      813        FEE/EMPLOYMENT APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/01/10 | Sandra G. M. Selzer | Review Monthly Application for Compensation of and Reimbursement of Expenses (Second) for the period March 1, 2010 to March 31, 2010 Filed by Rothschild Inc | 0.20 | 99.00 |
| 06/01/10 | Sandra G. M. Selzer | Review Monthly Application for Compensation of and Reimbursement of Expenses (Third) for the period April 1, 2010 to April 30, 2010 Filed by Ernst & Young LLP | 0.20 | 99.00 |
| 06/03/10 | Sandra G. M. Selzer | Address emails from K Carlson regarding monthly fee applications | 0.10 | 49.50 |
| 06/08/10 | Sandra G. M. Selzer | Review Supplemental Application to Employ/Retain Ernst & Young LLP as Audit Services Providers to the Debtors | 0.20 | 99.00 |
| 06/14/10 | Sandra G. M. Selzer | Address email from K Carlson regarding fee applications | 0.10 | 49.50 |
| 06/15/10 | Elizabeth C. Thomas | Confer with S. Selzer regarding fee applications (.1); prepare second and third GT fee applications for filing (.4); e-file and serve same (.2); prepare affidavit of service (.1). | 0.80 | 176.00 |
| 06/18/10 | Sandra G. M. Selzer | Address email from K Carlson regarding GT fourth monthly | 0.10 | 49.50 |
| 06/18/10 | Elizabeth C. Thomas | Finalize GT's first interim fee application (.2); prepare notice of application (.1). | 0.30 | 66.00 |
| 06/21/10 | Sandra G. M. Selzer | Review Interim Application for Compensation of Greenberg Traurig, LLP as Counsel to the Committee for the period from February 12, 2010 to and including April 30, 2010 [First] | 0.20 | 99.00 |
| 06/21/10 | Sandra G. M. Selzer | Address email from E Thomas regarding May montly fee statement. | 0.10 | 49.50 |
| 06/21/10 | Elizabeth C. Thomas | Perfect, e-file and serve first interim GT fee application. | 0.30 | 66.00 |
| 06/21/10 | Elizabeth C. Thomas | Prepare notice for second MAA fee application (.1); follow up with M. Townsend regarding application (.1). | 0.20 | 44.00 |
| 06/21/10 | Elizabeth C. Thomas | Follow up with respect to GT's fourth monthly fee application. | 0.10 | 22.00 |
| 06/21/10 | Monica L. Townsend | Communication from M. Welch re: fee application (.1); discuss same with D. Detweiler re: confidentiality (.1); discuss same with E. Thomas (.1); review application (.2); communication to M. Welch re: same (.1). | 0.60 | 261.00 |

Invoice No.:    2747547                                                                Page 9
Matter No.:    125368.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 06/22/10 | Elizabeth C. Thomas | Prepare affidavit of service regarding GT's first interim fee application. | 0.10 | 22.00 |
| 06/22/10 | Elizabeth C. Thomas | Confer with M. Townsend regarding MAA second fee application (.1); prepare same for filing (.1). | 0.20 | 44.00 |
| 06/22/10 | Monica L. Townsend | Communication from M. Welch re: revised application (.1); and work re: finalizing same for filing (.2) | 0.30 | 130.50 |
| 06/23/10 | Elizabeth C. Thomas | Perfect and serve second MAA fee application (.1); prepare affidavit of service (.1). | 0.20 | 44.00 |
| 06/23/10 | Elizabeth C. Thomas | Perfect and e-file affidavit of service regarding first interim GT fee application. | 0.10 | 22.00 |
| 06/23/10 | Monica L. Townsend | Review MMA final fee application (.2); coordinate filing and service of same (.1). | 0.30 | 130.50 |
| 06/28/10 | Sandra G. M. Selzer | Address email from E Thomas regarding GT's second and third montly fee applications | 0.20 | 99.00 |
| 06/28/10 | Elizabeth C. Thomas | Review docket with respect to second and third GT monthly fee applications (.1); prepare certificates of no objection regarding same (.1). | 0.20 | 44.00 |
| 06/29/10 | Elizabeth C. Thomas | Perfect, e-file and serve certificates of no objection with respect to second and third monthly GT fee applications (.1); prepare affidavit of service (.1). | 0.20 | 44.00 |
| 06/29/10 | Elizabeth C. Thomas | Perfect and e-file affidavit of service regarding second monthly MAA fee application. | 0.10 | 22.00 |

Total Hours:    5.40

Total Amount:    $ 1,831.00

TIMEKEEPER SUMMARY FOR ACTION CODE 813.

