# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Related Docket No. 154 |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
GREENBERG TRAURIG, LLP AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *NUNC PRO TUNC* TO FEBRUARY 12, 2010**

Upon the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of Neenah Enterprises, Inc., *et al.* (collectively, the "**Debtors**") for entry of an Order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), authorizing the retention and employment of Greenberg Traurig, LLP as counsel for the Committee, *nunc pro tunc* to February 12, 2010; and upon reviewing and considering the Detweiler Affidavit and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Detweiler Affidavit, Greenberg

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Traurig represents no interest adverse to the Debtors' estates or their creditors, Greenberg Traurig is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Greenberg Traurig's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application shall be, and hereby is, granted and approved.

2. The Committee is authorized to retain Greenberg Traurig as its counsel, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to February 12, 2010, to perform the services set forth in the Application.

3. Greenberg Traurig shall be compensated in accordance with sections 328, 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Rules and any orders of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date: April 5, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT B

Invoice No.:   2747548  
Matter No.:   125368.010100

Page 1

## Description of Professional Services Rendered:

**ACTION CODE:**  804    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/10 | Sandra G. M. Selzer | Review of case critical dates and deadlines | 0.20 | 99.00 |
| 07/02/10 | Elizabeth C. Thomas | Review docket for updates and deadlines. | 0.10 | 22.00 |
| 07/09/10 | Elizabeth C. Thomas | Review docket for updates and deadlines. | 0.10 | 22.00 |
| 07/16/10 | Elizabeth C. Thomas | Review docket for effective date notice. | 0.10 | 22.00 |
| 07/23/10 | Elizabeth C. Thomas | Review docket for effective date notice. | 0.10 | 22.00 |
| 07/27/10 | Donald J. Detweiler | Multiple telephone calls re: case update. | 0.30 | 199.50 |

Total Hours:  0.90

Total Amount:  $ 386.50

### TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Donald J. Detweiler | 0.30 | 665.00 | 199.50 |
| Sandra G. M. Selzer | 0.20 | 495.00 | 99.00 |
| Elizabeth C. Thomas | 0.40 | 220.00 | 88.00 |
| Totals: | 0.90 | 429.44 | $ 386.50 |

Invoice No.: 2747548  
Matter No.: 125368.010100

Page 2

## Description of Professional Services Rendered

ACTION CODE:   809   FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/10 | Sandra G. M. Selzer | Review Order (A) Scheduling an Expedited Hearing on the Motion of the Debtors for an Order Authorizing the Filing Under Seal of Certain Fee Letters Relating to the Debtors' Proposed Exit Financing Facilities and (B) Shortening the Time for Notice of Such Hearing | 0.20 | 99.00 |
| 07/08/10 | Donald J. Detweiler | Review and analysis of credit agreement for resolver e-mail B. Georgiana re: same. | 0.60 | 399.00 |
| 07/08/10 | Sandra G. M. Selzer | Review Fee Letters Regarding Motion of the Debtors for an Order Authorizing the Filing Under Seal of Certain Fee Letters Relating to the Debtors' Proposed Exit Financing Facilities | 0.40 | 198.00 |
| 07/11/10 | Brian L. Colborn | Review draft exit facility loan agreement. | 2.80 | 1,344.00 |
| 07/12/10 | Brian L. Colborn | Discussion with D. Detweiler regarding comments to exit facility loan agreement. | 0.40 | 192.00 |
| 07/12/10 | Donald J. Detweiler | Review and analysis of combined comments of Sidley and Strook to ABC Credit Facility. | 0.60 | 399.00 |
| 07/13/10 | Donald J. Detweiler | Review and analysis of exit facility agreements. | 0.40 | 266.00 |
| 07/20/10 | Donald J. Detweiler | Review and analysis of Exit Financing documents. | 0.50 | 332.50 |
| 07/21/10 | Donald J. Detweiler | Update on status of Exit Facility and effective date. | 0.20 | 133.00 |
| 07/27/10 | Donald J. Detweiler | Multiple e-mails re: update on exit facility and effective date. | 0.40 | 266.00 |
| 07/28/10 | Donald J. Detweiler | Review and analysis of revised exit facility documents. | 0.60 | 399.00 |

