IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

Objection Deadline: September 14, 2010, at 4:00 p.m.

## APPLICATION FOR REIMBURSEMENT OF EXPENSES INCURRED BY MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 2010

The Official Committee of Unsecured Creditors (the "**Committee**") of the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), by and through its undersigned counsel, respectfully requests that this Court enter an order authorizing and directing the Debtors to reimburse certain members of the Committee (the "**Committee Members**") for their actual and necessary expenses incurred during the period of February 2010 (the "**Application**") in connection with their duties as members of the Committee under § 1103 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and in support of its request, states as follows:

### BACKGROUND

1. On February 3, 2010, the Debtors filed voluntary petitions for relief under the Bankruptcy Code. Pursuant to sections 1108 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their business and properties as debtors-in-possession. No trustee or examiner has been appointed in these cases.

2. On February 12, 2010, the Committee was appointed in these cases by the Office of the United States Trustee. The Committee consists of the following members:

   (a) Gerdau Ameristeel;

DEL 86,337,607.1

    (b)    Wisconsin Electric Power Company;

    (c)    The Timken Co.;

    (d)    Sadoff & Rudoy Industries, LLP; and

    (e)    Dana Holding Corporation.

## JURISDICTION AND STATUTORY PREDICATES

3.    This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are §§ 105(a) and 1103 of the Bankruptcy Code.

## RELIEF REQUESTED

4.    The Committee Members incurred expenses in connection with their attendance at hearings and subsequent business and meetings of the Committee totaling $ 593.80 Counsel for the Committee compiled expense reports for the Committee Members, which are annexed hereto as <u>Exhibit A</u> and detail with specificity the expenses incurred by the Committee Members in connection with their duties under 11 U.S.C. § 1103.

5.    The following members of the Committee are seeking reimbursement in the following amounts:

    (i)    **Wisconsin Electric Power Company**
            **Tim Brown -$ 593.80**

6.    The Committee Members' expenses actually incurred are necessary to the performance of their duties under § 1103 of the Bankruptcy Code and are reimbursable from the Debtors' estate. 11 U.S.C. § 503(b)(3)(F); *see also Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a)*

*and 331* (Docket #136); In re First Merchants Acceptance Corp., 198 F.3d 394, 397 (3d Cir. 1999).

7. The Committee reserves the right to include additional requests for expense reimbursement, if any, for this Application Period in subsequent applications.

**WHEREFORE**, the Committee respectfully requests that this Court enter an order (a) approving and allowing reimbursement of the Committee Members' actual and necessary expenses incurred in connection with the performance of their duties pursuant to § 1103 of the Bankruptcy Code in the aggregate amount of $ 637.36, (b) directing the payment of the awarded amounts by the Debtors to Greenberg Traurig, LLP, c/o Donald J. Detweiler, lead counsel for the Committee, to be held in trust for payment to the Committee Members, and (c) granting such other and further relief as to this court seems just and proper.

Dated: Aug 25, 2010

GREENBERG TRAURIG, LLP

Donald J. Detweiler (Bar No. 3087)
Sandra G. M. Selzer (Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Facsimile: (302) 661-7360
detweilerd@gtlaw.com
selzers@gtlaw.com

Counsel to the Official Committee of Unsecured Creditors