# Exhibit A

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## OF NEENAH ENTERPRISES, INC. *et al.*

### EXPENSE REIMBURSEMENT REPORT

1. Name of Company     Wisconsin Electric Power Company d/b/a We Energies

2. Date of Meeting     2/12/2010

3. Location of Meeting     Wilmington, DE

4. Name of Representative Attending Meeting     Tim Brown

5. Reimbursable Expenses:

   a. Transportation:

   | | |
   |---|---|
   | i. Air or Rail Fare | $359.71 |
   | ii. Personal automobile miles at $.55 per mile | $13.75 |
   | iii. Taxi | $46.00 |
   | iv. Parking/Tolls | $24.00 |
   | v. Other (describe) | $ |

   b. Lodging

   | | |
   |---|---|
   | i. Hotel (including meals) | $140.80 |

   c. Meals

   | | |
   |---|---|
   | i. Breakfast | $9.54 |
   | ii. Lunch | $ |
   | iii. Dinner | $ |

   **TOTAL REIMBURSEMENT SOUGHT**     $593.80

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
Member's Representative Incurring Expense

DEL 86,306,609.1

```
         GENERAL MITCHELL
        INTERNATIONAL AIRPORT
        5300 SOUTH HOWELL AVE.
            MILWAUKEE, WI
           EXIT PLAZA LANE 3
 Rcpt# 19927
 02/13/10 12:30   L# 3 A#  1   Txn# 20134
 02/12/10 05:33 In   02/13/10 12:30 Out
 Tkt# 108210
 DAILY           $   24.00
 Total Fee       $   24.00
 VISA CARD       $   24.00-
 XXXXXXXXXXXX6764
 Approval No.:021315
 Reference No.:00000221
 Change Due    $    0.00
           THANK YOU
              AND
          DRIVE CAREFULLY
```

```
*******************************************
CHECK # 592799              DATE  2/13/10
TABLE # 6                   TIME  9:44AM
===========================================

   --      DINING : KRISTIE      --

   ITEMS ORDERED              AMOUNT

   1 TWO EGG BRKFST             7.50
   1 COFFEE                     1.50

*******************************************

   SUBTOTAL                    9.00
        TAX                    0.54
   ----------------------------------------
   TOTAL  DUE                  9.54
   ----------------------------------------

              JACK DUGGAN'S PUB
              TERMINAL A EAST
         PHILADELPHIA INTERNATIONAL AIRPORT
```

## Information for Trip Locator: 4DOV8B

BROWN/TIM - Please do not respond to this message via email. This is an auto-generated message and can not process your reply.
Click My Trip and More to obtain the airline confirmation numbers. (You'll need the Passengers Last Name and the 6 digit Trip Locator at the top of your itinerary.)

---

ELECTRONIC Ticket Number: 4537465005105
Ticket Amount: $349.71
SERVICE FEE Ticket Number: 8900511639598
Service Fee Amount: $10.00
Form of Payment: VI************9450

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE REVIEW THIS ITINERARY IMMEDIATELY.
ANY DISCREPANCIES **MUST** BE REPORTED TO US NO MORE
THAN **ONE BUSINESS DAY** AFTER THE ITINERARY IS ISSUED.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*VISIT OUR WEBSITE AT WWW.CAMELOTWORLDTRAVEL.COM
CORREX generated this email at 1248P, on 05FEB

### Passengers | Reference # | Frequent Flyer #

BROWN/TIM                                                   AA082FK78, NW520636664,
                                                            UA01386954786, YX203060104

### AIR - Friday, February 12



**Midwest Airlines Flight 1448 Economy**

**Operated by /CHAUTAUQUA AIRLINES DBA MIDWEST CONNEC**

From: Milwaukee General Mitchell Airport, WI
7:40 am, Friday, February 12
Unspecified Terminal

To: Philadelphia Int'l Airport, PA
10:50 am, Friday, February 12
Unspecified Terminal

Seats: 17-D BROWN/TIM Confirmed

Equipment: Embraer Emb 145 Jet
Duration: 2 hours and 10 minutes
Meals: Food for Purchase
Status: Confirmed

### AIR - Saturday, February 13

**Midwest Airlines Flight 1451 Economy**

**Operated by /CHAUTAUQUA AIRLINES DBA MIDWEST CONNEC**

From: Philadelphia Int'l Airport, PA
11:20 am, Saturday, February 13
Unspecified Terminal

To: Milwaukee General Mitchell Airport, WI
12:45 pm, Saturday, February 13
Unspecified Terminal

Seats: 07-A BROWN/TIM Confirmed

Equipment: Embraer Emb 145 Jet
Duration: 2 hours and 25 minutes
Meals: Food for Purchase
Status: Confirmed

### MISCELLANEOUS - Friday, August 13

Associate Name: RETENTION SEGMENT

### General Remarks

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DUE TO INTENSIFIED AIRPORT SECURITY ALLOW
PROPER CHECK IN TIME. ALLOW 90 MINUTES
FOR DOMESTIC CHECK IN WITH CHECKED LUGGAGE
60 MINUTES WITHOUT LUGGAGE. ALLOW AT LEAST TWO
HOURS FOR INTERNATIONAL CHECK IN
******************************************

A GOVERNMENT ISSUED PHOTO ID IS REQUIRED AT CHECK
IN. IE-DRIVERS LICENSE OR STATE ID IS ACCEPTABLE
TRAVELERS UNDER THE AGE OF 16 ARE EXEMPT
LAP CHILDREN MAY BE REQUIRED TO SHOW PROOF OF AGE
********************************************

