IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## ORDER GRANTING
## APPLICATION FOR REIMBURSEMENT OF EXPENSES INCURRED BY MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FEBRUARY 2010

Upon the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") of the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), for an entry of an order authorizing and directing the Debtors to reimburse certain members of the Committee (the "**Committee Members**") for their actual and necessary expenses incurred during the period of February 2010 (the "**Application Period**") in connection with their duties as members of the Committee under § 1103 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 13341 and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1408 and 1409; and due and proper notice of the Application having been provided; and it appearing that no other notice need be provided; and such relief being in the best interest of the Debtors, their estates and creditors; and after due deliberation, and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted; and it is further

2

**ORDERED**, that the amount of $ 593.80 is reasonable for expenses incurred during the Application Period in connection with the Committee Members' duties as members of the Committee; and it is further

**ORDERED**, that the Debtors is authorized and directed to pay $ 593.80 within ten (10) days of entry of this Order to Greenberg Traurig, LLP c/o Donald J. Detweiler, to be held in trust for payment to the Committee Members; and it is further

**ORDERED**, that the amount of $ 593.80 allowed to the Committee Members under this Order is provided pursuant to § 1103 of the Bankruptcy Code.

Dated: _____, 2010

_____
HONORABLE MARY F. WALRATH