# **Exhibit A**

Ernst & Young LLP  
7/1/2010 - 7/29/2010  
Fee Detail

Exhibit A

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Call with Neenah CFO to discuss bankruptcy status | 01-Jul-2010 | 567.60 | 1.0 | 567.60 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Analysis of GAMx documents | 06-Jul-2010 | 227.70 | 0.9 | 204.93 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Perform detailed analysis of Accounts Payables | 06-Jul-2010 | 227.70 | 1.7 | 387.09 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Perform detailed analysis of Accounts Receivable walkthrough | 06-Jul-2010 | 227.70 | 1.5 | 341.55 | Audit |
| Achu,Patrice M (US012914548) | Intern (CS)-Grade 1 (511) | Analysis of payroll documentation related to timecard approvals | 07-Jul-2010 | 200.00 | 0.5 | 100.00 | Audit |
| Achu,Patrice M (US012914548) | Intern (CS)-Grade 1 (511) | Compilation of the shipping database | 07-Jul-2010 | 200.00 | 1.0 | 200.00 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Documentation of the Inventory walkthrough | 07-Jul-2010 | 227.70 | 0.2 | 45.54 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Perform detailed analysis of Fixed Assets walkthrough | 07-Jul-2010 | 227.70 | 0.9 | 204.93 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Perform detailed analysis of Payroll walkthrough | 07-Jul-2010 | 227.70 | 1.0 | 227.70 | Audit |
| Achu,Patrice M (US012914548) | Intern (CS)-Grade 1 (511) | Research and analysis of shipping documents and issues | 07-Jul-2010 | 200.00 | 1.0 | 200.00 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Analysis of testing controls | 13-Jul-2010 | 227.70 | 0.7 | 159.39 | Audit |
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Preparation for 7/15 client meeting to include analyses of topics | 14-Jul-2010 | 567.60 | 0.8 | 454.08 | Audit |
| Chen,Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Testing controls for accounts payable | 14-Jul-2010 | 200.00 | 2.1 | 420.00 | Audit |
| Chen,Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Testing controls for accounts receivable | 14-Jul-2010 | 200.00 | 2.5 | 500.00 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Analysis of testing controls | 15-Jul-2010 | 227.70 | 0.2 | 45.54 | Audit |
| Reed,Stephanie A. (US011975799) | Manager-Grade 2 (322) | Meeting with R. Caruso, Neenah CEO; B. Johnson, Neenah CFO; and M. Leonardson to discuss status of bankruptcy proceedings, business update, fresh start accounting topics, valuations, IT integrations, and taxes. | 15-Jul-2010 | 400.00 | 5.2 | 2,080.00 | Audit |
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Meeting with R. Caruso, Neenah CEO; B. Johnson, Neenah CFO; and S. Reed to discuss status of bankruptcy proceedings, business update, fresh start accounting topics, valuations, IT integrations, and taxes. | 15-Jul-2010 | 567.60 | 5.2 | 2,951.52 | Audit |
| Sterr,Stacey Ann (US012306735) | Senior-Grade 2 (422) | Research and analysis of information related to multiple service Debtor approach and integration of various services | 15-Jul-2010 | 310.20 | 2.0 | 620.40 | Audit |
| Chen,Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Testing controls for hourly payroll | 15-Jul-2010 | 200.00 | 1.0 | 200.00 | Audit |
| Tworek,Bradley J. (US011794058) | Manager-Grade 4 (324) | Analysis of control testing documentation and results | 16-Jul-2010 | 400.00 | 4.0 | 1,600.00 | Audit |
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Compilation of data and documentation from 7/15 meeting for application to the services provided to the Debtor and dissemination to the collective teams | 16-Jul-2010 | 567.60 | 4.1 | 2,327.16 | Audit |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Analysis of testing controls and outputs | 18-Jul-2010 | 227.70 | 1.5 | 341.55 | Audit |
| Sterr,Stacey Ann (US012306735) | Senior-Grade 2 (422) | Research and analysis of information related to multiple service Debtor approach and integration of various services | 18-Jul-2010 | 310.20 | 4.3 | 1,333.86 | Audit |
