## Exhibit B

Ernst & Young LLP
7/1/2010 - 7/29/2010
Expense Detail

Exhibit B

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Lunch with R. Caruso, Neenah CEO; B. Johnson, Neenah CFO; and S. Reed while in Neenah for Debtor meeting | 15-Jul-2010 | 66.04 | Out of Town Travel: Lunch |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Roundtrip Amtrak from Chicago to Milwaukee for Neenah client meetings. \\Chicago/Milwaukee/Chicago | 07-Jul-2010 | 44.00 | Out of Town Travel: Mass Transit: Ground Trans |
| Wichman,Melissa W (US011438327) | Partner/Principal-Grade 1 (111) | Mileage from Chicago to Milwaukee for client meetings with Neenah Foundry \\Home - Beloit - Milwaukee - Home (144 miles @ $0.50/mile) | 07-Jul-2010 | 71.50 | Out of Town Travel: Mileage: Ground Trans |
| Hellmer,Mark E (US011222043) | Partner/Principal-Grade 1 (111) | travel to Neenah for meeting with CFO and controller to discuss bankruptcy work \\office to neenah and back\\Milwaukee, WI - Neenah, WI (190 miles @ $0.50/mile) | 09-Jul-2010 | 95.00 | Out of Town Travel: Mileage: Ground Trans |
| Leonardson,Michael J (US011258268) | Partner/Principal-Grade 1 (111) | Client meetings on site at Neenah Foundry\\Milwaukee office to Neenah (50 miles @ $0.50/mile) | 15-Jul-2010 | 100.00 | Out of Town Travel: Mileage: Ground Trans |
| Reed,Stephanie A. (US011975799) | Manager-Grade 2 (322) | Mileage for on-site audit work at Neenah Foundry.\\Milwaukee, WI & Neenah, WI (50 miles @ $0.50/mile) | 15-Jul-2010 | 100.00 | Out of Town Travel: Mileage: Ground Trans |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | travel to milwaukee for attribute reduction\\chicago to milwaukee (180 miles @ $0.50/mile) | 21-Jul-2010 | 90.00 | Out of Town Travel: Mileage: Ground Trans |
| Stull,Megan Elizabeth (US012714300) | Staff/Assistant-Grade 4 (444) | Parking in Milwaukee for a PIE Meeting for Neenah Foundry. | 19-Jul-2010 | 11.00 | Out of Town Travel: Parking: Ground Trans |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | parking at milwaukee | 21-Jul-2010 | 10.00 | Out of Town Travel: Parking: Ground Trans |
| Korbutt,Brian Albert (US012192493) | Manager-Grade 1 (321) | \\chicago to milwaukee | 21-Jul-2010 | 5.00 | Out of Town Travel: Tolls: Ground Trans |

592.54