### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW)<br>Jointly Administered |
| Debtors. | **Objection Deadline: September 13, 2010 at 4:00 pm.**<br>**Hearing Date: October 19, 2010 at 2:00 p.m.** |

### COVER SHEET:
### FINAL APPLICATION OF GREENBERG TRAURIG, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD BEGINNING FEBRUARY 12, 2010 THROUGH JULY 31, 2010</u>

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Retention order entered April 5, 2010 *Nunc Pro Tunc* to February 12, 2010 |
| Period for which compensation and reimbursement is sought: | February 12, 2010 – July 31, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $464,657.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,085.68[2] |

This is a(n) _____ interim _____ monthly <u>XXX</u> final fee application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Photocopy charges for March, 2010 have been reduced by $51.00 and photocopy charges for April, 2010 have been reduced by $9.00 to account for an inadvertent overcharge. Greenberg Traurig's request for photocopy expenses reimbursement has been reduced by a total of $60.00.

The aggregate amount of postpetition fees and expenses paid to Greenberg Traurig to date for services rendered and expenses incurred herein is $109,620.40.

The following chart summarizes Greenberg Traurig's previous requests for monthly compensation (the "**Monthly Requests**").  No Objection has been filed or received in connection with the Monthly Requests.

| Application Period | Date Filed | Docket Number | Fees Requested | Costs Requested | Fees Paid | Costs Paid | Holdback Unpaid |
|---|---|---|---|---|---|---|---|
| February, 2010 | 4/29/2010 | 340 | $137,025.50 | $0.00 | $109,620.40 | $0.00 | $27,405.10 |
| March, 2010 | 6/15/2010 | 528 | $187,878.50 | $1,784.86 | $0.00 | $0.00 | $189,663.36 |
| April, 2010 | 6/15/2010 | 529 | $84,641.50 | $3,609.06 | $0.00 | $0.00 | $88,250.56 |
| May, 2010 | 8/20/2010 | 681 | $21,280.50 | $375.04 | $0.00 | $0.00 | $21,655.54 |
| June 2010 | 8/25/2010 | 689 | $24,585.50 | $208.02 | $0.00 | $0.00 | $24,793.52 |
| July, 2010 | 8/25/2010 | 690 | $9,245.50 | $108.70 | $0.00 | $0.00 | $9,354.20 |
| **TOTAL** | | | **$464,657.00** | **$6,085.68\*** | **$109,620.40** | **$0.00** | **$361,122.28\*** |

*Reflects photocopy reduction of $60.00.

