IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) <br> Jointly Administered |
| Debtors. | Objection Deadline: September 13, 2010 at 4:00 pm. <br> Hearing Date: October 19, 2010 at 2:00 p.m. |

## NOTICE OF FINAL FEE APPLICATION

**PLEASE TAKE NOTICE** that on August 27, 2010, Greenberg Traurig, LLP, counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Cases**") of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed its *Final Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 12, 2010 through July 31, 2010* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **September 13, 2010 at 4:00 p.m.** and served upon the following: (i) counsel to the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, Attn: Kerriann S. Mills, Esq. and Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801, Attn: Morgan Seward, Esq.; (ii) counsel to the ad hoc committee, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Lori E. Kata, Esq.; (iii) counsel to the prepetition revolving lenders, Goldberg Kohn Ltd., 55 East Monroe Street, Chicago, IL 60603, Attn:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Ronald Barliant, Esq.; (iv) counsel to the Committee, Greenberg Traurig, LLP, The Nemours Bldg., 1007 North Orange Street, Suite 1200, Wilmington, DE 19801, Attn: Donald J. Detweiler; and (v) the United States Trustee, Office of the United States Trustee, 844 King St., Ste. 2207, Lockbox 35, Wilmington, DE 19801; Attn: Patrick Tinker, Esq.

**PLEASE TAKE FURTHER NOTICE** that on **October 19, 2010 at 2:00 p.m. (Eastern),** a hearing on the Application will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Only those objections made in response to the Application will be heard.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING AND GRANT GREENBERG TRAURIG, LLP SUCH OTHER AND FURTHER RELIEF AS IS JUST AND PROPER.**

Dated: August 27, 2010

GREENBERG TRAURIG, LLP

Scott D. Cousins (No. 3079)
Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
cousinss@gtlaw.com
detweilerd@gtlaw.com
selzers@gtlaw.com

Attorneys for Official Committee
of Unsecured Creditors