IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW)<br>Jointly Administered |
| Debtors | Objection Deadline: October 12, 2010 at 4:00 p.m.<br>Hearing Date: October 19, 2010 at 2:00 p.m. |

## MOTION OF NMHG FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

NMHG Financial Services, Inc. ("NMHG") by and through its counsel, and pursuant to Sections 365(d)(3) and 503(b)(1)(A) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), hereby moves for the allowance and payment of certain administrative expense claims related to personal property leases between NMGH and Gregg Industries, Inc. (the "Debtor"). In support thereof, NMHG states as follows:

### JURISDICTION, VENUE, AND PREDICATES

1. This Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O). Venue of this motion is proper under 28 U.S.C. §§ 1408 and 1409. The predicate for the relief sought herein is 11 U.S.C. § 503(b)(1)(A).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

## FACTUAL BACKGROUND

2. On February 3, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, which case is pending before this Court as Case No. 10-10366.

3. On February 4, 2010, this Court entered the Order Directing Joint Administration of Chapter 11 Cases, which provides for the joint administration of the Debtor's bankruptcy case with the bankruptcy cases of certain of its affiliates, including, but not limited to, Neenah Enterprises, Inc. ("NEI"), under the docket for NEI's bankruptcy, pending before this Court as Case No. 10-10360.

4. Prior to the Petition Date, the Debtor was party to not less than six executory contracts with NMHG, pursuant to which the Debtor leased certain personal property from NMHG (collectively, the "Lease Agreements").

5. The Lease Agreements have all been assumed by the Debtors. However, certain post-petition amounts have come due under the Lease Agreements and have not been paid.

6. Specifically, between the Petition Date and July 29, 2010 (the "Effective Date"), the Debtor has failed to make not less than $5,708.26 in post-petition payments due and owing under the Lease Agreements (collectively, the "Unpaid Post-Petition Lease Amounts"). A list detailing the Unpaid Post-Petition Amounts is attached hereto as Exhibit A.

7. As of the filing of this motion, NMGH and the Debtors are currently in good faith negotiations regarding the amounts that remain due and owing under the Lease Agreements after the application of certain credits due to the Debtor for returned equipment. As such, this motion is filed in an abundance of caution to preserve NMHG's right to assert an administrative expense claim should the parties be unable to reach an agreement.

## ARGUMENT

8. Each of the Unpaid Post-Petition Lease Payments relates to invoices issued under the Lease Agreements on or after the sixtieth day following the Petition Date. As such, NMHG is entitled to payment of the Unpaid Post-Petition Lease Amounts as an administrative expense pursuant to Section 365(d)(5) of the Bankruptcy Code.

9. In the alternative, because the Debtor received the benefits of the use and possession of NMHG's personal property under the Lease Agreements after the Petition Date, NMHG is entitled to payment of the Unpaid Post-Petition Lease Amounts as an administrative expense claim pursuant to Section 503(b)(1)(A) of the Bankruptcy Code.

10. As indicated above, the total amount of NMHG's administrative expense claim due and owing under the Lease Agreements is equal to $5,708.26.[2] As such, NMHG requests that it be allowed an administrative expense claim equal to the Unpaid Post-Petition Lease Amounts, and further requests that the Debtor be obligated to pay such amounts to NMHG in accordance with the procedures outlined in the Debtor's plan of reorganization.

---

[2] In addition, NMHG has not yet received $4,955.81 in rental amounts due and owing under the Lease Agreements for invoices issued after the Effective Date. Nothing contained herein shall be deemed a waiver of NMHG's rights to pursue those amounts from the appropriate parties.

WHEREFORE, NMHG Financial Service, Inc. requests that this Court enter an order: (i) granting NMHG an allowed administrative expense claim in the amount of $5,708.26 for the post-petition benefits received by the Debtor under the Lease Agreements; (ii) authorizing and directing the payment of the Unpaid Post-Petition Lease Amounts to NMHG; and (iii) granting such other and further relief as the Court may deem appropriate.

Dated:  August 27, 2010
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Timothy Reiley
    Kathleen A. Murphy (No. 5215)
    Timothy P. Reiley (No. 5435)
    1201 N. Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: 302-778-7572
    Facsimile: 302-778-7575
    E-mail: kmurphy@reedsmith.com
           treiley@reedsmith.com

- and -

Ann E. Pille, Esquire
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone:  312-207-1000
Facsimile: 312-207-6400
E-mail: apille@reedsmith.com

Counsel to NMHG Financial Services, Inc.