IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 10-10360 (MFW)<br>Jointly Administered<br><br>Objection Deadline: October 12, 2010 at 4:00 p.m.<br>Hearing Date: October 19, 2010 at 2:00 p.m. |

## NOTICE OF MOTION OF NMHG FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that on August 27, 2010, NMHG Financial Service, Inc., by and through their counsel, filed the Motion of NMHG Financial Services, Inc. for Allowance and Payment of Administrative Expense Claim (the "Motion").

You are required to file a response to the Motion on or before **October 12, 2010, at 4:00 p.m.** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by the undersigned counsel for NMHG Financial Services, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

**A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 19, 2010**

**2:00 P.M. (EASTERN)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  August 27, 2010<br>         Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By: /s/ Timothy Reiley<br>Kathleen A. Murphy (No. 5215)<br>Timothy P. Reiley (No. 5435)<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: 302-778-7572<br>Facsimile: 302-778-7575<br>E-mail: kmurphy@reedsmith.com<br>        treiley@reedsmith.com<br><br>- and -<br><br>Ann E. Pille, Esquire<br>10 S. Wacker Drive, Suite 4000<br>Chicago, IL 60606<br>Telephone:  312-207-1000<br>Facsimile: 312-207-6400<br>E-mail: apille@reedsmith.com<br><br>Counsel to NMHG Financial Services, Inc. |