# EXHIBIT A

## EXHIBIT A

| Account | Debtor | Lessor | Equipment Description | Model | Serial Number | Date and Invoice | Amount Due |
|---|---|---|---|---|---|---|---|
| 4402687018 | Gregg Industries, Inc. | NMHG Financial Services | 2008 Hyster Forklift | S50ft | F187V12573F | 6/1/10 - invoice 72031560 | $26.50. |
| 4402687001 | Gregg Industries, Inc. | NMHG Financial Services | 2006 Hyster Forklift | H35ft | F001V01704D | 6/1/10 - invoice 71964636<br>7/1/10 - invoice 72193760 | $767.20 |
| 4402687016 | Gregg Industries, Inc. | NMHG Financial Services | 2008 Hyster Forklift | H60ft | L177B25580F | 7/1/10 - invoice 72292031 | $1,209.15 |
| 4402687015 | Gregg Industries, Inc. | NMHG Financial Services | 2007 Forklift | H60ft | L177B16082E | 7/1/10 - invoice 72285357 | $930.09 |
| 4402687013 | Gregg Industries, Inc. | NMHG Financial Services | 2008 Forklift | H30ft | F001V03036F | 7/1/10 - invoice 72285357 | $2,775.32 |
| | | | | | | Total: | $5,708.26 |

US_ACTIVE-104424185.1