IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 10-10360 (MFW)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Timothy P. Reiley, Esquire, do hereby certify that, on this 27th day of August 2010, I caused a true and correct copy of the **MOTION OF NMHG FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** to be served upon the addressees on the attached service list in the manner indicated.

**VIA FIRST CLASS MAIL**
Robert E. Ostendorf, Jr.
Neenah Enterprises, Inc.
2121 Brooks Avenue
Neenah, Wisconsin 54957

**VIA FIRST CLASS MAIL**
Larry J. Nyhan, Esquire
Bojan Guzina, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**VIA FIRST CLASS MAIL**
Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**VIA FIRST CLASS MAIL**
Donald J. Detweiler, Esquire
Sandra G.M. Selzer, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

By: /s/ Timothy P. Reiley
Timothy P. Reiley (No. 5435)