**Exhibit B**
**Neenah Expense Details for the Period of June 1, 2010 through June 30, 2010**

EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 6/12/2010 | Fernando Pena-Alfaro | Airfare | Travel from Houston, TX to Neenah, WI on June 15th, 2010; includes travel agent fees: IAH-ATW. | 380.00 |
| 6/16/2010 | Fernando Pena-Alfaro | Airfare | Travel from Neenah, WI to Houston, TX on June 16th, 2010; includes travel agent fees: ATW-IAH. | 391.47 |
| 6/9/2010 | Omer F. Ozgozukara | Airfare | Travel from Neenah, WI to home; includes travel agent fees: Midwest: Appleton, WI/New York. | 281.90 |
| 6/14/2010 | Omer F. Ozgozukara | Airfare | Travel from home to Appleton, WI; includes travel agent fees: Midwest: New York/Appleton 06/14/2010 to 06/17/2010. | 445.80 |
| 6/17/2010 | Omer F. Ozgozukara | Airfare | Airline baggage fee: Midwest: Appleton, WI /New York, NY. | 20.00 |
| 6/3/2010 | Richard D. Caruso | Airfare | Airfare for trip home from Neenah: Midwest: Neenah - Pittsburgh, PA on 06/09/2010. | 198.90 |
| 6/3/2010 | Richard D. Caruso | Airfare | Airfare for trip to Neenah: Delta: Pittsburgh, PA - Appleton, WI on 06/07/2010. | 231.40 |
| 6/12/2010 | Richard D. Caruso | Airfare | Airfare for trip to Neenah: Midwest: Pittsburgh, PA- Appleton, WI on 06/15/2010. | 236.90 |
| 6/13/2010 | Richard D. Caruso | Airfare | Return airfare for trip to Neenah: Delta: Appleton, WI - Pittsburgh, PA on 06/18/2010. | 221.40 |
| 6/15/2010 | Richard D. Caruso | Airfare | Airfare to Wilmington, DE (to attend confirmation hearing) from home on 07/06/2010. | 224.40 |
| 6/15/2010 | Richard D. Caruso | Airfare | Airfare from Wilmington, DE (to attend confirmation hearing) to home on 07/06/2010. | 303.90 |
| 6/17/2010 | Richard D. Caruso | Airfare | Return trip from Neenah to home: Delta: Appleton-Pittsburgh on 06/17/2010. | 233.40 |
| 6/19/2010 | Richard D. Caruso | Airfare | Return trip from Neenah to home.: Delta: Appleton-Pittsburgh on 06/22/2010. | 221.40 |
| 6/19/2010 | Richard D. Caruso | Airfare | Roundtrip airfare for trip to Neenah.: Midwest: Pittsburgh-Neenah-Pittsburgh: 06/23/2010 to 06/25/2010. | 512.80 |
| 6/22/2010 | Richard D. Caruso | Airfare | Return trip from NYC (meeting with proposed Board) to Pittsburgh: US Airways: NYC-Pit on 07/01/2010. | 144.70 |
| 6/22/2010 | Richard D. Caruso | Airfare | Airfare for trip to NYC to meet with Ad Hoc Committee and proposed Board of Directors.: Delta: Appleton-NYC on 06/30/2010. | 164.40 |
| 6/22/2010 | Richard D. Caruso | Airfare | Airfare for trip to Neenah: Midwest: Pittsburgh-Appleton on 06/28/2010. | 236.90 |
| 6/28/2010 | Richard D. Caruso | Airfare | Incremental ticket fee for trip to Pittsburgh (applying ATW-LGA ticket as a credit).: Delta: ATW-PIT on 06/29/2010. | 209.00 |
| 6/28/2010 | Richard D. Caruso | Airfare | Airfare to NYC from Washington DC for July 1 meeting with new Board of Directors and Ad Hoc Committee.: US Airways: DCA-LGA on 06/30/2010. | 298.70 |
| 6/28/2010 | Richard D. Caruso | Airfare | Airfare to Washington DC for municipal customer meeting.: United: PIT-IAD on 06/30/2010. | 469.70 |
| 6/23/2010 | Chicago Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - Global Crossing Telecommunications Inc. | 2.59 |
