**Exhibit C**
**Neenah Invoice for the Period of June 1, 2010 through June 30, 2010**



Exhibit C

August 27, 2010

Mr. Bob Gitter
Neenah Enterprises, Inc.
PO Box 729
Neenah, WI 54957

Dear Mr. Gitter:

Enclosed please find Huron Consulting Group's statement for June 1, 2010 through June 30, 2010.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this monthly statement by September 7, 2010 (10th day following service of the Monthly Statement) the Debtors are authorized to pay 80% of the fees ($312,394.00) and 100% of the expenses ($15,917.93) for a total amount due of $328,311.93.

If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Richard Caruso, the engagement Managing Director.

Very truly yours,

*Clarissa D. Tuttle*
Clarissa Tuttle
Billing Coordinator

**Huron Consulting Group**

Exhibit C

# FEES SUMMARY

| Professional | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Richard D. Caruso | Managing Director | 175.4 hrs | $675.0 / hr | 118,395.00 |
| Sanford Edlein | Managing Director | 1.5 hrs | $675.0 / hr | 1,012.50 |
| Brent Johnson | Director | 200.6 hrs | $575.0 / hr | 115,345.00 |
| Fernando Pena-Alfaro | Director | 43.0 hrs | $575.0 / hr | 24,725.00 |
| Nick Zaccagnini | Manager | 21.0 hrs | $375.0 / hr | 7,875.00 |
| Brett Anderson | Manager | 228.7 hrs | $375.0 / hr | 85,762.50 |
| Omer Ozgozukara | Manager | 209.3 hrs | $375.0 / hr | 78,487.50 |
| Total Professional Charges | | 879.5 | | $431,602.50 |
| | | Less: Travel Time Discount (50%): | | $41,110.00 |
| | | Total June Fees: | | $390,492.50 |
| | | Blended Hourly Rate: | | $443.99 |

# EXPENSE SUMMARY

| Cost Type | Amount |
|---|---|
| Airfare | 5,427.07 |
| Conferencing (Audio, Video, Web, CATV) | 140.65 |
| Ground Transportation | 4,310.80 |
| Hotel/Lodging | 1,970.42 |
| Meals | 2,495.00 |
| Mileage | 107.11 |
| Other | 418.77 |
| Parking & Tolls | 373.50 |
| Rental Car | 616.31 |
| Research | 39.85 |
| Telecom | 18.45 |
| **Total Expenses** | **$15,917.93** |



Exhibit C

Invoice Date: 08/26/10

Neenah Enterprises, Inc.  
PO Box 729  
Neenah, WI 54957

**DUE UPON RECEIPT**  
**INVOICE #: 174215**  
**JOB NUMBER: 04468-002**  
**HURON TAX ID#: 01-0666114**

**STRICTLY CONFIDENTIAL**

*For Professional Services Rendered June 1, 2010 Through June 30, 2010:*

| | | |
|---|---|---|
| Total Fees............................................................................................ | $ | 390,492.50 |
| Total Expenses.................................................................................... | $ | 15,917.93 |
| **Total Amount Due:** ......................................................................... | $ | 406,410.43 |

**Per Interim Compensation Order amount due after 10 day objection period is:**

| | | |
|---|---|---|
| Fees 80%........................................................................................... | $ | 312,394.00 |
| Expenses 100%.................................................................................. | $ | 15,917.93 |
| **Amount Due for this period** ............................................................ | $ | 328,311.93 |

Holdback of 20% until final court approval        $        78,098.50

---

To ensure proper credit please  
refer to invoice number 174215

Huron Consulting Group, Inc. TIN # 01-0666114

**REMITTANCE COPY**

---

**Payment by check:**  
Huron Consulting Services LLC  
4795 Paysphere Circle  
Chicago, IL 60674

**Payment by wire transfer:**  
Bank of America  
Chicago, Illinois  
Routing No. 0260-0959-3  
Account Title: Huron Consulting Services, LLC  
Account Number: 5800297276

**Payment by ACH/EFT:**  
Bank of America  
Chicago, Illinois  
Routing No. 071000039  
Account Title: Huron Consulting Services, LLC  
Account Number: 5800297276

Comments: (Include Invoice Number to ensure proper credit)