# Neenah Enterprises, Inc.
## Exhibit A -- Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | 06/19/10 | Dalton Corporation | 10-10370 | 638 | Unsecured: $145,144.95 | Unsecured: $145,022.70 | Modified to reflect adjustments made to account balance on 2/9/10, 2/23/10 and 2/24/10 that were confirmed by claimant during multiple discussions. |
| 2 | COLUMBIA GAS OF PENNSYLVANIA<br>200 CIVIC CENTER DR 11TH FLOOR<br>COLUMBUS, OH 43215 | 03/08/10 | Neenah Foundry Company | 10-10362 | 61 | Unsecured: $283.26 | Unsecured: $271.84 | Modified amount reflects a rate adjustment for the invoiced period that was confirmed by claimant. |
| 3 | ENGINEERING CONTRACTORS' ASSOC<br>8310 FLORENCE AVE<br>DOWNEY, CA 90240 | 04/17/10 | Neenah Foundry Company | 10-10362 | 173 | Unsecured: $575.00 | Unsecured: $51.99 | Modified amount reflects a credit not applied to the claimant's asserted claim amount. |
| 4 | FASTENAL CO<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | 05/04/10 | Neenah Foundry Company | 10-10362 | 436 | Admin: $3,912.05<br>Unsecured: $258.00 | Admin: $3,839.71<br>Unsecured: $258.00 | Modified amount reflects the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 5 | FASTENAL COMPANY<br>ATTN LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | 05/04/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 437 | Admin: $1,551.12<br>Unsecured: $4,461.75 | Admin: $702.46<br>Unsecured: $4,813.35 | Modified amount reflects the detail as provided in the attached invoice to the proof of claim and reduced for the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 6 | FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | 06/26/10 | Neenah Foundry Company | 10-10362 | 652 | Unsecured: $654.75 | Unsecured: $531.13 | Modified amount reflects reduction for a pre-petition credit not applied to the claimant's pre-petition invoices and a reduction for the post-petition portion of invoices submitted in support of claim. |
| 7 | FORT WAYNE LIQUID COATINGS<br>C/O JOSEPH G BONAHOOM<br>BONAHOOM & BONAHOOM LLP<br>110 W BERRY ST STE 1900<br>FORT WAYNE, IN 46802 | 04/30/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 445 | Unsecured: $68,733.28 | Unsecured: $67,966.44 | Modified amount reflects reduction for duplicate invoice included in Proof of Claim. |
| 8 | GREAT LAKES AUTOMATION SUPPLY<br>C/O KENDALL ELECTRIC INC<br>5101 S SPRINKLE RD<br>PORTAGE, MI 49002 | 04/24/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 323 | Unsecured: $716.28 | Unsecured: $335.29 | Modified amount reflects correction of amount due for related vendor entities. Great Lakes Automation Supply and Kendall Electric (Claim No. 322) both filed Proofs of Claim but the same balance due was erroneously entered on both Proofs of Claim. This was confirmed with the claimant and the claimant agrees to the modified amount. |
| 9 | HYDRITE CHEMICAL CO<br>BOX #88227<br>MILWAUKEE, WI 53268 | 04/17/10 | Neenah Foundry Company | 10-10362 | 172 | Unsecured: $17,781.70 | Unsecured: $17,061.60 | Modified amount reflects a credit not applied to the claimant's asserted claim amount. |
| 10 | KNOX TEXTILES INC<br>PO BOX 584 264 EAST BEMENT ST<br>EDGERTON, OH 43517 | 04/17/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 191 | Unsecured: $536.44 | Unsecured: $278.41 | Modified amount reflects amount discussed and agreed to with claimanet during reconciliation process; claimant has since sent a revised invoice with modified amount. |

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 11 | LINCOLN CONT SUPPLY INC<br>PO BOX 270168<br>MILWAUKEE, WI 53227 | 04/17/10 | Neenah Foundry Company | 10-10362 | 159 | Unsecured: $29,595.25 | Unsecured: $685.50 | Modified amount reflects correct balance for this vendor, claimant included paperwork from different customer and erroneously completed Proof of Claim with this information. |
| 12 | QBF<br>5097 NATHAN LANE<br>MINNEAPOLIS, MN 55442 | 04/20/10 | Neenah Foundry Company | 10-10362 | 245 | Unsecured: $7,048.95 | Unsecured: $7,014.60 | Modified amount reflects the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 13 | REDLON & JOHNSON<br>PO BOX 698<br>PORTLAND, ME 04104 | 04/19/10 | Mercer Forge Corporation | 10-10367 | 221 | Unsecured: $412.30 | Unsecured: $402.90 | Modified amount reflects a reduction for a discrepancy in quantity purchased. |
| 14 | STANDARD ELECTRIC SUPPLY<br>3111 E CAPITOL DR<br>APPLETON, WI 54911 | 04/23/10 | Neenah Foundry Company | 10-10362 | 393 | Admin: $7,303.29<br>Unsecured: $15,884.02 | Admin: $7,303.29<br>Unsecured: $15,741.08 | Modified amount reflects a net reduction consisting of a decrease for the post-petition portion of invoices submitted in support of claim and an increase for a missing pre-petition invoice. |
| 15 | TENNANT<br>C/O TENNANT SALES AND SERVICE CO<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 04/23/10 | Mercer Forge Corporation | 10-10367 | 314 | Unsecured: $2,428.26 | Unsecured: $2,357.45 | Modified amount reflects correction for pricing discrepancy which claimant has agreed to during reconciliation discussions. |
| 16 | TOLEDO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | 05/01/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 417 | Unsecured: $11,454.22 | Unsecured: $7,184.22 | Modified amount reflects a net reduction consisting of a decrease for amounts that claimant has agreed to write off from their account and an increase for a missing pre-petition invoice. |
| 17 | VEOLIA ES INDUSTRIAL SERVICES<br>PO BOX 70610<br>CHICAGO, IL 60673 | 04/16/10 | Neenah Foundry Company | 10-10362 | 141 | Unsecured: $2,723.00 | Unsecured: $1,896.60 | Modified amount reflects removal of invoice from this claim as it is included in another scheduled pre-petition liability under a different account with same vendor. |
| 18 | W A VORPAHL INC<br>PO BOX 12175<br>GREEN BAY, WI 54307 | 04/19/10 | Neenah Foundry Company | 10-10362 | 220 | Admin: $12,536.35<br>Unsecured: $19,011.53 | Admin: $12,481.82<br>Unsecured: $18,958.44 | Modified amount reflects the removal of sales tax on certain invoices where the Debtor's purchases were tax exempt. |
| 19 | WASTE CONNECTIONS OF NEBRASKA INC<br>D/B/A MIDWEST REFUSE<br>ATTN DOUG MCDONALD, CONTROLLER<br>10810 S 144TH STREET<br>OMAHA, NE 68138 | 04/05/10 | Deeter Foundry, Inc. | 10-10369 | 89 | Unsecured: $4,925.25 | Unsecured: $4,389.31 | Modified amount reflects reduction for the post-petition portion of invoices submitted in support of claim. |