
Case 10-10360-MFW    Doc 701-2    Filed 08/27/10    Page 1 of 3

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADT SECURITY SERVICES<br>14200 E EXPOSITION AVE<br>AURORA, CO 80012 | 02/17/10 | Neenah Enterprises, Inc. | 10-10360 | 24 | $0.00 | No liability to this claimant due to cancellation of service and subsequent payment of negotiated fee in October 2009. |
| 2 | ADT SECURITY SERVICES<br>ADT SECURITY SERVICES INC<br>14200 E EXPOSITION AVE<br>AURORA, CO 80012 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 23 | $6,514.94 | No liability to this claimant due to cancellation of service and subsequent payment of negotiated fee in October 2009. |
| 3 | AXIS CAPITAL INC<br>308 NORTH LOCUST STREET<br>GRAND ISLAND, NE 68801 | 04/22/10 | Deeter Foundry, Inc. | 10-10369 | 280 | $2,388.24 | No liability to this claimant for pre-petition amounts; claim is for remaining payments on water cooler. |
| 4 | AXLETECH INTERNATIONAL LLC<br>16474 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | 05/20/10 | Mercer Forge Corporation | 10-10367 | 564 | $1,612.94 | No liability to this claimant due to inability for Debtor to determine any amounts due to vendor and inability to reach vendor on multiple occasions to reconcile claim. |
| 5 | CHANGING SPACES MOVING<br>130 INVERNESS PLAZA #243<br>BIRMINGHAM, AL 35242 | 04/21/10 | Neenah Foundry Company | 10-10362 | 271 | $500.00 | No liability to this claimant due to amounts not being owed for consulting services related to purchasing equipment. The equipment was not purchased from this vendor. |
| 6 | CITIBANK SOUTH DAKOTA NA<br>DBA 4740 121ST ST<br>URBANDALE, IA 50323 | 03/29/10 | Dalton Corporation | 10-10370 | 428 | $123.04 | No liability to this claimant can be found based on information provided. A full account number or social security number is not able to be provided from claimant as evidence of liability and the Debtor has no record of this account. Additionally, Debtor verified that no employees have social security numbers ending with same digits as included in Proof of Claim. |
| 7 | FOUNDRY EDUCATION FOUNDATION<br>1695 N PENNY LANE<br>SCHAUMBURG, IL 60173 | 05/08/10 | Neenah Foundry Company | 10-10362 | 456 | $150,000.00 | No liability to this claimant due to Debtor's pre-petition notification to claimant that it had withdrawn its voluntary commitment. |
| 8 | FOX STAMP/SIGN & SPECIALT<br>PO BOX 490 618 W AIRPORT RD<br>MENASHA, WI 54952 | 06/19/10 | Undetermined | | 637 | $73.22 | No liability to this claimant due to the claimant not applying a pre-petition credit balance in excess of the claimed amount. |

1 of 3

## Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Cast Alloys, Inc. | 10-10363 | 144 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 10 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Dalton Corporation | 10-10370 | 142 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 11 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 S COMMERCIAL ST MANCHESTER, NH 03101 | 04/16/10 | Gregg Industries, Inc. | 10-10366 | 143 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 12 | THE HOME INSURANCE CO IN LIQUIDATION C/O SHARON BERGERON 55 SOUTH COMMERCIAL ST MANCHESTER, NH 03101 | 02/25/10 | Neenah Enterprises, Inc. | 10-10360 | 11 | Unliquidated | No liability to this claimant due to insufficient documentation and Debtor not doing business with this vendor. |
| 13 | LOS ANGELES CO TREASURER & TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054 | 06/24/10 | Gregg Industries, Inc. | 10-10366 | 645 | $231,968.85 | No liability to this claimant due to the claim being an estimate of personal property tax at a shut-down location where the Debtor no longer has any personal property and claimant's agreement that the claim is not valid. |
| 14 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 05/11/10 | Neenah Enterprises, Inc. | 10-10360 | 484 | $9,876.14 | No liability to this claimant due to inability of Debtor to locate any business, employment or any relationship in any capacity with this claimant and inability to reach claimant on multiple occasions. |
| 15 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 05/17/10 | Neenah Enterprises, Inc. | 10-10360 | 511 | $9,876.14 | No liability to this claimant due to inability of Debtor to locate any business, employment or any relationship in any capacity with this claimant and inability to reach claimant on multiple occasions. |
| 16 | MIKE BAZLEY 8226 TANYA LN SACRAMENTO, CA 95828 | 05/18/10 | Advanced Cast Products, Inc. | 10-10365 | 541 | $9,876.14 | No liability to this claimant due to inability of Debtor to locate any business, employment or any relationship in any capacity with this claimant and inability to reach claimant on multiple occasions. |

# Neenah Enterprises, Inc.
## Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 631 | $8,883.59 | No liability to this claimant due to Debtor having paid this liability prior to filing for Chapter 11 and claimant's agreement that amount was paid. |
| 18 | NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 05/24/10 | Deeter Foundry, Inc. | 10-10369 | 607 | $0.00 | No liability to this claimant based on discussions with the Nebraska Department of Revenue and agreement that there is no liability (this claim has been subsequently withdrawn via letter to Garden City Group). |
| 19 | W.W. GRAINGER INC<br>7300 N MELVINA<br>M240<br>NILES, IL 60714 | 03/15/10 | Neenah Enterprises, Inc. | 10-10360 | 66 | $8,918.94 | Supporting documentation does not reflect any amounts are due from this particular Debtor; all liabilities reflected in supporting documentation have been honored by the corresponding Debtor entities. |
| 20 | WISCONSIN POWER TOOL INC<br>3132 N MAYFAIR RD<br>MILWAUKEE, WI 53222 | 04/21/10 | Neenah Foundry Company | 10-10362 | 270 | $80.13 | No liability to this claimant due to amount being paid prior to filing for Chapter 11. |

Total: $440,692.31