**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al., | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 13, 2010 @ 4:00 pm**<br>**Hearing Date: October 19, 2010 at 2:00 p.m.** |

**SUPPLEMENT TO 3RD AND FINAL MONTHLY FEE APPLICATION OF MORRISANDERSON & ASSOCIATES, INC. AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIODS JUNE 1, 2010 THROUGH JUNE 30, 2010 AND JULY 1, 2010 THROUGH JULY 31, 2010 [RELATED DOCKET NO. 679] AND FINAL FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 23, 2010 THROUGH JULY 31, 2010[1]**

| | |
|---|---|
| Name of Applicant: | MorrisAnderson & Associates, Ltd. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of February 23, 2010 |
| Period for which compensation and reimbursement is sought: | February 23, 2010 through July 31, 2010 (Final Fee Period)<br>June 1, 2010 through July 31, 2010 (Interim Fee Period) |
| Amount of Compensation sought during the Final Fee Period as reasonable and necessary: | $600,000.00 |
| Amount of Compensation sought during the Interim Fee Period as reasonable and necessary: | $200,000.00 |
| Amount of Expense Reimbursement sought during the Final Fee Period as actual, reasonable and necessary: | $5,242.79 |

---

[1] This supplement includes an updated cover sheet summarizing the amounts incurred during the Interim and Final Fee Periods and charts summarizing services performed during the Final Fee Period. For clarification, the Third and Final Monthly Fee Application of MorrisAnderson & Associates, Inc. as Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Periods June 1, 2010 through June 30, 2010 and July 1, 2010 through July 31, 2010 and this Supplement are both the 3rd Monthly Application and the Final Fee Application of MorrisAnderson & Associates, Ltd. in this case.

| | |
|---|---|
| Amount of Expense Reimbursement sought during the Interim Fee Period as actual, reasonable and necessary: | $58.48 |

This is a final application

Dated:  August 27, 2010                                MorrisAnderson & Associates, Ltd.

By: /s/ Mark J. Welch
Mark J. Welch
Managing Director
55 West Monroe St., Suite 2500
Chicago, Illinois 60603
Tel: (412) 498-8258
E-mail: mwelch@morrisanderson.com