**Neenah Enterprises, Inc.**
**MorrisAnderson & Associates, Ltd**

FINAL PERIOD FEBRUARY 23, 2010 THROUGH JULY 31, 2010

| DOCKET NO. DATE FILED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | AGREED UPON REDUCTIONS | APPROVED FEES | APPROVED EXPENSES | TOTAL APPROVED | 20% HOLDBACK DUE |
|---|---|---|---|---|---|---|---|---|
| 1ST MONTHLY DKT #378, 5/11/10 CNO DKT #454, 5/25/10 | 2/23/10-3/31/10 | $200,000.00 | $5,150.98 | $0.00 | $160,000.00 | $5,150.98 | $165,150.98 | $40,000.00 |
| 2nd MONTHLY DKT #568, 6/22/10 CNO DKT #622, 7/9/10 | 4/1/10-5/31/10 | $200,000.00 | $33.34 | $0.00 | $160,000.00 | $33.34 | $160,033.34 | $40,000.00 |
| 3RD MONTHLY - PENDING-NOT YET APPROVED-FILED 8/27/10 | 6/1/10-7/31/10 | $200,000.00 | 58.47 | $0.00 | PENDING | PENDING | PENDING | PENDING |

## CATEGORY SUMMARY FINAL FEE PERIOD FEBRUARY 23, 2010 THROUGH JULY 31, 2010

| CODE | DESCRIPTION | 1ST MONTHLY HOURS | 2ND MONTHLY HOURS | 3RD MONTHLY HOURS | TOTAL HOURS |
|---|---|---|---|---|---|
| 1 | Debtor Meetings & Preparation | 52.0 | - | - | 52.0 |
| 2 | Committee Meetings & Preparation | 47.6 | 12.8 | 20.3 | 80.7 |
| 3 | Court & Preparation | - | - | - | - |
| 4 | Cash Flow & DIP Budget | 142.8 | 15.0 | 69.5 | 227.3 |
| 5 | Prepetition Lenders, DIP financing | 0.8 | - | 7.5 | 8.3 |
| 6 | Asset Sale | - | - | - | - |
| 7 | Tax Issues | - | 0.5 | - | 0.5 |
| 8 | Unsecured Claims, Critical vendors, etc. | - | 29.8 | 0.5 | 30.3 |
| 9 | Accounting Issues, Financial Statement review | 6.0 | 20.8 | 1.0 | 27.8 |
| 10 | Plan of Reorganization and Court Filings | 42.2 | 28.1 | 18.1 | 88.4 |
| 11 | Firm Retention and Fees | 6.3 | 10.7 | 5.6 | 22.6 |
| | **Total Hours for The periods February 23, 2010 through July 31, 2010** | 297.7 | 117.7 | 122.5 | 537.9 |

**EXPENSE SUMMARY: FINAL PERIOD FEBRUARY 23, 2010 THROUGH JULY 31, 2010**

| EXPENSE CATEGORY | 1ST MONTHLY | 2ND MONTHLY | 3RD MONTHLY | TOTAL EXPENSES |
|---|---|---|---|---|
| PACER AND COURT DOCUMENTS | $0.00 | $0.00 | $58.47 | $58.47 |
| COACH AIR FARE | $2,307.20 | $0.00 | $0.00 | $2,307.20 |
| LODGING AT CLIENT LOCATION | $1,217.80 | $0.00 | $0.00 | $1,217.80 |
| MEALS AT CLIENT LOCATION | $294.02 | $0.00 | $0.00 | $294.02 |
| RENTAL CAR | $772.12 | $0.00 | $0.00 | $772.12 |
| PARKING AND TOLLS | $337.00 | $0.00 | $0.00 | $337.00 |
| PHONE CALLS | $4.64 | $33.34 | $0.00 | $37.98 |
| MILLAGE | $66.90 | $0.00 | $0.00 | $66.90 |
| CAB | $151.30 | $0.00 | $0.00 | $151.30 |
| | $5,150.98 | $33.34 | $58.47 | $5,242.79 |

## TIME KEEPER: FINAL FEE PERIOD FEBRUARY 23, 2010 THROUGH JULY 31, 2010

| TIME KEEPER | 1ST MONTHLY HOURS | 2ND MONTHLY HOURS | 3RD MONTHLY HOURS | TOTAL HOURS BILLED |
|---|---|---|---|---|
| Dan Dooley | 46.0 | 16.0 | 12.0 | 74.0 |
| D'Andre Davis | 150.7 | 45.3 | 51.3 | 247.3 |
| Bernadette Barron | 101.0 | 56.4 | 59.2 | 216.6 |
| Total Hours Billed | 297.7 | 117.7 | 122.5 | 537.9 |
| Total Fees | | | | |