IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 10-10360 (MFW)<br>Jointly Administered |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
NMHG FINANCIAL SERVICES, INC. TO FED.R.BANKR.P. 2002
AND 9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for NMHG Financial Services, Inc. ("NMHG"), and requests that NMHG be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

Ann E. Pille, Esquire
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
E-mail: apille@reedsmith.com

Kathleen A. Murphy, Esquire
Timothy P. Reiley, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kmurphy@reedsmith.com
treiley@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive NMHG's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which NMHG is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 30, 2010  
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Timothy Reiley  
Kathleen A. Murphy (No. 5215)  
Timothy P. Reiley (No. 5435)  
1201 N. Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: 302-778-7572  
Facsimile: 302-778-7575  
E-mail: kmurphy@reedsmith.com  
       treiley@reedsmith.com

- and –

Ann E. Pille, Esquire
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
E-mail: apille@reedsmith.com

Counsel to NMHG Financial Services, Inc.