## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NEENAH ENTERPRISES, INC., *et al*.

Debtors

Chapter 11

Case No. 10-10360 (MFW)
Jointly Administered

### CERTIFICATE OF SERVICE

I, Timothy P. Reiley, Esquire, do hereby certify that, on this 30th day of August 2010, I

caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR**

**NOTICES OF NMHG FINANCIAL SERVICES, INC. TO FED.R.BANKR.P. 2002 AND**

**9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the addressees on the attached

service list in the manner indicated.

**VIA FIRST CLASS MAIL**
Robert E. Ostendorf, Jr.
Neenah Enterprises, Inc.
2121 Brooks Avenue
Neenah, Wisconsin 54957

**VIA FIRST CLASS MAIL**
Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**VIA FIRST CLASS MAIL**
Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Larry J. Nyhan, Esquire
Bojan Guzina, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**VIA FIRST CLASS MAIL**
Donald J. Detweiler, Esquire
Sandra G.M. Selzer, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

By:  /s/ Timothy P. Reiley
     Timothy P. Reiley (No. 5435)