## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: September 9, 2010 at 4 p.m. ET<br>Hearing Date: October 19, 2010 at 2 p.m. ET |

### SIXTH MONTHLY AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SIDLEY AUSTIN LLP FOR SERVICES RENDERED AND EXPENSES INCURRED AS COUNSEL FOR THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105 AND 331

| | |
|---|---|
| Name of Applicant: | Sidley Austin LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 8, 2010 (*nunc pro tunc* to February 3, 2010) |
| Monthly Period for Which Compensation and Reimbursement is Sought: | July 1, 2010 through July 29, 2010 |
| Monthly Amount of Compensation Sought as Actual, Reasonable and Necessary: | $709,165.50 |
| Monthly Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $6,681.53 |
| Final Period for Which Compensation and Reimbursement is Sought: | February 3, 2010 through July 29, 2010 |
| Final Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,579,402.25 |
| Final Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $39,150.26 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

This is a:  _X_  monthly  _X_  final application.

## SUMMARY OF PRIOR FEE APPLICATIONS

| Monthly Fee Applications | | Requested Fees and Expenses | | Paid Fees and Expenses | |
| --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/30/10 Docket No. 197 | 2/3/10 – 2/28/10 | $361,911.50[2] | $16,431.42 | $288,773.20[3] | $9,598.70 |
| 4/29/10 Docket No. 339 | 3/1/10 – 3/31/10 | $405,076.75 | $6,451.34 | $324,061.40[4] | $6,451.34 |
| 5/28/10 Docket No. 469 | 4/1/10 – 4/30/10 | $360,728.00 | $8,582.74 | $288,582.40[5] | $8,582.74 |
| 7/9/10 Docket No. 624 | 5/1/10 – 5/31/10 | $266,268.00 | $4,051.81 | $213,014.40[6] | $4,051.81 |
| 7/30/10 Docket No. 653 | 6/1/10 – 6/30/10 | $477,197.50 | 3,784.14 | $381,758.00[7] | $3,784.14 |

| Interim Fee Applications | | Requested Fees and Expenses | | Approved Fees and Expenses | |
| --- | --- | --- | --- | --- | --- |
| Date Filed Docket # | Period Covered | Fees | Expenses | Fees | Expenses |
| 5/15/09 Docket No. 319 | 2/3/10 – 4/30/10 | $1,127,716.25 | $31,465.50 | $1,127,716.25 | $31,465.50 |

---

[2] Sidley voluntarily reduced the fees requested in the First Monthly Fee Application by $945.00 and the amount of expense reimbursement requested by $6,832.72 in response to comments received from the United States Trustee.
[3] Certificate of No Objection entered 4/13/10 [Docket No. 276].
[4] Certificate of No Objection entered 5/12/10 [Docket No. 388].
[5] Certificate of No Objection entered 6/9/10 [Docket No. 509].
[6] Certificate of No Objection entered 7/21/10 [Docket No. 643].
[7] Certificate of No Objection entered 8/11/10 [Docket No. 672].

## FEE SUMMARY FOR THE PERIOD FROM
## JULY 1, 2010 THROUGH JULY 29, 2010[8]

| Name of Professional/ Individual | Position, Practice Area, Number of Years in Practice, Year of Admission to the Bar | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800.00 | .20 | $160.00 |
| Donald E. Bingham | Partner/ Banking and Financial Transactions/ 12 years. Admitted 1998. | $635.00 | 69.10 | $43,878.50 |
| Kevin F. Blatchford | Partner/ Corporate/ 24 years. Admitted 1986. | $735.00 | 20.60 | $15,141.00 |
| James N. Cahan | Partner/ Environmental/ 34 years. Admitted 1976. | $625.00 | 22.00 | $13,750.00 |
| Aimee M. Contreras-Camua | Partner/ Real Estate/ 12 years. Admitted 1998. | $650.00 | 5.20 | $3,380.00 |
| Teresa Wilton Harmon | Partner/ Banking and Financial Transactions/ 16 years. Admitted 1994. | $660.00 | 5.20 | $3,432.00 |
| Kevin J. Hochberg | Partner/ Banking and Financial Transactions/ 26 years. Admitted 1984. | $775.00 | 2.20 | $1,705.00 |
| John G. Hutchinson | Partner/ Litigation/ | $875.00 | 7.90 | $7,110.00 |

