# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

(302) 571-6600  
(800) 253-2234 (DE ONLY)

THE BRANDYWINE BUILDING  
1000 WEST STREET, 17TH FLOOR  
WILMINGTON, DELAWARE 19801

(302) 571-1253 FAX  
www.ycst.com

P.O. BOX 391  
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

**TO:** Robert E. Ostendorf, Jr.  
President and Chief Executive Officer  
2121 Brooks Avenue  
P.O. Box 729  
Neenah, WI 54927

08/30/2010

File No. 069152.1001

For Professional Services Rendered For:    Bill No. 40338824

**Neenah Foundry Company**  
**Billing Period Through July 31, 2010**

| | | |
|---|---|---|
| Total Fees | $ | 22,548.00 |
| Total Expenses | | 2,139.37 |
| Total | $ | 24,687.37 |

**WHEN REMITTING PAYMENT, KINDLY REFERENCE FILE NO. 069152.1001 AND SEND TO THE ATTENTION OF ACCOUNTING DEPT.**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through July 31, 2010

## AGGREGATE TIME SUMMARY BY TASK CODE

| TASK CODE | TASK DESCRIPTION | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| B001 | Case Administration | 6.30 | 1,035.00 |
| B002 | Court Hearings | 21.30 | 7,273.50 |
| B003 | Cash Collateral/DIP Financing | 0.30 | 105.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 0.90 | 250.50 |
| B005 | Lease/Executory Contract Issues | 0.90 | 405.00 |
| B007 | Claims Analysis, Objections and Resolutions | 13.90 | 4,347.50 |
| B011 | Other Adversary Proceedings | 1.00 | 135.00 |
| B012 | Plan and Disclosure Statement | 16.90 | 7,563.00 |
| B017 | Retention of Professionals/Fee Issues | 3.40 | 719.50 |
| B018 | Fee Application Preparation | 2.50 | 714.00 |
| | Totals | 67.40 | $ 22,548.00 |

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through July 31, 2010

## ATTORNEY TIME SUMMARY BY TASK CODE

**Task B001**
**Case Administration**

| Name | Role | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.60 | x $ | 350.00 | = | 560.00 |
| Elizabeth M. Henry | Clerk | 2.00 | x $ | 80.00 | = | 160.00 |
| Kasey Riddle | Clerk | 0.90 | x $ | 80.00 | = | 72.00 |
| Troy Bollman | Paralegal | 1.80 | x $ | 135.00 | = | 243.00 |
| | Totals: | 6.30 | | | $ | 1,035.00 |

**Task B002**
**Court Hearings**

| Name | Role | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 5.20 | x $ | 350.00 | = | 1,820.00 |
| Edmon L. Morton | Partner | 8.30 | x $ | 530.00 | = | 4,399.00 |
| Kasey Riddle | Clerk | 0.70 | x $ | 80.00 | = | 56.00 |
| Kenneth Enos | Associate | 0.20 | x $ | 335.00 | = | 67.00 |
| Troy Bollman | Paralegal | 6.90 | x $ | 135.00 | = | 931.50 |
| | Totals: | 21.30 | | | $ | 7,273.50 |

**Task B003**
**Cash Collateral/DIP Financing**

| Name | Role | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.30 | x $ | 350.00 | = | 105.00 |
| | Totals: | 0.30 | | | $ | 105.00 |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
Billing Period Through July 31, 2010

| Task B004<br>**Schedules & Statements, U.S. Trustee Reports** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.60 | x $ | 350.00 | = | 210.00 |
| Troy Bollman | Paralegal | 0.30 | x $ | 135.00 | = | 40.50 |
| | Totals: | 0.90 | | | $ | 250.50 |

| Task B005<br>**Lease/Executory Contract Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.40 | x $ | 350.00 | = | 140.00 |
| Edmon L. Morton | Partner | 0.50 | x $ | 530.00 | = | 265.00 |
| | Totals: | 0.90 | | | $ | 405.00 |

