# EXHIBIT B

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neenah Foundry Company
Billing Period Through July 31, 2010

### AGGREGATE ITEMIZED DISBURSEMENTS

| Description | Amount |
|---|---:|
| Reproduction Charges | 1,684.00 |
| Long Distance Telephone | 11.70 |
| Federal Express | 12.00 |
| Filing Fee | 26.00 |
| Delivery / Courier | 117.50 |
| Car/Bus/Subway Travel | 83.20 |
| Working Meals | 47.50 |
| Certified Court Documents | 142.50 |
| Postage | 14.97 |
| Total Disbursements: | $2,139.37 |

UNBILLED EXPENSE DETAILS THROUGH 07/31/2010

UNBILLED EXPENSES

MATTER: 069152.1001   Debtor Representation - Neenah Foundry Company

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/10 | 053 | 3431970 | 127753 | | JPAT/Delivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B |
| | | | | | VENDOR NAME: Parcels, Inc. - D.D.R. | | | | |
| 06/30/10 | S001 | 3412216 | | | KRIDD/Photocopy Charges 0971 0971 | 0.20 | 0.10 | | B |

```
CONTROL:  440818                          Young, Conaway, Stargatt and Taylor              Page 26 (26)
                                          PROFORMA BILLING WORKSHEET                       RUN: 08/30/10
                                          FOR BILLING PROFORMA NUMBER  189801              TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company     MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                       (Continued)
```

| UNBILLED EXPENSES | | | | | | | STATUS |
|---|---|---|---|---|---|---|---|
| DATE | EXPENSE CODE | INDEX NO. | CHECK # INVOICE | ORIG DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT BNC B/O H X BNP |
| 06/30/10 | S001 | VENDOR NAME: 3412217 | | KRIDDPhotocopy Charges 0971 0971 | 23.20 | 11.60 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412218 | | KRIDDPhotocopy Charges 0971 0971 | 35.60 | 17.80 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412219 | | KRIDDPhotocopy Charges 0971 0971 | 13.20 | 6.60 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412220 | | KRIDDPhotocopy Charges 0971 0971 | 35.40 | 17.70 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412221 | | KRIDDPhotocopy Charges 0971 0971 | 0.40 | 0.20 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412222 | | KRIDDPhotocopy Charges 0971 0971 | 0.40 | 0.20 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412223 | | KRIDDPhotocopy Charges 0971 0971 | 0.60 | 0.30 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412224 | | KRIDDPhotocopy Charges 0971 0971 | 42.20 | 21.10 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412225 | | KRIDDPhotocopy Charges 0971 0971 | 0.80 | 0.40 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412226 | | KRIDDPhotocopy Charges 0971 0971 | 5.00 | 2.50 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412227 | | KRIDDPhotocopy Charges 0971 0971 | 1.40 | 0.70 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412228 | | KRIDDPhotocopy Charges 0971 0971 | 0.80 | 0.40 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412229 | | KRIDDPhotocopy Charges 0971 0971 | 0.60 | 0.30 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412230 | | KRIDDPhotocopy Charges 0971 0971 | 2.40 | 1.20 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412231 | | KRIDDPhotocopy Charges 0971 0971 | 1.60 | 0.80 | | B |
| 06/30/10 | S001 | VENDOR NAME: 3412232 | | TBOLLPhotocopy Charges | 4.00 | 2.00 | | B |

```
CONTROL:  440818                          Young, Conaway, Stargatt and Taylor            Page 27 (27)
                                          PROFORMA BILLING WORKSHEET                     RUN: 08/30/10
                                      FOR BILLING PROFORMA NUMBER  189801                TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company    MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                    (Continued)
UNBILLED EXPENSES
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/10 | S001 | VENDOR NAME: 3412233 | | | 0968 | TBOLLPhotocopy Charges 0968 | 9.00 | 4.50 | | B |
| 06/30/10 | S001SCN | VENDOR NAME: 3412234 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B |
| 06/30/10 | S001SCN | VENDOR NAME: 3412235 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B |
| 07/01/10 | 053 | VENDOR NAME: Parcels, Inc. 3431968 127753 | | | | JPATTDelivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B |
| 07/01/10 | 053 | VENDOR NAME: Parcels, Inc. 3431969 127753 | | | | JPATTDelivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413588 | | | | TBOLLPhotocopy Charges - D.D.R. 0968 0968 | 61.60 | 30.80 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413589 | | | | TBOLLPhotocopy Charges 0968 0968 | 1.60 | 0.80 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413590 | | | | TBOLLPhotocopy Charges 0968 0968 | 11.00 | 5.50 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413591 | | | | TBOLLPhotocopy Charges 0968 0968 | 10.00 | 5.00 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413592 | | | | TBOLLPhotocopy Charges 0968 0968 | 11.00 | 5.50 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413593 | | | | TBOLLPhotocopy Charges 0968 0968 | 7.40 | 3.70 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413594 | | | | TBOLLPhotocopy Charges 0968 0968 | 7.80 | 3.90 | | B |
| 07/01/10 | S001 | VENDOR NAME: 3413595 | | | | TBOLLPhotocopy Charges 0968 0968 | 3.40 | 1.70 | | B |

