# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## FINAL APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS AUDIT AND TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD <u>FROM FEBRUARY 3, 2010 THROUGH JULY 29, 2010</u>

| | |
|---|---|
| Name of Applicant: | Ernst & Young, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 8, 2010 (*Nunc Pro Tunc* to February 3, 2010) |
| Period for which compensation and reimbursement are sought: | February 3, 2010 through July 29, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $667,486.92 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $8,633.07 |

This is a(n): __ __ monthly _____ interim __X__ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

CHIC_4989008.1

## PRIOR FEE APPLICATIONS FILED:

| Date Filed | Period Covered | Requested | | Approved (Through Filing of CNO) | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80% of Requested Fees) | Expenses |
| 4/15/2010 | 2/3/2010 – 2/28/2010 | $50,188.00 | $21.00 | $40,150.40 | $21.00 |
| 5/12/2010 | 3/1/2010 – 3/31/2010 | $62,505.00 | $71.50 | $50,004.00 | $71.50 |
| 6/1/2010 | 4/1/2010 – 4/30/2010 | $170,960.00 | $79.00 | $136,768.00 | $79.00 |
| 6/28/2010 | 5/1/2010 – 5/31/2010 | $107,179.47 | $388.40 | $85,743.58 | $388.40 |
| 8/23/2010 | 6/1/2010 – 6/30/2010 | $188,926.40 | $7,480.63 | pending | pending |
| 8/30/2010 | 7/1/2010 – 7/29/2010 | $87,728.05 | $592.54 | pending | pending |
| **Totals** | **2/3/2010 – 7/29/2010** | **$667,486.92** | **$8,633.07** | **$312,665.98** | **$559.90** |

[Remainder of page intentionally left blank]

CHIC_4989008.1

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 3, 2010 THROUGH JULY 29, 2010

