## EXHIBIT C

## RESUMES OF KEY PROFESSIONALS

# Rothschild Inc. Biographies

**Neil Augustine, Managing Director**, is the head of Rothschild North American Restructuring Group and sits on the firm's North American Management Committee. Mr. Augustine has experience both investing in and advising troubled companies and their creditors. Over the last 20 years, Mr. Augustine's transaction experience has ranged from out-of-court restructurings to in-court insolvencies in the U.S., Europe, Canada and Mexico. His merger and acquisition experience includes both plain vanilla and troubled company buyside and sellside assignments as well as Special Committee Representations. On the financing front, Mr. Augustine's expertise includes debtor-in-possession financings, secured debt, exit financing, second lien loans, convertible notes, rights offerings and preferred/common stock investments. Mr. Augustine has also prepared various fairness opinions and valuation reports.

Prior to joining Rothschild, Mr. Augustine was the Group Portfolio Manager for the Distressed Debt Group of Morgens, Waterfall, Vintiadis & Company Inc. ("MWV"), a New York based S.E.C. registered investment advisor with approximately $1bn of capital. While at MWV, Mr. Augustine was actively involved in the acquisition of United Artists Theatre Company by The Anschutz Companies and the restructuring of Safeguard Business Systems, Inc., among others. Previously, Mr. Augustine was the Director of Distressed Debt Research at Lehman Brothers, Inc. and was the Director of Research at Whippoorwill Associates, Inc., a $600 million money management firm specializing in the purchase of claims in financially troubled companies.

Mr. Augustine began his career at Chemical Bank where he was actively involved in advising both debtors and creditors as well as providing debtor-in-possession financing. Prior to entering the principal business, Mr. Augustine was one of the founding members of The Blackstone Group's Restructuring and Reorganization Financial Advisory Department. Some of his more notable transactions, while at Blackstone, included Leasway Transportation Corporation, America West Airlines, Trans World Airlines, The Kendall Company and The Leslie Fay Companies, Inc.

Mr. Augustine is currently advising Neenah Enterprises Inc., Fairpoint Communications, Controladora Comercial Mexicana, Blockbuster, Trident Exploration, Vitro S.A.B. de C.V., Electronic Components Incorporated, White Birch (first lien lenders) and Trump Entertainment (first lien lenders), and recently completed the recapitalizations of Penton Business Media, Mega Brands, VeraSun Energy, Milacron, Motor Coach Industries, Recycled Paper Greetings, BHM Technologies, Doral Financial, Werner Ladder, Footstar Inc., PRG-Schultz, New World Pasta, O'Sullivan Industries (secured noteholders), WestPoint Stevens, Oxford Automotive (secured noteholders), Wet Seal, Cydsa, Atlantic Express, IMG, Mpower Communications, Microcell Telecommunications, SANLUIS Corporación and the sales of Precision Parts International, Cadence Innovations European assets, Precision Gear Holdings, New World Pasta, Cabovisão – Televisão por Cabo, Viasystems' Wire Harness Division, International Wire's Insulated Division and Tire Rack.

Mr. Augustine holds a Bachelor of Arts degree and an M.B.A. from the University of Rochester. He previously served on the boards of United Artists Theatre Company,

# Rothschild Inc. Biographies

Safeguard Business Systems, Inc., The Grand Union Company and American Blind and Wallpaper Factory, Inc.


**Stephen J. Antinelli, Managing Director** is a member of Rothschild's New York restructuring practice. Mr. Antinelli joined Rothschild in January of 2009.

Prior to joining Rothschild, Mr. Antinelli was a Managing Director at Conway Del Genio Gries & Co., LLC ("CDG") where he assisted in the founding of the firm. Prior to joining CDG, he was a Senior Manager in Ernst & Young's Corporate Finance group focusing on middle market mergers and acquisitions, and distressed transactions.

