EXHIBIT D

DETAIL OF EXPENSES

401237

# Invoice

**Invoice**   0810  NAA NEl

**Date**   30 August 2010

**❈ Ⓡ ROTHSCHILD**

Neenah Enterprises, Inc.
Box 729
Neenah, WI  54957

**For the attention of**   Dale Parker, Chief Financial Officer

| | |
|---|---:|
| Recapitalization Fee: | $1,347,500.00 |
| Monthly advisory fee:  May 1, 2010 – May 31, 2010 | 175,000.00 |
| Monthly advisory fee:  June 1, 2010 – June 30, 2010 | 175,000.00 |
| Monthly advisory fee:  July 1. 2010 - July 31, 2010 | 175,000.00 |
| Out-of-pocket expenses: | 6,660.25 |
| Expense estimate: | 10,000.00 |
| **Total Due** | **$1,889,160.25** |

> The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| | | |
|---|---|---|
| JP Morgan Chase<br>500 Stanton Christiana Road<br>Newark, DE  19713 | Account Name:<br>Account Number:<br>ABA: | Rothschild Inc.<br>0 045 42 212<br>021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

**ROTHSCHILD**

## Project Lambeau

### Rothschild transaction fee
(US$ in thousands)

**Total fees build-up**

| | |
|---|---|
| Recapitalization Fee | $2,750.0 |
| Less: (Monthly Fee Credit) | (988.8) |
| Less: Total Fee Cap of $3,850) | (413.8) |
| Total Recapitalization Fee | $1,347.5 |

**Monthly Fee Credit**

| | |
|---|---|
| Total Monthly Fees | $2,502.5 |
| Monthly Fee Credit hurdle | 525.0 |
| Fees applicable for credit | 1,977.5 |
| % Credit [1] | 50.0% |
| Monthly Fee Credit [1] | $988.8 |

**Monthly Fee build-up**

| | |
|---|---|
| May 2009 (partial month) | $52.5 |
| June 2009 | 175.0 |
| July 2009 | 175.0 |
| August 2009 | 175.0 |
| September 2009 | 175.0 |
| October 2009 | 175.0 |
| November 2009 | 175.0 |
| December 2009 | 175.0 |
| January 2010 | 175.0 |
| February 2010 | 175.0 |
| March 2010 | 175.0 |
| April 2010 | 175.0 |
| May 2010 | 175.0 |
| June 2010 | 175.0 |
| July 2010 | 175.0 |
| Total Monthly Fees | $2,502.5 |

**Total Fee Cap build-up**

| | |
|---|---|
| Total Monthly Fees | $2,502.5 |
| Total Recapitalization Fee | 1,347.5 |
| Total Fees | $3,850.0 |

(1) 50% credit of Monthly Fees after $525K hurdle to be applied to the Recapitalization Fee per the Engagement Letter dated May 22, 2009

410686_1.xls

1 of 1

# NEENAH ENTERPRISES CO.

## Summary of Out-of-Pocket Expenses

### May-10

| | | |
|---|---|---:|
| Travel | $ | - |
| Ground Transportation/Taxis | | 399.54 |
| Hotel | | - |
| Legal Fees | | - |
| Miscellaneous | | - |
| Meals | | 837.59 |
| Word Processing | | 57.50 |
| Copies | | 59.00 |
| Research/Database | | - |
| Telephone/Communications | | 120.92 |
| Courier Services | | 25.00 |
| **Total** | | $1,499.55 |

# NEENAH ENTERPRISES CO.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/25/10 | From office to home | New York, NY | $20.00 | Vendor | A. Svoysky |
| 04/15/10 | From office to home | New York, NY | $10.87 | Vendor | M. Houff |
| 04/22/10 | From office to home | New York, NY | $9.37 | Vendor | M. Houff |
| 04/29/10 | From office to home | New York, NY | $12.37 | Vendor | M. Houff |
| 04/30/10 | From office to home | New York, NY | $12.50 | Vendor | M. Houff |
| 05/05/10 | Package delivered to DR | New York, NY | $115.46 | Vendor | R. Siegel |
| 05/06/10 | From office to home | New York, NY | $12.10 | Vendor | M. Houff |
| 05/07/10 | From office to home | New York, NY | $12.50 | Vendor | M. Houff |
| 05/08/10 | From office to home | New York, NY | $55.85 | Vendor | A. Svoysky |
| 05/11/10 | From office to home | New York, NY | $27.72 | Vendor | R. Siegel |
| 05/12/10 | From office to home | New York, NY | $19.94 | Vendor | R. Siegel |
| 05/14/10 | From office to home | New York, NY | $9.90 | Vendor | M. Houff |
| 05/20/10 | From office to home | New York, NY | $55.99 | Vendor | A. Svoysky |
| 05/21/10 | From office to home | New York, NY | $11.87 | Vendor | M. Houff |
| 05/28/10 | From office to home | New York, NY | $13.10 | Vendor | M. Houff |
| **Total** | | | $399.54 | | |

