# EXHIBIT E

# ROTHSCHILD ACTIVITY LOG

| Professional | Job Description | Title | Hours worked from May 1, 2010 - May 31, 2010 |
|---|---|---|---|
| Neil Augustine | Investment Banker | Managing Director | 19.0 |
| Steve Antinelli | Investment Banker | Managing Director | 31.0 |
| Alex Svoyskiy | Investment Banker | Vice President | 53.0 |
| Richard Siegel | Investment Banker | Associate | 79.5 |
| Mitch Houff | Investment Banker | Analyst | 113.5 |
| Nirav Shah | Investment Banker | Analyst | 76.0 |
| Total | | | 372.0 |

| Professional | Job Description | Title | Hours worked from June 1, 2010 - June 30, 2010 |
|---|---|---|---|
| Neil Augustine | Investment Banker | Managing Director | 12.0 |
| Steve Antinelli | Investment Banker | Managing Director | 42.5 |
| Alex Svoyskiy | Investment Banker | Vice President | 66.0 |
| Richard Siegel | Investment Banker | Associate | 0.0 |
| Mitch Houff | Investment Banker | Analyst | 54.0 |
| Nirav Shah | Investment Banker | Analyst | 91.5 |
| Total | | | 266.0 |

| Professional | Job Description | Title | Hours worked from July 1, 2010 - July 30, 2010 |
|---|---|---|---|
| Neil Augustine | Investment Banker | Managing Director | 12.0 |
| Steve Antinelli | Investment Banker | Managing Director | 36.0 |
| Alex Svoyskiy | Investment Banker | Vice President | 46.5 |
| Richard Siegel | Investment Banker | Associate | 0.0 |
| Mitch Houff | Investment Banker | Analyst | 0.0 |
| Nirav Shah | Investment Banker | Analyst | 31.5 |
| Total | | | 126.0 |

| Professional | Job Description | Title | Hours worked from May 1, 2010 - July 30, 2010 |
|---|---|---|---|
| Neil Augustine | Investment Banker | Managing Director | 43.0 |
| Steve Antinelli | Investment Banker | Managing Director | 109.5 |
| Alex Svoyskiy | Investment Banker | Vice President | 165.5 |
| Richard Siegel | Investment Banker | Associate | 79.5 |
| Mitch Houff | Investment Banker | Analyst | 167.5 |
| Nirav Shah | Investment Banker | Analyst | 199.0 |
| Total | | | 764.0 |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Augustine | 5/3/2010 | 1.0 | Financial and Operational Due Diligence | Review of Tax Scenarios |
| Augustine | 5/5/2010 | 1.0 | Internal Meetings/Calls | Internal discussion regarding exit financing |
| Augustine | 5/3/2010 | 0.5 | Financial and Operational Due Diligence | Review of Restructuring Scenarios |
| Augustine | 5/5/2010 | 0.5 | Financial and Operational Due Diligence | Review of Disclosure Statement Projections |
| Augustine | 5/5/2010 | 1.0 | Internal Meetings/Calls | Internal discussion regarding exit financing |
| Augustine | 5/7/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Augustine | 5/10/2010 | 2.0 | Exit Financing Process | Review and comment on the draft of the Board materials on exit financing |
| Augustine | 5/10/2010 | 0.5 | Exit Financing Process | Review and comment on the draft of the Board materials on exit financing |
| Augustine | 5/10/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 5/12/2010 | 2.0 | Board - Calls/Meetings/Discussions | Board update call |
| Augustine | 5/13/2010 | 2.0 | Board - Calls/Meetings/Discussions | Continuation of Board call |
| Augustine | 5/18/2010 | 1.0 | Internal Meetings/Calls | Internal discussion regarding exit financing |
| Augustine | 5/18/2010 | 0.5 | Exit Financing Process | Review draft of the exit financing proposals summary |
| Augustine | 5/20/2010 | 0.5 | Exit Financing Process | Review exit financing proposals |
| Augustine | 5/20/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 5/21/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board update call |
| Augustine | 5/24/2010 | 0.5 | Exit Financing Process | Review exit financing proposals |
| Augustine | 5/26/2010 | 0.5 | Exit Financing Process | Review exit financing proposal from Moelis |
| Augustine | 5/27/2010 | 0.5 | Court Hearings/Filings | Review draft of March fee application |
| Augustine | 5/27/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Total - May | | 19.0 | | |
| | | | | |
| Augustine | 6/7/2010 | 3.0 | Exit Financing Process | Management call with potential exit financing lenders |
| Augustine | 6/7/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board update call |
| Augustine | 6/10/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 6/15/2010 | 1.0 | Exit Financing Process | Review of exit financing documents |
| Augustine | 6/16/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 6/22/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Augustine | 6/23/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 6/24/2010 | 1.0 | Exit Financing Process | Review of exit financing documents |
| Augustine | 6/25/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Augustine | 6/25/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 6/30/2010 | 0.5 | General Presentation Preparation | Review draft of exit financing summary materials |
| Total - June | | 12.0 | | |
| | | | | |
| Augustine | 7/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 7/2/2010 | 0.5 | General Presentation Preparation | Review draft of exit financing summary materials |
| Augustine | 7/7/2010 | 1.0 | Court Hearings/Filings | Review documents for confirmation hearing |
| Augustine | 7/7/2010 | 1.0 | Exit Financing Process | Review of exit financing documents |
| Augustine | 7/8/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 7/14/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Augustine | 7/15/2010 | 1.0 | Exit Financing Process | Review of exit financing documents |
| Augustine | 7/15/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 7/21/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Augustine | 7/22/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 7/24/2010 | 1.0 | Exit Financing Process | Review of exit financing documents |
| Augustine | 7/28/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Augustine | 7/28/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Augustine | 7/29/2010 | 0.5 | Court Hearings/Filings | Review draft of interim and final fee application |
| Total - July | | 12.0 | | |
| | | | | |
