Exhibit B
Neenah Expense Details for the Period of July 1, 2010 through July 29, 2010

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 29, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/7/2010 | Fernando Pena-Alfaro | Airfare | Airfare for travel to Neenah, WI: United Airlines: IAH-ATW 07/13/2010, includes travel agent fees. | 379.97 |
| 7/7/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: Delta Airlines: PIT-ATW 07/19/2010. | 155.40 |
| 7/7/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: Midwest Airlines: ATW-PIT 07/23/2010 to 07/23/2010. | 236.90 |
| 7/7/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: Midwest Airlines: PIT-ATW-PIT 07/12/2010 to 07/16/2010. | 455.80 |
| 7/14/2010 | Fernando Pena-Alfaro | Airfare | Airfare for travel to Neenah, WI: Delta Airlines: ATW-IAH 07/15/2010, includes travel agent fees. | 374.17 |
| 7/16/2010 | Fernando Pena-Alfaro | Airfare | Airfare for travel to Neenah, WI: Delta Airlines: IAH-ATW 07/20/2010, includes travel agent fees. | 362.68 |
| 7/19/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: Delta Airlines: PIT-ATW 07/26/2010. | 480.40 |
| 7/19/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: Delta Airlines: PIT-ATW 08/02/2010. | 360.40 |
| 7/19/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: Midwest Airlines: ATW-PIT 07/30/2010. | 138.90 |
| 7/19/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: United Airlines: ATW-PIT 08/05/2010. | 135.40 |
| 7/22/2010 | Fernando Pena-Alfaro | Airfare | Airfare for travel to Neenah, WI: United Airlines: ATW-IAH 07/23/2010, includes travel agent fees. | 403.40 |
| 7/23/2010 | Richard D. Caruso | Airfare | Airfare for travel to Neenah, WI: United Airlines: ATW-PIT 07/23/2010 (modified flight due to MKE closure). | 582.34 |
| 7/27/2010 | Corporate Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - GLOBAL CROSSING TELECOMMUNICATIONS INC | 118.93 |
| 7/1/2010 | Richard D. Caruso | Ground Transportation | NYC TLC: Goldentree Offices, New York, NY to LaGaurdia Airport | 34.57 |
| 7/6/2010 | Richard D. Caruso | Ground Transportation | All City Taxi: Philadelphia Airport to Wilmington, DE for Confirmation Hearing | 67.72 |
| 7/6/2010 | Richard D. Caruso | Ground Transportation | Hope Taxi: Wilmington, DE to Philadelphia Airport after Confirmation Hearing | 85.00 |
| 7/13/2010 | Fernando Pena-Alfaro | Ground Transportation | Executive Cab: Home to Houston Airport | 69.00 |
| 7/13/2010 | Fernando Pena-Alfaro | Ground Transportation | Fox Valley Cab: Appleton Airport to Neenah Foundry, Neenah, WI | 26.00 |
| 7/15/2010 | Fernando Pena-Alfaro | Ground Transportation | Appleton Taxi: Best Western, Neenah, WI to Appleton Airport | 25.00 |
| 7/15/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Taxi: Houston Airport to Home (Houston, TX) | 71.00 |
| 7/20/2010 | Fernando Pena-Alfaro | Ground Transportation | Executive Cab: Home (Houston, TX) to Houston Airport | 72.00 |
| 7/20/2010 | Fernando Pena-Alfaro | Ground Transportation | Fox Taxi Cab: Appleton Airport to Neenah Foundry, Neenah, WI | 26.00 |
| 7/23/2010 | Fernando Pena-Alfaro | Ground Transportation | Yellow Cab: Houston Airport to Home (Houston, TX) | 70.00 |
| 7/1/2010 | Brett Anderson | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 06/28/2010 to 07/01/2010, plus housekeeping gratuity. | 283.90 |
| 7/2/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 06/28/2010 to 07/02/2010. | 365.20 |
| 7/8/2010 | Brett Anderson | Hotel/Lodging | Housekeeping gratuity for lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/05/2010 to 07/08/2010 (hotel charges directly billed to client this week) | 10.00 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 29, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/22/2010 | Nick P. Zaccagnini | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/19/2010 to 07/22/2010. | 244.05 |
