# AMENDED EXHIBIT B

# Neenah Enterprises, Inc.
## Exhibit B - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF MICHIGAN DEPARTMENT OF TREASURY ATTN: DEBORAH WALDMEIR, ASST AG CADILLAC PLACE SUITE 10-200 3030 W GRAND BLVD DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 464 | $110,527.43 | CLAIM HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 680, WHICH IN TURN HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 695. |
| 2 | STATE OF MICHIGAN DEPARTMENT OF TREASURY ATTN: DEBORAH WALDMEIR, ASST AG CADILLAC PLACE SUITE 10-200 3030 W GRAND BLVD DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 465 | $121,942.59 | CLAIM HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 681, WHICH IN TURN HAS BEEN WITHDRAWN BY THE CLAIMANT BY LETTER DATED ON AUGUST 11, 2010. |
| | | | | | Total: | $232,470.02 | |

1 of 1

## Neenah Enterprises, Inc.
## Exhibit B - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>ATTN: DEBORAH WALDMEIR, ASST AG<br>CADILLAC PLACE SUITE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 464 | $110,527.43 | NO LIABILITY TO THIS CLAIMANT IS REFLECTED ON THE DEBTORS' BOOKS AND RECORDS. CLAIM HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 680, WHICH IN TURN HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 695. |
| 2 | STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>ATTN: DEBORAH WALDMEIR, ASST AG<br>CADILLAC PLACE SUITE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 465 | $121,942.59 | NO LIABILITY TO THIS CLAIMANT IS REFLECTED ON THE DEBTORS' BOOKS AND RECORDS. CLAIM HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 681, WHICH IN TURN HAS BEEN WITHDRAWN BY THE CLAIMANT BY LETTER DATED ON AUGUST 11, 2010. |

Total: $232,470.02