**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 9, 2010 AT 3:00 P.M. (ET)**

**ADJOURNED MATTERS**

1. Motion of Knauf USA Polystyrene, Inc. for Leave to File Proof of Claim as Timely Filed After Bar Date [D.I. 662; 8/6/10]

    Related Documents:           None.

    Objection Deadline:          September 2, 2010 at 4:00 p.m. (ET)  [Extended for the Debtors to October 12, 2010.]

    Objections/Responses Filed:  None.

    Status:    By consent of the parties, this matter has been continued to the omnibus hearing scheduled for October 19, 2010 at 2:00 p.m. (ET).

2. Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 625; 7/9/10]

    Related Documents:

    a) Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 674; 8/12/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300).  The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

    b)    Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 701; 8/27/10]

Objection Deadline:    August 4, 2010 at 4:00 p.m. (ET)

Objections/Responses Received:

    c)    Missouri Department of Revenue's Response to Debtors' Second Omnibus Objection to Claims [D.I. 657; 8/2/10]

    d)    Response of Los Angeles County Treasurer & Tax Collector to Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 659; 8/3/10]

    e)    Response to Debtors' Second Omnibus Objection to Claims Filed by United States [D.I. 664; 8/6/10]

    f)    Informal Response received from counsel to Linamar de Mexico SA de CV and Roctel Manufacturing.

Status:    Orders have been entered partially sustaining the objection. With respect to items (c) – (f), by consent of the parties these matters have been continued to the omnibus hearing scheduled for October 19, 2010 at 2:00 p.m. (ET).

## UNCONTESTED MATTER – CERTIFICATION TO BE FILED

3. Debtors' Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 646; 7/27/10]

Related Documents:    None.

Objection Deadline:    September 2, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:    None.

Status:    To date, the Debtors have received no responses regarding this matter. In accordance with the Local Rules, the Debtors intend to file a Certificate of No Objection regarding this matter after 4:00 p.m. (ET) on September 7, 2010.

## CONTESTED MATTER – CERTIFICATION TO BE FILED

4. Debtors' Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 647; 7/27/10]

Related Documents:

a) Supplemental Declaration of Robert Gitter in Support of the Debtors' Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 711; 8/30/10]

Objection Deadline:    September 2, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:

b) Informal response of State of Michigan, Department of Treasury.

Status:    With respect to item (b), this matter has been resolved pursuant to the Supplemental Declaration of Robert Gitter. The Debtors have received no other responses regarding this matter. In accordance with the Local Rules, the Debtors intend to file a revised order under Certification of Counsel regarding this matter after 4:00 p.m. (ET) on September 7, 2010.

Dated: Wilmington, Delaware  
September 7, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP  
Larry J. Nyhan  
Bojan Guzina  
Kerriann S. Mills  
Jillian K. Ludwig  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*  
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Donald J. Bowman, Jr. (No. 4383)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS  
AND DEBTORS-IN POSSESSION