# EXHIBIT A

## Disputed Claims

## Neenah Enterprises, Inc.
## Exhibit A – Disputed Claims

Note: Claimants are listed alphabetically by last name or by entity name

| SEQ # | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | ALLOWED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | Indiana Department of Environmental Management 100 North Senate Avenue IGCN 1307 MC60-01 Indianapolis, IN 46204 Attn: Bankruptcy Coordinator | 8/5/2010 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 685 | $1,108,980.00 | $14,000 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 11 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |
| 2 | Indiana Department of Environmental Management 100 North Senate Avenue IGCN 1307 MC60-01 Indianapolis, IN 46204 Attn: Bankruptcy Coordinator | 8/5/2010 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 686 | $4,603,156.00 | $6,250 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 12 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |
| 3 | South Coast Air Quality Management District 21865 Copley Drive Diamond Bar, CA 91765 Attn: Kurt Wiese, Esq., Barbara Baird, Esq. | 8/6/2010 | Gregg Industries, Inc. | 10-10366 | 690 | Unliquidated | $0 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 10 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |
| 4 | State of Wisconsin Dept. of Natural Resources Richard E. Braun, Assistant Attorney General Department of Justice PO Box 7857 Madison, WI 53707-7857 | 8/5/2010 | Neenah Foundry Company | 10-10362 | 684 | $9,960,000 | $0 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 13 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |