# EXHIBIT B

**Claim 684**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor (Check Only One):   Case No.
- ☐ Neenah Enterprises, Inc.        10-10360
- ☐ NFC Castings, Inc.              10-10361
- ☒ Neenah Foundry Company          10-10362
- ☐ Cast Alloys, Inc.               10-10363
- ☐ Neenah Transport, Inc.          10-10364
- ☐ Advanced Cast Products, Inc.    10-10365
- ☐ Gregg Industries, Inc.          10-10366
- ☐ Mercer Forge Corporation        10-10367
- ☐ Deeter Foundry, Inc.            10-10369
- ☐ Dalton Corporation              10-10370
- ☐ Belcher Corporation             10-10371
- ☐ Peerless Corporation            10-10372
- ☐ A&M Specialties, Inc.           10-10373
- ☐ Dalton Corporation, Warsaw Manufacturing Facility   10-10374
- ☐ Dalton Corporation, Ashland Manufacturing Facility  10-10375
- ☐ Dalton Corporation, Kendallville Manufacturing Facility  10-10376
- ☐ Dalton Corporation, Stryker Machining Facility Co.  10-10377
- ☐ Morgan's Welding, Inc.          10-10378

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item 5). All other requests for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): **State of Wisconsin – Dept. of Natural Resources**

Name and address where notices should be sent:
Richard E. Braun, Assistant Attorney General
Department of Justice
P O. Box 7857
Madison, WI 53707-7857
Telephone number 608-264-6201
Email Address braunre@doj.state.wi us

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

* FILED - 00684
US BANKRUPTCY CT-DIST OF DELAWARE
NEENAH ENTERPRISES, INC., ET AL
10-10360 (MFW)

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:  $ **9,969,000 Estimate**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if any portion of the claim is based on the value of any goods received by the Debtor within 20 days before February 3, 2010, the date of commencement of the Debtor's chapter 11 case, which goods were sold to the Debtor in the ordinary course of the Debtor's business, and is therefore entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9). Please indicate amount entitled to administrative expense priority under 11 U.S.C. § 503(b)(9) status and attach documentation supporting such a claim: $_____.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Environmental Remediation Liability**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount of Unsecured Claim: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: **8-4-10**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  /s/ Richard E Braun

RICHARD E BRAUN, ASSISTANT ATTORNEY GENERAL – SBN 1012419

Stamp: THE GARDEN CITY GROUP, INC. AUG 5 2010

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG)



**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

J B VAN HOLLEN
ATTORNEY GENERAL

Raymond P Taffora
Deputy Attorney General

17 W Main Street
P O Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Richard Braun
Assistant Attorney General
braunre@doj.state.wi.us
608/264-6201
FAX 608/267-2223

August 4, 2010

**VIA OVERNIGHT MAIL**

The Garden City Group, Inc
Attn  Neenah Enterprises Claims Processing
5151 Blazer Pkwy, Suite A
Dublin, OH 43017

    Re    In re *Neenah Foundry Company*
           Case No  10-10362

Gentlemen

    Enclosed for filing please find an original and one copy of the State of Wisconsin - Department of Natural Resources' proof of claim for Debtor Neenah Foundry Company

    Please date stamp the copy and return it to me in the enclosed envelope

                  Sincerely,

                  Richard E Braun
                  Assistant Attorney General

REB.ksg

Enclosures

\braunre\bankruptcy cases\neenah enterprises, inc\poc letter garden city group doc

# Background and Cost Estimates for Neenah Foundry Proof of Claim

**Background**

Neenah Foundry has operated two large metal foundries (Plant 1 and Plant 2) in Neenah for over 100 years  Plant 2 is the site of significant known past releases of hazardous substances from outside storage of foundry sand and other foundry-related materials to a waterway called Neenah Slough from the Byrd Avenue storm sewer outfall  The Wisconsin Department of Natural Resources issued a responsible party letter to Neenah Foundry on February 4, 2009 (attached) requiring them to initiate an investigation and remedial action  Neenah Foundry has conducted some investigation of the degree and extent of sediment contamination  However DNR staff believe additional investigation is still needed, as well as yet-to-be proposed remediation of contaminated sediments in the Slough, in order to meet obligations under Wisconsin's Spill Law [s 292 11, Stats ] and associated NR 700 code series regulatory requirements  The cost of this outstanding work has been estimated by DNR Staff

**Cost Estimate of Sediment Remediation of Neenah Foundry/ Neenah Slough**

The attached estimate is based on experience at other sediment remediation sites in Wisconsin, including the Hayton Area Remediation Project in Calumet County, the Lower Fox River in Winnebago and Brown County, the Sheboygan River in Sheboygan County, and the Kinnickinnic River and Milwaukee River in Milwaukee County. These estimates were reviewed by NRT Engineering from Pewaukee, environmental consultants experienced in sediment cleanups who found them to be reasonable for this type of site

Enclosures to the attached letters are available upon request

08/04/10

## Cost Estimate

**Estimate of Extent of Necessary Removal**

| | |
|---|---|
| Project Area (known) | 124,000 sq feet |
| Project Depth (probable average target dredge depth) | 2.5 feet |
| approx. volume of in-situ contaminated Material yards | 310,000 cu Feet ~ 11,500 cu. Yds |
| TONS (assume 1 cu yd wet sed = 1 35 ton) | 15,525 Tons |

**Removal of Contaminated sediment from Slough** including mobilization, demobilization, access roads, water treatment, site clearing, stabilization of wetland/soil area for heavy equipment, coffer damming of slough and piping of water, wet vs dry excavation, post-remediation fill and stabilization, possible wetland creation, property access agreements, etc ($300/cy)

