# **EXHIBIT C**

## **Claim 685**

| B 10 (Official Form 10) (04/10) | FILED - 00685<br>US BANKRUPTCY CT-DIST OF DELAWARE | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | NEENAH ENTERPRISES, INC., ET AL<br>10-10360 (MFW) | PROOF OF CLAIM |

Name of Debtor: **Dalton Corporation Kendalville Manufacturing Facility**    Case Number: **10-10376**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Indiana Department of Environmental Management**

Name and address where notices should be sent:
**Indiana Department of Environmental Management**
**100 North Senate Avenue, IGCN 1307 MC 60-01**
**Indianapolis, IN 46204    Attn: Bankruptcy Coordinator**

Telephone number: **(317) 232-8753**

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: _____
(If known)

Filed on _____

Name and address where payment should be sent (if different from above):
**Same as above**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

[stamp: THE GARDEN CITY GROUP, INC. AUG 5 2010]

1. Amount of Claim as of Date Case Filed: $ **1,108,980.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges

2. Basis for Claim _____
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____    Annual Interest Rate ____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any. $_____    Basis for perfection: _____

   Amount of Secured Claim. $_____    Amount Unsecured $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   Amount entitled to priority:
   $ **14,000**

   *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

Date: **08/04/10**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature] **Dep. Atty. Gen.**

**Timothy J. Junk**

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

### IDEM's unsecured claims against Dalton/Neenah Foundry
### For Facilities in Kendallville, Indiana

| 1 | Notice of Violation and Agreed Order 2008-17971-H, and 2008-18143-H, effective March 23, 2010, various solid and hazardous waste violations | $14,000 |
|---|---|---|
| 2 | Agreed Orders 2001-11055-A, 2001-11054-A, 2004-14166-A, 2003-13016-A, 2005-14756-A, 2005-14863-A, 2005-14940-A, 2006-15502-A, Various air agreed orders, civil penalties have been paid, but compliance monitoring continues for several years; at present, IDEM has no knowledge of any civil or stipulated penalties being triggered or owed at this time. | 0 |
| 3 | IDEM's estimate of Closure and Post Closure Care of Kendallville landfill (subject to financial assurance bond of lesser amount) | $1,094,980 |
| 4 | Spill Incident 1993-03-212, petroleum spill at 200 W. Ohio Street in Kendallville - no cost estimate available at this time | |
| 5 | Spill Incident 1997-11-017, petroleum spill at 200 W. Ohio Street in Kendallville - no cost estimate available at this time | |

**Total** $1,108,980

### IDEM's unsecured claims against Dalton/Neenah Foundry
### For Facilities in Warsaw, Indiana

| 6 | Notice of Violations (no agreed order) 2008-17921-H, and 2008-18039-H; IDEM asserts civil penalty for various solid and hazardous waste violations | $209,906 |
|---|---|---|
| 7 | Notice of Violation (no agreed order) 2010-19046-A, IDEM asserts civil penalty for failure of stack test. | $6,250 |
| 8 | Agreed Orders 2001-11055-A, 2001-11054-A, 2004-14166-A, 2003-13016-A, 2005-14756-A, 2005-14863-A, 2005-14940-A, 2006-15502-A, Various air agreed orders, civil penalties have been paid, but compliance monitoring continues for several years; at present, IDEM has no knowledge of any civil or stipulated penalties being triggered or owed at this time. | 0 |
| 9 | IDEM's estimate of Closure and Post Closure Care of Warsaw landfill (subject to financial assurance bond of lesser amount) | $4,387,000 |
| 10 | Spill Incident 2009-11-172, spill at Neenah Foundry in Warsaw - no cost estimate available at this time | |
| | | |
| | | |
| | | |

**Total** $4,603,156