# EXHIBIT G

## Proposed Order

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>**Ref. Docket No. __** |

### ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY <u>CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1</u>

Upon consideration of the Debtors' Fifth Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 disallowing the Disputed Claims, in whole or in part, as set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Gitter Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Disputed Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed, in whole or in part, as indicated on <u>Exhibit A</u>; and it is further

ORDERED that if the environmental liabilities that are covered by the Disputed Claims become mature, liquidated, fixed, and/or undisputed in the future, by consent or by final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

non-appealable determination of a court of competent jurisdiction, such liabilities will be honored as an obligation of the reorganized Debtors in accordance with applicable non-bankruptcy law, and shall not be barred by any provision of the Plan or the Confirmation Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE

069152.1001

## EXHIBIT A

**Disputed Claims**

| | Neenah Enterprises, Inc. Exhibit A – Disputed Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Note: Claimants are listed alphabetically by last name or by entity name | | | | | | | | |
| SEQ # | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | ALLOWED AMOUNT | REASON FOR DISALLOWANCE |
| 1 | Indiana Department of Environmental Management 100 North Senate Avenue IGCN 1307 MC60-01 Indianapolis, IN 46204 Attn: Bankruptcy Coordinator | 8/5/2010 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 685 | $1,108,980.00 | $14,000 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 11 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |
| 2 | Indiana Department of Environmental Management 100 North Senate Avenue IGCN 1307 MC60-01 Indianapolis, IN 46204 Attn: Bankruptcy Coordinator | 8/5/2010 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 686 | $4,603,156.00 | $6,250 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 12 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |
| 3 | South Coast Air Quality Management District 21865 Copley Drive Diamond Bar, CA 91765 Attn: Kurt Wiese, Esq., Barbara Baird, Esq. | 8/6/2010 | Gregg Industries, Inc. | 10-10366 | 690 | Unliquidated | $0 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 10 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |
| 4 | State of Wisconsin Dept. of Natural Resources Richard E. Braun, Assistant Attorney General Department of Justice PO Box 7857 Madison, WI 53707-7857 | 8/5/2010 | Neenah Foundry Company | 10-10362 | 684 | $9,960,000 | $0 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 13 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |