# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>**Ref. Docket No.: 647** |

## CERTIFICATION OF COUNSEL REGARDING ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On July 27, 2010, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "<u>Fourth Omnibus Objection</u>") [D.I. 647]. Responses to the Objection were due on or before September 2, 2010 at 4:00 p.m. (ET) (the "<u>Response Deadline</u>").

At a hearing held on August 11, 2010, the Court directed the Debtors to provide additional factual support for certain claims appearing on the Debtors' Second Omnibus (Substantive) Objection to Claims. As a result, the Debtors, with the assistance of their advisors, pursuant to the *Supplemental Declaration of Robert Gitter in Support of the Debtors' Fourth Omnibus Objection*, filed on August 30, 2010 (the "<u>Gitter Supplemental Declaration</u>") [D.I. 711], also amended the factual bases asserted on <u>Exhibit A</u> to the Fourth Omnibus Objection to provide

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

additional detail for the reasons for modification.

Additionally, prior to the Response Deadline and as set forth in the Gitter Supplemental Declaration, the State of Michigan and the Debtors reached an agreement as to the treatment of Claim Nos. 464 and 465 (the "Claims") which provides that the Fourth Omnibus Objection shall be sustained as to the Claims on the alternative grounds that the Claims have been amended and superseded by Claim Nos. 680 and 681, respectively, which Claims have subsequently been further amended or withdrawn; provided, however, that the disallowance of the Claims shall not prejudice the allowance of the surviving State of Michigan Claim No. 695.[2] The Debtors have revised Exhibit B to the Fourth Omnibus Objection and the Order to reflect the agreement between the parties. The revised order (the "Revised Order") is attached hereto as Exhibit A. For the Court's convenience, a blackline is also attached hereto as Exhibit B. No other responses or objections to the Fourth Omnibus Objection were received.

---

[2]   On August 11, 2010, the State of Michigan withdrew its Claim No. 681. On August 16, 2010, the State of Michigan filed Claim No. 695 which amended Claim No. 681.

YCST01:10130310.1                                                                                                 069152.1001

WHEREFORE, the Debtors respectfully request that the Court, at its earliest convenience, enter the Revised Order, attached hereto as Exhibit A, with revised Exhibits A and B as described above.

Dated: Wilmington, Delaware
September 8, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Alison L. Triggs
One South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

3

YCST01:10130310.1

069152.1001