## EXHIBIT A

**Modified Amount Claims**

# Neenah Enterprises, Inc.
## Exhibit A - Modified Amount Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | MCMASTER-CARR SUPPLY CO<br>200 AURORA INDUSTRIAL SUPPLY<br>AURORA, OH 44202 | 02/23/10 | Dalton Corporation, Stryker Machining Facility Co. | 10-10377 | 30 | Admin: $906.25<br>Unsecured: $309.99 | Admin: $906.25<br>Unsecured: $161.40 | MODIFIED AMOUNT REFLECTS CORRECTION TO THE TOTAL ASSERTED CLAIM AMOUNT BASED UPON (A) THE SUM OF THE SUPPORTING INVOICES AND (B) SUM OF THE PRIORITY AND GENERAL UNSECURED AMOUNTS ASSERTED ON THE FACE OF THE CLAIM. |
| 2 | MCMASTER-CARR SUPPLY CO<br>200 AURORA INDUSTRIAL SUPPLY<br>AURORA, OH 44202 | 02/23/10 | Mercer Forge Corporation | 10-10367 | 33 | Priority: $2,478.79<br>Unsecured: $1,440.89 | Priority: $2,449.46<br>Unsecured: $0.00 | INCLUDES POSTPETITION INVOICE OR PORTION OF POSTPETITION INVOICE. |

1 of 1