# EXHIBIT B

## No Liability Claims

# Neenah Enterprises, Inc.
## Exhibit B - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF MICHIGAN DEPARTMENT OF TREASURY ATTN: DEBORAH WALDMEIR, ASST AG CADILLAC PLACE SUITE 10-200 3030 W GRAND BLVD DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 464 | $110,527.43 | CLAIM HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 680, WHICH IN TURN HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 695. |
| 2 | STATE OF MICHIGAN DEPARTMENT OF TREASURY ATTN: DEBORAH WALDMEIR, ASST AG CADILLAC PLACE SUITE 10-200 3030 W GRAND BLVD DETROIT, MI 48202 | 05/10/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 465 | $121,942.59 | CLAIM HAS BEEN AMENDED AND SUPERSEDED BY CLAIM NO. 681, WHICH IN TURN HAS BEEN WITHDRAWN BY THE CLAIMANT BY LETTER DATED ON AUGUST 11, 2010. |

Total: $232,470.02