## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Brian P. Karpuk, being duly sworn, depose and state:

1.      I am a Senior Project Manager with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.      On September 7, 2010, at the direction of Sidley Austin, LLP ("Sidley Austin") and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), co-counsel for the Debtors, I caused a true and correct copy of the following document to be served by facsimile or overnight delivery on the Master Service List and certain additional parties set forth on Exhibits A and B:

- Notice of Agenda of Matters Scheduled for Hearing on September 9, 2010 at 3:00 p.m. (ET) [Docket No. 719].

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

3.      On September 7, 2010, also at the direction of Sidley Austin and Young Conaway, I caused a true and correct copy of the following document to be served by first class mail, on the Master Service List and certain additional parties set forth on Exhibit C:

- Notice of and Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 [Docket No. 722].

4.      On September 8, 2010, also at the direction of Sidley Austin and Young Conaway, I caused a true and correct copy of the following documents to be served by facsimile or overnight delivery on the Master Service List and certain additional parties set forth on Exhibits D and E:

- Notice of Amended Agenda of Matters Scheduled for Hearing on September 9, 2010 at 3:00 p.m. (ET) [Docket No. 724]; and

- Notice of Amended Agenda of Matters Scheduled for Hearing on September 9, 2010 at 3:00 p.m. (ET) [Hearing Cancellation Notice] [Docket No. 726].

Brian P. Karpuk

Sworn to before me this 9th day of
September, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires:  December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING PA 19602
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

ANNE E. BLAESS, TRIAL ATTY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
POST OFFICE BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044
FAX: 202-514-6866

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK NY 10019
FAX: 212-484-3990

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO IL 60606
FAX: 312-984-3150

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110
FAX: 617-422-0383

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS TX 75243
FAX: 972-643-6698

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON DE 19899
FAX: 302-984-3939

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE MD 21209
FAX: 410-580-3001

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606
FAX: 312-360-6995

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI FL 33131
FAX: 305-374-8113

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA GA 30368
FAX: 813-207-2319

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO IL 60603
FAX: 312-332-2196

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO IL 60601
FAX: 312-456-8435

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES IA 50266
FAX: 515- 22-3 69

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT MI 48226
FAX: 313-465-7597

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT MI 48226
FAX: 313-465-7461

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS TX 75234
FAX: 845-432-0869

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON TX 77010
FAX: 713-754-6704

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS TX 75202
FAX: 214-953-5822

JOHN A. DICICCO
ACTING ASST. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
P.O.BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
FAX: 202-514-6866

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING PA 19610
FAX: 610-670-2591

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND OH 44114
FAX: 216-348-5474

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY MO 65105
FAX: 573-751-7232

MODERN EQUIPMENT COMPANY
ATTN: PAUL CZISNY, VP & CONTROLLER
PO BOX 993
PORT WASHINGTON WI 53074-0993
FAX: 262-284-9433

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899
FAX: 302-658-3989

REED SMITH LLP
ATTN: ANN E. PILLE, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
10 S. WACKER DRIVE, SUITE 4000
CHICAGO IL 60606
FAX: 312-207-6400

REED SMITH LLP
ATTN: KATHLEEN A. MURPHY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET SREET, SUITE 500
WILMINGTON DE 19801
FAX: 302-778-7575

REED SMITH LLP
ATTN: TIMOTHY P. REILEY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET STREET, SUITE 500
WILMINGTON DE 19801
FAX: 302-778-7575

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
FAX: 302-498-7701

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC WI 54936
FAX: 920-921-4773

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK NY 10169
FAX: 212-818-9606

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON DE 19899
FAX: 302-652-8405

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON WI 53707
FAX: 608-267-2223

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK NY 10038
FAX: 212-806-6006

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS IL 62201
FAX: 618-274-8369

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON OH 44708
FAX: 330-458-6967

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT PA 15045
FAX: 412-678-2210

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH PA 15222
FAX: 412-562-2429

WERB & SULLIVAN
ATT: D.WERB & J.KLEIN, ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON DE 19899
FAX: 302-652-1111

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE WI 53203
FAX: 414-221-4093

# EXHIBIT B

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH WI 54957

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN WI 54923

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO IL 60606

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO IL 60673

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT IL 60018

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND OH 43528

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER DE 19903

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON WI 54914

FINGER & SLANINA, LLC
DAVID L. FINGER COUNSEL FOR WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
ONE COMMERCE CENTER 1201 N ORANGE ST 7FL
WILMINGTON DE 19801-1186

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND OH 44142

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO IL 60603

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY WI 54304

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT IL 60559

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON GA 31208

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA PA 19114-0326

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON MA 02111

KNAUF POLYSTYRENE
2725 HENKLE DR
LEBANON OH 45036

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW IN 46581

LINAMAR DE MEXICO SA DE CV
C/O SUSAN M COOK
LAMBERT LESER ISACKSON COOK & GIUNTA PC
916 WASHINGTON AVENUE SUITE 309
BAY CITY MI 48708

