IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF NO OBJECTION TO FEE APPLICATION (NO ORDER REQUIRED) [RE DOCKET NO. 681]

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee"), in the above captioned cases, hereby certify the following:

1. On March 8, 2010, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "Interim Compensation Order") [Docket No. 136].

2. In accordance with the Interim Compensation Order, on August 20, 2010, Greenberg Traurig, LLP ("Greenberg") filed its *Fourth Monthly Application for Compensation and Reimbursement of Expenses as Counsel for the Committee for the Period From May 1, 2010 to and Including May 31, 2010* [Docket No. 681] (the "Application") with the United States Bankruptcy Court for the District of Delaware.

3. As of September 7, 2010, the undersigned counsel has not received any answer, objection or other responsive pleading to the Application. Personnel at Greenberg have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. ("Neenah Foundry")(7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Application appears thereon. Pursuant to the Notice of Application, objections were to be filed and served no later than August 30, 2010 at 4:00 p.m. Greenberg did not grant any extensions of such objection deadline and has no knowledge of any other party granting any such extensions.

4. Accordingly, pursuant to the Interim Compensation Order and the Application, the Debtors are authorized to pay Greenberg 80% of the fees requested in the Application, or $17,024.40 and 100% of the expenses, or $375.04 requested in the Application.

Dated: September 16, 2010

GREENBERG TRAURIG, LLP

_/s/ Donald J. Detweiler_
Donald J. Detweiler (DE Bar No. 3087)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
detweilerd@gtlaw.com
selzers@gtlaw.com

Counsel to the Official Committee of Unsecured Creditors