```
 1
 2  ZACHARY MOSNER, WSBA# 9566                                    Judge Mary F. Walrath
    Assistant Attorney General                                             Chapter 11
 3  Bankruptcy & Collections Unit
    800 Fifth Avenue, Suite 2000
 4  Seattle, Washington 98104-3188
    (206) 389-2198
 5
                    UNITED STATES BANKRUPTCY COURT
 6                       DISTRICT OF DELAWARE

 7  In re

 8      NEENAH ENTERPRISES, INC.,                CASE NO. 10-10360-MFW

 9                                               NOTICE OF WITHDRAWAL AND
                                    Debtors.     REQUEST FOR REMOVAL FROM
10                                               SERVICE LISTS

11
            **Please Take Notice** that the State of Washington hereby withdraws it appearance as an
12
    Interested Party.
13
            **Please Take Further Notice** that the undersigned hereby requests that the following address
14
    be removed from the court's master mailing matrix: Zachary Mosner, Assistant Attorney General, 800
15
    Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188. The State of Washington further
16
    requests that the following email address be removed from the ECF noticing list:
17
    bcumosner@atg.wa.gov. In addition, the undersigned requests that it be removed from the service
18
    lists of the Debtor, Debtor's Counsel, and all other interested parties.
19
            DATED this 14th day of September, 2010.
20
                                                 ROBERT M. MCKENNA
21                                               Attorney General

22                                               /s/ Zachary Mosner

23                                               ZACHARY MOSNER, WSBA No. 9566
                                                 Assistant Attorney General
24                                               Bankruptcy & Collections Unit

25

26
```

1      I, Kathryn Ferrier, submitted the attached document through Electronic Case Filing on August 16, 2009. By filing electronically, it was served on all parties registered with ECF in this case. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2010.

                        Kathryn Ferrier
                        _____

                        Legal Assistant

NOTICE OF WITHDRAWAL AND REQUEST     2     OFFICE OF THE ATTORNEY GENERAL
FOR REMOVAL FROM SERVICE LISTS                         Bankruptcy & Collections Unit
                                                                      800 Fifth Avenue, Suite 2000
                                                                      Seattle, Washington 98104-3188
                                                                      (206) 389-2187 phone – (206) 587-5150 fax