# EXHIBIT A

**Satisfied Claims**

# Neenah Enterprises, Inc.
## Exhibit A - Paid/Satisfied/Released Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022 | 04/17/10 | Neenah Foundry Company | 10-10362 | 194 | $147,059.19 | The liability asserted in the claim was satisfied in full by payment made to claimant on September 16, 2010 by check/EFT No. 231804 by Neenah Foundry Company. |
| 2 | AT&T CORP<br>C/O AT&T ATTORNEY JAMES GRUDUS ESQ<br>AT&T INC<br>ONE AT&T WAY ROOM 3A218<br>BEDMINSTER, NJ 07921 | 07/17/10 | Neenah Enterprises, Inc. | 10-10360 | 670 | $7,723.72 | The liability asserted in the claim was satisfied in full by payment made to claimant on July 30, 2010 by check/EFT Nos. 152684, 152685, 13752, 2148, 229430, 229431, 229432, 229475, 229476 and 229477. |
| 3 | STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>3030 W GRAND BLVD<br>CADILLAC PLACE STE 10-200<br>DETROIT, MI 48202 | 08/16/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 695 | $4,197.02 | The liability asserted in the claim was satisfied in full by payment made to claimant on August 27, 2010 by check/EFT No. 153536. |
| 4 | STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>ATTN DEBORAH B WALDMEIR<br>CADILLAC PLACE<br>3030 WEST GRAND BLVD STE 10-200<br>DETROIT, MI 48202 | 08/02/10 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 680 | $13,335.19 | The liability asserted in the claim was satisfied in full by payment made to claimant on August 27, 2010 by check/EFT No. 153536. |