UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> NEENAH ENTERPRISES, INC., et. al. <br> Debtors. | Chapter: 11 <br> Case No: 10-10360 MFW <br> (Jointly Administered) |

### NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE**, that the undersigned Richard E. Braun and Anne C. Murphy stipulate to substitute Anne C. Murphy for Richard E. Braun as attorney of record for the State of Wisconsin and its Department of Natural Resources in the above-referenced case.

_/s/ Richard E. Braun_   Date: 9-22-10
RICHARD E. BRAUN
State Bar No. 1012419
Assistant Attorney General

_/s/ Anne C. Murphy_   Date: 9/22/10
ANNE C. MURPHY
State Bar No. 1031600
Assistant Attorney General

Anne C. Murphy, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: 608/266-9224
Fax: 608/267-2223
murphyac@doj.state.wi.us