## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 10-10360-MFW |
| NEENAH ENTERPRISES, INC., | ) |
| | ) **NOTICE FOR SUBSTITUTE** |
| Debtor (s). | ) **COUNSEL FOR MISSOURI** |
| | ) **DEPARTMENT OF REVENUE** |
| | ) |
| | ) Susan L. Lissant, Esq. |
| | ) Missouri Department of Revenue |
| | ) 301 W. High Street, PO Box 475 |
| | ) Jefferson City, MO  65105-0475 |
| | ) Missouri Bar #56970 |
| | ) Federal District Bar #: Exempt |

**NOTICE OF SUBSTITUTE COUNSEL FOR MISSOURI DEPARTMENT OF REVENUE**

Comes now, Susan L. Lissant and enters her appearance as substitute counsel for the Missouri Department of Revenue, replacing Sheryl L. Moreau.

Wherefore, the Missouri Department of Revenue prays that Susan L. Lissant be substituted as counsel in the above cited case.

Chris Koster, Attorney General
State of Missouri

By:  **/s/ Susan L. Lissant**
Susan L. Lissant, Mo. Bar #56970
Federal District Bar #:  Exempt
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-mail:  edmoecf@dor.mo.gov
Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the Motion to Substitute Counsel for Missouri Department of Revenue was filed electronically and served upon all those who receive electronic notification on September 27, 2010.

**/s/ Susan L. Lissant**