UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    )          Chapter:  11
NEENAH ENTERPRISES, INC. *et. al*          )          Case No:  10-10360 mfw
                                      Debtors.          )          (Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, I, Anne C. Murphy, an Assistant Attorney General for the State of Wisconsin, request admission, *pro hac vice*, to represent the State of Wisconsin and its Department of Natural Resources in this action.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am admitted and am in good standing in the Supreme Court of Wisconsin, U. S. Court of Appeals for the Seventh Circuit, United States District Courts for the Western and Eastern Districts of Wisconsin, Northern District of Illinois, Northern, Central and Southern Districts of California, U. S. Court of Appeals for the Ninth Circuit, and the Supreme Court of California (inactive).  I also certify that I am generally familiar with, and will be bound by, this Court's Local Rules and will submit to the jurisdiction of this Court for disciplinary purposes.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  September 15, 2010

ANNE C. MURPHY
State Bar #1031600
Wisconsin Department of Justice
P. O. Box 7857
Madison, WI 53707-7857
Telephone: 608-266-9224
murphyac@doj.state.wi.us

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission pro hac vice is granted.

Dated: _October 4, 2010_

HONORABLE MARY F. WALRATH
United States Bankruptcy Judge

Doc. No. 751
Date Filed 09-22-10