UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, Linamar de Mexico SA de CV and Roctel Manufacturing, a division of Linamar Holdings Inc., hereby withdraw the following proofs of claim filed in the above-captioned chapter 11 cases with prejudice:

| Creditor Name | Claim No. | Date Filed | Amount | Debtor Name |
|---|---|---|---|---|
| Linamar de Mexico SA de CV | 609 | 5/24/10 | $365,533.90 | Belcher Corporation |
| Linamar de Mexico SA de CV | 610 | 5/24/10 | $365,533.90 | Advanced Cast Products, Inc. |
| Roctel Manufacturing | 578 | 5/21/10 | $510,824.26 | Advanced Cast Products, Inc. |
| Roctel Manufacturing | 579 | 5/21/10 | $510,824.26 | Belcher Corporation |

DATED: 10/4/2010

By: /s/ Adam D. Bruski
Adam D. Bruski
Lambert, Leser, Isackson, Cook & Giunta, P.C.
916 Washington Avenue, Suite 309
Bay City, Michigan 48708
Telephone: (989) 893-3518

COUNSEL FOR LINAMAR DE MEXICO SA DE CV AND ROCTEL MANUFACTURING, A DIVISION OF LINAMAR HOLDINGS INC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

CH1 5471652v.1