# **EXHIBIT A**



P.O. Box 1525
100 Liberty Way
Dover, NH 03820
Phone 800-320-7582 ext 31839

August 3, 2010

Neenah Foundry
Attn: Bob Gitter
2121 Brooks Ave.
Neenah, WI 54956-4756

Re: Annual Rating Plan Adjustments

Dear Mr. Gitter:

Enclosed are your annual Rating Plan Adjustments along with supporting calculations. The net result is a debit of $2,662,152. There is a final audit credit of $159,983.91 that needs to be applied to the balance resulting in a balance due of **$2,502,168.09.**

Please remit payment to: Liberty Mutual Insurance Co. P.O. Box 0569, Carol Stream, IL 60132-0569. Payment is expected by **8/22/2010.**

Please contact me if you have any questions.

Sincerely,


Colette Viola
Commercial Markets
Billings & Collections
1-800-320-7582 ext 31839

NEENAH ENTERPRISES INC
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

# FINAL AUDIT SUMMARY STATEMENT

**Liberty Mutual**

DIVISION: 9
ACCOUNT NUMBER: 509058-0000

STATEMENT NUMBER: 40000148
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-509058-019 | Business Auto | $64,083.00 | ($62,638.00) | $120.96 | ($168.49) | | $1,397.47 |
| TBK-Y91-509058-029 | Liability Only (Occur) | $30,605.00 | ($39,788.00) | | | | ($9,183.00) |
| WCJ-Y91-509058-039 | Workers Compensation | $1,728,088.00 | ($1,613,929.00) | $876.00 | ($695.00) | | $214,340.00 |
| | Subtotal | $1,822,776.00 | ($1,616,355.00) | $996.96 | ($863.49) | $0.00 | $206,554.47 |

*Adjustments/Explanations

*Adjustments
Balance Due Liberty                    $206,554.47

If you have any questions or comments, please call Colette Viola at 800-330-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

NEENAH TRANSPORT INC
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

# FINAL AUDIT SUMMARY STATEMENT

**Liberty Mutual**

STATEMENT NUMBER: 40000078
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

DIVISION: 9
ACCOUNT NUMBER: 509058-0001

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-508058-019 | Business Auto | $186,612.00 | ($181,558.00) | | | | $5,054.00 |
| WCJ-Y91-509058-039 | Workers Compensation | $0.00 | ($60,978.00) | | | | ($60,978.00) |
| | Subtotal | $186,612.00 | ($242,536.00) | $0.00 | ($0.00) | $0.00 | ($55,924.00) |
| | *Adjustments | | | | | | ($55,924.00) |
| | Balance Due You | | | | | | |

*Adjustments/Explanations

If you have any questions or comments, please call Colette Viola at 806-320-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

ADVANCED CAST PRODUCTS
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

**Liberty Mutual**

# FINAL AUDIT SUMMARY STATEMENT

DIVISION: 9
ACCOUNT NUMBER: 509058-0002

STATEMENT NUMBER: 40000077
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-509058-019 | Business Auto | $1,812.00 | ($2,417.00) | | | | ($605.00) |
| TBK-Y91-509058-029 | Liability Only (Occur) | $2,990.00 | ($5,075.00) | | | | ($2,085.00) |
| WCJ-Y91-509058-039 | Workers Compensation | $510,787.00 | ($573,951.00) | $11,544.00 | ($17,295.00) | | ($68,915.00) |
| Subtotal | | $515,589.00 | ($581,443.00) | $11,544.00 | ($17,295.00) | $0.00 | ($71,605.00) |

*Adjustments
Balance Due You    ($71,605.00)

*Adjustments/Explanations

If you have any questions or comments, please call Colette Viola at 800-326-7582 Ext. 31,839
Liberty Mutual Billing and Collections

Page 1 of 1

MERCER FORGE COMPANY
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this Invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

# FINAL AUDIT SUMMARY STATEMENT

Liberty Mutual.

