# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC. et al., | Case No. 10-10360 (MFW) |
| Debtors. | |

## AFFIDAVIT OF COLETTE VIOLA

1. My name is Colette Viola. I am employed by Employers Insurance Company of Wausau ("Wausau"), an affiliate of Liberty Mutual Insurance Company, which is located at 100 Liberty Way in Dover, NH, as a Senior Receivables Analyst.

2. Wausau is a creditor in the Chapter 11 bankruptcy cases of Neenah Enterprises, Inc., et al. (the "Debtors"), case no. 10-10360, that is pending in the United States Bankruptcy Court for the District of Delaware.

3. On August 3, 2010, I caused a copy of the Annual Rating Plan Adjustment (the "Rating Plan Adjustment") to be sent to the Debtors.

4. Pursuant to the Rating Plan Adjustment, the Debtors owe $2,502,168.09 to Wausau on account of amounts due pursuant to the Debtors' rating adjustment plan under the Policies. Under the terms of the Rating Plan Adjustment, the Debtors were required to pay Wausau by August 22, 2010.

5. To date, the Debtors have failed to pay the $2,502,168.09 amount owing to Wausau.

6. Based upon my personal knowledge and interactions with representatives for the Debtors, the Debtors do not dispute the amounts indicated in the Rating Plan Adjustment.

7. The foregoing statements are true and based on my personal knowledge.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY** this _14th_ day of October, 2010.

_____
Colette Viola