IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEENAH ENTERPRISES, INC. et al., | ) | Case No. 10-10360 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING MOTION OF EMPLOYERS INSURANCE COMPANY OF WAUSAU FOR ORDER COMPELLING PAYMENT OF AMOUNTS DUE**

Upon consideration of the Motion of Employers Insurance Company of Wausau For Order Compelling Payment of Amounts Due (the "Motion") [Docket No. * ], filed by Employers Insurance Company of Wausau and its affiliates ("Wausau"); and upon the responses, if any, to the Motion; and upon the record of the hearing held on the Motion; and after due deliberation thereon; the Court finds and concludes that good cause exists for entry of the following order:

It is hereby **ORDERED**:

1. The Motion be and is granted in its entirety; and

2. The Debtors must immediately pay Wausau the sum of $2,502,168.09.

BY THE COURT:

Dated:_____    _____
United State Bankruptcy Judge

4748448