# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket Nos. 722 |

## CERTIFICATION OF COUNSEL REGARDING ORDER PARTIALLY SUSTAINING DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned, counsel to the above captioned reorganized debtors (collectively, the "Debtors"), hereby certifies that:

1. On September 7, 2010, the Debtors filed the *Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection") [Docket No. 722]. Responses, if any, to the Objection were required to be filed with the Court and served no later than 4:00 p.m. (ET) on October 5, 2010 (the "Response Deadline").

2. Prior to the Response Deadline, counsel for the Debtors was contacted by counsel for the State of Wisconsin, Department of Natural Resources ("Wisconsin") regarding the Objection as it related to Claim No. 684 of Wisconsin (the "WDNR Claim") against Neenah Foundry Company ("Neenah"). As a result of the parties' discussions, the Debtors and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Wisconsin have entered into a stipulation, a copy of which is attached hereto as <u>Exhibit A</u>, in which the parties have agreed that the Objection shall be deemed to be withdrawn as it relates to the WDNR Claim and the WDNR Claim shall be deemed to be withdrawn against Neenah.

3.  Also prior to the Response Deadline, counsel for the Debtors was contacted by counsel for the California South Coast Air Quality Management District ("<u>SCAQMD</u>") regarding the Objection as it relates to Claim No. 690 of SCAQMD (the "<u>SCAQMD Claim</u>") against Gregg Industries, Inc. The Debtors and SCAQMD have agreed to continue the Objection solely as to the SCAQMD Claim until November 23, 2010 at 1:00 p.m. (prevailing Eastern Time), the next omnibus hearing date scheduled before this Court in these chapter 11 cases, and all applicable deadlines for filing responsive pleadings shall likewise be extended as provided in the Local Rules, to permit the parties to discuss a potential resolution of the SCAQMD Claim.

4.  Attached hereto as <u>Exhibit B</u> is a revised form of order (the "<u>Revised Order</u>"), which reflects that the WDNR Claim shall be deemed to be withdrawn, that the Objection shall be deemed to be withdrawn solely as to the WDNR Claim, and that the Objection is continued to November 23, 2010 at 1:00 p.m. (prevailing Eastern Time) solely as to the SCAQMD Claim. For the convenience of the Court and parties in interest, attached hereto as <u>Exhibit C</u> is a black-line that compares the Revised Order against the proposed form of order that was filed with the Objection. The Debtors respectfully request that the Court enter the Revised Order.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 15, 2010 | Respectfully submitted,<br>SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Bojan Guzina<br>Kerriann S. Mills<br>Jillian K. Ludwig<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |