UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 19, 2010 AT 2:00 P.M. (ET)

**ADJOURNED MATTERS**

1.  Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 625; 7/9/10]

    Related Documents:

    a)  Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 674; 8/12/10]

    b)  Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 701; 8/27/10]

    Objection Deadline:    August 4, 2010 at 4:00 p.m. (ET)

    Objections/Responses Received:

    c)  Missouri Department of Revenue's Response to Debtors' Second Omnibus Objection to Claims [D.I. 657; 8/2/10]

    d)  Response of Los Angeles County Treasurer & Tax Collector to Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 659; 8/3/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

|  | e) | Response to Debtors' Second Omnibus Objection to Claims Filed by United States [D.I. 664; 8/6/10] |

        e)      Response to Debtors' Second Omnibus Objection to Claims Filed by United States [D.I. 664; 8/6/10]

        f)      Informal Response received from counsel to Linamar de Mexico SA de CV and Roctel Manufacturing.

Status:    Orders have been entered partially sustaining the objection. With respect to item (f) these claims have been withdrawn. With respect to items (c) – (e), these matters have been continued to the next omnibus hearing scheduled for November 23, 2010 at 1:00 p.m. (ET).

2. Motion of Knauf USA Polystyrene, Inc. for Leave to File Proof of Claim as Timely Filed After Bar Date [D.I. 662; 8/6/10]

    Related Documents:    None.

    Objection Deadline:    September 2, 2010 at 4:00 p.m. (ET) [Extended for the Debtors]

    Objections/Responses Filed:    None.

    Status:    This matter has been continued to the next omnibus hearing scheduled for November 23, 2010 at 1:00 p.m. (ET).

3. Motion of NMHG Financial Services, Inc. for Allowance and Payment of Administrative Expense Claim [D.I. 699; 8/27/10]

    Related Documents:    None.

    Objection Deadline:    October 12, 2010 at 4:00 p.m. (ET) [Extended for the Debtors to October 15, 2010]

    Objections/Responses Filed:    None.

    Status:    This matter has been continued to the next omnibus hearing scheduled for November 23, 2010 at 1:00 p.m. (ET).

## UNCONTESTED MATTERS GOING FORWARD

4. Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 722; 9/7/10]

    Related Documents:

        a)      Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section

        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 755; 10/5/10]

    b)    Certification of Counsel [D.I. 759; 10/15/10]

Objection Deadline:    October 5, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:

    c)    Informal Response of State of Wisconsin Dept. of Natural Resources

    d)    Informal Response of South Coast Air Quality Management District

Status:    With respect to item (c), the Debtors and counsel for the State of Wisconsin Dept. of Natural Resources have entered into a stipulation resolving this matter. With respect to item (d), this matter has been continued to the next omnibus hearing scheduled for November 23, 2010 at 1:00 p.m. (ET). With respect to the remaining claims filed by Indiana Department of Environmental Management, this matter will be going forward.

## FEE APPLICATIONS

5.    Professionals Final Fee Requests. Please refer to Exhibit 1, attached.[2]

    Related Documents:    None.

    Objection Deadline:    [See Attached Exhibit 1].

    Objections/Responses Filed:    None.

    Status:    This matter will be going forward.

---

[2] Pursuant to local rules, a fee binder was sent to the Court one week prior to the hearing.

Dated: Wilmington, Delaware
      October 15, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

      -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS