**Neenah Enterprises, Inc., Debtor.**
<u>**Case No. 10-10360 (MFW)**</u>

<u>**EXHIBIT 1 - INDEX TO FEE APPLICATIONS**</u>

A. **Fee Applications of Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors for the Final Fee Period February 3, 2010 through July 29, 2010**

1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 260; 4/6/10]

2. Certificate of No Objection [D.I. 305; 4/20/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 283; 4/15/10]

4. Certificate of No Objection [D.I. 335; 4/28/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 531; 6/15/10]

6. Certificate of No Objection [D.I. 590; 6/30/10]

7. Fourth Monthly Fee Application for the Period May 1, 2010 – May 31, 2010 [D.I. 637; 7/14/10]

8. Certificate of No Objection [D.I. 649; 7/28/10]

9. Fifth Monthly Fee Application for the Period June 1, 2010 – June 30, 2010 [D.I. 688; 8/25/10]

10. Certificate of No Objection [D.I. 731; 9/10/10]

11. Sixth Monthly and Final Fee Application for the Interim Period July 1, 2010 – July 29, 2010 and the Final Period February 3, 2010 – July 29, 2010 [D.I. 707; 8/30/10]

12. Certificate of No Objection [D.I. 737; 9/15/10]

B. **Fee Applications of Sidley Austin LLP, as Co-Counsel to the Debtors for the Final Fee Period February 3, 2010 through July 29, 2010**

1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 197; 3/30/10]

2. Certificate of No Objection [D.I. 276; 4/13/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 339; 4/29/10]

4. Certification of No Objection [D.I. 388; 5/12/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 469; 5/28/10]

6. Certificate of No Objection [D.I. 509; 6/9/10]

7. Fourth Monthly Fee Application for the Period May 1, 2010 – May 31, 2010 [D.I. 624; 7/9/10]

8. Certificate of No Objection [D.I. 643; 7/21/10]

9. Fifth Monthly Fee Application for the Period June 1, 2010 – June 30, 2010 [D.I. 653; 7/30/10]

10. Certificate of No Objection [D.I. 672; 8/11/10]

11. Sixth Monthly and Final Fee Application for the Interim Period July 1, 2010 – July 29, 2010 and the Final Period February 3, 2010 – July 29, 2010 [D.I. 706; 8/30/10]

12. Certificate of No Objection [D.I. 736; 9/15/10]

C. **Fee Applications of Huron Consulting Services LLC, as Financial Advisors to the Debtors for the Final Fee Period February 3, 2010 through July 29, 2010**

1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 153; 3/11/10]

2. Certificate of No Objection [D.I. 176; 3/24/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 308; 4/22/10]

4. Certification of No Objection [D.I. 361; 5/5/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 453; 5/24/10]

6. Certificate of No Objection [D.I. 508; 6/9/10]

7. Fourth Monthly Fee Application for the Period May 1, 2010 – May 31, 2010 [D.I. 580; 6/29/10]

8. Certificate of No Objection [D.I. 632; 7/12/10]

9. Fifth Monthly Fee Application for the Period June 1, 2010 – June 30, 2010 [D.I. 700; 8/27/10]

10. Certificate of No Objection [D.I. 732; 9/10/10]

11. Sixth Monthly and Final Fee Application for the Interim Period July 1, 2010 – July 29, 2010 and the Final Period February 3, 2010 – July 29, 2010 [D.I. 710; 8/30/10]

12. Certificate of No Objection [D.I. 739; 9/15/10]

D. **Fee Applications of Ernst & Young LLP, as Tax Services Providers to the Debtors for the Final Fee Period February 3, 2010 through July 29, 2010**

1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 282; 4/15/10]

