# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC. et al., | Case No. 10-10360 (MFW) |
| Debtors. | **Related D.I. No: 757** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on October 14, 2010, Employers Insurance Company of Wausau and its affiliates ("Wausau") filed the Motion of Employers Insurance Company of Wausau For Order Compelling Payment of Amounts Due (the "Motion") (Docket No. 757).

**PLEASE TAKE NOTICE** that a hearing on the Motion will be held on **November 23, 2010, at 1:00 p.m.**, before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 8 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party with an objection to the Motion must file such objection with the Court and serve a copy of the objection on the undersigned and counsel for Wausau on or before **November 16, 2010**. Failure to timely file and serve an objection shall be deemed consent to the relief requested. A copy of the Motion can be viewed through the Bankruptcy Court's CM/ECF System, or may be obtained by written request (including email) to the undersigned counsel.

2

**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**

By its attorneys,

Dated: October 18, 2010

*/s/ R. Karl Hill*
R. Karl Hill, Esq. (DE# 2747)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
Tel.:  (302) 888-0600
Fax:  (302) 888-0606

-and-

Douglas R. Gooding
Eleanor P. Williams
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

**CERTIFICATE OF SERVICE**

I, *R. Karl Hill, Esquire* certify that on October 18, 2010, I caused one true and correct copy of the *Notice of Hearing* related to the *Motion of Employers Insurance Company of Wausau For Order Compelling Payment of Amounts Due* to be served as indicated upon those parties appearing on the attached service list :

|  |  |
|---|---|
| Dated:  October 18, 2010 | /s/ R. Karl Hill<br>R. Karl Hill, Esq. (DE# 2747) |

## SERVICE LIST

| **Via U.S. Mail** | **Via CM/ECF** |
|---|---|
| Ronald Barliant, Esq<br>Danielle Wildern Juhle, Esq.<br>David E. Morrison, Esq.<br>Goldberg Kohn Ltd.<br>55 East Monroe Street, Suite 3700<br>Chicago, IL 60603<br>(Bank of America, N.A.) | Scott D. Cousins, Esq<br>Donald J. Detweiler, Esq.<br>Dennis A. Meloro, Esq.<br>Greenburg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(Official Committee of Unsecured Creditors) |
| Lori E. Kata, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(Ad Hoc Committee) | Patrick Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2313<br>Lock Box 35<br>Wilmington, DE 19801 |
| Larry J. Nyhan, Esq.<br>Kerriann S. Mills, Esq.<br>Jessica C.K. Boelter, Esq.<br>D'Lisia E. Bergeron, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Debtors Counsel) | Edmon L. Morton, Esq.<br>Kenneth Enos, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor Wilmington, DE 19801 |