# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Neenah Enterprises, Inc. | | |
| **Case Number:** | 10-10360-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 19, 2010 02:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### *Matters:*

1) Omnibus
   **R / M #:**   760 / 0

2) Fees
   **R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
  Items 1 through 3 - Continued
  Item 4 - Order entered
  Item 5 - Order entered