**CASE NAME:** Neenah Enterprises

**CASE NUMBER:** 10-10360 (MFW)

# SIGN-IN SHEET

**COURTROOM NUMBER:** 4

**DATE:** 10/19/10 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Enos | Debevoise | Young Conaway Stargatt & Taylor |
| Ed Morton | " | " |
| Jared Goor | Seitz Van Ogtrop & Green | " |
| Richard Caruso | " | Wausau |
| Sharon Choi | Huron Consulting Services | |
| Bojan Guzina | Stroock & Stroock & Lavan | Noteholder |
| Jillian Ludwig | Sidley Austin | Debtor |
| Matthew Lee | " (telephonic) | " |
| Alexander Svapsky | Foley & Lardner | |
| Dan Dooley | Rothschild | Ernst & Young |
| Eleanor Williams | Mario Anderson & Associates | |
| | Choate Hall & Stewart | Wausau |