Neenah Enterprises, Inc.
Exhibit A – Disputed Claims

Note: Claimants are listed alphabetically by last name or by entity name

| SEQ # | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIMED AMOUNT | ALLOWED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | Indiana Department of Environmental Management 100 North Senate Avenue IGCN 1307 MC60-01 Indianapolis, IN 46204 Attn: Bankruptcy Coordinator | 8/5/2010 | Dalton Corporation, Kendallville Manufacturing Facility | 10-10376 | 685 | $1,108,980.00 | $14,000 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 11 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |
| 2 | Indiana Department of Environmental Management 100 North Senate Avenue IGCN 1307 MC60-01 Indianapolis, IN 46204 Attn: Bankruptcy Coordinator | 8/5/2010 | Dalton Corporation, Warsaw Manufacturing Facility | 10-10374 | 686 | $4,603,156.00 | $6,250 | This claim represents contingent, unliquidated, disputed liabilities, as set forth in ¶ 12 of the Debtors' Fifth Omnibus (Substantive) Objection to Claims. |

CHI 5507929v.1