# EXHIBIT A

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP | 707, 8/30/10 | 176,053.50 | 17,211.59 |
| Sidley Austin LLP | 706, 8/30/10 | 2,579,402.25 ✱ | 39,150.26 |
| Huron Consulting Services LLC | 710, 8/30/10 | 2,190,205.00 | 85,772.10 |
| Ernst & Young LLP | 708, 8/30/10 | 667,486.92 | 8,633.07 |
| Rothschild Inc. | 709, 8/30/10 | 2,385,000.00 | 38,984.10 |
| Greenberg Traurig LLP | 698, 8/27/10 | 464,657.00 | 6,085.68 |
| MorrisAnderson & Associates, Ltd. | 679, 8/18/10 | 600,000.00 | 5,242.79 |

✱ Payments to be reduced, if necessary, in accordance with the Court's instructions at the final fee hearing.