IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 625, 648, 666, 671, 674, and 701 |

**CERTIFICATION OF COUNSEL REGARDING ORDER PARTIALLY SUSTAINING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned, counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certifies that:

1. On July 9, 2010, the Debtors filed the *Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection") [Docket No. 625]. On July 28, 2010, the Debtors filed the *Notice of Submission of Proofs of Claim Regarding the Debtors' Second Omnibus (Substantive) Objection to Claims* [Docket No. 648].

2. The Court entered orders partially sustaining the Objection on August 12, 2010 [Docket No. 674] and August 27, 2010 [Docket No. 701].

3. The following claimants each filed a response to the Objection: Missouri Department of Revenue [Docket No. 657], Los Angeles County Treasurer & Tax Collector

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[Docket No. 659], and the United States Department of the Treasury [Docket No. 664]. In addition, counsel for the Debtors received certain informal responses with regard to the Objection from counsel to the following claimants: Linamar de Mexico SA de CV and Roctel Manufacturing.

        4.       On October 4, 2010 Linamar de Mexico SA de CV and Roctel Manufacturing filed a notice withdrawal of Claim Nos. 609 and 610 of Linamar de Mexico SA de CV, Claim Nos. 578 and 579 of Roctel Manufacturing (collectively, the "Linamar/Roctel Claims"). [Docket No. 754.] Accordingly, the Objection is now moot with respect to such claims.

        5.       On October 12, 2010, the Debtors' claims and noticing agent, The Garden City Group, Inc. ("GCG"), received an amended proof of claim filed by United States Department of the Treasury (recorded on the Debtors' Claims Register as Claim No. 698), which amends Claim No. 414 that is the subject of the Objection, and which resolves all issues between the parties with respect to the Objection as it relates to Claim No. 414. The Debtors hereby request that the Court sustain the Objection as to Claim No. 414 on the alternative non-substantive ground that such claim has been amended and superseded by Claim No. 698.

        6.       On October 19, 2010 GCG, received two amended proofs of claim filed by the Missouri Department of Revenue (recorded on the Debtors' Claims Register as Claim Nos. 699 and 701), which amend Claim No. 632 and claim No. 630, respectively, that are the subject of the Objection, and which resolve all issues between the parties with respect to the Objection as it relates to Claim Nos. 632 and 630. The Debtors hereby request that the Court sustain the Objection as to Claim Nos. 632 and 630 on the alternative non-substantive ground that such claims haves been amended and superseded by Claim Nos. 699 and 701, respectively.

7. Attached hereto as <u>Exhibit A</u> is a proposed order (the "Proposed Order") which sustains the Objection as to Claim No. 414 of United States Department of the Treasury and Claim Nos. 630 and 632 of the Missouri Department of Revenue on the alternative grounds that such claims have been amended and superseded by subsequently-filed claims.

8. The Debtors respectfully request the Court enter the Proposed Order.

Dated: Wilmington, Delaware
October 25, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS

3