## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 625, 648, 666, 671, 674, 701, and __ |

**ORDER PARTIALLY SUSTAINING DEBTORS' SECOND**
**OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' Second Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 modifying or disallowing the Disputed Claims as set forth therein and on the exhibits attached thereto; and upon consideration of the *Certification of Counsel Regarding Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims* submitted herewith; and upon consideration of the *Supplemental Declaration of Robert Gitter in Support of the Debtors' Second Omnibus (Substantive) Objection to Claims*; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the No Liability Claims set forth on the attached supplement to Exhibit C to the Objection, in the column titled "No Liability Claims," are hereby disallowed in their entirety, on the alternative grounds that the claims have been amended and superseded by subsequently-filed proofs of claim as described therein, which relief is without prejudice to the allowance and payment of any amounts asserted in such subsequently-filed proofs of claim; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      October _____, 2010

                                               The Honorable Mary F. Walrath
                                               UNITED STATES BANKRUPTCY JUDGE

## Neenah Enterprises, Inc.
## Supplement to Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| | | CLAIMS TO BE EXPUNGED | | | | | SURVIVING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| 1 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | Mercer Forge Corporation | 10-10367 | 414 | $292.83 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P O BOX 21126 PHILADELPHIA, PA 19114 | 10/12/10 | Mercer Forge Corporation | 10-10367 | 698 | $0.00 | Amended and superseded by Claim number 698. |
| 2 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 630 | $2,464.32 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 10/19/10 | Neenah Enterprises, Inc. | 10-10360 | 701 | $0.00 | Amended and superseded by Claim number 701. |
| 3 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | Neenah Enterprises, Inc. | 10-10360 | 632 | $36,938.53 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 10/19/10 | Neenah Enterprises, Inc. | 10-10360 | 699 | $907.12 | Amended and superseded by Claim number 699. |
| | | | | | Total: | $39,695.68 | | | | | Total: | $907.12 | |