# Neenah Enterprises, Inc.
## Supplement to Exhibit C - No Liability Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | CLAIMS TO BE EXPUNGED ||||| SURVIVING CLAIMS ||||| REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | CLAIM NUMBER | CLAIM AMOUNT | |
| | | | | CLAIMED DEBTOR | | | | | | | | |
| 1 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 05/01/10 | 10-10367 | 414 | Mercer Forge Corporation | $292.83 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P O BOX 21126 PHILADELPHIA, PA 19114 | 10/12/10 | Mercer Forge Corporation | 10-10367 | 698 | $0.00 | Amended and superseded by Claim number 698. |
| 2 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | 10-10360 | 630 | Neenah Enterprises, Inc. | $2,464.32 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 10/19/10 | Neenah Enterprises, Inc. | 10-10360 | 701 | $0.00 | Amended and superseded by Claim number 701. |
| 3 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 06/07/10 | 10-10360 | 632 | Neenah Enterprises, Inc. | $36,938.53 | MISSOURI DEPARTMENT OF REVENUE BOX 475 JEFFERSON CITY, MO 65105 | 10/19/10 | Neenah Enterprises, Inc. | 10-10360 | 699 | $907.12 | Amended and superseded by Claim number 699. |
| | | | | | Total: | $39,695.68 | | | | | Total: | $907.12 | |