IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket Nos. :699 |

## CERTIFICATION OF COUNSEL REGARDING AGREED ORDER GRANTING MOTION OF NMHG FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The undersigned, counsel to the above captioned reorganized debtors (collectively, the "Debtors"), hereby certifies that:

1. On August 27, 2010, NMHG Financial Services, Inc. ("NMHG") filed the *Motion of NMHG Financial Services, Inc. For Allowance and Payment of Administrative Expense Claim* (D.I. 699) (the "Motion"), by which NMHG requested the entry of an order pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code, for the allowance and payment of certain administrative expense claims related to person property leases (the "Lease Agreements") between NMHG and Debtor Gregg Industries, Inc. ("Gregg").

2. As a result of the parties' discussions, Gregg and NMHG (the "Parties") have reached an agreement which resolves the Motion. The Parties have agreed that NMHG shall have an allowed administrative expense claim in the amount of $1,565.51, which amount is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

the net postpetition amount due to NMHG by the Debtors pursuant to the Lease Agreements through September 30, 2010 (the "Allowed Administrative Claim").

3.   Attached hereto as Exhibit A is a proposed form of order (the "Proposed Agreed Order"), which reflects the parties' agreement regarding the Allowed Administrative Claim. The Debtors respectfully request that the Court enter the Proposed Agreed Order at its earliest convenience.

Dated: Wilmington, Delaware
October 28, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS