# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos.: 699 & _____ |

**AGREED ORDER GRANTING MOTION OF NMHG FINANCIAL SERVICES, INC.
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion of NMHG Financial Services, Inc. For Allowance and Payment of Administrative Expense Claim* [D.I. 699] (the "Motion"), by which NMHG[2] requests the entry of an order pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code, for the allowance and payment of certain administrative expense claims; and upon consideration of the *Certification of Counsel Regarding Agreed Order Granting Motion of NMHG Financial Services, Inc. For Allowance and Payment of Administrative Expense Claim* in which the Debtors have advised the Court of the parties' consensual resolution of the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as modified herein; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion.

CH1 5508267v.1

2

ORDERED that NMHG shall have an allowed administrative expense claim in the amount of $1,565.51, which amount is the net postpetition amount due to NMHG by the Debtors pursuant to the Lease Agreements through September 30, 2010 (the "Allowed Administrative Claim"); and it is further

ORDERED that the Debtors shall pay the Allowed Administrative Claim to NMHG within 14 days of the entry of this Order, which payment shall be in full satisfaction of the Debtors' postpetition obligations to NMHG under the Lease Agreements through September 30, 2010; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

CH1 5508267v.1