**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Neenah Enterprises, Inc., et al.

    **Debtors**

Case No. 10-10360 (MFW)

Reporting Period: August 1 - September 30, 2010

**POST-CONFIRMATION QUARTERLY REPORT**

File with Court and submit copy to United States Trustee within 30 days after end of month

Submit copy of report to any official committee appointed in the case.

| | | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Authorized Individual*

Robert J. Gitter                                          10/29/2010
_____          _____
Printed Name of Authorized Individual

*Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member
if debtor is a limited liability company.

<u>**Notes to the Post-Confirmation Quarterly Report**</u>

1. **Background and Basis of Presentation**: On February 3, 2010, Neenah Enterprises, Inc. (the "Company") and all of its subsidiaries (collectively, the "Debtor Entities") filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

The information contained in this Post-Confirmation Quarterly Report is provided to fulfill the reporting requirements set forth by the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

2. **Consolidating Entities**: Certain Debtor Entities report under other Debtor Entities, as follows: (i) Dalton Corporation-Warsaw Manufacturing Facility, Dalton Corporation-Ashland Manufacturing Facility, Dalton Corporation-Kendallville Manufacturing Facility, and Dalton Corporation-Stryker Machining Facility Co. consolidate into Dalton Corporation, (ii) A&M Specialties, Inc. consolidates into Mercer Forge Corporation, and (iii) Belcher Corporation and Peerless Corporation consolidate into Advanced Cast Products, Inc.

3. **Cash Receipts and Disbursements**: The chart below describes how cash receipts and disbursements are reported where certain Debtor Entities are rolled up and included in the cash flows of another Debtor Entity):

| Dalton Corporation Includes: | Mercer Forge Corporation Includes: |
|---|---|
| Dalton Corporation, Warsaw Manufacturing Facility | A&M Specialties, Inc. |
| Dalton Corporation, Ashland Manufacturing Facility | |
| Dalton Corporation, Kendallville Manufacturing Facility | |
| Dalton Corporation, Stryker Machining Facility Co. | |

