## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON NOVEMBER 23, 2010 AT 1:00 P.M. (ET)

### RESOLVED/ADJOURNED MATTERS

1.    Motion of Knauf USA Polystyrene, Inc. for Leave to File Proof of Claim as Timely Filed After Bar Date [D.I. 662; 8/6/10]

Related Documents:          None.

Objection Deadline:          September 2, 2010 at 4:00 p.m. (ET)  [Extended for the Debtors]

Objections/Responses Filed:          None.

Status:          This matter has been continued to the next omnibus hearing scheduled for December 28, 2010 at 4:00 p.m. (ET).

2.    Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 722; 9/7/10]

Related Documents:

a)    Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 755; 10/5/10]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

    b)       Order Partially Sustaining Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 765; 10/19/10]

Objection Deadline:          October 5, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:

    c)       Informal Response of South Coast Air Quality Management District

Status:         An order has been entered partially sustaining the objection.  With respect to item (c), this matter has been continued to the next omnibus hearing scheduled for December 28, 2010 at 4:00 p.m. (ET).

## CONTESTED MATTERS GOING FORWARD

3.      Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 625; 7/9/10]

Related Documents:

    a)       Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 674; 8/12/10]

    b)       Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 701; 8/27/10]

    c)       Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 770; 10/28/10]

Objection Deadline:          August 4, 2010 at 4:00 p.m. (ET)

Objections/Responses Received:

    d)       Response of Los Angeles County Treasurer & Tax Collector to Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 659; 8/3/10]

Status:         Orders have been entered partially sustaining the objection.  With respect to item (d), this matter will be going forward.

        

4.      Motion of Employers Insurance Company of Wausau for Order Compelling Payment of
        Amounts Due [D.I. 757; 10/14/10]

        Related Documents:

                a)      Notice of Hearing [D.I. 763: 10/18/10]

        Objection Deadline:                     November 16, 2010 at 4:00 p.m. (ET) [Extended for
                                                the Debtors to November 19, 2010]

        Objections/Responses Filed:

                b)      Debtor's Objection to the Motion of Employers Insurance Company of
                        Wausau for Order Compelling Payment of Amounts Due [D.I. 777;
                        11/19/10]

        Status:         The parties are currently engaged in discussions in an effort to reach a
                        consensual resolution. To the extent that the parties are unable to reach a
                        consensual resolution, this matter will be going forward.

Dated: Wilmington, Delaware              Respectfully submitted,
        November 19, 2010
                                         SIDLEY AUSTIN LLP
                                         Larry J. Nyhan
                                         Bojan Guzina
                                         Kerriann S. Mills
                                         Jillian K. Ludwig
                                         One South Dearborn Street
                                         Chicago, Illinois 60603
                                         Telephone:  (312) 853-7000
                                         Facsimile:  (312) 853-7036

                                                -and-

                                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                         */s Donald J. Bowman, Jr.*
                                         Robert S. Brady (No. 2847)
                                         Edmon L. Morton (No. 3856)
                                         Donald J. Bowman, Jr. (No. 4383)
                                         Kenneth J. Enos (No. 4544)
                                         The Brandywine Building
                                         1000 West Street, 17th Floor
                                         P.O. Box 391
                                         Wilmington, Delaware 19899-0391
                                         Telephone:  (302) 571-6600
                                         Facsimile:  (302) 571-1253

                                         ATTORNEYS FOR THE REORGANIZED DEBTORS