**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, Brian P. Karpuk, being duly sworn, depose and state:

1.      I am a Senior Project Manager with The Garden City Group, Inc., the claims, noticing,

and balloting agent for the debtors and debtors-in-possession (the "Reorganized Debtors") in the

above-captioned case.  Our business address is 190 South LaSalle Street, Suite 1520, Chicago,

Illinois 60603.

2.      On November 19, 2010, at the direction of Sidley Austin, LLP and Young Conaway

Stargatt & Taylor, LLP, co-counsel for the Reorganized Debtors, I caused a true and correct copy

of the following document to be served on the Master Service List and certain affected parties

via facsimile on the parties set forth on the service list annexed hereto as Exhibit A and via

overnight delivery on the parties set forth on the service list annexed hereto as Exhibit B:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Notice of Agenda of Matters Scheduled for Hearing on November 23, 2010 at 1:00 p.m. (ET) [Docket No. 778].

Brian P. Karpuk

Sworn to before me this 22nd day of November, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires:  December 1, 2014

NOTARY PUBLIC
OFFICIAL
SEAL
STATE OF ILLINOIS
JEFFREY C DEMMA
MY COMMISSION EXPIRES
DECEMBER 1, 2014

# EXHIBIT A

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS
625 CHERRY STREET ROOM 203
READING PA 19602
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MERCER FORGE CORP
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: MORGAN'S WELDING INC
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

(UCTS) DEPARTMENT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPLIANCE UNIT
JOSEPH W KOTS RE: A&M SPECIALTIES INC.
625 CHERRY STREET ROOM 203
READING PA 19602-1184
FAX: 610-378-4459

ANDREA SHERIDAN ORDIN
R. ROSATO, E. EL HABIBY
648 KENNETH HAHN HALL
500 WEST TEMPLE STREET
LOS ANGELES CA 90012-2713
FAX: 213-687-8822

ANNE E. BLAESS, TRIAL ATTY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
POST OFFICE BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044
FAX: 202-514-6866

ARENT FOX LLP
JAMES M. SULLIVAN ESQ
ATTORNEY FOR THE TIMKEN COMPANY
1675 BROADWAY
NEW YORK NY 10019
FAX: 212-484-3990

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
WILLIAM J. BARRETT ATTORNEY FOR
TONTINE CAPITAL PARTNERS L.P.
200 WEST MADISON STREET SUITE 3900
CHICAGO IL 60606
FAX: 312-984-3150

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN
ATTY FOR IRON MOUNTAIN INFO MANAGEMENT
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110
FAX: 617-422-0383

BRICE VANDER LINDEN & WERNICK, P.C.
ATT: HILLARY B. BONIAL
ATTY FOR SAXON MORTGAGE SERVICES, INC.
9441 LBJ FREEWAY, SUITE 350
DALLAS TX 75243
FAX: 972-643-6698

CENTRAL STATES LAW DEPT.
REBECCA K. MCMAHON ESQ FOR CENTRAL STATE
SOUTHEAST & SOUTHWEST AREAS PENSION FUND
9377 WEST HIGGINS ROAD
ROSEMONT IL 60018
FAX: 847-518-9797

COOCH AND TAYLOR, P.A.
SUSAN E. KAUFMAN, ESQ ATT FOR UNITED
STEELWORKERS THE BRANDYWINE BUILDING
1000 W. ST. 10TH FL P.O. BOX 1680
WILMINGTON DE 19899
FAX: 302-984-3939

DLA PIPER LLP RICHARD M KREMEN ESQ
DALE K CATHELL, ESQ COUNSEL TO WISCONSIN
POWER ELECTRIC COMPANY D/B/A WE ENERGIES
THE MARBURY BUILDING 6225 SMITH AVENUE
BALTIMORE MD 21209
FAX: 410-580-3001

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606
FAX: 312-360-6995

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI FL 33131
FAX: 305-374-8113

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA GA 30368
FAX: 813-207-2319

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO IL 60603
FAX: 312-332-2196

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO IL 60601
FAX: 312-456-8435

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES IA 50266
FAX: 515- 22-3 69

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT MI 48226
FAX: 313-465-7597

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT MI 48226
FAX: 313-465-7461

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS TX 75234
FAX: 845-432-0869

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON TX 77010
FAX: 713-754-6704

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS TX 75202
FAX: 214-953-5822

JOHN A. DICICCO
ACTING ASST. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
P.O.BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
FAX: 202-514-6866

KOZLOFF STOUDT
ATT: B.W. SAWTELLE & P. CALA, ESQ.
2640 WESTVIEW DRIVE
P.O. BOX 6286
WYOMISSING PA 19610
FAX: 610-670-2591

MCDONALD HOPKINS LLC
SCOTT N OPINCAR & SEAN D MALLOY COUNSEL
FOR SADOFF & RUDOY INDUSTRIES, LLC
600 SUPERIOR AVENUE EAST SUITE 2100
CLEVELAND OH 44114
FAX: 216-348-5474

