### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered<br>**Ref. Docket Nos. 757, 763, and 777** |

### CERTIFICATION OF COUNSEL REGARDING AGREED ORDER REGARDING WITHDRAWAL OF THE MOTION OF EMPLOYERS INSURANCE COMPANY OF WAUSAU FOR ORDER COMPELLING PAYMENT OF AMOUNTS DUE

The undersigned, counsel to the above captioned reorganized debtors (collectively, the "Debtors"), hereby certifies that:

1.      On October 14, 2010, Employers Insurance Company of Wausau ("Wausau") filed the *Motion of Employers Insurance Company of Wausau For Order Compelling Payment of Amounts Due* (D.I. 757, amended at D.I. 763) (the "Motion"), by which Wausau requested the entry of an order pursuant to sections 105, 503(b), and 507 of the Bankruptcy Code compelling Neenah Enterprises, Inc. ("Neenah") for immediate payment on account of a post-emergence invoice in the amount of $2,502,168.09 (the "Invoice") which Wausau alleges is due in connection with certain workers' compensation insurance policies and related agreements issued by Wausau to the Debtors (collectively, the "Policies").

2.      On November 19, 2010, the Debtors filed the *Debtors' Objection to the Motion of Employers Insurance Company of Wausau For Order Compelling Payment* (D.I. 777)

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

(the "Objection"). By the Objection, Neenah, among other things, argued that the Invoice did not constitute an administrative expense claim and that to the extent that any amounts are owed on account of same, such amounts should be credited in the amount of $522,207.00 which represents amounts allegedly due to Neenah as the result of a premium adjustment (the "Adjustment"). The parties agreed to adjourn the hearing on the Motion and the Objection until the Debtors' next scheduled omnibus hearing in these chapter 11 cases, December 28, 2010.

3.      As a result of the parties' subsequent discussions, Neenah and Wausau have agreed that Neenah shall immediately pay to Wausau the amount of $1,979,961.09, which is equal to the amount of the Invoice less the Adjustment (the "Payment Amount"). The parties have agreed that effective upon the receipt by Wausau of the Payment Amount, the Motion shall be deemed to be withdrawn in its entirety. The parties' rights, defenses and obligations with respect to the Adjustment are reserved and shall be determined (i) under the Policies, as applicable, including the terms, limitations, and exclusions thereof, which remain in full force and effect, and (ii) any applicable nonbankruptcy law.

4.      Attached hereto as Exhibit A is a proposed form of order (the "Proposed Agreed Order"), which reflects the parties' agreement regarding the withdrawal of the Motion effective upon receipt by Wausau of the Payment Amount. The Debtors respectfully request that the Court enter the Proposed Agreed Order.

[Remainder of Page Intentionally Left Blank]

Dated: Wilmington, Delaware
       December 23, 2010

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS