# EXHIBIT A

**Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 699 |

### AGREED ORDER REGARDING WITHDRAWAL OF THE MOTION OF EMPLOYERS INSURANCE COMPANY OF WAUSAU FOR ORDER COMPELLING PAYMENT OF AMOUNTS DUE

Upon consideration of the *Motion of Employers Insurance Company of Wausau For Order Compelling Payment of Amounts Due* (D.I. 757, amended at D.I. 763) (the "Motion"), by which Wausau[2] requested the entry of an order pursuant to sections 105, 503(b), and 507 of the Bankruptcy Code compelling Neenah to pay a post-emergence invoice in the amount of $2,502,168.09; and upon consideration of the *Certification of Counsel Regarding Agreed Order Regarding Withdrawal of the Motion of Employers Insurance Company of Wausau For Order Compelling Payment of Amounts Due* in which the Debtors have advised the Court of the parties' consensual resolution of the Motion and Neenah's agreement to pay to Wausau in the amount of $1,979,961.09 (the "Payment Amount"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Certification.

CHI 5566410v.4

ORDERED that effective upon receipt by Wausau of the Payment Amount, the Motion shall be deemed to be withdrawn in its entirety; and it is further

ORDERED that all rights, defenses and obligations of Neenah and Wausau with respect to the Adjustment are hereby reserved and shall be determined (i) under the Policies, as applicable, including the terms, limitations, and exclusions thereof, which remain in full force and effect, and (ii) any applicable nonbankruptcy law; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2010

                                              The Honorable Mary F. Walrath
                                              UNITED STATES BANKRUPTCY JUDGE

Agreed this 23 day of December, 2010 by:

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS

- and –

CHOATE, HALL & STEWART LLP

_____
Doug Gooding
Eleanor P. Williams
Two International Place
Boston, MA 02110
Telephone: (617) 248-4866
Facsimile: (617) 502-4866
ATTORNEYS FOR EMPLOYERS INSURANCE COMPANY OF WAUSAU

4

CH1 5566410v.4