## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------- ) | |
| In re: ) | Chapter 11 |
| ) | |
| NEENAH ENTERPRISES, INC., *et al.*[1], ) | Case No.: 10-10360 (MFW) |
| ) | |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ------------------------------------------------------------- ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

   Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 23rd day of December, 2010, he caused a copy of the:

   **Request for Notices for The Timken Corporation**

to be served Via First Class Mail on the parties listed below at the addresses designated by them for such service:

| | |
|---|---|
| **Barry W. Sawtelle, Esq.**<br>Kozloff Stoudt<br>2640 Westview Drive<br>Wyomissing, PA 19610 | **Donald J. Bowman, Jr., Esq.**<br>**Edmon L. Morton, Esq.**<br>**Kenneth J. Enos, Esq.**<br>**Morgan L. Seward, Esq.**<br>**Robert S. Brady, Esq**<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801 |

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

853889v3  013074.0100

| **Thomas Patrick Tinker, Esq.**<br>Office of the U.S. Trustee<br>844 King Street Suite 2207<br>Wilmington, DE 19801 | **Donald J. Detweiler, Esq.**<br>**Monica Loftin Townsend, Esq.**<br>**Sandra G.M. Selzer, Esq.**<br>**Scott D. Cousins, Esq.**<br>Greenberg Traurig, LLP<br>1007 North Orange Street<br>The Nemours Building<br>Wilmington, DE  19801 |
|---|---|

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing.

                                                                /s/ Don K. Kick
                                                                 Don K. Kick

Sworn to before me on December 23, 2010

      /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
Notary Public, State of New York
      No. 01LE5060744
   Qualified in Queens County
Commission Expires: May 20, 2014

853889v3  013074.0100