**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 28, 2010 AT 4:00 P.M. (ET)**

**ADJOURNED MATTERS**

1. Motion of Knauf USA Polystyrene, Inc. for Leave to File Proof of Claim as Timely Filed After Bar Date [D.I. 662; 8/6/10]

   Related Documents:      None.

   Objection Deadline:      September 2, 2010 at 4:00 p.m. (ET) [Extended for the Debtors]

   Objections/Responses Filed:   None.

   Status:   This matter is adjourned to the next hearing scheduled for January 26, 2011 at 3:00 p.m.

2. Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 722; 9/7/10]

   Related Documents:

   a) Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 755; 10/5/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

      b)      Order Partially Sustaining Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 765; 10/19/10]

Objection Deadline:                    October 5, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:

      c)      Informal Response of South Coast Air Quality Management District

Status:      An order has been entered partially sustaining the objection. With respect to item (c), this matter is adjourned to the next hearing scheduled for January 26, 2011 at 3:00 p.m.

## MATTERS WITH CERTIFICATIONS

3. Motion of Employers Insurance Company of Wausau for Order Compelling Payment of Amounts Due [D.I. 757; 10/14/10]

   Related Documents:

         a)      Notice of Hearing [D.I. 763: 10/18/10]

         b)      Certification of Counsel Regarding Agreed Order Regarding Withdrawal of the Motion of Employers Insurance Company of Wausau for Order Compelling Payment of Amounts Due [D.I. 786; 12/23/10]

   Objection Deadline:      November 16, 2010 at 4:00 p.m. (ET) [Extended for the Debtors to November 19, 2010]

   Objections/Responses Filed:

         c)      Debtor's Objection to the Motion of Employers Insurance Company of Wausau for Order Compelling Payment of Amounts Due [D.I. 777; 11/19/10]

   Status:      An agreed upon form of order has been filed under Certification of Counsel. No hearing on this matter is necessary.

4. Third Motion of the Debtors for an Order Extending the Deadline to File Notices of Removal of Related Claims and Causes of Action [D.I. 781; 11/22/10]

   Related Documents:

        a)     Certificate of No Objection [D.I. 785; 12/17/10]

Objection Deadline:         December 14, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:

Status:     A Certificate of No Objection has been filed. No hearing is necessary.

## CONTESTED MATTERS GOING FORWARD

5.     Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 625; 7/9/10]

    Related Documents:

        a)     Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 674; 8/12/10]

        b)     Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 701; 8/27/10]

        c)     Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 770; 10/28/10]

    Objection Deadline:         August 4, 2010 at 4:00 p.m. (ET)

    Objections/Responses Received:

        d)     Response of Los Angeles County Treasurer & Tax Collector to Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 659; 8/3/10]

    Status:     Orders have been entered partially sustaining the objection. With respect to item (d), this matter is going forward.

Dated: Wilmington, Delaware
December 23, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS