## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Neenah Enterprises, Inc. | | |
| **Case Number:** | 10-10360-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 28, 2010 04:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Omnibus

**R / M #:**   788 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Items 1 and 2 - Continued
- Item 3 - Order entered under Certification of Counsel
- Item 4 - Order entered under CNO
- Item 5 - Continued to 1/26/11