# SIGN-IN SHEET

**CASE NAME:** Neenah Enterprises

**CASE NUMBER:** 10-10360 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** 12/28/10 at 4:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Enos | Young Conaway Stargatt & Taylor | Neenah |
| Bob Gitter | Neenah | |
| Brent Johnson | Huron Consulting | |
| Jillian Ludwig | Sidley Austin | |
| Marianne Mohilef | Shook | |
| Martha Romero | Romero Law Firm | County of Los Angeles |