**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

NEENAH ENTERPRISES, INC.,             Chapter 11
                                                           Case No. 10-10360
                    Debtor(s).                   Hon. Mary F. Walrath
_____/

**NOTICE OF SUBSTITUTION OF COUNSEL**

       PLEASE TAKE NOTICE that the State of Michigan, Department of Treasury hereby notify the Clerk of the Court that they are substituting Herman G. Petzold III, Assistant Attorney General in place of Deborah Waldmeir, Assistant Attorney General as their counsel of record in the above captioned Chapter 11 case. Such counsel hereby requests that copies of all notices and pleadings given or filed in this case be give and served upon Herman G. Petzold III, Assistant Attorney General.

                                                         /s/ Herman G. Petzold III
                                                         Herman G. Petzold III (P41760)
                                                         Assistant Attorney General
                                                         State of Michigan
                                                         3030 West Grand Blvd
                                                         Ste 10-200
                                                         Detroit, MI 48202
                                                         (313) 456-0140

Dated: December 29, 2010