**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

NEENAH ENTERPRISES, INC.,                     Chapter 11
                                              Case No. 10-10360
                    Debtor(s).                Hon. Mary F. Walrath
_____/

**CERTIFICATE OF SERVICE**
**NOTICE OF SUBSTITUTION OF COUNSEL**

   IT IS HEREBY CERTIFIED that on December 29, 2010, a copy of the *Notice of Substitution of Counsel* and *Certificate of Service* was served via electronic mail of on the counsel of record in this case.

   I declare that the statements above are true to the best of my information, knowledge and belief.

                                              /s/ Heather Donald
                                              Heather L. Donald
                                              Assistant Attorney General
                                              State of Michigan
                                              3030 West Grand Blvd
                                              Ste 10-200
                                              Detroit, MI  48202
                                              (313) 456-0140

Dated:  December 29, 2010