UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEENAH ENTERPRISES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10360 (MFW)<br><br>Jointly Administered<br><br>Ref. Docket Nos.: 625, 674, 701, 770 |

### CERTIFICATION OF COUNSEL REGARDING ORDER PARTIALLY SUSTAINING DEBTORS' SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On July 9, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Second Omnibus Objection") [D.I. 625].[2] Responses to the Objection were due on or before August 4, 2010 at 4:00 p.m. (ET) (the "Response Deadline").

By the Second Omnibus Objection, among other things, the Debtors sought to disallow and expunge claim number 646 filed by the Los Angeles County Treasurer & Tax Collector ("L.A. County") on the basis of no liability and on the lack of any records in the Debtors' books and records supporting the claim asserted. Prior to the Response Deadline, Los Angeles County Treasurer & Tax Collector filed its response (the "L.A. County Response"). At

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080); and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] The Court has previously entered orders [D.I. 674, 701, 770] partially sustaining the Second Omnibus Objection.

YCST01:10634323.1                                                                                             069152.1001

the hearing regarding the Second Omnibus Objection and the L.A. County Response held on December 28, 2010, the Court ruled that L.A. County had until January 19, 2011 to provide the Debtors with documentation to support Claim 646 or the Court would enter an order disallowing and expunging the claim. To date, L.A. County has not provided the Debtors with any documentation relative to Claim 646. Accordingly, the Debtors submit that entry of an order disallowing and expunging Claim 646 is appropriate at this time.

WHEREFORE, the Debtors respectfully request that the Court, at its earliest convenience, enter the order, attached hereto as <u>Exhibit A</u>, which disallows and expunges Claim 646 in its entirety.

Dated: Wilmington, Delaware
January 24, 2011

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION