UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 26, 2011 AT 3:00 P.M. (ET)

**ADJOURNED MATTER**

1.  Motion of Knauf USA Polystyrene, Inc. for Leave to File Proof of Claim as Timely Filed After Bar Date [D.I. 662; 8/6/10]

    Related Documents:         None.

    Objection Deadline:        September 2, 2010 at 4:00 p.m. (ET) [Extended for the Debtors]

    Objections/Responses Filed:    None.

    Status:    This matter is adjourned to a date and time to be determined by consent of the parties.

**MATTER WITH CERTIFICATION OF COUNSEL**

2.  Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 625; 7/9/10]

    Related Documents:

    a)  Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 674; 8/12/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

b) Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 701; 8/27/10]

c) Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 770; 10/28/10]

d) Certification of Counsel [D.I. 795; 1/24/11]

Objection Deadline:      August 4, 2010 at 4:00 p.m. (ET)

Objections/Responses Received:

e) Response of Los Angeles County Treasurer & Tax Collector to Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 659; 8/3/10]

Status:      Orders have been entered partially sustaining the objection. With respect to item (e), an order has been submitted under Certification of Counsel pursuant to the Court's ruling on December 28, 2010. No hearing is required.

## MATTER GOING FORWARD

3. Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 722; 9/7/10]

Related Documents:

a) Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 755; 10/5/10]

b) Order Partially Sustaining Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 765; 10/19/10]

Objection Deadline:      October 5, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:

c) Informal Response of South Coast Air Quality Management District

Status: An order has been entered partially sustaining the objection. With respect to item (c), the Debtors and SCAQMD have reached an agreement in principle and anticipate submitting a stipulation and agreed order at or prior to the hearing. This matter will be going forward on an uncontested basis.

Dated: Wilmington, Delaware
January 24, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS