UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | Jointly Administered |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 26, 2011 AT 3:00 P.M. (ET)

**ADJOURNED MATTER**

1. Motion of Knauf USA Polystyrene, Inc. for Leave to File Proof of Claim as Timely Filed After Bar Date [D.I. 662; 8/6/10]

   Related Documents:      None.

   Objection Deadline:      September 2, 2010 at 4:00 p.m. (ET) [Extended for the Debtors]

   Objections/Responses Filed:      None.

   Status:      This matter is adjourned to a date and time to be determined by consent of the parties.

**MATTER WITH CERTIFICATION OF COUNSEL**

2. Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 625; 7/9/10]

   Related Documents:

   a) Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] **Amended items appear in bold.**

        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 674; 8/12/10]

    b)    Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 701; 8/27/10]

    c)    Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 770; 10/28/10]

    d)    Certification of Counsel [D.I. 795; 1/24/11]

**Objection Deadline:**    August 4, 2010 at 4:00 p.m. (ET)

**Objections/Responses Received:**

    e)    Response of Los Angeles County Treasurer & Tax Collector to Debtors' Second Omnibus (Substantive) Objection to Claims [D.I. 659; 8/3/10]

**Additional Pleading:**

    **f)**    **Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 797; 1/25/11]**

**Status:**    **Orders have been entered partially sustaining the objection. With respect to item (e), an order has been entered by the Court. No hearing is required.**

## MATTER GOING FORWARD

3.    Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 722; 9/7/10]

    Related Documents:

    a)    Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 755; 10/5/10]

    b)    Order Partially Sustaining Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 765; 10/19/10]

Objection Deadline:        October 5, 2010 at 4:00 p.m. (ET)

Objections/Responses Filed:

    c)    Informal Response of South Coast Air Quality Management District

**Status:**    **An order has been entered partially sustaining the objection. With respect to item (c), the matter is adjourned to February 28, 2011 at 9:30 a.m. The parties have reached an agreement which resolves the matter and intend to submit an agreed order under certification of counsel prior to the hearing on February 28, 2011.**

Dated: Wilmington, Delaware  
January 25, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP  
Larry J. Nyhan  
Bojan Guzina  
Kerriann S. Mills  
Jillian K. Ludwig  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

    -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Donald J. Bowman, Jr. (No. 4383)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS