**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., <u>et al.</u>,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, Paul V. Kinealy, being duly sworn, depose and state:

1.      I am a Director with The Garden City Group, Inc., the claims, noticing, and balloting

agent for the debtors and debtors-in-possession (the "Reorganized Debtors") in the above-

captioned case.  Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois

60603.

2.      On January 25, 2011, at the direction of Sidley Austin, LLP ("Sidley Austin") and Young

Conaway Stargatt & Taylor, LLP ("Young Conaway"), co-counsel for the Reorganized Debtors,

I caused a true and correct copy of the following document to be served by first class mail,

postage prepaid, on the parties set forth on Exhibit A, comprised of the Master Service List and

certain additional parties:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

- Order Partially Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 797].

3. On January 25, 2011, also at the direction of Sidley Austin and Young Conaway, I caused a true and correct copy of the following document to be served by facsimile or overnight delivery on the parties set forth on Exhibits B and C, comprised of the Master Service List and certain additional parties:

- Notice of Amended Agenda of Matters Scheduled for Hearing on January 26, 2011 at 3:00 p.m. (ET) [Docket No. 799].

Paul V. Kinealy

Sworn to before me this 26th day of January, 2011

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

[Notary Seal: JEFFREY C DEMMA, OFFICIAL SEAL, State of Illinois, MY COMMISSION EXPIRES DECEMBER 1, 2014]

# EXHIBIT A

| | |
|---|---|
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: A&M SPECIALTIES INC.<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MERCER FORGE CORP<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MORGAN'S WELDING INC<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 | AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR, PA 19087-8675 |
| AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS, MN 55485 | AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 |
| ANDREA SHERIDAN ORDIN<br>R. ROSATO, E. EL HABIBY<br>648 KENNETH HAHN HALL<br>500 WEST TEMPLE STREET<br>LOS ANGELES, CA 90012-2713 | ANNE E. BLAESS, TRIAL ATTY, TAX DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br>ATTY FOR THE UNITED STATES<br>POST OFFICE BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 |
| ARENT FOX LLP<br>JAMES M. SULLIVAN ESQ<br>ATTORNEY FOR THE TIMKEN COMPANY<br>1675 BROADWAY<br>NEW YORK, NY 10019 | ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 |
| BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>WILLIAM J. BARRETT ATTORNEY FOR<br>TONTINE CAPITAL PARTNERS L.P.<br>200 WEST MADISON STREET SUITE 3900<br>CHICAGO, IL 60606 | BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN<br>ATTY FOR IRON MOUNTAIN INFO MANAGEMENT<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 |
| BRICE VANDER LINDEN & WERNICK, P.C.<br>ATT: HILLARY B. BONIAL<br>ATTY FOR SAXON MORTGAGE SERVICES, INC.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TX 75243 | CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 |
| CENTRAL STATES LAW DEPT.<br>REBECCA K. MCMAHON ESQ FOR CENTRAL STATE<br>SOUTHEAST & SOUTHWEST AREAS PENSION FUND<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ ATT FOR UNITED<br>STEELWORKERS THE BRANDYWINE BUILDING<br>1000 W. ST. 10TH FL P.O. BOX 1680<br>WILMINGTON, DE 19899 |

