IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 722 and 765 |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN GREGG INDUSTRIES, INC. AND SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT REGARDING RESOLUTION OF DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 690 OF SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT**

The undersigned, counsel to the above captioned reorganized debtors (collectively, the "Debtors"), hereby certifies, pursuant to Rule 9019-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), that:

1. On September 7, 2010, the Debtors filed the *Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 722] (the "Objection"). Responses, if any, to the Objection were required to be filed with this Court and served no later than 4:00 p.m. (ET) on October 5, 2010 (the "Response Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

2.  Prior to the Response Deadline, counsel for the Debtors was contacted by counsel for the South Coast Air Quality Management District (the "District"), a political subdivision of the State of California, regarding the Objection as it relates to Claim No. 690 (the "District's Claim") filed by the District against Gregg Industries, Inc. ("Gregg").

3.  On October 19, 2010, this Court entered the *Order Partially Sustaining Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 765] (the "Prior Order"). The Prior Order sustained the Objection with respect to the claims listed on Exhibit A thereto and authorized the withdrawal of the Objection as it related to Claim No. 684 filed by the State of Wisconsin, Department of Natural Resources. Solely with respect to the Debtors' Objection to the District's Claim, the Prior Order continued the Objection to the November 23, 2010 omnibus hearing date scheduled in these chapter 11 cases.

4.  Since the entry of the Prior Order, the Debtors and the District have agreed to several further continuances of the Objection solely as to the District's Claim. Currently, the continued date of the hearing on the Objection is scheduled for February 28, 2011 at 9:30 a.m. (prevailing Eastern Time), the next omnibus hearing date scheduled before this Court in these chapter 11 cases. Accordingly, all applicable deadlines for filing responsive pleadings relating to the Objection have likewise been extended as provided in the Local Rules, to permit Gregg and the District to discuss a potential resolution of the Objection as it pertains to the District's Claim.

5.  Gregg and the District have since entered into a stipulation (the "Stipulation"), a copy of which is attached hereto as Exhibit A, in which the parties have agreed that the Objection shall be deemed to be withdrawn as it relates to the District's Claim and the District's Claim shall be deemed to be withdrawn as filed against Gregg.

6.	Attached hereto as <u>Exhibit B</u> is a proposed *Order Approving Stipulation Between Gregg Industries, Inc. and South Coast Air Quality Management District Regarding Resolution of Debtors' Fifth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 690 of South Coast Air Quality Management District* (the "<u>Proposed Order</u>"). The Proposed Order, which has been reviewed and approved by the Debtors and the District, the only parties to be affected thereby, reflects that the District's Claim shall be deemed to be withdrawn as filed against Gregg, and that the Objection shall be deemed to be withdrawn solely as to the District's Claim. The Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience..

Dated:	Wilmington, Delaware
	January 31, 2011

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS