IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 722, 765 & 808 |

**ORDER APPROVING STIPULATION BETWEEN GREGG INDUSTRIES, INC. AND SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT REGARDING RESOLUTION OF DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 690 OF SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT**

Upon consideration of the *Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 722] ("Objection"), by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 disallowing certain Disputed Claims, in whole or in part, as set forth therein and on the exhibits attached thereto; and upon consideration of the Gitter Declaration; and this Court having entered the *Order Partially Sustaining Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* [Docket No. 765] (the "Prior

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection or the Stipulation.

Order") partially sustaining the Objection and adjourning the hearing on the claim filed by the South Coast Air Quality Management District (the "District"), Claim No. 690 (the "District's Claim"), as filed against Gregg Industries, Inc. ("Gregg"); and the Debtors having subsequently resolved the Objection with respect to the District's Claim; and upon consideration of the *Certification of Counsel Regarding Order Approving Stipulation Between Gregg Industries, Inc. and South Coast Air Quality Management District Regarding Resolution of Debtors' Fifth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 690 of South Coast Air Quality Management District* and the stipulation between Gregg and the District resolving the Objection as it relates to the District's Claim (the "Stipulation"), a copy of which is attached hereto as Exhibit A; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the Objection is deemed to be withdrawn as it relates to the District's Claim against Gregg, and the District's Claim is deemed to be withdrawn as filed against Gregg; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to reflect that the District's Claim is withdrawn; and it is further

ORDERED, that except as otherwise provided herein with respect to the District's Claim and the Objection thereto, nothing in this Order shall amend, modify or supersede the Prior Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       Feb. 2, 2011

                                                Honorable Mary F. Walrath
                                                UNITED STATES BANKRUPTCY JUDGE