**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Brian P. Karpuk, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims, noticing, and balloting agent for the debtors and debtors-in-possession (the "Reorganized Debtors") in the above-captioned case. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On February 2, 2011, at the direction of Sidley Austin, LLP and Young Conaway Stargatt & Taylor, LLP, co-counsel for the Reorganized Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties set forth on Exhibit A, comprised of the Master Service List and certain additional parties:

//

//

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

1

- Order Approving Stipulation Between Gregg Industries, Inc. and South Coast Air Quality Management District Regarding Resolution of Debtors' Fifth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 690 of South Coast Air Quality Management District [Docket No. 809].

_____
Brian P. Karpuk

Sworn to before me this 4th day of February, 2011

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

[Notary Seal: JEFFREY C DEMMA, MY COMMISSION EXPIRES DECEMBER 1, 2014, OFFICIAL SEAL, STATE OF ILLINOIS]

# EXHIBIT A

| | |
|---|---|
| (UCTS) DEPARTMENT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>JOSEPH W KOTS RE: NEENAH FOUNDRY COMPANY<br>625 CHERRY STREET ROOM 203<br>READING, PA 19602-1184 | AIRGAS, INC.<br>DAVID BOYLE<br>259 RADNOR CHESTER RD., STE 100<br>P.O. BOX 6675<br>RADNOR, PA 19087-8675 |
| AMERICAN COLLOID COMPANY<br>ATTN: GEORGE JOHNSON<br>NW 520<br>PO BOX 520<br>MINNEAPOLIS, MN 55485 | AMERICAN COLLOID COMPANY<br>ATTN: ROB FOX<br>P.O. BOX 726<br>NEENAH, WI 54957 |
| ARENT FOX LLP<br>JAMES M. SULLIVAN ESQ<br>ATTORNEY FOR THE TIMKEN COMPANY<br>1675 BROADWAY<br>NEW YORK, NY 10019 | ATMOSPHERE ANNEALING, INC.<br>ATTN: JAY MURTHY<br>209 W MT HOPE AVENUE<br>LANSING, MI 48910 |
| BADGER MINING CORP<br>ATTN: TIM WUEST<br>PO BOX 328<br>BERLIN, WI 54923 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>W.J. BARRETT & K.J. ROBINSON<br>200 WEST MADISON STREET<br>SUITE 3900<br>CHICAGO, IL 60606 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>WILLIAM J. BARRETT ATTORNEY FOR<br>TONTINE CAPITAL PARTNERS L.P.<br>200 WEST MADISON STREET SUITE 3900<br>CHICAGO, IL 60606 | BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN<br>ATTY FOR IRON MOUNTAIN INFO MANAGEMENT<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 |
| BRICE VANDER LINDEN & WERNICK, P.C.<br>ATT: HILLARY B. BONIAL<br>ATTY FOR SAXON MORTGAGE SERVICES, INC.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TX 75243 | CATERPILLAR, INC.<br>ATTN: TAYLOR BRYCE<br>P.O. BOX 93344<br>CHICAGO, IL 60673 |
| CENTRAL STATES LAW DEPT.<br>REBECCA K. MCMAHON ESQ FOR CENTRAL STATE<br>SOUTHEAST & SOUTHWEST AREAS PENSION FUND<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ ATT FOR UNITED<br>STEELWORKERS THE BRANDYWINE BUILDING<br>1000 W. ST. 10TH FL P.O. BOX 1680<br>WILMINGTON, DE 19899 |
| DANA HOLDING CORP<br>ATTN: CHARLES STEVENS<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 | DELAWARE ATTORNEY GENERAL<br>BEAU BIDEN<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 7040<br>DOVER, DE 19903 | DLA PIPER LLP RICHARD M KREMEN ESQ<br>DALE K CATHELL, ESQ COUNSEL TO WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>THE MARBURY BUILDING 6225 SMITH AVENUE<br>BALTIMORE, MD 21209 |
| ERIC BORGERSON<br>LEGAL DEPT<br>DANA CORPORATION<br>6201 TRUST DRIVE<br>HOLLAND, OH 43528 | ERIE BEARINGS COMPANY<br>ATTN: GREGG HEMIS<br>959 BESSEMER STREET<br>MEADVILLE, PA 16335 |

