## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEENAH ENTERPRISES, INC., *et al.*[1], | ) Case No.: 10-10360 (MFW) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

**PLEASE TAKE NOTICE,** that James M. Sullivan, formerly a Member of Arent Fox LLP ("AF") hereby withdraws his appearance as counsel to The Timken Company and The Timken Corporation, creditors in the above-captioned bankruptcy case (AF Notice of Appearance attached as Exhibit A). The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove James M. Sullivan from the electronic noticing matrix for above-captioned bankruptcy cases as a Member of Arent Fox. All pleadings should be sent to James M. Sullivan at the information provided in his Moses & Singer LLP Request for Notices (attached as Exhibit B).

Dated:  New York, New York,
         February 17, 2011

                                      MOSES & SINGER LLP
                                      Counsel to The Timken Company
                                      and The Timken Corporation


                                      By:    /s/ James M. Sullivan
                                      James M. Sullivan
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, NY 10174
                                      Phone: (212) 554-7800
                                      Fax: (212) 554-7700
                                      E-mail: jsullivan@mosesinger.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

861635v3  013074.0100

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                                            :
                                                                 :   Case No. 10-10360 (MFW)
                                                                 :
NEENAH ENTERPRISES, INC., *et al.*,                              :
                                                                 :   Chapter 11
                                                                 :
                                          Debtors.               :   Jointly Administered
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that The Timken Company ("Timken"), by and through its counsel, Arent Fox LLP, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings provided or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and e-mail addresses:

> James M. Sullivan, Esq.
> ARENT FOX LLP
> 1675 Broadway
> New York, NY 10019
> Telephone:  (212 484-3900
> Facsimile:  (212) 484-3990
> sullivan.james@arentfox.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

NYC/455685.1

-2-

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Timken: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Timken is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Timken expressly reserves.

| | |
|---|---|
| Dated: New York, NY<br>March 1, 2010 | ARENT FOX LLP |
| | By:  */s/ James M. Sullivan*<br>James M. Sullivan, Esq.<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>(212) 484-3990 (Fax)<br><br>*Attorneys for The Timken Company* |

-2-

NYC/455685.1

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NEENAH ENTERPRISES, INC., *et al.*[1], | ) Case No.: 10-10360 (MFW) |
| Reorganized Debtors. | ) (Jointly Administered) |

## REQUEST FOR NOTICES

PLEASE TAKE NOTICE that The Timken Corporation, a creditor in the above-referenced proceeding ("Timken"), hereby requests, in accordance with title 11 of the United State Code and Rules 2002 and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

> Moses & Singer LLP
> Attn: James M. Sullivan, Esq.
> The Chrysler Building
> 405 Lexington Avenue
> New York, New York  10174
> Tel: (212) 554-7800
> Fax: (212) 554-7700
> Email: jsullivan@mosessinger.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Manufacturing Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

853843v3  013074.0100

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that Timken intends that neither this Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right to request the United States District Court to withdraw the reference or to abstain, in any matter subject to mandatory or discretionary withdrawal or abstention, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments of expressly reserves.

Dated: New York, New York
       December 23, 2010

                            MOSES & SINGER LLP

                            By: /s/ James M. Sullivan
                                James M. Sullivan, Esq.
                            The Chrysler Building
                            405 Lexington Avenue
                            New York, NY 10174
                            (212) 554-7800

                            Counsel for The Timken Corporation