## Exhibit B

## Final Report

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |

## VERIFIED FINAL REPORT

I, Robert J. Gitter, Vice President- Corporate Controller for Neenah Enterprises, Inc. and its subsidiaries (as reorganized, collectively, the "Reorganized Debtors", and prior to the Effective Date of the Plan (as defined herein) the "Debtors"), do hereby declare that:

1. On February 3, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On February 4, 2010 the Court entered an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

2. On July 6, 2010, the Court entered an order (the "Confirmation Order") [Docket No. 610] confirming the Joint Plan of Reorganization for Neenah Enterprises, Inc. and Its Subsidiaries (the "Plan"). The Plan became effective on July 29, 2010 (the "Effective Date").

3. To the best of my knowledge, information and belief, the following is a breakdown of certain payments made by the Debtors during the pendency of the above-captioned chapter 11 cases:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

| **Type of Payment** | | **Amount of Payment**[2] |
|---|---|---|
| A. | Chapter 11 Trustee's Compensation | $ N/A |
| B. | Chapter 11 Trustee's Expenses (non-operating) | $ N/A |
| C. | Chapter 11 Trustee's Attorney Expenses | $ N/A |
| D. | Attorneys for Debtors – Fees | |
| | (i) Sidley Austin LLP | $ 2,578,572.25 |
| | (ii) Young Conaway Stargatt & Taylor, LLP | $ 176,053.50 |
| E. | Attorneys for Debtors – Expenses | |
| | (i) Sidley Austin LLP | $ 39,150.26 |
| | (ii) Young Conaway Stargatt & Taylor, LLP | $ 17,211.59 |
| F. | Other Professionals for Debtors – Fees | |
| | (i) Ernst & Young LLP | $ 667,486.92 |
| | (ii) The Garden City Group, Inc | $ 701,831.07 |
| | (iii) Huron Consulting Group | $ 2,190,205.00 |
| | (iv) Mercer, Inc. | $ 0 |
| | (v) Rothschild, Inc. | $ 2,385,000.00 |
| G. | Other Professionals for Debtors – Expenses | |
| | (i) Ernst & Young LLP | $ 2,044.07 |
| | (ii) The Garden City Group, Inc | $ 73,689.78 |
| | (iii). Huron Consulting Group | $ 85,772.10 |
| | (iv) Mercer, Inc. | $ 0 |
| | (v) Rothschild, Inc. | $ 28,014.85 |
| H. | Ordinary Course Professionals for Debtors – Fees and Expenses | |
| | (i) Barnes & Thornburg LLP | $ 29,852.85 |
| | (ii) Bugbee & Conkle | $ 0 |
| | (iii) Calfee, Halter & Griswold LLP | $ 6,746.30 |
| | (iv) Crowe Horwath LLP | $ 10,600.00 |
| | (v) Floyd Allen & Associates | $ 0 |
| | (vi) Gill & Gill | $ 108,102.00 |
| | (vii) Ginger Dwyer | $ 38,512.00 |
| | (viii) Hallett Associates, Inc. | $ 0 |
| | (ix) Harding Shultz and Downs | $ 0 |
| | (x) Hill Barth & King, LLC | $ 0 |
| | (xi) Knox McLaughlin Gornall & Sennett | $ 0 |
| | (xii) Kozloff Stoudt Attorneys | $ 441.50 |
| | (xiii) Krieg DeVault LLP | $ 12,306.00 |

---

[2] The amounts listed herein reflect payments made by the Debtors for services rendered and expenses incurred during the period from the Petition Date through and including the Effective Date.

|  |  |  |
|---|---|---|
| (xiv) Jeffer, Mangels, Butler & Marmaro LLP | $ | 0 |
| (xv) Kelley Drye & Warren LLP | $ | 40,825.50 |
| (xvi) The Legal Department PLLC | $ | 128,250.13 |
| (xvii) Mark Longhetti | $ | 0 |
| (xviii) Howard E. Nyhart Company Inc. d/b/a Nyhart | $ | 33,945.00 |
| (xix) Ogletree, Deakins, Nash, Smoak and Stewart P.C. | $ | 21,372.98 |
| (xx) Pine & Co. | $ | 69,576.63 |
| (xxi) Prudential Retirement Insurance and Annuity Company | $ | 29,015.00 |
| (xxii) Remley Sensenbrenner | $ | 388.50 |
| (xxiii) Robert W. Baird & Co. | $ | 0 |
| (xxiv) Schenck & Associates | $ | 45,722.60 |

I. Attorneys for Committee – Fees
 (i) Greenberg Traurig, LLP                                    $   464,657.00

J. Attorneys for Committee – Expenses
 (i) Greenberg Traurig, LLP                                    $     6,085.68

K. Other Professionals for Committee – Fees
 (i) Morris Anderson                                           $   600,000.00

L. Other Professionals for Committee – Expenses
 (i) Morris Anderson                                           $     5,242.79

M. Attorneys for Senior Noteholders – Fees and Expenses
 (i) Stroock & Stroock & Lavan LLP                             $ 3,171,499.71
 (ii) Richards, Layton & Finger, P.A.                          $             0

N. Other Professionals for the Senior Noteholders – Fees and Expenses
 (i) Moelis & Company                                          $ 1,388,180.22

O. Attorneys for the Prepetition Credit Facility Administrative Agent – Fees and Expenses
 (i) Goldberg Kohn Ltd.                                        $   343,252.03
 (ii) King & Spalding                                          $    16,886.75
 (iii) Morris, Nichols, Arsht & Tunnell LLP                    $    16,136.34
 (iv) Ropes & Gray LLP                                         $    78,330.83

P. Professionals for the Prepetition Credit Facility Administrative Agent – Fees and Expenses
 (i) CM&D Capital Advisors, LLP                                $             0
 (ii) Conway MacKenzie                                         $   429,719.91

Q. United States Trustee for the District of Delaware          $   225,690.00

**TOTAL PAYMENTS**                                             $ **16,266,369.64**

4.  No trustee or examiner was appointed in the chapter 11 Case. As a result, no fees were incurred for a trustee or counsel to any trustee.

5.  As of the filing of this Verified Final Report, I do not believe that there are any quarterly fees due and owing to the Office of the U.S. Trustee under 28 U.S.C. § 1930 ("<u>United States Trustee Quarterly Fees</u>"). Within thirty (30) days of the hearing on the Motion of the Reorganized Debtors for Entry of a Final Decree Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1, the Reorganized Debtors will have paid all required fees due under 28 U.S.C. § 1930.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on March 21, 2011

_____
[signature]