## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No.: 662 |

### CERTIFICATION OF COUNSEL REGARDING AGREED ORDER (I) GRANTING IN PART KNAUF USA POLYSTYRENE, INC.'S MOTION FOR LEAVE TO FILE PROOF OF CLAIM AS TIMELY FILED AFTER BAR DATE AND (II) ALLOWING CLAIM OF KNAUF USA POLYSTYRENE, INC. AGAINST ADVANCED CAST PRODUCTS INC.

The undersigned, counsel to the above-captioned reorganized debtors (collectively, the "Debtors"), hereby certifies that:

1. On August 6, 2010, Knauf USA Polystyrene, Inc. ("Knauf") filed the *Motion for Leave to File Proof of Claim as Timely Filed After Bar Date* (D.I. 662) (the "Motion"), by which Knauf requested the entry of an order pursuant to section 105(a) of the Bankruptcy Code and Rules 3003(c) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure permitting Knauf to file a late proof of claim in the amount of $36,467 against Advanced Cast Products Inc. ("ACP").

2. As a result of the parties' subsequent discussions, ACP and Knauf have agreed that Knauf shall have an allowed general unsecured claim against ACP in the amount of $5,793, the payment of which shall be in full and final satisfaction of the Motion (the "Allowed Claim"). The parties' agreement was reached pursuant to Section 8.1 of the Debtors' confirmed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

Joint Plan of Reorganization, which authorizes the Debtors to settle claims without notice to any other party or notice to the Court.

3. Attached hereto as <u>Exhibit A</u> is a proposed form of order (the "<u>Proposed Agreed Order</u>"), which reflects the parties' agreement regarding the resolution of the Motion and the Allowed Claim. The Debtors respectfully request that the Court enter the Proposed Agreed Order on consent of the parties.

Dated: Wilmington, Delaware
March 22, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS