## EXHIBIT A

**Proposed Agreed Order**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos.: 662 and _____ |

### AGREED ORDER GRANTING IN PART KNAUF USA POLYSTYRENE, INC.'S MOTION FOR LEAVE TO FILE PROOF OF CLAIM AS TIMELY FILED AFTER BAR DATE AND (II) ALLOWING CLAIM OF KNAUF USA POLYSTYRENE, INC. AGAINST ADVANCED CAST PRODUCTS INC.

Upon consideration of the *Motion for Leave to File Proof of Claim as Timely Filed After Bar Date* (D.I. 662) (the "Motion"), by which Knauf USA Polystyrene, Inc. ("Knauf")[2] requested the entry of an order pursuant to section 105(a) of the Bankruptcy Code and Rules 3003(c) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure permitting Knauf to file a late proof of claim in the amount of $36,467 against Advanced Cast Products Inc. ("ACP"); and upon consideration of the *Certification of Counsel Regarding Agreed Order Granting in Part Knauf USA Polystyrene, Inc.'s Motion for Leave to File Proof of Claim as Timely Filed After Bar Date* in which the Debtors have advised the Court of the parties' consensual resolution of the Motion and ACP's agreement that Knauf shall have an allowed general unsecured claim against Advanced Cast Products Inc. ("ACP") in the amount of $5,793 (the "Allowed Claim"); and it appearing that the Court has jurisdiction over this matter pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Certification.

to 28 U.S.C. §§ 157 and 1334; and due and adequate notice having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as modified herein; and it is further

ORDERED that Knauf shall have an Allowed Claim against ACP in the amount of $5,793; and it is further

ORDERED that ACP shall pay the Allowed Claim to Knauf within 7 days of the entry of this Order, which payment shall be in full satisfaction of the Motion; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       March \_\_\_\_\_, 2011

 

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge