IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No.: 816** |

**CERTIFICATION OF COUNSEL REGARDING ENTRY OF FINAL DECREE CLOSING THE REORGANIZED DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022 AND <u>LOCAL RULE 5009-1</u>**

The undersigned, counsel to the above captioned reorganized debtors (collectively, the "<u>Debtors</u>"), hereby certifies, pursuant to Rule 9019-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), that:

1. On March 21, 2011, the Debtors filed the *Motion of the Reorganized Debtors for Entry of Final Decree Closing the Reorganized Debtors' Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1* [Docket No. 816] (the "<u>Motion</u>"). Responses, if any, to the Motion were required to be filed with this Court and served no later than 4:00 p.m. (ET) on April 4, 2011 (the "<u>Response Deadline</u>").

2. Prior to the Response Deadline, counsel for the Debtors was contacted by counsel for Employers Insurance Company of Wausau (together with its affiliates, "<u>Wausau</u>"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

regarding the Motion as it may pertain to the proofs of claim filed by Wausau in the Debtors' cases (the "Wausau Claims"). The Debtors and Wausau have agreed to additional language in the proposed Final Decree that addresses the issues raised by Wausau in its informal response. The undersigned certifies that he has reviewed the Court's docket in these cases and no answers, objections, or other responsive pleadings to the Motion appears thereon.

3. Attached hereto as Exhibit A is a revised proposed *Final Decree Closing the Reorganized Debtors' Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1* (the "Proposed Final Decree"). Attached hereto as Exhibit B is a black-line comparison of the Proposed Final Decree against the form that was previously filed, for the convenience of the Court.

4. The Debtors respectfully request that the Court enter the Proposed Final Decree.

[Remainder of Page Intentionally Left Blank]

Dated:  Wilmington, Delaware
         April 8, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP
Larry J. Nyhan
Bojan Guzina
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE REORGANIZED DEBTORS