## EXHIBIT A

**Proposed Final Decree**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEENAH ENTERPRISES, INC., et al.,[1] | Case No. 10-10360 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos.: 816 & _____ |

### FINAL DECREE CLOSING THE REORGANIZED DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022 AND LOCAL RULE 5009-1

Upon consideration of the Motion[2] of the Reorganized Debtors for entry of a Final Decree closing the Reorganized Debtors' chapter 11 cases pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1; and the Court having reviewed the Motion; and the Court finding good and sufficient cause for granting the relief as provided herein; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the Motion having been given under the circumstances; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Closing Cases are hereby closed and a final decree is granted pursuant to section 350(a) of the Bankruptcy Code effective as of the entry of this Final Decree; and it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neenah Enterprises, Inc. (8281); NFC Castings, Inc. (7913); Neenah Foundry Company (0331); Cast Alloys, Inc. (1223); Neenah Transport, Inc. (8433); Advanced Cast Products, Inc. (7691); Gregg Industries, Inc. (8664); Mercer Forge Corporation (1711); Deeter Foundry, Inc. (5148); Dalton Corporation (9770); Belcher Corporation (3193); Peerless Corporation (4462); A&M Specialties, Inc. (1756); Dalton Corporation, Warsaw Manufacturing Facility (4775); Dalton Corporation, Ashland Manufacturing Facility (3079); Dalton Corporation, Kendallville Manufacturing Facility (4777); Dalton Corporation, Stryker Machining Facility Co. (3080), and Morgan's Welding, Inc. (1300). The mailing address for each Debtor is 2121 Brooks Avenue, Neenah, WI 54957.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that a copy of this Final Decree shall be docketed in each of the Closing Cases; and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen any of the Closing Cases for cause; and is further

ORDERED, that notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that nothing contained in the Motion or this Final Decree shall in any way operate to impair, or have the effect of impairing in any respect the legal, equitable or contractual rights and defenses of the Employers Insurance Company of Wausau and any of its affiliates (collectively, "Wausau") with respect to the Reorganized Debtors' obligations to Wausau arising under certain policies Wausau issued to the Debtors (the "Wausau Policies"), as reflected in the proofs of claim Wausau filed in the Debtors' cases (the "Wausau Claims"), and this Final Decree does not, and is not intended to, dispose of, expunge, disallow, or impact in any way, the Wausau Claims which are the responsibility of the Reorganized Debtors and shall be satisfied by the Reorganized Debtors as they become due; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine any matters or disputes arising in or related to the Closing Cases, including without limitation any matters or disputes relating to the effect of the discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.

Dated: Wilmington, Delaware
      April ____, 2011

                                             The Honorable Mary F. Walrath
                                             United States Bankruptcy Judge