# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Al | Date Created: 10/30/2017 |
| Case: 10−10360−MFW | Form ID: ntcBK | Total: 9 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| ust | Thomas Patrick Tinker | thomas.p.tinker@usdoj.gov |
| aty | Barry W. Sawtelle | jmoore@kozloffstoudt.com |
| aty | Donald J. Bowman, Jr. | bankfilings@ycst.com |
| aty | Edmon L. Morton | bankfilings@ycst.com |
| aty | Kenneth J. Enos | bankfilings@ycst.com |
| aty | Morgan L. Patterson | mpatterson@wcsr.com |
| aty | Robert S. Brady | bankfilings@ycst.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Neenah Enterprises, Inc. | 2121 Brooks Avenue | Neenah, WI 54957 |

TOTAL: 1