# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Neenah Enterprises, Inc.
2121 Brooks Avenue
Neenah, WI 54957
 **EIN:** 25−1618281
ACP Holding Company

**Chapter:** 11

*Case No*.: 10−10360−MFW

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 2/4/2010 was filed on 10/30/2017 . The following deadlines apply:

The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/20/2017 .

If a request for redaction is filed, the redacted transcript is due 11/30/2017 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/29/2017 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

_____
Una O'Boyle, Clerk of Court

Date: 10/30/17

(ntc)

```
                        United States Bankruptcy Court
                             District of Delaware
```

In re:                                                              Case No. 10-10360-MFW
Neenah Enterprises, Inc.                                            Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Al              Page 1 of 3              Date Rcvd: Oct 30, 2017
                              Form ID: ntcBK        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
db             +Neenah Enterprises, Inc.,    2121 Brooks Avenue,    Neenah, WI 54956-4756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:

      Aaron L. Hammer    on behalf of Other Prof.    Mercer (US) Inc. ahammer@sugarfgh.com,
       bkdocket@sfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
      Adam D. Bruski    on behalf of Creditor    Linamar Corporation abruski@lambertleser.com
      Adam K. Keith    on behalf of Interested Party    General Engine Products LLC akeith@honigman.com
      Adam Scott Moskowitz    on behalf of Creditor    ASM Capital, L.P. asmcapital@aol.com
      Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
       allison@claimsrecoveryllc.com,    allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
      Anne C. Murphy    on behalf of Interested Party    State of Wisconsin - Dept. of Natural Resources
       murphyac@doj.state.wi.us,    gurholtks@doj.state.wi.us
      Anne E. Oliver    on behalf of Creditor    United States Anne.E.Oliver@usdoj.gov,
       Eastern.Taxcivil@USDOJ.gov,James.J.Wilkinson@usdoj.gov
      Barry W. Sawtelle    on behalf of Debtor    Neenah Enterprises, Inc. jmoore@kozloffstoudt.com
      Caroline R. Djang    on behalf of Attorney c/o Joel J. Berman    Jeffer, Mangels, Butler & Marmaro LLP cdjang@rutan.com
      Christopher R. Belmonte    on behalf of Interested Party    Moody's Investors Service
       cbelmonte@ssbb.com,    pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
      Daniel J. DeFranceschi    on behalf of Creditor    Ad Hoc Committee of Senior Secured Noteholders
       defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
      David L. Finger    on behalf of Creditor    Wisconsin Power Electric Company d/b/a WE Energies
       dfinger@delawgroup.com
      Donald J. Bowman, Jr.    on behalf of Debtor    Neenah Enterprises, Inc. bankfilings@ycst.com
      Donald J. Detweiler    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
       bankruptcydel@gtlaw.com,    detweilerd@gtlaw.com;thomase@gtlaw.com
      Duane David Werb    on behalf of Interested Party    South Coast Air Quality Management District
       maustria@werbsullivan.com;riorii@werbsullivan.com
      Edmon L. Morton    on behalf of Debtor    Gregg Industries, Inc. bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    Neenah Foundry Company bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    Dalton Corporation, Stryker Machining Facility Co.
       bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    Neenah Transport, Inc. bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    Dalton Corporation, Ashland Manufacturing Facility
       bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    Neenah Enterprises, Inc. bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    A&M Specialties, Inc. bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    Deeter Foundry, Inc. bankfilings@ycst.com
      Edmon L. Morton    on behalf of Debtor    Belcher Corporation bankfilings@ycst.com
      Elaine Conway Becraft    on behalf of Attorney    Constellation NewEnergy - Gas Division, LLC
       hforrest@jw.com;kcavazos@jw.com
      Ericka Fredricks Johnson    on behalf of Creditor    Caterpillar, Inc. erjohnson@wcsr.com,
       hsasso@wcsr.com;chfitzgerald@wcsr.com
      Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
       ffm@bostonbusinesslaw.com

```
District/off: 0311-1          User: Al              Page 2 of 3                   Date Rcvd: Oct 30, 2017
                              Form ID: ntcBK        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Gretchen A. Crawford    on behalf of Creditor    Oklahoma County Treasurer
               grecra@oklahomacounty.org, tammik@oklahomacounty.org
              Hillary B. Crabtree    on behalf of Creditor    Nucor Steel Auburn, Inc. hillarycrabtree@mvalaw.com
              James M. Sullivan    on behalf of Creditor    The Timken Company jsullivan@windelsmarx.com,
               jcrockwell@windelsmarx.com
              James M. Sullivan    on behalf of Creditor    The Timken Corporation jsullivan@windelsmarx.com,
               jcrockwell@windelsmarx.com
              Jason Custer Powell    on behalf of Creditor    Knauf USA Polystyrene, Inc.
               jpowell@delawarefirm.com, dtroiano@delawarefirm.com
              Jeffrey R. Waxman    on behalf of Creditor    National Fuel Resources, Inc. jwaxman@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com