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 1.40 | 495.00 | 693.00 |
| Monica L. Townsend | 1.20 | 435.00 | 522.00 |
| Elizabeth C. Thomas | 2.80 | 220.00 | 616.00 |
| Totals: | 5.40 | 339.07 | $  1,831.00 |

Invoice No.:    2747547
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    824    PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/29/10 | Sandra G. M. Selzer | Review of Debtor-In-Possession Monthly Operating Report for Filing Period May 2010 | 0.20 | 99.00 |
| | | Total Hours: | 0.20 | |
| | | Total Amount: | | $ 99.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Sandra G. M. Selzer | 0.20 | 495.00 | 99.00 |
| Totals: | 0.20 | 495.00 | $     99.00 |

Invoice No.:    2747547                                                    Page 11
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    831    CREDITORS' COMMITTEE - GENERAL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/01/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference. | 0.60 | 402.00 |
| 06/07/10 | Sean W. Bezark | Teleconference with Girdeaux Ameristeel's counsel regarding debtor payment of claim and resignation from Creditors' Committee, follow up regarding same. | 0.50 | 335.00 |
| 06/08/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference. | 0.80 | 536.00 |
| 06/08/10 | Donald J. Detweiler | Prepare for (0.3) and attend weekly Committee conference call (0.7). | 1.50 | 997.50 |
| 06/15/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee teleconference. | 0.30 | 201.00 |
| 06/15/10 | Donald J. Detweiler | Prepare for and participate in Committee conference call. | 0.50 | 332.50 |
| 06/15/10 | Sandra G. M. Selzer | Draft email to committee regarding status of voting | 0.20 | 99.00 |
| 06/15/10 | Sandra G. M. Selzer | Draft and circulate committee call agenda for 6/15 | 0.30 | 148.50 |
| 06/22/10 | Scott D. Cousins | Conference with Don Detweiler in preparation for weekly teleconference with the Committee. | 0.20 | 142.00 |
| 06/22/10 | Scott D. Cousins | Attend weekly teleconference with the Committee. | 0.60 | 426.00 |
| 06/22/10 | Donald J. Detweiler | Prepare for and participate in Committee conference call. | 1.20 | 798.00 |
| 06/29/10 | Sean W. Bezark | Prepare for and participate in Creditors' Committee telephone conference, follow up regarding same.. | 0.40 | 268.00 |
| 06/29/10 | Donald J. Detweiler | Plan, prepare and participate in Committee conference call. | 0.50 | 332.50 |
| 06/29/10 | Sandra G. M. Selzer | Draft call reminder and send to committee members | 0.10 | 49.50 |

Total Hours:    7.70

Total Amount:    $ 5,067.50

Invoice No.:     2747547                                                    Page 12
Matter No.:      125368.010100

<u>Description of Professional Services Rendered</u>

<u>TIMEKEEPER SUMMARY FOR ACTION CODE 831,</u>

CREDITORS' COMMITTEE - GENERAL

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Sean W. Bezark | 2.60 | 670.00 | | 1,742.00 |
| Scott D. Cousins | 0.80 | 710.00 | | 568.00 |
| Donald J. Detweiler | 3.70 | 665.00 | | 2,460.50 |
| Sandra G. M. Selzer | 0.60 | 495.00 | | 297.00 |
| Totals: | 7.70 | 658.12 | $ | 5,067.50 |

Invoice No.:    2747547                                              Page 13
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    833    COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/03/10 | Sandra G. M. Selzer | Review Notice of Agenda of Matters Scheduled for Hearing Filed by Neenah Enterprises, Inc. | 0.10 | 49.50 |
| 06/25/10 | Donald J. Detweiler | Prepare for and attend hearing. | 1.20 | 798.00 |

|  |  |  | Total Hours: | 1.30 |  |
|  |  |  | Total Amount: |  | $ 847.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Donald J. Detweiler | 1.20 | 665.00 | 798.00 |
| Sandra G. M. Selzer | 0.10 | 495.00 | 49.50 |
| Totals: | 1.30 | 651.92 | $    847.50 |