Total Hours: 7.10

Total Amount: $ 4,027.50

Invoice No.:    2747548
Matter No.:    125368.010100

Page 3

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Donald J. Detweiler | 3.30 | 665.00 | 2,194.50 |
| Brian L. Colborn | 3.20 | 480.00 | 1,536.00 |
| Sandra G. M. Selzer | 0.60 | 495.00 | 297.00 |
| Totals: | 7.10 | 567.25 | $ 4,027.50 |

Invoice No.:    2747548                                                             Page 4
Matter No.:    125368.010100

Description of Professional Services Rendered


ACTION CODE:    812        PLAN & DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/10 | Sandra G. M. Selzer | Review Notice of Filing of (A) the Proposed Settlement Agreement and General Release Between the Debtors and Robert E. Ostendorf Jr. and (B) the Proposed Separation Agreement and General Release Between the Debtors and Dale E. Parker | 0.10 | 49.50 |
| 07/01/10 | Sandra G. M. Selzer | Review Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries | 0.50 | 247.50 |
| 07/01/10 | Sandra G. M. Selzer | Review Affidavit of Stephen J. Antinelli in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries | 0.30 | 148.50 |
| 07/01/10 | Sandra G. M. Selzer | Review Affidavit of Robert E. Ostendorf, Jr. in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries | 0.20 | 99.00 |
| 07/01/10 | Sandra G. M. Selzer | Review Affidavit of Richard D. Caruso in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries | 0.20 | 99.00 |
| 07/01/10 | Sandra G. M. Selzer | Review Brief in Support of Confirmation of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries | 0.50 | 247.50 |
| 07/01/10 | Sandra G. M. Selzer | Review Declaration of Jeffrey S. Stein of The Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes on and Preliminary Results of Voting with Respect to the Joint Plan of Reorganization | 0.20 | 99.00 |
| 07/02/10 | Sandra G. M. Selzer | Review second Declaration of Jeffrey S. Stein of The Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes on and Final Results of Voting with Respect to the Joint Plan of Reorganization of Neenah Enterprises, Inc. and its Subsidiaries | 0.10 | 49.50 |
| 07/06/10 | Sandra G. M. Selzer | Review Amended Agenda | 0.10 | 49.50 |
| 07/06/10 | Sandra G. M. Selzer | Preparation for plan confirmation hearing | 0.60 | 297.00 |
| 07/06/10 | Sandra G. M. Selzer | Review Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries | 0.30 | 148.50 |

Invoice No.: 2747548  
Matter No.: 125368.010100

Page 5

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/16/10 | Sandra G. M. Selzer | Review Notice of Entry of an Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and its Subsidiaries | 0.30 | 148.50 |
| 07/30/10 | Sandra G. M. Selzer | Review Notice of Effective Date // Notice of (I) Effective Date of the Joint Plan of Reorganization for Neenah Enterprises, Inc. and its Subsidiaries and (II) Bar Date for Certain Administrative Expense Claims | 0.30 | 148.50 |

Total Hours: 3.70

Total Amount: $ 1,831.50

TIMEKEEPER SUMMARY FOR ACTION CODE 812,

PLAN & DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 3.70 | 495.00 | 1,831.50 |
| Totals: | 3.70 | 495.00 | $ 1,831.50 |

| | | Page 6 |
|---|---|---|
| Invoice No.: | 2747548 | |
| Matter No.: | 125368.010100 | |

Description of Professional Services Rendered

ACTION CODE:     813     FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/10 | Elizabeth C. Thomas | Perfect and e-file affidavit of service regarding certificates of no objection with respect to GT's second and third fee applications. | 0.10 | 22.00 |
| 07/06/10 | Sandra G. M. Selzer | Address email from E Thomas regarding CNO for 1st Interim GT application | 0.10 | 49.50 |
| 07/06/10 | Elizabeth C. Thomas | Review docket with respect to first interim GT fee application (.1); prepare certificate of no objection for same (.1). | 0.20 | 44.00 |
| 07/06/10 | Elizabeth C. Thomas | Review confirmation order with respect to final fee deadline. | 0.10 | 22.00 |
| 07/07/10 | Elizabeth C. Thomas | Perfect, e-file and serve certificate of no objection regarding GT's first interim fee application (.1); prepare affidavit of service (.1). | 0.20 | 44.00 |
| 07/09/10 | Sandra G. M. Selzer | Review of Garden City Group May Invoice | 0.20 | 99.00 |
| 07/09/10 | Elizabeth C. Thomas | Review docket with respect to MAA's second monthly fee application (.1); prepare certificate of no objection regarding same (.1); perfect, e-file and serve same (.1); prepare affidavit of service (.1). | 0.40 | 88.00 |
| 07/13/10 | Elizabeth C. Thomas | Perfect and e-file affidavit of service regarding certificates of no objection with respect to second MAA fee application and first interim GT fee application. | 0.10 | 22.00 |
| 07/19/10 | Sandra G. M. Selzer | Review of Garden City Group June Invoice | 0.20 | 99.00 |
| | | Total Hours: | 1.60 | |
| | | Total Amount: | | $ 489.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 0.50 | 495.00 | 247.50 |
| Elizabeth C. Thomas | 1.10 | 220.00 | 242.00 |
| Totals: | 1.60 | 305.94 | $ 489.50 |