CHECK OUT VACATION SPECIALS AT
WWW.THERIGHTTRIP.COM
**************************************************

PLEASE CHECK YOUR ITINERARY IMMEDIATELY. ANY
DISCREPANCIES MUST BE REPORTED TO US NO MORE THAN
ONE BUSINESS DAY AFTER THE ITINERARY IS ISSUED.
***********************************************
***************************************************

THANK YOU FOR CHOOSING CAMELOT WORLD TRAVEL
WE APPRECIATE YOUR BUSINESS
***********************************************

BETWEEN 8AM-5PM CENTRAL TIME/MONDAY THRU FRIDAY
CALL CAMELOT WORLD TRAVEL AT 1-800-369-3932
EMERGENCY AFTER HOURS SERVICE CALL 1-800-818-0893
**************************************************

---

Liability Agreement
Camelot World Travel acts only as agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other contractors providing accommodations, transportation or other suppliers ("suppliers").
All such services are furnished by suppliers that are independent and do not act for or on behalf of Camelot World Travel, are not servants of Camelot World Travel, and with whom Camelot World Travel does not have a business as joint ventures or otherwise.
By utilizing the services represented by this itinerary, client agrees to the foregoing and also agrees that neither Camelot World Travel nor its parent, affiliates, subsidiaries or Representatives (collectively "Camelot World Travel Entities") shall be or
become liable for any loss, costs, expense, injury, accident
or damage to person or property resulting directly or indirectly from (i) the acts or omissions of such suppliers, including, but not limited to, delays or cancellation of services,cessation of operations, breakdown in machinery or equipment or changes in fares,
itineraries or schedules, and/or (ii) acts of God, dangers incident to the sea, fire, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other disease, climatic aberrations, or from any other cause beyond
Camelot World Travels control.
All services covered by this itinerary are subject to the terms and conditions specified by the suppliers; and client also agrees to the terms and conditions set forth in any and all brochures or advertisements describing any tour, cruise,
accommodations, transportation or other services, and to any and all conditions
contained in documents for any such services including, without limitation, all cancellation fees. No employee of Camelot World Travel or any of its affiliates, subsidiary companies or representatives has authority to vary the terms of these conditions.

**DELAWARE EXPRESS**
Trusted Drivers Serving Your Business & Family Travel

Name: Tim Brown
To (Address): PA
From (Address): _____
Today's Date: 2/13/10    Driver: 69
Company to be Billed: OT / GO
Company Acct. # or Dept.: _____

### SERVICE CHARGES
An 18% gratuity will be added to all corporate charges.

Fare $ 40.00
Driver's Gratuity $ 6.00
Tolls $ ____
Parking $ ____
TOTAL $ 46.00

**Payment Method**
Cash         MasterCard/Visa
Invoice      Discover
American Express

**Service Provided**
Van          Mini-Bus
Towncar      Motor Coach
Limousine

**Customer's Signature** X _____

Get Discounts By Making Your Next Trip Online At www.DelExpress.com
Make Reservations Anytime and Anywhere • Instant E-Mail Reservation Confirmations
Easy On and Off Boarding • Preferred Pricing Discounts for Companies • Company
Direct Bill Portals for Ease and Discounts • Customized Company Websites Welcome
Make Worldwide Reservations Through Affiliate www.goairportshuttle.com
Thank You For Your Business and We Look Forward To Seeing You Again Soon!

Billing Dept. (302) 454-7800 ext. 614    WHITE DES Copy • YELLOW Customer Copy

# YOUR RECEIPT

| | | | | |
|---|---|---|---|---|
| **1NKQMR.GO** | **Hotel DuPont**<br>Saturday Feb 13 at 8:00am | → | **PHL**<br>Saturday Feb 13 at 8:55am | GO! Shared Service | $46.00 |

**Total:** **$46.00**

Register for our Preferred Rider Program to earn $250 in valuable Travel Bucks today. Then continue to earn $1 Travel Buck for every $1 you spend in the future. Travel Bucks can be redeemed for discounts on hotels, restaurants, golf courses and other merchandise. In addition, you will receive e-mail notices with additional offers and travel information.

[Add to TripIt]
Get free travel tools



**Tim Brown**  
**1716 N Prospect Ave**  
**Milwaukee, WI 53202**  
**US**

**INVOICE**

Group Code       :  
Company Name  :

| | |
|---|---|
| Room No. | : 0625 |
| Arrival | : 02-12-10 |
| Departure | : 02-13-10 |
| Page No. | : 1 of 1 |
| Folio No. | : 174185 |
| Conf. No. | : 548161 |
| Cashier No. | : 98 |
| User ID | : LEAHT |

Thank You For Staying With Us                                02-13-10

| Date | Text | Charges | Credits |
|---|---|---|---|
| 02-12-10 | lodging | 128.00 | |
| 02-12-10 | State Lodging Tax | 10.24 | |
| 02-12-10 | City Tax | 2.56 | |
| 02-13-10 | Discover | | 140.80 |
| | XXXXXXXXXXXX8843  XX/XX | | |
| | **Total** | **140.80** | **140.80** |
| | **Balance** | **0.00** | |

Guest Signature

| | |
|---|---|
| Merchant ID | |
| Transaction ID  697732 | Credit Card #   XXXXXXXXXXXX8843 |
| Approval Code  012462 | Credit Card Expiry :  XX/XX |
| Approval Amount :  140.80 | Capture Method :  Swiped |
| | Transaction Amount  140.80 |