| Reed,Stephanie A. (US011975799) | Manager-Grade 2 (322) | Discussion with D. Kinas on tax provision, fresh start accounting, and timing | 19-Jul-2010 | 400.00 | 0.3 | 120.00 | Audit |

Ernst & Young LLP
7/1/2010 - 7/29/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Fee | Category |
|---|---|---|---|---|---|---|---|
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Inventory observation planning / scoping | 19-Jul-2010 | 310.20 | 2.8 | 868.56 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Meeting with M. Leonardson, S. Redlinger, S. Reed, and M. Stull coordinating various service lines, including tax, human resource capital, valuations, actuaries, and IT, as a follow-up to the 7/15 meeting with Debtor, to ensure Debtor's account is fully serviced | 19-Jul-2010 | 310.20 | 3.5 | 1,085.70 | Audit |
| Stull, Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Meeting with M. Leonardson, S. Redlinger, S. Reed, and S. Sterr coordinating various service lines, including tax, human resource capital, valuations, actuaries, and IT, as a follow-up to the 7/15 meeting with Debtor, to ensure Debtor's account is fully serviced | 19-Jul-2010 | 227.70 | 3.5 | 796.95 | Audit |
| Reed, Stephanie A. (US011975799) | Manager-Grade 2 (322) | Meeting with M. Leonardson, S. Redlinger, S. Sterr, and M. Stull coordinating various service lines, including tax, human resource capital, valuations, actuaries, and IT, as a follow-up to the 7/15 meeting with Debtor, to ensure Debtor's account is fully serviced | 19-Jul-2010 | 400.00 | 3.5 | 1,400.00 | Audit |
| Redlinger, Scott F (US011256604) | Executive Director-Grade 1 (131) | Meeting with M. Leonardson, S. Reed, S. Sterr, and M. Stull coordinating various service lines, including tax, human resource capital, valuations, actuaries, and IT, as a follow-up to the 7/15 meeting with Debtor, to ensure Debtor's account is fully serviced (only participated in the applicable portion) | 19-Jul-2010 | 600.00 | 2.0 | 1,200.00 | Audit |
| Leonardson, Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Meeting with S. Redlinger, S. Reed, S. Sterr, and M. Stull coordinating various service lines, including tax, human resource capital, valuations, actuaries, and IT, as a follow-up to the 7/15 meeting with Debtor, to ensure Debtor's account is fully serviced (left before discussion concluded) | 19-Jul-2010 | 567.60 | 2.2 | 1,248.72 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Research and analysis of information related to multiple service Debtor approach and integration of various services | 19-Jul-2010 | 310.20 | 2.3 | 713.46 | Audit |
| Brown, Geoffrey (US012278487) | Senior-Grade 2 (422) | Research and analysis related to Neenah post interim event details | 19-Jul-2010 | 350.00 | 0.8 | 280.00 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Inventory observation planning / scoping | 20-Jul-2010 | 310.20 | 2.5 | 775.50 | Audit |
| Achu, Patrice M (US012914548) | Intern (CS)-Grade 1 (511) | Research and analysis of the independence list of companies and Individuals | 20-Jul-2010 | 200.00 | 1.5 | 300.00 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Inventory observation planning / scoping | 21-Jul-2010 | 310.20 | 0.3 | 93.06 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Inventory observation planning / scoping | 22-Jul-2010 | 310.20 | 0.8 | 248.16 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Inventory observation planning / scoping | 23-Jul-2010 | 310.20 | 0.5 | 155.10 | Audit |
| Tworek, Bradley J. (US011794058) | Manager-Grade 4 (324) | Analysis of control testing documentation and results | 26-Jul-2010 | 400.00 | 2.0 | 800.00 | Audit |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Analysis of Dalton audit documentation | 26-Jul-2010 | 200.00 | 0.9 | 180.00 | Audit |
| Chen, Sheng (US012700189) | Staff/Assistant-Grade 3 (443) | Analysis of Neenah Founday control documentation | 26-Jul-2010 | 200.00 | 0.3 | 60.00 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Inventory observation coordination | 27-Jul-2010 | 310.20 | 0.5 | 155.10 | Audit |