GREENBERG TRAURIG, LLP
TIMEKEEPER SUMMARY
FINAL APPLICATION

| Timekeeper | Position with Firm, Year of Obtaining Relevant License, Area of Expertise | Hourly Rate | February 12, 2010- February 28, 2010 | | March 1, 2010- March 31, 2010 | | April 1, 2010- April 30, 2010 | | May 1, 2010- May 31, 2010 | | June 1, 2010 - June 30, 2010 | | July 1, 2010 - July 29, 2010 | | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Sean W. Bezark | Shareholder; Joined firm in 2003; Member of IL Bar since 1990; Area of Expertise: Real Estate | $670.00 | 20.70 | $13,869.00 | 23.70 | $15,879.00 | 22.10 | $14,807.00 | 1.60 | $1,072.00 | 6.00 | 4,020.00 | | | 74.10 | $49,647.00 |
| Donald J. Detweiler | Shareholder; Joined firm in 2006; Member of DE Bar since 1992 and PA Bar since 1993, Area of Expertise: Business Reorganization and Bankruptcy | $665.00 | 43.40 | $28,861.00 | 55.50 | $36,907.50 | 11.30 | $7,514.50 | 15.10 | $10,041.50 | 19.80 | 13,167.00 | 5.60 | 3,724.00 | 150.70 | $100,215.50 |
| Scott D. Cousins | Shareholder; Re-joined firm in 2009; Member of DE Bar since 1992 and FL Bar since 2005; Area of Expertise: reorganization, bankruptcy | $710.00 | 24.50 | $17,395.00 | 36.80 | $26,128.00 | 7.80 | $5,538.00 | 1.00 | $710.00 | 3.30 | 2,343.00 | 0.40 | 284.00 | 73.80 | $52,398.00 |
| Brian L. Colborn | Associate; Joined firm in 2005; Member of DE Bar since 2002; Area of Expertise: Corporate & Securities | $480.00 | 43.00 | $20,640.00 | 83.70 | $40,176.00 | 51.30 | $24,624.00 | | | | | 3.20 | 1,536.00 | 181.20 | $86,976.00 |
| Diane N. Ibrahim | Associate; Joined firm in 2007; Member of DE Bar; Area of Expertise: Corporate & Securities | $365.00 | | | | | | | 9.90 | $3,613.50 | | | | | 9.90 | $3,613.50 |
| Jonathan I Lessner | Shareholder; Joined firm in 2006; Member of DE and FL Bars; Area of Expertise: Structured finance and commercial lending | $640.00 | 33.60 | $21,504.00 | 39.70 | $25,408.00 | 16.40 | $10,496.00 | | | | | | | 89.70 | $57,408.00 |
| Dennis A. Meloro | Associate; joined firm in 2009; member of DE bar since 200, Area of Expertise: corporate bankruptcy, restructuring and other insolvency-related matters. | $480.00 | | | | | 0.20 | $96.00 | | | | | | | 0.20 | $96.00 |

## GREENBERG TRAURIG, LLP
## TIMEKEEPER SUMMARY
## FINAL APPLICATION

| Timekeeper | Position with Firm, Year of Obtaining Relevant License, Area of Expertise | Hourly Rate | February 12, 2010 - February 28, 2010 | | March 1, 2010 - March 31, 2010 | | April 1, 2010 - April 30, 2010 | | May 1, 2010 - May 31, 2010 | | June 1, 2010 - June 30, 2010 | | July 1, 2010 - July 29, 2010 | | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Kelly A. Terrible | Shareholder, Joined firm in 2006, Member of DE Bar, Area of Expertise: Corporate mergers, acquisitions, recapitalizations, asset sales, and stock purchases and issuances. | $580.00 | | | | | | | 0.40 | $232.00 | | | | | 0.40 | $232.00 |
| Max Riffin | Associate, joined firm in 2009; member of DE bar since 200; Area of expertise: corporate bankruptcy, restructuring and other insolvency-related matters. | $285.00 | 8.70 | $2,479.50 | 7.10 | $2,023.50 | | | | | | | | | 15.80 | $4,503.00 |
| Sandra G. M. Selzer | Associate, Joined firm in 2006; Member of DE Bar since 2002; Area of Expertise: Business Reorganization and Bankruptcy | $495.00 | 44.90 | $22,225.50 | 50.80 | $25,146.00 | 40.60 | $20,097.00 | 7.50 | $3,712.50 | 7.60 | $3,762.00 | 6.50 | 3,217.50 | 157.90 | $78,160.50 |
| Monica L. Townsend | Associate, Joined firm in 2002; Member of DE Bar since 1995; Area of Expertise: Corporate & Securities; Business Reorganization and Bankruptcy | $435.00 | 22.50 | $9,787.50 | 35.90 | $15,616.50 | 0.60 | $261.00 | 2.60 | $1,131.00 | 1.20 | 522.00 | | | 62.80 | $27,318.00 |
| Kerry Carlson | Paralegal, Joined firm in 1999; Area of Expertise: Business Reorganization and Bankruptcy | $240.00 | | | | $0.00 | 3.20 | $768.00 | 1.00 | $240.00 | | | | | 4.20 | $1,008.00 |
| Elizabeth C. Thomas | Paralegal, Joined firm in 2001; Area of Expertise: Business Reorganization and Bankruptcy | $220.00 | 1.20 | $264.00 | 2.70 | $594.00 | 2.00 | $440.00 | 2.40 | $528.00 | 3.20 | 704.00 | 2.20 | 484.00 | 13.70 | $3,014.00 |
| Tiona Malone Jackson | Law Clerk | $75.00 | | | | | | | | | 0.90 | 67.50 | | | 0.90 | $67.50 |
| TOTAL: | | | 153.90 | $76,900.50 | 219.90 | $108,964.00 | 114.30 | $56,782.00 | 23.80 | $9,457.00 | 12.90 | 24,585.50 | 11.90 | 5,237.50 | 835.30 | $464,657.00 |
| *Blended Rate* | *$564.08* | | | | | | | | | | | | | | | |