| 6/23/2010 | Chicago Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - Global Crossing Telecommunications Inc. | 138.06 |
| 6/15/2010 | Fernando Pena-Alfaro | Ground Transportation | Executive Cab: Home to airport | 71.00 |
| 6/17/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Cab: IAH - Home | 72.00 |
| 6/7/2010 | Omer F. Ozgozukara | Ground Transportation | Travel from home to rental car location.: TLC: Home/Chicago | 39.00 |
| 6/9/2010 | Omer F. Ozgozukara | Ground Transportation | Travel from airport to home.: TLC: Airport/Home | 43.00 |
| 6/14/2010 | Omer F. Ozgozukara | Ground Transportation | Travel from home to airport.: TLC: Home/Airport | 42.00 |
| 6/17/2010 | Omer F. Ozgozukara | Ground Transportation | Travel from the airport to home.: TLC: Airport/Home | 42.00 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/30/2010 Richard D. Caruso | Ground Transportation | Taxi from LaGuardia to Marriott East Hotel for meeting with potential Board of Directors.: NY TLC: LaGuardia-Hotel | 39.77 |
| 6/30/2010 Richard D. Caruso | Ground Transportation | Taxi from Dulles to D.C. for meeting with industrial/municipal customer.: Dulles Airport Taxi: Dulles-D.C. | 70.00 |
| 6/11/2010 Brent Johnson | Hotel/Lodging | Lodging while working out-of-town engagement.: Best Western: Neenah 06/09/2010 to 06/11/2010. | 184.70 |
| 6/18/2010 Brent Johnson | Hotel/Lodging | Lodging while working out-of-town engagement.: Best Western: Neenah 06/14/2010 to 06/18/2010. | 369.40 |
| 6/25/2010 Brent Johnson | Hotel/Lodging | Lodging while working out-of-town engagement.: Best Western: Neenah 06/21/2010 to 06/25/2010. | 369.40 |
| 6/4/2010 Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 6/4/2010 Brett Anderson | Hotel/Lodging | Lodging during work week: Best Western: Neenah 06/01/2010 06/04/2010. | 277.05 |
| 6/9/2010 Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 5.00 |
| 6/9/2010 Brett Anderson | Hotel/Lodging | Lodging during work week: Best Western: Neenah 06/07/2010 to 06/09/2010. | 184.70 |
| 6/17/2010 Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 6/17/2010 Brett Anderson | Hotel/Lodging | Lodging during work week: Best Western Bridgewood Resort: Neenah, WI 06/14/2010 to 06/17/2010. | 277.05 |
| 6/25/2010 Brett Anderson | Hotel/Lodging | Housekeeping gratuity: Best Western Bridgewood Resort: Neenah, WI | 10.00 |
| 6/25/2010 Brett Anderson | Hotel/Lodging | Lodging during work week: Best Western Bridgewood Resort: Neenah, WI 06/21/2010 to 06/25/2010. | 369.40 |
| 6/17/2010 Fernando Pena-Alfaro | Hotel/Lodging | Lodging during work week: Best Western: Neenah 06/15/2010 to 06/17/2010. | 217.70 |
| 6/4/2010 Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah 06/04/2010 to 06/04/2010. | 277.05 |
| 6/9/2010 Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah 06/07/2010 to 06/09/2010. | 182.60 |
| 6/17/2010 Omer F. Ozgozukara | Hotel/Lodging | Lodging for client site work: Best Western: Neenah 06/14/2010 to 06/17/2010. | 244.05 |
| 6/4/2010 Richard D. Caruso | Hotel/Lodging | Hotel for visit to Neenah: Best Western: Neenah 06/02/2010 to 06/04/2010. | 184.70 |
| 6/9/2010 Richard D. Caruso | Hotel/Lodging | Hotel for trip to Neenah.: Best Western: Neenah 06/07/2010 to 06/09/2010. | 182.60 |
| 6/17/2010 Richard D. Caruso | Hotel/Lodging | Hotel for trip to Neenah: Best Western: Neenah 06/15/2010 to 06/17/2010. | 182.60 |