[8] Included in this summary are certain compensation requests for the post-petition period prior to July 1, 2010 that were not included in any prior monthly or interim fee application.

| | | | | |
|---|---|---|---|---|
| | 22 years.<br>Admitted 1986. | | | |
| Michael Hyatte | Partner/<br>Regulatory/<br>31 years.<br>Admitted 1979. | $875.00 | .30 | $262.50 |
| Robert W. Kadlec | Partner/<br>Corporate/<br>16 years.<br>Admitted 1994 | $725.00 | 7.20 | $5,220.00 |
| Moshe J. Kupietzky | Partner/<br>Corporate/<br>40 years.<br>Admitted 1970. | $825.00 | .40 | $330.00 |
| Robert J. Maganuco | Partner/<br>Real Estate/<br>35 years.<br>Admitted 1975. | $725.00 | .80 | $580.00 |
| Robert A. Malstrom | Partner/<br>Employee Benefits/<br>36 years.<br>Admitted 1974. | $685.00 | 13.90 | $9,521.50 |
| Elizabeth K. McCloy | Partner/<br>Real Estate/<br>26 years.<br>Admitted 1984. | $660.00 | 41.40 | $27,324.00 |
| Patricia A. Murphy | Partner/<br>Corporate/<br>28 years.<br>Admitted 1982. | $825.00 | 4.50 | $3,712.50 |
| Larry J. Nyhan | Partner/<br>Corporate Reorganization and<br>Bankruptcy/<br>30 years.<br>Admitted 1980. | $950.00 | 21.10 | $18,430.00 |
| Dennis V. Osimitz | Partner/<br>Corporate/<br>34 years.<br>Admitted 1976. | $775.00 | .80 | $620.00 |
| Judith M. Praitis | Partner/<br>Environmental/<br>20 years.<br>Admitted 1990. | $650.00 | 16.70 | $10,855.00 |
| Kevin R. Pryor | Partner/<br>Tax/<br>13 years.<br>Admitted 1997. | $630.00 | 2.60 | $1,638.00 |

| | | | | |
|---|---|---|---|---|
| John T. Schaff | Partner/<br>Tax/<br>10 years.<br>Admitted 2000. | $600.00 | .80 | $480.00 |
| Eugene A. Schoon | Partner/<br>Product Liability and Mass<br>Torts Litigation/<br>28 years.<br>Admitted 1982. | $685.00 | .50 | $342.50 |
| Andrew H. Shaw | Partner/<br>Corporate/<br>29 years.<br>Admitted 1981. | $685.00 | 2.00 | $1,370.00 |
| Robert L. Verigan | Partner/<br>Corporate/<br>11 years.<br>Admitted 1999. | $630.00 | 55.00 | $32,760.00 |
| Deborah L. Cotton | Counsel/<br>Insurance and Financial<br>Services/<br>29 years.<br>Admitted 1981. | $625.00 | .30 | $187.50 |
| Alan Gabbay | Counsel/<br>Banking and Financial<br>Transactions/<br>31 years.<br>Admitted 1979. | $575.00 | 115.80 | $66,585.00 |
| Jeffrey R. Agase | Associate/<br>Corporate/<br>4 years.<br>Admitted 2006 | $430.00 | .50 | $215.00 |
| Peter K. Booth | Associate/<br>Corporate Reorganization and<br>Bankruptcy/<br>2 years.<br>Admitted 2008. | $425.00 | .50 | $212.50 |
| Les Carter | Associate/<br>Tax/<br>1 year.<br>Admitted 2009. | $315.00 | 6.20 | $1,953.00 |
| Dusan Clark | Associate/<br>Intellectual Property/<br>9 years.<br>Admitted 2001. | $495.00 | 17.10 | $8,464.50 |
| Bojan Guzina | Associate/ | $650.00 | 139.60 | $88,465.00 |