| Task B007<br>**Claims Analysis, Objections and Resolutions** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 3.40 | x $ | 350.00 | = | 1,190.00 |
| Kenneth Enos | Associate | 8.70 | x $ | 335.00 | = | 2,914.50 |
| Troy Bollman | Paralegal | 1.80 | x $ | 135.00 | = | 243.00 |
| | Totals: | 13.90 | | | $ | 4,347.50 |

| Task B011<br>**Other Adversary Proceedings** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Troy Bollman | Paralegal | 1.00 | x $ | 135.00 | = | 135.00 |
| | Totals: | 1.00 | | | $ | 135.00 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through July 31, 2010

| **Task B012**<br>**Plan and Disclosure Statement** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 8.90 | x $ | 350.00 | = | 3,115.00 |
| Edmon L. Morton | Partner | 4.90 | x $ | 530.00 | = | 2,597.00 |
| James P. Hughes | Partner | 1.10 | x $ | 660.00 | = | 726.00 |
| Kenneth Enos | Associate | 0.60 | x $ | 335.00 | = | 201.00 |
| Robert S. Brady | Partner | 1.40 | x $ | 660.00 | = | 924.00 |
| | Totals: | 16.90 | | | $ | 7,563.00 |

| **Task B017**<br>**Retention of Professionals/Fee Issues** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 0.30 | x $ | 350.00 | = | 105.00 |
| Edmon L. Morton | Partner | 0.40 | x $ | 530.00 | = | 212.00 |
| Kasey Riddle | Clerk | 0.40 | x $ | 80.00 | = | 32.00 |
| Kenneth Enos | Associate | 0.30 | x $ | 335.00 | = | 100.50 |
| Troy Bollman | Paralegal | 2.00 | x $ | 135.00 | = | 270.00 |
| | Totals: | 3.40 | | | $ | 719.50 |

| **Task B018**<br>**Fee Application Preparation** | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| Donald J. Bowman | Associate | 1.20 | x $ | 350.00 | = | 420.00 |
| Edmon L. Morton | Partner | 0.30 | x $ | 530.00 | = | 159.00 |
| Troy Bollman | Paralegal | 1.00 | x $ | 135.00 | = | 135.00 |
| | Totals: | 2.50 | | | $ | 714.00 |
| | Aggregate Total: | 67.40 | | | $ | 22,548.00 |

5

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through July 31, 2010

## AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL

| | | Total Hours | | Hourly Rate | | Total |
|---|---|---|---|---|---|---|
| JHUGH | James P. Hughes, Partner | 1.10 | $ | 660.00 | = | 726.00 |
| RBRAD | Robert S. Brady, Partner | 1.40 | $ | 660.00 | = | 924.00 |
| EMORT | Edmon L. Morton, Partner | 14.40 | $ | 530.00 | = | 7,632.00 |
| DBOWM | Donald J. Bowman, Associate | 21.90 | $ | 350.00 | = | 7,665.00 |
| KENOS | Kenneth Enos, Associate | 9.80 | $ | 335.00 | = | 3,283.00 |
| TBOLL | Troy Bollman, Paralegal | 14.80 | $ | 135.00 | = | 1,998.00 |
| EHENR | Elizabeth M. Henry, Clerk | 2.00 | $ | 80.00 | = | 160.00 |
| KRIDD | Kasey Riddle, Clerk | 2.00 | $ | 80.00 | = | 160.00 |
| | Total: | 67.40 | | | $ | 22,548.00 |

6

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company  
File No. 069152.1001            Invoice No. 40338824                            08-30-2010