```
CONTROL:  440818                          Young, Conaway, Stargatt and Taylor               Page 28 (28)
                                          PROFORMA BILLING WORKSHEET                        RUN: 08/30/10
                                          FOR BILLING PROFORMA NUMBER 189801                TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company              MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
        (Continued)
```

| UNBILLED EXPENSES | | | | | | | STATUS |
|---|---|---|---|---|---|---|---|
| DATE | EXPENSE CODE | INDEX NO. CHECK # INVOICE ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT BNC B/O H X BNP |
| 07/01/10 | S001 | 3413596 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 10.40 | 5.20 | | B |
| 07/01/10 | S001 | 3413597 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 1.20 | 0.60 | | B |
| 07/01/10 | S001 | 3413598 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 2.20 | 1.10 | | B |
| 07/01/10 | S001 | 3413599 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 0.60 | 0.30 | | B |
| 07/01/10 | S001 | 3413600 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 7.80 | 3.90 | | B |
| 07/01/10 | S001 | 3413601 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 0.80 | 0.40 | | B |
| 07/01/10 | S001 | 3413602 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 0.40 | 0.20 | | B |
| 07/01/10 | S001 | 3413603 VENDOR NAME: | KRIDDPhotocopy Charges 0971 0971 | 0.20 | 0.10 | | B |
| 07/01/10 | S001 | 3413604 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 11.00 | 5.50 | | B |
| 07/01/10 | S001 | 3413605 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 107.40 | 53.70 | | B |
| 07/01/10 | S001 | 3413606 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 0.40 | 0.20 | | B |
| 07/01/10 | S001 | 3413607 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 1.60 | 0.80 | | B |
| 07/01/10 | S001 | 3413608 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 61.60 | 30.80 | | B |
| 07/01/10 | S001 | 3413609 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 1.00 | 0.50 | | B |
| 07/01/10 | S001 | 3413610 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 42.20 | 21.10 | | B |
| 07/01/10 | S001 | 3413611 VENDOR NAME: | TBOllPhotocopy Charges 0968 0968 | 3.40 | 1.70 | | B |

```
CONTROL:  440818                                    Young, Conaway, Stargatt and Taylor                          Page 29 (29)
                                                     PROFORMA BILLING WORKSHEET                                  RUN: 08/30/10
                                                   FOR BILLING PROFORMA NUMBER  189801                           TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company                              MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                               (Continued)