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Achu,Patrice M | Intern (CS)-Grade 1 | 200.00 | 4.0 | 800.00 |
| Baxa,Daryl | Staff/Assistant-Grade 4 | 190.00 | 1.8 | 342.00 |
| Boyer,Kevin R. | Partner/Principal-Grade 1 | 765.00 | 10.4 | 7,956.00 |
| Brady,Michelle L. | Senior Manager-Grade 4 | 615.00 | 2.9 | 1,783.50 |
| Brown,Geoffrey | Senior-Grade 2 | 350.00 | 89.1 | 31,185.00 |
| Carney,Rori K[1] | Senior Manager-Grade 2 | 530.00 | 1.0 | 530.00 |
| Carney,Rori K[1] | Senior Manager-Grade 2 | 615.00 | 12.0 | 7,380.00 |
| Chen,Sheng[1] | Staff/Assistant-Grade 3 | 100.00 | 4.0 | 400.00 |
| Chen,Sheng[1] | Staff/Assistant-Grade 3 | 200.00 | 91.6 | 18,320.00 |
| Davister,Tiffany Marie | Staff/Assistant-Grade 4 | 190.00 | 9.2 | 1,748.00 |
| Dawson,Pa Vang[1] | Staff/Assistant-Grade 3 | 170.00 | 0.0 | 0.00 |
| Dawson,Pa Vang[1] | Staff/Assistant-Grade 3 | 190.00 | 5.5 | 1,045.00 |
| Deleon,JackieLynn[1] | Manager-Grade 1 | 415.00 | 1.0 | 415.00 |
| Deleon,JackieLynn[1] | Manager-Grade 1 | 545.00 | 6.5 | 3,542.50 |
| Donley,Brian Paul | Senior-Grade 2 | 310.20 | 0.2 | 62.04 |
| Dudrear,David J | Executive Director-Grade 1 | 610.00 | 1.0 | 610.00 |
| Estabrook JR,Timothy J | Manager-Grade 3 | 545.00 | 14.7 | 8,011.50 |
| Flagg,Nancy A.[1] | Executive Director-Grade 1 | 382.50 | 1.5 | 573.75 |
| Flagg,Nancy A.[1] | Executive Director-Grade 1 | 765.00 | 86.8 | 66,402.00 |
| Gregor,Nerisha Liza | Senior-Grade 3 | 375.00 | 39.1 | 14,662.50 |
| Hall,Scott M. | Senior-Grade 3 | 360.00 | 0.6 | 216.00 |
| Haw,Timothy D.[1] | Staff/Assistant-Grade 3 | 100.00 | 2.5 | 250.00 |
| Haw,Timothy D.[1] | Staff/Assistant-Grade 3 | 200.00 | 82.5 | 16,500.00 |
| Hellmer,Mark E[1] | Partner/Principal-Grade 1 | 600.00 | 1.0 | 600.00 |
| Hellmer,Mark E[1] | Partner/Principal-Grade 1 | 765.00 | 62.9 | 48,118.50 |
| Ingles,Beatrice | Senior Associate | 190.00 | 2.0 | 380.00 |
| Jackson,Nicole Christine[1] | Senior-Grade 4 | 190.00 | 3.8 | 722.00 |
| Jackson,Nicole Christine[1] | Senior-Grade 4 | 375.00 | 26.4 | 9,900.00 |
| Jashinski,Jean L. | Administrative Intermediate | 190.00 | 0.4 | 76.00 |
| Jorgensen,Gwen[1] | Staff/Assistant-Grade 3 | 170.00 | 21.3 | 3,621.00 |
| Jorgensen,Gwen[1] | Staff/Assistant-Grade 3 | 190.00 | 21.1 | 4,009.00 |
| Kinas,Darrelee M[1] | Manager-Grade 4 | 415.00 | 24.3 | 10,084.50 |
| Kinas,Darrelee M[1] | Manager-Grade 4 | 545.00 | 148.1 | 80,714.50 |
| Korbutt,Brian Albert | Manager-Grade 1 | 545.00 | 91.5 | 49,867.50 |
| Larson,Mitchell T[1] | Senior-Grade 3 | 360.00 | 0.0 | 0.00 |
| Larson,Mitchell T[1] | Senior-Grade 3 | 375.00 | 6.1 | 2,287.50 |
| Leonardson,Michael J[1] | Partner/Principal-Grade 1 | 567.60 | 23.5 | 13,338.60 |
| Leonardson,Michael J[1] | Partner/Principal-Grade 1 | 765.00 | 1.8 | 1,377.00 |
| Liebman,Richard D | Executive Director-Grade 1 | 765.00 | 32.9 | 25,168.50 |