Mr. Antinelli's experience spans a number of industries including media and communications, industrial manufacturing, transportation logistics, real estate, and consumer products. He has participated in engagements of the following nature, including acting as exclusive financial advisor to the board of directors and/or principal shareholders in the purchase or sale of numerous businesses in a variety of industries, assisting clients on corporate restructurings and recapitalizations, valuing and selling companies both in and outside of Chapter 11, assessing economic value and operating performance at the business unit level for private and public clients, structuring and negotiating corporate acquisitions and management buyouts and valuing public and private acquisition candidates.

Mr. Antinelli's clients include YRC Worldwide Inc., Centerline Inc., Neenah Foundry Co., Adelphia Communications, Matrix International, Inc., Veritrans Specialty Vehicles, Converse, Inc., Moore Products Co, Unicco, Inc., Roller Bearing Co. of America, Inc., Loral Space & Comm. Systems, Kasper A.S.L., USinternetworking, Inc., DESA, LLC, Foodarama Supermarkets, Inc., Gerald Metals, Inc. and Malden Mills, Inc.

Previously, Mr. Antinelli was a Captain in the United States Air Force where he specialized in contract negotiation. He has a Masters of Business Administration from the Boston College Graduate School of Management where he concentrated his studies in finance and accounting. Mr. Antinelli received his BS from the University of Notre Dame with majors in Mathematics and Economics.

Mr. Antinelli has lectured on a number of topics including acquiring and selling private companies, valuation, financial statement analysis and M&A opportunities in Bankruptcy.


**Alexander Svoyskiy, Vice President** is a member of Rothschild's restructuring group. Mr. Svoyskiy joined Rothschild in 2009.

Prior to joining Rothschild in 2009, Mr. Svoyskiy worked in the Global Restructuring & Finance Group at Lehman Brothers and then Barclays Capital. Prior to joining Lehman

# Rothschild Inc. Biographies

Brothers in 2006, Mr. Svoyskiy was an Associate at Conway Del Genio Gries, LLC and an Analyst in the Financial Sponsors Group at Credit Suisse.

Mr. Svoyskiy's transaction experience has included both out-of-court and in-court restructurings and financings. Mr. Svoyskiy's restructuring assignments have included American Color Graphics (Printing), BearingPoint, Inc. (IT Consulting), TOUSA Inc. (Homebuilding), NABI Inc. (Automotive), Global Home Products (Housewares), Loral Space & Communications Systems (Communications), World Health Alternatives (Healthcare) and JA Jones Construction Company (Construction). Mr. Svoyskiy's financing assignments have included Brand Services (Scaffolding Services), TriMas Corp. (Industrial), Metaldyne Corp (Automotive) and ICON Health & Fitness (Fitness Equipment), among other.

Mr. Svoyskiy received his undergraduate degree with concentration in finance from the New York University Stern School of Business.

**Richard Siegel, Associate** is a member of Rothschild's restructuring group. Mr. Siegel joined Rothschild in 2008 where he has advised National Amusements, Huntsman and Penton Business Media and is currently advising Neenah Foundry Company. Prior to joining Rothschild, Mr. Siegel spent three years at Credit Suisse in the Secondary Private Equity group focused on acquiring portfolios of limited partnership interests in existing private equity funds, as well as co-investing in private equity transactions. Mr. Siegel holds a Bachelor of Business Administration degree from the Ross School of Business at the University of Michigan.

**Mitch Houff, Analyst** is a member of Rothschild's restructuring group. Mr. Houff joined Rothschild in 2008. Mr. Houff has deal experience working with companies in a variety of industries, including: VeraSun Energy Corporation, Blockbuster Inc., Tronox Inc. and Neenah Foundry Company. Mr. Houff holds a Bachelor of Science degree in Commerce, with Distinction, with concentrations in Finance and Accounting, from UVA's McIntire School of Commerce.

**Nirav Shah, Analyst** is a member of Rothschild's restructuring group. Mr. Shah joined Rothschild in 2009. Mr. Shah holds a Bachelor of Business Administration degree, with high distinction, with concentrations in Finance and Accounting, from the Ross School of Business at the University of Michigan.