# NEENAH ENTERPRISES CO.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 05/01/10 | Working dinner (wknd) | New York, NY | $25.93 | Vendor | M. Houff |
| 05/03/10 | Working dinner | New York, NY | $25.65 | Vendor | M. Houff |
| 05/03/10 | Working dinner | New York, NY | $21.48 | Vendor | R. Siegel |
| 05/04/10 | Working dinner | New York, NY | $25.71 | Vendor | M. Houff |
| 05/05/10 | Working dinner | New York, NY | $25.91 | Vendor | M. Houff |
| 05/06/10 | Working dinner | New York, NY | $23.95 | Vendor | M. Houff |
| 05/06/10 | Traveling meal (b'fast) | Scottsdale, AZ | $22.22 | Vendor | S. Antinelli |
| 05/06/10 | Working dinner | New York, NY | $21.61 | Vendor | R. Siegel |
| 05/07/10 | Working dinner | New York, NY | $24.75 | Vendor | M. Houff |
| 05/10/10 | Working dinner | New York, NY | $25.34 | Vendor | M. Houff |
| 05/10/10 | Working dinner | New York, NY | $23.88 | Vendor | A. Svoyskiy |
| 05/11/10 | Working dinner | New York, NY | $25.29 | Vendor | M. Houff |
| 05/11/10 | Working dinner | New York, NY | $23.00 | Vendor | R. Siegel |
| 05/12/10 | Working dinner | New York, NY | $26.11 | Vendor | M. Houff |
| 05/12/10 | Working dinner | New York, NY | $27.25 | Vendor | R. Siegel |
| 05/12/10 | Working dinner | New York, NY | $23.87 | Vendor | A. Svoyskiy |
| 05/13/10 | Working dinner | New York, NY | $25.02 | Vendor | M. Houff |
| 05/13/10 | Working dinner | New York, NY | $26.13 | Vendor | A. Svoyskiy |
| 05/14/10 | Working dinner | New York, NY | $25.88 | Vendor | M. Houff |
| 05/15/10 | Working dinner (wknd) | New York, NY | $25.94 | Vendor | M. Houff |
| 05/15/10 | Working dinner (wknd) | New York, NY | $24.00 | Vendor | N. Shah |
| 05/16/10 | Working dinner (wknd) | New York, NY | $25.27 | Vendor | N. Shah |
| 05/17/10 | Working dinner | New York, NY | $26.12 | Vendor | M. Houff |
| 05/17/10 | Working dinner | New York, NY | $12.67 | Vendor | R. Siegel |
| 05/17/10 | Working dinner | New York, NY | $25.68 | Vendor | A. Svoyskiy |
| 05/18/10 | Working dinner | New York, NY | $26.03 | Vendor | M. Houff |
| 05/19/10 | Working dinner | New York, NY | $25.86 | Vendor | M. Houff |
| 05/20/10 | Working dinner | New York, NY | $25.52 | Vendor | M. Houff |
| 05/21/10 | Working dinner | New York, NY | $25.93 | Vendor | M. Houff |
| 05/24/10 | Working dinner | New York, NY | $26.00 | Vendor | M. Houff |
| 05/24/10 | Working dinner | New York, NY | $23.87 | Vendor | A. Svoyskiy |
| 05/25/10 | Working dinner | New York, NY | $25.64 | Vendor | M. Houff |
| 05/27/10 | Working dinner | New York, NY | $23.97 | Vendor | M. Houff |
| 05/28/10 | Working dinner | New York, NY | $26.11 | Vendor | M. Houff |

**Total** $837.59

# NEENAH ENTERPRISES CO.

## Word Processing Expense Breakdown *

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 05/31/10 | Word processing charge | New York, NY | $57.50 | Vendor | M. Houff |
| Total | | | $57.50 | | |

*Word Processing charges are billed by a third party provider, Merrill Corp., at cost for specific projects which often includes presentation preparation. The Applicant is not making a profit on any of our expenses and is solely just covering its costs.