| Total | | 43.0 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Antinelli | 5/2/2010 | 1.0 | Internal Meetings/Calls | Internal calls / emails |
| Antinelli | 5/3/2010 | 1.0 | Financial and Operational Due Diligence | Review of Tax Scenarios |
| Antinelli | 5/3/2010 | 0.5 | Financial and Operational Due Diligence | Review of Restructuring Scenarios |
| Antinelli | 5/3/2010 | 1.0 | Financial and Operational Due Diligence | Noteholder calls to discuss tax scenarios |
| Antinelli | 5/3/2010 | 1.0 | Exit Financing Process | Discussion of exit financing proposals with potential lenders |
| Antinelli | 5/4/2010 | 1.0 | Financial and Operational Due Diligence | Reviewing updated model with new tax scenarios |
| Antinelli | 5/4/2010 | 1.0 | Exit Financing Process | Discussion of exit financing proposals with potential lenders |
| Antinelli | 5/5/2010 | 0.5 | Financial and Operational Due Diligence | Review of Disclosure Statement Projections |
| Antinelli | 5/6/2010 | 1.0 | Exit Financing Process | Discussion of exit financing proposals with potential lenders |
| Antinelli | 5/7/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 5/7/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Antinelli | 5/10/2010 | 2.0 | Exit Financing Process | Review and comment on the draft of the Board materials on exit financing |
| Antinelli | 5/10/2010 | 1.0 | Exit Financing Process | Review and comment on the draft of the Board materials on exit financing |
| Antinelli | 5/12/2010 | 2.0 | Board - Calls/Meetings/Discussions | Board update call |
| Antinelli | 5/13/2010 | 2.0 | Board - Calls/Meetings/Discussions | Continuation of Board call |
| Antinelli | 5/14/2010 | 0.5 | Exit Financing Process | Discussion of exit financing proposals with potential lenders |
| Antinelli | 5/14/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 5/17/2010 | 1.5 | Financial and Operational Due Diligence | Review updated model with various exit financing alternatives |
| Antinelli | 5/17/2010 | 1.0 | Exit Financing Process | Preparation for and discussion of exit financing with Moelis |
| Antinelli | 5/18/2010 | 1.0 | Exit Financing Process | Calls to discuss exit proposals |
| Antinelli | 5/18/2010 | 0.5 | Exit Financing Process | Review updated draft of the exit financing proposals summary |
| Antinelli | 5/18/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Antinelli | 5/19/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 5/20/2010 | 0.5 | Exit Financing Process | Review exit financing proposals |
| Antinelli | 5/21/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board update call |
| Antinelli | 5/21/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Antinelli | 5/21/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 5/22/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 5/24/2010 | 0.5 | Exit Financing Process | Review exit financing proposals |
| Antinelli | 5/26/2010 | 0.5 | Exit Financing Process | Review exit financing proposal from Moelis |
| Antinelli | 5/27/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Antinelli | 5/27/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Antinelli | 5/27/2010 | 0.5 | Court Hearings/Filings | Review draft of March fee application |
| Antinelli | 5/28/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 5/28/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Total - May | | 31.0 | | |
| Antinelli | 6/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/2/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/3/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/3/2010 | 0.5 | Exit Financing Process | Exit financing call with potential lender |
| Antinelli | 6/4/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 6/4/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Antinelli | 6/4/2010 | 1.0 | Exit Financing Process | Review mark-up of the term loan term sheet |
| Antinelli | 6/4/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/7/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Antinelli | 6/7/2010 | 3.0 | Exit Financing Process | Management call with potential exit financing lenders |
| Antinelli | 6/7/2010 | 2.0 | Board - Calls/Meetings/Discussions | Prepare for and participate in board update call |
| Antinelli | 6/7/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Antinelli | 6/8/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/8/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Antinelli | 6/9/2010 | 2.5 | Exit Financing Process | Follow-up discussion on exit financing with potential lenders |
| Antinelli | 6/10/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/11/2010 | 1.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 6/11/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/11/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Antinelli | 6/13/2010 | 2.0 | Financial and Operational Due Diligence | Call to discuss cash forecast / liquidity |
| Antinelli | 6/14/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss model and liquidity |
| Antinelli | 6/14/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Antinelli | 6/14/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/15/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/16/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/17/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Antinelli | 6/17/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/18/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 6/18/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Antinelli | 6/21/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/22/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Antinelli | 6/23/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/23/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Antinelli | 6/24/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Antinelli | 6/24/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Antinelli | 6/25/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 6/25/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Antinelli | 6/25/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Antinelli | 6/25/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Antinelli | 6/25/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 6/29/2010 | 1.0 | Court Hearings/Filings | Review draft of the Rothschild's affidavit for the confirmation hearing |