| 7/22/2010 | Richard D. Caruso | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/19/2010 to 07/22/2010. | 240.90 |
| 7/23/2010 | Brent Johnson | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/19/2010 to 07/23/2010. | 321.20 |
| 7/23/2010 | Brett Anderson | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/19/2010 to 07/23/2010, plus housekeeping gratuity. | 331.20 |
| 7/23/2010 | Nick P. Zaccagnini | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/22/2010 to 07/23/2010 | 127.60 |
| 7/23/2010 | Richard D. Caruso | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/22/2010 to 07/23/2010. | 107.80 |
| 7/27/2010 | Nick P. Zaccagnini | Hotel/Lodging | Lodging while working on out-of-town engagement: Best Western: Neenah, WI: 07/26/2010 to 07/27/2010. | 196.90 |
| 7/1/2010 | Brent Johnson | Meals | Travel dinner: Cannova's: Neenah, WI. | 29.10 |
| 7/1/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Brett Anderson, Brent Johnson. | 21.47 |
| 7/1/2010 | Richard D. Caruso | Meals | Breakfast: Marriott: New York, NY (meeting with GoldenTree). | 29.65 |
| 7/1/2010 | Richard D. Caruso | Meals | Working lunch: Sky Asian Bistro: LaGuardia Airport, New York, NY (meeting with GoldenTree). | 6.95 |
| 7/2/2010 | Brent Johnson | Meals | Travel lunch en route from Neenah Foundry: Burger King: Neenah, WI. | 6.92 |
| 7/6/2010 | Brent Johnson | Meals | Breakfast en route to Neenah Foundry: McDonald's: Thorp, WI. | 5.92 |
| 7/6/2010 | Brett Anderson | Meals | Breakfast en route to Neenah Foundry: Starbucks: Lake Forest, IL. | 5.45 |
| 7/6/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Zacateca's: Neenah, WI: Attendees: Brett Anderson, Brent Johnson. | 39.40 |
| 7/6/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Brett Anderson, Brent Johnson. | 17.11 |
| 7/6/2010 | Richard D. Caruso | Meals | Breakfast and travel lunch: Philadelphia Airport, Philadelphia, PA (Confirmation Hearing). | 17.37 |
| 7/7/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbucks, Neenah, WI: Attendees: Brett Anderson, Brent Johnson. | 4.10 |
| 7/7/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Cy's Asian Bistro: Neenah, WI: Attendees: Brett Anderson, Brent Johnson. | 35.30 |
| 7/7/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Brett Anderson, Brent Johnson. | 22.05 |
| 7/8/2010 | Brent Johnson | Meals | Travel dinner en route from Neenah Foundry: Wendy's: Neenah, WI. | 9.64 |
| 7/8/2010 | Brett Anderson | Meals | Breakfast for Huron team: Starbucks, Neenah, WI: Attendees: Brett Anderson, Brent Johnson. | 4.10 |
| 7/9/2010 | Brent Johnson | Meals | Travel lunch en route from Neenah Foundry: Burger King: Waupaca, WI. | 6.92 |
| 7/12/2010 | Brent Johnson | Meals | Breakfast en route to Neenah Foundry: McDonald's: Menomonie, WI. | 7.92 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 29, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/12/2010 | Brent Johnson | Meals | Travel dinner for Huron team: Nakashima of Japan: Appleton, WI: Attendees: Brent Johnson, Nick Zaccagnini. | 50.81 |
| 7/12/2010 | Brent Johnson | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Brent Johnson, Nick P. Zaccagnini. | 24.42 |
| 7/12/2010 | Nick P. Zaccagnini | Meals | Breakfast en route to Neenah Foundry: Starbucks: Lake Forest, IL. | 6.10 |
| 7/13/2010 | Brent Johnson | Meals | Engagement team snacks and sundries: Shopko: Neenah, WI: Attendees: Brent Johnson, Nick P. Zaccagnini, Richard D. Caruso, Fernando Pena-Alfaro, Brett Anderson. | 19.29 |
| 7/13/2010 | Fernando Pena-Alfaro | Meals | Breakfast en route to Neenah Foundry: Starbucks, Houston, TX. | 11.43 |