$3,450,000

**Transportation Costs- Sediments likely considered hazardous waste**
    Hazardous Waste ($50/ton)     $776,250

**Disposal Costs**
    Hazardous Waste ($250/ton).     $3,881,250

Total Removal, Transport and Disposal     $8,107,500

Completion of Site Investigation     $50,000

Preparing Remedial Action Options Report,
Design and permitting     $125,000

Final Site Report Writing/ Documentation     $25,000

Misc Costs at 5% (DNR Review fees, utility notice, project management and oversight, confirmation sampling etc )     $415,375

Contingency of 15%     $1,246,125

Total Cost     **$ 9,969,000**

2



**State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES**

Jim Doyle, Governor
Matthew J. Frank, Secretary
Ronald W Kazmierczak, Regional Director

Oshkosh Service Center
625 East County Road Y
Suite 700
Oshkosh, Wisconsin 54901-9731
Telephone 920-424-3050
FAX 920-424-4404
TTY Access via relay - 711

December 11, 2008

DAVID SIPPLE
ENVIRONMENTAL ENGINEER
NEENAH FOUNDRY
PO BOX 729
NEENAH WI 54957

SUBJECT:   Heavy Metal Contamination, Neenah Slough-Byrd Avenue Outfall
located at NW/4 SW/4 Section 33 Township 20 North Range 17 East
**WDNR BRRTS ID #02-71-552995**

Dear Mr. Sipple:

The Wisconsin Department of Natural Resources (WDNR) and the City of Neenah have been investigating soil and sediment in and around the Byrd Avenue storm sewer outfall in the City of Neenah. The soils were sampled by our water resources staff and were found to contain significant concentrations of several heavy metals including Lead, Iron, Zinc, and Manganese in a coarse sand matrix (see attached map & data table). The results of the City's video investigation of the storm sewer, showed dark colored sandy hard deposits formed in the sewer line immediately downgradient of the Neenah Foundry located at 2121 Brooks Avenue (see attached photo from video survey). As a result of the preliminary investigation, the Department has identified the Neenah Foundry Company (NFC) as a potential source of the contamination.

As a Potentially Responsible Party (PRP), NFC will be required to perform a site investigation and submit written documentation regarding environmental conditions at the site in accordance with Chapters NR 700-736, Wisconsin Administrative Code.

The Department requests that within 10 days of receiving this letter, NFC notify this office that you have hired a qualified environmental hydrogeologic or engineering consultant. Please provide me with the following:

1. Written verification that you have hired a consultant.
2. The name of the consultant.
3. The date the site investigation is to begin.



The Department also requests that within 30 days, your consultant submit a workplan to conduct a site investigation to determine the extent of contamination at the Byrd Avenue storm sewer outfall and in Neenah Slough. All work on this project must comply with all applicable state guidance and codes.

It is the Department's goal to work with responsible parties in these cases. Your cooperation in this matter will be appreciated. For your convenience I have enclosed a copy of an Environmental Services Contractor List with a few of the nearby qualified environmental investigation consultants noted. If you have any questions, please contact me in my office at (920) 424-0399. Please use the WDNR BRRTS CASE ID # on all correspondence.

Sincerely,

Kathleen M. Sylvester, Hydrogeologist
Remediation & Redevelopment Program

Enc:  List of Environmental Services Contractors
      Air photo/map of site
      Soil/sediment data
      Photos from storm sewer video

cc:   Case File – OSH                Bruce Urben – NER
      Jim Killian – WT/3             Rob McLennan – OSH
      Dan Graff – LS/8
      Larry Wettering, City of Neenah, 211 Walnut St, PO Box 426, Neenah, WI 54957



**State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES**

Jim Doyle, Governor
Matthew J. Frank, Secretary
Ronald W. Kazmierczak, Regional Director

Oshkosh Service Center
625 East County Road Y
Suite 700
Oshkosh, Wisconsin 54901-9731
Telephone 920-424-3050
FAX 920-424-4404
TTY Access via relay - 711

February 4, 2009
**CERTIFIED MAIL / RECEIPT REQUESTED**

DAVID SIPPLE
ENVIRONMENTAL ENGINEER
NEENAH FOUNDRY
PO BOX 729
NEENAH WI 54957

SUBJECT:   Heavy Metal Contamination, Neenah Slough-Byrd Avenue Outfall
located at NW/4 SW/4 Section 33 Township 20 North Range 17 East
**WDNR BRRTS ID #02-71-552995**

Dear Mr. Sipple:

It is my understanding that Neenah Foundry has not received the letter the Department mailed on December 11, 2008. Attached is a copy of this letter with its enclosures. The Department included activities that need completing within specific time frames; therefore, please consider those dates to be extended from the date of this cover letter.

As a first step in the process you may want to consider having your consultant perform an ASTM Phase I Site Assessment which would provide historical information on past and present processes at the plant.

Your cooperation in this matter will be appreciated. It is the Department's goal to work with responsible parties in these cases. For your convenience I have enclosed a copy of an Environmental Services Contractor List with a few of the nearby qualified environmental investigation consultants noted. If you have any questions, please contact me in my office at (920) 424-0399. Please use the WDNR BRRTS CASE ID # on all correspondence.

Sincerely,

Kathleen M. Sylvester, Hydrogeologist
Remediation & Redevelopment Program

dnr.wi.gov
wisconsin.gov

*Quality Natural Resources Management
Through Excellent Customer Service*


Printed on Recycled Paper

Enc: List of Environmental Services Contractors
Air photo/map of site
Soil/sediment data
Photos from storm sewer video

ecc: Case File – OSH
Jim Killian – WT/3
Dan Graff – LS/8
Larry Wettering – City of Neenah

Bruce Urben – NER
Rob McLennan – OSH
Henry Nehls-Lowe – DHS