LOS ANGELES CO TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES CA 90054-0110

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO IL 60666

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK NY 10279

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA WI 54130

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO MI 49337

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS MN 55120

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO IL 60603

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING MI 48909

STATE OF WASHINGTON, DEPT. OF REVENUE
ATT: ZACHARY MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE WA 98104

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD TX 76063

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA NY 14151

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON DE 19899

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUIPMENT FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN DE 19709

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK NY 10281-1022

SOUTH COAST AIR QUALITY MANAG. DIST.
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR CA 91765

STATE OF MICHIGAN DEPARTMENT OF TREASURY
ATTN: DEBORAH WALDMEIR, ASST AG
CADILLAC PLACE SUITE 10-200
3030 W GRAND BLVD
DETROIT MI 48202

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR IN 46167

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE NC 28275

TONTINE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONTINE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH CT 06830

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE WI 53201

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON DE 19899-0391

# EXHIBIT C

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING, PA 19602

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING, PA 19602-1184

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR, PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS, MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH, WI 54957

ANNE E. BLAESS, TRIAL ATTY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
POST OFFICE BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING, MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN, WI 54923

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO, IL 60606

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO, IL 60606

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO, IL 60673

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON, DE 19899

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND, OH 43528

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER, DE 19903

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE, MD 21209

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND, OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE, PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON, WI 54914

FINGER & SLANINA, LLC
DAVID L. FINGER COUNSEL FOR WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
ONE COMMERCE CENTER 1201 N ORANGE ST 7FL
WILMINGTON, DE 19801-1186

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20020 SHELDON ROAD
CLEVELAND, OH 44142

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO, IL 60603

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA, GA 30368

GOLDBERG KOHN LTD
ATT: R BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO, IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO, IL 60603

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY, WI 54304

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON, DE 19801

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO, IL 60601

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT, IL 60559

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES, IA 50266

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT, MI 48226

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS, TX 75234

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON, GA 31208

INDIANA DEPT OF ENVIRONMENTAL MANAGEMENT
ATTN: BANKRUPTCY COORDINATOR
100 NORTH SENATE AVENUE
IGCN 1307 MC 60-01
INDIANAPOLIS, IN 46204

INDIANA DEPT OF ENVIRONMENTAL MANAGEMENT
ATTN: BANKRUPTCY COORDINATOR
100 NORTH SENATE AVENUE
IGCN 1307 MC 60-01
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114-0326

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA 02111

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

JOHN A. DICICCO
ACTING ASST. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
P.O.BOX 227, BEN FRANKLIN STATION
WASHINGTON, DC 20044

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING, PA 19610

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK, NY 10279

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND, OH 44114

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105

MODERN EQUIPMENT COMPANY
ATTN: PAUL CZISNY, VP & CONTROLLER
PO BOX 993
PORT WASHINGTON, WI 53074-0993

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

REED SMITH LLP
ATTN: ANN E. PILLE, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
10 S. WACKER DRIVE, SUITE 4000
CHICAGO, IL 60606

REED SMITH LLP
ATTN: KATHLEEN A. MURPHY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET SREET, SUITE 500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: TIMOTHY P. REILEY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET STREET, SUITE 500
WILMINGTON, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

S COAST AIR QUALITY MANAGEMENT DISTRICT
SOUTH COAST AQMD
ATTN KURT WIESE/BARBARA BAIRD, ESQ
21865 COPLEY DRIVE
DIAMOND BAR, CA 91765

S COAST AIR QUALITY MANAGEMENT DISTRICT
WERB & SULLIVAN
ATTN DUANE WERB ESQ/MATT AUSTRIA ESQ
300 DELAWARE AVE STE 1300
WILMINGTON, DE 19899

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC, WI 54936

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SIDLEY AUSTIN LLP
L. NYHANK MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON, DE 19899

SOUTH COAST AIR QUALITY MANAG. DIST.
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR, CA 91765

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING, MI 48909

STATE OF WASHINGTON, DEPT. OF REVENUE
ATT: ZACHARY MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104

STATE OF WI - DEPT OF NATURAL RESOURCES
C/O DEPARTMENT OF JUSTICE
ATTN RICHARD E BRAUN, ASST ATTY GENERAL
PO BOX 7857
MADISON, WI 53707-7857

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON, WI 53707

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR, IN 46167

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK, NY 10038

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD, TX 76063

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44708

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE, NC 28275

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA, NY 14151

TONTINE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONTINE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH, CT 06830

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT, PA 15045

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH, PA 15222

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19899

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE, WI 53201

WERB & SULLIVAN
ATT: D.WERB, J.KLEIN, & M. AUSTRIA ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON, DE 19899

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUIPMENT FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN, DE 19709

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE, WI 53203

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON, DE 19899-0391

# EXHIBIT D

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING PA 19602
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

ANNE E. BLAESS, TRIAL ATTY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
POST OFFICE BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044
FAX: 202-514-6866

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK NY 10019
FAX: 212-484-3990