STATEMENT NUMBER: 40000078
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

DIVISION: 9
ACCOUNT NUMBER: 509058-0003

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-509058-019 | Business Auto | $4,832.00 | ($5,851.00) | | | | ($1,019.00) |
| TBK-Y91-509058-029 | Liability-Only (Occur) | $4,872.00 | ($7,308.00) | | | | ($2,436.00) |
| WCJ-Y91-509058-039 | Workers Compensation | $354,880.00 | ($494,406.75) | $8,020.00 | ($14,898.00) | | ($146,404.75) |
| | Subtotal | $364,584.00 | ($507,565.75) | $8,020.00 | ($14,898.00) | $0.00 | ($149,859.75) |

*Adjustments
Balance Due You ($149,859.75)

*Adjustments/Explanations

If you have any questions or comments, please call Colette Violz at 800-320-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

A & M SPECIALTIES INC.
2121 BROOKS AVE
ATTN:BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

**Liberty Mutual**

# FINAL AUDIT SUMMARY STATEMENT

DIVISION: 9
ACCOUNT NUMBER: 509058-0004

STATEMENT NUMBER: 40000066
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| TBK-Y91-509058-029 | Liability Only (Occur) | $0.00 | ($812.00) | | | | ($812.00) |
| | Subtotal | $0.00 | ($812.00) | $0.00 | ($0.00) | $0.00 | ($812.00) |

*Adjustments/Explanations

*Adjustments
Balance Due You

If you have any questions or comments, please call: Colette Viola at 800-320-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

DEETER FOUNDRY
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

# Liberty Mutual

# FINAL AUDIT SUMMARY STATEMENT

DIVISION: 9
ACCOUNT NUMBER: 509058-0006

STATEMENT NUMBER: 40000081
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-509058-019 | Business Auto | $6,676.00 | ($6,676.00) | $0.90 | ($0.90) | | $0.00 |
| TBK-Y91-509058-029 | Liability Only (Occur) | $4,010.00 | ($4,872.00) | | | | ($862.00) |
| WCJ-Y91-509058-039 | Workers Compensation | $237,831.00 | ($201,372.00) | | | | $36,459.00 |
| | Subtotal | $248,517.00 | ($212,920.00) | $0.90 | ($0.90) | $0.00 | $35,597.00 |

*Adjustments
Balance Due Liberty          $35,597.00

*Adjustments/Explanations

If you have any questions or comments, please call Colette Viola at 800-320-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

GREGG INDUSTRIES INC
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

## FINAL AUDIT SUMMARY STATEMENT

**Liberty Mutual**

DIVISION: 9
ACCOUNT NUMBER: 509058-0007

STATEMENT NUMBER: 40000085
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-509058-019 | Business Auto | $8,901.00 | ($8,901.00) | | | | $0.00 |
| TBK-Y91-509058-029 | Liability Only (Occur) | $2,734.00 | ($7,105.00) | | | | ($4,371.00) |
| WCJ-Y91-509058-039 | Workers Compensation | $362,721.00 | ($337,785.75) | $15,159.00 | ($18,289.00) | | $21,805.25 |
| Subtotal | | $374,356.00 | ($353,791.75) | $15,159.00 | ($18,289.00) | $0.00 | $17,434.25 |

*Adjustments
Balance Due Liberty $17,434.25

*Adjustments/Explanations

If you have any questions or comments, please call Colette Viola at 800-320-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

DALTON CORPORATION/KENDALLVILLE MANUFACTURING FAC[
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4755

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

**Liberty Mutual.**

## FINAL AUDIT SUMMARY STATEMENT

DIVISION:
ACCOUNT NUMBER: 509058-0008

STATEMENT NUMBER: 40000085
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-509058-019 | Business Auto | $14,006.00 | ($23,559.00) | $121.32 | ($286.20) | | ($9,717.88) |
| WCJ-Y91-509058-039 | Workers Compensation | $102,395.00 | ($50,461.50) | $305.00 | ($200.00) | | $52,038.50 |
| | Subtotal | $116,401.00 | ($74,020.50) | $426.32 | ($486.20) | $0.00 | $42,320.62 |

*Adjustments
Balance Due Liberty    $42,320.62

*Adjustments/Explanations

If you have any questions or comments, please call - Colette Viola at 800-320-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