2. Certificate of No Objection [D.I. 334; 4/28/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 387; 5/12/10]

4. Certification of No Objection [D.I. 462; 5/26/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 474; 6/1/10]

6. Certificate of No Objection [D.I. 534; 6/15/10]

7. Fourth Monthly Fee Application for the Period May 1, 2010 – May 31, 2010 [D.I. 579; 6/29/10]

8. Certificate of No Objection [D.I. 631; 7/12/10]

9. Fifth Monthly Fee Application for the Period June 1, 2010 – June 30, 2010 [D.I. 686; 8/23/10]

10. Certificate of No Objection [D.I. 720; 9/7/10]

11. Sixth Monthly Fee Application for the Period July 1, 2010 – July 29, 2010 [D.I. 705; 8/30/10]

12. Certificate of No Objection [D.I. 735; 9/15/10]

13. Final Fee Application for the Period February 3, 2010 – July 29, 2010 [D.I. 708; 8/30/10]

E. **Fee Applications of Rothschild Inc., as Financial Advisor and Investment Banker to the Debtors for the Final Fee Period February 3, 2010 through July 29, 2010**

1. First Monthly Fee Application for the Period February 3, 2010 – February 28, 2010 [D.I. 296; 4/16/10]

2. Certificate of No Objection [D.I. 336; 4/28/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 472; 6/1/10]

4. Certification of No Objection [D.I. 533; 6/15/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 532; 6/15/10]

6. Certificate of No Objection [D.I. 591; 6/30/10]

7. May, June and July Monthly and Final Fee Application for the Period February 3, 2010 – July 29, 2010 [D.I. 709; 8/30/10]

8. Certificate of No Objection [D.I. 738; 9/15/10]

F. **Fee Applications of Greenberg Traurig, LLP, as Counsel to the Official Committee of Unsecured Creditors for the Final Fee Period February 12, 2010 through July 29, 2010**

1. First Monthly Fee Application for the Period February 12, 2010 – February 28, 2010 [D.I. 340; 4/29/10]

2. Certificate of No Objection [D.I. 389; 5/12/10]

3. Second Monthly Fee Application for the Period March 1, 2010 – March 31, 2010 [D.I. 528; 6/15/10]

4. Certification of No Objection [D.I. 585; 6/29/10]

5. Third Monthly Fee Application for the Period April 1, 2010 – April 30, 2010 [D.I. 529; 6/15/10]

6. Certificate of No Objection [D.I. 586; 6/29/10]

7. Fourth Monthly Fee Application for the Period May 1, 2010 – May 31, 2010 [D.I. 681; 8/20/10]

8. Certificate of No Objection [D.I. 741; 9/16/10]

9. Fifth Monthly Fee Application for the Period June 1, 2010 – June 30, 2010 [D.I. 689; 8/25/10]

10. Certificate of No Objection [D.I. 742; 9/16/10]

11. Sixth Monthly Fee Application for the Period July 1, 2010 – July 29, 2010 [D.I. 690; 8/25/10]

12. Certificate of No Objection [D.I. 743; 9/16/10]

13. Final Fee Application for the Period February 3, 2010 – July 29, 2010 [D.I. 698; 8/27/10]

14. Certificate of No Objection [D.I. 744; 9/16/10

G. **Fee Applications of MorrisAnderson & Associates, Ltd., as Financial Advisors to the Official Committee of Unsecured Creditors for the Final Fee Period February 23, 2010 through July 29, 2010**

1. First Monthly Fee Application for the Period February 23, 2010 – March 31, 2010 [D.I. 378; 5/11/10]

2. Certificate of No Objection [D.I. 454; 5/25/10]

3. Second Monthly Fee Application for the Period April 1, 2010 – May 31, 2010 [D.I. 568; 6/23/10]

4. Certification of No Objection [D.I. 622; 7/9/10]

5. Third Monthly and Final Fee Application for the Interim Period June 1, 2010 – July 31, 2010 and the Final Period February 23, 2010 – July 31, 2010 [D.I. 679; 8/18/10]

6. Certificate of No Objection [D.I. 733; 9/13/10]