In re: Neenah Enterprises, Inc., et al.
Debtors

Case No. 10-10360 (MFW)
Reporting Period: August 1 - September 30, 2010

**POST-CONFIRMATION QUARTERLY REPORT** [1]
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS** [2]

| (Dollars in Thousands) | Neenah Foundry Company | Neenah Transport, Inc. | Deeter Foundry Inc. | Mercer Forge Corporation | Advanced Cast Products, Inc. | Dalton Corporation | Gregg Industries, Inc. | Morgan's Welding, Inc. | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| | 10-10362 | 10-10364 | 10-10369 | 10-10367 10-10373 | 10-10365 10-10371 10-10372 | 10-10370 10-10374 10-10375 10-10376 10-10377 | 10-10366 | 10-10378 | |
| **Receipts** | | | | | | | | | |
| A/R Collections | $ 42,820 | $ 1,016 | $ 3,389 | $ 8,350 | $ 4,322 | $ 16,306 | $ 142 | $ 987 | $ 77,332 |
| Asset sales | - | | - | - | - | - | - | - | - |
| Other cash receipts | 1,423 | | - | - | - | - | - | - | 1,423 |
| **Total Receipts** | $ 44,243 | $ 1,016 | $ 3,389 | $ 8,350 | $ 4,322 | $ 16,306 | $ 142 | $ 987 | $ 78,755 |
| **Disbursements** | | | | | | | | | |
| Production Related Items | 26,954 | 1,264 | 2,966 | 6,638 | 2,341 | 8,748 | 183 | 947 | 50,042 |
| Capital Expenditures | 498 | - | 116 | 122 | 65 | 597 | - | - | 1,398 |
| Hourly Payroll | 3,993 | - | 890 | 721 | 915 | 2,389 | - | - | 8,408 |
| Salary Payroll | 2,391 | - | 156 | 203 | 344 | - | - | - | 3,094 |
| P/R tax : Fed Hourly | 1,603 | - | 88 | 245 | - | 942 | - | - | 2,678 |
| P/R tax : Fed Salary | 1,019 | - | 83 | 87 | - | - | - | - | 1,189 |
| P/R tax : State Hourly & Salary | 489 | - | - | 34 | - | - | - | - | 523 |
| Profit Sharing & Incentive | - | - | - | - | - | - | - | - | - |
| Hospital Insurance | 1,977 | - | 152 | 313 | - | 1,234 | - | - | 3,955 |
| Property Taxes | - | - | - | - | 22 | - | - | - | 22 |
| State Unemployment Comp | 124 | - | - | - | - | - | - | - | 124 |
| Income Taxes : Federal | - | - | - | - | - | - | - | - | - |
| Income Taxes : State | 328 | - | - | - | - | 4 | - | - | 332 |
| Hourly Pension | - | - | - | 39 | 34 | 381 | - | - | 454 |
| Federal Unemployment Comp | - | - | - | - | - | - | - | - | - |
| Casualty Insurance | 1,082 | - | - | - | - | - | - | - | 1,082 |
| 401 K Deductions | 365 | - | 35 | 19 | 38 | - | - | - | 457 |
| Commissions | 98 | 2 | - | 117 | 2 | - | - | - | 219 |
| Lease Obligation | 154 | 170 | - | - | - | - | - | - | 324 |
| Property Insurance | 140 | - | - | - | - | - | - | - | 140 |
| DIP Interest/Fees | - | - | - | - | - | - | - | - | - |
| Professional Fees | 2,812 | - | - | - | - | - | - | - | 2,812 |
| Prepetition Claims (not incl. above) | (223) | - | - | - | - | - | - | - | (223) |
| Sidley Refinancing Fees | - | - | - | - | - | - | - | - | - |
| Legal/advisor/documentation costs | 776 | - | - | - | - | - | - | - | 776 |
| Interest Expense - Bonds | - | - | - | - | - | - | - | - | - |
| Debt Principal Payments | 326 | - | - | - | - | - | - | - | 326 |
| Interest Expense - Revolver | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | $ 44,706 | $ 1,437 | $ 3,986 | $ 8,538 | $ 4,038 | $ 14,295 | $ 183 | $ 947 | $ 78,130 |
| **Receipts Over (Under) Disbursements** | $ (463) | $ (421) | $ (597) | $ (188) | $ 284 | $ 2,011 | $ (41) | $ 40 | $ 625 |
| Cash at Beginning of Period [3] | $ 2,978 | $ 563 | $ 103 | $ 329 | $ 97 | $ 13 | $ - | $ 36 | $ 4,118 |
| Net Receipts / (Disbursements) | (463) | (421) | (597) | (188) | 284 | 2,011 | (41) | 40 | 625 |
| Reconciling items [4] | (1,131) | - | - | 658 | 210 | (325) | (2,011) | 41 | (34) | (2,592) |
| Cash at End of Period | $ 1,384 | $ 142 | $ 164 | $ 351 | $ 56 | $ 13 | $ - | $ 42 | $ 2,151 |

**THE FOLLOWING SECTION MUST BE COMPLETED**

**DISBURSEMENTS FOR CALCULATING U.S TRUSTEE QUARTERLY FEES**

| (Dollars in Thousands) | Neenah Foundry Company 10-10362 | Neenah Transport, Inc. 10-10364 | Deeter Foundry Inc. 10-10369 | Mercer Forge Corporation 10-10367 | Advanced Cast Products, Inc. 10-10365 | Dalton Corporation 10-10370 | Gregg Industries, Inc. 10-10366 | Morgan's Welding, Inc. 10-10378 | Neenah Enterprises, Inc. 10-10360 |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | $ 44,706 | $ 1,437 | $ 3,986 | $ 8,538 | $ 4,038 | $ 14,295 | $ 183 | $ 947 | $ - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 1,340 | 835 | 75 | | 8 | - | - | - | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - | - | - | - | - | - | - | - | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 43,366 | $ 602 | $ 3,911 | $ 8,538 | $ 4,030 | $ 14,295 | $ 183 | $ 947 | $ - |

| | NFC Castings, Inc. 10-10361 | Cast Alloys, Inc. 10-10364 | Belcher Corporation 10-10371 | Peerless Corporation 10-10372 | A&M Specialties, Inc. 10-10373 | Dalton Corporation, WMF 10-10374 | Dalton Corporation, AMF 10-10375 | Dalton Corporation, KMF 10-10366 | Dalton Corporation, SMF 10-10378 |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - | - | - | - | - | - | - | - | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - | - | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Notes:
(1) The notes to the Post-Confirmation Quarterly Report are an integral part of this report.
(2) The Debtors' accounting systems are designed to provide operating reports in accordance with GAAP. The accounting systems are not primarily designed to produce reports that are consistent with the requirements of the U.S. Trustee. The numbers presented in the cash flow are subject to change as additional information is made available. The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustments.
(3) Excludes deposit account for Wilmington Trust DIP Term Loan proceeds.
(4) Reconciling items are related to variances from the timing of cash reporting versus book reporting and other similar timing-related variances.