MODERN EQUIPMENT COMPANY
ATTN: PAUL CZISNY, VP & CONTROLLER
PO BOX 993
PORT WASHINGTON WI 53074-0993
FAX: 262-284-9433

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATT: E.SCHWARTZ & M.HARVEY, ESQ.
1201 N. MARKET STREET, 18TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899
FAX: 302-658-3989

REED SMITH LLP
ATTN: ANN E. PILLE, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
10 S. WACKER DRIVE, SUITE 4000
CHICAGO IL 60606
FAX: 312-207-6400

REED SMITH LLP
ATTN: KATHLEEN A. MURPHY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET SREET, SUITE 500
WILMINGTON DE 19801
FAX: 302-778-7575

REED SMITH LLP
ATTN: TIMOTHY P. REILEY, ESQ.
ATTY FOR NMHG FINANCIAL SERVICES, INC.
1201 N. MARKET STREET, SUITE 1500
WILMINGTON DE 19801
FAX: 302-778-7575

RICHARDS, LAYTON & FINGER, P.A.
ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
FAX: 302-498-7701

SADOFF & RUDOY INDUSTRIES
ATTN: FRANK VILLAIRE
PO BOX 1138
FOND DU LAC WI 54936
FAX: 920-921-4773

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: C.BELMONTE & P. BOSSWICK, ESQ.
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK NY 10169
FAX: 212-818-9606

SEITZ VAN OGTROP & GREEN
222 DELAWARE AVE
SUITE 1500
PO BOX 68
WILMINGTON DE 19899
FAX: 302-888-0606

SMITH, KATZENSTEIN & FURLOW
KATHLEEN M. MILLER ATTORNEY FOR
AIRGAS, INC.
800 DELAWARE AVE 7TH FL. PO BOX 410
WILMINGTON DE 19899
FAX: 302-652-8405

STATE OF WI, DEPT. OF NATURAL RESOURCES
C/O J.B VAN HOLLEN, ATTORNEY GENERAL
ATTN: RICHARD BRAUN, ASST ATTY GENERAL
POST OFFICE BOX 7857
MADISON WI 53707
FAX: 608-267-2223

STROOCK & STROOCK & LAVAN LLP
K.HANSEN, E.GILAD & L.KATA
ATTY FOR AD HOC COMMITTEE
180 MAIDEN LANE
NEW YORK NY 10038
FAX: 212-806-6006

THE KUNIN LAW OFFICES, LLC
JOEL A. KUNIN ESQ
412 MISSOURI AVENUE
EAST ST. LOUIS IL 62201
FAX: 618-274-8369

THE TIMKEN CO
ATTN: MICHAEL HART
1835 DUEBER AVE SW
PO BOX 6927
CANTON OH 44708
FAX: 330-458-6967

UNITED STEELWORKERS
DAVID R. JURY, ESQ
ASSOCIATE GENERAL COUNSEL
FIVE GATEWAY CENTER, ROOM 807
PITTSBURGH PA 15222
FAX: 412-562-2429

WERB & SULLIVAN
ATT: D.WERB, J.KLEIN, & M. AUSTRIA ESQ.
300 DELAWARE AVE., SUITE 1300
P.O. BOX 25046
WILMINGTON DE 19899
FAX: 302-652-1111

WISCONSIN ELECTRIC POWER CO
ATTN: TIM BROWN
231 W. MICHIGAN AVENUE
MILWAUKEE WI 53203
FAX: 414-221-4093

# EXHIBIT B

AIRGAS, INC.
DAVID BOYLE
259 RADNOR CHESTER RD., STE 100
P.O. BOX 6675
RADNOR, PA 19087-8675

AMERICAN COLLOID COMPANY
ATTN: GEORGE JOHNSON
NW 520
PO BOX 520
MINNEAPOLIS, MN 55485

AMERICAN COLLOID COMPANY
ATTN: ROB FOX
P.O. BOX 726
NEENAH, WI 54957

ATMOSPHERE ANNEALING, INC.
ATTN: JAY MURTHY
209 W MT HOPE AVENUE
LANSING, MI 48910

BADGER MINING CORP
ATTN: TIM WUEST
PO BOX 328
BERLIN, WI 54923

BARACK FERRAZZANO KIRSCHBAUM&NAGELB
W.J. BARRETT & K.J. ROBINSON
200 WEST MADISON STREET
SUITE 3900
CHICAGO, IL 60606

CATERPILLAR, INC.
ATTN: TAYLOR BRYCE
P.O. BOX 93344
CHICAGO, IL 60673

DANA HOLDING CORP
ATTN: CHARLES STEVENS
6201 TRUST DRIVE
HOLLAND, OH 43528

DELAWARE ATTORNEY GENERAL
BEAU BIDEN
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX DIVISION
PO BOX 7040
DOVER, DE 19903