| | |
|---|---|
| DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 | DLA PIPER LLP RICHARD M KREMEN ESQ<br>DALE K CATHELL, ESQ COUNSEL TO WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>THE MARBURY BUILDING 6225 SMITH AVENUE<br>BALTIMORE, MD 21209 |
| ERIC BORGERSON<br>LEGAL DEPT<br>DANA CORPORATION<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 |
| FINGER & SLANINA, LLC<br>DAVID L. FINGER COUNSEL FOR WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>ONE COMMERCE CENTER 1201 N ORANGE ST 7FL<br>WILMINGTON, DE 19801-1186 | FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 |
| FREEBORN & PETERS LLP<br>AARON L. HAMMER ESQ.<br>COUNSEL TO MERCER US INC.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | GARDEN CITY GROUP<br>ATTN: PAUL KINEALY<br>190 S LASALLE STREET, SUITE 1520<br>CHICAGO, IL 60603 |
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131 | GERDAU AMERISTEEL US INC.<br>ATTN: HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA, GA 30368 |
| GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO, IL 60603 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO, IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL ST<br>GREEN BAY, WI 54304 | GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON, DE 19801 |
| GREENBERG TRAURIG, LLP<br>S COUSINS,D DETWEILER,S SELZER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST, STE 1200<br>WILMINGTON, DE 19801 | GREENBERG TRAURIG, LLP<br>SEAN BEZARK, ATTORNEY FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS<br>77 WEST WACKER DRIVE SUITE 3100<br>CHICAGO, IL 60601 |
| HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT, IL 60559 | HOLMES MURPHY & ASSOCIATES, INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES, IA 50266 |

| | |
|---|---|
| HONIGMAN MILLER SCHWARTZ & COHN LLP<br>ATT: ROBERT B. WEISS<br>660 WOODWARD AVENUE<br>2290 FIRST NATIONAL BUILDING<br>DETROIT, MI 48226 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ADAM K. KEITH ESQ ATTORNEY FOR<br>GENERAL ENGINE PRODUCTS LLC,<br>2290 1ST NATIONAL BLDG 660 WOODWARD AVE.<br>DETROIT, MI 48226 |
| IBM CORPORATION<br>VICKY NAMKEN<br>13800 DIPLOMAT DRIVE<br>DALLAS, TX 75234 | IKON FINANCIAL SERVICES<br>ATT: MAIE GRINER, BNK ADMINISTRATION<br>RECOVERY DATA COORDINATOR<br>P.O. BOX 13708<br>MACON, GA 31208 |
| INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFO MANAGEMENT, INC.<br>745 ATLANTIC AVENUE<br>BOSTON, MA 02111 |
| JACKSON WALKER L.L.P.<br>ATT: B.J.RUZINSKY & D.E. CONWAY<br>ATTY FOR CONSTELLATION NEW ENERGY<br>1401 MCKINNEY STREET, SUITE 1990<br>HOUSTON, TX 77010 | JACKSON WALKER L.L.P.<br>ATT: HEATHER M. FORREST<br>ATTY FOR CONSTELLATION NEW ENERGY<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 |
| JOHN A. DICICCO<br>ACTING ASST. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>ATTY FOR THE UNITED STATES<br>P.O.BOX 227, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | KOZLOFF STOUDT<br>ATT: B.W. SAWTELLE & P. CALA, ESQ.<br>2640 WESTVIEW DRIVE<br>P.O. BOX 6286<br>WYOMISSING, PA 19610 |
| LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>ADAM D. BRUSKI ATTORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE SUITE 309<br>BAY CITY, MI 48708 | LAMBERT, LESER, ISACKSON, COOK & GIUNTA<br>SUSAN M. COOK ESQ ATORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY, MI 48708 |
| LEWIS SALVAGE CORPORATION<br>RITA LEWIS<br>PO BOX 1785<br>WARSAW, IN 46581 | LOS ANGELES CO TREASURER & TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 |
| LOUIS PADNOS IRON & METAL CO<br>EVAN GILLIAM<br>SLOT 303113<br>PO BOX 66973<br>CHICAGO, IL 60666 | MARK SCHONFELD<br>REGIONAL DIRECTOR, SEC<br>NEW YORK REGIONAL OFFICE<br>233 BROADWAY<br>NEW YORK, NY 10279 |
| MCDONALD HOPKINS LLC<br>SCOTT N OPINCAR & SEAN D MALLOY COUNSEL<br>FOR SADOFF & RUDOY INDUSTRIES, LLC<br>600 SUPERIOR AVENUE EAST SUITE 2100<br>CLEVELAND, OH 44114 | MISSOURI DEPT. OF REVENUE<br>ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 |
| MODERN EQUIPMENT COMPANY<br>ATTN: PAUL CZISNY, VP & CONTROLLER<br>PO BOX 993<br>PORT WASHINGTON, WI 53074-0993 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ERIC SCHWARTZ/MATTHEW HARVEY<br>1201 N MARKET STREET<br>PO BOX 1347<br>WILMINGTON, DE 19899 |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATT: E.SCHWARTZ & M.HARVEY, ESQ.<br>1201 N. MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON, DE 19899 | MOSES & SINGER LLP<br>ATTN JAMES M.SULLIVAN, ESQ.<br>COUNSEL FOR THE TIMKEN CORPORATION<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 |
| NEDROW REFRACTORIES<br>JAMES CHASE<br>150 LANDROW DRIVE<br>WIXOM, MI 48393 | NUCOR STEEL, AUBURN INC.<br>NANCY WABLEY<br>25 QUARRY ROAD<br>AUBURN, NY 13021 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON, DE 19801 | OKLAHOMA COUNTY TREASURER<br>ATT: GRETCHEN CRAWFORD<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 307<br>OKLAHOMA CITY, OK 73102 |
| OUDENHOVEN COMPANY, INC.<br>JERRY BOYLAN<br>2300 TOWER DRIVE<br>KAUKAUNA, WI 54130 | REED SMITH LLP<br>ATTN: ANN E. PILLE, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>10 S. WACKER DRIVE, SUITE 4000<br>CHICAGO, IL 60606 |
| REED SMITH LLP<br>ATTN: KATHLEEN A. MURPHY, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>1201 N. MARKET SREET, SUITE 500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>ATTN: TIMOTHY P. REILEY, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | SADOFF & RUDOY INDUSTRIES<br>ATTN: FRANK VILLAIRE<br>PO BOX 1138<br>FOND DU LAC, WI 54936 |
| SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC, WI 54935 | SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE, WI 53268 |
| SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO, MI 49337 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATT: C.BELMONTE & P. BOSSWICK, ESQ.<br>ATTY FOR MOODY'S INVESTORS SERVICE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| SAXON MORTGAGE SERVICES, INC.<br>C/O BRICE, VANDER LINDEN & WERNICK P.C.<br>1270 NORTHLAND DRIVE SUITE 200<br>MENDOTA HEIGHTS, MN 55120 | SECURITIES AND EXCHANGE COMMISSION<br>GEORGE CANELLOS, REG DIR<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR, STE 400<br>NEW YORK, NY 10281-1022 |
| SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGERON<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 | SMITH, KATZENSTEIN & FURLOW<br>KATHLEEN M. MILLER ATTORNEY FOR<br>AIRGAS, INC.<br>800 DELAWARE AVE 7TH FL. PO BOX 410<br>WILMINGTON, DE 19899 |