| | |
|---|---|
| FINGER & SLANINA, LLC<br>DAVID L. FINGER COUNSEL FOR WISCONSIN<br>POWER ELECTRIC COMPANY D/B/A WE ENERGIES<br>ONE COMMERCE CENTER 1201 N ORANGE ST 7FL<br>WILMINGTON, DE 19801-1186 | FOSECO METALLURGICAL INC<br>ATTN: ROGER COOKE<br>20200 SHELDON ROAD<br>CLEVELAND, OH 44142 |
| FREEBORN & PETERS LLP<br>AARON L. HAMMER ESQ.<br>COUNSEL TO MERCER US INC.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | GARDEN CITY GROUP<br>ATTN: PAUL KINEALY<br>190 S LASALLE STREET, SUITE 1520<br>CHICAGO, IL 60603 |
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131 | GERDAU AMERISTEEL US INC.<br>ATTN: HAROLD FERNANDEZ<br>PO BOX 116660<br>ATLANTA, GA 30368 |
| GOLDBERG KOHN LTD<br>ATT: R.BARLIANT & D.JUHLE, ESQ.<br>ATTY FOR BANK OF AMERICA, N.A.<br>55 EAST MONROE STREET, SUITE 3300<br>CHICAGO, IL 60603 | GOLDBERG KOHN LTD.<br>R BARLIANT/D JUHLE/D MORRISON<br>55 EAST MONROE STE 3700<br>CHICAGO, IL 60603 |
| GREEN BAY PATTERN<br>ATTN: CHRIS WYRZER<br>1026 CENTENNIAL ST<br>GREEN BAY, WI 54304 | GREENBERG TRAURIG<br>SCOTT D. COUSINS, DONALD J. DETWEILER<br>SANDRA G M SELZER THE NEMOURS BLDG<br>1007 NORTH ORANGE STREET STE1200<br>WILMINGTON, DE 19801 |
| GREENBERG TRAURIG, LLP<br>S COUSINS,D DETWEILER,S SELZER<br>THE NEMOURS BUILDING<br>1007 N. ORANGE ST, STE 1200<br>WILMINGTON, DE 19801 | GREENBERG TRAURIG, LLP<br>SEAN BEZARK, ATTORNEY FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS<br>77 WEST WACKER DRIVE SUITE 3100<br>CHICAGO, IL 60601 |
| HA INTERNATIONAL LLC<br>ATTN: DENNIS ZIEGLER<br>630 OAKMONT LANE<br>WESTMONT, IL 60559 | HOLMES MURPHY & ASSOCIATES, INC.<br>ATTN: JACK STRUYK<br>3001 WESTOWN PARKWAY<br>DES MOINES, IA 50266 |
| HONIGMAN MILLER SCHWARTZ & COHN LLP<br>ATT: ROBERT B. WEISS<br>660 WOODWARD AVENUE<br>2290 FIRST NATIONAL BUILDING<br>DETROIT, MI 48226 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ADAM K. KEITH ESQ ATTORNEY FOR<br>GENERAL ENGINE PRODUCTS LLC,<br>2290 1ST NATIONAL BLDG 660 WOODWARD AVE.<br>DETROIT, MI 48226 |
| IBM CORPORATION<br>VICKY NAMKEN<br>13800 DIPLOMAT DRIVE<br>DALLAS, TX 75234 | IKON FINANCIAL SERVICES<br>ATT: MAIE GRINER, BNK ADMINISTRATION<br>RECOVERY DATA COORDINATOR<br>P.O. BOX 13708<br>MACON, GA 31208 |
| INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFO MANAGEMENT, INC.<br>745 ATLANTIC AVENUE<br>BOSTON, MA 02111 |