              Jeffrey S. Stein    on behalf of 3rd Party Plaintiff    Garden City Group, LLC
               PACERTeam@gardencitygroup.com,
               Paul.Kinealy@gardencitygroup.com;melissa.melsher@gcginc.com;SBHTeam@gardencitygroup.com
              Joel A. Kunin    on behalf of Creditor    Azcon Corp., Div. of Blue Tee Corp. jkunin@kuninlaw.com
              Karen Beth Shaer    on behalf of 3rd Party Plaintiff    Garden City Group, LLC
               PACERTeam@gardencitygroup.com
              Kathleen A. Murphy    on behalf of Creditor    NMHG Financial Services, Inc. kmurphy@reedsmith.com
              Kathleen M. Miller    on behalf of Creditor    Airgas, North Central, Inc. kmiller@skjlaw.com,
               llb@skjlaw.com
              Kathleen M. Miller    on behalf of Interested Party    Airgas, Inc. kmiller@skjlaw.com,
               llb@skjlaw.com
              Kenneth J. Enos    on behalf of Debtor    Dalton Corporation bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Morgan's Welding, Inc. bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    NFC Castings, Inc. bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Advanced Cast Products, Inc. bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Peerless Corporation bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Cast Alloys, Inc. bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Dalton Corporation, Kendallville Manufacturing Facility
               bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Neenah Enterprises, Inc. bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Mercer Forge Corporation bankfilings@ycst.com
              Kenneth J. Enos    on behalf of Debtor    Dalton Corporation, Warsaw Manufacturing Facility
               bankfilings@ycst.com
              Kristi J. Doughty    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               de-ecfmail@mwc-law.com, kdoughty@mwc-law.com
              Matthew B. Harvey    on behalf of Interested Party    BANK OF AMERICA, N.A. mharvey@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Monica Loftin Townsend    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors delawarebankruptcy@albalawgroup.com
              Morgan L. Patterson    on behalf of Debtor    Neenah Enterprises, Inc. mpatterson@wcsr.com,
               hsasso@wcsr.com;chfitzgerald@wcsr.com
              Nathan Jones    on behalf of Creditor    US Debt Recovery V, LP nate@usdrllc.com
              R. Karl Hill    on behalf of Interested Party    Employers Insurance Company of Wausau
               khill@svglaw.com, spappa@svglaw.com
              Rebecca K. McMahon    on behalf of Creditor    Central States, Southeast and Southwest Areas
               Pension Fund rmcmahon@centralstatesfunds.org
              Richard E. Braun    on behalf of Interested Party    State of Wisconsin - Dept. of Natural
               Resources braunre@doj.state.wi.us, gurholtks@doj.state.wi.us
              Robert Benjamin Weiss    on behalf of Interested Party    General Motors LLC rweiss@honigman.com
              Robert S. Brady    on behalf of Debtor    Neenah Enterprises, Inc. bankfilings@ycst.com
              Sandra G.M. Selzer    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               sselzer@macelree.com
              Scott D. Cousins    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott N. Opincar    on behalf of Creditor    Sadoff & Rudoy Industries LLP
               sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
              Susan E. Kaufman    on behalf of Interested Party    The United Steel, Paper and Forestry, Rubber
               Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United
               Steelworkers") skaufman@skaufmanlaw.com
              Susan M. Cook    on behalf of Creditor    Linamar Corporation scook@lambertleser.com,
               smcook@lambertleser.com
              Thomas Patrick Tinker    thomas.p.tinker@usdoj.gov
              Timothy P. Reiley    on behalf of Creditor    NMHG Financial Services, Inc. treiley@reedsmith.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              William F. Taylor, Jr.    on behalf of Interested Party    The Toledo Edison Company
               bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
              William F. Taylor, Jr.    on behalf of Interested Party    FirstEnergy Solutions Corp.
               bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
              William F. Taylor, Jr.    on behalf of Interested Party    Penn Power bankruptcydel@mccarter.com,
               bankruptcydel@mccarter.com
              William F. Taylor, Jr.    on behalf of Interested Party    Southern California Edison Company
               bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
              William F. Taylor, Jr.    on behalf of Interested Party    Metropolitan Edison Company
               bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
              William F. Taylor, Jr.    on behalf of Interested Party    Pennsylvania Electric Company
               bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
```

```
District/off: 0311-1          User: Al                    Page 3 of 3               Date Rcvd: Oct 30, 2017
                              Form ID: ntcBK              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Willliam J. Barrett   on behalf of Creditor   Tontine Capital Partners, L.P.
        william.barrett@bfkn.com

        TOTAL: 74