Invoice No.:    2747547
Matter No.:    125368.010100

Description of Professional Services Rendered

ACTION CODE:    835    LEASES AND EXECUTORY CONTRACTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/08/10 | Donald J. Detweiler | Review and analysis of Noteholder letter to Debtors and Debtor's representative thereto re employment contracts. | 0.50 | 332.50 |
| 06/08/10 | Sandra G. M. Selzer | Review Omnibus Motion to Authorize the Assumption of Executory Contracts and Unexpired Leases | 0.40 | 198.00 |
| 06/08/10 | Sandra G. M. Selzer | Review of Noteholder's letter to Debtors' regarding rejection of CEO contract | 0.20 | 99.00 |
| 06/08/10 | Sandra G. M. Selzer | Review of Debtors' respopnse to Noteholders June 3 Letter regarding rejection of CEO contract | 0.20 | 99.00 |
| 06/09/10 | Sean W. Bezark | Review Sidley letter responsive to bondholder's requests regarding CEO employment, follow up regarding same. | 0.80 | 536.00 |
| 06/10/10 | Sandra G. M. Selzer | Review Objection To The Omnibus Motion Of The Debtors For An Order Authorizing The Assumption Of Executory Contracts And Unexpired Leases. | 0.30 | 148.50 |
| 06/10/10 | Sandra G. M. Selzer | Review Motion for Relief from Stay Motion to Modify the Automatic Stay to Allow for Setoff. | 0.30 | 148.50 |
| 06/18/10 | Sandra G. M. Selzer | Review Limited Objection to Ominbus Motion of the Debtors for an Order Authorizing the Assumption of Executory Contracts and Unexpired LeaseS. | 0.20 | 99.00 |

Total Hours:    2.90

Total Amount:    $ 1,660.50

TIMEKEEPER SUMMARY FOR ACTION CODE 835,

LEASES AND EXECUTORY CONTRACTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 0.80 | 670.00 | 536.00 |
| Donald J. Detweiler | 0.50 | 665.00 | 332.50 |
| Sandra G. M. Selzer | 1.60 | 495.00 | 792.00 |
| Totals: | 2.90 | 572.59 | $    1,660.50 |

Invoice No.:    2747547
Matter No.:    125368.010100

Page 15

Description of Professional Services Rendered

ACTION CODE:    836        SCHEDULES AND STATEMENTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/24/10 | Sandra G. M. Selzer | Review Amended Schedules/Statements filed: Sch F, Decl Concerning Debtors Schs | 0.20 | 99.00 |

|  |  | Total Hours: | 0.20 |  |
|--|--|--------------|------|--|
|  |  | Total Amount: |  | $ 99.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 836,

SCHEDULES AND STATEMENTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Sandra G. M. Selzer | 0.20 | 495.00 | 99.00 |
| Totals: | 0.20 | 495.00 | $    99.00 |

<u>Description of Professional Services Rendered</u>

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sean W. Bezark | 6.00 | 670.00 | 4,020.00 |
| Scott D. Cousins | 3.30 | 710.00 | 2,343.00 |
| Donald J. Detweiler | 19.80 | 665.00 | 13,167.00 |
| Sandra G. M. Selzer | 7.60 | 495.00 | 3,762.00 |
| Monica L. Townsend | 1.20 | 435.00 | 522.00 |
| Elizabeth C. Thomas | 3.20 | 220.00 | 704.00 |
| Tiona Malone-Jackson | 0.90 | 75.00 | 67.50 |
| Totals: | 42.00 | 585.37 | $    24,585.50 |