Invoice No.: 2747548  
Matter No.: 125368.010100  

Page 7

Description of Professional Services Rendered

ACTION CODE: 831   CREDITORS' COMMITTEE - GENERAL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/29/10 | Scott D. Cousins | Attend weekly committee call. | 0.40 | 284.00 |
| 07/06/10 | Sandra G. M. Selzer | Draft correspondence to the committee members regarding confirmation of plan | 0.30 | 148.50 |
| 07/08/10 | Donald J. Detweiler | E-mail Committee re: plan documents. | 0.20 | 133.00 |
| 07/09/10 | Donald J. Detweiler | Prepare for and attend Committee call. | 0.60 | 399.00 |
| 07/13/10 | Donald J. Detweiler | Prepare for and participate in Committee call. | 0.50 | 332.50 |
| 07/20/10 | Donald J. Detweiler | Prepare for and participate in Committee conference call. | 0.70 | 465.50 |

Total Hours: 2.70

Total Amount: $ 1,762.50

TIMEKEEPER SUMMARY FOR ACTION CODE 831,

CREDITORS' COMMITTEE - GENERAL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Scott D. Cousins | 0.40 | 710.00 | 284.00 |
| Donald J. Detweiler | 2.00 | 665.00 | 1,330.00 |
| Sandra G. M. Selzer | 0.30 | 495.00 | 148.50 |
| Totals: | 2.70 | 652.78 | $ 1,762.50 |

Invoice No.:   2747548  
Matter No.:   125368.010100

Page 8

Description of Professional Services Rendered

ACTION CODE:   833   COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/10 | Sandra G. M. Selzer | Review Notice of Agenda of Matters Scheduled for Hearing Filed by Neenah Enterprises, Inc.. Hearing scheduled for 7/6/2010 | 0.10 | 49.50 |
| 07/02/10 | Elizabeth C. Thomas | Prepare attorney hearing binder. | 0.70 | 154.00 |
| 07/06/10 | Sandra G. M. Selzer | Attend plan confirmation hearing | 1.00 | 495.00 |
| 07/12/10 | Sandra G. M. Selzer | Review Notice of Agenda of Matters Scheduled for Hearing Filed by Neenah Enterprises, Inc. | 0.10 | 49.50 |

Total Hours:   1.90

Total Amount:   $ 748.00

TIMEKEEPER SUMMARY FOR ACTION CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Sandra G. M. Selzer | 1.20 | 495.00 | 594.00 |
| Elizabeth C. Thomas | 0.70 | 220.00 | 154.00 |
| Totals: | 1.90 | 393.68 | $ 748.00 |

Invoice No.:   2747548  
Matter No.:    125368.010100

Page 9

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Scott D. Cousins | 0.40 | 710.00 | 284.00 |
| Donald J. Detweiler | 5.60 | 665.00 | 3,724.00 |
| Brian L. Colborn | 3.20 | 480.00 | 1,536.00 |
| Sandra G. M. Selzer | 6.50 | 495.00 | 3,217.50 |
| Elizabeth C. Thomas | 2.20 | 220.00 | 484.00 |
| Totals: | 17.90 | 516.51 | $ 9,245.50 |