| Tworek, Bradley J. (US011794058) | Manager-Grade 4 (324) | Analysis of control testing documentation and results | 28-Jul-2010 | 400.00 | 1.0 | 400.00 | Audit |
| Sterr, Stacey Ann (US012306735) | Senior-Grade 2 (422) | Inventory observation coordination | 28-Jul-2010 | 310.20 | 1.0 | 310.20 | Audit |
| Rayle, Kip A (US012734867) | Staff/Assistant-Grade 4 (444) | Conducted inventory for Debtor | 29-Jul-2010 | 227.70 | 1.0 | 227.70 | Audit |

Ernst & Young LLP
7/1/2010 - 7/29/2010
Fee Detail

Exhibit A

| | | | | | | | Audit |
|---|---|---|---|---|---|---|---|
| Raza,Syed (US012919243) | Intern (CS)-Grade 1 (511) | Documentation of the Inventory walkthrough | 29-Jul-2010 | 200.00 | 0.5 | 100.00 | |
| Estabrook JR,Timothy J (US012271978) | Manager-Grade 3 (323) | Analysis of engagement codes to ensure accurate time and fees are transferred to the correct engagement codes | 07-Jul-2010 | 545.00 | 1.1 | 599.50 | Fee/Employment Applications |
| Estabrook JR,Timothy J (US012271978) | Manager-Grade 3 (323) | Analysis of engagement codes to ensure accurate time and fees are transferred to the correct engagement codes | 13-Jul-2010 | 545.00 | 0.6 | 327.00 | Fee/Employment Applications |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research and drafting of new Statements of Work for Neenah post bankruptcy | 19-Jul-2010 | 170.00 | 2.2 | 374.00 | Fee/Employment Applications |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research and drafting of new Statements of Work for Neenah post bankruptcy | 20-Jul-2010 | 170.00 | 0.6 | 102.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Research related to fee application compilation | 22-Jul-2010 | 545.00 | 0.2 | 109.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of data for June fee application | 23-Jul-2010 | 190.00 | 3.6 | 684.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of data for June fee application | 26-Jul-2010 | 190.00 | 2.4 | 456.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of data for June fee application | 27-Jul-2010 | 190.00 | 8.4 | 1,596.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of data for June fee application | 28-Jul-2010 | 190.00 | 0.3 | 57.00 | Fee/Employment Applications |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of Form 1099 questions from Dalton and transmissiont to employment tax team. | 01-Jul-2010 | 415.00 | 0.3 | 124.50 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of Michigan tax estimates | 01-Jul-2010 | 415.00 | 0.6 | 249.00 | Routine On-Call Advisory |
| Deleon,JackieLynn (US012541919) | Manager-Grade 1 (321) | Analysis of PA notice and application to returns | 01-Jul-2010 | 415.00 | 0.7 | 290.50 | Routine On-Call Advisory |
| Dudrear,David J (US012762941) | Executive Director-Grade 1 (131) | Research and analysis of data regarding manufacturing exemption for C/S Debtor's tax purposes | 01-Jul-2010 | 610.00 | 1.0 | 610.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Research and analysis of rules/resolutions related to A&M PA notice | 01-Jul-2010 | 415.00 | 1.6 | 664.00 | Routine On-Call Advisory |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research and analysis of Neenah EPIC estimated hours for tax provision | 07-Jul-2010 | 170.00 | 0.8 | 136.00 | Routine On-Call Advisory |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Analysis of upcoming projects and schedules related to Debtor emergence | 20-Jul-2010 | 170.00 | 0.4 | 68.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Electronic response to Debtor regarding Deeter Arizona notice on refund check | 20-Jul-2010 | 415.00 | 0.3 | 124.50 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Follow-up on A&M Pennsylvania tax notice status and issues. | 20-Jul-2010 | 415.00 | 0.4 | 166.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of Kansas notice from Deeter and 1099 questions from Dalton. Deeter Arizona notice. | 22-Jul-2010 | 415.00 | 0.9 | 373.50 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of staff assignments to Debtor and re-assignment for year-end. | 22-Jul-2010 | 415.00 | 1.0 | 415.00 | Routine On-Call Advisory |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Analysis of upcoming projects and schedules related to Debtor emergence | 22-Jul-2010 | 170.00 | 1.5 | 255.00 | Routine On-Call Advisory |