**GREENBERG TRAURIG, LLP**
**CATEGORY SUMMARY**
**FINAL APPLICATION**

| Code | Project Category | Hours | | | | | | Amount | | | | | | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February | March | April | May | June | July | February | March | April | May | June | July | | |
| 803 | Business Operations | 4.60 | 17.00 | 6.30 | 0.90 | 3.30 | | $2,357.00 | $10,644.00 | $4,031.00 | $518.00 | $2,145.50 | | 32.10 | $19,695.50 |
| 804 | Case Administration | 20.00 | 8.30 | 2.10 | 0.80 | 2.10 | 0.90 | $11,976.50 | $4,837.50 | $874.50 | $286.00 | $551.50 | $386.50 | 34.20 | $18,912.50 |
| 805 | Claims Administration & Objections | 0.50 | 7.30 | 2.50 | 0.60 | 0.60 | | $247.50 | $3,295.50 | $1,543.50 | $297.00 | $361.50 | | 11.50 | $5,745.00 |
| 806 | Employee Benefits/Pensions | 1.00 | 0.20 | 0.20 | | | | $495.00 | $99.00 | $99.00 | | | | 1.40 | $693.00 |
| 809 | Financing Matters/Cash Collateral | 111.90 | 179.40 | 69.70 | | 4.90 | 7.10 | $63,583.50 | $102,173.50 | $36,396.50 | | $3,156.50 | $4,027.50 | 373.00 | $209,337.50 |
| 810 | Litigation Matters | | | | 0.30 | 0.10 | | | | | $148.50 | $49.50 | | 0.40 | $198.00 |
| 812 | Plan & Disclosure Statement | 1.40 | 41.90 | 41.20 | 13.20 | 13.30 | 3.70 | $931.00 | $25,260.50 | $24,207.50 | $8,447.00 | $8,716.50 | $1,831.50 | 114.70 | $69,394.00 |
| 813 | Fee/Employment Applications | 42.80 | 45.50 | 13.70 | 7.60 | 5.40 | 1.60 | $20,891.50 | $20,611.00 | $5,768.00 | $2,852.00 | $1,831.00 | $489.50 | 116.60 | $52,443.00 |
| 814 | Fee/Employment Objections | | 5.30 | | | | | | $2,142.50 | | | | | 5.30 | $2,142.50 |
| 824 | Preparation/Review Reports | 1.40 | 1.50 | 0.80 | | 0.20 | | $693.00 | $926.00 | $396.00 | | $99.00 | | 3.90 | $2,114.00 |
| 831 | General Committee Matters | 56.80 | 18.70 | 8.70 | 4.20 | 7.70 | 2.70 | $34,709.00 | $11,269.50 | $5,289.00 | $2,526.50 | $5,067.50 | $1,762.50 | 98.80 | $60,624.00 |
| 832 | Creditor Inquiries | | 0.80 | | | | | | $536.00 | | | | | 0.80 | $536.00 |
| 833 | Court Hearings | | 7.40 | 2.60 | 0.40 | 1.30 | 1.90 | | $4,982.00 | $1,368.00 | $232.00 | $847.50 | $748.00 | 13.60 | $8,177.50 |
| 834 | General Corporate Matters | | | | 13.50 | | | | | | $5,973.50 | | | 13.50 | $5,973.50 |
| 835 | Leases and Executory Contracts | | | 0.80 | | 2.90 | | | | $396.00 | | $1,660.50 | | 3.70 | $2,056.50 |
| 836 | Schedules and Statements | | | 6.90 | | 0.20 | | | | $4,272.50 | | $99.00 | | 7.10 | $4,371.50 |
| 837 | Utility Matters | 2.10 | 2.60 | | | | | $1,141.50 | $1,101.50 | | | | | 4.70 | $2,243.00 |
| | Total: | 242.50 | 335.90 | 155.50 | 41.50 | 42.00 | 17.90 | $137,025.50 | $187,878.50 | $84,641.50 | $21,280.50 | $24,585.50 | $9,245.50 | 835.30 | $464,657.00 |