| 6/22/2010 Richard D. Caruso | Hotel/Lodging | Hotel for trip to Neenah: Best Western: Neenah 06/21/2010 to 06/22/2010. | 92.35 |
| 6/25/2010 Richard D. Caruso | Hotel/Lodging | Hotel for trip to Neenah: Best Western: Neenah 06/23/2010 to 06/25/2010. | 184.70 |
| 6/29/2010 Richard D. Caruso | Hotel/Lodging | Hotel for trip to Neenah.: Best Western: Neenah 06/28/2010 to 06/29/2010. | 80.30 |
| 6/30/2010 Richard D. Caruso | Hotel/Lodging | Hotel for meeting with Moelis, Ad Hoc Committee and potential Board of Directors.: Marriott: NYC 06/30/2010 to 07/01/2010. | 415.45 |
| 6/9/2010 Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI.: McDonald's: Menomonie | 6.12 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/9/2010 | Brent Johnson | Meals | Working dinner while on out-of-town engagement.: Zuppa's: Neenah | 9.45 |
| 6/10/2010 | Brent Johnson | Meals | Working lunch while on out-of-town engagement.: Zuppa's: Neenah | 8.34 |
| 6/10/2010 | Brent Johnson | Meals | Working dinner while on out-of-town engagement.: Chipotle: Grand Chute | 9.25 |
| 6/11/2010 | Brent Johnson | Meals | Dinner while en route from Neenah, WI to residence.: Burger King: Waupaca | 6.55 |
| 6/11/2010 | Brent Johnson | Meals | Working lunch with B.Gitter (NEI): Zuppa's: Neenah, WI | 19.48 |
| 6/14/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI.: McDonald's: Menomonie | 6.55 |
| 6/17/2010 | Brent Johnson | Meals | Dinner while working on out-of-town engagement.: KFC: Neenah | 8.82 |
| 6/18/2010 | Brent Johnson | Meals | Lunch while en route from Neenah, WI to residence.: McDonald's: Steven's Point | 5.68 |
| 6/21/2010 | Brent Johnson | Meals | Snack/coffee while en route to Neenah, WI from residence.: McDonald's: Thorp | 3.92 |
| 6/23/2010 | Brent Johnson | Meals | Working lunch while on out-of-town engagement.: Zuppa's: Neenah Attendees: Brent Johnson, Brett Anderson | 29.35 |
| 6/25/2010 | Brent Johnson | Meals | Dinner incurred while en route from Neenah to residence.: McDonald's: Steven's Point | 7.32 |
| 6/28/2010 | Brent Johnson | Meals | Breakfast while en route from residence to Neenah, WI.: McDonald's: Chippewa Falls | 6.52 |
| 6/30/2010 | Brent Johnson | Meals | Working dinner incurred while on out-of-town engagement.: Solea: Neenah | 16.11 |
| 6/1/2010 | Brett Anderson | Meals | Dinner while on out-of-town engagement.: Subway | 5.25 |
| 6/1/2010 | Brett Anderson | Meals | Breakfast while en route from residence to Neenah, WI.: Starbucks: Lake Forest | 6.52 |
| 6/1/2010 | Brett Anderson | Meals | Working lunch while on out-of-town engagement.: Zuppa's: Neenah | 10.39 |
| 6/2/2010 | Brett Anderson | Meals | Breakfast while on out-of-town engagement: Starbucks, Neenah, WI. | 6.51 |
| 6/3/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Omer F. Ozgozukara, Richard D. Caruso | 30.45 |
| 6/3/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Perkins; Neenah, WI; Attendees: Brett Anderson, Richard D. Caruso, Omer F. Ozgozukara | 34.20 |
| 6/4/2010 | Brett Anderson | Meals | Travel dinner while en route from Neenah, WI to residence.: McDonald's: Lake Forest | 3.20 |
| 6/4/2010 | Brett Anderson | Meals | Working lunch: Zuppa's: Neenah, WI | 12.86 |