| | | | | |
|---|---|---|---|---|
| | Corporate Reorganization and Bankruptcy/ 8 years. Admitted 2002. | | | |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430.00 | 162.70 | $69,961.00 |
| Matthew W. Lee | Associate/ Real Estate/ 1 year. Admitted 2009. | $315.00 | 33.50 | $10,552.50 |
| Jillian K. Ludwig | Associate/ Corporate Reorganization and Bankruptcy/ 3 years. Admitted 2007. | $475.00 | 47.00 | $22,325.00 |
| Kerriann S. Mills | Associate/ Corporate Reorganization and Bankruptcy/ 5 years. Admitted 2005. | $560.00 | 62.20 | $31,808.00 |
| Brett H. Myrick | Associate/ Corporate Reorganization and Bankruptcy/ 1 year. Admitted 2009. | $375.00 | 24.60 | $9,225.00 |
| Erin F. Natter | Associate/ Real Estate/ 4 years. Admitted 2006. | $470.00 | 12.90 | $6,063.00 |
| Brent M. Steele | Associate/ Corporate/ 1 year. Admitted 2009. | $315.00 | 131.00 | $41,265.00 |
| Megan H. Roberts | Associate/ Banking and Financial Transactions/ 4 years. Admitted 2006. | $430.00 | 52.20 | $22,446.00 |
| Jonathan R. Rosaluk | Associate/ Banking and Financial Transactions/ 1 year. Admitted 2009. | $315.00 | 132.50 | $41,737.50 |
| Richard M. Silverman | Associate/ Tax/ | $395.00 | .30 | $118.50 |

| | | | | |
|---|---|---|---|---|
| | 3 years.<br>Admitted 2007 | | | |
| Allison Leff Triggs | Associate/<br>Corporate Reorganization and<br>Bankruptcy/<br>2 years.<br>Admitted 2008. | $425.00 | 7.80 | $3,315.00 |
| Praju Tuladhar | Associate/<br>Banking and Financial<br>Transactions/<br>2 years.<br>Admitted 2008. | $355.00 | 27.00 | $9,585.00 |
| Luke J. Valentino | Associate/<br>Corporate/<br>7 years.<br>Admitted 2003. | $515.00 | .20 | $103.00 |
| | | | | |
| Eileen M. Boyle | Legal Assistant/<br>Real Estate/<br>15 years. | $260.00 | 47.60 | $12,376.00 |
| Denise M.<br>Kerschhackl | Senior Legal Assistant/<br>Corporate/<br>28 years. | $245.00 | 127.30 | $31,188.50 |
| Rebecca A. Reitz | Legal Assistant/<br>Banking and Financial<br>Transactions/<br>23 years. | $255.00 | 79.80 | $20,349.00 |
| Betsy A. Schmidt | Legal Assistant/<br>Corporate/<br>13 years. | $225.00 | 38.50 | $8,662.50 |
| | | | | |
| **Grand Total** | | | | |
| **Blended Rate** | | **$452.42** | **1,567.50** | **$709,165.50** |