## TIME DETAIL GROUPED BY TASK CODE

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/30/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/01/10 | Scan and e-file affidavits of service re: docket numbers 574, 579 | KRIDD | B001 | 0.30 |
| 07/01/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/02/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/06/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/07/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/08/10 | Update critical dates calendar and send to working group | TBOLL | B001 | 0.20 |
| 07/08/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/09/10 | Review and provide comments on update critical dates memo | DBOWM | B001 | 0.60 |
| 07/09/10 | Scan and e-file second omnibus objection to claims #625 | KRIDD | B001 | 0.40 |
| 07/13/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/14/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/15/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/26/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/27/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001               Invoice No. 40338824                              08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/28/10 | Update critical dates calendar | TBOLL | B001 | 0.30 |
| 07/28/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/29/10 | Review and provide comments on critical dates memo | DBOWM | B001 | 0.40 |
| 07/29/10 | Prepare daily docket update for working group and download related pleadings | TBOLL | B001 | 0.10 |
| 07/30/10 | Review and provide comments on revised critical dates memo | DBOWM | B001 | 0.60 |
| 07/30/10 | Update critical dates calendar | EHENR | B001 | 2.00 |
| 07/30/10 | Coordinate service re: fee application of Sidley Austin #653 | KRIDD | B001 | 0.20 |
| | Sub Total | | | 6.30 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/30/10 | Review and provide comment on revised July 6, 2010 Confirmation Hearing Agenda | DBOWM | B002 | 0.40 |
| 06/30/10 | Conference with D. Bowman re: 7/6 confirmation hearing strategy and agenda | EMORT | B002 | 0.30 |
| 06/30/10 | Assist co-counsel with preparation for Confirmation Hearing | KENOS | B002 | 0.20 |
| 06/30/10 | Assist with preparation of hearing binder re: agenda of matters scheduled for hearing on July 6, 2010 | KRIDD | B002 | 0.70 |
| 06/30/10 | Update agenda regarding hearing on July 6, 2010 and send to working group for review | TBOLL | B002 | 0.30 |
| 07/01/10 | Finalize July 6, 2010 Confirmation Hearing Agenda | DBOWM | B002 | 0.40 |
| 07/01/10 | Work with D. Bowman, T. Bollman and co-counsel to finalize 7/6 confirmation hearing agenda | EMORT | B002 | 0.70 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001           Invoice No. 40338824                                    08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/01/10 | Prepare hearing binders regarding agenda of matters scheduled for hearing on July 6, 2010 | TBOLL | B002 | 1.80 |
| 07/01/10 | Update (.3) and finalize for filing and coordinate service (.3) of agenda of matters scheduled for hearing on July 6, 2010 | TBOLL | B002 | 0.60 |
| 07/02/10 | Prepare amended agenda of matters scheduled for hearing on July 6, 2010 | TBOLL | B002 | 0.20 |
| 07/04/10 | Review materials to prepare for meeting with co-counsel re: confirmation hearing (2.2); Correspondence to and from B. Guzina re: same (.3) | EMORT | B002 | 2.50 |
| 07/05/10 | Meeting with co-counsel (B. Guzina and K. Mills) and E. Morton re: Confirmation Hearing | DBOWM | B002 | 1.10 |
| 07/05/10 | Conference with K. Mills, B. Guzina and D. Bowman re: confirmation hearing (.7); Additional review of hearing materials (.5) | EMORT | B002 | 1.20 |
| 07/06/10 | Meeting with co-counsel (B. Guzina and K. Mills) J. Hutchinson and E. Morton in preparation for Confirmation Hearing | DBOWM | B002 | 1.80 |
| 07/06/10 | Attend Confirmation Hearing | DBOWM | B002 | 0.90 |
| 07/06/10 | Review amended July 6, 2010 Confirmation Hearing Agenda | DBOWM | B002 | 0.20 |
| 07/06/10 | Work with co-counsel to prepare for confirmation hearing (2.0); Attend/conduct same (.6); Conference with client and co-counsel re: results of same and effective date issues (.7) | EMORT | B002 | 3.30 |
| 07/06/10 | Finalize for filing and coordinate service of amended agenda of matters scheduled for hearing on July 6, 2010 | TBOLL | B002 | 0.30 |
| 07/06/10 | Assist in preparation of materials for hearing on July 6, 2010 | TBOLL | B002 | 2.00 |
| 07/08/10 | Prepare draft of agenda of matters scheduled for hearing on July 14, 2010 | TBOLL | B002 | 0.30 |
| 07/09/10 | Review draft July 14, 2010 hearing agenda | DBOWM | B002 | 0.10 |