UNBILLED EXPENSES
  EXPENSE                                                                              RECORDED    BILLING    REVISED   --------- STATUS ---------
DATE       CODE        INDEX NO.     CHECK #  INVOICE ORIG    DESCRIPTION                VALUE      VALUE      VALUE    CURRENT BNC B/O  H  X  BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/10 | S001 | VENDOR NAME: 3413612 | | | TBOLLPhotocopy 0968 | Charges | 10.40 | 5.20 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413613 | | | TBOLLPhotocopy 0968 0968 | Charges | 1.20 | 0.60 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413614 | | | TBOLLPhotocopy 0968 0968 | Charges | 2.20 | 1.10 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413615 | | | TBOLLPhotocopy 0968 0968 | Charges | 0.60 | 0.30 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413616 | | | TBOLLPhotocopy 0968 0968 | Charges | 7.80 | 3.90 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413617 | | | TBOLLPhotocopy 0968 0968 | Charges | 3.60 | 1.80 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413618 | | | TBOLLPhotocopy 0968 | Charges | 0.20 | 0.10 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413619 | | | DBOWMPhotocopy 0820 | Charges | 25.20 | 12.60 | | B | | | | | |
| 07/01/10 | S001 | VENDOR NAME: 3413620 | | | TBOLLPhotocopy 0968 | Charges | 259.60 | 129.80 | | B | | | | | |
| 07/01/10 | S001SCN | VENDOR NAME: 3413621 | | | TBOLLScanning 0968 | Charges | 1.60 | 0.80 | | B | | | | | |
| 07/01/10 | S001SCN | VENDOR NAME: 3413622 | | | TBOLLScanning 0968 | Charges | 1.40 | 0.70 | | B | | | | | |
| 07/01/10 | S001SCN | VENDOR NAME: 3413623 | | | TBOLLScanning 0968 | Charges | 0.40 | 0.20 | | B | | | | | |
| 07/01/10 | S001SCN | VENDOR NAME: 3413624 | | | TBOLLScanning 0968 | Charges | 0.40 | 0.20 | | B | | | | | |
| 07/01/10 | S001SCN | VENDOR NAME: 3413625 | | | TBOLLScanning 0968 | Charges | 10.00 | 5.00 | | B | | | | | |
| 07/01/10 | S001SCN | VENDOR NAME: 3413626 | | | TBOLLScanning 0968 | Charges | 7.80 | 3.90 | | B | | | | | |
| 07/01/10 | S001SCN | VENDOR NAME: 3413627 | | | TBOLLScanning | Charges | 0.40 | 0.20 | | B | | | | | |

```
                                     Young, Conaway, Stargatt and Taylor                     Page 30 (30)
                                        PROFORMA BILLING WORKSHEET                        RUN: 08/30/10
                                    FOR BILLING PROFORMA NUMBER  189801                   TIME: 09:18:12
```

CONTROL: 440818

CLIENT: 069152 Neenah Foundry Company            MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES  (Continued)