CHIC_4989008.1

| | | | | |
|---|---|---|---|---|
| Mayberry,Paul Anthony | Senior Manager-Grade 4 | 615.00 | 0.3 | 184.50 |
| McInerny,Carol A[1] | Senior Manager-Grade 4 | 500.00 | 0.8 | 400.00 |
| McInerny,Carol A[1] | Senior Manager-Grade 4 | 615.00 | 44.5 | 27,367.50 |
| Meng,Kenneth A | Partner/Principal-Grade 1 | 610.00 | 0.5 | 305.00 |
| Meyerer,Thomas H | Executive Director-Grade 4 | 765.00 | 1.0 | 765.00 |
| Mitchell,Traci R. | Senior Manager-Grade 4 | 615.00 | 30.6 | 18,819.00 |
| Peabody,Brian A. | Senior Manager-Grade 4 | 615.00 | 1.5 | 922.50 |
| Rauen,Jennifer Leigh[1] | Senior-Grade 2 | 360.00 | 2.6 | 936.00 |
| Rauen,Jennifer Leigh[1] | Senior-Grade 2 | 375.00 | 5.0 | 1,875.00 |
| Rayle,Kip A | Staff/Assistant-Grade 4 | 227.70 | 1.0 | 227.70 |
| Raza,Syed | Intern (CS)-Grade 1 | 200.00 | 0.5 | 100.00 |
| Redlinger,Scott F | Executive Director-Grade 1 | 600.00 | 5.0 | 3,000.00 |
| Reed,Stephanie A. | Manager-Grade 2 | 400.00 | 19.5 | 7,800.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 190.00 | 68.6 | 13,034.00 |
| Schiellack,Jennifer L. | Senior-Grade 3 | 375.00 | 0.2 | 75.00 |
| Sterr,Stacey Ann | Senior-Grade 2 | 310.20 | 105.5 | 32,726.10 |
| Strehlow,P. Val | Executive Director-Grade 1 | 765.00 | 1.5 | 1,147.50 |
| Stull,Megan Elizabeth[1] | Staff/Assistant-Grade 4 | 113.85 | 3.0 | 341.55 |
| Stull,Megan Elizabeth[1] | Staff/Assistant-Grade 4 | 227.70 | 63.4 | 14,436.18 |
| Terrell,Brian G. | Staff/Assistant-Grade 3 | 200.00 | 8.0 | 1,600.00 |
| Tworek,Bradley J. | Manager-Grade 4 | 400.00 | 9.5 | 3,800.00 |
| Vellenga,Kimberley | Manager-Grade 4 | 545.00 | 6.9 | 3,760.50 |
| Vitellaro,Matthew M | Partner/Principal-Grade 1 | 765.00 | 0.5 | 382.50 |
| Wagner,Darin A. | Manager-Grade 3 | 545.00 | 40.6 | 22,127.00 |
| Wichman,Melissa W | Partner/Principal-Grade 1 | 765.00 | 88.9 | 68,008.50 |
| Willems,Andrew M[1] | Staff/Assistant-Grade 4 | 170.00 | 9.4 | 1,598.00 |
| Willems,Andrew M[1] | Staff/Assistant-Grade 4 | 190.00 | 17.6 | 3,344.00 |
| Witzigmann,Ryan J[1] | Staff/Assistant-Grade 3 | 170.00 | 0.5 | 85.00 |
| Witzigmann,Ryan J[1] | Staff/Assistant-Grade 3 | 190.00 | 13.1 | 2,489.00 |
| Wlodychak,Steven N. | Partner/Principal-Grade 1 | 765.00 | 3.7 | 2,830.50 |
| | | | | |
| | **Grand Totals** | | **1,488.7** | **667,486.92** |
| | ***Blended Rate*** | | | *448.37* |

[1] Employees are billed at different rates because the work performed was covered under various service agreements and fee schedules with the Debtor.

**[Remainder of page intentionally left blank]**

CHIC_4989008.1

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 3, 2010 THROUGH JULY 29, 2010

| Project Category | Hours | Fees |
|---|---|---|
| | | |
| Audit | 503.1 | 144,095.62 |
| Tax Issues: Bankruptcy, Federal & State | 755.0 | 437,628.75 |
| Routine On-Call Advisory | 65.8 | 19,106.50 |
| Fee/Employment Applications | 164.8 | 66,656.05 |
| | | |
| **Total** | **1,488.7** | **667,486.92** |

## EXPENSE SUMMARY
## FEBRUARY 3, 2010 THROUGH JULY 29, 2010

| Expense Category | Total Expenses |
|---|---|
| Out of Town Travel: Breakfast | 209.74 |
| Out of Town Travel: Lunch | 66.04 |
| Out of Town Travel: Dinner | 784.66 |
| Out of Town Travel: Lodging | 4,840.39 |
| Out of Town Travel: Mass Transit: Ground Trans | 88.00 |
| Out of Town Travel: Mileage: Ground Trans | 2,335.00 |
| Out of Town Travel: Parking: Ground Trans | 27.00 |
| Out of Town Travel: Tolls: Ground Trans | 79.00 |
| Overtime Meal: Txl M&T | 28.00 |
| Parking: Ground Trans | 50.00 |
| Postage | 5.54 |
| Printing | 119.70 |
| | |
| **Total Expenses** | **8,633.07** |