# NEENAH ENTERPRISES CO.

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Vendor | Method of Computation | Incurred By |
|---|---|---|---|---|---|---|
| 05/06/10 | Outside copies | Scottsdale, AZ | $9.00 | | | S. Antinelli |
| May-10 | Black, white & color copies | New York, NY | $50.00 | | BW $0.10/pg Color $1.00/pg | M. Houff |
| **Total** | | | $59.00 | | | |

# NEENAH ENTERPRISES CO.

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/01/10 | Client discussion/cellular | New York, NY | $34.85 | Vendor | A. Svoyskiy |
| 04/06/10 | Conference call | New York, NY | $16.64 | Vendor | A. Svoyskiy & 7 parties |
| 04/27/10 | Conference call | New York, NY | $15.04 | Vendor | A. Svoyskiy & 6 parties |
| 04/30/10 | Conference call | New York, NY | $38.92 | Vendor | A. Svoyskiy & 20 parties |
| 04/30/10 | Conference call | New York, NY | $15.47 | Vendor | A. Svoyskiy & 12 parties |
| **Total** | | | $120.92 | | |

# NEENAH ENTERPRISES CO.

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/29/10 | Federal Express Corp. | New York, NY | $25.00 | Vendor | N. Shah |
| **Total** | | | $25.00 | | |

# NEENAH ENTERPRISES CO.

## Summary of Out-of-Pocket Expenses

### Jun-10

| | | |
|---|---|---:|
| Travel | $ | - |
| Ground Transportation/Taxis | | 140.91 |
| Hotel | | - |
| Legal Fees | | 665.00 |
| Miscellaneous | | - |
| Meals | | 415.38 |
| Word Processing | | 416.65 |
| Copies | | - |
| Research/Database | | 26.20 |
| Telephone/Communications | | - |
| Courier Services | | 30.10 |
| **Total** | | $1,694.24 |

# NEENAH ENTERPRISES CO.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/02/10 | From office to home | New York, NY | $11.87 | Vendor | M. Houff |
| 06/10/10 | From office to home | New York, NY | $12.70 | Vendor | M. Houff |
| 06/24/10 | From office to home | New York, NY | $52.67 | Vendor | A. Svoyskiy |
| 06/28/10 | From office to home | New York, NY | $11.00 | Vendor | A. Svoyskiy |
| 06/30/10 | From office to home | New York, NY | $52.67 | Vendor | A. Svoyskiy |
| **Total** | | | $140.91 | | |

# NEENAH ENTERPRISES CO.

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/30/10 | Debevoise & Plimpton (6/1/10 - 6/20/10) | New York, NY | $665.00 | Vendor | Various |
| **Total** | | | $665.00 | | |

# D E B E V O I S E   &   P L I M P T O N   LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

Invoice Number: 1196227

July 15, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

Matter Number:  21689.1079

For Professional Services and Advice rendered from June 1, 2010 through June 30, 2010 in connection with NEENAH

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 06/08/10 | D Alexander | Proof of claim question from Hilal. | 0.30 | 142.50 |
| 06/30/10 | D Alexander | Review of plan support affidavit. | 1.10 | 522.50 |
| | | Hours / Amount: | 1.40 | $665.00 |

| Disbursement & Other Charges: | Amount |
|-------------------------------|--------|
| Disbursement Total: | $0.00 |

**Total this Matter :**     **$665.00**

23233170v1

Invoice.: 1196227

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| Derek P. Alexander | 1.40 | 475.00 | 665.00 |
| **TOTAL FOR ASSOCIATE** | **1.40** | | **$665.00** |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1196227

July 15, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total  Fees** | $665.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 0.00 |
| **Total Amount Due** | $665.00 |

### Remit Payment By:

*Check*

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

Wire Transfer

Citibank, N.A., New York, N.Y
ABA # 021000089
Swift: CITIUS33 Account # 4919-9225
Invoice No.: 1196227