| Antinelli | 6/30/2010 | 0.5 | General Presentation Preparation | Review draft of exit financing summary materials |
| Antinelli | 6/30/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Total - June | | 42.5 | | |
| Antinelli | 7/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 7/1/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Antinelli | 7/2/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 7/2/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed updated model |
| Antinelli | 7/2/2010 | 0.5 | General Presentation Preparation | Review draft of exit financing summary materials |
| Antinelli | 7/6/2010 | 2.0 | Travel Time | Travel to Delaware |
| Antinelli | 7/6/2010 | 1.0 | Court Hearings/Filings | Confirmation hearing |
| Antinelli | 7/6/2010 | 2.0 | Travel Time | Travel back to NY |
| Antinelli | 7/7/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 7/8/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Antinelli | 7/8/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 7/9/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 7/9/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Antinelli | 7/9/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/12/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 7/12/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/13/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Antinelli | 7/13/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/14/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/14/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/15/2010 | 0.5 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/15/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/16/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Antinelli | 7/16/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing documents |
| Antinelli | 7/16/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Antinelli | 7/19/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing documents |
| Antinelli | 7/19/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/20/2010 | 1.5 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/21/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/22/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/23/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed updated model |
| Antinelli | 7/26/2010 | 0.5 | Exit Financing Process | Review proposed covenants for the term loan |
| Antinelli | 7/26/2010 | 0.5 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/27/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Antinelli | 7/28/2010 | 0.5 | Internal Meetings/Calls | Call to discuss closing timeline and outstanding tasks |
| Antinelli | 7/29/2010 | 1.0 | Exit Financing Process | Reviewed draft of funds flow memo |
| Total - July | | 36.0 | | |
| TOTAL | | 109.5 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Svoyskiy | 5/1/2010 | 2.5 | Financial and Operational Due Diligence | Reviewing updated tax scenarios |
| Svoyskiy | 5/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/2/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/2/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/3/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss tax restructuring scenarios and implications |
| Svoyskiy | 5/3/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Call to discuss tax restructuring scenarios and implications |
| Svoyskiy | 5/3/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/3/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/3/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/4/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/4/2010 | 3.0 | Financial and Operational Due Diligence | Reviewing updated model with new tax scenarios |
| Svoyskiy | 5/4/2010 | 0.5 | Exit Financing Process | Review exit financing proposal |
| Svoyskiy | 5/4/2010 | 0.5 | Court Hearings/Filings | Review draft of the revised projections section for the Disclosure Statement |
| Svoyskiy | 5/5/2010 | 0.5 | Exit Financing Process | Review exit financing proposal |
| Svoyskiy | 5/5/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/5/2010 | 1.0 | Financial and Operational Due Diligence | Reviewing updated model with new tax scenarios |
| Svoyskiy | 5/5/2010 | 0.5 | Court Hearings/Filings | Review draft of the revised projections section for the Disclosure Statement |
| Svoyskiy | 5/6/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/6/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/7/2010 | 1.0 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 5/7/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 5/10/2010 | 1.0 | Exit Financing Process | Review exit financing proposals |
| Svoyskiy | 5/10/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/10/2010 | 2.0 | Exit Financing Process | Review and comment on the draft of the Board materials on exit financing |
| Svoyskiy | 5/11/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/12/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Discussion of exit financing with Moelis |
| Svoyskiy | 5/12/2010 | 0.5 | Exit Financing Process | Review exit financing proposals |
| Svoyskiy | 5/12/2010 | 2.0 | Board - Calls/Meetings/Discussions | Board update call |
| Svoyskiy | 5/13/2010 | 2.0 | Board - Calls/Meetings/Discussions | Continuation of Board call |
| Svoyskiy | 5/13/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 5/14/2010 | 0.5 | Exit Financing Process | Discussion of exit financing proposals with potential lenders |
| Svoyskiy | 5/14/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/15/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model with various exit financing alternatives |
| Svoyskiy | 5/16/2010 | 1.0 | Financial and Operational Due Diligence | Review updated model with various exit financing alternatives |
| Svoyskiy | 5/17/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model with various exit financing alternatives |
| Svoyskiy | 5/17/2010 | 0.5 | Exit Financing Process | Discussion of exit financing with Moelis |