| 7/13/2010 | Fernando Pena-Alfaro | Meals | Lunch en route to Neenah Foundry: Chili's, O'Hare Airport, Chicago, IL. | 20.00 |
| 7/13/2010 | Nick P. Zaccagnini | Meals | Travel dinner for Huron team: The Machine Shed: Appleton, WI: Attendees: Rich Caruso, Brent Johnson, Fernando Pena-Alfaro and Nick Zaccagnini. | 72.73 |
| 7/13/2010 | Nick P. Zaccagnini | Meals | Working lunch for Huron team: Solea: Neenah, WI: Attendees: Rich Caruso, Brent Johnson, Nick Zaccagnini. | 31.75 |
| 7/14/2010 | Nick P. Zaccagnini | Meals | Working lunch for Huron and Neenah team: Zuppa's: Neenah, WI: Attendees: Bob Gitter (NEI), Rich Caruso, Brent Johnson, Fernando Pena-Alfaro and Nick Zaccagnini. | 51.87 |
| 7/15/2010 | Fernando Pena-Alfaro | Meals | Travel dinner en route from Neenah Foundry: Charley's Steakery: Atlanta Airport, Atlanta, GA. | 17.28 |
| 7/15/2010 | Nick P. Zaccagnini | Meals | Travel dinner for Huron team: Solea: Neenah, WI: Attendees: Rich Caruso, Brent Johnson, Nick Zaccagnini. | 42.67 |
| 7/16/2010 | Brent Johnson | Meals | Travel dinner en route from Neenah Foundry: Burger King: Waupaca, WI. | 6.88 |
| 7/16/2010 | Nick P. Zaccagnini | Meals | Working lunch for Huron team: Chipotle: Grand Chute, WI: Attendees: Brent Johnson and Nick Zaccagnini. | 12.92 |
| 7/16/2010 | Richard D. Caruso | Meals | Travel lunch en route from Neenah Foundry: Airport Food Court: Milwaukee Airport, Milwaukee, WI. | 8.97 |
| 7/19/2010 | Brent Johnson | Meals | Breakfast en route to Neenah Foundry: McDonald's: Menomonie, WI. | 7.12 |
| 7/19/2010 | Brett Anderson | Meals | Breakfast en route to Neenah Foundry: Starbucks: Lake Forest, IL. | 5.45 |
| 7/19/2010 | Brett Anderson | Meals | Working dinner for Huron team: Zuppa's, Neenah, WI: Attendees: Brett Anderson, Brent Johnson, Nick P. Zaccagnini, Richard D. Caruso. | 55.80 |
| 7/19/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso, Nick P. Zaccagnini. | 40.05 |
| 7/19/2010 | Richard D. Caruso | Meals | Breakfast en route to Neenah Foundry: McDonalds: Pittsburgh Airport, Pittsburgh, PA. | 5.08 |
| 7/20/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Crazy Pat's Pizzeria: Neenah, WI: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Fernando Pena-Alfaro, Nick P. Zaccagnini. | 51.00 |
| 7/20/2010 | Fernando Pena-Alfaro | Meals | Breakfast en route to Neenah Foundry: Starbucks, Houston, TX. | 12.50 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 29, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/20/2010 | Nick P. Zaccagnini | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Rich Caruso, Fernando Pena-Alfaro, Brent Johnson, Brett Anderson and Nick Zaccagnini. | 64.52 |
| 7/21/2010 | Brent Johnson | Meals | Engagement team snacks and sundries: Wal-mart: Neenah, WI: Attendees: Brent Johnson, Brett Anderson, Richard D. Caruso, Fernando Pena-Alfaro, Nick P. Zaccagnini. | 33.48 |
| 7/21/2010 | Brett Anderson | Meals | Working lunch for Huron team: Jimmy John's: Neenah, WI: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso, Nick P. Zaccagnini. | 28.62 |
| 7/21/2010 | Richard D. Caruso | Meals | Working dinner for Huron team: Chipotle: Grand Chute, WI: Attendees: Richard D. Caruso, Brett Anderson, Brent Johnson, Nick P. Zaccagnini. | 27.41 |
| 7/22/2010 | Brett Anderson | Meals | Working dinner for Huron team: Fuddrucker's: Appleton, WI: Attendees: Brett Anderson, Brent Johnson, Nick P. Zaccagnini, Richard D. Caruso. | 40.59 |
| 7/22/2010 | Nick P. Zaccagnini | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Richard D. Caruso, Fernando Pena-Alfaro, Brent Johnson, Brett Anderson, Nick P. Zaccagnini. | 53.70 |
| 7/23/2010 | Brent Johnson | Meals | Travel dinner en route from Neenah Foundry: Burger King: Waupaca, WI. | 6.89 |
| 7/23/2010 | Fernando Pena-Alfaro | Meals | Breakfast en route from Neenah Foundry: Starbucks: O'Hare Airport, Chicago, IL. | 8.69 |