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO IL 60606
FAX: 312-984-3150

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110
FAX: 617-422-0383

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT IL 60018
FAX: 847-518-9797

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON DE 19899
FAX: 302-984-3939

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE MD 21209
FAX: 410-580-3001

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606
FAX: 312-360-6995

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI FL 33131
FAX: 305-374-8113

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA GA 30368
FAX: 813-207-2319

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO IL 60603
FAX: 312-332-2196

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO IL 60601
FAX: 312-456-8435

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES IA 50266
FAX: 515- 22-3 69

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT MI 48226
FAX: 313-465-7597

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT MI 48226
FAX: 313-465-7461

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS TX 75234
FAX: 845-432-0869

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON TX 77010
FAX: 713-754-6704

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS TX 75202
FAX: 214-953-5822

JOHN A. DICICCO
ACTING ASST. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
P.O.BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
FAX: 202-514-6866

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING PA 19610
FAX: 610-670-2591

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND OH 44114
FAX: 216-348-5474

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY MO 65105
FAX: 573-751-7232

MODERN EQUIPMENT COMPANY
ATTN: PAUL CZISNY, VP & CONTROLLER
PO BOX 993
PORT WASHINGTON WI 53074-0993
FAX: 262-284-9433

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899
FAX: 302-658-3989

REED SMITH LLP
ATTN: ANN E. PILLE, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
10 S. WACKER DRIVE, SUITE 4000
CHICAGO IL 60606
FAX: 312-207-6400

REED SMITH LLP
ATTN: KATHLEEN A. MURPHY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET SREET, SUITE 500
WILMINGTON DE 19801
FAX: 302-778-7575

REED SMITH LLP
ATTN: TIMOTHY P. REILEY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET STREET, SUITE 1500
WILMINGTON DE 19801
FAX: 302-778-7575

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
FAX: 302-498-7701

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC WI 54936
FAX: 920-921-4773

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK NY 10169
FAX: 212-818-9606

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON DE 19899
FAX: 302-652-8405

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON WI 53707
FAX: 608-267-2223

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK NY 10038
FAX: 212-806-6006

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS IL 62201
FAX: 618-274-8369

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON OH 44708
FAX: 330-458-6967

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT PA 15045
FAX: 412-678-2210

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH PA 15222
FAX: 412-562-2429

WERB & SULLIVAN
ATT: D.WERB, J.KLEIN, & M. AUSTRIA ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON DE 19899
FAX: 302-652-1111

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE WI 53203
FAX: 414-221-4093

# EXHIBIT E

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH WI 54957

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN WI 54923

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO IL 60606

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO IL 60673

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER DE 19903

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE PA 16335

FAITH TECHNOLOGIES
ATTN: STEVE KRAHN
2662 AMERICAN DRIVE
APPLETON WI 54914

FINGER & SLANINA, LLC
DAVID L. FINGER COUNSEL FOR WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
ONE COMMERCE CENTER 1201 N ORANGE ST 7FL
WILMINGTON DE 19801-1186

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND OH 44142

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO IL 60603

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY WI 54304

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT IL 60559

IKON FINANCIAL SERVICES
ATT: MAIE GRINER, BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON GA 31208

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA PA 19114-0326

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON MA 02111

JASON C. POWELL
KNAUF USA POLYSTRENE, INC.
824 N. MARKET ST. STE 1000
P.O. BOX 1351
WILLMINGTON DE 19899

LAMBERT LESER ISACKSON COOK & GIUNTA PC
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW IN 46581

LINAMAR DE MEXICO SA DE CV
C/O SUSAN M COOK
LAMBERT LESER ISACKSON COOK & GIUNTA PC
916 WASHINGTON AVENUE SUITE 309
BAY CITY MI 48708

LOS ANGELES COUNTY TREASURER AND
TAX COLLECTOR
PO BOX 54110
LOS ANGELES CA 90054-0110

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO IL 60666

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK NY 10279

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY MO 65105

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA WI 54130

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO MI 49337

SAXON MORTGAGE SERVICES, INC.
C/O BRICE, VANDER LINDEN & WERNICK P.C.
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK NY 10281-1022

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGERON
ONE SOUTH DEARBORN STREET
CHICAGO IL 60603

SOUTH COAST AIR QUALITY MANAG. DIST.
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR CA 91765

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING MI 48909

STATE OF MICHIGAN DEPARTMENT OF TREASURY
ATTN: DEBORAH WALDMEIR, ASST AG
CADILLAC PLACE SUITE 10-200
3030 W GRAND BLVD
DETROIT MI 48202

STATE OF WASHINGTON, DEPT. OF REVENUE
ATT: ZACHARY MOSNER, ASST. ATTY GENERAL
BANKRUPTCY AND COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE WA 98104

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR IN 46167

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD TX 76063

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE NC 28275

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA NY 14151

TONTINE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONTINE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH CT 06830

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON DE 19899

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE WI 53201

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUIPMENT FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN DE 19709

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON DE 19899-0391