DALTON CORPORATION/WARSAW MANUFACTURING FACILITY/
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

**Liberty Mutual**

# FINAL AUDIT SUMMARY STATEMENT

DIVISION: 9
ACCOUNT NUMBER: 509058-0009

STATEMENT NUMBER: 40000088
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| AS1-Y91-509058-019 | Business Auto | $5,007.00 | ($2,226.00) | | | | $2,781.00 |
| TB K-Y91-509058-029 | Liability Only (Occur) | $13,541.00 | ($24,969.00) | | | | ($11,428.00) |
| WC1-Y91-509058-039 | Workers Compensation | $448,130.00 | ($614,927.25) | $1,335.00 | ($2,443.00) | | ($167,905.25) |
| | Subtotal | $466,678.00 | ($642,122.25) | $1,335.00 | ($2,443.00) | $0.00 | ($176,552.25) |

*Adjustments
Balance Due You  ($176,552.25)

*Adjustments/Explanations

If you have any questions or comments, please call Colette Viola at 800-320-7582 Ext. 31839
Liberty Mutual Billing and Collections

Page 1 of 1

MORGAN'S WELDING INC
2121 BROOKS AVE
ATTN BOB GITTER
NEENAH, WI 54956-4756

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

**Liberty Mutual**

# FINAL AUDIT SUMMARY STATEMENT

DIVISION: 9
ACCOUNT NUMBER: 509058-0011

STATEMENT NUMBER: 40000005
PREMIUM PLAN PERIOD: 01/01/2009-01/01/2010
STATEMENT DATE: 03/24/2010
STATEMENT DUE DATE: 04/13/2010

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| ASJ-Y91-509058-019 | Business Auto | $14,021.00 | ($14,021.00) | | | | $0.00 |
| TBK-Y91-509058-029 | Liability Only (Occur) | $1,006.00 | ($1,421.00) | | | | ($415.00) |
| WCJ-Y91-509058-039 | Workers Compensation | $63,873.00 | ($69,932.25) | $1,444.00 | ($2,107.00) | | ($6,722.25) |
| | Subtotal | $78,900.00 | ($85,374.25) | $1,444.00 | ($2,107.00) | $0.00 | ($7,137.25) |

*Adjustments/Explanations

*Adjustments
Balance Due You ($7,137.25)

If you have any questions or comments, please call Colette Viola at 800-326-7582 Ext:31839
Liberty Mutual Billing and Collections

# SUMMARY INVOICE



NEENAH FOUNDRY
ATTN: BOB GITTER
2121 BROOKS AVE
NEENAH, WI 54956-4756

Make check payable to Liberty Mutual Group and mail with a copy of this invoice to:

P.O. BOX 0569
CAROL STREAM, IL 60132-0569

Invoice Date: 08/02/2010
Due Date: 08/22/2010

Account No: 9-509058-0000
Invoice No: 072010-00

| YEAR | DESCRIPTION | INVOICE # | AMOUNT |
|---|---|---|---|
| 2000 | Tenth Retrospective Adjustment | 1000 | -$18,630.00 |
| 2001 | Ninth Retrospective Adjustment | 0901 | -$16,373.00 |
| 2002 | Eighth Retrospective Adjustment | 0802 | -$15,437.00 |
| 2003 | Seventh Retrospective Adjustment | 0703 | $446,938.00 |
| 2004 | Sixth Retrospective Adjustment | 0604 | -$3.00 |
| 2005 | Fifth Retrospective Adjustment | 0505 | $138,138.00 |
| 2006 | Fourth Retrospective Adjustment | 0406 | -$15,364.00 |
| 2007 | Third Retrospective Adjustment | 0307 | $579,229.00 |
| 2008 | Second Retrospective Adjustment | 0208 | $1,717,211.00 |
| 2009 | First Retrospective Adjustment | 0109 | -$675,764.00 |
| 2009 | Funds Held for Others - Holdback | | $522,207.00 |
| | | BALANCE DUE | $2,662,152.00 |

For Questions, Please Contact:
Colette Viola, Billing & Collections
1-800-320-7582 Ext 31839