In re: Neenah Enterprises, Inc., et al.        **Case No.** 10-10360 (MFW)
      **Debtors**                                **Reporting Period:** August 1 - September 30, 2010

### QUARTERLY POST-CONFIRMATION REPORT
### BANK ACCOUNTS*

| Bank Name | Account Type | Account Number | 9/30/2010 Bank Balance |
|---|---|---|---|
| Bank of America | Controlled Disbursement | XXXXXXX7023 | $ - |
| Bank of America | Deposit Account | XXXXXXX2321 | $ 1,260,256.90 |
| Bank of America | Concentration Account | XXXXXXX2318 | $ 99,374.33 |
| Bank of America | Controlled Disbursement | XXXXXXX9367 | $ - |
| Bank of America | Deposit Account | XXXXXXX3252 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX9375 | $ - |
| Bank of America | Deposit Account | XXXXXXX3236 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX9342 | $ - |
| Bank of America | Deposit Account | XXXXXXX5056 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX7031 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX9318 | $ - |
| Bank of America | Deposit Account | XXXXXXX5069 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX9334 | $ - |
| Bank of America | Deposit Account | XXXXXXX5072 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX9326 | $ - |
| Bank of America | Deposit Account | XXXXXXX5030 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX0127 | $ - |
| Bank of America | Deposit Account | XXXXXXX3249 | $ - |
| Bank of America | Controlled Disbursement | XXXXXXX9359 | $ - |
| Bank of America | Deposit Account | XXXXXXX3168 | $ - |
| JPMorgan Chase Bank | Hourly Payroll | XXXXXXX6064 | $ - |
| JPMorgan Chase Bank | Salary Payroll | XXXXXXX1388 | $ 1,310.64 |
| JPMorgan Chase Bank | Insurance Disbursement | XXXXXXX6722 | $ - |
| JPMorgan Chase Bank | General Account ZBA | XXXXXXX6714 | $ - |
| JPMorgan Chase Bank | General Account Conc. | XXXXXXX2315 | $ 18,310.42 |
| JPMorgan Chase Bank | Misc Deposit Account | XXXXXXX6330 | $ - |
| JPMorgan Chase Bank | General Account | XXXXXXX6633 | $ 141,561.66 |
| JPMorgan Chase Bank | General Account | XXXXXXX4946 | $ 4,263.78 |
| Pinnacle Bank | Payroll | XXXXXXX4182 | $ 164,055.57 |
| PNC Bank | General Account | XXXXXXX0864 | $ 2,966.01 |
| PNC Bank | Salary Payroll | XXXXXXX3364 | $ 68,581.66 |
| PNC Bank | Hourly Payroll | XXXXXXX3508 | $ 126,581.46 |
| PNC Bank | General Account | XXXXXXX9903 | $ - |
| PNC Bank | General Account | XXXXXXX2869 | $ 152,983.87 |
| First National Bank | Payroll | XXXXXXX9061 | $ 28,742.98 |
| First National Bank | Dental Account | XXXXXXX9062 | $ 6,834.95 |
| First National Bank | Flex Spending Account | XXXXXXX9063 | $ 20,493.45 |
| Tower Bank | Hourly Payroll | XXXXXXX4077 | $ - |
| Tower Bank | Hourly Payroll | XXXXXXX4069 | $ 2,000.00 |
| Tower Bank | Cashiers Fund | XXXXXXX4051 | $ 7,500.00 |
| Tower Bank | Salaried Payroll | XXXXXXX4119 | $ 2,000.00 |
| Farmers & Merchants State Bank | Stryker Cashiers Fund | XXXXXXX2301 | $ 1,550.00 |
| Bank One | Kendallville Cashiers Fund | XXXXXXX3676 | $ - |
| First National Bank of Fredericksburg | General Account | XXXXXXX1646 | $ 12,659.06 |
| First National Bank of Fredericksburg | Payroll | XXXXXXX1638 | $ 29,466.96 |
| Bank of America | Payroll | XXXXXXX8786 | $ - |

*Due to the voluminous nature of the bank statements across all Debtor Entities, bank statements are not attached to this report, but are available from the Debtors upon request.