EMPLOYERS INSURANCE CO OF WAUSAU
C/O DOUGLAS R GOODING
CHOATE HALL & STEWART LLP
2 INTERNATIONAL PLACE
BOSTON, MA 02110

ERIC BORGERSON
LEGAL DEPT
DANA CORPORATION
6201 TRUST DRIVE
HOLLAND, OH 43528

ERIE BEARINGS COMPANY
ATTN: GREGG HEMIS
959 BESSEMER STREET
MEADVILLE, PA 16335

FINGER & SLANINA, LLC
DL FINGER - WIS. PWR ELECTRIC CO
D/B/A WE ENERGIES
1 COMMERCE CTR 1201 N ORANGE ST 7FL
WILMINGTON, DE 19801

FOSECO METALLURGICAL INC
ATTN: ROGER COOKE
20200 SHELDON ROAD
CLEVELAND, OH 44142

GARDEN CITY GROUP
ATTN: PAUL KINEALY
190 S LASALLE STREET, SUITE 1520
CHICAGO, IL 60603

GOLDBERG KOHN LTD.
R BARLIANT/D JUHLE/D MORRISON
55 EAST MONROE STE 3700
CHICAGO, IL 60603

GREEN BAY PATTERN
ATTN: CHRIS WYRZER
1026 CENTENNIAL ST
GREEN BAY, WI 54304

HA INTERNATIONAL LLC
ATTN: DENNIS ZIEGLER
630 OAKMONT LANE
WESTMONT, IL 60559

IKON FINANCIAL SERVICES
ATT: MAIE GRINER,BNK ADMINISTRATION
RECOVERY DATA COORDINATOR
P.O. BOX 13708
MACON, GA 31208

INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
11601 ROOSEVELT ROAD
MAIL DROP N781
PHILADELPHIA, PA 19114

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA 02111

JASON C. POWELL
KNAUF USA POLYSTYRENE, INC.
824 N. MARKET ST. STE 1000
P.O. BOX 1351
WILLMINGTON, DE 19899

KNAUF POLYSTYRENE
2725 HENKLE DRIVE
LEBANON, OH 45036

LAMBERT LESER ISACKSON
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LOS ANGELES COUNTY TREASURER AND
TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK, NY 10279

MISSOURI DEPT. OF REVENUE
ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

S COAST AIR QUALITY MANAGEMENT DIST
SOUTH COAST AQMD
ATTN KURT WIESE/BARBARA BAIRD, ESQ
21865 COPLEY DRIVE
DIAMOND BAR, CA 91765

S COAST AIR QUALITY MANAGEMENT DISTRICT
WERB & SULLIVAN
ATTN DUANE WERB ESQ/MATT AUSTRIA ESQ
300 DELAWARE AVE STE 1300
WILMINGTON, DE 19899

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SAXON MORTGAGE SERVICES, INC.
C/O BRICE VANDER LINDEN &WERNICK PC
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGE
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

STATE OF MICHIGAN
LISA STARKS
TAX DIVISION
PO BOX 30140
LANSING, MI 48909

TA SERVICES, INC.
ACCOUNTING
241 REGENCY PARKWAY
MANSFIELD, TX 76063

TONAWANDA COKE
BOB BLOOM
PO BOX 5007
TONAWANDA, NY 14151

TUBE CITY IMS
JOHN KEYES
P.O. BOX 2000
GLASSPORT, PA 15045

WE ENERGIES
RANDY SABEL
PO BOX 2046
MILWAUKEE, WI 53201

YOUNG CONAWAY ETAL
MORGAN SEWARD
THE BRANDYWINE BLDG
1000 WST ST. 17TH FL. PO BOX 391
WILMINGTON, DE 19899-0391

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SOUTH COAST AIR QUALITY MANAG. DIST
ATT: KURT WIESE, ESQ.
DISTRICT PROSECUTOR'S OFFICE
21865 COPELY DRIVE
DIAMOND BAR, CA 91765

STEEL DYNAMICS BAR
LEON WANINGER
8000 N. COUNTRY RD.
225 EAST
PITTSBOROR, IN 46167

THE TIMKEN CORPORATION
CHI P CHEUNG
PO BOX 751580
CHARLOTTE, NC 28275

TONTINE CAPITAL PARTNERS
JEFFREY L GENDELL
C/O TONTINE CAPITAL MGMT, LLC
55 RAILROAD AVE, 1ST FL
GREENWICH, CT 06830

US DEPARTMENT OF JUSTICE
ELLEN SLIGHTS/DAVID WEISS
1007 ORANGE ST, STE 700
PO BOX 2046
WILMINGTON, DE 19899

WHITTINGTON & AULGUR
ATT: R.AULGUR JR. & K.DOUGHTY
ATTY FOR WELLS FARGO EQUP. FINANCE
651 N. BROAD STREET, STE. 206
MIDDLETOWN, DE 19709