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAG. DIST.<br>ATT: KURT WIESE, ESQ.<br>DISTRICT PROSECUTOR'S OFFICE<br>21865 COPELY DRIVE<br>DIAMOND BAR, CA 91765 | STATE OF MI, DEPT. OF TREASURY<br>ATTN HERMAN G. PETZOLD III<br>3030 WEST GRAND BLVD<br>STE 10-200<br>DETROIT, MI 48202 |
| STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING, MI 48909 | STATE OF WI, DEPT. OF NATURAL RESOURCES<br>C/O J.B VAN HOLLEN, ATTORNEY GENERAL<br>ATTN: RICHARD BRAUN, ASST ATTY GENERAL<br>POST OFFICE BOX 7857<br>MADISON, WI 53707 |
| STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD.<br>225 EAST<br>PITTSBOROR, IN 46167 | STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 |
| TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD, TX 76063 | THE KUNIN LAW OFFICES, LLC<br>JOEL A. KUNIN ESQ<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201 |
| THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44708 | THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE, NC 28275 |
| TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA, NY 14151 | TONTINE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONTINE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH, CT 06830 |
| TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT, PA 15045 | UNITED STEELWORKERS<br>DAVID R. JURY, ESQ<br>ASSOCIATE GENERAL COUNSEL<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH, PA 15222 |
| US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899 | WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE, WI 53201 |
| WERB & SULLIVAN<br>ATT: D.WERB, J.KLEIN, & M. AUSTRIA ESQ.<br>300 DELAWARE AVE., SUITE 1300<br>P.O. BOX 25046<br>WILMINGTON, DE 19899 | WHITTINGTON & AULGUR<br>ATT: R.AULGUR JR. & K.DOUGHTY<br>ATTY FOR WELLS FARGO EQUIPMENT FINANCE<br>651 N. BROAD STREET, STE. 206<br>MIDDLETOWN, DE 19709 |
| WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE, WI 53203 | YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON, DE 19899-0391 |