| | |
|---|---|
| JACKSON WALKER L.L.P.<br>ATT: B.J.RUZINSKY & D.E. CONWAY<br>ATTY FOR CONSTELLATION NEW ENERGY<br>1401 MCKINNEY STREET, SUITE 1990<br>HOUSTON, TX 77010 | JACKSON WALKER L.L.P.<br>ATT: HEATHER M. FORREST<br>ATTY FOR CONSTELLATION NEW ENERGY<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 |
| JOHN A. DICICCO<br>ACTING ASST. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>ATTY FOR THE UNITED STATES<br>P.O.BOX 227, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | KOZLOFF STOUDT<br>ATT: B.W. SAWTELLE & P. CALA, ESQ.<br>2640 WESTVIEW DRIVE<br>P.O. BOX 6286<br>WYOMISSING, PA 19610 |
| LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>ADAM D. BRUSKI ATTORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE SUITE 309<br>BAY CITY, MI 48708 | LAMBERT, LESER, ISACKSON, COOK & GIUNTA<br>SUSAN M. COOK ESQ ATORNEY FOR<br>LINAMAR CORPORATION<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY, MI 48708 |
| LEWIS SALVAGE CORPORATION<br>RITA LEWIS<br>PO BOX 1785<br>WARSAW, IN 46581 | LOUIS PADNOS IRON & METAL CO<br>EVAN GILLIAM<br>SLOT 303113<br>PO BOX 66973<br>CHICAGO, IL 60666 |
| MARK SCHONFELD<br>REGIONAL DIRECTOR, SEC<br>NEW YORK REGIONAL OFFICE<br>233 BROADWAY<br>NEW YORK, NY 10279 | MCDONALD HOPKINS LLC<br>SCOTT N OPINCAR & SEAN D MALLOY COUNSEL<br>FOR SADOFF & RUDOY INDUSTRIES, LLC<br>600 SUPERIOR AVENUE EAST SUITE 2100<br>CLEVELAND, OH 44114 |
| MISSOURI DEPT. OF REVENUE<br>ATT: S.MOREAU, GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | MODERN EQUIPMENT COMPANY<br>ATTN: PAUL CZISNY, VP & CONTROLLER<br>PO BOX 993<br>PORT WASHINGTON, WI 53074-0993 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ERIC SCHWARTZ/MATTHEW HARVEY<br>1201 N MARKET STREET<br>PO BOX 1347<br>WILMINGTON, DE 19899 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATT: E.SCHWARTZ & M.HARVEY, ESQ.<br>1201 N. MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON, DE 19899 |
| MOSES & SINGER LLP<br>ATTN JAMES M.SULLIVAN, ESQ.<br>COUNSEL FOR THE TIMKEN CORPORATION<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | NEDROW REFRACTORIES<br>JAMES CHASE<br>150 LANDROW DRIVE<br>WIXOM, MI 48393 |
| NUCOR STEEL, AUBURN INC.<br>NANCY WABLEY<br>25 QUARRY ROAD<br>AUBURN, NY 13021 | OFFICE OF THE UNITED STATES TRUSTEE<br>PATRICK TINKER<br>844 KING STREET, SUITE 2313<br>LOCK BOX 35<br>WILMINGTON, DE 19801 |
| OKLAHOMA COUNTY TREASURER<br>ATT: GRETCHEN CRAWFORD<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 307<br>OKLAHOMA CITY, OK 73102 | OUDENHOVEN COMPANY, INC.<br>JERRY BOYLAN<br>2300 TOWER DRIVE<br>KAUKAUNA, WI 54130 |