**EXHIBIT C**

| Invoice No.: | 2747547 | Page 17 |
| Re: | Chapter 11 Representation | |
| Matter No.: | 125368.010100 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/03/10 | Search Criteria: 10-10360-MFW DOCUMENT 171-0;  Document Type: PACER: IMAGE171-0; Date: 05/03/2010; Atty Code: ECT; Amount: 0.64 | $ | 0.64 |
| 05/03/10 | Search Criteria: 10-10360-MFW DOCUMENT 171-2;  Document Type: PACER: IMAGE171-2; Date: 05/03/2010; Atty Code: ECT; Amount: 1.60 | $ | 1.60 |
| 05/03/10 | Search Criteria: 10-10360-MFW DOCUMENT 171-3;  Document Type: PACER: IMAGE171-3; Date: 05/03/2010; Atty Code: ECT; Amount: 0.16 | $ | 0.16 |
| 05/03/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED  TO: 5/3/; Document Type: PACER: DOCKET REPORT; Date: 05/03/2010; Atty Code: ECT; Amount: 1.84 | $ | 1.84 |
| 05/03/10 | Search Criteria: 09-13560-CSS DOCUMENT 461-0;  Document Type: PACER: IMAGE461-0; Date: 05/03/2010; Atty Code: 5683; Amount: 0.08 | $ | 0.08 |
| 05/03/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED  TO: 5/3/; Document Type: PACER: DOCKET REPORT; Date: 05/03/2010; Atty Code: 5683; Amount: 2.40 | $ | 2.40 |
| 05/03/10 | Search Criteria: 10-10951-BLS FIL OR ENT: FILED  TO: 5/3/; Document Type: PACER: DOCKET REPORT; Date: 05/03/2010; Atty Code: 5683; Amount: 0.96 | $ | 0.96 |
| 05/06/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 4/2; Document Type: PACER: DOCKET REPORT; Date: 05/06/2010; Atty Code: ECT; Amount: 0.32 | $ | 0.32 |
| 05/12/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 4/2; Document Type: PACER: DOCKET REPORT; Date: 05/12/2010; Atty Code: ECT; Amount: 0.32 | $ | 0.32 |
| 05/17/10 | Search Criteria: 10-10360-MFW DOCUMENT 372-0;  Document Type: PACER: IMAGE372-0; Date: 05/17/2010; Atty Code: ECT; Amount: 0.16 | $ | 0.16 |
| 05/17/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 5/6; Document Type: PACER: DOCKET REPORT; Date: 05/17/2010; Atty Code: ECT; Amount: 0.40 | $ | 0.40 |
| 05/24/10 | Search Criteria: 08-11525-BLS FIL OR ENT: FILED FROM: 3/2; Document Type: PACER: DOCKET REPORT; Date: 05/24/2010; Atty Code: ECT; Amount: 1.52 | $ | 1.52 |
| 05/25/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 5/1; Document Type: PACER: DOCKET REPORT; Date: 05/25/2010; Atty Code: ECT; Amount: 0.40 | $ | 0.40 |
| 05/25/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 5/1; Document Type: PACER: DOCKET REPORT; Date: 05/25/2010; Atty Code: ECT; Amount: 0.24 | $ | 0.24 |
| 05/30/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT053010 DATE: 5/30/2010<br>Conferencing Services Invoice Date 100524 User DDJ Client Code 125368.010100 Matter Code | $ | 10.48 |

| | | | |
|---|---|---|---|
| Invoice No.: | 2747547 | | Page 18 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 05/30/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT053010 DATE: 5/30/2010 Conferencing Services Invoice Date 100526 User DDJ Client Code 125368 Matter Code | $ | 11.42 |
| 05/31/10 | VENDOR: Mikimoto's Asian Grill; INVOICE#: 21842; DATE: 5/31/2010 - Lunch order delivery on 5/25/2010. | $ | 16.50 |
| 06/06/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT060610 DATE: 6/6/2010 Conferencing Services Invoice Date 100601 User DDJ Client Code 125368.010100 Matter Code | $ | 11.92 |
| 06/06/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT060610 DATE: 6/6/2010 Conferencing Services Invoice Date 100601 User DDJ Client Code 125368.010100 Matter Code | $ | 10.04 |
| 06/09/10 | VENDOR: Parcels, Inc.; INVOICE#: 251667; DATE: 6/9/2010 - Acct# 343 - 6/8/2010 from Mikimotos to GT, Food Charge | $ | 15.00 |
| 06/13/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT061310 DATE: 6/13/2010 Conferencing Services Invoice Date 100608 User DDJ Client Code 125368.010100 Matter Code | $ | 12.72 |
| 06/15/10 | Copy; 460 Page(s) by 000018  MAIL | $ | 46.00 |
| 06/21/10 | VENDOR: Mikimoto's Asian Grill; INVOICE#: 21844; DATE: 6/21/2010 - Lunch Order on 6/18/2010 - S.Selzer | $ | 16.50 |
| 06/21/10 | Copy; 364 Page(s) by 000018 | $ | 36.40 |
| 06/23/10 | Copy; 100 Page(s) by 000018 | $ | 10.00 |
| | Total Expenses: | $ | 208.02 |