**EXHIBIT C**

| | | | |
|---|---|---|---|
| Invoice No.: | 2747548 | | Page 10 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01/10 | Search Criteria: 09-13560-CSS FIL OR ENT: FILED FROM: 4/2; Document Type: PACER: DOCKET REPORT; Date: 06/01/2010; Atty Code: DDJ; Amount: 0.56 | $ | 0.56 |
| 06/01/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 4/2; Document Type: PACER: DOCKET REPORT; Date: 06/01/2010; Atty Code: DDJ; Amount: 0.80 | $ | 0.80 |
| 06/07/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 5/2; Document Type: PACER: DOCKET REPORT; Date: 06/07/2010; Atty Code: ECT; Amount: 0.24 | $ | 0.24 |
| 06/18/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 6/7; Document Type: PACER: DOCKET REPORT; Date: 06/18/2010; Atty Code: ECT; Amount: 0.40 | $ | 0.40 |
| 06/20/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT062010 DATE: 6/20/2010<br>Conferencing Services Invoice Date 100614 User DDJ Client Code 125368.010100 Matter Code | $ | 11.95 |
| 06/20/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT062010 DATE: 6/20/2010<br>Conferencing Services Invoice Date 100615 User DDJ Client Code 125368.010100 Matter Code | $ | 6.01 |
| 06/20/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT062010 DATE: 6/20/2010<br>Conferencing Services Invoice Date 100618 User DDJ Client Code 125368 Matter Code | $ | 2.73 |
| 06/25/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 6/1; Document Type: PACER: DOCKET REPORT; Date: 06/25/2010; Atty Code: ECT; Amount: 0.32 | $ | 0.32 |
| 06/27/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT062710 DATE: 6/27/2010<br>Conferencing Services Invoice Date 100621 User DDJ Client Code 125368.010100 Matter Code | $ | 13.67 |
| 06/27/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT062710 DATE: 6/27/2010<br>Conferencing Services Invoice Date 100622 User DDJ Client Code 125368.010100 Matter Code | $ | 7.32 |
| 06/27/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT062710 DATE: 6/27/2010<br>Conferencing Services Invoice Date 100624 User DDJ Client Code 125368.010100 Matter Code | $ | 8.86 |
| 06/28/10 | Search Criteria: 10-10360-MFW FIL OR ENT: FILED FROM: 6/1; Document Type: PACER: DOCKET REPORT; Date: 06/28/2010; Atty Code: ECT; Amount: 0.40 | $ | 0.40 |
| 06/29/10 | Copy; 30 Page(s) by 000018 | $ | 3.00 |
| 07/04/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT070410 DATE: 7/4/2010<br>Conferencing Services Invoice Date 100628 User DDJ Client Code 125368.010100 Matter Code | $ | 15.86 |

| | | | |
|---|---|---|---|
| Invoice No.: | 2747548 | | Page 11 |
| Re: | Chapter 11 Representation | | |
| Matter No.: | 125368.010100 | | |

### Description of Expenses Billed

| Date | Description | | Amount |
|---|---|---|---|
| 07/04/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT070410 DATE: 7/4/2010<br>Conferencing Services Invoice Date 100629 User DDJ Client Code 125368.010100 Matter Code | $ | 5.30 |
| 07/04/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT070410 DATE: 7/4/2010<br>Conferencing Services Invoice Date 100703 User DDJ Client Code 125368.010100 Matter Code | $ | 0.48 |
| 07/07/10 | Copy; 15 Page(s) by 000018 | $ | 1.50 |
| 07/09/10 | Copy; 28 Page(s) by 000018 | $ | 2.80 |
| 07/11/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT071110 DATE: 7/11/2010<br>Conferencing Services Invoice Date 100708 User DDJ Client Code 125368.010100 Matter Code | $ | 5.11 |
| 07/18/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT071810 DATE: 7/18/2010<br>Conferencing Services Invoice Date 100712 User DDJ Client Code 125368.010100 Matter Code | $ | 6.48 |
| 07/18/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT071810 DATE: 7/18/2010<br>Conferencing Services Invoice Date 100713 User DDJ Client Code 125368.010100 Matter Code | $ | 3.03 |
| 07/25/10 | VENDOR: Soundpath / Premier Global INVOICE#: GT072510 DATE: 7/25/2010<br>Conferencing Services Invoice Date 100720 User DDJ Client Code 125368.010100 Matter Code | $ | 11.88 |
| | Total Expenses: | $ | 108.70 |