| Rauen,Jennifer Leigh (US012516326) | Senior-Grade 2 (422) | Data preparation for EPIC | 22-Jul-2010 | 360.00 | 1.0 | 360.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Discussion with B. Gitter, Neenah, on Schenck involvement, staffing, and face-to-face interactions going forward | 22-Jul-2010 | 415.00 | 0.8 | 332.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Request information for tax estimates | 22-Jul-2010 | 415.00 | 0.2 | 83.00 | Routine On-Call Advisory |
| Witzigmann,Ryan J (US012703169) | Staff/Assistant-Grade 3 (443) | Research and analysis related to 1099 question | 22-Jul-2010 | 170.00 | 0.5 | 85.00 | Routine On-Call Advisory |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of Neenah 4th quarter estimates | 26-Jul-2010 | 415.00 | 0.4 | 166.00 | Routine On-Call Advisory |

Ernst & Young LLP
7/1/2010 - 7/29/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Fee | Category |
|---|---|---|---|---|---|---|---|
| Jorgensen, Gwen (US0112662600) | Staff/Assistant-Grade 3 (443) | Compilation of AA worksheet and the Q4 estimates | 26-Jul-2010 | 170.00 | 1.6 | 272.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US0112662600) | Staff/Assistant-Grade 3 (443) | Research and compilation of Deeter Notices | 26-Jul-2010 | 170.00 | 0.7 | 119.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US0112662600) | Staff/Assistant-Grade 3 (443) | Updates to AA Summary of returns | 26-Jul-2010 | 170.00 | 0.9 | 153.00 | Routine On-Call Advisory |
| Willems, Andrew M. (US0124435926) | Staff/Assistant-Grade 4 (444) | Analysis of and preparation for post-emergence tax assistance for Debtor | 27-Jul-2010 | 170.00 | 1.2 | 204.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US0112662600) | Staff/Assistant-Grade 3 (443) | Compilation of AA worksheet and the Q4 estimates | 27-Jul-2010 | 170.00 | 0.7 | 119.00 | Routine On-Call Advisory |
| Rauen, Jennifer Leigh (US0125163326) | Senior-Grade 2 (422) | Electronic communication regarding EPIC scheduling | 27-Jul-2010 | 360.00 | 0.1 | 36.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US0112662600) | Staff/Assistant-Grade 3 (443) | Updates to AA Summary of returns | 27-Jul-2010 | 170.00 | 1.4 | 238.00 | Routine On-Call Advisory |
| Willems, Andrew M. (US0124435926) | Staff/Assistant-Grade 4 (444) | Analysis of and preparation for post-emergence tax assistance for Debtor | 28-Jul-2010 | 170.00 | 1.1 | 187.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US0112662600) | Staff/Assistant-Grade 3 (443) | Compilation of AA worksheet and the Q4 estimates | 28-Jul-2010 | 170.00 | 1.2 | 204.00 | Routine On-Call Advisory |
| Dawson, Pa Vang (US0126383877) | Staff/Assistant-Grade 3 (443) | Compilation of Tax Claims documentation | 28-Jul-2010 | 170.00 | 0.5 | 85.00 | Routine On-Call Advisory |
| Kinas, Darrelee M (US0115010033) | Manager-Grade 4 (324) | Discussion with J. DeLeon regarding the status of provision-related items | 28-Jul-2010 | 415.00 | 1.5 | 622.50 | Routine On-Call Advisory |
| Kinas, Darrelee M (US0115010033) | Manager-Grade 4 (324) | Electronic correspondence with Dalton regarding Neenah 1099 question | 28-Jul-2010 | 415.00 | 0.2 | 83.00 | Routine On-Call Advisory |
| Jorgensen, Gwen (US0112662600) | Staff/Assistant-Grade 3 (443) | Research and analysis of state nexus filings | 28-Jul-2010 | 170.00 | 0.8 | 136.00 | Routine On-Call Advisory |
| Willems, Andrew M. (US0124435926) | Staff/Assistant-Grade 4 (444) | Analysis of and preparation for post-emergence tax assistance for Debtor | 29-Jul-2010 | 170.00 | 1.4 | 238.00 | Routine On-Call Advisory |