# GREENBERG TRAURIG, LLP
## EXPENSES
## FINAL APPLICATION

| Expense Category | February | March | April | May | June | July | Total Expenses |
|---|---|---|---|---|---|---|---|
| Business Meals | | $284.13 | $134.00 | | $33.00 | | $451.13 |
| Conference Calls | | $31.38 | $48.90 | $113.46 | $56.58 | $98.68 | $349.00 |
| Federal Express Charges | | $22.18 | | | | | $22.18 |
| Local Travel | | $284.89 | | | | | $284.89 |
| Messenger/Courier | | $30.00 | $78.00 | | $15.00 | | $123.00 |
| Off-Site Printing Charges | | $677.96 | $2,978.32 | | | | $3,656.28 |
| Photocopy Charges | | $102.00 | $18.00 | $23.70 | $92.40 | $7.30 | $243.40 |
| Postage | | $36.14 | | | | | $36.14 |
| Professional & Legal | | | | $159.00 | | | $159.00 |
| Special Clerical Services | | $220.00 | | | | | $220.00 |
| Telephone/Long Distance | | $0.03 | | | | | $0.03 |
| Service Company Charges | | | $54.95 | | | | $54.95 |
| Information & Research | | $96.15 | $296.89 | $78.88 | $11.04 | $2.72 | $485.68 |
| | | | | | | | |
| TOTAL: | None | $1,784.86 | $3,609.06 | $375.04 | $208.02 | $108.70 | $6,085.68 |

Photocopy charges for March, 2010 have been reduced by $51.00 to account for an inadvertent overcharge
Photocopy charges for April, 2010 have been reduced by $9.00 to account for an inadvertent overcharge
Greenberg Traurig's request for photocopy reimbursement has been reduced by $60.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.,*[3] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 13, 2010 at 4:00 pm.**<br>**Hearing Date: October 19, 2010 at 2:00 p.m.** |

**FINAL APPLICATION OF GREENBERG TRAURIG, LLP FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM FEBRUARY 12, 2010 THROUGH JULY 31, 2010**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby submits its final fee application (the "**Application**") for compensation and reimbursement of expenses for the period beginning February 12, 2010 to and including July 31, 2010 (the "**Application Period**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR. 2016-2 ("**Local Rules of Bankruptcy Practice and Procedure**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "**Interim Compensation Order**") [Docket No. 136].

---

[3]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## JURISDICTION

1.      This Court has jurisdiction to consider this Application under 28 U.S.C.§§ 157 and 1334. This is a core proceeding under 28 U.S.C.§ 157(b). Venue of the Cases and this Application in this district is proper under 28 U.S.C.§§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code sections 330 and 331.

## BACKGROUND

2.      On February 3, 2009 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  This Court has ordered joint administration of these chapter 11 cases (the "**Cases**").

3.      On February 12, 2010 (the "**Formation Meeting**"), the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  At the Formation Meeting, the Committee selected Greenberg Traurig as its counsel, and on February 23, 2010, the Committee selected Morris Anderson & Associates, Ltd. ("**Morris Anderson**") as its financial advisors.  The Committee consists of the following five members:

    a.      Gerdau Ameristeel;
    b.      Wisconsin Electric Power Company;
    c.      The Timken Co.;
    d.      Sadoff & Rudoy Industries, LLP; and
    e.      Dana Holding Corporation.

4.      On April 5, 2010, this Court entered an order authorizing the employment and retention of Greenberg Traurig as Committee counsel in the Cases *nunc pro tunc* to February 12, 2010 [Docket No. 250], a copy of which is attached hereto as **Exhibit A**.