| 6/7/2010 | Brett Anderson | Meals | Breakfast while en route from residence to Neenah, WI.: Starbucks: Lake Forest | 4.38 |
| 6/7/2010 | Brett Anderson | Meals | Snacks and water for Huron team: Copps Food Center: Neenah, WI. Attendees: Brett Anderson, Richard D. Caruso, Omer F. Ozgozukara, Brent Johnson, Fernando Pena-Alfaro | 24.87 |
| 6/7/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Richard D. Caruso | 26.56 |
| 6/7/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Zacatecas Restaurant: Neenah, WI | 41.54 |
| 6/8/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Richard D. Caruso, Omer F. Ozgozukara | 36.09 |
| 6/9/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 18.63 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 6/14/2010 | Brett Anderson | Meals | Breakfast while en route from residence to Neenah, WI.: Starbucks: Lake Forest | 6.52 |
| 6/14/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 18.63 |
| 6/15/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Nakashima of Japan: Appleton, WI; Attendees: Brett Anderson, Richard D. Caruso, Fernando Pena-Alfaro, Brent Johnson, Omer F. Ozgozukara | 165.55 |
| 6/16/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Toro's: Appleton, WI; Attendees: Brett Anderson, Richard D. Caruso, Fernando Pena-Alfaro, Brent Johnson, Omer F. Ozgozukara | 78.98 |
| 6/17/2010 | Brett Anderson | Meals | Working lunch for Huron team: Chipotle: Grand Chute, WI; Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson | 20.37 |
| 6/21/2010 | Brett Anderson | Meals | Breakfast while en route from residence to Neenah, WI.: Starbucks: Lake Forest | 6.52 |
| 6/21/2010 | Brett Anderson | Meals | Working lunch for Huron team: Chipotle: Grand Chute, WI; Attendees: Brett Anderson, Richard D. Caruso | 15.75 |
| 6/21/2010 | Brett Anderson | Meals | Working lunch for Huron team: Neenah, WI; Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson | 37.25 |
| 6/22/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson | 40.00 |
| 6/22/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Cy's Asian Bistro: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 45.25 |
| 6/23/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbuck's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 4.10 |
| 6/23/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Ground Round Restaurant: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 30.73 |
| 6/24/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Solea: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 24.98 |
| 6/24/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, B.Gitter (NEI), Richard D. Caruso, Brent Johnson | 41.68 |
| 6/25/2010 | Brett Anderson | Meals | Breakfast: Starbuck's: Neenah, WI | 3.62 |
| 6/25/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 18.63 |
| 6/28/2010 | Brett Anderson | Meals | Breakfast while en route from residence to Neenah, WI.: Starbucks: Lake Forest | 6.52 |
| 6/28/2010 | Brett Anderson | Meals | Working lunch for Huron team: Chipotle: Grand Chute, WI; Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson | 24.20 |
| 6/28/2010 | Brett Anderson | Meals | Travel dinner for Huron team: The Machine Shed: Appleton, WI; Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson | 54.99 |
| 6/29/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso | 34.38 |