**COMPENSATION BY PROJECT CATEGORY FOR THE**
**PERIOD FROM JULY 1, 2010 THROUGH JULY 29, 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| | | |
| Case Administration | 44.20 | $30,358.50 |
| Claims Processing | 53.50 | $27,106.50 |
| Corporate and Securities Issues | 529.40 | $197,343.50 |
| Creditor Communications | 2.70 | $1,179.00 |
| DIP Financing/Cash Collateral | 706.00 | $324,683.00 |
| Employee Issues | 8.20 | $7,029.50 |
| Environmental Issues | 39.30 | $25,002.50 |
| Executory Contracts and Leases | .30 | $168.00 |
| Fee Applications | 16.30 | $6,745.00 |
| Intellectual Property Issues | 17.10 | $8,464.50 |
| Plan and Disclosure Statement | 112.60 | $68,370.00 |
| Professional Retention | 3.20 | $1,200.00 |
| Tax Issues | 7.50 | $2,711.50 |
| Travel Time | 27.20 | $8,804.00 |
| | | |
| **Total** | **1,567.50** | **$709,165.50** |

**EXPENSE SUMMARY FOR THE PERIOD**
**FROM JULY 1, 2010 THROUGH JULY 29, 2010[9]**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | $1,700.92 |
| Duplicating Charges (10¢/page) | | $1,720.17 |
| Document Delivery Services | Federal Express/DHL | $37.74 |
| Ground Transportation | | $620.72 |
| Lexis Research Service | LEXIS | $50.58 |
| Meals – Out of Town | | $184.69 |
| Search Services | | $520.88 |
| Telephone Tolls | | $529.13 |
| Travel/Lodging | | $1,316.70 |
| | | |
| **Total** | | **$6,681.53** |

---

[9] Included in this summary are certain expenses incurred during the post-petition period prior to July 1, 2010 that were not included in any prior monthly or interim fee application.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline:  September 9, 2010 at 4 p.m. ET<br>Hearing Date: October 19, 2010 at 2 p.m. ET |

**SIXTH MONTHLY AND FINAL FEE APPLICATION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**SIDLEY AUSTIN LLP FOR SERVICES RENDERED AND EXPENSES INCURRED**
**AS COUNSEL FOR THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105 AND 331**

Sidley Austin LLP ("Applicant"), attorneys for the above-captioned debtors

(collectively, the "Debtors"), respectfully submits this monthly and final fee application (the

"Application") to this Court, pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Local

Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"),

for approval of compensation for professional legal services rendered as counsel to the Debtors

in the amount of $709,165.50, together with reimbursement for actual and necessary expenses

incurred in the amount of $6,681.53, for the period commencing July 1, 2010 through and

including July 29, 2010 (the "Monthly Fee Period") and for approval of final compensation

incurred in the amount of $2,579,402.25 for services rendered, together with reimbursement for

actual and necessary final expenses incurred in the amount of $39,150.26, for the period

commencing February 3, 2010 through and including July 29, 2010 (the "Final Fee Period").  In

support of this Application, the Applicant represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

**FACTUAL BACKGROUND**

1.       On February 3, 2010 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 4, 2010, the

Court entered an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

2.       On July 6, 2010, this Court issued the Findings of Fact, Conclusions of

Law and Order Confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its

Subsidiaries (the "Confirmation Order") [Docket No. 610].  On July 30, 2010, (the "Effective

Date"), the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the

"Plan") became effective.  The Debtors emerged from bankruptcy on the Effective Date.

3.       By this Application, Applicant seeks approval of compensation for the

services rendered and reimbursement of expenses incurred by Applicant as general

reorganization and bankruptcy counsel to the Debtors during the Monthly Fee Period.  The

amount of fees sought for services rendered during the Monthly Fee Period is $709,165.50,

representing 1,567.50 hours in professional and paraprofessional time for such services.  In

addition, Applicant requests reimbursement of actual and necessary expenses incurred during the

Monthly Fee Period in connection with these services in the amount of $6,681.53.

4.       In addition, by this Application, Applicant seeks final allowance of

$2,579,402.25 in fees for services rendered during the Final Fee Period and final allowance of

$39,150.26 in actual and necessary expenses incurred by Applicant during the Final Fee Period.