9

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001        Invoice No. 40338824        08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/09/10 | Review agenda for 7/14 hearing and Conference with D. Bowman re: coverage for same | EMORT | B002 | 0.30 |
| 07/12/10 | Review and file July 14, 2010 hearing agenda and amended agenda | DBOWM | B002 | 0.20 |
| 07/12/10 | Telephone to Judge Walrath's Chambers re: July 14, 2010 hearing | DBOWM | B002 | 0.10 |
| 07/12/10 | Update (.2) and finalize for filing and coordinate service (.3) of agenda of matters scheduled for hearing on July 14, 2010 | TBOLL | B002 | 0.50 |
| 07/12/10 | Prepare (.1) and finalize for filing (.2) notice of amended agenda of matters regarding hearing scheduled for July 14, 2010 | TBOLL | B002 | 0.30 |
| 07/12/10 | Prepare and finalize for filing second amended agenda of matters scheduled for hearing on July 14, 2010 | TBOLL | B002 | 0.30 |
| 07/27/10 | Prepare and finalize for filing certification of counsel regarding scheduling of omnibus hearing dates | TBOLL | B002 | 0.30 |
| | Sub Total | | | 21.30 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/01/10 | Several e-mails from co-counsel (K. Mills) and M. Mortimer re: Fee Letter Seal Order | DBOWM | B003 | 0.30 |
| | Sub Total | | | 0.30 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/30/10 | E-mails to/from co-counsel (B. Guzina) and Huron (B. Johnson) re: June 2010 Monthly Operating Reports and Post-Confirmation Report | DBOWM | B004 | 0.20 |
| 07/30/10 | Review and file June 2010 Monthly Operating Reports | DBOWM | B004 | 0.40 |

10

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
File No. 069152.1001        Invoice No. 40338824        08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/30/10 | Finalize for filing and coordinate service of monthly operating report for June 2010 | TBOLL | B004 | 0.30 |
| | Sub Total | | | 0.90 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/01/10 | E-mail from and response to co-counsel (B. Guzina) re: proposed Separation Agreements for Robert Ostendorf and Dale Parker and proposed Notices of same | DBOWM | B005 | 0.40 |
| 07/01/10 | Correspondence from and to B. Guzina re: separation agreements for certain executives (.4); Review and comment on notice (.1) | EMORT | B005 | 0.50 |
| | Sub Total | | | 0.90 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/07/10 | Review Alro Steel response to First Omnibus Claim Objection | DBOWM | B007 | 0.20 |
| 07/08/10 | E-mail from co-counsel (J. Ludwig) re: Notice of Satisfaction | DBOWM | B007 | 0.20 |
| 07/08/10 | E-mail from co-counsel (J. Ludwig) re: Second Omnibus Substantive Objection | DBOWM | B007 | 0.20 |
| 07/08/10 | Review and Revise Notice of Satisfied Claims | KENOS | B007 | 0.30 |
| 07/08/10 | Exchange emails with co-counsel (3x) re: Notices of Satisfaction | KENOS | B007 | 0.20 |
| 07/09/10 | Review Alro Steel response to First Omnibus Claim Objection and follow-up e-mail to J. Ludwig concerning same | DBOWM | B007 | 0.20 |
| 07/09/10 | Review and revise Second Omnibus Objection to Claims | KENOS | B007 | 0.40 |
| 07/09/10 | Review and finalize Notice of Satisfaction and Exhibits thereto | KENOS | B007 | 0.20 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001      Invoice No. 40338824      08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/09/10 | Assist co-counsel with preparation and filing of First Omnibus Objection | KENOS | B007 | 3.30 |
| 07/09/10 | Exchange emails with co-counsel re: First Omnibus Objection to Claims | KENOS | B007 | 0.20 |
| 07/09/10 | Finalize for filing and coordinate service of first notice of satisfied claims | TBOLL | B007 | 0.20 |
| 07/12/10 | Draft Certificate of Counsel re: Order Sustaining first Omnibus Claim Objection | DBOWM | B007 | 0.40 |
| 07/12/10 | Finalize for filing and coordinate service of certification of counsel re: first omnibus objection to claims | TBOLL | B007 | 0.30 |
| 07/13/10 | Exchange emails with co-counsel re: claims reconciliation | KENOS | B007 | 0.10 |
| 07/13/10 | Assist co-counsel with preparation of 9019 Claims Settlement Motions | KENOS | B007 | 0.30 |
| 07/14/10 | Assist co-counsel with preparation of 9019 Claims Settlement Motions | KENOS | B007 | 0.30 |
| 07/16/10 | Exchange emails with co-counsel re: claim objections and notices of satisfaction | KENOS | B007 | 0.20 |
| 07/19/10 | Telephone from Alro Steel re: First Omnibus Claim Objection | DBOWM | B007 | 0.30 |
| 07/21/10 | E-mail from D. Rosenblum (Ohio Department of Taxation) re: First Notice of Satisfaction | DBOWM | B007 | 0.20 |
| 07/22/10 | Review draft Stipulation with WE Energies Resolving certain claims (.3) and send e-mail to co-counsel (J. Ludwig) (.1) | DBOWM | B007 | 0.40 |
| 07/26/10 | E-mails from and to J. Ludwig re: Third and Fourth Omnibus Claim Objections | DBOWM | B007 | 0.20 |
| 07/26/10 | E-mails from B. Anderson (Huron Consulting) and J. Ludwig (co-counsel) re: WE Energies Stipulation resolving claim and review draft of same | DBOWM | B007 | 0.40 |
| 07/26/10 | Assist co-counsel with preparation of 3rd and 4th Omnibus Objections | KENOS | B007 | 1.10 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001              Invoice No. 40338824                                    08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/27/10 | E-mail from J. Ludwig re: Fourth Omnibus Claim Objection and review of same | DBOWM | B007 | 0.40 |
| 07/27/10 | Assist co-counsel with preparation and filing of 3rd Omnibus Objection | KENOS | B007 | 0.80 |
| 07/27/10 | Assist co-counsel with preparation and filing of 4th Omnibus Objection | KENOS | B007 | 0.40 |
| 07/27/10 | Exchange emails with co-counsel re: preparation of 3rd and 4th Omnibus Objections | KENOS | B007 | 0.10 |
| 07/27/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of third omnibus objection to claims | TBOLL | B007 | 0.40 |
| 07/27/10 | Prepare notice (.1) and finalize for filing and coordinate service (.2) of fourth omnibus objection to claims | TBOLL | B007 | 0.30 |
| 07/28/10 | Exchange emails (3x) with co-counsel re: claims reconciliation process | KENOS | B007 | 0.20 |
| 07/28/10 | Prepare (.1) and finalize for filing (.2) of notice of submission of copies of proofs of claim regarding second omnibus objection to claims | TBOLL | B007 | 0.30 |
| 07/29/10 | Review, Revise and Finalize 2nd Notice of Satisfaction | KENOS | B007 | 0.30 |
| 07/29/10 | Meeting with E. Morton re: Claims Objection Deadline | KENOS | B007 | 0.20 |
| 07/29/10 | Exchange emails with co-counsel re: Notice of Satisfaction | KENOS | B007 | 0.10 |
| 07/30/10 | Review and file Second Notice of Satisfied Claims | DBOWM | B007 | 0.30 |
| 07/30/10 | Finalize for filing and coordinate service of second notice of satisfied claims | TBOLL | B007 | 0.30 |
| | Sub Total | | | 13.90 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/01/10 | Finalize for filing pleadings regarding plan confirmation hearing on July 6, 2010 | TBOLL | B011 | 1.00 |

13

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Neenah Foundry Company
File No. 069152.1001          Invoice No. 40338824          08-30-2010

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
|      | Sub Total   |          |           | 1.00 |

| Date | Description | Attorney | Task Code | Time |
|------|-------------|----------|-----------|------|
| 06/30/10 | Correspondence from and to B. Guzina re: exit facility issues (.2); Teleconference with B. Guzina re: same (.2) | EMORT | B012 | 0.40 |
| 06/30/10 | Exchange emails with co-counsel (3x) and Whiting counsel (4x) re: proposed confirmation order | KENOS | B012 | 0.20 |
| 07/01/10 | E-mail from co-counsel (B. Guzina) re: revised Confirmation Order | DBOWM | B012 | 0.60 |
| 07/01/10 | Draft Notice of Filing of Proposed Confirmation Order | DBOWM | B012 | 0.40 |
| 07/01/10 | Finalize and file Notice of Ostendorf and Dale Separation Agreements (.3); Ostendorf, Caruso and Antinelli Affidavits in Support of Confirmation (.4); Stein Declaration Regarding Vote Tabulation (.2); Confirmation Brief (.7) | DBOWM | B012 | 1.60 |
| 07/01/10 | Correspondence from and to co-counsel and lenders re: exit facility fee letters (.5); Teleconference with K. Mills re: same (.3) | EMORT | B012 | 0.80 |
| 07/01/10 | Brief initial review of affidavits in support of confirmation and confirmation order | EMORT | B012 | 0.80 |
| 07/01/10 | Teleconference with B. Guzina re: exit facility and confirmation issues (.2); Correspondence from and to B. Guzina re: same (.3) | EMORT | B012 | 0.50 |
| 07/01/10 | Exchange emails with co-counsel (4x) re: preparation for Confirmation Hearing | KENOS | B012 | 0.20 |
| 07/02/10 | Correspondence from and to K. Mills re: exit facility content letters (.2); Telephone to UST re: same (.1) | EMORT | B012 | 0.30 |
| 07/03/10 | Review Disclosure Statement, Plan, Plan Supplement and related documents in preparation for confirmation Hearing | DBOWM | B012 | 3.10 |

14

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company  
File No. 069152.1001         Invoice No. 40338824                  08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/05/10 | Finalize Assumption Order, Seal Order and Confirmation Order; and prepare and compile relevant documents necessary for Confirmation Hearing | DBOWM | B012 | 1.70 |
| 07/06/10 | Revise Confirmation Order | DBOWM | B012 | 0.80 |
| 07/06/10 | Review confirmation brief and draft order; conference with E. Morton re: preparation and strategy for hearing on plan confirmation; conference with E. Morton re: hearing results | RBRAD | B012 | 1.40 |
| 07/16/10 | Review and file Notice of Confirmation Order | DBOWM | B012 | 0.30 |
| 07/19/10 | Telephone from Timothy Chen re: Effective Date of Plan | DBOWM | B012 | 0.10 |
| 07/19/10 | Conference with K. Enos re: status of Effective Date (.2); Conference with D. Bowman re: same (.1) | EMORT | B012 | 0.30 |
| 07/22/10 | Teleconference with J. Langdon re: corporate stock question (.1); Correspondence from and to J. Langdon re: same (.2) | EMORT | B012 | 0.30 |
| 07/23/10 | Memo from E. Morton re: stock certificates | JHUGH | B012 | 0.10 |
| 07/23/10 | Follow up emails on analysis of charter and stock certificates | JHUGH | B012 | 0.30 |
| 07/23/10 | Review statutes re: charter and stock certificates | JHUGH | B012 | 0.40 |
| 07/23/10 | Memo to E. Morton and Sidley re: charter | JHUGH | B012 | 0.30 |
| 07/26/10 | E-mail from L. Peterson (Ernst & Young counsel) re: Effective Date | DBOWM | B012 | 0.10 |
| 07/26/10 | Exchange emails (5x) with co-counsel re: Effective Date and claims objection issues | KENOS | B012 | 0.20 |
| 07/29/10 | Numerous correspondence with co-counsel, D. Bowman and K. Enos re: effective date issues (.7); Conference with D. Bowman (.2); Teleconference with B. Guzina (.2) | EMORT | B012 | 1.10 |
| 07/30/10 | Review and file Notice of Effective Date | DBOWM | B012 | 0.20 |
| 07/30/10 | Conference with D. Bowman and K. Enos re: post-effective date issues | EMORT | B012 | 0.30 |

15

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001              Invoice No. 40338824                      08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/30/10 | Correspondence from B. Guzina re: effective date | EMORT | B012 | 0.10 |
| | Sub Total | | | 16.90 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 06/30/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to third monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 06/30/10 | Prepare (.1) and finalize for filing (.2) certificate of no objection to third monthly fee application of Rothschild Inc. | TBOLL | B017 | 0.30 |
| 07/07/10 | Correspondence from and to Rothschild and B. Guzina re: success fee payment issued | EMORT | B017 | 0.20 |
| 07/09/10 | Prepare notice (.1) and finalize for filing and coordinate service (.3) of fourth monthly fee application of Sidley Austin | TBOLL | B017 | 0.40 |
| 07/12/10 | Correspondence from and to B. Guzina re: real estate appraisal issues | EMORT | B017 | 0.20 |
| 07/12/10 | Scan and e-file certificate of no objection re: fourth application of Ernst & Young LLP | KRIDD | B017 | 0.20 |
| 07/12/10 | Scan and e-file certificate of no objection re: fourth application of Huron Consulting | KRIDD | B017 | 0.20 |
| 07/12/10 | Prepare and finalize for filing certificate of no objection to fourth monthly fee application of Ernst & Young | TBOLL | B017 | 0.20 |
| 07/12/10 | Prepare and finalize filing certificate of no objection to fourth monthly fee application of Huron Consulting Group | TBOLL | B017 | 0.20 |
| 07/13/10 | Review CNO re: Ernst & Young and Huron consulting May Fee Applications | DBOWM | B017 | 0.20 |
| 07/21/10 | Review CNO re: Sidley Austin's May 2010 Fee Application | DBOWM | B017 | 0.10 |
| 07/23/10 | Exchange emails with Huron re: fee application preparations | KENOS | B017 | 0.10 |

16

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
File No. 069152.1001      Invoice No. 40338824      08-30-2010

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/28/10 | Prepare (.1) and finalize for filing certificate of no objection regarding fourth monthly fee application of YCST | TBOLL | B017 | 0.30 |
| 07/30/10 | Review, Revise and Finalize Huron May Fee Application | KENOS | B017 | 0.20 |
| 07/30/10 | Prepare notice (.1) and finalize for filing and coordinate service (.2) of fifth monthly fee application of Sidley Austin | TBOLL | B017 | 0.30 |
| | Sub Total | | | 3.40 |

| Date | Description | Attorney | Task Code | Time |
|---|---|---|---|---|
| 07/09/10 | Work on May fee application | EMORT | B018 | 0.30 |
| 07/12/10 | Review and provide comments on fee application detail for May 2010 Fee Application | DBOWM | B018 | 0.70 |
| 07/13/10 | Prepare fourth monthly fee application of YCST | TBOLL | B018 | 0.60 |
| 07/14/10 | Review May 2010 YCST Fee Application | DBOWM | B018 | 0.40 |
| 07/14/10 | Finalize for filing and coordinate service of fourth monthly fee application of YCST | TBOLL | B018 | 0.40 |
| 07/28/10 | Review CNO re: Fourth YCST Fee Application | DBOWM | B018 | 0.10 |
| | Sub Total | | | 2.50 |

17