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/10 | S001SCN | VENDOR NAME: 3413628 | | | 0968 | TROLLScanning Charges 0968 | 0.40 | 0.20 | | B |
| 07/02/10 | S001 | VENDOR NAME: 3414675 | | | | TROLLPhotocopy Charges 0968 | 522.00 | 261.00 | | B |
| 07/02/10 | S001 | VENDOR NAME: 3414676 | | | | TROLLPhotocopy Charges 0968 0968 | 7.40 | 3.70 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414677 | | | | DBOWMPhotocopy Charges 0820 | 257.60 | 128.80 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414678 | | | | DBOWMPhotocopy Charges 0820 | 223.80 | 111.90 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414679 | | | | DBOWMPhotocopy Charges 0820 | 3.20 | 1.60 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414680 | | | | DBOWMPhotocopy Charges 0820 | 23.20 | 11.60 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414681 | | | | DBOWMPhotocopy Charges 0820 0820 | 11.00 | 5.50 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414682 | | | | DBOWMPhotocopy Charges 0820 0820 | 35.40 | 17.70 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414683 | | | | DBOWMPhotocopy Charges 0820 0820 | 42.20 | 21.10 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414684 | | | | DBOWMPhotocopy Charges 0820 0820 | 10.00 | 5.00 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414685 | | | | DBOWMPhotocopy Charges 0820 0820 | 10.00 | 5.00 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414686 | | | | DBOWMPhotocopy Charges 0820 0820 | 10.00 | 5.00 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414687 | | | | DBOWMPhotocopy Charges 0820 0820 | 11.00 | 5.50 | | B |
| 07/05/10 | S001 | VENDOR NAME: 3414688 | | | | DBOWMPhotocopy Charges 0820 0820 | 11.00 | 5.50 | | B |

```
CONTROL: 440818                      Young, Conaway, Stargatt and Taylor                          Page 31 (31)
                                        PROFORMA BILLING WORKSHEET                              RUN: 08/30/10
                                    FOR BILLING PROFORMA NUMBER  189801                        TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                        (Continued)
UNBILLED EXPENSES
         EXPENSE                                                     RECORDED   BILLING    REVISED  ------- STATUS -------
DATE      CODE   INDEX NO.  CHECK #   INVOICE   ORIG  DESCRIPTION     VALUE      VALUE      VALUE   CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. / CHECK # / INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/05/10 | S001 | 3414689 | | DBOWMPhotocopy Charges 0820 0820 | 11.00 | 5.50 | | B | | | | | |
| 07/06/10 | 053 | VENDOR NAME: 3431856 127753 | | JPATTDelivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B | | | | | |
| 07/06/10 | 053 | VENDOR NAME: Parcels, Inc. 3431857 127753 | - D.D.R. | JPATTDelivery / Courier - From: YCST - To: U.S. Bankruptcy Ct 4, Judge Walrath's Ctro | 22.50 | 22.50 | | B | | | | | |
| 07/06/10 | 053 | VENDOR NAME: Parcels, Inc. 3431858 127753 | - D.D.R. | JPATTDelivery / Courier - From: U.S. Bankruptcy Ct 4, Judge Walrath's Ct - To: YCST | 22.50 | 22.50 | | B | | | | | |
| 07/06/10 | 053 | VENDOR NAME: Parcels, Inc. 3438614 127848 | - D.D.R. | BLAWSDelivery / Courier - From: Sugarfoot - To: Young Conaway Stargatt & Taylor | 27.50 | 27.50 | | B | | | | | |
| 07/06/10 | S001 | VENDOR NAME: Parcels, Inc. 3416020 | - D.D.R. | TBOLLPhotocopy Charges 0968 | 44.40 | 22.20 | | B | | | | | |
| 07/06/10 | S001 | VENDOR NAME: 3416021 | | DBOWMPhotocopy Charges 0820 | 32.00 | 16.00 | | B | | | | | |
| 07/06/10 | S001 | VENDOR NAME: 3416022 | | DBOWMPhotocopy Charges 0820 | 318.40 | 159.20 | | B | | | | | |
| 07/06/10 | S001 | VENDOR NAME: 3416023 | | VLODGPhotocopy Charges 0963 | 37.60 | 18.80 | | B | | | | | |
| 07/06/10 | S001 | VENDOR NAME: 3416024 | | TBOLLPhotocopy Charges 0968 | 79.60 | 39.80 | | B | | | | | |
| 07/06/10 | S001 | VENDOR NAME: 3416025 | | DBOWMPhotocopy Charges 0820 | 4.20 | 2.10 | | B | | | | | |
| | | VENDOR NAME: | | | | | | | | | | | |

```
CONTROL:    440818                          Young, Conaway, Stargatt and Taylor                      Page 32 (32)
                                            PROFORMA BILLING WORKSHEET                               RUN: 08/30/10
                                            FOR BILLING PROFORMA NUMBER    189801                    TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company       MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                                                    (Continued)

UNBILLED EXPENSES
         EXPENSE                                                              RECORDED   BILLING   REVISED   ------ STATUS ------
DATE     CODE      INDEX NO.   CHECK #   INVOICE   ORIG    DESCRIPTION         VALUE      VALUE    VALUE    CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/10 | S001 | 3416026 | VENDOR NAME: | | TBOLL | Photocopy Charges 0968 0968 | 7.40 | 3.70 | | B | | | | | |
| 07/06/10 | S001 | 3416027 | VENDOR NAME: | | BLAWS | Photocopy Charges 1012 1012 | 44.00 | 22.00 | | B | | | | | |
| 07/06/10 | S001 | 3416028 | VENDOR NAME: | | BLAWS | Photocopy Charges 1012 1012 | 92.80 | 46.40 | | B | | | | | |
| 07/06/10 | S001 | 3416029 | VENDOR NAME: | | DBOWM | Photocopy Charges 0820 0820 | 35.00 | 17.50 | | B | | | | | |
| 07/06/10 | S001 | 3416030 | VENDOR NAME: | | TBOLL | Photocopy Charges 0968 0968 | 25.60 | 12.80 | | B | | | | | |
| 07/06/10 | S001 | 3416031 | VENDOR NAME: | | TBOLL | Photocopy Charges 0968 0968 | 7.40 | 3.70 | | B | | | | | |
| 07/06/10 | S001 | 3416032 | VENDOR NAME: | | DBOWM | Photocopy Charges 0820 0820 | 10.20 | 5.10 | | B | | | | | |
| 07/06/10 | S001 | 3416033 | VENDOR NAME: | | DBOWM | Photocopy Charges 0820 0820 | 10.20 | 5.10 | | B | | | | | |
| 07/06/10 | S001 | 3416034 | VENDOR NAME: | | DBOWM | Photocopy Charges 0820 0820 | 20.40 | 10.20 | | B | | | | | |
| 07/06/10 | S001 | 3416035 | VENDOR NAME: | | DBOWM | Photocopy Charges 0820 0820 | 10.20 | 5.10 | | B | | | | | |
| 07/06/10 | S001 | 3416036 | VENDOR NAME: | | BLAWS | Photocopy Charges 1012 1012 | 106.00 | 53.00 | | B | | | | | |
| 07/06/10 | S001 | 3416037 | VENDOR NAME: | | BLAWS | Photocopy Charges 1012 1012 | 21.20 | 10.60 | | B | | | | | |
| 07/06/10 | S001 | 3416038 | VENDOR NAME: | | BLAWS | Photocopy Charges 1012 1012 | 6.60 | 3.30 | | B | | | | | |
| 07/06/10 | S001 | 3416039 | VENDOR NAME: | | TBOLL | Photocopy Charges 0968 0968 | 1.20 | 0.60 | | B | | | | | |
| 07/06/10 | S001 | 3416040 | VENDOR NAME: | | TBOLL | Photocopy Charges 0968 0968 | 1.40 | 0.70 | | B | | | | | |
| 07/06/10 | S001 | 3416041 | VENDOR NAME: | | ACOLS | Photocopy Charges 0588 0588 | 7.80 | 3.90 | | B | | | | | |

```
CONTROL: 440818                      Young, Conaway, Stargatt and Taylor              Page 33 (33)
                                     PROFORMA BILLING WORKSHEET                       RUN: 08/30/10
                                     FOR BILLING PROFORMA NUMBER  189801              TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                                 (Continued)
```

UNBILLED EXPENSES

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | STATUS CURRENT BNC B/O H X BNP |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/10 | S003 | VENDOR NAME: 3416042 | | | | EMORTLong Distance Telephone 1(973)495-4107 3258 | 1.38 | 1.38 | | B |
| 07/06/10 | S003 | VENDOR NAME: 3416043 | | | | EMORTLong Distance Telephone 1(212)839-5342 3258 | 2.06 | 2.06 | | B |
| 07/06/10 | S003 | VENDOR NAME: 3418355 | | | | EMORTLong Distance Telephone 1(847)251-7473 3247 | 0.69 | 0.69 | | B |
| 07/09/10 | S001 | VENDOR NAME: 3419918 | | | | TBOLLPhotocopy Charges 0968 | 69.20 | 34.60 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419919 | | | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419920 | | | | TBOLLScanning Charges 0968 | 0.80 | 0.40 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419921 | | | | TBOLLScanning Charges 0968 | 2.40 | 1.20 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419922 | | | | TBOLLScanning Charges 0968 | 11.00 | 5.50 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419923 | | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419924 | | | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419925 | | | | TBOLLScanning Charges 0968 | 2.00 | 1.00 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419926 | | | | TBOLLScanning Charges 0968 | 2.00 | 1.00 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419927 | | | | TBOLLScanning Charges 0968 | 1.00 | 0.50 | | B |
| 07/09/10 | S001SCN | VENDOR NAME: 3419928 | | | | TBOLLScanning Charges | 0.40 | 0.20 | | B |

```
CONTROL:    440818                                Young, Conaway, Stargatt and Taylor                        Page 34 (34)
                                                  PROFORMA BILLING WORKSHEET                              RUN: 08/30/10
                                                  FOR BILLING PROFORMA NUMBER  189801                    TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company             MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES            (Continued)
           EXPENSE                                                                RECORDED    BILLING    REVISED   ------- STATUS --------
DATE       CODE     INDEX NO.  CHECK #  INVOICE    ORIG  DESCRIPTION               VALUE       VALUE      VALUE    CURRENT  BNC B/O H X BNP

07/09/10   S001SCN  VENDOR NAME:                         0968
                    3419929                              TBOLLScanning Charges       1.00       0.50               B
07/09/10   S001SCN  VENDOR NAME:
                    3419930                              TBOLLScanning Charges       0.80       0.40               B
07/09/10   S001SCN  VENDOR NAME:
                    3419931                              TBOLLScanning Charges       3.00       1.50               B
07/09/10   S002     VENDOR NAME:
                    3426053                              TBOLLPostage Postage        5.19       5.19               B
07/09/10   053      VENDOR NAME:                         JPATTDelivery /
                    3438675   127848                       Courier - From:
                                                           YCST - To: Chief
                                                           Judge Mary F.
                                                           Walrath                   7.50       7.50               B
07/12/10   S001     VENDOR NAME: Parcels, Inc. - D.D.R.
                    3420881                              EMORTPhotocopy Charges
                                                         0425                        1.00       0.50               B
07/12/10   S001     VENDOR NAME:
                    3420882                              TBOLLPhotocopy Charges
                                                         0968 0968                  13.20       6.60               B
07/12/10   S001     VENDOR NAME:
                    3420883                              TBOLLPhotocopy Charges
                                                         0968 0968                   2.80       1.40               B
07/12/10   S001     VENDOR NAME:
                    3420884                              TBOLLPhotocopy Charges
                                                         0968 0968                   3.80       1.90               B
07/12/10   S001SCN  VENDOR NAME:
                    3420885                              TBOLLScanning Charges
                                                         0968                        0.40       0.20               B
07/12/10   S001SCN  VENDOR NAME:
                    3420886                              TBOLLScanning Charges
                                                         0968                        3.40       1.70               B
07/14/10   S001     VENDOR NAME:
                    3423473                              TBOLLPhotocopy Charges
                                                         0968                       39.20      19.60               B
07/14/10   S001     VENDOR NAME:
                    3423474                              TBOLLPhotocopy Charges
                                                         0968 0968                   7.80       3.90               B
07/14/10   S001SCN  VENDOR NAME:
                    3423475                              TBOLLScanning Charges
                                                         0968                        7.80       3.90               B
07/14/10   S002     VENDOR NAME:
                    3426092                              TBOLLPostage Postage        4.08       4.08               B
```

```
CONTROL: 440818                   Young, Conaway, Stargatt and Taylor                      Page 35 (35)
                                  PROFORMA BILLING WORKSHEET                               RUN: 08/30/10
                                  FOR BILLING PROFORMA NUMBER  189801                      TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company          MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company

UNBILLED EXPENSES  (Continued)
         EXPENSE                                                           RECORDED   BILLING   REVISED   -------- STATUS --------
DATE     CODE     INDEX NO.  CHECK #  INVOICE    ORIG  DESCRIPTION         VALUE      VALUE     VALUE     CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | CHECK # | INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/10 | 004 | VENDOR NAME: 3431081 | | 127678 | EMORT | Federal Express -- FEDERAL EXPRESS - Jilliam Ludwig CHICAGO, IL | 12.00 | 12.00 | | B | | | | | |
| 07/15/10 | 105 | VENDOR NAME: Federal Express Corporation 3466086 | | | TBOLL | Certified Court Documents - From: 60rtified copyof of 324 and 610 from cap - To: 258417 | 142.50 | 142.50 | | B | | | | | |
| 07/15/10 | S001SCN | VENDOR NAME: 3425059 | | | TBOLL | Scanning Charges 0968 | 11.00 | 5.50 | | B | | | | | |
| 07/15/10 | S001SCN | VENDOR NAME: 3425060 | | | TBOLL | Scanning Charges 0968 | 21.20 | 10.60 | | B | | | | | |
| 07/16/10 | 096 | VENDOR NAME: Sugarfoot Fine Food 3424441 | | 127526 | DBOW | Working Meals - Payee: Sugarfoot Fine Food Breakfast for five for Neenah hearing | 47.50 | 47.50 | | B | | | | | |
| 07/16/10 | S001SCN | VENDOR NAME: 3426870 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/16/10 | S001SCN | VENDOR NAME: 3426871 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/19/10 | S001SCN | VENDOR NAME: 3427978 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/19/10 | S001SCN | VENDOR NAME: 3427979 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/21/10 | S001SCN | VENDOR NAME: 3429676 | | | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/21/10 | S003 | VENDOR NAME: 3429677 | | | EMORT | Long Distance Telephone 1(212)896-2841 5033 | 0.69 | 0.69 | | B | | | | | |
| 07/23/10 | 011 | VENDOR NAME: 3431764 | | 127714 | RBRAD | Filing Fee - | 26.00 | 26.00 | | B | | | | | |

```
CONTROL:  440818                          Young, Conaway, Stargatt and Taylor                    Page 36 (36)
                                          PROFORMA BILLING WORKSHEET                             RUN: 08/30/10
                                       FOR BILLING PROFORMA NUMBER   189801                      TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company              MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                                     (Continued)

UNBILLED EXPENSES
  EXPENSE                                                                       RECORDED   BILLING   REVISED   ------- STATUS -------
DATE       CODE    INDEX NO. CHECK # INVOICE  ORIG  DESCRIPTION                 VALUE      VALUE     VALUE     CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. CHECK # INVOICE | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/10 | S001 | VENDOR NAME: American Express (MAIN) 3433155 | DBOWM | Photocopy Charges | 0.40 | 0.20 | | B | | | | | |
| 07/27/10 | 087 | VENDOR NAME: 3433798 127767 | EMORT | Car/Bus/Subway Travel - Payee: The Limo Exchange, Inc. Transportation for co-counsel from YCST offices to Philadelphia Airport after court hearing | 83.20 | 83.20 | | B | | | | | |
| 07/27/10 | S001 | VENDOR NAME: The Limo Exchange, Inc. 3434201 | BGAFP | Photocopy Charges 0960 | 10.80 | 5.40 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434202 | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434203 | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434204 | TBOLL | Scanning Charges 0968 | 1.80 | 0.90 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434205 | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434206 | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434207 | TBOLL | Scanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434208 | TBOLL | Scanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434209 | TBOLL | Scanning Charges 0968 | 2.20 | 1.10 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434210 | TBOLL | Scanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434211 | TBOLL | Scanning Charges | 1.60 | 0.80 | | B | | | | | |

```
CONTROL:   440818                          Young, Conaway, Stargatt and Taylor                      Page 37 (37)
                                           PROFORMA BILLING WORKSHEET                               RUN: 08/30/10
                                           FOR BILLING PROFORMA NUMBER  189801                     TIME: 09:18:12

CLIENT: 069152 Neenah Foundry Company                         MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
UNBILLED EXPENSES       (Continued)
                                                                                                                      STATUS
         EXPENSE                                                                    RECORDED    BILLING   REVISED  -------------------
DATE     CODE     INDEX NO.  CHECK #   INVOICE   ORIG  DESCRIPTION                   VALUE      VALUE     VALUE    CURRENT BNC B/O H X BNP
```

| DATE | EXPENSE CODE | INDEX NO. | | ORIG | DESCRIPTION | RECORDED VALUE | BILLING VALUE | REVISED VALUE | CURRENT | BNC | B/O | H | X | BNP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/10 | S001SCN | VENDOR NAME: 3434212 | | 0968 | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434213 | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434214 | | | TBOLLScanning Charges 0968 | 0.80 | 0.40 | | B | | | | | |
| 07/27/10 | S001SCN | VENDOR NAME: 3434215 | | | TBOLLScanning Charges 0968 | 1.40 | 0.70 | | B | | | | | |
| 07/28/10 | 053 | VENDOR NAME: 3466135 | | | JPATTDelivery / Courier - From: YCST - To: Chief Judge Mary F. Walrath | 7.50 | 7.50 | | B | | | | | |
| 07/29/10 | S003 | VENDOR NAME: 3444215 | | | EMORTLong Distance Telephone 1(312)853-7323 6637 - D.D.R. | 6.88 | 6.88 | | B | | | | | |
| 07/30/10 | S001 | VENDOR NAME: 3440417 | | | TBOLLPhotocopy Charges 0968 | 17.20 | 8.60 | | B | | | | | |
| 07/30/10 | S001 | VENDOR NAME: 3440418 | | | TBOLLPhotocopy Charges 0968 | 86.20 | 43.10 | | B | | | | | |
| 07/30/10 | S001 | VENDOR NAME: 3440419 | | | TBOLLPhotocopy Charges 0968 0968 | 9.00 | 4.50 | | B | | | | | |
| 07/30/10 | S001 | VENDOR NAME: 3440420 | | | TBOLLPhotocopy Charges 0968 0968 | 14.20 | 7.10 | | B | | | | | |
| 07/30/10 | S001SCN | VENDOR NAME: 3440421 | | | TBOLLScanning Charges 0968 | 0.60 | 0.30 | | B | | | | | |
| 07/30/10 | S001SCN | VENDOR NAME: 3440422 | | | TBOLLScanning Charges 0968 | 1.60 | 0.80 | | B | | | | | |
| 07/30/10 | S001SCN | VENDOR NAME: 3440423 | | | TBOLLScanning Charges 0968 | 0.40 | 0.20 | | B | | | | | |
| 07/30/10 | S001SCN | VENDOR NAME: 3440424 | | | TBOLLScanning Charges | 2.40 | 1.20 | | B | | | | | |

```
                                    Young, Conaway, Stargatt and Taylor          Page 38 (38)
                                       PROFORMA BILLING WORKSHEET                RUN: 08/30/10
                                   FOR BILLING PROFORMA NUMBER 189801            TIME: 09:18:12

CONTROL:  440818

CLIENT: 069152 Neenah Foundry Company         MATTER: 069152.1001 Debtor Representation - Neenah Foundry Company
                                                      189801
                               (Continued)
UNBILLED EXPENSES
    EXPENSE                                                       RECORDED    BILLING   REVISED   ------- STATUS -------
DATE  CODE    INDEX NO.   CHECK #   INVOICE    ORIG  DESCRIPTION    VALUE      VALUE     VALUE    CURRENT  BNC  B/0  H  X  BNP

07/30/10 S001SCN   3440425                     0968
          VENDOR NAME:                               TBOLLScanning Charges   14.40       7.20              B
                                                                                                                
07/30/10 S002     3443570                                                                                        
          VENDOR NAME:                               TBOLLPostage Postage     6.70       5.70              B
                                                                         _____  _____
INCLUDED EXPENSES FOR MATTER: 069152.1001                                  3,823.37   2,139.37
EXCLUDED EXPENSES (Expenses on Hold)                                           0.00       0.00
EXPENSES AFTER CUTOFF DATE                                                             840.17

STATUS CODE LEGEND
 B   Billable                        H   Expense on Hold (Excluded)          NB   Non-Billable
 BNC Bill - No Charge                X   Excluded from Instruction           BNP  Expense will not show on Statement
 B/O Billable - reduce value to "0"


                      EXPENSE CODE SUMMARY

EXPENSE CODE       DESCRIPTION                   RECORDED VALUE    BILLING VALUE
   004             Federal Express                    12.00           12.00
   011             Filing Fee                         26.00           26.00
   053             Delivery / Courier                117.50          117.50
   087             Car/Bus/Subway Travel              83.20           83.20
   096             Working Meals                      47.50           47.50
   105             Certified Court Documents         142.50          142.50
   S001            Photocopy Charges               3,240.80        1,620.40
   S001SCN         Scanning Charges                  127.20           63.60
   S002            Postage                            14.97           14.97
   S003            Long Distance Telephone            11.70           11.70
                                                 _____      _____
                   EXPENSE TOTAL                   3,823.37        2,139.37
                                                 ===========      ===========
TOTAL EXPENSES FOR INSTRUCTION:   189801           3,823.37        2,139.37
```