**[Remainder of page intentionally left blank]**

CHIC_4989008.1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## FINAL APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS AUDIT AND TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 3, 2010 THROUGH JULY 29, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and the Court's Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated March 8, 2010 [Docket No.136] (the "Interim Compensation Order"), Ernst & Young LLP ("E&Y LLP") hereby files this Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Audit and Tax Services Providers to the Debtors and Debtors in Possession for the Period From February 3, 2010 through July 29, 2010 (the "Application"). By this Application, E&Y LLP seeks final allowance of compensation in the amount of $667,486.92, together with reimbursement for actual and necessary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

expenses incurred in the amount of $8,633.07 during the period February 3, 2010 through July 29,

2010 (the "Compensation Period").   In support of this Application, E&Y LLP respectfully

represents as follows:

## Background

1.     On February 3, 2010 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  On February 4, 2010, the Court entered

an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

2.     The Debtors' retention of E&Y LLP was approved effective as of the Petition Date

by this Court's Order dated March 8, 2010 (the "Original Retention Order").

3.     The Debtors' retention of E&Y LLP was expanded to include audit services effective

as of May 1, 2010 by this Court's Order dated June 21, 2010 (the "Expansion Order," and,

collectively with the Original Retention Order, the "Retention Order").

## Compensation Paid and Its Source

4.     All services for which compensation is requested by E&Y LLP were performed for

or on behalf of the Debtors.

5.     E&Y LLP has received no payment and no promises for payment from any source

for services rendered or to be rendered in any capacity whatsoever in connection with the matters

covered by this Application.  There is no agreement or understanding between E&Y LLP and any

other person other than the directors of E&Y LLP for the sharing of compensation to be received for

services rendered in these cases.

## Fee Statement

6.     The fee statements for the Compensation Period were attached as <u>Exhibit A</u> to each

of the previously filed monthly fee applications.  These statements contain daily time logs

describing the time spent by each professional or staff member for these periods.  To the best of

2

Ernst & Young LLP's knowledge, this Application complies with sections 330 and 331 of the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office

of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Interim Compensation Order.

### Actual and Necessary Expenses

7.      A summary of actual and necessary expenses and daily logs of expenses incurred by

Ernst & Young LLP during the Compensation Period was attached as Exhibit B to each of the

previously filed monthly fee applications.

8.      The expenses have been incurred in accordance with Ernst & Young LLP's normal

practice of charging clients for expenses clearly related to and required by particular matters.

### Valuation of Services

9.      Professionals and staff members of Ernst & Young LLP have expended a total of

1,488.7 hours in connection with this matter during the Compensation Period.  The nature of the

work performed by these persons is fully set forth in Exhibit A attached to each of the previously

filed monthly fee applications.  The reasonable value of the services rendered by Ernst & Young

LLP to the Debtors during the Compensation Period is $667,486.92.

10.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it

is respectfully submitted that the amount requested by Ernst & Young LLP is fair and reasonable

given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the

services rendered, (d) the value of such services, and (e) the costs of comparable services other than

in a case under this title.  Moreover, Ernst & Young LLP has reviewed the requirements of Del.

Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

3

**WHEREFORE,** Ernst & Young LLP respectfully requests that the Court authorize (a) that for the period of February 3, 2010 through July 29, 2010, a final allowance be made to Ernst & Young LLP pursuant to the terms of the Interim Compensation Order, with respect to the sum of $667,486.92 as compensation for the necessary professional services rendered, and sum of $8,633.07 as 100% reimbursement of actual necessary costs and expenses, for a total of $676,119.99, and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: August 30, 2010
        Milwaukee, Wisconsin

Mark E. Hellmer, Partner
Ernst & Young LLP
875 East Wisconsin Avenue
Milwaukee, WI 53202
*Tax Services Providers to the Debtors and
Debtors in Possession*

4

## VERIFICATION

STATE OF WISCONSIN               )
                                 ) SS:
COUNTY OF MILWAUKEE              )

Mark E. Hellmer, after being duly sworn according to law, deposes and says:

a)      I am a Partner with the applicant firm, Ernst & Young LLP.

b)      I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Mark E. Hellmer
Partner, Ernst & Young LLP

SWORN AND SUBSCRIBED before me
this _30th_ day of August, 2010.

_____
Notary Public
My Commission Expires: _6-22-10_

State of Wisconsin
County of Milwaukee