*Tax Identification Number 13 - 5537279*

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

Client / Matter Name: *ROTHSCHILD RESTRUCTURING ENGAGEMENTS - NEENAH*

Client / Matter Number: *21689.1079*

Period Covered: *June 1, 2010 through June 30, 2010*

Billing Partner: *Richard F. Hahn*

Reviewing Partner: *Derek P. Alexander*

*July 15, 2010*

Client : *ROTHSCHILD RESTRUCTURING ENGAGEMENTS*          Invoice No.: *1196227*

| | |
|---|---|
| **Total  Fees** | $665.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 0.00 |
| **Total Amount Due** | $665.00 |

# NEENAH ENTERPRISES CO.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/01/10 | Working dinner | New York, NY | $25.98 | Vendor | M. Houff |
| 06/02/10 | Working dinner | New York, NY | $26.12 | Vendor | M. Houff |
| 06/02/10 | Working dinner | New York, NY | $24.51 | Vendor | A. Svoyskiy |
| 06/03/10 | Working dinner | New York, NY | $26.00 | Vendor | M. Houff |
| 06/04/10 | Working dinner | New York, NY | $22.94 | Vendor | M. Houff |
| 06/04/10 | Working dinner | New York, NY | $25.71 | Vendor | N. Shah |
| 06/07/10 | Working dinner | New York, NY | $24.87 | Vendor | M. Houff |
| 06/07/10 | Working dinner | New York, NY | $25.30 | Vendor | M. Houff |
| 06/08/10 | Working dinner | New York, NY | $25.52 | Vendor | M. Houff |
| 06/09/10 | Working dinner | New York, NY | $25.40 | Vendor | M. Houff |
| 06/10/10 | Working dinner | New York, NY | $26.08 | Vendor | N. Shah |
| 06/10/10 | Working dinner | New York, NY | $17.79 | Vendor | N. Shah |
| 06/11/10 | Working dinner (wknd) | New York, NY | $26.02 | Vendor | M. Houff |
| 06/13/10 | Working dinner | New York, NY | $24.63 | Vendor | A. Svoyskiy |
| 06/14/10 | Working dinner | New York, NY | $25.88 | Vendor | M. Houff |
| 06/15/10 | Working dinner | New York, NY | $25.88 | Vendor | M. Houff |
| 06/16/10 | Working dinner | New York, NY | $14.75 | Vendor | M. Houff |
| 06/17/10 | Working dinner | New York, NY | $2.00 | Vendor | N. Shah |
| 06/29/10 | | | | | |

**Total**                $415.38

# NEENAH ENTERPRISES CO.

## Word Processing Expense Breakdown *

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/30/10 | Word processing charge | New York, NY | $416.65 | Vendor | N. Shah |
| Total | | | $416.65 | | |

*Word Processing charges are billed by a third party provider, Merrill Corp., at cost for specific projects which often includes presentation preparation. The Applicant is not making a profit on any of our expenses and is solely just covering its costs.

# NEENAH ENTERPRISES CO.

## Research/Database Expense Breakdown *

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/01/10 | Cap IQ | New York, NY | $20.00 | Vendor | M. Houff |
| 06/01/10 | Reuters | New York, NY | $6.20 | Vendor | M. Houff |
| **Total** | | | $26.20 | | |

*Research charges were for specific reports and materials and are billed at cost.

# NEENAH ENTERPRISES CO.

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation. | Incurred By |
|---|---|---|---|---|---|
| 06/11/10 | Federal Express Corp. | New York, NY | $30.10 | Vendor | R. Siegel |
| | | | | | M. Houff |
| **Total** | | | $30.10 | | |

# NEENAH ENTERPRISES CO.

## Summary of Out-of-Pocket Expenses

### Jul-10

| | |
|---|---:|
| Travel | $    624.10 |
| Ground Transportation/Taxis | 370.04 |
| Hotel | - |
| Legal Fees | 2,110.20 |
| Miscellaneous | 10.56 |
| Meals | 51.91 |
| Word Processing | 234.59 |
| Copies | 59.80 |
| Research/Database | 5.26 |
| Telephone/Communications | - |
| Courier Services | - |
| **Total** | **$3,466.46** |

# NEENAH ENTERPRISES CO.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/06/10 | NY/Wilmington - rail | New York, NY | $191.00 | Vendor | A. Svoyskiy |
| 07/06/10 | Wilmington, NY - rail | New York, NY | $119.00 | Vendor | A. Svoyskiy |
| 07/06/10 | NY/Wilmington/NY - rail | New York, NY | $366.00 | Vendor | S. Antinelli |
| 07/06/10 | Amtrak refund | New York, NY | -$15.00 | Vendor | S. Antinelli |
| 07/06/10 | Amtrak refund | New York, NY | -$36.90 | Vendor | S. Antinelli |
| **Total** | | | $624.10 | | |

# NEENAH ENTERPRISES CO.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/01/10 | From office to home | New York, NY | $82.60 | Vendor | T. Dang |
| 07/06/10 | From home to Penn Station | New York, NY | $113.70 | Vendor | S. Antinelli |
| 07/06/10 | From home to Penn Station | New York, NY | $60.04 | Vendor | A. Svoyskiy |
| 07/06/10 | From Penn Station to home | New York, NY | $113.70 | Vendor | S. Antinelli |

**Total** $370.04

# NEENAH ENTERPRISES CO.

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Jul-10 | Presentation materials | New York, NY | $10.56 | Vendor | N. Shah |
| Total | | | $10.56 | | |

# NEENAH ENTERPRISES CO.

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/29/10 | Debevoise & Plimpton (7/1/10 - 7/29/10) | New York, NY | $110.20 | Vendor | Various |
| 07/29/10 | Debevoise & Plimpton estimate | New York, NY | $2,000.00 | Vendor | Various |
| **Total** | | | $2,110.20 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1198056

August 11, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

Matter Number: 21689.1079

For Professional Services and Advice rendered from July 1, 2010 through July 31, 2010 in connection with
**NEENAH**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 07/21/10 | D Alexander | Advice re final fee app format. | 0.20 | 105.00 |
| | | Hours / Amount: | 0.20 | $105.00 |

| Disbursement & Other Charges: | Amount |
|-------------------------------|--------|
| Duplicating | 5.20 |
| Disbursement Total: | $5.20 |

| Total this Matter : | $110.20 |
|---------------------|---------|

23249085v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| Derek P. Alexander | 0.20 | 525.00 | 105.00 |
| **TOTAL FOR ASSOCIATE** | **0.20** | | **$105.00** |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1198056

August 11, 2010

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd Snyder

## Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | $105.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 5.20 |
| **Total Amount Due** | **$110.20** |

### Remit Payment By:

**Check**

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

**Wire Transfer**

Citibank, N.A., New York, N.Y
ABA # 021000089
Swift: CITIUS33 Account # 4919-9225
Invoice No.: 1198056

*Tax Identification Number 13 - 5537279*

23249085v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Client / Matter  Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - NEENAH

Client / Matter Number: 21689.1079

Period Covered: July 1, 2010 through July 31, 2010

Billing Partner: Richard F. Hahn

Reviewing Partner: Derek P. Alexander

August 11, 2010

Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS

Invoice No.: 1198056

| | |
|---|---|
| **Total  Fees** | $105.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 5.20 |
| **Total Amount Due** | $110.20 |

# NEENAH ENTERPRISES CO.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/01/10 | Working dinner | New York, NY | $25.96 | Vendor | A. Svoyskiy |
| 07/14/10 | Working dinner | New York, NY | $25.95 | Vendor | A. Svoyskiy |
| **Total** | | | $51.91 | | |

# NEENAH ENTERPRISES CO.

## Word Processing Expense Breakdown *

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/30/10 | Word processing charge | New York, NY | $234.59 | Vendor | N. Shah |
| Total | | | $234.59 | | |

*Word Processing charges are billed by a third party provider, Merrill Corp., at cost for specific projects which often includes presentation preparation. The Applicant is not making a profit on any of our expenses and is solely just covering its costs.

# NEENAH ENTERPRISES CO.

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| May-10 | Black, white & color copies | New York, NY | $59.80 | BW $0.10/pg Color $1.00/pg | N. Shah |
| **Total** | | | $59.80 | | |

# NEENAH ENTERPRISES CO.

## Research/Database Expense Breakdown *

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/01/10 | Cap IQ | New York, NY | $2.00 | Vendor | M. Houff |
| 07/07/10 | PACER | New York, NY | $2.64 | Vendor | Various |
| 07/01/10 | Reuters | New York, NY | $0.62 | Vendor | M. Houff |
| **Total** | | | $5.26 | | |

*Research charges were for specific reports and materials and are billed at cost.