| Svoyskiy | 5/18/2010 | 1.0 | Exit Financing Process | Call to discuss exit proposals |
| Svoyskiy | 5/18/2010 | 0.5 | Exit Financing Process | Review draft of the exit financing proposals summary |
| Svoyskiy | 5/18/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/19/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/20/2010 | 0.5 | Exit Financing Process | Review draft of the exit financing proposals summary |
| Svoyskiy | 5/20/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 5/20/2010 | 0.5 | Exit Financing Process | Review exit financing proposals |
| Svoyskiy | 5/20/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/21/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board update call |
| Svoyskiy | 5/21/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/21/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 5/21/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| Svoyskiy | 5/21/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model with various exit financing alternatives |
| Svoyskiy | 5/21/2010 | 0.5 | Exit Financing Process | Review draft of the exit financing proposals summary |
| Svoyskiy | 5/22/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/24/2010 | 0.5 | Exit Financing Process | Review exit financing proposals |
| Svoyskiy | 5/24/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/26/2010 | 0.5 | Exit Financing Process | Review exit financing proposal from Moelis |
| Svoyskiy | 5/27/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/27/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/27/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model with various exit financing alternatives |
| Svoyskiy | 5/27/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 5/27/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 5/27/2010 | 0.5 | Court Hearings/Filings | Review draft of March fee application |
| Svoyskiy | 5/28/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/28/2010 | 0.5 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 5/28/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model with various exit financing alternatives |
| Svoyskiy | 5/28/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 5/28/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Weekly call with Moelis / lenders |
| TOTAL - May | | 53.0 | | |
| Svoyskiy | 6/1/2010 | 0.5 | Fee Applications / Monthly Invoice | Review fee application |
| Svoyskiy | 6/1/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/2/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing with prospective lenders |
| Svoyskiy | 6/2/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/3/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Reviewing term sheet |
| Svoyskiy | 6/3/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model |
| Svoyskiy | 6/3/2010 | 0.5 | Financial and Operational Due Diligence | Review updated Huron analysis |
| Svoyskiy | 6/3/2010 | 0.5 | Exit Financing Process | Review exit term loan term sheet |
| Svoyskiy | 6/3/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/3/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 6/3/2010 | 1.0 | Financial and Operational Due Diligence | Review updated liquidity forecast |
| Svoyskiy | 6/4/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 6/4/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with notcholders |
| Svoyskiy | 6/4/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/4/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/4/2010 | 0.5 | Exit Financing Process | Review mark-up of the term loan term sheet |
| Svoyskiy | 6/4/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/7/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/7/2010 | 3.0 | Exit Financing Process | Management call with potential exit financing lenders |
| Svoyskiy | 6/7/2010 | 1.0 | Board - Calls/Meetings/Discussions | Board update call |
| Svoyskiy | 6/7/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/7/2010 | 1.0 | Exit Financing Process | Review mark-up of the term loan term sheet and the notes indenture |
| Svoyskiy | 6/7/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model |
| Svoyskiy | 6/8/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/8/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/8/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model |
| Svoyskiy | 6/8/2010 | 0.5 | Financial and Operational Due Diligence | Miscellaneous analysis |
| Svoyskiy | 6/9/2010 | 1.0 | Financial and Operational Due Diligence | Review diligence responses to exit financing lenders |
| Svoyskiy | 6/9/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/9/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/9/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/9/2010 | 0.5 | Exit Financing Process | Review mark-up of the term loan term sheet |
| Svoyskiy | 6/9/2010 | 0.5 | Fee Applications / Monthly Invoice | Review fee application |

401237

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Svoyskiy | 6/9/2010 | 0.5 | General Presentation Preparation | Review draft of exit financing summary materials |
| Svoyskiy | 6/10/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/10/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 6/11/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model |
| Svoyskiy | 6/11/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 6/11/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/11/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Svoyskiy | 6/11/2010 | 0.5 | Court Hearings/Filings | Review draft of quarterly fee request filing |
| Svoyskiy | 6/12/2010 | 0.5 | Exit Financing Process | Review mark-up of the term loan term sheet |
| Svoyskiy | 6/12/2010 | 1.0 | Financial and Operational Due Diligence | Review updated Huron liquidity models |
| Svoyskiy | 6/13/2010 | 1.0 | Financial and Operational Due Diligence | Review updated Huron liquidity models |
| Svoyskiy | 6/13/2010 | 2.0 | Financial and Operational Due Diligence | Call to discuss cash forecast / liquidity |
| Svoyskiy | 6/14/2010 | 0.5 | Financial and Operational Due Diligence | Review updated Huron liquidity models |
| Svoyskiy | 6/14/2010 | 0.5 | Fee Applications / Monthly Invoice | Review fee application |
| Svoyskiy | 6/14/2010 | 1.0 | Financial and Operational Due Diligence | Call to discuss model and liquidity |
| Svoyskiy | 6/14/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Call with Moelis to discuss model and liquidity |
| Svoyskiy | 6/14/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/14/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/14/2010 | 1.0 | Exit Financing Process | Review drafts of exit financing term sheets |
| Svoyskiy | 6/15/2010 | 0.5 | Court Hearings/Filings | Review fee application |
| Svoyskiy | 6/15/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/15/2010 | 1.0 | Exit Financing Process | Review drafts of exit financing term sheets |
| Svoyskiy | 6/16/2010 | 1.0 | General Presentation Preparation | Review draft of exit financing summary materials |
| Svoyskiy | 6/16/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/17/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/17/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 6/17/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/18/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 6/18/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Svoyskiy | 6/18/2010 | 0.5 | Exit Financing Process | Review drafts of exit financing term sheets |
| Svoyskiy | 6/21/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/22/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/23/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/24/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/24/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/24/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/24/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 6/25/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 6/25/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Svoyskiy | 6/25/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/25/2010 | 0.5 | Exit Financing Process | Exit financing call |
| Svoyskiy | 6/25/2010 | 1.0 | Exit Financing Process | Review drafts of exit financing term sheets |
| Svoyskiy | 6/25/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 6/29/2010 | 0.5 | Court Hearings/Filings | Review draft of the Rothschild's affidavit for the confirmation hearing |
| Svoyskiy | 6/30/2010 | 0.5 | Financial and Operational Due Diligence | Update call with Huron to discuss model |
| Svoyskiy | 6/30/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed miscellaneous analysis |
| Svoyskiy | 6/30/2010 | 1.0 | General Presentation Preparation | Review draft of exit financing summary materials |
| Svoyskiy | 6/30/2010 | 0.5 | Financial and Operational Due Diligence | Review updated model |
| Svoyskiy | 6/30/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| TOTAL - June | | 66.0 | | |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Svoyskiy | 7/1/2010 | 1.0 | Financial and Operational Due Diligence | Review updated model |
| Svoyskiy | 7/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 7/1/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 7/1/2010 | 2.5 | Financial and Operational Due Diligence | Reviewed and updated financing model for actual results |
| Svoyskiy | 7/2/2010 | 1.0 | Financial and Operational Due Diligence | Reviewed and updated financing model for actual results |
| Svoyskiy | 7/2/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 7/4/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed and updated financing model for actual results |
| Svoyskiy | 7/6/2010 | 2.0 | Travel Time | Travel to Delaware |
| Svoyskiy | 7/6/2010 | 1.0 | Court Hearings/Filings | Confirmation hearing |
| Svoyskiy | 7/6/2010 | 2.0 | Travel Time | Travel back to NY |
| Svoyskiy | 7/6/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed new appraisals |
| Svoyskiy | 7/7/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed updated model |
| Svoyskiy | 7/7/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 7/7/2010 | 1.5 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/8/2010 | 1.0 | Exit Financing Process | Exit financing call |
| Svoyskiy | 7/8/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 7/8/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed variance report and updated DIP budget |
| Svoyskiy | 7/9/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 7/9/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/9/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Svoyskiy | 7/9/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed updated model |
| Svoyskiy | 7/12/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 7/12/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/12/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Svoyskiy | 7/13/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/14/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/15/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/15/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/16/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing documents |
| Svoyskiy | 7/16/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Svoyskiy | 7/16/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Svoyskiy | 7/16/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing documents |
| Svoyskiy | 7/19/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/20/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing documents |
| Svoyskiy | 7/20/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/21/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/22/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/23/2010 | 2.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/23/2010 | 0.5 | Financial and Operational Due Diligence | Reviewed updated model |
| Svoyskiy | 7/26/2010 | 0.5 | Internal Meetings/Calls | Call to discuss closing timeline and outstanding tasks |
| Svoyskiy | 7/26/2010 | 0.5 | Exit Financing Process | Review proposed covenants for the term loan |
| Svoyskiy | 7/27/2010 | 0.5 | Internal Meetings/Calls | Call to discuss closing timeline and outstanding tasks |
| Svoyskiy | 7/28/2010 | 1.0 | Exit Financing Process | Reviewed drafts of exit financing documents |
| Svoyskiy | 7/28/2010 | 0.5 | Internal Meetings/Calls | Call to discuss closing timeline and outstanding tasks |
| Svoyskiy | 7/29/2010 | 0.5 | Exit Financing Process | Reviewed draft of funds flow memo |
| TOTAL - July | | 46.5 | | |
| TOTAL | | 165.5 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Siegel | 5/1/2010 | 2.0 | Financial and Operational Due Diligence | Analysis of taxes |
| Siegel | 5/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/3/2010 | 6.0 | Financial and Operational Due Diligence | Lender diligence |
| Siegel | 5/3/2010 | 4.0 | Interested Party Calls | Calls with potential lenders |
| Siegel | 5/3/2010 | 1.5 | Financial Analysis/Modeling | Review model |
| Siegel | 5/3/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Call to discuss taxes |
| Siegel | 5/4/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Call to discuss taxes |
| Siegel | 5/4/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/4/2010 | 2.0 | Interested Party Calls | Calls with potential lenders |
| Siegel | 5/4/2010 | 2.0 | Financial Analysis/Modeling | Work on amended disclosure statement |
| Siegel | 5/5/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/5/2010 | 2.0 | Financial Analysis/Modeling | Analyze exit financing proposal(s) |
| Siegel | 5/5/2010 | 4.0 | Financial Analysis/Modeling | Work on amended disclosure statement |
| Siegel | 5/5/2010 | 2.0 | Interested Party Calls | Calls with potential lenders |
| Siegel | 5/6/2010 | 2.0 | General Presentation Preparation | Preparing board materials |
| Siegel | 5/6/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/6/2010 | 5.0 | Financial Analysis/Modeling | Work on amended disclosure statement |
| Siegel | 5/6/2010 | 2.0 | Interested Party Calls | Calls with potential lenders |
| Siegel | 5/7/2010 | 3.0 | Financial Analysis/Modeling | Analyze exit financing proposal(s) |
| Siegel | 5/7/2010 | 3.0 | General Presentation Preparation | Preparing board materials |
| Siegel | 5/7/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/7/2010 | 4.0 | Interested Party Calls | Calls with potential lenders |
| Siegel | 5/10/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/10/2010 | 1.0 | Financial and Operational Due Diligence | Work on diligence |
| Siegel | 5/10/2010 | 3.0 | General Presentation Preparation | Preparing board materials |
| Siegel | 5/11/2010 | 3.0 | General Presentation Preparation | Preparing board materials |
| Siegel | 5/12/2010 | 3.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/12/2010 | 2.0 | Board - Calls/Meetings/Discussions | Board call |
| Siegel | 5/13/2010 | 2.0 | Board - Calls/Meetings/Discussions | Continuation of Board call |
| Siegel | 5/13/2010 | 3.0 | Financial and Operational Due Diligence | Diligence on borrowing base |
| Siegel | 5/14/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Siegel | 5/14/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Siegel | 5/17/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Siegel | 5/18/2010 | 1.0 | Exit Financing Process | Call to discuss exit proposals |
| Siegel | 5/19/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| TOTAL | | 79.5 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Houff | 5/1/2010 | 3.0 | Financial and Operational Due Diligence | Analysis of taxes |
| Houff | 5/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/3/2010 | 4.0 | Financial and Operational Due Diligence | Lender diligence |
| Houff | 5/3/2010 | 2.0 | Case Administration | Work on datasite |
| Houff | 5/3/2010 | 2.5 | Financial Analysis/Modeling | Work on model |
| Houff | 5/3/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Call to discuss taxes |
| Houff | 5/4/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Call to discuss taxes |
| Houff | 5/4/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/4/2010 | 2.0 | Financial Analysis/Modeling | Analyze exit financing proposal(s) |
| Houff | 5/4/2010 | 4.0 | Financial Analysis/Modeling | Work on amended disclosure statement |
| Houff | 5/5/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/5/2010 | 2.0 | Financial Analysis/Modeling | Analyze exit financing proposal(s) |
| Houff | 5/5/2010 | 4.0 | Financial Analysis/Modeling | Work on amended disclosure statement |
| Houff | 5/5/2010 | 2.0 | Financial and Operational Due Diligence | Work on diligence |
| Houff | 5/6/2010 | 3.0 | General Presentation Preparation | Preparing board materials |
| Houff | 5/6/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/6/2010 | 5.0 | Financial Analysis/Modeling | Work on amended disclosure statement |
| Houff | 5/7/2010 | 5.0 | Financial Analysis/Modeling | Analyze exit financing proposal(s) |
| Houff | 5/7/2010 | 3.0 | General Presentation Preparation | Preparing board materials |
| Houff | 5/7/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/10/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/10/2010 | 1.0 | Financial and Operational Due Diligence | Work on diligence |
| Houff | 5/10/2010 | 6.0 | General Presentation Preparation | Preparing board materials |
| Houff | 5/11/2010 | 6.0 | General Presentation Preparation | Preparing board materials |
| Houff | 5/12/2010 | 3.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/12/2010 | 7.0 | General Presentation Preparation | Preparing board materials |
| Houff | 5/12/2010 | 2.0 | Board - Calls/Meetings/Discussions | Board call |
| Houff | 5/13/2010 | 2.0 | Board - Calls/Meetings/Discussions | Continuation of Board call |
| Houff | 5/13/2010 | 3.0 | Financial and Operational Due Diligence | Diligence on borrowing base |
| Houff | 5/14/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 5/14/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 5/14/2010 | 1.0 | General Presentation Preparation | Working on summary presentation |
| Houff | 5/15/2010 | 2.0 | Financial Analysis/Modeling | Working on and reviewing drafts of model |
| Houff | 5/17/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/17/2010 | 2.5 | General Presentation Preparation | Working on summary presentation |
| Houff | 5/18/2010 | 1.0 | General Presentation Preparation | Reviewing and commenting on summary presentation |
| Houff | 5/18/2010 | 1.0 | Exit Financing Process | Call to discuss exit proposals |
| Houff | 5/19/2010 | 2.5 | General Presentation Preparation | Working on summary presentation |
| Houff | 5/19/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/20/2010 | 1.0 | Financial Analysis/Modeling | Working on model |
| Houff | 5/20/2010 | 0.5 | General Presentation Preparation | Reviewing and commenting on summary presentation |
| Houff | 5/21/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 5/21/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 5/21/2010 | 0.5 | General Presentation Preparation | Reviewing and commenting on summary presentation |
| Houff | 5/24/2010 | 0.5 | General Presentation Preparation | Reviewing and commenting on summary presentation |
| Houff | 5/24/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/25/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/25/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Feedback from Moelis |
| Houff | 5/26/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Review term sheet from Moelis |
| Houff | 5/26/2010 | 1.0 | Financial Analysis/Modeling | Working on model |
| Houff | 5/27/2010 | 2.0 | Fee Applications / Monthly Invoice | Working on fee application |
| Houff | 5/27/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 5/28/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 5/28/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| TOTAL - May | | 113.5 | | |
| Houff | 6/1/2010 | 0.5 | Fee Applications / Monthly Invoice | Review fee application |
| Houff | 6/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/2/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/3/2010 | 0.5 | Financial Analysis/Modeling | Review model |
| Houff | 6/3/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Reviewing term sheet |
| Houff | 6/3/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/4/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/4/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 6/4/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 6/7/2010 | 2.0 | Internal Meetings/Calls | Reviewing letter from noteholders |
| Houff | 6/7/2010 | 2.0 | Internal Meetings/Calls | Reviewing term sheet |
| Houff | 6/7/2010 | 3.0 | Exit Financing Process | Exit financing call |
| Houff | 6/8/2010 | 1.5 | Financial and Operational Due Diligence | Work on due diligence |
| Houff | 6/8/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| Houff | 6/9/2010 | 1.0 | Financial and Operational Due Diligence | Work on due diligence |
| Houff | 6/9/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| Houff | 6/9/2010 | 1.0 | Exit Financing Process | Call to discuss term sheet comments |
| Houff | 6/10/2010 | 1.0 | Fee Applications / Monthly Invoice | Review fee application |
| Houff | 6/11/2010 | 3.0 | Financial Analysis/Modeling | Reviewing liquidity and assumptions |
| Houff | 6/11/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 6/11/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 6/13/2010 | 3.0 | Financial and Operational Due Diligence | Model comparison |
| Houff | 6/13/2010 | 1.5 | General Presentation Preparation | Comparison presentation |
| Houff | 6/14/2010 | 2.5 | Fee Applications / Monthly Invoice | Review fee application |
| Houff | 6/14/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing |
| Houff | 6/15/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/16/2010 | 1.0 | Financial Analysis/Modeling | Review model |
| Houff | 6/16/2010 | 2.0 | Exit Financing Process | Work on exit financing process |
| Houff | 6/17/2010 | 2.0 | Financial and Operational Due Diligence | Work on datasite |
| Houff | 6/17/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/18/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Houff | 6/18/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Houff | 6/21/2010 | 3.0 | Financial and Operational Due Diligence | Work on appraisals |
| Houff | 6/21/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/21/2010 | 1.0 | Fee Applications / Monthly Invoice | Review fee application |
| Houff | 6/22/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| Houff | 6/22/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/23/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/24/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Houff | 6/24/2010 | 1.0 | Financial Analysis/Modeling | Review model |
| Houff | 6/24/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| TOTAL - June | | 54.0 | | |
| TOTAL | | 167.5 | | |

401237

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Shah | 5/12/2010 | 2.0 | Board - Calls/Meetings/Discussions | Board call |
| Shah | 5/13/2010 | 2.0 | Board - Calls/Meetings/Discussions | Continuation of Board call |
| Shah | 5/13/2010 | 1.0 | Financial and Operational Due Diligence | Diligence on borrowing base |
| Shah | 5/14/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Shah | 5/14/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 5/14/2010 | 4.0 | General Presentation Preparation | Working on summary presentation |
| Shah | 5/15/2010 | 8.0 | Financial Analysis/Modeling | Working on model |
| Shah | 5/16/2010 | 6.0 | Financial Analysis/Modeling | Working on model |
| Shah | 5/17/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 5/17/2010 | 4.0 | Financial Analysis/Modeling | Working on model |
| Shah | 5/17/2010 | 3.0 | General Presentation Preparation | Working on summary presentation |
| Shah | 5/18/2010 | 4.0 | General Presentation Preparation | Working on summary presentation |
| Shah | 5/18/2010 | 1.0 | Exit Financing Process | Call to discuss exit proposals |
| Shah | 5/19/2010 | 2.5 | General Presentation Preparation | Working on summary presentation |
| Shah | 5/19/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 5/20/2010 | 4.0 | Financial Analysis/Modeling | Working on model |
| Shah | 5/20/2010 | 4.0 | General Presentation Preparation | Working on summary presentation |
| Shah | 5/21/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Shah | 5/21/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 5/21/2010 | 2.5 | Financial Analysis/Modeling | Working on model |
| Shah | 5/21/2010 | 2.0 | General Presentation Preparation | Working on summary presentation |
| Shah | 5/24/2010 | 3.0 | General Presentation Preparation | Working on summary presentation |
| Shah | 5/24/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 5/25/2010 | 2.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 5/25/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Feedback from Moelis |
| Shah | 5/26/2010 | 0.5 | Noteholders - Calls/Meetings/Discussions | Review term sheet from Moelis |
| Shah | 5/26/2010 | 3.0 | Financial Analysis/Modeling | Working on model |
| Shah | 5/27/2010 | 2.0 | Fee Applications / Monthly Invoice | Working on fee application |
| Shah | 5/27/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 5/28/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Shah | 5/28/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 5/28/2010 | 3.0 | Financial Analysis/Modeling | Working on model |
| TOTAL - May | | 76.0 | | |
| Shah | 6/1/2010 | 2.0 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 6/1/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/2/2010 | 3.0 | Financial and Operational Due Diligence | Work on datasite |
| Shah | 6/2/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/2/2010 | 2.0 | Financial Analysis/Modeling | Working on model |
| Shah | 6/3/2010 | 2.5 | Financial Analysis/Modeling | Working on model |
| Shah | 6/3/2010 | 2.0 | Noteholders - Calls/Meetings/Discussions | Reviewing term sheet |
| Shah | 6/3/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/4/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/4/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Shah | 6/4/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 6/5/2010 | 1.5 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 6/7/2010 | 2.0 | Internal Meetings/Calls | Reviewing letter from noteholders |
| Shah | 6/7/2010 | 2.0 | Internal Meetings/Calls | Reviewing term sheet |
| Shah | 6/7/2010 | 3.0 | Exit Financing Process | Exit financing call |
| Shah | 6/8/2010 | 3.5 | Financial and Operational Due Diligence | Work on due diligence |
| Shah | 6/8/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| Shah | 6/9/2010 | 3.0 | Financial and Operational Due Diligence | Work on due diligence |
| Shah | 6/9/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| Shah | 6/9/2010 | 1.0 | Exit Financing Process | Call to discuss term sheet comments |
| Shah | 6/10/2010 | 3.0 | Financial Analysis/Modeling | Work on IRR calculation for term loan |
| Shah | 6/10/2010 | 3.0 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 6/11/2010 | 3.0 | Financial Analysis/Modeling | Reviewing liquidity and assumptions |
| Shah | 6/11/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Shah | 6/11/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 6/13/2010 | 3.0 | Financial and Operational Due Diligence | Model comparison |
| Shah | 6/13/2010 | 1.5 | General Presentation Preparation | Comparison presentation |
| Shah | 6/14/2010 | 2.5 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 6/14/2010 | 1.0 | Exit Financing Process | Call to discuss exit financing |
| Shah | 6/14/2010 | 1.5 | Financial and Operational Due Diligence | Model diligence |
| Shah | 6/15/2010 | 2.0 | Financial and Operational Due Diligence | Work on workplan |
| Shah | 6/15/2010 | 0.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/16/2010 | 3.0 | Financial Analysis/Modeling | Working on model |
| Shah | 6/16/2010 | 2.0 | Exit Financing Process | Work on exit financing process |
| Shah | 6/17/2010 | 2.0 | Financial and Operational Due Diligence | Work on datasite |
| Shah | 6/17/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/18/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Shah | 6/18/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 6/21/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/21/2010 | 3.0 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 6/22/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| Shah | 6/22/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/22/2010 | 2.0 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 6/23/2010 | 4.0 | General Presentation Preparation | Work on summary presentation |
| Shah | 6/23/2010 | 1.5 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/24/2010 | 1.0 | Internal Meetings/Calls | Internal discussions / calls / emails |
| Shah | 6/24/2010 | 4.0 | Financial Analysis/Modeling | Working on model |
| Shah | 6/24/2010 | 1.0 | Exit Financing Process | Exit financing diligence call |
| Shah | 6/30/2010 | 4.0 | General Presentation Preparation | Work on exit financing materials for GE |
| TOTAL - June | | 91.5 | | |
| Shah | 7/1/2010 | 4.0 | Financial Analysis/Modeling | Updated model for May actuals |
| Shah | 7/1/2010 | 2.0 | Financial Analysis/Modeling | Work on model |
| Shah | 7/6/2010 | 4.0 | Financial Analysis/Modeling | Work on covenant analysis |
| Shah | 7/8/2010 | 3.0 | Financial Analysis/Modeling | Work on covenant analysis |
| Shah | 7/8/2010 | 3.0 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 7/9/2010 | 0.5 | Internal Meetings/Calls | Weekly update call with Company and advisors |
| Shah | 7/9/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 7/9/2010 | 1.5 | Financial Analysis/Modeling | Work on model |
| Shah | 7/15/2010 | 4.0 | Financial Analysis/Modeling | Update model for historical fixed charges |
| Shah | 7/16/2010 | 1.0 | Noteholders - Calls/Meetings/Discussions | Update call with noteholders |
| Shah | 7/16/2010 | 1.5 | Financial Analysis/Modeling | Work on model |
| Shah | 7/22/2010 | 3.0 | Fee Applications / Monthly Invoice | Work on fee application |
| Shah | 7/23/2010 | 2.0 | Financial Analysis/Modeling | Update model for new 2011 cost projections |
| Shah | 7/27/2010 | 0.5 | Internal Meetings/Calls | Call to discuss closing timeline and outstanding tasks |
| Shah | 7/28/2010 | 0.5 | Internal Meetings/Calls | Call to discuss closing timeline and outstanding tasks |
| TOTAL - July | | 31.5 | | |
| TOTAL | | 199.0 | | |

401237