| 7/23/2010 | Nick P. Zaccagnini | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI: Attendees: Brent Johnson, Brett Anderson and Nick Zaccagnini. | 33.49 |
| 7/23/2010 | Richard D. Caruso | Meals | Travel lunch en route from Neenah Foundry: HMS Host: O'Hare Aiport, Chicago, IL. | 16.67 |
| 7/26/2010 | Brent Johnson | Meals | Breakfast en route to Neenah Foundry: McDonald's: Thorp, WI. | 6.24 |
| 7/26/2010 | Brett Anderson | Meals | Breakfast en route to Neenah Foundry: Starbucks: Lake Forest, IL. | 6.52 |
| 7/26/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Solea: Neenah, WI: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Nick P. Zaccagnini. | 57.74 |
| 7/26/2010 | Brett Anderson | Meals | Working lunch for Huron and Neenah team: Zuppa's: Neenah, WI: Attendees: Brett Anderson, Bob Gitter (NEI), Brent Johnson, Richard D. Caruso, Nick P. Zaccagnini. | 51.76 |
| 7/26/2010 | Nick P. Zaccagnini | Meals | Breakfast en route to Neenah Foundry: Starbucks: Lake Forest, IL. | 6.42 |
| 7/27/2010 | Brett Anderson | Meals | Travel dinner for Huron team: The Machine Shed: Appleton, WI: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Nick P. Zaccagnini. | 73.25 |
| 7/27/2010 | Brett Anderson | Meals | Working lunch for Huron team: Zuppa's, Neenah, WI: Attendees: Brett Anderson, Brent Johnson, Richard D. Caruso, Nick P. Zaccagnini. | 43.20 |
| 7/28/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Perkins: Neenah, WI: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Nick P. Zaccagnini. | 47.29 |
| 7/28/2010 | Nick P. Zaccagnini | Meals | Breakfast for Huron team: Starbucks: Neenah, WI: Attendees: Brent Johnson, Brett Anderson and Nick Zaccagnini. | 9.04 |
| 7/28/2010 | Nick P. Zaccagnini | Meals | Breakfast for Huron team: Starbucks: Neenah, WI: Attendees: Brent Johnson, Brett Anderson and Nick Zaccagnini. | 9.14 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 29, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/28/2010 | Nick P. Zaccagnini | Meals | Working lunch for Huron team: Zuppa's: Neenah, WI; Attendees: Rich Caruso, Brent Johnson, Brett Anderson and Nick Zaccagnini: Zuppa's: Neenah, WI | 40.16 |
| 7/29/2010 | Brett Anderson | Meals | Travel dinner for Huron team: Cannova's: Neenah, WI: Attendees: Brett Anderson, Richard D. Caruso, Brent Johnson, Nick P. Zaccagnini. | 109.67 |
| 7/29/2010 | Brett Anderson | Meals | Working lunch for Huron and Neenah team: Zuppa's: Neenah, WI: Attendees: Brett Anderson, Bob Gitter (NEI), Brent Johnson, Richard D. Caruso, Nick P. Zaccagnini. | 52.71 |
| 7/29/2010 | Nick P. Zaccagnini | Meals | Breakfast for Huron team: Starbucks: Neenah, WI: Attendees: Brent Johnson, Brett Anderson and Nick Zaccagnini. | 9.14 |
| 7/1/2010 | Richard D. Caruso | Mileage | Roundtrip mileage incurred during trip to airport for flight to Washington, DC & New York, NY: 06/30/2010 to 07/01/2010. | 30.00 |
| 7/2/2010 | Brent Johnson | Mileage | Mileage incurred during trip from Neenah, WI to residence: 07/02/2010. | 143.00 |
| 7/2/2010 | Brent Johnson | Mileage | Mileage incurred while in Neenah, WI during week: 06/28/2010 to 07/02/2010. | 51.50 |
| 7/6/2010 | Brent Johnson | Mileage | Mileage incurred during trip from residence to Neenah, WI: 07/06/2010. | 142.50 |
| 7/6/2010 | Brett Anderson | Mileage | Roundtrip mileage incurred during trip from Chicago, IL to Neenah, WI and additional driving during week: 07/06/2010 to 07/08/2010. | 190.00 |
| 7/6/2010 | Richard D. Caruso | Mileage | Mileage incurred during trip from airport for trip to Confirmation Hearing: 07/06/2010. | 46.00 |
| 7/6/2010 | Richard D. Caruso | Mileage | Mileage incurred during trip to airport for trip to Confirmation Hearing: 07/06/2010. | 46.00 |
| 7/9/2010 | Brent Johnson | Mileage | Mileage incurred during trip from Neenah, WI to residence: 07/09/2010. | 142.00 |
| 7/9/2010 | Brent Johnson | Mileage | Mileage incurred while in Neenah, WI during week: 07/06/2010 to 07/09/2010. | 12.00 |
| 7/12/2010 | Brent Johnson | Mileage | Mileage incurred during trip from residence to Neenah, WI: 07/12/2010. | 142.50 |
| 7/16/2010 | Brent Johnson | Mileage | Mileage incurred during trip from Neenah, WI to residence: 07/16/2010. | 142.50 |
| 7/16/2010 | Brent Johnson | Mileage | Mileage incurred while in Neenah, WI during week: 07/12/2010 to 07/16/2010. | 55.00 |
| 7/16/2010 | Nick P. Zaccagnini | Mileage | Roundtrip mileage incurred during travel from Geneva, IL to Neenah, WI and additional mileage during week: 07/12/2010 to 07/16/2010. | 234.50 |
| 7/16/2010 | Richard D. Caruso | Mileage | Mileage incurred during trip from Pittsburgh Airport to residence: 07/16/2010. | 15.00 |
| 7/19/2010 | Brent Johnson | Mileage | Mileage incurred during trip from residence to Neenah, WI: 07/19/2010. | 142.00 |
| 7/19/2010 | Brett Anderson | Mileage | Roundtrip mileage incurred during trip from Chicago, IL to Neenah, WI and additional driving during week: 07/19/2010 to 07/23/2010. | 195.00 |
| 7/19/2010 | Nick P. Zaccagnini | Mileage | Roundtrip mileage incurred during travel from Geneva, IL to Appleton, WI airport to pick up R.Caruso (MD) and then to Neenah, WI and additional mileage during week: 07/19/2010 - 07/23/2010. | 226.50 |
| 7/19/2010 | Richard D. Caruso | Mileage | Roundtrip mileage incurred during trip to Pittsburgh Airport and back to residence: 07/19/2010 to 07/23/2010. | 30.00 |

**EXHIBIT B-NEENAH EXPENSE DETAILS FOR THE PERIOD OF JULY 1, 2010 THROUGH JULY 29, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/23/2010 | Brent Johnson | Mileage | Mileage incurred during trip from Neenah, WI to residence: 07/23/2010. | 141.00 |
| 7/23/2010 | Brent Johnson | Mileage | Mileage incurred while in Neenah, WI during week: 07/19/2010 to 07/23/2010. | 35.00 |
| 7/26/2010 | Brent Johnson | Mileage | Mileage incurred during trip from residence to Neenah, WI: 07/26/2010. | 141.50 |
| 7/26/2010 | Brett Anderson | Mileage | Roundtrip mileage incurred during trip from Chicago, IL to Neenah, WI and additional driving during week: 07/26/2010 to 07/30/2010. | 195.00 |
| 7/26/2010 | Nick P. Zaccagnini | Mileage | Mileage incurred during travel from Geneva, IL to Appleton, WI airport to pick up R.Caruso (MD) and then to Neenah, WI: 07/26/2010 | 120.00 |
| 7/27/2010 | Brett Anderson | Office Supplies | Office supplies for engagement: Wal-Mart: Neenah, WI. | 15.05 |
| 7/1/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport for trip to Washington, DC & New York, NY: Pittsburgh, PA: 06/30/2010 to 07/01/2010. | 43.00 |
| 7/16/2010 | Nick P. Zaccagnini | Parking & Tolls | Tolls for travel to and from client : Geneva, IL - Neenah, WI: 07/12/2010 to 07/16/2010: Illinois Tollway. | 4.00 |
| 7/16/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport for trip to Neenah, WI: Pittsburgh, PA: 07/12/2010 to 07/16/2010. | 96.00 |
| 7/23/2010 | Nick P. Zaccagnini | Parking & Tolls | Tolls for travel to and from client : Geneva, IL - Neenah, WI: 07/19/2010 to 07/23/2010: Illinois Tollway. | 4.00 |
| 7/23/2010 | Richard D. Caruso | Parking & Tolls | Parking at airport for trip to Neenah, WI: Pittsburgh, PA: 07/19/2010 to 07/23/2010. | 120.00 |
| 7/16/2010 | Elaine M Lane | Research | Online court docket research 4/1 thru 6/24/10: PACER: NYC | 22.08 |
| 7/22/2010 | Brett Anderson | Research | Internet research (background search for transfer information): Intelius: Bellevue, WA. | 19.95 |
| 7/29/2010 | Chicago Accounts Payable | Research | Research - PACER SERVICE CENTER | 294.08 |

$11,856.22