# EXHIBIT B

| | |
|---|---|
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: A&M SPECIALTIES INC.<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184<br>FAX: 610-378-4459 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: ADVANCED CAST PRODUCTS<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602<br>FAX: 610-378-4459 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MERCER FORGE CORP<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184<br>FAX: 610-378-4459 | (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: MORGAN'S WELDING INC<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184<br>FAX: 610-378-4459 |
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184<br>FAX: 610-378-4459 | ANDREA SHERIDAN ORDIN<br>R. ROSATO, E. EL HABIBY<br>648 KENNETH HAHN HALL<br>500 WEST TEMPLE STREET<br>LOS ANGELES, CA 90012-2713<br>FAX: 213-687-8822 |
| ANNE E. BLAESS, TRIAL ATTY, TAX DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br>ATTY FOR THE UNITED STATES<br>POST OFFICE BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044<br>FAX: 202-514-6866 | ARENT FOX LLP<br>JAMES M. SULLIVAN ESQ<br>ATTORNEY FOR THE TIMKEN COMPANY<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>FAX: 212-484-3990 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>WILLIAM J. BARRETT ATTORNEY FOR<br>TONTINE CAPITAL PARTNERS L.P.<br>200 WEST MADISON STREET SUITE 3900<br>CHICAGO, IL 60606<br>FAX: 312-984-3150 | BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN<br>ATTY FOR IRON MOUNTAIN INFO MANAGEMENT<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110<br>FAX: 617-422-0383 |
| BRICE VANDER LINDEN & WERNICK, P.C.<br>ATT: HILLARY B. BONIAL<br>ATTY FOR SAXON MORTGAGE SERVICES, INC.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TX 75243<br>FAX: 972-643-6698 | CENTRAL STATES LAW DEPT.<br>REBECCA K. MCMAHON ESQ FOR CENTRAL STATE<br>SOUTHEAST & SOUTHWEST AREAS PENSION FUND<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018<br>FAX: 847-518-9797 |
| COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ ATT FOR UNITED<br>STEELWORKERS THE BRANDYWINE BUILDING<br>1000 W. ST. 10TH FL P.O. BOX 1680<br>WILMINGTON, DE 19899<br>FAX: 302-984-3939 | DLA PIPER LLP RICHARD M KREMEN ESQ<br>DALE K CATHELL, ESQ COUNSEL TO WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>THE MARBURY BUILDING 6225 SMITH AVENUE<br>BALTIMORE, MD 21209<br>FAX: 410-580-3001 |

FREEBORN & PETERS LLP
AARON L. HAMMER ESQ.
COUNSEL TO MERCER US INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
FAX: 312-360-6995

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131
FAX: 305-374-8113

GERDAU AMERISTEEL US INC.
ATTN: HAROLD FERNANDEZ
PO BOX 116660
ATLANTA, GA 30368
FAX: 813-207-2319

GOLDBERG KOHN LTD
ATT: R.BARLIANT & D.JUHLE, ESQ.
ATTY FOR BANK OF AMERICA, N.A.
55 EAST MONROE STREET, SUITE 3300
CHICAGO, IL 60603
FAX: 312-332-2196

GREENBERG TRAURIG
SCOTT D. COUSINS, DONALD J. DETWEILER
SANDRA G M SELZER THE NEMOURS BLDG
1007  NORTH ORANGE STREET STE1200
WILMINGTON, DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
S COUSINS,D DETWEILER,S SELZER
THE NEMOURS BUILDING
1007 N. ORANGE ST, STE 1200
WILMINGTON, DE 19801
FAX: 302-661-7360

GREENBERG TRAURIG, LLP
SEAN BEZARK, ATTORNEY FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
77 WEST WACKER DRIVE SUITE 3100
CHICAGO, IL 60601
FAX: 312-456-8435

HOLMES MURPHY & ASSOCIATES, INC.
ATTN: JACK STRUYK
3001 WESTOWN PARKWAY
DES MOINES, IA 50266
FAX: 515-223-6944

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS
660 WOODWARD AVENUE
2290 FIRST NATIONAL BUILDING
DETROIT, MI 48226
FAX: 313-465-7597

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ADAM K. KEITH ESQ ATTORNEY FOR
GENERAL ENGINE PRODUCTS LLC,
2290 1ST NATIONAL BLDG 660 WOODWARD AVE.
DETROIT, MI 48226
FAX: 313-465-7461

IBM CORPORATION
VICKY NAMKEN
13800 DIPLOMAT DRIVE
DALLAS, TX 75234
FAX: 845-432-0869

JACKSON WALKER L.L.P.
ATT: B.J.RUZINSKY & D.E. CONWAY
ATTY FOR CONSTELLATION NEW ENERGY
1401 MCKINNEY STREET, SUITE 1990
HOUSTON, TX 77010
FAX: 713-754-6704

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST
ATTY FOR CONSTELLATION NEW ENERGY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
FAX: 214-953-5822

JOHN A. DICICCO
ACTING ASST. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
ATTY FOR THE UNITED STATES
P.O.BOX 227, BEN FRANKLIN STATION
WASHINGTON, DC 20044
FAX: 202-514-6866

| | |
|---|---|
| KOZLOFF STOUDT<br>ATT: B.W. SAWTELLE & P. CALA, ESQ.<br>2640 WESTVIEW DRIVE<br>P.O. BOX 6286<br>WYOMISSING, PA 19610<br>FAX: 610-670-2591 | MCDONALD HOPKINS LLC<br>SCOTT N OPINCAR & SEAN D MALLOY COUNSEL<br>FOR SADOFF & RUDOY INDUSTRIES, LLC<br>600 SUPERIOR AVENUE EAST SUITE 2100<br>CLEVELAND, OH 44114<br>FAX: 216-348-5474 |
| MISSOURI DEPT. OF REVENUE<br>ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105<br>FAX: 573-751-7232 | MODERN EQUIPMENT COMPANY<br>ATTN: PAUL CZISNY, VP & CONTROLLER<br>PO BOX 993<br>PORT WASHINGTON, WI 53074-0993<br>FAX: 262-284-9433 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATT: E.SCHWARTZ & M.HARVEY, ESQ.<br>1201 N. MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON, DE 19899<br>FAX: 302-658-3989 | MOSES & SINGER LLP<br>ATTN JAMES M.SULLIVAN, ESQ.<br>COUNSEL FOR THE TIMKEN CORPORATION<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>FAX: 212-554-7700 |
| REED SMITH LLP<br>ATTN: ANN E. PILLE, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>10 S. WACKER DRIVE, SUITE 4000<br>CHICAGO, IL 60606<br>FAX: 312-207-6400 | REED SMITH LLP<br>ATTN: KATHLEEN A. MURPHY, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>1201 N. MARKET SREET, SUITE 500<br>WILMINGTON, DE 19801<br>FAX: 302-778-7575 |
| REED SMITH LLP<br>ATTN: TIMOTHY P. REILEY, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br>FAX: 302-778-7575 | RICHARDS, LAYTON & FINGER, P.A.<br>ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801<br>FAX: 302-498-7701 |
| S COAST AIR QUALITY MANAGEMENT DISTRICT<br>WERB & SULLIVAN<br>ATTN DUANE WERB ESQ/MATT AUSTRIA ESQ<br>300 DELAWARE AVE STE 1300<br>WILMINGTON, DE 19899<br>FAX: 302-652-1111 | SADOFF & RUDOY INDUSTRIES<br>ATTN: FRANK VILLAIRE<br>PO BOX 1138<br>FOND DU LAC, WI 54936<br>FAX: 920-921-4773 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATT: C.BELMONTE & P. BOSSWICK, ESQ.<br>ATTY FOR MOODY'S INVESTORS SERVICE<br>230 PARK AVENUE<br>NEW YORK, NY 10169<br>FAX: 212-818-9606 | SMITH, KATZENSTEIN & FURLOW<br>KATHLEEN M. MILLER ATTORNEY FOR<br>AIRGAS, INC.<br>800 DELAWARE AVE 7TH FL. PO BOX 410<br>WILMINGTON, DE 19899<br>FAX: 302-652-8405 |

| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK, NY 10038<br>FAX: 212-806-6006 | THE KUNIN LAW OFFICES, LLC<br>JOEL A. KUNIN ESQ<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201<br>FAX: 618-274-8369 |
| THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44708<br>FAX: 330-458-6967 | TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT, PA 15045<br>FAX: 412-678-2210 |
| UNITED STEELWORKERS<br>DAVID R. JURY, ESQ<br>ASSOCIATE GENERAL COUNSEL<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH, PA 15222<br>FAX: 412-562-2429 | WERB & SULLIVAN<br>ATT: D.WERB, J.KLEIN, & M. AUSTRIA ESQ.<br>300 DELAWARE AVE., SUITE 1300<br>P.O. BOX 25046<br>WILMINGTON, DE 19899<br>FAX: 302-652-1111 |
| WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE, WI 53203<br>FAX: 414-221-4093 | |

# **EXHIBIT C**

| | |
|---|---|
| AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR, PA 19087-8675 | AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS, MN 55485 |
| AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 | ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 |
| BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 | BARACK FERRAZZANO KIRSCHBAUM&NAGELB<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 |
| CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 | DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 |
| DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 |
| ERIC BORGERSON<br>LEGAL DEPT<br>DANA CORPORATION<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 |
| FINGER & SLANINA, LLC<br>DL FINGER - WIS. PWR ELECTRIC CO<br>D/B/A WE ENERGIES<br>1 COMMERCE CTR 1201 N ORANGE ST 7FL<br>WILMINGTON, DE 19801 | FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 |
| GARDEN CITY GROUP<br>ATTN: PAUL KINEALY<br>190 S LASALLE STREET, SUITE 1520<br>CHICAGO, IL 60603 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO, IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL ST<br>GREEN BAY, WI 54304 | HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT, IL 60559 |
| IKON FINANCIAL SERVICES<br>ATT: MAIE GRINER,BNK ADMINISTRATION<br>RECOVERY DATA COORDINATOR<br>P.O. BOX 13708<br>MACON, GA 31208 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>2970 Market Street<br>MAIL DROP 5-Q30.133<br>PHILADELPHIA, PA 19104 |

IRON MOUNTAIN INFO MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA 02111

KNAUF POLYSTYRENE
2725 HENKLE DRIVE
LEBANON, OH 45036

LAMBERT LESER ISACKSON
ADAM D. BRUSKI ATTORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON
SUSAN M. COOK ESQ ATORNEY FOR
LINAMAR CORPORATION
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LEWIS SALVAGE CORPORATION
RITA LEWIS
PO BOX 1785
WARSAW, IN 46581

LOUIS PADNOS IRON & METAL CO
EVAN GILLIAM
SLOT 303113
PO BOX 66973
CHICAGO, IL 60666

MARK SCHONFELD
REGIONAL DIRECTOR, SEC
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK, NY 10279

MORRIS NICHOLS ARSHT & TUNNELL LLP
ERIC SCHWARTZ/MATTHEW HARVEY
1201 N MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899

NEDROW REFRACTORIES
JAMES CHASE
150 LANDROW DRIVE
WIXOM, MI 48393

NUCOR STEEL, AUBURN INC.
NANCY WABLEY
25 QUARRY ROAD
AUBURN, NY 13021

OFFICE OF THE UNITED STATES TRUSTEE
PATRICK TINKER
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

OKLAHOMA COUNTY TREASURER
ATT: GRETCHEN CRAWFORD
ASSISTANT DISTRICT ATTORNEY
320 ROBERT S. KERR, ROOM 307
OKLAHOMA CITY, OK 73102

OUDENHOVEN COMPANY, INC.
JERRY BOYLAN
2300 TOWER DRIVE
KAUKAUNA, WI 54130

S COAST AIR QUALITY MANAGEMENT DIST
SOUTH COAST AQMD
ATTN KURT WIESE/BARBARA BAIRD, ESQ
21865 COPLEY DRIVE
DIAMOND BAR, CA 91765

SADOFF IRON & METAL CO
MARK LASKY
PO BOX 1138
FOND DU LAC, WI 54935

SADOFF IRON & METAL CO
TRACI LUTHER
PO BOX 681121
MILWAUKEE, WI 53268

SANDMOLD SYSTEMS INC
RICH WHITE
PO BOX 488
NEWAYGO, MI 49337

SAXON MORTGAGE SERVICES, INC.
C/O BRICE VANDER LINDEN &WERNICK PC
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

SECURITIES AND EXCHANGE COMMISSION
GEORGE CANELLOS, REG DIR
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022

SIDLEY AUSTIN LLP
L NYHAN/K MILLS/J BOELTER/D BERGE
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

SOUTH COAST AIR QUALITY MANAG. DIST  
ATT: KURT WIESE, ESQ.  
DISTRICT PROSECUTOR'S OFFICE  
21865 COPELY DRIVE  
DIAMOND BAR, CA 91765  

STATE OF MICHIGAN  
LISA STARKS  
TAX DIVISION  
PO BOX 30140  
LANSING, MI 48909  

TA SERVICES, INC.  
ACCOUNTING  
241 REGENCY PARKWAY  
MANSFIELD, TX 76063  

TONAWANDA COKE  
BOB BLOOM  
PO BOX 5007  
TONAWANDA, NY 14151  

US DEPARTMENT OF JUSTICE  
ELLEN SLIGHTS/DAVID WEISS  
1007 ORANGE ST, STE 700  
PO BOX 2046  
WILMINGTON, DE 19899  

WHITTINGTON & AULGUR  
ATT: R.AULGUR JR. & K.DOUGHTY  
ATTY FOR WELLS FARGO EQUP. FINANCE  
651 N. BROAD STREET, STE. 206  
MIDDLETOWN, DE 19709  

YOUNG CONAWAY ETAL  
MORGAN SEWARD  
THE BRANDYWINE BLDG  
1000 WST ST. 17TH FL. PO BOX 391  
WILMINGTON, DE 19899-0391  

STATE OF MI, DEPT. OF TREASURY  
ATTN HERMAN G. PETZOLD III  
3030 WEST GRAND BLVD  
STE 10-200  
DETROIT, MI 48202  

STEEL DYNAMICS BAR  
LEON WANINGER  
8000 N. COUNTRY RD.  
225 EAST  
PITTSBOROR, IN 46167  

THE TIMKEN CORPORATION  
CHI P CHEUNG  
PO BOX 751580  
CHARLOTTE, NC 28275  

TONTINE CAPITAL PARTNERS  
JEFFREY L GENDELL  
C/O TONTINE CAPITAL MGMT, LLC  
55 RAILROAD AVE, 1ST FL  
GREENWICH, CT 06830  

WE ENERGIES  
RANDY SABEL  
PO BOX 2046  
MILWAUKEE, WI 53201  

WI DEPT OF NATURAL RESOURCES  
C/O J.VAN HOLLEN, ATTORNEY GENERAL  
ATTN: R. BRAUN, ASST ATTY GENERAL  
POST OFFICE BOX 7857  
MADISON, WI 53707