| | |
|---|---|
| REED SMITH LLP<br>ATTN: ANN E. PILLE, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>10 S. WACKER DRIVE, SUITE 4000<br>CHICAGO, IL 60606 | REED SMITH LLP<br>ATTN: KATHLEEN A. MURPHY, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>1201 N. MARKET SREET, SUITE 500<br>WILMINGTON, DE 19801 |
| REED SMITH LLP<br>ATTN: TIMOTHY P. REILEY, ESQ.<br>ATTY FOR NMHG FINANCIAL SERVICES, INC.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | RICHARDS, LAYTON & FINGER, P.A.<br>ATT: K.MANOUKIAN & D.DEFRANCESCHI, ESQ.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| S COAST AIR QUALITY MANAGEMENT DISTRICT<br>SOUTH COAST AQMD<br>ATTN KURT WIESE/BARBARA BAIRD, ESQ<br>21865 COPLEY DRIVE<br>DIAMOND BAR, CA 91765 | S COAST AIR QUALITY MANAGEMENT DISTRICT<br>WERB & SULLIVAN<br>ATTN DUANE WERB ESQ/MATT AUSTRIA ESQ<br>300 DELAWARE AVE STE 1300<br>WILMINGTON, DE 19899 |
| SADOFF & RUDOY INDUSTRIES<br>ATTN: FRANK VILLAIRE<br>PO BOX 1138<br>FOND DU LAC, WI 54936 | SADOFF IRON & METAL CO<br>MARK LASKY<br>PO BOX 1138<br>FOND DU LAC, WI 54935 |
| SADOFF IRON & METAL CO<br>TRACI LUTHER<br>PO BOX 681121<br>MILWAUKEE, WI 53268 | SANDMOLD SYSTEMS INC<br>RICH WHITE<br>PO BOX 488<br>NEWAYGO, MI 49337 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATT: C.BELMONTE & P. BOSSWICK, ESQ.<br>ATTY FOR MOODY'S INVESTORS SERVICE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | SAXON MORTGAGE SERVICES, INC.<br>C/O BRICE, VANDER LINDEN & WERNICK P.C.<br>1270 NORTHLAND DRIVE SUITE 200<br>MENDOTA HEIGHTS, MN 55120 |
| SECURITIES AND EXCHANGE COMMISSION<br>GEORGE CANELLOS, REG DIR<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR, STE 400<br>NEW YORK, NY 10281-1022 | SIDLEY AUSTIN LLP<br>L NYHAN/K MILLS/J BOELTER/D BERGERON<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 |
| SMITH, KATZENSTEIN & FURLOW<br>KATHLEEN M. MILLER ATTORNEY FOR<br>AIRGAS, INC.<br>800 DELAWARE AVE 7TH FL. PO BOX 410<br>WILMINGTON, DE 19899 | SOUTH COAST AIR QUALITY MANAG. DIST.<br>ATT: KURT WIESE, ESQ.<br>DISTRICT PROSECUTOR'S OFFICE<br>21865 COPELY DRIVE<br>DIAMOND BAR, CA 91765 |
| STATE OF MI, DEPT. OF TREASURY<br>ATTN HERMAN G. PETZOLD III<br>3030 WEST GRAND BLVD<br>STE 10-200<br>DETROIT, MI 48202 | STATE OF MICHIGAN<br>LISA STARKS<br>TAX DIVISION<br>PO BOX 30140<br>LANSING, MI 48909 |
| STATE OF WI, DEPT. OF NATURAL RESOURCES<br>C/O J.B VAN HOLLEN, ATTORNEY GENERAL<br>ATTN: RICHARD BRAUN, ASST ATTY GENERAL<br>POST OFFICE BOX 7857<br>MADISON, WI 53707 | STEEL DYNAMICS BAR<br>LEON WANINGER<br>8000 N. COUNTRY RD.<br>225 EAST<br>PITTSBOROR, IN 46167 |

| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>K.HANSEN, E.GILAD & L.KATA<br>ATTY FOR AD HOC COMMITTEE<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | TA SERVICES, INC.<br>ACCOUNTING<br>241 REGENCY PARKWAY<br>MANSFIELD, TX 76063 |
| THE KUNIN LAW OFFICES, LLC<br>JOEL A. KUNIN ESQ<br>412 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201 | THE TIMKEN CO<br>ATTN: MICHAEL HART<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44708 |
| THE TIMKEN CORPORATION<br>CHI P CHEUNG<br>PO BOX 751580<br>CHARLOTTE, NC 28275 | TONAWANDA COKE<br>BOB BLOOM<br>PO BOX 5007<br>TONAWANDA, NY 14151 |
| TONTINE CAPITAL PARTNERS<br>JEFFREY L GENDELL<br>C/O TONTINE CAPITAL MGMT, LLC<br>55 RAILROAD AVE, 1ST FL<br>GREENWICH, CT 06830 | TUBE CITY IMS<br>JOHN KEYES<br>P.O. BOX 2000<br>GLASSPORT, PA 15045 |
| UNITED STEELWORKERS<br>DAVID R. JURY, ESQ<br>ASSOCIATE GENERAL COUNSEL<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH, PA 15222 | US DEPARTMENT OF JUSTICE<br>ELLEN SLIGHTS/DAVID WEISS<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON, DE 19899 |
| WE ENERGIES<br>RANDY SABEL<br>PO BOX 2046<br>MILWAUKEE, WI 53201 | WERB & SULLIVAN<br>ATT: D.WERB, J.KLEIN, & M. AUSTRIA ESQ.<br>300 DELAWARE AVE., SUITE 1300<br>P.O. BOX 25046<br>WILMINGTON, DE 19899 |
| WHITTINGTON & AULGUR<br>ATT: R.AULGUR JR. & K.DOUGHTY<br>ATTY FOR WELLS FARGO EQUIPMENT FINANCE<br>651 N. BROAD STREET, STE. 206<br>MIDDLETOWN, DE 19709 | WISCONSIN ELECTRIC POWER CO<br>ATTN: TIM BROWN<br>231 W. MICHIGAN AVENUE<br>MILWAUKEE, WI 53203 |
| YOUNG CONAWAY ETAL<br>MORGAN SEWARD<br>THE BRANDYWINE BLDG<br>1000 WST ST. 17TH FL. PO BOX 391<br>WILMINGTON, DE 19899-0391 | |