| Rauen, Jennifer Leigh (US0125163326) | Senior-Grade 2 (422) | Analysis of Q4 Estimates and A&A worksheet | 29-Jul-2010 | 360.00 | 1.3 | 468.00 | Routine On-Call Advisory |
| Kinas, Darrelee M (US0115010033) | Manager-Grade 4 (324) | Analysis and compilation of taxable income projections for SALT team | 01-Jul-2010 | 545.00 | 1.1 | 599.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US0115010033) | Manager-Grade 4 (324) | Research and analysis related to Nebraska and Michigan tax claims | 01-Jul-2010 | 545.00 | 0.4 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US0119940912) | Executive Director-Grade 1 (131) | Electronic correspondence to D. Kinas regarding MI objection and Debtor's Counsel involvement with MI claim | 02-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US0119940912) | Executive Director-Grade 1 (131) | Electronic correspondence with D. Kinas regarding claim on j deadline | 01-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US0112050807) | Manager-Grade 3 (323) | Follow-up with AA regarding status of credits/incentives | 01-Jul-2010 | 545.00 | 0.2 | 109.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US0115010033) | Manager-Grade 4 (324) | Research and analysis related to interest reduction | 01-Jul-2010 | 545.00 | 1.6 | 872.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US0119940912) | Executive Director-Grade 1 (131) | Electronic correspondence with D. Kinas and A. Johnson, Neenha, regarding penalty treatment for 2008 1099 issue | 02-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US0112222043) | Partner/Principal-Grade 1 (111) | Research and analysis of Neenah tax matters related to property tax | 02-Jul-2010 | 765.00 | 1.0 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US0119940912) | Executive Director-Grade 1 (131) | Electronic follow-up to Germain regarding O&D changes announced | 06-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US0119940912) | Executive Director-Grade 1 (131) | Electronic follow-up with N. Jackson regarding bankruptcy claim schedule | 06-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US0114438327) | Partner/Principal-Grade 1 (111) | Meeting at Neenah to discuss bankruptcy issues related to F Reorganization | 07-Jul-2010 | 765.00 | 1.1 | 841.50 | Tax Issues: Bankruptcy, Federal & State |
| Willems, Andrew M. (US0124435926) | Staff/Assistant-Grade 4 (444) | Research and compilation of a workplan for the upcoming tax provision assistance to Debtor | 07-Jul-2010 | 190.00 | 0.5 | 95.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
7/1/2010 - 7/29/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic response to M. Larson regarding AV notices prop tax from controllers and required follow-up | 08-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Follow-up on open property tax items | 08-Jul-2010 | 545.00 | 0.3 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Analysis of property tax and incentives information | 09-Jul-2010 | 545.00 | 2.1 | 1,144.50 | Tax Issues: Bankruptcy, Federal & State |
| Meyerer,Thomas H (US011036165) | Executive Director-Grade 4 (134) | Call with D. Wagner regarding EIN carryover related to corporation in chapter 11 and employment tax aspects for federal & state purposes | 09-Jul-2010 | 765.00 | 0.7 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Meyerer,Thomas H (US011036165) | Executive Director-Grade 4 (134) | Call with P. Mayberry to discuss possible outcomes and alternatives for EIN retention and employment taxes for Debtor's emergence | 09-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Mayberry,Paul Anthony (US012748494) | Senior Manager-Grade 4 (214) | Call with T. Meyerer to discuss possible outcomes and alternatives for EIN retention and employment taxes for Debtor's emergence | 09-Jul-2010 | 615.00 | 0.3 | 184.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic correspondence to D. Wagner regarding new FEIN confirmation process | 09-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Meeting with Debtor to discuss property tax findings and final analysis | 09-Jul-2010 | 545.00 | 1.1 | 599.50 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Research and analysis of Neenah tax matters related to bankruptcy work | 09-Jul-2010 | 765.00 | 1.0 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Research and compilation of a workplan for the upcoming tax provision assistance to Debtor | 09-Jul-2010 | 190.00 | 0.7 | 133.00 | Tax Issues: Bankruptcy, Federal & State |
| Jackson,Nicole Christine (US012441551) | Senior-Grade 4 (424) | Updated claim spreadsheet | 09-Jul-2010 | 375.00 | 0.5 | 187.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of property tax/incentive Phase 1 report | 12-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Analysis of State Net Operation Loss issues | 12-Jul-2010 | 545.00 | 0.7 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with D. Kinas, M. Wichman, and D. Wagner to discuss project status | 12-Jul-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Call with N. Flagg, D. Wagner, and D. Kinas to discuss project status | 12-Jul-2010 | 765.00 | 0.5 | 382.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Call with N. Flagg, M. Wichman, and D. Kinas to discuss project status | 12-Jul-2010 | 545.00 | 0.5 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Call with N. Flagg, M. Wichman, and D. Wagner to discuss project status | 12-Jul-2010 | 545.00 | 0.5 | 272.50 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Call with T. Meyerer regarding EIN carryover related to corporation in chapter 11 and employment tax aspects for federal & state purposes | 12-Jul-2010 | 545.00 | 0.7 | 381.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic communication with Debtor's Counsel regarding federal tax id # change | 12-Jul-2010 | 765.00 | 0.2 | 153.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner,Darin A. (US012050807) | Manager-Grade 3 (323) | Research and analysis of C&I issues | 12-Jul-2010 | 545.00 | 1.3 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Research and analysis related to tax provision timing | 12-Jul-2010 | 190.00 | 0.8 | 152.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Research and compilation of a workplan for the upcoming tax provision assistance to Debtor | 12-Jul-2010 | 190.00 | 2.1 | 399.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Research applicability of claim objection deadline and government bar date to tax claims | 12-Jul-2010 | 765.00 | 0.6 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Procedural finalization of attribute reduction issues for emergence discussion | 13-Jul-2010 | 545.00 | 0.8 | 436.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Research, analysis and compilation of provision budget plan. | 13-Jul-2010 | 190.00 | 1.7 | 323.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP  
7/1/2010 - 7/29/2010  
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of tax claims | 14-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic correspondence with B. Johnson, Neenah CFO, regarding objection deadlines | 14-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Research and analysis related to tax claim issues | 14-Jul-2010 | 545.00 | 1.9 | 1,035.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with L. Carter regarding F reorganization requirements related to EIN and 368-3 statement | 15-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Wagner, Darin A. (US012050807) | Manager-Grade 3 (323) | Compilation of presentation materials for Debtor | 15-Jul-2010 | 545.00 | 1.3 | 708.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Discussion with M. Wichman regarding F reorganization and next steps | 15-Jul-2010 | 545.00 | 0.4 | 218.00 | Tax Issues: Bankruptcy, Federal & State |
| Wichman, Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Discussion with M. Wichman regarding F reorganization and next steps | 15-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of tax claims and update for 3rd omni | 16-Jul-2010 | 765.00 | 4.8 | 3,672.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic communication of tax claim information to Huron | 16-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Meeting with Debtor's CFO and M. Hellmer to discuss Neenah matters related to claims filing process | 16-Jul-2010 | 765.00 | 1.0 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Meeting with Debtor's CFO and N. Flagg to discuss Neenah matters related to claims filing process | 16-Jul-2010 | 765.00 | 1.0 | 765.00 | Tax Issues: Bankruptcy, Federal & State |
| Jackson, Nicole Christine (US012441551) | Senior-Grade 4 (424) | Updated claim spreadsheet | 16-Jul-2010 | 375.00 | 0.2 | 75.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Electronic communication of tax claim information to Huron | 18-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of comments received from Huron related to claim file | 19-Jul-2010 | 765.00 | 0.6 | 459.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg, Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Call with Huron and B. Johnson, Neenah CFO, regarding tax claim file | 19-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Discussion with S. Reed on tax provision, fresh start accounting, and timing | 19-Jul-2010 | 545.00 | 0.3 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Electronically follow-up on 7/15 meeting with Debtor and planning for tax provision. | 19-Jul-2010 | 545.00 | 0.3 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt, Brian Albert (US012192493) | Manager-Grade 1 (321) | Analysis of schedules in relation to attribute reduction | 20-Jul-2010 | 545.00 | 2.5 | 1,362.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas, Darrelee M (US011501033) | Manager-Grade 4 (324) | Research and analysis of tax provision and fresh-start accounting issues for Debtor | 20-Jul-2010 | 545.00 | 4.3 | 2,343.50 | Tax Issues: Bankruptcy, Federal & State |
| Willems, Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Research, analysis and compilation of provision budget plan. | 20-Jul-2010 | 190.00 | 0.3 | 57.00 | Tax Issues: Bankruptcy, Federal & State |
| Hellmer, Mark E (US011222043) | Partner/Principal-Grade 1 (111) | Meeting with J. DeLeon, B. Korbutt, P. Dawson, G. Jorgensen, D. Kinas, J. Rauen, N. Gregor, and A. Willems to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis (only attended a portion of the meeting) | 21-Jul-2010 | 765.00 | 1.5 | 1,147.50 | Tax Issues: Bankruptcy, Federal & State |
| Dawson, Pa Vang (US012638877) | Staff/Assistant-Grade 3 (443) | Meeting with M. Hellmer, B. Korbutt, J. DeLeon, G. Jorgensen, D. Kinas, J. Rauen, N. Gregor, and A. Willems to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis | 21-Jul-2010 | 190.00 | 5.0 | 950.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
7/1/2010 - 7/29/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Deleon,JackieLynn (US012541919) | Manager-Grade 1 (321) | Meeting with M. Hellmer, B. Korbutt, P. Dawson, G. Jorgensen, D. Kinas, J. Rauen, N. Gregor, and A. Willems to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis | 21-Jul-2010 | 545.00 | 5.0 | 2,725.00 | Tax Issues: Bankruptcy, Federal & State |
| Jorgensen,Gwen (US012662600) | Staff/Assistant-Grade 3 (443) | Meeting with M. Hellmer, B. Korbutt, P. Dawson, J. DeLeon, D. Kinas, J. Rauen, N. Gregor, and A. Willems to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis | 21-Jul-2010 | 190.00 | 5.0 | 950.00 | Tax Issues: Bankruptcy, Federal & State |
| Gregor,Nerisha Liza (US012657241) | Senior-Grade 3 (423) | Meeting with M. Hellmer, B. Korbutt, P. Dawson, J. DeLeon, G. Jorgensen, D. Kinas, A. Willems, and J. Rauen to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis (only attended a portion of the meeting) | 21-Jul-2010 | 375.00 | 3.0 | 1,125.00 | Tax Issues: Bankruptcy, Federal & State |
| Rauen,Jennifer Leigh (US012516326) | Senior-Grade 2 (422) | Meeting with M. Hellmer, B. Korbutt, P. Dawson, J. DeLeon, G. Jorgensen, D. Kinas, N. Gregor, and A. Willems to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis | 21-Jul-2010 | 375.00 | 5.0 | 1,875.00 | Tax Issues: Bankruptcy, Federal & State |
| Willems,Andrew M. (US012435926) | Staff/Assistant-Grade 4 (444) | Meeting with M. Hellmer, B. Korbutt, P. Dawson, J. DeLeon, G. Jorgensen, D. Kinas, N. Gregor, and J. Rauen to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis | 21-Jul-2010 | 190.00 | 5.0 | 950.00 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Meeting with M. Hellmer, P. Dawson, J. DeLeon, G. Jorgensen, J. Rauen, N. Gregor, and A. Willems to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis | 21-Jul-2010 | 545.00 | 5.0 | 2,725.00 | Tax Issues: Bankruptcy, Federal & State |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | Meeting with M. Hellmer, P. Dawson, J. DeLeon, G. Jorgensen, D. Kinas, J. Rauen, N. Gregor, and A. Willems to discuss results of federal and state attribute reduction, next steps upon emergence from Chapter 11, bankruptcy issues, fresh-start accounting and model analysis | 21-Jul-2010 | 545.00 | 5.0 | 2,725.00 | Tax Issues: Bankruptcy, Federal & State |
| Jackson,Nicole Christine (US012441551) | Senior-Grade 4 (424) | Analysis of claims in comparison with spreadsheet | 22-Jul-2010 | 375.00 | 0.6 | 225.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of claims response received from D. Kinas | 22-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of filing for Sales & Use tax schedule of Neenah filing locations related to WAS claim | 22-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Analysis of Sales & Use tax documentation to confirm no WA filings | 22-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |
| Liebman,Richard D (US011230254) | Executive Director-Grade 1 (131) | Discussion with D. Kinas regarding tax issues for Debtor | 22-Jul-2010 | 765.00 | 0.3 | 229.50 | Tax Issues: Bankruptcy, Federal & State |
| Kinas,Darrelee M (US011501033) | Manager-Grade 4 (324) | Discussion with R. Liebman regarding tax issues for Debtor | 22-Jul-2010 | 545.00 | 0.3 | 163.50 | Tax Issues: Bankruptcy, Federal & State |
| Larson,Mitchell T (US012647771) | Senior-Grade 3 (423) | Electronic correspondence with D. Kinas and N. Flagg regarding Controllers' responses related to Sales & Use tax | 22-Jul-2010 | 375.00 | 0.4 | 150.00 | Tax Issues: Bankruptcy, Federal & State |
| Jackson,Nicole Christine (US012441551) | Senior-Grade 4 (424) | Meeting with N. Flagg to discuss claims spreadsheets and updates from omni | 22-Jul-2010 | 375.00 | 0.4 | 150.00 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Meeting with N. Jackson to discuss claims spreadsheets and updates from omni | 22-Jul-2010 | 765.00 | 0.4 | 306.00 | Tax Issues: Bankruptcy, Federal & State |

Ernst & Young LLP
7/1/2010 - 7/29/2010
Fee Detail

Exhibit A

| Name | Title | Description | Date | Rate | Hours | Fees | Category |
|---|---|---|---|---|---|---|---|
| Kinas,Darrelee M (US0115011033) | Manager-Grade 4 (324) | Research and analysis related to tax claims for Michigan, Washington, Ohio and Colorado. | 22-Jul-2010 | 545.00 | 3.3 | 1,798.50 | Tax Issues: Bankruptcy, Federal & State |
| Flagg,Nancy A. (US011940912) | Executive Director-Grade 1 (131) | Transmission of tax claims #94,95,464,465,636 and 640 to D. Kinas for analysis | 22-Jul-2010 | 765.00 | 0.7 | 535.50 | Tax Issues: Bankruptcy, Federal & State |
| Davister,Tiffany Marie (US012576180) | Staff/Assistant-Grade 4 (444) | Per Debtor's request, incorporated data into into Orbis, NPI | 24-Jul-2010 | 190.00 | 1.0 | 190.00 | Tax Issues: Bankruptcy, Federal & State |
| Witzigmann,Ryan J (US012703169) | Staff/Assistant-Grade 3 (443) | Updating documentation related to bankruptcy tax provisions | 26-Jul-2010 | 190.00 | 0.4 | 76.00 | Tax Issues: Bankruptcy, Federal & State |
| Deleon,JackieLynn (US012541919) | Manager-Grade 1 (321) | Discussion with D. Kinas regarding the status of provision-related items | 28-Jul-2010 | 545.00 | 1.5 | 817.50 | Tax Issues: Bankruptcy, Federal & State |
| | | | | | 221.30 | 87,646.05 | |