5.     On July 6, 2010, the Court entered the Findings of Fact, Conclusions of Law, and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the "**Confirmation Order**") [Docket No. 610].  The effective date of the Plan was July 29, 2010.

## SUMMARY OF SERVICES RENDERED

6.     This Application is the final fee application being filed by Greenberg Traurig.  In connection with the professional services summarized below, Greenberg Traurig seeks final allowance of compensation in the amount of $464,657.00 for 835.30 hours of professional services rendered for the Application Period.  Greenberg Traurig will seek an additional amount of fees and expenses from July 29, 2010 through and including the date of the hearing on this Application and will provide that amount to the Court at such hearing.

7.     A summary by project category of all services rendered by Greenberg Traurig for the Final Application Period is attached hereto.  The professional services that the Greenberg Traurig rendered as counsel to the Committee includes, but is not limited to, the following:

    (a)     provided legal advice with respect to the Committee's rights, powers and duties in these Cases;

    (b)     assisted lead counsel in preparing, filing and serving all necessary applications, answers, responses, objections, orders, reports and other legal papers;

    (c)     represented the Committee in any matters arising in the Cases including disputes or issues with the Debtors, alleged secured creditors or other creditors or third parties;

    (d)     assisted the Committee in its investigation and analysis of the Debtors, including but not limited to, the review and analysis of all pleadings, claims and/or plans of reorganization that were filed in these Cases and any negotiations or litigation that arose out of or in connection with such matters, operations and financial affairs;

(e)     represented the Committee confirmation proceedings; and

(f)     performed all other legal services for the Committee deemed necessary or desirable in these proceedings.

## SUMMARY OF EXPENSES

8.     During the Application Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to the Case in the amount of $6,085.68.  This amount reflects a $60.00 reduction for photocopies inadvertently overcharged during the months of March and April, 2010.  The actual and necessary expenses incurred include, but are not limited to, business meals, conference calls, overnight mail charges, courier charges, research charges, postage, telephone expenses, travel expenses, transcript charges, service company charges and internal and off-site printing/copier charges.  A summary, by cost category, of all the necessary expenses incurred by Greenberg Traurig for the Application Period is attached hereto.

9.     Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, Greenberg Traurig represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period:

a.     Copy Charges were $.10 per page, which charge is reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related expenditures.  In addition, Greenberg Traurig often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable;

b.     Incoming facsimiles are not billed;

c.     Out-going facsimiles are billed at the rate of $1.00 per page.  The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of related expenditures.  Toll telephone charges are not billed; and

d.     Computer assisted legal research charges are billed at actual costs.

## VALUATION OF SERVICES

10.    In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable give (a) the complexity of these cases, (b) the time expended by the attorneys and paraprofessionals at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.    Greenberg Traurig hereby certifies (i) that it has reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures and (ii) that this Application complies with such rule.

12.    Greenberg Traurig has provided a copy of this Application to the Debtors, the Committee, the United States Trustee and all parties required to be given notice as set forth in Paragraph 2(a) of the Interim Compensation Order.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, Greenberg Traurig respectfully requests that, in accordance with the terms of the Interim Compensation Order, it be allowed final compensation in the amount of $464,657.000 professional services rendered and actual and necessary expenses in the amount of $6,085.68 for the Application Period; and that the Court authorize and direct the Debtors to pay to Greenberg Traurig the amount of $361,122.28 due and owing in accordance with the Interim Compensation Order.

Dated: August 27, 2010                       GREENBERG TRAURIG, LLP

                                             Scott D. Cousins (No. 3079)
                                             Donald J. Detweiler (No. 3087)
                                             Sandra G. M. Selzer (No. 4283)
                                             The Nemours Building
                                             1007 North Orange Street, Suite 1200
                                             Wilmington, DE 19801
                                             (302) 661-7000
                                             Fax: (302) 661-7360
                                             cousinss@gtlaw.com
                                             detweilerd@gtlaw.com
                                             selzers@gtlaw.com