| 6/29/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Fratello's: Appleton, WI; Attendees: Brett Anderson, Brent Johnson | 105.74 |
| 6/30/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbuck's: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 4.10 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 6/30/2010 | Brett Anderson | Meals | Working lunch for Huron team: Neenah, WI; Attendees: Brett Anderson, Brent Johnson | 26.82 |
| 6/15/2010 | Fernando Pena-Alfaro | Meals | Breakfast: Starbucks: Chicago, IL | 11.45 |
| 6/17/2010 | Fernando Pena-Alfaro | Meals | Travel dinner: Chili's: Chicago, IL | 19.43 |
| 6/1/2010 | Omer F. Ozgozukara | Meals | Breakfast: McDonald's: Itasca, IL | 12.78 |
| 6/1/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Zacatecas: Neenah, WI | 23.50 |
| 6/2/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Zuppa's: Neenah Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brett Anderson | 33.77 |
| 6/2/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Generations: Neenah Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brett Anderson | 45.51 |
| 6/4/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Neenah Attendees: Omer F. Ozgozukara, Brett Anderson | 6.51 |
| 6/4/2010 | Omer F. Ozgozukara | Meals | Travel dinner: TGI Friday's: Gurnee, IL | 20.29 |
| 6/7/2010 | Omer F. Ozgozukara | Meals | Travel dinner: TGI Friday's: Gurnee, IL | 18.59 |
| 6/8/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Perkins: Neenah, WI; Attendees: Omer F. Ozgozukara, Richard D. Caruso, Brett Anderson | 35.13 |
| 6/9/2010 | Omer F. Ozgozukara | Meals | Travel lunch: HMS Deli: Milwaukee, WI; Attendees: Omer F. Ozgozukara, Richard D. Caruso | 15.51 |
| 6/14/2010 | Omer F. Ozgozukara | Meals | Breakfast: Euro-Cafe: New York, NY | 9.40 |
| 6/14/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Alterra: Milwaukee, WI | 13.27 |
| 6/14/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Zacatecas: Neenah, WI; Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 53.05 |
| 6/15/2010 | Omer F. Ozgozukara | Meals | Breakfast: Starbucks: Neenah, WI; Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson | 7.72 |
| 6/15/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Chipotle: Grand Chute, WI; Attendees: Omer F. Ozgozukara, Brent Johnson, Brett Anderson, Richard D. Caruso, Fernando Pena-Alfaro | 32.45 |
| 6/17/2010 | Omer F. Ozgozukara | Meals | Travel dinner: Euro-Cafe: New York, NY | 6.92 |
| 6/17/2010 | Omer F. Ozgozukara | Meals | Travel lunch: Alterra: Milwaukee, WI | 17.89 |
| 6/4/2010 | Richard D. Caruso | Meals | Lunch at Milwaukee airport during return trip from Neenah. | 14.67 |
| 6/17/2010 | Richard D. Caruso | Meals | Dinner at Detroit airport during return trip from Neenah: Chili's too: Detroit | 15.91 |
| 6/22/2010 | Richard D. Caruso | Meals | Dinner at Detroit airport during return trip from Neenah: Chili's too: Detroit | 15.91 |
| 6/23/2010 | Richard D. Caruso | Meals | Dinner at Milwaukee airport during travel to Neenah.: Nonna Bartolotta's: Milwaukee | 29.24 |
| 6/24/2010 | Richard D. Caruso | Meals | Dinner to discuss transition issues: The Seasons: Appleton, WI; Attendees: Richard D. Caruso, Ted Lodge, Jeff Burke, Bill Barrett | 174.35 |
| 6/25/2010 | Richard D. Caruso | Meals | Lunch with Jim McChessney at Milwaukee airport to discuss municipal sales market.: Nonna Bartolotta's: Milwaukee | 42.01 |
| 6/29/2010 | Richard D. Caruso | Meals | Dinner while traveling at Chili's Detroit Airport: Chili's: Detroit | 16.99 |
| 6/30/2010 | Richard D. Caruso | Meals | Dinner at hotel for meeting with Moelis, Ad Hoc Committee and potential Board of Directors.: Marriott: NYC | 57.95 |
| 6/9/2010 | Brent Johnson | Mileage | Mileage incurred for trip from residence to client HQ in Neenah, WI.: Residence/Neenah. | 142.50 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 6/11/2010 | Brent Johnson | Mileage | In town mileage incurred during stay at Neenah, WI.: 06/09/2010 to 06/11/2010. | 14.00 |
| 6/11/2010 | Brent Johnson | Mileage | Mileage from Neenah, WI to residence.: Neenah/Residence. | 142.50 |
| 6/14/2010 | Brent Johnson | Mileage | Mileage from residence to Neenah, WI.: Residence/Neenah. | 142.00 |
| 6/18/2010 | Brent Johnson | Mileage | Mileage while in Neenah during 6/14 through 6/18 (2 trips to college avenue area for dinner, plus 1 trip to airport).: 06/14/2010 to 06/18/2010. | 33.00 |
| 6/18/2010 | Brent Johnson | Mileage | Mileage from Neenah, WI; to residence.: Neenah/Residence on 06/18/2010. | 141.00 |
| 6/21/2010 | Brent Johnson | Mileage | Mileage incurred to get from residence to Neenah, WI.: Residence/Neenah on 06/21/2010. | 141.00 |
| 6/25/2010 | Brent Johnson | Mileage | Mileage incurred while in Neenah while on out-of-town client.: 06/21/2010 to 06/25/2010. | 49.00 |
| 6/25/2010 | Brent Johnson | Mileage | Mileage incurred driving from Neenah to residence.: Neenah/Residence on 06/25/2010. | 141.50 |
| 6/28/2010 | Brent Johnson | Mileage | Mileage incurred from residence to Neenah, WI.: Residence/Neenah on 06/28/2010. | 143.00 |
| 6/1/2010 | Brett Anderson | Mileage | Roundtrip mileage plus mileage at client location and to/from airport to drop off team members: Chicago, IL to Neenah, WI: 06/01/2010 to 06/04/2010. | 195.00 |
| 6/7/2010 | Brett Anderson | Mileage | Roundtrip mileage plus mileage at client location: Chicago, IL to Neenah, WI: 06/07/2010 to 06/09/2010. | 190.00 |
| 6/14/2010 | Brett Anderson | Mileage | Roundtrip mileage plus mileage at client location: Chicago, IL to Neenah, WI: 06/14/2010 to 06/17/2010. | 195.00 |
| 6/21/2010 | Brett Anderson | Mileage | Round trip mileage for travel to client and additional mileage in-town: Chicago, IL - Neenah, WI: 06/21/2010 to 06/25/2010. | 195.00 |
| 6/28/2010 | Brett Anderson | Mileage | Round trip mileage for travel to client and additional mileage in-town: Chicago, IL - Neenah, WI: 06/28/2010 to 07/01/2010. | 190.00 |
| 6/1/2010 | Omer F. Ozgozukara | Mileage | Mileage from Roselle, WI to Neenah, WI. | 121.00 |
| 6/2/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah, WI to Downtown and then to the hotel: Neenah/Downtown. | 4.00 |
| 6/2/2010 | Omer F. Ozgozukara | Mileage | Travel from Neenah to Appleton Airport and back to Neenah: Neenah/Appleton 06/02/2010 to 06/02/2010. | 13.00 |
| 6/4/2010 | Omer F. Ozgozukara | Mileage | Mileage from Neenah, WI to Roselle, IL. | 122.50 |
| 6/2/2010 | Richard D. Caruso | Mileage | Roundtrip mileage to airport: home-airport-home 06/02/2010 to 06/04/2010. | 30.00 |
| 6/9/2010 | Richard D. Caruso | Mileage | Roundtrip mileage from home to airport for trip to Neenah: Home-airport-home 06/07/2010 to 06/09/2010. | 30.00 |
| 6/15/2010 | Richard D. Caruso | Mileage | Mileage to airport for trip to Neenah: Home-Airport. | 15.00 |
| 6/17/2010 | Richard D. Caruso | Mileage | Mileage from airport to home for return from Neenah.: Airport-Home on 06/17/2010. | 15.00 |
| 6/21/2010 | Richard D. Caruso | Mileage | Roundtrip mileage to/from airport for trip to Neenah: Home-Airport-Home on 06/21/2010. | 30.00 |
| 6/25/2010 | Richard D. Caruso | Mileage | Roundtrip mileage to airport for trip to Neenah: Home-Airport: 06/23/2010 to 06/25/2010. | 30.00 |
| 6/29/2010 | Richard D. Caruso | Mileage | Roundtrip mileage from home to Pittsburgh airport.: Home-airport-home: 06/28/2010 to 06/29/2010. | 30.00 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/27/2010 Brent Johnson | Other | External storage drive for engagement team to backup engagement files. Approved by R.Caruso (MD).: Best Buy: Eagan, MN | 107.11 |
| 6/1/2010 Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, WI: Highway tolls. | 4.50 |
| 6/4/2010 Omer F. Ozgozukara | Parking & Tolls | Travel from Neenah, WI to Roselle, IL: Highway tolls. | 4.50 |
| 6/7/2010 Omer F. Ozgozukara | Parking & Tolls | Travel from Roselle, IL to Neenah, IL: Highway tolls. | 4.50 |
| 6/4/2010 Richard D. Caruso | Parking & Tolls | Airport parking for trip to Neenah: Airport: Pittsburgh, PA: 06/02/2010 to 06/04/2010. | 72.00 |
| 6/9/2010 Richard D. Caruso | Parking & Tolls | Airport Parking for trip to Neenah.: Airport: Pittsburgh, PA: 06/07/2010 to 06/09/2010. | 72.00 |
| 6/18/2010 Richard D. Caruso | Parking & Tolls | Airport parking during trip to Neenah.: Airport Parking: Pittsburgh 06/15/2010 to 06/17/2010. | 72.00 |
| 6/22/2010 Richard D. Caruso | Parking & Tolls | Airport parking for trip to Neenah: Airport Parking: Pittsburgh 06/21/2010 to 06/22/2010. | 48.00 |
| 6/25/2010 Richard D. Caruso | Parking & Tolls | Airport parking for trip to Neenah: PIT Airport: Pittsburgh: 06/23/2010 to 06/25/2010. | 48.00 |
| 6/29/2010 Richard D. Caruso | Parking & Tolls | Airport parking for trip to Neenah.: Airport: Pittsburgh: 06/28/2010 to 06/29/2010. | 48.00 |
| 6/7/2010 Omer F. Ozgozukara | Rental Car | Gas for rental car: Shell: Gurnee, IL. | 23.55 |
| 6/9/2010 Omer F. Ozgozukara | Rental Car | Gas for rental car: BP: Neenah. | 12.23 |
| 6/9/2010 Omer F. Ozgozukara | Rental Car | Rental car: National: Neenah, WI 06/07/2010 to 06/09/2010. | 305.06 |
| 6/17/2010 Omer F. Ozgozukara | Rental Car | Gas for rental car: Fox Point: Appleton, WI 06/14/2010 to 06/17/2010. | 18.54 |
| 6/17/2010 Omer F. Ozgozukara | Rental Car | Rental car: National: Appleton, WI 06/14/2010 to 06/17/2010. | 256.93 |
| 6/22/2010 Brett Anderson | Research | Online research of phone number location and party per the Company's request. | 19.90 |
| 6/22/2010 Brett Anderson | Research | Additional online research of phone number location and party per the Company's request. | 19.95 |
| 6/30/2010 Richard D. Caruso | Telecom | Internet connection at hotel for meeting with Moelis, Ad Hoc Committee and potential Board of Directors.: Marriott: NYC 06/30/2010 to 07/01/2010. | 18.45 |

**Total Expenses**     **$15,917.93**