**BASIS FOR THE MONTHLY FEE APPLICATION**

5.       The Debtors sought approval of this Court to retain Applicant as general

reorganization and bankruptcy counsel, pursuant to section 327(a) of the Bankruptcy Code, by

application filed on February 19, 2010 (the "Retention Application") [Docket No. 81].  As

contemplated by the Retention Application, Applicant's services to the Debtors, though focused upon restructuring and insolvency issues, have also encompassed a wide range of legal services, including (but not limited to) corporate, tax, banking and financial transactions, environmental, and employment and labor matters.  This Court approved the Retention Application by Order dated March 8, 2010 (*nunc pro tunc* to the Petition Date) (the "Retention Order") [Docket No. 134].  The Retention Order authorized the Debtors to compensate the Applicant on an hourly basis and to reimburse the Applicant for actual and necessary out-of-pocket expenses.

6.      Applicant has received no payment and no promises of payment from anyone but the Debtors for services rendered in these chapter 11 cases.  There is no agreement between Applicant and any other party for the sharing of compensation for the services rendered in these chapter 11 cases.  All professional and paraprofessional services for which compensation is sought herein were rendered solely for or on behalf of the Debtors.

7.      A detailed breakdown of the hours expended by each of Applicant's professionals and paraprofessionals during the Monthly Fee Period is set forth in Exhibit A to this Application.  A summary of the total hours expended by each professional and paraprofessional on all matters covered herein during the Monthly Fee Period is included in the cover pages to this Application, as required by Local Rule 2016-2.

## EXPENSES INCURRED BY APPLICANT

8.      Applicant has incurred out-of-pocket expenses in the amount of $6,681.53 in connection with the services it provided to the Debtors during the Monthly Fee Period.  These expenses were incurred for items not included in Applicant's hourly rates, including, but not limited to, duplicating charges[2], document delivery and messenger services, telephone tolls, computer-assisted legal research, travel-related expenses, and in-house document production.

---

[2] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).  Charges for color printing were charged at 57¢ per page.

Applicant submits that all such expenses are necessary and actual expenses for the performance of its services in these cases, and further submits that many of such expenses were necessitated by the time constraints under which Applicant's professionals and staff have operated in cases.

9.      Applicant submits that all travel expenses incurred during the Fee Period covered by this Application were necessary and reasonable under the circumstances. During the Fee Period, non-working travel time was billed at 50% of Applicant's standard hourly rates.

10.      A detailed breakdown of the expenses incurred by Applicant during the Monthly Fee Period is set forth in Exhibit A to this Application. In addition, a breakdown by category of the total expenses incurred by Application during the Monthly Fee Period is included in the cover pages to this Application, as required by Local Rule 2016-2.

### FINAL FEE PERIOD

11.      This Application also covers the Final Fee Period from February 3, 2010 through and including July 29, 2010. During the Final Fee Period, Applicant performed necessary services and incurred out-of-pocket disbursements for the Debtors and their estates. As set forth in prior monthly applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services in the non-bankruptcy context. In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs incurred while representing the Debtors.

### REVIEW OF APPLICABLE LOCAL RULE

12.      The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his knowledge this Application complies with Local Rule 2016-2.

WHEREFORE, Applicant requests that this Court (i) approve this Application; (ii) authorize the Debtors to remit $709,165.50 to Applicant as compensation for necessary professional services Applicant rendered to the Debtors during the Monthly Fee Period and $6,681.53 as reimbursement for actual and necessary costs and expenses Applicant incurred during the Monthly Fee Period; (iii) approve final allowance of $2,579,402.25 as compensation for necessary professional services Applicant rendered to the Debtors during the Final Fee Period and the sum of $39,150.26 as reimbursement for actual and necessary costs and expenses Applicant incurred during the Final Fee Period; and (iv) grant and such other and further relief as the Court may deem just and proper.

Dated: Chicago, Illinois
       August 30, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP


   /s/ Bojan Guzina       
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Brett H. Myrick
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION